```
                                              Priority    ___
                                              Send        ✓
                                              Enter       ___
                                              Closed      ___
                                              JS-5/JS-6   ___
                                              JS-2/JS-3   ___
                                              Scan Only   ___
```

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 85-4544 RJK                     Date:   November 2, 2001

Title:   Flores v. Reno

---

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

| Patricia Clarke | None Present |
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:
          None Present                                None Present

**PROCEEDINGS:**   Order to Show Cause  (In Chambers)

   On September 6, 2001, Defendants filed the 2001 Annual Report to the Court by Defendants Regarding Compliance With the Terms of the Settlement Agreement. The proof of service shows that a copy of the annual report was served on Plaintiffs' counsel. The 1997 settlement agreement provides Plaintiffs with an opportunity to submit comments on each annual report.  (1997 Settlement Agreement, ¶ 30.)  Plaintiffs have not filed any comments to the 2001 annual report.

   In the report, the INS renews its request that the Court make a finding that the INS has achieved substantial compliance with the terms of the 1997 settlement agreement. (Report at 5.) Pursuant to the settlement agreement, once the Court makes such a finding, the INS National Juvenile Coordinator need only submit the annual reports for three more years. (1997 Settlement Agreement, ¶ 30.) Moreover, the parties agreed that upon receipt of the final report, the Court shall dismiss this action without further notice. (Id. at ¶ 35.)

   The Court hereby ORDERS Plaintiffs to show cause in writing no later than December 7, 2001 why the Court should not find the INS has achieved substantial compliance with the



ENTERED ON ICMS
NOV - 5 2001
CV                    BG



terms of the 1997 settlement agreement. Defendants' reply, if any, shall be filed by **January 4, 2001**.

    IT IS SO ORDERED.

MINUTES FORM 11　　　　　　　　　　　　　　　Initials of Deputy Clerk ____
CIVIL - GEN