Priority ____
Send ____ ✓
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    CV 85-4544 RJK                    Date:    December 12, 2001

Title:    Flores v. Reno

PRESENT:    **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

Patricia Clarke                                    None Present
Courtroom Clerk                                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:          ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                    None Present

PROCEEDINGS:    November 2, 2001 Order to Show Cause  (In Chambers)

On November 2, 2001, the Court issued an order to show cause why the Court should not find the INS has achieved substantial compliance with the terms of the 1997 settlement agreement. On December 10, 2001, Plaintiffs filed a Provisional Response to Order to Show Cause Re: Compliance With Settlement Agreement. On the same day, Plaintiffs also lodged a stipulation and proposed order extending the settlement agreement signed by counsel for both sides. In light of the recent developments, the Court finds good cause to discharge the order to show cause and hereby DISCHARGES that order.

IT IS SO ORDERED.

ENTERED ON ICMS

DEC 1 3 2001

CV ____ ✓    BG

MINUTES FORM 11                          Initials of Deputy Clerk ____
CIVIL - GEN