1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
   Carlos Holguín, State Bar No. 90754
2  Peter A. Schey, State Bar No. 58232
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
   Telephone: (213) 388-8693
4   Fax: (213) 386-9484

5  LATHAM & WATKINS
   Steven Schulman
6  555 Eleventh St., NW, Suite 1000
   Washington, DC 20004
7  Telephone: (202) 637-2184
   Fax: (202) 637-2201
8

9  NATIONAL CENTER FOR YOUTH LAW
   Katina Ancar
10 405 -14th Street, Suite 1500
   Oakland, California 94612
11 Telephone: (510) 835-8098
   Fax: (510) 835-8099
12

13 *Of counsel:*
   YOUTH LAW CENTER
14 Alice Bussiere
   417 Montgomery Street, Suite 900
15 San Francisco, CA 94104
   Telephone: (415) 543-3379
16 Fax: (415) 956-9022

17 *Attorneys for Plaintiffs*

18                UNITED STATES DISTRICT COURT

19                CENTRAL DISTRICT OF CALIFORNIA

20  JENNY LISETTE FLORES, et al.,        )   No. CV 85-4544-RJK(Px)
                                         )
21        Plaintiffs,                    )
                                         )   EX PARTE APPLICATION
22                                       )   TO PERMIT FILING OF A
    -vs-                                 )   MEMORANDUM AND SUPPORTING
23                                       )   DOCUMENTS IN EXCESS OF
                                         )   PERMITTED NUMBER OF PAGES
24  TOM RIDGE, Secretary, Department     )   [LOCAL RULES 11-6 AND 7-19]
    of Homeland Security, et al.,        )   and proposed order
25                                       )   (ARGUMENT NOT REQUESTED)
    Defendants.                          )
26  _____)

27

28

## EX PARTE APPLICATION

Pursuant to Rule 7.19 of the Local Rules for the Central District of California, Plaintiffs in the above-entitled case respectfully apply to this Honorable Court *ex parte* to permit the filing of Plaintiffs' Notice of Motion and Motion to Enforce Settlement of Class Action, approximately 55 pages in excess of the 25 pages permitted under the Local Rules. This application is based upon the accompanying Memorandum of Points and Authorities in support of *Ex Parte* Application, and the declaration of counsel regarding notice of application pursuant to Local Rule 7.19.1.

Dated: January 15 2004

Respectfully Submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW

Carlos Holguin, State Bar No. 90754
*Attorney for plaintiffs*

/ / /

-2-

# MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF EX PARTE APPLICATION

1. **Names of counsel for opposing party.**

Frank Travieso, Assistant United States Attorney, Suite 7516, 300 North Los Angeles Street, Los Angeles, CA 90012. Ex. 1 at ¶ 3.

2. **Reasons for seeking ex parte order.**

The claims of tousands of class members are joined in this motion to enforce a class wide settlement regulating the conditions and treatment children experience in the custody of federal immigration authorities. Given the number of class members, the importance of their rights at stake, and the complex legal and factual issues raised, it is impossible to prepare a brief that would be of any assistance to the Court of 25 or fewer pages. Ex. 1 at ¶ 4.

Rather than lend short shrift to the claims of thousands of vulnerable children, and in an effort to provide this Court with all of the necessary facts and law needed to decide this instant motion, plaintiffs respectfully seek permission to permit the filing of a brief in support of their Motion to Enforce Settlement of Class Action, as lodged herewith.

3. **Notice of filing of ex parte application.**

Plaintiffs provided defendants' counsel with a copy of the ex parte application and the time and date of its filing. Ex. 1 at ¶ 3. Defendants informed Plaintiffs' counsel that they reserve the right to object. *Id.*

4. **Conclusion**

For the reasons stated above, plaintiffs respectfully request that this *Ex Parte* Application be granted.

Dated: January 15, 2004                    Respectfully Submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW

_____
Carlos Holguín, State Bar No. 90754
*Attorney for Plaintiffs*

///

- 4 -

# DECLARATION OF PETER SCHEY

I, Peter A. Schey, declare and say as follows:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys for plaintiffs. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057.

2. On January 14, 2004, I telephoned Frank Travieso, one of the attorneys for defendants in the above-entitled action. I advised Mr. Travieso of the substance of the attached ex parte application for leave to file a brief in excess of 25 pages. I also informed him that said application would be filed on the morning of January 15, 2004. Mr. Travieso indicated that the defendants reserved the right to oppose the plaintiffs' ex parte application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of January, 2004, at Los Angeles, California.

Peter A. Schey, State Bar No. 58232
*Attorney for Plaintiffs*

///

-5-

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín, State Bar No. 90754
Peter A. Schey, State Bar No. 58232
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Fax: (213) 386-9484

LATHAM & WATKINS
Steven Schulman
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2184
Fax: (202) 637-2201

NATIONAL CENTER FOR YOUTH LAW
Katina Ancar
405 -14th Street, Suite 1500
Oakland, California 94612
Telephone: (510) 835-8098
Fax: (510) 835-8099

*Of counsel:*
YOUTH LAW CENTER
Alice Bussiere
417 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 543-3379
Fax: (415) 956-9022

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-RJK(Px) |
| Plaintiffs, | [~~PROPOSED~~] ORDER GRANTING APPLICATION TO FILE MOTION AND SUPPORTING DOCUMENTS IN EXCESS OF PERMITTED NUMBER OF PAGES |
| -vs- | |
| TOM RIDGE, Secretary, Department of Homeland Security, *et al.*, | |
| Defendants. | (ARGUMENT NOT REQUESTED) |

Plaintiffs have moved for an Order to permit the filing of Plaintiffs' Notice of Motion and Motion to Enforce Settlement of Class Action in excess of 25 pages.

For good cause shown, the application is GRANTED.

Dated: JAN 2 3 2004

_____
The Hon. Robert Kelleher
United States District Judge

Submitted by

_____
Carlos Holguin, State Bar No. 90754
*Attorney for Plaintiffs*

///

- 2 -

## CERTIFICATE OF SERVICE

I am not a party to this action. I am employed by the Center for Human Rights and Constitutional Law, 256 S. Occidental Blvd., Los Angeles, CA, 90057. I am over the age of eighteen.

Copies of the foregoing **Ex Parte Application, Memorandum of Points and Authorities in Support of Ex Parte Application, and Proposed Order**, were personally served on counsel for defendants on this date at the following addresses:

>Mr. Frank Travieso
>Assistant United States Attorney
>Federal Building, Suite 7516
>300 North Los Angeles Street
>Los Angeles, CA 90012

Dated: January 15, 2004

Carlos Holguin, State Bar No. 90754
*Attorney for Plaintiffs*

/ / /