CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Angela Perry (Cal. Bar No. 228228)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693; Fax: (213) 386-9484

LATHAM & WATKINS
Steven Schulman
555 Eleventh St., NW, Suite 1000
Washington, DC 20004
Telephone: (202) 637-2184

NATIONAL CENTER FOR YOUTH LAW
Katina Ancar
405 -14th Street, Suite 1500
Oakland, California 94612
Telephone: (510) 835-8098; Fax: (510) 835-8099

Of counsel:

YOUTH LAW CENTER
Alice Bussiere
417 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*Attorneys for plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | Case No. CV 85-4544-RJK(Px) |
| Plaintiffs, | NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION |
| -vs- | |
| TOM RIDGE, Secretary of Department of HomelandSecurity, et al., | |
| Defendants. | Hearing: March 1, 2004. Time: 10:00 a.m. |

/ / /

To defendants and their attorneys of record:

PLEASE TAKE NOTICE that on March 1, 2004, at 10:00 a.m. or as soon thereafter as counsel may be heard, plaintiffs will and do hereby move the court for an order requiring defendants to comply with the Stipulated Settlement Agreement, filed herein on January 17, 1997, and approved by this court on January 28, 1997.

This motion is based upon the annexed memorandum of points and authorities and upon all other matters of record herein.

Dated: January 14, 2004.

Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Angela Perry

LATHAM & WATKINS
Steven Schulman

NATIONAL CENTER FOR YOUTH LAW
Katina Ancar

YOUTH LAW CENTER
Alice Bussiere

_____
Carlos Holguín

/ / /

- ii -