```
 1  DEBRA W. YANG
    United States Attorney
 2  LEON W. WEIDMAN
    Assistant United States Attorney
 3  Chief, Civil Division
    FRANK TRAVIESO
 4  Assistant United States Attorney
    California Bar Number:  180394
 5       Room 7516, Federal Building
         300 North Los Angeles Street
 6       Los Angeles, California  90012
         Telephone:  (213) 894-7819
 7       Facsimile:  (213) 894-2448
    PETER D. KEISLER
 8  Assistant Attorney General
    DAVID J. KLINE
 9  Principal Deputy Director
    HUGH G. MULLANE
10  Senior Litigation Counsel
         Office of Immigration Litigation
11       Civil Division, U.S. Department of Justice
         P.O. Box 878, Ben Franklin Station
12       Washington, D.C.  20044
         Telephone:  (202) 616-9095
13       Facsimile:  (202) 616-4975

14  Attorneys for Defendants

15              IN THE UNITED STATES DISTRICT COURT

16            FOR THE CENTRAL DISTRICT OF CALIFORNIA

17                       WESTERN DIVISION
```

FILED
CLERK, U.S. DISTRICT COURT
FEB 18 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Send

LODGED
2004 FEB 17 PM 4:01
U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | ) |
| Plaintiffs, | ) |
| vs. | ) Case No. CV 85-4544-RJK(Px) |
| TOM RIDGE, Secretary of the Department of Homeland Security, et al., | ) [~~PROPOSED~~]<br>) ORDER GRANTING EX PARTE<br>) APPLICATION TO FILE<br>) MEMORANDUM IN EXCESS OF |
| Defendants. | ) PAGE LIMITATION |

THE COURT, having considered defendants' ex-parte application to permit the filing of a memorandum in excess of the

1

DOCKETED ON CM
FEB 19 2004
BY _____ 010

24

page limitation, and the grounds stated therefor,

IT IS ORDERED that Defendants may file a memorandum in opposition to Plaintiff's Memorandum of Points and Authorities In Support Of Motion To Enforce Settlement Of Class Action and that said opposition may be in excess of the page limitation.

Dated: FEB 18 2004

_____
HONORABLE ROBERT J. KELLEHER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director

_____
HUGH G. MULLANE
Senior Litigation Counsel
Office of Immigration Litigation
Attorneys for Defendants

2

## PROOF OF SERVICE BY FEDERAL EXPRESS

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. By business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **February 17, 2004**, I served

**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION TO FILE MEMORANDUM IN EXCESS OF PAGE LIMITATION**

on each person or entity named below by enclosing a copy in an Federal Express envelope addressed as shown below and placing the envelope for collection on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for Federal Express. On the same day that correspondence is placed for collection, it is deposited in the ordinary course of business with Federal Express in a sealed envelope.

Date of pick-up: **February 17, 2004**. Place of pickup: Los Angeles, California.

Person(s) and/or Entity(s) to Whom Federal Expressed was sent:

**Carlos Holguin, Esq.**
**Peter Schey, Esq.**
**Center for Human Rights & Constitutional Law**
**256 South Occidental Boulevard**
**Los Angeles, CA 90057**

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **February 17, 2004** at Los Angeles, California.

OLIVIA HERNÁNDEZ