P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.  CV 85-4544 RJK                           Date: February 23, 2004

Title:  Flores v. Ridge, et al.

---

PRESENT:  **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

Debra O'Neill                      None Present
Courtroom Clerk                    Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
None Present                       None Present

PROCEEDINGS: **In Chambers – Court Order**

Plaintiffs' Motion to Enforce Settlement of Class Action is currently on calendar for hearing on March 1, 2004 at 10:00 a.m.. The Court hereby CONTINUES the hearing date on the motion from March 1, 2004 to **March 15, 2004 at 10:00 a.m.**.

IT IS SO ORDERED.



DOCKETED ON CM
FEB 2 4 2004
BY _____ #10

MINUTES FORM 11                    Initials of Deputy Clerk ____
CIVIL - GEN