| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| | Carlos Holguín (Cal. Bar No. 90754) |
| 2 | Peter A. Schey (Cal. Bar No. 58232) |
| | Angela Perry (Cal. Bar No. 228228) |
| 3 | 256 South Occidental Boulevard |
| 4 | Los Angeles, CA 90057 |
| | Telephone: (213) 388-8693; Fax: (213) 386-9484 |
| 5 | |
| | LATHAM & WATKINS |
| 6 | Steven Schulman |
| | 555 Eleventh St., NW, Suite 1000 |
| 7 | Washington, DC 20004 |
| | Telephone: (202) 637-2184 |
| 8 | |
| 9 | NATIONAL CENTER FOR YOUTH LAW |
| | Katina Ancar |
| 10 | 405 - 14th Street, Suite 1500 |
| | Oakland, California 94612 |
| 11 | Telephone: (510) 835-8098; Fax: (510) 835-8099 |
| 12 | Of counsel: |
| 13 | YOUTH LAW CENTER |
| | Alice Bussiere |
| 14 | 417 Montgomery Street, Suite 900 |
| | San Francisco, CA 94104 |
| 15 | Telephone: (415) 543-3379 x 3903 |
| 16 | *Attorneys for plaintiffs* |

SEND
FILED
CLERK, U.S. DISTRICT COURT
FEB 26 2004
CENTRAL DISTRICT OF CALIFORNIA
BY ___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 19 | JENNY LISETTE FLORES, et al., ) | Case No. CV 85-4544-RJK(Px) |
| 20 | Plaintiffs, ) | STIPULATION TO CONTINUE HEARING ON MOTION TO |
| 21 | -vs- ) | ENFORCE SETTLEMENT OF CLASS ACTION |
| 22 | ) | AND [PROPOSED] ORDER THEREON. |
| | TOM RIDGE, Secretary of Department of ) | |
| 23 | HomelandSecurity, et al., ) | |
| 24 | Defendants. ) | Hearing: None requested |
| | ) | Time: n/a |
| 25 | / / / | |

DOCKETED ON CM
FEB 27 2004
BY ___ 010

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that the hearing on plaintiffs' motion to enforce settlement of class action, presently calendared for March 1, 2004, be continued to March 29, 2004, at 10:00 a.m.

This continuance is requested so that the parties may further evaluate their respective relevant positions.

Dated: February 25, 2004.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Angela Perry

CARLOS HOLGUIN
For Plaintiffs

Dated: February 25, 2004.

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director

HUGH G. MULLANE
Senior Litigation Counsel
Office of Immigration Litigation

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

FRANK M. TRAVIESO
Assistant United States Attorney

Attorneys for Defendants
United States of America

IT IS SO ORDERED.

Dated: February 26, 2004.

United States District Judge

/ / /