NAME, ADDRESS AND TELEPHONE NUMBER OF ATTORNEY(S)

FILED
CLERK, U.S. DISTRICT COURT
MAR 4 2004
CENTRAL DISTRICT OF CALIFORNIA
BY _____ /DEPUTY

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES, et al.,

Plaintiff(s)

TOM RIDGE, et al.,

Defendant(s)

CASE NUMBER:

CV 2:85-4544 RJK (Px)

**APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE**

NOTICE: Effective January 1, 2000, the fee for *Pro Hac Vice* Appearance is $85.00 for each case application. Please submit the fee with your application. Fee is waived for attorneys for the United States, its departments or agencies. *To receive orders and judgments by e-mail or fax transmission, complete and return the Optical Scanning Enrollment form (formG-76), available on the court's website at www.cacd.uscourts.gov*

I, STEVEN H. SCHULMAN, hereby apply to the Court under Local Rule 83-2.8.2 for permission to appear and participate in the above-entitled action on behalf of ☒ Plaintiff ☐ Defendant: _____ by whom I have been retained.

My *out-of-state* business information is as follows:

Firm Name: Latham & Watkins LLP
Address: 555 Eleventh Street, N.W., Suite 1000
Washington, D.C. 20004
Telephone number: (202) 637-2200    Fax number: (202) 637-2201

I am a member in good standing and eligible to practice before the following courts:

| TITLE OF COURT | DATE OF ADMISSION |
|---|---|
| DC Court of Appeals | 1/6/1997 |
| Maryland Court of Appeals | |
| US District Court | 4/12/1999 |
| US Court of Appeals for the 4th Circuit | 10/22/2002 |

I am not a resident of, nor am I regularly employed, engaged in business, professional or other activities in the State of California. I am not currently suspended or disbarred in any court.

I have concurrently, or within three (3) years of this application, made *pro hac vice* applications to this Court in the following actions:

| CASE NUMBER | TITLE OFACTION |
|---|---|
| | N/A |

MAR - 3 2004
CLERK, U.S. DISTRICT COURT

MAR - 9 2004
BY ____ 010

If *pro hac vice* applications set forth in the previous statement have been denied by this Court, please explain:

I designate  Carlos Holguin  as local counsel, whose business information is as follows:

Firm Name: Center for Human Rights and Constitutional Law

Address: 256 S. Occidental Boulevard

Los Angeles, CA  90057

Telephone number: 213-388-8693      Fax number: 213-386-9484

who is a member of the Bar of this Court and maintains an office in the Central District of California for the practice of law, as the attorney with whom the Court and opposing counsel may readily communicate regarding the conduct of this case, and upon whom papers may be served.

I declare under penalty of perjury that the foregoing is true and correct and that I am familiar with the Local Rules, the Local Criminal Rules, the F.R.Civ. P., the F.R.Crim. P., and the F.R. Evidence.

Date: 2/20/04

*Applicant Signature*

I hereby consent to the foregoing designation.

Date: 2/25/04

*Designee Signature*

90754

California State Bar No.

## ORDER

The application to appear *pro hac vice* as requested in the above-entitled case is hereby:
- ☑ Granted.
- ☐ Denied and fee ordered returned.

Date: MAR 0 4 2004

UNITED STATES DISTRICT JUDGE / MAGISTRATE JUDGE

G-64 (10/03)   APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE   PAGE 1 OF 2