P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.      CV 85-4544 RJK                              Date: March 23, 2004

Title:        Flores v. Ridge, et al.

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

| Debra O'Neill | None Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
None Present                                        None Present

PROCEEDINGS: **In Chambers – Court Order**

On January 26, 2004, Plaintiffs filed a Motion to Enforce Settlement of Class Action, which currently is on calendar for hearing on March 29, 2004, at 10:00 a.m.. Subsequently, on March 16, 2004, Plaintiffs filed a Motion (1) to Continue Hearing on Motion to Enforce Settlement; (2) for Leave to Conduct Discovery; and (3) for Mandatory Settlement Conference. On March 22, 2004, Plaintiffs also filed an Ex Parte Application to Continue Hearing on Motion to Enforce Settlement of Class Action ("Ex Parte Application").

The Court hereby continues the hearing on Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference to May 3, 2004, at 10:00 a.m..

The Court hereby defers ruling and takes off calendar the hearing on Plaintiffs' Motion to Enforce Settlement of Class Action. If after ruling on Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference, the Court finds it necessary, it will then set a hearing date on the Motion to Enforce Settlement of Class Action.

MINUTES FORM 11                                    Initials of Deputy Clerk ____
CIVIL-GEN

DOCKETED ON CM

MAR 25 2004

BY _____ 010

Page 1 of 2 pages

SCANNED

Plaintiffs' Motion to Continue Hearing on Motion to Enforce Settlement and Ex Parte Application are hereby deemed moot.

IT IS SO ORDERED.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk _ᴶᵃᵛ_

Pag. 2 of 2 pages _.·CV-85-4544-12JK   March 23, 2004