P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.    CV 85-4544 RJK                              Date: March 23, 2004

Title:   Flores v. Ridge, et al.

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

Debra O'Neill                          None Present
Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
None Present                           None Present

PROCEEDINGS: **In Chambers – Court Order**

On January 26, 2004, Plaintiffs filed a Motion to Enforce Settlement of Class Action, which currently is on calendar for hearing on March 29, 2004, at 10:00 a.m.. Subsequently, on March 16, 2004, Plaintiffs filed a Motion (1) to Continue Hearing on Motion to Enforce Settlement; (2) for Leave to Conduct Discovery; and (3) for Mandatory Settlement Conference. On March 22, 2004, Plaintiffs also filed an Ex Parte Application to Continue Hearing on Motion to Enforce Settlement of Class Action ("Ex Parte Application").

The Court hereby continues the hearing on Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference to May 3, 2004, at 10:00 a.m..

The Court hereby defers ruling and takes off calendar the hearing on Plaintiffs' Motion to Enforce Settlement of Class Action. If after ruling on Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference, the Court finds it necessary, it will then set a hearing date on the Motion to Enforce Settlement of Class Action.

MINUTES FORM 11                        Initials of Deputy Clerk
CIVIL-GEN

DOCKETED ON CM

MAR 25 2004

Page 1 of 2 pages

Plaintiffs' Motion to Continue Hearing on Motion to Enforce Settlement and Ex Parte Application are hereby deemed moot.

IT IS SO ORDERED.

SCANNED

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk  Aw

Page 2 of 2 pages -- CV-85-4544-JAK  March 23, 2004