P SEND 

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

Case No.     CV 85-4544 RJK                              Date: April 26, 2004

Title:       Flores v. Ridge, et al.

---

PRESENT:    **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

   Debra O'Neill                                    None Present
   Courtroom Clerk                                  Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
   None Present                                     None Present

PROCEEDINGS: **In Chambers – Court Order**

   Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference currently is on calendar for hearing on May 3, 2004, at 10:00 a.m.. The Court hereby continues the hearing on Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference to May 17, 2004, at 10:00 a.m..

   IT IS SO ORDERED.

DOCKETED ON CM
APR 27 2004
BY ___  010

MINUTES FORM 11                         Initials of Deputy Clerk ____
CIVIL - GEN