P SEND

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 85-4544 RJK                              Date: May 17, 2004

Title:     Flores v. Ridge, et al.

---

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

         Debra O'Neill                          None Present
         Courtroom Clerk                        Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:    ATTORNEYS PRESENT FOR DEFENDANT:
        None Present                           None Present

PROCEEDINGS: **In Chambers – Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference**

Plaintiffs' Motion for Leave to Conduct Discovery and for Mandatory Settlement Conference currently is on calendar for hearing on May 17, 2004, at 10:00 a.m.. Pursuant to Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7-15, the Court finds that this matter is appropriate for decision without oral argument. The hearing calendared for May 17, 2004, is hereby VACATED, and the matter taken off calendar. The matter is deemed SUBMITTED, and the Court hereby enters the following ORDER:

Plaintiffs' Motion for Leave to Conduct Discovery

After reviewing the Parties' briefs and the record before the Court, the Court hereby **GRANTS IN PART** Plaintiffs' Motion for Leave to Conduct Discovery. Plaintiffs are hereby granted 30 (thirty) days, from the date of this Order, within which to conduct discovery as follows: Plaintiffs may serve Defendants with written interrogatories, of which there will be no more than 50 (fifty). Defendants shall have no more than two weeks to respond to the interrogatories. Defendants' responses shall be served on Plaintiffs, and filed with the Court.

MINUTES FORM 11                          Initials of Deputy Clerk ____
CIVIL-GEN

DOCKETED ON CM
MAY 17 2004
BY _____ 010

Plaintiffs' Motion for Mandatory Settlement Conference

The Court **DEFERS** ruling on Plaintiffs' Motion for Mandatory Settlement Conference.

IT IS SO ORDERED.

MINUTES FORM 11
CIVIL - GEN

Initials of Deputy Clerk ___