# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES -REOPENING/CLOSING

Case No. CV-85-4544-RJK                                  Date  5-17-04

Title: Flores -v- Ridge

Present: The Honorable ROBERT J. KELLEHER

| Debra L. O'Neill | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:
N/A                                        N/A

=====================================================================================

Proceedings:  ☐ In Court     ☒ In Chambers     ☐ Counsel Notified

☐ Case previously closed in error. Make JS-5.

☐ Case should have been closed on entry dated _____.

☐ Case settled but may be reopened if settlement is not consummated within _____ days. Make JS-6.

☒ Other  Case should have been JS-5'd on Jan 26, 2004 doc # 18

☐ Entered _____.

Initials of Preparer  DLOneill

DOCKETED ON CM
MAY 19 2004
BY BG        010