# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | |
|---|---|---|
| Case No. | CV 85-4544 RJK | Date: July 16, 2004 |
| Title: | Flores v. Ridge, et al. | |

PRESENT: **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

| Debra O'Neill | None Present |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF: ATTORNEYS PRESENT FOR DEFENDANT:
None Present                      None Present

PROCEEDINGS: **In Chambers – ORDER**

Before the Court are: (1) Defendants' Ex Parte Application for Extension of Time to Respond to Plaintiffs' Interrogatories While Parties Negotiate Pursuant to Local Rule 37-1 Regarding the Scope of Plaintiffs' Requests ("Defendants' Ex Parte Application"); and (2) Defendants' Objections to Plaintiffs' Interrogatories ("Defendants' objections").

Pursuant to the Court's May 17, 2004 Order, Plaintiffs served Defendants with interrogatories on June 2, 2004. Defendants filed objections to the interrogatories on June 16, 2004. Having reviewed the interrogatories and Defendants' objections, the Court hereby **OVERRULES** each and every objection made by Defendants to the interrogatories. In addition, the Court hereby **DENIES** Defendants' Ex Parte Application.

It is further **ORDERED** that the Parties shall meet and confer no later than July 23, 2004 to discuss the interrogatories. Subsequent to the meet and confer, Defendants shall serve on Plaintiffs

MINUTES FORM 11                Initials of Deputy Clerk
CIVIL-GEN



DOCKETED ON CM

JUL 16 2004

BY

and file with the Court no later than July 30, 2004, full and complete answers to each outstanding interrogatory.

**IT IS SO ORDERED.**