DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney
California Bar Number: 180394
    Room 7516, Federal Building
    300 North Los Angeles Street
    Los Angeles, California  90012
    Telephone:  (213) 894-2448
    Facsimile:  (213) 894-7819
PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director
VICTOR M. LAWRENCE
Trial Attorney
    Office of Immigration Litigation
    Civil Division, U.S. Department of Justice
    P.O. Box 878, Ben Franklin Station
    Washington, D.C.  20044
    Telephone:  (202) 305-8788
    Facsimile:  (202) 616-9366

Attorneys for Defendants

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | Case No. CV 85-4544-RJK(Px) |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER |
| TOM RIDGE, Secretary of the Department of Homeland Security, et al., | |
| Defendants. | |

THE COURT, having reviewed Defendants' notice of filing

Defendants' responses to Plaintiffs' interrogatories and

1 | exhibits 1 to 15 in support thereof, under seal, and the
2 | stipulated Protective Order, for good cause shown,
3 |     IT IS HEREBY ORDERED THAT Defendants' request to file the
4 | responses to Plaintiffs' interrogatories, and exhibits 1 to 15
5 | thereto, under seal is granted.

Dated: **AUG 1 6 2004**

*/s/ Robert J. Kelleher*
HONORABLE ROBERT J. KELLEHER
UNITED STATES DISTRICT JUDGE

IF DENIED:

The underlying documents and sealing application shall be filed, but not under seal.

Dated: _____

_____
HONORABLE ROBERT J. KELLEHER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

DEBRA W. YANG
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director

*/s/* , AUSA For
VICTOR M. LAWRENCE
Trial Attorney
Office of Immigration Litigation

Attorneys for Defendants

# PROOF OF SERVICE BY MAILING

I am over the age of 18 and not a party to the within action. I am employed by the Office of United States Attorney, Central District of California. My business address is 300 North Los Angeles Street, Suite 7516, Los Angeles, California 90012.

On **July 30, 2004**, I served:

### [PROPOSED ORDER]

on each person or entity named below by enclosing a copy in an envelope addressed as shown below and placing the envelope for collection and mailing on the date and at the place shown below following our ordinary office practices. I am readily familiar with the practice of this office for collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service in a sealed envelope with postage fully prepaid.

Date of mailing: **July 30, 2004**. Place of mailing: Los Angeles, California.

**Person(s) and/or Entity(s) to Whom mailed**:

### SEE ATTACHED SERVICE LIST

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on: **July 30, 2004** at Los Angeles, California.

_____
OLIVIA HERNANDEZ

Jenny Lisette Flores, et al. v. Tom Ridge, etc., et al.
CV 85-4544 RJK (Px)

# SERVICE LIST

**CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW**
Carlos Holguin
Peter A. Schey
Angela Perry
256 South Occidental Boulevard
Los Angeles, California 90057

**LATHAM & WATKINS**
Steven Schulman
555 Eleventh St., NW, Suite 1000
Washington DC 20004

**NATIONAL CENTER FOR YOUTH LAW**
Katina Ancar
405-14th Street, Suite 1500
Oakland, CA 94612

**YOUTH LAW CENTER**
Alice Bussiere
417 Montgomery Street, Suite 900
San Francisco, CA 94104