P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV 85-4544 RJK                              Date: October 19, 2004

Title:     Flores v. Ridge, et al.

---

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

Debra O'Neill                           None Present
Courtroom Clerk                         Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFF:        ATTORNEYS PRESENT FOR DEFENDANT:
None Present                            None Present

PROCEEDINGS: **In Chambers – ORDER**

The Court hereby orders the parties to appear on November 8, 2004 at 10:00 a.m. for a hearing on Defendant's Ex Parte Application for Second Protective Order.

**IT IS SO ORDERED.**





MINUTES FORM 11                         Initials of Deputy Clerk
CIVIL - GEN