Page 1 of 2 Pages

P SEND

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

Case No.   CV 85-4544 RJK                                       Date: November 8, 2004

Title:   Flores v. Ridge, et al.

---

PRESENT:   **THE HONORABLE ROBERT J. KELLEHER, JUDGE**

| Debra O'Neill | Margaret Babykin |
|---|---|
| Courtroom Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFF:   ATTORNEYS PRESENT FOR DEFENDANT:
Peter Schey                                             Frank Travieso, AUSA
Carlos Holguin                                          Victor Lawrence
Amos Hartston

PROCEEDINGS: **Hearing: Defendants' ex parte application for a second protective order**

The matter was called and oral argument heard by the Court on November 8, 2004, at 10:00 a.m. for a hearing on Defendants' Ex Parte Application for Second Protective Order. The court **DEFERS** ruling on this matter and orders the parties as follows:

1. Each party shall identify ten (10) interrogatories from Plaintiffs' Interrogatories, served on June 2, 2004, which are to be filed with the Court within 7 days from the date of this order.

2. Thereafter, the parties shall file supporting statements explaining why Defendants' responses to each identified interrogatory were either complete or incomplete, no less than 14 days prior to the hearing date.

3. The parties may file a reply no less than 7 days prior to the hearing date.

MINUTES FORM 11      Initials of Deputy Clerk ___
CIVIL-GEN

CV-85-4544-RJK                                       November 8, 2004

4.  The Court will conduct a hearing with respect to the exchanged interrogatories on **December 13, 2004,** at **10:00 a.m..**

**IT IS SO ORDERED.**