Original

SCAN ONLY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No.   CV-85-4544-RJK                    Date: December 13, 2004

Title:   Jenny Lisette Flores, et al -v- Tom Ridge, etc., et al

================================================================
PRESENT:

   THE HONORABLE ROBERT J. KELLEHER U.S. DISTRICT JUDGE

   Debra L. O'Neill                     Gail Peeples
   Courtroom Clerk                      Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Carlos Holguin                           Frank Travieso, AUSA
Amos Hartson                             Victor Lawrence

PROCEEDINGS:   Re: Exchanged Interrogatories

Matter called, appearances made. The Court DENIES plaintiff's 2nd Ex Parte Application for a protective order.

Counsel are to lodge a proposed order with the Court, not later than Tuesday, December 14, 2004 at 12:00 noon, with a courtesy copy delivered to chambers.


IT IS SO ORDERED.


MINUTES FORM 11                          Initials of Deputy Clerk
CIVIL - GEN


