CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Angela Perry
256 South Occidental Boulevard
Los Angeles, CA 90057
Tel: (213) 388-8693; Fax: (213) 386-9484

LATHAM & WATKINS LLP
Amos E. Hartston (Bar No. 186471)
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 485-1234; (213) 891-8763

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
405 -14th Street, Suite 1500
Oakland, California 94612
Tel: (510) 835-8098; Fax: (510) 835-8099

LOS ANGELES CENTER FOR LAW AND
JUSTICE
Diego Cartagena
1241 S. Soto Street
Los Angeles, California 90023
Tel: (323) 980-3500

Of counsel:
YOUTH LAW CENTER
Alice Bussiere
417 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 543-3379 x 3903

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES, et al., | CASE NO. CV 85-4544-RJK (PX) |
|---|---|
| Plaintiffs, | STIPULATION AND [PROPOSED] ORDER RE EXTENSION |
| v. | |
| TOM RIDGE, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, et al., | Hearing Date: None |
| Defendants. | |

LA\1363176.1

1  WHEREAS, on December 13, 2004, the Court ordered plaintiff to file a
2  proposed order for the Court's review by December 14, 2004 at 12:00 p.m., and
3  requested that the parties confer regarding the proposed order;
4  WHEREAS, the parties have been meeting and conferring in good faith
5  towards resolution of all discovery disputes and a proposed order including after
6  midnight on December 13, 2004;
7  WHEREAS, counsel for defendants are traveling to Washington D.C., and
8  the parties request additional time;
9  NOW THEREFORE, the parties request an additional 24 hours to confer
10 regarding a proposed order which will be filed by 12:00 noon on December 15,
11 2004.

Dated: December 14, 2004

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
  Carlos Holguin
  Peter A. Schey
  Angela Perry

IT IS SO ORDERED:

LATHAM & WATKINS LLP
  Amos E. Hartston

DATE: 12/15/04

_____
United States District Judge

NATIONAL CENTER FOR YOUTH LAW
  Leecia Welch

LOS ANGELES CENTER FOR LAW AND
JUSTICE
  Diego Cartagena

YOUTH LAW CENTER
  Alice Bussiere

By _____
  Amos E. Hartston
  Attorneys for Plaintiff

LA\1363176.1

2

| | |
|---|---|
| Dated: December 14, 2004 | DEBRA W. YANG<br>Unites States Attorney<br>FRANK M. TRAVIESO<br>Assistant United States Attorney<br>VICTOR M. LAWRENCE<br>Trial Attorney<br>Office of Immigration Litigation<br><br>By _____<br>Frank M. Travieso<br>Attorneys for Defendants |

**IT IS SO ORDERED.**

Date:_____

Honorable Robert L. Kelleher
United States District Court

LA\1363176.1

3