CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguin
Peter A. Schey
Angela Perry
256 South Occidental Boulevard
Los Angeles, CA 90057
Tel: (213) 388-8693; Fax: (213) 386-9484

LATHAM & WATKINS LLP
Amos E. Hartston (Bar No. 186471)
633 W. Fifth Street, Suite 4000
Los Angeles, CA 90071
Tel: (213) 485-1234; (213) 891-8763

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
405 -14th Street, Suite 1500
Oakland, California 94612
Tel: (510) 835-8098; Fax: (510) 835-8099

LOS ANGELES CENTER FOR LAW AND
JUSTICE
Diego Cartagena
1241 S. Soto Street
Los Angeles, California 90023
Tel: (323) 980-3500

Of Counsel:
YOUTH LAW CENTER
Alice Bussiere
417 Montgomery Street, Suite 900
San Francisco, CA 94104
Tel: (415) 543-3379 x 3903

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | CASE NO. CV 85-4544-RJK |
| Plaintiffs, | JOINT STIPULATION AND [PROPOSED] ORDER RE DISCOVERY AND SCHEDULING |
| v. | |
| TOM RIDGE, SECRETARY OF DEPARTMENT OF HOMELAND SECURITY, et al., | Hearing Date: None |
| Defendants. | |

LA\1363121.2

1. WHEREAS, the parties each desire to resolve all issues regarding discovery related to Plaintiffs' pending Motion to Enforce;

NOW THEREFORE, the parties agree to the following Order:

1. Defendants will compile and produce information on or before March 1, 2005 for all accompanied and unaccompanied juveniles in ORR or DHS custody during the period November 15, 2004 through December 15, 2004; this production will be produced in the same format and contain the same information as Exhibits 1 and 7 to the Defendants' Responses to Plaintiffs' Interrogatories without the production of any additional data;

2. The March 1, 2005 production will be made available both in hard copy and electronic format;

3. Within thirty (30) days after production of this information, counsel for Plaintiffs will identify by name (and A-number if available), and request to review:

   (a) No more than 25 files Plaintiffs seek to review of juveniles who were housed in unlicensed facilities (as defined by the Flores Settlement Agreement) during the period November 15, 2004 through December 15, 2004;

   (b) No more than 40 files Plaintiffs seek to review of juveniles who were in Defendants' custody for 14 or more days during the period November 15, 2004 through December 15, 2004;

   (c) For any individual juvenile for whom Plaintiffs request a file pursuant to Paragraphs 3(a) or (b), Plaintiffs shall designate to review either the DHS or ORR file, but not both.

4. Within sixty (60) days after Plaintiffs' identification of these files, Defendants agree to make such files available for inspection and copying (minus privileged documents and any confidential documents the government is prohibited from disclosing, such as asylum applications), or to produce copies of such files at

LA\1363121.2

2

1  Defendants' discretion. The parties shall each bear their own copying costs.
2  Under no circumstances will original files leave the facilities where the files are
3  maintained.

4      5.    The August 17, 2004 Protective Order entered in this case is hereby
5  modified to cover any production of documents or review of files under this Order.

6      6.    At the time of Defendants' production of files under this Order,
7  Defendants shall also produce a description of the educational services available at
8  the facilities used by DHS and ORR during the period November 15, 2004 through
9  December 15, 2004. For services previously described in Exhibit 8 of Defendants'
10 Responses to Plaintiffs' Interrogatories, Defendants need not repeat or update such
11 information.

12     7.    Defendants' agreement to produce information in electronic format is
13 for purposes of settlement of the current discovery disputes only, and shall not
14 serve as precedent in support of any request by Plaintiffs for further production of
15 electronic data. Defendants believe production of electronic data is not necessary
16 for purposes of monitoring compliance with the <u>Flores</u> Settlement Agreement;
17 Plaintiffs believe production of electronic data is critical to monitoring compliance
18 with the <u>Flores</u> Settlement Agreement. This Order is without prejudice to the
19 respective parties' positions.

20     8.    Plaintiffs agree that Defendants' production of information and files
21 in accordance with this Order shall be deemed full compliance with all outstanding
22 discovery requests related to Plaintiffs' pending Motion to Enforce, and Plaintiffs
23 shall not request any further discovery in connection with this Motion to Enforce.
24 This is without prejudice to Plaintiffs seeking discovery in connection with any
25 separate Motion to Enforce in the future.

26     9.    Within 60 days of Defendants' production of files, Plaintiffs will file a
27 final brief in support of its Motion to Enforce explaining to the Court their position
28

LA\1363121.2

3

as to why they believe Defendants have materially breached the <u>Flores</u> Settlement Agreement.

10. Defendants will file a responsive brief within 30 days of Plaintiffs' submission, explaining their position as to why Defendants are in substantial compliance with the Settlement Agreement. Plaintiffs' Motion to Enforce will then be set for hearing for the Court's final determination.

**IT IS SO ORDERED.**

Date: 12/20/2004

Honorable Robert L. Kelleher
United States District Court

Stipulated to and Submitted by:

Dated: December 15, 2004

DEBRA W. YANG
Unites States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director
VICTOR M. LAWRENCE
Trial Attorney

_____/ AUSA For
Victor M. Lawrence
Trial Attorney
Office of Immigration Litigation

Attorneys for Defendants

LA\1363121.2

4

Dated: December 15, 2004

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos Holguin
Peter A. Schey
Angela Perry

LATHAM & WATKINS LLP
Amos E. Hartston

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch

LOS ANGELES CENTER FOR LAW AND JUSTICE
Diego Cartagena

YOUTH LAW CENTER
Alice Bussiere

SEE ATTACHMENT
───────────────────
Amos E. Hartston
Attorneys for Plaintiff

LA\1363121.2

5

Dated: December 15, 2004

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos Holguin
Peter A. Schey
Angela Perry

LATHAM & WATKINS LLP
Amos E. Hartston

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch

LOS ANGELES CENTER FOR LAW AND JUSTICE
Diego Cartagena

YOUTH LAW CENTER
Alice Bussiere

_____
Amos E. Hartston
Attorneys for Plaintiff

LA\1363121.2

**ATTACHMENT**