1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
   Carlos Holguín
2  Peter A. Schey
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
4  Telephone: (213) 388-8693; Fax: (213) 386-9484

5  LATHAM & WATKINS LLP
   Amos E. Hartston (Bar No. 186471)
6  633 W. Fifth Street, Suite 4000
   Los Angeles, CA 90071
7  Tel: (213) 485-1234; (213) 891-8763

8  NATIONAL CENTER FOR YOUTH LAW
   John O'Toole
9  405 -14th Street, Suite 1500
   Oakland, California 94612
10 Telephone: (510) 835-8098; Fax: (510) 835-8099

11 Of counsel:

12 YOUTH LAW CENTER
   Alice Bussiere
13 417 Montgomery Street, Suite 900
   San Francisco, CA 94104
14 Telephone: (415) 543-3379 x 3903

*Attorneys for plaintiffs*

**ORIGINAL**

FILED
CLERK, U.S DISTRICT COURT

AUG 3 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

Priority ___
Send ✓
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ___

LODGED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES, et al., | ) Case No. CV 85-4544-RJK(Px) |
|---|---|
| Plaintiffs, | ) JOINT STIPULATION RE: BRIEFING SCHEDULE AND [PROPOSED] ORDER THEREON |
| -vs- | ) |
| TOM RIDGE, Secretary of Department of Homeland Security, et al., | ) Pretrial conference date: None<br>) Trial date: None<br>) Hearing: None |
| Defendants. | ) |

/ / /

DOCKETED ON CM
AUG 4 2005
BY _____ 026

- 1 -

86

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that the Joint Stipulation and Order re: Discovery and Scheduling, filed December 22, 2004 ("Stipulation"), be amended, with the Court's approval, as follows:

(1) that ¶ 9 of the Stipulation be amended to provide that plaintiffs' final brief shall be filed 120 days from the date of defendants' production of files;

(2) that ¶ 10 of the Stipulation be amended to provide that defendants' final brief shall be filed 60 days form the date plaintiffs' final brief is filed.

/ / /

These amendments are requested so that the parties may discuss resolving their differences without further litigation.

Dated: August 1, 2005.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

LATHAM & WATKINS
Amos Hartston

NATIONAL CENTER FOR YOUTH LAW
John O'Toole

YOUTH LAW CENTER
Alice Bussiere

_____
Carlos Holguín
*Attorneys for Plaintiffs*

Dated: August 1, 2005.

DEBRA W. YANG
Unites States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director
VICTOR M. LAWRENCE
Senior Litigation Counsel

_____
Victor M. Lawrence, per fax authorization
*Attorneys for Defendants* attached

IT IS SO ORDERED.

Dated: August 2, 2005.

_____
United States District Judge

-3-

These amendments are requested so that the parties may discuss resolving their differences without further litigation.

Dated: July ___, 2005.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

LATHAM & WATKINS
Amos Hartston

NATIONAL CENTER FOR YOUTH LAW
John O'Toole

YOUTH LAW CENTER
Alice Bussiere

_____
Carlos Holguín
*Attorneys for Plaintiffs*

Dated: July ___, 2005.

DEBRA W. YANG
Unites States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director
VICTOR M. LAWRENCE
Senior Litigation Counsel

_____
Victor M. Lawrence
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: _____, 2005.

_____
United States District Judge

- 3 -

PROOF OF SERVICE BY MAIL

I, Marisol Zacarias, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. On August 1, 2005, I served the attached STIPULATION on defendants by certified mail to the following address:

Frank Travieso
Assistant United States Attorney
300 N. Los Angeles Street
Los Angeles, California 90012

and to the following:

Victor Lawrence
Office of Immigration Litigation
NPB 726N
P.O.Box 878
Washington, DC 20044
(certified mail, postage prepaid, and facsimile)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1 day of August 2005, at Los Angeles, California.

*Marisol Zacarias* [signature]

/ / /