1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
   Carlos Holguín
2  Peter A. Schey
   256 South Occidental Boulevard
3  Los Angeles, CA 90057
4  Telephone: (213) 388-8693; Fax: (213) 386-9484

5  LATHAM & WATKINS LLP
   Amos E. Hartston (Bar No. 186471)
6  633 W. Fifth Street, Suite 4000
   Los Angeles, CA 90071
7  Tel: (213) 485-1234; (213) 891-8763

8  NATIONAL CENTER FOR YOUTH LAW
   John O'Toole
9  405 -14th Street, Suite 1500
   Oakland, California 94612
10 Telephone: (510) 835-8098; Fax: (510) 835-8099

11 Of counsel:

12 YOUTH LAW CENTER
13 Alice Bussiere
   417 Montgomery Street, Suite 900
14 San Francisco, CA 94104
15 Telephone: (415) 543-3379 x 3903

16 *Attorneys for plaintiffs*

17                UNITED STATES DISTRICT COURT

18                CENTRAL DISTRICT OF CALIFORNIA

19  JENNY LISETTE FLORES, et al.,        )   Case No. CV 85-4544-RJK(Px)
                                         )
20         Plaintiffs,                   )   JOINT STIPULATION RE: BRIEFING
                                         )   SCHEDULE
21  -vs-                                 )
                                         )
22  MICHAEL CHERTOFF, Secretary of       )   Pretrial conference date: None
    Department of Homeland Security,     )   Trial date: None
23  et al.,                              )   Hearing: None
                                         )   Time:
24         Defendants.                   )   Courtroom:
    _____)

25  / / /

- 1 -

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, that the Joint Stipulation and Order re: Discovery and Scheduling, filed December 22, 2004 ("Stipulation"), be amended as follows:

(1) that ¶ 9 of the Stipulation be amended to provide that plaintiffs' final brief shall be filed on or before November 18, 2005;

(2) that ¶ 10 of the Stipulation provide that defendants' final brief shall be filed on or before January 18, 2006.

/ / /

- 2 -

1  These amendments are requested so that the parties may discuss resolving their
2  differences without further litigation. A meeting for that purpose is calendared for October
3  19 and 20, 2005.

4  Dated: September 28, 2005.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

LATHAM & WATKINS
Amos Hartston

NATIONAL CENTER FOR YOUTH LAW
John O'Toole

YOUTH LAW CENTER
Alice Bussiere

*Carlos Holguin (MZ)*
Carlos Holguin
*Attorneys for Plaintiffs*

Dated: September 28, 2005.

DEBRA W. YANG
Unites States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director
VICTOR M. LAWRENCE
Senior Litigation Counsel

*Victor M. Lawrence (MZ)*
Victor M. Lawrence     Signing on his
Attorneys for Defendants   behalf- per the
                           attached page.

IT IS SO ORDERED.

Dated: September 29, 2005.

*Robert J. Kelleher*
United States District Judge

-3- -3-

| | |
|---|---|
| 1 | These amendments are requested so that the parties may discuss resolving their |
| 2 | differences without further litigation. A meeting for that purpose is calendared for October |
| 3 | 19 and 20, 2005. |

Dated: September 26, 2005.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

LATHAM & WATKINS
Amos Hartston

NATIONAL CENTER FOR YOUTH LAW
John O'Toole

YOUTH LAW CENTER
Alice Bussiere

_____
Carlos Holguin
*Attorneys for Plaintiffs*

Dated: September __, 2005.

DEBRA W. YANG
Unites States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
FRANK M. TRAVIESO
Assistant United States Attorney

PETER D. KEISLER
Assistant Attorney General
DAVID J. KLINE
Principal Deputy Director
VICTOR M. LAWRENCE
Senior Litigation Counsel

_____  9/27/05
Victor M. Lawrence
*Attorneys for Defendants*

IT IS SO ORDERED.

Dated: _____, 2005.

_____
United States District Judge

-3-

PROOF OF SERVICE BY MAIL

I, Marisol Zacarias, declare and say as follows:

1. I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057, in said county and state.

2. On September 28, 2005, I served the attached STIPULATION on defendants by mail at the following address:

>Frank Travieso
>Assistant United States Attorney
>300 N. Los Angeles Street
>Los Angeles, California 900

and to the following:

>Victor Lawrence
>Office of Immigration Litigation
>NPB 726N
>P.O.Box 878
>Washington, DC 20044
>(first class mail, postage prepaid, and facsimile)

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 28 day of September 2005, at Los Angeles, California.

*[signature: Marisol Zacarias]*

/ / /

- 4 -