UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ORIGINAL

P. Send
JS-6

CIVIL MINUTES - GENERAL

| Case No. | CV-85-4544-RJK | Priority ✓ | Date | 5-10-06 |
|---|---|---|---|---|
| Title | Flores -v- Meese | Send ✓ | | |
| | | Enter ✓ | | |
| | | Closed | | |
| | | JS-5/JS-6 ✓ | | |
| | | JS-2/JS-3 | | |
| | | Scan Only | | |

Present: The Honorable     ROBERT J. KELLEHER

| D.L. O'Neill | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

N/A                                        N/A

**Proceedings:**     IN CHAMBERS

Pursuant to the Court's directive this matter is terminated.

✓ Docketed
  Copies / NTC Sent
✓ JS - 5 / JS - 6
  JS - 2 / JS - 3
  CLSD

ENTERED
CLERK, U.S. DISTRICT COURT
MAY 11 2006
CENTRAL DISTRICT OF CALIFORNIA
BY          DEPUTY

: ∅

Initials of Preparer

DOCKETED ON CM
MAY 11 2006
BY SB          004