# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

P- Send

## CIVIL MINUTES - GENERAL

| Case No. | CV 85-4544 RJK | Date | June 6, 2007 |
|---|---|---|---|
| Title | Jenny Lisette Flores, et al., v. Edwin Meese, et al., | | |

Present: The Honorable ROBERT J. KELLEHER, U.S. District Judge

| Debra O'Neill | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:          Attorneys Present for Defendants:

None                                                            None

**Proceedings:**          **In Chambers Order**

   The Court is in receipt of Plaintiffs' Notice of Withdrawal of Motion to Enforce Settlement filed on November 14, 2005 (docket no. 88). The Court is also aware that the parties amicably resolved their prior discovery disputes.

   The Court hereby ORDERS the parties to file a Status Report within thirty (30) days from the date of this order with respect to ongoing activity, i.e. whether the treatment and conditions of class members while in Defendants' custody now, continue to abide to the required standards as defined in the stipulated settlement agreement.

   **IT IS SO ORDERED.**

Initials of Preparer



DOCKETED ON CM
JUN - 7 2007
BY _____ 009