scan only

FILED
CLERK, U.S DISTRICT COURT
JUL 11 2007
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

1  GEORGE S. CARDONA
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
   JOHN E. NORDIN, II
4  Assistant United States Attorney
   Assistant Chief, Civil Division
5  California Bar Number: 049680
       Room 7516, Federal Building
6      300 North Los Angeles Street
       Los Angeles, California  90012
7      Telephone:  (213) 894-3552
       Facsimile:  (213) 894-7819
8      Email: John.Nordin@usdoj.gov
   PETER D. KEISLER
9  Assistant Attorney General
   DAVID J. KLINE
10 Principal Deputy Director
   VICTOR M. LAWRENCE
11 Senior Litigation Counsel
   EDWARD E. WIGGERS
12 Trial Attorney
       Office of Immigration Litigation
13     Civil Division, U.S. Department of Justice
       P.O. Box 878, Ben Franklin Station
14     Washington, D.C.  20044
       Telephone:  (202) 616-1247
15     Facsimile:  (202) 233-0397
       Email: Edward.Wiggers@usdoj.gov
16
   Attorneys for Defendants
17

18 JENNY LISETTE FLORES, et al.,          )
                                          )
19         Plaintiffs,                    )
                                          )
20         vs.                            ) Case No. CV 85-4544-RJK(Px)
                                          )
21 MICHAEL CHERTOFF, Secretary of the    ) [PROPOSED]
   Department of Homeland Security,      ) ORDER GRANTING EXTENSION OF
22 et al.,                                ) TIME TO PARTIES TO SUBMIT
                                          ) STATUS REPORTS
23         Defendants.                    )
   _____)

24     THE COURT, having considered the parties' joint status
   report and joint request for reconsideration, and the grounds
25 stated therefor,

26

27

28



DOCKETED ON CM
JUL 11 2007
BY _____ 008

IT IS ORDERED that the parties' stipulation is approved. The parties have until August 9, 2007, to submit their status reports.

Dated: July 10, 2007

_____
HONORABLE ROBERT J. KELLEHER
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

FOR PLAINTIFFS:

_____
CARLOS HOLGUIN
PETER A. SCHEY
Center for Human Rights
 and Constitutional Law

ALICE BUSSIERE
Youth Law Center
 Youth Law

AMOS HARTSTON
Latham & Watkins

FOR DEFENDANTS:

GEORGE S. CARDONA
United States Attorney

LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division

JOHN E. NORDIN, II
Assistant United States Attorney
Assistant Chief, Civil Division

PETER D. KEISLER
Assistant Attorney General

DAVID J. KLINE
Principle Deputy Director

_____
VICTOR M. LAWRENCE
Senior Litigation Counsel

EDWARD E. WIGGERS
Trial Attorney

Office of Immigration Litigation

Attorneys for Defendants