# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Send ___
Enter ___
Closed ___
JS-5/JS-6 ___
JS-2/JS-3 ___
Scan Only ☒

## CIVIL MINUTES - GENERAL

| Case No. | CV 85-4544 RJK | Date | August 14, 2007 |
|---|---|---|---|
| Title | Jenny Lisette Flores, et al., v. Michael Chertoff, et al. | | |

Present: The Honorable **ROBERT J. KELLEHER, UNITED STATES DISTRICT JUDGE**

| Michele Murray | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:           Attorneys Present for Defendants:

Not Present                                                Not Present

**Proceedings:**     **(In Chambers) Order to Show Cause Re: Compliance with Settlement Agreement**

On August 9, 2007, the parties separately filed their status reports in response to the Court's June 7, 2007 order. Plaintiffs' status report raises seven (7) specific points where Defendants may not have completely complied with their obligations pursuant to the settlement agreement. This is of great concern to the Court. Most outstanding among the alleged violations is issue number six (6) - the violations of settlement detention standard at the T. Don Hutto Facility. Accordingly, the Court hereby **ORDERS** the parties to address issue number six (6) in a concise brief, not exceeding five (5) pages, concerning the status of the suit involving the twenty-four (24) class members.

The parties shall appear on **September 10, 2007, at 1:30 p.m.** for hearing on the Order to Show Cause.

**IT IS SO ORDERED.**

00 : 00

Initials of Preparer       mdm

DOCKETED ON CM
AUG 16 2007
BY ___ 010