UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Priority
Send  ☒
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

| Case No. | CV 85-4544 RJK | Date | August 30, 2007 |
|---|---|---|---|
| Title | Jenny Lisette Flores, et al., v. Michael Chertoff, et al. | | |

Present: The Honorable **ROBERT J. KELLEHER, UNITED STATES DISTRICT JUDGE**

| Michele Murray | None | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiffs:                Attorneys Present for Defendants:

None                                                                          None

**Proceedings:**   **(In Chambers) Order to Show Cause Re: Compliance with Settlement Agreement**

An Order to Show Cause Re: Compliance with Settlement Agreement ("OSC") is calendared for hearing on September 10, 2007, at 1:30 p.m. After discussion with the Honorable Sam Sparks of the Western District of Texas regarding the Don Hutto Family Detention Center, the Court hereby **VACATES** the OSC.

**IT IS SO ORDERED.**

                                                                                        00  :  00

                                                                    Initials of Preparer    mdm



