CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone:   (213) 388-8693
Facsimile:    (213) 386-9484
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org
          marchela@centerforhumanrights.org

WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
wmolinski@orrick.com
T. WAYNE HARMAN (STATE BAR NO. 254089)
wharman@orrick.com
ELENA GARCIA (STATE BAR NO. 299680)
egarcia@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017
Telephone:   +1-213-629-2020
Facsimile:    +1-213-612-2499

*Attorneys for Plaintiffs*
(listing continues on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>Jeh Johnson, Secretary, U.S. Department of Homeland Security, *et al.*,<br><br>             Defendants. | Case No. CV 85-4544-RJK(Px)<br><br>**NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION**<br><br>Hearing:  March 9, 2015<br>Time:      TBD<br>Dept:       TBD |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
UNIVERSITY OF TEXAS SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu

To defendants and their attorneys of record:

PLEASE TAKE NOTICE that on March 9, 2015, at a time to be determined upon the Court's assigning a judge to this matter, plaintiffs will and do hereby move the Court for an order requiring defendants to comply with the settlement filed herein on January 17, 1997, and approved by this Court on January 28, 1997 ("Settlement").

1  This motion is based upon the accompanying memorandum of law and all
2  other matters of record herein, and is brought following meetings of counsel
3  pursuant to Local Rule 7-3 and ¶ 37 of the Settlement on October 30, 2014, and
4  January 21, 2015.

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian

ORRICK, HERRINGTON & SUTCLIFFE LLP
William A. Molinski
T. Wayne Harman
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen

YOUTH LAW CENTER
Alice Bussiere
Virginia Corrigan

RANJANA NATARAJAN


/s/ Carlos Holguín
Carlos Holguín


*Attorneys for Plaintiffs*

- 2 -

NOTICE OF MOTION AND MOTION TO ENFORCE
SETTLEMENT
CV 85-4544-RJK(Px)