1   CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
    Carlos Holguín (Cal. Bar No. 90754)
2   Peter A. Schey (Cal. Bar No. 58232)
    Marchela Iahdjian (Cal. Bar No. 295595)
3   256 South Occidental Boulevard
    Los Angeles, CA 90057
4   Telephone: (213) 388-8693
    Facsimile: (213) 386-9484
5   Email:crholguin@centerforhumanrights.org
            pschey@centerforhumanrights.org
6           marchela@centerforhumanrights.org

7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    William A. Molinski (Cal. Bar No. 145186)
8   wmolinski@orrick.com
    T. Wayne Harman (Cal. Bar No. 254089)
9   wharman@orrick.com
    Elena Garcia (Cal. Bar No. 299680)
10  egarcia@orrick.com
    777 South Figueroa Street, Suite 3200
11  Los Angeles, CA 90017
    Telephone: (213) 629-2020
12
    *Attorneys for Plaintiffs*
13  (listing continues on following page)

14

15                UNITED STATES DISTRICT COURT

16              CENTRAL DISTRICT OF CALIFORNIA

17                     WESTERN DIVISION

18

19
     Jenny Lisette Flores, et al.,          Case No. CV 85-4544-RJK(Px)
20
              Plaintiffs,                    **Plaintiffs' First Set Of Exhibits In
21                                           Support Of Motion For Class-Wide
                                             Enforcement Of Settlement [Part 2:
22        v.                                 First Part of Exhibit 7]**

23   Jeh Johnson, Secretary, U.S. Department  Hearing:   March 9, 2015
     of Homeland Security, et al.,           Time:      TBD
24                                           Dept:      TBD
              Defendants.
25

26
                     **<u>PUBLIC VERSION</u>**
27

28

1

2   *Plaintiffs' counsel, continued:*

3   LA RAZA CENTRO LEGAL, INC.
    Michael S. Sorgen
4   Maria Victoria Castro
    Amanda Alvarado Ford
5   474 Valencia Street, #295
    San Francisco, CA 94103
6   Telephone:   (415) 575-3500
    Facsimile:   (415) 255-7593
7
    *Of counsel:*
8
    YOUTH LAW CENTER
9   Alice Bussiere
    Virginia Corrigan
10  200 Pine Street, Suite 300
    San Francisco, CA 94104
11  Telephone:  (415) 543-3379 x 3903

12  RANJANA NATARAJAN
    Clinical Professor
13  Director, Civil Rights Clinic
    University of Texas School of Law
14  727 E. Dean Keeton St.
    Austin TX 78705
15  Telephone:  (512) 232-7222

16

17

18

19

20

21

22

23

24

25

26

27

28

1

INDEX TO EXHIBITS

2   1    Settlement of class action, January 17, 1997 ................................................... 1

3   2    Order approving settlement of class action, January 28, 1997 ..................... 47

4
   3    Stipulation extending settlement of class action, December 7,
5        2001 ...................................................................................................................... 53

6
   4    Plaintiffs' letter requesting pre-enforcement meeting, October
7        15, 2014 ................................................................................................................ 58

8
   5    Plaintiffs' letter posing questions re: implementation of class
9        action settlement, October 2, 2014 ................................................................... 64

10
  6    Defendants' response to questions re: implementation of class
11      action settlement, November 3, 2014 ............................................................... 85

12  7    ICE opposition to bond redetermination, July 24, 2014 .............................. 107

13  8    ICE opposition to bond redetermination, October 8, 2014 .......................... 158

14
  9    U.S. Immigration & Customs Enforcement, news release,
15      November 18, 4014 ........................................................................................... 210

16  10   Declaration of Bridget Cambria, November 7, 2014 .................................... 211

17  11   Declaration of Carol Anne Donohoe, November 15, 2014 .......................... 219

18  12   Declaration of J██ H███████ M████, September 20, 2014 ................... 227

19
  13   Declaration of M███ C██████ d█ T███, September 19,
20      2014 .................................................................................................................... 232

21  14   Declaration of M███ F██████ S███, September 19, 2014 .......................... 238

22
  15   Declaration of M███ L████ M█████, September 19, 2014 ...................... 244
23

24  16   Affidavit of Adriana Piñon re: Texas Public Information Act
         Request, September 3, 2014 ...................................................................... 248
25

26  17   Declaration of Barbara Hines, January 14, 2014 ......................................... 253

27  18   Declaration of D██ V███ A█████, January 9, 2015 ............................... 301

28

PLAINTIFFS' FIRST SET OF EXHIBITS IN
SUPPORT OF MOTION FOR CLASS-WIDE
ENFORCEMENT OF SETTLEMENT
[PART 2: EXHIBIT 7]
CV 85-4544-RJK(Px)

19   Declaration of H████ R████████ M████, January 9, 2015 ............................. 305

20   Declaration of R████ E██████ A████, January 8, 2015 ....................... 309

21   Karnes Attorney Visitation Form and Guidelines, January 9, 2015 ............................................................................................................. 312

22   Declaration of Jonathan Hiskey, September 22, 2014 ................................. 314

23   Declaration of Carlos Holguin, January 13, 2015 ........................................ 319

24   Declaration of Luis H. Zayas, December 10, 2014 ...................................... 323

25   Declaration of Generva Gilden Berger, January 12, 2015 .......................... 366

26   Dilley Resident Handbook ........................................................................ 383

27   Memorandum of Understanding Re: Compromise of Class Action: Conditions of Detention, November 30, 1987 ............................... 433

28   Declaration of Anne Chandler, December 1, 2014 ...................................... 470

29   Declaration of Allison N. Boyle, November 24, 2014 ................................. 475

30   Declaration of Brittany Perkins, November 28, 2014 ................................. 490

31   Declaration of Clayton N. Matheson, November 24, 2014 .......................... 497

32   Declaration of Kate Lincoln-Goldfinch, December 2, 2014 ....................... 504

33   Declaration of Melissa J. Cuadrado, November 26, 2014 ........................... 512

34   Declaration of Scott T. Williams, December 1, 2014 ................................. 522

35   Declaration of Virginia Marie Raymond, December 13, 2014 ................... 527

36   *R.I.L.R. v. Johnson*, No. 15-CV-00011-JEB (D.D.C.), Memorandum of Points & Authorities in Support of Motion for Preliminary Injunction, December 16, 2014 ........................................... 530

37   Flores Settlement Agreement and DHS Custody: Key Flores Provisions & DHS Noncompliance - Report of Lutheran Immigration and Refugee Services ........................................................... 570

Plaintiffs' First Set Of Exhibits In
Support Of Motion For Class-Wide
Enforcement Of Settlement
[Part 2: Exhibit 7]
CV 85-4544-RJK(Px)

38    Declaration of S███ C██M███, January 8, 2015 ................................... 577

39    Declaration of S███ B██ d T██, January 8, 2015............................ 580

40    Declaration of M██ G███ S███, January 8, 2015 ........................... 583

41    Declaration of E█████ G███ M███, January 9, 2015....................... 586

42    Declaration of A██ Z███ M█████, January 9, 2015................................. 590

43    Declaration OF A███ E█████████ d l C███ G███, January 9, 2015................................................................ 594

