1    CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
     Carlos Holguín (Cal. Bar No. 90754)
2    Peter A. Schey (Cal. Bar No. 58232)
     Marchela Iahdjian (Cal. Bar No. 295595)
3    256 South Occidental Boulevard
     Los Angeles, CA 90057
4    Telephone: (213) 388-8693
     Facsimile: (213) 386-9484
5    Email:crholguin@centerforhumanrights.org
             pschey@centerforhumanrights.org
6            marchela@centerforhumanrights.org

7    ORRICK, HERRINGTON & SUTCLIFFE LLP
     William A. Molinski (Cal. Bar No. 145186)
8    wmolinski@orrick.com
     T. Wayne Harman (Cal. Bar No. 254089)
9    wharman@orrick.com
     Elena Garcia (Cal. Bar No. 299680)
10   egarcia@orrick.com
     777 South Figueroa Street, Suite 3200
11   Los Angeles, CA 90017
     Telephone: (213) 629-2020
12

13   *Attorneys for Plaintiffs*
     (listing continues on following page)

14

15                   UNITED STATES DISTRICT COURT

16                CENTRAL DISTRICT OF CALIFORNIA

17                        WESTERN DIVISION

18

19

20   Jenny Lisette Flores, et al.,           Case No. CV 85-4544-RJK(Px)

21              Plaintiffs,                   **Plaintiffs' First Set Of Exhibits In Support Of Motion For Class-Wide Enforcement Of Settlement [Part 8: Exhibits 21-24]**

22        v.

23   Jeh Johnson, Secretary, U.S. Department  Hearing:   March 9, 2015
     of Homeland Security, et al.,            Time:      TBD
24              Defendants.                   Dept:      TBD

25

26                       __PUBLIC VERSION__

27

28                              PLAINTIFFS' FIRST SET OF EXHIBITS IN
                                SUPPORT OF MOTION FOR CLASS-WIDE
                                ENFORCEMENT OF SETTLEMENT
                                [PART 8: EXHIBITS 21-24]
                                CV 85-4544-RJK(Px)

1

2    *Plaintiffs' counsel, continued:*

3    LA RAZA CENTRO LEGAL, INC.
     Michael S. Sorgen
4    Maria Victoria Castro
     Amanda Alvarado Ford
5    474 Valencia Street, #295
     San Francisco, CA 94103
6    Telephone:   (415) 575-3500
     Facsimile:   (415) 255-7593
7
     *Of counsel:*
8
     YOUTH LAW CENTER
9    Alice Bussiere
     Virginia Corrigan
10   200 Pine Street, Suite 300
     San Francisco, CA 94104
11   Telephone:   (415) 543-3379 x 3903

12   RANJANA NATARAJAN
     Clinical Professor
13   Director, Civil Rights Clinic
     University of Texas School of Law
14   727 E. Dean Keeton St.
     Austin TX 78705
15   Telephone:   (512) 232-7222

16

17

18

19

20

21

22

23

24

25

26

27

28
                                        PLAINTIFFS' FIRST SET OF EXHIBITS IN
                                        SUPPORT OF MOTION FOR CLASS-WIDE
                                        ENFORCEMENT OF SETTLEMENT
                                        [PART 8: EXHIBITS 21-24]
                                        CV 85-4544-RJK(Px)

1

INDEX TO EXHIBITS

2   1   Settlement of class action, January 17, 1997 ..................................................... 1

3   2   Order approving settlement of class action, January 28, 1997 ...................... 47

4
5   3   Stipulation extending settlement of class action, December 7, 2001 ............................................................................................................. 53

6
7   4   Plaintiffs' letter requesting pre-enforcement meeting, October 15, 2014 ............................................................................................................. 58

8
9   5   Plaintiffs' letter posing questions re: implementation of class action settlement, October 2, 2014 ........................................................... 64

10
11   6   Defendants' response to questions re: implementation of class action settlement, November 3, 2014 ........................................................ 85

12   7   ICE opposition to bond redetermination, July 24, 2014 ............................. 107

13   8   ICE opposition to bond redetermination, October 8, 2014 ......................... 158

14
15   9   U.S. Immigration & Customs Enforcement, news release, November 18, 4014 ...................................................................................... 210

16   10   Declaration of Bridget Cambria, November 7, 2014 .................................... 211

17   11   Declaration of Carol Anne Donohoe, November 15, 2014 ......................... 219

18
19   12   Declaration of J██ H███████ M████, September 20, 2014 ................... 227

20   13   Declaration of M███ C██████ d█ T███, September 19, 2014 ........................................................................................................... 232

21
22   14   Declaration of M███ F██████ S███, September 19, 2014 ......................... 238

23   15   Declaration of M███ L████ M██████, September 19, 2014 ...................... 244

24   16   Affidavit of Adriana Piñon re: Texas Public Information Act Request, September 3, 2014 ...................................................................... 248

25
26   17   Declaration of Barbara Hines, January 14, 2014 ......................................... 253

27   18   Declaration of D███ V███ A██████, January 9, 2015 ............................... 301

28

PLAINTIFFS' FIRST SET OF EXHIBITS IN
SUPPORT OF MOTION FOR CLASS-WIDE
ENFORCEMENT OF SETTLEMENT
[PART 8: EXHIBITS 21-24]
CV 85-4544-RJK(Px)

19   Declaration of H███ R████ M███, January 9, 2015 ............................ 305

20   Declaration of R███ E███ A███, January 8, 2015 ...................... 309

21   Karnes Attorney Visitation Form and Guidelines, January 9, 2015 ............................................................................................ 312

22   Declaration of Jonathan Hiskey, September 22, 2014 ................................. 314

23   Declaration of Carlos Holguin, January 13, 2015 ....................................... 319

24   Declaration of Luis H. Zayas, December 10, 2014 ...................................... 323

25   Declaration of Generva Gilden Berger, January 12, 2015 ........................... 366

26   Dilley Resident Handbook ........................................................................ 383

27   Memorandum of Understanding Re: Compromise of Class Action: Conditions of Detention, November 30, 1987 ................................ 433

28   Declaration of Anne Chandler, December 1, 2014 ...................................... 470

29   Declaration of Allison N. Boyle, November 24, 2014 ................................. 475

30   Declaration of Brittany Perkins, November 28, 2014 .................................. 490

31   Declaration of Clayton N. Matheson, November 24, 2014 .......................... 497

32   Declaration of Kate Lincoln-Goldfinch, December 2, 2014 ....................... 504

33   Declaration of Melissa J. Cuadrado, November 26, 2014............................ 512

34   Declaration of Scott T. Williams, December 1, 2014 .................................. 522

35   Declaration of Virginia Marie Raymond, December 13, 2014 .................... 527

36   *R.I.L.R. v. Johnson*, No. 15-CV-00011-JEB (D.D.C.), Memorandum of Points & Authorities in Support of Motion for Preliminary Injunction, December 16, 2014 .......................................... 530

37   Flores Settlement Agreement and DHS Custody: Key Flores Provisions & DHS Noncompliance - Report of Lutheran Immigration and Refugee Services ........................................................... 570

PLAINTIFFS' FIRST SET OF EXHIBITS IN
SUPPORT OF MOTION FOR CLASS-WIDE
ENFORCEMENT OF SETTLEMENT
[PART 8: EXHIBITS 21-24]
CV 85-4544-RJK(Px)

38   Declaration of S███ C██M███, January 8, 2015 .................................. 577

39   Declaration of S███ B███ d T███, January 8, 2015 ........................... 580

40   Declaration of M██ G███ S███, January 8, 2015 ............................... 583

41   Declaration of E██████ G███ M███, January 9, 2015 ...................... 586

42   Declaration of A██ Z███ M███, January 9, 2015 ................................ 590

43   Declaration OF A███ E██████ d l C██G███, January 9, 2015 ................................................................................. 594

44   Declaration of A██ F██ d E██████, January 9, 2015 ....................... 597

45   Declaration of H███ L███ M███ P███, January 9, 2015 ...................... 602

46   Declaration of M██ M████ M██, January 8, 2015 .......................... 606

47   Declaration of C███ M███ C█████ C██, January 8, 2015 ................................................................................. 609

48   Declaration of S███ L██ M████ A███, January 9, 2015 ................................................................................. 611

49   Declaration of L██ B███ S███, January 8, 2015 .............................. 613

50   Declaration of S███ A███ M████ D████, January 8, 2015 ................................................................................. 617

51   Declaration of O███ F███ C████ M███, January 9, 2015 ................... 621

52   Declaration of J██████ E████ E████ F███, January 9, 2015 ................................................................................. 624

53   Declaration of Lauren Beth Connell, November 26, 2014 .......................... 627

PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 8: EXHIBITS 21-24] CV 85-4544-RJK(Px)

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian


  /s/ Carlos Holguín
Attorneys for Plaintiffs

iv

# Exhibit 21

## Publicly Filed



**Karnes County Residential Center**

The GEO Group, Inc.
Karnes County Residential Center
409 FM 1144
Karnes City Texas 78118
Phone: 830-254-200 Fax: 830-254-2294
www.thegeogroupinc.com

Date:  01/08/2015

To: Whom It May Concern

From:  Karnes County Residential Center

## Subject: Updated Legal Visitation Request Form

This is an updated form from the Karnes County Residential Center. Please utilize this form when requesting attorney visits.

Exhibit 21 - Page 312



The GEO Group, Inc.

### KARNES COUNTY RESIDENTIAL CENTER
409 FM 1144
KARNES CITY, TEXAS 78118

| Estimated Arrival Time: |
| Exact Time of Arrival:<br>*(To be filled by Lobby Officer)* |

## LEGAL VISITATION REQUEST FORM
THIS FORM MUST BE TYPED OR PRINTED CLEARLY AND FAXED TO KARNES COUNTY RESIDENTIAL CENTER AT LEAST ONE DAY IN ADVANCE.

Planned Visit Date _____     Today's Date _____

List Identification No.
*(For Officer use only)*

Name of Lawyer / Paralegal _____

Name of Law Firm / Agency _____

Address _____     Phone _____

City/State _____     Fax _____

| No. | A # | Resident Name | Time In/Out | Nationality | KCRC Housing |
|-----|-----|---------------|-------------|-------------|--------------|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |
| 7. | | | | | |
| 8. | | | | | |
| 9. | | | | | |
| 10. | | | | | |

The following guidelines must be adhered while conducting official business at the Karnes County Residential Center:

a) Attorneys may continue to visit their clients during the designated visitation hours when requested.

b) Paralegals must submit their visitation lists 24-hours prior to their visit by faxing it to (830) 254-2294, no later than 10:00 PM.

c) Paralegals will only be allowed to visit the residents listed on the visitation list (**10 residents**). Only one (1) list per law firm/ company will be accepted per day.   **NO ADD ONS will be allowed at any time.**

d) If a Paralegal departs the visitation area for a period of more than twenty (20) minutes, before completing the visitation of all residents scheduled on the submitted list, his/her visitation rights will be terminated for the remainder of the day.

e) The Paralegal will note the time of his/her expected arrival on the top right side of the visitation form when faxed. Failure to do so will delay his/her visitation time frame. Arrangements will be made by this facility to insure that listed residents are available for visitation upon his/her arrival. **Additionally, if he/she does not arrive within 30 minutes of the time he/she designated, residents will be returned to their respective housing.**

f) If resident(s) are returned to his/her respective housing based on the paralegal not making his/her appointment, the paralegal will have to submit names of whom he/she is requesting to visit and wait until resident(s) can be called to visitation.

01/2015

Exhibit 21 - Page 313

# Exhibit 22

## Publicly Filed

## DECLARATION OF JONATHAN HISKEY

I, Jonathan Hiskey, hereby declare:

1.  I am currently an Associate Professor of Political Science at Vanderbilt University. I also
    serve as Associate Chair of the department and Director of Graduate Studies for the
    Political Science graduate program. In addition, I have a courtesy appointment as
    Associate Professor in the Department of Sociology at Vanderbilt University.

2.  I received my Ph.D. from the University of Pittsburgh in 1999, winning the 2001
    American Political Science Association's Gabriel A. Almond award for best dissertation
    in comparative politics. After spending five years on the faculty of the political science
    department the University of California-Riverside, I joined Vanderbilt University in 2005.

3.  My research interests center on migration and local development in Latin America. I have
    engaged in extensive research and published a number of articles in leading academic
    journals on these topics. I was a contributor and co-editor of a special volume of the
    Annals of the American Academy of Political and Social Science entitled "Continental
    Divides: International Migration in the Americas" (July 2010) as well as co-author of a
    2014 article in *Studies in Comparative International Development* entitled "Democracy,
    Governance, and Emigration Intentions in Latin American and the Caribbean.

4.  I am a co-author of a recent Report entitled "Americas Barometer Insights: 2014,
    Violence and Migration in Central America" ("2014 Americas Barometer Report"),
    available at http://www.vanderbilt.edu/lapop/insights/IO901en.pdf. The Americas
    Barometer Insights series, for which I was chief editor during 2013-2014, represents an
    effort by Vanderbilt University's Latin American Public Opinion Project (LAPOP) to
    offer condensed, "user-friendly" analyses of public opinion and behavior trends in Latin
    America that allow us to reach a broader audience of policymakers, media, and the
    general public than the more in-depth, lengthy analyses typically allow.

5.  With this objective in mind, the Report on the links between violence and migration
    intentions in Central America represents a condensed version of a more extensive analysis
    of the larger question of the determinants of migration intentions across Latin America
    and the Caribbean that can be found in the journal *Studies in Comparative International*

1

Exhibit 22 - Page 314

*Development*.[1] In both reports, the most significant finding that contributes in novel ways to extant research on this question is that individuals who report being victimized by crime and/or corruption are significantly more likely to express intentions to emigrate than non-victims, once controlling for an assortment of other factors. In the more extensive analysis, we also find that the probability that a crime victim will seek to leave her country increases when that individual resides in a country with a flawed political system that has proven incapable of addressing crime.[2]

6.  I am aware that the Department of Homeland Security ("DHS") has cited the 2014 Americas Barometer Report in justification of its current detention practices with respect to women and children who have recently arrived from Central America and are seeking asylum in the U.S. Specifically, I understand that DHS cites my Report in two declarations submitted in bond proceedings for detained Central American women and children seeking asylum, for whom DHS opposes release.

7.  I have carefully reviewed both declarations, submitted by Philip T. Miller and Traci A. Lembke ("Declarations"), who are officials at U.S. Immigration and Customs Enforcement ("ICE"). In my opinion, the declarations of Mr. Miller and Ms. Lembke cite my 2014 Americas Barometer Report ("Report") for contentions that are not supported by my Report and its underlying research.

