Name & Address:
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguin (Cal. Bar No. 90754)
crholguin@centerforhumanrights.org
256 South Occidental Boulevard
Los Angeles, CA 90057

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores, et al.<br><br>PLAINTIFF(S)<br><br>v.<br><br>Jeh Johnson, Secretary, U.S. Department of Homeland Security, et al.<br><br>DEFENDANT(S). | CASE NUMBER:<br>CV 85-4544-RJK(Px)<br><br>**AMENDED NOTICE OF<br>MANUAL FILING OR LODGING** |

PLEASE TAKE NOTICE:

Pursuant to Local Rule 5-4.2, the following document(s) or item(s) are exempt from electronic filing, and will therefore be manually ☒ Filed ☐ Lodged: (**List Documents**)

Unredacted versions of Exhibits 12-15; 18-20; and 38-52, Conditionally Filed Under Seal in Support of Plaintiffs' Motion for Class-Wide Enforcement of Settlement

Unredacted versions of these Exhibits will be served on Defendants

**Reason:**

☒ Under Seal
☐ In Camera
☐ Items not conducive to e-filing (i.e., videotapes, CDROM, large graphic charts)
☐ Electronic versions are not available to filer
☐ Per Court order dated: _____
☐ Administrative Record
☐ Other:

| | |
|---|---|
| Febraury 3, 2015 | *Carlos Holguin* |
| Date | Attorney Name |
| | Plaintiffs |
| | Party Represented |

*Note: File one Notice of Manual Filing or Lodging in each case, each time you manually submit a document(s).*

G-92 (09/14)   AMENDED NOTICE OF MANUAL FILING OR LODGING