AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | | |
|---|---|---|
| Jenny Lisette Flores, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. CV 85-4544 |
| Eric H. Holder, Jr., Attorney General, et al., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jeh Jonson, Secretary of Homeland Security, et al.                              .

Date:   02/03/2015

/s/ Sarah B. Fabian
*Attorney's signature*

Sarah B. Fabian (MA BBO# 660662)
*Printed name and bar number*

United States Department of Justice
PO Box 868 Ben Franklin Station
Washington, DC 20044

*Address*

sarah.b.fabian@usdoj.gov
*E-mail address*

(202) 532-4824
*Telephone number*

(202) 305-7000
*FAX number*

CERTIFICATE OF SERVICE

I hereby certify that on February 3, 2015, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ Sarah B. Fabian
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants