```
1   CENTER FOR HUMAN RIGHTS &
    CONSTITUTIONAL LAW
2   Carlos Holguín (Cal. Bar No. 90754)
    Peter A. Schey (Cal. Bar No. 58232)
3   Marchela Iahdjian (Cal. Bar No. 295595)
    256 South Occidental Boulevard
4   Los Angeles, CA  90057
    Telephone:  (213) 388-8693
5   Facsimile:  (213) 386-9484
    Email: crholguin@centerforhumanrights.org
6          pschey@centerforhumanrights.org
           marchela@centerforhumanrights.org
7
    WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
8   wmolinski@orrick.com
    T. WAYNE HARMAN (STATE BAR NO. 254089)
9   wharman@orrick.com
    ELENA GARCIA (STATE BAR NO. 299680)
10  egarcia@orrick.com
    ORRICK, HERRINGTON & SUTCLIFFE LLP
11  777 South Figueroa Street
    Suite 3200
12  Los Angeles, California  90017
    Telephone:  +1-213-629-2020
13  Facsimile:  +1-213-612-2499

14  Attorneys for Real Parties in Interest
    (listing continues on following page)
15
```

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, | Case No. CV 85-4544-RJK(Px) |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | Hearing: March 9, 2015<br>Time: TBD |
| Jeh Johnson, Secretary, U.S. Department of Homeland Security, *et al.*, | Dept: TBD |
| Defendants. | |

OHSUSA:761092963.1

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
UNIVERSITY OF TEXAS SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu

PROOF OF SERVICE
CV 85-4544-RJK(Px)

OHSUSA:761092963.1

# PROOF OF SERVICE

I am more than eighteen years old and not a party to this action. My business address is Orrick Herrington & Sutcliffe LLP, 777 S. Figueroa Street, Suite 3200, Los Angeles, California 90017. On February 3, 2015, I served the following document(s):

1. **NOTICE OF MANUAL FILING;**

2. **AMENDED NOTICE OF MANUAL FILING;**

3. **NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION [PUBLICLY FILED];**

4. **MEMORANDUM IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION [PUBLICLY FILED];**

5. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 1: EXHIBITS 1-6] [PUBLICLY FILED];**

6. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 2: FIRST PART OF EXHIBIT 7] [PUBLICLY FILED];**

7. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 3: SECOND PART OF EXHIBIT 7] [PUBLICLY FILED];**

8. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 4: EXHIBITS 8-10] [PUBLICLY FILED];**

9. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 5: EXHIBITS 11-16] [PUBLICLY FILED];**

10. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 6: EXHIBITS 17] [PUBLICLY FILED];**

11. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 7: EXHIBITS 18-20] [PUBLICLY FILED];**

12. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 8: EXHIBITS 21-24] [PUBLICLY FILED];**

13. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 9: EXHIBITS 25-26] [PUBLICLY FILED];**

14. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 10: EXHIBITS 27-32] [PUBLICLY FILED];**

15. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 11: EXHIBITS 33-37] [PUBLICLY FILED];**

16. **PLAINTIFFS' FIRST SET OF EXHIBITS IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [PART 12: EXHIBITS 38-53] [PUBLICLY FILED];**

17. **[STIPULATED] APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS UNDER SEAL;**

18. **[PROPOSED] ORDER GRANTING LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS UNDER SEAL; AND**

19. **PLAINTIFFS' FIRST SET OF EXHIBITS 12-15; 18-20; AND 38-52 IN SUPPORT OF MOTION FOR CLASS-WIDE ENFORCEMENT OF SETTLEMENT [CONDITIONALLY FILED UNDER SEAL]; and**

20. **PROOF OF SERVICE.**

on the interested parties in this action as follows:

[x] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California

[ ] I caused such document(s) listed above to be transmitted by electronic mail to the offices of the addressee(s) listed below.

[ ] On the date indicated above, I deposited the sealed package(s) in a box or other facility regularly maintained by Federal Express for delivery of documents, with the delivery fees paid or provided for by the sender.

///

///

///

///

///

- 2 -

PROOF OF SERVICE
CV 85-4544-RJK(Px)

OHSUSA:761092963.1

1   SARAH B. FABIAN
    Senior Litigation Counsel
2   District Court Section
    Office of Immigration Litigation
3   Civil Division, U.S. Department of Justice
    P.O. Box 868, Ben Franklin Station
4   Washington, D.C. 20044
    Phone: (202) 532-4824
5   Fax: (202) 616-8962
    Sarah.B.Fabian@usdoj.gov

6

7   Attorneys for Defendants

8      I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

     Executed on February 3, 2015 at Los Angeles, California.

     I declare under penalty of perjury that the foregoing is true and correct.

*Maria Mercado-Navarro*
Maria Mercado-Navarro

OHSUSA:761092963.1