UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No.   2:85−cv−04544−DMG                                                Date   2/6/2015

Title   JENNY L FLORES V. EDWIN MEESE

Present:   The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

KANE TIEN                                         NOT REPORTED
Deputy Clerk                                       Court Reporter

Attorneys Present for Plaintiffs:         Attorneys Present for Defendants:

NONE PRESENT                               NONE PRESENT

**Proceedings:   (IN CHAMBERS) PILOT PROJECT RE SEALED DOCUMENTS**

Judge Dolly M. Gee is participating in a pilot project regarding the submission of SEALED DOCUMENTS. Effective July 8, 2013, all proposed sealed documents must be submitted via e−mail to the Judge's Chambers email at DMG_Chambers@cacd.uscourts.gov. Please refer to the Court's website @ www.cacd.uscourts.gov, under Judge Gee's Procedures and Schedules (paragraph 18) for detailed instructions for submission of sealed documents.

IT IS SO ORDERED.

Initials of Deputy Clerk:  jed