UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

| Case No. | **CV 85-04544-DMG** | Date | February 6, 2015 |
|---|---|---|---|
| Title | Jenny L Flores v. Edwin Meese | | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**   IN CHAMBERS-NOTICE OF REASSIGNMENT TO JUDGE GEE

Please take notice that this action has been reassigned to the HONORABLE DOLLY M. GEE, United States District Judge, pursuant to directive of the Chief U. S. District Judge and in accordance with the rules of this Court filed on February 05, 2015.

Please substitute the initials DMG in place of the current initials, so that the case number will now read CV 85-04544-DMG. As documents are routed using the judge's initials, it is imperative that the correct initials DMG be used on all subsequent filings to prevent any delays in the processing of documents.

Judge Gee's Courtroom Deputy Clerk is Kane Tien. He can be reached at (213) 894-5452. Judge Gee's courtroom is located on the 2nd floor of the Spring Street Courthouse, Courtroom #7.

Additional information about Judge Gee's procedures and schedules is available on the court's website at www.cacd.uscourts.gov.

The Motion to Enforce Settlement of Class Action hearing currently scheduled for March 9, 2015 is hereby VACATED [100] and the Court resets the hearing for **March 13, 2015 at 9:30 a.m.**