CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org
       marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
William A. Molinski (State Bar No. 145186)
wmolinski@orrick.com
T. Wayne Harman (State Bar No. 254089)
wharman@orrick.com
Elena Garcia (State Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, California 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-RJK(Px) |
| Plaintiffs, | STIPULATED APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASLYUM APPLICANTS UNDER SEAL. |
| - vs - | |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | Hearing: None. |
| Defendants. | Time: n/a |
| | Courtroom: n/a |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
UNIVERSITY OF TEXAS SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, as follows:

1. Plaintiffs may be granted leave to file in the public record the declarations of class members and their mothers with identifying information redacted so as to protect their identities as applicants for asylum. Pursuant to 8 C.F.R. §§ 208.6 and 1208.6 the identities of asylum applicants are confidential.

2. Simultaneously with filing redacted declarations, plaintiffs shall serve upon defendants and file under seal unredacted versions of such declarations. Plaintiffs shall file a notice of manual filing indicating that unredacted declarations have been served and filed under seal.

A proposed order granting this application is lodged herewith.

Dated: January 30, 2015.                           Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian

ORRICK, HERRINGTON & SUTCLIFFE LLP
William A. Molinski
T. Wayne Harman
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen

YOUTH LAW CENTER
Alice Bussiere
Virginia Corrigan

|   |   |
|---|---|
|   | RANJANA NATARAJAN |
|   | /s/ Carlos R. Holguín |
|   | Carlos R. Holguín |
|   | Attorneys for plaintiffs |
| Dated: January 30, 2015 | JOYCE R. BRANDA |
|   | Acting Assistant Attorney General |
|   | Civil Division |
|   |   |
|   | LEON FRESCO |
|   | Deputy Assistant Attorney General |
|   | Civil Division |
|   |   |
|   | WILLIAM C. PEACHEY |
|   | Director, District Court Section |
|   | Office of Immigration Litigation |
|   |   |
|   | WILLIAM C. SILVIS |
|   | Assistant Director, District Court Section |
|   | Office of Immigration Litigation |
|   |   |
|   | BY: /s/ Sarah B. Fabian |
|   | SARAH B. FABIAN |
|   | Senior Litigation Counsel |
|   | District Court Section |
|   | Office of Immigration Litigation |
|   | Civil Division, U.S. Department of Justice |
|   | P.O. Box 868, Ben Franklin Station |
|   | Washington, D.C. 20044 |
|   | Phone: (202) 532-4824 |
|   | Fax: (202) 616-8962 |
|   | Sarah.B.Fabian@usdoj.gov |
|   |   |
|   | Attorneys for Defendants |

///