LODGED

2015 FEB -3 PM 1:23
CLERK U.S. DISTRICT COURT
CENTRAL DIST. OF CALIF.
LOS ANGELES
BY: _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>  Plaintiffs,<br>- vs -<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>  Defendants. | Case No. CV 85-4544-RJK(Px)<br><br>ORDER GRANTING LEAVE TO FILE DECLARATIONS OF ASLYUM APPLICANTS UNDER SEAL.<br><br>[Proposed]<br><br>Hearing: None.<br>Time: n/a<br>Courtroom: n/a |

Pursuant to the parties' stipulated application for leave to file declarations of asylum-seekers under seal, and good cause appearing therefor, it is hereby ordered as follows:

Order on Stipulation re: Filing Under Seal

1. Plaintiffs are granted leave to file in the public record the declarations of class members and their mothers with identifying information redacted so as to protect their identities as applicants for asylum.

2. Simultaneously with filing redacted declarations, plaintiffs shall serve upon defendants and file under seal unredacted versions of such declarations. Plaintiffs shall file a notice of manual filing indicating that unredacted declarations have been served and filed under seal.

IT IS SO ORDERED.

Dated:_____          _____
                                        United States District Judge

Presented by:

_____
Carlos Holguín
One of the attorneys for plaintiffs

/ / /