UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No.: CV 85-4544-DMG |
| Plaintiffs, | ) |
| - vs - | ) ORDER GRANTING LEAVE TO FILE |
| | ) DECLARATIONS OF ASLYUM APPLICANTS |
| JEH JOHNSON, SECRETARY, U.S. | ) UNDER SEAL [110][111] |
| DEPARTMENT OF HOMELAND SECURITY, | ) |
| *et al.*, | ) |
| Defendants. | ) |

Pursuant to the parties' stipulated application for leave to file declarations of asylum-seekers under seal, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

Order on Stipulation re: Filing Under Seal

- 1 -

1. Plaintiffs are granted leave to file in the public record the declarations of class members and their mothers with identifying information redacted so as to protect their identities as applicants for asylum pursuant to 8 C.F.R. §§ 208.6 and 1208.6.

2. Simultaneously with filing redacted declarations, Plaintiffs shall serve upon Defendants and file under seal unredacted versions of such declarations.  Plaintiffs shall file a notice of manual filing indicating that unredacted declarations have been served and filed under seal.

IT IS SO ORDERED.

DATED:  February 12, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE