JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>      v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,*<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**STIPULATION FOR CONTINUANCE OF MOTION HEARING DATE AND EXTENSION OF RELATED DATES**;<br><br>**DECLARATION**;<br><br>[PROPOSED] **ORDER**. |

IT IS HEREBY STIPULATED that the motion hearing on Plaintiffs' Motion to Enforce Settlement of Class Action should be continued from March 13, 2015 to March 27, 2015, with the related dates extended as agreed by the parties. Defendants' response in opposition to Plaintiffs' motion would be due on February 27, 2015, and Plaintiffs' reply would be due on March 13, 2015.

Defendants request this continuance and extension of time for the reasons set forth in the accompanying declaration. Plaintiffs join in the request for extension, but their joining herein should not be read as agreement with all of the characterizations set forth in the declaration.

This is the first continuance of the motion hearing and extension of time for the related dates that either side has requested in this case.

DATED: February 13, 2015.

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

DATED: February 12, 2015.

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian

ORRICK, HERRINGTON & SUTCLIFFE LLP
William A. Molinski
T. Wayne Harman
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen

YOUTH LAW CENTER
Alice Bussiere
Virginia Corrigan

RANJANA NATARAJAN

_____
Carlos Holguín

*Attorneys for Plaintiffs*