JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION** |

Pursuant to stipulation, IT IS ORDERED that:

1.      The hearing date for Plaintiffs' Motion to Enforce Settlement of Class Action is continued from March 13, 2015 to March 27, 2015, at 9:30 a.m.

2.      Defendants' response in opposition to Plaintiffs' motion is due on February 27, 2015, and Plaintiffs' reply in support of their motion is due on March 13, 2015.

DATED:  February __, 2015.

 

                                                                                                                   THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE