# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION [117]** |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS ORDERED that:

1. The hearing date for Plaintiffs' Motion to Enforce Settlement of Class Action is continued from March 13, 2015 to **March 27, 2015, at 9:30 a.m.**

2. Defendants' response in opposition to Plaintiffs' motion is due on February 27, 2015, and Plaintiffs' reply in support of their motion is due on March 13, 2015.

DATED: February 19, 2015

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-