Exhibit B

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544-DMG |
| Plaintiffs, | ) |
| v. | ) |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | ) |
| Defendants. | ) |

## DECLARATION OF STEPHEN M. ANTKOWIAK

Pursuant to 28 U.S.C. § 1746, I, Stephen M. Antkowiak, do hereby declare:

1.     My name is Stephen M. Antkowiak.  Since April 2011, I have served as the Unit Chief of Juvenile and Family Residential Management Unit (JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE) in Washington, D.C.  I joined JFRMU in February 2009.

2.     I have a Bachelor's Degree in Criminology/Criminal Justice.

3.     Prior to joining ICE, from September 2005 until February 2009, I worked for the U.S. Department of Justice's Office of Juvenile Justice and Delinquency Programs working to improve outcomes for at-risk youth and those involved in the juvenile justice and child welfare systems and to integrate substance abuse treatment into the family dependency court and the juvenile justice system.

4.     As Chief of JFRMU, I oversee and direct the management of the ICE Family Residential Program for family groups who come into ICE/ERO custody. As part of my management and oversight responsibilities, I periodically travel to the ICE Family Residential Centers (FRC) and am familiar with the features of the FRCs.  The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

## I.     Karnes Family Residential Center, at Karnes City, Texas

5.     Karnes Family Residential Center (KFRC) opened July 31, 2014, and is a 532 bed facility.  The two-story housing suites open onto an outdoor recreation area.  Attached hereto as Exhibit 1 is a photograph of the exterior of the housing suites and the outdoor recreation area.

6.     Upon arrival at KFRC the family groups are oriented in the intake room, which features seating for incoming families and a refrigerator stocked with

beverages and snacks.  Attached hereto as Exhibit 2 is a photograph of the intake
area.

7.      Families may select their own non-institutional clothing free of charge
to wear at KFRC or wear the clothing they brought with them.  Attached hereto as
Exhibit 3 is a photograph of the clothing storage room.

8.      Each KFRC housing suite contains six beds to accommodate one or
more families depending on the size of the family group.  Attached hereto as
Exhibit 4 is a photograph of the sleeping area of the housing suite.

9.      For each two KFRC housing suites, there is an indoor day room,
which features a flat-screen television, access to telephones, a refrigerator with
snacks and beverages, and playpens and toys for the residents of those two suites.
Attached hereto as Exhibit 5 is a photograph of a day room.

10.     KFRC outdoor recreation facility features the sports and soccer field
and several play areas with jungle gyms and slides for younger children.  Attached
hereto as Exhibit 6 and 7 are photographs of the soccer field and play areas.

11.     KFRC provides education by state-licensed teachers to all school-age
children.  The classroom ratio is one teacher to 20 students.  Attached hereto as
Exhibit 8 is a photograph of a KFRC classroom.

12.     KFRC features both recreational and law library services to residents.
Attached hereto as Exhibit 9 is a photograph of the recreational library with play
areas for the children.

13.     KFRC has medical, dental and social services available for all
residents.  Attached hereto as Exhibit 10 and 11 are photographs of the dental
examining rooms.

14.     KFRC serves three meals per day in its dining room.  The menus are
approved by a dietician.  Healthy snacks and beverages are available 24 hours per

day.  Attached hereto as Exhibit 12 and 13 are photographs of the unlimited salad bar and snack refrigerator.

## II.      The South Texas Family Residential Center, at Dilley, Texas

15.      The  South Texas Family Residential Center (STFRC), Phase 1, opened on December 18, 2014, and currently has 480 beds.

16.      STFRC is designed as an open planned community with freestanding, multiple-family housing units located adjacent to school, library, dining and health facilities.  Attached hereto as Exhibits 14 and 15 are photographs of the exterior of the housing units.

17.      A typical STFRC housing unit consists of two bedrooms of four family beds each and can accommodate one or more families depending on the size of the family group.  For families with infants, a crib and nursing space is substituted for a bunk bed.  Attached hereto as Exhibits 16 and 17 are photographs of the bedroom areas of a housing unit.

18.      Each housing unit contains its own family room featuring a sitting area, a flat-screen television and a telephone.  Each unit contains a kitchenette with a refrigerator of beverages and snacks that is re-stocked twice per day.  Attached hereto as Exhibits 18 and 19 are photographs of the family room of a housing unit.

19.      STFRC contains open recreational areas for sports and play areas for younger children.  Attached hereto as Exhibit 20 is a photograph of the recreational areas.

20.      STFRC provides education by state-licensed bilingual teachers to all school-age children.  The STFRC School features seven (7) classrooms with a class ratio of one teacher to twenty students.  Attached hereto as Exhibits 21, 22, 23, and 24 are photographs of the classrooms of STFRC.

21.     STFRC provides short-term monitored care at two locations on site so that parents can attend hearings and appointments as needed.  Attached hereto as Exhibits 25 and 26 are photographs of these locations at STFRC.

22.     STFRC features both recreational and law libraries for residents.  There is a dedicated computer lab/internet café at the library.  Attached hereto as Exhibits 27 and 28 are photographs of the library.

23.     STFRC serves three meals per day in its dining room.  The menus are approved by a dietician.  Healthy snacks and beverages are available 24 hours per day.  Attached hereto as Exhibit 29, 30 and 31 are photographs of the dining room and food service.

24.     STFRC has medical, dental and social services available for all residents.  Attached hereto as Exhibit 32 and 33 and are photographs of a medical examining/treatment room.

25.     Based on my knowledge and experience, an FRC is considered to be at full capacity when all rooms are occupied, even if not every bed is taken.

26.     ICE houses family units in a manner that balances its desire to maintain family unity with the paramount concern of providing for the safety and security of all residents.  Due to the unique nature of ICE's Family Residential Centers, insufficient resources to detain both adult males with children and adult females with children, and the relatively small number of cases of adult males with children encountered, DHS has elected to focus its limited family detention resources on housing adult females with children.  Of note, detaining adult males with children would pose increased operational and facility security concerns, especially in light of the open movement afforded in family residential centers.  Adult males pose greater security risks and would generally not be housed in a sleeping room with an *unrelated* child, regardless of the age or sex of that

4

child.  As such, the presence of a large number of adult males within a family residential facility, where residents enjoy open movement, would severely limit the number of available beds within the facility and would likely require a significant increase in resources to appropriately supervise and care for all residents.

I declare, under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

DATED:      February 27, 2015

STEPHEN M. ANTKOWIAK
Unit Chief
Juvenile and Family Residential
Management Unit
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

Exhibit 1



Exhibit 2



Exhibit 3



Exhibit 4



Exhibit 5



Exhibit 6



Exhibit 7





Exhibit 8

Exhibit 9



Exhibit 10

Exhibit 11



Exhibit 12





Exhibit 13

Exhibit 14



Exhibit 15



Exhibit 16



Exhibit 17





Exhibit 18

Exhibit 19



Exhibit 20





Exhibit 21

Exhibit 22



Exhibit 23



Exhibit 24



Exhibit 25



Exhibit 26



Exhibit 27



Exhibit 28





Exhibit 29

Exhibit 30





Exhibit 31

Exhibit 32



Exhibit 33

