Exhibit C

**USBP Unaccompanied and Accompanied Alien Children Apprehensions Average Hours in Custody FY2014**

*Data includes Deportable Aliens Only*
Data Source: EID (Unofficial) as of 2/9/15

| BORDER | Unaccompanied Alien Children | | Accompanied Alien Children | |
| --- | --- | --- | --- | --- |
| | FY2014 (Excluding March - July) | 03/01/2014 - 07/31/2014 | FY2014 (Excluding March - July) | 03/01/2014 - 07/31/2014 |
| Southwest Border | 34 | 112 | 46 | 71 |
| Northern Border | 55 | 25 | 25 | 21 |
| Coastal Border | 21 | 21 | 122 | 11 |
| **Nationwide** | **34** | **112** | **46** | **71** |