1300 Pennsylvania Avenue NW
Washington, DC 20229

Redacted



**U.S. Customs and Border Protection**

OCT 0 8 2013

Exhibit D

MEMORANDUM FOR:  All Chief Patrol [Redacted]
                 All Division Chi[Redacted]

FROM:            Michael J. Fishe[r]
                 Chief
                 U.S. Border Patrol

SUBJECT:         Use of the Updated e3 Detention Module

Effective immediately, all Chief Patrol Agents will ensure that the updated e3DM is used to the fullest extent to capture the custodial actions and transportation for all detainees. This memorandum supersedes the previous memorandums regarding the e3DM and e3JDM.

The updated e3DM combines the Juvenile Detention Module and the Detention Module capturing both juvenile and other detainee transfer requirements. On April 24, 2012, the use of e3 Juvenile Detention Module (e3JDM) was made mandatory for all custodial actions regarding juveniles. On October 1, 2012, the use of the e3 Detention Module (e3DM) by all field elements was made mandatory for all U.S. Border Patrol detainee transfers. Field elements were required to record notifications to the Field Office Juvenile Coordinator (FOJC), notifications to consulate offices, periodic welfare checks, feedings, etc. This is in conformity with CBP legal and procedural reporting requirements for juveniles. Additional action fields have now been created in e3DM that allow for the capture of custodial actions of all detainees while in U.S. Border Patrol custody. All custodial actions, notifications, and transports that pertain to a detainee must now be accurately captured using e3DM for all subjects, regardless of juvenile or adult status. Each action field is required to be completed only if that action has been performed.

To ensure that accurate data is captured in the e3DM, each sector is required to establish local protocols for using the module and ensuring that information is entered completely and accurately. The [Redacted] will perform data quality checks to ensure that all sectors are complying with the reporting and entry requirements of the updated e3DM. Training materials are available [Redacted] [Redacted]

Staff may direct questions to [Redacted]