Center for Human Rights & Constitutional Law
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
pschey@centerforhumanrights.org
miahdjian@centerforhumanrights.org

*Attorneys for Plaintiffs*

(Listing continued on final page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br>Plaintiffs,<br>— v.—<br>Jeh Johnson, Secretary, U.S. Department of Homeland Security, *et al.*.<br>Defendants. | Case No. CV 85-4544-DMG<br>**NOTICE OF APPEARANCE** |

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

Please take notice that KATHERINE H. MANNING (STATE BAR NO. 229233) telephone (408) 280-2437; fax (408) 288-8850; and email (kate.manning@lawfoundation.org), and JENNIFER KELLEHER CLOYD (STATE BAR NO. 197348); telephone (408) 280-2428; fax (408) 288-8850; and email (jenniferk@lawfoundation.org), of LEGAL ADVOCATES FOR CHILDREN & YOUTH a project of the LAW FOUNDATION OF SILICON VALLEY, and JAMES ZAHRADKA (STATE BAR NO. 196822); telephone (408) 280-2423; fax (408) 293-0106; and email (jamesz@lawfoundation.org), KYRA KAZANTZIS (STATE BAR NO. 154612); telephone (408) 280-2401; fax (408) 293-0106; and email

(kyrak@lawfoundation.org), ANNETTE KIRKHAM (STATE BAR NO. 217958) telephone (408) 280-2410; fax (408) 293-0106; and email (annettek@lawfoundation.org), of PUBLIC INTEREST LAW FIRM, a project of the LAW FOUNDATION OF SILICON VALLEY, 152 North Third Street, 3rd Floor, San Jose, CA 95112, hereby enter their appearances on behalf of Plaintiffs, Jenny Lisette Flores, *et al*.

Dated: March 11, 2015

LEGAL ADVOCATES FOR CHILDREN AND YOUTH

/s/___________________________
Katherine H. Manning
Attorney for Plaintiffs, Jenny Lisette Flores, *et al*.


*(continued from caption page)*
William A. Molinski (Cal. Bar No. 145186)
wmolinski@orrick.com
T. Wayne Harman (Cal. Bar NO. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar NO. 299680)
egarcia@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California  90017
Telephone: (213) 629-2020
Facsimile: (213) 612-2499

La Raza Centro Legal, Inc.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

Of counsel:

Youth Law Center
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
University of Texas School of Law
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu