1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Jenny Lisette Flores, *et al.*, | Case No. CV 85-4544-DMG |
|---|---|
| Plaintiffs, | Order continuing hearing on motions to enforce and amend settlement of class action [132] |
| v. | |
| Jeh Johnson, Secretary, U.S. Department of Homeland Security, *et al.*, | |
| Defendants. | |

Pursuant to the parties' stipulation, and good cause appearing,

IT IS ORDERED that the hearing on Plaintiffs' Motion to Enforce Settlement of Class Action [Doc. # 100] and Defendants' Motion to Amend Settlement [Doc. # 120] is continued from April 17, 2015 to **April 24, 2015, at 3:00 p.m.**

DATED: March 30, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-