UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| ------------------------------------------------------------ § <br> Jenny Lisette Flores, *et al*.,   § <br> Plaintiffs,   § <br>   § <br> v.   § <br>   § <br> Jeh Johnson, Secretary, U.S. Department   § <br> of Homeland Security, *et al*.,   § <br> Defendants.   § <br>   § <br> ------------------------------------------------------------§ | Case  No.CV 85-4544-DMG <br><br><br><br><br><br> **NOTICE OF APPEARANCE** |

## NOTICE OF APPEARANCE OF PLAINTIFFS' COUNSEL

PLEASE TAKE NOTICE that the undersigned counsel hereby appears on behalf of Plaintiffs' in the above-captioned matter.

April 15, 2015

        Respectfully submitted,

        By: /s/ Ranjana Natarajan

        Ranjana Natarajan
        Texas State Bar: 24071013
        Southern District of Texas Bar: 2147709
        THE UNIVERSITY OF TEXAS
        SCHOOL OF LAW
        Civil Rights Clinic
        727 E. Dean Keeton Street
        Austin, TX 78705
        Tel: 512-232-7222
        Fax: 512-232-0800
        Email: rnatarajan@law.utexas.edu

## CERTIFICATE OF SERVICE

On April 15, 2015, I hereby certify that I electronically filed the foregoing NOTICE OF APPEARANCE with the clerk of court for the U.S. District Court, Central District of California, using the court's electronic case filing system, thereby providing copies to all counsel of record electronically.

Dated: April 15, 2015

/s/ Lourdes Diaz

Lourdes Diaz