BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544 |
| | ) |
| Plaintiffs, | ) **DEFENDANTS' RESPONSE TO** |
| | ) **PLAINTIFFS' OBJECTIONS TO** |
| v. | ) **DEFENDANTS' EVIDENCE IN** |
| | ) **SUPPORT OF ITS PROTECTIV E** |
| ERIC H. HOLDER, JR., Attorney | ) **MOTION TO MODIFY** |
| General of the United States; *et al.,* | ) **SETTLEMENT AGREEMENT** |
| | ) |
| Defendants. | ) Hearing Date:  April 24, 2015 |
| | ) Time: 3:00 pm |
| | ) Dept: Courtroom 7, Los Angeles - Spring Street Courthouse |

1

As Defendants' previously stated, given the preliminary nature of these proceedings, it is Defendants' preference that all of the evidence submitted by both sides be examined by the Court, and be considered in reaching a decisions on the respective motions based upon the Court's assessment of each exhibit's probative value and reliability.  However, should the Court wish to have a full record of objections and responses on which to rule on the evidentiary issues raised by Plaintiffs, Defendants submit the following response to Plaintiffs' Objections to Defendants' Evidence in Support of Its Protective Motion to Modify Settlement Agreement (ECF No. 123).

To the extent the government is relying upon publicly available Government documents that can be judicially noticed, the Government requests that the Court take notice of such documents and consider the evidence accordingly.  *See also* Fed. R. Evid. 803(8).  In addition, the testimony of officials at the U.S. Department of Homeland Security ("DHS"), which is the agency Congress charged with the "power and duty to control and guard the boundaries of the United States," 8 U.S.C. § 1103(a)(5), and that Congress provided with discretionary authority over detention decisions for aliens in removal proceedings, 8 U.S.C. § 1226(a), is admissible in Court and should be considered in these proceedings.

The evidence to which Plaintiffs object is submitted on the issue of the changed circumstances that have necessitated the use of family residential facilities

by DHS.  There is clear foundation for testimony on this issue by DHS officials

charged with making decisions regarding the use of family detention based on the

information available to the Government about migration patterns, and

enforcement priorities.  Such testimony is relevant and probative, and should be

considered by the Court for the purposes for which it was submitted.  *See*  Fed. R.

Evid. 701, 702.

DATED:        April 21, 2015                    Respectfully submitted,

                                                BENJAMIN C. MIZER
                                                Principal Deputy Assistant Attorney General
                                                Civil Division
                                                LEON FRESCO
                                                Deputy Assistant Attorney General
                                                Civil Division
                                                WILLIAM PEACHEY
                                                Director, District Court Section
                                                Office of Immigration Litigation
                                                WILLIAM SILVIS
                                                Assistant Director, District Court Section
                                                Office of Immigration Litigation

                                                /s/  Sarah B. Fabian
                                                SARAH B. FABIAN
                                                Trial Attorney
                                                Office of Immigration Litigation
                                                District Court Section
                                                P.O. Box 868, Ben Franklin Station
                                                Washington, D.C. 20044
                                                Tel: (202) 532-4824
                                                Fax: (202) 305-7000
                                                Email: sarah.b.fabian@usdoj.gov

                                                *Attorneys for Defendant*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on April 21, 2015, I served the foregoing on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.


/s/ Sarah B. Fabian
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants