CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguin (Cal. Bar. No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone:   (213) 388-8693
Facsimile:   (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org
       marchela@centerforhumanrights.org

WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
wmolinksi@orrick.com
T. WAYNE HARMAN (STATE BAR NO. 254089)
wharman@orrick.com
ELENA GARCIA (STATE BAR NO. 299680)
egarcia@orrick.com
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   +1-213-629-2020
Facsimile:   +1-213-612-2499

*Attorneys for plaintiffs* (listing continues on following
page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG |
| Plaintiffs, | PLAINTIFFS' REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF ITS MOTION TO ENFORCE SETTLEMENT |
| v. | |
| ERIC H. HOLDER, JR., Attorney General; *et al.*, | Date: April 24, 2015 |
| Defendants. | Time: 3:00 p.m. Courtroom 7, Spring Street |

1

*Plaintiffs' counsel, continued:*

2

3

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)

4

474 Valencia Street, #295
San Francisco, CA 94103

5

Telephone: (415) 575-3500

6

7

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (STATE BAR NO. 197348)

8

Katherine H. Manning, (STATE BAR NO. 229233)

9

PUBLIC INTEREST LAW FIRM
Kyra Kazantzis (STATE BAR NO. 154612)

10

James Zahradka (STATE BAR NO. 196822)

11

Annette Kirkham (STATE BAR NO. 217958)

12

152 North Third Street, 3rd floor
San Jose, CA 95112

13

Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org

14

        kate.manning@lawfoundation.org

15

        kyrak@lawfoundation.org
        jamesz@lawfoundation.org

16

17

*Of counsel:*

18

YOUTH LAW CENTER

19

Alice Bussiere (Cal. Bar No. 114680)

20

Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300

21

San Francisco, CA 94104

22

Telephone: (415) 543-3379 x 3903

23

Ranjana Natarajan (Cal. Bar No. 230149)

24

UNIVERSITY OF TEXAS SCHOOL OF LAW
Civil Rights Clinic

25

727 E. Dean Keeton St.

26

Austin, TX 78705
Telephone: (512) 232-7222

27

Email: rnatarajan@law.utexas.edu

28

Plaintiffs respectfully request that the Court take judicial notice, pursuant to Federal Rule of Evidence 201,[1] of the documents referenced below in connection with Plaintiffs' Motion to Enforce Settlement of Class Action [Dkt. No. 129].

1. Declaration of Resident Mothers of Karnes City Detention Center announcing initiation of hunger strike at that facility, as well as the reasons for that strike, a true and correct copy of which is attached as **Exhibit A**. A true and correct copy of the certified translation of the Declaration is attached as **Exhibit B**.

2. Wil S. Hylton, *A Federal Judge and a Hunger Strike Take on the Government's Immigrant Detention Facilities*, N.Y. TIMES, Apr. 10, 2015, *available at* http://www.nytimes.com/2015/04/06/magazine/a-federal-judge-and-a-hunger-strike-take-on-the-governments-immigrant-detention-facilities.html. A true and correct copy of this article is attached hereto as **Exhibit C**.

3. Oliver Laughland and Alan Yuhas, *Mothers Held at Texas Detention Centre Go On Hunger Strike to Demand Release*, THE GUARDIAN, Apr. 1, 2015, *available at* http://www.theguardian.com/us-news/2015/apr/01/mothers-texas-karnes-detention-center-hunger-strike. A true and correct copy of this article is attached hereto as **Exhibit D**.

4. Brianna Lee, *Immigrant Mothers Begin Second Hunger Strike At Massive Texas Detention Center*, INT'L BUSINESS TIMES, Apr. 15, 2015, available at http://www.ibtimes.com/immigrant-mothers-begin-second-hunger-strike-massive-texas-detention-center-1883194. A true and correct copy of this article is attached hereto as **Exhibit E**.

5. Tony Cantu, *Detainees Strike for Freedom*, AUSTIN CHRON., Apr. 17, 2015, *available at* http://www.austinchronicle.com/news/2015-04-17/detainees-

---

[1] Federal Rule of Evidence 201 provides for judicial notice of a fact "not subject to reasonable dispute in that it is either (1) generally known within the territorial jurisdiction of the trial court or (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b).

- 1 -

strike-for-freedom/.  A true and correct copy of this article is attached hereto as **Exhibit F**.

6.    Roque Planas, *Mothers Launch a Second Hunger Strike at Karnes City Family Detention Center*, HUFFINGTON POST, Apr. 14, 2015, available at http://www.huffingtonpost.com/2015/04/14/detention-center-hunger-strike_n_7064532.html.  A true and correct copy of this article is attached hereto as **Exhibit G**.

Plaintiffs request that, pursuant to F.R.E. 201(b) and F.R.E. 902(6), this Court take judicial notice of the fact that current residents of the Karnes City Family Detention Center have initiated a hunger strike at that facility. The Court may properly take judicial notice of commonly-known current events.  *See, e.g., Ritter v. Hughes Aircraft Co*., 58 F.3d 454, 458-59 (9th Cir. 1995); (upholding judicial notice of factory layoffs based on a newspaper article);  *Burger v. Gonzales*, 498 F.3d 131, 134 (2nd Cir. 2007) (upholding judicial notice of current events in foreign country that bear on asylum applicant's fear of persecution); *Southern Louisiana Area Rate Cases v. F.P.C.*, 428 F.2d 407, 438 (5th Cir. 1970) (judicially noticing the concerns raised in public speeches about the national gas supply).

For these reasons, Plaintiffs respectfully request that the Court take judicial notice of the documents referenced above in support of Plaintiffs' Motion.

Dated: April 21, 2015                    Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguin
Peter A. Schey
Marchela Iahdjian

ORRICK, HERRINGTON &

- 2 -

1

2     SUTCLIFFE LLP
      William A. Molinski
3     T. Wayne Harman
      Elena Garcia

4
      LA RAZA CENTRO LEGAL, INC.
5     Michael S. Sorgen

6
      YOUTH LAW CENTER
7     Alice Bussiere
      Virginia Corrigan
8

9     RANJANA  NATARAJAN

10

11            */s/Carlos Holguin*
              Carlos Holguin
12

13
      / / /
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28
                              - 3 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## PROOF OF SERVICE

I, the undersigned, declare and certify as follows:

I am more than eighteen years old and not a party to this action.   My business address is Orrick, Herrington & Sutcliffe LLP, 2050 Main Street, Suite 1100, Irvine, California 92614.

On April 21, 2015, I electronically filed the following document(s):

- **Plaintiff's Request for Judicial Notice In Support Of Its Motion to Enforce Settlement**

with the United States District Court, Central District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/ Veronica Hayashi*
Veronica Hayashi

- 4 -

PROOF OF SERVICE
CV 85-4544-DMG