# EXHIBIT A

En nombre de todas las madres residentes en el centro de de detencion de Kanes city, estamos escribiendo esta petición donde pedimos ser puestas en libertad con nuestros hijos. Ya que habemos madres enserradas en este lugar hace casi ya 10 meses, habemos tambien madres que por tener una deportación no nos dan el derecho a una fianza les han dado fianza a nuestros hijos pero no dan la salida a nosotras las madres..

Por ese motivo hemos tomado la iniciativa de unirnos y iniciar una huelga de hambre para hacer ver y sentir nuestra desesperación, nosotras hemos venido a este país con nuestros hijos en busca de ayuda de un refugio y se nos esta tratando como delincuentes y no somos eso mucho menos somos un peligro para este país, durante esta huelga de hambre ninguna madre trabajara en el centro

bien cada dia nos pierden peso su salud se deteriora. sabemos que cualquier madre haria lo mismo que nosotras hacemos ahora por nuestros hijos, merecemos ser tratados con dignidad y que se nos respete nuestro derecho de emigrar es un derecho que tenemos, llevar un proceso migratorio libres con nuestros hijos.

Hay algunas madres que perdieron su asilo y por su desesperación se vieron forzadas a firmar deportación cosa que no concideramos justa porque ellas han venida a este país pidiendo asilo porque corren peligro en su país y estan siendo deportadas de regreso a un lugar donde pueden perder hasta su vida.

Esta peticion esta firmada por todas las madres de este centro de detención.

de detención, tampoco enviaremos a nuestros hijos a la escuela no utilizaremos ningun servicio de este lugar, hasta que sehan escuchadas y aprovadas queremos nuestra LIBERTAD todas las madres exigimos que nos den una solucion, habemos incluso madres que es la primera vez que venimos a este país, oficiales de asilo nos dieron "positivo" como resultado de nuestra entrevista de miedo creible y aun seguimos aquí detenidas porque se nos impusieron fianzas muy elevadas que no pudimos pagar y algunas no tuvimos ni la oportunidad de pagar una fianza.
Deben saber que este es solo el comienzo no pararemos hasta Lograr nuestro objetivo, esta huelga seguira hasta que cada una de nosotras sea puesta en libertad Las condiciones en las que estan nuestros hijos no son buenas nuestros niños no se alimentan



*
Ana
Gregoria
Sandra
Alba
Rosa
Yessica
Vilda
Ena
Martina


* Emerlicia
Fermina
* Margarita
Glenda
* Hilda
* Juana
* Dunia
* Maria

Marta
Lorena
Ruth
Cindy
Celia
Leidy
Ninoska
* Sandra
* Delmy

* - Marta ▇▇▇
- Sonia ▇▇▇
- Raymunda ▇▇▇
* - Blanca ▇▇▇
* - Esmeralda ▇▇▇
- Edmila ▇▇▇
- Maria ▇▇▇
- Neidi ▇▇▇
* - Besy ▇▇▇
- Lilian ▇▇▇
* - Blanca ▇▇▇
- Jhasia ▇▇▇
- Besta ▇▇▇

7

- Esmeralda █
- Maribel █
- Claudia █
- Milvia █
* - Ligia █
- Claudia █
- Sonia █
- Danuvia █
- Sandra █
- Edy █
* - Maria █
* - Noemy █
- Deisy █

8

* _Sarahi
_Alma
_Lilian
* _Paty
* _Elvira
* _Rosy
* _Ixis
* _Andrea
_Senia
_Cinthia
_Griselda
_Maria
_Ana

* _Saida
_Zoila
_Edilma
_Polyane
_Karen
_Nidia
* _Yanira
* _Elsa
_Raquel
_Carmen
_Kenia
_Marlene
_Edith