# EXHIBIT B-1

In the name of all of the mothers who are living in the detention center in Kansas City, we are writing this petition to request that we be released to be with our children. There are mothers here who have been imprisoned for almost 10 months. There are also mothers here who, because they have been deported before, have been denied the right to a bond. They have given our children a bond, but they have not let the mothers go free. For this reason, we have taken the initiative to come together and begin a hunger strike to make you see and feel our desperation. We came to this country with our children in search of protection and we are treated like criminals and we are not that at all, much less are we a danger to this country. During the hunger strike, none of the mothers will work in the center. Every day that we lose weight, our health will deteriorate. We know that any mother would do the same thing we are now doing for our children. We deserve to be treated with dignity and our right to emigrate should be respected. We have this right to migrate to freedom with our children. There are some mothers who lost their asylum, and in their desperation they were forced to sign deportation papers, which we believe is unjust because they came here to this country seeking asylum because they were at risk in their own country and now they are being deported to a place where they may even lose their lives.

This petition is signed by all of the mothers in this detention center. Also, we will not send our children to school, we will not make use of any of the services of this place, until we are heard and approved to be FREED. All of us mothers insist on a solution. Among our numbers are mothers who have come to this country for the first time. The officials in charge of asylum gave us a "thumbs up" as a result of our interviews, which were incredibly stressful, and we are still detained here because they set our bonds very high and we cannot pay them, and some of us do not even have the opportunity to post a bond. You must know that this is only the beginning. We will not stop until we attain our goal. This strike will continue until each one of us is released. Our children are living in poor conditions. Our children are not eating.



* Ana ▇▇▇▇ — ▇▇▇
  ▇▇▇

Gregoria ▇▇▇▇▇▇ ▇▇▇▇
▇▇▇▇

Sandra ▇▇▇ ▇▇▇▇
▇▇▇

Alba ▇▇▇▇▇ ▇▇
▇▇▇

Rosa ▇▇ ▇▇▇
▇▇▇

Yessica ▇▇▇ ▇▇▇▇
▇▇▇

Vilda ▇▇▇▇▇▇ ▇▇▇
▇▇▇

Ena ▇▇▇ ▇▇▇
▇▇▇

Martina ▇▇▇ ▇▇▇
▇▇▇



\* Emerlicia ▮▮▮ ▮▮▮
  ▮▮▮

  Fermina ▮▮▮
  ▮▮▮ ▮▮▮

\* Margarita ▮▮▮ ▮▮
  ▮▮▮

  Glenda ▮▮▮ ▮▮
  ▮▮▮

\* Hilda ▮▮▮ ▮▮▮
  ▮▮▮

\* Juana ▮▮▮ ▮▮▮
  ▮▮▮

\* Dunia ▮▮▮ ▮▮▮
  ▮▮▮

\* Maria ▮▮ ▮▮▮
  ▮▮▮ ▮▮▮

3



4

* - Marta ▇▇▇
- Sonia ▇▇▇
- Raymunda ▇▇▇
* - Blanca ▇▇▇
* - Esmeralda ▇▇▇
- Edmila ▇▇▇
- Maria ▇▇▇
- Neidi ▇▇▇
* - Besy ▇▇▇
- Lilian ▇▇▇
* - Blanca ▇▇▇
- Jhasia ▇▇▇
- Besta ▇▇▇

5

- Esmeralda ████
- Maribel ████
- Claudia ████
- Milvia ████
* - Ligia ████
- Claudia ████
- Sonia ████
- Danuvia ████
- Sandra ████
- Edy ████
* - Maria ████
* - Noemy ████
- Deisy ████

6

* _Sarahi ▮▮▮
_Alma ▮▮▮
_Lilian ▮▮▮
* _Paty ▮▮▮
* _Elvira ▮▮▮
* _Rosy ▮▮▮
* _Iris ▮▮▮
* _Andrea ▮▮▮
_Senia ▮▮▮
_Cinthia ▮▮▮
_Griselda ▮▮▮
_Maria ▮▮▮
_Ara ▮▮▮

* _Saida █████████

_Zoila █████████

_Edilma █████████

_Polyane █████████

_Karen █████████

_Nidia █████████

* _Yanira █████████

* _Elsa █████████

_Raquel █████████

_Carmen █████████

_Kenia █████████

_Marlene █████████

_Edith █████████

8