# EXHIBIT B-2



April 20, 2015

**Certification**

**Park IP Translations**

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from Spanish into English of the petition for release.

_____

Sabrina Smith

Project Manager

Project Number: OHS_1504_091

15 W. 37th Street 8th Floor
New York, NY 10018
212.581.8870
ParkIP.com

1