NATIONAL CENTER FOR IMMIGRANTS' RIGHTS, INC.
Carlos Holguin
Peter A. Schey
Lee A. O'Connor
256 South Occidental Boulevard
Los Angeles, California 90057
Telephone: (213) 388-8693

NATIONAL CENTER FOR YOUTH LAW
James B. Morales
Alice Bussiere
1663 Mission Street, 5th Floor
San Francisco, California 94103
Telephone: (415) 543-3307

ACLU FOUNDATION OF SOUTHERN CALIFORNIA
Paul Hoffman
Ellen Lutz
Ellen Blumenthal
633 Shatto Place
Los Angeles, California 90005
Telephone: (213) 487-1720

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | ) |
| Plaintiffs, | ) Case No. 85 4544-RJK (Px) |
| vs. | ) ORDER RE CLASS |
| EDWIN MEESE, III, et al. | ) CERTIFICATION |
| Defendants. | ) [Proposed (amended)] |

Pursuant to Federal Rule of Civil Procedure 23(b)(2), plaintiffs move this Court for an order certifying this action as a class action. Having considered the briefs, declarations, and other evidence submitted by both sides, and the argument of counsel at the June 2, 1986, hearing on said motion, the Court finds as follows:

1. the class as defined below ("the class") is so numerous that joinder of all members is impracticable;

2. there are questions of law or fact common to the class;

3. the claims of the representative parties are typical of the claims of the class;

4. the representative parties will fairly and adequately protect the interest of the class; and

5. the federal defendants have acted or refused to act on grounds generally applicable to the class, thereby making appropriate final injunctive relief or corresponding declaratory relief with respect to the class as a whole.

Accordingly, IT IS HEREBY ORDERED that, except as against defendant Corrections Corporation of America, this action shall be maintained as a class action pursuant to Federal Rule of Civil Procedure 23 on behalf of the following classes:

1. All persons under the age of eighteen (18) years who have been, are, or will be arrested and detained pursuant to 8 U.S.C. §1252 by the Immigration and Naturalization Service ("INS") within the INS' Western Region and who have been, are, or will be denied release from INS custody because a parent or legal guardian fails to personally appear to take custody of them.

2. All persons under the age of eighteen (18) years who have been, are, or will be arrested and detained pursuant to 8 U.S.C. §1252 by the Immigration and Naturalization Service ("INS") within the INS' Western Region and who have been, are,

or will be subjected to any of the following conditions:

    a. inadequate opportunities for exercise or recreation;

    b. inadequate educational instruction;

    c. inadequate reading materials;

    d. inadequate opportunities for visitation with counsel, family, and friends;

    e. regular contact as a result of confinement with adult detainees unrelated to such minors either by blood, marriage, or otherwise;

    f. strip or body cavity search after meeting with counsel or at any other time or occasion absent demonstrable adequate cause.

Dated: August 8, 1986.

_____
UNITED STATES DISTRICT JUDGE

Presented by: James B. Morales,
              one of the attorneys
              for plaintiffs.