UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **CV 85-4544-DMG**                                                          Date   April 24, 2015

Title   *Jenny L. Flores v. Edwin Meese*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Leon Fresco, USDOJ |
| T. Wayne Harman | |

**Proceedings:   Plaintiffs' Motion to Enforce Settlement of Class Action [100]**
**Defendant's Motion to Modify Settlement Agreement [120]**

The cause is called and counsel state their appearance.  The Court invites counsel to respond to the tentative ruling.  Following oral argument, the Court advises counsel that the motions shall stand submitted.

For the reasons stated on the record, the parties are ordered to meet and confer within 30 days, and to submit a joint status report within one week thereafter.  The Court will hold its ruling in abeyance during the pendency of the parties' discussions.

: 50