UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

FOR COURT USE ONLY
DUE DATE:

TRANSCRIPT DESIGNATION AND ORDERING FORM

| 1. NAME | 2. PHONE NUMBER | 3. DATE |
|---|---|---|
| 4. FIRM NAME: | 5. E-MAIL ADDRESS: | |

| 6. MAILING ADDRESS | 7. CITY | 8. STATE | 9. ZIP CODE |
|---|---|---|---|

| 10. CASE-NUMBER | 11. CASE NAME | 12. JUDGE |
|---|---|---|

13. APPEAL CASE NUMBER | 14. ORDER FOR ☐ APPEAL ☐ NON-APPEAL ☐ CRIMINAL JUSTICE ACT
☐ IN FORMA PAUPERIS ☐ AUSA ☐ FPD ☐ OTHER _____

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
    Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |
| | | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☐ OTHER (PLEASE SPECIFY): |

16. ORDER:   IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | | |

19. Transcription agency for digitally recorded proceedings:

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges (deposit plus additional).

20. Month:          Day:          Year:
Transcript payment arrangements were made with:

17. DATE:

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE:

Month:          Day:          Year:

G-120 (09/12)