UNITED STATES DISTRICT COURT  
CENTRAL DISTRICT OF CALIFORNIA  
CIVIL MINUTES - GENERAL

JS-5

| | |
|---|---|
| Case No. **CV 85-4544-DMG** | Date May 4, 2015 |
| Title *Jenny L. Flores v. Edwin Meese* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Leon Fresco, USDOJ |
| Katherine H. Manning | |
| William A. Molinski | |

**Proceedings:  Telephonic Status Conference**

The cause is called and counsel state their appearance.  The Court and counsel confer.  Parties shall submit a stipulation and proposed order re confidentiality of settlement proceedings by May 6, 2015.  As stated on the record, counsel are reminded not to disseminate the Court's tentative ruling with the press.

Further, the Court orders the clerk to reopen this action, and assign a Magistrate Judge for any discovery matters which may be referred.[1]

cc: Case Reassignment

: 18

---

[1] This action was administratively closed by Judge Kelleher on May 10, 2006 [Doc. # 89], then reassigned to Judge Gee on February 5, 2015 [Doc. # 106].

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|