CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org
       marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
William A. Molinski (State Bar No. 145186)
wmolinski@orrick.com
T. Wayne Harman (State Bar No. 254089)
wharman@orrick.com
Elena Garcia (State Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, California  90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544-RJK(Px) |
| Plaintiffs, | ) |
| - vs - | ) STIPULATION AND [PROPOSED] |
| | ) ORDER RE: CONFIDENTIALITY OF |
| | ) SETTLEMENT DISCUSSIONS. |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) Hearing: N/A |
| Defendants. | ) |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (STATE BAR NO. 197348)
Katherine H. Manning, (STATE BAR NO. 229233)
PUBLIC INTEREST LAW FIRM
Kyra Kazantzis (STATE BAR NO. 154612)
James Zahradka (STATE BAR NO. 196822)
Annette Kirkham (STATE BAR NO. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
         kate.manning@lawfoundation.org
          kyrak@lawfoundation.org
         jamesz@lawfoundation.org
         annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
UNIVERSITY OF TEXAS SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu

Plaintiffs and Defendants, by and through their undersigned counsel, stipulate to the entry of the following Order:

1. Counsel of record are prohibited from sharing, publicizing, discussing, or otherwise disseminating in any way the the Court's April 24, 2015 tentative ruling in this case or its substance with anyone other than counsel of record, employees of counsel of record, the named parties to this lawsuit including class members and their parents, expert consultants and employees of the respective government entities needed to consent to and execute a proposed settlement. All such persons and counsel of record shall maintain the confidentiality of the substance of the court's April 24, 2015 tentative ruling and under no circumstances will discuss the tentative ruling with the media.

2. Counsel of record are prohibited from sharing, publicizing, discussing, or otherwise disseminating any and all discussions held between the parties to meet and confer in accordance with the Court's April 24, 2015 oral ruling, as well as any other settlement talks the parties may have regarding resolution of the issues in this case, with anyone other than counsel of record, employees of counsel of record, the named parties to this lawsuit including class members and their parents and lawyers (who have entered appearances for Flores class members), expert consultants, and employees of the respective government entities needed to consent to and execute a proposed settlement. All such persons and counsel of record shall maintain the confidentiality of the discussions held between the parties and under no circumstances will discuss the tentative ruling with the media.

3. A person shall be deemed an "expert consultant" for purposes of this stipulation and Order only if they are contractually retained by counsel of record for the purposes of assisting counsel in this litigation and their retainer agreement specifically includes a confidentiality agreement precluding them from discussing with others confidential discussions held between the parties in this litigation.

Dated: May 6, 2015.

Respectfully submitted,

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian

ORRICK, HERRINGTON & SUTCLIFFE LLP
René Kathawala
T. Wayne Harman
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen
Maria Victoria Castro
Amanda Alvarado Ford

LAW FOUNDATION OF SILICON VALLEY - LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Kyra Kazantzis
James Zahradka
Annette Kirkham

YOUTH LAW CENTER
Alice Bussiere
Virginia Corrigan

RANJANA NATARAJAN

/s/_____
*Peter Schey*
*Attorneys for Plaintiffs*

```
 1
 2                                      BENJAMIN C. MIZER
 3                                      Principal Deputy Assistant Attorney
                                        General Civil Division
 4
 5                                      LEON FRESCO
                                        Deputy Assistant Attorney General Civil
 6                                      Division
 7
 8                                      WILLIAM C. PEACHEY
                                        Director, District Court Section Office of
 9                                      Immigration Litigation
10
                                        WILLIAM C. SILVIS Assistant Director,
11                                      District Court Section Office of
                                        Immigration Litigation
12
13                                      SARAH B. FABIAN
                                        Senior Litigation Counsel, District Court
14                                      Section
15
16                                      /s/_____
                                        Leon Fresco
17                                      Attorneys for Defendants
18
19   ///
20
21
22
23
24
25
26
27
28
```

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On April 21, 2015, I electronically filed the following document(s):

- **Stipulation and [proposed] order re: confidentiality of settlement discussions**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/_____
*Peter Schey*
*Attorney for Plaintiffs*