# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L Flores<br><br>PLAINTIFF(S),<br>v.<br><br>Edwin Meese<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 85-04544 DMG<br><br>NOTICE OF REASSIGNMENT OF CASE |

To:  ALL COUNSEL APPEARING OF RECORD

☑  Pursuant to document # 149

☐  In accordance with the Court's policy pertaining to the assignment of 8 U.S.C. § 1326 case related to a prior matter, case no. _____

You are hereby notified that this case has been referred to Magistrate Judge Alicia G. Rosenberg for:

☐  all further proceedings;
☑  any discovery matters that are or may be referred by the District Judge;
☐  any matters that are referred pursuant to General Order 05-07.
☐  other: _____

On all documents subsequently filed in this case, please substitute the initials ___AGR___ after the case number in place of the initials of the prior judge so that the case number will read: CV 85-04544 DMG(AGRx) . This is very important because documents are routed to the assigned judge by means of these initials.

Clerk, U.S. District Court

Date  05/06/2015

By  Robert R. Nadres
    Deputy Clerk

cc:  ☐ Previous Judge   ☐ Statistics Clerk

G-41 (04/14)                     NOTICE OF REASSIGNMENT OF CASE