1
2
3
4
5
6
7
8
9
10
11
12
13

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

14   JENNY LISETTE FLORES, *et al.*,                  )  Case No. CV 85-4544 DMG (AGRx)
                                                      )
15              Plaintiffs,                           )
                                                      )  ORDER RE: CONFIDENTIALITY OF
16   - vs -                                           )  SETTLEMENT DISCUSSIONS [150]
                                                      )
17   JEH JOHNSON, SECRETARY, U.S.                     )
     DEPARTMENT OF HOMELAND SECURITY,                 )
18   *et al.*,                                        )
                                                      )
19                                                    )
                Defendants.                           )
20                                                    )

21   _____

22          Plaintiffs and Defendants, by and through their undersigned counsel, have

23   stipulated to the entry of the following Order:

24          1. Counsel of record are prohibited from sharing, publicizing, discussing, or

25   otherwise disseminating in any way the the Court's April 24, 2015 tentative ruling

26   in this case or its substance with anyone other than counsel of record, employees of

27   counsel of record, the named parties to this lawsuit including class members and

28   their parents, expert consultants and employees of the respective government

entities needed to consent to and execute a proposed settlement. All such persons and counsel of record shall maintain the confidentiality of the substance of the court's April 24, 2015 tentative ruling and under no circumstances will discuss the tentative ruling with the media.

2. Counsel of record are prohibited from sharing, publicizing, discussing, or otherwise disseminating any and all discussions held between the parties to meet and confer in accordance with the Court's April 24, 2015 oral ruling, as well as any other settlement talks the parties may have regarding resolution of the issues in this case, with anyone other than counsel of record, employees of counsel of record, the named parties to this lawsuit including class members and their parents and lawyers (who have entered appearances for Flores class members), expert consultants, and employees of the respective government entities needed to consent to and execute a proposed settlement. All such persons and counsel of record shall maintain the confidentiality of the discussions held between the parties and under no circumstances will discuss the tentative ruling with the media.

3. A person shall be deemed an "expert consultant" for purposes of this stipulation and Order only if they are contractually retained by counsel of record for the purposes of assisting counsel in this litigation and their retainer agreement specifically includes a confidentiality agreement precluding them from discussing with others confidential discussions held between the parties in this litigation.

IT IS SO ORDERED.

DATED:  May 12, 2015                    _____
                                        DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE