# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **ORDER EXTENDING MEET AND CONFER PERIOD [154]** |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | |
| Defendants. | |

1   THIS CAUSE comes before the Court upon the parties' Stipulation for Extension of
2   Meet and Confer Period and Joint Status report Deadline.
3   UPON CONSIDERATION of the parties' Stipulation, and for the reasons set forth therein, the Court hereby ORDERS as follows:
4   The deadline for the parties to meet and confer is extended from May 24 to June 12,
5   2015, and the parties shall file a joint status report with the Court by June 19, 2015. The Court
6   will hold its ruling in abeyance during the pendency of the parties' discussions.
7   **IT IS SO ORDERED.**
8   DATED: May 22, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-