UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | )<br>)<br>) ORDER EXTENDING MEET AND |
| v. | ) CONFER PERIOD [157] |
| JEH JOHNSON, SECRETARY, U.S.<br>DEPARTMENT OF HOMELAND SECURITY,<br>*et al.*, | )<br>)<br>)<br>) |
| Defendants. | )<br>) |

THIS CAUSE comes before the Court upon the parties' Stipulation for Extension of Meet and Confer Period and Joint Status report Deadline.

UPON CONSIDERATION of the parties' Stipulation, and for the reasons set forth therein, the Court hereby ORDERS as follows:

The parties shall continue to meet and confer until June 26, 2015, and to file a joint status report with the Court within seven days thereafter.  The Court will hold its ruling in abeyance during the pendency of the parties' discussions.

**The Court will not look favorably upon any further requests for continuance absent a detailed showing of good cause.**

**IT IS SO ORDERED.**

DATED:  June 23, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE