CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org
       marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>  Plaintiffs, <br><br> - vs - <br><br> JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>  Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> PLAINTIFFS' NOTICE RE: PUBLIC DISCLOSURE OF SETTLEMENT DISCUSSIONS. <br><br> Hearing: N/A |

C:\Users\tw0\Desktop\06-26-15 Flores Notice to Ct re- LEAK OF SETTLEMENT DISCUSSIONS.docx

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
James Zahradka (Cal. Bar No. 196822)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       kyrak@lawfoundation.org
       jamesz@lawfoundation.org
       annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
UNIVERSITY OF TEXAS SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu

Plaintiffs hereby notify the Court that Peter Schey, co-lead counsel for Plaintiffs, received an email yesterday from Franco Ordonez, a reporter with The Charlotte Observer - McClatchy Washington Bureau, stating that he had received and planned to publish confidential information relating to a draft settlement proposal prepared by plaintiffs' class counsel and shared with plaintiffs' retained consultants and co-counsel on or about May 26, 2015. Mr. Schey promtly provided a copy of the email from Mr. Ordonez to Defendants' counsel. In response to Mr. Ordonez' email, Mr. Schey immediately launched an investigation into the source of the alleged leak and determined that the disclosure was almost certainly made by the consultant who previously admitted to violating the confidentiality order and whose role as a consultant was terminated June 11, 2015. Mr. Schey determined that current consultants and co-counsel did not disclose plaintiff's May 26, 2015, draft proposal to Mr. Ordonez. Mr. Ordonez's story was published online yesterday soon after his email was received. http://www.mcclatchydc.com/2015/06/26/271349/mothers-proposal-on-family-detention.html (last checked June 27, 2015). No co-counsel or current consultants are quoted in the story. Class counsel will continue to remind consultants of their obligation to maintain the confidentiality of information regarding the discussions taking place between defendants' and plaintiffs' counsel pursuant to this Court's prior Orders. Plaintiffs have no objection to the Court initiating any steps it deems appropriate with regards possible sanctions against the former consultant

involved in the disclosure. Mr. Schey met and conferred with Defendants' counsel, and the parties do not anticipate filing anything further on this matter unless ordered to by the Court. Good faith discussions between defendants and plaintiffs are ongoing.

Dated: June 27, 2015.                    Respectfully submitted,

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen
Maria Victoria Castro
Amanda Alvarado Ford

LAW FOUNDATION OF SILICON VALLEY - LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Kyra Kazantzis
James Zahradka
Annette Kirkham

/ / /

| | |
|---|---|
| 1 | |
| 2 | Of counsel: |
| 3 | YOUTH LAW CENTER |
| 4 | Alice Bussiere<br>Virginia Corrigan |
| 5 | |
| 6 | RANJANA NATARAJAN |
| 7 | |
| 8 | |
| 9 | /s/__*Peter Schey*_____<br>*Attorneys for Plaintiffs* |
| 10 | / / / |

- 5 -

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 27, 2015, I electronically filed the following document(s):

- **Plaintiffs' Notice re: Public Disclosure of Settlement Discussions**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*