BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
    950 Pennsylvania Ave, NW Room 3129
    Washington, D.C. 20530
    Tel: (202) 307-6482
    Fax: (202) 305-7000
    Email: leon.fresco@usdoj.gov

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **STIPULATION FOR EXTENSION OF MEET AND CONFER PERIOD AND JOINT STATUS REPORT DEADLINE;** |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | |
| Defendants. | **[Proposed] Order** |

On April 24, 2015, the Court ordered that the parties meet and confer within 30 days, and submit a joint status report within one week thereafter. The Court has granted two extensions of this meet and confer period, and the parties currently are due to submit a status report to the Court on July 3, 2015. The parties now request an additional week, until July 10, 2015, to continue to meet and confer, and then an additional seven days after that to submit a status report to the Court, by July 17, 2015.[1]

Good cause exists for the Court to grant the parties' request. The parties have met and conferred multiple times, both in person and telephonically, have exchanged draft settlement proposals, and continue to meet and confer almost daily regarding a potential settlement. While the parties are working diligently to determine if a settlement can be met, including over the July 4th weekend, the process of attempting to resolve this matter without requiring the Court to expend further judicial resources is extremely complex for two reasons.

First, when adults and minors enter the United States without authorization, there are many statutes, regulations, and court orders that govern the procedure for how those individuals are to be processed through the removal system. Different laws govern different scenarios. Reaching a resolution in this case requires achieving a framework that: 1) accomplishes Plaintiffs' main litigation objectives with regard to detention; 2) complies with all existing laws and court orders; and 3) preserves the government's legitimate immigration enforcement interests. This is an extremely complicated task that requires extensive discussion and attention to the details of all potential outcomes created by each of the decisions made in this litigation. Second, the subject matter covered by the parties' discussions requires input from, consultation with, and consent by many agencies and components within the federal government.

On June 29, 2015, the Government entered into a joint order resolving the case of *R.I.L.R., et al. v. Johnson, et al.*, Case No. 1:15-cv-00011 (D. D.C.) without the need for

---

[1] This request was drafted by the Defendants. Plaintiffs join insofar as they do not oppose the requested extension.

-1-

expending further limited judicial resources. The parties in this case similarly continue to work diligently and in good-faith to try to achieve an amicable resolution.

The parties believe they are close to determining whether a final settlement can be reached to resolve this case, and therefore request that the Court extend the deadline for the parties to meet and confer until July 10, 2015, and allow the parties an addition seven days thereafter to file a joint status report with the Court. The parties further request that the Court continue to hold its ruling in abeyance during the pendency of the parties' discussions. Counsel for Defendants has conferred with counsel for the Plaintiffs prior to filing this document and Plaintiffs do not oppose the extension requested herein.

DATED: July 2 2015.

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

/s/ Leon Fresco
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
Tel: (202) 307-6482
Fax: (202) 305-7000
Email: leon.fresco@usdoj.gov

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

*Attorneys for Defendants*