BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

### UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,*<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER EXTENDING MEET AND CONFER PERIOD**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the parties' Stipulation for Extension of Meet and Confer Period and Joint Status report Deadline.

UPON CONSIDERATION of the parties' Stipulation, and for the reasons set forth therein, the Court hereby ORDERS as follows:

The parties are ordered to continue to meet and confer by July 11, 2015, and to file a joint status report with the Court within seven days thereafter. The Court will hold its ruling in abeyance during the pendency of the parties' discussions.

**IT IS SO ORDERED.**

DATED: _____, 2015.

                                                                                                                                   
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-