UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

ATTORNEY(S) ORRICK, HERRINGTON & SUTCLIFFE, LLP
51 WEST 52ND STREET NEW YORK, NY 10019 | ERIC GRUNSPAN
PH: (212) 506-5233

Index Number: CV85-4544 DMG (AGRx)
Date Filed:
Court/Return Date: 07/27/2015

JENNY L. FLORES

*Plaintiff*

vs

JEH JOHNSON, ET AL

*Defendant*

STATE OF NEW YORK, COUNTY OF SUFFOLK, SS.:

## AFFIDAVIT OF SERVICE

**Eric Taubman**, being sworn says:
Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **July 1, 2015**, at **10:01 AM** at **1918 UNION BOULEVARD, BAY SHORE, NY 11706**, Deponent served the within **ORDER TO SHOW CAUSE**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.
On: **BRYAN JOHNSON**, therein named, (hereinafter referred to as "subject").

☐ **#1 INDIVIDUAL**
By delivering a true copy of each to said subject personally; Deponent knew the person so served to be the person described in as said subject therein.

☐ **#2 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with said individual to be who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☒ **#3 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **HELLEN VELASQUEZ (co-worker)** a person of suitable age and discretion. Said premises is subject's:[X] actual place of business / employment [] dwelling house (usual place of abode) within the state.

☐ **#4 AFFIXING TO DOOR**
By affixing a true copy of each to the door of said premises which is subjects [ ] actual place of business / employment [ ] dwelling house (usual place of abode) within the state. Deponent was unable with due diligence to find subject or person of suitable age and discretion thereat having called thereat on

Address confirmation:

☒ **#5 MAILING**
On **July 2, 2015**, service was completed by mailing a true copy of above document(s) to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#6 DESCRIPTION**
**Sex**: Female    **Color of skin**: Lt Brown    **Color of hair**: Black    **Age**: 21-35
**Height**: 5ft4in-5ft8in    **Weight**: 131-160 Lbs.    **Other Features**:

☐ **#7 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#8 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#9 OTHER**

Sworn to before me on July 2, 2015

Barbara L. Gillis
NOTARY PUBLIC STATE OF New York
01G1624187 QUALIFIED IN Suffolk County
COMMISSION EXPIRES May 23rd 2019

Process Server, Please Sign
Eric Taubman
Job #: 1519135    Lic#
Client's File No.: