BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
 P.O. Box 868, Ben Franklin Station
 Washington, D.C. 20044
 Tel:  (202) 532-4824
 Fax:  (202) 305-7000
 Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544 |
| | ) |
|   Plaintiffs, | ) **NOTICE OF LODGING:** |
| | ) |
|    v. | )  • **June 24, 2015 Press Release** |
| | )  • **June 29, 2015 Court Order in *R.I.** |
| ERIC H. HOLDER, JR., Attorney | )   ***L-R v. Johnson*, Case No. 15-0011** |
| General of the United States; *et al.,* | )   **(D.D.C.)** |
| | ) |
|   Defendants. | ) |
| | ) |
| | ) |

Defendants hereby lodge with the Court the attached Press Release issued on June 24, 2015 regarding the Government's latest plans for reforms related to family residential centers. Defendants also lodge with the Court the June 29, 2015 Order in *R.I. L-R v. Johnson*, Case No. 15-0011 (D.D.C.), dissolving the preliminary injunction, and administratively closing the case. Both documents are attached hereto. Together, these documents make clear that individuals who are currently housed in family residential centers with their children are those who are subject to mandatory detention in some form, or who have been determined to be a flight risk or danger to society.

DATED:     July 8, 2015              Respectfully submitted,

                                    BENJAMIN C. MIZER
                                    Principal Deputy Assistant Attorney General
                                    Civil Division
                                    LEON FRESCO
                                    Deputy Assistant Attorney General
                                    Civil Division
                                    WILLIAM PEACHEY
                                    Director, District Court Section
                                    Office of Immigration Litigation
                                    WILLIAM SILVIS
                                    Assistant Director, District Court Section
                                    Office of Immigration Litigation

                                    */s/ Sarah B. Fabian*
                                    SARAH B. FABIAN
                                    Senior Litigation Counsel
                                    Office of Immigration Litigation
                                    District Court Section
                                    P.O. Box 868, Ben Franklin Station
                                    Washington, D.C. 20044
                                    Tel: (202) 532-4824
                                    Fax: (202) 305-7000
                                    Email: sarah.b.fabian@usdoj.gov

                                    *Attorneys for Defendants*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 8, 2015, I served the foregoing with attachment on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants