David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
**DAVID J.P. KALOYANIDES**
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Attorney for Third Party
Bryan Johnson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES, *et al.*, | Case No.: 2:85-CV-04544 DMG (AGRx) |
| Plaintiffs, | THIRD PARTY BRYAN JOHNSON'S EX PARTE APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE; DECLARATION OF COUNSEL |
| vs. | |
| EDWIN MEESE (JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY) *et al.*, | Date:  July 27, 2015 |
| Defendants. | Proposed Date: August 24, 2015<br>Time: 9:00 a.m.<br>Courtroom: 7 Spring Street<br>Hon. Dolly M. Gee |

Third Party Bryan Johnson, who is the subject of this Court's June 29, 2015, Order to Show Cause re Contempt, hereby applies to the Court *ex parte* for an order continuing the hearing date and the deadline for the written response to the OSC.

This application is made *ex parte* because the date for the hearing on the OSC and the deadline for the written response do not provide sufficient time in which to

---
1
EX PARTE APPLICATION TO CONTINUE OSC HEARING

1  bring this request on a fully noticed motion and requiring a fully noticed motion would
2  render the relief sought moot.
3      Mr. Johnson requests that the Court continue the hearing on the Order to Show
4  Cause to August 24, 2015, or to such other date thereafter as may be convenient for the
5  Court. Mr. Johnson also requests that the Court continue the date for the written
6  response to August 17, 2015.
7      This application is based on the fact that Mr. Johnson has only recently retained
8  counsel to represent him in connection with the Order to Show Cause. Counsel requires
9  additional time in which to prepare for the hearing and to prepare the written response to
10 the OSC. Moreover, counsel for Mr. Johnson is not available at the time currently set
11 for the hearing on the Order to Show Cause.
12     Neither plaintiffs nor the government take a position regarding this application.
13     This application is based on the accompanying Declaration of Counsel; the
14 papers, pleadings, and other documents in the Court's file; Mr. Johnson's Due Process
15 rights, and his right to a full and fair hearing in this matter; and on such other matters of
16 which the Court may take judicial notice.

Respectfully submitted,

Dated: July 15, 2015

_____
David J. Kaloyanides
Attorney for Third Party
Bryan Johnson

2
EX PARTE APPLICATION TO CONTINUE OSC HEARING

# DECLARATION OF COUNSEL

I, David J. Kaloyanides, hereby state and declare as follows:

1. I am a member of the Bar of the State of California. I am a member of the Bar of this Court. I am duly licensed to practice law before the courts of this State and before this Honorable Court. I have personal, first-hand knowledge of the matters stated in this declaration and would so testify if called as a witness.

2. I am counsel of record for Bryan Johnson, the third party subject of the Court's June 29, 2015 Order to Show Cause re contempt. I make this declaration in support of Mr. Johnson's Ex Parte Application to continue the hearing on the OSC as well as a continuance of the deadline for filing a written response.

3. Mr. Johnson retained me on July 8, 2015 to represent him in connection with the Court's OSC re Contempt.

4. I am currently investigating the facts and issues relating to the allegations. In order to be sufficiently prepared for the hearing on the OSC as well as to prepare the written response, additional investigation is necessary.

5. I am currently unavailable on July 27, 2015. I have a pretrial status conference on July 27 at 8:30 a.m. in the matter of *People v. Christopher Brandon Lee*, FMB1400414, a special circumstance murder case currently pending in the San Bernardino County Superior Court in Joshua Tree. I will also be engaged in the afternoon of July 27, 2015 in a Supervised Release Violation evidentiary hearing in *United States v. Samuel Gonzalez*, 2:06-CR-00283 RGK (022).

6. I will be out of the country from July 29 through August 13 for a family vacation that has been fully paid and which cannot be changed without substantial financial cost.

7. On July 13, 2015, I sent an email notifying counsel for the government and counsel for plaintiffs in this matter of the nature of this application. Counsel for the government responded by email that the government takes no position on this application. Counsel for plaintiffs responded similarly that the plaintiffs take no position on this application.

8. For these reasons, I request that the Court continue the hearing on the OSC to August 24, 2015 and continue the deadline for filing the written response to August 17, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 15th day of July , 2015, at Chino, California.

_____
David J. Kaloyanides