David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
**DAVID J.P. KALOYANIDES**
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Attorney for Third Party
Bryan Johnson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES, *et al.*, | Case No.: 2:85-CV-04544 DMG (AGRx) |
| Plaintiffs, | [PROPOSED] ORDER ON BRYAN JOHNSON'S EX PARTE APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE |
| vs. | |
| EDWIN MEESE (JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY) *et al.*, | |
| Defendants. | |

This matter has come before the Court on the *ex parte* application of third party Bryan Johnson. Having considered the application, and good cause appearing therefor:

IT IS HEREBY ORDERED that the application is GRANTED.

The hearing on the Court's Order to Show Cause re Contempt is continued to August 24, 2015 at 9:00 a.m.

---

1

[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE OSC HEARING

IT IS FURTHER ORDERED that Mr. Johnson may file a written response to the Order to Show Cause no later than August 17, 2015.

IT IS SO ORDERED.

DATED: July ____, 2015

_____
UNITED STATES DISTRICT JUDGE

Presented By:
David J.P. Kaloyanides
E: djpkaplc@me.com
15338 Central Ave.
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

*David J.P. Kaloyanides*
Attorney for Third Party
Bryan Johnson

2
[PROPOSED] ORDER ON EX PARTE APPLICATION TO CONTINUE OSC HEARING