UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., § <br> Plaintiffs, § <br> § <br> - vs – § <br> § Case No. CV 85-4544 DMG (AGRx) <br> JEH JOHNSON, SECRETARY, § <br> U.S.DEPARTMENT OF HOMELAND § <br> SECURITY, § <br> et al., § <br> § <br> Defendants. § | |

## NOTICE OF WITHDRAWAL OF COUNSEL

The undersigned attorney, who has appeared as Of Counsel to Plaintiffs, hereby requests that the Clerk of the Court remove her name, as provided below, from the docket of this Case. One or more members of the Bar of this Court will continue to represent the Plaintiffs, including Class Counsel for the Plaintiffs.

Dated: July 15, 2015

Respectfully submitted,

By: /s/ Ranjana Natarajan

Ranjana Natarajan
California State Bar: 230149
THE UNIVERSITY OF TEXAS
SCHOOL OF LAW
Civil Rights Clinic
727 E. Dean Keeton Street
Austin, TX 78705
Tel: 512-232-7222
Fax: 512-232-0800
Email: rnatarajan@law.utexas.edu

## CERTIFICATE OF SERVICE

On July 15, 2015, I hereby certify that I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the clerk of court for the U.S. District Court, Central District of California, using the court's electronic case filing system, thereby providing copies to all counsel of record electronically.

Dated: July 15, 2015

/s/ Lourdes Diaz
Lourdes Diaz