UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES, *et al.*, | Case No.: CV 85-4544 DMG (AGRx) |
| Plaintiffs, | ORDER ON BRYAN JOHNSON'S *EX PARTE* APPLICATION TO CONTINUE HEARING ON ORDER TO SHOW CAUSE [167] |
| vs. | |
| EDWIN MEESE (JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY) *et al.*, | |
| Defendants. | |

This matter has come before the Court on the *ex parte* application of third party Bryan Johnson. Having considered the application, the Court finds that an extension of time for "additional investigation" is not necessary, but good cause exists for the requested continuance solely to accommodate counsel David Kaloyanides' calendar conflict.

IT IS HEREBY ORDERED that the application is GRANTED.

1
ORDER ON *EX PARTE* APPLICATION TO CONTINUE OSC HEARING

The hearing on the Court's Order to Show Cause re Contempt is continued to **August 24, 2015 at 10:00 a.m.**

IT IS FURTHER ORDERED that Mr. Johnson may file a written response to the Order to Show Cause no later than August 17, 2015.

IT IS SO ORDERED.

DATED: July 16, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE