BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
|     Plaintiffs, | |
|        v. | **STATUS REPORT** |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | |
|     Defendants. | |

On April 24, 2015, the Court ordered that the parties meet and confer regarding the possibility of resolving the currently-pending litigation in this case (ECF No. 143). The Court twice extended the deadline for the parties to meet and confer at the request of both parties while settlement discussions remained ongoing, and the Court has expressed reluctance at allowing any further extensions of this deadline. The parties worked diligently to resolve these issues, and met and conferred in good faith multiple times, both in person and by phone. However, at this stage the parties are unable to reach an agreement that would resolve the currently-pending motions. The parties agree that at this stage, further discussion would not be fruitful, and the parties therefore request that the Court proceed to adjudicate the currently-pending motions (ECF Nos. 100 and 120) by entry of a ruling on the issues therein.

| | | |
|---|---|---|
| DATED: July 17, 2015 | | */s/ Peter A. Schey* (with permission)<br>PETER A. SCHEY<br>Center for Human Rights and Constitutional Law |

*Attorney for Plaintiffs*

| | | |
|---|---|---|
| DATED: July 17, 2015. | | BENJAMIN C. MIZER<br>Principal Deputy Assistant Attorney General<br>Civil Division |

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824; Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*