AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| Jenny Lisette Flores, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. CV 85-4544 |
| Loretta E. Lynch, Attorney General, et al., ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Jen Johnson, Secretary of Homeland Security, et al.

Date: 07/20/2015

/s/ William C. Silvis
*Attorney's signature*

William C. Silvis (MI Bar P63530)
*Printed name and bar number*

United States Department of Justice
PO Box 868 Ben Franklin Station
Washigton, DC 20044

*Address*

william.silvis@usdoj.gov
*E-mail address*

(202) 307-4693
*Telephone number*

(202) 305-7000
*FAX number*