BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' NOTICE OF OBJECTION TO PREMATURE LODGING OF AMENDED PROPOSED ORDER** |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* | |
| Defendants. | |

Defendants hereby give notice of their objection to Plaintiffs' lodging of their Amended Proposed Order (ECF No. 174) with the Court at this stage of the proceedings.  As an initial matter, Plaintiffs have already lodged a proposed order in this case.[1]  *See* ECF No. 118.  Moreover, Plaintiffs' filing of another proposed order regarding remedy is premature at this stage, where the Court has not yet entered any order disposing of the pending motions (ECF Nos. 100, 120).  In addition, entry of Plaintiffs' proposed order as written would lead to the violation of several provisions of the Immigration and Nationality Act that have supremacy over the Flores Settlement Agreement, and these issues require full briefing prior to the entry of any order on either breach or remedy.  Finally, the proposed order assumes the entry of the Court's tentative order in its totality, which is inappropriate given the oral argument in this case on April 24, 2015, and intervening events since that time – including several reforms relating to family detention and the change in policy concerning the consideration of general deterrence as a factor in bond determinations (*See* ECF No. 164) – that may (and Defendants believe should) affect the content and/or ultimate disposition of the

---

[1] As the Court is aware, Defendants respectfully believe the Court's tentative order contains several fundamental factual and legal errors.  Based largely on these errors, Plaintiffs now seek far more expanded relief than they originally sought in this case. Defendants believe this further underscores the need for additional briefing or argument.

Court's order such that the Court should rule in Defendants' favor on the pending motions.

Because Defendants believe that the lodging of a proposed order is premature at this stage of the litigation, they hereby respectfully object to Plaintiffs' filing and ask that it be stricken. Defendants also give notice of their intent to await entry of the Court's order on the pending motions—or, preferably, entry of an order asking the parties for supplemental briefing on both the impact of intervening events on this case and on any significant factual and legal errors they believe are contained in the Court's tentative ruling—before filing any additional documents in this case.

2

DATED:      July 23, 2015              Respectfully submitted,

                                       BENJAMIN C. MIZER
                                       Principal Deputy Assistant Attorney General
                                       Civil Division
                                       LEON FRESCO
                                       Deputy Assistant Attorney General
                                       Civil Division
                                       WILLIAM C. PEACHEY
                                       Director, District Court Section
                                       Office of Immigration Litigation
                                       SARAH B. FABIAN
                                       Senior Litigation Counsel
                                       Office of Immigration Litigation

                                       */s/ William C. Silvis*
                                       WILLIAM C. SILVIS
                                       Assistant Director, District Court Section
                                       Office of Immigration Litigation
                                       District Court Section
                                       P.O. Box 868, Ben Franklin Station
                                       Washington, D.C. 20044
                                       Tel: (202) 307-4693
                                       Fax: (202) 305-7000
                                       Email: william.silvis@usdoj.gov

                                       *Attorneys for Defendants*

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 23, 2015, I served the foregoing with attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

*/s/ William C. Silvis*
WILLIAM C. SILVIS
Office of Immigration Litigation
District Court Section
Office of Immigration Litigation

Attorney for Defendants