BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **Defendants' Ex Parte Application for Extension of Response Dates for the Court's July 24, 2015 Order to Show Cause;** |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | **Memorandum of Points and Authorities;** |
| Defendants. | **Declaration.** |
| | **[Hon. Dolly M. Gee]** |

## **Defendants' Ex Parte Application for Extension of Response Dates for the Court's July 24, 2015 Order to Show Cause**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court extending the date for Defendants to respond to the Courts July 24, 2015 order to show cause until August 7, 2015, with a corresponding extension until August 14, 2015 for Plaintiffs' reply.

Counsel for the Defendants has emailed with counsel for Plaintiffs several times, and attempted to reach them by phone. *See* Declaration of Sarah B. Fabian ¶ 5 (attached hereto). Lead counsel for the Defendants, Leon Fresco, also spoke to counsel for the Plaintiffs, Peter Schey, by telephone on July 30, 2015. *See id*. Plaintiffs' counsel had previously agreed to stipulate to a one (1) day extension, but currently opposes any extension. *Id.* On July 30, 2015, counsel for the Defendants reached out to counsel for Plaintiffs asking whether they intended to file any opposition to this application. At the time of filing, Plaintiffs' counsel had not yet informed counsel for Defendants about whether they would file an opposition to this request.

This ex parte application is based upon this application, the attached memorandum of points and authorities, the attached declaration, and the records in this case.

1

DATED:      July 30, 2015              Respectfully submitted,


                                        BENJAMIN C. MIZER
                                        Principal Deputy Assistant Attorney General
                                        Civil Division

                                        LEON FRESCO
                                        Deputy Assistant Attorney General
                                        Civil Division

                                        WILLIAM PEACHEY
                                        Director, District Court Section
                                        Office of Immigration Litigation

                                        WILLIAM SILVIS
                                        Assistant Director, District Court Section
                                        Office of Immigration Litigation

                                        */s/ Sarah B. Fabian*
                                        SARAH B. FABIAN
                                        Senior Litigation Counsel
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel: (202) 532-4824
                                        Fax: (202) 305-7000
                                        Email: sarah.b.fabian@usdoj.gov

                                        *Attorneys for Defendants*

2

## **Memorandum of Points and Authorities**

On July 24, 2015, the Court issued an Order in this case, and ordered the Defendants to show cause why the remedies contained in the order should not be implemented.  The Court ordered Defendants to respond by August 3, 2015, and Plaintiffs to reply by August 10, 2015.  There is good cause to treat this application on an ex parte basis because of the short turn-around time for Defendants' response.  *See Mission Power Eng'g Co. v. Cont'l Cas. Co.*, 883 F. Supp. 488, 492 (C.D. Cal. 1995).

Defendants seek a four (4) day extension of their response date, until August 7, 2015, and a corresponding extension for Plaintiffs' reply until August 14, 2015.  Good cause exists to grant this extension.  The issues in this case are of utmost importance to both parties.  The Court's proposed remedy has significant potential to impact the U.S. Department of Homeland Security's ability to enforce immigration laws, most notably the removal and detention provisions of the Immigration and Nationality Act.  Defendants believe that it is important that the Court be fully informed about these potential impacts so that it may consider them before issuing a final order on the appropriate remedy in this case.  Defendants also seek to provide the Court with additional information regarding the current circumstances surrounding family detention, as those circumstances have changed significantly since the briefing in this case was completed.

Additionally, lead counsel for the Defendants, Leon Fresco, has been out of the country on family medical leave since July 17, 2015, and will return on August 2, 2015, although he has been working on the response to the best of his ability while he is away. *See* Declaration of Sarah B. Fabian ¶ 3 (attached hereto). Moreover, co-counsel for the Defendants, Sarah B. Fabian, was out on leave on July 24, 2015, and returned to the office on July 28, 2015. *Id.* Both counsel have been involved in all of the recent briefing, and are the two individuals at the U.S. Department of Justice most knowledgeable about the Government's defense in this case. Thus their participation in the preparation of the Government's response is important.

No party will be prejudiced if the application is granted. Defendants seek a shorter extension than originally requested from Plaintiffs, and do not, by this motion, seek any extension of the 90-day implementation period in the Court's July 24, 2015 Order. *Id.* ¶ 5. Defendants are not seeking to otherwise delay this case, but rather to ensure that they can provide the Court with the information necessary to make an informed decision regarding the appropriate remedy in this case.

Accordingly, Defendants ask the Court for an order extending their response date to the Court's July 24, 2015 Order until August 7, 2015, with a corresponding extension of Plaintiffs' reply date until August 14, 2015.

DATED:     July 30, 2015          Respectfully submitted,

                                  BENJAMIN C. MIZER
                                  Principal Deputy Assistant Attorney General
                                  Civil Division

                                  LEON FRESCO
                                  Deputy Assistant Attorney General
                                  Civil Division

                                  WILLIAM PEACHEY
                                  Director, District Court Section
                                  Office of Immigration Litigation

                                  WILLIAM SILVIS
                                  Assistant Director, District Court Section
                                  Office of Immigration Litigation

                                  */s/ Sarah B. Fabian*
                                  SARAH B. FABIAN
                                  Senior Litigation Counsel
                                  Office of Immigration Litigation
                                  District Court Section
                                  P.O. Box 868, Ben Franklin Station
                                  Washington, D.C. 20044
                                  Tel: (202) 532-4824
                                  Fax: (202) 305-7000
                                  Email: sarah.b.fabian@usdoj.gov

                                  *Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 30, 2015, I served the foregoing pleading on all counsel of record by means of the District Clerk=s CM/ECF electronic filing system.


                                        /s/ *Sarah B. Fabian*
                                        SARAH B. FABIAN
                                        U.S. Department of Justice
                                        District Court Section
                                        Office of Immigration Litigation

                                        Attorney for Defendants