**DECLARATION OF SARAH B. FABIAN**

I, SARAH B. FABIAN, declare:

1. I am Senior Litigation Counsel with the U.S. Department of Justice, Office of Immigration Litigation. I am counsel of record for the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. On July 24, 2015, the Court issued an Order in this case, and ordered the Defendants to show cause why the remedies contained in the order should not be implemented. The Court ordered Defendants to respond by August 3, 2015, and Plaintiffs to reply by August 10, 2015.

3. Lead counsel for this case, Leon Fresco, has been out of the country on family medical leave since July 17, 2015, and will return on August 2, 2015, although he has been working on the response to the best of his ability while he is away. I was out on leave on July 24, 2015, but returned to the office on July 28, 2015 and have been working around the clock on Defendants' response since my return. Others in my office did their best to begin a draft of the response before my return.

4. The issues in this case are of utmost importance to both parties. The Court's proposed remedy has significant potential to impact the U.S. Department of Homeland Security's ability to enforce immigration laws, most notably the removal and detention provisions of the Immigration and Nationality Act. Defendants believe that

1

    it is important that the Court be fully informed about these potential impacts so that it may consider them before issuing a final order on remedy in this case. Defendants also seek to provide the Court with additional information regarding the current circumstances surrounding family detention, as those circumstances have changed significantly since the briefing in this case was completed.

5. On July 28, 2015, I emailed counsel for Plaintiffs, Peter Schey, regarding this case, to ask if he would agree to an extension of one week for Defendants' response date, and a corresponding extension for Plaintiffs' reply. Plaintiffs' counsel declined my request. Mr. Fresco and I have both emailed with Mr. Schey multiple times between July 28, 2015 and today, and Mr. Fresco has spoken to Mr. Schey by telephone, to ask if he will agree to an extension of one week, or even less. Mr. Fresco and I have both assured him that the Government is not, through this motion, seeking any extension of the 90-day implementation period, nor are we seeking to delay the case in any way, we are only seeking the time necessary to consult with our clients and obtain the information necessary to prepare our response. On July 30, 2015, Mr. Fresco informed me that Mr. Schey had agreed by text message to allow us an extension of one day, until August 4, 2015. Also on July 30, 2015, I received an email from Plaintiffs' counsel Marchela Iahdjian informing me of the same. Later on July 30, 2015, Mr. Schey emailed to inform me that Plaintiffs oppose any extension.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 30, 2015 at Washington, DC.

                                                */s/ Sarah B. Fabian*
                                                SARAH B. FABIAN