BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER EXTENDING RESPONSE DATES FOR THE COURT'S JULY 24, 2015 ORDER TO SHOW CAUSE** <br><br> **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Defendants' Ex Parte Application for Extension of Response Dates for the Court's July 24, 2015 Order to Show Cause.

UPON CONSIDERATION of the Application, and for the reasons set forth in Defendants' Memorandum of Points and Authorities in Support of the Application, the Application is GRANTED, and the Court hereby ORDERS as follows:

Defendants will file a response to the Court's July 24, 2015 Order to Show Cause by August 7, 2015. Plaintiffs will file their reply, if any, by August 14, 2014. This Order does not extend the 90-day implementation period in the Court's July 24, 2015 Order.

**IT IS SO ORDERED.**

DATED: _____, 2015.

> THE HONORABLE DOLLY M. GEE
> UNITED STATES DISTRICT JUDGE