CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org
       marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | |
| - vs - | PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF RESPONSE DATES |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | |
| | Hearing: N/A |
| Defendants. | |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
James Zahradka (Cal. Bar No. 196822)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       kyrak@lawfoundation.org
       jamesz@lawfoundation.org
       annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

This matter came on for hearing on April 24, 2015, on plaintiffs' Motion to Enforce Settlement of Class Action (Dkt. # 100) seeking an Order requiring defendants to comply with the settlement filed on January 17, 1997, and approved by this Court on January 28, 1997 ("Settlement"), and defendants' Motion to Amend Settlement Agreement (Dkt. # 120). On April 24, 2015, the Court issued a detailed set of tentative rulings on all pending matters.

Through various immigration agency tenures, Defendants complied with the Settlement. About a year ago, without consulting *as the Settlement requires*, without turning to the Court to seek modifications *as the Settlement requires*, Defendants unilaterally started detaining hundreds of *mothers* and their children, a grievous violation of the Fifth Amendment and various federal laws, and a clear violation of the Settlement as far as the children are concerned. Defendants do not come at this with clean hands. At no point since then, despite meet and confers prior to plaintiffs' filing their motion to enforce, while litigating that motion over many months, or during the almost three months provided by the Court to arrive at a mutual proposed Order, have defendants backed down and agreed to comply with the *Flores* Settlement.

Defendants offer no sound reason for any extension of this Court's deadlines. "Defendants believe that it is important that the Court be fully informed about [the] potential impacts [of complying with *Flores*] so that it may consider them before issuing a final order on the appropriate remedy in this

case." Ex Parte Application Dkt. #178 at 3. Defendants had about three months while the underyling motions were pending to explain their view of the "impact" of complying with *Flores*, and did so repeatedly in briefing and agency declarations. Since the tentative rulings were issued in April, Defendants have had an additional three months to file further admissible evidence they wished to share with the Court.

Defendants claim they "are not seeking to otherwise delay this case …" Ex Parte Application at 4. What an agency in breach should say is it is "not seeking to delay *coming into compliance with the Settlement* …" That, at least, would be a sign that an illegal unilateral breach that has harmed several thousand mothers and children is coming to an end. Defendants don't need extra time now to respond to a straightforward, fully anticipated, unsurprising OSC.

At bottom, when this Court issued its OSC it was fully apprised of all the parties' many arguments and submissions, and set its schedule accordingly. Defendants continue in breach to this day, and offer no rational reason for adjusting the Court's schedule.

Dated: July 31, 2015.

Respectfully submitted,
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

|   |   |
|---|---|
| 1 | Marchela Iahdjian |
| 2 | |
| 3 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>T. Wayne Harman |
| 4 | Elena García |
| 5 | LA RAZA CENTRO LEGAL, INC. |
| 6 | Michael Sorgen<br>Maria Victoria Castro |
| 7 | Amanda Alvarado Ford |
| 8 | |
| 9 | LAW FOUNDATION OF SILICON VALLEY - |
| 10 | LEGAL ADVOCATES FOR CHILDREN & YOUTH |
| 11 | Jennifer Kelleher Cloyd |
| 12 | Katherine H. Manning<br>Kyra Kazantzis |
| 13 | James Zahradka |
| 14 | Annette Kirkham |
| 15 | Of counsel: |
| 16 | YOUTH LAW CENTER |
| 17 | Alice Bussiere<br>Virginia Corrigan |
| 18 | |
| 19 | /s/__Peter Schey_____<br>*Attorneys for Plaintiffs* |

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 31, 2015, I electronically filed the following document(s):

- **Opposition to Defendants Ex Parte Application for Extension**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/__Peter Schey_____
*Attorney for Plaintiffs*