# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **ORDER EXTENDING RESPONSE DATES FOR THE COURT'S JULY 24, 2015 ORDER TO SHOW CAUSE [178]** |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for Extension of Response Dates for the Court's July 24, 2015 Order to Show Cause.

UPON CONSIDERATION of the Application, the Court hereby ORDERS as follows:

Defendants will file a response to the Court's July 24, 2015 Order to Show Cause by no later than August 6, 2015. Plaintiffs will file their reply, if any, by August 13, 2015. This Order does not extend the 90-day implementation period in the Court's July 24, 2015 Order. There shall be no further requests for continuance.

**IT IS SO ORDERED.**

DATED: July 31, 2015

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-