1   BENJAMIN C. MIZER
2   Principal Deputy Assistant Attorney General
    Civil Division
3   LEON FRESCO
4   Deputy Assistant Attorney General
    Civil Division
5   WILLIAM C. PEACHEY
6   Director, District Court Section
    Office of Immigration Litigation
7   WILLIAM C. SILVIS
8   Assistant Director, District Court Section
    Office of Immigration Litigation
9   SARAH B. FABIAN
10  Senior Litigation Counsel, District Court Section
    Office of Immigration Litigation
11        P.O. Box 868, Ben Franklin Station
          Washington, D.C. 20044
12        Tel:  (202) 532-4824
13        Fax:  (202) 305-7000
          Email:  sarah.b.fabian@usdoj.gov
14
15  Attorneys for Defendants

16              **UNITED STATES DISTRICT COURT**
                **FOR THE CENTRAL DISTRICT OF CALIFORNIA**
17

18  JENNY LISETTE FLORES; *et al.*,   )  Case No. CV 85-4544
                                       )
19        Plaintiffs,                  )  **ERRATA: EXHIBIT TO**
                                       )  **DEFENDANTS' RESPONSE TO**
20                                     )  **THE COURT'S ORDER TO SHOW**
          v.                           )  **CAUSE WHY THE REMEDIES SET**
21                                     )  **FORTH IN THE COURT'S JULY**
                                       )  **24, 2015 ORDER SHOULD NOT BE**
22  ERIC H. HOLDER, JR., Attorney      )  **IMPLEMENTED**
    General of the United States; *et al.,*  )
23                                     )
          Defendants.                  )
24                                     )
                                       )
25  _____)

26

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Defendants hereby submit the citation below as an errata to Defendants'

Response to the Court's Order to Show Cause Why the Remedies Set Forth in the

Court's July 24, 2015 Order Should Not Be Implemented (ECF No. 184).  The

citation below should be included at the end of page 28, footnote 23 to Defendants'

Response.

- *See also HALFWAY HOME: Unaccompanied Children in Immigration Custody*, Women's Refugee Commission and Orrick Herrington & Sutcliffe LLP, at 12 and n.81 (report co-authored by Plaintiffs' counsel stating that DHS "has the authority" to maintain custody over children "if they are apprehended with and are detained with their parent" and in cases where "children receive a final order of removal and are transferred back to DHS so that DHS can effect physical removal"); *see also id.* at 84 n.13 ("*Flores* was intended to protect the rights and well-being of *unaccompanied* juveniles in INS custody") (emphasis added); 6-7 and n.33 ("ICE should not have custody of any children other than those in family detention, those who have been ordered removed (and whom ICE is in the process of removing) or those whom ICE is transferring within 72 hours."), available at http://www.refworld.org/pdfid/498c41bf2.pdf (last visited August 10, 2015).

1

DATED:       August 10, 2015              Respectfully submitted,

2

3                                         BENJAMIN C. MIZER
                                          Principal Deputy Assistant Attorney General
4                                         Civil Division
                                          LEON FRESCO
5                                         Deputy Assistant Attorney General
                                          Civil Division
6                                         WILLIAM PEACHEY
7                                         Director, District Court Section
                                          Office of Immigration Litigation
8                                         WILLIAM SILVIS
9                                         Assistant Director, District Court Section
                                          Office of Immigration Litigation
10

11                                        */s/ Sarah B. Fabian*
                                          SARAH B. FABIAN
12                                        Senior Litigation Counsel
13                                        Office of Immigration Litigation
                                          District Court Section
14                                        P.O. Box 868, Ben Franklin Station
15                                        Washington, D.C. 20044
                                          Tel: (202) 532-4824
16                                        Fax: (202) 305-7000
17                                        Email: sarah.b.fabian@usdoj.gov

18                                        *Attorneys for Defendants*

19

20

21

22

23

24

25

26

CERTIFICATE OF SERVICE

      I hereby certify that on August 10, 2015, I served the foregoing with attachment on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants