CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
pschey@centerforhumanrights.org
marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

- vs -

JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

Defendants.

Case No. CV 85-4544 DMG (AGRx)

PLAINTIFFS' SIXTH SET OF EXHIBITS [EXHIBITS 69-115]

Hearing: N/A

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
James Zahradka (Cal. Bar No. 196822)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
kate.manning@lawfoundation.org
kyrak@lawfoundation.org
jamesz@lawfoundation.org
annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

INDEX TO EXHIBITS


| NO: | DESCRIPTION | PG: |
|---|---|---|
| 69 | Lutheran Immigration and Refugee Services (LIRS) "LIRS Urges Administration to Abandon Symbolic Reforms and End Family Detention," May 14, 2015 | 1 |
| 70 | 136 U.S. Representatives Respond to Sec. Johnson, May 27, 2015 | 3 |
| 71 | 33 U.S. Senators Respond to Sec. Johnson, June 1, 2015 | 14 |
| 72 | Comment Of Senator Patrick Leahy (D-Vt.), Ranking Member, Senate Judiciary Committee, on Changes to the Administration's Family Detention Practices, June 24, 2015 | 18 |
| 73 | Statement of U.S. Senate Democratic Leader Harry Reid (D-Nev.), May 18, 2015 | 19 |
| 74 | Statement of Senator Reid Statement On Administration's Decision To Reform Family Detention Policies, June 24, 2015 | 20 |
| 75 | "The time to end family detention is now" by Representative Judy Chu (D-CA), May 29, 2015 | 21 |
| 76 | Statement of Congressman Adam Smith (D-WA), May 15, 2015 | 23 |
| 77 | Statement of U.S. Senator Bob Menendez (D-NJ), May 14, 2015 | 24 |
| 78 | "Democratic Members Say Reforming Family Immigrant Detention Isn't Enough", June 24, 2015 | 25 |
| 79 | 96 NGOs and Faith-Based Organizations respond to Sec. Johnson, June 1, 2015 | 27 |
| 80 | LIRS Statement regarding proposed DHS reforms to family immigration detention policies, June 24, 2015 | 32 |
| 81 | Letter to Pres. Obama and Sec. Johnson from U.S. Catholic Bishops and Evangelical Lutheran faith leaders to end family detention policy, March 26, 2015 | 34 |

82 American Immigration Lawyers' Association (AILA) Statement: "Little Meaningful Change in ICE Announcement on Family Detention," May 14, 2015 .......... 39

83 American Immigration Council "Government Shows No Signs of Backing Down on Family Detention," May 14, 2015 .......... 41

84 "Texas advocates throw cold water on ICE's promises to 'fix family detention,'" May 14, 2015 .......... 43

85 Human Rights First "Reforms to Family Detention System Are Insufficient," May 14, 2015 .......... 45

86 Refugee and Immigrant Center for Education and Legal Services (RAICES), "Obama Administration Policy on Family Detention Continues to Violate the Law & Flores Settlement," May 14, 2015 .......... 46

87 National Immigrants Justice Center "Obama Administration Concedes that Detaining Mothers and Children Who Seek Asylum is Harmful and Unnecessary, Still Plans to Detain Them," June 24, 2015 .......... 219

88 Grassroots Leadership: "GEO Group tells shareholders that everything is fine in Karnes family detention center," August 5, 2015 .......... 49

89 *Jane Doe # 1, et al. V. Johnson*, et al., Case No. 4:15-cv-00250-DCB, U.S.D.C. Arizona (2015): Declarations re: conditions, Exhibits 1-17 .......... 51

89.1 *Jane Doe # 1, et al. V. Johnson*, et al., Case No. 4:15-cv-00250-DCB, U.S.D.C. Arizona (2015): Declarations re: conditions, Exhibits 18-35 .......... 129

89.2 *Jane Doe # 1, et al. V. Johnson*, et al., Case No. 4:15-cv-00250-DCB, U.S.D.C. Arizona (2015): Declarations re: conditions, Exhibits 36-50 .......... 211

