UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | August 24, 2015 |

| | |
|---|---|
| Title | *Jenny L Flores v. Loretta E. Lynch* |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Deborah Gackle |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Interested Party | Attorneys Present for Defendant(s) |
|---|---|
| David J. P. Kaloyanides | Not Present |

**Proceedings: ORDER RE OSC WHY BRYAN JOHNSON SHOULD NOT BE HELD IN CONTEMPT OF COURT FOR VIOLATING THE COURT'S ORDER RE CONFIDENTIALITY OF SETTLEMENT DISCUSSIONS [160]**

The cause is called and counsel states his appearance. Bryan Johnson is also present. Mr. Johnson admits violating the Court's May 12, 2015 Order. [Doc. # 152]. As a result, the Court finds it unnecessary to proceed to a criminal contempt trial pursuant to Fed. R. Crim. P. 42. For reasons stated on the record, the Court orders that Mr. Johnson:

1. Perform 75 hours of community service with a 501(c)(3) non-profit organization within the next six (6) months and file a certification from that organization confirming the hours completed; and

2. Complete two MCLE courses on legal ethics within one year and submit a declaration providing proof of completion.

The Court's June 29, 2015 Order to Show Cause is hereby discharged.

: 08