KATHERINE H. MANNING (STATE BAR NO. 229233)
Kate.manning@lawfoundation.org
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
LAW FOUNDATION OF SILICON VALLEY
152 North Third Street, Third Floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850

Attorneys for Plaintiff JENNY L. FLORES, et al.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

(LOS ANGELES)

| | |
|---|---|
| JENNY L. FLORES, ET AL, <br><br> Plaintiffs, <br><br> — v.— <br> EDWIN MEESE (JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY) et al.. <br> Defendants. | Case No. 2:85-CV-04544 DMG (AGRx) <br><br> **PROOF OF SERVICE BY FIRST CLASS MAIL** |

I am employed in the County of Santa Clara. My business address is Law Foundation of Silicon Valley, 152 North Third Street, 3rd Floor, San Jose, California 95112. I am over the age of 18 and not a party to the foregoing action.

I am readily familiar with the practice at the Law Foundation of Silicon Valley for collection and processing of correspondence for mailing with the United States Postal Service.

On September 24, 2015, I caused a copy of the following document(s):

- **NOTICE OF WITHDRAWAL OF COUNSEL BY JAMES F. ZAHRADKA II**

to be served on the interested parties in this action by placing a true and correct copy thereof, enclosed in a sealed envelope, and addressed as follows:

1. Katina Ancar
2. National Center For Youth Law
   405 14th St, 15th Fl
3. Oakland, CA 94612

4.
5. Marchela Iahdjian
   CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
6. 256 S. Occidental Blvd.
   Los Angeles, CA 90057
7.
8. Peter D Keisler
   Office of the Imm igration Litigation - Civil Litigation
9. US Department of Justice
   PO Box 878
10. Ben Franklin Station
11. Washington, DC 20044

12.
13. Such correspondence was deposited, postage fully paid, with the United States Postal Service on the
14. same day in the ordinary course of business.

15.
16. I declare under penalty of perjury that the foregoing is true and correct. Executed on
17. September 24, 2015, at San Jose, CA.

LAW FOUNDATION OF SILICON VALLEY

_/s/ Katherine H. Manning_
Katherine H. Manning
Attorneys for Plaintiff