David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
**DAVID J.P. KALOYANIDES**
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Attorney for Third Party
Bryan Johnson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES, *et al.*, | Case No.: 2:85-CV-04544 DMG (AGRx) |
| Plaintiffs, | PROOF OF COMPLETION |
| vs. | |
| JEH JOHNSON, *et al.*, | |
| Defendants. | |

Third party Bryan Johnson, by and through his counsel of record in this case, David J. Kaloyanides, hereby files the attched Exhibit A, the Certification of Proof of Completion of the 75 hours of community service pursuant to the Court's Order of August 24, 2015.

Respectfully submitted,

Date: March 4, 2016

David J. Kaloyanides
Attorney for Third Party
Bryan Johnson

1
PROOF OF COMPLETION

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18           EXHIBIT A
19
20
21
22
23
24

PROOF OF COMPLETION

25
26



**NATIONAL OFFICE**

8757 Georgia Avenue ● Suite 850 ● Silver Spring, MD 20910● Tel: 301.565.4800● Fax: 301.565.4824 ● Website: www.cliniclegal.org

March 3, 2016

To Whom It May Concern:

Mr. Bryan Johnson has provided eighty community service hours on behalf of CLINIC. His community service benefited seven clients who otherwise would have been unrepresented and supported CLINIC's advocacy role in the CARA Pro Bono Project. It has been a pleasure working with Mr. Johnson and we hope to continue collaborating in the future.

| **Client (Redacted)** | **Work Performed** | **Hours** |
|---|---|---|
| | Master Calendar Appearance | 2<br><br>Total Client Hours: 2 |
| | -Motion Change Venue | 2 |
| | -Motion for telephonic | .5 |
| | -Review & Analysis of BIA decision reopening matters. | 2 |
| | -Parole request, post bia decision & DHS follow up | 4 |
| | -Correspondence with ICE OPR re: criminal complaint | 2<br>Total Client Hours: 10.5 |
| | -Review of reasonable fear interview, preparation of I-589, uncludinging taking statement | 6 |
| | -Review of country conditions in Ecuador and Colombia related to potential trafficking groups operating there to corroborate account: | 2 |
| | -Review of medical records of mother and son: | 3 |
| | -research into medical personnel that operate in the STFRC where Bryan was neglected: | 2 |
| | -Letter to Texas medical board: hours | 3<br>Total Client Hours: 16 |
| | -Trial on asylum, 9 am-12:30 pm. | 3.5 |
| | -Review of CFI notes to reconcile Trial Attorney's impeachment attempts: | 2 |
| | -765 work authorization and further | |

| | | |
|---|---|---|
| | meeting and prep. with client for further hearing | 2 |
| | -Review of audio of trial to date and analysis: 4 hours. | 4 |
| | -Memorandum of law and further c.c. reserarch: 3 hours: | 3<br>Total Client Hours: 14.5 |
| ▬▬▬▬▬ | I-589 review, preparation, and two master calendar hearings: | 5 |
| | -Assistance with finding housing, including securing additional funds for their support: | 2 |
| | -work authorization in addition trying to cure clock stoppage: 2 hours | 2<br>Total Client Hours: 9 |
| ▬▬▬▬▬▬▬ | -U-visa request to ICE OPR in El Paso: | 2 |
| | -Appearance in immigration court: 1 hours | 1<br>Total Client Hours: 3 |
| ▬▬▬ | -Review of court transcript: | 2 |
| | -legal research for basis of appeal: | 2 |
| | -Brief for appeal: | 5 |
| | -Oral Argument preparation: | 2 |
| | -Oral Argument appearance: | 3<br>Total Client Hours: 14 |
| Miscellaneous Pro Bono Advocacy | -Research regarding Texas laws on licensing child care facilities: | 3 |
| | -public comment submitted regarding Texas regulations to license family detention centers: Total hours: | 3 |
| | -Research regarding rocket docket: 2 hours. | 2 |
| | -letter to cease rocket docket as related to unaccompanied and accompanied children: 3 hours. | 3<br>Total miscellaneous hours: 11 |

Sincerely,

Jeanne M. Atkinson, Esq.

Executive Director