1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org
          marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG (AGRx) |
|     Plaintiffs, | |
| - vs - | ORDER GRANTING LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL |
| LORETTA E. LYNCH, Attorney General of the United States, *et al.*, | |
|     Defendants. | [PROPOSED] |
| | [HON. DOLLY M. GEE] |

1

2   *Plaintiffs' counsel, continued:*

3

4   LA RAZA CENTRO LEGAL, INC.
    Michael S. Sorgen (Cal. Bar No. 43107)

5   474 Valencia Street, #295
    San Francisco, CA 94103

6   Telephone: (415) 575-3500

7

8   THE LAW FOUNDATION OF SILICON VALLEY
    LEGAL ADVOCATES FOR CHILDREN AND YOUTH

9   PUBLIC INTEREST LAW FIRM
    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

10  Katherine H. Manning (Cal. Bar No. 229233)
    Kyra Kazantzis (Cal. Bar No. 154612)

11  Annette Kirkham (Cal. Bar No. 217958)

12  152 North Third Street, 3rd floor
    San Jose, CA 95112

13  Telephone:   (408) 280-2437

14  Facsimile:   (408) 288-8850

15  Email: jenniferk@lawfoundation.org
             kate.manning@lawfoundation.org

16           kyrak@lawfoundation.org

17           annettek@lawfoundation.org

18  *Of counsel:*

19

20  YOUTH LAW CENTER
    Alice Bussiere (Cal. Bar No. 114680)

21  Virginia Corrigan (Cal. Bar No. 292035)

22  200 Pine Street, Suite 300
    San Francisco, CA 94104

23  Telephone: (415) 543-3379 x 3903

24

25

26

27

28

Pursuant to the Plaintiffs' unopposed application for leave to file declarations of asylum-seekers and memoranda identifying such asylum-seekers under seal, and good cause appearing therefor, it is hereby Ordered as follows:

1. Plaintiffs are granted leave to file in the public record the declarations of class members and their mothers (Exhibit numbers 2, 3 and 21-59) and Plaintiffs' Memorandum of Points and Authorities in support of Motion to Enforce Settlement and Appoint Special Monitor identifying such asylum seekers with identifying information redacted so as to protect the identities of applicants for asylum. Pursuant to 8 C.F.R. §§208.6 and 1208.6 the identities of asylum applicants are confidential.

2. Plaintiffs shall comply with all current Local Civil Rules regarding the filing of documents under seal.

IT IS SO ORDERED.

Dated: _____, 2016.              _____
                                              Dolly M. Gee
                                              United States District Judge


Presented by —

/s/_____
Peter A. Schey
Class Counsel for Plaintiffs


/ / /

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On May 17, 2016, I electronically filed the following document(s): STIPULATED APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL, APPLICANTS' ORDER GRANTING LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL [PROPOSED], REDACTED DECLARATIONS OF ASYLUM APPLICANTS, AND REDACTED MEMORANDA IDENTIFYING ASYLUM with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1