CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email: wharman@orrick.com
       egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> LORETTA E. LYNCH, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> NOTICE OF CORRECTION OF HEARING DATE ON NOTICE OF MOTION TO ENFORCE SETTLEMENT AND FOR APPOINTMENT OF A SPECIAL MASTER |

1

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       kyrak@lawfoundation.org
       annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

/ / /

Plaintiffs request that the Court and Defendants disregard the proposed hearing date on the Notice of Motion and Motion to Enforce Settlement and for Appointment of a Special Monitor ("Motion") submitted with the Application for Leave to File Documents Under Seal ("Application"), filed May 17, 2016.

When the Application is granted by the Court and Plaintiffs are able to file the Motion, they will notice an available hearing date in compliance with Local Rule 6-1.

Dated: May 17, 2016                    Respectfully submitted,

PETER A. SCHEY                         T. WAYNE HARMAN
CARLOS R. HOLGUIN                      ELENA GARCIA
CENTER FOR HUMAN RIGHTS AND            ORRICK, HERRINGTON &
CONSTITUTIONAL LAW                     SUTCLIFFE LLP

AMANDA ALVARADO FORD                   JENNIFER KELLEHER CLOYD
MICHAEL S. SORGEN                      KATHERINE H. MANNING
LA RAZA CENTRO LEGAL, INC.             KYRA KAZANTZIS
                                       ANNETTE KIRKHAM
                                       THE LAW FOUNDATION OF SILICON VALLEY
                                       LEGAL ADVOCATES FOR CHILDREN AND YOUTH
                                       PUBLIC INTEREST LAW FIRM

ALICE BUSSIERE
VIRGINIA CORRIGAN
YOUTH LAW CENTER                       /S/ PETER SCHEY
OF COUNSEL FOR PLAINTIFFS              ATTORNEYS FOR PLAINTIFF

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On May 17, 2016, I electronically filed the following document(s):

NOTICE OF CORRECTION OF HEARING DATE ON NOTICE OF MOTION TO ENFORCE SETTLEMENT AND FOR APPOINTMENT OF A SPECIAL MASTER

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*