1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | CV 85-4544-DMG (AGRx) |
| Plaintiffs, | ORDER GRANTING LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL [197] |
| - vs - | |
| LORETTA E. LYNCH, Attorney General of the United States, et al., | |
| Defendants. | |

Pursuant to the Plaintiffs' unopposed application for leave to file declarations of asylum-seekers and memoranda identifying such asylum-seekers under seal, and good cause appearing therefor, IT IS HEREBY ORDERED as follows:

1. Plaintiffs are granted leave to file in the public record the declarations of class members and their mothers (Exhibit numbers 2, 3 and 21-59) and Plaintiffs' Memorandum of Points and Authorities in support of Motion to Enforce Settlement and Appoint Special Monitor identifying such asylum seekers with identifying information redacted so as to protect the identities of applicants for asylum. Pursuant to 8 C.F.R. §§208.6 and 1208.6 the identities of asylum applicants are confidential.

2. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file the unredacted documents under seal within three (3) days of this order.

IT IS SO ORDERED.

DATED:  May 18, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE