1   CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
    Peter A. Schey (Cal. Bar No. 58232)
2   Carlos Holguín (Cal. Bar No. 90754)
    256 South Occidental Boulevard
3   Los Angeles, CA  90057
    Telephone: (213) 388-8693
4   Facsimile: (213) 386-9484
5   Email: crholguin@centerforhumanrights.org
               pschey@centerforhumanrights.org
6
7   ORRICK, HERRINGTON & SUTCLIFFE LLP
    T. Wayne Harman (Cal. Bar No. 254089)
8   Elena Garcia (Cal. Bar No. 299680)
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA 90017
    Telephone:     (213) 629-2020
10  Email: wharman@orrick.com
               egarcia@orrick.com
11
12  *Attorneys for plaintiffs (listing continues on following page)*

13              UNITED STATES DISTRICT COURT
14       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

15  JENNY LISETTE FLORES, *et al.*,          )  Case No. CV 85-4544 DMG (AGRx)
                                             )
16          Plaintiffs,                      )  PLAINTIFF'S EXHIBITS IN SUPPORT OF
                                             )  MOTION TO ENFORCE SETTLEMENT
17  - vs -                                   )  AND FOR APPOINTMENT OF SPECIAL
                                             )  MASTER [PART 3: EXHIBIT 19 PART 1]
18  JEH JOHNSON, SECRETARY, U.S. DEPARTMENT  )
    OF HOMELAND SECURITY, *et al.*,          )
19                                           )  Date:   June 17, 2016.
            Defendants.                      )  Time:   9:30 a.m.
20                                           )  Dept:   Courtroom 7
    ―――――――――――――――――――――――――                )  [HON. DOLLY M. GEE]
21

22

23

24

25

26

27

28

                                   i

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        kyrak@lawfoundation.org
        jamesz@lawfoundation.org
        annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*/ / /*

2016 Motion to Enforce Exhibit Index

1.  Declaration of Peter Schey                                         1

2.  Excerpts of Exhibits                                               66

3.  Declaration of Bridget Cambria                                     103

4.  Declaration of Carol Anne Donohoe                                  114

5.  Declaration of Jacqueline Kline                                    119

6.  Declaration of Jocelyn Dyer                                        154

7.  Declaration of Natalia Ospina                                      159

8.  Declaration of Leanne Purdum                                       162

9.  Declaration of Theresa Wilkes                                      166

10. Declaration of Amanda Doroshow                                     170

11. Declaration of Ed Mccarthy                                         173

12. Declaration of Robyn Barnard w/ Exhibits                          176

13. Declaration of Karen Lucas w/ Exhibits                            212

14. Declaration of Lindsay Harris (Flores Violations)                 285

15. Declaration of Lindsay Harris (Medical Conditions) w/ Exhibits    290

16. Declaration of Lindsay Harris (Due Process)                       375

17. Declaration of Manoj Govindaiah w/ Exhibit                        385

18. Declaration of Robert Doggett w/Exhibis                           409

19. Declaration of Alex Mensing w/ Exhibits                           557

20. CBP Memorandum. Hold Rooms and Short Term Custody. June 2, 2008   810

21. Declaration of Victor Rxxxxx xxxxxxx                              826

22. Declaration of Walter Axxxxxxxx xxxxxxxxx                         830

23. Declaration of Yeslin Lxxxx xxxxxxx                               834

24. Declaration of Sara  Exxxxxxxx xxxxx ............................................. 837

25. Declaration of Mirna Mxxxxxx xxxxx ............................................. 840

26. Declaration of Raquel Axxxxxx xxxxxx ........................................... 843

27. Declaration of Yessenia Exxxxxxxx xxxxxxx .................................. 846

28. Declaration of Celina Sxxxxxx-xxxx ............................................. 849

29. Declaration of Cesia Vxxxxxxxx-xxxx .......................................... 854

30. Declaration of Isamar Sxxxxxx xxxxxx ........................................ 858

31. Declaration of Kelly Gxxxxxxxx-xxxxx ........................................ 864

32. Declaration of Maria Dxxxx xxxxxxx ........................................... 868

33. Declaration of Lindsey Gxxxx xxxxx ........................................... 872

34. Declaration of Katerin Yxxxxxxx xxxxxxx .................................. 877

35. Declaration of Sonia Axxxxx-xxxxxx .......................................... 881

36. Declaration of Kenia  Yxxxxx xxxxxxx ........................................ 884

37. Declaration of Bianca Cxxxxxxxx xxxxx ...................................... 888

38. Declaration of Astrid Dominguez ............................................... 892

39. Declaration of Karen Zxxxxx xxxxxxx ......................................... 895

40. Declaration of Allison Mxxxx xxxxx ........................................... 898

41. Declaration of Benina Cxxxxx xxxxx ........................................... 903

42. Declaration of Evelin Jxxxxx xxxxxxxx ........................................ 907

43. Declaration of Diana Cxxxxx xxxxx ............................................ 912

44. Declaration of Amarilis Lxxxxxx xxxxx ....................................... 915

45. Declaration of Franklin Rxxxx xxxxxxxx ..................................... 918

46. Declaration of Herson Lxxxxxx xxxxx ......................................... 922

47. Declaration of Vilma Sxxxx xx xxxx ........................................... 925

48. Declaration of Leny Axxxxx xxxxxx     929

49. Declaration of Edgardo Dxxxxx xxxxxxxx     932

50. Declaration of Flember Jxxx xxxxxxxxx     935

51. Declaration of Karen Lxxxxxx xxxxxxx     938

52. Declaration of Madelyn Mxxxxxxx-xxxxx     941

53. Declaration of Faustino Cxxx     944

54. Declaration of Fanny Exxxxxxxx xxxxxxxxx     947

55. Declaration of Josselyn Mxxxxx xxxxxx     950

56. Declaration of Silvia Vxxxxxx xxxx     955

57. Declaration of Yesenia Yxxxx xxxxx     959

58. Declaration of Eloisa Rxxxxx xxxxxx     962

59. Declaration of Melvin Mxxxxxx xxxxx     966

60. Pennsylvania Dept. of Human Services letter to Berks County dated
January 27, 2016     969

61. Declaration of Dr. Luis Zayas     972

62. Declaration of Jessica Gorelick     1005

63. CARA letter to CRCL and OIG dated March 28, 2016     1010

64. Declaration of Amy Camila Colon     1027

65. Declaration of Jodi Goodwin     1030

66. Declaration of Michelle Garza Pareja     1035

67. Declaration of Amy Fisher     1044

68. Declaration of Karen Lucas     1048

69. Declaration of Katie Shephard     1052

# Exhibit 19
## Publicly Filed

## Declaration of Alexander Mensing Regarding Conditions

## for Families Held in the Custody of Customs and Border Protection

I, Alexander Mensing, make the following declaration based on my personal knowledge and declare under the penalty of perjury pursuant to 28 U.S.C. § 1746 that the following is true and correct:

1.     I am a Pro Bono Project Consultant with the CARA Family Detention Pro Bono Project ("CARA Project"), which provides pro bono representation to mothers and children detained at the South Texas Family Residential Center in Dilley, Texas ("Dilley facility"). In this capacity, I am responsible for assisting with the daily coordination of client intake interviews, meetings, legal counseling sessions, and small group information sessions. I also play an active role in training and overseeing teams of pro bono legal volunteers who arrive each week to volunteer with the CARA Project.

2.     Prior to joining the CARA Project, I worked with Central American migrants in Mexico. Since January 2013 I have visited more than ten shelters for Central American migrants and refugees in northern, central and southern Mexico. In some cases I spent over a month at a shelter working as a volunteer. During that time I spoke with dozens of Central Americans about their reasons for fleeing their home countries and the severe challenges they face during their journey to the U.S. I also collaborated with migrant rights groups and participated in advocacy work that opened spaces for Central American refugees to voice their concerns and aspirations directly to members of Mexican state and federal government agencies and international human rights organizations.

3.      The CARA Family Detention Pro Bono Project is a partnership among four organizations: Catholic Legal Immigration Network, Inc. ("CLINIC"), the American Immigration Council ("Council"), the Refugee and Immigrant Center for Education and Legal Services ("RAICES"), and the American Immigration Lawyers Association ("AILA"). The work of the CARA Project is two-fold: to provide pro bono representation and/or advice to as many *Flores* class members and their mothers detained at the Dilley facility as possible; and to advocate for the fair treatment of these families. Our on-the-ground staff as of January 2016 includes a Project Coordinator, two attorneys and me.

4.      Because the Dilley facility is located about seventy five miles outside of San Antonio, little to no legal representation exists for the up to 2400 detained *Flores* class members and mothers other than the services provided by the CARA Project. The vast majority of these families have come to the United States to seek protection from persecution in their home countries. To provide pro bono representation to this detained population, the CARA partners recruit between two and twenty-five volunteer attorneys, paralegals, interpreters, and law students to assist our on-the-ground staff each week from Sunday to Friday. The volunteers travel from all over the country, largely at their own expense. Together, the CARA staff and volunteers may meet with as many as 140 mothers or *Flores* class members on a daily basis. We assist in preparing, representing, and advocating for families in "credible" and "reasonable" fear interviews that ICE has insisted on conducting since about August 2014 before considering release of *Flores* class members and their mothers, immigration judge reviews of negative fear determinations, and, if warranted, requests for re-interviews. We also assist in bond hearings.

5.      Our intake process consists of a series of standardized steps that involve screening, interviewing, and data collection. Each client completes an intake form and is asked a series of questions about travel, entry, family, and detention conditions. This information is aggregated and collated so that the CARA Project can make assessments relating to its work and track Government compliance with applicable detention standards.

6.      In some instances, our clients' responses may trigger more thorough interviews. During these follow-up interviews, we may collect additional information about clients' experiences during apprehension, detention, and processing by the Government. At the conclusion of many of these interviews, our clients prepare declarations. CARA Project staff and trained volunteers prepare declarations based on clients' statements, review the declarations with them, provide verbatim translations in Spanish, make any necessary edits, and then clients sign their declarations.[1] The names and alien numbers of the declarants in the attached sworn declarations are on file with the American Immigration Council.

7.      On October 21, 2015, the CARA Project adopted a revised screening and intake form to facilitate comparison of responses. A copy of the two page intake form is attached as Exhibit WW.  From October 21 to December 3, 2015, I conducted 228 individual screenings. During this time period, in total, there were 953 screenings conducted by trained CARA volunteers or staff. Based on the intakes that took place from October 21, 2015 to December 3,

---

[1] Five of the attached sworn declarations  were prepared for CARA Project clients who were transferred from Dilley, Texas to the family detention facility in Berks County, Pennsylvania. Their declarations were prepared by attorneys and volunteers providing legal services at the Berks facility and were reviewed with the clients in Spanish and signed after any appropriate edits or changes were made. In some cases, clients have wanted to share the details of what they endured in CBP custody and have provided handwritten declarations which are attached with translations as Exhibits HH, II, JJ, KK, LL, QQ, UU, and VV which is a compilation of 24 of these hand written declarations..

2015, almost every family was detained by Customs and Border Protection (CBP) immediately before their arrival at Dilley, and as the declarations make clear, virtually all of them experienced abysmal conditions in CBP custody.

7.      In both the 40 sworn declarations collected from the detained mothers and children, summarized below, and intake sheets and notes entered into our database with respect to all other interviews, the women we interviewed consistently reported similar issues relating to their detention in CBP facilities.  As mentioned above, I conduct intake interviews myself on a daily basis and also regularly review the intake sheets and client case notes entered into our client database resulting from intake interviews conducted between October 21, 2015 and December 3, 2015. From this, I can share the following observations.

8.      Virtually all the mothers or *Flores* class members interviewed reported that the temperatures in the CBP facilities were too cold. They explained that this is why they commonly refer to these facilities as "hieleras" (freezers or iceboxes).

9.      Mothers universally reported that they and their children were forced to sleep on cold concrete floors, usually directly on the floor without a mat of any type, for on average one to three nights in the hielera, and then an additional one to two nights in what they commonly refer to as the "perrera" (dog kennel)—a facility located at 3700 W. Ursula Ave., McAllen, Texas)—where *Flores* class members and their mothers are detained in wire-enclosed cages. Nearly all women interviewed were detained at both a "hielera" and the "perrera," and unacceptable conditions are reported at both. Mothers also regularly reported that bright lights are left on all night in both facilities. Mothers and children regularly report that they are provided no blankets or pillows but are provided a foil sheet to cover themselves with.

9.      From my review of the intakes conducted during this time period, I estimate that up to fifty percent of the mothers reported difficulties communicating in their native language with officers while held in CBP custody. Around forty percent reported untreated medical conditions or difficulties accessing medical care for their children or themselves while held in custody.

10.      Mothers also routinely reported that there is either not enough water, no access to potable water, or no cups with which to drink any water that may be provided.

11.      Based on the 228 individual screenings I conducted from October 21 to December 3, 2015, it did not appear to me that CBP or ICE have amended their policies or practices to comply with the *Flores* settlement or the District Court's remedial order issued in August 2015. Non-compliance continues to be the norm. In short, I saw no evidence of efforts to make and record continuous efforts aimed at the release or placement of class members until a family had passed a fear interview, something that often was taking several weeks. I saw no effort to advise class members why they were being detained for reasons permitted under the Settlement or of their right to judicial review or review of their custody status before an Immigration Judge. I saw no cases in which *Flores* class members were brought before Immigration Judges to review their custody status. CBP and ICE are treating accompanied class members as if they have no independent rights under the *Flores* settlement, the position the agencies have adopted in their defense of the motion to enforce brought in the *Flores* case.

12.      A review of the attached forty sworn declarations executed by mothers and class member children held at the Dilley facility reveals the following trends regarding their experiences in CBP custody:

(1)     Almost all of the families were initially taken to CBP holding facilities comprised of concrete cells or rooms.[2] Upon arrival, school age boys and some girls were separated from their mothers and put in a cell together.[3] The separation occurred regardless of whether the children are ill.  One six-year-old boy was separated from his mother and put in a cell with older children, despite a fever and a request from his mother for medical attention.[4] When his mother complained, the guard refused to take any action.[5] By the time another guard allowed the boy to rejoin his mother, an older boy had struck him in the head.[6] In another incident, a class members separated from his mother sustained a head injury by an older minor.[7] The injured child's mother sought medical care for her child, whose head was swollen and painful, but received no pain medication or treatment.[8]

(2)     Many of the mothers and children were highly distressed at being separated from one another.[9] One mother reported seeing her eleven-year-old son "crying hysterically" through a window at the hielera.[10] Unable to help her son, she "just put [her] hands together to send him a

---

[2] *See, e.g.*, Dec. C at ¶ 5; Dec. H at ¶¶ 2, 3 .

[3] Dec. A at ¶¶ 2-3 (mother describing separation from her thirteen-year-old son at the hielera); Dec. E at ¶ 3 (mother describing separation from her eleven-year-old son in the hielera); Dec. P at ¶8 (mother describing separation from her "already traumatized son"); Dec. V at ¶4 (mother describing separation from her children upon arrival); Dec. AA at ¶ 4 (mother reporting separation from her ten-year-old son at the hielera); Dec. BB at ¶ 6 (mother describing separation from her twelve-year-old son); Dec. B at ¶ 3 (seventeen-year-old girl describing separation from her mother and CBP official's mocking response when she cried and asked to be reunited with her mother); Dec. RR at ¶ 3 (mother describing separation from her eleven-year-old son).

[4] Dec. L at ¶¶ 7-12.

[5] *Id.*

[6] *Id.* at ¶ 18.

[7] Dec. AA at ¶ 6.

[8] *Id.* at ¶ 8.

[9] Dec. V at ¶ 6 ("I felt terrible when I was separated from my children. I was crying the whole time and I could not sleep at all during the night because I kept thinking about my children and was worried about how cold they were.").

[10] Dec. E at ¶ 4.

6

signal to pray to God."[11] Another mother reported that she could see her twelve-year-old son crying from the area where she was held.[12] She recalled further that officers "told the children to stop crying or they would turn up the air conditioning and make it colder in their room."[13] Yet another mother indicated that an immigration official pulled her children by the shoulder to take them away from her.[14] When women protested their separation from their children, the guards told them that this was their "punishment" for coming to the United States.[15]

      (3)    The hieleras are very cold, and mothers reported that the air conditioning runs constantly.[16] Some families reported being so cold that their "bones began to ache,"[17] that they

---

[11] *Id.*

[12] Dec. BB at ¶7; *see also* Dec. RR at ¶¶ 5, 10 (mother describing how her eleven-year-old son was "very scared and sad. He could not sleep. They did not give him a blanket or anything to cover himself from the cold. He cried and the other boys said he was calling for me…..His eyes were swollen from crying so much.").

[13] *Id; see also* Dec. GG at ¶4 ("Sometimes the officers yelled to the kids to shut up because the children were crying so loud because of the cold.").

[14] Dec. V at ¶4.

[15] *See, e.g.,* Dec. A at ¶2.

[16] Dec. C at ¶17 (mother indicating that she and her one-year-old son were very cold); Dec. E at ¶6 (describing being "freezing cold."); Dec. G at ¶¶6, 10 (mother describing detention in a "very cold" room with her six-year-old daughter and many other people); Dec. H at ¶3 (mother with a three-year-old son describing the hielera as "freezing cold"); Dec. M. at ¶3 ("It is very cold in those rooms and sometimes they turn up the air conditioning."); Dec. N. at ¶2; Dec. O at ¶5 (mother detained with her two-year-old son describing the hielera as "freezing cold."); Dec. P at ¶8 (mother describing the hielera as "freezing cold"): Dec. Q at ¶7; Dec. R at p.1; Dec. S at p.1; Dec. T at ¶2 ("It was very cold and we slept on the floor."); Dec. U at ¶6 (mother detained with five-year-old daughter reports "freezing cold conditions."); Dec W at ¶6 (mother detained with her four-year-old and six-year-old children reported that it was freezing and the air conditioning ran constantly); Dec. X at ¶2 (mother detained with her two-year-old and three-year-old children describes the hielera as "very cold."); Dec. Y at p.1 (mother describing the holding facility as "ice cold" and "super cold."); Dec. AA at ¶5; Dec. CC at ¶2 (describing the hielera as a "freezing cold room."); Dec. DD at ¶11; Dec FF at ¶ 9; Dec.  MM at ¶4; Dec. GG at ¶4 ("I asked the officers if they could turn down the air conditioning because the kids were getting very chilly, but after I asked they actually made it colder."); Dec. NN at ¶5; Dec. OO at ¶5; Dec. PP at ¶ 5 (mother detained with her eleven-year-old twin daughters reported that it was "cold as a freezer. It was so cold that children were crying and turning purple."); Dec. II; Dec. JJ; Dec. LL; Dec.

