CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    (213) 629-2020
Email: wharman@orrick.com
        egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>      Plaintiffs,<br>- vs -<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>      Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>PLAINTIFF'S EXHIBITS IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AND FOR APPOINTMENT OF SPECIAL MASTER [PART 4: EXHIBIT 19 PART 2]<br><br>Date:  June 17, 2016.<br>Time:  9:30 a.m.<br>Dept:  Courtroom 7<br>[HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:     (408) 280-2437
Facsimile:     (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org
          jamesz@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*/ / /*

2016 Motion to Enforce Exhibit Index

1.  Declaration of Peter Schey                                              1

2.  Excerpts of Exhibits                                                   66

3.  Declaration of Bridget Cambria                                       103

4.  Declaration of Carol Anne Donohoe                                    114

5.  Declaration of Jacqueline Kline                                      119

6.  Declaration of Jocelyn Dyer                                          154

7.  Declaration of Natalia Ospina                                        159

8.  Declaration of Leanne Purdum                                         162

9.  Declaration of Theresa Wilkes                                        166

10. Declaration of Amanda Doroshow                                       170

11. Declaration of Ed Mccarthy                                           173

12. Declaration of Robyn Barnard w/ Exhibits                            176

13. Declaration of Karen Lucas w/ Exhibits                              212

14. Declaration of Lindsay Harris (Flores Violations)                   285

15. Declaration of Lindsay Harris (Medical Conditions) w/ Exhibits      290

16. Declaration of Lindsay Harris (Due Process)                         375

17. Declaration of Manoj Govindaiah w/ Exhibit                          385

18. Declaration of Robert Doggett w/Exhibis                             409

19. Declaration of Alex Mensing w/ Exhibits                             557

20. CBP Memorandum. Hold Rooms and Short Term Custody. June 2, 2008      810

21. Declaration of Victor Rxxxxx xxxxxxx                                 826

22. Declaration of Walter Axxxxxxxx xxxxxxxxx                            830

23. Declaration of Yeslin Lxxxx xxxxxxx                                  834

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

24. Declaration of Sara  Exxxxxxxx xxxxx                                837

25. Declaration of Mirna Mxxxxxx xxxxx                                840

26. Declaration of Raquel Axxxxxx xxxxxx                              843

27. Declaration of Yessenia Exxxxxxxx xxxxxxx                        846

28. Declaration of Celina Sxxxxxx-xxxx                                849

29. Declaration of Cesia Vxxxxxxxx-xxxx                              854

30. Declaration of Isamar Sxxxxxx xxxxxx                             858

31. Declaration of Kelly Gxxxxxxxx-xxxxx                             864

32. Declaration of Maria Dxxxx xxxxxxx                               868

33. Declaration of Lindsey Gxxxx xxxxx                               872

34. Declaration of Katerin Yxxxxxx xxxxxxx                           877

35. Declaration of Sonia Axxxxx-xxxxxx                               881

36. Declaration of Kenia  Yxxxxx xxxxxxx                             884

37. Declaration of Bianca Cxxxxxxxx xxxxx                            888

38. Declaration of Astrid Dominguez                                  892

39. Declaration of Karen Zxxxxx xxxxxxx                              895

40. Declaration of Allison Mxxxx xxxxx                               898

41. Declaration of Benina Cxxxxx xxxxx                               903

42. Declaration of Evelin Jxxxxx xxxxxxxx                            907

43. Declaration of Diana Cxxxxx xxxxx                                912

44. Declaration of Amarilis Lxxxxxx xxxxx                            915

45. Declaration of Franklin Rxxxx xxxxxxxx                           918

46. Declaration of Herson Lxxxxxx xxxxx                              922

47. Declaration of Vilma Sxxxx xx xxxx                               925

48. Declaration of Leny A██████ ██████                                929

49. Declaration of Edgardo D██████ ████████                          932

50. Declaration of Flember J███ ██████████                           935

51. Declaration of Karen L██████ ████████                            938

52. Declaration of Madelyn M████████-██████                          941

53. Declaration of Faustino C███                                     944

54. Declaration of Fanny E████████ █████████                         947

55. Declaration of Josselyn M██████ ██████                           950

56. Declaration of Silvia V██████ ████                               955

57. Declaration of Yesenia Y████ █████                               959

58. Declaration of Eloisa R██████ ██████                             962

59. Declaration of Melvin M████████ █████                            966

60. Pennsylvania Dept. of Human Services letter to Berks County dated

    January 27, 2016                                                 969

61. Declaration of Dr. Luis Zayas                                    972

62. Declaration of Jessica Gorelick                                  1005

63. CARA letter to CRCL and OIG dated March 28, 2016                 1010

64. Declaration of Amy Camila Colon                                  1027

65. Declaration of Jodi Goodwin                                      1030

66. Declaration of Michelle Garza Pareja                             1035

67. Declaration of Amy Fisher                                        1044

68. Declaration of Karen Lucas                                       1048

69. Declaration of Katie Shephard                                    1052

# Exhibit OO

## DECLARATION OF ██████████

I, ██████████ swear under the penalties of perjury that the following information is true and correct to the best of my knowledge and belief:

1. My names is ██████████ and my A number is ██████████ I am 24 years old and I was born in Honduras. My son is here with me, he is six years old and he was also born in Honduras.

2. I have been detained since September 28, 2015. I was detained in Dilley, Texas for one month and then I was transferred to Berks on October 28.

3. I am still afraid of returning to Honduras because there are still death threats against me and my family, nothing has changed. I am also afraid for my son because he should have the right to live without being threatened and fearing for his life.

4. I entered the US on 28 of September. I don't know where we were, but it was somewhere by the river. I was picked up by immigration right away. They took us to the icebox or *hielera*.

5. It was a bad experience. They don't treat people well in the icebox. I was there for 2 days. It was cold, really cold. We had to sleep on a dirty floor. We were given frozen ham sandwiches. That is not healthy for children. There were so many children there, even little toddlers. The lights were on constantly. There are no windows, no privacy. The floor is disgusting. They mistreat people there. They tell us that we're all liars and that we should just go home. They took our identification and never gave it back to us.

6. They took us to another place after the icebox, what we called the "dog pound" or the *perrera*. We were still incarcerated, like inside of a cage. We didn't have beds, they just gave us these cots to sleep on.

7. After that they put us on a bus, which was also freezing. They told us we were going to a "family center." We had no idea what was happening.

8. We wanted to go to North Carolina to live with my uncle. He is ready to take us in whenever we are released.

9. Instead, they took us to Dilley and put us in detention. At Dilley, we had problems with the medical care. My son was vomiting and when we went to the doctor, they said he had a fever and that he should just drink water. We had to wait at least four hours to even see a doctor, and then they would just tell him to drink water again.

10. While I was at Dilley, I had a lawyer from the CARA Project. When we arrived at Dilley, the staff told us that we could submit a request for a lawyer, so I did that and I was

assigned to a legal team. It wasn't always the same person. I worked with a few different people. They were free lawyers. We probably met five different times. I shared my personal information with them, and one of the women I really trusted. She said she would help me.

11. After I received my first negative asylum decision, the lawyers tried to help me. We went to court to see a judge, and I explained my fears again. The judge didn't believe me. After my hearing, the lawyers wrote a letter asking the judge to change his mind.

12. One of the immigration officials was always mean to me, I don't know why. If someone got a negative decision, they would tell them to give up and ask us what we were still doing there. They told me to give up and stop fighting my case because I would never win.

13. Before they transferred me to Berks, I told them that I had a lawyer from CARA. The day that they took me to Berks, I had an appointment with my lawyer to call my family in Honduras for the first time, but I didn't get to do that.

14. Immigration came to our bedroom around 1:00 in the morning and told us to pack. I had no idea what was happening. They told us we were going to see "our family." I didn't know what that meant. I had no idea where we were going.

15. We took a bus to the airport, and then we got on the plane. We were with other families, about eleven mothers and their children. We were put on the plane with a lot of men who were in shackles, we didn't know who they were. We had to change planes several times, so by the time we arrived in Berks it was dark outside. They had given us maybe one sandwich in 24 hours. They searched all of our bags and they washed all of our clothes. They inspected our bodies and searched our hair for lice.

16. My son was very sick by this time. He had been sick for weeks. He was having trouble breathing when we got here. We went to the hospital and he had to stay for three days. They prescribed medicine, but it hasn't arrived here yet.

17. When I got to Berks, I had no idea what was going to happen with my lawyers. After I came here, I met a lawyer who gave me her card. She is a great but I have to pay her.

18. A lot of people here are sick. There are two mothers here that have chicken pox, they're in quarantine. There is also a child here who has an infection in his eye that makes his eyes water.

19. Most of the staff here treat us ok, but some treat us like we're going to infect them. They wear gloves when they come in the room and they cross the hallway so they don't have to touch us. They act like we're dirty. At night, we have to leave the door open and they come in every fifteen minutes and shine a flashlight on us.

20. My son doesn't eat much here. He cries a lot because he doesn't want to be in jail. He asks me why others get to leave and we don't. He gets picked on by the other kids so I don't want him to play sometimes and he gets upset. I feel like I have to watch him all the time. I'm so worried that something is going to happen to him.

21. You just feel so terrible to be here. You feel like you must be the worst criminal in the world to be here, or else why would they do this to us. I worry that my son will be traumatized and think there is something wrong with him. He asks why we're in imprisoned all the time. They call it a family care center, but it's a prison. They don't take care of us, they monitor us and make us feel like criminals. Why would you put someone in prison just for being afraid?

22. I am still fighting because I don't want to go back to Honduras, but I think what they are doing to the families is so wrong.

11/19/15
DATE

CERTIFICATE OF INTERPRETATION

I, _Caitlin Barry_, certify that I am fluent in the Spanish and English languages and that the above DECLARATION, was read to ▮▮▮▮▮▮▮▮ the Spanish language and that she understood the contents of the Declaration.

