

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**
312 North Spring Street, Room G-8
Los Angeles, CA 90012
Tel: (213)894-3535

**KIRY K. GRAY**
Clerk of Court

---

## UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

### RECORD TRANSMITTAL FORM

Date: _____

To: **U.S. Court of Appeals**
**For the 9th Circuit**
Office of the Clerk
95 Seventh Street
San Francisco ,CA 90012
Attention: Records Unit

From: **U.S. District Court**
**Central District of California**
312 North Spring Street, Room G-8
Los Angeles, CA 90012

D C No. _____    Appeals No. _____

Case Title _____

Clerk's files in _____ volumes

Bulky docs in _____ volumes    Docket No. _____

Reporter's Transcripts in _____ volumes

Sealed documents in _____  ☐ Envelopes   ☐ Boxes

Other: _____
_____
_____

*Note: Please return records in the same manner as received.*

By _____

*(For documents received without a courier delivery tracking number)*

Acknowledgment: _____    Date: _____

A-26 (10/15)                **RECORD TRANSMITTAL LETTER**