BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **Defendants' (Unopposed) Ex Parte Application to Extend Motion Hearing Date to June 24, 2016;** <br><br> **Memorandum of Points and Authorities;** <br><br> **Declaration;** <br><br> **[PROPOSED] Order**. <br><br> [Hon. Dolly M. Gee] |

## Defendants' (Unopposed) Ex Parte Application for Extension

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court extending the motion hearing date on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor from June 17, 2016 to June 24, 2016, with the related motion response dates also extended in accordance with Local Rule 7-11. This means that Defendants' response in opposition to Plaintiffs' motion would be due on June 3, 2016, and Plaintiffs' reply would be due on June 10, 2016.

Defendants request this continuance and extension of time for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email, and counsel for Plaintiffs has stated that Plaintiffs will not oppose this Application.

This is the first continuance of the motion hearing and extension of time for the related dates that either side has requested in this case.

| | | |
|---|---|---|
| DATED: | May 20, 2016 | Respectfully submitted, |

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## Memorandum of Points and Authorities

Defendants hereby respectfully request that the Court extend the date for the motion hearing on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor ("Motion") from June 17, 2016 to June 24, 2016, with the related response dates continued in accordance with Local Rule 7-11. Defendants request this extension in order to obtain an additional week to prepare a response to the significant number of evidentiary allegations that Plaintiffs have submitted, which were not provided to Defendants prior to the filing of Plaintiffs' Motion.

Plaintiffs have taken nearly four months to prepare their Motion. On January 22, 2016, Plaintiffs' counsel sent a letter to Defendants' counsel asking to interview minors at seven facilities. *See* Declaration of Sarah B. Fabian ("Fabian Decl."), at ¶ 3, attached hereto. Plaintiffs' counsel conducted those visits between February 1 and February 19, 2016. *Id.* On February 20, 2016, Plaintiffs sent a meet and confer letter to Defendants, alleging violations of the Flores Settlement Agreement ("Agreement"). *Id.* ¶ 4. The parties then spoke by phone on March 4, 17, and 25, 2016, and on March 23, 2016, Defendants sent to Plaintiffs' counsel a number of documents related to Plaintiffs' allegations that Defendants were breaching the Agreement. *Id.* ¶ 5.

Nonetheless, despite repeated requests by Defendants' counsel, Plaintiffs' counsel did not provide to Defendants any of the factual allegations, including the declarations of multiple individuals or the facts alleged in those declarations, that they intended to rely on in their Motion. *Id.* ¶ 6. Therefore, Defendants were not provided any opportunity, prior to the time that the Motion was filed, to respond to those allegations, or to discuss with Plaintiffs whether any of those factual allegations could be resolved without the need for litigation. *Id.*

The current hearing date of June 17, 2016, and corresponding response date, would provide Defendants with just over one week to respond to these factual allegations that Plaintiffs have been gathering and preparing for almost four months. Defendants therefore respectfully request that the Court extend the hearing date to June 24, 2016, to allow them an additional week to prepare their response. This extension is further warranted because of the longstanding nature of this Agreement, the importance of the issues involved, and the need for the involvement of the multiple agencies and their counsel (including DHS, ICE, CBP, and HHS) in the drafting and review process for Defendants' filings.

DATED: May 20, 2016          Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

5

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2016, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants

-1-