**DECLARATION OF SARAH B. FABIAN**

I, SARAH B. FABIAN, declare:

1. I am a Senior Litigation Counsel with the U.S. Department of Justice, and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Defendants request the Court to continue the motion hearing on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor from June 17, 2016 to June 24, 2016, with the related response dates continued in accordance with Local Rule 7-11. Defendants require an extension of the dates for the following reasons.

3. On January 22, 2016, Plaintiffs' counsel sent a letter to Defendants' counsel asking to interview minors at seven facilities. Plaintiffs' counsel conducted those visits between February 1 and February 19, 2016.

4. On February 20, 2016, Plaintiffs sent a meet and confer letter to Defendants, alleging violations of the *Flores* Settlement Agreement ("Agreement").

5. The parties spoke by phone on March 4, 17, and 25, 2016, and on March 23, 2016, Defendants sent to Plaintiffs' counsel a number of documents related to Plaintiffs' allegations that they were breaching the Agreement.

6. Nonetheless, despite repeated requests by Defendants' counsel, Plaintiffs' counsel did not provide to Defendants any

1

of the factual allegations, including the declarations of multiple individuals or the facts alleged in those declarations, that they intended to rely on in their Motion. Therefore, Defendants were not provided any opportunity, prior to the time that the Motion was filed, to respond to those allegations, or to discuss with Plaintiffs whether any of those factual allegations could be resolved without the need for litigation.

7. On May 19, 2016, Plaintiffs filed their Motion in this case seeking a second order from this Court enforcing the Agreement. This was the first opportunity Defendants had to review all of the factual allegations that form the basis for Plaintiffs' claims that the Agreement is being breached.

8. The current hearing date of June 17, 2016, and corresponding response date, would provide Defendants with just over one week to respond to these factual allegations that Plaintiffs have been gathering and preparing for almost four months.

9. Because of the longstanding nature of this Agreement, the importance of the issues involved, and the need for the involvement of the multiple agencies and their counsel (including DHS, ICE, and CBP) in the drafting and review process for Defendants' filings, Defendants require an additional week to prepare and finalize their response to these allegations.

10. Plaintiffs' counsel has stated that they will not oppose Defendants' request to move the hearing date to June 24, 2016, which will allow Defendants an additional week to prepare their

1 response in accordance with Local Rule 7-11.

2     I declare under penalty of perjury that the foregoing is
3 true and correct.

5     Executed on May 20, 2016 at Washington, District of
6 Columbia.

                                        */s/ Sarah B. Fabian*
                                        SARAH B. FABIAN

3