BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER EXTENDING HEARING DATE TO JUNE 24, 2016** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon Defendant's Ex Parte Application to Extend Motion Hearing Date to June 24, 2016.

UPON CONSIDERATION of the Ex Parte Application, and for the reasons set forth therein, the Court hereby ORDERS that the hearing date on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor is hereby extended from June 17, 2016 to June 24, 2016, with the related motion response dates also extended in accordance with Local Rule 7-11.

**IT IS SO ORDERED.**

DATED: _____, 2016.

                                        THE HONORABLE DOLLY M. GEE
                                        UNITED STATES DISTRICT JUDGE