1
2
3
4
5
6
7

8           **UNITED STATES DISTRICT COURT**
9           **CENTRAL DISTRICT OF CALIFORNIA**

10

| | |
|---|---|
| 11  JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| 12 | |
| 13       Plaintiffs, | **<u>ORDER EXTENDING HEARING</u>** |
| 14       v. | **<u>DATE TO JUNE 24, 2016 [204]</u>** |
| 15 | |
| 16  LORETTA E. LYNCH, Attorney General of the United States; *et al.*, | |
| 17 | |
| 18       Defendants. | |

19
20
21
22
23
24
25
26
27
28

The Court has reviewed and considered Defendants' unopposed *Ex Parte* Application to Extend Motion Hearing Date to June 24, 2016, and for good cause shown,

IT IS HEREBY ORDERED that the hearing date on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor is extended from June 17, 2016 to **June 24, 2016 at 11:00 a.m.**, with the related motion response dates also extended in accordance with Local Rule 7-11.

**IT IS SO ORDERED.**

DATED: May 20, 2016

                                    DOLLY M. GEE
                              UNITED STATES DISTRICT JUDGE