BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>      v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,*<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**Defendants' (Unopposed) Ex Parte Application to Expand Page Limit;**<br><br>**Memorandum of Points and Authorities;**<br><br>**Declaration;**<br><br>**[PROPOSED] Order**.<br><br>[Hon. Dolly M. Gee] |

## **Defendants' (Unopposed) Ex Parte Application To Expand Page Limit**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court expanding the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor (ECF No. 201) by fifteen (15) pages.

Defendants request this expansion of the page limit for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email, and counsel for Plaintiffs has stated that Plaintiffs take no position on this Application.

DATED:      June 1, 2016        Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

2

## **Memorandum of Points and Authorities**

Defendants hereby respectfully request that the Court expand the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor (ECF No. 201) by fifteen (15) pages. Defendants request this expansion on account of the significant number of evidentiary allegations that Plaintiffs have submitted, and large number of claims raised by Plaintiffs.

In Plaintiffs' previous action asking this Court to find Defendants in breach of the *Flores* Settlement Agreement, the Court found that Defendants had not submitted evidentiary responses to contradict the conditions at U.S. Customs and Border Protection facilities that were described by Plaintiffs'. Order Re Response to Order to Show Cause, Aug. 21, 2015, ECF No. 189, at 13. In response to Plaintiffs' latest motion, Defendants seek to more fully respond to Plaintiffs' factual allegations to the best of their ability in light of the large number of declarations submitted by Plaintiffs, and the short timeframe Defendants have in which to respond.

Because these allegations are varied and involve the very different operations of two separate components of the U.S. Department of Homeland Security, Defendants' responses to Plaintiffs claims and allegations cannot easily be consolidated. Therefore, Defendants request that the Court grant them an

Case 2:85-cv-04544-DMG-AGR Document 206 Filed 06/01/16 Page 5 of 6 Page ID #:5567

additional fifteen (15) pages in order to more fully respond to Plaintiffs' claims and allegations. *See also* Declaration of Sarah B. Fabian, attached hereto.

DATED:      June 1, 2016          Respectfully submitted,

                              BENJAMIN C. MIZER
                              Principal Deputy Assistant Attorney General
                              Civil Division

                              LEON FRESCO
                              Deputy Assistant Attorney General
                              Civil Division

                              WILLIAM PEACHEY
                              Director, District Court Section
                              Office of Immigration Litigation

                              WILLIAM SILVIS
                              Assistant Director, District Court Section
                              Office of Immigration Litigation

                              */s/ Sarah B. Fabian*
                              SARAH B. FABIAN
                              Senior Litigation Counsel
                              Office of Immigration Litigation
                              District Court Section
                              P.O. Box 868, Ben Franklin Station
                              Washington, D.C. 20044
                              Tel: (202) 532-4824
                              Fax: (202) 305-7000
                              Email: sarah.b.fabian@usdoj.gov

                              *Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2016, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants