## DECLARATION OF SARAH B. FABIAN

I, SARAH B. FABIAN, declare:

1. I am a Senior Litigation Counsel with the U.S. Department of Justice, and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Defendants request the Court to expand the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor (ECF No. 201) ("Motion") by fifteen (15) pages. Defendants request this expansion for the following reasons.

3. In their Motion, Plaintiffs have raised multiple claims against the Government regarding the very different operations of two separate components of the U.S. Department of Homeland Security. Plaintiffs also have filed a substantial number of declarations in support of their claims.

4. Defendants must respond to both the factual and legal allegations in Plaintiffs' Motion, and because of the varied nature of Plaintiffs' claims, it is not possible to consolidate these responses.

5. The undersigned has made every effort to keep the Government's opposition brief to the 25-page limitation, but despite several rounds of editing, it has proven very difficult to reduce the brief to that page limit. Therefore, Defendants request that the Court grant them an additional fifteen (15)

1  pages to respond to these claims.

2  6.   Plaintiffs' counsel has stated that they take no position
3  on Defendants' request to expand the page limit.

4      I declare under penalty of perjury that the foregoing is
5  true and correct.

7      Executed on June 1, 2016 at Washington, District of
8  Columbia.

10                              */s/ Sarah B. Fabian*
                                SARAH B. FABIAN