# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>LORETTA E. LYNCH, Attorney General of the United States; *et al.*,<br><br>        Defendants. | Case No. CV 85-4544-DMG<br><br>**ORDER EXPANDING PAGE LIMIT [206]** |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application to Expand Page Limit.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor is hereby expanded by fifteen (15) pages.

**IT IS SO ORDERED.**

DATED: June 2, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-