DEFENDANTS' INDEX OF EXHIBITS

1. Declaration of Ronald D. Vitiello
2. Declaration of Todd. C. Owen
3. Declaration of Justin Bristow
4. Declaration of Todd Hoffman
5. Declaration of Sean Mildrew
6. Declaration of Paul A. Beeson
7. Declaration of Mario Martinez
8. Declaration of Brian S. Hastings
9. Declaration of Rodney S. Scott
10. Declaration of Manuel Padilla, Jr.
11. Declaration of Pete Flores Romero
12. Declaration of Robert E. Perez
13. Declaration of William Brooks
14. Declaration of Michele M. James
15. Declaration of Carla Provost
16. Declaration of David W. Strange
17. Declaration of Diane Skipworth, from *Doe, et al. v. Johnson, et al.* Case No. CV-15-0250 (D. Ariz.)
18. Declaration of Richard Bryce, from *Doe, et al. v. Johnson, et al.* Case No. CV-15-0250 (D. Ariz.)
19. Declaration of Philip Harber, from *Doe, et al. v. Johnson, et al.* Case No. CV-15-0250 (D. Ariz.)
20. Declaration of Juanita Hester
21. Declaration of Valentin de la Garza
22. Declaration of John Gurule
23. Declaration of Philip T. Farabaugh (not attached)
24. Declaration of Gustavo I. Cadavid (not attached)
25. Declaration of Todd M. Tovarek (not attached)
26. Declaration of John L. Lafferty
27. Declaration of Brett Endres
28. Declaration of Joshua G. Reid
29. Defendants' Objections