DEFENDANTS' EXHIBIT 3

IN THE UNITED STATES DISTRICT
COURT FOR THE CENTRAL DISTRICT
OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>Loretta E. Lynch, Attorney General of the United States, *et al.*,<br><br>Defendants | No. CV 85-4544 DMG (AGRx) |

### DECLARATION OF JUSTIN BRISTOW

I, Justin Bristow, hereby make the following declaration with respect to the above-captioned matter:

1. I am the Acting Directorate Chief, Strategic Planning and Analysis, U.S. Border Patrol (USBP). I have been serving in this position since December 1, 2015. Prior to serving as the Acting Directorate Chief, I served as Deputy Directorate Chief, Strategic Planning and Analysis, U.S. Border Patrol. Prior to serving as the Deputy Directorate Chief, I served as a Patrol Agent in Charge from 2011-2014. I have been a Border Patrol Agent since August 28, 1995.

2. In my position as the Acting Directorate Chief, I serve as a secondary law enforcement officer assisting in the planning and directing of nation-wide programs within Border Patrol. This includes assisting and collaborating with other federal agencies and foreign governments to develop and implement national operations and programs consistent with U.S. Customs

and Border Protection (CBP) policy. Part of my responsibilities include overseeing certain portions of Border Patrol known as divisions. This includes the Enforcement Systems Division (ESD) which, among other responsibilities, is responsible for the e3 Processing module and e3 Detention Module (e3DM). E3DM provides the ability to track and monitor a variety of actions that occur with regard to individuals in CBP custody. At a national level, the ESD ensures that new policies can be adhered to and followed within the modules so that U.S. Border Patrol Sectors and stations are able to be compliant with all applicable policies and regulations.

3. I make this declaration on the basis of my personal knowledge as well as information made available to me in the course of my official duties.

4. In my capacity as Acting Directorate Chief, I have knowledge about the scope, capacity, and capabilities of e3DM, as well as the actions taken by Border Patrol in response to the Court's August 21, 2015 Order.

5. At the highest level, there is a common database repository for several DHS law enforcement and homeland security applications known as the Enforcement Integrated Database (EID), which is a system of records maintained by U.S. Immigration and Customs Enforcement. The EID maintains information related to the investigation, arrest, booking, detention and removal of persons encountered during immigration and criminal law enforcement investigations and operations conducted by DHS components. EID contains biographic, descriptive, historical, and other identifying data, which can include fingerprint identification numbers, names, nationality, social security numbers, alien registration numbers, visa information, date and place of birth, and other information.

6. Border Patrol uses a portal which consists of a series of web applications that collect and

transmit collected data to EID. E3 collects and transmits biographic, encounter, and biometric data for individuals apprehended between the ports of entry for CBP's law enforcement and immigration mission. These modules include Processing, Biometrics, Prosecutions, and Detention.

7. The information that is collected through these applications is stored in the EID. In general, information from E3 is maintained by individual fields and in separate tables.

8. These tables are, in essence, a mechanism to compartmentalize the data. These tables are generally organized so that similar or related elements are usually found on a table together. They are then cross-referenced or linked within the EID in an appropriate manner to make up the overall database.

9. Although it is not a direct analog, the best explanation I can use to explain to a general computer user would be akin to sheets in an overall Excel file. The individual sheets which may be found inside a file are the best analogy to explain the tables.

10. In the normal course of business, when Border Patrol creates reports it does not do so from information directly from the EID. Instead, it downloads the pertinent information onto a separate server first. This is done to ensure that the information directly held on EID is not inadvertently corrupted. Moreover, Border Patrol does not wish to slow down the overall system by requiring the main EID servers to process reports at the same time as it is conducting its normal functions.

11. Border Patrol has a particular set of tables that it routinely downloads onto a separate server when it creates reports using data it considers to be from within the Detention Module of E3 (e3DM). When, for instance, Border Patrol wants to pull information about particular metrics from the Detention Module, it downloads a specific set of tables onto the separate

server.

12. E3DM allows Border Patrol Agents to document the physical movements of aliens in Border Patrol custody, along with all detention-related actions. E3DM is used to document the time of apprehension, the time a detainee is received or "booked" into the facility, and the time a detainee is "booked" out of the facility. Further, e3DM is used to document any and all custodial actions taken with regard to the particular alien. For example, e3DM is used to document if a juvenile is separated from a family member, if a juvenile is provided with a meal (and if the juvenile accepts or refuses the meal), if medical treatment is provided, and other related custodial actions.

13. After the August 21, 2015 Court Order, Border Patrol updated the e3DM system to provide an enhanced ability to both track and pull necessary information. Border Patrol leadership issued guidance to the field, explaining that stations must check and document temperatures in hold rooms and any medical care provided, and ensure that officers document access to drinking water, food, toilets, and sinks. Stations also were reminded of their duties to ensure adequate supervision of juveniles, adequate ventilation, and safe and sanitary hold rooms.

