DEFENDANTS' EXHIBIT 6

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION**

| | | |
|---|---|---|
| Jenny Lisette Flores, *et. al.* | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | No. CV 85-4544 |
| | ) | |
| Jeh Johnson, Secretary | ) | |
| U.S. Department of | ) | |
| Homeland Security | ) | |
| *Defendants* | ) | |

**DECLARATION OF PAUL A. BEESON**

1. I am the Commander of the Joint Task Force – West, Arizona (JTF-W Arizona) and the Chief Patrol Agent of the Tucson Sector Border Patrol, U.S. Customs and Border Protection (CBP). I have been a Border Patrol agent for just over 31 years. In my capacity as the Chief Patrol Agent for the Tucson Sector, I am responsible for executing the mission of the Department of Homeland Security (DHS), CBP, and also that of the U.S Border Patrol (Border Patrol) within Tucson Sector. CBP's mission includes facilitating the flow of legal immigration and trade while preventing the illegal trafficking of people and contraband.

2. I make this declaration on the basis of my own knowledge, as well as the documents and information made available to me in my position.

3. The Tucson Sector covers most of the southern region of the state of Arizona, between the official ports of entry, from the New Mexico state line to the Yuma County line. The area covers a total of 262 linear miles of border and is one of the busiest sectors in the country,

1

for both illegal alien apprehensions and marijuana seizures. There are eight Border Patrol stations within Tucson Sector: Willcox, Douglas, Bryan A. Terry, Sonoita, Nogales, Tucson, Casa Grande, and Ajo. I oversee all eight stations within the Tucson Sector and am responsible for the oversight of more than 4,200 agents and support personnel combined. I have oversight of the day-to-day law enforcement operations of the Border Patrol in Tucson Sector, including the apprehension and processing of aliens.

4. I am familiar with the policies and procedures that govern the apprehension, processing, and temporary detention of aliens. As Chief Patrol Agent, I am responsible for ensuring that those policies and procedures are communicated to the agents, overseen by the supervisors, and implemented and adhered to by the whole of the Border Patrol in Tucson Sector.

5. I am familiar with the Flores Settlement Agreement (Agreement). I am familiar with the terms of the Agreement, including the requirement that juveniles be held in facilities that are safe and sanitary; the requirement that juveniles be provided access to food, drinking water, toilets, sinks, medical care, and adequate ventilation; and that CBP monitor its own compliance with these terms. I am aware that these terms apply to all juveniles, regardless of whether they are accompanied by adult family members.

6. I am similarly familiar with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA). I am familiar with the guidance issued by the then Chief, Border Patrol David Aguilar providing guidance on the implementation of the TVPRA on March 20, 2009.

7. I understand that this Court issued two Orders in the above referenced case, the first on July 24, 2015 and the second on August 21, 2015. I am aware that the District Court, in

2

its August Order required, among other things, CBP to monitor its compliance with the standards and procedures for detaining class members in facilities that are safe and sanitary, consistent with the concern for the particular vulnerability of minors, and consistent with Paragraph 12 of the Flores Settlement Agreement.

**Operations and Processing**

8.  Once an alien is apprehended, a Border Patrol Agent (agent) will typically conduct initial questioning in the field to assist in determining alienage and to determine whether the alien is a minor.  If an agent encounters an individual who presents signs of an emergent medical issue, that agent will render or obtain whatever first aid is available in the field, which may include the services of an agent who is qualified as an emergency medical technician (EMT).  If necessary, the agent may coordinate transportation of that individual to the appropriate medical center.  After any initial questioning is completed in the field, the detainee is brought to a Border Patrol station for further processing.

9.  Each Border Patrol Station in Tucson Sector operates twenty-four hours a day, seven days a week.  Because individuals are coming and going at all hours of the day and evening, it is necessary for the lights to remain on for round-the-clock processing.  Likewise, the lights facilitate visibility and monitoring of the hold rooms to insure the safety of the detainees in the hold rooms and of the agents.  As an additional measure to ensure safety of the detainees, there are cameras that monitor each hold room.  The hold rooms are either visible to the agents or visually checked regularly.

10. When a detainee arrives at a Border Patrol station, he or she begins in an area referred to as a "sally port" or "intake".  Each individual is initially searched for contraband.  Outer clothing and any baggage is removed to avoid concealed contraband entering the Border

Patrol station, for instance, within outer layers of clothing.  This procedure exists for officer and detainee safety. All personal property that is removed from the individual is tagged with a Form I-77 and stored in an area that is not accessible to detainees. Personal property is returned when individuals are transferred.

