DEFENDANTS' EXHIBIT 9

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| Jenny Lisette Flores, *et. al.* ) | |
|     *Plaintiffs* ) | |
| ) | |
| v. ) | No. CV 85-4544 |
| ) | |
| Jeh Johnson, Secretary ) | |
| U.S. Department of ) | |
| Homeland Security ) | |
|     *Defendants* ) | |

### DECLARATION OF CHIEF PATROL AGENT RODNEY S. SCOTT

1. I am the Chief Patrol Agent, El Centro Sector of the United States Border Patrol, U.S. Customs and Border Protection (CBP). I have held this position and title since February 21, 2016.  In my capacity as the Chief Patrol Agent, I am responsible for executing the missions of the Department of Homeland Security (DHS), CBP, and the United States Border Patrol (USBP).  CBP's mission includes facilitating the flow of legal immigration and trade, while preventing the illegal trafficking of people and contraband.  The USBP is the primary federal law enforcement organization responsible for preventing the entry of terrorists and their weapons and for preventing the illicit trafficking of people and contraband from entering or leaving the United States between official CBP ports of entry.

2. I make this declaration based on my own knowledge, as well as the documents and information made available to me in my position as Chief Patrol Agent.

3. The El Centro Sector is comprised of three USBP stations: Calexico, El Centro and Indio, California. I oversee all stations within the El Centro Sector and am responsible for the oversight of more than 1,039 agents and support personnel combined, who work to secure 70

1

linear miles along the International Boundary with Mexico. I have oversight of the day-to-day operations of USBP in the El Centro Sector, including the apprehension and processing of aliens.

4. I am familiar with the policies and procedures that govern the apprehension, processing, and temporary detention of aliens, including juveniles. As Chief Patrol Agent, I am responsible for implementing those policies and procedures to the agents under my command and ensuring all the agents adhere to them.

5. I am familiar with the Flores Settlement Agreement.  I am familiar with the terms of the Flores Settlement Agreement ("Agreement"), including the requirements therein.  Those requirements include that the USBP holds juveniles in facilities that are safe and sanitary, that juveniles be provided access to food, drinking water, toilets, sinks, medical care, and adequate ventilation and that CBP monitor its own compliance with these terms.  I am aware that these terms apply to all juveniles, regardless of whether an adult relative or family member accompanied them.

6. El Centro Sector averages three unaccompanied alien children (UAC) per day who spend approximately 42 hours in our custody on average.  El Centro Sector also averages one family group per day who spend an average of about 46 hours in USBP custody.  El Centro Sector averages three aliens per family group.  Compared to other Southwest Border Sectors, El Centro Sector has a low volume of unaccompanied alien children and family groups.

7. I am similarly familiar with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA).  I am familiar with the interim guidance issued by then Chief David Aguilar, U.S. Border Patrol, providing guidance to agents on the implementation of the TVPRA on March 20, 2009.

2

8. I understand that this Court issued two Orders in the above referenced Agreement, the first
on July 24, 2015 and the second on August 21, 2015. I am aware that the District Court, in
its August Order required, among other things, CBP to monitor its compliance with the
standards and procedures for detaining class members in facilities that are safe and sanitary,
consistent with the concern for the particular vulnerability of minors, and consistent with
Paragraph 12 of the Flores Settlement Agreement.

## Operations and Processing

9. Agents bring arrested detainees to the respective apprehending El Centro Sector Border
Patrol station or checkpoint for processing. USBP stations are not designed for long-term
care or custody. The USBP makes every effort to promptly process, transfer and remove
detainees in custody as quickly as operationally feasible.

10. When a detainee arrives at a USBP station, he or she begins in an area referred to as a "sally
port" or "intake." An agent initially searches each detainee for illicit items to avoid
concealed contraband from entering the USBP station, including the removal of outer
clothing and any baggage. This procedure exists for agent and detainee safety. Agents allow
detainees to retain one piece of non-bulky outer clothing. Agents tag all personal property
from the detainee with a Form I-77, Baggage Check tag, and stored in an area not accessible
to detainees. Agents return personal property upon transfer of the detainee out of USBP
custody.

