DEFENDANTS' EXHIBIT 10 (part 2)

## Exhibit List

*Exhibit 1* – Medical Screening and Treatment Photographs

*Exhibit 2* – Hot Meals Photograph

*Exhibit 3* – Shower Photograph

*Exhibit 4* – Laundry Services Photograph

*Exhibit 5* – Hold Room Photograph

*Exhibit 6* – Ursula Phone Bank Photograph

*Exhibit 7* – Infant Care Items Photographs

*Exhibit 8* – Water Fountain Photograph

*Exhibit 9* – Water Coolers/Jugs Photograph

*Exhibit 10* – Trash Receptacles in Hold Rooms Photographs

*Exhibit 11* – Clothing Provided to Juveniles Photographs

*Exhibit 12* – Hygiene Kit Photograph

*Exhibit 13* – Diaper Photographs

*Exhibit 14* – Ursula Private Portable Toilet; Ursula Hand Washing/Hand Sanitizer Station

*Exhibit 15* – Mylar Blanket Photograph

*Exhibit 16* – Ursula Mattress Photograph

# EXHIBIT 1





EXHIBIT 2



EXHIBIT 3



# EXHIBIT 4



# EXHIBIT 5



EXHIBIT 6



EXHIBIT 7







EXHIBIT 8



EXHIBIT 9



EXHIBIT 10



EXHIBIT 11