

# EXHIBIT 12



# EXHIBIT 13



# EXHIBIT 14

Case 2:85-cv-04544-DMG-AGR Document 212-1 Filed 06/03/16 Page 6 of 11 Page ID #:5875





# EXHIBIT 15



