DEFENDANTS' EXHIBIT 11

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et. al.* <br> *Plaintiffs* <br><br> v. <br><br> Jeh Johnson, Secretary <br> U.S. Department of <br> Homeland Security <br> *Defendants* | No. CV 85-4544 |

### DECLARATION OF PETE ROMERO FLORES

1. I am Pete Romero Flores, the Director, Field Operations for the San Diego Field Office (SDFO) with U.S. Customs and Border Protection (CBP), a component agency of the Department of Homeland Security (DHS). I have been employed in this capacity since November 2012. As the Director, Field Operations, I am responsible for executing the missions of DHS and CBP. CBP's mission includes ensuring the efficient flow of trade and travel at its ports of entry, while also preventing the illegal smuggling/trafficking of people, narcotics and other contraband, either into or out of the United States. In particular, the SDFO includes San Diego and Imperial Valley, California.

2. I make this declaration on the basis of my own knowledge, as well as the documents and information made available to me in my position.

3. The SDFO is comprised of several land border ports of entry: San Ysidro, Otay Mesa, Otay Mesa Cargo, Tecate, Calexico West, Calexico East, and Andrade. The SDFO also encompasses Lindbergh International Airport, the San Diego Seaport, and multiple general

1

aviation centers. I oversee all ports of entry within the SDFO and am responsible for the oversight of more than 2,300 officers and support personnel combined. I have management control of CBP's day-to-day law enforcement activities for San Diego and Imperial Valley, California, to include the apprehension and processing of inadmissible aliens seeking entry into the U.S.

4. The San Ysidro and Calexico Ports of Entry are the two largest land border ports of entry within my area of responsibility. Both operate on a 24-hours a day/7-days a week basis, have well-established Admissibility Enforcement Units (AEUs), and function as hubs for the outlying ports to provide a full range of immigration functions to address admissibility issues encountered in San Diego and Imperial Valley, California.

5. I am familiar with the policies and procedures that govern the apprehension, processing, and temporary detention of aliens, including juveniles. As Director, Field Operations, I am responsible for ensuring that those policies and procedures are communicated to the officers, who are overseen by supervisors, as well as implemented and adhered to by all of the officers within the SDFO on a daily basis.

6. I am familiar with the terms of the Flores Settlement Agreement ("Agreement"), including the requirement that juveniles be held in facilities that are safe and sanitary; the requirement that children be provided access to food, drinking water, toilets, sinks, medical care, and adequate ventilation; and that CBP monitor its own compliance with these terms. I am aware that these terms apply to all juveniles, regardless of whether they are accompanied by adult relatives or family members. SDFO routinely encounters numerous families and unaccompanied alien children on a daily basis.

7. I am similarly familiar with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) and am familiar with the national guidance issued on the implementation of the TVPRA.

8. I understand that this Court issued two Orders in the above referenced case, the first on July 24, 2015 and the second on August 21, 2015. I am aware that the District Court, in its August Order required, among other things, CBP to monitor its compliance with the standards and procedures for detaining class members in facilities that are safe and sanitary, consistent with the concern for the particular vulnerability of minors, and consistent with Paragraph 12 of the Flores Settlement Agreement.

**Operations and Processing**

9. Accompanied and unaccompanied children apprehended at a port of entry are brought as soon as possible to one of the designated AEUs for processing and disposition.

10. All inadmissible accompanied and unaccompanied children are processed in a structured manner. Upon arrival, subjects begin in an area referred to as "intake." Each individual is initially examined for contraband, and in a manner that is appropriate for the juvenile's age. Any baggage or property is also examined, in order to avoid concealed contraband entering the AEU. This procedure exists to ensure officer and detainee safety. After initial examination, children are permitted to retain their outer layers of clothing. All personal property that is removed from an individual is labeled with a Form I-77 and stored in an area that is not accessible to detainees. All personal property is returned when the individuals leave the port of entry.

11. At intake, biographical information is obtained, and biometrics are taken and entered into CBP's systems of records. Any encounter of accompanied and unaccompanied alien

children are reported to the duty supervisor(s) and receive priority attention. After a detainee is identified, the subject is then fully processed and placed in immigration proceedings. This processing includes determination of immigration status, the preparation of any arrest report, and service of immigration forms, consular notifications, and communication with family members, as appropriate.

