DEFENDANTS' EXHIBIT 14

### IN THE UNITED STATES DISTRICT COURT
### FOR THE CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | | |
|---|---|---|
| Jenny Lisette Flores, *et. al.* | ) | |
| *Plaintiffs* | ) | |
| | ) | |
| v. | ) | No. CV 85-4544 |
| | ) | |
| Jeh Johnson, Secretary | ) | |
| U.S. Department of | ) | |
| Homeland Security | ) | |
| *Defendants* | ) | |

### DECLARATION OF MICHELE M. JAMES

1. I am the Director of Field Operations, Office of Field Operations, U.S. Customs and Border Protection (CBP) in Seattle, Washington. I have been employed in this capacity since October 2007.  In my capacity as the Director of Field Operations, I am responsible for executing the mission of the Department of Homeland Security (DHS), CBP and overseeing the programs and operations of the Seattle Field Office (SFO) - a five (5) state area consisting of 67 ports of entry.  CBP's mission includes facilitating the flow of legal immigration and trade while preventing the illegal trafficking of people and contraband.

2. I make this declaration on the basis of my own knowledge, as well as the documents and information made available to me in my position.

3. The SFO is comprised of four Area Ports: Seattle, Washington; Blaine, Washington; Great Falls, Montana; and Pembina, North Dakota. I am responsible for managing all four Area Ports in the SFO and I direct the activities of more than 1,800 CBP Officers and support personnel combined, who work to secure 67 ports of entry across five states. I have oversight

of the day-to-day law enforcement operations of the Office of Field Operations in the SFO, including the apprehension and processing of aliens.

4. I am familiar with the policies and procedures that govern the apprehension, processing, and temporary detention of aliens. As the Director of Field Operations, I am responsible for ensuring that those policies and procedures are communicated to the CBP Officers, overseen by the supervisors, as well as implemented and adhered to by all CBP Officers throughout the SFO on a daily basis.

5. I am familiar with the Flores Settlement Agreement ("Agreement") and its terms, including the requirement that juveniles be held in facilities that are safe and sanitary; the requirement that juveniles be provided access to food, drinking water, toilets, sinks, medical care, and adequate ventilation; and that CBP monitor its own compliance with these terms.  I am aware that these terms apply to all juveniles, regardless of whether they are accompanied by adult family members.

6. The SFO processed and detained a total of one unaccompanied alien child (UAC) in Fiscal Year 2016.  This occurred at the SeaTac International Airport.  The SFO has processed and detained eight Family Units ("FAMU") [1] in Fiscal Year 2016.

7. I am similarly familiar with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA). I am familiar with the March 19, 2009 guidance issued by the then Assistant Commissioner of the Office of Field Operations, providing guidance to the Office of Field Operations on the implementation of the TVPRA.

8. I understand that this Court issued two Orders in the above-referenced case, the first on July 24, 2015, and the second on August 21, 2015.  I am aware that in the District Court's August

---

[1] A Family Unit consists of at least one alien child under the age of 18, accompanied by at least one alien parent(s) or legal Guardian(s), and all are inadmissible and/or subject to removal.

Order, it required, among other things, CBP to monitor its compliance with the standards and

procedures for detaining class members in facilities that are safe and sanitary, consistent with

the concern for the particular vulnerability of minors, and consistent with Paragraph 12 of the

Flores Settlement Agreement.

**Operations and Processing**

9.   Individuals detained by Customs and Border Protection Officers (CBPOs) anywhere

throughout the SFO are processed at ports of entry.  At the onset of processing, officers

obtain biographical information and take biometrics (of persons over the age of 14) for entry

into CBP's systems of records. After a detainee is identified, he or she is then fully

processed, including the preparation of any arrest report, immigration processing, service of

immigration forms, consular notifications, and communication with family members and

consular officials as appropriate.

