DEFENDANTS' EXHIBIT 17

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
ELIZABETH J. STEVENS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
DILLON A. FISHMAN (SBA 024259)
W. DANIEL SHIEH (NY
Trial Attorneys
Office of Immigration Litigation
Civil Division, United States Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-2377
Facsimile: (202) 305-7000
E-mail: dillon.a.fishman@usdoj.gov
*Counsel for Defendants*

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| | |
|---|---|
| Jane Doe #1, *et al.*, | Case No. 4:15-cv-00250-DCB |
| Plaintiffs, | |
| v. | **DECLARATION OF DIANE SKIPWORTH** |
| Jeh Johnson, Secretary of Homeland Security, *et al.*, | |
| Defendants. | |

I, Diane Skipworth, hereby declare:

## I.    INTRODUCTION

1. I have personal knowledge of the facts stated herein and, if called as a witness, could and would competently testify thereto.

2. Since 1994, I have been employed by the Dallas County Sheriff's Department ("DCSD"), Dallas, Texas.

3. Since 2004, I have been employed as the Director of Detention Support Services for DCSD. In that role, I oversee and manage the Support Services Division, which includes the Food Service and Laundry sections, with a combined annual operating budget of $10 million dollars, 57 employees, and 225 inmate workers.

4.      As DCSD's Director of Detention Support Services, I regularly perform inspections of jail housing units, Central Cook Chill Kitchen production facility and warehouse, Lew Sterrett Jail Kitchen, the laundry facility, and related areas.  As part of these inspections, I enforce compliance with all applicable laws, rules, and guidelines.

5.      Since April of 2011, I have been an expert environmental health and safety consultant for the U.S. Department of Homeland Security, Office for Civil Rights and Civil Liberties, regarding detainee allegations of noncompliance with required health and safety conditions at Immigration and Customs Enforcement ("ICE") adult immigration detention facilities.

6.      In 2010, 2011, and 2014, I was an expert consultant for the U.S. Department of Justice, Civil Rights Division, Special Litigation Section in investigating alleged unconstitutional conditions at adult correctional facilities.

7.      In 2014, I served as an environmental health consultant for the National Prison Project of the ACLU.

8.      This is the first case in which I have served as a defense expert.

9.      I am a Registered Professional Sanitarian (R.S.), Texas, #3321.

10.     I am a registered dietitian/nutritionist, Registered Dietitian (R.D.), Commission on Dietetic Registration, RD#806233.

11.     I am a Licensed Dietitian (L.D.), Texas, DTO#4420.

12.     I am a Certified Laundry and Linen Manager (CLLM), Association for Linen Management.

13.     In addition, I am a Certified Correctional Health Professional (CCHP), National Commission on Correctional Health Care.

14.     I have been an adjunct faculty member at Brookhaven College, Texas, teaching food protection management classes since 1999.

15.     My education includes a Bachelor of Science in Nutrition (Dietetics) and a Master of Criminal Justice.

16.     My correctional health training and experience encompasses food

preparation and service, sanitation (including maintenance and hygiene), shelter (including space, lighting, ventilation, living conditions, and housekeeping), and safety (both general and fire safety) in prisons, jails, and immigration detention institutions.

17.    Attachment A is a true and accurate copy of my resume.

## II.    ASSIGNMENT

18.    I have been asked by Defendants' counsel to offer my opinion on the confinement conditions of the hold rooms in Tucson Sector Border Patrol stations.

## III.    MATERIALS RELIED UPON

19.    I have reviewed Plaintiffs' Motion for Preliminary Injunction, and related declarations, exhibits, and filings in this case.

20.    I conducted environmental inspections of Tucson Border Patrol Station, Douglas Border Patrol Station, Nogales Border Patrol Station, and the Casa Grande Border Patrol Station from November 30, 2015 through December 3, 2015.

21.    I was accompanied by attorneys Sarah B. Fabian, Daniel Shieh, and Dillon Fishman of the U.S. Department of Justice.

22.    I have read the declarations of Richard Bryce and Philip Harber, and believe their accounts of the conditions fairly and accurately describe substantially the same conditions I observed in Tucson Sector Border Patrol stations.

23.    The equipment I used during my inspections includes a Nikon digital camera; temperature meter: 0 to 100% humidity and -4° to 140° Fahrenheit; probe thermometer: -58° to 572° Fahrenheit; light meter: 0 to 4,000 foot candles; tape measure; and a flashlight.

24.    The standards used for this report include U.S. Customs and Border Protection ("CBP") National Standards on Transportation, Escort, Detention, and Search, October 2015 ("TEDS"); Standards for Health Services in Correctional Institutions, 2003, issued by the American Public Health Association ("APHA"); Performance-Based Standards for Adult Local Detention Facilities, Fourth Edition, published by the American Correctional Association ("ACA"); and the Food Code, Food and Drug

- 3 -

Administration ("FDA"), 2013.

IV.     **SUMMARY OF OPINIONS AND GENERAL OBSERVATIONS**

25.     It is my opinion that Tucson Sector hold rooms and facilities comply with CBP's TEDS standards for hygiene, and are clean and safe for their intended use.

26.     Conditions in Tucson Sector hold rooms are comparable to conditions in the intake, hold room, and booking areas of jails and detention centers across the country.

27.     Border Patrol contracts with custodians to provide professional janitorial sanitation services on a daily basis in Tucson Sector hold rooms.  In my opinion, the statements of work found in these contracts are sufficient to ensure adequate sanitation of the hold rooms in Tucson Sector.