44    Declaration of A███ F███ d E██████, January 9, 2015........................ 597

45    Declaration of H███ L███ M███ P███, January 9, 2015........................ 602

46    Declaration of M██ M█████ M███, January 8, 2015 ......................... 606

47    Declaration of C███ M███ C█████ C██, January 8, 2015.................................................................. 609

48    Declaration of S███ L███ M███ A███, January 9, 2015.................................................................. 611

49    Declaration of L██ B███ S███, January 8, 2015 .............................. 613

50    Declaration of S███ A███ M████ D████, January 8, 2015.................................................................. 617

51    Declaration of O███ F███ C████ M███, January 9, 2015.................... 621

52    Declaration of J█████ E███ E█████ F███, January 9, 2015.................................................................. 624

53    Declaration of Lauren Beth Connell, November 26, 2014........................... 627

PLAINTIFFS' FIRST SET OF EXHIBITS IN
SUPPORT OF MOTION FOR CLASS-WIDE
ENFORCEMENT OF SETTLEMENT
[PART 2: EXHIBIT 7]
CV 85-4544-RJK(Px)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian


   /s/ Carlos Holguín
Attorneys for Plaintiffs

# Exhibit 7

## Publicly Filed

Raphael Choi
Chief Counsel
David Kelly
Deputy Chief Counsel
Karen Donoso Stevens
Senior Attorney
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
1901 S. Bell Street, Suite 900
Arlington, VA 22202

## UNITED STATES DEPARTMENT OF JUSTICE
## EXECUTIVE OFFICE FOR IMMIGRATION REVIEW
## IMMIGRATION COURT
## ARTESIA, NEW MEXICO

| | |
|---|---|
| In the Matter of: ) | |
| ) | |
| Maria Sebastian Juan ) | File No.:   A206-847-751 |
| Jennifer Alvarado Sebastian ) | A206-847-752 |
| ) | |
| ) | |
| In BOND Proceedings ) | |

**Immigration Judge:  Hladylowycz**          **Next Hearing:  July 29, 2014**

## DEPARTMENT OF HOMELAND SECURITY'S
## SUBMISSION OF DOCUMENTARY EVIDENCE

Exhibit 7 - Page 107

## DEPARTMENT OF HOMELAND SECURITY'S
## SUBMISSION OF DOCUMENTARY EVIDENCE

The Department respectfully submits the following documents in support of the

Department's position in this matter:

| TAB | DESCRIPTION | PAGE |
|---|---|---|
| A | Declaration of Philip T. Miller, Assistant Director of ERO and ICE Field Operations, on July 15, 2014 | 1-3 |
| B | Declaration of Traci A. Lembke, Assistant Director over Investigative Programs for HSI and ICE, on July 17, 2014 | 4-6 |
| C | Written Testimony of DHS Secretary Jeh Johnson, at http://www.dhs.gov/news/2014/06/24/written-testimony-dhs-secretary-jeh-johnson-house-committee-homeland-security | 7-11 |
| D | U.S Moves to Stop Surge in Illegal Immigration, *New York Times*, dated June 20, 2014 | 12-15 |
| E | New U.S. Effort to Aid Unaccompanied Child Migrants, *New York Times*, dated June 2, 2014 | 16-18 |
| F | Obama Asks for $3.7 Billion to Aid Border, *New York Times*, dated July 8, 2014 | 19-22 |
| G | A 12-Year Old's Trek of Despair Ends in a Noose at the Border, *New York Times*, dated April 19, 2014 | 23-27 |
| H | Snakes and Thorny Brush, and Children at the Border Alone, *New York Times*, June 25, 2014 | 28-31 |
| I | Guatemalan Boy Sought Care for Family in the U.S. and Died Crossing Border Desert, *The Guardian*, dated July 2, 2014 | 32-35 |
| J | 72 Bodies Found in Mexico were Immigrants, Officials Say, CNN, dated August 25, 2010 | 36-38 |
| K | *Matter of D-J-*, 23 I&N Dec. 572 (A.G. 2003) | 39-48 |

Respectfully submitted by:

Karen Donoso Stevens
Senior Attorney
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

Exhibit 7 - Page 108

**PROOF OF SERVICE**

On _7/24/14_ , I served a copy of this "Department of Homeland Security

Submission of Documentary Evidence" and any attached pages to the respondent,

_Maria Sebastian Juan & Jennifer Alvarado Sebastian_, at the following location:

Artesia Family Residential Center
1300 W. Richey Avenue
Artesia, New Mexico 88210

by:

☐ placing a true copy thereof in a sealed envelope, with postage thereon to be fully prepaid by normal government process and causing the same to be mailed by first class mail to the person at the address set forth above.

☑ causing to be personally delivered a true copy thereof to the person set forth above.

☐ electronic service, in accordance with applicable office procedure and DHS polices, to the addressee set forth above, at the following e-mail address:

E-Service E-Mail Address

☐ Courier Service ( ☐ FedEx / ☐ UPS) to the person at the address set forth above.

☐ telefaxing with acknowledgment of receipt to the person at the address set forth above.

Karen Donoso Stevens
Senior Attorney
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security
1901 S. Bell Street, Suite 900
Arlington, VA 22202

Exhibit 7 - Page 109

## DECLARATION OF PHILIP T. MILLER

I, Philip T. Miller, hereby declare that the following statements are true and correct to the best of my knowledge, information, and belief:

1. My name is Philip T. Miller. I am currently serving at the Senior Executive Staff level as the Assistant Director of Field Operations for Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE) in Washington, D.C. I have held this position since May 2013. My current work address is: 500 12th Street Southwest, Washington, DC. I hold a B.A. and an M.A. in Political Science.

2. I began federal service in 1996 with the former Immigration and Naturalization Service (INS) as an Immigration Inspector in New Orleans, Louisiana, where I worked at both air and sea ports of entry. In 1998, I was promoted to a Deportation Officer, and served as Juvenile Coordinator, National Crime Information Center Fugitive Officer, and managed a long-term detention and rehabilitation program. In 2001, I became an ICE Special Agent, conducting administrative and criminal investigations, including investigations of alien smuggling, critical infrastructure protection, and counterfeit document vending.

3. In July of 2007, I became an Assistant Field Office Director within the New Orleans Field Office of Detention and Removal Operations (DRO). In this capacity I was responsible for managing all mission support functions and fugitive operations, and I served as the Field Office's Public Affairs Officer and Congressional Liaison Officer. In April of 2008, I was promoted to Deputy Field Office Director for DRO. In September of 2009, I was promoted to Field Office Director of the New Orleans Field Office.

4. My experience as an immigration officer includes planning, directing, managing, and coordinating operational functions relating to the apprehension, transportation, and detention of aliens ordered removed; the execution of final orders of deportation; and liaison with Departmental, interagency, and community partners regarding ERO matters.

5. In my current position as Assistant Director of ERO Field Operations, I oversee, direct, and coordinate operational activities throughout the nation's ERO field offices and sub-offices, ensuring such activities further agency goals and comply with agency policies. My duties include the oversight of operations concerning the detention of adults with children and unaccompanied children.