---

[1] Hiskey, Jonathan, Daniel Montalvo, Diana Orces. 2014. "Democracy, Governance, and Emigration Intentions in Latin America and the Caribbean." *Studies in Comparative International Development*, 49(1): 89-111.

[2] Our 2014 reports did not engage in analysis of crime victimization specific to the nature of crime, identity of perpetrator, or motivation of perpetrator. Analysis of related AmericasBarometer data suggests a clear correlation between violence and crime victimization--particularly in the countries of Guatemala, El Salvador, and Honduras, where the majority (56.8%) of women respondents who reported being a victim of a crime indicated that the crime involved violence. These data, however, provide only a nationally representative assessment of this relationship between crime victimization and violence among respondents living in Central America at the time of the survey. Not having conducted a representative survey of the women asylum seekers from Central America who are currently in immigration detention in the United States prevents me from offering an empirical assessment of the relationship between crime and violence among this population or offering an opinion on these women's decision calculus with respect to migration.

2

Exhibit 22 - Page 315

8.    The Declarations cite my Report with regard to "active migration networks," (also known
      as the "friends and family effect") a phenomenon that they contend justifies the detention
      of Central American women and children seeking asylum.  However, the discussion of
      "active migration networks" in my Report *does not* in fact support DHS' conclusion that
      detaining these mothers and their children during the course of removal proceedings will
      deter illegal migration to the United States.

9.    The references to the Report represent a superficial and selective understanding of its
      main findings. Both Declarations choose to focus only on one of the control variables in
      the model, and ignore the central finding that highlights the critical role that crime
      victimization in Central America plays in causing citizens of these countries to consider
      emigration as a viable, albeit extremely dangerous, life choice.

10.   Both Declarations fail to mention that the Report finds females are significantly less
      likely to consider emigration than males, suggesting that the Central American women
      that do decide to leave are atypical, generally confronted by an unusual set of
      circumstances that led them to take such a decision.

11.   As noted above, the Report's inclusion of and reference to "active migration networks" in
      the analysis of an individual's consideration of emigration is not the central focus of the
      analysis but serves as a control in order to better and more confidently identify the impact
      that crime and corruption victimization have on the emigration decision.

12.   The term "active migration networks," also known as the  "friend and family effect,"
      refers to a well-established finding in migration research that individuals who have family
      members living abroad and, most importantly for the Report, receive remittances from
      those family members, are more likely to consider emigration due to the lowering of the
      economic and informational costs of migration that migrant family members can provide
      to those left behind.[3] Such an effect, then, is far more likely to manifest itself in situations
      where the migrant family member is legally established in the host country, has a steady
      income that allows for remittances to be sent back home, and has spent sufficient time in
      the host country to help a potential immigrant become more settled upon arrival.

---

[3] See for example Massey, Douglas S., Joaquin Arango, Graeme Hugo, Ali Kouaouci, Adela
Pellegrino, and J. Edward Taylor. 2005. *Worlds in Motion: Understanding International
Migration at the End of the Millennium*.  New York: Oxford University Press.

3

Exhibit 22 - Page 316

13. In making the claim that the Central American women and children currently being detained on the border represent a risk for the United States because they will simply add to and "become a part of such active migration networks" (p. 2), and referencing the findings of the Report to support this claim, the Miller declaration ignores the theoretical logic behind the "friends and family effect" as well as the actual measure we use in the analysis to capture this effect. Theoretically, it is a tremendous leap in logic to suggest that women and children fleeing violence in Central America will be able to establish themselves in the United States to a point where they can become facilitators for future migration. Given the precariousness of their situation, the role for current women and children migrants in an "active migration network" is marginal at best.

14. Empirically, the fact that the Report uses receipt of remittances as a proxy for a Central American's involvement in a migration network also raises doubts about the plausibility of claims made in the Declarations. The idea that the women and children currently being detained at the border will, if released, begin sending remittances back to family members back home is highly unlikely given that the children will not be working and the women will be focused on simply feeding their own children and will be dependent on the income of sponsors or family members to which they are released. As economic remittances are a critical feature of this "active migration network" referenced by both Declarations, it is highly unlikely that the women and children now being detained will become part of such networks upon release.

15. In a paragraph citing the Report, the Miller declaration additionally states that "[i]llegal migrants to the United States who are released on a minimal bond become part of such active migration networks" and that "[d]etention is especially crucial in instances of mass migration." As stated above, this assertion is not substantiated by the Report's analysis and represents a very superficial understanding of the actual operation of such migration networks and the individual migrant profiles that are most likely to participate in such networks. Such participation is far more likely among migrants that have secured stable employment and residences within the United States to the point where they are able to send remittances to family members back home and provide the type of information to potential migrants that would reduce the costs of a subsequent migration by one or more of those family members. Given that many of the individuals now being detained after

4

Exhibit 22 - Page 317

being apprehended at the border are mothers with dependent children, the detainees clearly do not fit the theoretical or empirical profile of participants in a migration network.

16. There is no empirical evidence of which I am aware, nor is any offered by the Declarations, that suggests these mothers will establish lives here, during the course of their immigration proceedings, that would enable them to become contributors to a migration network. With regards to individual migrants adding to existing and future migration networks, it is far more credible to focus on migrants who arrive to the U.S. from countries all around the world with full documentation through either student or temporary work visas rather than women and children fleeing crime and violence in Central America. A detention policy targeted specifically toward women and children migrants fleeing crime and violence for the purposes of diminishing "active migration networks" is not empirically supported.

17. Further, there is absolutely no evidence in the Report that U.S. policy with respect to detention has any influence at all on the decisions women and their children are making with respect to migration.

18. To conclude, based on my own research and my knowledge of the field of migration studies, the phenomenon of "migration networks" does not justify the blanket detention of Central American mothers and children seeking asylum in the U.S.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on __September 22, 2014____in _Nashville, TN.

Signed;

Jonathan Hiskey

5

Exhibit 22 - Page 318

# Exhibit 23

## Publicly Filed

Declaration of Carlos Holguin

I, Carlos Holguín, declare and say as follows:

1. I am General Counsel with the Center for Human Rights and Constitutional Law Foundation. I have served in this capacity since 1984. The Center is a non-profit, public interest legal foundation dedicated to defending the civil, constitutional and human rights of immigrants, refugees, children and the poor.  My practice focuses on legal, legislative and educational work on behalf of immigrants and refugees.  I have served as lead and co-counsel in numerous impact cases involving deportation, political asylum, and the rights of juveniles.

2. I am one of the attorneys for the certified plaintiff class in *Flores v. Johnson*, No. CV 85-4544 (C.D. Cal.); I participated in investigating, filing, litigating that action, and in negotiating the class-wide settlement thereof approved by this Court on January 28, 1997. I execute this declaration in support of plaintiffs' motion to enforce the *Flores* settlement.

3. On January 8 and 9, 2015, I visited the detention facilities located in Dilley and Karnes City, Texas, in which U.S. Immigration and Customs Enforcement (ICE) confines women and children arrested for civil immigration violations. In the course of that visit I interviewed class members, observed the two facilities' physical plants and asked questions of facility staff. Staff at both facilities advised that they hold women and their children exclusively; both installations are unquestionably secure.

4. The Karnes City facility is a large block building, which appeared to have only one entrance. To enter, my colleagues and I were required to deposit our cell phones in a metal locker, exchange our driver's licenses for visitor's badges, pass our personal items through an X-ray machine, and walk through a metal detector. We were then directed to a sally port, which comprised two heavy metal doors with a small room

Exhibit 23 - Page 319

between. We passed through one door, it closed behind us; we were then directed to display our visitor's badges to a guard behind heavy glass; the second door was opened, we walked through, and we then reached the interior of the facility.

5. The Karnes facility is constructed of concrete block. A staff member stated the facility had been designed to house adult male prisoners. The building contained a series of passages and rooms that created a central open area, in which I saw some playground equipment and a soccer field. The interior passages appeared broken only by occasional windows and steel doors. In the central open area I saw neither a direct view nor access to the outside: it was effectively surrounded by the high block walls of the facility itself, denying those inside any means of ingress or egress except via the secure entrance I earlier described. Facility staff stated that children detained at Karnes have never been permitted outside the facility to go to the park, library, museum, or other public places. Children attend school exclusively within the walls of the facility itself. Detainees, including children, are required to participate in a "census" or head-count three times daily.

6. Karnes detainees, which staff stated numbered 487 at the time of our visit, were housed in rooms with access only to the central open area. We were shown one room, which facility staff said was representative of detainees' rooms at the facility. I observed perhaps four families, each comprising one woman and one or two children, sitting on bunk beds watching television. In addition to the four bunk beds, the room contained a shower, a single toilet, and sink. Each person has one approximately 50 gallon storage box for their clothes as well as their personal papers and legal documents, and the box is kept under the bunk beds. Facility personnel informed us that the families sharing the room were unrelated. Facility personnel also informed us that a few children above the age of 13 are not sleeping in the same rooms as their

2

Exhibit 23 - Page 320

mothers and siblings. Instead of keeping one family together in one room, GEO is housing those unrelated children together in one room, while their family members are in other rooms.

7. Karnes staff advised us that the education program is for children aged 4-17, and lasts for four hours a day plus an hour of physical education. There is no educational programming for children under the age of 4. We were shown a day room in which there were only two toys for small children, and a TV.

8. Karnes staff advised that detainees are not permitted incoming telephone calls, even from attorneys. They further advised that detainees' outgoing calls are subject to monitoring and recording, except those to counsel. Staff stated that each detainee is given three minutes of free telephone usage upon admission to the Karnes facility, and that detainees must thereafter pay for telephone calls, including those to counsel. Although staff stated that additional free calls might be arranged for indigent detainees upon special request, they also advised that detainees could earn credit for telephone calls and for commissary items by cleaning and kitchen work paid at the rate of $3.00 per day.

9. The Dilley facility, recently opened and holding fewer than 200 detainees, relies on a perimeter fence to confine mothers and children securely. Though lacking a sally port, my colleagues and I were required to pass through metal detectors, have our belongings scanned, stow our cell phones, and exchange our driver's licenses for visitor's passes upon entry.

10. The physical plant at Dilley looks like a work camp, with the children and their mothers housed in small cabins. Like Karnes, children and mothers at Dilley get one free phone call each for three minutes, and all other phone calls must be paid for. Like Karnes, children are housed with unrelated adults and children. Like Karnes, the

Exhibit 23 - Page 321

Dilley facility has rules that, if violated, lead to disciplinary measures of mothers and children. The education program at Dilley is slated to begin shortly. Dilley staff described policies regarding telephone use, head counts, off-site excursions (or lack thereof) virtually identical to those in effect at Karnes City.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 13th day of January, 2015, at Santa Clarita, California.

_____
Carlos Holguín

/ / /

4

Exhibit 23 - Page 322

# Exhibit 24

## Publicly Filed



**SCHOOL OF SOCIAL WORK**
Office of the Dean

*1925 San Jacinto Blvd., Stop D3500 · Austin, Texas 78712-1405 · 512-471-1937 · FAX 512-471-7268*

## <u>DECLARATION OF LUIS H. ZAYAS</u>

I, Luis H. Zayas, declare as follows:

I make this declaration based on my own personal knowledge and if called to testify I could and would do so competently as follows:

### I.   <u>Qualifications</u>

1.   I am a licensed psychologist and licensed clinical social worker in the State of Texas. Previously, I held psychology licenses in New York and Missouri and a clinical social work license in New York.  I hold a master of science degree in social work (1975), and a master of arts (1984), master of philosophy (1985), and PhD (1986) in developmental psychology, all from Columbia University in the City of New York.  I have been a practicing clinician since 1975 in child and adolescent psychiatry and primary care medicine.

2.   I am presently the Dean of the School of Social Work at the University of Texas at Austin.  I also occupy the Robert Lee Sutherland Chair in Mental Health and Social Policy.  A copy of my curriculum vitae is attached hereto as Exhibit A.

3.   Previously, I was the Shanti K. Khinduka Distinguished Professor of Social Work and Professor of Psychiatry, School of Medicine at Washington University in St. Louis.  I was also founding director of the Center for Latino Family Research.  Prior to my ten years at Washington University, I was professor of social work at Fordham University where I also directed the Center for Hispanic Mental Health Research; visiting associate professor of family medicine and visiting associate professor of psychiatry at Albert Einstein College of Medicine; and assistant

- 1 -

Exhibit 24 - Page 323

professor of social work at Columbia University in the City of New York.

4.   My background encompasses clinical practice, teaching and research in child and adolescent mental health, child development, child-rearing, and family functioning.  I have been a clinician in general acute care hospitals and in outpatient mental health clinics in inner city settings.  My specialty has been on minority and immigrant families and their children.  I have conducted research in prenatal and postpartum depression, child-rearing values, alcohol use among Hispanic men, the influence of ethnicity on psychiatric diagnosis, and the suicide attempts of young Hispanic females.  My research has been funded by the National Science Foundation and the National Institutes of Health (National Institute of Mental Health and National Institute of Child Health and Human Development).  Since 2006, I have focused my clinical and research attention on the U.S.-born and foreign-born children, undocumented children of undocumented immigrants, mostly from Mexico and Central America.

5.   I have published over 100 papers in scientific and professional journals and two books, *Latinas Attempting Suicide: When Cultures, Families, and Daughters Collide* (Oxford University Press, 2011), and *Forgotten Citizens: Deportation, Children, and the Making of American Exiles and Orphans* (Oxford University Press, 2015).  A complete list of my publications issued in the last ten years is included in my CV.

6.   I have previously testified as an expert witness in the following cancellation of removal cases in immigration court:

In the Matter of       Jose Alejo (Kansas City, 2012)

                       Cristina Carlos (Kansas City, 2011)

                       Reyna Canseco-Ibañez (Kansas City, 2011)

- 2 -

Exhibit 24 - Page 324

Fernando Garcia Cruz (Kansas City, 2011)

German Garcia (Kansas City, 2011)

Delio Lemuz-Hernandez (Kansas City, 2012)

Salvador Licea (San Antonio, 2014)

Ismael Limon (Kansas City, 2011)

Jose Rosario Lira-Correa (Orlando, 2013)

Ricardo Lopez (San Antonio, 2014)

Arturo Lopez Arrellano (Kansas City, 2006)

I also provided an affidavit as expert witness but did not testify In the Matter of Fuentes (San Antonio, 2014) on children's psychological functioning, Attention-Deficit/Hyperactivity Disorder, and childhood trauma.

7.   I am making this declaration to provide my considered opinions concerning the psychological and developmental impact of detention on the immigrant families that I observed at the Karnes Detention Facility.  My opinions derive from my interviews on August 19 and 20, 2014, with immigrant families detained at the Karnes County Residential Center.