89.3 *Jane Doe # 1, et al. V. Johnson*, et al., Case No. 4:15-cv-00250-DCB, U.S.D.C. Arizona (2015): Declaration of James Duff Lyall .......... 281

90 Declaration of Andrew Free, August 13, 2015 .......... 287

91 Declaration of Aseem Mehta, August 12, 2015 ....................299

92 Declaration of Brian Hoffman, August 13, 2015 ....................305

93 Declaration of Carol Ann Donohoe, August 12, 2015 ....................312

94 Declaration of Chris Christensen, August 13, 2015 ....................318

95 Declaration of David Thompson, August 12, 2015 ....................320

96 Declaration of Denise Gilman, August 12, 2015 ....................325

97 Declaration of Alan Shapiro, August 13, 2015 ....................328

97.1 American Academy of Pediatrics (AAP) Letter to Sec. Johnson re: family detention, July 24, 2015 ....................337

98 Declaration of Elizabeth Sweet, August 12, 2015 ....................339

99 Declaration of Elora Mukherjee, August 12, 2015 ....................346

100 Declaration of Johana DeLeon, August 13, 2015 ....................352

101 Declaration of Karen Lucas, August 12, 2015....................357

101.1 Lucas Ex. A - Complaint to Office of Civil Rights and Civil Liberties: “The Psychological Impact of Family Detention on Mothers and Children Seeking Asylum,” June 30, 2015 ....................361

101.2 Lucas Ex. B - CARA Family Detention Pro Bono Project Letter to Dir. Sarah Saldaña ....................375

102 Declaration of Katherine Park, August 12, 2015 ....................380

103 Declaration of Kim Hunter, August 13, 2015....................382

103.1 Hunter Ex. A - Declaration of Bessia Astrid Flores Marquez, July 24, 2015 ....................398

104 Declaration of Lara Lichter, August 12, 2015 ....................405

105 Declaration of Lindsay Harris, August 12, 2015 ....................420

105.1 Harris Ex. A – Complaint to Office of Civil Rights and Civil Liberties RE: ICE's Failure to Provide Adequate Medical Care to Mothers and Children in Family Detention Facilities ....................................423

105.2 Harris Ex. B – Redacted Affidavits re: Medical Conditions in Dilley Residential Facility (Part 1) ..............................................................432

105.3 Harris Ex. C – Redacted Affidavits re: Medical Conditions in Karnes Residential Facility .........................................................................432

106 Declaration of Luiz Zayas, August 12, 2015 ..............................................446

106.1 Zayas Ex. A - Testimony of Luiz Zayas to the Family Detention Forum, July 28, 2015 ...........................................................................................456

107 Declaration of Manoj Govindaiah, August 12, 2015 ...................................460

108 Declaration of Miranda Guerrero, August 12, 2015 ....................................469

109 RIRL v. Johnson: Declaration of Cecilia Menjivar, April 15, 2015 ..........................................................................................................................472

109.1 RIRL v. Johnson: Declaration of Lauri Heffron, April 13, 2015 ..................480

109.2 RIRL v. Johnson Declaration of Nestor Rodriguez, April 13, 2015 .............491

110 Declaration of Robyn Barnard, August 13, 2015 ........................................494

110.1 Human Rights First Fact Sheet: A One-Week Snapshot: Human Rights First at Dilley Family Detention Facility Post-Flores Ruling, August 2015 ..................................................................................503

111 Declaration of Scott Coomes, August 13, 2015............................................505

112 Declaration of Stephen Manning, August 13, 2015 .....................................509

113 Declaration of Susannah Volpe, August 12, 2015 .......................................517

114 Press Release, U.S. Dep't of Homeland Security, "South Texas ICE Detention Facility to House Adults with Children," July 31, 2015 .......................................................................................................521

115 Press Release, U.S. Immigration and Customs Enforcement, "ICE's New Family Detention Center in Dilley, Texas to Open in December," November 17, 2014 ........................... 522

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey
Marchela Iahdjian

/s/*Peter Schey*
*Attorney for Plaintiffs*