"lost feeling in hands and feet,"[18] or that their hands and feet became "numb."[19] One mother described the cold as "unbearable" and recalled that while she herself was shaking with cold, children were crying from cold and hunger.[20] Another mother reported that she woke up with a headache from the cold.[21] One fifteen-year-old *Flores* class member reported that she could not feel her feet because she was so cold.[22] One mother reported feeling like her hair was frozen and wrapping her sweater around her son's head to keep him warm.[23] Another recounted that the "cold penetrated me to the bones" and she wrapped her small children in her jacket in an effort to keep them warm.[24] One mother reported that her ten-year-old *Flores* class member son's lips became so badly chapped from the cold that they burst, were bleeding, and he could not open his mouth to eat.[25]

(4)     While some mothers and children received "aluminum" sheets[26] to sleep under, others did not.[27] Many mothers who received the sheets reported that they did not provide

---

RR at ¶7; Dec. SS at ¶ 3 ("The 'ice box' was extremely cold and the air conditioning was on high making more cold air.").

[17] Dec. P at ¶24.

[18] Dec. Y at p.1.

[19] Dec. J at ¶5.

[20] Dec. F at ¶¶10, 13, 14; *see also* Dec. GG at ¶ 4 ("My five-year-old son was completely desperate. He was shaking and the only thing he had to cover himself was the aluminum blanket.").

[21] Dec. Y at p.1.

[22] Dec. K at p.1.

[23] Dec. S at p.1.

[24] Dec. W at ¶6.

[25] Dec. AA at ¶5.

[26] Dec. F at ¶7; Dec. J at ¶5; Dec. NN at ¶5.

[27] Dec. C at ¶4 (reporting that there were not enough aluminum sheets for everyone at the Brownsville hielera); Dec. H at ¶4 (mother refused blanket by about ten different officers for her three-year-old son shared that it "broke [her] heart to see [her] son sleeping on the floor with no blanket."); Dec. J at ¶5 (mother indicating that officers refused to give her an aluminum cover for her daughter); Dec. K (fifteen-year-old girl indicating that officers refused to give her an aluminum blanket for warmth); Dec. U at ¶7 (mother detained with five-year-old child reported

sufficient warmth.[28]  Other mothers were deterred from requesting the sheets after seeing how

angrily officials reacted when other detained mothers asked for them.[29]  One mother reported

that CBP officials made the families throw away the thin pieces of aluminum foil each day and

then withheld "new ones as punishment if we asked too many times for help."[30] Other mothers

reported that officers ordered the families held clean the cells.[31] When the families did not

comply to the officers' satisfaction, the officers reportedly punished them by taking away the

remaining mylar sheets or ordering them to throw their sheets in the trash.[32]

       (5)    After being held at a hielera (or sometimes more than one hielera) the women are

generally transferred to the "perrera." At the hieleras, most mothers and children were forced to

sleep on cold concrete floors.[33] When they arrive at the Ursula facility, families generally

---

receiving no blanket); Dec. V. at ¶4 (mother reporting that her children did not receive any
blankets for warmth); Dec. CC at ¶2 (mother reported not receiving any blankets for warmth);
Dec. PP at  ¶ 5 (mother reported that only the very young children received aluminum blankets);
Dec. SS at ¶ 5 ("I asked the officers for blankets but they told me to wait but never gave us
blankets.").
[28] Dec. N at ¶2 (mother detained with her two children reported that the aluminum sheets did not
provide sufficient warmth and her children cried because of the cold); Dec. F at ¶7 (mother
reported that "silver wrap" did not protect her from the cold); Dec. X at ¶2 (mother detained with
her two-year-old and three-year-old children reported that the single aluminum blanket for the
three of them did not provide warmth); Dec. Y at p.1. (mother who received aluminum space
blankets indicated that "everyone was shivering" and that she hugged her child to keep him
warm); Dec. BB at ¶ 4 (mother reported that her four-year-old child "trembled throughout the
night" despite having received a blanket); Dec. NN at ¶5 (mother reported that aluminum sheet
did not keep her and her twelve-year-old daughter warm).
[29] Dec. R at p.1.
[30] Dec. E at ¶ 5.
[31] Dec. Q at ¶¶ 9-10; Dec. X at ¶3.
[32] Dec. Q at ¶¶ 9-10; Dec. X at ¶3.
[33] Dec A at ¶ 4 (reporting sleeping on cement floor); Dec. B at ¶ 13; Dec. C at ¶4 (describing
how there were no mattresses at the Brownsville hielera): Dec. F at ¶ 7 (mother describing that
there were no mattresses at the McAllen border patrol facility); Dec. H at ¶3 ("Many people slept
on the floor with no blankets"); Dec. L at ¶¶ 16-17 (mother reporting that her six-year-old son
was forced to sleep on the floor"). Dec. M. at ¶ 4 (mother reporting sleeping on the cement, cold
floor with her three children); Dec. O at ¶ 7 (mother detained with her two-year-old son reported

received mats on which to sleep.[34] One mother described lying on the floor with her daughter while "freezing cold," and says, "watching my daughter cry destroyed me."[35] One fifteen-year-old *Flores* class member reported sleeping on the bare cement floor: "I started crying and I was scared. I did not stop crying for quite a while."[36]

(6) Some of the *Flores* class member children and their mothers were wet from crossing the river when apprehended and taken to a CBP station. They were provided nothing with which to dry themselves and were not given dry clothes.[37] One mother reported that her four-year-old daughter trembled throughout the night with cold because she had wet clothes from crossing the river.[38] Upon entry into CBP custody, extra layers of clothing class members and

---

that they had to sleep on the floor); Dec. Q at ¶ 7 (mother reporting that she and her child were forced to sleep on the cement floor); Dec. S at p.1 ("We slept on the floor"); Dec. U at ¶ 8 (mother detained with five-year-old daughter reported sleeping on the floor.); Dec. V at ¶ 4 (mother reporting that her children had to sleep on the floor); Dec. Y at p.1 (mother reported sleeping on the floor with her son); Dec. BB at ¶ 5 (mother reported sleeping on the floor with her four-year-old daughter); Dec. MM at ¶4 (mother reporting she slept on the concrete with her five-year-old son); Dec. GG at ¶2 (reporting sleeping on the floor with five-year-old son); Dec. NN at ¶4; Dec. PP at ¶ 5 (mother reported sleeping on cement benches with her twin eleven-year-old daughters); Dec. SS at ¶ 5 (mother reported sleeping on the "cold concrete floor" with her eleven-year-old son).

[34] Dec. T at ¶ 2("There was a mattress for my daughter but not for me.").

[35] Dec. G at ¶10; *see also* Dec. N at ¶2 ("It was very difficult to be at the hielera because my children were crying due to the cold.").

[36] Dec. K at p.1.

[37] Dec. B at ¶ 5 (seventeen-year-old girl describing being wet and cold and being refused a change of clothes); Dec. H at ¶ 10 (describing seeing other women and children "in the freezing cold room who were wet from being in the river."); Dec. M. at ¶ 4 (mother reporting that she and her three children were cold and wet from crossing the river and were not given any dry clothing to wear); Dec. O at ¶ 5 (mother detained with a two-year-old child describing how their clothes were wet from crossing the river and remained wet in the hielera because it was so cold and no change of clothes was provided); Dec. T at ¶ 2 ("Some of the women and children's clothes were wet from crossing the river and they were not given dry clothing despite the cold."); Dec. MM at ¶ 4; Dec. GG at ¶ 6 (After we crossed the river, our clothes were still wet. They wouldn't let us change clothes even though it was very cold. The whole time I was in the hielera I was in wet clothes."); Dec. SS at ¶ 3.

[38] Dec. BB at ¶ 4.

their mothers were wearing or any additional clothing they were carrying with them were generally confiscated.[39] One mother reported that CBP officials made her and her ten-year-old son throw away their shoes and they wore socks for four days, without any shoes.[40] Another mother reported that CBP officials forcibly attempted to remove earrings from her four-year-old daughter's ears, and her daughter sobbed throughout this incident.[41]

(7)    Some mothers reported that the area around the toilet was the warmest place in the cell.[42] As a result, a number of mothers and children squeezed themselves into the floor area surrounding the toilets.[43]  One mother, who resorted to trying to sleep under the toilet with her three-year-old son, reported that the "smell was horrible' and that other families used the toilets as she and her son lay next to it.[44] A fifteen-year-old *Flores* class member reported that she observed a mother and her one-year-old son in the bathroom trying to stay warm and it made her cry.[45]

(8)    CBP detention cells do not afford any privacy while using the toilets.[46]  In addition to the families lying near the toilets, mothers recounted that detained men in the

---

[39] Dec. Q at ¶ 4 (mother reported that officers confiscated extra clothing); Dec. BB at ¶ 4 ("They also took away all of our warm clothing that we could have used to cover ourselves."); Dec. MM at ¶ 4 ("The officer made me take off and turn over the extra pair of pants I was wearing."); Dec. RR at ¶ 1; Dec. SS at ¶ 5.

[40] Dec. F at ¶ 12.

[41] Dec. BB at ¶ 9.

[42] Dec. H at ¶ 5; Dec. W at ¶ 7 (mother detained with her four-year-old and six-year-old children who explains that she tried to sleep in the bathroom area because it was not as cold as the rest of the room, but "people had to step over me to use the toilet.").

[43] Dec. BB at ¶ 3 ("The room was so full that children were sleeping on the bathroom floor.").

[44] Dec. H at ¶¶ 5-6 ("Many people slept in the toilet areas. As many people as could fit tried to sleep there, and people were fighting over those spaces."); Dec. S at p.1 ("Some women had to sleep next to the toilet because there was no room.").

[45] Dec. K at p.1.

[46] Dec. O at ¶8; Dec. PP at ¶ 5.

opposite cell had a clear view into the toilet area of the women's cells. [47]  The guards also had a view into this area; one mother reported that "we would ask someone to stand in front of us while we went to the bathroom with their hands in the air so that the officers their [sic] wouldn't watch us go to the bathroom."[48]  Mothers reported that in some cells a low wall surrounds the toilets but that others can see the upper half of people using the toilet and the toilet areas have no doors.[49]

      (9)    Some of the CBP cells were so overcrowded that women had to step over one another to get to the bathroom area. Some of the mothers reported that the overcrowding was so severe, around forty to seventy *Flores* class members and mothers in a small 3 by 5 meter cell, that no one could lie down to sleep.[50]  Others reported that there was nowhere to sit because

---

[47] Dec. B at ¶¶9-10 (seventeen-year-old girl describing how adult men and CBP officers could see the area where she used the toilet and this made her feel "uncomfortable and ugly and bad."); Dec. S at p.1 ("There's a view to the men's area from the women's bathroom – when you sit/stand, the men can see and they are looking. There were no doors to the bathroom.").

[48] Dec. Y at p.1 ("The officers would look at us while we went to the bathroom").

[49] Dec. Q at ¶12; Dec. R at p.1 ("There was a toilet in the room in the corner with a short room for privacy"); Dec. T at ¶3 (There was a toilet and a sink with a cement wall high enough for people sitting on the other side of the room not to see you when you sat on the toilet, but the wall did not go all the way around the toilet and there was no door or curtain so people could see you from the side."); Dec. Y at p.1 ("There was a small wall in front of the toilets that was about three feet tall."); Dec. FF at ¶ 9; Dec. RR at ¶ 8; Dec. SS at ¶ 9 (mother reported that the bathroom wall was only three feet high and the officers could see into the bathrooms, which made her "very uncomfortable.").

[50] Dec. F at ¶14 ("We couldn't sleep because of the cold and because there were so many people that you could hardly lie down."); Dec. G at ¶6 ("There were too many people – women and children. I couldn't even lie down."); Dec. M at ¶2 (mother detained with her two children reported that they had to sleep while sitting down on the floor); Dec. P at ¶¶14, 16 (mother reported that there was no room for adults to lay down and women were forced to huddle with knees bent to save space, and that the women were all right up against each other and there was not even enough room to walk.); Dec. Q at ¶6; Dec. R at p.1 ("There were people who slept standing up"); Dec. X at ¶2 (mother detained with her two-year-old and three-year-old children reported that the family had to sleep standing up because there was no room to lie down); Dec. Y at p.1 ("There wasn't enough space to sleep because we didn't fit."); Dec. AA at ¶4 ("We had to sleep sitting on the floor because there was not enough room to lie down."); Dec. BB at ¶3

overcrowding was so extreme and that the only way to sit was by "holding your legs in"[51] and overcrowding made it difficult to access the bathroom.[52]

      (10)    Other factors also made sleep in these conditions nearly impossible. In addition to the cold temperature, the uncomfortable concrete floors, and the overcrowding, bright lights were kept on all night without being dimmed.[53] Some mothers reported that there were no windows in the holding cells and that it was impossible to keep track of time because the lights were kept on day and night.[54] More than one mother described this as "disorienting."[55] A fifteen-year-old *Flores* class member reported that she couldn't sleep and her eyes hurt because the lights were so bright and kept on "all the time."[56]

---

("There was hardly any space to lie down – we had to be very close to one another."); Dec. MM at ¶4 ("It was crowded, about 60 or 70 people were there…I did not get much sleep because there was no place to lie down); Ex. FF at ¶9; Dec. PP at ¶ 5 (mother detained with her twin eleven-year-old daughters reported that there was no space to lie down); Dec. JJ; Dec. RR at ¶7.
[51] Dec. M. at ¶ 3; Dec. Q at ¶ 6.
[52] Dec. T at ¶ 10.
[53] Dec. A at ¶ 10 (mother describing the lights being left on all night in the perrera); Dec. J at ¶8 ("Also, the lights were always on. They did not want us to know whether it was night or day so we would lose track of time."); Dec. M at ¶ 8 (mother held with her three children explaining,"[i]t is hard to tell when it is day and when it is night because there is no natural lighting inside the hielera or the perrera and the lights are always on"); Dec. O at ¶ 7 (mother detained with her two-year-old son reported that they could not sleep all night because the lights were on all night and they were so cold); Dec. R at p.1; Dec. T at ¶3; Dec. Y at p.1; Dec. AA at ¶4; Dec. BB at ¶ 5; Dec. FF at ¶¶ 10-11; Dec. MM at ¶4; Dec. GG at ¶6; Dec. OO at ¶ 5; Dec. PP at ¶ 5 (mother reporting that there were no windows and the lights were on all the time).
[54] Dec. T at ¶ 10 ("The lights were on day and night; they never turned off the lights."); Dec. DD at ¶ 12 ("We had no access to natural light. We did not know if it was daytime or nighttime. This was very disorienting. I watched my children getting sick and scared and disoriented."); Dec. NN at ¶6.
[55] Dec. J at ¶ 9; Dec. DD at ¶ 12.
[56] Dec. K at p.1.

(11)    Throughout the night, the guards took roll call, waking up class members and mothers actually able to get some sleep,[57] and one mother reported CBP officers kicked women until they stood up for roll call..[58] A sixteen-year-old *Flores* class member reports that he was unable to sleep because CBP officers would wake him and the other class members in his cell up yelling "no, wake up! You cannot sleep!" He reports not sleeping for two days.[59]

(12)    Numerous mothers and class members report that the CBP cells were very dirty.  Families arrived with mud caked on their shoes and thus the cell floors were covered with mud and dirt.[60]  Women and children had to sit and lie down on dirty floors.[61] Families generally spent one to several days in a CBP station.[62]  Class members and their mothers had no opportunity to bathe during the time they were held at the hielera and the perrera.[63]  One

---

[57] Dec. F at ¶ 14 (describing how even breastfeeding women were not left to rest but had to get up with their children to be counted by CBP officials); Dec. T at ¶ 10; Dec. W at ¶ 11 ("Frequently at night, the officers would wake us up and order us out of the room."); Dec. BB at ¶ 5 ("They also kept making us get up all the time, so sleep was really impossible."); Dec. FF at ¶11; Dec. NN at ¶6 ("Every one or two hours, the guards would make us all stand up, and go outside to get counted. This happened all throughout the day and night."); Dec. LL.
[58] Dec. A at ¶ 10 (describing how CBP officers would kick women "in their sides until they stood" for roll call).
[59] Ex UU ¶ 9.
[60] Dec. A at ¶ 4; Dec. F at ¶ 12 (describing her pants being full of mud); Dec. S at p.1 ("We were all dirty from having been in the river, but there was no soap with which to wash up."); Dec. OO at ¶ 5.
[61] Dec. Q at ¶7.
[62] *See generally* Exhibits A – VV.
[63] Dec. E at ¶ 6 (describing no access to showers); Dec. F at ¶ 12 (describing not being able to bathe and her hair ties being taken); Dec. G at ¶ 7 ("We couldn't bathe; it was disgusting"); Dec. M at ¶ 5 (mother reports that she and her three children were not able to bathe in the hielera or perrera); Dec. P at ¶23; Dec. S at p.1; Dec. T at ¶ 13 ("We had no opportunity to bathe while we were in the hielaras or the perrera, so we were unable to bathe for three days until we got to the detention center where we are now."); Dec. U at ¶ 11("My daughter and I were dirty from the trip and we were not able to shower."); Dec. X at ¶ 4; Dec. Y at p.1; Dec. MM at ¶4. ("we were not allowed to shower.").

declaration describes a woman who was held for eight days without showering or bathing.[64] Another mother reported that there was no garbage can, so used sanitary pads piled up on the floor by the toilets, and the mothers and children had to sleep next to the garbage on the floor due to overcrowding.[65]

    (13)    Hygiene supplies were very limited or non-existent. No soap or toothbrushes were provided to class members or their mothers.[66] Indeed, mothers report that CBP officials confiscated their toothbrushes and toothpaste they brought for themselves and their children and threw them in the trash.[67] Sanitary materials were not always available. One seventeen-year-old *Flores* class member reported that she had a wet, fully used sanitary napkin, was not given a replacement when she asked, and had to resort to tying pants around her waist to avoid leaking blood.[68] She reported being was embarrassed and humiliated. One mother, who reported fleeing domestic violence causing her to miscarry her unborn child at five months into pregnancy, reported inadequate access to sanitary pads for bleeding.[69] For two days, this mother reports

---

[64] Dec. D at p.1 ("There was one woman who I met who had gone 8 days without showering. She was in the "hielera" – the icebox – for 4 days and in the perrera for 4 days.");

[65] Dec. FF at ¶ 9.