# Exhibit P



**Declaration of** ████████████████ (A# ██████████)

I, ████████████████████ (A# ██████████) declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████ ██████ I was born on ████████
2. I fled my country El Salvador with my son ████ because M-18 killed my husband. My son ████ was very traumatized and affected by his death. He has been beaten and threatened by M-18.
3. I had to leave 4 children ages 19, 18, 16 and 7. This broke my heart.
4. I have been extremely traumatized by my husband's death and the threats on ████ to join the gang and being beaten by M-18
5. The journey to the US was very difficult. Sometimes we were in the rain, sometimes we did not have anything to eat. It took us about a month to reach the US.
6. We crossed the river and were picked up by the Border Patrol.
7. We were picked up in the early hours of the morning and brought to Rio Grande City,TX.
8. We were then brought to MCALLEN, TX known as the hielera. It was freezing cold. They separated me from my already traumatized son. Someone gave me a sweatshirt and I wanted to give it to my son.
9. The guards just yelled at me if I asked to see him and help him.
10. When we would ask for heat they would get mad and insult us. They told us to endure it.
11. I was with women with toddlers. My son was put with males his own age.
12. We did not have any warm clothes. There were so many mothers with babies. The room was overflowing even in the bathrooms.
13. The mothers wrapped their babies with paper that you wrap tamales in. They were large pieces of paper. They would wrap their babies like you wrap a hot dog. All you could see was their face.
14. They had to lay them on the floor. There was no room for adults to lay down. Women had to huddle with their knees bent to reduce the space.
15. Children were crying. They were getting sick. Some mothers had more than 1 child. One mother had 5. It was so hard for them to keep them warm.
16. On the floor where I was to sleep, the women were all right up against each other - there was not even enough room to walk.
17. They gave me some bread with some sort of ham in it and it made me throw up.
18. We had to share a cup among all the women and the children - about 20 people - and the water hurt my stomach.
19. I have high blood pressure and I brought my medicine with me from El Salvador. The Border Patrol took it from me.
20. I told one officer that I needed to take my blood pressure medicine. He just ignored me. Three hours later I was feeling terrible, I was feeling very faint. I asked a different officer and he brought me to the Doctor. The doctor gave me one pill from the US.
21. When people would leave we would grab their paper to wrap up in.

22. My son and I were in the hielera for 2 days. They did not give me anything for my nausea nor any more pill for my blood pressure.

23. I was not able to bathe.

24. My legs were so cold that my bones began to ache.

25. The situation was so, so bad, I was reliving more trauma. Trauma lives in your head.

26. I had a fever the whole time and a cough, but the guards didn't care. They just yelled at all of us and insulted us.

27. In the perrera, things were a bit better. It was a little warmer, and I got a blanket and there was a mattress on the floor to sleep on. They gave me something for the nausea.

28. They let my son bathe, and at least in that place, we could see each other, even though we weren't in the same room.

29. When I arrived in Dilley I had a terrible cough and was sick. The doctor gave me medicine for blood pressure and my cold.

30. My son has fear and anxiety and needs to see a psychologist. He has a lot of fear because of seeing his father killed when he was 5 years old and was traumatized in the hielera.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

11/15/15
Date

I certify that I am proficient in the English and Spanish languages and that the foregoing was read to _____ in Spanish.

Marlene Perrotte

11/15/15
Date

# Exhibit PP

**DECLARATION OF** ███████████████████████

I, ███████████████████████ declare under penalty of perjury that the following is true to
the best of my recollection and knowledge, and that the following statement has been read to me
in the Spanish language:

1. My name is ████████████████████ My A# is ███████████ I am thirty-years-
   old and I am detained at the Berks County Residenial Center with my twin eleven-year-
   old daughters, █████ and █████

2. I have been in the U.S. since September 19, 2015. I know that I am currently detained in
   Pennsylvania, but this is the fourth place that my daughters and I have been detained.

3. My daughters and I are still afraid of returning to El Salvador. I am especially fearful for
   my daughters because of their age and because of our contact with gangs in El Salvador. I
   fear that they may suffer severe physical and sexual violence if returned.

4. We are a devout religious family. I am the daughter of a pastor and a devout Christian.

5. The three of us were apprehended in Texas on September 19, 2015. When immigration
   appreheneded us they took us to a hielera where we stayed for seven days. The condition
   in the hielera were cruel for my children. It was as cold as a freezer. It was so cold that
   the children were crying and turning purple. There was nowhere to lay down. There were
   only cement benches. The lights were always on. There were no windows. There were a
   lot of people in this hielera. I would guess more than thirty women and children. Only
   the very young children received foil blankets. The only food we were given was a small
   piece of bread and ham. There were no showers. There was one toilet in the room for
   everyone. There was no privacy. My children suffered.

6. While I was in the hielera, I saw a woman go into labor. They took her out of the hielera
   to give birth, but then she was immediately returned to the hielera with her newborn. She
   was not gone long enough to receive any kind of proper treatment. I was under the
   impression that all they did was clean her and the baby off and returned them to the
   center.

7. During this time we were taken to a place we called the dog pound, or the "perrera". We
   called it the dog pound because it was a room with a lot of cages like you were trapping
   animals. When we were in the dog pound, they gave me a mattress, but they took my
   children away. I believe it was so that they could shower.

8. An officer then came in and took us to a place they called a family ranch in Dilley, Texas.
   I was at that center for about a month and a half. At the center there was a lot of
   sickness. My children suffered from constant diarrhea, stomachaches and fever. We
   would wait for four hours or more to see and doctor and we still would not receive

medicine. Even when my daughters had high fevers they were not given medicine. They were told to drink water. The water was disgusting and tasted like pure chlorine. All me and my children could do was pray.

9. When I was at the family ranch, I was able to meet lawyers and other staff of the CARA Project who were willing to help me for free. I remember their names were Ian and Brian. They were very nice to us. And I wanted a lawyer to help me. I only knew I had a right to a lawyer because I was told by other detainees. The staff refused to talk to me. They also refused to read papers to me that I was given in English. That is why the lawyers were helpful. I would see these lawyers often, more than several times a week. I trusted my lawyers and I told them everything, all of my personal details and everything that I was afraid of for my daughters. These lawyers appeared in court on my behalf.

10. There came a time when I was threatened by an immigration official in the Dilley facility. His name was Officer Mendoza and he was a deportation officer. One day I was called down to court. I assumed that I was going to see the judge. However, when I got there, Mendoza took me into a room. My attorney wasn't there. He put papers in front of me that I could not read because they were in English. He told me that I had to sign some papers for my removal. When I refused, Officer Mendoza became very angry and he threatened to put me in jail and to take my children away. I was scared, so I signed the papers. I did not want to sign for my deportation, but I was afraid that immigration would take my children. I know now that the document was so that they could get a passport to deport me, but my daughters cannot be deported because I fear for their lives and safety.

11. I was then transferred to another detention facility away from my lawyers with no warning. On or about October 31, 2015, I was moved to the Berks County Residential Facility where I am still detained to this day. My daughters and I were taken from the facility at night and put on a plane with other detainees. It was frightening for my daughters to be in front of other male detainees who were shackled and in handcuffs. It did not matter to Immigration officials that I had a lawyer or that I was fighting my case. They still moved me.

12. When my daughters and I got to Berks we again had to go through an admission process. They checked my daughters' bodies again. My daughters were embarrassed because they were for the first time talked to about whether they had sexual intercourse. They made my 11 year old daughters take a pregnancy test.

13. When we were transferred here I was afraid that I had lost my lawyers. I felt like my case was over and that I would have no help. Here in Pennsylvania I heard that there were no lawyers here like in Texas. I was lucky enough to receive information about a lawyer from another detainee. We do not get legal access here in Berks like we did in Texas. The staff will not help up access legal help.

14. I am fighting for my daughters' lives and for their safety. I fight to be strong for them. I try to encourage them to respect others and to be well despite the fact that it kills me to see them trapped in detention. If we were to be released, we could live with family in the United States and continue our case. The father of my daughters is here, and so is my sister and brother in Kansas. That is where we would go and wait for our turn to present our immigration case.

15. My daughters and I are currently in detention with a stay of removal granted by a Federal District Court. Although I have received a negative decision from the Asylum Office, I am supposed to have the right to see a judge to consider that negative decision. From what I understand, Immigration does not want to give me that hearing, even though I was told by the Asylum office that I would have that opportunity.

16. Instead, my daughters and I have been in detention for almost three months. I know my children are depressed and suffering but I will do my best to comfort them, and let them know that one day we will be free.



11/30/2015

DATE



CERTIFICATE OF INTERPRETATION

I, Martha Sandoval-Reyna certify that I am fluent in the Spanish and English languages and that the above DECLARATION, was read to ▮▮▮▮▮▮▮▮ n the Spanish language and that she understood the contents of the Declaration.

Martha Sandoval-Reyna

# Exhibit Q

**Declaration of** ████████████ A████████

1. I, ████████████ fled my country of origin, El Salvador, with my daughter ████████ (DOB ████████) on September 26, 2015, to seek asylum in the United States of America. We are being held in the South Texas Family Residential Center in Dilley, Texas.

2. We crossed the border from Reynosa, Tamaulipas into the United States of America on the evening of November 8th and were detained that same day by agents of the US government wearing grey uniforms. They took us to the *hielera* [CBP holding cell].

3. When we arrived they put us in a line to check our hair and hands before entering. They sent some people to wash their hair, I imagine this was because they had lice or something because they did not make everyone do it.

4. My daughter and I each had two t-shirts and a sweater because we knew that it could be cold when we crossed the border. The officers took one of our t-shirts away from us, leaving us only with one t-shirt each. Some women had two pairs of pants on and the officers took one away from them, leaving them with one pair only.

5. When we entered the facility they put us in a cell and gave us a sandwich of only lunchmeat and white bread, which was very cold, and a juice.

6. As it got later the cell got fuller of people to the point where the entire space was full, so you could only sit by holding your legs in, there was not enough space to lie down or stretch out.

7. It was impossible to sleep because the lights were never turned off and it was extremely cold. We were not given anything at all to cover ourselves nor to sleep upon, so we were sitting on the cement floor which was very cold and very dirty because of the mud that had been brought in on everyone's shoes. They did not clean the floor until the next morning.

8. On Monday morning a woman left the *hielera* and left the emergency blanket they had given her, which is like aluminum foil or plastic, so I took that to give to my daughter.

9. An officer that morning came and told us to line up outside because they were going to clean the floor. He told us to pick up all the emergency blankets and the little pieces of broken blanket to leave the floor clear of the pieces. The blankets break a lot into little pieces. We all picked up what we had left, but some women or minors had already been called to leave and had left some bits of blanket which we did not pick up.

10. When we were called out to eat breakfast (cold ham sandwiches again, like always), I took the emergency blanket with me. While we were eating breakfast the officer who had told us to pick up the bits of blanket came out and told us that he had warned us to pick up all the bits of plastic. There had been some left, so he punished us by taking all of our emergency blankets away from us. Nobody was left with anything to cover themselves. He told us "I warned you. I don't care if you get cold."

11. My daughter had a cough which she had had since before entering the *hielera*, which got much worse because of how cold the floor and the air were. I asked for medical attention for my daughter and they would not give her anything, they said that she did not have anything bad. Lots of children were practically choking themselves with the coughs they had and they were also given no treatment. Nobody was treated.

12. The toilet is in the same room where everyone is all the time. While sitting on the toilet there is only one wall which only goes high enough to cover your body - you can see everyone over the wall. On the other side there is no wall, so we used the trash can to block the view. There was no

soap and there were often no cups to drink water, or the cups were left by the toilet and that is not hygienic. And the water was so cold anyways that we didn't want to drink it often.