14. Any time that e3DM is not available (for example, unexpected system outages), Border Patrol Agents must track the information via hard copy forms until it can be inputted into e3DM.

15. The following actions were either added to e3DM or enhanced within e3 Intake/ Processing:
    a. Documenting family units: e3DM provides the ability to view if a juvenile with a family unit or family group (which may include adults who are not the parent or legal guardian of the juvenile). In e3 Intake/ Processing, the Border Patrol Agent can also mark the juvenile "unaccompanied" if the juvenile is not accompanied.

4

b. Separation of juveniles from family members: If a juvenile is separated from a family member (including family who are not the parent or legal guardian of the juvenile), the Agent will note that in e3DM, unless the separation is a result of processing or other short, routine removals from a holding area. The Agent will note if the juvenile is separated to another cell, another station, or if the juvenile was separated but has been rejoined with the family unit. Any separation action requires the Agent to note why, exactly, the juvenile was separated. For example, the Agent can note that it was operationally infeasible or it presented a security concern to allow the family to remain physically together, or that the family relationship was in question. The Agent can also note if the family was separated due to a medical reason (for example, the aunt presented with lice, and the aunt was separated from the juvenile in order to treat the lice).

c. If separation occurs, whether contact is allowed: If a juvenile is separated from a family member, as described above, the Agent will document if the juvenile is allowed to contact the family member. All actions are time-stamped. If the juvenile is not able to contact the family member, the Agent will record the reason that contact was not established. This can include reasons like it was operationally infeasible, there was a security concern, the family relationship was in question, a medical issue presented, or the juvenile was not in custody long enough for contact to be facilitated.

d. Amenity Reports: The Amenity Report function of e3DM serves to document the following conditions for all cells in a station or substation: whether the water fountain, if available for that hold room, is functioning; whether bottled/jug water is available; whether the sink, if available for that hold room, is functioning; whether

5

the toilet, if available for that hold room, is functioning; whether the cell is clean; whether the cell is pest-free; whether the cell has adequate ventilation; and whether the temperature of the cell is between 66 and 80 degrees. All options are "yes" or "no" with mandatory comments for any "no." Comments for any "no" could include what the issue is, who was notified of the issue, or whether or not the cell is being used, etc. These Amenity Reports must be completed at least daily for all cells when there is a juvenile present in the facility for any amount of time.

e. The documentation of food: Every time a meal is offered to a juvenile, it must be documented in e3DM. The Agent will also record if the meal is accepted or if the meal is refused. The Agent can also record if snacks or juice are provided.

f. Medical assistance: All medical care provided to each juvenile must be recorded in e3DM. The Agent will record if the medical care is provided by CBP or a third party (i.e., the emergency room).

16. Each station must check the hold room prior to placing a juvenile in the room to ensure that the room is safe and sanitary. Further, each Agent must complete a visual check of the room while completing a routine welfare check. These welfare checks are regular checks of hold rooms by Agents to ensure the safety and well-being of those in the room. Welfare checks include a visual check of the area, verbal communication with the juveniles in the hold room, and a physical inspection of the room. Welfare checks are conducted in addition to a shift check, which occurs at every shift change.

17. If the hold room does not meet the required standards, the issue must be reported immediately to station management. All issues not addressed within 12 hours requires notification of the Patrol Agent in Charge and the local Office of Chief Counsel.

18. There is a field in e3DM that tracks information regarding the holding cell in which an individual who is detained in Border Patrol's custody is located. On April 26, 2016, e3DM was updated to allow for a "Cell History" tab. This tab allows for the historical tracking of an individual in all cells that he or she has been assigned. Until April 26, 2016, Border Patrol could only ascertain the current holding cell (for aliens still in Border Patrol custody) or the last holding cell in which an individual was detained (for individuals who have left BP custody).

19. Finally, at the conclusion of processing, all juveniles are expected to be provided the Form I-770, Notification of Rights and Request for Disposition. The Form I-770 informs the juvenile of their right to use a telephone to contact an adult, be represented by a lawyer, and appear before an immigration judge. Processing of an unaccompanied juvenile is not complete until the I-770 has been printed and the Agent has confirmed that it was provided to the juvenile. This ensures that every juvenile receives a notice of rights (if the juvenile is accompanied, the notice of rights may be given to the parent or legal guardian).

20. Although many, if not most, of the individuals who Border Patrol apprehends will be turned over to another agency (often Immigration and Customs Enforcement (ICE)) rather than directly released, Border Patrol endeavors to ensure that there are no gaps in those juveniles who receive the I-770. In order to ensure that all unaccompanied juveniles are provided with the I-770, I have reminded the Sectors of this requirement.

21. Moreover, Border Patrol has developed a robust monitoring process at the Headquarters level. Particular agents at the headquarters level have been directed with routinely (normally each business day) monitoring the electronic records created related to Flores compliance. One example of a HQ report ensures if a juvenile is at a facility that an amenity report was completed.

Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my information, knowledge, and belief. Executed on this day, **5/31/16**, in the District of Columbia.

_____
Justin Bristow