11. At the outset of processing, biographical information is obtained. Biometrics are taken and entered into CBP's systems of records. After a detainee is identified, he or she is then fully processed, including the preparation of any arrest report, immigration processing, service of immigration forms, consular notifications, and communication with family members and consular officials, as appropriate.

12. Another initial step of processing is to determine whether a detainee is a juvenile (also referred to as a child), that is under the age of 18 years of age. Agents also determine whether the juvenile has any lawful status under the immigration law of the United States. Moreover, agents determine whether the juvenile is accompanied by a parent, legal guardian or other family member.

13. Processing times for each detainee  will vary depending on a number of factors such as: priority processing (for juveniles and criminal prosecution cases), the number of individuals in custody awaiting processing, the complexity of issues raised by the individual detainee, medical issues, accessibility to the e3 Detention Module (e3DM) system , staffing, and arranging for translation services.

14. Part of the routine processing of detainees includes questions regarding their health.  The purpose of this preliminary health screening is to determine if the detainee has any contagious diseases, outward signs of illness or injury, or complaints of injury or discomfort.  If a detainee displays any symptoms of illness or serious contagious disease,

or complaints of illness that may require medical care, the detainee is taken to an appropriate medical facility. Even when a detainee denies having a health condition, if it is obvious to the processing agent that there may be health issues, the agent will typically refer the detainee to a local medical professional for an evaluation.

15. Consistent with Border Patrol's March 20, 2009 guidance on the TVPRA, during questioning, agents are required to record the location of any parents/legal guardians, as well as the location and contact information for any relatives in the United States for unaccompanied alien children (UAC). That information is placed into the CBP system of record which is automatically sent to ICE, and the Department of Health and Human Services, Office of Refugee Resettlement (HHS/ORR).

16. Border Patrol's March 20, 2009 guidance on the TVPRA also requires that each UAC is screened for possible victimization concerns. That screening is conducted utilizing the CBP Form 93—Unaccompanied Alien Child Screening Addendum.

17. All personnel in Tucson Sector are required to notify the ICE Field Office Juvenile Coordinator and HHS/ORR as soon as possible after identifying a UAC. Every effort is made to notify HHS/ORR as quickly as possible, but those notifications must be made at the latest within 48 hours from the apprehension or discovery of a UAC (or any claim or suspicion that a detainee in custody is unaccompanied and under the age of 18).

18. CBP defers to HHS for determination for the reunification of UACs with parents or legal guardians. HHS, not CBP, is responsible for any determination whether any other proposed guardian, including a family member who lacks documentation of guardianship (e.g. grandparent, aunt/uncle, or brother/sister), is capable of providing care and physical custody.

5

19. Another part of the routine in-processing of detainees includes asking whether they would like to speak with an official representative of their country.  Detainees are provided full consular access either in person or by telephone, and provided an opportunity to voice any concerns to their consular representatives.  Officials from the Mexican and Guatemalan consulate offices are regularly and routinely on location at the Tucson Coordination Center (TCC).  These officials meet with detainees who have expressed interest in speaking with them.  There is an established mechanism in place for the consulate officials to bring concerns to the attention of Tucson Sector.  Those concerns are either handled directly at Tucson Sector or referred to the appropriate entity within CBP.

20. Although not every Border Patrol station in the Tucson Sector is identical, they have general similarities in layout and procedures. When detainees are brought in to the processing area, they are placed into hold rooms based on a number of factors including age, gender, whether they are traveling as a family unit, and if they are suspected of a serious crime. Detainees known to be dangerous or to have communicable diseases may be separated into individual isolation areas.

21. UACs are separated from adults as quickly as operationally possible. For hold rooms containing juveniles, the hold room doors are generally left open to allow free movement. To maintain family unity, Border Patrol normally tries to segregate families from the rest of the detained population.

22. Movement between hold rooms also may occur as part of the normal processing operations at a Border Patrol station. Detainees may be transferred into different hold rooms depending on their stage in processing, for meals, for consular interviews and for hold room cleaning.

23. Each Border Patrol facility must be kept safe, secure and clean.  The size of hold rooms at Border Patrol stations varies. However, the holding capacity for any room is based on sufficient space and the appropriate number of toilets for the maximum number of occupants it is designed to accommodate. Typically a hold room is constructed of impervious materials that can be easily cleaned and are hygienic.