11. At the outset of processing, agents obtain biographical information and take biometrics from
the detainee for entry into a CBP system of record. After an agent identifies a detainee, the
agent then fully processes the detainee, including the preparation of any arrest report,

3

immigration processing, and service of immigration forms, consular notifications, as well as communication with family members and consular officials, as appropriate.

12. Agents separate unaccompanied juveniles from unrelated adults as quickly as operationally possible. This could be as early as original transportation from the field or at initial processing during intake into the USBP facility. Juveniles always take priority for processing and placement into holding cells.

13. Agents normally segregate families from the rest of the detained population. In order to maintain family unity and to allow the parent/guardian to provide care for the child, agents detain families together in the same detention cell whenever possible. Women and children are held together in a detention cell with other families consisting of mothers and children. If the family unit consists of a father and child, the family unit is held separate from other family units. If there is a suspicion of a child not being related to the supposed parent, the pair is separated until their parent/child relationship is confirmed.

14. Consistent with USBP's March 20, 2009 interim guidance on the TVPRA, during questioning, agents record the location of any parents/legal guardians, as well as the location and contact information for any relatives in the United States for unaccompanied alien children. The USBP provides that information to the Department of Health and Human Services, Office of Refugee Resettlement (HHS/ORR) for any UAC transferred to their custody.

15. Although El Centro does not have a specific policy with respect to asking about additional contacts in the United States, in my experience for detainees apprehended as part of a family group, agents normally ask about other contacts in the United States. Agents place that

4

information into CBP systems of records, such as E3DM, which is available to ICE upon transfer of the family group to ICE custody.

16. Although not every USBP station in the El Centro Sector is identical, they have general similarities in layout and procedures. Agents place detainees into hold rooms based on a number of factors including age, gender, accompaniment status and status as a family unit. Further, agents segregate any detainee suspected of criminal activity or of presenting a threat to themselves, agents or others. Within El Centro Sector, there are particular hold rooms at each station designated for juveniles. The occupancy rating of the juvenile hold rooms varies between the stations. If additional space is needed, detained juveniles are moved to larger hold rooms that have higher occupancy ratings.

17. Agents may transfer detainees into different hold rooms depending on their stage in processing, for meals, consular interviews and hold room cleaning. The nature of USBP stations in the El Centro Sector does not provide a large number of rooms for private conversations between detainees and others.

18. Each USBP facility strives to keep safe, secure and clean hold rooms. The size of hold rooms at each USBP station varies. However, hold room capacity requires sufficient seating and toilets for that room's maximum capacity. Typically, the USBP constructs short-term hold rooms of impervious materials, including concrete flooring, for safety and hygienic reasons. As the accepted norm, most correctional facilities, jails and short-term holding rooms use such concrete flooring. This is true in El Centro, as it is in other Border Patrol Sectors, in my experience.

19. Consistent with the Flores Settlement Agreement, the USBP's March 20, 2009 interim guidance on the TVPRA and the National Standards on Transportation, Escort, Detention and

Search (TEDS), El Centro Sector provides access to toilets and sinks, drinking water and food, emergency medical assistance, adequate temperature control and ventilation and adequate supervision in any area where it detains juveniles.

20. El Centro Sector implemented its meals and snacks schedule according to the Hold Rooms and Short Term Custody Policy dated June 2, 2008.  Agents serve meals to detainees 4 times per day at 6 hours intervals, consisting of a burrito (choice of bean, beef, or beef and bean), crackers (choice of either peanut butter or cheese crackers) and juice.  Agents also provide snacks 4 times per day at intervals between meals, consisting of juice and crackers. Irrespective of normal meal times, agents provide all detainees a meal if detained more than eight hours.  Additionally, agents provide detainees a meal upon arrival at each facility to prevent detainees missing meals, which could have occurred during the transportation process.  If an adult detainee requests a snack or meal before the next meal service agents may provide food on a case-by-case basis.  In my experience, agents never withhold food or water from a detainee as a form of punishment.