12. Consistent with the TVPRA, Officers record the location of any parents/legal guardians, as well as the location and contact information for any relatives in the United States for all accompanied and unaccompanied alien children. That information is made available to the Department of Health and Human Services, Office of Refugee Resettlement (HHS/ORR).

13. Although the San Ysidro and Calexico AEU facilities are not configured identically, both have general similarities in layout and procedures. Detainees brought inside to the processing area are placed into hold rooms based on a number of factors including age, gender, whether they are traveling as a family unit, and if they are suspected of a serious crime.

14. Children are separated from unrelated adults as quickly as operationally possible. Families are customarily segregated from the rest of the detained population and every effort is made to maintain family unity.

15. Detainees may be transferred into different hold rooms depending on their stage in processing, for meals, for consular interviews and for hold room cleaning.

16. AEU facilities within the SDFO are kept safe, secure and clean. The size of hold rooms at AEU facilities varies. However, hold room capacity for any room requires sufficient space and the appropriate number of toilets for the occupants it is designed to accommodate. Typically a hold room is constructed of impervious materials that can be easily cleaned and

are hygienic. The San Ysidro AEU has also designated additional unused workspace to accommodate family units when the AEU reaches holding room capacity.

17. As needed, the San Ysidro AEU utilizes other CBP facilities and contracted detention facilities in San Diego County to temporarily house single adult males and females in removal proceedings. This is done to provide adequate space for family units (accompanied children) and for unaccompanied minors.

18. Consistent with the Flores Settlement Agreement, and the National Standards on Transportation, Escort, Detention and Search (TEDS), all holding rooms afford children access to toilets and sinks; drinking water and food, as appropriate; emergency medical assistance; adequate temperature control and ventilation; and adequate supervision to protect children from others.

**Health and Welfare**

19. In fiscal year 2015, the SDFO expended $1,404,478 for food, water, juice, other nutriment, housing, supplies, and other services.

20. SDFO utilizes both purchase cards to buy meals and contracted vendors or services to provide nourishment for individuals detained in CBP custody. Children are offered four meals a day, consisting of at least two varied hot meals daily. All menu items are stored in appropriate, temperature-controlled, insulated and sealed containers. Meals requiring refrigeration are stored in one of several refrigerators, and meals requiring preparation are either made-to-order or cooked in microwave ovens. Special meals are purchased when a detainee cannot consume what is on the menu for religious or medical reasons. Snacks and juice are available to all detainees between meals.

21. Meals are served generally daily at 6:00 AM, 12:00 PM, 6:00 PM, and 10:00 PM and dispensed in designated feeding areas separate from a holding room. Established local contracts are in place to procure made-to-order food in the event food is required prior to the established feeding times. If an individual requests a snack or meal before the next meal service it will be provided by an officer. Additionally, between meals, children have open access to snacks such as cookies, cereal bars, graham crackers, pudding, and goldfish crackers. Pedialyte and Nestle Nido powdered milk are also procured and provided to individuals with infants.

22. All holding rooms/areas within the AEUs have potable water readily accessible for individuals in custody. It is typically dispensed by a water fountain type fixture in each cell. Additionally, the San Ysidro AEU provides children with purchased bottled water and accompanying cups.

23. The feeding of accompanied and unaccompanied children is electronically recorded in the Secure Integrated Government Mainframe Access (SIGMA). Adults are fed three times a day, and children and pregnant women are fed four times a day.

24. Both AEUs maintain a supply of clothing, towels, baby products, and personal hygiene items. A supply of clean age appropriate used clothing and purchased undergarments and socks are readily available and distributed as needed. The ports also maintain a supply of disposable footies in various sizes. Towels are purchased and replaced when worn out, and they are washed and sanitized by a contracted laundry service. To supplement the contracted laundry service, a washer and dryer is located at the San Ysidro AEU to wash dirty clothing as needed. The SDFO also ensure that both AEUs are supplied with diapers, wipes and baby bottles.