10. Special care is exercised when processing and detaining persons under the age of 18.  At all

stages of CBP processing, CBP Officers take precautions to ensure that all juveniles' rights

are protected, that they are treated with respect and concern, and that they are processed in

accordance with the Flores Settlement Agreement.  CBP Officers place each detained

juvenile in the least restrictive setting appropriate to the juvenile's age and special needs,

provided that such setting is consistent with the need to ensure the juvenile's timely

appearance in compliance with the National Standards on Transport, Escort, Detention and

Search (TEDS), and to protect the juvenile's well-being and that of others.  Minors have

access to restrooms, drinking water, food, and medical assistance if needed.  Minors are not

restrained unless they have shown or threatened violent behavior, have history of criminal

activity, or there is an articulable likelihood of escape.  Unaccompanied minors and minors who are part of a FAMU are allowed reasonable access to their parents or legal guardians.

11. Another initial step of processing is to determine whether an individual is a juvenile (also referred to as a "child"), that is under 18 years of age.  CBP Officers also determine whether the child has any lawful status under the immigration law of the United States. Moreover, CBP Officers determine whether the child is accompanied by a parent, legal guardian or other family member.

12. Consistent with the Office of Field Operations March 19, 2009 guidance on the TVPRA, during questioning, officers are required to record the location of any parents/legal guardians, as well as the location and contact information for any relatives in the United States for unaccompanied alien children.  That information is made available to the Department of Health and Human Services, Office of Refugee Resettlement (HHS/ORR).

13. For those individuals who are processed and have children accompanying them, officers normally inquire about other contacts in the United States and attempt to gather contact information. That information is placed into CBP systems of records and made available to Immigration and Customs Enforcement (ICE).

14. Although not every port of entry in the SFO is identical, they have general similarities in layout and procedures. When detainees are brought inside to the processing area, they are placed into short-term hold rooms based on a number of factors including age, gender, whether they are traveling as a FAMU, and if they are suspected of a serious crime.

15. There are a few facilities throughout the SFO through which passengers seeking admission would potentially enter the United States comingled with domestic travelers, such as the ferry terminal in Anacortes, Washington and the train station located in Seattle, Washington.

4

These areas do not have holding areas or holding rooms.  Any passengers that would need to be detained would be held in a segregated area away from the traveling public until transferred to another CBP location for processing.

16. Unaccompanied juveniles are separated from unrelated adults as quickly as operationally possible, and certainly within twenty four hours. Families are normally segregated from the rest of the detained population. In order to maintain family unity, OFO normally detains families in a holding area together.  Any juvenile that cannot immediately be separated from an unrelated adult is watched by an Officer at all times.

17. For those ports of entry within the SFO that have short-term, individual holding rooms, they are not meant for long term detention.  Detainees are generally detained for less than eight (8) hours prior to being transferred to ICE Enforcement and Removal Operations (ERO).

18. Hold rooms must be kept safe, secure and clean.  The size of hold rooms at ports of entry varies.  However, hold room capacity for any room requires sufficient space and the appropriate number of toilets for the occupants it is designed to accommodate. Typically a hold room is constructed of impervious materials that can be easily cleaned.  True and accurate copies of photographs of a hold room in the SeaTac International Airport; the Blaine, Washington Peace Arch; the Sweetgrass, Montana; and the Pembina ports of entry are attached, respectively, as Exhibits 1a-1d.

19. Because there are so few detainees at any given time throughout the SFO, we have not experienced any overcrowding issues.

20. Consistent with the Flores Settlement Agreement, the Office of Field Operations March 19, 2009 guidance, and the National Standards on Transportation, Escort, Detention and Search (TEDS), all areas where children are detained must provide access to toilets and sinks;

drinking water and food, as appropriate; emergency medical assistance; adequate temperature control and ventilation; and adequate supervision to protect children from others.

21. Due to the low number of detainees in the SFO, juveniles will generally not be put into a holding room. They will be placed in the least restrictive setting appropriate to the juvenile's age and special needs. Normally, they will be seated in the secondary area segregated from other members of the public, under direct supervision and control of an officer.