28.     In my opinion, Tucson Sector Border Patrol provides detainees with the necessary items for personal hygiene during their short-term detention.

29.     Border Patrol maintains a supply of hand soap, toilet paper, sanitary napkins, toothbrushes, diapers, and baby wipes throughout Tucson Sector, all of which it provides to detainees.

30.     Border Patrol regularly serves meals to detainees.  While the food is not ideal as a staple diet for long time periods, it is nutritionally adequate for a few days, and for short-term detention in Tucson Sector.

31.     Detainees are offered a minimum of three meals per day, each consisting of a heated burrito, a package of crackers, and a carton of juice.  Snacks of juice and crackers are also offered between meals.  These items are nutritionally adequate. *See* USA000649-650.

32.     It is my opinion that safe, potable drinking water is always available to detainees in Tucson Sector.

33.     Potable drinking water is provided through the sinks in the toilet/sink combination units, which are standard in detention facilities across the nation.  Some hold rooms also have five-gallon water containers and cups available to detainees.

34.     It is my opinion that hold room temperatures are safe and adequate, and

Case 2:85-cv-04544-DMG-AGR Document 214-3 Filed 06/03/16 Page 5 of 24 Page ID
Case 4:15-cv-00250-DCB Document 163-4 Filed 02/25/16 Page 9 of 24
#:6227

1    comply with TEDS and ACA standards.

2        35.    Border Patrol maintains hold room temperatures between 68 and 80 degrees

3    Fahrenheit, which is within normally accepted standards in detention facilities.

4

5    **V.    TUCSON SECTOR HOLD ROOMS ARE PROFESSIONALLY CLEANED
      AND SANITARY**

6        36.    In my opinion, hold rooms in Tucson Sector are professionally cleaned and

7    sanitized on a regular basis, and are clean and sanitary. This is true under both the TEDs

8    and ACA standards.

9        37.    The TEDs standard states: "All facilities or hold rooms used to hold

10   detainees must be regularly and professionally cleaned and sanitized. Officers/Agents or

11   detainees will not be expected to perform such tasks." TEDS § 4.7 (USA000633).

12       38.    The ACA Housekeeping standard specifies: "The facility is clean and in

13   good repair. A housekeeping and maintenance plan addresses all facility areas and

14   provides for daily housekeeping and regular maintenance by assigning specific duties and

15   responsibilities to staff and inmates."

16       39.    Plaintiffs' expert Dr. Robert Powitz claims that ACA standards are

17   "mandatory." Powitz Decl'n at 3. This is incorrect. ACA standards were developed as a

18   tool for voluntary accreditation by the ACA, which primarily conducts paper reviews and

19   relies heavily on accreditation fees. Some experts and courts have criticized ACA

20   standards, because they may create the false impression that prisons are run properly

21   when the ACA accredits them. At most ACA standards are helpful guidance.

22       40.    In my opinion the TEDs standard is well-suited to the unique needs of

23   Border Patrol facilities, because it is designed for short-term immigration processing

24   sites. For instance, it does not include provisions requiring detainees to perform cleaning.

25       41.    Tucson Sector hold rooms are designed for short-term detention. They are

26   constructed of materials that are easily cleanable and inhibit the growth of

27   microorganisms that cause disease. These materials are consistent with other short-term

28   holding cells I have seen.

Case 2:85-cv-04544-DMG-AGR Document 2143-4 Filed 06/03/16 Page 6 of 24 Page ID
#:6228
Case 4:15-cv-00250-DCB Document 163-4 Filed 02/25/16 Page 6 of 24

42. I have reviewed the February 16, 2012 Statement of Work ("SOW") for the Tucson Sector Facility Operations Contract Services, which includes custodial services, land and grounds maintenance, trash and waste removal, and snow removal.

43. The SOW details the requirements, scope, and description of the contracted custodial services. The tasks include sweeping and damp mopping of the holding cells; cleaning, disinfection, and descaling of toilet bowls; resupplying hold cells with toilet paper and hand soap; dusting; and window cleaning.

44. This SOW covers all Tucson Sector facilities except the Casa Grande Station, which is a leased facility that falls under a different contract that I have also reviewed.

45. The SOWs in both the 2012 Tucson Sector contract and the Casa Grande contract are consistent with the current TEDs standard and other industry standards, and contain cleaning provisions sufficient to ensure a hygienic and safe environment for detainees.

46. Professional, custodial contractors perform cleaning services in the Tucson Sector hold rooms daily, and ordinarily twice per day.

47. Hold rooms are cleaned during the morning, around 7:00-8:00 a.m. and again during the evening at approximately 5:00-6:00 p.m.

48. Border Patrol agents I interviewed in Tucson, Douglas, and Nogales Stations confirmed that hold rooms are cleaned at approximately 7:00-8:00 a.m., and again at 5:00-6:00 p.m.

49. The SOW for Casa Grande Station is different than the other stations in Tucson Sector because the Casa Grande facility is leased. The Casa Grande Station SOW also requires regular professional cleaning of the Border Patrol facility, including the hold rooms. The SOW requirements suffice to maintain a sanitary environment.

50. During my inspection, I observed some discoloration on some walls. The areas behind some of the benches at Tucson Station were discolored due to transfer from the metallic coating on the Mylar blankets, which I observed at approximate shoulder

height from detainees seated against the walls wearing Mylar blankets on their shoulders. Upon closer inspection, I found that the walls are reasonably clean, and the discoloration is innocuous. I mentioned this to Border Patrol, and suggested repainting.