6. Last fiscal year, U.S. Customs and Border Patrol (CBP) apprehended more than 24,000 unaccompanied children at the border. By mid-June of this fiscal year, that number has more than doubled to over 52,000. See Written Testimony of DHS Secretary Jeh Johnson, at http://www.dhs.gov/news/2014/06/24/written-testimony-dhs-secretary-jeh-johnson-house-committee-homeland-security.



7. The number of credible fear cases that U.S. Citizenship and Immigration Services (USCIS) completed for nationals of all countries grew rapidly over a one-year period, going from 13,607 in FY12 to 36,454 in FY13, with the majority of this increase due to claims originating from nationals of El Salvador, Guatemala, and Honduras. USCIS received a total of 8,475 credible fear cases for these three countries in FY12, with this number nearly tripling to 23,329 in FY13. The reasons for this dramatic increase are not completely known. http://www.uscis.gov/sites/default/files/USCIS/Outreach/Notes%20from%20Previous%20Engagements/2013/Asylum-CredibleFear-ReasonableFear-FY13.pdf

8. On May 12, 2014, Secretary Johnson declared a Level IV condition of readiness within the Department of Homeland Security (DHS), which is a determination that the capacity of CBP and ICE to deal with the situation is full and we need to draw upon additional resources across all of DHS. He appointed Deputy Chief Vitiello to coordinate this effort within DHS. See Written Testimony of DHS Secretary Jeh Johnson, at http://www.dhs.gov/news/2014/06/24/written-testimony-dhs-secretary-jeh-johnson-house-committee-homeland-security.

9. According to debriefings of Guatemalan, Honduran, and Salvadoran detainees, the high probability of a prompt release, coupled with the likelihood of low or no bond, is among the reasons they are coming to the United States. I have concluded that implementation of a "no bond" or "high bond" policy would significantly reduce the unlawful mass migration of Guatemalans, Hondurans, and Salvadoran.

10. The responsibilities of DHS include "[s]ecuring the borders, territorial waters, ports, terminals, waterways, and air, land, and sea transportation systems of the United States...." 6 U.S.C. § 202(2) (codification of the Homeland Security Act of 2002). The DHS describes its cores missions as, inter alia, "[p]revent[ing] terrorism and enhancing security" and secur[ing] and manag[ing] our borders." http://www.dhs.gov/our-mission. Security of the borders includes a focus on the goal of "[d]isrupt[ing] and dismantl[ing] transnational criminal and terrorist organizations. http://www.dhs.gov/secure-and-manage-borders.

11. Detention is especially crucial in instances of mass migration. Allowing detainees to bond out would have indirect yet significant adverse national security consequences as it undermines the integrity of our borders. As stated, the current detainees already are motivated, inter alia, by the belief that they would receive release from detention. Validating this belief further encourages mass migration, which only increases the already tremendous strain on our law enforcement and national security agencies. Significant resources have had to be diverted to the Southwest Border, not only to handle the additional caseload, but also as part of a strengthened effort to investigate, prosecute, and dismantle criminal smuggling organizations. Such a diversion of resources disrupts our ability to deal with other threats to public safety, including national security threats. Implementing a "no bond" or "high bond" policy would help ameliorate these disruptions.



2

Exhibit 7 - Page 111

Specifically, DHS, together with the Department of Justice, has added personnel and resources to the investigation, prosecution, and dismantling of the smuggling organizations that are facilitating border crossings into the Rio Grande Valley Sector. ICE is surging 60 additional criminal investigators and support personnel to San Antonio and Houston offices for this purpose. See Written Testimony of DHS Secretary Jeh Johnson, at http://www.dhs.gov/news/2014/06/24/written-testimony-dhs-secretary-jeh-johnson-house-committee-homeland-security.

12. These individuals present a substantial risk of disappearing into the United States. Implementing a "no bond" or "high bond" policy would provide additional time to further screen the detainees and have a better chance of identifying any that present threats to our public safety and national security.

13. Criminal enterprises and cartels are facilitating the networks of human smuggling and criminal activity along the Southwest Border. According to debriefings of Guatemalan, Honduran, and Salvadoran detainees, a majority of them paid funds to criminal elements, including the Zeta or Gulf cartels, to be smuggled across the Southwest Border. The average amount per alien paid was $3,800. The money paid to these cartels is used to fund additional illicit and dangerous activities in the United States and Mexico. By deterring smuggling activities, ICE can prevent further funding of these illegal organizations known for their intricate trafficking networks and murders.

14. By reducing the current influx of nationals, including adults with children, from Guatemala, El Salvador, and Honduras, DHS and other law enforcement agencies will be able to cease redirecting resources away from other priorities, such as removing criminal aliens and other individuals who pose a danger to the community.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

_July 15, 2014_
Date

_Philip T. Miller_
Assistant Director, ERO Field Operations
Department of Homeland Security
U.S. Immigration and Customs Enforcement

3

Exhibit 7 - Page 112

I, Traci A. Lembke, hereby declare that the following statements are true and correct to the best of my knowledge, information, and belief:

1.  My name is Traci A. Lembke.  I am currently serving at the Senior Executive Service level as the Assistant Director over Investigative Programs for Homeland Security Investigations (HSI), U.S. Immigration and Customs Enforcement (ICE), in Washington DC.  I have held this position since September of 2013.  My current work address is: 500 12th Street, SW, Washington, DC.  I hold a B.A. degree from the University of Northern Colorado.

2.  I began my federal law enforcement career in 1987 as a Special Agent with the former U.S. Customs Service (USCS) in Denver, Colorado.  In 1991, I transferred to the USCS Office in Nogales, Arizona, where I investigated criminal organizations involved with illicit movement of narcotics, prohibited merchandise, firearms and currency into and out of the United States.  In 1997, I was transferred to the Tucson, Arizona USCS Office of Internal Affairs (OIA), where I was promoted to the Resident Agent in Charge.  In 2001, I was transferred by the USCS to Washington, DC, to join the Headquarters OIA staff, where I became the Director of the Internal Investigations Division.

3.  In 2003, I was named the Unit Chief over Internal Investigations for the newly created ICE Office of Professional Responsibility (OPR).  In 2006, I joined the Senior Executive Service and was promoted to Director for ICE OPR.  In this capacity, I oversaw all criminal and administrative investigations involving employees of ICE, U.S. Customs and Border Protection (CBP), and U.S. Citizenship and Immigration Services (USCIS).

4.  In 2008, I was transferred to ICE's Homeland Security Investigations (HSI), where I served as the Deputy Assistant Director (DAD) for the Investigative Services Division.  I remained in this position until September 2013, when I was promoted to the Assistant Director for all of HSI's Investigative Programs.

5.  My experience as a USCS and HSI Special Agent included planning, directing, managing and coordinating all aspects of complex criminal investigations, to include conducting surveillance, collecting/seizing evidence, interviewing witnesses and suspects, writing reports of investigation and presenting my cases for federal criminal prosecution.

6.  In my current position as the Assistant Director of HSI's Investigative Programs, I oversee, direct and coordinate over 100 investigative programs within four separate divisions, including the Transnational Crime and Public Safety Division.  Within the Transnational Crime and Public Safety Division is the Human Smuggling and Trafficking Unit, which oversees programs designed to identify and disrupt criminal smuggling and trafficking organizations.  This unit also assists with prioritizing these investigations



Exhibit 7 - Page 113

according to the degree of risk posed to national security and public safety, and coordinating field office investigations into targeted human smuggling and trafficking organizations with the goal of eliminating their ability to function.