8.   My opinions are also based on 39 years of experience as a licensed social worker and psychologist conducting evaluation and treatment of children, adolescents, and families.  This includes experience conducting evaluations for immigration courts since 2006 and conducting federally funded research on the mental health effects of the deportation of undocumented Mexican immigrants on their U.S.-born children since 2011.  This research is currently being published in scientific journals and the aforementioned book.

9.   I also reviewed relevant scientific literature in forming my conclusions, including the

- 3 -

Exhibit 24 - Page 325

following publications:

Abram, K.M., Zwecker, N.A., Welty, L.J., Hershfeld, M.A., Dulcan, M.K., & Teplin, L.A. (2014). Comorbidity and continuity of psychiatric disorders in youth after detention: A prospective longitudinal study. *Journal of the American Medical Association.*

American Psychiatric Association (2013). *Diagnostic and statistical manual of mental disorders, fifth edition.* Washington, DC: American Psychiatric Press.

Byrne, M.W., Goshin, L., & Blanchard-Lewis, B. (2012). Maternal separation during the reentry years for 100 infants raised in a prison nursery. *Family Court Review.*

Dallaire, D.H., Zeman, J.L., & Thrash, T.M. (2014). Children's experiences of maternal incarceration-specific risks: Predictions of psychological maladaptation. *Journal of Clinical Child and Adolescent Psychology.*

Evans, G. W., & Kim, P. (2013). Childhood poverty, chronic stress, self-regulation, and coping. *Child Development Perspectives, 7,* 43-48.

Foster, H., & Hagan, J. (2013). Maternal and paternal imprisonment in the stress process. *Social Science Research, 42,* 650-669.

McLaughlin, K.A., Sheridan, M.A., & Lambert, H.K. (2014). Childhood adversity and neural development: Deprivation and threat as distinct dimensions of early experience. *Neuroscience and Biobehavioral Reviews, 47,* 578-591.

Murray, J., & Farrington, D.P. (2005). Parental imprisonment: Effects on boys' antisocial behaviour and delinquency through the life-course. *Child Psychology and Psychiatry, 46,* 1269-1278.

Nesmith, A., & Ruhland, E. (2008). Children of incarcerated parents: Challenges and

Exhibit 24 - Page 326

resiliency, in their own words. *Children and Youth Services Review, 30,* 1119-1130.


II.     **Summary of Findings and Opinions**

    10.  Detention has had serious and long-lasting impacts on the psychological health and well-being of the families I interviewed at Karnes. This was evident even though the families I interviewed had been detained at Karnes for a relatively limited period of time—i.e., two to three weeks.  In general, mothers and children showed high levels of anxiety—especially separation anxiety for the children—symptoms of depression, and feelings of despair.  Children showed signs that detention had caused developmental regression, such as reversion to breastfeeding, and major psychiatric disorders, including suicidal ideation. Teenagers showed signs of depression and anxiety and, in some cases, major depressive disorders.  The impacts of detention are exacerbated by the fact that families have already experienced serious trauma in their home countries and in the course of their journey to the United States.

    11. The psychological traumas experienced by these mothers and children—in their home countries, during their travel to the United States, and upon their detention in the United States—will require years of mental health services to alleviate.  Moreover, the ongoing stress, despair, and uncertainty of detention—for even a relatively brief period of time—specifically compromises the children's intellectual and cognitive development and contributes to the development of chronic illness in ways that may be irreversible.  Detention at Karnes puts children at risk of recurrent and distressing memories, nightmares, dissociative reactions, prolonged psychological distress, and negative alterations in cognition.

- 5 -

Exhibit 24 - Page 327

III.   **Background of Evaluation**

12. On August 19 and 20 of 2014, I met with ten families (mothers with children) detained at the Karnes County Residential Center in Karnes City, Texas in order to assess their mental health status and evaluate the impact that their detention was having upon their psychological, educational, and emotional development.  Without divulging confidential or client-specific data, I am able to share the following information.

13. Typically, my assessments began with a family meeting to get an overall picture of the family's pre-migration conditions and experiences; the conditions they experienced in traveling to the United States; and their post-migration encounters and experiences with U.S. Customs and Border Protection (CBP) and Immigration and Customs Enforcement (ICE) officials and employees of GEO Group, Inc., the private company that operates the Karnes County Residential Center.

14. In all, I evaluated ten mothers, ranging in age from 24 years to 47 years, and their children, who ranged in age from 2 years to 17 years.  Eight of the families were from El Salvador.  One was from Guatemala and one was from Honduras.

15. There were 23 children in these families; I interviewed or spoke with and asked some questions to 21 of the children, which includes all of the children who were able to speak.  There were 13 males, ranging in age from 2 years to 17 years.  The two 2-year-old children were breastfeeding, although one had apparently been weaned but reverted to breastfeeding after being placed in detention, according to his mother.There were 10 female children, ages 9 to 17 years.

16. In most instances, the families were first detained by U.S. officials near the border and subsequently transferred to the Karnes detention center.  Those families with older children—

- 6 -

Exhibit 24 - Page 328

adolescent boys and girls—were separated at Karnes such that the older children slept in other

rooms with young people their age rather than sleeping near their parents.

17. At the time of my interviews, most families had been in the Karnes detention center for

two to three weeks but had entered the United States some time earlier.  All families identified at

least one family member who resided in the United States, in such places as Texas, Ohio,

Maryland, Virginia, Colorado, and other locations, with whom they could stay if released from

detention.

## IV.     Findings

18. Without divulging confidential or client-specific information, I am able to describe the

families' post-migration experiences that they encountered upon reaching the United States and,

in most instances, their detention by U.S. border patrol agents and other law enforcement at the

border and their processing by U.S. officials to their arrival and detention in Karnes.

19.  In all cases, the families I interviewed fled severe violence in their home countries in

order to seek refuge in the United States.  The pre-migration histories of most the families

included domestic violence and sexual abuse of the mothers by their partners.  Several of the

mothers also reported being raped, robbed, and/or threatened by gang members.  The teenage

children appeared to suffer the greatest difficulties because of the gangs.  Adolescent girls

reported being accosted by gang members who insisted on forcibly taking them as their

"girlfriends," while adolescent boys reported being told that they must become members of the

gangs.  In both cases, the teenagers reported that the consequence of refusal would be their own

death or the death of a parent or sibling.  (Teenage females were naturally more reluctant to

discuss the situations of their sexual assaults with a male interviewer.)  As for younger children,

- 7 -

Exhibit 24 - Page 329

mothers I spoke to reported that their younger children were exposed to gang and street violence, or the aftermath, such as cadavers on the street.

20. At the time that I interviewed them, all of the families had been held at the Karnes detention facility for between two to three weeks. Their fears were not allayed by CBP or ICE; on the contrary, the families I interviewed all exhibited signs of elevated levels of anxiety, depression, and despair. Most mothers described elation when they were apprehended by U.S. officials because they initially felt safe in their hands. However, thereafter, the mothers and adolescents told of verbally rough treatment by U.S. border officials, such as being spoken sternly to and told to move faster, and admonished when they did not. Families stated that they did not always understand the orders given as they were told in English or in limited Spanish by some U.S. officials. All mothers and older children provided relatively uniform descriptions of the conditions in the *hieleras* (roughly translated as ice boxes) in which they were placed early in detention. The *hielera* is a large, very cold cell housing large groups of immigrants (women, girls, and younger children) that provides no privacy, including a toilet used by everyone that was exposed to the view of everyone in the cell. The hielera was also intensely cold. Most told of being held in this setting for 48 hours or so. After that stop, the immigrants told of going to another location in which they were given aluminum-foil-like blankets that did warm them.

21. From there, they were moved to Karnes detention facility. While some families reported initially receiving friendly and caring treatment by U.S. officials, they also described punitive and verbally abusive treatment. They described the employees of the detention facility as "mean," "rude," "bullies," along with other negative terms. Staff at Karnes called for census counts three times a day and if a child, typically an adolescent, was found in her or his mother's

- 8 -

Exhibit 24 - Page 330

cell and not in the one assigned to the teenager, they were given some sort of demerit. This was

the case with one teenage female who was separated from her mother and two younger female

siblings and was often weepy and fearful of being separated from her family. When I met her,

the girl had received two warnings and was told that a third time would bring upon her a serious

penalty (one that neither her mother nor she could describe).

22. In each conversation I held with mothers and older children, the feelings of despair and

uncertainty were quite evident and voiced by them. Among the younger children I detected high

levels of anxiety, especially separation anxiety (fear of being away from their mother; fearful

that they would be moved and children not told; fear of losing their mother). The mothers

showed mostly signs of depression with such vegetative signs as lack of sleep, loss of appetite

and weight loss, and hopelessness. Some of the same symptoms were evident in the adolescents,

especially girls.

23. Mothers and older children expressed varying levels of despair about their futures: how

long they would be detained; what would be the conditions of their release; and whether they

would ever see their families in the U.S. or back home again. Mothers exhibited anxiety about

the health of their children, who they reported had lost weight, become listless, and in some

cases had reverted to infantile behaviors. At least three mothers with young children were

distraught in thinking that they brought their children from one nightmarish situation to another.

24. Among the children, I witnessed signs that detention had caused regression or arrests in

their development and major psychiatric disorders, including suicidal ideation. One of the two

infants I observed had regressed developmentally: although he had previously been weaned, he

had reverted back to breastfeeding and needed to be held by his mother constantly. Older

- 9 -

Exhibit 24 - Page 331

children showed separation anxiety and regressions in their behaviors (e.g., staying attached to their mothers, worrying if their mother did not return from an errand).  Several children reported nightmares.

25. Teenagers who were detained showed, primarily, signs of depression and anxiety.  At least three of the teenagers with whom I spoke showed signs of major depressive disorders.  At least one teenage male I interviewed expressed suicidal ideation, telling me that he would rather take his life than to return to his hometown and face the gangs that had tried to recruit him.  In my clinical experience, and supported by scientific literature, suicidal ideation is not uncommon among detained or incarcerated persons.  Research shows that suicidal ideation and attempts are most commonly emerge in during even brief periods of incarceration, in the early days and weeks of the person's imprisonment.  This young man at Karnes showed classic symptoms of major depression: anhedonia (i.e., marked loss of interest or pleasure); psychomotor retardation (i.e., slow cognitive, verbal, and physical responses and movements); fatigue; feelings of worthlessness; and diminished ability to concentrate.  His depressed mood was evident to me through these signs as well as his flat affect and "lifelessness" in his eyes.

26. In addition, both mothers and children expressed concern about the impact of detention on their educational development.  One mother related that she had asked to organize a school for the children with other mothers but was rebuffed.  Inasmuch as they did not know how long they would be in detention, several older children who had educational aspirations to go to college expressed concern about their future education.

## V.   Opinions

27. Based on my professional experience and background, and on the interviews and

- 10 -

Exhibit 24 - Page 332

evaluations I conducted while at Karnes Family Detention Center, I conclude that the psychological traumas experienced by these mothers and children—in their home countries, during their travel to the United States, and after their arrival in the United States when they found themselves locked up in immigration detention facilities—will require years of mental health services to alleviate. The ongoing stress, despair, and uncertainty of detention compromises children's intellectual and cognitive development and contributes to the development of chronic illnesses. Institutionalized children and the threats they face are similar to those of trauma, and result in recurrent, distressing memories, nightmares, dissociative reactions, prolonged psychological distress, and negative alterations in cognition. My conclusions are well supported by medical and psychiatric research.

28. The scientific literature is very uniform in its findings about the impact of maternal incarceration or detention on children. Research (Byrne et al., 2012) shows that infants and children who live in detention with their mothers often have more maladaptive social and emotional development, academic failure, and later criminal involvement compared to other children. With infants, the disruption of their emotional attachment to their mothers can lead to insecure bonding of the infant with the mother. Since attachment also predicts future behavior, insecure levels of attachment will result in suboptimal development. Indeed, disruptions in attachment affect general growth and development of the brain as well as social functioning, aggression, and reactions to stress. Children of incarcerated parents face many adverse outcomes and show difficulties in social interactions, such as making friends and navigating social situations, and research shows that maternal incarceration predicts the children's future antisocial and delinquent outcomes (Murray & Farrington, 2005; Nesmith & Ruhland, 2008).

- 11 -

Exhibit 24 - Page 333

29. Detention or institutionalized living, and child-rearing in prisons, is a major childhood traumatic stressor, even under conditions of short or brief detentions (Foster & Hagan, 2013). Findings show that the childhood trauma from maternal incarceration increases depressive symptoms among children. Specifically, children 5 to 10 years and 11 to 14 years show increased risk for dropping out of high school while the risks for children birth to 5 years and 11 to 16 years show high levels of depression and other internalizing behaviors (i.e., withdrawal, rumination) as well as externalizing behaviors (i.e., aggression, defiance and oppositionalism, fighting, vandalism, cruelty). Such externalizing behaviors in children often mask clinical depressive symptoms and suicidality (often seen in aggressive, provocative behavior toward persons in authority often police and law enforcement that can lead to fatal encounters, commonly known as "suicide by cop").

30. Likewise, the scientific literature shows the negative effects of children's detention or incarceration on their future psychological health. Of 1,829 youth who were in juvenile detention during their teen years, 27% of males and 14% of females had what are known as "co-morbid" psychiatric disorders, that is, co-occurring problems (Abram et al., 2014). Most commonly, the comorbidity involved major depression and anti-social behavior (oppositional defiant disorders) with alcohol abuse among males. The comorbidities for females were post-traumatic stress, anxiety, and anti-social personality disorder and substance abuse. Note that in this comorbidity, depression occurs with an externalizing disorder (oppositionalism). We see therefore that both internalizing and externalizing disorders are likely to be the outcomes of maternal and/or child detention. This has led researchers to conclude that incarceration-specific experiences place children at higher risk for maladjustment than exposure to general

- 12 -

Exhibit 24 - Page 334

environmental risk in community settings (Dallaire et al., 2014).

31.  However, there are more than the external indicators of the effects of detention—even short periods—on children that should give us great reason for concern and worry.  Rather, adverse childhood experiences, such as trauma and detention, have detrimental effects on children's brain growth and neural development.   Research in the neurobiology of trauma and brain development shows that as childhood adversity increases, the likelihood of psychopathology also increases (McLaughlin, Sheridan, & Lambert, 2014).