[66] Dec. B at ¶ 13 (seventeen-year-old girl describing how "we didn't have any way to brush our teeth or wash our body."); Dec. E at ¶ 8 (mother describing herself and her eleven-year-old son not being able to shower or brush their teeth while held at the perrera); Dec. O at ¶ 8 (mother detained with her two-year-old son reported that there was no soap or room to shower); Dec. Q at ¶12; Dec. R at p.1 ("There was no soap. We couldn't bathe or bathe our children."); Dec. S at p.1 ("They didn't have soap"); Dec. U at ¶11 ("There was also no soap."); Dec. X at ¶4 ("nor was there soap to even wash our hands."); Dec. RR at ¶ 8.

[67] Dec. A at ¶11; Dec. X at ¶2.

[68] Dec. B at ¶¶6-7, 11;

[69] Dec. FF at ¶¶ 8 ("We were held in a hielera for two days. While there, I was still suffering from the miscarriage. I was still bleeding a lot. But no one would give me any clean clothes. No one would give me enough sanitary pads. They only gave me one sanitary pad each day, which was not nearly enough to catch all the blood.").

having blood all over her legs and clothes.[70] Mothers also reported that cells frequently ran out of toilet paper, which was not replaced in a timely way.[71]

(14)    One mother recounted that her three-year-old class member child urinated on himself, wetting his clothes.[72] When she asked to wash his clothes, CBP officials told her to take his clothes off and throw them in the trash.[73] The agents provided a clean diaper but informed the mother that there were no clothes available.[74] The three-year-old boy was left in a cold cell wearing only a diaper for two days and nights until the family was transferred to another CBP facility.[75] He developed a fever and received no medical assistance.[76] Another mother reported seeing a "little boy who had taken his wet clothing off and was naked. His hands and feet were purple."[77]

(15)    Class members and mothers routinely reported that the food provided by CBP consisted of frozen sandwiches (bread and one slice of meat) or burritos and juice.[78] Mothers

---

[70] *Id.*

[71] Dec. F at ¶ 11; Dec. T at ¶ 11 ("There was toilet paper when we arrived, but it ran out during the day. When we asked for more they told us there was none left and they did not give us any."); Dec. JJ.

[72] Dec. X at ¶ 3.

[73] *Id.*

[74] *Id.*

[75] *Id.* at ¶ 5.

[76] *Id.*

[77] Dec. CC at ¶ 3.

[78] Dec. E at ¶ 6 (mother describing being given only ham and bread sandwiches to eat); Dec. K at p.1 (fifteen-year-old girl reporting being given frozen ham sandwiches to eat); Dec. M at ¶4 ("In the hielera they gave us freezing cold ham sandwiches three times a day to eat and a  small artificial juice."); Dec. R at p.1 ("They gave us a sandwich with just frozen ham"); Dec. S at p.1 ("The ham and bread were frozen."); Dec. U at ¶ 8 (mother reported eating a frozen sandwich that she believes made her sick); Dec. BB at ¶ 6 (mother reported she and her children were fed frozen ham sandwiches); Dec. FF at ¶ 10; Dec. MM at ¶4; Dec. GG at ¶ 3; Dec. OO at ¶5.

described the food as inadequate[79] and inedible.[80]  Several of the mothers and class member children got sick and vomited or had diarrhea after eating CBP's food.[81]  One mother reported that her hungry toddlers, age two and three, repeatedly asked her for food and she had nothing to give them.[82]  Mothers also reported a lack of water.[83]  One mother reported that she and her eldest daughter experienced pain urinating from a lack of water in the "hielera."[84]  When the mothers were given water to drink, it was heavily chlorinated.[85]  They sometimes had to use their hands to scoop water from the faucet because they did not have cups.[86]  One mother reported sharing a

---

[79] Dec. C at ¶ 3 (mother describing herself and her son receiving no food in the Brownsville CBP holding facility until 5pm); Dec. F at ¶ 8 (describing how the food was "inadequate" and she did not eat for "almost a day and a half."); Dec. O at ¶ 6 (mother detained with her two year old reported that there was "virtually nothing to eat" and that her son was not given any food."); Dec. R at p.1 ("They didn't give us anything to eat that night"); Dec. S at p.1 ("There was no soap, not enough food and people were starving from their journeys"); Dec. X at ¶ 6 ("It took so long just to receive food. Many times, my children would ask me for food, and I had nothing to give them. I would repeatedly ask the offices and they would only tell me to wait."); Dec. HH; Dec. LL.

[80] Dec. J at ¶ 6 ("The food was so bad that not even a dog would eat it. We were given bread that was stale and a piece of ham that looks like an animal tongue sticking out of the bread."); Dec. K at p.1 (fifteen-year-old girl reports that the "food was so bad I wanted to vomit"); Dec. P at ¶ 17 ("They gave me some bread with some sort of ham in it and it made me throw up");

[81] Dec. H at ¶ 7 (mother reporting that her three-year-old son who became sick with diarrhea and stomach pain after eating a sandwich at the facility); Dec. W at ¶ 9 ("All they fed us at the first station were sandwiches, which made me sick and after a few days, I began to vomit."); Dec. FF at ¶ 10 ("For those of us who managed to eat, we started to get pains in our stomachs."); Dec. GG at ¶3 ("They gave us juice that gave us acid reflux. They gave us frozen sandwiches. Both kids and adults got sick from the acid."); Dec. KK (mother reported that her baby got sick from the water at the hielera).

[82] Dec. X at ¶ 6.

[83] Dec. G at ¶ 7 (mother held with her six-year-old daughter explaining, "[t]here wasn't enough water");

[84] Dec. M at ¶ 7.

[85] Dec. O at ¶ 6; Dec. W at ¶ 9 ("The water was terrible and tasted like chlorine. I couldn't drink it."); Dec. HH (mother reported that the water was dirty with a bad smell); Dec. KK.

[86] Dec. C at ¶ 4 (mother describing that the only water available at the Brownsville CBP holding facility was from sink by the toilet); Dec. R at p.1 ("There was a sink in the room and we drank from our hands."); Dec. Y at p.1 ("I asked [an officer] for water, and the officer said you're going to have water from the sink where you wash your hands. No cups.").

cup with twenty people.[87] One seventeen-year-old class member recounted being given dirty water to drink.[88]

(16)     Several mothers recalled seeing pregnant women held under these same conditions.[89] One declarant described a woman who went into labor in the hielera and was taken out to give birth, but was "immediately returned."[90] Some mothers and children were sick upon arrival at a CBP station or got sick while detained because of the cold or the food.[91] One mother believes she contracted pneumonia while held in the facility.[92] Another became so sick that she thought that she might die and was unable to care for her five-year-old daughter.[93] Little to no

---

[87] Dec. P at ¶ 18; *see also* Dec. Q at ¶ 12 (mother reported that there were "often no cups to drink water, or the cups were left by the toilet and that is not hygenic").

[88] Dec. B at ¶ 13.

[89] Dec. O at ¶ 10; Dec. S at p.1 ("We were stepping on each other because couldn't see with all the aluminum blankets – even stepping on pregnant women."); Dec. U at ¶ 10; Dec. CC at ¶3 ("I even saw pregnant women that were being yelled at when they asked for help."); Dec. NN at ¶4.

[90] Ex. PP ¶ 6.

[91] Dec. A at ¶ 6 (mother describing how her son developed a bad cold, sore throat, and had difficulty breathing); Dec. C at ¶ 20 (mother describing how her one-year-old child developed a cold and cough in the perrera and she did not get any medical attention); Dec. G at ¶ 9 (mother describing how her six-year-old daughter developed a cough and cold while in the hielera and that "many of the children there got sick."); Dec. M at ¶ 4 (mother reporting that her two youngest children got colds and began coughing while held in the hielera and remained sick after transfer to the family detention facility at Dilley); Dec. O at ¶ 9 (mother reported that she got sick with a fever and rash all over her body and CBP officials ignored her requests for medication); Dec. Q at ¶ 11 (mother describing how her daughter's cough worsened since entering the hielera and that "lots of children were practically choking themselves with the coughs they had and they were also given no treatment"); Dec. U at ¶¶ 6, 8-9 ("My daughter and I both became sick during the time we were held here because of the freezing cold conditions, the poor food, and lack of bedding and sanitary conditions."); Dec. W at ¶ 8 (mother reporting that her son got sick at the hielera and when she asked officers to take him to the doctor, "they told me to wait but they didn't do anything."); Dec. CC at ¶ 6 (mother reported that her one-year-old daughter became sick in the hielera); Dec. GG at ¶6 ("Some of [the children] got sick with a fever and they received no treatment."); Dec. SS at ¶ 4 (mother describing how she and her son were sick on arrival and were told there was no medicine).

[92] Dec. S at p.1 ("I believe I contracted pneumonia because of the place.").

[93] Dec. U at ¶ 14.

medical care was available.[94] One mother reported that when she told a CBP officer that her three-year-old son was sick, the officer ignored her.[95] Another mother recounted that when her ten-year-old son's lips were chapped and bleeding, officials did not have anything to give him to relieve the pain.[96] Several mothers reported that CBP officials regularly confiscated medication that the families had brought with them when they fled their home countries.[97] This medication was not returned to them during their time in the hielera nor when they arrived at the perrera. Medications confiscated included those used to treat a young girl's cyst,[98] and asthma medications for an eleven-year-old boy[99] and a two-year-old boy.[100] One mother recounted that when she asked about medical care for her asthmatic son, CBP officials told her, "this isn't a hospital."[101] Her asthmatic eleven-year-old class member went without his regular medication for about five days in CBP custody, and he was "really suffering" by the time he was finally transferred to the South Texas Family Residential Center.[102] Another mom with kidney stones did not even have access to potable water, and was told she could only drink out of the faucet. She became dehydrated because the water from the faucet was sour and made her want to vomit. Dec. TT ¶ 8

---

[94] Dec. B at ¶¶ 16-17 (seventeen-year-old describing lack of medical treatment for a rash that made it feel like her skin was burning); Dec. Q at ¶11 ("Nobody was treated."); Dec. Y at p.1 ("There were no doctors there, and there was a 2 ½ year old girl who came in with fever, along with other children who came in coughing with throat infections.").
[95] Dec. H at ¶ 7.
[96] Dec. AA at ¶ 5.
[97] Dec. J at ¶ 2 (mother describing CBP officials taking medicine, sanitary napkins, and undergarments).
[98] Dec. M. at ¶ 5.
[99] Dec. E at ¶ 3.
[100] Dec. O at ¶ 9 (mother detained with two-year-old son explaining how CBP officers took his inhaler and when he was having trouble breathing refused to give him anything to help).
[101] Dec. E at ¶ 3.
[102] Dec. E at ¶ 9.

(17)     Some mothers described seeing young babies held in the facilities, wrapped in paper for warmth.[103]

(18)     Several mothers reported threats and other verbal abuse by the guards.[104]  Some guards threatened to punish crying *Flores* class members by separating them from their mothers, while others screamed at women who did not want to sign documents.  One mother described how the officials slammed doors, got angry, and yelled at the children to "shut up."[105] One CBP official reportedly told a Mam speaking mother from Guatemala that she was "poor" and "nothing" and did not have any land, a house, or a father.[106] When one of the guards was reportedly asked if he had children, he replied that he did, but they were "better" than the immigrant children held in detention. He then said that if it were "up to him, he would leave

---

[103] Dec. P at ¶¶ 12-13 (mother reported that she observed mothers wrapping their babies in paper "that you wrap tamales in"); Dec. E at ¶5 (describing how one eight-day-old baby was screaming and crying because it was so cold and forced to lie on the cement floor); Dec. H at ¶ 2 (describing seeing children as young as eleven months old in the hielera); Dec. T at ¶ 13 ("There was a woman who had given birth seven days prior and they put her in the Icebox with the newborn baby."); Dec. MM (mother described seeing babies, just months old, in the hielera).
[104] Dec. O at ¶ 11 ("The officer would yell at me and say they were going to deport me. My son and I have been through so much and it was hurtful and scary to hear that."); Dec. P at ¶26 ("I had a fever the whole time and a cough, but the guards didn't care. They just yelled at all of us and insulted us."); Dec. T at ¶ 12 ("I thought we were going to be deported because of how they had yelled at us, and that made me very scared."); Dec. U at ¶12 (mother detained with her five-year-old daughter reported, "Some of the officers were very aggressive with us. For example, when they opened the door they would throw it open, made a lot of noise, and were intimidating."); Dec. X at ¶ 6 ("When we were spoken to by officers, we were yelled at."); Dec. GG at ¶2 ("They yelled at us... Immigration officers screamed at us, 'Get up you lazies/crazies.'"); Dec. NN at ¶8 ("The guards in the hieleras often taunted us. They would yell things like 'This is what happens when you come to a country that is not yours."); Dec. SS at ¶ 6 (mother reported that the officer threatened that if she did not sign deportation paperwork she and her eleven-year-old son would be kept in the hielera without food and her son's illness was going to get worse.).
[105] Dec. II; *see also* Dec. MM ("The people who watched the cell do not have a heart. They humiliate you, they yell at you, they physically and emotionally assault you.").
[106] Dec. I at p.1.

[her] child to starve."[107] One mother reported that officials insulted her son, using "bad words," and that an official almost hit him because her son asked for a cookie.[108] Another mother, with a sick child, was reportedly told to sign for her deportation because she was "just a fucking migrant". Dec. SS ¶ 6. The officer then threatened that if she didn't sign she would be held longer in the hielera without food and that her son's illness was going to get worse. *Id.* Another mother summarized the treatment of the guards by saying that they "do not have a heart, they humiliate you, they yell at you, and they physically and emotionally assault you." Dec. QQ.

(19)   Some guards are reported to have used foul language, mocked, or laughed at the detained families.[109] One mother recalled that when she asked to use the bathroom, an officer replied, "What the fuck do you want?" and then refused to let her do so.[110] Another officer observed children sleeping and said, "Fuck you babies."[111] Other officers reportedly yelled, "Long Live…" followed by the name of a political candidate that the mothers did not recognize, and insisted that the candidate would deport all immigrants.[112] Another mother heard an officer say that he likes to use the camera "to take pictures of himself and his penis, because he likes to look at the size of his penis." Ex. TT at ¶7. The officer then said that he sometimes takes videos

---

[107] Dec. H at ¶ 12.
[108] Dec. HH.
[109] Dec. A at ¶ 11 (describing how she was treated with "total disrespect" and that "many of the CBP officers laughed in my face and then mocked and mimicked me if I started crying."); Dec. N at ¶ 4 (mother detained with her two children recounted that an officer yelled at her and told her she would be sent back to Guatemala, despite her expressing fear of return, and that when she cried, the officer began to laugh).Some women also reported harsh physical treatment by the guards.  On October 26, 2015, I personally conducted an intake interview with a mother who recounted that guards kicked her eleven-year-old son, as he lay sleeping on the floor, to take him to another holding facility. One of the guards told her that she was in the United States now so she had to do what he said. Other women reported that guards kicked women who did not walk fast enough and prohibited women from lying down.
[110] Dec. A at ¶8;
[111] Dec. R at p.1 ("The officer interviewing me said "fuck you babies" and laughed at my kids.").
[112] Dec. C at ¶15; Dec. T at ¶8.

of himself and his girlfriend under the covers. Ex. TT at ¶7. This mother was an English speaker and CBP officers used her to interpret for other families, even waking her up in the middle of the night to do so. Ex. TT at ¶¶ 10, 13.

(20)    When women protested the separation from their children, the guards responded that this was their punishment for coming to the United States.[113]  In one instance, guards told the women that they had to stand and could not lie down.[114] In another instance, a guard refused to pass a sweatshirt that a mother had to her son in another cell.[115]

Some women said that immigration officials did not ask them if they had a fear of return to their home countries.[116] A number of women reported that officials pressured them into signing documents that they did not understand.[117] One twenty-year-old Mam-speaking mother from Guatemala reported that an official threatened to punish her if she refused to sign papers that she had already told him she did not understand.[118] Another mother reported that CBP officials made the room colder to punish the mothers if one of them refused to sign a removal order immediately.[119] Another mother reported that an official "slammed down" the papers that

---

[113] Dec. A at ¶9 (mother describing how CBP officers told her she tried to catch glimpses of her son from a distance, she should let her thirteen-year-old son "become a man" and that his testicles were large enough for him to act like a man);

[114] Dec. S at p.1.

[115] Dec.

[116] Dec. Z at ¶¶2-3 ("When I was interviewed by the Border Patrol officer he never asked me if I understood what he was saying. He also never asked me if I had a fear of returning to my home country. I do have a fear of returning to my home country.").

[117] Dec. S at p.1 ("When the officers wanted us to sign the deportation orders, one of my friends asked for an interpreter so she knew what she was signing and they told her there were no interpreters."); Dec. Y at p.1 ("They gave us the papers in English to review but didn't tell us what they said in Spanish. I thought it was a deportation order.").

[118] Dec. I at p.1.

[119] Dec. CC at ¶ 5.

he wanted her to sign.[120] Some mothers recalled hearing officials say that if they refused to sign for their own deportation, the officer would sign for them.[121] One mother explained that "[t]he officers threatened that if I didn't sign, they would deport me."[122] Another mother reported that an officer warned her that if she did not sign the deportation paperwork, she and her class member son would stay in the hielera "without food" and that her eleven-year-old son's illness was going to get worse.[123] Mothers often stated that if they refused to sign for their deportation, officers repeatedly returned to their cell with the paperwork insisting that they sign.[124] One officer told the mothers that they "don't have any rights."[125]

(21)   Customs and Border Protection officials ignored one mother when she explained that her two twin boys were citizens of the United States and transported the family to CBP station.[126] When the mother explained to a second immigration official that the father of her children was born in the United States, the officer ordered the family deported.[127] The family remained detained from November 17 to November 28, when advocacy by attorneys with the CARA Project secured their release.[128] Another mother immediately informed a CBP official that her daughter was a U.S. citizen, born in Florida, but the official "didn't seem to care" and again detained the child regardless of her U.S. passport.[129]

---

[120] Dec. C at ¶ 9.
[121] Dec. J at ¶ 10; Dec. S at p.1 ("Officer [name unknown] told me that he would sign for me if I wouldn't sign, and that they were just going to send me back.").
[122] Dec. G at ¶ 8; Dec. FF at ¶ 12.
[123] Dec. SS at ¶ 6.
[124] Dec. Q at ¶ 14 ("With the women who were timid and did not defend themselves the officers came three or four times to demand that they sign their deportation orders.").
[125] Dec. C at ¶ 13.
[126] Dec. DD at ¶¶ 9.
[127] *Id.* at ¶¶ 14-16.
[128] *See generally* Dec. DD.
[129] Dec. EE at ¶¶ 3, 5.