13. The officers in the *hielera* made us do a phone interview and they would say that they were not in charge of giving us asylum or anything. Then they would continue doing the paperwork and said it would take a long time and sent us back to our cell. Then they came to our cell a couple of hours later with my paperwork and said I had to sign my deportation order because I had nobody to take me in in the US. I said "what do you mean? I have an uncle and aunt who are US citizens." The officer said, okay, I will send you to a judge to see why you are afraid of going back to your country.

14. With the women who were timid and did not defend themselves the officers came three or four times to demand that they sign their deportation orders. If we spoke up for ourselves they only tried to get us to sign them a couple of times. They like to humiliate us.

15. We were in the *hielera* for two nights and one day. On Monday night they told me I had a deportation order, and I could not sleep at all that night because of how afraid I was. On Tuesday morning we were given our belongings and told to get on a bus. We were not told where we were going or what was going to happen to us. We were afraid that we were being deported.

16. We were taken to the *perrera*, a big warehouse divided into little rooms by chain-link fences. We were given mattresses there and emergency blankets, which are like putting plastic bags on top of yourself.

17. In the *perrera* they took my daughter away from me. We were separated all day long. When it was time to go to bed my daughter started crying. They asked why she was crying and she told the officers that she wanted to see her mother so they brought her to see me for a few minutes.

18. I had a bad headache in the *perrera* so I asked for medical attention and an officer told me I could see a medical provider. The medical provider told me I did not have an illness, rather I had a headache because I had not been able to eat well recently and was suffering lots of stress.

19. The experience of being in the *hielera* made me feel awful. We knew that it would be difficult to get to the US but we thought it would be better. In our country they do not respect the laws, and we thought that in the US they did, we thought it would be different. But in the *hielera* they really discriminate against us.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

_____

11/18/15
Date

I, Alexander Mensing, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to the affiant in Spanish who verified that its contents are true and accurate.

So sworn this 18th day of November, 2015.

_____
Signature

# Exhibit QQ

Helen

Remember:

The hielera is a trauma that I will not forget as it is a place where you are treated like an animal, like a delinquent. Being there was the most frightening and terrifying thing that I could live through. The whole time I cried to my God because being in the hielera is a living hell. The people who watched the cell do not have a heart, they humiliate you, they yell at you, and they physically and emotionally assault you. They do not have compassion not even towards kids. There were babies that were just months olds that sometimes cried from the cold, or because of the food. I was a victim of that place, and just like my son and I were victims, so to were many others.  God forgive the staff of these hieleras because you have to remember that God sees everything and one day we will have to give an account of everything to God, of everything that we did in this life. They are very bad people who have no compassion, feelings, or heart.

CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify

that the translation of this document is true and accurate to the best of my abilities.

_Catalina Restrepo_                                      12/06/2015

Catalina Restrepo                                        Date

700

Recordar:

La Hielera es un trauma que no olvidaré ya que ahi en ese lugar lo tratan a uno como un animal, como un delicuente, estar ahi fue lo más aterrador y temorizante que pude vivir, todo el tiempo le clame a mi dios por que estar en la hielera es vivir un infierno los cuidadores de celda no tienen Corazón te humillan, te gritan y te agreden fisicamente y emocionalmente no tienen compasión ni hacia los niños habían bebes de meses de años quienes lloraban por el frio, por la comida yo fui una victima de ese lugar y al igual como yo y mi hijo fuimos victimas así también hubieron muchos otros seres más. que dios perdone a todo el personal de esas hieleras porque hay que recordar que dios todo lo ve y algún dia tendremos que entregarle cuentas a Dios de todo, de todo lo que hicimos en esta vida. ellos son muy males personas que no tienen compasión, sentimientos ni corazón.

11/27/2015

701

# Exhibit R

My name is ███████████████████████ I am from Guatemala. I am detained in Dilley, Texas with my two sons.

I was picked up on a Saturday. It was October 31st. I was with my two kids and some other people. They made us take off our jackets and searched our bags and searched the children. They asked us our names and where we came from but nothing else. They put us in a patrol car and took us to the hielera. There in the hielera they searched us again. They did not ask us anything. They didn't explain anything. They split up the men and women and they put us in a room that was very cold. And they left us there and didn't talk to us at all. This was in the night time, maybe about 10pm. They didn't ask us anymore questions. There were other people in there, including nursing babies. There were a lot of people. There were people who slept standing up. Even a woman who was 8 months pregnant with swollen legs slept standing up. They didn't give us anything to eat that night. They didn't give us any form of blanket. A couple of moms with young kids asked for blankets for their kids and they gave them very angrily so I didn't ask.

There was a sink in the room and we drank from our hands. The lights were on all night. In the morning there was a shift change and they counted us. Then they asked the whole group if we were going to sign deportation. Everyone said no. They gave us a sandwich with just frozen ham. They gave the kids a small juice. Late in the day they gave us the same thing to eat again. We only ate these two times the whole day. We spent the whole day in the room. There was a toilet in the room in the corner with a short wall for privacy. We had to ask for toilet paper. There was no soap. We couldn't bathe or bathe our children. This day went by and they didn't ask us anything or tell us anything.

In the middle of the night, around 1am or 2am they came and got my sons and I and took us to the interview. It was a big room with lots of people getting interviewed. A male officer interviewed us. It lasted about 4 hours. He didn't ask us very much. We were sitting on a cement bench. He would get up and leave and then come back.

A boy who was in a room started making noise. The other people in the room yelled that he was dying. The officer opened the door and the other boys carried him out of the room. He was making noise and saying he couldn't breathe. The officer interviewing me and several others yelled at him and were making fun of him. They yelled "calm down, what's happening to you?" The boy was about 15 or 16 years old. He said he had heart problems. His mom was in another room. The officers came up to the boy but didn't help him. They just smiled and made fun of him. They said they couldn't get him out of there because each person has a turn and he had to wait. They acted like he was faking. They said used the words "mamadas," "pendejo" They were talking in English too. My son was crying. The boy stayed on the floor and I told him to just breathe and pray and be calm. He was on the floor multiple hours until someone came and took his blood pressure and left him on the floor without giving him anything to drink or any medicine. The whole time they didn't even give him water.

After about 4 hours of being interviewed when one of my sons had fallen asleep on the floor and the other had fallen asleep on the bench. The officer interviewing me said "fuck you babies" and laughed at my kids. That was at the end of my interview. I didn't get any water during the interview. They took us back to the same room where we had been before. We were in the room for a little bit and then they took us early in the morning to the perrera. They didn't give us anything to eat but we got food once we got the the perrera. We went from the hielera to the perrera in a minibus and it wasn't a long journey.

In the perrera, thanks to God, the conditions were a little better. We had more food and a cot with an aluminum blanket.

I do swear that these things happened to me in the hielera when I was apprehended by US Immigration officers.

11/9/2015
_____
Date

---

I, Karen McMahon certify that I am fluent in the English and Spanish languages and the foregoing was translated orally to ████████████████ to the best of my abilities.

Translated this 9th day of November, 2015

Karen K McMahon

# Exhibit RR

**Declaration of** ███████████

I, ███████████████████████ declare that this is an accurate statement of the conditions my son, ████████████████ A████████████ who is 11 years old and I experienced during our CBP detention after we crossed the border in the United States. We are from Honduras. We arrived to the United States border on Saturday, December 5, 2015 somewhere not far from the detention center.

1.  When CBP detained us they took all of our belongings except for a layer of clothing including our watches and shoe laces.

2.  At the "hielera" they separated us. They divided the women and young children in one line and the older boys in another line. My son only is 11 years old and they took him away from me. But there was another boy who was 11 was allowed to remain with her mother.

3.  We did not understand what was happening. I thought wasn't sure where he was going and that whether or not I would see my son again.

4.  Twice I asked a officer if I could see my son. Each time the officer said he would see but never allowed me to see my son or talk to him.

5.  My son was very scared and sad. He could not sleep. They did not give him a blanket or anything to cover himself from the cold. He cried and the other boys said he was calling for me.

6.  We spent 2 days in the "hielera" and one day in the "perrera.

7.  It was freezing in the "hielera" and the children were crying because it was so cold. They gave the children aluminum blankets. There were so many of us in one small space. There was no where to lie down. So we slept little and when we did it was leaning against each other.

8.  The toilet was in the same room. There was a half wall between us and the officials. So the other women, children and CBP officers could see the upper half whenever we went to the bathroom. There was a trash can which was used to cover the entry to the toilet to cover the front of our bodies. There was no soap or anything to dry our hands. We had to wash our self there anyway we could as well.

9.  They gave us ham and white bread sandwiches and juice.

10. We were not united until they released us from the "hielera" to take us to the "perrera." His eyes were swollen from crying so much.

706

11. In the "perrera" we were separated again. We were there about a day. It is hard to remember because I was so worried and I lost track of what day it was.

12. He now becomes very nervous now when I am not with him. We are both terrified of being separated. He was so worried when we came here that we would be separated again when we arrived here to the detention center.

13. I think it is really wrong to separate children from there mothers like this. Both the mothers and the children suffer.

Date: 12/16/2015

**CERTIFICATE OF TRANSLATOR'S COMPETENCE**

I, Helene Fehlig Tatum, hereby certify that the above is an accurate translation of this declaration from Spanish to English and that I am competent in both English and Spanish to render such translation.

DATE: __12/16/2105_____    Signature of Translator: _____

707

# Exhibit S

My name is ███████████████ and I am from Honduras. I have been detained since October 29, 2015
with my son ████████████████ I entered the United States and was taken to the Macali station.

I spent 4 nights and 3 days in the ICE holding facility. The holding facility was incredibly cold. I believe I got
pneumonia at the holding facility because of how cold it was. Everyone's aluminum blanket was rattling in the
air and it felt like my hair was frozen. I wrapped my sweater around my son's head to keep him warm and I only
had a t-shirt on.

We received 3 sandwiches every day. It consisted of bread with ham and juice. The ham and bread were frozen.
There was enough water, but it was cold. The food was always the same. The children wouldn't eat it because
they were all sick.

I did not shower. They didn't have soap, but they had toilet paper and pads. The kids needed soap when they
went to bathroom. We were all dirty from having been in the river, but there was no soap with which to wash
up. There's a view to the men's area from the women's bathroom – when you sit/stand, the men can see and
they are looking. There were no doors on the bathrooms.

We slept on the floor. The lights were left on all night. Some women had to sleep next to the toilet because
there was no room. We were stepping on each other because couldn't see with all the aluminum blankets –
even stepping on pregnant women.

Everyone was coughing, but nowhere to lodge medical complaint. I believe I contracted pneumonia because of
the place.

When the officers wanted us to sign the deportation orders, one of my friends asked for an interpreter so she
knew what she was signing and they told her there were no interpreters. Officer [name unknown] told me that
he would sign for me if I wouldn't sign, and that they were just going to send me back.

The conditions of the ICE holding facility were very bad. There was no soap, not enough food and people were
starving from their journeys. It was so cold and they had to watch the children deal with the cold/hunger.