24. Border Patrol stations are not designed for long-term care and detention.  Every effort is made to promptly process, transfer, or remove those in custody as appropriate and as operationally feasible.  As such, Border Patrol seeks to process and transfer all detainees out of their custody within 12 hours from apprehension.  However, transportation and other logistics often make this a longer period.  In addition to processing time, the amount of time an individual spends in Border Patrol custody may also be impacted by the availability of bed space at U.S. Immigration and Customs Enforcement (ICE) detention facilities, or the time to coordinate between ICE Enforcement and Removal Operations (ERO) and HHS-ORR.

25. The TCC is the transportation hub and point of coordination for detainees requiring further detention/transfer to a long term facility or transfer to ICE ERO for a custody determination.

26. Consistent with the Flores Settlement Agreement, the Border Patrol's March 20, 2009 policy and the National Standards on Transportation, Escort, Detention and Search (TEDS), all areas where juveniles are detained must provide access to toilets and sinks; drinking water and food, as appropriate; emergency medical assistance; adequate temperature control and ventilation; and adequate supervision to protect children from others.

27. **FOOD & WATER:** Tucson Sector implemented its meals and snacks schedule according to the Hold Rooms and Short Term Custody Policy dated June 2, 2008. All stations serve meals and snacks within specified time intervals. Adults are provided a meal if detained more than eight hours or if detention is anticipated to exceed eight hours. This meal consists of a burrito (choice of bean, beef, or beef and bean), crackers (choice of either peanut butter or cheese crackers), and a juice box (a variety of flavors are available). Additionally, individuals are served a meal once they arrive at each facility to prevent detainees from missing meals which may have occurred during the transportation process.

28. Meals are served four times/day with three meals being warm. If additional meals are requested, they are provided by an agent on the basis of circumstances. All detainees are provided snacks and juice every four hours. Children of all ages and pregnant women have regular access to snacks, such as cereal, cereal bars, cheese crackers, peanut butter crackers, goldfish crackers, and graham crackers and juice. All individuals are fed upon arrival to the TCC and just before departure to ensure everyone has eaten.

29. It is incumbent on each individual station to know if a detainee will exceed the four hour limit to provide a snack and juice, or if the detainee will exceed the eight hour limit to be provided a meal. If that time will be exceeded before arrival to the detainee's next destination, then a meal or snack will be provided to the detainee before they depart. In addition, food or water will never be withheld from a detainee as a form of punishment.

30. We have an internal auditing function within e3DM that will warn agents when a detainee is approaching these timelines and will display a flashing red box if at any time a detainee exceeds these timelines.

31. Tucson Sector currently has a food contract with a local distributor and has found throughout the years that serving burritos, crackers, and juice in the manner which it does today, is both economically responsible and socially acceptable.

32. In the 2015 calendar year Tucson Sector spent $386,246.04 for food and juice alone. Broken down, $177,495.44 was spent on burritos, $111,543.92 on juice, and $97,206.68 on crackers.  In addition, Tucson Sector purchases or acquires through GSA all of the following for detainees: cups, sport coolers, bottled water and other items that are needed on a case by case basis.

33. Potable water for subjects in custody is provided by a water fountain type fixture in each cell.  Furthermore, some stations have purchased sport style five gallon water coolers (sport coolers) and a cup is provided to every detainee in custody. Sports coolers are filled from tap water processed in the local municipality.  If a water fountain is deemed to be inoperable, a work order is placed to repair the fountain and measures are taken to ensure the sports coolers do not run out of water. In addition, each station purchases a type of bottled water source, usually being a one gallon jug.  These are distributed in the field at the time of apprehension.  Depending on the station's internal policies, detainees may be permitted to keep this water jug that was given to them when they were apprehended in the field after they arrive at the Border Patrol station.  Some of these detainees come from very adverse conditions in the desert where it is common practice to share food and water.  It is not uncommon that these water jugs are shared amongst detainees despite the fact that there are other readily available sources of drinking water in the holding areas.

34. **BATHROOM FACILITIES:** Like any other detention-like setting, Border Patrol cannot guarantee absolute privacy. Hold rooms are designed to have no exterior windows, and

allowing locked or closed doors would be a safety and security concern. The hold rooms, instead, employ screen walls by the bathroom to address privacy needs. The screen walls, allow for an environment in which detainees, especially children, can have a modicum of privacy when using the facilities, but can still be monitored and protected.

35. To ensure the safety of detainees, there are normally cameras that monitor each hold room at Border Patrol stations within the Tucson Sector. These cameras provide agents the ability to visually inspect the hold rooms. Although the cameras provide sight lines to the toilet facilities, that area is blurred out. The agents also visually check each hold room approximately every 15 minutes.