21. All juveniles (including small children, toddlers, babies), as well pregnant women have access to snacks, baby formula or juice upon request at any time.

22. The USBP has an internal auditing function within e3DM that will warn agents when a detainee is approaching these timelines and will display a flashing red box if at any time a detainee exceeds these timelines.

23. El Centro Sector currently has a food contract with a local distributor.  El Centro Sector has found that serving burritos, crackers and juice appeals to children, is culturally acceptable and cost effective.

6

24. In calendar year 2015, El Centro Sector spent $12,950.52 for food and juice. Those figures include $7,738.84 spent on detainee meals and $5,211.68 spent on juice and crackers. In addition, El Centro Sector purchases or acquires all of the following for detainees: cups, 5 gallon water jugs, bottled water. El Centro Sector obtains other items as needed on a case-by-case basis, such as feminine hygiene products, diapers and baby food, through GSA.

25. In addition to the combination lavatory/drinking fountain in each holding cell, the El Centro Sector provides potable water for detainees via a 5-gallon water jug and foam cups in each cell. These 5-gallon water jugs are filled from sinks in the processing area drawn from the city water supply. El Centro stations indicate in English and Spanish above the toilet-sink units that the water fountain located on top of the unit is safe to drink.

26. Like any other short-term custody holding facility, the USBP cannot guarantee absolute privacy. Hold rooms do not have exterior windows and allowing locked or closed doors within the holding rooms would be a safety and security concern for agents and detainees alike. The hold rooms, instead, employ modesty walls to address privacy concerns. I instructed my staff to photograph a typical lavatory facility in a USBP station within the El Centro Sector. I attached a true and accurate copy of that picture as Exhibit A. The modesty walls allow detainees, especially children, privacy while using the facilities and still allows agents to monitor and protect them.

27. To ensure the safety of detainees, cameras monitor each hold room at USBP stations within the El Centro sector. These cameras allow agents to monitor the hold rooms, although they do not provide sight lines to the toilet facilities. The agents conduct welfare checks every 15 minutes.

7

28. The stations within the El Centro Sector strive to maintain climate control between 66 and 80
degrees Fahrenheit. However, in my experience detainees going from extreme heat to an air
conditioned building will take time to acclimate to the cooler temperatures. Further, those
detainees often find it cooler than they are accustomed to and all people assess temperature
differently. El Centro Sector provides blankets when detainees complain about low thermal
conditions to address their concerns.

29. I have never witnessed nor been presented any evidence of agents using hold room
temperatures in a punitive manner.

30. In periods of outage or malfunction, the El Centro Sector contacts our Facilities Management
and Engineering Division (FM&E) and they in turn contact a contractor to respond for an
emergency service repair. FM&E provides maintenance service for CBP facilities. El Centro
Sector has not experienced any outage or malfunctions since October 2015.

31. FM&E and the General Services Administration (GSA) fund custodial staff to regularly
address sanitation needs and any required maintenance of the hold rooms.

32. El Centro Sector has a cleaning contract with ARC of the Imperial Valley for the El Centro
and Calexico Stations, and the Highway 86 and 111 Checkpoints. The El Centro and
Calexico Stations follow the same basic model: cleaning and sanitizing of the hold rooms and
processing area daily, emptying trashcans and resupplying the toilet areas. The Highway 86
and 111 checkpoints follow the same basic model: cleaning and sanitizing of the hold rooms
and processing area three times per week (Monday, Wednesday, Friday), emptying trash cans
and resupplying the hold room toilet areas. El Centro Sector only holds detainees at the
Highway 86 and 111 checkpoints for processing following their apprehension. Detainees are
transported by agents to a physical station as soon a possible.

8

33. GSA owns the Indio Station and therefore the contracts for their cleaning. Western Building Cleaners cleans Indio Station. Cleaning follows a model similar to El Centro and Calexico stations, in that the contractor cleans each hold room daily, which they note on an inspection sheet affixed to the front door of each hold room. Indio Station supervisors check each hold room to ensure that cleaning has occurred as indicated on the inspection sheet. Supervisors report any discrepancies discovered to Western Building Cleaners, which the cleaning service addresses immediately. The cleaning staff adjusted their work hours to be on site for eight continuous hours allowing them to be readily available to address site issues.