25. Children are also provided with personal hygiene items. The SDFO purchases disposable tooth brushes, tooth paste, shampoo, soap, deodorant, and feminine hygiene products from approved GSA vendors. Both AEUs use folding mats, foam sleeping mats, and blankets to provide protection from the floor and to give detainees some comfort while held in CBP custody. Upon completion of intake, every child is issued a blanket and sleeping mat. Mats are cleaned and disinfected upon a child's transfer to ICE/ERO custody. Used blankets are laundered.

26. The SDFO ensures that each detainee is able to maintain acceptable personal hygiene practices. Accompanied and unaccompanied children are afforded access to showers. Each child is provided a clean towel, shampoo, soap and a shower, on-site, every 48 hours. Additionally, they are given a disposable toothbrush and tooth paste. Children detained for more than 48 hours are allowed to change clothes after showering. Underwear is provided to children that do not have a change. The SDFO also provides male and female detainees personal hygiene items appropriate for their gender.

**Safe and Sanitary Conditions**

27. All AEU holding rooms are designed with a readily accessible bathroom and are wall screened to allow children a modicum of privacy when using the facilities, but still allow for them to be monitored and protected.

28. In order to ensure the safety of detainees, holding room at both AEUs are equipped with a camera. These cameras provide officers the ability to visually inspect the hold rooms, although they do not provide sight lines to the toilet facilities. The officers also visually check each hold room approximately every 15 minutes.

29. Waste baskets/cans are provided in all bathroom areas. Also, soap/hand sanitizer are provided in all bathrooms to allow children to wash off their hands before eating or after utilizing the facilities.

30. Consistent with the Flores Settlement Agreement and the National Standards on Transportation, Escort, Detention and Search (TEDS), all areas where children are temporarily held have adequate temperature control monitoring and acceptable ventilation. Shift supervisors ensure that hold rooms are regulated between 66-80 degrees Fahrenheit. Both AEUs have been provided with infrared digital thermometers to further ensure that the hold rooms' temperature is properly regulated.

31. The SDFO contracts with GSA Job Options to have holding rooms cleaned and sanitized. Cleanings of hold rooms are conducted a minimum of once per shift. AEUs follow the same basic procedure: cleaning and sanitizing of the hold rooms and processing area, emptying trash cans, and resupplying the hold room toilet areas.

32. During every shift turnover, a walkthrough and review is conducted of the hold rooms and the general facility by a duty supervisor. In addition, a CBPO is assigned to monitor the hold rooms to ensure that they are free of any hazards, and monitor temperature, cleanliness, and ensure that they are properly stocked with toilet paper, soap, sanitizers, and other supplies as needed. If any facilities issue is found, a work order will be issued. If specialized or additional cleaning is required in a hold room, the contracted cleaning service supervisor is contacted and the request is made. Cleaning and maintenance logs are maintained by the contracted cleaning service.

33. The lights in the processing area and hold rooms normally remain on at all times while children remain in CBP custody for security reasons and due to operational necessity.

Officers must be able to maintain visual control over the holding cells to ensure the safety and security of the detainees.

**Access to Health Providers**

34. During the initial intake process, accompanied and unaccompanied children are pre-screened and asked essential questions about their health and whether there are any pre-existing medical conditions which require immediate attention. A more detailed health questionnaire is completed during case processing and included in the alien's registration file (A-file).

35. The SDFO maintains a certified Emergency Medical Technician/Medical First Responder Team program. Trained CBP officers are assigned to AEU and port operations and carry an emergency medical bag with them at all times. There is also an automated external defibrillator located in each AEU.

36. Any child requiring immediate emergent medical care is transported to the emergency room. Sharp Hospital in Chula Vista, California is located 7 miles from the San Ysidro Port of Entry and its corresponding AEU, and El Centro Regional Medical Center is located 13 miles from the Calexico West Port of Entry and its corresponding AEU.

37. Due to the high volume of 911 calls received from the San Ysidro Port of Entry, approximately two years ago, the County of San Diego Emergency Medical Service (EMS), instituted a pilot program of positioning emergency medical technicians adjacent to the San Ysidro Port of Entry to respond to medical emergencies seven days a week from noon until midnight.

38. The SDFO has collaborated with a licensed medical service provider, Evolution Health, to deliver on-site clinicians to screen for chronic and acute medical conditions, perform

diagnostic services, and provide medical screening exams to maintain detainee health and allow for faster throughput. Services rendered are paid by U.S. Public Health via ICE Health Services Corps.