22. All detainees are offered a snack upon arrival and a meal at least every six hours thereafter. Because the SFO has a small number of detainees, meals and snacks are available to detainees at all times upon request. Officers log all of the meals provided to detainees into Secure Integrated Government Mainframe Access ("SIGMA").

23. Snacks typically consist of cheese and crackers or other similar type of snack and bottled water or juice. Meals typically consist of frozen food that can be prepared in the microwave. Unlike ports of entry that have a large number of detainees, the ports of entry within the Seattle SFO do not require enough food and snack supplies to necessitate a contract with a provider. True and accurate copies of photographs of examples of food and water available to detainees in the SeaTac International Airport; the Blaine, WA Peace Arch; the Sweetgrass, MT; and the Pembina, ND ports of entry are attached, respectively, as Exhibits 2a-d.

24. Due to the low volume of detainees at the ports of entry within the SFO, snacks and meals can be, and are provided, at any time upon a detainee's request. Food or water is never withheld from a detainee as a form of punishment.

25. For those few children that are placed in a holding room, OFO cannot guarantee absolute privacy – as is the case in all detention-like settings. Allowing locked or closed doors would be a safety and security concern. Some of the hold rooms within the SFO include a toilet.

Those locations employ screen walls by the bathroom to address privacy needs. The screen

walls allow for an environment in which detainees, especially children, can have a modicum

of privacy when using the facilities, but can still be monitored and protected. In the ports of

entry that do not have toilets in the hold room, officers are within visible or audible range of

the holding area to allow detainees to access facility restrooms upon request. True and

accurate copies of photographs of bathroom facilities in the SeaTac International Airport; the

Blaine, WA Peace Arch; and the Pembina, ND ports of entry are attached, respectively, as

Exhibits 3a-c.

26. Most holding rooms within the SFO do not have cameras, however, in all locations detainees

are closely monitored, under direct supervision. In locations with cameras, the cameras do

not provide sight lines to the toilet facilities. The officers also visually check each hold room

approximately every 15 minutes. The holding rooms are meant for short-term detention and

the detainees have access to restrooms. Toilet items such as soap, toilet paper, feminine

hygiene items, diapers, and wipes are available to detainees. True and accurate copies of

photographs of available toiletry items in the SeaTac International Airport; the Blaine, WA

Peace Arch; the Sweetgrass, MT; and the Pembina, ND ports of entry are attached,

respectively, as Exhibits 4a-d.

27. There are no trash cans in holding cells within the SFO. Holding cells are meant for short-

term detention and we have few detainees at any given time, so trash is limited. Therefore,

trash cans are not necessary. In the unlikely event that trash accumulates in the holding area

or a holding room, the officer will dispose of it during welfare checks.

28. Ports of entry maintain hold room temperature within a reasonable and comfortable range for

both detainees and officers.

29. All ports of entry within the SFO have an infrared thermometer available to monitor room temperature. The temperature controls for the holding facilities have very limited access. In order to change the temperature, access to the maintenance room or computer system would need to be granted. Access is generally only granted to a supervisor or above. During my career as the DFO of the SFO, I have never seen or heard of temperature being used by officers in a punitive manner.

30. If a period of system malfunction occurs, additional steps would be taken to either provide additional blankets or relocate detainees if conditions are extreme.

31. If a period of outage or malfunction occurs, Field Office Mission Support is contacted and they, in turn contact, a contractor to respond for an emergency service repair. This would be done in the most expedient manner possible if an individual is in fact detained at the time.

32. Custodial contracts are funded to adequately address sanitation needs. CBP's Facilities Management and Engineering (FM&E) responds to any required maintenance of the holding areas. The type of port (GSA operated, Agency-owned, or free space) and type of incident (maintenance or damage) determines who is responsible for the repair. We have approximately 67 ports of entry covering Washington to Minnesota within the SFO. We also span three GSA regions. Each port of entry has a custodial contract to address sanitation needs of the entire facility, including, if necessary, the holding area and/or holding room(s). Due to various entities responsible for the contract and low volume of detainees, each is customized to the local port. Because we have so few detainees at any given time throughout the SFO, unsanitary conditions are unlikely.