51. The floors in Tucson Sector hold rooms are also cleaned regularly. I carefully reviewed and inspected the areas Plaintiffs mentioned. While I did observe dust and dirt accumulations in some corners and along some walls of the holding cells, these are common in correctional facilities. They do not pose any serious hygiene concern or risk, especially in short-term detention facilities. I did point these areas out to Border Patrol supervisors, and they assured me that they would immediately pass along this feedback to the cleaning contractors and inspect to ensure they pay more careful attention to these areas.

52. I have reviewed Plaintiffs' photographic exhibits depicting soiled toilet paper on the floor, and detainee declarations describing this issue.

53. In my experience, improper use of toilets can originate from a cultural problem based on plumbing systems in some countries that cannot accommodate toilet paper. This cultural practice can be remedied through educating detainees on proper hygiene practices in the United States. However, regular professional cleaning of the facilities with disinfectant prevents this from creating any serious health concern in Tucson Sector.

54. I do not agree with the statement of Plaintiffs' expert Dr. Powitz, who declares: "CBP's failure to implement a regular system to ensure the cleanliness of these hold rooms serves no legitimate purpose and creates an unjustifiable risk to detainees." Powitz Decl'n at 18. I saw no indication in Dr. Powitz's report that he had requested, or reviewed, the SOWs. These contracts ensure that professional cleaning contractors provide daily cleaning and sanitation of Tucson Sector hold rooms. The SOWs require contractors to use cleaners to properly disinfect the facilities, so in my opinion this risk is not present.

55. I also disagree with Dr. Powitz's characterizations of the cleaning closets:

- 7 -

"We were shown janitor supply closets at each station and found various haphazard collections of brooms, dust pans, wet mops, buckets, and a variety of household chemical cleaners." Powitz Decl'n at 16-17. As illustrated in the photographs I took during site inspections (true and copies of which are included as Attachment B) Tucson Station's cleaning storage closet does not appear "haphazard" and cleaning chemicals are delivered through a station that dispenses them at the correct dilution. *See* Attach. B. The picture also depicts color-coded bottles for the chemicals. *Id.* While some items in the photo are technically improper, I have no concerns with these closets with respect to overall detainee hygiene and welfare. *Id.*

56. The bathroom fixtures in Tucson Sector hold rooms are correctional-type stainless steel toilet/sink combination units. The fixtures were reasonably clean, with occasional buildup underneath toilets that is common and expected for facilities with a high volume of detainees. This buildup is unsightly, but it presents no serious hygiene concern. Though it is common in detention facilities, I mentioned it to Border Patrol staff and they stated they would ensure that cleaning contractors properly address it.

57. I observed an ordinary amount of wear-and-tear on the walls, hold room floors, benches, and other painted areas in Tucson Sector. The high volume of traffic and frequent scrubbing during cleaning leads to wear and tear in detention facilities, particularly facilities with such a transient population.

58. My review of hold room checklists for the four stations from June through September, including the limited set provided by Plaintiffs in Exhibits 106-116, Processing Inspection and Holding Cell Inspection Forms, supports the SOWs, my own observations, and the statements of BP agents I interviewed, in that they reflect that hold rooms cells are regularly cleaned and free of insects, pests, and vermin.

59. Border Patrol's general practice of documenting regular inspections of hold rooms also reinforces my observations that Tucson Sector is attentive to hold room maintenance, hygiene, and overall detainee health and wellness.

60. Detainee declarations from Plaintiffs also confirm that hold rooms are

Case 2:85-cv-04544-DMG-AGR Document 211-3-4 Filed 06/03/16 Page 9 of 24 Page ID
Case 4:15-cv-00250-DCB Document 133-4 Filed 02/25/16 Page 9 of 24 Page ID
#:6231

professionally cleaned on a regular basis. *See* ECF No. 2-1 at 5-6 (Decl'n of Mario Pablo Lopez Ruiz); ECF No. 2-1 at 57-59 (Decl'n of Brenda Chilel Lopez); ECF No. 2-1 at 39-41 (Decl'n of Domitilia Gomez Bartolom).

**A. Hold Room Trash Removal is Sufficient**

61.     The APHA Standards for Health Services in Correctional Institutions states: "Solid wastes must be collected, stored, and disposed of in a manner that will not create unhealthful conditions, fire hazards, unnecessary odors, or offer food or harborage to insects, rodents, or other vermin."

62.     The custodial SOWs for Tucson Sector and Casa Grande require regular trash removal, which adequately addresses trash disposal.

63.     Most hold rooms I inspected had one or more waste receptacles, such as a plastic trash can lined with a plastic bag.  None of the trash cans I observed were overflowing.  Custodians remove trash when they clean hold rooms, which occurs at least daily and often twice or more per day.

64.     Trash cans sometimes have to be removed from hold rooms for detainee and officer safety, or because detainees are going through the trash.  In those instances, cleaning personnel collect trash during the scheduled hold room cleanings.

65.     Tucson Sector hold rooms do not have any problems with insects, rodents, or vermin, which are classic signs of trash accumulation and poor cleaning.  I have seen those in detention facilities with serious waste and sanitation problems.  I inspected every hold room and all processing areas for any indications of these, and found none in Tucson Sector.  Because trash is consistently removed from hold rooms, it does not accumulate and create harborage conditions that could attract insects and rodents.  The SOWs address this properly as well.