7. ICE defines human smuggling as the "importation of people into the United States involving deliberate evasion of immigration laws." ICE Office of Investigations Memorandum, "Definitions of 'Human Smuggling' and 'Human Trafficking'" (Dec. 13, 2004). Human smuggling is traditionally motivated by a variety of reasons, including profit and family interest. The statutes governing this offense are contained within Title 8 U.S.C. Section 1324.

8. Last fiscal year, CBP apprehended more than 24,000 unaccompanied children at the border. By mid-June of this fiscal year, that number had more than doubled to over 52,000. *See Dangerous Passage: The Growing Problem of Unaccompanied Children Crossing the Border: Hearing Before the H. Comm. on Homeland Security,* 113th Cong., 2d session (2014) (testimony of Jeh Johnson, Secretary of DHS) available at http://www.dhs.gov/news/2014/06/24/written-testimony-dhs-secretary-jeh-johnson-house-committee-homeland-security.

9. On May 12, 2014, Secretary Johnson declared a Level IV condition of readiness within the U.S. Department of Homeland Security (DHS), a determination that CBP's and ICE's ability to deal with the situation was at full capacity and that drawing upon additional resources across all of DHS was needed. He appointed Ronald Vitiello, Deputy Chief of the U.S. Border Patrol, to coordinate this effort within DHS. *See Dangerous Passage: The Growing Problem of Unaccompanied Children Crossing the Border: Hearing Before the H. Comm. on Homeland Security,* 113th Cong., 2d session (2014) (testimony of Jeh Johnson, Secretary of DHS) available at http://www.dhs.gov/news/2014/06/24/written-testimony-dhs-secretary-jeh-johnson-house-committee-homeland-security.

10. As the lead U.S. government agency for the investigation of human smuggling, ICE HSI initiates over 2,500 human smuggling and trafficking investigations annually. These criminal investigations have disclosed that human smuggling organizations (HSO) operating primarily in foreign countries and utilizing international confederates unlawfully move individuals across international borders, regardless of whether these individuals pose potential national security or public safety threats.

11. The role of HSI to address the issue of illegal crossings of unaccompanied alien children (UAC) is significant and crucial. HSI's human smuggling initiative is focused on identifying, disrupting and dismantling human smuggling and the criminal infrastructure that supports it, as well as associated criminal organizations. HSI is uniquely positioned,



Exhibit 7 - Page 114

through its investigative capabilities, to affect this issue by disrupting the organizations which transport UACs and other aliens.

12. Human smuggling poses a serious threat to our nation's security. HSOs usually attempt to turn a quick and significant profit and continue moving undocumented aliens across our borders. In severe cases, HSOs hold their human cargo hostage and demand more money from family members as a means to extort higher fees.

13. HSOs routinely separate women from their children. HSOs often transport their human cargo — men, women and children — through desolate terrain, without food or water. They may also be placed into trucks or trailers without any ventilation. In Texas, 19 people, including a seven-year-old boy, died inside an airless trailer truck that was used to smuggle them from Mexico, El Salvador and Guatemala. *See Another Defendant Involved in May 2003 Smuggling Tragedy in Victoria, Texas, Sentenced to Prison,* USAO, SD TX Press Release, Nov. 9, 2009, available at http://www.justice.gov/usao/txs/1News/Archives/Archived%20Releases/2009%20Novem ber/110909Flores.htm.

14. HSOs arrange for their human cargo to be taken to drop-houses often under unsafe conditions with no way to communicate with relatives or to notify authorities if there is an emergency. Some smuggled aliens have been beaten or raped.

15. Individuals who are smuggled to the United States and released on a minimal bond present a significant risk of absconding, which in turn likely encourages continued smuggling into the United States.

16. Combatting human smuggling requires significant HSI resources which necessarily must be diverted from other investigative priorities. Such a diversion of resources disrupts our ability to deal with other threats to public safety, including criminal activity related to illicit trade, travel and finance. Implementing a "no bond" or "high bond" policy would help alleviate these disruptions by deterring further mass migration.

I declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge.

_July 17th 2014_
Date

Traci A. Lembke
Assistant Director Investigative Programs
Homeland Security Investigations
U.S. Immigration and Customs Enforcement
Department of Homeland Security

Exhibit 7 - Page 115



Official website of the Department of Homeland Security

## Homeland Security

Home
Topics
How Do I?

Get Involved
News
About DHS

Home   News   Written testimony of DHS Secretary Jeh Johnson for a House Committee on Homeland Security hearing titled "Dangerous Passage: The Growing Problem of Unaccompanied Children Crossing the Border"

News
Blog
Data
Fact Sheets
Multimedia
Press Releases
Comunicados de Prensa
Publications
Speeches
Testimony
Media Contacts
Social Media

# Written testimony of DHS Secretary Jeh Johnson for a House Committee on Homeland Security hearing titled "Dangerous Passage: The Growing Problem of Unaccompanied Children Crossing the Border"

Release Date: June 24, 2014

311 Cannon House Office Building

Chairman McCaul, Ranking Member Thompson, and Members of the Committee:

Thank you for the opportunity to testify today about our efforts to address the recent rise of unaccompanied children and others crossing our border in the Rio Grande Valley (RGV). With me today to answer questions are Craig Fugate, the Administrator of FEMA, and Ron Vitiello, Deputy Chief of the U.S. Border Patrol.

To be clear, we face an urgent situation in the RGV. Last fiscal year, CBP apprehended more than 24,000 unaccompanied children at the border. By mid-June of this fiscal year, that number has doubled to more than 52,000. Those from Guatemala, El Salvador, and Honduras make up about three quarters of that migration.

On Friday, I traveled to South Texas for the fourth time in six months in office, this time to lead an interagency team to oversee our efforts there. While there we met with officials at McAllen and Lockland to review the situation and hear directly from those on the ground what their needs are. While there I spent time talking with the children again. It was a vivid reminder that this is a humanitarian issue as much as it is a matter of border security. We are talking about large numbers of children, without their parents, who have arrived at our border—hungry, thirsty, exhausted, scared and vulnerable. How we treat the children, in particular, is a reflection of our laws and our values.

Therefore, to address this situation, our strategy is three-fold: (1) process the increased tide of unaccompanied children through the system as quickly as possible; (2) stem the increased tide of illegal migration into the RGV; and (3) do these things in a manner consistent with our laws and values as Americans.

So, here is what we are doing:

First, on May 12th, I declared a Level IV condition of readiness within DHS, which is a determination that the capacity of CBP and ICE to deal with the situation is full and we need to draw upon additional resources across all of DHS. I appointed Deputy Chief Vitiello to coordinate this effort within DHS.