32. Institutional rearing, that is, growing up in detention even for short periods of time—and particularly following the traumatic circumstances of migration—is one of the most adverse environments that scientists have studied, commonly called in the literature "complex adverse experiences."  The two distinct but powerfully determinant elements of the trauma of these adverse experiences are *deprivation* (i.e., absence of expected developmentally appropriate environmental inputs and complexity) and *threat* (i.e., the presence of experiences that represent an immediate or ongoing threat to the child's physical integrity and psychological security). Under the conditions of prolonged and intense stress, the body's natural stress responses (and release of specific hormones that aid in the flight-fight response and coping) are over-used.  The condition of chronic deprivation and threat stresses affect neural or brain development which in turn determines cognitive and behavioral functioning in children.  Stress under prolonged and intense conditions activates the release of hormones that lead to structural and functional changes of some brain regions that are essential for self-regulation and other behaviors.  As a result of the ongoing stress, despair, and uncertainty of detention, children's brain development is compromised, impairing not just their intellectual and cognitive development but also

- 13 -

Exhibit 24 - Page 335

contributing to the development of chronic illnesses which can last into adulthood (Evans & Kim, 2013). The deprivation common in institutionalized children and the threats they face are similar to those of trauma as defined in the Diagnostic and Statistical Manual of Mental Disorders (2013) that include recurrent and distressing memories, nightmares, dissociative reactions, prolonged psychological distress, avoidance of people or other reminders of the trauma, and negative alterations in cognition such as not being able to remember important events or aspects of the traumatic events.

33. For adolescent development when the sense of autonomy is emerging in preparation for adult roles, the loss of any autonomy—not just from the parents which all adolescents complain about but by being detained and lacking basic freedom—will have devastating effects on the adolescents once they enter the world outside the detention center. Unlike other adolescents in the communities they will be released to or returned to, they will have lost a part of their key developmental time in confinement with younger children and adult women.

34. Although I was not privy to any allegations of sexual abuse at the hands of the detention guards and employees by any of the mothers or children at the time of my interviews, I understand that such allegations have been made and that formal complaint or complaints were lodged. Should an investigation confirm the allegations of sexual abuse, that abuse will likely cause more maternal depression, signs of which will be evident to the children. Should a mother have experienced a sexual groping, rape, or coerced sexual favor near her children or within minutes of seeing their children, it is likely that the mothers will "reveal" their distress visibly which will be detected by their children. This can be very confusing to children and leave them feeling more vulnerable as well.

- 14 -

Exhibit 24 - Page 336

35. Taking this scientific background into consideration and combining it with the

impressions I gathered in my interviews with mothers and children in the Karnes facility, I can

unequivocally state that the children in the Karnes facility are facing some of the most adverse

childhood conditions of any children I have ever interviewed or evaluated.  Untold harm is being

inflicted on these children by the trauma of detention.  What is more is that the children at

Karnes are experiencing *trauma upon trauma upon trauma*.  That is, they not only suffered the

trauma of having their lives threatened and disrupted by fleeing their native countries but they

also experienced, witnessed, and heard of violent, traumatic events in their crossing through

Mexico.  On top of these serial and often long-term traumatic experiences, the children are

exposed to the deprivation and constant threat of living in a facility in which they have no sense

of their future.  Complicating the children's development are the disrupted family roles and

dynamics in which children see their mothers treated very poorly by staff and witnessing their

mothers' vulnerability and helplessness.  Children need the security and protection of their

parents and the conditions of detention militate against mothers' capacity to provide that kind of

comfort for their children.

36. Based on my professional background and expertise, my knowledge of the scientific

literature on child development and psychopathology and parenting and family functioning, and

based on my conversations with mothers and children detained at Karnes, I can say with

certainty that detention is inflicting emotional and other harms on these families, particularly the

children, and that some of these effects will be long lasting, and very likely permanent as

adduced by the scientific literature.

37. The healing process, in my view, cannot begin while mothers and young children are

- 15 -

Exhibit 24 - Page 337

detained.  Indeed, my interviews led me to conclude that even a few weeks of detention has

exacerbated the trauma experienced by these families and added a new layer of hardship that,

with respect to the children in particular, may be irreversible.

## VI.    Compensation

38. I have received no compensation for my participation in this case.


39. I reserve the right to amend or supplement this report as appropriate upon receipt of

additional information or documents.


I declare under penalty of perjury under the laws of the United States and the District of

Columbia that the foregoing is true and correct.

Executed this 10th day of December, 2014, at Austin, Texas.

Luis H. Zayas, Ph.D.

- 16 -

Exhibit 24 - Page 338

## Curriculum Vitae

### LUIS H. ZAYAS

### Education

| | | | |
|---|---|---|---|
| PhD | 1986 | Columbia University | Developmental Psychology |
| MPhil | 1985 | Columbia University | Developmental Psychology |
| MA | 1984 | Columbia University | Developmental Psychology |
| MS | 1975 | Columbia University | Social Work |
| BA | 1973 | Manhattan College | Economics/Liberal Arts |

Certificate 1989    Westchester Center for the Study of Psychoanalysis & Psychotherapy
Training in Psychoanalysis & Psychotherapy (1985-1989)

### Current Positions

**Academic**

2012-    The University of Texas at Austin, School of Social Work
Dean
Robert Lee Sutherland Chair in Mental Health and Social Policy

2013-    The University of Texas at Austin, College of Liberal Arts
Affiliated faculty, Lozano Long Institute for Latin American Studies/Benson

**Service**

2014-    Migrant Clinicians Network, Austin, TX, Member, External Advisory Board.

2014-    Austin-Travis County Children's Mental Health Leadership Team (initiated June 27, 2014)

2014-17    National Association of Deans and Directors of Schools of Social Work
Member at Large

2013-    St. Louis Group (SSWs in Research 1 universities)
Member at Large, Executive Committee

2013-    Communities in Schools, Austin, TX
Member, Board of Directors

2013-    El Buen Samaritano Episcopal Mission, Austin, TX
Member, Board of Directors

2012-15    National Association of Social Workers, Washington, DC
Member, Book Committee, NASW Publications

2012-    University of Massachusetts Medical School, Worcester, MA
Chair, External Advisory Committee, Center for Health Equity Intervention
Research (CHEIR)

### Previous Academic Experience

2002-11    Washington University in St. Louis
Shanti K. Khinduka Distinguished Professor of Social Work (2002-2011)

Exhibit 24 - Page 339

Zayas

Associate Dean for Faculty (2005-2007).
Director, Center for Latino Family Research (2005-2011)
Professor of Psychiatry, Washington University School of Medicine (2004-11).

1990-05   Albert Einstein College of Medicine
Visiting Associate Professor of Family Medicine (1995-2005)
Associate Professor of Family Medicine (1992-95)
Visiting Clinical Assistant Professor of Psychiatry (1995-2002)
Assistant Clinical Professor Psychiatry (1990-95)

1991-02   Fordham University
Professor of Social Work (1999-2002)
Associate Professor (1995-1999)
Director, Center for Hispanic Mental Health Research (1999-2002)
Director, Pre-Doctoral Research Training in Minority Mental Health (2001-03)
Research Associate, Hispanic Research Center (1991-95)
Adjunct Associate Professor of Psychology (1989-95)
Ford Foundation Postdoctoral Fellow (1987-88)

1980-89   Columbia University
Adjunct Associate Research Scholar (1988-89)
Assistant Professor of Social Work (1982-88)
Lecturer (1980-82)
Project Director, Hispanic Development Project (1985-88)
Faculty Field Instructor, Puerto Rican Community Mental Health Project (1980-82)

1976-82   College of Mount Saint Vincent
Adjunct Instructor in Sociology
Consulting Director, social work program

1978   Westchester Community College
Adjunct Instructor of Human Services

1976   Manhattan College
Adjunct Lecturer in Sociology

## Clinical Practice and Pre-Professional Experience

2006-   Independent practice in evaluation of citizen-children in deportation cases

1980-2000 Independent practice (part-time). Psychotherapy and family therapy

1990-95   Montefiore Medical Center, Department of Family Medicine
Psychosocial Unit Coordinator, Comprehensive Health Care Center (1992-95)
Psychosocial Faculty/Assistant Attending Psychologist, Residency Program in Social Medicine

1988-89   Fordham-Tremont Community Mental Health Center, NY, Clinical Supervisor

1978-80   The New York Hospital-Cornell Medical Center
Clinical Social Worker in child & adolescent psychiatric OPD

2

Exhibit 24 - Page 340

Zayas

Payne-Whitney Psychiatric Clinic

| | |
|---|---|
| 1975-78 | Blythedale Children's Hospital, NY, Pediatric Social Worker |
| 1974-75 | Lenox Hill Hospital, NY, Medical Social Work Intern |
| 1973-74 | Mobilization for Youth, NY, Social Work Intern, Juvenile Court Program |
| 1972-73 | United States Committee for UNICEF, NY, Intern |
| 1970 | World Youth Assembly, United Nations, NY, Interpreter (June) |

## Awards and Honors

| | |
|---|---|
| 2012 | Fellow, American Academy of Social Work and Social Welfare (inducted November 2012) |
| 2007 | Distinguished Faculty Award, George Warren Brown School of Social Work, Washington University |
| 2006 | Leadership Award, New York City Latino Social Work Task Force |
| 2004-05 | Excellence in Mentoring Doctoral Students Award, George Warren Brown School of Social Work, Washington University |
| 2004-05 | Outstanding Faculty Mentor, Graduate Student Senate of Washington University, |
| 2002 | Leadership Award, National Association of Puerto Rican/Hispanic Social Workers |
| 2000 | Rafael Tavares, M.D., Award for scholarship in Hispanic mental health, Association of Hispanic Mental Health Professionals, Inc., NY |
| 1993 | Economic and Cultural Diversity Award (for work with AIDS orphans and their families), American Family Therapy Academy ($2,500 award) |

## Research & Training Grants

| | |
|---|---|
| 2013-18 | National Institute of Mental Health—Principal Investigator "Suicide Attempts among African-American, Caucasian, and Hispanic Adolescent Females" (R01 pending review) |
| 2102-15 | Health Resources and Services Administration—Principal Investigator "Mental and Behavioral Health Education and Training Program" (MO1HP25200) Funded: $480,275 |
| 2011-13 | National Institute of Child Health and Human Development—Principal Investigator "Exploring the Effects of Parental Deportation on U.S. Citizen Children" (R21HD068874-01) Funded: $426,856 |
| 2010-11 | Fathers' Support Center, Saint Louis—Project Director of Manual Development for "Family Formation Program" Funded: $31,218 |

3

Exhibit 24 - Page 341

Zayas

| | |
|---|---|
| 2011 | Fathers' Support Center, Saint Louis—Program Evaluator "Citibank Financial Education Curriculum Program." Funded: $8,641 |
| 2010-11 | Lutheran Foundation of Saint Louis—Project Director, "Mental Health Service for *Casa de Salud*" Funded: $75,000 |
| 2010-12 | National Institute of Mental Health—Principal Investigator "Adapting Interventions for Diverse Ethnocultural Families" (R13MH086306) Funded: $156,000 |
| 2008-11 | National Institute of Mental Health—Co-Principal Investigator "Systems of Care for New Moms: Integrating Depression Treatment" (R34 MH083085) Funded: $450,000 |
| 2008-10 | Procter & Gamble Fund—Project Director "Inspiring Leaders Improving Our Communities" speakers' series Funded: $10,000 |
| 2005-10 | New York Council on Adoptable Children (from Administration for Children and Families/DHHS)—Co-Investigator, Program Evaluator "Realizing Open Adoption Dreams" Funded: $1,500,000 |
| 2006-11 | Puerto Rican Family Institute, Inc. (from Administration for Children and Families/DHHS)—Co-Investigator, Program Evaluator "Building Pathways for Latino Fathers" Funded: $900,000 |
| 2006-09 | National Institute of Mental Health—Principal Investigator "Developing Interventions for Latino Children, Youth and Families" (R13 MH077403-01) Funded: $189,320 |
| 2005-10 | National Institute of Mental Health—Associate Director (2005-2006) (Enola Proctor, PI) "Mental Health Services Pre-doctoral and Post-doctoral Training Program" (T32 MH19960-11) |
| 2005-10 | National Institute of Mental Health--Principal Investigator "Sociocultural Processes in Latina Teen Suicide Attempts" (R01 MH070689-01A1) Funded: $1,733,337 |
| 2003-05 | National Institute of Mental Health—Principal Investigator "Hispanicity, Language and Psychiatric Diagnosis" (R21 MH065921) Funded: $278,560 |
| 2001-03 | National Institute of Mental Health—Principal Investigator "Predoctoral Research Training in Minority Mental Health" (T32 MH20074) Funded $1,117,503 |
| 1999-2003 | National Institute of Mental Health—Principal Investigator "Center for Hispanic Mental Health Research" (R24 MH60002) Funded $2,245,368 Minority Supplement to grant for Manny J. Gonzalez, D.S.W., ($212,192) |
| 1998-2003 | National Institute of Mental Health—Principal Investigator: "Reducing Perinatal Depression and Enhancing Parenting" (R24 MH57936) Funded $1,321,503 Minority Supplement to grant for Zulema E. Suárez, Ph.D. ($242,000) |

4

Exhibit 24 - Page 342

Zayas

1993-95  National Institute of Child Health and Human Development—Co-Investigator (Busch-Rossnagel, P.I.),: "Development in Puerto Rican and Dominican Toddlers" (1 RO1 HD30590) Funded $500,000

1993-95  Department of Family Medicine, Montefiore Medical Center
Chairman's Fund Faculty Research Grants"
Co-Principal Investigator (with Philip Ozuah, MD) "Mercury Use in *Espiritismo*"
Funded: $2,500
Co-Principal Investigator (with Marji Gold, MD) "Barriers to Ophthalmic Screening among Hispanic Diabetics" Funded $2,500

1991-93  Alcoholic Beverage Medical Research Foundation—Principal Investigator "Factors associated with alcohol use by Hispanic men in early adulthood" Funded: $75,000

1988-89  National Science Foundation—Principal Investigator "Attachment and Mastery Motivation in Hispanic Infants" (RII-8812284 planning grant) Funded: $12,000

1987-88  National Research Council—Ford Foundation Postdoctoral Fellow (Developmental Psychology) Funded: $25,000 plus research expenses

1974-75  NIMH Psychiatric Traineeship, Columbia University (Full tuition)

## Past Professional and Community Service

2013-14  Longhorn Village, Austin, TX. Member, Board of Directors

2009-13  National Alliance for Hispanic Families, Washington, DC
Member, Executive Committee
Chair, Research Committee

2010-12  National Institutes of Health, Center for Scientific Review
Member, College of CSR Reviewers

2009-11  Casa de Salud, St. Louis, MO
Volunteer psychologist and social worker

2008-10  National Center for Marriage Research, Bowling Green State University
Member, National Advisory Council