(22)   Families initially detained at CBP stations were often woken up in the middle of

the night to be transported to the perreras, although they were not told where they would be

taken.[130]   Mothers described the "perreras" as warehouses separated into areas by chain-link

fencing.[131] Older children were separated from their mothers in the perreras.[132] One mother

reported that boys as young as five years old were separated from their mothers.[133]   When one

mother begged CBP officials to let her see her son because he was sick and had asthma, CBP

officials said that she should be "happy that he was still here and that he might be shipped away

---

[130] Dec. G at ¶ 11 (mother describing being transferred to the second border patrol station at
night); Dec. T at ¶ 12 ("They did not tell us anything about where we would go next of when we
would leave."); Dec. W at ¶ 5 ("On the third night around three in the morning, they took me to
the second border patrol station, also known as the 'perrera,' which was close to the first
station."); Ex. GG at ¶5 (Anytime there was a transfer from the hielera to the perrera they took
people in the early morning and they would not say anything – we had no idea where we were
going.").
[131] Dec. D at p.1 (describing the perrera as a place "with many cages, around 20-25 where they
put all the people. There is fencing from the floor to the roof. The sounds of the cries of people
suffering are like dogs howling."); Dec. Q at ¶ 16 ("We were taken to the perrera, a big
warehouse divided into little rooms by chain link fences."); Dec. CC at ¶ 8 ("On Saturday night,
we were moved to the perrera, which have cages for animals that they put humans in."); Dec. GG
at ¶5 (After two days, officers transferred my son and I to the perrera. They call it that because
they put us into rooms that look like kennels. They put us behind bars. They're like prison
cells."); Dec. OO at ¶ 6 ("We were still incarcerated, like inside of a cage."); Dec. PP at ¶ 7
(mother detained with her twin daughters described the perrera as "a room with a lot of cages
like you were trapping animals.").
[132] Dec. A at ¶ 7 (mother explaining that her thirteen-year-old son was taken from her again and
all children, girls and boys, age six and older were separated from their mothers); Dec. B at ¶ 14
(seventeen-year-old girl describes briefly seeing her mother on the way to the perrera but being
separated upon arrival); Dec. D at p.1 ("Children who are 8 years old or older are separated from
their mothers and kept in separate cages."); Dec. E at ¶ 7 (mother describing separation again
from her eleven-year-old son); Dec. F at ¶ 6 (mother describing separation again from her ten-
year-old son at the perrera); Dec. Q at ¶ 17 (mother describing separation from her daughter);
Dec. E at ¶ 7 (mother describing being able to speak to her eleven-year-old son for the first time
in three days, but being separated again upon transfer to the perrera); Dec. RR at ¶ 11 (mother
describing separation in the perrera from her eleven-year-old son).
[133] Dec. CC at ¶ 9.

in the future."[134] One mother described her nine-year-old son being taken away from her in a perrera, who later told his mother that he did not eat because he was too upset about being separated from his mother.[135]

(23)    Many mothers complained that the perreras was very cold.[136] They also highlighted that food was terrible and children cried because they were hungry.[137] Mothers described the perreras as windowless buildings and the lights, again, were on all day and night.[138] Mothers report that they and their children slept on the floor, sometimes on mats.[139] Families often did not have the opportunity to bathe.[140] Harsh treatment by guards continued in the perreras. In one case, a three-year-old boy was separated from his mother and held on his own behind chain-link fencing because he had "misbehaved" and been "impertinent."[141] Guards threatened to separate smaller children from their mothers and "put them in a cage alone if they were not quiet."[142] One mother reported an officer would yell at the mothers and children, "get up, burritos."[143]

---

[134] Dec. E at ¶ 7.
[135] Dec. Z at ¶¶4. ("They separated me from my son and we both started crying.").
[136] Dec. D at p.1 ("I had to curl into a ball to keep warm because [the small thin blanket] was too cold to cover my body. The room was cold because the air conditioning was blasting.").
[137] Dec. D at p.1.
[138] Dec. D at p.2 (mother describing she and her four-year-old daughter held at the perrera for five nights and four days, but that she had trouble keeping track of days when she was at the perrera because the lights were constantly on); Dec. M at ¶ 8; Dec. GG at ¶¶ 6, 8.
[139] Dec. M at ¶5 ("There, we were able to sleep on mats, so at least we did not feel the cold of the floor as much"); Dec. NN at ¶9 (reporting mother and twelve-year-old daughter lying on mattresses on the ground).
[140] Dec. T at ¶13.
[141] Dec. D at p.2.
[142] Dec. D at p.1.
[143] Dec. KK.

(24)    In sum, as one mother described it, the CBP conditions are "not sufficient for

humans" and "clearly punishment."[144] A mother detained with her two- and three-year-old

children stated, "I felt that treatment that the officers gave us was worse treatment than you

would give an animal."[145] Another mother described how she "suffered more humiliation in CBP

custody than I have in my entire life,"[146] while another says she is "tormented" by what she and

her children endured in CBP custody.[147] Many women express that they expected to find safety

and refuge in the United States, and were horrified to encounter conditions that reminded them of

the suffering they were trying to escape. A woman fleeing Guatemala who was held captive in a

room for two years states that being incarcerated in the hielera "brought back the same memories

of terror ... I never thought that the abuse that forced me to flee would be forced on me again for

asking for help from the United States." Dec SS at ¶ 11. The declaration from a seventeen-year-

old class member girl held in CBP custody concludes, "I just hope that another young girl

doesn't have to experience feeling as awful and degraded as I did when I was at the hielera."[148]

I declare that the above facts are true and correct to the best of my knowledge. Executed

this 25ᵗʰ day of March, 2016, in the County of Frio, State of Texas.

Alexander Mensing

---

[144] Dec W at ¶ 13 ("The conditions in these stations are clearly punishment and need to change.
They are not sufficient for humans, even if we did come into the country without permission.");
*see also* Dec. H at ¶ 11 ("Many times, such as when I asked for a blanket because it was so cold,
the officers told me that being in the hielera was our punishment for coming to the United
States."); Dec. MM (mother reported being treated "like an animal").
[145] Dec. X at ¶ 6.
[146] Dec. A at ¶ 11; *see also* Dec. DD at ¶ 11 (describing the hielera as "very humiliating.").
[147] Dec. G at ¶ 12.
[148] Dec. B at ¶19.

# Exhibit A

**Declaration of** ██████████ **(A#** █████████

**Regarding CBP Conditions**

I, ██████████████ (A# ████████ ), declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████ I was born on ██████████████ in Honduras.
2. I fled to the United States to seek asylum. After a long and challenging journey, my 13-year-old son, ██████ and I arrived in Texas on November 8, 2015.
3. I am a single mother and my son and I only have each other. He means everything in the world to me and I love him so much. When we arrived at la hielera, they took my son away from me, and did not let me see him until we were transferred. When I asked to see my son, just to know that he was okay, CBP refused. One officer told me, "You are not in your country, you can't get what you want. You are in America now!"
4. At la hielera, we had to sleep on a cement floor. Many of the women and children had wet, dirty clothing from our long journeys, but we were not permitted to change our clothes. As a result, the cement floors where we slept were caked in mud. All night, the lights were kept on, making it even more difficult to get sleep. Babies were crying, and people were very upset and scared. Role call was taken in the middle of the night, so everyone was woken up.
5. After a full day, one night, and part of the next day, ██████ and I were transferred to la perrera. Before I left the hielera, a female CBP officer frisked me and the other women. As she was doing it, she aggressively patted my breasts and crotch, focusing specifically on those areas of my body. I felt very violated, but at the same time, I was so vulnerable and helpless. I felt like there was nothing I could do. I was afraid that if I complained, things would get worse, or I wouldn't get to see my son.
6. ██████ and I only saw each other briefly during the transit from la hielera and la perrera. ██████ looked so sad and sick when we saw each other. He had a very bad cold, sore throat, and was having difficulty breathing. I was so worried about my son. ██████ was given a single dose of medicine, but after that, the CBP officers refused to help him.
7. At la perrera, all children age 6 years and older were taken away from their mothers—both girls and boys. The separation took place in a very cruel fashion. Without warning, our children ages 6 and over were taken for medical exams. After the exams, they were placed in different holding cells then us. When we figured out what had happened, everyone was crying for their children.
8. At la perrera, there was no bathroom in the room where I was being held, so I had to ask a CBP officer for permission to use the toilet. There was one particularly mean CBP officer who refused to let me use the toilet. When I approached him, he said "what the fuck do you want?" I told him I needed to use the bathroom, but he refused to let me go. I had to wait and hour for the shifts to change so that another CBP officer would let me go.
9. My son was kept 4 cells away from me at la perrera. I sometimes tried to catch glimpses of him in the window. I was so scared for him. The CBP officers would shout at me, and demanded that I sit back down. All I wanted to do was see my son. They also told me, "Let him become a

585

man." They said I was making him a woman by asking to see him so much. They also told me his testicles were big enough for him to act like a man. This made me so upset.

10. While I was at la perrera, the lights were always on, even at night. CBP conducted role call in the middle of the night. CBP made us stand up and walk outside of our cell, even the small children. If women didn't get up fast enough, the CBP officers would kick them in their sides until they stood. They also yanked the blankets off of the women. Many of the children cried during this process. It was very scary for them and they were sleepy. The CBP officers shouted at the mothers and said "Shut your kids up! We don't want noise!" The mothers desperately tried to cover their children's mouths with their hands. It is hard for babies not to cry when they are woken in the middle of the night.

11. I suffered more humiliation in CBP custody than I have in my entire life. My son and I were not permitted to brush our teeth, shower, or change our clothing for 4 days. ████ and I had brought toothbrushes and toothpaste with us on our journey, but CBP threw them in the trash. I don't know why. When I asked for something basic like to see my son or use the toilet, I was treated with total disrespect. Many of the CBP officers laughed in my face, and then mocked and mimicked me if I started crying. It was awful.

12. My son and I fled terrible things in our home country of Honduras, and were so sad to be treated so poorly when we arrived in America.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

████████████████████

Date __11/13/2015__

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ████ ████ in Spanish.

Sandra Lopez

Date __11/13/15__

# Exhibit AA

I, ▮▮▮▮▮▮▮▮▮▮ declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ▮▮▮▮▮▮▮▮▮ I was born on ▮▮▮▮▮▮▮▮ in El Salvador.
2. I was detained on November 12, 2015 with my ten year old son ▮▮▮▮▮▮▮▮▮▮▮
3. I entered the United States at the border of Texas with Mexico.
4. I spent two days in the hielera with my son and it was horrible. My son and I were instantly separated and he was put into a different room with other boys, some of which were much older than him. We could barely sleep because the lights were left on all night. We had to sleep sitting on the floor because there was not enough room to lie down.
5. The hielera was also freezing cold. It was so cold that my son's lips began to chap. His lips were so chapped that they burst and his lips were bleeding. I asked for some medicine for my son's lips but the officers said they did not have anything. They couldn't even give him some Vaseline. My son's lips got so bad that he couldn't even open his mouth to eat.
6. The second night we were in the hielera my son was harassed and hurt as well. That night he was standing and there were older boys bothering the boys sleeping. My son was pushed and tripped over one of the boys sleeping. My son then fell and hit his head on the corner of a cement bench.
7. He hit the left side of his head. His left ear and the left side of his head started to swell and were red. His left eye was also red and started to swell. My son was in a lot of pain.
8. The officer brought my son to me and told me I needed to take him to the doctor. I told the doctor what happened. She looked at my son and then let him go. She did not give him anything for the pain or even ice to help the swelling.
9. My son's pain on his head continued. The next day after it happened he started crying because the pain was so much. I asked an officer again for medicine to help my son with the pain but they didn't give him anything.
10. I feel like it isn't right how my son was treated in the hielera. Children should not be mistreated like my son was. Supposedly the laws in the United States are supposed to make sure people are treated right, but that is not what happened with my son.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

11/20/15

Date

588

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ████████
████████ in Spanish.

11/20/15

Amanda Doroshow                                        Date

# Exhibit B

DECLARATION OF ▬▬▬▬▬▬

1. My name is ▬▬▬▬▬▬ I am 17 years old. I was born on ▬▬▬▬▬▬

2. On November 5, 2015, I arrived in Brownsville, Texas. I was with my mother, ▬▬▬▬▬▬ We were alone, and very wet, and the mosquitos were biting us.

3. We were brought to a big station, like a police station. I was separated from my mother, and put in a cell all by myself. I kept asking to be together with my mom, but the officer told me no. He told me it was my punishment: "This is what you pay for coming here illegally." This officer laughed at the situation I was in. He laughed at me and I felt so small and like I was worth nothing. When I cried for my mother again, he even pretended like he was going to let me go to her, but then when I stood to walk through the cell door, he slammed it on me, and laughed again.

4. Another officer told me not to cry, that we would leave soon, and he brought me a cookie.

5. It was so cold, and I was wet. I asked for a change of clothes, but was told there were none.

6. I had my period at that time, and I asked the officers for a sanitary napkin, but they told me there were none. I only had the one I had been wearing when we arrived, and it was wet from the river, and soaked through. I needed a new one, but they didn't have any.

7. I felt awful. It was so embarrassing, because I was afraid I would be leaking blood and people would see.

8. There was a cell of little boys next to me, maybe 5 or 6. They couldn't see me. But there was a cell of big men across from me, other detained individuals, and those men could see into my cell. They could even see where I had to go to the bathroom.

9. The place where I had to use the toilet was not private. The men could see in, and the officers, who were also all male. This made me feel very uncomfortable and ugly and bad.

10. I cried the whole night and could not sleep, and kept asking to be with my mom. I was afraid. I was alone in the cell the entire night.

11. I was also very itchy, from bug bites and a rash all over my legs. My legs were all red, and even bleeding from being so irritated. I asked for some help, but nobody helped me.

12. I took off my pants to wrap all around my waist, since I was not given a sanitary napkin. But then my legs were bare. I was so cold, still wet, and alone.

13. We didn't have any way to brush our teeth, or wash our body. The water they gave us to drink was dirty. We had to sleep on the floor. It was so very cold. Especially because I was alone.

14. I didn't see my mom again until they took us out of the hielera. I was so scared. I kept crying for her. But when they took us out of the hielera, we saw eachother, on the way to the perrera. But once we got to the perrera, we were again separated.

591

15. Finally, in the perrera, they gave me a change of clothes. But they didn't give any to my mom. She was still in the clothes we had crossed the river in.

16. I told them about my rash, and they told me to wait, that somebody would come see me. But that first day, I just waited, and finally they told me that there was no more time to see a doctor or nurse. So I just waited some more.

17. When I got to wash myself, it was worse. I felt like my skin was burning. But I still wasn't taken to see any doctor or nurse.

18. It wasn't until the third day, just before we left for the big detention center, that someone gave me some cream.

19. I just hope that another young girl doesn't have to experience feeling as awful and degraded as I did when I was at the hielera.

This statement has been read to me in Spanish, a language I understand.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.



Date: 11/14/2015


**Interpretation Certification**

I certify that I am proficient in the English and Spanish languages and that the foregoing was recited to me in Spanish, and that I read the foregoing to the declarant in Spanish.

Maureen Ketler Schad

Date: 11/14/2015

# Exhibit BB

**DECLARATION OF** ██████████████████ **(A#** ██████

I, ████████████████████ (A# ████████, declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████████ I was born on ████████████ in Honduras.
2. After I was caught crossing the border, the officials put us in the hielera. Things were really bad there. We were there two nights and one day.
3. There were around forty of us in one room. There was hardly any space to lie down—we had to be very close to another. We also stayed close to each other because it was so cold in there. The room was so full that children were sleeping on the bathroom floor.
4. The cold was even worse during the night. I asked an official for blanket, but they only gave me one paper blanket for my daughter to use. My daughter, ████████ was trembling throughout the night because she had wet clothes from crossing the river. She is only four years old. My clothes were also wet, and I had no blanket. They also took away all of our warm clothing that we could have used to cover ourselves.
5. We slept on the floor, but we couldn't really sleep because the lights were on and they were very bright. They also kept making us get up all the time, so sleep was really impossible.
6. They separated my son ████ from me and kept him in a room with other children. He is only twelve. He told me that room was also very full of many children. They fed them frozen ham sandwiches three times a day with a little bit of juice. This is also what we were fed.
7. My son was very sad. He could see me from the room where he was and he was crying. The officers told the children to stop crying or they would turn up the air conditioning and make it colder in their room. An officer also told him that, if it was up to him, he would have already deported all of the children and their mothers back to their country.
8. The whole time I was separated from my son without a chance to even speak with him. This made me very sad because I know my son isn't used to being apart from me. My son was very scared and sad. He doesn't like to think about his time in the hielera. When we talk about it now, he cries, which is very unusual for him.
9. My daughter also struggled. The officers told me we had to take off her earrings, and I told them that they wouldn't come off. They took one of the earrings off of her by force. The other one they could not take out, but they tried so hard that they bent the earring. My daughter was sobbing the entire time.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

████████████████████

_26/11/15_

**Date**

1

594

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ████ ████████████ in Spanish.

Jordan Cunnings

████ 11/20/15

Date

595

# Exhibit C

Declaration of ███████████████ A█████

1. I, ██████████████████████ fled Honduras in September of 2015 to seek asylum in the United States of America with my son ████████████ (DOB ██████. We crossed into the United States from Reynosa or nearby Reynosa, Mexico and were detained by agents of the US government on October 25th. We are currently detained at the South Texas Family Residential Center in Dilley, Texas.

2. When we were detained on the 25th, they took to a *hielera* in McAllen and locked us in a room. We spent the night there. They did not interview us or anything. Then they took us to a different *hielera* around midday. The *hielera* in McAllen was very very full of people, that is why they told us they were taking us to a different *hielera*.

3. They took us to the Brownsville *hielera*. They did not feed us lunch that day, so my son and other women's children were crying because they were hungry. We asked for food, but they kept telling us to wait. It was not until almost 5pm that we were given something to eat. First a nice man gave the children cookies and a juice, and then he gave us food to eat. The food was burritos. He was the only nice person there, he made sure we ate enough.