The officers were telling us all they had to stand up and couldn't lie down. Every time an official came, us had to
stand up instead of lying down. White officers treated me well, but the Hispanic officers were the ones who
treated me poorly.

Today, November 10, 2015, I spoke with my friend on the phone who indicated that she received a phone call
from an ICE officer – Officer Martinez I would be released today at 5pm on the ankle bracelet and to be sure that
she buys my tickets. He gave her instructions on how to have the tickets faxed here and she did it. I have never
met Officer Martinez, and no one ever told me I was going to be released. Even now, a few hours before I am to
be released, no one has come to speak with me about the fact that I will be released with an ankle bracelet.

I declare under penalty of perjury under the laws of the United States that the above statements are true and
correct to the best of my knowledge and recollection.

_____                    _11_/_10_/_15_____
S███████████████                                    Date

**Interpretation Certification:** I certify that I am proficient in the English and Spanish languages and that the
foregoing was read to above signed individual in Spanish.

_Theresa Willer_____                      _11|10|15_____
Signed                                              Date

# Exhibit SS

**Declaration of**  **A#**

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

1. My name is  A# and I was born in Guatemala on

2. On or about December 3, 2015 my son (A# ), and I were detained by the United States Border Patrol. On December 6, 2015 I was moved to the South Texas Family Detention Center. I have been here since.

3. When we were first detained by the Border Patrol, we were physically wet with wet clothes and they took us to the "ice box". The "ice box" was extremely cold and the air conditioning was on really high making more cold air.

4. My son and I were already sick with a cold and cough, and the cold conditions of the "ice box" made our illness even worse. They officers never checked to see if we or any other person were sick or in physical pain. I asked the officers for medicine for me and my son and they told us that they didn't have any and that they couldn't help up. Another woman told the officers that her son had a really high fever and the officers told her that he didn't have a fever and that he was fine. The child was so sick he couldn't even speak.

5. We spent two nights in the "ice box", where we were forced to sleep in the freezing cold while we were sick. We had to sleep on the cold concrete floor. I asked the officers for blankets and they told me to wait but never gave us blankets.

6. On Saturday, December 5, 2015 an officer called me and took me and my son out of the cell. The officer asked me if I was going to sign papers so that I would be deported. I told him that I wouldn't sign. And he insisted that I should sign for my deportation because I am just a "fucking migrant". He told me again that I had to sign the deportation papers, and I told him no. He told me that if I didn't sign that my son and I are going to stay in the "ice box" without food, and that my son's illness was going to get worse. He told me again to sign the deportation papers, and I was so upset with him for being so rude to me that I couldn't say anything in response. The officer then yelled at me, "Are you going to sign, yes or no?", to which I replied no.

7. My son was scared while the officer was trying to force me to sign the deportation papers. He didn't understand what was going on but he could tell that the officer was being extremely mean to me and he was holding on to me very tightly out of fright.

8. The officer returned me to the cell with my son.

9. Later that same day we were transported to another detention center called the "kennel".

10. The officer that tried to make me sign for my deportation made me feel so bad for being a person from another country. He made me feel like a dog left out in the rain. I fled my country for fear of my life, and I never thought that I would receive this type of mistreatment from people who I thought were there to help me be safe.

11. I fled Guatemala because I was held captive in a room where I couldn't leave for two years. In this room I was abused, beaten, and tortured. When I was incarcerated again in the "ice box" it brought back the same memories of terror that I experienced in my home country. I never thought that the abuse that forced me to flee would be forced on me again for asking for help from the United States.

12/15/2015

**Date**

I certify that I am proficient in the English and Spanish languages and I accurately and truthfully read the aforementioned in the Spanish language to the client.

Ian Philabaum

12/15/2015

**Date**

# Exhibit T

**Declaration of**  A

1. I, _____ fled my country of origin, El Salvador, with my daughter _____ on October 5, 2015, to seek asylum in the United States _____ (DOB _____) of America. We crossed the border from Reynosa, Tamaulipas into the United States of America on October 25 and were detained that same day by agents of the US government wearing green uniforms.

2. We were taken by those agents to a place we call the *"hielera"* where we were put in a room with cement floor and walls and a cement bench built into each wall. We were given a ham sandwich to eat and there was water to drink. It was very cold and we slept on the floor. There was a mattress for my daughter but not for me. I had a second sweater to give to my daughter but only one to wear myself. Some of the women and children's clothes were wet from crossing the river and they were not given dry clothing despite the cold. We were dry because we crossed the river in a boat.

3. The room was very full of people. The lights were left on all night. There was a toilet and a sink with a cement wall high enough for people sitting on the other side of the room not to see you when you sat on the toilet, but the wall did not go all the way around the toilet and there was no door or curtain so people could see you from the side. We were there for one night.

4. The next morning, around 11am, we were taken to a different *hielera* in a bus that was about an hour away. The room we were put in was the same as in the previous *hielera*. This building was as freezing cold as the last one.

5. One by one that day they came and got us to interview us. One of the officers came and called my name and took me and told me to sit down at a desk. There was an officer sitting at the desk and he told me "give me your documents." I saw his name tag and that on the transcript of the document they gave me that his name is Carlos Bocanegra Jr. The name of the Border Patrol Station is Brownsville, TX Border Patrol Station.

6. He was on his telephone and on his computer, he did not say anything to me for a while. Then he just asked me my age, where I lived, where I was coming from. Then he asked me if I had problems in my country with politics or religion. I said that no, but that I had fled my country for a different reason. He said he did not care about any other reasons and that the government does not care about other reasons. Then he printed off a document and told me to sign it. I asked what it was, and he said it was a document with the personal information I had just given him about my age and nationality. "Only that?" I asked him. He told me that yes, it was only for the personal information, so I signed it.

7. While he was doing something with the papers there was a woman beside me who was doing her interview with a different officer. He told her to sign the papers, too, and when she asked what the document was he told her it was a deportation order, so she said she refused to sign it.

8. Then a woman officer came out and said "Long live..." and she said the name of somebody who I don't know exactly who he is or what his name is, "who will deport everyone," and she said she would call a bus to take us to the airport to deport all of us. She said she was in charge. She said it did not matter if we signed or did not sign the document, that we would all get deported anyways. She was in an office above where we were but she came down to tell us these things. She said that we came to be maintained by the tax money that she paid. She said that we only came to ask the US government to take care of us and that she and other US citizens paid for the tax money that we wanted to have. She told us that we came with our *"guanacos"* [person from El Salvador, referring to their kids] and that we

714

kept having more kids in the US. She said she was a US citizen and only had one child. The name of the Acting Patrol Agent In Charge, according to my document, is named Beatrice Gossage. That must be her.

9. After that I asked my officer if I had signed my deportation order and he looked at me for a bit and said no. The woman who had shouted was nearby and told me "yes, you signed your deportation and you will be deported today." She told me to go ask my own government for help. The officer who interviewed me told me to go back to my cell.

10. Another officer came to our cell and told us "how would you like it if a poor person came to your house and begged to you? That is what you are like." He told us we only came to rob the US government. That officer is named Carlos Navarro. I know that because he interviewed a woman who is also here at the detention center where I am now. Her deportation order has his name on it.

11. There was toilet paper when we arrived, but it ran out during the day. When we asked for more they told us there was none left and they did not give us any.

12. The officers yelled at us frequently. They did not tell us anything about where we would go next or when we would leave. In the middle of that night they yelled our names and told us that we had to leave immediately. I thought we were going to be deported because of how they had yelled at us, and that made made me very scared. But we were taken to the *perrera*.

13. We had no opportunity to bathe while we were in the *hieleras* or the *perrera*, so we were unable to bathe for three days until we got to the detention center where we are now. We are being held in the South Texas Family Residential Center in Dilley, Texas.


I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

29-10-15.
_____
Date

I, Alexander Mensing, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to the affiant in Spanish who verified that its contents are true and accurate.

So sworn this 29th day of October, 2015.

_____
Signature

715

# Exhibit TT

Declaration of ███████████████ A# ███████████

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and recollection:

1. My name is ██████████████ (A# ███████) and I was born on ██████████ in ███████████████ Brazil.

2. I am currently detained with my son ████████████████████ (A# ███████) at the South Texas Family Detention Center, where we have been since December 11, 2015.

3. We fled Brazil because we my father is a policeman and drug traffickers have been terrorizing my family since I was a little girl, and now they are even threatening my son.

4. My son and I crossed the US-Mexico border on December 9, 2015 in Eagle Pass, Texas where we were detained by US Border Patrol.

5. The Border Patrol took us to the "Frozen Jail", and when we got there they told us to throw away all our stuff. I asked if I could keep all my clothes, but the officers told me I could only keep a few items. They also made me throw away all my food which made me upset because we were so hungry in the frozen jail. All my clothes were new and I was sad they made me throw away my possessions that I worked hard for and paid for.

6. Border Patrol Agent Eric Barrios called me to do my paperwork. Officer Barrios and the other agents were all happy I could speak English because I could help them with the other women.

7. Officer Barrios' computer jammed when we were taking my fingerprints so we went to another officers' desk to use his computer. We were still at the desk of the other officer when Officer Barrios said that he wanted me to take a picture of myself using the camera on that computer because it was awesome. The other officer then said that he has the same camera at home and he likes to use it to take pictures of himself and his penis, because he likes to look at the size of his penis. The officer then said that he sometimes takes videos of himself and his girlfriend under the covers. Officer Barrios then told the other officer that he forgot to tell him that I speak English and the other officer got nervous. I was very upset because hearing these things made me realize that the other officer didn't have any respect for me, the other women, or even his girlfriend. The officer that talked about his penis made me feel disgusted.

8. I asked the officers for water, and they told me we could only drink out of the faucet. They told me the water was potable but it was really sour. I was really dehydrated and needed water but I couldn't drink the water because it made me want to vomit. I have kidney stones and the water made my stomach hurt really badly.

9. I didn't want to use the bathroom because the wall for the bathroom was only three feet high, and the officers' offices were elevated higher than the rooms where we were held. The officers could see into all the rooms and could see us when we were using the bathroom and it made

717

me very uncomfortable. There were also cameras in the rooms that could see into the area where the bathrooms were. The bathrooms were also extremely dirty and nobody wanted to use them.

10. Later that night, around 9pm, an officer whose name is something like Marilyn Aaron called me over to finish my paperwork. Another officer came up to Marilyn while she was doing my paperwork and said "she's going to be deported". Then a couple different officers asked me to translate for the other Brazilians detained there. I was so tired and I just started to get rest but they made me work translating for them. I eventually told them that I was too tired and wanted to go to sleep and I didn't want to work anymore. I went back to my room and I went to sleep.

11. About two hours later (it is hard to be certain because there is no clock) Officer Marilyn called me again to sign three more papers because she said she made errors on the first time. I signed the papers but I really didn't understand what they were because she told me they were the same as the papers before and she didn't go over them with me.