36. Several stations are equipped with holding areas with several toilets.  If a toilet becomes inoperable a work order is placed to repair the situation.  In some situations this may involve relocating detainees to a different area while the repair is being made. On March 25, 2016, at 0622, the TCC issued an urgent request for a toilet in hold room 7.  Hold room 7 is designated as an unaccompanied juvenile cell and could not be utilized during this time.  TCC shift supervisors adjusted the cells and utilized other cells for holding UACs until the toilet could be fixed.  At approximately 1059 the toilet was repaired, cleaning of the cell occurred and normal operations were resumed.  See Exhibit 1.

37. **TEMPERATURE:**  Stations within the Tucson Sector maintain a comfortable temperature. The temperature at Tucson Sector Border Patrol stations is set between 71 and 74 degrees, and generally ranges between 68 and 80 degrees in practice. In my experience, many detainees are not accustomed to air conditioning, and sometimes find the holding rooms cooler than they are accustomed to.

10

38. In over 30 years I have worked for Border Patrol, I have never seen or heard of
    temperature being used by agents in a punitive manner.  Temperature is controlled
    generally by CBP Facilities Management and Engineering (FM&E).  If a problem with
    temperature arises FM&E is notified to correct the problem.  Furthermore, agents in all
    but one facility in the Tucson Sector lack the ability to modify the climate by themselves.

39. During periods of system malfunctions, additional steps are taken to either provide
    sweaters/jackets to detainees or to relocate detainees if conditions are extreme. For
    example, around September 18, 2015 there was a cooling system malfunction at the
    Douglas Station. The temperature was logged at one point at 58.8 degrees. Jackets and
    sweatshirts were procured and provided for the detainees until the system was fixed. The
    station also tried to avoid using the colder hold rooms during this time period.

40. Similarly, on May 12, 2016 the TCC submitted an urgent request to adjust the
    temperatures within the cells.  The temperatures were being documented at 79 degrees
    Fahrenheit in the processing area and 77 degrees Fahrenheit in the cells.  The local
    contractor was notified, the situation was corrected and temperatures returned to an
    acceptable range. See Exhibit 2.

41. In periods of outage or malfunction, the FM&E is contacted and they in turn contact a
    contractor to respond for an emergency service repair.

42. **CLEANING:**  Border Patrol policy mandates that each hold room facility be kept safe,
    secure and clean.  The size of hold rooms at Border Patrol stations varies. Toilets are
    always available in hold rooms in sufficient quantities based on the maximum number of
    occupants the holding room can accommodate.  Sinks are also generally available in hold
    rooms.  Typically, a hold room is constructed of impervious materials that can be easily

11

cleaned and are hygienic.  Supervisors are required to ensure that each cell is regularly cleaned and sanitized.  Tucson Sector facilities staff, CBP's Facilities Management and Engineering (FM&E) or the General Services Administration (GSA) fund the required maintenance of the holding areas. Contract cleaning staff regularly address sanitation needs.

43. Tucson Sector has a cleaning contract with JP Industries (JPI) for most stations, including Douglas, Willcox, Naco, Sonoita, Nogales, Ajo, and the TCC.  These locations follow the same basic model: cleaning and sanitizing of the hold rooms and processing area twice daily, emptying trash cans, and resupplying the hold room toilet areas.  There is a monthly satisfaction survey provided to the stations, wherein the feedback is given to the contracting officer and JPI.

44. The Casa Grande station is operated by GSA and therefore the cleaning is also contracted through GSA.  Casa Grande Station is serviced by Commercial Custodial Services. Through discussions with Casa Grande's station leaders, I learned that they are currently working through some issues that they have had with the quality of cleaning services.  As part of their effort to resolve their dissatisfaction with the cleaning quality, each hold room is cleaned daily and noted on an inspection sheet, which is affixed to the front door of each hold room. Casa Grande supervisors are required to check each hold room to ensure that cleaning has occurred and is indicated on the inspection sheet. Any discrepancies discovered by the supervisors are reported to Commercial Custodial Services and addressed immediately. Also, the cleaning staff adjusted their work hours to be on site for 8 continuous hours.

45. Tucson Sector purchased trash receptacles in 2015 for the hold rooms. Instructions were given to utilize these same trash receptacles and maintain them inside each individual hold room. While we have a daily cleaning and provide trash receptacles inside the hold rooms, some social challenges still have to be overcome. We still find that some individuals will dispose of their refuse, food wrappers, or juice boxes on the floor, even though there is an empty trash receptacle in the hold room. We have also discovered that in certain countries/cultures, it is common not to flush toilet paper in the commode, due to the plumbing situation in their home countries, but rather place the toilet paper next to the commode.