34. El Centro Sector has placed trash receptacles in each hold room. Agents instruct the detainees to utilize these trash receptacles. While we have a cleaning contract and trash receptacles inside the hold room, El Centro Sector must overcome some social challenges daily. We find that some detainees will dispose of refuse, food wrappers, or juice boxes on the floor, despite having an empty trash receptacle in the hold room. In certain countries or cultures, detainees do not flush toilet paper down the commode due to the plumbing situation in their home countries; rather they place the toilet paper next to the commode. When agents notice this problem occurring they address it by explaining proper use of the trash cans and toilets to the detainees, and bringing it to the attention of the cleaning crew immediately.

35. Not all stations in El Centro Sector have shower facilities available. The National Standards on Transport, Escort, Detention, and Search dictates that Sectors make reasonable efforts to provide showers, soap and a clean towel to juvenile detainees who are approaching 48 hours in custody. El Centro Sector intakes and processes every detainee and transfers them to their next destination as quickly as possible. In most cases, detainees do not approach 48 hours in custody and will not require showers while in USBP custody. As not all facilities have

shower capabilities, it is not operationally feasible for El Centro Sector to allow every detainee to shower upon arrival at a USBP facility. The change would require significant structural changes to the USBP facilities or it would require that every detainee be transferred immediately to a USBP facility with shower capabilities and then be transferred back to the original station for processing. In either case, it would have a significant impact on the time in custody for all detainees and possibly present officer and detainee safety concerns.

36. Each facility in the El Centro Sector has a sink with soap in the processing area for detainees to wash their hands at the detainee's request. The cleaning contractor fills soap dispensers each time they clean the station and hold rooms.

37. El Centro Sector does not provide towels for drying hands. The arid climate facilitates a more natural, environmentally friendly and sanitary means of hand drying. In past years when paper towels were provided, detainees frequently discarded them in sinks and toilets causing significant plumbing problems.

38. During each shift turnover, an agent conducts a walkthrough of the hold rooms. The agent annotates a review of the facilities in the e3DM. If the agent finds any facilities issue, a work order is issued. If specialized or additional cleaning is required in a hold room, the agent makes a request through the contract cleaning supervisor. Agents do not utilize a hold room until it is properly cleaned and sanitized.

39. The lights remain on at all times while detainees remain in USBP custody for security reasons and operational necessity. USBP stations are 24/7 facilities, and agents may arrive with newly apprehended aliens at all hours of the day or night. The agents must maintain visual control over the holding cells to ensure the safety and security of the detainees in our custody.

40. El Centro Sector uses Mylar blankets due to sanitary reasons.  The use of these blankets
    prevents the transmission of communicable diseases such as lice or scabies provides.
    Previously El Centro Sector provided cloth blankets, but switched to Mylar to minimize the
    risk of spreading communicable diseases.

41. El Centro Sector provides bedrolls for juveniles, regardless of accompaniment status.  The
    bedrolls are covered with plastic for easy sanitization.  Cleaning personnel sanitize the
    bedrolls during routine service of the hold rooms to ensure they remain sanitary.

42. All USBP agents receive first aid training covering basic treatment for cuts and abrasions,
    bandaging and applying pressure to a wound.  El Centro Sector also has an Emergency
    Medical Technician (EMT) program, which includes approximately 50 agents trained as
    EMTs. When agents encounter detainees in the field displaying obvious signs of injury or
    requesting emergency medical care, agents can contact a USBP EMT to evaluate and treat
    the detainee or they can contact local emergency services for transfer to an appropriate
    medical facility depending upon the immediacy of the situation and the level of care
    required.

43. In most instances, the local Emergency Medical Service transports the detainee from the
    point of apprehension to one of two local hospitals by Gold Cross Ambulance Service,
    located at 905 S. Imperial Avenue, El Centro, California 92243. The two hospital facilities
    most likely to receive detainees are Pioneers Memorial Hospital, 207 West Legion Road,
    Brawley, California 92227 and El Centro Regional Medical Center, 1415 Ross Avenue, El
    Centro, California 92243.