39. In the event an accompanied or unaccompanied child, in CBP custody, is diagnosed with a communicable disease, the child and/or family unit will be immediately separated. Any detainee who may have been exposed to a communicable disease such as chicken pox, tuberculosis, scabies, shingles, or head lice will be quarantined in another holding area away from the general population. Coordination with the CDC duty officer will commence immediately.

40. CBP officers readily fill prescriptions when needed. Prescriptions are paid by the Division of Immigration Health Services or by CBP. Over the counter medications are paid for with a purchase card. Children are given access to medications according to their prescriptions, either by their parent or monitored by a supervisor, as needed.

**Rights Advisals**

41. Currently, CBP Officers serve the Notice of Rights and Request for Disposition (Form I-770) on all children apprehended at a port of entry, whether they are accompanied or unaccompanied.

42. All children are advised that they have a right to use the telephone, be represented by an attorney, and have a right to a hearing before an Immigration Judge. If the child is less than 14 years of age or unable to understand the notice, the notice is read and explained by an officer to the child and/or an accompanied parent in a language he or she understands, or is explained through a contracted interpreter service. The signed I-770 form is placed in the individual's A-file.

43. Ports of entry are not designed for long-term care and detention. Every effort is made to promptly process, transfer or remove those in custody as appropriate. Those actions are taken as quickly as operationally feasible pursuant to the TEDS policy. To that end, officers make every effort to identify if a family member exists within the U.S. who can serve as a viable sponsor in all cases involving an accompanied or unaccompanied child. Contact information is recorded in CBP systems and also provided to the ICE Field Office Juvenile Coordinator and the Department of Health and Human Services – Office of Refugee Resettlement.

44. Mexican Consulate officials are embedded at the San Ysidro Port of Entry and have ready access to communicate with any child of like nationality. Both AEUs maintain a foreign consulate contact list to allow children access to their respective country representatives. Officers arrange telephone contact if a child wants to contact a consular representative from a country in which there is no local representative.

45. Our facilities do not provide sufficient space nor time in custody to generally permit children access to legal counsel until they are transferred to ICE-ERO. Individuals who are detained for a short period may obtain counsel upon release from custody if they remain in removal proceedings, such as those proceedings under INA 240.

**Specific Steps Taken in Compliance with Court Order**

46. As part of CBP's efforts to comply with the terms of the agreement, all ports within the SDFO receive recurring briefings regarding CBP's commitment in fulfilling our duties under the Flores Settlement Agreement, and SDFO's responsibilities in ensuring we provide adequate care of accompanied and unaccompanied children throughout their temporary detention in CBP custody.

47. Specifically, officers are reminded to visually examine any holding room used to hold children to ensure that it is safe, secure, clean, has readily accessible drinking water, a functional toilet, and that the room is within normal temperature range, at 66-80 Fahrenheit.

48. Additionally, CBP Officers were instructed of the requirement to record in SIGMA all welfare checks, feeding, medical care, special needs, contact with accompanied family members, and comfort efforts given to all juveniles. CBP Officers were also instructed to utilize SIGMA to document instances where an issuance of a meal is declined, contact with family members cannot be accommodated, medical treatment is refused, and any other issues encountered.

49. All officers assigned to the AEUs were provided with training on the recent upgrades added to SIGMA to assist with documenting our efforts in providing adequate care.

50. In an effort to deliver continuity and consistency in providing adequate care of children held in CBP custody, CBP Officers and supervisors are assigned to a one-year rotational assignments to the AEU. Weekly teleconference calls are also conducted with SDFO Port Directors to address operational issues impacting the immigration process, infrastructure challenges, and overall care of detainees held in CBP custody.

51. Daily reporting requirements have been instituted to provide the SDFO Command Staff, ICE-ERO Command Staff, and HQ senior leadership with visibility and awareness of the detention level activity and total hours accompanied and unaccompanied children have been held in CBP custody.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this \_\_\_1\_\_\_ day of June, 2016.

_____
Pete Romero Flores
Director, Field Operations
U.S. Customs and Border Protection
San Diego, California