33. The National Standards on Transport, Escort, Detention, and Search dictates that reasonable efforts will be made to provide showers, soap and a clean towel to detainees who are

approaching 48 hours in custody. Hold rooms in the SFO are for short-term detention. Detainees are not generally held for a length of time that approaches 48 hours. However, if required, reasonable efforts will be made to provide showers, soap, and a clean towel.

34. In the ports of entry within the SFO, the lights remain on at all times in the holding cells and holding rooms while detainees remain in OFO custody for security reasons and due to operational necessity. The officers must be able to maintain visual control over the holding cells and holding areas to ensure the safety and security of the detainees.

35. The ports of entry within the SFO use mylar and other types of blankets to provide warmth and comfort to detainees. True and accurate copies of photographs of blanket provisions in the SeaTac International Airport; the Blaine, WA Peace Arch; the Sweetgrass, MT; and the Pembina, ND ports of entry are attached, respectively, as Exhibits 5a-d.

36. All CBP Officers in the SFO area of responsibility receive basic first aid training. A number of officers have also received first responder training. The SFO has an Emergency Medical Technician program which includes 22 officers trained as EMTs. When officers encounter individuals that display obvious signs of injury or are requesting emergency medical care, local emergency medical services will be contacted immediately for evaluation of transportation to an appropriate medical facility for care.

37. As of at least May 2014, the SFO has not detained a juvenile that has required medical care. All persons detained at a facility within the SFO will be asked whether they have a medical problem or conditions that require medical attention. If the detainee claims to be currently taking any prescribed medications, the processing officer will attempt to identify the type of prescribed medication, when it was last taken, and when the next dosage is needed. Officers will not administer or assist in injecting or administering medication. When an injection of

prescribed medication is necessary, Emergency Medical Service will be contacted.  Any

detainee with non-U.S. prescribed medications, shall have the medication validated by a

medical professional, or will be taken in a timely manner to a medical practitioner to obtain

an equivalent US prescription. This medication will then be stored by OFO at the port, and

made available to the detainee for self-administration as prescribed.

38.  OFO's March 19, 2009 guidance on the TVPRA requires that each UAC is screened for

possible victimization concerns. That screening is conducted utilizing the CBP Form 92—

Unaccompanied Alien Child Screening Addendum.

39.  All personnel in my Field Office are required to notify the ICE Field Office Juvenile

Coordinator and the Department of Health and Human Services – Office of Refugee

Resettlement (HHS-ORR) as soon as possible after identifying a child as an unaccompanied

child. That notification is accomplished by the port director or his/her designee.  Every effort

is made to notify HHS-ORR as quickly as possible, but those notifications must be made

within 48 hours from the apprehension or discovery of a UAC (or any claim or suspicion that

an alien in custody is unaccompanied an under the age of 18).

40.  Consistent with the TVPRA, officers within the SFO may only reunify unaccompanied alien

children with parents or legal guardians who are in possession of supporting documentation

and are within the United States.  HHS is responsible for the determination that any other

proposed guardian, including a family member who lacks documentation of guardianship

(e.g. grandparent, aunt/uncle, or brother/sister), is capable of providing care and physical

custody.

41.  Prior to the Court's order of August 21, 2015, CBP's policy was to provide unaccompanied

alien children with a Form I-770.  Currently, in light of the Court's order, all children in the

SFO are provided a Form I-770. This form provides children with a notice of their rights consistent with the Flores Settlement Agreement. This form, upon completion, must be placed in the child's Alien File (commonly known as the "A File"). Consistent with CBP policy the apprehending officer and the child must both sign the I-770.

42. Consistent with OFO's March 19, 2009 policy on the TVPRA all children are provided with a list of free legal services at the time of processing.

43. Ports of entry are not designed for long-term care and detention. Every effort is made to promptly process, transfer or remove those in custody as appropriate. Those actions are taken as quickly as operationally feasible.