66.     I did observe that detainees did not use trash cans in several hold rooms in which trash cans were present, but instead left garbage such as food wrappers and empty juice boxes on benches and floors.  That trash was later removed by cleaning crews.  I understand that agents regularly provide instructions to detainees to use trash cans, and

request that detainees place garbage in trash cans during routine hold room cleanings. This is common practice, and ensures welfare and order in detention facilities.

67.     In my experience there is an important distinction between old and new dirt and trash.  Old dirt is an accumulation and buildup, and has the potential to attract insects and vermin.  The type and quantity of trash I observed in the hold rooms during the inspections was new trash.  It did not rise to the level of any health concern or any safety issue.  Tucson Sector trash accumulates only for short time periods between hold room cleanings.  This is expected, especially in facilities with such high traffic and frequent detainee turnover.  Tucson Sector's regular professional sanitation of hold rooms does protect detainees and employees from a sanitation perspective.

**B. Hold Room Restrooms Are Adequate**

68.     The TEDS Hygiene standard requires, "Restroom accommodations will be available to all detainees and a reasonable amount of privacy will be ensured."  The TEDS Hygiene standard specifies, "Detainees using the restroom will have access to toiletry items, such as toilet paper and sanitary napkins.  Whenever operationally feasible, soap may be made available."

69.     The ACA Plumbing Fixtures Standard (4-ALDF-4B-08) requires a minimum of one toilet for every 12 inmates in male facilities and one toilet for every eight females.  Although it is not required to do so, Tucson Sector regularly complies with this voluntary ACA standard.

70.     I have seen no evidence to support Plaintiffs' claim of overcrowding.  In my opinion, Tucson Sector does not overcrowd its hold rooms, though I understand detainee population numbers vary based on immigration trends.  My review of the evidence and site inspections did not present capacity concerns for restroom use, or any sanitation concerns based on detainee numbers.  Border Patrol takes reasonable precautions to maintain appropriate population numbers relative to detainee health and hygiene.

71.     My review of Plaintiffs' detainee declarations supports my own

observations, and indicates that even specific complaints were within the ACA standard for the ratio of detainees to toilets. *See* ECF No. 2-2 at 12-14 (Declaration of Victor Hugo Rosas Garcia) (complaining of a wait to use toilet in cell with "about 10 other people"; ECF No. 2-1 at 48-50 (Declaration of Jose Buelna Camacho) (reporting being placed in a cell with four toilets and 40 other people).

72.    Detention facilities have to ensure appropriate oversight and safety to prevent assaults. In my opinion, Border Patrol respects detainee privacy by using restroom dividers, blacked-out camera monitors, and blinds for showers. These practices give privacy to detainees while keeping the environment safe for detainees.

73.    The maximum capacity numbers posted in some Nogales holding cells could exceed this ACA standard if the hold rooms were filled to capacity. I understand that this could happen only in rare situations, based on a surge of illegal immigration in Tucson Sector. Temporary capacities at those numbers in emergency situations are very unlikely, so I do not view this as any significant sanitation or health risk.

VI.    Border Patrol Properly Maintains Facilities in Tucson Sector

74.    Each Border Patrol station has a system in place through which it can request repairs and maintenance.

75.    I checked documentation showing repairs that had been requested and logged, and confirmed that Tucson Sector stations are kept in good repair, and facilities are kept in working order.

76.    Having this system in place to handle repairs indicated to me that Border Patrol cares about quality facility maintenance. I also see it as an indicator of the quality leadership, with concern for detainee well-being overall.

77.    In my opinion, Border Patrol takes adequate steps to ensure detainee health, well-being, and safety by taking reasonable care of detention facilities.

**VII.    PERSONAL HYGIENE ITEMS ARE SUFFICIENT FOR SHORT-TERM DETENTION**

78.    The TEDS Hygiene standard requires, "Detainees must be provided with

- 11 -

basic personal hygiene items, consistent with short term detention and safety and security needs. Families with small children will also have access to diapers and baby wipes. Reasonable efforts will be made to provide showers, soap, and a clean towel to detainees who are approaching 72 hours in detention. Detainees using the restroom will have access to toiletry items, such as toilet paper and sanitary napkins. Whenever operationally feasible, soap may be made available."

79. Based on my inspections and review of the information in this case, it is my opinion that Border Patrol provides toilet paper in hold rooms, and makes sanitary napkins available to females.

80. Border Patrol provides various sizes of diapers, diaper cream, and baby wipes within close proximity of the family hold rooms.

81. Each Border Patrol station has a purchase card, and can procure hygiene supplies locally, if needed. This allows stations to respond to detainee needs, local usage, and emergencies based on unexpected migrant surges.

82. Wall-mounted soap dispensers were installed in the hold rooms within the last six months, and are filled by custodial contractors when hold rooms are cleaned. This promotes the practice of handwashing. Soap dispensers are regularly filled and used.

83. Border Patrol has chosen the air-drying method for handwashing. Air-drying is recognized by the Centers for Disease Control and Prevention ("CDC") as an effective hand drying method. The CDC indicates that the "right way" to dry your hands after washing is to "use a clean towel or air dry them." *See* http://www.cdc.gov/features/handwashing.

84. Border Patrol agents indicated that the use of paper towels was determined not to be feasible because detainees regularly put the paper towels into the toilets or threw them on the floor. Paper towels could lead to plumbing problems if thrown into toilets, and could add to trash accumulation in hold rooms. Air drying is safe, and makes sense under these circumstances.