Exhibit 7 - Page 116

Written testimony of DHS Secretary Jeh Johnson for a House Committee on Homeland S...   Page 2 of 5

Second, on June 1st, President Obama, consistent with the Homeland Security Act, directed me to establish a Unified Coordination Group to bring to bear the assets of the entire federal government on the situation. This Group includes DHS and all of its components, the Departments of Health and Human Services, Defense, Justice, State, and the General Services Administration. I, in turn, designated FEMA Administrator Fugate to serve as the Federal Coordinating Official for the U.S. Government-wide response. Under Administrator Fugate's supervision, there are now more than 140 interagency personnel and members stationed in FEMA's National Response Coordination Center dedicated to this effort.

Third, we have established added capacity to deal with the processing and housing of the children, we are creating additional capacity in places, and we are considering others. To process the increased numbers of unaccompanied children in Texas, DHS has had to bring the children to our processing center at Nogales, Arizona before they are sent to HHS. We are arranging additional processing centers to handle the rise in the RGV. Meanwhile, the Department of Defense has provided space at Lackland air base in Texas for HHS to house the children before HHS can place them. DoD is also providing facilities at Fort Sill, Oklahoma and Ventura, California for the same purpose. FEMA, DHS, and HHS are working to continue to identify additional facilities for DHS and HHS to house and process the influx of children.

Fourth, DHS and HHS are increasing Spanish-speaking case management staff, increasing staff handling incoming calls from parents or guardians, raising awareness of the Parent Hotline provided by FEMA and operated by HHS, surging staff to manage the intake of CBP referrals to track shelter bed capacity, and facilitate shelter designations. We are developing ways to expedite background checks for sponsors of children, integrate CBP and HHS information sharing systems, and increase capacity to transport and place children. (Here I must note, from personal observation, that our Border Patrol and other CBP personnel, as well as personnel from HHS, ICE, FEMA, and the Coast Guard, are doing a remarkable job in difficult circumstances. I have also witnessed how the not-for-profit Baptist Child Family Services stepped in quickly and is also doing a remarkable job housing the unaccompanied children at Lackland, identifying and then placing them consistent with HHS's legal obligations. All of these dedicated men and women deserve our recognition, support and gratitude.)

Fifth, DHS is building additional detention capacity for adults who cross the border illegally in the RGV with their children. For this purpose DHS is establishing a temporary facility for adults with children on the Federal Law Enforcement Training Center's campus at Artesia, New Mexico. The establishment of this temporary facility will help CBP process those encountered at the border and allow ICE to increase its capacity to house and expedite the removal of adults with children in a manner that complies with federal law. Artesia is one of several facilities that DHS is considering to increase our capacity to hold and expedite the removal of the increasing number of adults with children illegally crossing the southwest border. DHS will ensure that after apprehension, families are housed in facilities that adequately provide for their safety, security, and medical needs. Meanwhile, we will also expand use of the Alternatives to Detention program to utilize all mechanisms for enforcement and removal in the RGV Sector. DOJ is temporarily reassigning immigration judges to handle the additional caseload via video teleconferencing. These immigration judges will adjudicate these cases as quickly as possible, consistent with all existing legal and procedural standards, including those for asylum applicants. Overall, this increased capacity and resources will allow ICE to return unlawful migrants from Central America to their home countries more quickly.

Sixth, DHS has brought on more transportation assets to assist in the effort. The Coast Guard is loaning air assets to help transport the children. ICE is leasing additional charter aircraft.

Seventh, throughout the RGV Sector, we are conducting public health screening for all those who come into our facilities for any symptoms of contagious diseases or other possible public health concerns. Both DHS and HHS are ensuring that the children's nutritional and hygienic needs are met while in our custody; that children are provided regular meals and access to drinks and snacks throughout the day; that they receive constant supervision; and that children who exhibit signs of illness or disease are given proper medical care. We have also made clear that all individuals will be treated with dignity and respect, and any instances of mistreatment reported to us will be investigated.

Eighth, working through FEMA's National Response Coordination Center, we are coordinating with voluntary and faith-based organizations to help us manage the influx of unaccompanied children crossing the border. The American Red Cross is providing blankets and other supplies and, through their Restoring Family Links program, is coordinating calls between children in the care of DHS and families anxious about their well-being.

Ninth, to stem the tide of children seeking to enter the United States, we have also been in contact with senior government officials of Guatemala, El Salvador, Honduras, and Mexico to address our shared border security interests, the underlying conditions in Central America that are promoting the mass exodus, and how we can work together to ensure faster, secure removal and repatriation. Last week President Obama spoke with Mexican President Peña Nieto about the situation, as has Secretary Kerry. This past Friday, Vice President Biden also visited Guatemala to meet with regional leaders to address the influx of unaccompanied children and families from Central America and the underlying security and economic issues that are causing this migration. The Vice President announced that the U.S. will be providing a range of new assistance to this region, including $9.6 million in additional funding for Central American governments to receive and reintegrate their repatriated citizens, and a new $40 million U.S. Agency for International Development program in Guatemala over 5 years to improve citizen security. An additional $161.5 million will be provided this year under the Central American Regional Security Initiative to further enable Central American countries to respond to the region's most pressing security and governance challenges. I will travel to Guatemala on July 8-9. The government of El Salvador has sent additional personnel from its consulate in the U.S. to South Texas to help expedite repatriation to its country.

Tenth, DHS, together with DOJ, has added personnel and resources to the investigation, prosecution and dismantling of the smuggling organizations that are facilitating border crossings into the RGV. Homeland Security Investigations, which is part of ICE, is surging 60 additional criminal investigators and support personnel to their San Antonio and Houston offices for this purpose. In May, ICE conducted a month-long, targeted enforcement operation that focused on the logistics networks of human smuggling organizations along the southwest border, with operations in El Paso, Houston, Phoenix, San Antonio, and San Diego that resulted in 163 arrests of smugglers. ICE will continue to vigorously pursue and dismantle these alien smuggling organizations by all investigative means to include the financial structure of these criminal organizations. These organizations not only facilitate illegal migration across our border, they traumatize and exploit the children who are objects of their smuggling operation. We will also continue to work with our partners in Central America and Mexico to help locate, disrupt, and dismantle transnational criminal smuggling networks.

(8)

Exhibit 7 - Page 117

Eleventh, we are initiating and intensifying our public affairs campaigns in Spanish, with radio, print, and TV spots, to communicate the dangers of sending unaccompanied children on the long journey from Central America to the United States, and the dangers of putting children into the hands of criminal smuggling organizations.

In collaboration with DHS, the Department of State has launched public awareness campaigns in El Salvador, Guatemala, and Honduras, to warn families about the dangers encountered by unaccompanied minors who attempt to travel from Central America to the U.S., and to counter misperceptions that smugglers may be disseminating about immigration benefits in the United States. Our embassies in Central America have collaborated with CBP to ensure both the language and images of the campaign materials would resonate with local audiences. I have personally issued an open letter (see attached) to the parents of those who are sending their children from Central America to the U.S., to be distributed broadly in Spanish and English, to highlight the dangers of the journey, and to emphasize there are no free passes or "permisos" at the other end. We are stressing that Deferred Action for Childhood Arrivals, or "DACA," does not apply to children who arrive now or in the future in the United States, and that, to be considered for DACA, individuals must have continuously resided in the U.S. since June 2007. We are making clear that the "earned path to citizenship" contemplated by the Senate bill passed last year will not apply to individuals who cross the border now or in the future; only to those who have been in the country for the last year and a half.