2006-09  George Washington University, Center for Health and Health Care in Schools
Member, National Advisory Committee, Caring Across Communities: Addressing Mental Health Needs of Diverse Children and Youth

2005-09  National Institutes of Health, Center for Scientific Review
Member, Psychosocial Development, Risk and Prevention Study Section

2005-10  Arizona State University, Southwest Interdisciplinary Research Center,
Member, National Scientific Advisory Board

2005-08  Upstream Theater, St. Louis, MO
Member, Board of Directors

Exhibit 24 - Page 343

Zayas

| | |
|---|---|
| 2003 &
2006-08 | *La Clinica,* St. Louis, MO
Volunteer mental health provider |
| 2003-04 | *Centro Hispano,* Catholic Family Services, St. Louis, MO
Volunteer, Southside Catholic Community Services International |
| 2003 | Division of Violence Prevention, National Center for Injury Prevention and Control, Centers for Disease Control and Prevention, Atlanta. |
| 2002 | St. Barnabas Episcopal Church, Irvington, NY, Member, Vestry |
| 2002-05 | Institute for the Advancement of Social Work Research, Member, Scientific Advisory Committee |
| 2000-02 | Fordham University, Member, University Research Council |
| 2000-02 | Fordham-Tremont Community Mental Health Center, Member, Board of Governors (2000-01); Secretary (2001-02) |
| 2000-01 | Center for Preventive Psychiatry, White Plains, NY, Consultant |
| 1998-2001 | American Orthopsychiatric Association, Member, Board of Directors |
| 1998-2001 | National Center on Addictions and Substance Abuse, Columbia University Member, Institutional Review Board for the Protection of Human Subjects |
| 1999-2000 | National Institute of Mental Health, Member, Services Research Review Committee |
| 1996- | National Institutes of Health, Center for Scientific Review, Reviewer, Occasional Chair |
| 1996-99 | National Institute of Mental Health, Member, Child Psychopathology and Treatment Review Committee |
| 1994 | The Orphans' Project, New York, NY, Member, Panel of Experts, "The Adolescent Alone" |
| 1993-94 | Council for Adoptable Children, NY, Evaluations of children orphaned by AIDS |
| 1992, 1994 | National Institute of Justice, Ad hoc reviewer |
| 1990-2000 | National Research Council, Member (1990-93, 1996), Chair (1999, 2000), Evaluation Panel in Psychology, Ford Foundation Predoctoral Fellowships for Minorities |
| 1989-91 | Association of Hispanic Mental Health Professionals, Vice President |
| 1984 | N. Y. S. Governor's Advisory Committee on Hispanic Affairs, Testimony, September |

6

Exhibit 24 - Page 344

Zayas

| | |
|---|---|
| 1988-89 | National Research Council, Member, Ford Foundation Fellows' Conference Planning Committee |
| 1986 | Westchester County Executive's Hispanic Advisory Board, Member, Ad hoc |
| 1978-80 | Spanish Community Progress Foundation, Yonkers, NY, Member, Board of Directors |

### Editorial Boards and Ad Hoc Reviewer Experience

*Advisory Board*, Encyclopedia of Applied Developmental Science, edited by C.B. Fisher & R.M. Lerner, Sage Publications, 2005.

*Editorial Boards or Ad hoc Reviewer,* Addiction; American Journal of Community Psychology; American Journal of Orthopsychiatry; Applied Developmental Science; Cultural Diversity and Ethnic Minority Psychology; Ethnicity & Health; Journal of Consulting and Clinical Psychology; Obstetrics and Gynecology; Professional Psychology: Research and Practice; Families in Society; Criminal Behavior and Justice; Journal of Adolescence; Journal of Family Psychology; Journal of Social Service Research; Research in Social Work Practice; Pediatrics; Youth and Society

*Ad Hoc Application Reviewer,* W. T. Grant Foundation, Faculty Scholars Award Program (2000)

### Professional Licenses

State of Missouri Licensed Psychologist #2002030464 (issued 2002)
State of Texas Licensed Psychologist #36381 (issued 2012)
State of Texas Licensed Clinical Social Worker #57642 (issued 2013)

### Professional Affiliations

American Psychological Association
Council on Social Work Education
National Association of Social Workers
Society for Social Work and Research

### Publications

#### Books

**Zayas, L.H.** (forthcoming). *Forgotten Citizens: Deportation, Children, and the Making of American Exiles and Orphans*.  New York: Oxford University Press.

**Zayas, L.H.** (2011).  *Latinas Attempting Suicide: When Cultures, Families, and Daughters Collide*. New York: Oxford University Press.

#### Chapters and Peer-Reviewed Articles

7

Exhibit 24 - Page 345

Zayas

108. **Zayas, L. H.**, Aguilar-Gaxiola, S., Yoon, H., & Natera Rey, G. (under review).  The distress of citizen-children with detained and deported parents. *Journal of Child and Family Studies.*

107. **Zayas, L. H.**, & Bradlee, M. (in press). Children of undocumented immigrants: Imperiled developmental trajectories. In E. P. Salett & D. R. Koslow (Eds.), *Race, ethnicity and self.* Washington, DC: National Association of Social Workers.

106. Gulbas, L., & **Zayas, L.H.** (in press). Examining the interplay among family, culture, and Latina teen suicidal behavior. *Qualitative Health Research.*

105. **Zayas, L.H.**, Hausmann-Stabile, C., & De Luca, S.M. (in press). Suicidal behaviors and U.S. Hispanic youth: Social, psychological, and cultural factors and challenges for interventions.  In D. A. Lamis & N. J. Kaslow (Eds.), *Advancing the science of suicidal behavior: Understanding and intervention* (pp. TBA). Hauppauge, NY: Nova Science Publishers.

104. **Zayas, L.H.**, & Bradlee, M. (2014).  Exiling children, creating orphans: When immigration policies hurt citizens. *Social Work, 59,* 167-175.

103. Sampson, M., **Zayas, L.H.,** & Seifert, S.B. (2013). Treatment engagement using motivational interviewing for low-Income, ethnically diverse mothers with postpartum depression. *Clinical Social Work Journal, 41*, 387-394

102. Hausmann-Stabile, C., Gulbas, L., & **Zayas, L.H.** (2013). Aspirations of Latina adolescent suicide attempters: "Tomorrow I won't have to wake up to my future." *Hispanic Journal of Behavioral Sciences, 35,* 390-406.

101. **Zayas, L.H.**, & Sampson, M. (2013).  Perinatal depression and treatments for U.S. Latinas: A review of research findings.  In S. Lara-Cinisomo & K. Wisner (Eds.), *Perinatal depression among Spanish-Speaking Women: A Global perspective on prevalence, treatment, and outcomes* (pp. 65-82). NY: Springer.

100. **Zayas, L.H.**, & Gulbas, L.E. (2012). Are suicide attempts by adolescent Latinas a cultural idiom of distress? *Transcultural Psychiatry, 49,* 719- 735.

99. Nolle, A.P., Gulbas, L., Kuhlberg, J.A., & **Zayas, L.H.** (2012). Sacrifice for the sake of the family: Expressions of familism by Latina teens in the context of suicide. *American Journal of Orthopsychiatry, 82,* 319–327.

98. Peña, J. B., **Zayas, L. H.,** Cabrera-Nguyen, P., & Vega, W. A. (2012).  U.S. cultural involvement and its association with suicidal behavior among youths in the Dominican Republic. *American Journal of Public Health, 102,* 664–671.

97. **Zayas, L.H.,** Bellamy, J.L., & Proctor, E. (2012). Considering the multiple service contexts in cultural adaptations: The case for parenting interventions. In R. Brownson, G. Colditz, & E. Proctor, *Dissemination and implementation research in health: Translating science to practice* (pp. 483-497). New York: Oxford University Press.

8

Exhibit 24 - Page 346

96. Hausmann-Stabile, C., Kuhlberg, J.A., **Zayas, L.H.**, Nolle, A.P., & Cintron, S. (2012). Means, intent, lethality, behaviors, and psychiatric diagnoses in Latina adolescent suicide attempters. *Professional Psychology: Research and Practice, 43*(3), 241-248.

95. Hausmann-Stabile, C., **Zayas, L.H.,** Hauser, D., Carvajal, C., Mejia, C., & Nieves, D. (2011). Challenges and solutions for Latin American-trained international medical graduates in psychiatry residency. *International Journal of Mental Health, 40,* 29-40.

94. **Zayas, L.H.**, Hausmann-Stabile, C., & Kuhlberg, J.A. (2011).  Can mother-daughter relations reduce the chance of a suicide attempt among Latinas? *Depression Research and Treatment.*

93. Hausmann-Stabile, C., **Zayas, L.H.,** Runes, S., Abenis-Cintron, A., & Calzada, E. (2011). *Ganando confianza*: Research focus groups with immigrant Mexican mothers. *Education and Training in Developmental Disabilities, 46,* 3-10.

92. Peña, J.B., Matthieu, M.M., **Zayas, L.H.**, Masyn, K.E., & Caine, E.D. (2011). Co-occurrence of risk behaviors among White, Black, and Hispanic US high school adolescents who have attempted suicide, 1999 to 2007. *Social Psychiatry and Psychiatric Epidemiology, 47*, 29-42.

91. Peña, J.B. Kuhlberg, J.A., **Zayas**, L.H., Baumann, A.A., Gulbas, L., Hausmann-Stabile, C., & Nolle, A.P. (2011) Familism, family environment, and suicide attempts among Latina youth. *Suicide and Life-Threatening Behavior**, 41,** 330-341.

90. Gulbas, L.E., **Zayas, L.H.**, Nolle, A.P., Hausmann-Stabile, C, Kuhlberg, J.A., Baumann, A.A., & Peña, J.B. (2011). Family relationships and Latina teen suicide attempts: Reciprocity, asymmetry, and detachment. *Families in Society, 92,* 317-323.

89. **Zayas, L.H.,** Drake, B., & Jonson-Reid, M. (2011). Overrating or dismissing the value of evidence-based practice: Consequences for clinical practice. *Clinical Social Work Journal, 39,* 400-405.

88. Baumann, A.A., Kuhlberg, J.A., & **Zayas, L.H.** (2010). Familism, mother-daughter mutuality, and suicide attempts of adolescent Latinas. *Journal of Family Psychology, 24,* 616-624.

87. **Zayas, L.H.** (2010). Protecting citizen-children safeguards our common future. *Journal of Health Care for the Poor and Underserved, 21, 809-814.*

86. Kuhlberg, J.A., Peña, J.B., **Zayas, L.H.** (2010). Familism, parent-adolescent conflict, self-esteem, internalizing behaviors and suicide attempts among adolescent Latinas. *Child Psychiatry and Human Development, 41,*425-440.

85. **Zayas, L.**, Gulbas, L.E., Fedoravicius, N., & Cabassa, L.J. (2010). Patterns of distress, precipitating events, and reflections on suicide attempts by young Latinas. *Social Science and Medicine, 70,* 1773-1779.

84. **Zayas, L.H.,** Torres, L.R., & Kyriakakis, S. (2010). Culturally competent assessment of Latino clients. In R. Furman & N. Negi (Eds.), *Social Work Practice with Latinos: Key Issues and Emerging Themes* (pp. 161-183).  Chicago, IL: Lyceum Books.

9

Exhibit 24 - Page 347

Zayas

83.  **Zayas, L.H.** (2010). Seeking models and methods for cultural adaptation of interventions: Commentary on the special section. *Cognitive and Behavioral Practice, 17,* 198-202.

82.  **Zayas, L.H.,** Bright, C., Alvarez-Sanchez, T., & Cabassa, L.J. (2009). Acculturation, familism and mother-daughter relations among suicidal and non-suicidal adolescent Latinas. *Journal of Primary Prevention, 30,* 351-369.

81.  **Zayas, L.H.**, Hausmann-Stabile, C., & Pilat, A.M. (2009).  Recruiting urban Latina adolescents and their families: Challenges and lessons learned in suicide attempts research. *Youth & Society, 40,* 591-602.

80.  **Zayas, L.H.,** Borrego, J., & Doménech Rodríguez, M. (2009). Parenting interventions for Latino familias and children. (Invited chapter). In F. Villaruel, G. Carlo, M. Azmitia, N. Cabrera, & J. Chahin (Eds.), *Handbook of Latino Psychology: Developmental and Community Based Perspectives* (pp. 291-307). Sage Publications.

79.  **Zayas, L.H.** & Torres, L.R. (2009). Culture and masculinity: When therapist and patient are Latino men. *Clinical Social Work Journal, 37,* 294-302.

78.  **Zayas, L.H.**, Torres, L. R., & Cabassa, L.J. (2009). Clinician ethnicity in diagnostic, symptom, and functional assessments of Hispanic outpatients. *Community Mental Health Journal, 45*, 97-105.

77.  Peña, J.B., Wyman, P.A., Brown, C.H., Matthieu, M.M., Olivares, T.E., Hartel, D., & **Zayas, L.H.** (2008). Immigration generation status and its association with suicide attempts, substance use, and depressive symptoms among Latino adolescents in the United States. *Prevention Science, 9,* 299-310.

76.  **Zayas, L.H.** (2008). Commentary on Rojas et al. 2007 in Lancet. *Evidence-Based Mental Health.*

75.  **Zayas, L.H.**, & Pilat, A.M. (2008). Suicidal behavior in Latinas: Explanatory cultural factors and implications for intervention. *Suicide and Life-Threatening Behavior, 38,* 334-342.

74.  Torres, L.R., Cabassa, L.J., **Zayas, L.H.**, & Alvarez-Sánchez, T.A. (2008). Assessing psychosocial stressors in Hispanic outpatients: Does clinician ethnicity matter? *Psychiatric Services, 58,* 690-692.

73.  Torres, L.R., Peña, J.B., Westhoff, W.W. & **Zayas, L.H.** (2008). A cross-national comparison of adolescent alcohol and drug use behaviors: U. S. Hispanics and youth in the Dominican Republic. *Journal of Drug Issues, 38,*149-170.

72.  Goldston, D., Molock, S.D., Whitbeck, L., Murakami, J.L., **Zayas, L.H.**, & Nakayama Hall, G. (2008). Cultural considerations in adolescent suicide prevention and psychosocial treatment. *American Psychologist, 63,* 14-31.

71.  Drake, B., Hovmand, P., Jonson-Reid, M., & **Zayas, L.H.** (2007). Adopting and teaching evidence-based practice in masters level social work programs. *Journal of Social Work Education, 43*, 431-446.