4. In the *hielera* there are rooms made of cement. There were some aluminum sheets in the corner for us to cover ourselves with, but they were used and there were not enough for everyone. There were no mattresses in our room. The only water to drink was from the tap in the sink by the toilet.

5. They took me out of the room for an interview at around 5:30pm or 6:00pm. I sat down at a desk with an official named Carlos Navarro. He asked me for my name, weight, height, country of origin, city of origin, my son's father's name, that kind of personal information. Then he told me to go back to my room and wait. As I was leaving he asked why I had left my country. I was already standing to leave, so I quickly told him I wanted a better place for my son, I did not tell him the story of why I left.

6. He called me back about a half an hour later and we started the interview. He asked why I left my country. I told him that I left because my partner abused me and drank a lot and I did not want that for my son. He asked me for my religion, I said I was Catholic. He asked if I wanted to work, I said yes, for my son.

7. Then he asked why, if our country was so messed up, we came to the US for help. He said that if our country had problems it was our own fault for voting for the president of our country. He always made the example to me and other women, he would say, "Do you think it is okay if your neighbor's children come to your house and take your food or your money? That's not right is it? How would you feel if you had to take care of them, when it is not your responsibility?" He implied that we were like that. That made me feel horrible, it made me cry. He said those things in a very rude, agitated voice.

8. During the conversation he told me I could call my consulate. I said that I would like to call my family, and he did not let me. He said it costs the US government money to make that phone call, and that my government does not pay for it. That it was my problem. "We don't have to solve your personal problems," he told me.

597

9. One of the women who was interviewed before me said that they would give us papers to sign and not to sign because they were deportation papers. So when it was my turn and he wanted me to sign I said that I did not want to sign my deportation. He slammed the papers down on the desk and he got up and left. Then he came back and said "you aren't going to sign? This signature is just to say that these are your fingerprints." He gave me another document and he said they were the questions he had asked me, and to sign them.. I signed. Then he gave me a document that said I didn't bring any money, so I signed it.

10. Then he held up a document and said this is your deportation, "are you going to sign?" I said no. He said it doesn't matter if you sign or not, you are going to be deported. He told me that my answers on the paper were not going to be of any help with a lawyer so I would get deported no matter what. He said if you don't sign I don't care, it's just as well, we'll deport you even faster.

11. He also said to me, "why didn't you ask for a visa and wait in line like everyone else? You come to the border and you enter by force."

12. Then he did my baby's documents, I signed the same documents for my son and I did not sign the deportation order for my baby.

13. While the officer was writing things down, the women in the rooms were talking at the door to their rooms, they were asking why we could not make a phone call. The man interviewing me went over and said to the women who were there talking "are you asking for your rights? You don't have any rights."

14. Another woman detained in the *hielera*       said she had signed the deportation order because they did not explain to her what it was, but then she found out what it was and she was asking them about it. The officer who was interviewing me said to     that she was talking a lot and being a bother. Then he shouted at the group of women, he was very mean, he said the same thing he had said to me. "If your neighbor's kids go into your house and take your food and your things, how would you feel?" He always used that example. He told us our own government has to take care of our problems, not the US government.

15. A lady who was in an office above the people interviewing us came down and said she would send for a bus and deport all of us right then, and said "*que vive y que vive*" [long live, long live] and the name of some president or someone who wants to be president who will deport all of us. She told us we only come here to have kids and for the US to maintain them with the US government's money. "You always want the government to give you a house and food," she said.

16. All of the things that happened in the *hielera* made me feel very badly. When Officer Navarro was interviewing me he asked me if I thought he was a bad person. I said no, I did not think so. If he says those things maybe some of them are true. But I told him we are not bad people and we did not come to beg. He just smirked at me and did not say anything.

17. It was very cold in the *hieleras*. My son does not like to be covered or have lots of clothes on, it makes him cry a lot. But I had to cover him as much as possible in the *hielera* because it was so cold. He was very uncomfortable and he is only a year and seven months old.

18. In the middle of the night they read a list of names and said we were going to leave. They did

not tell us where we were going. I thought they were going to deport me. I felt awful, we all started crying.

19. They put us in a car and took us to the *perrera*. They did not give us food when we left. When we got to the *perrera* they gave us some cookies and chips before we went to sleep. There were mattresses there and there were new aluminum paper blankets for us, not used ones like in the *hielera*. In the *perrera* there was a private bathroom, not like in the *hielera* were there is not. In the *hielera* everyone can see each other when they are going to the bathroom.

20. It was also cold in the *perrera*, and my son got sick with a cold and a cough in the *perrera*. Nobody gave medical attention to my son until we got here to this detention center in Dilley, Texas. By the time we got here he was much sicker, with a very runny nose and a cough.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

10/30/15
Date

I, Alexander Mensing, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to the affiant in Spanish who verified that its contents are true and accurate.

So sworn this 30th day of October, 2015.

Signature

599

# Exhibit CC

**DECLARATION OF** ███████████████████ **(A** ███████████ **)**

I, ███████████████████ (A# ███████████), declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ███████████████████.

2. I entered into the United States in and around October 16, 2015 with my daughter. When I crossed the border, I wanted to turn myself into the border patrol to ask for asylum. When I saw border patrol, they took me to a hielera or "ice box" where I had to sleep on the floor with my daughter in a freezing cold room without any blankets.

3. I was scared because there were so many people in the hielera so I could barely walk or move. All of the people there were women and small children. I even saw pregnant women that were being yelled at when they asked for help. There were women and children with wet clothing on and they wouldn't give them a change of clothing, so there was a little boy who had taken his wet clothing off and was naked. His hands and feet were purple.

4. The officials in the hielera told us we could sign our order of deportation. For one person in particular, they said they should sign the removal order and would get mad if they didn't.

5. The officials would get angry with us if we didn't say yes right away when they called us. They would get mad and then make the room colder to punish us.

6. My daughter, ███████████████████, started to feel sick while she was in the hielera. ███████ is one year and seven months old.

7. We were in the hielera from Friday, October 16, 2015 at approximately 2:00AM until Saturday, October 17, 2015 at approximately 8:00PM.

8. On Saturday night, we were moved to the perrera, which have cages for animals that they put human beings in. At least in the perrera, they gave us some mattresses to put on the floor, so my daughter was able to sleep a little.

9. In the perrera, the male children who were older than 5 years old were separated from their mothers. I was grateful my daughters stayed with me. The women whose sons were taken away from them could only see them at meal times to feed them. The other children were in a different cage that was in another room with strange men.

10. We were in the perrera for one day before we were moved to the detention facility in Dilley, Texas.

11. When I got to Dilley, ███████ was already sick. She had developed a bad cold from being in the hielera. By the time we got to Dilley, her throat hurt and she was vomiting and had a fever.

12. The officials in Dilley wouldn't give her medicine. Instead, they told me to put her in a tub of ice or cold water to get her fever down. Even though ███████ was throwing up, they told me to force feed her because she had to eat. They also gave me two packets of honey for her throat.

13. I was interviewed by an asylum officer in Dilley, Texas on October 21, 2015. When I was interviewed in Dilley, the interview was stressful because my daughter, ███████ was very sick with a fever and vomiting. I was nervous I had to leave my sick child with the day care and was stressed.

28. I also did not want to talk about such a personal and terrible thing that happened to me. I wanted to forget those things and not continue to relive them. But I now know that I have to share what happened to me.

29. Please give me another opportunity to have an interview and talk about ███████ ████ and how my relationship with him has ended in a cycle of violence I am trying to stop.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

███████████████████████

29 | 11 | 15

Date

I certify that I am proficient in the English and Spanish languages, and that the foregoing was read to [NAME] in Spanish. ████████████████

*Carol Anne Donahue*

conchita cruz

11 80 15

Date

# Exhibit D

# DECLARATION OF

████████████████████████████████████

A████████████████

*I swear under penalty of perjury that the following is true and correct to the best of my knowledge:*

My name is ████████████████████████. I was born on ████████ 1991 in Santa Rita, Copán, Honduras.

Fleeing persecution in my native country of Honduras, I presented myself at a port of entry and requested asylum.

When I appeared at the Customs and Border Patrol office, they asked to see my papers. They asked where I came from and with whom. I told them I am from Honduras. I had my daughter, ████████ (age 4), and there were about 23 other people who were requesting asylum. One man they deported right away and he left his 12 year-old daughter behind so that she could request asylum. In the few hours I was there, more and more people kept arriving to seek asylum.

At about 4:30 in the morning we were transferred to "la perrera." We call it that because it is like a place where dogs live. It has many cages, around 20 – 25 where they put all of the people. There is fencing from the floor to the roof. The sounds of the cries of the people suffering are like dogs howling. That place is very ugly.

My daughter and I were placed in a cage with approximately 30 other women and around 30 children. There was no furniture. All we had to sit on was the floor. We were given a small, thin blanket that resembled aluminum foil. It was very noisy. I had to curl into a ball to keep warm because it was too small to cover my body. The room was cold because the air conditioning was blasting.

The CBP officers threatened to take small children who were crying or making noise and put them in a cage alone if they were not quiet. Children who are 8 years old or older are separated from their mothers and kept in separate cages. They may not sleep next to their mothers and any younger siblings they may have come with. The CBP agents would yell at the children if they got up and moved around.

The food was awful. They gave us tacos filled only with rice for breakfast and lunch. For dinner we received a sandwich made only of bread with a piece of lunchmeat. They also provided apples, milk, and water. We were only allowed to eat during the times that they allowed and could not snack in between meals. There were many children crying because they were hungry.

I could not clean myself. There was one woman who I met who had gone 8 days without showering. She was in the "hielera" – the icebox – for 4 days and in the

604

perrera for 4 days. I began to fear that I was never going to leave that place. I kept
asking the officials when I could leave and they said they had to wait for orders of
where to take me. So, there I stayed.

There was a small boy who was only 3 years old who was in a cage alone sleeping on
the floor. We asked why he was there and the officers responded that it was because
he was being impertinent and misbehaving. I do not know where his mother was, but
I imagine that she was very distraught. I was terrified that they would do the same to
my daughter and she asked me if that was possible. I wanted to say no, but in all
honesty, I had no idea if they would do the same to her.

I was in that place for 5 nights and 4 days. We never knew if it was day or night
because there were no windows. The lights remained on all day and all night. I did
not know how many days had passed until I left la perrera because there was no way
to keep track of time. I was there for longer than many other people. I do not know
why they kept me there so long. Many other people came and left, but my daughter
and I stayed there and suffered.

Signed on this 9th day of November, 2015.



605

I certify that I am proficient in the English and Spanish languages and that the foregoing was read to ████
████████████████ in Spanish.

Laura Lunn

11/09/2015

Date

606

# Exhibit DD



**DECLARATION OF** ███████████████ (A███████████)

I, ██████████████████ (A# ██████████), declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████████ I was born on ████████████ in Honduras.
2. I fled to the United States to seek asylum with my three sons, ████████████████ ██████████████ and ██████████████████ My two younger sons ██████████ and ██████████ are twins. After a long and challenging journey, we arrived in Texas on November 17, 2015.
3. I do not have contact with the father of my oldest son ██████████ But my current partner is the father of my twins, ██████████████ His name is ████████ He is a US citizen who lives in Brooklyn, New York.
4. ████ and I plan to marry, and were attempting to complete the affirmative immigration process for me and my son, ██████████
5. However, the situation in Honduras had become too dangerous. I felt that the lives of me and my children were in imminent danger. So I made the difficult decision to flee.
6. In order to save our lives, there wasn't any time to plan for the travel. We just had to flee immediately.
7. My children and I crossed the border of the United States seeking a safe place.
8. After we entered, we were apprehended by the immigration.
9. We were taken to an immigration office. At that immigration office, I showed the immigration officer the birth certificates of my ████████████████ Their birth records list the name of their father and that the father was born in the United States.
10. Then immigration took me and my children to the Hielera ██████████
11. The hielara was very humiliating. It was very cold. ██████████████ were crying. We were held in the hielara for 3 days and 2 nights.
12. We had no access to natural light. We did not know if it was daytime or nighttime. This was very disorienting. I watched my children getting sick and scared and disoriented.
13. The lights were left on all night. This made it very difficult to sleep.
14. Shortly after I arrived in the hielara, an immigration officer interviewed me. The interview was over a video connection.
15. I told the immigration officer that the father of ██████████████ was born in the United States. I told him that he was born in New York.
16. The officer then ordered us deported. The officer told me, ████████████████ that we could not enter the United States for at least five years.
17. I don't think the immigration officer wrote down everything I told him.
18. We were held in the hielara for several days.
19. Then we were taken to the perrera. They imposed isolation on me and my children because they thought my children were misbehaving.

20. When I arrived at the Dilley detention center, an immigration officer took away the birth certificates of me and my children. I arrived on November 20, 2015 and we have been detained here from that moment until at least the date of this declaration.

21. On November 26, the CARA project interviewed me. I told them that the father of ███████ ████ was born in the United States. I didn't think it would matter too much because I had already told the immigration authorities and I had showed them their birth certificates yet they had told me that ████████████████ had to be deported.

22. The CARA lawyers contacted ████ the father of ███████████████

23. No one from immigration had yet contacted █

24. I told the immigration in Dilley that my children were citizens of the United States again on November 26. I presented all the evidence and then I also presented evidence additional evidence. They even took a sworn statement from me.

25. I was told that my children could not be released because there wasn't anyone with the authority who could authorize it.

26. The detention has been harmful to me and my whole family. We only want to live in safety and with █████

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

████████████████████████        11·27·2015
                                 Date

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ████████ in Spanish.

████████████                     11·27·2015
Stephen W Manning               Date

# Exhibit E

**Declaration of** ███████████████ (A# ██████████)
**Regarding CBP Conditions**

I, ████████████████████ (A# ████████), declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████████. I was born on ███████████ in El Salvador.

2. I fled to the United States to seek asylum. After a long and challenging journey, my 11-year-old ██████ and I arrived in Texas on November 1, 2015

3. ████████ suffers from asthma and takes medicine to treat his condition. I made sure to carry ██████'s medicine with us along our journey, but when we arrived at the hielera, the CBP officers threw ██████'s medicine away, and said it was prohibited. They also separated me and ██████ I was so scared and didn't know what they were doing with my son. They just told me he was going somewhere else, and forced me into a crowded room with many women and young children. Over the course of the 3 days that we were at the hielera, I asked CBP multiple times if my son could have medicine and medical care. I was so worried about him. CBP ignored my requests. They told me and women with sick kids "this isn't a hospital."

4. I only saw ██████ once while we were at the hielera through a window. ██████ was crying hysterically. It was a terrible thing for a mother to see. I couldn't do anything to help him, so just put my hands together to send him a signal to pray to God.

5. While I was at the hielera, I was held with a woman who had an 8-day old baby. The baby was screaming and crying because it was so cold. The little baby was forced to lay on the cement floor because there were no beds. The baby's mother was nursing, but was given no extra food or care. The women all begged CBP to do something to help this baby—to give it a blanket, give the nursing mother extra food, or let the baby's mother be processed first so that the baby could leave, but CBP refused. The only blankets we had were thin pieces of aluminum foil. CBP made us throw these away each day, and then would withhold new ones as a punishment if we asked too many times for help.

6. The conditions at the hielera were awful. We were freezing cold, had no access to showers, and only were given ham and bread sandwiches.

7. After 3 days, ██████ and I were transferred to la perrera. The transfer itself was the first time I had spoken to ██████ in three days. He was in bad shape. The three days of freezing in la hielera had made him very sick and he had difficulty breathing. I was very worried about him. When we arrived at la perrera, ██████ was taken away from me again. Once more I was put in a room filled with mothers and young children. ██████ was placed with teenage boys. At la perrera, I told the CBP officers that my son was sick and has asthma. I begged them to let me see him. They told me not to worry about him, that I should be happy he was still here and that he might be shipped away in the future. This made me even more scared, because I worried I wouldn't see my son again. I heard CBP officers threaten women who asked for help that they would be separated from their kids, so I was afraid that inquiring about ██████ was putting us in danger.

8. I was held at la perrera for two days.  During this time, we were only given burritos, an apple,
   and a bag of chips to eat for breakfast, lunch, and dinner. We were not given the chance to
   shower or toothbrushes and toothpaste to brush our teeth.
9. After a total of 5 days, I was finally reunited with my son when we were transferred out of the
   perrera. He was really suffering from not having his asthma medication for so long.

I declare under penalty of perjury under the laws of the United States of America that the above
statements are true and correct to the best of my knowledge and recollection:

_____                    _____
                                                    Date

I certify that I am proficient in the English and Spanish languages and that foregoing was read to
_____ in Spanish.

Sandra Lopez                                        Date

612

# Exhibit EE



**DECLARATION OF** ███████████████████ (A# ██████

I, ████████████████████████ (A# ██████████, declare under penalty of perjury that the following is true and accurate to the best of my recollection and knowledge, and that the following statement has been read back to me in the Spanish language:

1. My name is ████████████████ I was born in Guatemala on ███████████ I am currently detained at the South Texas Family Detention Center. I am currently detained with my daughter, ██████████████ and my niece, ██████████████ ████████████████

2. My daughter is a U.S. citizen. She was born in ██████ Florida on ██████████████

3. When I was detained by the border patrol I told the officer that I was coming to the U.S. with my daughter who was a U.S. There were three officers who found us when we were hiding under a bridge in Texas. There were about sixteen of us under the bridge. The officers took notes from each person about their situation. I told the officer that my daughter was a U.S. citizen but he didn't seem to care.

4. When I arrived at the Family Detention Center I again told an officer about my daughter's situation. The officer, a man, told me there was nothing he could do about it and he continued our process. I do not know the officers name but he was the one who gave us some papers and other documentation before we went to our medical appointment and were taken to our room.

5. I lived in Florida when my daughter was born. I moved to the United States in 2004 and lived in the United States until about 2011. I did not have status to live in the United States at that time.

6. ████████ s father's name is █████████████████ As far as I know he still lives in ██████████ Florida, though I have not had any contact with him for almost four years.

7. Soon after my daughter was born problems arose in Guatemala that I had to take care of. I had land in Guatemala and there were issues with getting the land in my name. I decided to go back to Guatemala to take care of the legal issues with the land. I got a U.S. passport for my daughter and a Guatemalan passport for myself. We flew back to Guatemala in November 2011. The child's father gave permission for me to travel with her.