12. I went back to the room after I signed the papers and went back to bed. The officers had written a note over the door that said "the Brazilians".

13. I was later woken up by the officer who looked like the boss of all the other officers. He was a short fat man with glasses who looked like he was a Latino. He asked me if I could help him translate for a Brazilian family, and that me and the other Brazilian family were going to the bus station at 7am in the morning to get a bus to go to our homes in the US. I got so excited and I hugged him and dropped down on my knees because I was so thankful that I was going to be reunited with my other son in the US.

14. The boss officer asked if I could translate for the other Brazilian woman and I said yes. I told the woman and she was excited. The boss officer told the other woman that her son would have to be placed in the juvenile area because he was 16 years old, but not to worry because it was 4am and he would only be there for three hour before our 7am departure.

15. Officers woke me up two more times to ask the names of me and my son, and then they left. I was so tired and they never told me why they needed the information again, since I had already given it to them.

16. At lunchtime the following day I asked the officers why we hadn't been taken to the bus station at seven in the morning. One officer told me he didn't know and he had to look it up. I asked him why they woke us up twice and asked for our information and I asked why the other families had left but we didn't. He didn't give me an answer. A second officer came over and asked if they were going to hold us for more time. The first officer responded "yes". The second officer then replied, "You better be careful bro, you know the United States doesn't agree".

17. Later that day the first officer told me that I was going to be moved to another detention center. He said that he didn't know what facility we would go to or if we would be transferred that day or the next.

18. I saw that Officer Marilyn came back to work later that day and I asked if I could speak with her. I asked her why they changed all my papers so that I didn't get released with the other families to the bus station. She asked me who told me I was going to be released to the bus station and I pointed them out to her.

19. Thirty minutes later officers transferred us to the South Texas Family Detention Center.

20. I am so upset that we weren't transported to the bus station like they promised us. They did take the other Brazilian family and I don't understand why they took them and not us. I was so helpful and they made me do so much work. They should treat everyone the same, and it isn't right that the officers have such strong opinions about individuals and then can just make whatever decision they want with their cases.

21. The whole experience in the "frozen jail" made me feel very depressed. The officers made me feel like a criminal and they made me feel like trash. Like nothing. The officers always changed the paperwork and didn't communicate with each other and it was like they had no idea what was going on.



12/14/15
Date

# Exhibit U

## Declaration of █████████████

1. My name is ██████████████████████████ I am a native of Honduras.
   My date of birth is ██████████████

2. I am detained in the South Texas Family Residential Center in Dilley, Texas, with my
   daughter, ███████████████████████████ She is five years old.

3. My daughter and I entered the United States on or about Friday, October 30, 2015.

4. I was processed at the Border Patrol Station in McAllen, Texas (Event No.
   █████████████

5. I believe I was detained there from Friday, October 30, 2015 to Sunday, November 1,
   2015.

6. The conditions at this station were terrible. My daughter and I both became sick during
   the time we were held here because of the freezing cold conditions, the poor food, and
   lack of bedding and sanitary conditions.

7. The most difficult part about being in this station, also known as the "Icebox," was the
   cold, which was made worse by the fact that we slept directly on the floor and had no
   blankets. I had to hold my daughter close so that the cold would not affect her as much.

8. I ate one of the frozen sandwiches that they gave us and some juice. Shortly thereafter,
   Friday night around 7 pm, I got sick and I started vomiting and I did not stop until the
   next day around noon. I did eventually see a doctor. They gave me some liquid for the
   vomiting and a pill for the headache. I think I got sick from the food and the cold.

9. During the time we were at the station, my daughter developed a cough and congestion.

10. The holding cell at the Border Patrol Station was very full. I could hardly even walk to
    get to the bathroom area. When I was vomiting, I had to ask for permission to get to the
    toilet because it was so full. We were more than forty adult women in that cell, not
    counting the children. There were two women that were pregnant. The lights were on
    day and night; they never turned off the lights. All night long, the officers would come in
    and wake us up for different reasons: to count, to clean, etc. They did not let us sleep
    through the night restfully.

11. My daughter and I were dirty from the trip and we were not able to shower. There was
    also no soap.

12. Some of the officers were very aggressive with us. For example, when they opened the
    door they would throw it open, made a lot of noise, and were intimidating.

13. There was a woman who had given birth seven days prior and they put her in the Icebox
    with the newborn baby.

14. The whole time that I was in the station, because I was so sick, I thought I might die and kept thinking about my mother. I wished that she could take care of me. I felt like I was going to faint and that I was not strong enough to make it. I was so weak that one of the other women who was pregnant had to take care of my child.

I declare under penalty of under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

_____                    14 / 11 / 15 , (Nov. 14, 2015)
Signature                                  Date

## Certificate of Interpretation

I, Meredith Linsky, hereby certify that I am proficient in the English and Spanish languages and that I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my ability.

_____                    11/14/15
Signature                                  Date

2

# Exhibit UU

Remember:

The hielera is a trauma that I will not forget as it is a place where you are treated like an animal, like a delinquent. Being there was the most frightening and terrifying thing that I could live through. The whole time I cried to my God because being in the hielera is a living hell. The people who watched the cell do not have a heart, they humiliate you, they yell at you, and they physically and emotionally assault you. They do not have compassion not even towards kids. There were babies that were just months olds that sometimes cried from the cold, or because of the food. I was a victim of that place, and just like my son and I were victims, so to were many others.  God forgive the staff of these hieleras because you have to remember that God sees everything and one day we will have to give an account of everything to God, of everything that we did in this life. They are very bad people who have no compassion, feelings, or heart.

## CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify

that the translation of this document is true and accurate to the best of my abilities.

12/06/2015

Catalina Restrepo                   Date

Recordar:

La Hielera es un trauma que no olvidaré ya que Ahi en ese lugar lo tratan a uno como un animal, Como un delicuente, estar ahi fue lo más a terrador y temorcizante que pude vivir, todo el tiempo le clame a mi dios por que estar en la hielera es vivir un infierno los cuidadores de celda no tienen Corazón te humillan, te gritan y te agreden fisicamente y emocionalmente no tienen Compasión ni hacia los niños habian bebes de meses de años quienes lloraban por el frio, por la comida Yo fui una victima de ese lugar y al igual como yo y mi hijo fuimos victimas así también hubieron muchos otros seres más, que dios perdone a todo el personal de esas hieleras porque hay que recordar que dios todo lo ve y algún dia tendremos que entregarle cuentas a Dios de todo, de todo lo que hicimos en esta vida. ellos son muy males Personas que no tienen compasion, sentimientos ni corazón.

11/27/2015

# Exhibit V

**Declaration of** ████████████████████████ (A# ███████) **in Support for her Application for Asylum**

I, ████████████████████ (A# ████████), declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ████████████████████ and I was born en El Salvador on ████████████

2. About one month ago I left El Salvador because I was afraid because of some of the things that I have seen in my country.

3. I arrived and was detained on November 8th 2015. I was taken to the "hielera."

4. When we arrived my children were put in one room and I was put in another. My children were very cold and they were crying. When I asked my children if they were provided blankets they said they were not and that they had to sleep on the floor. My children said that they wanted to come with me but the officer told them they could not and he pulled them by the shoulder. While we were separated I could only see my children as they were passing by. I asked the officers if I could go see my children and he said that I could not because the rest of the women would want to see their children as well.

5. We were then transferred to the "perrera" and separated again. I did not ask the officer to see my children because I was afraid of their reaction.

6. I felt terrible when I was separated from my children. I was crying the whole time and I could not sleep at all during the night because I kept thinking about my children and was worried about how cold they were.

I declare under penalty of perjury under the laws of the United States of America that the above statements are true and correct to the best of my knowledge and recollection:

_____     11/16/15
                                     Date

I certify that I am proficient in the English and Spanish languages and that foregoing was read to

_____     11/16/15
Ricardo Huerta                       Date

# Exhibit VV

It is very distressing to be in that place that is so cold, and to be separated from my son.

Without knowing if it were day or night,

Without eating properly,

Without being able to bathe

Or receive medical attention

Or be given adequate food for my child.

It is very painful to be undocumented and to be treated in this way.

Date: 07/12/2015/

███████████████

## CERTIFICATE OF TRANSLATION

I, Monica Eav, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 17th day of December 2015.

_____
Monica Eav

es muy Desesperante estar en ese
Lugar Tan frio y Separado de mi
Hijo.

Sin saber si era de Dia o noche
Sin comer adecuadamente
Sin poder bañarse


y resibir atencion medica
y que me le dieran
alimentos adecuados a Mi Hijo

es muy doloroso ~~(saber)~~ ser
indocumentado y que Te Traten de
esa manera.


fecha: 07/12/2015/



Ok my story is that I was treated very poorly, like a delinquent, and my son was treated as if he was not a child or a human being. They were not given food and they gave them a dirty water that had a bad smell. They were treated worse than a dog. They insulted them with bad words and almost hit them. That place is very horrible. The officials wanted to hit my son just because he asked for a cookie. The hielera is too horrible. My son was separated from me.

Thank you to you all for treating us very well. I give you many thanks for taking care of my son and I. May God bless you.

CERTIFICATE OF TRANSLATION

I, Catalina Restrepo, am competent to translate from Spanish into English, and certify

that the translation of this document is true and accurate to the best of my abilities.

12/06/2015

Catalina Restrepo                                     Date

bueno  mi historial  es  Que me trataron muy mal
como  un delincuente y ami hijo me lo trataron como
sino  fuera  un niño o un ser humano  no les davan
comida  y los davon una agua sucia y con mal olor
los trataron peor Que aun perro  los insultaron.
con malos palabros y cosi los pegaron ese lugar
es muy  orible ami hijo los oficiales me le Querian.
pegar solo por pedir una galleta en la hielera.
es muy  orrible. ami hijo lo separaron de mi.


Gracios a ustedes  por tratar los muy bien.
Y les doy mucho los gracios X coidar  ami hijo.
Y ami Que dios los bendiga.

27/01/2015

In the icebox,

I felt really terrible that that they had separated me from my son because I did not know if he was eating, if he was sleeping, and it was too cold.  The child tells me that they woke him up with their feet while he was sleeping and they did not even give him a blanket to cover himself, aside from that he slept on the floor.

## CERTIFICATE OF TRANSLATION

I, Monica Eav, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 17th day of December 2015.

_____

Monica Eav

- Me senti Muy mal Que me hayan separado
De mi hijo Por que no sabia si comia, si dormia
y hacia demaciado frio el niño me dice Que lo
Despertavan Con los Pies. mientras el Dormia Y no
Le Dieron ni una Cobija Para Cubiirse Y aparte dormir
en el Piso

738

When they separated me from my mother, I felt anxious and sad because I did not see her

at all until 3 days later, when I was able to see her in the kennel.