46. In general, because Border Patrol facilities are short-term facilities, not all stations in Tucson Sector have shower facilities available. The National Standards on Transport, Escort, Detention, and Search (TEDS) dictates that reasonable efforts will be made to provide showers, soap and a clean towel to juvenile detainees who are approaching 48 hours in custody. It is the intent of Tucson Sector to intake and process every detainee, and transfer them to their next destination, as quickly as possible, so that in most cases individuals will not approach this length of time in custody. Because not all facilities have shower capabilities, if Tucson Sector were to allow every detainee to shower upon arrival at a Border Patrol facility it would require significant structural changes to existing facilities, or it would require that every detainee be transferred immediately to a facility with shower capabilities and then be transferred back to the original station for processing. In either case, it would have a significant impact on the time in custody for all detainees.

47. Tucson Sector purchased soap dispensers for the individual hold rooms in 2015. This purchase was made to provide an amenity that had not been readily available, and allowed

the detainees to wash off their hands before eating or after utilizing the facilities. Currently, the JPI contract workers are responsible for ensuring the soap dispensers are filled.

48. Tucson Sector uses an air dry system for detainees to dry their hands after hand washing rather than providing paper towels to detainees. This decision was made after consideration of both options, because it was found that paper towels were frequently being placed in sinks and toilets and causing significant plumbing problems, or were being thrown on the floor.

49. During each shift turnover, a walkthrough is conducted of the hold rooms and a review of the facilities is annotated in e3DM. If any facilities issue is found, a work order is issued. If specialized or additional cleaning is required in a hold room, the cleaning contract supervisor is contacted and the request is made.

50. **LIGHTS:** The lights normally remain on at all times while detainees remain in Border Patrol custody for security reasons and due to operational necessity. Border Patrol stations operate twenty-four hours a day, seven days a week, and there may be agents arriving with newly apprehended detainees at all hours of the night. The agents must maintain visual control over the holding cells to ensure the safety and security of the detainees.

51. **BLANKETS:** Border Patrol provides Mylar blankets for detainees for comfort and warmth. Previously cloth blankets were provided. However, the contractor was unable to provide the laundry service required to ensure detainees had clean blankets. Historically, prior to use of Mylar blankets, the high volume of detainees necessitated several hundred laundered blankets per day. The vendor could only produce a portion of the needed laundered blankets. Oftentimes, the order of laundered blankets went unfilled and the

14

contractor was unable to meet the terms of the contract. As a result, in 2012, the Tucson Sector began utilizing Mylar blankets in combination with cloth blankets. Then, in 2013, even after detention numbers abated, the Tucson Sector decided to solely use Mylar blankets to guarantee that all detainees quickly received a clean, hygienic blanket.

52. The switch to Mylar blankets also served to combat the transmission of communicable diseases such as lice or scabies.

53. Mattress pads are issued to juveniles as they enter the TCC.  The mattress pads are cleaned daily as well as when the juveniles leave or are transferred.  They are kept outside the sally port in a clean pile and dirty pile so that JPI may clean them.

54. **MEDICAL:**  All agents receive basic first aid training which covers basic treatment for cuts and abrasions, bandaging, and applying pressure to a wound. A number of agents have also received first responder training.  Tucson Sector also has an EMT program which includes approximately 265 agents trained as EMTs.

55. When agents encounter individuals in the field that display obvious signs of injury or are requesting emergency medical care, agents can contact a Border Patrol EMT to evaluate and treat, or they can contact local emergency services for transfer to an appropriate medical facility for care.

56. The same process is used for emergency care once an individual is in a Border Patrol station. During processing, detainees are asked about any health or medical issues and appropriate action – up to and including transfer to a local medical center – is taken. If the individual possesses or requires medication that is not accompanied by a valid prescription by a U.S. doctor they are transferred to a local medical center. Any prescribed medication by a U.S. doctor will be secured from the hospital or nearby pharmacy. This medication

will then be stored by Border Patrol at the station, and made available to the detainee for self-administration as prescribed.

57. **TRANSFERS:** Prior to the Court's order of August 21, 2015, CBP's policy was to provide UACs with a Form I-770. Currently, in light of the Court's order, all children in the Tucson sector are provided a Form I-770, based on their immigration status. This form provides children with a notice of their rights consistent with the Flores Settlement Agreement. This form, upon completion, must be placed in the child's Alien File (commonly known as the "A File"). Consistent with CBP policy, the apprehending agent, the child, or their representative, must both sign the I-770.