44. Agents follow the same process for emergency care once a detainee arrives at a USBP
    station. During processing, agents ask detainees about any health or medical issues and take

11

appropriate action – up to and including transfer to a local medical center. If the detainee possesses medication not accompanied by a valid U.S. prescription agents confiscate the medication. Agents then transport the detainee to a local medical facility for a new prescription or validation of the current prescription by a U.S. medical professional. Agents store any prescribed medication from the hospital or pharmacy at the station and make it available to the detainee for self-administration.

45. USBP's March 20, 2009 interim guidance on the TVPRA requires that agent screen UAC from contiguous countries for possible trafficking victimization and exploitation concerns, ensuring the children do not fear returning to their country of origin or last habitual residence and the children can make independent decisions to return to their country of origin or last habitual residence. However, it has been long standing policy that agents screen all UAC, regardless of country of origin.

46. All personnel in El Centro Sector notify the ICE Field Office Juvenile Coordinator (FOJC) and the HHS/ORR as soon as possible after identifying a juvenile as an unaccompanied alien child. The agents accomplish this task by sending an initial placement referral form to HHS/ORR and the San Diego ICE FOJC. El Centro Sector includes any special instructions, medical issues, accompanying siblings with the initial placement request. HHS/ORR then notifies the ICE/FOJC of the placement information. The ICE FOJC coordinates with the USBP for transportation.

47. The USBP generally transfers family units to the custody of ICE Enforcement and Removal Operations.

48. A receiving agency sometimes cannot receive a detainee due to a breakdown in their intake procedures or lack of space. If that happens, USBP agents cannot accomplish the transfer until the receiving agency resolves any issues on their end.

49. Consistent with the TVPRA and USBP interim guidance, agents within El Centro Sector may only reunify unaccompanied alien children with parents or legal guardians who are in possession of supporting documentation and who are within the United States.  Under the guidelines established in the TVPRA, only HHS/ORR may make a determination that any other proposed custodian, including a family member, can provide for the physical and mental well-being of the UAC.

50. Prior to the Court's order of August 21, 2015, CBP only provided unaccompanied alien children with a Form I-770, Notice of Rights and Disposition.  Currently, in light of the Court's order, agents provide and explain to all juveniles detained in the El Centro Sector based on their immigration status a Form I-770, regardless of accompaniment status.  This form provides children with a notice of their rights consistent with the Flores Settlement Agreement.  Upon completion, agents place the form in the child's Alien Registration File, commonly known as the "A File."  Consistent with CBP policy, and the TVPRA interim guidance the apprehending agent and the child, or the child's representative, must both sign the I-770.

51. Consistent with USBP's March 20, 2009 policy on the TVPRA, agents provide all UAC placed into proceedings with a list of free legal services at the time of processing.

52. Consular officials from the Consulate of Mexico have access to the detainees upon request. Representatives from the Consular Office in Calexico, California arrive at the Calexico Border Patrol Station almost daily to interview detainees within the holding area.  These

13

representatives have the same access at El Centro and Indio stations.  As provided in Article

36 of Vienna Convention on Consular Relations, agents notify detainees of the right to have

their consulate notified and the right to consult with officials from their country of origin.  As

only Mexico has a consular office in the Imperial County, agents telephonically notify

consulates from other countries of detainees and arrange telephonic contact if requested by

the detainee.

## Specific Steps Taken in Compliance with Court Order

53. As part of the USBP's efforts to comply with the terms of the Agreement, the Chief, USBP,

    issued a memorandum to the field explaining the changes made to the e3 Detention Module

    ("e3DM") requiring the electronic documentation of conditions in facility hold rooms.

54. I received a copy of that memorandum on October 19, 2015.

55. Consistent with the memorandum issued on October 16, 2015, Deputy Chief Patrol Agent

    (DCPA) Roy D. Villareal instructed all of the Supervisory Border Patrol Agents in my Sector

    to monitor compliance with the Agreement and provide statistical information each month.