44. Although CBP is committed to providing consular access, its facilities do not provide sufficient space nor time in custody to permit access to legal counsel in its facilities. As such, individuals who will be detained for a longer period of time are provided access to legal counsel upon being transferred to ICE ERO. Individuals who are detained for a short period may obtain counsel upon release from custody if they remain in removal proceedings, such as those proceedings under INA 240.

45. Officers may grant detainees telephone access at their discretion, even if not required. The one UAC the SFO has detained in FY 2016 was offered use of a telephone. Any UAC detained in the future will similarly be offered use of a telephone.

46. Detainees are transferred out of OFO custody as quickly as possible. For family units, those individuals are normally transferred to the custody of ICE ERO. OFO may only transfer UACs to the custody of HHS/ORR.

**Specific Steps Taken in Compliance with Court Order**

47. As part of the Office of Field Operation's efforts to comply with the terms of the Agreement, national guidance was issued to the field explaining the changes made to the (SIGMA) requiring the electronic documentation of nutrition, health, and comfort efforts for minors held in secure detention areas.

48. I received a copy of that guidance on October 19, 2015.

49. Consistent with the national guidance issued on October 19, 2015, I instructed all of the Area Port Managers within the SFO to disseminate the guidance to all officers in each individual area of responsibility and to ensure compliance.

50. Under the new SIGMA processing policies, I ensured that all Area Ports within the Seattle Field Office were reminded that they must conduct a thorough check of each hold room before placing a juvenile in the room.  Area Ports were also directed to contact the Seattle Field Office Border Security and Facilitation management if any minors are taken into custody. The Seattle Field Office Border Security and Facilitation management held a follow-up conference call with all area ports on October 26, 2015 to ensure all questions and concerns regarding the new guidance were addressed and clarified.

51. Consistent with the October 19, 2015 guidance, I ensured that each of the Area Ports within the Seattle Field Office were aware of the new changes in SIGMA for capturing data pertaining to minors.

52. An employee muster to ensure implementation of the October 19, 2015 national guidance also took place at each area port, further ensuring that juveniles are placed in holding areas that provide adequate supervision, taking into consideration their particular vulnerabilities.  An officer must visually check a hold room prior to placing a juvenile into it.  The room is then checked on a regular basis while the juvenile occupies it.  Because there

12

are so few detentions in the SFO area of responsibility, holding rooms are often

unoccupied.  Even when unoccupied, the rooms are checked on a daily basis.

53. After conducting these checks an Officer must confirm the following information into

    SIGMA:

    a.  Functionality of water fountains;

    b.  Functionality of toilets;

    c.  Functionality of sinks;

    d.  Cleanliness of the hold room;

    e.  Presence of Pests

    f.  Availability of bottled water;

    g.  Temperature (should be within 66-80 degrees Fahrenheit); and

    h.  Ventilation.

54. If, upon a check, a particular hold room does not meet the required standards, the observing

    officer must report the problem to his or her port management.

55. The port of entry must then document all steps taken to address the particular problem.  All

    issues that have not been resolved within twelve (12) hours must be reported to the Port

    Director and the local Office of Chief Counsel.  There have been no issues involving

    detained minors within the SFO.

56. Consistent with the October 19, 2015 guidance, Officers log each time that a juvenile is

    offered any food.  In addition to the above requirements, Officers must also document in

    SIGMA all medical assistance, including emergent medical care provided to a juvenile.

57. Consistent with Office of Field Operation's longstanding practice, officers must conduct

    what are known as "welfare checks" every 15 minutes. During those checks, officers must

ensure that all toilets and sinks appear functional, that water is available to juveniles, that there are no pests and that the hold rooms appear sanitary. All welfare checks are now recorded in SIGMA.