85.     I found during my inspections and interviews of agents that Border Patrol stocks toothbrushes with toothpaste, and regularly provides them to detainees.  Every morning Border Patrol provides an individually wrapped toothbrush, prefilled with toothpaste, to each detainee who wants one.  Because tooth brushing causes some detainees to experience bleeding gums, Border Patrol uses biohazard bags to dispose of toothbrush waste.  This is a sanitary and safe practice.

86.     I specifically looked at how Border Patrol treats families.  I found that it takes special care regarding families, and provides personal hygiene supplies, including diapers, diaper rash cream, baby wipes, lip balm, and sanitary napkins on an accessible cart outside the family hold rooms at TCC.  *See* Attach. B.

87.     During my site inspections, I saw that children had toys and games in Tucson Station.  I also saw children playing with toys and watching television.

88.     While I would expect a long-term detention facility to make additional hygiene provisions, it is my opinion that the hygiene items Border Patrol provides are sufficient for detainee health, safety, and welfare, based on the short-term nature of detention during immigration processing of detainees in Border Patrol stations.

89.     Based on my observations and the evidence I reviewed, Border Patrol takes detainee requests and complaints seriously, and shows concern for and responsiveness to detainee health and hygiene.

90.     In my opinion, Tucson Sector Border Patrol provides detainees with access to necessary personal hygiene items, and keeps adequate extra supplies of personal hygiene items stocked at all stations.

91.     It is also my opinion that Border Patrol does not withhold hygiene items as a punishment, but instead takes reasonable steps for detainee health and safety.

## VIII.  BORDER PATROL PROVIDES DETAINEES WITH ADEQUATE FOOD AND POTABLE WATER

92.     The TEDS Food and Beverage standard requires: "Food and water should never be used as a reward, or withheld as punishment.  Food provided must be in edible

- 13 -

Case 2:85-cv-04544-DMG-AGR Document 211-3 Filed 06/03/16 Page 14 of 24 Page ID
Case 4:15-cv-00250-DCB Document 153-4 Filed 02/25/16 Page 14 of 24
#:6236

condition (not frozen, expired or spoiled).  Adult detainees, whether in a hold room or not, will be provided with food at regularly scheduled meal times.  All meal service must be documented in the appropriate electronic system(s) of record.  Adult detainees, whether in a hold room or not, will be provided with snacks between regularly scheduled meal times.  When an adult detainee requests a snack or food before the next food service, officers/agents may grant the request on the basis of the circumstances. Officers/Agents should remain cognizant of a detainee's religious or other dietary needs."

93.    The TEDS standard also addresses the needs of juveniles, pregnant, and nursing detainees: "Juvenile and pregnant detainees will be offered a snack upon arrival and a meal at least every six hours thereafter, at regularly scheduled meal times.  At least two of those meals will be hot.  Juveniles and pregnant or nursing detainees must have regular access to snacks, milk, and juice.  Food must be appropriate for at-risk detainees age and capabilities (such as formula and baby food)."

94.    The Food and Drug Administration ("FDA") 2013 Food Code is a nationally recognized model food code that provides scientifically based guidance to the food industry, including establishments at which consumers take possession of food. Therefore, the FDA 2013 Model Food Code provides relevant guidelines as well.

95.    I did not find evidence to support Plaintiffs' complaints about food and water being denied.  It is my opinion that Border Patrol provides food to detainees that is calorically and nutritionally adequate.  It is also my opinion that Border Patrol provides adequate potable water and juice to detainees.

96.    Upon arrival at Tucson Station, detainees are served juice and crackers. After that, adults are provided three meals per day, consisting of burritos, crackers, and juice and a snack between each meal.

97.    At Tucson Station, juveniles are provided four meals per day, with a snack between each meal.

98.    At Nogales Station, detainees are served burritos, crackers, and juice upon arrival.  Detainees are then provided the same foods at 12:00, 4:00, and 8:00 around the

- 14 -

clock.  Detainees may request additional servings of these items at any time.

99.   At Casa Grande Station, detainees are served juice and crackers upon arrival.  Thereafter, juice, crackers, and burritos are distributed at 1:00 a.m., 7:00 a.m., 1:00 p.m., and 7:00 p.m.  Detainees can take several of each item.

100.   At Douglas Station, detainees receive meals upon arrival and then three times daily.

101.   Because Border Patrol stations are designed for processing detainees, they do not have full kitchens that are industry standard in long-term detention facilities.

102.   Border Patrol serves various burritos to detainees.  Burrito choices are bean and cheese (vegetarian), red hot beef, and beef and bean burritos.  These burritos are commercially-produced and are similar to those sold in grocery and convenience stores throughout the country.

103.   Border Patrol provides cheese crackers filled with cheddar cheese; toast crackers filled with peanut butter; 100% grape juice; and 100% juice fruit punch.

104.   These crackers and juices are also commercially-produced items available in stores across the country.

105.   The 100% juice served that is purchased and served is pasteurized in compliance with the FDA 2013 Food Code.

106.   Foods also comply with the FDA 2013 Food Code specifications for storage temperatures.

107.   The burritos are delivered frozen by a local food vendor, initially placed in storage freezers, and then moved to refrigerators to thaw prior to being heated.  Thawing of foods in a refrigerator is an approved method of thawing.

108.   Nogales, Tucson, and Douglas heat the burritos in restaurant style food warmers.  Casa Grande heats burritos in microwave ovens.

109.   Based on my inspections and the evidence I reviewed, it is my opinion that Border Patrol stores and serves foods to detainees at safe and acceptable temperatures.