Twelfth, given the influx of unaccompanied children in the RGV, we have increased CBP staffing and detailed 115 additional experienced agents from less active sectors to augment operations there. I am considering sending 150 more border patrol agents based on my review of operations there this past week. These additional agents allow RGV the flexibility needed to achieve more interdiction effectiveness and increase CBP's operational footprint in targeted zones within its area of operations.

Thirteenth, in early May I directed the development of a Southern Border and Approaches Campaign Planning effort that is putting together a strategic framework to further enhance security of our southern border. Plan development will be guided by specific outcomes and quantifiable targets for border security and will address improved information sharing, continued enhancement and integration of sensors, and unified command and control structures as appropriate. The overall planning effort will also include a subset of campaign plans focused on addressing challenges within specific geographic areas, all with the goal of enhancing our border security.

Finally, we will continue to work closely with Congress on this problem, and keep you informed. DHS is updating Members and staff on the situation in conference calls two times a week, and we are facilitating site visits to Border Patrol facilities in Texas and Arizona for a number of Members and their staff.

I have directed my staff to be forthright in bringing to me every conceivable, lawful option for consideration, to address this problem. In cooperation with the other agencies of our government that are dedicating resources to the effort, with the support of Congress, and in cooperation with the governments of Mexico and Central America, I believe we will stem this tide. Thank you.

## An open letter to the parents of children crossing our Southwest border

This year, a record number of children will cross our Southern border illegally into the United States. In the month of May alone, the number of children, unaccompanied by a mother or father, who crossed our southern border reached more than 47,000, bringing the total so far this year to 47,000. The majority of these children come from Honduras, El Salvador and Guatemala, where gang and drug violence terrorize communities. To the parents of these children I have one simple message: Sending your child to travel illegally into the United States is not the solution.

It is dangerous to send a child on the long journey from Central America to the United States. The criminal smuggling networks that you pay to deliver your child to the United States have no regard for his or her safety and well-being – to them, your child is a commodity to be exchanged for a payment. In the hands of smugglers, many children are traumatized and psychologically abused by their journey, or worse, beaten, starved, sexually assaulted or sold into the sex trade; they are exposed to psychological abuse at the hands of criminals. Conditions for an attempt to cross our southern border illegally will become much worse as it gets hotter in July and August.

The long journey is not only dangerous; there are no "permisos," "permits," or free passes at the end.

The U.S. Government's Deferred Action for Childhood Arrivals program, also called "DACA," does not apply to a child who crosses the U.S. border illegally today, tomorrow or yesterday. To be eligible for DACA, a child must have been in the United States prior to June 15, 2007 – seven years ago.

Also, the immigration reform legislation now before Congress provides for an earned path to citizenship, but only for certain people who come into this country on or before December 31, 2011 – two and one half years ago. So, let me be clear: There is no path to deferred action or citizenship, or one being contemplated by Congress, for a child who crosses our border illegally today.



Rather, under current U.S. laws and policies, anyone who is apprehended crossing our border illegally is a priority for deportation, regardless of age. That means that if your child is caught crossing the border illegally, he or she will be charged with violating United States immigration laws, and placed in deportation proceedings – a situation no one wants. The document issued to your child is not a "permiso," but a Notice To Appear in a deportation proceeding before an immigration judge.

As the Secretary of Homeland Security, I have seen first-hand the children at our processing center in Texas. As a father, I have looked into the faces of these children and recognized fear and vulnerability.

The desire to see a child have a better life in the United States is understandable. But, the risks of illegal migration by an unaccompanied child to achieve that dream are far too great, and the "permisos" do not exist.

Jeh C. Johnson
Secretary of the U.S. Department of Homeland Security

Review Date: June 24, 2014

Topics
Border Security
Citizenship and Immigration Services
Civil Rights and Civil Liberties
Cybersecurity
Disasters
Economic Security
Homeland Security Enterprise
Homeland Security Jobs
Human Trafficking
Immigration and Enforcement
International Engagement
Law Enforcement Partnerships
Preventing Terrorism
Transportation Security
Get Involved
Blue Campaign
Citizen Corps
If You See Something Say Something
Ready.gov
How Do I?
For the Public
For Businesses
For Travelers
At DHS
By Alphabet
News
Blog
Comunicado de Prensa
Data
Events
Fact Sheets
Media Contacts
Multimedia
Press Releases
Publications
Social Media
Speeches
Testimony
About DHS
The Secretary
Budget & Performance
Careers
Contact Us
Doing Business with DHS
History
Laws & Regulations



Written testimony of DHS Secretary Jeh Johnson for a House Comm......ee on Homeland S...   Page 5 of 5

Mission
Organization
Site Links
    Contact Us
    DHS Component Websites
    En Español
    Privacy Policy
    Notices
    Plug-In
    FOIA
    Inspector General
    Site Map
    GobiernoUSA.gov
    USA.gov
    The White House
    Monitra
    Site Map

NYTimes.com no longer supports Internet Explorer 8 or earlier. Please upgrade your br **MORE »**

**The New York Times**   http://nyti.ms/1m3zSQK

# U.S. Moves to Stop Surge in Illegal Immigration

By JULIA PRESTON and RANDAL C. ARCHIBOLD   JUNE 20, 2014

McALLEN, Tex. — White House officials, saying that misinformation about administration policies helped drive a surge of illegal migrants from Central America across the South Texas border, on Friday announced plans to detain more of them and to accelerate their court cases so as to deport them more quickly.

In tandem with those measures, Vice President Joseph R. Biden Jr. met in Guatemala on Friday with senior leaders of the three countries where most of the migrants come from — El Salvador, Guatemala and Honduras — to secure their help in conveying the message that there are no new legal channels to come to the United States and that those crossing illegally will be deported.

Department of Homeland Security officials are rushing to open more detention centers intended for families with children caught coming illegally to this country and will also expand the use of monitoring devices, such as electronic ankle bracelets, to keep track of migrants after they are released, the officials said.

Immigration officers and judges will be reassigned on an emergency basis to speed cases in the Rio Grande Valley of Texas, where most of the migrants are entering illegally.

The administration is trying to quell rampant rumors reaching Central America that American border authorities are offering entry permits to parents traveling with young children after they are caught. Officials hope that by increasing the numbers of migrants who are detained and then deported, others considering the trek will be dissuaded from doing so.



Exhibit 7 - Page 121

Mr. Biden announced $255 million for Central America to assist repatriation programs for deportees, improve prosecution of criminal street gang members, and expand youth programs to reduce gang recruitment.

Until now, White House officials have insisted that extreme poverty and an epidemic of gang violence in those Central American countries were the main causes of the unanticipated spike in illegal migration.

But many migrants told Border Patrol agents they decided to set out for the United States after hearing that it was offering some kind of entry permit. Many other migrants who asked for asylum after being apprehended have been allowed to stay temporarily, further fueling hopes that Central American women and children were receiving special treatment.

On a conference call with reporters, Cecilia Muñoz, director of the White House Domestic Policy Council, said the administration was moving to "push back" on "misinformation that is being deliberately planted by criminal organizations, by smuggling networks, about what people can expect if they come to the United States."