10

Exhibit 24 - Page 348

Zayas

70.  Torres, L. R., **Zayas, L.H.**, Cabassa, L. J., & Perez, M.C. (2007). Diagnosing co-occurring substance related disorders: Agreement between SCID, Hispanic and non-Hispanic clinicians. *Journal of Clinical Psychiatry, 68,* 1655-1662

69.  Cavazos-Rehg, P., **Zayas, L.H.**, & Spitznagel, E.L. (2007). Legal status, emotional well-being and subjective health status of Latino immigrants. *Journal of the National Medical Association, 99*, 1126–1131.

68.  Aisenberg, E., Trickett, P. Mennen, F. Saltzman, W., & **Zayas, L.H.** (2007).  Maternal depression and adolescent behavior problems: An examination of mediation among immigrant Latino mothers and their adolescent children exposed to community violence. *Journal of Interpersonal Violence, 22,* 1227-1249

67.  **Zayas, L.H.**, Cabassa, L. J., Perez, M. C., & Cavazos-Rehg, P. (2007). Using interpreters in diagnostic research and practice: Pilot results and recommendations. *Journal of Clinical Psychiatry, 68,* 924-928.

66.  Cabassa, L. J. & **Zayas, L.H.** (2007). Latino immigrants' intentions to seek depression care.  *American Journal of Orthopsychiatry, 77,* 231-242.

65.  Cabassa, L. J., Lester, R., & **Zayas, L.H.** (2007). "It's like being in a labyrinth:" Hispanic immigrants' perceptions of depression and attitudes toward treatments.  *Journal of Immigrant Health, 9,* 1-16.

64.  Cavazos-Rehg, P., **Zayas, L.H.**, Walker, M.S., & Fisher, E.B. (2006). Evaluating an abbreviated version of the Hispanic Stress Inventory for Immigrants. *Hispanic Journal of Behavioral Sciences, 28,* 498-515.

63.  McKee, M. D., **Zayas, L.H.**, Fletcher, J., Boyd, R. C., & Nam, S. H. (2006). Results of an intervention to reduce perinatal depression among low-income minority women in community primary care.  *Journal of Social Service Research, 32,* 63-81.

62.  Cabassa, L. J., **Zayas, L.H.**, & Hansen, M. (2006). Latino adults' access to mental health services: A review of epidemiological studies.  *Administration and Policy in Mental Health and Mental Health Services Research, 33,* 316-330.

61.  Boyd, R. C., **Zayas, L.H.,** & McKee, M. D. (2006). Mother-infant interaction, life events and prenatal and postpartum depressive symptoms among urban minority women in primary care. *Maternal and Child Health Journal, 10,* 139-148.

60.  **Zayas, L.H.,** Cabassa, L. J., Perez, M. C., & Howard, M. O. (2005). Clinician-patient ethnicity in psychiatric diagnosis: A pilot study with Hispanics. *Journal of Ethnic & Cultural Diversity in Social Work, 14,* 93-109.

59.  **Zayas, L.H.,** Cabassa, L. J., & Perez, M.C. (2005). Capacity-to-consent in psychiatric research: Development and preliminary testing of a screening tool. *Research on Social Work Practice, 15,* 545-556.

58.  **Zayas, L.H.**, Lester, R. J., Cabassa, L. J., & Fortuna, L. R. (2005). "Why do so many Latina teens attempt suicide?": A conceptual model for research. *American Journal of Orthopsychiatry, 75,* 275-287.

11

Exhibit 24 - Page 349

Zayas

57.  **Zayas, L.H.**, Jankowski, K.R.B., & McKee, M. D. (2005). Parenting competency across pregnancy and post-partum among urban minority women. *Journal of Adult Development, 12*, 53-62.

56.  **Zayas, L.H.**, McKee, M. D., & Jankowski, K.R.B. (2004). Adapting psychosocial intervention research to urban primary care environments: A case example. *Annals of Family Medicine, 2*, 504-508.

55.  McKee, M. D., Jankowski, K. R. B., & **Zayas, L.H.** (2004). Breastfeeding intention and practice in an urban minority population: Relationship to maternal depressive symptoms and mother-infant closeness. *Journal of Reproductive and Infant Psychology, 22*, 167-181.

54.  **Zayas, L.H.** (2003). Service-delivery factors in the development of practice guidelines. In A. Rosen & E. K. Proctor (Eds.), *Developing practice guidelines for social work interventions: Issues, methods, and research agenda* (pp. 193-206). New York: Columbia University Press.

53.  **Zayas, L.H.**, Gonzalez, M. J., & Hanson, M. (2003) "What do I do now?": On teaching evidence-based interventions for social work practice. *Journal of Teaching in Social Work, 23*, 59-72.

52.  **Zayas, L.H.**, Jankowski, K., & McKee, M. D. (2003). Prenatal and postpartum depression among low-income Dominican and Puerto Rican women. *Hispanic Journal of Behavioral Sciences, 25*, 370-385.

51.  Fisher, C. B., Hoagwood, K., Boyce, C., Duster, T., Frank, D. A., Grisso, T., Levine, R. J., Macklin, R., Spencer, M. B., Takanishi, R., Trimble, J. E., & **Zayas, L.H.** (2002). Research ethics for mental health science involving ethnic minority children and youth. *American Psychologist, 57,* 1024-1040.

50.  Turner, S., Kaplan, C., **Zayas, L.H.**, & Ross, R. (2002). Suicide attempts by adolescent Latinas: An exploratory study of individual and family correlates. *Child and Adolescent Social Work Journal, 19*, 357-374.

49.  **Zayas, L.H.**, & Rojas-Flores, L. (2002). Learning from Latino parents: Combining etic and emic approaches to designing interventions. In J. M. Contreras, K. A. Kerns, & A. M. Neal-Barnett (Eds.), *Latino children and families in the United States* (pp. 233-249). Westport: Greenwood/Praeger Publishers.

48.  Cunningham, M., & **Zayas, L.H.** (2002). Reducing depression in pregnancy: Designing multimodal interventions. *Social Work, 47,* 114-123.

47.  **Zayas, L.H.**, Cunningham, M., McKee, M. D., & Jankowski, K. R. B. (2002). Depression and negative life events among pregnant African-American and Hispanic women. *Women's Health Issues, 12,* 16-22.

46.  **Zayas, L.H.** (2001). Incorporating struggles with racism and ethnic identity in therapy with adolescents. *Clinical Social Work Journal, 29,* 361-373.

Exhibit 24 - Page 350

45.   McKee, M. D., Cunningham, M., Jankowski, K. R. B., & **Zayas, L.H.**  (2001). Health-related functional status in pregnancy: Relationship to depression and social support in a multi-ethnic population. *Obstetrics and Gynecology, 97,* 988-993.

44.   **Zayas, L.H.**, Canino, I., & Suárez, Z. E. (2001). Parenting in mainland Puerto Rican families: Child-rearing for health and success.  In N.B. Webb (Ed.), *Multicultural parent-child and family relationships* (pp. 133-156). New York: Columbia University Press.

43.   Dyche, L., & **Zayas, L.H.** (2001).  Cross-cultural empathy and training the contemporary psychotherapist. *Clinical Social Work Journal, 29*, 245-258.

42.   Malgady, R. G., & **Zayas, L.H.** (2001). Cultural and linguistic considerations in psychodiagnosis with Hispanics: The need for an empirically informed process model. *Social Work, 46,* 39-49.

41.   Evans, M. E., Mejía-Maya, L. J., **Zayas, L.H.**, Boothroyd, R., & Rodriguez, O. (2001). Conducting research in culturally diverse inner city neighborhoods: Some lessons learned. *Journal of Transcultural Nursing, 12,* 6-14.

40.   Kail, B., **Zayas, L.H.**, & Malgady, R. G. (2000). Depression, acculturation, and motivations for alcohol use among young Colombian, Dominican, and Puerto Rican men. *Hispanic Journal of Behavioral Sciences, 22,* 64-77.

39.   **Zayas, L.H.**, Kaplan, C., Turner, S., Romano, K., & Gonzalez-Ramos, G.  (2000). Understanding suicide attempts by adolescent Hispanic females. *Social Work, 45,* 53-63.

38.   **Zayas, L.H.** (1999). Family and culture in HIV care for a Latino adolescent. In J. Blustein, C. Levine, & N. N. Dubler (Eds.), *The adolescent alone: Decision making in health care in the United States* (pp. 239-242). New York: Cambridge University Press.

37.   Morrison, R.S., **Zayas, L.H.**, Mulvihill, M., Baskin, S.A., & Meier, D. E. (1998). Barriers to completion of health care proxies: An examination of ethnic difference. *Archives of Internal Medicine, 158*, 2493-2497.

36.   Morrison, R. S., **Zayas, L.H.**, Mulvihill, M., Baskin, S. A., & Meier, D. E. (1998). Barriers to completion of health care proxy forms: A qualitative analysis of ethnic differences. *Journal of Clinical Ethics, 9*, 118-126.

35.   **Zayas, L.H.**, Rojas, M., & Malgady, R. G. (1998). Alcohol, drug use, and depression among Hispanic men in early adulthood. *American Journal of Community Psychology, 26,* 425-438.

34.   Gonzalez-Ramos, G., **Zayas, L.H.**, & Cohen, E. V. (1998). Child-rearing values of low income, urban Puerto Rican mothers of preschool children. *Professional Psychology: Practice and Research, 29*, 377-382.

33.   **Zayas, L.H.**, Evans, M. E., Mejía, L., & Rodriguez, O. (1997). Cultural competency training for staff serving Hispanic families with a child in psychiatric crisis. *Families in Society, 78*, 405-412.

Exhibit 24 - Page 351

Zayas

32.   Planos, R., **Zayas, L.H.**, Busch-Rossnagel, N. A. (1997). Mental health factors and
      teaching behaviors among low income Hispanic mothers. *Families in Society, 78*, 4-12.

31.   Canino, I., & **Zayas, L.H.** (1997). Puerto Rican children. In G. Johnson-Powell, J.
      Yamamoto, G. E. Wyatt, & W. Arroyo (Eds.), *Transcultural child development:
      Psychological assessment and treatment* (pp. 61-79) New York: Wiley & Sons.

30.   Romano, K., & **Zayas, L.H.** (1997). Motherless children: Family interventions with AIDS
      orphans. In E. Congress (Ed.), *Multicultural perspectives in working with families* (pp.
      109-124). New York: Springer.

29.   **Zayas, L.H.**, Torres, L., Malcolm, J., & DesRosiers, F. S. (1996). Clinicians' definitions of
      ethnic-sensitive practice. *Professional Psychology: Research and Practice, 27,* 78-82.

28.   Dyche, L., & **Zayas, L.H.** (1995). The value of curiosity and naiveté for the cross-cultural
      psychotherapist. *Family Process, 34*, 389-399.

27.   **Zayas, L.H.**, & Dyche, L. A. (1995). Suicide attempts in Puerto Rican adolescent females:
      A sociocultural perspective and family treatment approach. In J.K. Zimmerman & G.M.
      Asnis (Eds.), *Treatment approaches with suicidal adolescents* (Volume 12, The Einstein
      Psychiatry Monograph Series, pp. 203-218). New York: John Wiley.

26.   Zimmerman, J. K., & **Zayas, L.H.** (1995). Suicidal adolescent Latinas: Culture, female
      development, and restoring the mother-daughter relationship. In S. Canetto & D. Lester
      (Eds.), *Women and suicide* (pp. 120-132). New York: Springer.

25.   **Zayas, L.H.** (1995). Family functioning and child rearing in an urban environment.
      *Journal of Developmental and Behavioral Pediatrics, 16* (Suppl.), 21-24.

24.   Planos, R., **Zayas, L.H.**, Busch-Rossnagel, N. A. (1995). Acculturation and teaching
      behaviors of Dominican and Puerto Rican mothers. *Hispanic Journal of Behavioral
      Sciences, 17,* 225-236.

23.   **Zayas, L.H.** (1994). Hispanic family ecology and early childhood socialization: Health
      care implications. *Family Systems Medicine, 12*, 315-325.

22.   **Zayas, L.H.**, & Romano, K. (1994). Adolescents and parental death from AIDS. In B. O.
      Dane & C. Levine (Eds.) *The new orphans: AIDS and the family* (pp. 59-76). Westport.
      CT: Auburn House.

21.   **Zayas, L.H.**, & Solari, F. (1994). Early childhood socialization in Hispanic families:
      Culture, context, and practice implications. *Professional Psychology: Research and
      Practice, 25,* 200-206.

20.   **Zayas, L.H.** (1992). Childrearing, social stress and child abuse: Clinical considerations
      with Hispanic families. *Journal of Social Distress and the Homeless, 1*, 291-309.

19.   **Zayas, L.H.**, and Busch-Rossnagel, N. A. (1992). Pregnant Hispanic women: A mental
      health study. *Families in Society, 73*, 515-521.

14

Exhibit 24 - Page 352

Luis H. Zayas, Ph.D

18. **Zayas, L.H.**, & Dyche, L. A. (1992). Social workers training primary care physicians: Essential psychosocial principles. *Social Work, 37*, 247-252.

17. Busch-Rossnagel, N. A., & **Zayas, L.H.** (1991). Hispanic adolescents. In R. Lerner, A. Peterson, & J. Brooks-Gunn (Eds.), *Encyclopedia of adolescence* (pp. 492-498). NY: Garland Publishing.

16. Rodriguez, O., & **Zayas, L.H.** (1990). Hispanic adolescents and antisocial behavior: Sociocultural factors and treatment implications. In A. R. Stiffman & L. Davis (Eds.), *Ethnic issues in adolescent mental health* (pp. 147-171). Beverly Hills, CA: Sage.

15. **Zayas, L.H.** (1989). Data collection in child assessment: Approaches to student supervision. *The Clinical Supervisor, 7*, 75-88.

14. **Zayas, L.H.** (1989). A retrospective on the "suicidal fit" in mainland Puerto Ricans. *Hispanic Journal of Behavioral Sciences, 11*, 46-57.

13. Schilling, R. F., Schinke, S. P., Nichols, S. E., **Zayas, L.H.**, Miller, S. O., Orlandi, M. A., & Botvin, G. J. (1989). AIDS prevention research with black and Hispanic drug users. *Public Health Reports, 104*, 2-11.

12. **Zayas, L.H.**, & Katch, M. (1989). Contracting with adolescents: An ego-psychological approach. *Social Casework, 70*, 3-9.

11. **Zayas, L.H.** (1988). Thematic features in the manifest dreams of expectant fathers. *Clinical Social Work Journal, 16*, 282-296.

10. Schinke, S. P., Moncher, M. S., Palleja, J., **Zayas, L.H.**, & Schilling, R. F. (1988). Hispanic youth, substance abuse, and stress: Implications for prevention research. *International Journal of the Addictions, 23*, 809-826.