8. Not long after I left, the father of ██████████ contacted me, requesting her papers so that he could use the information to report his income taxes and include her as a dependent. I sent all of the original documents that I had for ██████ to him. I kept copies of what I sent to him but I was not able to get the originals back from him.

614

9. Soon after that the father stopped sending money for ████ and we lost contact with him. I have not spoken with him in almost four years.

10. I decided to come to the United States again this year. I am afraid to return to my country. It is dangerous there and our family was threatened and targeted by the gangs. I wanted to bring my daughter to safety in the U.S.

11. My daughter will start school in about a year and as a U.S. citizen, I want her to attend school in the U.S.

12. My sister, ████████ lives in ████ FL. She lives at ████████ She told us that we could live with her in ████ to escape the threats in Guatemala and to make a life here in the U.S.

13. ████████ is also the mother of my niece, ████████ ████ is here with me and my daughter in this detention center. I do not have any legal custody documents for ████ She lived with me and my parents in Guatemala. She needs to be reunited with her mother.

14. I have never been apart from my daughter. Since we have been at this center, she does not want to leave me to go to school or other programs here. She is very close to me and would be traumatized to be separated from me for any length of time. She does not know her father nor has he shown any interest in caring or providing for her. She cannot be released to her father since she does not know him and she has always lived with me.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

████████████████

11/5/2015
Date

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ████████ in Spanish.

Monica Newcomer Miller

11/5/2015
Date

# Exhibit F

**Declaration of** ███████████████████

1. My name is ████████████████████████████████. I am a native of El Salvador. My date of birth is ████████████████.

2. I am detained in the South Texas Family Residential Center in Dilley, Texas, with my son, ██████████████████████████. He is ten years old.

3. My child and I entered the United States on or about November 6, 2015, through Hidalgo, Texas.

4. I was processed at the Border Patrol Station in McAllen, Texas (Event No. ███████████████

5. I was detained there on November 6, 2015, at the first border patrol station known as the "hielera," "icebox," or "freezer," and then taken on Saturday night, November 7, 2015, to the secondary station, also known as the "perrera," "kennel," or "pound."

6. When got to the first border patrol station on Friday night, they separated me from my son. On Saturday, I asked an officer if I could just see my son and wave to him because I wanted him to know that I was still there. I imagined that he was really scared because we had never separated before. They refused. The next time I saw him was when they transported us to the second station. As soon as I saw my son, we were both crying and he asked me to immediately warm him up. I felt like I hadn't seen him in a century. They separated us again after we arrived at the second station. They took us out at one o'clock in the morning on Monday, November 9, 2015, which is we were brought here.

7. There were no mattresses in the first border patrol station. We slept directly on the floor. They gave me a silver wrap but it did not protect me from the cold.

8. The food was completely inadequate at the first border patrol station. I went almost a day and a half without eating.

9. Both my son and I left the first border patrol station with colds.

10. The worst part of the first border station was the cold; it was unbearable. It was also very full.

11. There was one bathroom with one roll of paper that would be gone very quickly and then there was none. Hours later, the officers would put out another roll of toilet paper and it was insufficient for so many people.

12. I was not able to bathe and they took my hair ties. My pants were full of mud. I was very dirty because I had crossed the river and walked through mud and I wasn't able to shower until I got here. My son and I were made to throw away our shoes at the first border patrol station and we were not given any footwear until Monday. We wore socks from Friday to Monday.

13. I didn't even have a sweater; it was terrible. I was shaking from the cold.

14. We couldn't sleep because of the cold and because there were so many people that you could hardly lie down. Regularly, all through the night, the officers would wake us up to count us. Even women who were breastfeeding wouldn't be left to rest; they were made to get up with their children. The children were crying from cold and hunger. It is not the way people should be treated.

15. I felt desperate when I was in the border patrol stations. I didn't know what day it was, how long I was going to be there, or what would happen to me and my son.

I declare under penalty of under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

_____          11 . 14 . 2015
Signature                                                Date


## Certificate of Interpretation

I, Meredith Linsky, hereby certify that I am proficient in the English and Spanish languages and that I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my ability.

_____          11/14/15
Signature                                                Date

2

# Exhibit FF

**Affidavit of** ███████████████ **(A**██████**)**

I swear under penalty of perjury that the following is true and accurate to the best of my knowledge.

1. In 2011, I met the man who became the father of my son, who is now three-years old. We started living together, but he treated me terribly. He hit me many times, he told me the ugliest things. He raped me repeatedly. He controlled everything that I did. I tried to leave him, but he would never let me go.

2. Very shortly after I met him, I became pregnant with our son. He continued abusing me throughout the pregnancy. After I delivered my son in 2011, the abuse became worse than ever before. It never stopped.

3. I went to the police to denounce his abuse earlier this year. But the police did not care. The police in my country do nothing for women suffering from domestic violence.

4. While I was trying to seek police protection, he kept beating me and raping me. He threatened to take our son away. The situation was worse than before.

5. Because he raped me so many times, I became pregnant again in 2015. I expected to deliver my new baby in February 2016. Despite all the horrible abuse, I was happy to be having a baby. I tried to take good care of myself while I was pregnant.

6. Then the worst thing happened. He beat me so badly in October 2015. So badly that I could not move, that I could not walk. So badly that I lost my baby with a miscarriage. My baby was five months old. I lost him at home. I passed his little body with a lot of pain and a lot of blood. I held him. I could see all of his perfect little body parts. I kept hemorrhaging blood. I bled for weeks. But the man did not let me seek any medical treatment. It was the worst thing that ever happened. He killed our child. I was devastated.

7. That is when I realized that he was capable of murder. I was terrified that he would murder me and our son who is now three years old. That is when I did everything I could to escape.

8. My son and I made it to the United States in November 2015. We were held in a hielera for two days. While there, I was still suffering from the miscarriage. I was still bleeding a lot. But no one would give me any clean clothes. No one would give me enough sanitary pads. They only gave me one sanitary pad each day, which was not nearly enough to catch all the blood. For two days at the hielera, there was blood all over my legs and my clothes. My head and back were aching. I asked to be taken to the hospital. I asked to see a nurse or a doctor. No one helped me at all. Instead, one of the guards made fun of me and all the other mothers and children who were suffering.

1

9. The conditions in the hielera were terrible. It was so crowded. All the children and mothers had to sleep on the floor. It was extremely cold during the day and even colder at night. It was extremely dirty. There was no privacy for using the toilets. There was no garbage can. All the sanitary pads used by the girls and the women were on the floor near the toilets, with all the other garbage. We had to sleep right there, right near the garbage on the floor, because there was no other space. It was just too full of people.

10. They only fed us bread with ham two times each day at the hielera. But the ham sandwiches were frozen every time. It was difficult to eat these sandwiches because they were frozen. For those of us who managed to eat, we started to get pains in our stomachs. My son did not eat any food the entire time that we were in the hielera. He only received some milk. In the hielera, the lights were on at all times.

11. It was extremely hard to sleep because it was so crowded, because the lights were on, and because the guards kept interrupting us to wake us up. They woke us up about ten times each day – to count us, to give us food, and to make us clean.

12. While I was at the hielera, the guards tried to make me sign deportation papers. I asked them, "Why don't you want us here?" I tried to explain that I had suffered so much in my country. But the guards did not let me talk. They yelled at me and said, "You came to invade our territory. We don't want people like you here. Whether you sign this paper or not, you will be deported." It was a terrifying experience.

Date:   December 3, 2015

## CERTIFICATION

I certify that I am proficient in the English and Spanish languages and that foregoing was read to the above-named individual in Spanish.

_____
Elora Mukherjee, Esq.

December 3, 2015
_____
Date

2

621

# Exhibit G

## Declaration of ███████████████

1. My name is ██████████████████ (███████). I am a native of Honduras. My date of birth is ████████████.

2. I am detained in the South Texas Family Residential Center in Dilley, Texas, with my daughter, █████████████████████████ She is six years old.

3. My daughter and I entered the United States on Sunday, November 8, 2015. We entered near Hidalgo, Texas in the afternoon. I got lost after entering and walked for hours before being picked up by border patrol later in the afternoon.

4. I was processed at the McAllen, Texas Border Patrol Station (Event No. ████████████).

5. I believe I was detained there for one night and one day from about November 8, 2015 to November 9, 2015.

6. The conditions at the border patrol station were horrible. We turned in our belongings. The doctor checked us. They put me and my daughter in a room that was very cold with many other people. They gave us a silver, aluminum-type of wrap and told us to lie down on the floor. It was very cold. There were too many people – women and children. I couldn't even lie down.

7. The food was a little sandwich and small, sugary liquid. The conditions were unhygienic. We couldn't bathe; it was disgusting. There were people sleeping in the bathroom area. Everything was dirty. There wasn't enough water. It was horrible.

8. The officers threatened that if I didn't sign, they would deport me. They told me that they were going to take my picture because they were going to deport me. I said that if that's what God wants, then I can't do anything about it.

9. I never imagined this is what would take place upon arriving in America. I understand that I entered illegally. I felt terribly for my young daughter because she didn't deserve this treatment. My daughter developed a cough and a cold while there and it got worse. Many of the children there got sick. These are things that upset me and hurt me at the same time.

10. The worst part was to be lying on the floor with my daughter while freezing cold. Watching my daughter cry destroyed me.

11. I was transferred to the second border patrol station at night. They treated us a little better there by giving us a little green mattress to sleep on the floor and an aluminum silver wrap. The food was a sandwich, juice, apple, and cookies. There was a television for the kids to distract themselves a little. It was still being locked up with no ability to bathe. The following day, I was brought here to the detention center where the conditions are much better and more humane.

///

12. I still feel tormented about what we went through at the border patrol stations. I feel like we shouldn't be punished this way for entering this country without permission.

I declare under penalty of under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

Signature

11 - 14 - 20015

Date

## Certificate of Interpretation

I, Meredith Linsky, hereby certify that I am proficient in the English and Spanish languages and that I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my ability.

Signature

11/14/15

Date

2

624

# Exhibit GG

**DECLARATION OF** ███████████████

1. I am a thirty two year old woman from El Salvador. I fled my home country
   with my five-year-old son because we were in danger.

2. I arrived in the U.S. on September 23, 2015. Immigration officials brought me
   to the hielera, where we were held for two days. The conditions were very
   bad -- they made my son and I sleep on the floor. The only thing we could
   cover us with is an aluminum blanket and they treated us badly. The officers
   were really mean. They yelled at us. When the cleaning crew would come
   around they made us sleep on the wet floor. Immigration officers screamed
   at us, "Get up you lazies/crazies."

3. The food was really bad. They gave us juice that gave us acid reflux. They
   gave us frozen sandwiches. Both kids and adults got sick from the acid.

4. I asked the officers if they could turn down the air conditioning because the
   kids were getting very chilly, but after I asked they actually made it colder.
   My five-year-old son was completely desperate. He was shaking and the only
   thing he had to cover himself was the aluminum blanket. Sometimes the
   officers yelled to the kids to shut up because the children were crying so loud
   because of the cold.

5. After two days, officers transferred my son and I to the perrera. They call it
   that because they put us into rooms that look like kennels. They put us
   behind bars. They're like prison cells. There are no walls anywhere. There
   are just bars. Anytime there was a transfer from the hielera to the perrera
   they took people in the early morning and they would not say anything – we
   had no idea where we were going.

6. In both the hielera and the perrera, there were no windows. The lights were
   kept on all the time. After we crossed the river, our clothes were still wet.
   They wouldn't let us change clothes even though it was very cold. The whole
   time I was in the hielera I was in wet clothes. My son was dry because I
   carried him on my back to keep him dry when crossing the river. But there
   were other kids who were definitely wet. Some of them got sick with a fever
   and they received no treatment.

7. Also in the hielera and the perrera, the officials had guns and uniforms. My
   son would say "Oh, we're in prison." He would ask "Why are we detained?
   Why are we here if we didn't do anything?" I was sad, depressed, down
   because of what he said. Because I came here, trying to make a better life, I
   risked my life to leave danger in El Salvador and I thought that I would be
   free, but I ended up in prison.

8. In the perrera they gave us a mattress but still the same aluminum blanket and it was still very cold. They gave us frozen ham sandwiches. Three times a day it was the same thing, a frozen ham sandwich. My son did not eat. We were in the perrera about one day. It was hard to tell because I didn't know if it was day or night because there were no windows and the lights were on all the time.

9. After the perrera, I was taken to the detention center in Karnes, Texas. When they brought us to Karnes, they just gathered together a group of mothers and children and said they were being transferred, I wasn't sure if it was the morning or night but we got to Karnes at 8:00 a.m. on September 26, 2015. It was very difficult in Karnes because the officers did not treat us well. When people lined up for food, they just threw a tray at us. They didn't hand it to us, they would toss it at us.

10. They didn't treat the children well. Sometimes they would yell at them or scold them for playing with things. Guards and officers would say, "don't touch those toys. Don't touch that." For the kids who did not go to school, they would take their toys out of the room and just make them cry. They were just very mean to them.

11. In Karnes, I was given an interview by the asylum officer but I did not have a lawyer during that interview. My family contacted a lawyer. They paid her $2,000. She met with me once and told me she thought I would get a negative result in front of the judge. She was supposed to be with me in front of the judge but she did not show up. I told the judge how my husband had physically abused me in El Salvador and about threats from the gangs. He said he understood but then he agreed with the asylum officer.

12. After I got my negative decision from the judge, I didn't know that I was able to get a lawyer. It wasn't until one of the staff at Karnes told me "you know you can get a lawyer" and gave me the number of RAICES but said "don't tell anyone that I gave you this number." So I contacted the attorneys at RAICES. I met with them many times and they told me they would request another interview. They also told me that if anyone in the prison gave me anything to sign to not sign it, that I already had a lawyer. I trusted the lawyers I worked with at RAICES. They gave me a lot of confidence in them. I thought they would be able to help me.

13. Around October 20, 2015, at 7:00 p.m., ICE officers told me that I was going to be sent to Pennsylvania because they needed more space in Karnes. At 11:00 that night they woke up me and my son and took us out. They told us that we were going to a "home type" place and that there would be a woman there to welcome us. To get transferred here they made me sign papers. They said "if you sign or don't sign it doesn't matter, you'll still be moved there." I was afraid that I was signing my deportation papers. I was scared

because a friend of mine from Guatemala had been told to sign deportation papers and she was sent back.

14. On the plane, we were mixed in with men. They gave us no food just the frozen ham sandwiches again. There were men who were handcuffed at the feet and at the wrist. We were really uncomfortable. We didn't know what class of person they were. We worried about what these men could do. Instead of having a relaxing trip, we wondered what would happen. We were worried the whole time. My five-year-old son tried to reassure me that it would be OK, he said, "No mommy, I'm a man, you don't have to worry with me." If we had to go to the bathroom, we had to pass by them. The officials working there told us "don't look. Look forward and you won't have problems."

15. My son is scared of going on trips or traveling so the plane from Texas to Pennsylvania was scary for him. In Mexico, the house we were in was when the Zetas and the Negros gang were forming. ████ had seen that these two gangs were encroaching on the territory because they were facing off. He saw a lot of people with guns. The gangs knew there were immigrants in the house, and they made the owner of the house pay for each head. My son saw everything and he was really scared. He almost never slept the rest of the way to the U.S. I was sorry to have to put him on a plane with more scary men again.

16. I thought that my case was closed, that coming here to Berks would mean deportation.

17. When we got here there were some people waiting for us, doctors, nurses, and caseworkers. I thought, "Oh, we're coming back to the same thing as Karnes." It was a little better in that the food was better but the officials here – some are good, some are bad.

18. I didn't know what was going to happen to my case because my lawyers were in Texas and I did not get to speak to them before I was transferred. My cousin here said he would look into getting me an attorney but there were already attorneys coming here.

19. Since I was here, my son got sick with chicken pox. He already had chicken pox when he was 1-1/2 years old.  They gave him a vaccine for varicella here and two days later he got chicken pox. I told them he'd already had chicken pox in El Salvador but they said some times they can get it a second time.  I think he got the chicken pox from the vaccine because before that he was fine.

20. Because my son was sick, we spent a week in isolation. It was horrible. It was too much; when the staff would deal with us they were all covered in gloves

and a suit, a hat. You could only see their eyes. I got really mad because it was over the top. Mothers feel really bad. My son was not able to leave the room, only me. Even if he had to leave the room, they would have to put a mask on him, he was not able to touch anything. Nothing near kids, he couldn't play with the kids. They would really discriminate. It was painful.

21. They put us in the isolation room, there was a window with a curtain and they would peep in all the time. They would always pass by and sit down and open the curtain and sit and watch. I felt like I had no privacy.  We were locked in there for a week. Afterward, they would have some guy follow us around even when we were outside so my son wouldn't touch any chairs, don't touch wood, don't touch toys.

22. With the chicken pox, the only thing they would do is take my son's temperature. They would give him Tylenol and that was it.

23. Sometimes my son gets depressed. He's always been calm but he's almost just stopped playing with other kids.  He's a lot quieter now since we have been detained. He says he wants to go. He says he's in prison. In the beginning, the officials told the children not to go near him as if something was wrong with him.

24. I did not expect that when I came to the United States my son and I would be put in a detention center. I wish that this never existed.

I, ██████████████████████████ declare under
the penalty of perjury that the above declaration
is true to the best of my belief and
recollection.

██████████████████████████

11/13/2015

DATE

CERTIFICATE OF INTERPRETATION

I, Martha Sandoval Reyna certify that I am fluent in the Spanish and English languages
and that the above DECLARATION, was read to ████████████████ in the Spanish
language and that she understood the contents of the Declaration.

Martha Sandoval Reyna
Martha Sandoval Reyna

# Exhibit H

**Declaration of** █████████████
**A**██████████████

1. My name is ████████████████. I came to the United States from El Salvador with my three year old son, because gang members were trying to take him away to use him as a mule to transport drugs. I crossed into the United States with my son on November 8, 2015.

2. I was arrested and taken to a building and brought into a big room. The officers called this place the "hielera." The door to the room was thick metal, like the door to a walk-in freezer. In the room, there were about 50 women and many children, some as young as 11 months old.

3. The room was horrible. It was freezing cold. The floor was concrete. Many people slept on the floor with no blankets. My son and I were there for one day and one night.