Age – 12 years old      [Signature]      04-12-2015

███████████████████

## CERTIFICATE OF TRANSLATION

I, Monica Eav, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 17th day of December 2015.

_____
Monica Eav

Cuando me separaron de mi madre yo me senti a angustiada y triste por que no la veia para nada hasta los 3 dias La pude ver en la perrera. edad - 12 años

04-12-2,015

<u>Icebox</u> – they took my son away from; we were separated.  They were not given a blanket and were told that if they made a little bit of noise, they would deport their parents.  They slept on the floor without a blanket.  They did not have any contact with their mother.

If we asked about children, they would tell us that they were fine.  The food that we got was cold and tasteless.  All the time we only got a baloney sandwich.  They would take out mothers very often for roll call.  There were also babies in the icebox and even with that, there was no heat.  On the contrary, they would check to see if the temperature was a little high to make it colder.  We were not allowed to keep 2 sweaters in spite of it being so cold.  This was both parents and children.

All of us who were there lost track of time.  We could not see the sunlight and we did not know if it was day or night.  All of this is very traumatizing for the children.

7-12-15

## CERTIFICATE OF TRANSLATION

I, Carmen Carrera, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

Hielera separaron a mi hijo de mí, no les daban cobija, y sí ellos hacían el más mínimo ruido les decían que deportarían a sus padres, durmieron en el piso sin cobija, no tenían ningún contacto con la madre.

Si preguntabamos por nuestros hijos decían que estaban bien la comida que nos daban era fría y desabrida, solo era un sanwich de mortadela para todos los tiempos, a las madres a cada rato nos sacaban para tomarnos lista, en la hielera también habían bebes y aún así no ponian calefacción al contrario iban a revisar si estaba la temperatura poco alto para subirla a fría. No permitían que nos quedaramos con 2 sueteres a pesar del frío, esto era para padres e hijos, todas las personas que estabamos ahí perdíamos la noción del tiempo ya que ni la luz del sol veíamos y ni sabíamos si era de día o de noche. Todo esto es muy traumante más para los niños.



7-12-15.

744

- My son suffered from pain in his heart; my son went to let officials know. But they did not pay any attention.
- They gave us a plastic sheet to help with the cold.
- They separated my son from my husband.
- The drinking water in the room where my son was tasted like Clorox and the container had hair in it.

12-07-2015

## CERTIFICATE OF TRANSLATION

I, Carmen Carrera, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

— Mi hijo sufrió un dolor en el corazon, mi hijo iva a dar aviso a los oficiales. Pero no le prestaron atención.

— No proporcionaron plastico para defendernos del frio.

— Separararon a mi hijo y a mi esposo.

— El agua del cuarto donde se encontraba mi hijo el agua sabía a legra (cloro y tenía pelos dentro del deposito de agua.



12-07-2015.



It was a very bad experience.  It is not the right way to treat those of us who try to come to this country.  We struggled a lot and we were in danger trying to get here.  We are not criminals; we are human beings trying to have a new, better life as we could not stay in our country due to the many problems.  Mainly the children who are in that place suffer so much.

12-7-15

## CERTIFICATE OF TRANSLATION

I, Carmen Carrera, certify under penalty of perjury that 1) l am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

Una muy mala experiencia no es lo manera adecuada para
tratarnos o las personas que tratamos de llegar a este
pais ya que luchamos mucho y corremos mucho peligro al
tratar de llegar aqui, no somos delincuentes somos seres humanos
tratando de tener una nueva y mejor vida ya que no queremos ó
podemos estar en nuestro pais por los problemas que sufrimos
Principalmente los niños sufren mucho al pasar por ese lugar.

12-7-15

750

December 8, 2015

When I was in the icebox an immigration official arrived and called me and told me that I would have to leave my cell and told me that I was going to have to sign my deportation. I told him no and he answered that if I did not sign I would have several days without eating and that my son would get sicker and whether I wanted that. He asked me again and I said no again.



## CERTIFICATE OF TRANSLATION

I, Stephanie Tobosa-Smit, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

cuando estaba en la hielera llego un oficial de
migración y me llamo y me dijo que saliera de
mi celda y me dijo que si yo hiba a firmar
mi deportación yo le dije que no y me contesto
que si no firmaba me tendian ahí varios dias
sin comer y que mi hijo se iva a enfermar
más y que si yo queria eso y me volvió
a preguntar y le volvi a contestar que no.



Well the truth hurts me, what I am going to write.  But when I was in the icebox I cried many times because when we entered after they did the cleaning they kept me standing because there was no place for me to sit or lay down.  And as there were children, I preferred to give places [to sit] to the mothers with their little children.  I just searched for a place for my daughter to sit.

[Signature of                          ]          December 10, [2015]

---

## CERTIFICATE OF TRANSLATION

I, Stephanie Tobosa-Smit, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

753

buena la verdad no se como empesar la carta le boy
a escribir
pero Cuando estuve en la hielera llore
muchas veces porque cuando entravamos
despues que hacian la limpieza me quedava
parada porque no abia lugar donde centarme
o donde acostarme y como havian niños preferia
darles lugar alos madres con sus niños pequeños
Solo buscaba un lugar para mi hija para que
ella se centara

10 de diciembre.

754

It is the worst that we could have seen happen because the conditions are not adequate for our children. It is too cold, the food is not adequate for them, the bad smell of the bathroom is horrible and harmful to our health.

08/12/15

## CERTIFICATE OF TRANSLATION

I, Stephanie Tobosa-Smit, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

es lo mas horrible que pudimos aber pasado porque las condiciones no son adecuadas para nuestros niños hace demaciado frio los alimentos no son los adecuados para ellos el mal olor del servicio somiterio es horrible y dañino para nuestra salod

8/12/15

Story

First is a very terrible place they do not treat us well and they do not give good food. You sleep on the floor without a blanket, without a mattress, and they do not let you wrap up the children. They took away all the clothes that my daughter had on. They only left her with a sweater, a shirt, and pants. They did not let me put a hat on her and they threw away the rest of the clothes that she had in the trash. That place is very traumatizing, that is not possible, at least let us have at least the children wrapped up warmly. And once, and my part, between the wet clothes, the wet shoes, and my daughter also wet, they did not let me wrap her up, thank to God that we are good.

/s/

## CERTIFICATE OF TRANSLATION

I, Angelica Juarbe Santaliz, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 20th day of December, 2015.

Istoria

Primeo ~~~~~: es un lugar muy Pesimo no nos tratan
bien y no le dan buena comida duermen en el Piso sin cobija
sin colchon y no le dejan tener bien abrigada a los niños a
mi hija le quitaron toda la ropa que traia  le dejaron solo
con  un sueter una  blusa y  un Pantalon no me dejaron Ponerle
un gorro  y la demas Ropa que traia lo botaron a la basura
ese lugar es  muy traumado ya no eso  no es Posible almenos
le dejaron tener x lo menos abrigado a los  niños:
y uno yo x mi Parte entre con la  ropa mojada los
sapatos mojados y mi hija igual  bien  mojada y
no dejaran que yo  le abrigara: grasias a dios
que estamos  bien



09 - 12 - 2015

759

My daughters and I felt hunger, very cold and also we arrived very wet. They did not want to give us clothes to change into. They treated us badly and our clothes had to dry only with the cold air that there was. They did not let us sleep. They would yell at us to stand up, that we were not in our homes. The worst part was that I saw my daughters cry from how bad we were there.

/s/                     9-12-2015

760

## CERTIFICATE OF TRANSLATION

I, Angelica Juarbe Santaliz, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 20th day of December, 2015.

mis hijas y yo pasamos hambre
mucho frio mas que llegamos
muy mojadas no los ficieron
dar ropa para canbiarnos nos
trataron mal pue nuestra ropa
se tubo que secar a puro aire
fuerte que abia no los dejaron
dormir nos gritaban que nos pararamos
que no estabamos en nuestra casa
eso fue lo mas feo que vivimos ai
mis hijas lloraban de tan mal que
estabamos ai.

9-12-2015

For my son and I, the worst part in the icebox was arriving very wet and having to stand the cold and be standing up because it was very full. In addition we were very tired and we could not sleep.  Also we were very hungry and had to wait a very long time for them to call all of us. All of those who had come with us were called except us.

     /s/                  12-9-2015

## CERTIFICATE OF TRANSLATION

I, Angelica Juarbe Santaliz, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 20th day of December, 2015.

para mi hijo bueno por fue mi suerte

fue llegar muy mojados y aguantar el frío y estar
de pie porque estaba muy lleno y además
llevar sueño y no poder dormir tambien llera
mucha hambre. y esperar mucho tiempo para
que nos llamarán todos los que llegaron
junto a nosotros los llamaban menos a
nosotros.



12 - 9 - 2015.

**Translation of Statement** ▮

When they took us to the icebox they locked us up they took our fingerprints and photos and later we were waiting a long time to make the declaration we had to wait two days without food, without water. They separated me from my son, sleeping on the floor or sitting while there were so many people and babies you couldn't get situated.  When they called me to make my declaration alone they just asked for my identification and told me I would be deported the same day and I begged them please leave me because I am afraid to return it is for my children the did not say anything to me and they locked me up again and told me to sign for my deportation I said no and they told me that even if I did not sign they would send me back to my country.  Later they sent us to the dog cage.

CERTIFICATE OF TRANSLATION

I, Mary K. Neal, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 17th day of December, 2015.

Cuando a nos llebaron a la hielera nos encerraron nos tomaron huellas y fotos y luego estuvimos esperando mucho tiempo para la declaracion nosotros tuvimos que esperar dos dias sin comida, sin agua Separada de mi hijo, durmiendo en el suelo o sentada pues habian muchas personas y bebes no se podia acostarse. cuando me llamaron a declarar solo me pidieron mi identificación y me dijeron que iba a ser deportada el mismo dia yo les suplique por favor me dijaran pues mi temor de regresar es por mis hijos ellos no dijeron nada y me encerraron de nuevo me dijeron firmara mi deportacion me negue y dijeron que aunque no firmara me mandarian de regreso a mi pais luego nos mandaron a la perrera

768

Translation of Statement ███

I arrived in the wee hours of the morning like at 12:00 am or 1:00 am.

They had seated us waiting to take our information.

At the moment I came to give the information the official asked me for what reason I left my country and I told him for fear of threats and he scoffed at me and told me that everyone from my country (Salvadorans) say the same.

Later they took us to our cells and did not want to give us anything to cover ourselves, not even to the children, we had to sleep sitting because there was not space to sleep and they did not give us food on time, they forgot about us and gave it very late.  The whole time they kept turning up the air conditioning.

████████████ [signature]

9/12/15

CERTIFICATE OF TRANSLATION

I, Mary K. Neal, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 17th day of December, 2015.

Llegué en la madrugada como a las 12:00 am o 1:00 am.

Nos tubieron sentadas esperando para tomar los datos.