58. Consistent with Border Patrol's March 20, 2009 policy on the TVPRA all children are provided with a list of free legal services at the time of processing.

59. The nature of the Border Patrol stations in the Tucson Sector do not provide a large number of rooms for private conversations between detainees and others.

60. Border Patrol Stations are not designed for long-term care and detention. Every effort is made to promptly process, transfer or remove those in custody as appropriate. Those actions are taken as quickly as operationally feasible.

61. **CONSULATE:** Consular officials from the Consulate of Mexico and the Consulate of Guatemala visit the TCC twice a day, seven days a week to conduct interviews and communicate with nationals of their countries. The Consulate of Mexico also has scheduled daily visits to the Douglas and Nogales stations to conduct interviews and communicate with nationals of their country. The Mexican Consulate also operates a 24-hour call center providing around the clock communication with their nationals in Border Patrol custody. Allowing unfettered access between detainees and their consulate provides

16

an additional opportunity for detainees to share needs with their consular officials, who, in return, often relay that information to the Border Patrol. This process is routinely used to ensure quick responses to personal needs, such as family issues, concerns, medical needs or questions related to procedures and their ultimate dispositions. Signs posted throughout Border Patrol stations in Tucson Sector alert detainees in various languages of their right to speak with a consular representative. Some stations have video and audio messages that do the same.  Border Patrol arranges telephone contact if a detainee wants to contact a consular representative from a country from which there is no local representative in Tucson.

62. Detainees are transferred out of Border Patrol custody as quickly as possible. For family units, those individuals are normally transferred to the custody of ICE ERO.  Border Patrol may transfer UACs only to the custody of HHS/ORR.  Although infrequent, a receiving agency is sometimes unable to receive a detainee due to a breakdown in their intake procedures or lack of space. If that happens, transfer from Border Patrol will not be accepted until the receiving agency resolves any issues on their end.

**Specific Steps Taken in Compliance with Court Order**

63. As part of the Border Patrol's efforts to comply with the terms of the Agreement, a memorandum was issued to the field explaining the changes made to e3DM requiring the electronic documentation of conditions in facility hold rooms.

64. Under the new processing policies, all agents in the Tucson Sector were reminded that they must conduct a thorough check of each hold room before placing a juvenile in the room.

65. Consistent with the October 16, 2015 guidance, I ensured that each of the Stations within Tucson Sector made the necessary changes to the e3DM with respect to the ability to track those necessary functions in a cell, such as the availability of a functioning toilet or sink.

66. Moreover, consistent with the memorandum, each agent was reminded that the station must also conduct a daily check of each hold room occupied by a juvenile.

67. After conducting these checks, an agent must confirm the following information into e3DM:

   a. Functionality of water fountains;

   b. Functionality of toilets;

   c. Functionality of sinks;

   d. Cleanliness of the hold room;

   e. Presence of Pests

   f. Availability of bottled water;

   g. Temperature (should be within 66-80 degrees Fahrenheit); and

   h. Ventilation.

68. If, upon a check, a particular hold room does not meet the required standards, the observing agent must report the problem to his or her direct supervisor.

69. The station must then document all steps taken to address the particular problem. All issues that have not been resolved within 12 hours must be reported to the Patrol Agent in Charge (PAIC) and the local Office of Chief Counsel.

70. Consistent with the October 16, 2015 guidance, agents log each time that a juvenile is offered any food. In addition to the above requirements, agents must also document in e3DM any provision of medical care.

71. Consistent with Border Patrol's longstanding practice, agents must conduct what are known as "welfare checks" on a regular basis, several times an hour. During those checks, agents must ensure that all toilets and sinks appear functional, that water is available to juveniles, that there are no pests, and that the hold rooms appear sanitary. All welfare checks are now recorded in Border Patrol's e3DM system.

72. Although Border Patrol has long maintained a consistent and comfortable temperature in its stations, in response to the Court's order, Tucson Sector also obtained thermometers to take the temperature in any hold room prior to placing a juvenile in that room and every 24 hours thereafter.  Consistent with the October 16, 2015 guidance, as part of their checks, agents record if the temperature is within range (66-80 degrees Fahrenheit) or must specifically note when the temperature is out of range.  If the temperature is out of range, agents must immediately inform their supervisors.