    DCPA Villareal further ordered that Supervisory Border Patrol Agents and Managers make

    all personnel aware of the order and the USBP Stations within their purview comply with all

    aspects outlined in the Chief, USBP's memorandum.

56. Under the new e3DM processing policies, DCPA Villareal reminded all agents in El Centro

    Sector that they must complete the mandatory daily amenity report, as well as conduct a

    thorough check of each hold room immediately before placing a juvenile into a cell.

57. Consistent with the October 16, 2015 guidance, DCPA Villareal ensured that each of the

    Stations within El Centro made the necessary changes to the e3DM with respect to the ability

14

to track those necessary functions in a cell, such as the availability of a functioning toilet or sink.

58. Moreover, consistent with the memorandum, station management reminded agents at each muster that the station must also conduct a daily check of every hold room occupied by a juvenile.

59. After conducting these checks an agent must confirm the following information into e3DM:

   a. Functionality of water fountains;

   b. Functionality of toilets;

   c. Functionality of sinks;

   d. Cleanliness of the hold room;

   e. Presence of Pests

   f. Availability of bottled water;

   g. Temperature (should be within 66-80 degrees Fahrenheit); and

   h. Ventilation.

60. If a particular hold room does not meet the required standards, the observing agent must report the problem to his or her direct supervisor for remedy.

61. Consistent with the October 16, 2015 guidance, agents log each time they offer a juvenile any food. In addition to the above requirements, agents also document in e3DM any medical care provided to a juvenile.

62. Consistent with USBP's longstanding practice, agents conduct "welfare checks" every 15 minutes. During those checks, agents must ensure that all toilets and sinks appear functional, that water is available to juveniles, that there are no pests and the hold rooms appear sanitary. Agents record all welfare checks in the USBP's e3DM system.

63. Although the USBP has long maintained a consistent and comfortable temperature in its stations, in response to the Court's order, the El Centro Sector also obtained thermostats to assess the temperature in any hold room prior to placing a juvenile in that room and every 24 hours thereafter. Consistent with the October 16, 2015 guidance, agents record if the temperature is within acceptable range (66-80 degrees Fahrenheit) or specifically note an out of range temperature.  If the temperature is out of range, agents must immediately inform their supervisors and adjust the temperature to bring it into compliance at Calexico and Indio stations and checkpoints.  At El Centro Station, agents or supervisors notify the Facilities Maintenance & Engineering Division for immediate action to remedy the problem and bring the station into compliance.  El Centro Station's temperature is control via a computerized building management system. Due to its complexity, only trained FM&E personnel may control the system.

64. If e3DM is offline or otherwise unavailable, the El Centro Sector stations use paper forms available to document the information until they can enter the information into e3DM.

65. Consistent with longstanding USBP practice, the El Centro Sector attempts to maintain family unity for those in custody.

66. Consistent with the October 16, 2015 guidance, the El Centro Sector stations record any separation of a juvenile from his or her family.  Where that separation does occur, agents also record any contact that occurs during the period of separation and when family reunification occurred.

67. If such contact cannot be facilitated, the agents must document the reasons for the lack of contact, using one of the following options:

    a.  Operational infeasibility;

16

b.   Security concerns;

c.   Lack of certainty regarding the familial relationship;

d.   Medical concerns; or

e.   The family remains in Border Patrol custody for fewer than four hours.

f.   This information must also be documented in paper form at any time that e3DM is offline or otherwise unavailable.

68. Consistent with USBP's longstanding practice, DCPA Villareal reminded all the agents in my Sector on October 22, 2015, they must ask every unaccompanied juvenile separated from his or her legal guardian about other family members in the United States.  Agents record this information and provide it to HHS/ORR in the initial placement request or at any time the information becomes available.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___2nd___ day of June, 2016.

Rodney Scott
Chief Patrol Agent, El Centro Sector
United States Border Patrol
U.S. Customs and Border Protection
El Centro, California

**<u>El Centro Station Cell</u>**



**<u>Calexico Station Cell</u>**



Exhibit A

**Indio Station Cell**





Exhibit A