58. Although Office of Field Operations has long maintained a consistent and comfortable temperature in its ports of entry, in response to the Court's order, the Seattle Field Office also obtained infrared thermometers for each port of entry in order to check the temperature in any hold room prior to placing a juvenile in that room and every 24 hours thereafter. Consistent with the October 19, 2015 guidance, Officers record if the temperature is within range (66-80 degrees Fahrenheit) and must specifically note when the temperature is out of range.   If the temperature is out of range, the officer must document the circumstance of the anomaly into SIGMA and immediately notify port management. All steps to address the problem, including if appropriate, moving the juvenile to a different location, will be taken as quickly as operationally feasible.

59. If SIGMA is offline or otherwise not available at any time, the Seattle Field Office will document the information on the Flores Compliance Chart and retain the paper until the information can be entered into SIGMA

60. The Seattle Field Office attempts to maintain family unity for those in its custody. Consistent with the October 19, 2015 guidance, the Seattle Field Office now records any separation of a juvenile from his or her family in SIGMA.  Where that separation does occur, Officers will also record any contact that occurs during the period of separation, and when the family can be reunified.

61. If such contact cannot be facilitated, the Officers must document the reasons for the lack of contact, using one of the following options:

    a.  Operational infeasibility;

    b.  Security concerns;

    c.  Lack of certainty regarding the familial relationship;

    d.  Medical concerns; or

    e.  The family remains in Office of Field Operation custody for fewer than four

       hours.

    f.  This information must also be documented in paper form at any time that SIGMA

       is offline or otherwise unavailable.

62. I have also directed the Field Office Border Security and Facilitation ("BSF") supervisors

    and program managers to conduct internal reviews for compliance with TEDS and the

    Agreement during port of entry visits beginning in June 2016. We created an internal

    checklist to use during these internal reviews to verify compliance.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this ___31ˢᵗ___ day of June, 2016

                                           Michele M. James
                                           Director, Field Operations
                                           U.S. Customs and Border Protection
                                         Seattle, Washington

# Exhibit 1a



Secure Holding Cells:
- 2 – Secure cells with benches, toilets, and water fountains located inside

Clothing:
- 1 – case of universal exam robes (example on bench)
- Additionally, some non-branded excess uniforms (pants and t-shirts) are available for their use



Interview Rooms:
- 3 – Interview rooms with chairs and translation telephones available



General Holding Area (for accompanied juveniles or when feasible):

**Exhibit 1b**

**Exhibit 1c**





**Exhibit 1d**





**Exhibit 2a**

**Area Port of Seattle (Seattle-Tacoma International Airport)
Flores / TEDS**



Multiple types of food are available from:
- 2 cases - Cheese / peanut butter snack crackers
- 1 case - Gelatin fruit snacks
- 1 case - Noodle soups
- 20 cases - All-in-one heater meals (vegetarian, kosher, chicken, & beef varieties)
- 1 case - Juice boxes
- 5000 - Microwave safe disposable cups



Baby Supplies (not all pictured due to size of items):
- 1 case - Baby wipes
- 1 case - One-time use disposable bottles
- 1 case - Formula
- 6 cases – Diapers (Size 1, 3, and 5)



Water Fountains:
- 1 near holding facilities
- 3 additional water fountains in the vicinity

# Exhibit 2b

**Exhibit 2c**



MENU 4
WHITE CHICKEN AND RICE
WITH VEGETABLES

# Complete Meal

## 866-680-MRES(6737)

### www.mrestar.com



WWW.MRESTAR.COM

# POWDER DRINK MIX
# LEMONADE FLAVORED
# VITAMIN C ADDED
## MIX WITH 12oz WATER
MADE FOR MRE ★ STAR-USA



DE AZUCAR
icionales

orcion

SUGAR COOKIES

## Nutrition Facts
Serving Size: ( 4 cookies) 56 gr
Serving Per Container: 1

### Amount Per Serving
Calories. 280 Calories from Fat 100

% Daily Value

Total Fat: 12g
Saturated Fat: 4g
Transfat: 0g
Cholesterol: 0mg
Sodium: 200mg
Total Carbohydrate: 40mg
Dietary Fiber: 0g
Sugar: 14g
Protein: 4g