110.   The Food Code requires that foods that are commercially processed and

- 15 -

Case 2:85-cv-04544-DMG-AGR Document 211-3 Filed 06/03/16 Page 16 of 34 Page ID
Case 4:15-cv-00250-DCB Document 153-4 Filed 02/25/16 Page 16 of 24 Page ID
#:6238

packaged in a processing plant, as the burritos are, be heated to at least 135 degrees Fahrenheit when reheated for hot holding. Maintaining the burritos in the warmers is classified in the code as hot holding.

111. I randomly tested the internal temperature of a single burrito at Douglas Station, and found its internal temperature to be 164 degrees Fahrenheit, exceeding the minimum mandated FDA 2013 Food Code temperature of 135 degrees Fahrenheit.

112. I do not agree with the statement of Plaintiffs' expert Dr. Powitz, who claims that "food and water [are] not handled or delivered to detainees in an appropriately hygienic or sanitary way." Powitz Decl'n at 15. Border Patrol supplies only packaged foods, served to detainees in their original, unopened packages to facilitate safe food handling practices. The actual food is not handled or touched by Border Patrol agents. This practice is no different than purchasing a package of cheese crackers at a convenience store and receiving it from the clerk who rings up the purchase. While it is true that Border Patrol agents should wash their hands before handling and serving even packaged foods, the reality is that this presents a minimal risk of contaminating the packaged foods. I understand Border Patrol agents are advised to wash and sanitize their hands regularly, and see no hygiene problem with their current practice.

113. Border Patrol keeps foods current and fresh, and based on my site inspections and interviews of agents, no foods are kept past their sell by, use by, or expiration date. For example, during my visit in December 2015, boxes of juice at the Nogales station were labeled "Best Before 13 Feb 16." *See* Attach. B.

114. I saw baby formula, baby bottles, and toddler foods at each station during my inspections. *See* Attach. B.

115. The Tucson Station had goldfish crackers, cheese filled crackers, and 100% juice boxes available in brightly colored plastic containers on a cart located outside the family hold rooms. *See* Attach. B.

116. I observed that the Tucson family hold room doors were left partially ajar. Mothers and children were free to go outside of the hold rooms to obtain additional food

Case 2:85-cv-04544-DMG-AGR Document 214-3 Filed 06/02/16 Page 17 of 24 Page ID
#:6239
Case 4:15-cv-00250-DCB Document 153-4 Filed 02/25/16 Page 17 of 24

1    items from the cart.

2        117.    I also observed children and their mothers sitting outside of the hold rooms,

3 eating snacks and drinking from juice boxes while watching cartoons on a television.

4        118.    Based on my inspections, interviews with agents, and a review of the

5 evidence, it is my opinion that food is not used as a punishment in Tucson Sector, and is

6 provided regularly and in sufficient quantities. In my opinion detainees receive adequate

7 food, in accordance with the TEDS standards.

8        119.    Detainee declarations Plaintiffs filed confirm evidence I have reviewed, and

9 my own inspections and interviews, and show that Border Patrol is following the TEDS

10 standard. *See*, *e.g.*, ECF No. 2-1 at 48-50 (Declaration of Jose Buelna Camacho) ("We

11 were given something to eat every four hours."); ECF No. 2-2 at 35-37 (Declaration of

12 Veronica Rodriguez Alvarado) ("We were given something to eat three times a day.");

13 ECF No. 2-2 at 44-46 (Declaration of Jose Garcia Rodriguez) ("We were given

14 something to eat four times a day"); ECF No. 2-2 at 54-56 (Declaration of Nelvia

15 Mazariegos Morales) ("We were given food approximately four or five times over the

16 course of our time in Douglas.")

17        120.    Some detainees choose to decline meals, which in my experience occurs in

18 jails and prisons across the country. That does not reflect any problem with the

19 procedures or adequacy of the food provided. *See* ECF No. 2-2 at 12-13 (Declaration of

20 Vicor Hugo Rosas Garcia) ("Many of the guys preferred not to eat.")

21        121.    Several detainee declarations reported that detainees claimed to be hungry,

22 but chose not to eat the foods provided, or did not consider it to be a full meal. *See* ECF

23 No. 2-3 at 40-42 (Declaration of Reginalda Lopez Gomez) ("They only gave us food

24 twice in the 20 hours that we were there. The food was only a juice, crackers, and

25 burritos. Neither of us liked the food so we only drank the juice. Even if we had eaten it,

26 it would have been too little food to keep me from being hungry before the next meal.

27 When we were detained we had already not eaten for 15 hours."); ECF No. 2-1 at 62-63

28 (Declaration of Mario Roberto Zamora Diaz) (acknowledging receiving burritos,

crackers, and juice boxes despite claiming to be "hungry the entire time I was detained"); ECF No. 2-1 at 44-45 (Declaration of Julio Celso Chavez Ortiz) (acknowledging receiving "snacks every few hours" including crackers, juice, and a small burrito, but claiming he was "never fed a full meal").

122.    While a diet consisting of this food alone would not be ideal for weeks, or for individuals with certain medical conditions, it is nutritionally safe and adequate to nourish and sustain a large volume of individuals who are otherwise healthy for the short time they are in short-term immigration detention.  The food Border Patrol provides adequately satisfies basic nutritional needs of detainees in Tucson Sector.

123.    The TEDS policy indicates that additional portions of food are provided between snacks and meals based on the circumstances surrounding the request.  Based on inspections of the detention sites and my interviews of agents, it is my opinion that Border Patrol employees provide additional portions of food upon request.