In Guatemala, Mr. Biden met with that country's president, Otto Pérez Molina; the president of El Salvador, Salvador Sánchez Cerén; and senior officials from Honduras and Mexico. But Mr. Biden got a taste of the disconnect the United States often has with regional leaders, who fault the failure of American immigration policy for driving children to join their parents in the United States no matter the cost. In his public remarks, Mr. Pérez Molina, while recognizing that the American Congress has to act, reiterated a request for a temporary worker program and a way for Guatemalans living in the United States illegally to be able to stay.

Mr. Biden ignored those points in his comments and emphasized the social causes of the migration.

"The United States recognizes that a key part of the solution to this problem is to address the root causes of this immigration in the first place," he said, turning to address Mr. Pérez Molina directly several times. "Especially poverty, insecurity and the lack of the rule of law, so the people can stay and thrive in their own communities, so a parent doesn't feel so desperate that they put their child in the hands of a criminal network and say take him, and take her to the United States."

Exhibit 7 - Page 122

The Honduran president, Juan Orlando Hernández, sent a top aide to the
meeting but skipped it himself in order to watch Honduras play in the World Cup
in Brazil. Tension with Honduras has been growing over public complaints by Mr.
Hernández regarding what he sees as a lack of American will to help stem the
violence from a drug war he believes American consumption habits have caused.

Mr. Hernández's absence drew an unusually blunt rebuke from the American
ambassador on a Honduran radio program. "I know he is in Brazil, and today
there is a very important game, but the country has priorities for which the top
leader should be present," said the ambassador, Lisa J. Kubiske.

The new American funding includes $40 million over five years for Guatemala
to improve neighborhood security programs, $25 million over five years for El
Salvador to open 77 youth centers offering alternatives to joining gangs for
teenagers and $18.5 million for Honduras for police training.

Since 2008, the administration has designated $642 million for anticrime aid
to the region, but congressional watchdogs have complained that a lack of
transparency on the spending has made measuring results difficult.

In Washington, the House speaker, John A. Boehner, Republican of Ohio,
sent a letter to President Obama on Friday urging him to send the National Guard
to reinforce the Southwest border and help protect migrant children, saying their
safety was "a matter of paramount importance."

Mr. Boehner blamed the administration for the surge. "The policies of your
administration have directly resulted in the belief by these immigrants that once
they reach U.S. soil, they will be able to stay here indefinitely," he wrote.

The sharp increase of illegal migrants includes more than 52,000 minors
caught at the border since October without their parents. Mr. Obama, saying the
surge is a humanitarian crisis, has ordered the Federal Emergency Management
Agency to coordinate an effort to maintain detention shelters for them and help
reunite them with relatives in this country.

Border authorities have also apprehended more than 39,000 adults with
children since October, a record number.

Since there are no detention facilities for families in the Rio Grande Valley,
the Border Patrol has been releasing them without bond, giving them only an
order to appear in immigration court for deportation hearings and allowing them
to travel to relatives living in the United States.



Exhibit 7 - Page 123

Migrants have been confusing the notice to appear in court — the immigration equivalent of an indictment — with a permit to stay and have sent word to Central America that they received permits to remain here, prompting more to embark on the journey across Mexico.

Officials said they would open more detention centers as soon as they could find buildings that met federal requirements for detaining children.

The administration is also sending more immigration officers who specialize in asylum cases to the Rio Grande Valley to make quicker initial determinations on whether migrants are fleeing persecution and might be eligible for protection here. Immigration judges will be reassigned on an emergency basis to hear asylum petitions and other cases of migrants in detention, Justice Department officials said.

### *Correction: June 20, 2014*

*An earlier version of this article misstated the location of the Department of Homeland Security's immigration detention facility for families with children. It is in Berks County, Pa., not Bucks, Pa.*

### *Correction: June 25, 2014*

*Because of an editing error, a picture caption on Saturday with an article about new efforts by the White House to curb illegal immigration rendered incompletely, in some editions, the name of a 7-year-old Honduran boy at a shelter in Texas. He is Yorfrin Daniel Cruz, not Daniel Cruz.*

Julia Preston reported from McAllen, and Randal C. Archibold from Mexico City. Benjamin Patrick Reeves contributed reporting from Guatemala City.

A version of this article appears in print on June 21, 2014, on page A12 of the New York edition with the headline: U.S. Moves to Stop Surge in Illegal Immigration.

© 2014 The New York Times Company



Exhibit 7 - Page 124

New U.S. Effort to Aid Unaccompanied Child Migrants - NYTimes.com                    Page 1 of 3

NYTimes.com no longer supports Internet Explorer 8 or earlier. Please upgrade your bro 
**MORE »**

**The New York Times**      http://nyti.ms/1jNyRa6

POLITICS  |  NYT NOW

# New U.S. Effort to Aid Unaccompanied Child Migrants

By JULIA PRESTON   JUNE 2, 2014

Saying the surge in unaccompanied children crossing the South Texas border illegally had created a humanitarian crisis, President Obama on Monday ordered federal emergency authorities to take charge of the relief effort as immigration officials opened a second shelter for the youths in a military facility.

Mr. Obama ordered the administrator of the Federal Emergency Management Agency, Craig Fugate, to coordinate a response involving several federal agencies as well as state and local governments.

Officials said the youths would begin to be transferred on Friday from holding cells along the border to the new shelter at Naval Base Ventura County in Oxnard, Calif., which will house up to 600 children.

Last month the border authorities, overwhelmed by the numbers of unaccompanied young people crossing the border illegally, began sending them to a special shelter at Lackland Air Force Base in San Antonio. The shelter, set up by the Department of Health and Human Services, can handle up to 1,200 minors, federal officials said, and has already received 1,000.

Administration officials said 47,017 children traveling without parents had been caught crossing the southwest border since Oct. 1, a 92 percent increase over the same period in 2013. Most are coming from three Central American countries: El Salvador, Guatemala and Honduras. More than 33,000 minors were apprehended in the Rio Grande Valley of Texas.



Exhibit 7 - Page 125

The emergency effort, the officials said, would focus on providing the youths with adequate housing, food, medical care and some education while they were in federal custody.

"These are children who have gone through a harrowing experience," Cecilia Muñoz, the White House director of domestic policy, said Monday. "We are talking about making sure from the moment they encounter the government of the United States that they are properly taken care of."

She said border agents had recently seen a spike in the numbers of girls and of children under 13 years old — including some barely old enough to walk.

The surge was driven primarily by conditions in Central America, she said, including deepening poverty and "an increase in sustained violence," and by many youths' desires to reunite with parents in the United States.

"The push factors seem to be the greatest factors driving this migration," Ms. Muñoz said.

By law, border agents can hold unaccompanied children for no more than 72 hours before they must be turned over to a refugee agency within the Department of Health and Human Services, which administers the shelters. Refugee officials are required to search the United States to find parents, relatives or other adults who could receive the children.

The youths are placed in deportation proceedings when they are caught, and their relatives in the United States are responsible for their care while their cases move through the immigration courts, a process than can take years before any resolution. If no relative can be found, the children remain in long-term federal care until their deportation case is completed. Under current laws, only a minority of the unaccompanied children are likely to be allowed to remain in the United States permanently.