9. **Zayas, L.H.**, & Palleja, J. (1988). Puerto Rican familism: Considerations for family therapy. *Family Relations, 37*, 260-264.

8. **Zayas, L.H.** (1987). As son becomes father: Reflections of expectant fathers on their fathers in dreams. *The Psychoanalytic Review, 74*, 443-464.

7. **Zayas, L.H.**, Schinke, S. P., & Casareno, D. (1987). Hispanic adolescent fathers: At risk and underresearched. *Children and Youth Services Review, 9*, 235-248.

6. **Zayas, L.H.** (1987). Toward an understanding of suicide risks in young Hispanic females. *Journal of Adolescent Research, 2*, 1-11.

5. Schinke, S. P., Schilling, R. F., Palleja, J., & **Zayas, L.H.** (1987). Prevention research among ethnic-racial minority group adolescents. *The Behavior Therapist, 10*, 151-155.

4. **Zayas, L.H.** (1987). Psychodynamic and developmental aspects of expectant and new fatherhood: Clinical derivatives from the literature. *Clinical Social Work Journal, 15*, 8-21.

Exhibit 24 - Page 353

Luis H. Zayas, Ph.D

3.  Bryant, C., & **Zayas, L.H.** (1986). Initial moves with school-family conflicts: Entering, engaging, and contracting. *Child and Adolescent Social Work Journal, 3,* 87-100.

2.  **Zayas, L.H.**, & Lewis, B. H. (1986). Fantasy role-playing for mutual aid in children's groups: A case illustration. *Social Work with Groups, 9,* 53-66.

1.  **Zayas, L.H.**, & Bryant, C. (1984). Culturally-sensitive treatment of adolescent Puerto Rican girls and their families. *Child and Adolescent Social Work Journal, 1,* 235-253.

## Invited Lectures

**2014**
- "Undocumented, Unaccompanied, and Citizen: The Children of America's Migrations," They Heyer Lecture, Austin Presbyterian Theological Seminary, September 24.

- "From Cases to Causes: Transforming Social Policy and Practice," The Chautauqua Lecture, Eastern Kentucky University, Richmond, KY, September 18.

- "What Works in Community and Family Engagement: A Look at Themes," Hispanic Family Conference, Pasadena (TX) ISD, February 27.

- "Exiling Citizens, Creating Orphans: How Deportation Hurts Us All," Children's Policy Conference, Texans Care for Children, February 26.

**2013**
- "Impacto psicológico de la deportación parental en menores ciudadanos EEUU" (Psychological impact of parental deportation on U.S. citizen-children).  Forum "Migración, Salud y Derechos Humanos," sponsored by the Mexican National Institute of Public Health, Mexico City, October 30.

- "Understanding Latinas' Suicidal Behaviors and Implications for Practice," podcast recorded September 10 for Substance Abuse Mental Health Services Administration (DHHS).

- "Behavioral Health and Latino Community: Two Illustrations," Texans Care for Children, Austin, TX, August 26.

- "Safeguarding the Mental Health of Citizen-Children of Undocumented Immigrants in Detention and Deportation," Immigration and Nationality Law Section Lecture, State Bar of Texas Annual Meeting, Dallas, TX, June 21.

- "Mental Health Needs Facing Hispanic Families: Examples from Practice and Research," Region IV Research to Practice Policy Forum "Forging Partnerships to Support Family Resilience: *A Call to Action.* Georgia State University, Atlanta, GA, May 23.

- "Understanding Latinas' Suicidal Behaviors and Implications for Practice," Social Work Alumni Network, El Paso, TX, May 10.

Exhibit 24 - Page 354

Luis H. Zayas, Ph.D

- "Latina Teens and Their Suicide Attempts: A Review and Implications for Practice," Counseling and Mental Health Center, The University of Texas at Austin, TX, May 2.

- "Understanding the Suicide Attempts of Young Latinas," National Partnership for Action to End Health Disparities annual meeting Cultural Perspectives on Behavioral Health, Austin, TX, April 29.

- "From *Cases* to *Causes:* A Research Career from Practice," Virtual Mentoring Network to Enhance Diversity in the Research Workforce, University of Rochester School of Medicine at American Association of Suicidology meeting, Austin, TX, April 24.

- "Why Latinas Attempt Suicide and What We Can Do About It," Spring meeting, Juvenile Justice Association of Texas, San Marcos, TX, April 23.

- "Citizen-Children in Immigration Court and in the Shadows," 16th Annual Conference, Council on Contemporary Families, Miami, FL, April 5

- "Immigration & Immigration Enforcement: A Social Work Research Agenda," Invited Symposium Speaker, 17th Annual Conference, Society for Social Work and Research, San Diego, CA, January 18

- "From *Cases* to *Causes:* A Research Career from Practice," Center for Reducing Health Disparities, University of California, Davis, Medical School, January 14

**2012**
- "From a Case to a *Cause:* Protecting Citizen-Children through Practice, Research, and Advocacy," Invited speaker, Center on Health, Risk and Society and the Center for Latin American and Latino Studies, American University, Washington, DC, September 13

- "Background on Latinas' Suicide Attempts," Panelist, Congressional Hispanic Caucus Institute, Washington, DC, September 11

- "Why Latinas Attempt Suicide and What We Can Do About It," Plenary speaker, Texas Suicide Prevention Symposium, San Marcos, TX, August 1

- "Latina Teens Attempt Suicide: Findings and What More We Need to Know," Plenary speaker, 2012 HYP Youth Provider Conference, Austin, TX, June 7

- "Latina Teens Attempt Suicide: Findings and What More We Need to Know," Plenary speaker, National Latino Mental Health Conference: Transforming Mental Health for Latinos through Policy, Research, Practice, and Leadership, Miami, April 24

**2011**

- "Understanding the Suicide Attempts of Young Latinas," Provost's Invited Speaker, SUNY at Stony Brook, Long Island, NY, October 11

- "Suicide Attempts of Young Latinas," Speaker, University of Miami School of Education, September 30

Exhibit 24 - Page 355

Luis H. Zayas, Ph.D

- "Levantando investigaciones de jóvenes," Invited speaker, Universidad Autonoma de Honduras, Tegucigalpa September 20

- "Doing Research from the Heart," Speaker, New Connections, Robert Wood Johnson Foundation, Princeton, NJ, June 9

- "Understanding Why Latinas Attempt Suicide,"Speaker, Latino Mental Health Provider Network, Chicago Illinois, July 14-15

**2010**

- "Suicide Attempts among Young Latinas: What We Know and How School-Based Health Centers Can Intervene," Invited Plenary, National Assembly on School-Based Health Care, Arlington, VA, June 19, 2010.

- "Los intentos de suicidio entre jovenes hispanas en los estados unidos," Invited talk, Universidad Autonoma de Santo Domingo, Dominican Republic, September 6

- "Community, Culture, and Service Contexts in Implementation Research." Invited talk, Improving Implementation Research Methods for Behavioral and Social Science, Office of Planning, Research and Evaluation, DHHS, Silver Spring, MD, September 20, 2010

**2009**

- "Ethnocultural Variables in Youth Suicide: Latino Perspectives," Workshops, 7th Annual Suicide Prevention Conference, Traumatic Loss Coalition for Youth, University of Medicine and Dentistry of New Jersey, November 16-18

- Workshop, "Understanding, Preventing and Treating Suicide Attempts by Adolescent Latinas." 15TH Annual LBHI Latino Conference "Advancing Latino Behavioral Health: *from* Margin to Mainstream" Latino Behavioral Health Institute, Los Angeles CA, September 24

- Presenter, "Depression and suicidal behavior in young Latinas: Reasons and Remedies." Imperial County Board of Education, El Centro, CA. September 22

- Presenter, "Risk factors and assets for adolescent suicide prevention programs." Conference "Adolescent Suicide: Addressing Disparities through Research, Programs, Policy, and Partnerships." Sponsors Centers for Disease Control and Prevention (CDC), Indian Health Service (IHS), and Substance Abuse and Mental Health Services Administration (SAMHSA). Washington, DC September 21 (via internet)

- Workshops, "Suicidal Behavior in Latinas: Explanatory and Cultural Factors and Implications for Interventions" "Psychiatric Diagnoses on Hispanic Patients: Research Findings and Considerations for Mental Health Practice" Texas Behavioral Health Institute, Austin TX, July 9

- Speaker, "Research to Strengthen Hispanic Families Across our Nation" National Alliance for Hispanic Families Summit, Washington, DC, June 2

18

Exhibit 24 - Page 356

Luis H. Zayas, Ph.D

- Webinar Speaker. "Understanding the rise in suicide attempts in Latina teens," Center for Health and Health Care in Schools, George Washington University. May 21

- Moderator, "Adapting Interventions: Successes and Challenges," Caring Across Communities and Fresh Ideas, Chicago IL, Center for Health and Health Care in Schools, George Washington University.  April 23

- Workshop, "Latinas in Crisis: Cultural and Familial Factors in Suicide Attempts." Professional Education Program in Psychiatry, Butler Hospital, Brown University, Providence, RI March 6

- Colloquium, "Clinicians Don't Agree on the Diagnoses of Hispanic Adults." College of Behavioral and Community Sciences, University of South Florida, Tampa, FL, April 2

**2008**

- Presenter, "Intentos de Suicidio en Adolescentes de Descendencia Hispana en los EU: Aspectos Familiares, Social y Cultural" XII Congreso Mexicano de Psicología Social y IV Congreso Mexicano de Relaciones Personales León, Guanajuato, México, October 24

- Talk,"Center For Latino Family Research: Our Mission, Our Projects." Department of Social Work, Pontificia Universidad Catolia de Chile, Santiago, Chile, April 21

- Talk, "Center for Latino Family Research: Who we are, What we do." Hispanic Roundtable of Illinois conference "Immigrants in our Midst" Southern Illinois University, Edwardsville, IL, April 4

**2007**

- Talk, "Latina Teen Suicide Attempts: Why and What We Know So Far" Lutheran Medical Center, Brooklyn, NY, February 20

- Grand Rounds, "Latina Teen Suicide Attempts: Cultural Psychology and Research" Bronx Lebanon Hospital Center, Bronx, NY, February 27

- Talk, "Latino Teens' Suicide Attempts: What it is and what we can do," Arkansas Youth Suicide Prevention Task Force Conference: Pathways into Hope.  Little Rock, AR, March 17

- Plenary Keynote:  "Ethnicity of Patient and Clinician in the Psychiatric Diagnostic Process," Latino Behavioral Health Institute conference, Los Angeles, CA, October 2

- Workshop:  "Why Teenage Latinas Attempt Suicide and What Their Parents Think"  Latino Behavioral Health Institute conference, Los Angeles, CA, October 2

**2006**

- Grand Rounds, "Suicide Attempts by Adolescent Latinas: A View from Cultural Psychology" Woodhull Hospital Medical Center, Brooklyn, NY March 15

- Keynote speech, "*Attracting More Latinos Into Social Work Ph.D. Programs and Faculties*"

19

Exhibit 24 - Page 357

Luis H. Zayas, Ph.D

New York  Latino Social Work Task Force, NYC, March 16

- Annual Aavo Rakfeldt Memorial Lecture, "Understanding Suicide Attempts Among Adolescent Latinas in the United States," Southern Connecticut State University, New Haven, CT, April 25

- Research Presentation, "Clinician Ethnicity in Diagnostic Assessments." Center for Multicultural Mental Health Research, Harvard University/Cambridge Health Alliance, April 26

- Invited Presentation, "Research on Hispanic Families & Children That Can Inform Hispanic Healthy Marriage Initiative," Hispanic Health Marriage Initiative Conference, Administration for Children and Families, DHHS, San Antonio, Texas, May 11

- Keynote speech, *Attracting More Latinos Into Social Work Ph.D. Programs and Faculties* Latino Social Work Organization, Chicago, Illinois, June 22

- Keynote speech, "Teen Suicide Attempts: Why and What We Know So Far," Coalition of Voluntary Mental Health Agencies, New York, NY, September 26

- Speech, "Latina Teen Suicide Attempts: A Cause for Public Health Concern," Congressional Hispanic Caucus Conference, Washington, DC, October 2

- Keynote, "Latina Teen Suicide Attempts: Why and What We Know So Far" 14th Annual International Hispanic/Latino Mental Health Week Conference Latino Family Institute, Chicago, IL October 5

- Grand Rounds, "Suicidal Behavior Among Latina Teens: Theoretical and Empirical Explanations," Lincoln Hospital Medical Center, Bronx, NY, October 10

- Talk, "Latina Teen Suicide Attempts: Why and What We Know So Far," Family Service of Rhode Island, Providence, RI, October 16

**2005**

- Invited talk, "Adolescent Latinas & Suicide Attempts: A View from Cultural Psychology," Duke University, January 31

- Invited talk, "Adolescent Latinas & Suicide Attempts: A View from Cultural Psychology," School of Social Work, University of North Carolina at Chapel Hill, February 1

- Invited talk, "Evidence-based Practice," School of Social Work, Pontificia Universidad Catolica, Santiago, Chile, June

- Invited talk, "Evidence-based Practice," Department of Social Work, Universidad Centroamericana, Managua, Nicaragua, June

- Invited talk, "Adolescent Latinas & Suicide Attempts: A View from Cultural Psychology," Southwest Interdisciplinary Research Center, Arizona State University, September 1

20

Exhibit 24 - Page 358

Luis H. Zayas, Ph.D

- Workshop, "Suicide attempts of young Latinas," Latino Behavioral Health Institute, Los Angeles, CA, September 20

- Invited talk, "Adolescent Latinas & Suicide Attempts: A View from Cultural Psychology," School of Social Work, University of Wisconsin, Madison, November 18

- Invited seminar, "Social Work Research and Funding," Beatriz De La Salle School of Social Work, University of Puerto Rico, November

- Grand Rounds, "Hispanicity and Psychatric Diagnosis," St. Vincent's Hospital Medical Center, New York, December 5

**2004**

- Presenter, "Capacity to Consent in a Study of Psychiatric Diagnosis." Ethics Seminar Series, *Research Considerations Among High Risk Vulnerable Populations,* Epidemiology and Prevention Research Group, Washington University School of Medicine. April 22, 2004.

- Invited talk, "Suicide Attempts Among Latina Teens," *Pragmatic Considerations of Culture in Preventing Suicide,* National Institute of Mental Health, University of Pennsylvania, Philadelphia, September 9, 2004.

- Invited talk, "Understanding Suicide Attempts Among Latina Teens," *Health Families: Fountain for a Better Future Conference*, Latino Family Institute, Chicago, IL, October 8, 2004.