4. I saw that some people in the room had silver, aluminum blankets that came in small packages. Every time an officer came to the door of the room to bring someone in or take someone out, I would ask the officer for a blanket for both of us or at least for my three year old son. I asked about ten different officers. They said they would bring me one but they never did. It broke my heart to see my son sleeping on the floor with no blanket.

5. The room had two small separate areas where metal toilets were located. My son and I slept under one of the toilets because is was too cold to sleep in the main area of the room and it was warmer under the toilet. The smell was horrible and other people used the toilet during the night while we were lying under it.

6. Many people slept in the toilet areas. As many people as could fit tried to sleep there, and people were fighting over those spaces.

7. The day after we got to the hielera, my son ate a sandwich that an officer gave him and he got diarrhea within an hour of eating the sandwich. He was crying and rubbing his belly, telling me that his stomach hurt. I told an officer that my son felt sick, but the officer ignored me. I then told a second officer and he took my son and me to the doctor's office in the same building.

8. The doctor told me that my son might have a virus. The doctor gave my son a small cup of liquid medicine, like Pedialyte, and said it would prevent him from getting dehydrated. We were taken back to the big, freezing cold room. My son continued to have diarrhea. I asked for more Pedialyte for my son and an officer gave me a little more. When my son drank it, he seemed better, but when I gave him water, he had immediate diarrhea again. After the officer gave me more medicine a couple times, I asked for more again but the officer ignored me.

9. I also asked for bottled water because I was worried that the tap water was making my son sick, but a woman who was working as a cleaner there said that the bottled water was only for mixing baby formula. This woman said, "I'd rather your kid die, than put this water to waste." I then stopped giving my son any water or food for the rest of the day until his diarrhea stopped.

10. It was so terrible to be in the hielera. Seeing other women and young children in this freezing cold room who were wet from being in the river was very upsetting.

1

632

11. Many times, such as when I asked for a blanket because it was so cold, officers told me that being in the hielera was our punishment for coming to the United States. One officer told me when I showed him my freezing cold son sleeping on the floor with no blanket, "This is what happens when you come to my country – you know that we don't like immigrants."

12. One woman was separated from her child, who was in a different room. The woman wanted to give her sandwich to her son and asked an officer for permission. The officer said no, the sandwich was only for the woman, not for her son. She asked the officer if he had children. He said yes but that there was no comparison, because his children were better than hers. The officer said that if it were up to him, he would leave her child to starve.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

_____    11/18/15
                                    Date

I certify that I am proficient in the English and Spanish languages and that the foregoing was read to ███████████ in Spanish.

_____    11/14/15
Maria Eugenia Gutierrez Hernandez   Date

2

633

# Exhibit HH

Ok my story is that I was treated very poorly, like a delinquent, and my son was treated as if he was not a child or a human being. They were not given food and they gave them a dirty water that had a bad smell. They were treated worse than a dog. They insulted them with bad words and almost hit them. That place is very horrible. The officials wanted to hit my son just because he asked for a cookie. The hielera is too horrible. My son was separated from me.

Thank you to you all for treating us very well. I give you many thanks for taking care of my son and I. May God bless you.

635

CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify that the translation of this document is true and accurate to the best of my abilities.

_Catalina Restrepo_                    12/06/2015

Catalina Restrepo                      Date

636

bueno mi historial es que me trataron muy mal
como un delincuente y a mi hijo me lo trataron como
sino fuera un niño o un ser humano no les davan
comida y los davan una agua sucia y con mal olor
los trataron peor que aun perro los insultavon.
con malos palabros y casi los pegaron ese lugar
es muy orible a mi hijo los oficiales me le querian.
pegar solo por pedir una galleta. en la hielera.
es muy orrible. a mi hijo lo separaron de mi.

Gracias a ustedes por tratar los muy bien.
Y les doy mucho los gracias X coidar ami hijo.
Y ami que dios los bendiga.

27/01/2015

# Exhibit I

## DECLARATION OF ███████████
A ███████

*I swear under penalty of perjury that the following is true and correct to the best of my knowledge:*

My name is ███████████ I am age 20. I was born on ███████████ in Guatemala. I am indigenous Mam and my primary language is Mam.

I entered the United States on November 6, 2015. I presented myself at the port of entry at Hidalgo, Texas and asked for asylum. I was there about one hour before I was taken to la hielera – the icebox. When I was in la hielera a man yelled at me for not responding to him. I told him I didn't speak much Spanish, and he told me that I did. He said I couldn't enter his country. I was crying and crying. He told me he didn't want to see me in his country. I said, "Why?" and he said because he didn't want to see me ever. He tried to make me sign a paper, but I said no because I couldn't understand the information in the paper. He told me that I was going to sign. He told me he would punish me if I didn't sign. He asked me many questions about my life and I told him the answers. He repeated them back to me and used it as an insult. He told me I was poor, I had nothing, I didn't have a house, I didn't have any land, I didn't have a father. The truth is I am poor, I don't have anything, I don't have a father, but he did not need to mistreat me in that way. He said he hoped I had to return to my country and he didn't want to see me in his country ever again.

Signed, this 11th day of November, 2015.

███████████████████

I, ~~Ponu Pon~~ _____ declare that I understand the Spanish language and this is an accurate translation into English.

# Exhibit II

In the hierlera: very bad, it's torture. They would slam the door on us, they yelled at me. I couldn't lay my son down on the floor because it was too freezing. There were officials that were very angry and yelled at the children to shut up. I spent the whole night sitting up.

In the perrera: There were officials that were friendly and others that were angry but I was treated better.

## CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify

that the translation of this document is true and accurate to the best of my abilities.

_Catalina Restrepo_                                    _12/06/2015_

Catalina Restrepo                                      Date

en la hialera: muy mal es una tortura nos tiraban la puerta ma critaban no podia acostar ami hijo en el suelo porque estaba muy helado habian oficiales muy enojados gritaban alos niños que sa callaran pasa sentada toda la noche

en la parrera:   habion oficiales amables y otros
enojados pero ma trataron aun mas bien

2/12/15

# Exhibit J

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ declare as follows:

I am a native and citizen of El Salvador and last entered the United States on October 20, 2015 near Rio
Grande City, Texas. The following facts are known to me personally and if called to testify I could and
would testify as follows:

1. I crossed the river to enter the United States. We crossed the river at around 3:00 pm and were
   apprehended around 9:00 pm the same evening.

2. We were very hungry and thirsty and could hardly walk. The CBP Officer we first encountered
   asked us questions and asked for identification. He then called someone to pick us up and we
   were taken to the bus station at which time they took everything that we had, including
   medicine and sanitary napkins, undergarments etc.

3. After that they put us on the bus and took us to the ice box. When we arrived, they put both of
   us together in a small room that had around fifty people. The approximate size of the room as
   far as I remember it was similar to the kids play room. We were in "hielera" for a day and a half.

4. We had still not been given anything to drink or eat. Inside the room, there was a water gallon
   that everyone could drink water from.  People were being called to the door out of the room for
   questioning.

5. The room was very cold. It was so cold that we felt our hands and feet getting numb. The only
   clothes that we had were the ones that we were wearing when we were apprehended. We had
   seen some people that had aluminum covers and we asked the Officers if we could have one.
   The Officers refused. I asked the Officer if he could please give one at least to my daughter and
   he still refused.

6. The food was so bad that not even a dog would eat it. We were given bread that was stale and a
   piece of ham that looks like an animal tongue sticking out of the bread. We were given the same
   food twice while we were there.

7. My daughter started crying. I was very stressed and afraid. My face broke out in a rash which I
   still have on my face.

8. Also, the lights were always on. They did not want us to know if it was night or day so we would
   lose track of time. It was disorienting and even being as tired as I was, I had to try and cover my
   face to sleep which was very difficult.

9. Because of the light, I was disoriented about time. But we had been in hielera a while before I
   was called to be interviewed. I believe the total time I was there was a day and a half. I was

asked a lot of questions and the Officer spoke in Spanish. My daughter was not asked any
questions.

10. I was not shown what he was writing before I signed it but was told to sign. I refused to sign it
and the Officer signed instead.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is
true and correct.

DATED:

## Certification of Translation

I, Gissell Callejas, declare that I am fluent in the English and Spanish languages. This declaration was
prepared with information provided by _____ that I translated into English and was read
back to her in Spanish.

DATED:

Gisell Callejas
CARA Pro Bono Project, Dilley, TX

646

# Exhibit JJ

The mistreatment in the hielera was very hard and my daughters would cry because they could not take the cold and the only thing we were told was to shut them up. If they were sleeping when they brought us food they would tell us to wake them up. They would speak very roughly to them sometimes. Sometimes we wouldn't go to the bathroom because there was no toilet paper. They had us so crowded and they treated us and the children very badly.

## CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify

that the translation of this document is true and accurate to the best of my abilities.

_____          12/06/2015
Catalina Restrepo                                                Date

El maltrato en la hielera e muy duro mis hijas
Yoraban que no aguantaban el Frio y lo unico
que le decian a uno que los cayaramos y que si estaban
dormidos al momento de darlos la comida que los despertaramos
los ablaban muy Fuerte abeses no ibamos al
baño porque no abia papel  los tenian muy amontonada
lo tratan muy mal a uno y los niños

650

# Exhibit K

My name is ███████████████ I just turned 15 years old. I came to the United States with my mother. I didn't really have any idea what life would await me because life seems to always surprise you. I was scared because when one leaves one's country you have a reason to leave. I continue to be scared I will be sent back. I am afraid because of the situation that I am in and the big sacrifice.

There were some people that were nice. I was not insulted but people do not listen to you when you need something. For example in hielera, I was asked for something to cover me and my mother kept asking, but we were ignored. There were some people who had aluminum blankets but we were not given one. The floor we were sleeping was bare cement floor. We did not have anything to put on the floor. It was bare cement. I started crying and I was scared. I did not stop crying for quite a while.

I thought that they would send me back to my country then. Some mothers were being told to sign their deportation orders. I was desperate and confused. I was sad for myself but also for the many children that were also there.

I remember that it was really cold. My hands and my feet, especially my feet were so cold I could not feel them. I looked for spots around the room that were not as cold. The bathroom was the warmer place other people were also trying to be in the bathroom. I remember that there was a mother and her one year old son that in the bathroom trying to be warm and seeing that made me cry. The Officers did not care that we were in the bathroom, but the Officers said that we can't block doorways. The Officers would yell at those that were blocking and slam the door on them.

I wear glasses and my eyes really dried up and with the cold and crying, my eyes dried up. I had a terrible headache.

I was very hungry by the time I got to hielera. But the food was so bad I wanted to vomit. I ate it because I was extremely hungry. The food was bread with a piece of ham. The bread was hard. It was frozen. I was also given some sort of fruity drink, but it had a funny taste to it. Normally, I do not eat ham, but I was so hungry that I ate it.

The light was on all the time. I could not sleep and it hurt my eyes because it was so bright. That also added to the headache.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

DATED:  10 - 27 - 15

███████████████████

**Certification of Translation**

I, Gissell Callejas, declare that I am fluent in the English and Spanish languages. This declaration was prepared with information provided by ███████████ that I translated into English and was read

back to her in Spanish.

DATED:

_____
Gisell Callejas
CARA Pro Bono Project, Dilley, TX

# Exhibit KK

In the hielera the people were misbehaving that spoke with me, the official that interviewed me didn't give me much of an opportunity to say why I had left my country, and he got angry because he offered for me to sign my deportation and I refused. In the hielera they only gave water that had a lot of chlorine and this caused my baby to get sick to his stomach.

In the perrera they insulted us and would say "get up burritos" and you had to get up and wake up the kids so you could stand in line so the person dressed in green could come and do the list. My son was very hungry in the perrera because the ham gave him nausea.

CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify

that the translation of this document is true and accurate to the best of my abilities.

_12/06/2015_

Catalina Restrepo                                        Date

En la hielera fueron mal portadas las personas que me hablaron, el oficial que me entrevistó no me daba mucha oportunidad de decir el porque me vine de mi país, y se enojó porque me ofreció que firmará mi deportación y yo me negué.

En la hielera solo daban agua con mucho cloro. Y eso produjo que mi bebé se enfermara del estómago.

En la perrera nos insultaban porque nos decían levantense burritos y uno tenía que levantarse y despertar a sus niños para hacer fila porque la persona vestida de verde llegara a pasar lista. Mi hijo aguantó hambre en la perrera porque el jamón le producía nausea.

657

# Exhibit L

DECLARATION OF 
An

I, ████████████████████████ (DOB ████████, declare under penalty of

perjury that the following is true:

1.      My name is ██████████████████████

2.      My country of origin is El Salvador.

3.      I came to the United States on October 28, 2015, with my son ████████
██████████████████████ (DOB █████████

4.      We crossed the border through Miguel Aleman and walked for a few
hours before being detained.

5.      A Customs and Border Patrol officer at the Rio Grande City, TX Border
Patrol Station interviewed me.

6.      I entered the "hielera" on Wednesday, October 28, 2015 at around 8:00
p.m. and was transferred to the "perrera" sometime on the day of Thursday,
October 29, 2015.

7.      When we entered the "hielera," I noticed that my son had a fever because
he felt warm to the touch, was acting ill, and his eyes were red.

8.      I informed the officer that my son had a fever and the officer just looked at
me without replying. I do not know whether the officer understood me.

9.      After the intake, an officer informed me that my son would go to a
separate room in the "hielera" with other boys.

10.     I asked the officer whether my son could stay with me because he was ill.
The officer replied "no."

11.     The officer opened the door to a room in the "hielera" full of boys and
ordered my son to enter. My son complied.

12.     All of the boys in the room looked older than my son. The majority
appeared to be between 14-17 year-old. The youngest other than my son appeared
to be 9 years old. My six-year-old was certainly the youngest.

1

13.    An officer ordered me to go to my room in the "hielera" and I complied. I waited there for around four hours for an officer to take my declaration.

14.    While separated from my son, I felt desperate and very uncomfortable because as a mom, even in that bad situation, I would have had him sleeping in my arms.

15. My son had never before been with strangers. The only other person who had cared for him was my mother.

16. I think there was a shift change during the four hours that I was waiting because a new set of officers came in. One of the new officers offered me a sandwich. I told him that I did not want to eat and that all I wanted was to have my son back because he was ill and was lying in the floor.

17. The officer opened the door of the other room in the "hielera" and asked me to go get my son. I found my son sleeping on the floor.

18. After we reunited, my son told me that a boy who was approximately 15 years old hit him in the head because he did not like how my son was playing.

19. I could not understand most of the CBP officers very well and they did not seem to understand me when I communicated with them in Spanish.

20. The officers who detained us on the border treated us well, but the officers at the "hielera" treated us poorly.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.



11/03/2015
DATE

**INTERPRETER'S CERTIFICATION:** I, SILVIA TANNER, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to the affiant in Spanish who verified that its contents are true and accurate.

2

So sworn this 3rd day of November, 2015.


Sihiz Tamver
**INTERPRETER**

11 / 3 / 2015
**DATE**

3

# Exhibit LL

The hielera is an appalling place, it is torture for you and your children, they make us starve, endure thirst, you can't sleep often you are taken out to form a line outside and it is really cold you can't sleep at all.  In each cell they put so many people. Children crying because of the cold or the pain. My son got sick to his stomach the day after we arrived and I could not go see him I could only look at him from my cell where I was and when I asked an official he said to "get my fucking hands off of him". I spent the time only crying for my son. My son told me that he was not able to sleep and that he cried a lot for me.

CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify that the translation of this document is true and accurate to the best of my abilities.

_Catalina Restrepo_

Catalina Restrepo

_12/06/2015_

Date

La hielera es un pesimo lugar es una tortura
que le dan a uno y a sus hijos nos hacen aguantar hambre
y sed no puede dormir uno a cada rato lo sacan
a hacer fila afuera y con gran frio alli no puede
dormir nada uno en cada celda menten mucha gente
niños llorando por el frio o por el dolor
mi niño se enfermo al dia siguiente que llegamos
del estomogo y yo no lo podia ir a ver solo lo miraba
de mi celda donde yo estaba y cuando le pregunte a un
oficial me dijo que le quitura mis pinches manos de el.
y yo pasaba solo llorando por mi niño. y
y mi niño me conto que el no podia dormir y lloraba
mucho por mi.

12/2/75

# Exhibit M



Declaration of ▮▮▮▮▮▮▮▮ (A▮▮▮▮▮▮▮

1. I, ▮▮▮▮▮▮▮▮▮▮▮▮ fled Honduras in late September of 2015 with my children ▮▮▮▮▮▮ (DOB ▮▮▮▮), ▮▮▮▮▮▮▮▮▮▮▮ (▮▮▮▮▮▮), and ▮▮▮▮ (▮▮▮▮▮▮) to seek asylum in the United States of America. My children and I are currently detained at the South Texas Family Residential Center in Dilley, Texas.

2. On October 21ˢᵗ, 2015 I entered the United States of America and was detained by border patrol agents who took us to the "ice box," [*hielera*, holding cell].

3. At the *hielera* my three children and I were put in a small room with many people, women and children. Sometimes there is nowhere to sit because there are so many people. It is very cold in those rooms and sometimes they turn up the air conditioning.

4. In the *hielera* they only gave us freezing cold ham sandwiches three times a day to eat and a small artificial juice. It hurt our stomachs to eat that food. We slept on the floor without any sort of padding. The floor is made of cement and it is very cold. They only gave us a thin aluminum paper to cover ourselves with. We were extra cold because our clothing was wet from crossing the river and we were not given any dry clothing to wear. My children and I were for two nights and two days. My two younger children got colds in the *hielera* and began coughing. They are still not better. My daughter has a cyst problem for which she takes daily medication and they took it away from us.

5. From the *hielera* we were transported to the "dog kennel" [*perrera*]. There we were able to sleep on mats, so at least we did not feel the cold of the floor as much. The only difference in the food in the *perrera* was that the sandwich had a hamburger bun instead of white bread and lettuce, they gave us an apple and potato chips. We were not able to bathe in the *hielera* or the *perrera*. We were dirty the whole time.

6. When we were transported from the *perrera* to the South Texas Family Residential Center, we traveled in a bus. There was a glass divider between the drivers and us, the passengers. There were lots of women and children in the bus with my children and I. Maybe about sixty. It was extremely cold in the bus, and the drive was several hours long. I had one jean jacket with a warm lining which I gave to my two daughters to share. Our feet were freezing and our heads were freezing. My children got sicker on that bus ride and I got sick, too. After the bus ride my daughter began to complain that her nose and eyes hurt, and her nose is running a lot.