Al momento de llegar a dar los datos el oficial me preguntó porque razón sali de mi pais le conte que por temor por amenazas y se burlo de mi y me dijo que todos los de mi pais (salvadoreños) decian lo mismo.

Luego nos llevaron a nuestras seldas y no nos quisieron dar nada para abrigar nisiquiera a los ninos nos toco dormir sentadas porque no habia espacio para dormir y la comida no la daban a tiempo se les olvidaba y la daban muy tarde. F cada vez más le subían a el aire acondicionado.

9/12/15

## Translation of Statement ███

I do not wish being in the hielera upon anyone it is the worst thing any human can
receive upon arriving in the United States[.] I suffered much cold, and hunger the
place smelled very bad and there was no room to sit[.] I get sad remembering those
days because the food was the worst they gave a baguette with bologna and it was
very cold and they would give it two times a day and there it was very cold and they
gave blankets to some people[.] I do not know why the treatment was not the same
[for everyone.] The officials were mad and they intimidated us by yelling and
making gestures which caused fear. It was different in the perrera the officials were
kinder and the food was different. And they gave us blankets.

Well I think that is everything.

09/12/15 [Signature]

## CERTIFICATE OF TRANSLATION

I, Rocio Sanchez, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

Estar en la hielera no se lo añado anadie es lo peor que cualquier ser humano puede recibir al llegar a los estados unidos sufri mucho frio, y hambre el lugar olia muy mal y no habia espacio ni para sentarse me pongo triste al recordar esos dias porque la comida era lo peor daban un pan de barra con una mortadela y estaba muy elada y lo daban dos veces al dia y habia mucho frio de le dieron cobija a algunas personas nose porque el trato no era el mismo los oficiales eran enojados y nos intimidian con gritos y gestos que daban miedo en la perrera fue diferente los oficiales eran mas amables y la comida diferente. y nos dieron cobijas.

breno creo que es todo.

-09-02-15

774

## Translation of Statement █████

In the hielera they did not treat us with words but they locked us up like animals if we were sleepy or our children cried they did not care if we could[.] We the mothers would remain standing so that our children would have a small space where to sit to sleep. They would take us out of the cell every time they would take assistance to clean regardless of our children sleeping a little[]. They have the bathroom in the place where they hand out the food. And it is unbearable.

[Signature] 09 12 15

## CERTIFICATE OF TRANSLATION

I, Rocio Sanchez, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

En la hielera no nos trataron con palabras pero
nos encerraron como animales que si teniamos sueño
nuestros hijos lloraban no les importaba si se podia
nosotras las madres nos quedabamos de pié para que
nuestros hijos tubieran un lugarcito donde sentarse
a dormir. nos sacaban de la cerda cada que tomaban
asistencia a hacia limpieza sin importar que nuestros
hijos dormia un poquito el sanitario lo tien en donde
le dan la comida. y es inestable.

09 12 15.

Translated Statement of ████

Well it is very ugly to be held there[.] We endured cold hunger, sleep [deprivation] and people could not even bathe[.] My 3 daughters were getting sick purely from hunger cold and from not being able to sleep there[.] Arriving there is a nightmare and what is worst of all is that it cost to get me out of there I felt like I was dying

[Signature]

## CERTIFICATE OF TRANSLATION

I, Rocio Sanchez, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

No pues es bien pero en con jun alli, se aguanta frio
hambre, sueño y ni siquiera se puede bañar las person
mis 3 niñas ya c estauan enfermando de puera hamb
frio y que alli no c puede dormir yegar ayi es uno pesadiya
y Lo peor de todo que costo que me sacaron de
alli yo centia que me maria

When we got to the "icebox" they treated me badly because I told an officer that they had raped me, he mocked me and I felt bad, he said you Salvadorans [Salvadoran women] are big liars, and are also very stupid and that made me feel worthless. and he told me I will not put that on the paper I will put that you're running away from gangs.

[SIGNATURE]

# CERTIFICATE OF TRANSLATION

I, Joanna M. Gaughan, certify under penalty of perjury that: (1) I am fluent in the English and Spanish languages, and (2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 23rd day of December, 2015.

Cuando llegamos a la hielera me trataron
mal porqi yo les dije a un oficial gi me
avian aviolaron y el se burlo de mi y
me sentimal, me dijo ustedes las saluadoreñas
son unas grandes mentirosas, y tambien son
muy estupidas y eso me hizo sentirme gi
yo no valia pra nada. y me dijo yo no pondre
eso en el papel pondre gi tu estas uyende
de maras.

First we were locked into a super cold cell without blankets or anything with more than forty people in the same room despite the fact that we had many people at first it was too hot, we were sufacating (sic) later we could not stand the cold and they do not care about the health of our people who were sick more with the high temperature our children were in even worse state, they spoke to us very aggressively and with ill will we could not ask anything because often they ignored us when they opened the doors for some food or something they slammed the door too loud as if annoyed with us we had to beg them to give us Pampers [diapers] or milk for my son he was wet with urine for more than 4 hours because they did not want to give us diapers, to eat they only gave us bread with mortadella [lunch meat or cold cuts] and small juices and our stomachs could not pass these foods it caused us a lot of pain to be treated that way because we are not criminals I'm just a struggling mother who dreams of one day getting ahead with my son because in the eyes of God we are all equal.

[FOLLOWING IS WRITTEN VERTICALLY ON THE LEFT SIDE OF THE PAGE AND ACROSS THE TOP OF THE PAGE]:

I dared to ask an officer why he acted this way with us and he said that because we were illegals and we didn't have any rights well I told him there is a God up there has the rights over the United States

## CERTIFICATE OF TRANSLATION

I, Joanna M. Gaughan, certify under penalty of perjury that: (1) I am fluent in the English and Spanish languages, and (2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 23rd day of December, 2015.

derecho a nada pues yo le dije que alla arriba estaba un Dios que

Timeramente nos encerraron una Selda Super fria

Sin Cobijas ni nada Con mas de Cuarenta
Personas en el mismo Cuarto Pues apesar
de que aviamos muchas personas al principio
se Sentia demasiada Calor que nos estebamos
afficiando luego no se Soportaba el frio
y a ellos no les importo la Salud de
nuestros que estubieran enfermos mas con
la temperatura elevada más mal se nos
ponian nuestros hijos, nos hablaban muy
fuerte y de mala gana no seles podia
Preguntar nada Por que nos asian mala
Cara y muchas veces nos ignoraron Cuando
abrian las Puertas Para algun reporte o algo
tiraban la Puerta demasiado fuerte como
molestos Con nosotros les teniamos que
implorar Para que nos regalaran Pampers
o leche Para mi hijo duro más de
4 horas orinado Por que no nos querian
dar Pañales, de comer Solo nos daban
Pan con mortadela y jugo pequeñite
ya nuestro estomago no pasaba esos alimentos
nos dio mucho dolor que, nos trataran
de esa manera Por que no somos delincuentes
Solo soy una madre luchadora que sueña
Con un dia Salir adelante con su hijo Pues
ante los ojos de Dios todos somos iguales.

*(left margin, vertical)* Con derecho a los estados unidos nosotros ' Incluso me atrevi a Preguntarle a un Oficial Por que era asi y no tenian

My name is ▮▮▮▮▮▮ When immigration caught me and took us to the "icebox" they registered us. They treated us badly. They took some of our belongings and threw them away and they said it was rubbish. They shouted and they only left us pants and a shirt. They took our coats. We were not allowed to call our relatives. When I had the interview they just asked me personal questions. They did not let me explain my case. And the gentleman who interviewed me treated me very badly with discrimination. He said that I was going to be deported to my country without listening to me. I was psychologically mistreated.

Sincerely ▮▮▮▮▮▮

## CERTIFICATE OF TRANSLATION

I, Joanna M. Gaughan, certify under penalty of perjury that: (1) I am fluent in the English and Spanish languages, and (2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 18th day of December, 2015.

mi nombre es ██████████ Cuando migracion
me agarro y yevo a la hielera nos rejistraron
Nos trataron mal nos kitaron Ciertas pertenencias
las tiraron a la basura y me dijeron que era basura
Nos gritaron y solo nos dejaron pantalon y camisa
Nos Kitaron los abrigos no nos dejaron yamar
a nuestros Familiares. Cuando tuve la entrevista
Solo me preguntaron pregunta personales..
No me dejaron explicar mi caso. y
el Señor que me iso la entrevista
me trato muy mal con descriminacion.
Dijo que iba deportada para mi
Pais.. Sin escucharme.
Fui mal tratado sicologicamente.

It seems very inhumane to me that those of us who enter this country with many dreams and hopes are treated in this way, like dogs sleeping on the floor without blankets, with the air conditioning on full blast. And it seems even more inhumane for my two-year-old daughter to be sleeping in these conditions. My daughter got sick and I also have the flu and a cough. This is supposed to be the country of opportunity, why do they treat people like this if we are all human beings and deserve some respect.

I do not agree with the *hielera* [refrigerator] and *perrera* [kennel].

## CERTIFICATE OF TRANSLATION

I, Allison Mandeville, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 21st day of December, 2015.

Me parece bastante inhumano
que cruzamos este país con muchos sueños y
y ilociones que se nos trate de esa
manera como perros durmiendo en el piso
sin cobija con el aire acondicionado a mas
No poder. y eso Me parece mas inhumano
para mi hija de dos años durmiendo en
esas condiciones mi hija se me enfermo
y yo tambien estoy con Gripe y tos.
se supone que este país es el país de las
oportunidades porque tratan los personas
así si todos somos seres humanos
y merecemos sierto respeto.

No Estoy de Acuerdo con la

Hielera y Perrera.

The officials treated us like caged animals, not even knowing if it was daytime or nighttime outside. We couldn't even ask for permission to go out to bring diapers or milk to our children because they said that we were bothering them. And with all this I can express myself in this way, that we as human beings also have our obligations but at the same time we have our rights, and the worst thing in our life was that our children were crying so much because it was cold, and as mothers we despaired so much and even began to cry with our children because they didn't know where we were, and because truly our children are innocent and are angels of God. It was with great sadness that we arrived here but we will continue forward, and thank you to all of the people that truly support us. May God bless them because they are doing a clean job.

[Signature ███████ ]

## CERTIFICATE OF TRANSLATION

I, Allison Mandeville, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 21st day of December, 2015.