73. If e3DM is offline or otherwise not available at any time, paper forms are available to document the information.  Paper forms are retained until the information can be entered into e3DM.

74. Consistent with longstanding Border Patrol practice, the Tucson Sector attempts to maintain family unity for those in its custody. Consistent with the October 16, 2015 guidance, the Tucson Sector now records any separation of a juvenile from his or her family.  Where that separation does occur, agents will also record any contact that occurs during the period of separation, and when the family can be reunified.

75. If such contact cannot be facilitated, the agents must document the reasons for the lack of contact, using one of the following options:

    a.  Operational infeasibility;

     b.  Security concerns;

     c.  Lack of certainty regarding the familial relationship;

     d.  Medical concerns; or

     e.  The family remains in Border Patrol custody for fewer than four hours.

     f.  This information must also be documented in paper form at any time that e3DM is offline or otherwise unavailable.

76. All Supervisory Border Patrol Agents in Tucson Sector received information on training, via Powerpoint, on how to enter the above information into e3DM.

77. Consistent with Border Patrol's longstanding practice, I ensured that all agents in my Sector were reminded that they are required to ask every unaccompanied juvenile who must be separated from his or her legal guardian about other family members in the United States. Agents must record this information into the CBP system which automatically notifies HHS.

78. In March 2016, the Policy and Compliance Division (PCD) of Tucson Sector, implemented a structured process of Compliance Evaluations (CEs) at all stations' detention facilities to ensure compliance with U.S. Border Patrol Detention Standards, policies and directives. The CE program is an internal mechanism to ensure organizational compliance and standardization within Tucson Sector.

79. To implement the CEs at all stations across Tucson Sector, a Juvenile Coordination Officer from the TCC was chosen as a Subject Matter Expert (SME) to assist with the CEs.

80. PCD developed a checklist based on questions from the Self-Inspection Program and items that the Office of Inspector General and the Management Inspections Division were reviewing during their site inspections in Tucson Sector.

81. The SMEs conducted the first CE at Ajo Station on April 19, 2016 utilizing the checklist and an After Action Report (AAR) was completed and routed to management.  To date all stations, except Willcox, have had a CE completed and any deficiencies identified were either corrected during the visit, or reported to the Facilities Maintenance Shop.

82. If a deficiency was reported to the Facilities Maintenance Shop, the Border Patrol stations follow up on the active work order until the issue is corrected.

83. Once all stations have a CE completed, PCD will recommend a local policy be written to incorporate best practices and standardize procedures for all of the Tucson Sector facilities.  CEs will continue to be conducted periodically.

84. On May 18-19, 2016, the Office of Administration's Management Inspections Division (MID) conducted an assessment at the Ajo Station regarding the juvenile detention process.  To date, Tucson Sector has not received a written report of this inspection. However, during the course of the inspection physical facility deficiencies were identified and assigned work order numbers and immediately submitted to Facilities Maintenance and Engineering (FM&E).  The following were submitted to be corrected:  a circulation issue with venting system, inoperable set of lights, inoperable push button on drinking fountain (drinking fountain has two buttons and the other button was operational), and another inoperable push button on drinking fountain (drinking fountain with two buttons and the other button was operational).

85. The TCC maintains a team of processors specifically for juveniles, who are given training by the Tucson Sector Juvenile Coordinator to ensure their actions comply with the Agreement and the TVPRA.  Each agent receives a two hour training block covering appropriate processing procedures, credible fear claims, trafficking questions and other concerns which are unique to the juvenile population.

86. Since October of 2015, the Tucson Sector Juvenile Coordinator was assigned to periodically check the actions logged in e3DM for the TCC and the outlying stations for compliance with the Agreement.

87. E3DM has added an amenity report which is completed once per shift (every eight hours). During this inspection, the temperature of holding rooms is checked, all toilets and sinks are checked for functionality and all water coolers are checked to ensure they are filled.

88. The processors for juveniles are stationed directly in front of the juvenile holding rooms so agents have visibility of juveniles in custody at all times.  These juvenile work stations are staffed twenty-four hours a day, seven days a week.

89. In September of 2015, the TCC purchased a large cart on which to store snacks and supplies that might be necessary for UAC's and/or family units.  A large poster was attached to the cart which displays the products that are available and urges UACs and/or family units to let an agent know if they need any of these supplies.  See Exhibit 3.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 1st day of June, 2016.