Vitamin A 0%
Calcium 0%
- Percent Daily Values are based on a
2,000 calories diet

Ingredients

ASAS Y NUECES

ricionales

aque: 1

Porcion

orias de Grasa: 240

% Valor Diari

42%

uradas: 4.5 gr          22%

0%

0%

# NUT RAISINS MIX

**Nutrition Facts**
Serving Size: 56 gr
Serving Per Container: 1

**Amount Per Serving**

Calories: 350 Calories from Fat: 240

% Daily Value*

Total Fat: 27g                          42%

Saturated Fat: 4.5g                22%

Transfat: 0g

Cholesterol: 0mg                    0%

Sodium: 5mg                           7%

Total Carbohydrate: 2

# WHITE CHICKEN AND RICE WITH VEGETABLES

## Nutrition Facts

Serving Size 1 Package (227 grams)
Servings Per Pouch 1

**Amount Per Serving**

| Calories 250 | Calories from Fat 20 |
|---|---|

| | % Daily Value* |
|---|---|
| **Total Fat** 2g | 3% |

Ingredients: Water, Diced White Chicken (White Meat Chicken, Water, Modified Food Starch, Salt, Sodium Phosphate, Soy Protein Isolate), Dehydrated Potatoes, White Rice (Long Grain Parboiled Rice,

# DRY FRUIT

**Nutrition facts**   Serving Size 5g

Serving per Container: 1

**Amount per Serving**

Calories: 300   Calories from Fat 50

% Dayly Value *

| | |
|---|---|
| Total Fat: 2g | 2% |
| Saturated: 2g | 2% |
| Trans Fat: 0g | |
| Cholesterol: 0mg | 0% |
| Sodium: 20mg | 1% |
| Total Carbohydrate: 50g | 16% |
| Dietery Fiber: 6g | 24% |
| Sugars: 50g | |
| Protein: 2g | |

| | |
|---|---|
| Vitamin A  4% | Vitamin C 2% |
| Calcium  4% | Iron 4% |

*Percentage Daily Values are based



WHITE CHICKEN AND RICE
WITH VEGETABLES

## Nutrition Facts

Ingredients: Water, Diced White Chicken (White Meat Chicken, Water, Modified Food Starch, Salt, Sodium Phosphate, Soy Protein Isolate), Dehydrated Potatoes, White Rice (Long Grain Parboiled Rice, Iron Phosphate, Niacin, Thiamine Mononitrate, Folic Acid), Crushed Tomatoes (Tomatoes, Salt, Citric acid). Modified Food Starch, Powdered Chicken Broth (Chicken fat, Chicken broth, and natural flavor (extract of Rosemary)), Dehydrated Peas, Dehydrated Carrots, Celery Salt, Salt, Onion Powder, Spices, Garlic Powder, Rosemary, Dried Parsley.

CONTAINS: SOY

NET WT. 8 OZ. (227 g.)

PACKED FOR
MRE STAR
2500 Hallandale Beach Blvd.
Hallandale, FL 33009

LEMONADE FLAVORED
VITAMIN C ADDED
MIX WITH 12oz WATER
MADE FOR MRE ★ STAR-USA
WWW.MRESTAR.COM

JUGO EN POLVO
SABOR A LIMONADA
CON VITAMINA C
MEZCLAR CON 12oz DE AGUA
HECHO PARA MRE ★ STAR-USA
WWW.MRESTAR.COM

POWDER DRINK MIX
LEMONADE FLAVORED
VITAMIN C ADDED
MIX WITH 12oz WATER
MADE FOR MRE ★ STAR-USA

MENU 4
CHICKEN AN
H VEGETAB

DRY FRUIT

Moist Wipe











**Exhibit 2d**



# Exhibit 3a



Restroom Facilities:
- 1 – male and female restroom with multiple toilets, sinks, soap dispensers, changing tables, and paper goods