124.    In reviewing Plaintiffs' complaints about food, I assessed Border Patrol's practices based on the TEDS and FDA standards.  Both standards provide helpful guidance in this context.  In my opinion, Border Patrol complies with both standards.

125.    It is my opinion that all detainees in Tucson Sector Border Patrol custody receive adequate food, and Border Patrol does not use food as a punishment.

## IX.    BORDER PATROL PROVIDES POTABLE DRINKING WATER

126.    The TEDS Drinking Water standard states: "Functioning drinking fountains or clean drinking water along with clean drinking cups must always be available to detainees."

127.    All hold rooms were equipped with stainless steel combination toilet/sink units, which also serve as drinking fountains.  These combination units are frequently found in holding cells, jails, and prisons across the nation.

128.    The water supplied by combination sink units is sanitary and potable.

129.    Some hold rooms also contained five-gallon sports jugs filled with water.

Contracted custodians clean and refill the water containers twice per day, and they are also refilled as needed.

130.   In some stations, detainees are given a disposable drinking cup upon their arrival and placement in a hold room.  For instance, I saw stacks of Styrofoam cups in the holding cells at Nogales Station.  *See* Attach. B.

131.   It is my opinion that Border Patrol ensures that detainees have access to potable water, and detainees are never deprived of potable water.   The combination toilet/sink units are used in detention facilities throughout the country, and are sanitary.

## X.   BORDER PATROL MAINTAINS HOLD ROOMS AT ACCEPTABLE TEMPERATURES

132.   The TEDS Temperature Controls standard requires, "When it is within CBP control, officers/agents should maintain hold room temperature within a reasonable and comfortable range for both detainees and officers/agents.  Under no circumstances will officers/agents use temperature controls in a punitive manner."

133.   Temperatures in detention facilities should normally be kept within a range of 68.5 to 80.5 degrees Fahrenheit for comfort, depending on the season.   American National Standards Institute ("ANSI")/ American Society of Heating, Refrigerating, and Air-Conditioning Engineers" ("ASHRAE"), Standard 55-2013: Thermal Environmental Conditions for Human Occupancy.

134.   My review of temperature logs, interviews of Border Patrol leadership, and my own site inspections showed that Tucson Sector Border Patrol hold room temperatures are maintained at 68 to 80 degrees Fahrenheit, which is standard in detention centers.  These temperatures are appropriate for maintaining order and safety in detention facilities, and ensure welfare of detainees and employees.

135.   Border Patrol agents are unable to control temperatures locally at stations, except in Nogales, and must contact facilities management personnel to report temperature problems.  *See* Attach. C (Declaration of George Allen).

136.   While documented temperatures show some rare deviations from this

range, the vast majority of the temperatures recorded are in the range and the deviation is attributable to maintenance issues expected in any large detention facility. *See* Attach. D (temperature logs).

137. The temperatures I measured at all stations were between this range, with the exception of one temperature I took underneath a vent in one Douglas hold room that was 67.2 degrees.

138. Temperatures in the Tucson Station hold rooms range from 69.9 to 75.4 degrees Fahrenheit.

139. Douglas Station temperatures range from 67.2 to 75.1 degrees Fahrenheit. The ambient air temperature was 72.2 degrees Fahrenheit in the center of cell 119 C and noticeably cooler at 67.2 degrees Fahrenheit under the vent.

140. Nogales Station ambient air temperatures ranged from 71.7 to 81 degrees Fahrenheit on December 2, 2015. In Cell 2, ambient air temperature was 72.6 degrees and 81 degrees Fahrenheit under a vent.

141. The Casa Grande Station ambient air temperatures ranged from 71.3 to 77.5 degrees Fahrenheit on December 3, 2015. Casa Grande station is a GSA contract facility, and the building owner controls the temperature from an offsite location.

142. Detainees are required to remove outer layers of clothing, belts, and shoelaces for safety and security of agents and detainees. Extra clothing items are placed with the detainee's property. This is standard safety precaution used to protect detainees and employees. In my opinion, this practice is necessary to maintain security, given the high risks of contraband and weapons, and the transient population.

143. I have found no evidence that Border Patrol uses temperatures punitively. Children are allowed to keep outerwear. ECF No. 2-1 at 21-22 (Declaration of Anselma Angela Ambrosio Diaz) ("At the Border Patrol station, the officials made me and the other women remove our outer layers of clothing and our shoes. The children did not have to remove their jackets or shoes."). Additionally, the Douglas station provides detainees with fleece sweatshirts upon request.

Case 2:85-cv-04544-DMG-AGR Document 211-3 Filed 06/02/16 Page 21 of 24 Page ID
Case 4:15-cv-00250-DCB Document 153-4 Filed 02/15/16 Page 21 of 24
#:6243

144.    Although detainee declarations contend that the ambient air temperatures were cold, they also revealed that on some occasions they did not report the issue.  For instance, the Declaration of Mario Roberto Zamora Diaz (ECF No. 2-1 at 62-63) states: "It was extremely cold in the holding cell and we did not have any blankets or sufficient clothes to stay warm.  We only had aluminum blankets Border Patrol provides, but they were not enough to keep warm.  I did not ask the officials to change the temperature because everyone knows that when you ask that officials will turn the temperature down even more."  Similarly, the Declaration of Julio Jimenez Tucum states (ECF No. 2-1 at 9-10): "The temperature in the cell was very cold.  The Border Patrol agents took my sweater from me before putting me in the cell, so all I was wearing was a short sleeve shirt.  I was not able to get warm.  There were no blankets other than the thin aluminum sheet given to us.  Nobody asked for the temperature to be changed, they wouldn't have listened anyway."