Alejandro Mayorkas, the deputy secretary of Homeland Security, said immigration enforcement agents also would work to disrupt criminal smuggling networks that have seized control of the traffic of children through Mexico to the United States. He said his agency was working with governments in Mexico and Central America to broadcast public service messages warning of the dangers of the journey to the American border.

Republican leaders in Congress said that weak border enforcement by the administration had caused the surge in young immigrants.



Exhibit 7 - Page 126

Representative Robert W. Goodlatte, Republican of Virginia and chairman of the House Judiciary Committee, called the increase "an administration-made disaster."

"And now President Obama is calling in FEMA to mitigate the damage," he said. "Word has gotten out around the world about President Obama's lax immigration enforcement policies, and it has encouraged more individuals to come to the United States illegally, many of whom are children from Central America."

Catholic bishops joined many immigrant advocates who welcomed the president's move.

"This is a humanitarian crisis born out of the growing violence in Central America," said Bishop Eusebio Elizondo of Seattle, chairman of the migration committee of the United States Conference of Catholic Bishops. "These children are refugees who deserve the protection of our nation. They should not be viewed as lawbreakers."

A version of this article appears in print on June 3, 2014, on page A14 of the New York edition with the headline: New U.S. Effort to Aid Unaccompanied Child Migrants.

© 2014 The New York Times Company



NYTimes.com no longer supports Internet Explorer 8 or earlier. Please upgrade your bro
MORE »



𝕮𝖍𝖊 𝕹𝖊𝖜 𝖄𝖔𝖗𝖐 𝕿𝖎𝖒𝖊𝖘    http://nyti.ms/1mvvyK2

U.S.  |  NYT NOW

# Obama Asks for $3.7 Billion to Aid Border

By MICHAEL D. SHEAR and JEREMY W. PETERS  JULY 8, 2014

WASHINGTON — President Obama urged Congress on Tuesday to quickly provide almost $4 billion to confront a surge of young migrants from Central America crossing the border into Texas, calling it "an urgent humanitarian situation."

But the request quickly became entangled in the fierce political debate over immigration: Republicans said they were wary of Mr. Obama's request and could not immediately support it, given what they called his administration's failure to secure the Mexican border after years of illegal crossings. Mr. Obama could face resistance from members of his own party as well.

The president said he needed the money to set up new detention facilities, conduct more aerial surveillance and hire immigration judges and Border Patrol agents to respond to the flood of 52,000 children. Their sudden mass migration has overwhelmed local resources and touched off protests from residents angry about the impact on the local economy. In a letter to congressional leaders, Mr. Obama urged them to "act expeditiously" on his request.

Republican lawmakers who have long demanded tougher enforcement of immigration laws along the border expressed cautious support on Tuesday for beefing up the federal presence in the Rio Grande Valley, where most of the children have been crossing into the United States.

But many Republicans, especially in the House, remain deeply suspicious of the president's commitment, a mistrust that led to a stalemate on a broader

immigration overhaul and now threatens to at least delay speedy passage of Mr. Obama's $3.7 billion spending request.

"Let's remember, this administration went around for years saying the border has never been more secure than it is now," said Senator Marco Rubio of Florida, a potential Republican presidential candidate in 2016. "I think that's been exposed as a fallacy over the last three weeks."

Speaker John A. Boehner said the president's plan failed to deploy the National Guard, an idea the White House said would not be effective. And Representative John Carter of Texas said he was wary of any measure that gave Mr. Obama too much autonomy.

"The president caused this self-inflicted crisis on the border by refusing to enforce the law," said Mr. Carter, a senior member of the House Appropriations Committee, which is likely to be asked to approve the request. "And now he is requesting a $3.7 billion bailout from the taxpayers to rectify his mistakes."

Some Democrats, like Senator Robert Menendez of New Jersey, have expressed strong misgivings about any plan that would allow for unaccompanied children to be sent back home to dangerous situations.

The charged politics will shadow a long-planned trip that Mr. Obama began on Tuesday and will include a two-day stop in Texas. The trip will emphasize the difficulties for the White House on immigration. The president is calling for immediate action on the border even as he remains under pressure by activists to relax deportations.

After insisting that Mr. Obama had no plans to visit the Texas-Mexico border, White House officials said he would meet with Gov. Rick Perry.

Mr. Perry, who is considering a second run for the Republican presidential nomination, had declined to participate in a photo opportunity with Mr. Obama in front of Air Force One, prompting a last-minute offer by the White House for the two to meet.

A Perry spokesman said they would meet privately and attend a round-table discussion with faith leaders and local officials.

The president's funding request is certain to revive legislative passions that prompted Mr. Obama to promise sweeping executive actions to get around Republican opposition to a bill that would provide a path to citizenship for 11 million immigrants in the country illegally. Republicans in both chambers hinted



Tuesday that they might insist on corresponding spending cuts or make other demands that Mr. Obama and his allies are likely to oppose.

Senator John Cornyn of Texas, the chamber's No. 2 Republican, said that Mr. Obama's request lacked the substantive policy changes needed to deal with issues like detaining those who cross the border illegally and ensuring that they show up for court dates once they are apprehended.

"Apparently the president has given up on any effort to effect the kind of reforms that he knows and his administration knows are necessary," Mr. Cornyn said.

White House officials said the president was not backing away from a request last week for more flexibility in how enforcement agents treat the Central American migrants who are surging across the border. A 2008 law aimed at combating human trafficking requires officials to provide extra legal protections for migrants from countries that do not share a border with the United States.

Those protections are not provided to Mexicans, who are often quickly returned home after being caught trying to enter the United States illegally. White House officials said they would like Congress to allow officials to process migrants from places like Honduras and Guatemala as quickly as Mexicans. One White House official said the administration was seeking to have "one approach to children coming from the region."

Officials pressed members of Congress on Tuesday to consider the funding request separately from the changes in legal authority. But some lawmakers suggested that they wanted to deal with both issues together. The resulting clash could end up as a replay of the gridlock that prevented the bipartisan immigration bill that passed the Senate in 2013 from being considered in the House.

Senator John McCain, Republican of Arizona, said that Congress needed to repeal the 2008 human trafficking law. "The message has to be, 'If you cross our border illegally, you will be returned immediately,' " he said.

Others have called for an even more aggressive deportation plan than the president's.

Senator Jeff Flake, Republican of Arizona, said the Department of Health and Human Services, which takes in many of the unaccompanied children, needed to be cut out of the process so that law enforcement officials could ship them home more quickly.



Exhibit 7 - Page 130

Mr. Cornyn said Congress should look at allowing the United States armed forces to stop drug and human trafficking.

An email to supporters from Heritage Action for America, a political arm of the conservative Heritage Foundation, signaled the kind of difficulty that Mr. Obama's request might face from Tea Party conservatives. The group called it "a nonstarter because it seeks to address the symptoms, not the cause."

### Correction: July 9, 2014

*An earlier version of this article referred incorrectly to Heritage Action for America. It is a 501(c)4 with no affiliated political action committee, it is not a political action committee.*

Carl Hulse contributed reporting.

A version of this article appears in print on July 9, 2014, on page A1 of the New York edition with the headline: Obama Asks for $3.7 Billion to Aid Border.

© 2014 The New York Times Company