- Discussant, "Returning Home: Community Re-Entry and Mental Health Service Experience Among Latino Juvenile Offenders," paper by Lisa R. Fortuna, MD. *Critical Research Issues in Latino Mental Health: Mental Health and Addictions Among Latinos*, San Antonio, TX, October 15

- Talk, "Wealth and Health Disparities Among U.S. Latinos," talk to *Student National Medical Association of Washington University School of Medicine*, St. Louis, MO, October 21

- Speaker, "Culture and mental health: The case of Latina suicide attempts," Grand Rounds, Washington University Medical School, October

**2003**

- Keynote Address, "Why Are So Many Teen Latinas Attempting Suicide? Some Findings, Some Theories," Annual Meeting of the National Association of Puerto Rican and Hispanic Social Workers, Rockville Center, Long Island, New York, June 5

- Talk, "Cultural Considerations in Clinical with Hispanics," Clinical Psychology Training Program, Butler Hospital of Brown University, Providence, RI, June 11

- Workshop, "Understanding Suicide Attempts Among Latina Teens" The Latino Family Institute's conference "Healthy Families, A Foundation for a Better Future," Chicago, Il, October 10

Exhibit 24 - Page 359

Luis H. Zayas, Ph.D

▪ Refereed paper, "Reducing Perinatal Depression in Primary Care: Adapting Intervention Research to Challenges of Urban Environments" Biennial Meeting, Society for Research in Child Development, Tampa, FL, April 24

**2002**

▪ Invited preconference institute, "Reviewing Research Grants: What are the Criteria for Success," Society for Social Work and Research, San Diego, CA, January 20, 2002.

▪ Invited talk, "Predoctoral Research Training in Minority Mental Health at Fordham University," Career Opportunities in Research (COR) annual conference, Minneapolis, Minnesota, April 12

▪ Invited seminar, "Reducing Perinatal Depression and Enhancing Parenting," Institute for Health, Health Policy, and Aging, Rutgers University, April 23

▪ Invited talk, "Reducing Perinatal Depression in Primary Care: When Intervention Research Meets the Real World," Center for Mental Health Services Research, Washington University, St. Louis, MO, May 2

▪ Invited paper, "Reducing Perinatal Depression and Enhancing Parenting in Urban Primary Care Clinics," NIMH Conference on Perinatal Mood Disorders, Bethesda, MD, July 9

▪ Discussant, Critical Issues in Latino Mental Health, University of Medicine and Dentistry of New Jersey/Robert Wood Johnson Medical Center, Princeton, NJ, November 8

▪ Invited talk, "Reducing Perinatal Depression in Urban Primary Care: Adapting to Challenges," NIMH Conference: Moving Forward: Building on Social Work Contributions to Mental Health Research, June 11

▪ Invited talk, "Depression in late pregnancy among low income urban Latinas," Latino Psychology 2002: Bridging Our Diversity and Our Community, University of Rhode Island, Providence, RI, October 9

**2001**

▪ Presidential Plenary talk, "Views from the Bridge: Practitioners' Perspectives," Presidential Plenary–Bridging Research and Practice, Society for Social Work and Research, Atlanta, GA, January 20

▪ Panelist, "Challenges in Hispanic Mental Health Research," All NIMH Centers' Meeting, Pearl River, NY, April 26

▪ Grand Rounds, "Creating and Adapting Psychotherapeutic Treatments for Hispanic Children," Grand Rounds, Rockland Children's Psychiatric Center, Orangeburg, NY, June 5

▪ Invited talk, "Ethical Considerations in Community and Services Research," Research Approaches to Early Treatment and Prevention of Mental Disorders for Minority Children and Families Conference, National Institute of Mental Health, Bethesda, MD, July 10

Exhibit 24 - Page 360

Luis H. Zayas, Ph.D

- Invited talk, "Reflections on Community Collaborations," Research Ethics for Mental Health Science Involving Minority Children and Youth, Center for Ethics Education & National Institute of Mental Health, Fordham University, July 17

- Hazel Augustine Lecture, "Understanding Suicide Attempts Among Adolescent Latinas," Smith College School for Social Work, Northampton, MA, July 28

- Invited talk, "Challenges and Directions in Hispanic Mental Health Research," Wellesley College, Wellesley, MA, November 7

- Seminar, "Suicide Attempts Among Adolescent Latinas: Research Directions, "Social Intervention Group, Columbia University School of Social Work, November 9

**2000**

- Invited Panel Address, "Social Work Research Development Centers: Bridging Research and Practice," Annual Program Meeting, Council on Social Work Education, New York, N.Y., February 27

- Invited Panel Address, "Preparation for Practice: The Changing Face of Social Work Education," Annual Program Meeting, Council on Social Work Education, New York, NY, February 28

- Invited paper, "Tips to Adolescents to Prevent Being Victims of Police Violence." American Orthopsychiatry Association. Symposium: "Race-Related Police Violence: " New York, NY, June 9

- Invited paper, "Learning from Latino parents: Combining Etic and Emic Approaches to Designing Interventions" (with L. Rojas-Flores, PhD) Kent State University Applied Psychology Forum "Latino Children and Families in the United States." Millersburg, OH, April 16

- Invited paper, "Educational, Research, and Service-Delivery Factors in Implementation of Practice Guidelines." Washington University Conference Developing Practice Guidelines for Social Work Interventions: Issues, Methods, and Research agenda. St. Louis, MO, May 3-5

- Invited paper, "Hispanic Mental Health: Research Findings and Future Directions." National Institutes of Health, 2000 Hispanic Heritage Month Observance, "Bridging the Gap in Health Disparities," Bethesda, MD, September 15

- Talk, "Hispanic Mental Health Research: Translating Science into Service." Association of Hispanic Mental Health Professionals, New York City, October 28

- Refereed paper, "Depression, acculturation, and motivations for alchohol use among young Colombian, Dominican, and Puerto Rican men. (Paper.) Annual Conference, Society for Social Work and Research, Charleston, SC, January 21

- Refereed paper, "Reducing depression in late pregnancy and enhancing parenting efficacy: Preliminary findings" (Paper.) Annual Conference, Society for Social Work and Research, Charleston, SC, January

Exhibit 24 - Page 361

Luis H. Zayas, Ph.D

- Panelist, "Social Work Research Development Centers," Annual Conference, Society for Social Work and Research, Charleston, SC, January

## Media Appearances

2014    BBC Radio 5 (October 30). Radio interview on refugee children on Texas border on "Up All Night" with Rhod Sharp.

2014    WURN 1020 AM & WLVJ 1040 AM, Miami (August 4). Radio interview on suicidal Latinas.

2014    *Austin American-Statesman* (August 2). Op-ed: "Summer reading on child refugees would school Congress, president" (with Amy Thompson) (p. A13)

      Reprinted: *Huffington Post* online August 8 as "Summer Reading Suggestions for Congress and the President on Child Refugees."

2014    *BBC Mundo* (July 31). Quoted in radio and print story: "¿Por qué tantas jóvenes hispanas intentan suicidarse en EE.UU.? (Why do many young Hispanic girls attempt suicide in the US?)"

2014    *Reuters* (July 18). Quoted: "After U.S. deportation, a Honduran mother and daughter's uncertain fate."

2014    *WAMC Northeast Public Radio* (June 9). Academic Minute Segment: "Latina Suicide Rates."

2013    *Oregon Public Radio* (December 5). Quoted: "U.S. Immigration Policy Leaves Behind 'Orphans of Deportation.'"

2013    *CNN*.com (October 27). Quoted: "Deportations: Missing parents, scared kids."

2013    *CNN*.com (October 9). Quoted: "Latinos struggle to find help for mental health issues."

2012    *Good Day Austin* (Fox Channel 7, 16 October). Interviewed about suicide among Latina teens.

2012    *Latina.com* (28 August). Quoted: "Latina teen suicide rates on the rise: What you need to know."

2012    *Austin American-Statesman* (23 June). Op-Ed: "Consider citizen children of illegal immigrants."

2012    *Austin American-Statesman* (15 June). Quoted:" Obama's dramatic policy change for young immigrants brings glee and anger"

2011    *Mujeres Maravillosas,* KFON 1490 AM, Austin TX (February 18). Radio interview on suicidal Latinas

2010    *LatinoUSA,* National Public Radio. (October). Documentary interview on suicidal

24

Exhibit 24 - Page 362

Luis H. Zayas, Ph.D

Latinas

2010    *St. Louis Beacon* (June 22). Quoted: "Washington U puts new focus on diversity."

2010    *Radio Health Journal* (March 28). Quoted: radio segment on Latina suicide attempts that aired on 450 stations nationally

2010    *Latina Magazine* (March issue). Quoted: "Sound the alarm: Suicide attempts among young Latinas are higher than any other teen demographic"

2010    *Rochester, NY Democrat and Chronicle (*January 7*)*. Quoted: "Suicide attempts by young Latinas cause alarm."

2009    *CNN* (October 19). *Latino in America* (Soledad O'Brien). Interviewed on my research

2009    *St. Louis Post-Dispatch* (October 1). Quoted: "A closer look at the stay-at-home mom"

2009    *Washington Hispanic* (August 7). Quoted: "Suicidio y las jovenes hispanas," Washington DC Spanish language newspaper

2009    *San Antonio Express-News* (June 6). Quoted: "Latinas more likely to take their lives." San Antonio, Texas

2009    *Cronicas de la Raza* (January 6). Interview on KPFA FM radio, Fresno, California, on Latina suicide attempts for series on Latinos and health hosted by Julieta Kusnis

2008    *Dialogo de Costa a Costa* (August  18). Special guest on segment "Alto índice de suicidio entre adolescentes latinas," international daily talk show on Hispanic Information and Telecommunications Network, Inc

2008    *Dialogo de Costa a Costa* (June 4). Commentary on segment "Educando a nuestros hijos en una nueva cultura," an international daily talk show televised by Hispanic Information and Telecommunications Network, Inc

2008    *The Hillsboro Argus* (May 9). Cited: "Adelante Chicas helps young Latina women move forward." Portland, OR

2008    *Monitor on Psychology* (April). Quoted: "Preventing teen suicide through *familia."* p. 10

2008    *Chicago Tribune* (January 29). Quoted: "Suicide risk high among Latinas"

2008    *Washington Post* (January 22).  Quoted: "Crying out for help" (Latina suicide attempts)

2007    *Patt Morrison Show* (October 3) on KPCC 89.3, Southern California public radio/NPR. One of three expert discussants of Latino behavioral health issues

2006    *The Latina Voz* (online magazine, November). Quoted: "Latina girls sound a life and death alarm"

2006    *People en Español* (November).  Quoted: "¿Por qué se suicidan nuestras adolescentes?"

25

Exhibit 24 - Page 363

Luis H. Zayas, Ph.D

2006  *Houston Chronicle* (September 15). Cited: Editorial on teen Latinas' suicide attempts

2006  *Hispanic* (September). Quoted: "The uncertain future of young Latinas"

2006  *Diverse: Issues in Higher Education* (September 21).  Cover Story: "Researching Latinas in crisis" (p. 6)

2006   *En Vivo con Victor Arrellano* (September 9). Interview on high risks facing Latina teenagers on WLMV 1480-AM, Madison, WI (Spanish broadcast in WI and IL)

2006  *Talk of the Nation, National Public Radio* (August 29). Interview and discussion on suicide attempts by adolescent Latinas and other risk behaviors

2006  *Tiempos del Mundo* (August 31), *Mas Solos Que Nunca* news magazine, Bogota, Colombia.  Quoted on factors affecting youth risks in Latin America and US

2006  *Super Estrella Radio Show* (August 18).  Interviewed live for morning radio program on Latina suicide attempts (primarily West and Southwest audience)

2006  *Tu Compañero Católico* (August 7).  Interviewed for radio program on Latina suicide attempts to air nationally in October

2006  *BBC World Service* (August 15). Quoted: international radio documentary on Latinas and high risk behaviors

2006  *The New York Times* (July 21). Editorial: Young Latinas and a Cry for Help. (Reference to research on suicide attempts and other youth risk behaviors)

2006  *El Diario/La Prensa* (July 14; NYC Spanish newspaper). Quoted: One in 4 Latinas in the US has a child before the age of 20

2006  *WNYC 93.9FM* (New York City public radio; July 13). The Brian Lehrer Show: Commentary on suicide attempts among Latinas

2006  *El Diario/La Prensa* (July 12; NYC Spanish newspaper). Quoted: Alarming attempted suicide rate among Hispanic teenage girls

2006  *The Psychotherapy Networker* (July/August). Quoted: Latina girls and suicide (pp.23-24)

2006  *Kansas City Star* (April 17).  Quoted: "In a bright new land, dark thoughts emerge"

2005  *St. Louis Post-Dispatch* (June 25). Quinceañera (quoted)

2004  *Latina Style Magazine* (November-December). Quoted: Dying young: Young Latinas are attempting suicide at twice the rate of non-Hispanic teens

2004  *The New York Times*. Letter to the Editor: "The learning curve: One language or two?" (p. A12), July 17

26

Exhibit 24 - Page 364

Luis H. Zayas, Ph.D

2001 *CNN en Español* (April). Quoted: Castro's offer of scholarships to American minority students to attend Cuban medical schools

2000 *El Diario/La Prensa* (NY; August 16). Quoted: "¿A dónde acuden los hispanos con problemas emocionales?"

2000 *Tampa (FL) Tribune*. (June 4). Quoted: "People of color lean on family"

2000 *Noticiero Telemundo* (National Evening News) (February 3). Interview for story on domestic violence in immigrant Latino families

2000 *The New York Times* (January 5). Quoted: "For Latino laborers, dual lives"

1999 *LatinoUSA*, National Public Radio (August 7). Interview: Center for Hispanic Mental Health Research

1999 *The New York Times* (June 16). Quoted: "Treatment rooted in culture"

1999 *Telemundo Evening News,* WNJU-TV Channel 47 (August 2). Interview on Center for Hispanic Mental Health Research

1998 *Latina Magazine* (July). Quoted: "Teen suicide: La tragedia is twice as likely among Latinas"

1997 *Telemundo Evening News,* WNJU-TV Channel 47 (Dec. 15). Interview: "Mercury sales in botanicas."

1995 *NBC-TV* (August 26) Quoted: "Hispanics in the U.S."

1995 *Gannett Suburban Westchester Newspapers* (November 26). Quoted: "The need to connect"

1994 *The Maury Povich Show* (November 17). Expert commentary on Hispanic family

1992 *The New York Times* (August 19). Letter to the Editor: "What do the guidance counselors know?" (p. A20).

1991 *Noticiero Telemundo/CNN* (National Evening News) (October). Interview for story on adolescents carrying firearms to school

Exhibit 24 - Page 365