7. When we arrived here a nurse checked our weight, blood pressure, and other basic things. They gave me an inhaler because I have asthma. The doctor who saw us did not give us anything for the colds that we had from being in the *hielera* and the cold bus. It had been hurting my oldest daughter and I to urinate because they gave us so little water in the *hielera* and *perrera*, but they did not do anything about that, either.

8. It is hard to tell when it is day and when it is night because there is no natural lighting inside the *hielera* or the *perrera* and the lights are always on.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

667

10/27/15
Date

I, Alexander Mensing, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to the affiant in Spanish who verified that its contents are true and accurate.

Signature

10/27/15
Date

# Exhibit MM

**DECLARATION OF** ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ swear under the penalties of perjury that the following information is true and correct to the best of my knowledge and belief:

1. My name is ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ I was born in El Salvador. I am 33 years old. I am detained at the Berks County Residential Center in Leesport, PA, with my son ▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮ who is five years old. He was born in El Salvador.

2. My son and I have been detained at Berks County Residential Center for more than twenty days. Before this, I was detained for twenty one days in Dilley, Texas and spent a day each in a Hielera and a Perrera. I have been in detention since October 10, 2015, so it has now been almost two months.

3. I fled El Salvador because members of my family were being threatened by gangs. My nephew, who is only fourteen years old, left the country because a gang was trying to recruit him. Another nephew of mine was beaten because the gang demanded that he give them money and he did not have any. The gang looks for young children to do their work and I am afraid my son will be recruited. They gang regularly meets at a house two doors down from me and are very present in my neighborhood. I am afraid of what will happen if I stay there.

4. When I first arrived in the United States, I was taken to a Hielera, an ice box or freezer in McAllen, Texas. It was crowded, about 60 or 70 people were there, and there were no mattresses or blankets. We slept on the concrete. It was very, very cold. We were given bread and frozen ham sandwiches to eat. The lights were on the entire night, never turned off. There were no windows and only one door which was locked. I did not get much sleep because there was no place to lie down. There were many young babies and children there. One little girl fainted, some children were vomiting. Some children were taken to the doctor, then they were returned. When I arrived, my clothes were wet and muddy from crossing the river. The officer made me take off and turn over the extra pair of pants I was wearing. There was one bathroom for everyone there to use and we were not allowed to shower.

5. I spent one day in the Hielera, before being moved to a Perrera, a warehouse where they hold people. We were given blankets that were like paper. I slept on a mattress but the floor was filthy. There were about twenty people in our small room, and a public bathroom with no privacy.

6. After one day in a Perrera, I was woken up and put on a bus. They did not tell us where we were going. When someone would ask a question about where we were going or what was happening, the officials on the bus would tell us that they didn't know. I thought they were taking me to see my family, who live in Denver.

7. They took us to Dilley, Texas. The experience there was horrible. Two or three days after I arrived, blood started coming from my mouth and nose. I wasn't taken to a doctor. They told me to drink hot water. About a week later, they gave me pills for a sore throat. I was bleeding for five days before I got medicine. At Dilley, I was able to take a shower. I had a

mattress, blanket and pillow. There was more food to eat, but it made a lot of us sick. Me and my son both had diarrhea for most of the time we were there. Eventually, my son got a cold and we went to go see a doctor at the office at Dilley. We waited from 8 in the morning until 3 in the afternoon and then they just told us to come back the next day. We waited for three or four hours the next day and then the doctor just told my son to drink water. We had no food to eat while we waited, so we went hungry all day.

8. I saw about four different lawyers at Dilley with the CARA Project. They sent a note that said we could request a lawyer and told us to get in touch with them. I went to the office at the center and filled out a request for a lawyer. Some of the other people at the center told me where to go; the staff didn't tell me anything about getting a lawyer. The attorneys were free, so I didn't need to get money to pay for them. I trusted the lawyers, and they helped file a request for re-interview but I didn't get to have one because I was taken from Dilley before it could happen.

9. Around November 1st, I was taken from Dilley. I didn't know where I was going, I thought they were sending me back to El Salvador. When I asked the officials where they were taking me, they said they couldn't tell me. They took my son's passport and my identification card. I didn't get them back. We left Dilley around 10:30 in the morning. We were taken to a room where they usually do vaccinations, and we were given a sandwich and water. We drove to the airport in a truck with another mother and child. We got on a plane with two agents, it was filled with regular passengers. We were only allowed to have water in the airport and on the plane, but the agents bought pizza. My son was crying because he was hungry, but they didn't have food for him. They never asked if I had a lawyer or what the status of my case was.

10. At Dilley, the consulate for El Salvador came to visit. The woman from the consulate was there to get documents if we had to return to El Salvador.

11. We arrived at the detention facility in Berks County around 3 am. My son and I didn't have anything to eat except for the sandwich they gave us in Texas all day. We were interviewed for about an hour and then we got to eat. They examined us, took blood pressure, and searched our belongings. A few days later, they took blood from my son.

12. When I first got to Berks County I was afraid that I lost my lawyer. They told me that I could contact a lawyer here but I didn't know how to do that.

13. My son has mostly been healthy in Berks but some of the other children have had facial swelling. When he had a fever and a cold, my son was taken to the emergency room. He had an infection in his eye but he hasn't been given medicine yet, we're still waiting for it. Staff members come in at night every fifteen minutes with flashlights. My son sleeps through the night but I don't. My son cries sometimes, he asks why we can't be free, why we're still here. He mostly listens to me but he gets in trouble here and there, he's mischievous.

14. When I was in Texas, an Official told me that I had to sign papers or that I was going to be in jail. I didn't know what I was signing and I thought they were deportation papers.

15. I'm scared now because in the middle of the night here, they take people and deport them. I'm afraid every night that I'm going to be taken next.

16. I feel frustrated and worried that all of my time spent getting here will not amount to anything, but I have hope that it'll work out because I am afraid to return to my country.

17. I keep fighting because I have hope. I have hope that my lawyer will present my case well.

18. I have heard your case goes better if you leave the center, and I would like to be with my family so they can help me.

11/30/15

DATE



CERTIFICATE OF INTERPRETATION

I, Richard Mullen, certify that I am fluent in the Spanish and English languages and that the above DECLARATION, was read to ██████████ in the Spanish language and that she understood the contents of the Declaration.

Richard Mullen

[signature][name]

672

# Exhibit N

**Declaration of** ██████████████ (A# ████████)

1. My name is ██████████████ (A# ███████). I am from Guatemala and I came to the United States with my children, ████████ (A# ████████) and ████████████ ████ (A# ███████). We were detained at the border on November 8, 2015 after crossing the river at Reynosa, Mexico.

2. After being detained, we were taken to the hielera, where it was very cold. The place was very crowded, so we had to sleep while sitting down on the floor. We were given aluminum sheets, but they did not warm us up. We spent a day at the hielera. It was very difficult to be at the hielera because my children were crying due to the cold.

3. We were taken to the perrera after being at the hielera. The perrera was better than the hielera because it was warmer. We could also sleep on a mattress and the officers treated us better. We spent a day at the perrera.

4. Ultimately, I am very upset at the way the officers treated me at the hielera. There was an officer who yelled at me and told me I would be sent back to Guatemala despite the fact I had told him I'm afraid of returning to my country. I began to cry and the officer began to laugh. His laughter made me feel very bad.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and recollection:

_____ _____11/16/2015_____
████████████████████████ Date

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ████████████ in Spanish.

_____ _____11/16/2015_____
Aminta Menjivar Date

674

# Exhibit NN

**DECLARATION OF** ██████████████████ (A ██████████

I, ████████████████ (A ████████████, declare under penalty of perjury that the following is true and accurate to the best of my recollection and knowledge.

1. My name is ████████████ ██████████ I was born on ████████████ in ██████████ ██████████ Honduras. I lived in ████████████ Honduras.

2. I am currently detained at Berks County Residential Center with my twelve-year-old daughter, ████████████ ██████████ was born on October 13, 2003 in ██████████ ██████████ Honduras.

3. I entered without inspection on about October 3, 2015 through the river near Reynosa, Mexico. I was caught by Border Patrol and brought to a hielera, where I stayed with my daughter in two days. I was then taken to a perrera for about one day. We were then taken to the family detention center in Dilley, Texas from about October 6, 2015 to October 31, 2015. We have been detained for more than two months now.

OUR TIME IN THE HIELERA AND PERRERA

4. The time ██████████ and I spent at the hielera was dreadful. We were in a cell of about 10 feet by 15, and there were about thirty of us, women and children, detained there. We had no space to lie down, and no beds or bedding around. We practically had to step on top of each other to get to the bathroom, which was a corner of the cell. There were at least one child per woman in the cell—I would say nearly twenty children. I recall that there was also one pregnant woman and one single young woman. I remember seeing one baby that was still nursing. We received small mortadella sandwiches, but I barely ate them.

5. My daughter and I were shaking from the cold while we were at the hielera. The only blanket we got was made of aluminum. As soon as I got it, I knew that this would do nothing to keep us warm.

6. Every one or two hours at the hielera, the guards would make us all stand up, and go outside to get counted. This happened all throughout the day and the night. Even though this was a dreadful routine, I never wanted to go back in because the weather outside was so much warmer than the freezing temperatures inside. While we were inside the hielera, there was no way to know if it was day or nighttime. Our cell had no window either. The guards kept the lights on at all hours, despite the fact that there were small children there.

7. I was never allowed to contact my family. I asked the guards in the hieleras to speak with my husband, who is in Virginia, but they did not allow me. I had no access to a lawyer either.

676

8. The guards in the hieleras often taunted us. They would yell things like "This is what happens when you come to a country that is not yours."

9. After the hieleras, I spent one night in what they call the "perrera." It was a large space with mattresses on the ground. Again, we only received aluminum blankets. It was also cold, but nothing like the hielera. We were all women and children and we laid on the ground.

OUR TIME IN DETENTION IN DILLEY, TEXAS

10. I found out that I was going to Dilley when the guards told me that I was going a center. I was very surprised, because I expected to be able to reunite with my husband in Virginia. I also have a thirteen-year-old son in Virginia. I did not know how much longer my daughter and I would be incarcerated like this.

11. In Dilley, guards checked on us at any time of the night. My daughter struggled with the food there, so she was not eating very much. I kept having migraines, and waited for hours to receive medical attention or some pills and at the end they did not give me anything. I also asked for psychological help but no one responded.

12. I met with Ian from the CARA Project a couple of times when I was in Dilley. This was the first time I ever knew that I could see an attorney, or was afforded the time and space to speak with one. When I failed my credible fear interview, Ian reassured me and explained the process to me. I also talked to a woman who sat in court with me, when I went before a judge. But she was not able to say anything. Every time I met with the CARA people, the meetings were very brief, because they had almost no time and so many families to help. It has been very hard for me to speak with strangers or men about what has happened to me and why I fled.

13. I spoke to someone from the Honduran consulate when I was in Dilley. They scared me, and said that I had to sign a deportation order or else I would go to jail for six months. I spoke with Ian about this, who reassured me.

TRANSFER TO BERKS

14. I was detained in Dilley for about twenty five days, when one of the guards told me that I would reunite with my family. I was surprised, but elated. I could not believe this good news. I thought it was strange that my husband had not told me about this. I tried calling him, and he told me that he did not know anything about this. So my daughter and I began to feel scared again, about where they were taking us; we thought we may be getting deported.

15. It was not until I got into the bus, driven by fellow detainees, that I found out I was being transferred to another center. We were already on the way to the airport at that time. There were nineteen of us, including two who were shackled. About five officers were there but they never explained to me where I was headed. No one asked me if I had a lawyer before I was transferred to Berks and I didn't get to speak with anyone from the CARA Project before I left.

16. When my daughter and I arrived at Berks, a doctor did a check-up on both of us and inspected our bodies.

17. At Berks, I felt even more hopeless. The conditions here have been better than the previous detention centers, but it continues to be painful for me that I am detained here with my daughter, instead of reuniting with my family.

18. Another detainee at Berks gave me a business card to contact the attorneys that represented her. When we first got to Berks, we were also told that attorneys come to the center as well. I could not wait to speak with an attorney so I called the number. I keep seeing my peers being deported and it scares me a lot that my daughter and I will be next.

19. My daughter has had some headaches since she came here to Berks and she received a vaccine, which did not cause issues thankfully. Other kids have had chicken pox here. I am lucky that my daughter continues to behave well here, but it has been challenging to be a mother while in detention. I don't have the answers about when we will be released, which is so painful for me in front of my daughter.

20. I have started to see a therapist at Berks because of all the psychological torment I feel. I have a hard time sleeping at night because I constantly depressed and anxious. When guards visit us at night, they also keep me up because they flash lights at us and leave the door open. Being detained makes it a lot harder to deal with the pain and trauma of what happened back in my home country. I often feel hopeless, sad, and cry a lot. I try not to give up, mainly because of my daughter.

FEAR OF RETURN

21. In about May 2015, there was a party in the communal center in front of my house. The party included two police officers. When one Mara 18 gang member tried to come inside the communal center, they began to yell at each other and exchange fire. The party turned into a massacre. One police officer died and two civilians died. The police arrested the Mara.

22. Since my house was right in front of the communal center, l was asked to testify. I could not say no, it was mandatory. My house had broken windows due to the gun shots, though my family was ok. After I testified, the mara who was in jail sent his brother to threaten me. He said that I would pay for my testimony. Although other neighbors had

been asked to testify, mine was the most important testimony. I received those threats in
June 2015. Although I am married, my husband works in the U.S. and sends money
home. I took care of my two children back in Honduras, and had no other place to go.

23. In about June or July 2015, one of the maras 18, who was perhaps eighteen-years-old
began harassing my daughter, ████████ who was about eleven at the time. He came to try
to pull her away by force two or three times, but I got in between and stopped him. The
harassment continued for three months. At night, the maras would come and throw stones
at the house. He kept telling her that she will be hers one day. ████████ was afraid of
going to school alone, and I always walked with her. But the fear started to exhaust us.

24. I told my husband about this. My husband is in the U.S., in Virginia, and works and sends
us money. He told me one day that I would be safer in the U.S. The mara continued to
harass my daughter every day. I also was facing increasing harassment of my own. When
I went to buy groceries, a man named ████████ would continuously catcall me from
his car. I always responded that I was a married woman and I tried to tell him to stop
harassing me.

25. On September 15, I was waiting for the bus to go to my mom's village. Suddenly, ████████
drove near me and forced me to enter the car. There were two other men in the car with
him, one of whom was driving. People had told me before that he was involved with
narco traffickers (a family called ████████ and men like him never go alone
anywhere. He always drove in nice cars. ████████ were a very violent family, killing
people.

26. ████████ put a gun on my head and forced me to get in the car. He raped me three times. He
put me inside a small farm house, so others would not see from the road that he was
raping me. My legs were covered with his sperm. I begged him not to leave me like this
on the road. He said this was just the beginning.

27. ████████ dropped me off right at the bus stop. I was too afraid to call the police. He had
threatened to kill me if I told anyone what happened to me. I did not go to the hospital
either because I was afraid of what would happen.

28. I haven't even told my husband, who loves me dearly, what this man did to me. When I
had my interview, I did not tell them about the fact that I was raped or that my daughter
was sexually harassed. I tried to tell the officer about my daughter, but the officer did not
believe me. As for the rape, I was afraid of what would happen if I told them, and to this
day I continue to be afraid of the man who raped me and the ████████ family finding out
where I am. So I only told my interviewer about the massacre and the fact that I was
robbed several times entering and leaving my town, a year ago.

29. I told the doctor here at Berks about the rape recently because I was experiencing vaginal pain. He told me to speak with lawyers about this. I have been too scared to talk with anyone about what happened to me, because I continue to experience a lot of shame, fear, and pain from what happened. This is the first time I have talked about it in detail with anyone, aside from mentioning it to the doctor at Berks.

30. I am a dedicated mother and wife. Because I was so scared, my daughter and I left my youngest child, who is seven years old, with my sister. It breaks my heart that I had to do that, but I am too scared to go back home.

11/19/15

DATE

## CERTIFICATE OF INTERPRETATION

I, _____, certify that I am fluent in the Spanish and English languages and that the above DECLARATION, was read to _____ in the Spanish language and that she understood the contents of the Declaration.

# Exhibit O

I ██████████████████ declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████████ I was born on ██████████████ in Honduras.
2. I was detained on November 11, 2015 with my two year old son named ████████████ ██████
3. I entered the United States at the border of Texas with Mexico.
4. I spent twelve hours in the hielara with my son and it was horrible. We stayed there for one night.
5. The hielara was freezing cold. To make things worse our clothes were soaking wet from crossing through river. Because it was so cold our clothes never dried and we were wet the whole time we were there. I came in shorts and was embarrassed because they were shorts. I asked for pants but was given my wet pants.
6. While we were in the hielara there was virtually nothing to eat. I was given a piece of bread but my son was not given anything. They gave us water but it tasted like it had a lot of chlorine in it and tasted horrible.
7. The lights were left on all night when we were in the hielara. My son and I were not able to sleep all night because of the lights and because we were so cold. Even if we were able to sleep, there was no place to sleep. The only option was to sleep on the floor.
8. There was a bathroom with a toilet in the hielara. However, there was no privacy there. It was embarrassing when I had to use the bathroom. In the bathroom there was no soap to wash my hands or space to shower.
9. While I was there I got sick. I had a fever and rash all over my body. I asked for medication but no one gave me anything. Additionally, my son has asthma and they took his inhaler. I asked for the inhaler for my son because he was having problems breathing but they wouldn't give me anything.
10. This is not how people should be treated. I saw a pregnant woman in these conditions.
11. My son and I were treated horribly when we were in the hielara. I was afraid for our health and felt like no one would help us. The officer would yell at me and say they were going to deport me. My son and I have been through so much and it was hurtful and scary to hear that.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

██████████████████████████████        11/20/15

                                        Date

682

I certify that I am proficient in the English and Spanish languages and that foregoing was read to ███ ████████ in Spanish.

Amanda Doroshow

11/20/15

Date

683

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am

employed in the County of Los Angeles, State of California. My business address is

256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On May 19, 2016, I electronically filed the following document(s): NOTICE

OF MOTION AND MOTION TO ENFORCE SETTLEMENT AND FOR APPOINTMENT OF SPECIAL

MASTER WITH SUPPORTING EXHIBITS with the United States District Court, Central

District of California by using the CM/ECF system. Participants in the case who are

registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*