Los oficiales nos trataron como animales encerradas sin
saber nada si era de día o de noche hasta no podíamos a
pedir permiso para salir a traer pañales o leche a nuestros niños
porque decían que los molestábamos y con todo eso yo puedo
expresarme de esta manera que nosotras como seres
humanos también tenemos nuestras obligaciones
pero al mismo tiempo tenemos nuestros derechos
y lo peor de nuestra pida fue de que nuestros hijos(as)
lloraban mucho porque había frío y como mamá nosotras
nos desesperábamos mucho y hasta nos pusimos a llorar
con nuestros niños porque ellos(as) no sabía donde estába-
mos y el porque realmente nuestros hijos (as) son
inocentes y son angeles de Dios con una gran
tristeza llegamos hasta aca pero seguiremos adelante
y gracias a todas las personas que nos apoyan
realmente Dios los bendiga porque están haciendo
un trabajo limpio

795

They caught me at 9 p.m. and separated me from my son for two nights and one day, and they
didn't let me see him, and my son suffered from cold, hunger, and harassment by his own
cellmates. One cellmate told him that if he went to sleep he would take his pants off, and so my
son didn't sleep out of fear and cried, and even so they didn't let him see me. They didn't let me
see him either. That was very painful for me because when I told an agent that I wanted to see
him, he told me no, and I didn't know what my son was suffering in the *perrera* [kennel] as they
also separated me from him.

## CERTIFICATE OF TRANSLATION

I, Allison Mandeville, certify under penalty of perjury that 1) I am fluent in the English and Spanish languages, and 2) this is a true and accurate translation of an unaltered original document to the best of my knowledge, ability and belief.

So sworn this 21st day of December, 2015.

a mi me agarraron a las 9:p.m Y me separaron
de mi hijo 2 noches 1 un dia Y no me
dejavan verlo Y mi hijo suFrio de
Frio hanbre y acoso de sus mismo
con paneros de celda le decia un
con panero de celda que sise
dormia le quitava el pantalon
Y mi hijo por miedo no dormia
Y yoraba Y aun asi no lo de
jaban berme a mi tampoco me
dejaban berlo eso era mux
doloroso para mi por que cuando
Yo le decia a un ajente que queria berlo
me decia que no Y yo sin saver
lo que estava suFriendo mi hijo
en la perrera tamvien me se
pararon de el

798

# Exhibit W

## Declaration of ██████████

1.  My name is ██████████ ( ██████ ). I am a native of El Salvador. My date of birth is ██████████.

2.  I am detained in the South Texas Family Residential Center in Dilley, Texas, with my children: ██████████, age 6, and ██████████ age 4.

3.  My children and I entered the United States on November 9, 2015.

4.  I was processed at the border patrol station in McAllen, Texas (Event No. ██████████

5.  I was detained at the first border patrol station from about November 9, 2015 to November 12, 2015. I was there for three nights. On the third night around three in the morning, they took me to the second border patrol station, also known as the "perrera," which was close to the first station. The next day around noon, I came here to the detention center.

6.  The conditions at the first station were ugly. They never shut off the air conditioning or lights. I lost track of time and didn't know what day it was. The worst part was the cold. It was freezing. Around midnight, they started blowing even colder air on us. The silver wraps were flying around. The cold penetrated me to the bones hurt. My small children were freezing and I would enclose them in my jacket to keep them warm.

7.  I tried to sleep in the bathroom area because it was not as cold as the rest of the room, although people had to step over me to use the toilet.

8.  My son got sick at the first station. I told the officers that I wanted to take him to the doctor. They told me to wait but they didn't do anything.

9.  All they fed us at the first station were sandwiches, which made me sick and after a few days, I began to vomit. The water was terrible and tasted like chlorine. I couldn't drink it.

10. My son was crying and developed phlegm. He begged me to get out but I had to explain that we were not free to leave.

11. Frequently at night, the officers would wake us up and order us out of the room.

12. In the second border patrol station, I started vomiting. I got sick and started throwing up all the sandwiches I had eaten.

/ / /

/ / /

/ / /

800

13. The conditions in these stations are clearly punishment and need to change. They are not sufficient for humans, even if we did come into the country without permission.

I declare under penalty of under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

_____          11 - 14 - 15
Signature                                _____
                                         Date

## Certificate of Interpretation

I, Meredith Linsky, hereby certify that I am proficient in the English and Spanish languages and that I interpreted the foregoing declaration from English to Spanish to the declarant to the best of my ability.

_____          11/14/15.
Signature                                _____
                                         Date

2

801

# Exhibit X

**Declaration of** ███████████████ ████

1. My name is ███████████████, I came to the US from Guatemala fleeing domestic violence. I crossed the border with my 3-year-old daughter ███████████ and my 2-year-old son ████████ on Sunday, November 8, 2015.

2. Sunday night we stayed in a place that was very cold. All three of us had jackets on and they removed them from us and returned them to us later. They took my purse and my daughter's small backpack, went through our belongings and threw away some of the things we had inside like some clothes we had packed, my daughter's toys, toothbrushes, and some packaged food. We had one aluminum blanket for the three of us. This blanket did not keep us warm as we were eventually on top of the cold, bare floor. The room was about 4x3 meters with approximately 40 other people in it. It was so full we could not lay down. We had to sleep standing up until a little later when some room opened up so that we could at least sit down to sleep.

3. Monday in the morning my son, ████ peed all over his pants and I asked the officers if I could wash his clothes and dry it. The officer said no, to take his clothes off and throw them in the trash. They gave him a new diaper and I asked for some clothes for him and they said there were none. This same morning they asked us to leave the room we were in so they could sweep it, and told us all to take every single thing out of the room and bring it with us. Two of the young women in our group left their aluminum blankets behind in the room. The officer said "since you left your blankets behind and didn't do what I said, throw all your blankets in the trash" and he made all of us throw our blankets in the trash. I asked for a blanket many times that day, and more than ten people asked for blankets as well, but they refused to give them to us. They continued to make excuses, saying "Ill be right back, just wait, or hold on," but they never gave us any more blankets.

4. We were not able to shower at any time while we were detained in the hielera, nor was there soap to even wash our hands. I was able to obtain another diaper for my son when I needed it, but they never gave me more clothes for him.

5. ████ stayed in the hielera with me without any clothes on, only his diaper, for the whole day of Monday, all Monday night, and Tuesday morning until mid-day when they moved us to the perrera. He and my daughter and I slept on the floor that night without any blankets, and he without any clothes. My son had a fever and they did not assist him at all.

6. I felt that treatment that the officers gave us was worse treatment than you would give an animal. It took so long just to receive food. Many times, my children would ask me for food, and I had nothing to give them. I would repeatedly ask the officers and they would only tell me to wait. Whenever we were spoken to by officers, we were yelled at.

I declare under penalty of perjury that the above statements are true and correct to the best of my knowledge and recollection:

11/15/15
Date

I certify that I am proficient in the English and Spanish languages and that the foregoing was read to                         in Spanish.

Elizabeth Knowles

11/15/15
Date

804

# Exhibit Y

**SWORN DECLARATION OF** ████████████████████

█████████████████

My name is ████████████████ and I am from El Salvador. I have been detained since November 11, 2015 with my son, ████████████████████████. I entered the United States by crossing the Rio Grande River and walked for about an hour on a road. Four immigration officials found us. They caught us and a van arrived. They asked me if I was armed. The only thing they found was a telephone. They took it and didn't give it back.

They took us to the ICE holding facility. It was ice cold, and we were soaking wet from the river. Super cold. Woke up with a headache from the cold. Asked for medicine, and they said they didn't have any. Everyone was shivering. I hugged my child to keep him warm. I asked him for water, and the officer said you're going to have water from the sink where you wash your hands. No cups. We slept on the floor, and they gave us aluminum space blankets. They gave me hot burritos, about one in for each meal. I came at 11 in the morning and left the next day at 4 pm. They only gave me burritos. They gave the children juice, chicken nuggets, chocolate pudding, rice, and butter.

Toilets were in the middle of the room. The officers would look at us while we went to the bathroom. There was a small wall in front of the toilets that was about three feet tall. It was so embarrassing, that we would ask someone to stand in front of us while we went to the bathroom with their hands in the air so that the officers their wouldn't watch us go to the bathroom.

We lost feeling in our hands and feet because it was so cold. The room was about 3 meters wide by 4 or 5 meters long. There were about 18 people inside. There were babies as young as 1 ½ years old. The babies cried continuously. Their kept loading in more and more women with children. There wasn't enough space to sleep because we didn't fit. They didn't even give the little babies warm clothing. Didn't turn the lights off all night. There were small windows all around the room where officers would look at you.

There was no shower. They didn't let you shower or bathe. There were no doctors there, and there was a 2 ½ year old girl who came in with fever, along with other children who came in coughing with throat infections.

Officers asked her why I had come here. I said I had problems with my former spouse. They had me sign a lot of papers. They gave us the papers in English to review but didn't tell us what they said in Spanish. I thought it was a deportation order. They asked about my age and for my child's birth certificate. The official asked if I feared returning to my country. I said yes.

I declare under penalty of perjury under the laws of the United States that the above statements are true and correct to the best of my knowledge and recollection.

Signed ████████████████

Date 11/13/15

**Interpretation Certification:** I certify that I am proficient in the English and Spanish languages and that the foregoing was read to me in Spanish.

Signed

Date 11/13/15

806

# Exhibit Z

**Declaration of** ███████████

I ███████████ (A# ██████████ ), declare under penalty of perjury that the following is true to the best of my recollection and knowledge, and that the following statement has been read to me in the Spanish language:

1. My name is ███████████ and I was born en El Salvador on the ███████████

2. When I was interviewed by the Border Patrol officer he never asked me if I understood what he was saying. He also never asked me if I had a fear of returning to my country.

3. I do have a fear of returning to my country

4. When my son and I arrived at the "perrera" we where waiting around for about 45 minutes. An officer asked me how old my son was and I said nine. They also asked me if I wanted them to bathe him and that if he was bathed he would be separated from me but if not he could stay with me. I told them I did not want them to bathe him. Another officer came and asked me how old my son was and I told them that he was nine. The officer told me that I had to be separated from my son because he had to be bathed and he was too old. The officer also told me I was going to be placed with the mothers that were breastfeeding. They separated my son and I and we both started crying. An officer asked me why I was crying and I told them because I had been separated from my son. The officer told me to stop crying and that my son was better off over there. He asked "don't you love your son?" I responded yes and he said "well he is better off over there." I could see that some of the mothers I was with had their sons with them and their sons were about the same age as mine. My son also told me that he was told not to cry and to stop being bothersome when he was being bathe. My son also told me that he did not eat because he was too upset at being separated from me

5. I felt terrible when I was separated from my son. I was very upset because I kept asking them to leave my son with me but they would not.

I, Jose Alberto Cruz Guadarrama, certify under penalty of perjury that I am fluent in the English and Spanish languages and that I read this document to the affiant in Spanish who verified that its contents are true and accurate.

So sworn this 19th day of November, 2015.

808

11/19/15

Date

I certify that I am proficient in the English and Spanish languages and that foregoing was read to

11/19/15

Ricardo Huerta

Date

809

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On May 19, 2016, I electronically filed the following document(s):  NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT AND FOR APPOINTMENT OF SPECIAL MASTER WITH SUPPORTING EXHIBITS with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.


/s/*Peter Schey*
*Attorney for Plaintiffs*