Chief Patrol Agent Paul A. Beeson
Tucson Sector
U.S. Border Patrol
U.S. Customs and Border Protection
Tucson, Arizona

EXHIBIT 1

TRIRIGA, The Acknowledged Leader in Integrated Workplace Management Systems      Page 1 of 2

Use this tab to review, or change basic information about the task.

▣ **General**

**ID** 1053002                                    **Status** Active

★ **Task Name** Corrective Maintenance-Plumbing Other     **Resource Assignment Status** Accepted

**Description** TCC Supervisor reported the toilet in Hold Room #7 is continuously running. The room cannot be utilized until the toilet is fixed. All juvenile subjects were moved to a different hold room. We were unable to shut off the water due to not having a key to the Janitor's closet. This is an urgent request due to the nature of the issue and that we have very limited holding rooms for

▣ **Details**

**Task Type** Corrective                          **Task Priority** Medium

**Request Class** Plumbing Other                  **Service Class** Plumbing

**Primary Work Location** \Locations\AZ0045 AFB-Davis Monthan\AZ0045AZ9032 AFB-Davis Monthan, BPSHQ Tucson Detention\Floor 1

**Customer Organization** \Organizations\U.S. Customs and Border Protection\U.S. Border Patrol\Tucson Sector

▣ **Resolution Comment**

**Resolution Description** removed/replaced flush valve, vacuum breaker.

▣ **Enter Time**                                                              Post Time

**Time Entry Date** 03/25/2016 🔲 🗘     **Time Category** Straight Time 🔲 🗘

**Hours** 0

**Time Entry Comment**

▣ **Time Log**                                                               Find | Remove

**Related Reports** -Select- 🔽      **Time Log - Active**

🔘 | Export | 1 total found |

| ☐ | ⁞ | Resource Type | Name | Description | Category | Date | Hours |
|---|---|---|---|---|---|---|---|
| ☐ | 🖼 | Person | Robert Swann | | Straight Time | 03/25/2016 🔲 🗘 | |

▣ **Parts**                                                                  Find | Remove

🔘 | 0 total found |

| ☐ | ⁞ | Item | Total Available | Quantity Selected | A. Quantity Hold | B. Quantity Issued | C. Quantity Returne |
|---|---|---|---|---|---|---|---|

No data to display

▣ **Equipment**                                                              Find | Remove

EXHIBIT 2

TRIRIGA, The Acknowledged Leader in Integrated Workplace Management Systems          Page 1 of 2

Use this tab to review, or change basic information about the task.

## General

**ID** 1054170                                                **Status** Active

★ **Task Name** Corrective Maintenance-          **Resource Assignment Status** Accepted
Room Too Warm

**Description** TCC Supervisor reported that the temperatures in the TCC Processing Area and
Cells are too warm. 79 degrees in the processing area and 77 in the cells. This is
an urgent request for service.

## Details

**Task Type** Corrective                              **Task Priority** Medium

**Request Class** Room Too Warm                      **Service Class** Mechanical

**Primary Work Location** \Locations\AZ0045 BPSHQ-Tucson (Davis Monthan AFB)\AZ0045AZ9032 BPSHQ-Tucson, Detention\Floor
1

**Customer Organization** \Organizations\U.S. Customs and Border Protection\U.S. Border Patrol\Tucson Sector

## Resolution Comment

**Resolution Description** Emcore notified of emergency, called out Daiken, Daiken found AHU #2 in the OFF position. unit
operational. 05/12/2016 Robert J Swann

## Enter Time                                                                    Post Time

**Time Entry Date** 05/12/2016 📅          **Time Category** Straight Time 🔍

**Hours** 0

**Time Entry Comment**

## Time Log                                                                    Find | Remove

**Related Reports** -Select-              Time Log - Active

🔘 | Export | 1 total found |

| ☐ | | Resource Type | Name | Description | Category | Date | Hours |
|---|---|---|---|---|---|---|---|
| ☐ | 🖼 | Person | Robert Swann | | Straight Time | 05/12/2016 📅 | |

1

## Parts                                                                    Find | Remove

🔘 | 0 total found |

| ☐ | | Item | Total Available | Quantity Selected | A. Quantity Hold | B. Quantity Issued | C. Quantity Returne |
|---|---|---|---|---|---|---|---|

No data to display

## Equipment                                                                    Find | Remove

EXHIBIT 3

**...eguntale a un official si usted necesita alguno de los siguiente...**



igo



refacción/aperitivos





suero



comida para bebé
compota



leche en polvo tipo formula



biberón/pachas



crema para escaldaduras



toallas húmedas para bebé



chupute/chupon/pepe



pañales



toallas femenin...