**Exhibit 3b**

**Exhibit 3c**









# Exhibit 4a



Female Sanitary items:
- 1 case - Maxi pads
- 1 case - Tampons
- 1 case - Disposable sanitary wipes

**Exhibit 4b**

**Exhibit 4c**



**PDI**

## SUPER SANI-CLOTH®
### GERMICIDAL DISPOSABLE WIPE
The 2-minute germicidal wipe / Bactericidal • Tuberculocidal • Virucidal*
Suitable for use on equipment requiring alcohol-based products

REORDER NO. Q55172

**Super Sani-Cloth® kills bacteria listed on this label**
- Acinetobacter baumannii (ATCC 19606)
- Burkholderia cepacia (ATCC 25416)
- Corynebacterium jeikeium (ATCC 29428)
- Candida albicans (ATCC 14053)
- Escherichia coli (E. coli) (ATCC 11229)
- Toxin-Producing Escherichia coli (E. coli) (ATCC 35150)
- Enterobacter aerogenes (ATCC 4352)
- Methicillin Resistant Staphylococcus aureus (MRSA) (ATCC 33592)
- Mycobacterium bovis BCG (tuberculosis) (ATCC 35743)
- Pseudomonas aeruginosa (ATCC 15442)
- Salmonella enterica (ATCC 10708)
- Staphylococcus aureus (ATCC 6538)
- Vancomycin Resistant Enterococcus faecalis (VRE) (ATCC 51299)
in the presence of organic soil (5% blood serum)

- Virucidal*
- Adenovirus Type 5 (ATCC VR-5)
- Herpes Simplex Type 2 (ATCC VR-734)
- Influenza A (H1N1) virus (ATCC VR-98)
  Strain A/Malaya/302/54
- Influenza A2/Hong Kong (ATCC VR-544)
- Human Coronavirus (ATCC VR-740) Strain 229 E
- Respiratory Syncytial Virus (RSV)
- Rhinovirus (ATCC VR-1110)
- Rotavirus Strain WA
- Vaccinia virus (ATCC VR-1354)
- HIV-1†
- Hepatitis B Virus†
- Hepatitis C Virus†
- Kills Pandemic 2009 H1N1 influenza A virus

† KILLS HIV (AIDS VIRUS), HEPATITIS B VIRUS (HBV) AND HEPATITIS C VIRUS (HCV) ON THE PRE-CLEANED ENVIRONMENTAL SURFACES/OBJECTS PREVIOUSLY SOILED WITH BLOOD/BODY FLUIDS in two (2) minutes at room temperature (68°-77°F) in health care or other settings in which there is an expected likelihood of soiling of inanimate surfaces/objects with blood or body fluids, and in which the surfaces/objects likely to be soiled with blood or body fluids can be associated with the potential for transmission of Human Immunodeficiency Virus Type 1 (HIV-1) (associated with AIDS), Hepatitis B Virus (HBV) and Hepatitis C Virus (HCV).

ACTIVE INGREDIENTS:
(60% C₁₄, 32% C₁₂, C₁₆) dimethyl ethylbenzyl ammonium chlorides..........................0.250%
(68% C₁₂, 30% C₁₄, 5% C₁₆, 5% C₁₈) dimethyl benzyl ammonium chlorides.............0.250%
OTHER INGREDIENTS:...........................................................................99.500%

*Does not include the weight of the wipe.
**KEEP OUT OF REACH OF CHILDREN**
**DANGER** See back panel for additional precautionary statements

Net Contents
**160** Large Wipes 6 x 6.75 in (15.2 x 17.1 cm)
Net Wt. 1.0 lb. 13.3 oz. (423 g)

04:29 247 03



**Exhibit 4d**



# Exhibit 5a



Bedding Supplies (not all pictured due to size of items):
- 10 - Blankets
- 10 - Pillows
- 4 - Cots

Juvenile Transport:
- 2 - Infant seats
- 2 – Juvenile car seats

**Exhibit 5b**

**Exhibit 5c**



**Exhibit 5d**