145.    Despite these statements, I saw no evidence that Border Patrol uses temperature punitively, nor could it because agents do not have access to the temperature controls at the majority of Tucson Sector stations.

146.    It is my opinion that these individuals were mistaken in their belief that Border Patrol agents adjusted temperatures at Border Patrol stations in a punitive manner. My inspections led me to conclude that Border Patrol leadership provides appropriate oversight of holding cell temperatures, and supervisors regularly check holding cell temperatures.  In my opinion this is safe practice.

147.    Thermal comfort is the point at which an average dressed person feels neither too hot nor cold.  Factors impacting individual thermal comfort include metabolic heat production, the transfer of heat to the environment, and body temperature. Furthermore, temperature, humidity, air movement, clothing, and activity level influence the transfer of heat from the body to the environment.

148.    Individual comfort level is subjective and varies significantly.  Therefore, there is no temperature set point at which all detainees will report that they are

Case 2:85-cv-04544-DMG-AGR Document 2143-4 Filed 06/03/16 Page 22 of 24 Page ID
Case 4:15-cv-00250-DCB Document 153-4 Filed 02/15/16 Page 22 of 24
#:6244

comfortable. Moreover, the temperatures must also be comfortable and safe for the Border Patrol agents who are working at the station. There will always be individuals who are moving around and individuals who are sitting still while waiting for the next stage of their processing at Border Patrol stations, which creates inherent challenges in setting the perfect temperature. In my opinion, the temperature ranges that Tucson Sector Border Patrol stations maintain are adequate for this purpose. Every detention facility faces tension between optimal comfort and safety, and it is my opinion that Border Patrol in Tucson Sector has made choices designed to fulfill its responsibilities to keep detainees safe, and to preserve order.

149.   Border Patrol also issues each detainee an individual Mylar blanket, commonly known as a survival, emergency, or thermal blanket. Mylar blankets provide warmth and are hygienic. The Mylar blankets measure approximately 82 inches by 52 inches, and are not reused. Border Patrol previously distributed cloth blankets, but the laundry contractor was unable to keep up with the volume of detainees.

150.   Mylar blankets provide warmth by reducing heat loss from evaporation and when wrapped around the body reflect approximately 80% of body heat back to the body. The blankets also provide a barrier between the body and air currents or drafts. In my opinion, when used in the already adequate temperatures at which Border Patrol stations are maintained, these blankets provide a good amount of additional warmth for detainees who may find these temperatures insufficient.

## XI.   SLEEP AND BEDDING AT BORDER PATROL SHORT-TERM DETENTION FACILITIES

151.   The TEDS Duration of Detention standard requires, "Every effort must be made to hold detainees for the least amount of time required for their processing, transfer, release, or repatriation as appropriate and operationally feasible." It also provides Detention Standard indicates, "Detainees should generally not be held for longer than 72 hours in CBP hold rooms or holding facilities." *See* TEDS § 4.1.

152.   Based on my inspections, it is my opinion that Border Patrol meets this

Case 2:85-cv-04544-DMG-AGR Document 243-3 Filed 06/03/16 Page 23 of 34 Page ID
Case 4:15-cv-00250-DCB Document 153-4 Filed 02/25/16 Page 29 of 24 Page ID
#:6245

standard.  Agents I interviewed and the information I reviewed indicate that Border Patrol tries diligently to process detainees promptly, and generally does so within 24 hours.

153.  Stations operate 24-hours per day, processing detainees around the clock. While this is not unusual for detention institutions, stopping or limiting processing at night would slow down processing and extend detention times. As short-term immigration processing centers, Border Patrol stations are not furnished with lodging accommodations such as beds.

154.  The TEDS Bedding standard requires, "Clean bedding must be provided to juveniles.  When available, clean blankets must be provided to adult detainees upon request."

155.  All Border Patrol stations I inspected had sleeping mats.  The mats were in good condition, with no ripped, torn, or cracked covers.  Minors and families with children are given priority for mattresses.  As I noted above, all detainees are provided with a Mylar blanket. In my opinion, the provision of these items meets the TEDS standard for short-term detention during immigration processing.

156.  When it is necessary to hold detainees overnight, for a period of time beyond their processing, detainees may be transferred to other facilities when possible, including the ICE ERO facility in Florence, to afford them access to a bed.

157.  It is my opinion based on the particular requirements of immigration detention that 24-hour processing is a part of operations.  In the end, this ongoing processing benefits detainees by ensuring they are transferred to longer-term facilities or repatriated faster.

## XII.  CONCLUSION

158.  It is my opinion that Tucson Sector hold rooms are clean and safe for their intended use.  Conditions in Tucson Sector hold rooms are comparable to conditions in the intake, hold room, and booking areas of jails and detention centers across the country.

159.  Tucson Sector Border Patrol provides detainees with the necessary items for personal hygiene during their short-term detention, in my opinion.

160.   In my opinion, Border Patrol regularly serves meals to detainees, and the food is nutritionally adequate for short-term detention.

161.   Safe, potable drinking water is available to detainees in Tucson Sector.

162.   Hold room temperatures are safe and adequate, and comply with TEDS and ACA standards.  Border Patrol maintains hold room temperatures between 68 and 80 degrees Fahrenheit, which is within normally accepted standards in detention facilities.

163.   Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Signed this __24__ day of February, 2016.


DIANE SKIPWORTH