DEFENDANTS' EXHIBIT 20

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES; *et al.*,    )   Case No. CV 85-4544-DMG
                                   )
　　　　Plaintiffs,                  )
                                   )
　　　　　v.                         )
                                   )
ERIC H. HOLDER, JR., Attorney       )
General of the United States; *et al.,*   )
                                   )
　　　　Defendants.                  )
                                   )
_____)

## DECLARATION OF JUANITA HESTER

　　　　I, Juanita Hester, hereby make the following declaration with respect to the above-captioned matter:

1.　　　I am the Assistant Field Office Director (AFOD), San Antonio Field Office, Enforcement and Removal Operations (ERO), employed by the U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS) in Karnes County, Texas. I have served as AFOD at Karnes County Residential Center (KCRC) since November of 2014. I oversee the daily management activities of the contractor GEO Group and am responsible for the immigration enforcement and removal operations of 52 ERO staff assigned to KCRC. I have served ICE and its predecessor, Immigration and Naturalization Service (INS) in a variety of roles since September 1986, including in line and supervisory positions with the Border Patrol (now within U.S. Customs and Border Protection) and the former INS Adjudications Office (now within U.S. Citizenship and

Immigration Services, or USCIS).  More recently, I have been promoted to Supervisory

Detention and Deportation Officer in 2007, Assistant Field Office Director in 2008, and

Deputy Field Office Director in 2014, all in Buffalo, New York.  In June of 2014, I was

detailed to Artesia, New Mexico, to assist in the opening of the Artesia Family

Residential Center.

2.     I am familiar with the operations and conditions at KCRC and have reviewed the

individual declarations submitted under seal in the instant action.  The statements

contained in this declaration are based upon my personal knowledge or upon information

provided to me in my official capacity.

## I. IMMIGRATION PROCESSING OF FAMILIES AT KARNES COUNTY FAMILY RESIDENTIAL CENTER

3.     At the KCRC, ICE/ERO moves as expeditiously as possible to process families who

assert a claim of fear and refers them to U.S. Citizenship and Immigration Services

(USCIS) for the appropriate screenings and, if eligible, releases them under the

appropriate conditions.  ICE continues to evaluate its processes to ensure that eligible

families are safely and appropriately released to pursue their immigration cases.

4.     Since October 2015, ICE/ERO has updated its procedures to ensure families are

processed as expeditiously as possible.  For example, upon arrival at KCRC, ERO staff

verifies that all necessary documentation, based on the type of case, is completed and

properly served on the family.  ERO FRC staff will begin efforts to identify sponsors and

future release options as soon as practicable after a family is booked into KCRC.  ERO

FRC staff will interview the head of household  (i.e., the adult parent or legal guardian

accompanying the child or children) to determine if the child or children has/have another

parent or legal guardian in the United States to whom that child or children may be

released. For families who claim fear of return, ERO refers them to USCIS for the appropriate adjudication as soon as practicable.

5.      During their stay at KCRC, families receive a medical and mental health evaluation, a physical exam, a dental screening, and any medically necessary dental, health, or mental health referrals. Children receive any needed immunizations and a development assessment in the Well-Child clinics. ICE further identifies and treats families diagnosed with communicable diseases while they are at the KCRC. Following initial medical, dental and mental health screenings, residents can utilize necessary medical, dental, mental health counseling and social work services. There is a 24-hour walk-in medical clinic, and some dental care is provided on-site.

6.      Families are offered the opportunity to participate in a legal orientation program (LOP) from certified pro bono organizations, which, for many, will be their first opportunity to learn of their rights and responsibilities under the immigration laws of the United States.

7.      Family Residential Centers (FRC), like KCRC, enable families to remain together during immigration proceedings, maintaining family unity. Under the open plan of KCRC, families can move about unescorted and avail themselves of educational and recreational opportunities, including contact visitation from friends, relatives, attorneys, and others. Families have freedom of movement throughout the facility from 6:00 a.m. to 10:00 p.m., and may receive visitors seven days per week, from 8:00 a.m. to 8:00 p.m. All school age children receive education in accordance with state regulations with state-certified bilingual teachers. The cafeteria, which is open from 6:00 a.m. to 7:00 p.m., provides three meals per day. Non-institutional clothing is provided and residents have the option of maintaining personal attire for daily wear. Residents have access to recreation

resources including two indoor gymnasiums, exercise classes, athletic fields, a basketball court, board games, books, age-appropriate toys, television, video games, and movie nights. Residents have access to playrooms, study areas, a library, and regularly re-stocked refrigerators with healthy snacks. Healthy snacks and drinks are available 24 hours per day to all residents, and other food and personal items are available for purchase at the commissary. Filtered water fountains have been installed in the facility. Religious services are available daily, and KCRC features a library with hundreds of books, legal resources, and internet access. Temporary monitored care is provided for parents who prefer not to have their children present for attorney visits, immigration hearings, medical or dental appointments, and administrative interviews.

8.     ICE FRCs operate under the ICE Family Residential Standards (FRS), first issued on December 21, 2007. These standards promote a unique, open, and stimulating environment in which the residents are free to move about the center. The FRS were developed with input from medical, psychological, and educational experts, as well as civil rights organizations, with the goal of mirroring community standards and ensuring that all residents are treated with dignity and respect. (*See* ICE Family Residential Standards, available at: https://www.ice.gov/detention-standards/family-residential (last visited May 24, 2016).

## II. GENERAL ALLEGATIONS BY INDIVIDUAL RESIDENTS

9.     I have reviewed the individual declarations filed under seal and provide the following information in response:

10.    *Notice of Rights under the Flores Settlement Agreement*:    Many declarants indicate that they were never informed of their rights under the *Flores* Settlement Agreement (FSA)

while residing at KCRC. To my knowledge, ICE (or legacy INS) has not provided the notice in Exhibit 6 of the FSA to accompanied children. However, ICE is committed to providing the Exhibit 6 notice and will be working to implement a procedure to provide the notice to accompanied minors at KCRC.

11. ***Family Reunification and Release Efforts***: Many declarants assert that no immigration official questioned them or took any steps to identify any relatives in the United States to whom they could be released, including:

Exhibit 21 – Victor Rxxxxx-Xxxxxxx

Exhibit 24 – Sara Xxxxxxxxx Sxxxx-Xxxxx

Exhibit 25 – Mirna Xxxxxxx Gxxxxxxxx-Xxxxx (Note: Although subject to expedited removal, when the family demonstrated eligibility for relief, they were released from KCRC the next day.)

Exhibit 26 – Raquel Xxxxxxx Qxxxxxxx-Xxxxxx

Exhibit 31 – Kelly Gxxxxxxxx-Xxxxx

Exhibit 35 – Sonia Axxxxx-Xxxxxx (Note: Although subject to expedited removal, once USCIS determined on March 4, 2016 that the family was eligible to apply for relief, ERO had already contacted her sponsor, and she was released the same day.)

Exhibit 36 – Kenia Xxxxxx Gxxxx-Xxxxxxx

Exhibit 47 – Vilma Sxxxx xx Xxxx

Exhibit 45 – Franklin Xxxxx Cxxxxxxx-Xxxxxxxxx (Note: Although subject to expedited removal, once USCIS determined on February 4, 2016 that the family was eligible to apply for relief, ERO released the family the next day, February 5, 2016.)

Exhibit 48 – Leny Xxxxxx Mxxxxxxx-Xxxxxx (Note: Although subject to expedited removal, once USCIS determined on February 5, 2016 that the family was eligible to apply for relief, ERO worked expeditiously to release him the next day, February 6, 2016.)

Exhibit 54 – Fany Mxxxxxxxxx-Xxxxxxxxx

Exhibit 59 – Melvin Mxxxxxxx-Xxxxx (Note: Although Melvin was placed in expedited removal proceedings and his mother was handled as a reinstatement case, once USCIS issued a positive finding on February 10, 2016, indicating that the family was eligible to apply for relief, ERO worked expeditiously to release them the next day, February 11, 2016.)

As an initial matter, ERO officers obtain contact information from each family on family members located in the United States, if available.  However, because both the mother and children listed above were issued final expedited removal orders, they are subject to mandatory detention pending removal from the United States. *See* INA 235(b)(1)(B)(iii)(IV) (an alien "shall be detained … until removed."); *see also* 8 C.F.R. § 235.3(b)(2)(iii) (an alien issued an expedited removal order "shall be detained pending . . . removal.").  ICE maintains limited discretion to parole aliens subject to expedited removal orders when "required to meet a medical emergency or is necessary for a legitimate law enforcement objective."  Except as noted above, these families failed to meet the noted exceptions and, therefore, did not warrant release. *See* 8 C.F.R. §§ 235.3(b)(2)(iii) (expedited removal process pending or expedited removal order issued). For residents who were released, ERO utilized the family information obtained during intake and any additional information that the resident provides, and processes the resident for release.  Release generally occurs within 24-48 hours from the time the charging document is served on the resident, depending on the resident's travel arrangement preference and family/sponsor availability.

12. ***Release of Children to Family Members in the United States***:  A number of declarants assert that ICE should not have detained a child or children because there is another parent, family member or friend living the United States who could have taken care of them, including:

6

Exhibit 25 – Mirna Xxxxxxx Gxxxxxxxx-Xxxxx (Note: Although subject to expedited removal, when the family demonstrated eligibility for relief, they were released from KCRC the next day.)

Exhibit 35 – Sonia Axxxxx-Xxxxxx (Note: Although subject to expedited removal, once USCIS issued a positive finding on March 4, 2016, indicating that the family was eligible to apply for relief, ERO had already contacted her sponsor, and she was released the same day.)

Exhibit 36 – Kenia Xxxxxx Gxxxx-Xxxxxxx

Exhibit 47 – Vilma Sxxxx xx Xxxx

Exhibit 48 – Leny Xxxxxx Mxxxxxxx-Xxxxxx (Note: Although subject to expedited removal, once USCIS issued a positive finding on February 5, 2016, indicating that the family was eligible to apply for relief, ERO worked expeditiously to release him the next day, February 6, 2016.)

At the time of their detention at KCRC (and at the time they prepared their declarations), the declarants above were placed in expedited removal proceedings, had failed to establish that they were eligible to apply for the relief sought, and thus were subject to mandatory detention.

13. ***Notice of Right to a Bond Hearing***: Multiple declarants allege that they were never notified of their right to have an Immigration Judge redetermine their custody status while residing at KCRC.

Exhibit 21 – Victor Rxxxxx-Xxxxxxx

Exhibit 35 – Sonia Axxxxx-Xxxxxx

Exhibit 45 – Franklin Xxxxx Cxxxxxxx-Xxxxxxxxx

At the time of their detention at KCRC (and at the time they prepared their declarations), declarants above were in expedited removal proceedings and subject to mandatory detention. Many individuals detained at a FRC are not eligible for bond. For example, individuals who are processed as reinstatements of previously-issued final orders of

removal or as arriving aliens are not eligible for a bond hearing before an immigration judge.  For individuals in the expedited removal process, detention is mandatory unless the individual is determined to possess a credible fear of persecution or torture if returned to his or her country.  Once an individual is determined to possess a credible fear, he or she is referred to an immigration judge for standard removal proceedings under section 240 of the Immigration and Nationality Act, 8 U.S.C. § 1229a, and is generally eligible to be considered for discretionary release.  Individuals determined not to possess a credible fear remain in the expedited removal process and are generally detained until removal.  In some cases, once an individual has established a positive credible fear, he or she would be eligible and is provided a notice of custody determination (Form I-286) by ICE. Should ICE determine that continued detention is necessary in those cases, the individual has a right to challenge that determination by requesting a bond hearing before an immigration judge.

14.   ***Legal Access:***  Many declarants allege that they did not know or were not informed of their legal rights while at KCRC.  American Gateways, an immigration legal services pro bono organization from Austin, Texas, conducts the EOIR-sponsored legal orientation program (LOP) at KCRC at least twice per week, and these presentations are advertised by flyers posted in the facility.  (*See* attached hereto as Exhibits ("Exhs"). 1, at 37 and 2, which are true and correct copies of the KCRC Resident Handbook in English and Spanish; *see also* Exh. 4, which is a true and correct copy of the American Gateways flyer posted at KCRC).  In addition, throughout the day, a "Know Your Rights" video is aired on televisions throughout the facility, including the intake and release areas, suites, dayrooms, medical waiting area and library.  (*See* Exh. 5 for a true and correct copy of

the KCRC flyer announcing the availability of the "Know Your Rights Video" in Spanish, English, Kiche and Mam languages and Exh. 6 for a description of the ABA "Know Your Rights" Video and a link to stream the video). Also, to the extent that residents have any questions about their case or the immigration process, pro bono attorneys are present at the facility from Monday through Friday each week, and volunteers and law students assist on weekends in the legal assistance area. (*See* Exh. 1, at 37). Moreover, residents are also free to call a pro bono lawyer free of charge. (*Id.*)

15.   *Free Calls to Legal Providers*:  Many declarants allege they were not aware that any phone calls to legal providers could be made without charge. Upon intake, each resident is provided a "List of Legal Services," which provides contact information for attorneys who will provide legal services for little or no cost. (*See* Exh. 3 for a true and correct copy of the List of Legal Services provided at KCRC). Each resident is also provided a copy of the KCRC Resident Handbook, which is provided either in English or Spanish, depending on the resident's best language. (*See* Exhs.1 & 2 and Exh. 7 for a true and correct copy of the KCRC Intake Department Orientation Form, showing each resident acknowledges receipt of a copy of the Handbook). The KCRC Resident Handbook informs residents that telephone calls to pro bono attorneys may be made free of charge. Calls to a consulate and to attorneys listed on the "List of Legal Services Providers" are also free. Residents may access telephones in all common areas as well as within each resident suite. Information on phone use is posted above or next to each phone. Indigent residents may also make free telephone calls to legal assistance organizations, families[1]

---

[1] One resident complained "[m]y daughter and I have been detained 45 days. I still have not been able to communicate with my husband. Vilma Sxxxx xx Xxxx, Exh. 47 ¶11. According to the records available, ICE ERO and GEO staff assisted Vilma S. in contacting her detained husband and made four attempts over two days to call declarant's husband where he was detained, but received no answer.

and others within the United States by speaking to their case manager or by completing a Resident Request form. (*See* Exh. 1 at 30-31.)·

16.    ***Notification of Case Status***:  Several declarants have alleged that they were not notified of the status of their cases or why they were being detained or transferred. In addition to the legal resources described above, ICE personnel at the KCRC regularly respond to verbal and written inquiries from the residents, which include requests regarding the status of their immigration cases.  In responding to such inquiries, ICE does not provide legal advice regarding the resident's immigration case.  Instead, individuals in proceedings are notified by the court of their next proceeding and, if they have a concern about when their next hearing is, they can call EOIR's Automated Case Information Hotline at 800-898-7180 to obtain the date of their next hearing.  Finally, if an attorney has a G-28 on file, KCRC will notify the attorney of the transfer of a resident, absent compelling circumstances.  In the case of El Salvadoran residents, the attorney receives a minimum of 24 hours advance notice of a transfer.

17.    ***Residing with Unrelated Adults***:  A number of declarants alleged that they were uncomfortable being detained with a large number of unrelated adults. KCRC houses female heads-of-households only.  Specifically, there are no more than five residents per suite, including two female heads of household.  While in KCRC, children remain with the accompanying female parent or guardian and thus are not alone with unrelated adults. (*See* Exh. 1, at 6). When children attend school or day-care, they are supervised by licensed education professionals or other staff trained in childcare.  All children are assigned to a suite with their parent.  (*Id.* at 16).  Adults are not allowed to congregate in suites as there are areas in the center to relax with other mothers and children for

conversation. (*Id.* at 17). KCRC staff members are stationed throughout the facility to ensure the safety and security of the residents and to assist them with any issues or needs. Residents are also provided with a handbook upon arrival which outlines acceptable behavior and the consequences of inappropriate actions or behavior. (*Id.* at 13-15).

18. *Food*: Several declarants asserted that they did not like the food at KCRC. Residents are provided three meals per day. In addition to the entrees provided, there is an "all you can eat" salad bar, tortillas, fresh fruit, rice, and bean bars. Residents also have access to snacks, juices, and other drinks at various locations throughout the KCRC, including the housing areas. Registered dieticians plan the menu to provide variety, and KCRC staff has consulted with residents to ensure their tastes and preferences are incorporated into food planning. The attached sample menus, which were approved by ERO JFRMU, show the variety of choices at every meal. (*See* Sample Six Week Menu, a true and correct copy is attached hereto as Exhibit 8). Residents may also supplement their meals by purchasing additional food items at the KCRC store.

19. *Drinking Water*: Several declarants complained that the drinking water tastes of chlorine and they could not drink it.[2] The KCRC drinking water is the same water that is available to the local community, residents in the area, and also to the facility staff. The most recent water tests from February 19, 2016, and March 18, 2016, do not appear to indicate any abnormal chlorine levels in the water. (*See* Analytical Reports, San Antonio River Authority, Environmental Sciences Department Laboratory, Feb.-Mar. 2016, a true and correct copy of each is attached hereto as Exh. 9).

---

[2] One resident complained that "[m]any of the mothers and children here won't drink the water and which tastes like chlorine. A small bottle of water can be purchased here for about $1.30. I work for $3 for a 3-hour period once a day. I use most of this money to buy bottled water." *See* Raquel Qxxxxxxx-Xxxxxx, Exh. 26 ¶11. According to my review of the commissary accounts and other relevant records, she purchased only two bottles of water during her stay at KCRC from December 19, 2015 to February 4, 2016 and upon release had approximately $50 remaining in her account. In addition, there are no records evidencing she complained about the water at KCRC.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct

to the best of my knowledge, information and belief.

Executed on this 3ʳᵈ day of June, 2016.


Juanita Hester
Assistant Field Office Director, San Antonio, Texas
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

INDEX OF EXHIBITS

1. KCRC Resident Handbook (English revised Mar. 20, 2016)
2. KCRC Resident Handbook (Spanish revised October 2015)
3. List of Legal Services (KCRC)
4. Karnes – American Gateways LOP Announcement Flyer (English & Spanish)
5. Flyer for "Know Your Rights" Orientation Video Broadcast on Channels 60 & 61
6. Description of "Know Your Rights," Video, American Bar Association, at www.americanbar.org/groups/public_services/immigration/projects_initiatives/knowyourrights.html (last visited Jun. 2, 2016); Video available at: www.americanbar.org/news/abanews/aba-news-archives/2013/08/know_your_rights.html (last visited Jun. 2, 2016).
7. Sample Form: KCRC Intake Department Orientation
8. Six-Week Menu – KCRC March 24, 2016
9. San Antonio River Authority, Karnes City Drinking Water Report, Feb.-Mar. 2016

# HESTER DECLARATION

# EXHIBIT 1

# RESIDENTIAL HANDBOOK

# KARNES COUNTY RESIDENTIAL CENTER



Karnes City, Texas

**May 2016**

## TABLE OF CONTENTS

INTRODUCTION ................................................................................................................................2
RIGHTS AND RESPONSIBILITIES..................................................................................................2
INAPPROPRIATE RELATIONSHIPS WITH STAFF .....................................................................6
INITIAL ADMISSION .......................................................................................................................7
PROPERTY ........................................................................................................................................8
NON-ROUTINE SEARCHES: ..........................................................................................................9
SEARCHES OF PERSONS: .............................................................................................................10
CONTRABAND ...............................................................................................................................10
A-FILE AND RESIDENTIAL FILE ................................................................................................15
STANDARDS OF BEHAVIOR ........................................................................................................15
NO SMOKING POLICY ..................................................................................................................16
LIVING CONDITIONS.....................................................................................................................16
FREE MOVEMENT .........................................................................................................................17
PERSONAL HYGIENE ....................................................................................................................17
VOLUNTARY WORK PROGRAM .................................................................................................17
EVACUATION DRILLS ...................................................................................................................18
CENSUS ...........................................................................................................................................18
MEALS .............................................................................................................................................19
CLOTHING/ DRESS CODE .............................................................................................................19
MEDICAL SERVICES .....................................................................................................................21
DENTAL SERVICES ........................................................................................................................21
MENTAL HEALTH SERVICES ......................................................................................................21
SUICIDE PREVENTION .................................................................................................................21
SEXUAL ASSAULT AWARENESS: ...............................................................................................22
VISITATION ....................................................................................................................................25
MAIL AND SPECIAL CORRESPONDENCE .................................................................................27
INDIGENT MAIL .............................................................................................................................29
MARRIAGE REQUEST....................................................................................................................29
TELEPHONES ..................................................................................................................................30
RECREATIONAL FACILITIES AND ACTIVITIES .......................................................................32
EDUCATIONAL PROGRAMS ........................................................................................................32
COMMISSARY SERVICES..............................................................................................................33
FINANCIAL SERVICES ..................................................................................................................33
RELIGIOUS SERVICES ..................................................................................................................33
LEISURE LIBRARY ........................................................................................................................34
LAW LIBRARY ...............................................................................................................................34
GRIEVANCES AND COMPLAINTS ..............................................................................................35
GROUP LEGAL RIGHTS PRESENTATION ..................................................................................36
LEGAL REPRESENTATION AND AID .........................................................................................37
CONSULATE AND COURT SERVICES .........................................................................................37
PHONE SYSTEM INSTRUCTIONS ................................................................................................43
ONLINE RESIDENT LOCATOR SYSTEM .....................................................................................46

# INTRODUCTION

You are being held by the U.S. Immigration and Customs Enforcement (ICE) Office of Enforcement and Removal Operations at the Karnes County Residential Center pending the outcome of your admin case.  We realize that being held in a foreign country can be a confusing experience.  The Center's mission is to allow families to remain together while in ICE custody in the least restrictive setting available while enforcing rules necessary to ensure the safety and well-being of mothers, children and staff alike.   Decisions on immigration related matters and any determination to release mothers and children from the Center or remove them from the United States is the responsibility of ICE, not the Karnes County Residential Center.  The Texas Department of Family Protective Services (TDFPS) along with the Juvenile Family and Residential Management Unit (JFRMU) monitors activity at this Center.  JFRMU is a unit within U. S. Immigration and Customs Enforcement and is responsible for operations where families detained in ICE custody are housed.  The JFRMU and the ICE Detention Services Monitor (DSM) at this site monitor the health, safety, and security of mothers and children placed here.  JFRMU ensures the Center complies with federal standards relating to a variety of topics including food service, sanitation, medical service, visitation, and legal rights.  TDFPS ensures the Center complies with State General Residential Operation standards. The purpose of this handbook is to explain the specific rules, regulations, policies and procedures that you are required to follow while residing at this Center.  The handbook will also give you a general overview of the programs and services offered while you are here at this ICE-approved facility.

While here, you are responsible and accountable for your actions.  Therefore, it is your responsibility to become familiar with the contents of this handbook.  Our goal is to ensure that you are housed in an environment that is safe and clean and that your daily needs are met while you resolve your immigration matters.  To that end, it is important that you are familiar with the rules and are prepared to abide by them to assist us in completing the immigration process as expeditiously as possible.  Please become familiar with the information in this handbook and direct any questions you may have to the facility's staff. If you have any concerns regarding the safety or quality of medical care, call The Joint Commission at (630)792-5800 (Speed Dial No: 9089#) or e-mail www.jointcommission.org

The Karnes County Residential Center in Karnes City, Texas, is a residential center operated by The GEO Group, Inc., under contract with Karnes County (TX) and ICE and regulated by the Texas Department of Family and Protective Services.

## MAILING ADDRESS

| **Resident Correspondence:** | **GEO Administration:** | **ICE Office:** |
|---|---|---|
| Karnes County Residential Center | Karnes County Residential Center | ICE- Office of the |
| Your Full Name | Program Director | Assistant Field Office Director |
| Your "A" Number | 409 FM 1144 | 409 FM 1144 |
| 409 FM 1144 | Karnes City, TX 78118 | Karnes City, TX 78118 |
| Karnes City, TX 78118 | | |

# RIGHTS AND RESPONSIBILITIES

It is the policy of the Karnes County Residential Center to treat **ALL** mothers and children with dignity and respect while maintaining a safe, secure and sanitary residential center.  In return, you are expected to provide facility staff your full cooperation during your stay.  While in ICE custody you have the following rights and responsibilities:

- You have the right to be informed of the rules, procedures and schedules concerning the operation of the facility where you are held.
  ***You have the responsibility to know them and abide by them.***
- You have the right to freedom of religious affiliation and to voluntary religious worship that does not detrimentally affect others or the order and security of the center.
  ***You have the responsibility to recognize and respect the rights of other religious groups and/or beliefs.***
- You have the right to contact your consulate or embassy and have those officials call and visit you during your stay at the Center.  See the sections on telephone usage and visitation for more information.

- You have the right of freedom from discrimination based on race, religion, national origin, sex, handicap, sexual orientation or political beliefs.
  *You have the responsibility to report any such incident immediately to any available staff member.*
- You have the right to receive regular health care. You have the right to be held in acceptable conditions of a residential center, which includes nutritious meals, proper bedding and clothing, a regular laundry schedule, an opportunity to shower regularly, proper ventilation for warmth and fresh air, a regular exercise period, and hygiene products.
  *It is your responsibility to seek medical care as needed, to not waste food, to follow the laundry schedule, to maintain proper hygiene, maintain neat and clean living quarters.*
- You have the right to receive visits from family members and friends, according to the facility's rules and schedules.
  *You have the responsibility to conduct yourself properly during visits and to not accept or pass contraband.*
- You have the right to legal counsel from an attorney of your choice by means of interviews and correspondence, at no cost to the U.S. Government. You have the right to contact your consulate or embassy and have those officials call and visit you during your stay at the center.
  *You have the responsibility to obtain the services of an attorney.*
- You have the right to unrestricted and confidential access to your attorney and the courts by correspondence. You have the right to freely correspond with persons or organizations.
  *Presentation of your case is your responsibility, in consultation with your attorney.*
- You have the right to use law library reference materials to assist you in resolving legal problems. You also have the right to receive help, when it is available, through a legal assistance program.
  *You have the responsibility to use those resources according to the prescribed procedures and schedule, and to respect the rights of other mothers and children to use of the materials.*
- You have the right to an administrative hearing before an Immigration Judge to determine your legal status in the United States, depending on the particular facts and circumstances of your case. Alternative removal proceedings (as authorized by statute) may be used to determine your status in the United States.
  *You have the responsibility to seek and provide evidence for your defense.*
- You have the right to request voluntary departure, if statutorily eligible, prior to a hearing but if you request voluntary departure, you waive the right to a hearing.
  *You have the responsibility to inform an ICE Officer that you request voluntary departure.*
- You may be authorized for release on bond until your scheduled administrative hearing.
  *You have the responsibility to arrange methods of payment for your bond.*
- You have the right to a wide range of reading material for educational purposes and for your own enjoyment.
  *You have the responsibility to use these materials for personal benefit, without depriving others of their equal rights to the use of this material.*
- You have the right to participate in a work program as far as the criteria is met, resources are available and in keeping with your interests, needs and abilities.
  *You have the responsibility to take advantage of work opportunities and activities that may help you live more successfully within the facility. You are expected to abide by the regulations governing the use of such activities.*
- You have the right to protection from personal abuse corporal punishment, unnecessary and excessive Use of Force, personal injury, disease, property damage, and harassment.
  *You have the responsibility to report any abuse, misconduct or behavior that is questionable or demeaning.*
- You have the right to pursue grievances in accordance with written procedures outlined in this handbook.
  *You have the responsibility to become familiar with the grievance procedures.*
- You have the right to take advantage of activities and programming afforded to you by KCRC.
  *You have the responsibility to abide by the rules governing the use of such activities and programs.*
- School aged children have the right to attend school and receive instruction equal to that of their peers.
  *You have the responsibility to ensure children attend school and study for assigned class work and homework.*
- Children have the right to participate in all age appropriate activities and programming when not in school.
  *You have the responsibility to encourage them to participate in leisure activities, ensure they abide by all KCRC rules including respecting the personal space of others and refraining from bullying behavior.*

- You have the right to due process, including the prompt resolution of administration disciplinary matters as outlined in this handbook.
  ***You have the responsibility to follow all rules addressed in this handbook.***

## CHILD'S RIGHTS

- A child may not be discriminated against because of race, color, religious creed, disability, handicap, ancestry, sexual orientation, national origin, age or sex
- A child may not be abused, mistreated, threatened, harassed or subject to corporal punishment
- A child has the right to be treated with fairness, dignity and respect
- A child has the right to be informed of the rules of the facility
- A child has the right to communicate with others by telephone subject to reasonable facility policy and written instructions from the contracting agency or court, if applicable, regarding circumstances, frequency, time, payment and privacy
- A child shall have the right to visit with family at least once per day, at a time and location convenient for the family, the child and the facility, unless visits are restricted by court order. This right does not restrict more frequent family visits
- A child has the right to receive and send mail. Outgoing mail may not be opened or read by staff persons. Incoming mail from Federal, State or county officials, or from the child's attorney, may not be opened or read by staff persons. Incoming mail from persons other than those specified in paragraph (b), may not be opened or read by staff persons unless there is reasonable suspicion that contraband, or other information or material that may jeopardize the child's health, safety or well-being, may be enclosed. If there is reasonable suspicion that contraband, or other information that may jeopardize the child's health or safety may be enclosed, mail may be opened by the child in the presence of a staff person
- A child has the right to communicate and visit privately with his attorney and clergy
- A child has the right to be protected from unreasonable search and seizure. A facility may conduct search and seizure procedures, subject to reasonable facility policy
- A child has the right to practice the religion or faith of choice, or not to practice any religion or faith
- A child has the right to rehabilitation and treatment
- A child may not be subjected to unusual or extreme methods of discipline which may cause psychological or physical harm to the child
- A child has the right to clean; seasonal clothing that is age and gender appropriate
- A child has the right to appropriate care and treatment in the least restrictive setting available that can meet the child's needs.
- A child has the right to have physical, emotional, developmental, educational, social, and religious needs met;
- A child has the right to be free of abuse, neglect, and exploitations as defined in Texas Family Code, §261.401.
- A child has the right to be free from any harsh, cruel, unusual, unnecessary, demeaning or humiliating punishment to include:
  - Shaking the child;
  - Subjecting the child to corporal punishment;
  - Threatening the child with corporal punishment;
  - Any unproductive work that serves no purpose except to demean the child, such as moving rocks from one pile to another or digging a hole and then filling it in;
  - Denying the child food, sleep, toileting facilities, mail, or family visits as punishment;
  - Subjecting the child to remarks that belittle or ridicule the child or the child's family; and
  - Threatening the child with the loss of placement or shelter as punishment.
- A child has the right to have restrictions or disciplinary consequences explained when the measures are imposed.
- A child has the right to a humane environment, including any environment that provides reasonable

protection from harm and appropriate privacy for personal needs.

- A child has the right to receive educational services appropriate to the child's age and developmental level.

- A child has the right to training in personal care, hygiene, and grooming.
- 23 A child has the right to have personal possessions at the child's placement and to acquire additional possessions within reasonable limits.
- A child has the right to hire independent mental health-care professionals, medical professionals, and attorneys at the child's own expense.
- A child has the right to have personal earnings, allowances, possessions, and gifts as the child's personal property.
- A child has the right to be able to communicate in a language or any other means that is understandable to the child at admission or within a reasonable time after an emergency admission of a child, if applicable, such as having a plan for an interpreter, having at least one person at the operation at all times who can communicate with the child in the child's own language, or other means to communicate with the child in the child's own language.
- A child has the right to confidential care and treatment.
- A child has the right to consent in writing before performing any publicity or fund raising activity for the operation, including the use of his photograph.
- A child has the right not to be required to make public statements acknowledging his gratitude to the operation.
- A child has the right not to receive unnecessary or excessive medication.
- A child has the right to have a service plan that addresses the child's needs, including transitional and discharge planning.
- A child has the right to participate in the development and review of the child's service plan within the limits of the child's comprehension and ability to manage the information.
- A child has the right to receive emotional, or mental health separate from adults (other than young adults) who are receiving services.
- A child has the right to receive appropriate treatment for physical problems that affect the child's treatment or safety.
- A child has the right to report abuse, neglect, exploitation, or violation of personal rights without fear of punishment, interference, coercion, or retaliation (TDFPS 748.1101).

## PROGRAM RULES

- Follow the directives that are given by the facility staff.
- Keep your identification card on you at all times when moving from one location to another.
- Treat all mothers, children and staff with respect and courtesy, regardless of race, religion, ethnicity, gender, age or sexual orientation.
- Attend to the physical and emotional needs of your children while modeling appropriate behavior.
- Monitor your child's behavior and use only approved behavior modification techniques when necessary. Corporal/physical punishment is prohibited.
- Do not file knowingly false complaints, grievances or other reports.
- Do not speak disrespectfully, or be verbally or physically aggressive towards other mothers, children or staff. Should you encounter others displaying this behavior, report it immediately to staff.
- Do not have sexual contact with other mothers, children or staff while at this facility.  Displays of affection (holding hands, hugging, kissing) toward related family members is allowed. See the section on sexual abuse and assault prevention for more information.
- Do not possess contraband while at this facility.
- Respect the rights of other mothers, children and staff as outlined in this handbook.
- Do not borrow, take or trade other mothers and children's  property.
- Comply with census procedures outlined in this handbook.
- Perform assigned chores.
- Maintain proper hygiene as outlined in this handbook.
- Clean your suite and bathroom every morning.

- Set out your dirty laundry on assigned days or complete your own laundry on a regular basis.
- Conduct yourself in an orderly manner during meals, clear your area after each meal and ensure your child's area is also cleaned.
- Students – Follow classroom rules that are established by the teachers and facility staff.
- Promptly report any damaged/broken items/property to staff.
- Alert staff immediately of any problems or concerns.
- Ask staff if you do not understand or remember facility rules.
- Abide by the Visitation Policy outlined in this handbook.
- Do not deface or otherwise damage facility property.
- Comply with the dress code outlined in this handbook.
- Do not use tobacco products, alcohol or gum.
- Do not waste food.
- Do not use profanity or obscene gestures.

Failure to follow the above rules may result in the initiation of disciplinary proceedings. Serious and/or continuous infractions may lead to a review of continued suitability for placement in this residential setting. See the section on disciplinary procedures for more information. Mothers and children who act in an aggressive manner or attempt to cause harm to themselves or others, may be passively restrained under the facility's restrictive policy to protect themselves and others.

## CHILD SUPERVISION

The mother is ultimately responsible for their child's behavior. The mother is the legal guardian (primary caregiver) of the child and is responsible for ensuring the child is supervised at all times, follows all program rules and manages the behavior of the child. The mother will positively reinforce children's efforts and accomplishments. The mother will make sure the child is attending school and all other appointments. The mother will maintain a clean and sanitary living (suite) area. The mother will ensure that all nutritional and medical needs of the child are met.

KCRC staff's role is to ensure that each mother is fulfilling her duty as the primary caregiver and will only intervene when necessary. It is not the intention of KCRC staff to fill the role of parent but to ensure that the safety and well-being of the child is met. KCRC staff will be assigned to individual children not to exceed more than the 1:16 ratio during waking hours and 1:40 ratio during sleeping hours. Staff will provide the level of supervision necessary to ensure each child's safety and well-being, including auditory and/or visual awareness of each child's on-going activity as appropriate. Staff will intervene when necessary to ensure each child's safety. Staff will be aware of and accountable for each child's on-going activity and orientate all children on the rules set forth by the facility, with the assistance of the child's mother.

In the event the mother is not available, or incapable of providing supervision, KCRC will provide 24-hour direct supervision by caregivers during her absence. During a mother's absence the caregiver to child ratio will not exceed 1:8/1:24 ratio. Each mother and child is screened medically and mentally no later than 24 hours after admission by licensed professionals. If the screening personnel finds that the mother is not capable of providing care for her child(ren), KCRC staff will be assigned to the child(ren) not to exceed the 1:8/1:24 ratio. The shift supervisor is responsible for assigning trained staff to children in care to maintain the required ratio.

## INAPPROPRIATE RELATIONSHIPS WITH STAFF

Mothers and children should be aware of how to handle situations in which they perceive themselves to be the object of sexual advances or other inappropriate behavior by staff members. Any type of sexual advance by any staff member directed toward any mother or child is a strict violation of policy. Similarly, it is a violation of the rules for a mother or child to direct advances towards resident advisors or other staff. Resident advisors or other staff may not solicit a mother or child in any way for any type of sexual favors. Doing so may result in criminal prosecution. The same applies for a mother or child. This includes any conversations that might lead to sexual involvement.

Should any mother or child find him/herself being pressured for either sexual favors or some other violation of a facility rule, the mother or child should refuse to do the illegal act and pursue any of the following remedies:

- File a formal grievance by completing a grievance form and placing it in the grievance box located in the suite dayrooms.
- Request to see the Shift Supervisor or complete a Resident Request Form marked "Emergency" to
    1. Chief of Security
    2. Deputy Program Director
    3. Program Director
    4. ICE Assistant Field Office Director (AFOD)
- Contact any staff member you feel comfortable with and request help
- Contact the Office of the Inspector General (OIG) (Speed Dial No.:  518#)
- The child also has the option to contact the Child Abuse and Neglect Hot-Line (Speed Dial No.: 392#)
- Write a family member and urge them to call the Program Director and/or ICE Assistant Field Office Director.

## RESIDENT PROTECTION

The Program Director and staff of the Karnes County Residential Center strive to maintain the safety and security of all mothers and their children.

If another mother or child is pressuring you for money, property, or sexual favors, you should immediately contact a Resident Advisor, Shift Supervisor, Chief of Security, Deputy Program Director, Program Director, ICE AFOD, any staff member with whom you feel comfortable, or the Child Abuse and Neglect Hot-line if it affects the child.  It is imperative that one of these individuals be contacted immediately so that they can help by investigating your concern and moving you from a potentially serious situation.

## INITIAL ADMISSION

(***If you have any medical problems that require immediate attention from a medical provider, please inform staff immediately**.*)

As part of the intake procedure, Intake staff will retain money for safekeeping as they are unauthorized while being held at this center. All U.S. currency will be deposited into your personal fund account from which you will be able to purchase phone time, commissary items and postage.  You will be given itemized receipts for all of your belongings. Your money and unauthorized property will be returned to you upon your departure from this facility.

Funds will be available upon arrival to the facility as follows (For phone time purchases, mail, commissary, etc.):
- Weekday/evening admission:  Funds will be available the following day
- Weekend admission:  Funds will be available Mondays or next business day, but no later than Tuesday morning (availability times depend on combined weekend traffic volume)

During the intake process, you will be given a meal and you will have an opportunity to utilize a telephone.  Mothers and their children are required to shower (or bathe their infant or young child) before leaving the Intake area. You will be issued up to six (6) full sets of clothing, bedding, personal hygiene items and a copy of the Residential Handbook.

Identity documents, such as passports, birth certificates, driver's license, etc., will be confiscated and turned over to ICE for placement into your Immigration Alien File (A-File).  Upon request, ICE will provide a copy for you.

Personal items must be stored in the property box provided to you.  No item is to be attached to bunks, walls, or windows.  Mothers and children are responsible for the loss of personal items not safeguarded or stored during the Intake process.

Your initial issue of clothing and linens will be limited to:

1. Six (6) pants (or shorts) and Six (6) shirts
2. Six (6) pair of socks
3. Six (6) pair of underwear and Six (6) bras
4. One (1) sweatshirt (seasonal use)
5. One (1) pair of shower sandals
6. One (1) pair shoes
7. Two (2) sheets

8. Two (2) Laundry bags
9. One (1) mattress with a built in pillow
10. One (1) Blanket
11. One (1) Jacket (seasonal use)
12. One (1) towel and (1) wash cloth
13. One (1) night time mask (upon request)
14. One (1) breastfeeding shroud (upon request)

Your initial issue of personal hygiene items will be:

1. One (1) comb
2. One (1) toothbrush
3. One (1) tube of toothpaste
4. One (1) lotion
5. Ten (10) sanitary napkins (upon request)

6. One (1) roll of toilet tissue
7. One (1) 4 oz. water cup
8. One (1) Deodorant
9. One (1) Lip Ointment

Additional items to be issued depending on dependent age:

1. One (1) baby crib with mattress
2. One (1) pediatric bath
3. One (1) set crib sheets
4. One (1) baby blanket
5. Two (2) bibs
6. One (1) baby lotion
7. One (1) baby shampoo/body wash (tear-free)
8. Ten (10) disposable diapers

9. Two (2) Sippy cups (size depending)
10. One (1) pack disposable baby wipes
11. One (1) pacifier (upon request)
12. Baby Formula
13. One (1) baby hairbrush
14. Diaper rash ointment (upon request from Medical)
15. Additional pediatric supplies are available (upon request)

The Program Director may authorize modifications to the above.  Additional clothing and/or blankets may be issued, in accordance with weather/seasonal conditions or with approval from medical staff.

The library staff will provide pencils, writing paper and envelopes, at no charge, for your personal use upon verbal request.

Should you have any health concerns that require immediate medical attention from a medical provider, please inform our staff during your intake processing. Additionally, you will undergo a thorough physical (medical) examination conducted by approved medical examiners within seven (7) days of your arrival. Medical Staff will conduct a pre-screening interview to assess your physical and mental health as part of the Intake process. Acceptance of the physical examination will not alter your case status and/or affect your length of detention. Any information you provide to our medical staff cannot be shared with non-medical staff and will be treated with strict confidentiality.

## PROPERTY

Any property in your possession at the time you are admitted to the facility will be searched and inventoried.  If you arrive at this facility with excess baggage, you will have the opportunity to mail it to a third party, or store it in the center's personal property storage area.  If your property is returned here unclaimed and you have already been released from this facility, you will be notified and given the opportunity to reclaim your property.

If you arrive at this facility and are missing property, you must let the Intake staff know immediately as to what is missing.  Upon arrival to your assigned suite area, you must also complete and submit a Resident Request Form to the ICE AFOD, informing him/her of what you are missing and the last known location (the last time YOU saw your property) and the receipt number, if available. Resident Request Forms are available in any of the dayrooms located throughout the facility.  While at this facility, you are permitted to have in your possession:

While at this facility, you are allowed to keep the following items of personal property, keeping in mind that personal storage space is limited to what will fit in your property box:

| | |
|---|---|
| Bible, Quran or other religious book | Small address book |
| Limited amount of soft-bound religious | Personal photos (not more |
| reading materials | than ten, no larger than 5" x 7") |
| Small religious items (ex: a religious medallion) | Other items specifically approved |
| | by the Program Director |
| Legal documents | Personal Hygiene items |
| Personal correspondence | Health care items issued by or authorized |
| No more than a total of ten (10) full sets of | by facility medical staff |
| approved issued or personal clothing | |
| Any items on the approved commissary listing. | Eyeglasses, hearing aids, dentures, contact |
| | lenses or other authorized prostheses. |
| Facility issued shoes and clothing. | Wedding band |
| Facility issued bedding and towel. | Personal athletic shoes |
| Legal materials pertinent to your current case. | Artwork, craft or any items that you make |
| | which have accumulated while at your stay at |
| | the center. |
| Mail and authorized correspondence, newspapers, | Authorized Center library books |
| magazines and books (any combination of 3 at a | |
| time to ensure accumulation do not  affect fire and | |
| safety standards | |
| Children' personal toys and effects | |

All other unauthorized items will be considered contraband and surrendered to the Intake staff for safekeeping. Property not authorized or not permitted will be mailed at your expense to an appropriate address provided by you.

## ROUTINE SEARCHES

Searches of persons and property are a routine occurrence at this facility to prevent the introduction of weapons and other contraband, and to ensure safe and orderly operation.  Any attempt to disrupt or avoid a search will result in a referral against you. Searches of your bunk and property box belonging to mothers must be documented and include notification to the mother and require their presence unless exigent circumstances exist. All suite areas and work areas will be searched routinely, but irregularly. Work areas will be searched each workday by the supervising staff, and these inspections will be supplemented with periodic searches by designated search teams.  When property is taken during a suite search, a receipt should be given to the mother.

## NON-ROUTINE SEARCHES

A non-routine search of housing or programing area is done when there is reasonable suspicion to believe contraband or a threat to mothers, children or staff safety is present.  A non-routine search of a mother and child's suite or personal items will only be done after the mother and child are notified and is present unless exigent circumstances exist (such as in a self- harm situation).  In these cases, the mother and child will be notified after the search is conducted. When searching a child's belongings due to reasonable suspicion the search must be conducted

## SEARCHES OF PERSONS:

- Visual Inspection: A visual search for contraband without physical contact.
- Pat Search: A physical inspection of a mother while clothed.  It will only be conducted by a staff member of the same gender.  The inspector uses their sense of touch when patting or running the hands over the mother's body. A pat search does not require the mother or child to remove clothing, although the inspection may include a search of the mother or child's clothing and personal effects. Pat searches will only be conducted on a mother or child if there is reasonable and articulable suspicion that they possess contraband.  No children under 15 years of age will be the subject of a pat search without the explicit authorization of the Program Director, ICE AFOD in conjunction with the ICE COR and JFRMU.

## CONTRABAND

Items considered to be detrimental to the safe and orderly operation of the facility are prohibited and considered to be "contraband".  Contraband items include, but are not limited to:

- Any illegal drugs, alcoholic beverages, tobacco products, weapons, dangerous instruments, explosives or any other article that could be used to endanger other persons or the preservation of order in the facility.
- Any legal drugs that are not prescribed to you.
- Any item which could be construed as an aid to escape.
- Any item which could be used to disguise or alter the appearance of a mother and/or child.
- Any article of clothing or item for personal use or consumption which has not been cleared first through the ICE AFOD or Program Director.
- Cell phones, cameras, video, audio or related equipment that can be used to make unauthorized photographs or audio or audio-video recordings of mothers and children, staff or government property.
- Any previously approved item that has been altered without permission or used in an inappropriate manner. This would include newspapers and other publications that are used to line your bunk or rolled up and used as a pillow. Publications in excess can pose a fire hazard and will be confiscated and disposed of properly.

Staff will seize contraband found in your physical possession or suite area, common areas, discovered during admission-in processing, and from incoming or outgoing mail.  A religious authority will be consulted before confiscating any religious item that may be considered contraband.  If ownership of contraband is disputed, the material will be inventoried and stored, and you will have seven (7) days following receipt of the inventory to prove ownership of the item(s).  If ownership cannot be established, the property may be destroyed.

Seized contraband that is not illegal under criminal statutes and would not pose a threat to security may be stored with your personal property or, at your request, mailed to a third party.  If you choose not to provide a proper mailing address within thirty (30) days or are unable to pay postage, the Security Supervisor—after providing you with written notice of intent to destroy property and how to prevent that outcome—may dispose of the property.  Contraband that may be evidence in connection with a violation of a criminal statute will be inventoried, stored and reported to the appropriate law enforcement authority for action and possible seizure.  Contraband that is government property will be retained as evidence for possible disciplinary action or criminal prosecution.

Contraband may be destroyed when no longer needed for disciplinary action or criminal prosecution.  It may also be kept for official use.  The facility Security Supervisor, or equivalent, will determine whether an item will be destroyed. Items of questionable ownership will be held for 120 days before considering destruction in order to give ample opportunity to obtain proof of ownership and appeal the decision.  If disciplinary action is appropriate, the decision to destroy any item(s) will be deferred until the case and any subsequent appeals are resolved.

## BEHAVIOR MANAGEMENT

Prohibited acts are divided into three categories: "Major," "Moderate," and "Low." The sanctions authorized for each category will be imposed only if the mother or child is found to have committed a prohibited act and no other method of behavioral modification has been found to be effective.  Due to the family residential nature of the Center, sanctions are used as a last resort and only as a means to correct behavior that threatens the safety and welfare of mothers and children, staff, and visitors.  In a facility where many mothers and children live together in a small space, it is extremely important to maintain order and discipline.  Discipline and order are not only for the staff's benefit, but also for your safety and welfare, and that of all other mothers and children.  While some problems can be resolved informally, it is sometimes necessary to impose disciplinary measures.

Only family known to a child may discipline that child.  Parents / guardians will be included in all conversations regarding disciplinary actions recommended and taken in regards to their children.  Children under the age of 12 are not subject to administrative review. These children will only be interviewed concerning violations in the presence of their parent (unless the allegation involved an incident between a parent and child). Mothers whose children exhibit hostile or antisocial behavior will be referred to the Management Review Committee (MRC) for review. Children 12 years  and older will not be presented for administrative review without notification being made to their parent, and shall only be submitted for administrative review after all other efforts to include counseling have been conducted. If after attempting an informal resolution, the child remains disruptive and continues to fail to follow established facility rules, the mother and child shall be referred for administrative review.

Discipline will never be of a nature or administered in a way that will degrade or humiliate.  The following actions will never be used as means of discipline or punishment:

- Unnecessary or Excessive Force
- Corporal Punishment
- Psychological Intimidation
- Property Damage
- Threatening with Loss of Placement
- Harassment
- Denial of Medical Care
- Deviation from normal food services
- Denial of Mail, telephone or Visitation
- Using sarcastic or cruel humor, and verbal abuse
- Deprivation of school or education
- Confinement in any locked room or space
- Maintaining an uncomfortable physical position (kneeling or holding arms out)
- Pinching, pulling hair, biting, or shaking a child
- Putting anything in or on a child's mouth
- Confining a child to a highchair, box, or other similar furniture or equipment
- Denying basic child rights
- Seclusion
- Denial of legal assistance
- Deprivation of physical exercise or access to recreation
- Threatening Deportation

The formal disciplinary procedures that are taken against a mother and/or child that violates a facility rule are as follows:

If you are accused of a major rule violation, you will be given a copy of the Incident Report (charges) within twenty-four (24) hours of the incident.  An official investigation will be started within twenty-four (24) hours of the responsible supervisor being notified of the incident or allegations.

Mothers and/or children under investigation have the right to:

- Remain silent during every stage of the disciplinary process.  Silence will not be used to support a finding against the mother or child;
- Receive the Incident Report / Notice of Charges at least 24 hours before the start of administrative proceedings;
- To have an initial hearing before a Management Review Committee (MRC) within 24 hours of receiving the Notice of Charges for low to moderate violations.

During hearings before the MRC, mothers and children have the right to:

- Present evidence and statements on their own behalf;
- Attend the hearing (except deliberation), unless behavior poses a safety concern;
- Have an interpreter present if the hearing is in a language not understood by the mother and/or child;
- Appeal the committee's determination through the appeal process.

Incidents involving serious violations of center rules, or unresolved cases will be referred to an Executive Review Panel (ERP). During hearings before the ERP, mothers and/or children have the right to:

- Call witnesses and present evidence and statements on their own behalf;
- Attend the hearing (except deliberation), unless behavior poses a safety concern;
- Have an interpreter present if the hearing is in a language not understood by the mother and/or child;
- Request a staff representative to assist in the case;
- Waive the hearing and admit committing the offense in question;
- Appeal the committee's decision through the appeal process.

**Low offenses:** For all "Low" offenses, staff is afforded the opportunity to resolve these incidents through immediate counseling or referral to a resident advisor for discussion. This is particularly important during the first 30 days of a mother and child's stay and acclamation to the facility. Staff may, at their discretion, also initiate an incident report.

**Moderate offenses:** Moderate offenses may be reviewed by the MRC for accuracy and completeness. Once reviewed, the MRP shall concur with the charged offense and refer the matter for review by the Executive Review Panel, or, the Management Review Committee may dismiss or defer the charged offense based on a lack of evidence or the need to obtain additional information.

**Major offenses:** All "Major" offenses require the immediate notification to the ICE COR, on-site JFRMU, and the ICE AFOD. Where a mother and child are deemed to be an immediate threat to themselves or others, the mother and child shall be immediately removed to a secure facility pending a full and complete investigation. Permanent removal of a mother and child from a residential facility may only be authorized by the ICE and JFRMU. Such authorization will only be given when it can be established that the continued presence of the mother and child would jeopardize the safety and welfare of themselves or others.

At any time during the hearing, the Executive Review Panel, upon finding justifiable cause, may order further investigation of the incident. It may also delay the hearing to a future date.

- You may appeal the decisions or sanctions imposed by the MRC. You must give your written appeal to the Program Director or designee within five (5) calendar days from the time you receive the Panel's decision. The facility will provide a written response within five (5) calendar days, or as fast as events and circumstances allow.
- Rule violations that are also violations of law will be charged and tried in the appropriate local, state, or federal court. You will be notified if you are charged with a criminal violation. Filing charges in criminal court does not prevent ICE from also handling the same act as an internal disciplinary matter, or from taking disciplinary action. However, information obtained during the administrative processing of a mother and/or child at this facility cannot be used to incriminate him/her in a criminal case.
- Attempting to commit a prohibited act, aiding another person in the commission of a prohibited act, or conspiring to commit a prohibited act will be considered the same as committing the act itself.
- If the offense is severe enough that you are sanctioned to disciplinary segregation. You will then be considered for transfer.

**CORRECTIVE SANCTIONS FOR ADULTS**

Sanctions 1 through 4 below may be imposed by the MRC.
Sanctions 1 through 5 may be imposed by the ERP.

1. Referral to Counseling
2. Require attendance in Parenting Classes
3. Additional work details such as: General housekeeping
4. Loss of Commissary
5. Restriction to housing area, not to exceed 72 hours.
   a) Imposition of such a sanction must take into account the ages of children and the negative impact this sanction would have on minors who were not involved in the charged offense.

---

**CORRECTIVE SANCTIONS FOR CHILDREN**

1. Referral to Counseling
2. Restriction to housing area, at the discretion of the mother
   a. The child may be subjected to a time out period in a location designated by the mother and assigned staff. However, the length of time may not exceed one minute per year of age.
   b. No sanction may restrict a child from attending required school classes or religious practices.
3. Loss of extracurricular activity time such as movie night or other items listed on the activity schedule.
4. Loss of field trip privileges for up to 45 days (May only be imposed by the ERP).

Corrective action may not interfere with such daily functions as eating and sleeping. Disciplinary action may not adversely impact a child's health, physical or psychological well-being or deny a child regular meals, sufficient sleep, exercise, medical care, the right to correspondence, or legal assistance.

**APPEALS PROCESS**

You may appeal the decision of any disciplinary committee(s) or panel within **Five (5)** days.  Appeal must be presented in writing. The decision to affirm or reverse the decision is done within fifteen (15) days

**The following pages list the prohibited acts, listed by severity of the offense, and the range of sanctions for each category of offense.**

**LOW OFFENSES**

101 Being in an Unauthorized Area -Being in an area that is designated through verbal, written, or posted orders as "0ff Limits" to mothers and children.
102 Disorderly Conduct -Behavior such as loud talking, yelling, or pushing which disrupts the orderly running of the facility.
103 Failure of Parent/Legal Guardian to Appropriately Manage Children's Behavior -For parents who allow their children to be unruly, disrespectful, or insubordinate while in their presence.
104 Failure to Follow Verbal or Posted Rules and/or Regulations-Not following specific rules and/or orders which have been designated for the clean, safe, orderly operation of the facility which mothers and children have been told in advance through posting or have been given verbally by an employee of the facility or person who has supervision of the mother and child at the time. This includes not following the procedures established by the facility for taking census.
105 Fighting -Exchange of words or body contact in anger wherein no injury requiring medical attention occurs such as horseplay.
106 Gambling- Operate or act in any game of chance involving betting or waging of goods or other valuables.
107 Possession of Gambling Paraphernalia- Having in one's control, items for use in operating or acting in any game of chance involving betting and wagering of goods or other valuables.
108 Self-Mutilation- Inflicting injury on one's self, such as cutting on one's own body or tattooing.
109 Smoking -Smoking tobacco of any form in any area of the facility.
110 Unauthorized Receipt or Possession of any Item of Value Receiving or having in one's possession any item of value which has been obtained through false pretenses, threats, or stealing.
111 Unexcused Absence from Place of Assignment-Being away, without authorization from an appropriate supervisor, from the place of assignment such as housing area, recreation area, health services, etc.
112 Use of Vulgar, Abusive, or Obscene Phrases/Language.
113 Failure to Maintain Personal Hygiene or Personal Hygiene of Child -Not having a clean body or clothes.
114 Unsanitary and Disorderly Housing Conditions -Not keeping a clean, neat living area. The area should be kept in a manner so that all possessions are stored in an organized manner in areas designated for such. The area should be free from dirt and clutter.
115 Possession of Non-Dangerous Contraband (Soft Contraband) Possession of contraband items that are not allowed at the facility but are not capable of causing serious injury or harm to self or others, including tobacco products.
116 Unauthorized Use of Telephone -Using the telephone during unauthorized times.

201   Refusal to Submit to a Reasonable Suspicion Drug Test -Not providing a urine sample for use in reasonable suspicion drug testing.

**MODERATE OFFENSES**

202   Positive Reasonable Suspicion Drug Test -Testing positive for an illegal drug or un-prescribed controlled substance.
203   Theft -Unauthorized taking of something that belongs to someone else.
204   Destruction, Alteration, or Damage to Property (Under $1,000.00) -Destroying, changing or hurting property of the facility or any other person.
205   Forgery or Unauthorized Reproductions of Documents or Articles (Excluding Money) -Counterfeiting, forging, or reproducing without approval, any document, article, identification, or security documents.
206   Hindering an Employee in the Performance of Their Duties Acting in such a way to interrupt an employee during their work time such as causing delays or giving false information.
207   Refusal to Submit to a Reasonable Suspicion Search.
208   Child Neglect -Failure to give care and proper attention to a child (Non-Injury).
209   Verbal Sexual Harassment of a mother or child. Acting in such a manner as to create a hostile residential environment for other mothers and children regardless of age or gender.

**MAJOR OFFENSES**

301   Arson -Starting or causing to be started a fire which could or does cause damage to person(s) or property.
302   Assault/Battery -A non-sexually related attack upon the body of another person with the intention of harming or causing serious injury.
303   Rape -Sexual contact of any person without his or her consent, or of a person who is unable to consent or refuse; and contact between the penis and the vagina or the penis and the anus including penetration, however slight; or contact between the mouth and the penis, vagina, or anus; or penetration of the anal or genital opening of another person by a hand, finger, or other object (i. e. penetration or oral sodomy).
303   Sexual Assault -Abusive contact of any person without his or her consent for the purpose of sexual gratification or arousal or of a person who is unable to consent or refuse; and intentional touching, either directly or indirectly or through the clothing, of the genitalia, anus, groin, breast, inner thigh or buttocks of any person. Sexual assault excludes incidents involving penetration or oral sodomy.
304   Attempt/Conspiracy to Commit a Major Offense -An offense for mothers and children who do not actually commit the offense but participate in one (1) or more of the following ways:
   a.   Attempts to commit the major offense;
   b.   Solicits another or others to commit the major offense;
   c.   Conspires with another or others to commit the major offense; and/or
   d.   Facilitates the action of another or others in committing the major offense.
305   Child Abuse -Treating a child cruelly, roughly, wrongly, improperly, or in an insulting manner.
306   Child Neglect -Failure to give care and proper attention to a child resulting in endangerment or injury to a child.
307   Confirmed STG Affiliation/Activity -Affiliated or participating in a gang-related activity.
308   Counterfeiting, Forgery, or Unauthorized Reproduction of Money.
309   Death of Any Person -Any act, of which the end result is the death of any person including employees, visitors/volunteers, and/or other mothers and children.
310   Destruction, Alteration, or Damage to Property ($1,000 or more) -Destroying, changing or altering or damaging property of the facility or any other person.
311   Hostage Taking -Holding a person(s) against their will as a security for the fulfillment of certain terms.
312   Escape -Leaving the grounds of the facility or from the custody of an employee outside of the facility without permission.
313   Insurrection -Participation or encouraging another to participate in unauthorized activity such as protesting or rioting.
314   Possession of Dangerous Contraband (Hard Contraband) Possession of contraband items that are not allowed at the facility and are capable of causing serious injury or harm to self or others. This includes deadly weapons, items altered to be used as weapons, drugs and drug paraphernalia.
315   Sexual Misconduct -This includes, but is not limited to, the following acts:

a. Exposing the genitals or buttocks to an employee, visitor/volunteer, or mother and child for the purpose of sexual
   gratification or arousal.

b. Masturbation where an employee, visitor/volunteer, or other mother or child can see the act.

316   Intimidating or Threatening Another with Harm -Telling someone, through actions or words, that harm will come to them.

317   Possession of Drugs or Intoxicants-Possession of any drugs or intoxicants which have not been prescribed or approved by the health services department for use.

318   Violation of any Federal, State, or Local Law –Any act, though not specifically listed in this policy that would be considered either a felony or misdemeanor under federal laws or under the state Jaws in which the mother and/or child are housed.


**An act of violence or inciting an act of violence will result in an immediate removal from the Karnes County Residential Center to a more appropriate setting.  Additionally, mothers and/or children that are chronic/repeat facility rules violators will be removed from the Karnes County Residential Center to a more appropriate setting. All rule violators will be afforded their due process.**


**USE OF PHYSICAL CONTROL MEASURES AND RESTRAINTS**

Staff may use approved MANDT techniques only after all reasonable efforts to resolve child or mother's cooperation have failed.  A MANDT technique may only be utilized to protect and ensure the safety of the affected child, other mothers or children, staff, and to prevent serious property damage. Any MANDT technique utilized on a child may not exceed 59 seconds at any given time. Staff may use verbal de-escalation techniques  to gain control of the child/situation. If a child or mother's willing cooperation cannot be obtained, staff may use an approved MANDT technique or hold, but only to the degree that is necessary to gain control of the mother and/or child.  Physical Intervention is never used as punishment.  Staff will always attempt to gain a mother or child's willing cooperation verbally before using any degree of physical restraint.


## A-FILE AND DETENTION FILE

ICE maintains an immigration legal record/alien registration file commonly referred to as an A-File for each person held at this facility.  The A-File contains a summary of all legal transactions and documentation pertaining to your case, such as identification cards, photos, passports, and immigration history.  Any questions or concerns regarding your A-File and/or case should be directed to your assigned ICE Deportation Officer during scheduled staff-resident visitation and/or by means of a Resident Request Form.  A residential record (Residential File) is also maintained for each person held and includes such documents as receipts for funds/valuables and property, behavior reports, disciplinary actions, special suite area records, your written requests, complaints, issues, and government responses. Any questions or concerns regarding your Residential File should be directed to the Program Director by means of a Resident Request Form.


## STANDARDS OF BEHAVIOR

While held at the Karnes County Residential Center you will be treated with dignity and respect within the environment of a safe, secure and sanitary detention facility.  To make this possible, you are expected to give staff your full cooperation while you wait for the processing of your case. In simple terms, you are expected to do the following:

- Follow and obey **ALL** rules, laws, policies and procedures.
- Follow **ALL** instructions given by staff members.
- Respect staff and other mothers and children at all times.
- Respect government property and the property of others.
- Keep yourself, your clothing and your living area clean at all times.

Refer to staff by Mr., Mrs., or Ms., followed by the staff member's name.  Staff members will address you in the same manner.

## NO SMOKING POLICY

It is the policy of this facility to provide a tobacco free environment. This policy covers the smoking of any tobacco product, E-Cigarettes, the use of smokeless or "spit" tobacco and applies to all employees, visitors and all mothers and children. There will be no use of tobacco products within the residential boundaries of the facility at any time.



The following procedures will apply:

- Tobacco products in the possession of newly arriving mothers and children will be inventoried, appropriately sealed (taping the carton shut, or sealing in a bag), and placed into their personal property.
- Tobacco products received in the mail will be returned to the SENDER.
- Tobacco products found in a mother or child's possession (other than newly arriving mothers and children) will be considered contraband. The storage or destruction of these items will be completed in accordance with the facility's contraband policy.

Any violations of this policy will be handled through the standard discipline policy.

## LIVING CONDITIONS

The general population suite areas at this facility are open-campus style and intended for those mothers and children without special housing needs.  Each suite area has a dayroom that can be used for reading, letter writing, watching television, making telephone calls, personal laundry and for playing a variety of table games. Remember it is in your best interest to maintain a clean and neat suite area.

The following rules **AND** restrictions apply to the general population suite areas:

- During census you will be required to report with your family to a designated check in census area. Failure to report could lead to disciplinary action.

- Complete clothing must be worn in the common areas.  Altering of shirts, pants, and facility issued shoes is not authorized. You could be subject to disciplinary actions if you alter any facility issued property.

- Outdoor recreation is available from 6:00a.m. to 8:00p.m., Sunday-Thursday and 6:00a.m. to 10:00p.m. Friday and Saturday.

- Indoor recreation is only available from 4:00p.m. to 8:00p.m., Monday-Friday and 9:00a.m. to 8:00p.m.,Saturday and Sunday. There will not be any organized recreational activities from 06:00a.m. to 08:00a.m. and 8:00p.m. to 10:00p.m., Sunday-Thursday.

- Mothers and child are expected to refrain from activities that would disturb the sleep of others between 10:00pm and 6am.

- Keep your assigned suite area clean at all times.  Upon getting up for the morning meal, you are to make your bed and leave it made when not in use.  You are permitted to return to bed any time throughout the day.

- Shoes are the only items allowed to be stored under your bed; all other items must be placed in your assigned property box.

- For security and fire prevention guidelines, no sheets, blankets, pictures, newspapers or other items are to be hung from the bars, bed-frames, or air-vents.

- For sanitation and pest control reasons, any opened food or trash should be properly disposed of.

- Be certain to secure your property in your assigned property box so that it does not become lost and/or misplaced.

- If you hear your name or assigned bunk number being called by a resident advisor, answer as quickly as you can to obtain further instructions. All mothers and children are expected to share common equipment such as telephones, televisions, tables, recreational games, and other facility equipment.

- All children will be assigned a suite with their parent.

As there are areas in the center to relax with other mothers and children for conversation, adults are not allowed to congregate in suites.  Mothers and children are permitted to decorate their suites with personal items, so long as the decorations do not present a health or safety hazard, do not peel paint off the walls or otherwise deface center property.  No items are allowed to cover the light fixture, doors or windows.  Items are **not to be hung from vents or beds**.  No unauthorized food or drinks are allowed to be stored in suites. Personal toys are allowed in the suites. Community toys are allowed in suites during free movement hours.  After free movement, all community toys must be taken back to the common areas so that they can be sanitized for the following day.

## FREE MOVEMENT

Barring temporary restrictions due to medical or security reasons, free movement hours are from 6:00am to 8:00pm Sunday thru Thursday and 6:00am to 10:00pm Friday and Saturday.  During this time, mothers are allowed to move freely throughout all programing areas of the center.  While we encourage free movement, it is required that everyone notify their assigned resident advisor when leaving their designated park.  During sleeping hours, everyone is required to remain in their assigned suite with the exception of the dayroom, if needed.

Personal effects, to include hygiene items, are to be stored in your property box.  Do not place items on windowsills, windows, bunks, under a mattress, etc.  These items will be confiscated and removed when left in unauthorized areas. While most persons housed at this center live in the general population described above, this center also has observation/medical suites to house mothers and children with special needs and mothers and children with behavior issues. Center services, such as mail, visitation, and telephone privileges, are subject to restrictions depending on each particular behavior of a mother and/or child.

## PERSONAL HYGIENE

Each living area has bedrooms, bathrooms and shower rooms; all of which may be accessed freely 24 hours a day. Because you will be living in a suite with other mothers and children, personal hygiene is essential.  You are responsible for ensuring that you and your child(ren) shower regularly  and keep you and your child(ren)'s hair clean. A resident advisor will replace additional personal hygiene items upon request. If special needs housing is needed for either you or your child, one will be provided for you.  When necessary, assistance to disabled mothers and children who cannot perform basic life functions shall be provided by individuals who are trained and qualified to understand problems and challenges faced by persons with physical and/or mental impairments.  Such training may be provided by the health authority, and may involve the expertise of relevant community organizations and government agencies.

Any child over the age of 12 residing in a teenager residential suite that requires parental assistance for basic daily needs, to include showering, will be provided with site accommodations as needed for these activities.

Specific accommodations not able to be managed by the parent will be provided by appropriately trained staff. Parents should request such accommodation through completion of a resident request and shall be approved and facilitated as needed.

Hair Salon services are available to you at no cost. The Hair Salon hours of operation are posted in the suite dayrooms.  Hours of service are subject to change based on the needs of the population and current security conditions.  If you have any questions refer to your dayroom area bulletin board or ask a resident advisor.

Disposable razors are available from your resident advisor throughout the day and are issued on an as needed basis. They are to be immediately returned when you have finished shaving.  Due to health and safety reasons meant to protect staff and mothers and children, disposable razors will not be used by more than one mother or child. You must exchange your identification card to receive a razor.

## VOLUNTARY WORK PROGRAM

This is a voluntary program and you will be required before assigned to a job, to sign a voluntary work program agreement.  Mothers that participate are required to work according to an assigned work schedule, with appropriate

training provided. Unexcused absences from work or unsatisfactory work performance will result in removal from the program.  All mothers requesting to work must be 18 years of age. All voluntary workers must be medically cleared before placement onto a job roster. Each mother has a primary responsibility to care for and supervise her child (or children). A mother is eligible to work only when it does not interfere with that primary responsibility.

**A mother will not be assigned work supervising or exercising authority over other mother.**

You are not entitled to compensation for tasks that involve maintaining your personal living area or cleaning up after yourself in general use areas.  You are required to perform basic cleaning tasks within your suite area, regardless of where you are held.  You could be subject to a disciplinary infraction if you refuse to make your bed or otherwise refuse to clean up after yourself.

**Mothers are eligible for work in only the following locations:**
- Laundry,
- Kitchen,
- Dining Hall,
- Medical,
- Beautician,
- Cleaner, and
- Housekeeping.

Every effort will be made to provide you an opportunity to participate in the voluntary work program. Wages are $3.00 per day for volunteer workers. You will not be permitted to work more than eight hours per day or in excess of 40 hours per week.  Wages earned are calculated and credited to your account the next day.

A mother must submit a claim for non-payment within fourteen (14) days of the date in question.  A mother and/or child may also request a copy of their personal account once per week.

Residents will not work more than 3 or 4 hours at a time in extreme environments (below 32**°F** and above 105**°F**).

## EVACUATION DRILLS

Due to local, state, and federal laws, regular emergency evacuation drills are conducted throughout the facility. These drills are not meant to inconvenience you, but rather to ensure you can evacuate your building safely in event of a fire or other emergency.  Each suite has a diagram showing where the emergency exits are located and which ones to use.  Study this diagram carefully and follow the instructions of the resident advisors during the evacuation drills, your safety is important to us.

## CENSUS

In order to maintain proper accountability of mothers and children at this facility, a census is conducted at designated times and locations. **You are required** to report with your family to your designated check-in census area (assigned hall dayroom), failure to report may lead to referral or possible disciplinary action.  An emergency census is a formal census conducted, upon the direction of the supervisor on duty, by the suite resident advisors.  Following these rules will help us conduct the census as efficiently and accurately as possible, so that you may return to your regular activities.  Failure to cooperate is grounds for disciplinary action being taken against you.

Census is conducted at the following approximate times:

07:30a.m.
04:00p.m.
08:00p.m.

## MEALS

All meals served are nutritionally balanced, dietician-approved and properly prepared.  The Karnes County Residential Center does not use food as either a disciplinary measure or reward.  All mothers and children will be provided with meals from a standard menu unless a special diet request is approved. **This facility is pork-free.**

Healthy meals, and enough time for you to enjoy them, are provided.  The difficult task of preparing and serving to such a large number of people requires that you follow certain rules.

- You will only receive one tray per person. You do not have to eat the food items you do not like. However, you will not receive bigger portions of other foods to make up for items that you do not eat.
- If you require a Special Diet for medical reasons, you can request it by sending a Resident Request Form to the Medical Department.
- If you require a Special Diet for religious reasons, you can request it by sending a Resident Request Form to the facility Chaplain.

Meals are served in the dining hall daily at the following times when there is school:

**Breakfast:  6:30a.m. - 8:30a.m.**
**Lunch: 11:00a.m. - 12:00p.m. (School Lunch)**
**Lunch:  12:00p.m. – 01:00p.m. (Adult Lunch)**
**Dinner:  5:00p.m. - 7:00p.m.**

Meals are served in the dining hall daily at the following times when there is no school:

**Breakfast:  6:30a.m. - 8:30a.m.**
**Lunch:  11:00a.m. - 1:00p.m.**
**Dinner:  5:00p.m. - 7:00p.m.**

Mothers and children will enter the dining hall in a single line and are required to scan their facility issued identification card with the meal tracker. They will then form a single line to be served their meal. There will be no cutting in line, pushing or other forms of disruption while in the serving line.  In addition, everyone will form a single line for beverage, salad bar and hot bar service. All mothers and children will be dressed properly (pants, shirt and shoes must be worn) before entering the dining hall. Infant food, baby formula, and high chairs will also be available in the dining room area.

Nutritional snacks and drinks will be available 24 hours a day in the dayrooms.  No one is allowed to take more food or drinks than they will consume in one sitting.  This food will be replenished several times a day.  All mothers will be expected to maintain a sanitary environment by cleaning up after themselves and their children.

Formula is also available in the dayrooms upon request. For sanitation purposes, sippy cups need to be taken to the kitchen to be cleaned and sanitized after each use.

## CLOTHING/ DRESS CODE

- Mothers and children, five (5) years and older, will comply with the clothing/dress code.
- Shower shoes are to be worn inside the suite areas only.
- Undergarments may be worn without outer garments **ONLY** while sleeping or in the restroom.  **NO EXCEPTIONS.**
- Pants will be worn at a point above the waist that prevents the crease of the buttocks from showing.
- Neither mothers nor children are allowed to walk about the facility with their hands inside the waistbands of the pants regardless of weather conditions (appropriate weather clothing/attire will be issued).
- No article of clothing will be worn in a manner not intended for that item (using a shirt as a headband or head cover, etc.).

- You are not permitted to wash clothing, bedding, linens, tennis shoes or other items in the restroom sinks or showers.
- All mothers and children are required to be fully dressed while in the suite. With the exception of the restroom and sleeping, no one is permitted to be naked.
- Breast feeding shrouds/ modesty cover (or equivalent) will be provided  upon request and encouraged for your privacy.
- Sleeping masks are available upon request.
- All mothers and children are required to wear tops that cover their shoulders, chest, stomach, and lower back.
- Tops cannot be worn where cleavage is exposed.
- Form fitting shirts/tops are not permitted.
- Form fitting pants and shorts are not permitted.
- See through clothing is not permitted.
- Shorts should not be any higher than mid-thigh.
- Dresses and skirts are not permitted, unless approved for religious reasons.
- Shoes or sandals must be worn at all times.
- If an article of clothing is deemed inappropriate during the day, it is still inappropriate for nighttime/sleeping hours.
- Stud earrings, religious based necklaces, and wedding bands are the only items of jewelry permitted.

While outside your suite all children must have weather appropriate attire on at all time.

## LAUNDERING OF PERSONAL CLOTHING

Your excess personal clothing will be washed prior to storage in the property room and will be ready for you at the time of departure. Neither ICE nor GEO will be responsible for damage to clothing caused by laundering it.

Mothers are required to keep themselves and their children clean.  Proper clothing/footwear must be worn during all activities. Mothers and children are reminded that poor hygiene, poor sanitation and not wearing proper clothing and footwear can cause potential conflict with others and can have a negative impact on health and safety. Failure to comply with the dress code and grooming standards will ultimately become an issue that requires staff intervention.

The laundry schedule is posted in all common area dayrooms. All items to include socks and underwear are collected, in the provided mesh bag, and are laundered according to the schedule. Additionally, there are washing machines in the dayrooms for the mother's personal use.  Sheets, pillowcases, and towels will also be exchanged weekly in the same manner. Blankets are exchanged and laundered every thirty (30) days. At no time should you have more than the issued quantity of any clothing or linen item in your possession. Possessing extra items is a violation of facility rules and is cause for disciplinary action.

If you need to exchange shoes or other items of clothing due to them becoming torn or unserviceable, you may submit a Resident Request Form to the Laundry Department. The item you are requesting will be exchanged one for one.

## SHORT TERM CARE FOR JUVENILES

You may take your child(ren) to short term care if:
- You are scheduled to have a court hearing;
- You have a medical/mental health appointment;
- You have been approved and are clear to work (pending space availability); and
- Based on space availability mothers may drop off their child(ren) in short term care so they may take care of their own personal needs.

A sanitizing station is available for your personal use to sanitize your child(s) sippy cup or bottle in the short term care room.

## MEDICAL SERVICES



Upon arrival at this facility, you will receive an initial medical and mental health screening by a health care provider. Before receiving medical services, you will be required to sign a medical consent. You must provide a facility issued identification card each time you receive medical services, which includes dispensing of medication through the facility established pill window.

You will also receive a thorough medical examination conducted within seven (7) days after your arrival and your children will receive a thorough medical examination within 24 hours after arrival. To provide the best medical service possible, it is important that you are honest concerning any medical issues that you may have, any mental health problems, and your use of or dependence on mood and mind altering substances- alcohol, opiates hypnotics, sedatives, etc.  Professional staff members provide medical services for persons housed at this facility. Sick call slips are reviewed and put into order by priority cases, which are seen within twelve (12) hours. Medical staff will gather sick call requests each shift and see patients. If you feel you have a medical problem of an emergency nature, notify any staff member and you will be evaluated by the medical staff for more immediate treatment.

- You must sign yourself up for sick call. The resident advisor(s) or another mother cannot do it for you.
- Sick call requests must be deposited into one (1) of the medical drop boxes located in any of the facility dayrooms and/or dining hall.  Write your request and place in the mailbox located in the dayroom or dining hall.
- Someone from the medical department will pick up all requests on each shift seven (7) days per week.
- You will be instructed when to report to medical when scheduled by the medical staff.
- You will not be charged for medical services while a residing at this facility.

**If you have a medical emergency at any time, notify the closest facility staff immediately.  Your condition will be communicated with medical staff.**

## DENTAL SERVICES

The Karnes County Residential Medical Clinic is equipped to assess dental concerns.  Upon admission, you will receive a dental screening.  Routine and emergency dental care is also available.  Emergent dental care includes, but is not limited to: dental infections, painful teeth, facial swelling, or trauma to teeth.  To receive dental treatment follow the same process as outlined above.  An appointment will be made for you to address your dental concerns in a timely manner.  The appointment time will depend on the seriousness of your problem.

## MENTAL HEALTH SERVICES

Routine mental health services are available upon request.  Please use the sick call process if the concern is routine in nature.  You should seek mental health services for yourself or your child if you notice a significant change in behavior or experiencing significant challenges in adapting to the facility.  Please notify a staff member if you are feeling suicidal or one of your children is expressing suicidal thoughts, this is considered a medical emergency and the medical staff is here to help.

## SUICIDE PREVENTION

If you are feeling depressed, think you may harm yourself or need someone to talk to, you should immediately advise your resident advisor.  If you feel that another mother and/or child is depressed or may harm himself/herself, you should also alert the resident advisor. You will be referred to the appropriate medical staff.  All potentially suicidal or severely depressed mother and/or child will receive the proper referrals for assistance and be treated with sensitivity.

## SEXUAL ABUSE AND ASSAULT PREVENTION AND INTERVENTION PROGRAM

This center has a zero tolerance for sexual abuse and assault. If you feel unsafe because of threats of sexual abuse or assault, or if you are sexually abused or assaulted, you should immediately advise the resident advisor or another staff member.  Information concerning the identity of a victim reporting an assault, and the facts of the report itself, will be limited to those who have a need to know in order to make decisions concerning the victim's welfare, and for law enforcement/investigative purposes.

If you feel you are at risk of being abused, there are several ways that you can report the risk to protect yourself from becoming a victim:  contact your resident advisor, file an emergency grievance stating your immediate needs, or contact ICE staff using the Resident Request Form.  KCRC mothers and children have the right to communicate any type of sexual abuse or assault to the Sexual Abuse and Assault Prevention and Intervention (SAAPI) Coordinator (Compliance Administrator) by dialing #9 from any resident telephone. A relative/friend may also file a complaint on your behalf directly to the Office of the Inspector General by telephone at 1-800-323-8603 or by mail.  You may also file a complaint directly to the Office of the Inspector General by telephone using Speed Dial No.: 518#, or by mail:

**DHS OIG HOTLINE**
**245 Murray Drive, SE**
**Building 410**
**Washington, DC  20538**

A complaint may also be filed with the Office of the Inspector General by e-mail at:  DHSOIGHOTLINE@DHS.GOV.

If you are sexually abused or assaulted, the appropriate staff will arrange for medical treatment and victim counseling.

**SEXUAL ASSAULT AWARENESS:**

**DEFINITIONS:**
      Resident-on-Resident Sexual Abuse/Assault:  One or more residents engaging in, or attempting to engage in a sexual act with another resident or the use of threats, intimidation, inappropriate touching or other actions and/or communications by one or more residents aimed at coercing and/or pressuring another resident to engage in a sexual act.
      Staff-on-Resident Sexual Abuse/Assault:  Staff member engaging in, or attempting to engage in a sexual act with any resident or the intentional touching of a resident's genitalia, anus, groin, breast, inner thigh, or buttocks with the intent to abuse, humiliate, harass, degrade, arouse, or gratify the sexual desires of any person. Sexual abuse/assault of residents by staff or other residents is an inappropriate use of power and is prohibited by ICE policy and the law.
      Staff Sexual Misconduct is:  Sexual behavior between a staff member and resident which can include, but is not limited to indecent, profane or abusive language or gestures and inappropriate visual surveillance of residents.

**PROHIBITED ACTS:**
A mother and/or child, who engages in inappropriate sexual behavior with or directs it at others, can be charged with the following Prohibited Acts under the Resident Disciplinary Policy.

Code 112: Use of Vulgar, Abusive, or Obscene Phrases/ Language
Code 209: Verbal Sexual Harassment of a Resident
Code 303: Rape/Sexual Assault

**SAFE ENVIRONMENT:**
While you are held, no one has the right to pressure you to engage in sexual acts or engage in unwanted sexual behavior regardless of your age, size, race, or ethnicity.  Regardless of your sexual orientation, you have the right to be safe from unwanted sexual advances and acts.

**CONFIDENTIALITY:**

Information concerning the identity of a mother and/or child victim reporting a sexual assault, and the facts of the report itself, will be limited to those who have the need to know in order to make decisions concerning the victim's welfare and for law enforcement/investigative purposes.

**AVOIDING SEXUAL ASSAULT:**

Here are some things you can do to protect yourself against sexual assault:

- Carry yourself in a confident manner. Many offenders choose victims who look like they would not fight back or who they think are emotionally weak.
- Do not accept gifts or favors from others. Most gifts or favors come with strings attached to them.
- Do not accept an offer from another adult resident and/or child to be your protector.
- Find a staff member with whom you feel comfortable discussing your fears and concerns. Report concerns!
- Do not use drugs or alcohol; these can weaken your ability to stay alert and make good judgments.
- Avoid talking about sex. Other residing here may believe you have an interest in a sexual relationship.
- Be clear, direct and firm. Do not be afraid to say NO or STOP IT NOW.
- Stay in well-lit areas of the facility.
- Choose your associates wisely. Look for people who are involved in positive activities like educational programs, work opportunities, or counseling groups. Get involved in these activities yourself.
- Trust your instincts. Be aware of situations that make you feel uncomfortable. If it does not feel right or safe, leave the situation. If you fear for your safety, report your concerns to staff.

**REPORTING ASSAULTS:**

If you become a victim of a sexual assault, you should report it immediately to any staff member you trust, to include resident advisor, deportation officers, chaplains, medical staff or supervisors. Staff members keep the reported information confidential and only discuss it with the appropriate officials on a need to know basis. If you are not comfortable reporting the assault to staff, you have other options:

- Write a letter reporting the sexual misconduct to the Assistant Field Office Director or Field Office Director to ensure confidentiality, use special mail procedures.
- File an Emergency Resident Grievance - If you decide your complaint is too sensitive to file with the Assistant Field Office Director, you can file your Grievance directly with the Field Director. You can get the forms from your suite area resident advisor, deportation staff or a facility supervisor.
- Write to the Office of Inspector General (OIG), which investigates allegations of staff misconduct. The address is: Office of Inspector General, P.O. Box 27606, Washington, D.C. 20530
- Call at no expense to you the Office of Inspector General (OIG). The number is posted in your suite area.

**Individuals who sexually abuse or assault others can only be disciplined or prosecuted if the abuse is reported.**

**NEXT STEPS AFTER REPORTING ASSAULTS**

You will be offered immediate protection from the assailant and you will be referred for medical examination and clinical assessment. You do not have to name the person(s) or staff member who assaulted you to receive assistance, but specific information may make it easier for staff to help you. You will continue to receive protection from the assailant, whether or not you have identified your attacker or agree to testify against them. It is important that you do not shower, wash, drink, change clothing or use the bathroom until evidence can be collected.

**THE MEDICAL EXAM**

Medical staff will examine you for injuries, which may or may not be readily apparent to you and will gather physical evidence of assault. Clothes should not be changed, but if you do, bring the clothes and underwear that you had on at the time of the assault to the medical exam with you. You will be checked for the presence of physical evidence, which supports your allegation. With your consent, a medical professional will perform a pelvic and/or rectal examination to obtain samples of or document the existence of physical evidence such as hair, body fluids, tears or abrasions, which remain after the assault and photos may be taken. This physical evidence is critical in corroborating the sexual assault occurred and in identifying the assailant; trained personnel will conduct the exam privately and professionally.

**UNDERSTANDING THE INVESTIGATIVE PROCESS:**

Once the misconduct is reported, the appropriate law enforcement agency will conduct an investigation.  The purpose of the investigation is to determine the nature and extent of the misconduct.  You may be asked to give a statement during the investigation.  If criminal charges are filed, you may be asked to testify during the criminal proceedings.  Any mother and/or child who alleges that he or she has been sexually assaulted will be offered immediate protection and will be referred for a medical examination.

**THE EMOTIONAL CONSEQUENCES OF SEXUAL ASSAULTS:**

It is common for victims of sexual assault to have feelings of embarrassment, anger, guilt, panic, depression, and fear even several months or years after the attack.  Other common reactions include loss of appetite, nausea or stomachaches, headaches, loss of memory and/or trouble concentrating and changes in sleep patterns.  Emotional support is available from the facility's mental health and medical staff, and from the chaplain(s).  Also, many residents who are at high risk to sexually assault others have often been sexually abused themselves.  Mental health services are available to them also so that they can control their actions and heal from their own abuse.

Sexual assaults can happen to anyone:  any gender, age, race, ethnic group, socioeconomic status, sexual orientation, or disability.  Sexual assault is not about sex; it is about POWER and CONTROL.  All reports are taken seriously.  Your safety and the safety of others is the most important concern.  For everyone's safety, incidents, threats, or assaults must be reported.

**Report all attempted assaults to your suite area resident advisor, a supervisor, the Assistant Field Office Director, or directly to the Office of the Inspector General.  Staff will not harass, discipline, punish, or otherwise retaliate against you for reporting an assault or attempted assault. The GEO SAAPI Coordinator is the Compliance Administrator.**

## STAFF - RESIDENT COMMUNICATION / RESIDENT REQUESTS

You are encouraged to speak informally with facility staff about everyday concerns and for information about facility policies and procedures. ICE/ERO staff will also conduct scheduled and unscheduled visits to residential areas of the facility to speak/interact with the mothers and children.  If you need information or assistance other than that provided to you by this handbook or your resident advisor, you must fill out a Resident Request Form using your identification number. If you are unable to locate a request form in your dayroom, your resident advisor will provide you with the form and assist you with filling it out, if necessary.  Be sure to provide all the information requested at the top of the form (as it appears on your identification card) and write your request simply and clearly.  The Resident Request Form may be deposited into the appropriate drop box located in the dayroom and dining hall.  Forms are then picked up by authorized personnel daily at scheduled times without reading, altering, or delay. You may also seal the request in an envelope and clearly mark the envelope with the name, title or office the request is to be forwarded to.

The Resident Request Form is the primary document/form used to contact your assigned ICE/ERO Deportation Officer.  Deportation Officers are the officers in charge of your case.  To identify your assigned Deportation Officer, use the last three digits (number) in your Registration Number (A number).  Posted in any of the dayroom bulletin boards is a list of Deportation Officers and the corresponding number that is assigned to them.  All questions concerning the status of your case should be directed to the appropriate Deportation Officer.  Deportation Officers will conduct weekly scheduled visits to the residential area to speak with mothers and children while monitor living conditions.  The schedule is posted on the bulletin boards located in the any of the dayrooms.

All mothers and children will have the opportunity to submit written questions, requests, or concerns to facility staff using an approved Resident Request Form. Adequate supplies of request forms and writing implements are available in your dayroom or library.  If you are unable to locate a request form or writing implements in your dayroom, your resident advisor will provide you with a request form or writing implements.

A mother or child may obtain assistance from another mother or child, resident advisor, or other facility staff in preparing a request form.  The Program Director will ensure that the standard operating procedures cover mothers and children with special requirements, including those who are disabled, illiterate, or know little or no English.  KCRC staff is encouraged to use the Language Line available to them for translation services. If a mother and/or  child

---

cannot read or does not understand the language of the handbook, the Program Director arranges for the orientation materials to be read to the mother and/or child, provide the material using audio or video tapes in a language the mother and/or child will understand, or provide a translator or interpreter within a reasonable amount of time.

**PHONE ISSUES NEED TO BE SUBMITTED ON THE TELEPHONE RESOLUTION FORM, NOT RESIDENT REQUEST FORM.**

The facility staff receiving the request responds in person or in writing as soon as possible and practicable, no later than seventy-two (72) hours from dated receipt of the request.

Each person admitted to KCRC is assigned a specific Case Manager. These Case Managers assist mothers and children with questions regarding rights, rules, responsibilities, programming and services, housing and education, property issues, access phone numbers and addresses of family and friends, treatment referrals and other issues that arise while residing at this facility. Mothers and children may contact the Case Managers through Resident Request Forms. These Forms are located in the dayrooms. Completed forms are to be placed in the mail box, located in the Dayrooms, labeled "GEO."

## VISITATION

ICE encourages you to receive visits from your family, friends and attorneys. You are also permitted visits from consular officials, special interest groups and the news media. Visiting hours for each type of visit have been established. The Program Director or designee must first approve special visits.

**VISITING HOURS**

Visitation hours are 8:00a.m. – 8:00p.m., 7 days a week including holidays. The hours for visitation are posted in the dayroom areas and outside public waiting area. A written copy of the visiting hours and rules is also available to the public. Beginning and ending times are subject to change depending upon the safe and orderly operation of the facility.

Visit sessions may be limited to 1 hour, dependent upon the number of visitors and staff availability. Each mother and/or child is limited to (1) one contact visit per day; however exceptions will be made depending on space. More time may be authorized by the Duty Program Director for members traveling significant distances. A maximum of two adults (18 years or older) and two children (17 years or younger) may visit at any one time. Any disruptive behavior by either party will result in the termination of the visit and may cause future visits by either party to be denied. Visitors who bring children are expected to maintain direct supervision of those children and prevent disruption to other visitors.

Visitors are not permitted to carry personal items into the visiting area. Lockers are provided at the entrance of the Facility to secure these items.

**LEGAL VISITATION**

You have the opportunity to meet privately with legal representatives, prospective legal representatives and legal assistants. It is your responsibility to make contact with that individual or organization for an appointment. It is also your responsibility to cancel an appointment if you do not intend to keep it. Cancellations may not be accomplished on your behalf by a resident advisor or another person residing at this facility. These visits are confidential. No facility staff will be at these meetings or listen in on them. Any materials you get during legal visits for your personal use will be inspected, not read. Legal visitation is available daily from 8:00a.m. to 8:00p.m. The Program Director can grant hours outside of these by appointment. You may request to meet with your legal representative during meal hours; if you request this option, you will be provided a sack meal to eat in lieu of food served for that particular meal.

**CONSULAR VISITORS**

You have the right to contact your consular representatives and receive visits from your consulate officers. These visits may take place during normal attorney visiting hours or at alternative times with special permission from the Program Director or designee. These visits are also private, like meeting with legal representatives.

**SPECIAL VISITATION**

To request a Special Visit, you must submit a Resident Request Form to the Program Director. Reasons for granting permission include:

- Exceptionally large families so that all members may visit as a group.
- Unlimited number of visitors.
- Out-of-State visitors.
- Visitors who are unable to visit during the regular visitation hours.

**VISITATION RULES**

Facility visiting hours will be posted in the suite areas. If you have any questions refer to the bulletin board or ask the resident advisor.

Every effort will be made to allow you to receive visitors. Visit sessions will normally be a maximum of one hour depending upon the number of space, visitors and staff availability. More time may be authorized by the Duty Program Director for members traveling significant distances. Members of clergy who present proper identification will be admitted to visitation upon request.

Any disruptive behavior by either party will result in the termination of the visit and may cause future visits to be denied. If your visitor(s) bring children (17 years of age or younger) they are expected to maintain direct supervision of those children and prevent disruption to other visitors. Visitors are not permitted to carry personal items into the visiting area. Lockers are provided to secure these items. Visitors with infants will be allowed to bring a reasonable amount of personal items into the visitation area such as: diapers, wipes, formula, etc.

- The number of visitors (adults and children) allowed to visit with a particular mother and/or child at any one time is limited to the space availability and/or at the discretion of the Program Director.
- Visitors are to be in appropriate and socially acceptable attire. A copy of the dress code is available and given to all visitors.

- Visitors and any articles in their possession will be searched before and after entering the facility. Children 14 years old and up will be searched with a hand-held metal detector after visitation for safety and security reasons.

- The Program Director or designee must give permission for items to be brought in to mothers and children and is limited to one complete set of clothing and a bag to carry them in, unless prior **written authorization** is received.

- Any unruly or socially inappropriate behavior by either party will end the visit and may have an adverse effect on future visitation.

- Visitors and mothers with children (17 or younger) must closely supervise them so as not to disturb others.

- Visitors are responsible for their own transportation to and from the facility.

- You should discourage your visitors from bringing large quantities of hand carried parcels and other items, to include packages.

- The use of profanity, making loud noises, disturbing other mothers and children or visitors, creating a mess or otherwise being a nuisance in the visitation area is prohibited.

- No items/ property will be exchanged between the visitor and mother and/or child during the visit. All transactions will be initiated between the visitor and Front Lobby Staff only, who in turn will inventory and provide a receipt for approved item(s) only.

- The Front lobby Staff will not accept cash, cashier's checks from U.S. Banks, and checks from U.S. Federal/ State entities.

A kiosk for purchasing additional telephone minutes and a kiosk for adding funds to a mother and/or child's accounts are available in the front lobby area during the hours of 8:00a.m. and 8:00p.m. and will accept cash, debit cards and credit cards.

**VISITOR DRESS CODE**

The facility maintains a dress code for visitors. The dress code will be posted and freely available to the public.

**I.      FEMALE VISITORS AGE FIVE (5) AND OLDER**
- Shorts will cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting. Shorts no higher than mid-thigh comply. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Skirts and dresses will extend to mid-thigh, seated.
- Slits in skirts and dresses will rise no higher than mid-thigh, seated.
- Sheer (see-through) clothing is prohibited.
- The top of clothing will be no lower than the underarm in the front and back. Bare midriffs and strapless tops, tube tops, and swimsuits are prohibited.
- Shoes will be worn at all times.
- Gang "colors" and other gang displays are prohibited.

**II.     MALE VISITORS AGE FIVE (5) AND OLDER**
- Shorts will cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting. Shorts no higher than mid-thigh comply. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Shirts will be worn at all times. Muscle shirts, bare midriff shirts and sleeveless shirts are prohibited.
- Shoes will be worn at all times
- Gang "colors" and other gang displays are prohibited.

## MAIL AND SPECIAL CORRESPONDENCE



Stamps or pre-stamped envelopes are available for you to purchase through the Commissary. Your address to receive mail at this facility is:

> **Karnes County Residential Center**
> **Your Name (as it appears on your Identification Card)**
> **Your Resident Number (A No. #)**
> **409 FM 1144**
> **Karnes City, Texas  78118**

**You must use the above address to receive mail at this facility.**
Incoming mail that does not have the "Resident Number" (A No. #) will be returned to sender without being processed. You will be able to request writing material, pencils and envelopes for your use from the Resident advisor. Ink pens are not allowed. If you have less than fifteen dollars ($15.00) in your account, you may mail up to five (5) letters per week, one (1) ounce each free. Please write the complete return address information given above in the

upper left-hand corner of the envelope.  If you do not, your letter will be opened for identification and returned to you.  Seal the envelopes on your outgoing letters and deposit them in the drop box labeled "MAIL" located in the dayroom or dining hall.  All outgoing mail is picked up each morning and is mailed out the same day.   Due to postal regulations, drawing on the outside of the envelope is prohibited.

## GENERAL CORRESPONDENCE AND OTHER MAIL

The term used to describe day to day mail that staff shall open and inspect (including packages and publications) in the presence of the mother or child. Incoming general correspondence may be read to the extent necessary to maintain security, as authorized by the Program Director. Inspection is generally for the purpose of detecting contraband. The reading of mail, which requires approval of the Program Director, may be conducted at random. Mail may also be read when a specific documented security concern arises with respect to an individual mother or child, to reveal such information as: escape plots, plans to commit illegal acts, plans to violate institution rules, etc.

## SPECIAL CORRESPONDENCE

The term for your written communications to or from private attorneys and other legal representatives; government attorneys; judges; courts; embassies and consulates; the President or Vice-President of the United States, members of Congress, the Department of Justice and Department of Homeland Security (including ICE and Office of the Inspector General); the ICE Health Services Corps; administrators of grievance systems; and representatives of the news media. Correspondence will NOT be treated as special correspondence (for incoming correspondence) if the title and office of the sender is not identified on the envelope, clearly indicating that the correspondence is special. Outgoing correspondence will NOT be treated as special correspondence if the name, title and office of the recipient are not clearly identified on the envelope to provide clear indication that the mail is special.

## INCOMING AND OUTGOING MAIL

Incoming mail will generally be delivered to you on the same day that it arrives at this facility.  Your mail, both general and special correspondence, is opened in your presence to be inspected for contraband.  If you receive money in the mail, the staff member, in your presence, will issue a receipt for the money before placing it in your account.  If you do not accept the mail or permit inspection, it will be returned to sender.  **Your mail will not be read; it will only be inspected for contraband items.** The ICE AFOD or designee may, for security reasons, authorize your general correspondence to be opened without you being present.  Special incoming correspondence will be inspected in your presence to detect any physical contraband and confirm that any enclosures qualify as special correspondence.
Identity documents, such as passports, birth certificates, driver's license, etc., will be confiscated and turned over to the appropriate Deportation Officer for placement into your A-File.  Upon request, ICE will provide a copy to you.

You will not be allowed to receive or send packages (including excess property) without making **advance** arrangements, approved by the Program Director.  If prior approval is not received, the package will be returned to sender.  The postage for packages, oversized or overweight mail will be paid by you. The contents of any outgoing or incoming packages will be inspected.

You are responsible for the contents of the letters that you send.  If staff members have reason to believe that you are violating mail regulations (mailing threatening letters or engaging in some type of criminal activity through the mail) your mail privileges may be restricted.  This can mean that you will only be allowed to send letters to individuals who have been specifically approved.  It also means that facility staff may read and censor all of your incoming and outgoing general mail.  You may write to a family member detained at another ICE detention center; however you may not write letters to someone detained at a correctional facility without the express permission of the Program Director and ICE AFOD.

If you deposit mail for outgoing delivery and it is believed to contain contraband it will be brought back to your suite by mailroom personnel and opened and inspected in your presence. If it is determined to contain contraband disciplinary actions may be brought against you.

If you wish to send money to your family or to others outside the facility, you can send a resident request form to the GEO Business Department Bookkeeper, who can make arrangements for you to send money to your  family or others outside the facility.

You are also advised that there are circumstances where incoming and outgoing general correspondence may be confiscated or withheld.  Mail suspected of containing contraband will only be opened in the presence of the mother or child. If this happens, you will be given a receipt for the confiscated or withheld item(s). Correspondence and publications that may be rejected include, but are not limited to, items with the following contents:

- Material that depicts, describes or encourages activities that could lead to physical violence or group disruption, including material dealing with self-defense or survival, weaponry, armaments, explosives or incendiary devices.
- Information regarding escape plots, plans to commit illegal activities or to violate ICE rules or facility guidelines.
- Information regarding the production of drugs or alcohol.
- Sexually explicit material.
- Threats, extortion, obscenity or gratuitous profanity.
- Encrypted .
- Other contraband.  (A package received without prior authorization is considered contraband.)

When you depart the facility, your incoming mail will be sent to the forwarding address that you provided.  If you do not provide a forwarding address, your mail will be endorsed, "No Forwarding Address, Return to Sender".  All such mail will be returned to the Post Office.

Examples of Unacceptable Items not allowed in your possession include the following:

- Address labels, postcards, musical greeting cards
- Cash money
- Perishables including food, candy, drinks, plants
- Plastic cards
- Picture frames, art supplies
- Membership cards
- Computer discs
- Return address labels
- Video cassette tapes, audio cassette tapes
- Birth certificates
- Pornographic materials of any sort, including magazines
- Maps

Examples of acceptable items include the following:

- Letters – no inflammatory letters (words that may excite, anger or lead someone to disorder)
- Pictures – non-pornographic and no Polaroid pictures, no larger than 5 x 7 (limit 10 total in your possession)
- Paperback Bibles and written religious materials sent directly from the Publisher
- Legal papers
- Magazines – sent directly from publisher, excluding pornographic
- Newspapers sent by the Publisher

Publications and Magazine Subscriptions are allowable **IF** they come from the publisher, verifiable bookstore or media retailer.   A mother or child may request approval from the Program Director or the AFOD to receive paper media through the resident request form process.  Electronic items, liquids or hygiene items **ARE NOT ALLOWED.**

**INDIGENT MAIL**
Mothers and children who do not have adequate funds to purchase postage will be permitted to send at no cost:

- A reasonable amount "special correspondence" mail.   Should the center consider the related amount "unreasonable", the ICE Office of Chief Counsel will be consulted prior to suspending mail postings;
- At least five (5) general correspondence letters per week;
- Any packages that are deemed necessary by ICE/ERO, such as clothing, personal items, and items needed for return to country of origin;
- Packages containing personal property when it is determined that space is limited for the proper storage of the items.


## MARRIAGE REQUEST

To request permission to marry while held by ICE, you must submit a Resident Request Form to the facility Chaplain. Your request will be reviewed and forwarded to ICE for approval.  Final approval must be obtained from the Chief Juvenile Residential Management Unit (JFRMU).  The following information must be addressed in the request:

- That each person is legally eligible to be married.
- That the adult resident is mentally competent to be married, as determined by a qualified medical practitioner.
- The intended spouse has affirmed, in writing, his/ her intent to marry the adult resident.

The decision to deny a request and the reason(s) for it will be provided in writing to the adult resident and his/her legal representative, if applicable.  If the request is denied, the adult resident may appeal, in writing, to the ICE AFOD.

When a request is approved, you or your legal representative, or others acting on your behalf, must make all arrangements for the marriage.  Arrangements include, but are not limited to, taking a blood test, obtaining a marriage license and retaining an official to perform the marriage ceremony.  **Neither ICE personnel nor GEO staff will participate in making marriage arrangements.**  The following conditions also apply:

- The Program Director will provide the adult resident with a time and place during which he may make marriage arrangements and the arrangements will be accommodated consistent with the security and orderly operation of the facility.  The AFOD reserves the right of final approval concerning the time, place and manner of all arrangements.

- A adult resident will not be allowed to leave the facility for the purpose of making marriage arrangements.

- You or person(s) acting on your behalf will bear all expenses relating to the marriage.

- The marriage will take place inside the facility.

- Only individuals essential to the ceremony may attend.

- Marriage ceremonies will be private, with no media publicity.

- A marriage request will have no effect on regular or scheduled processing or action in your legal case. That is, the marriage request will neither interrupt nor stay any hearing, transfer to another facility or removal from the United States.

The foregoing are internal guidelines for this facility.  They are not to be construed as creating rights for adult residents or other persons, and they do not prevent the AFOD from exercising discretion in conducting his/ her case-by-case review.


## TELEPHONES

Resident telephones are operated by the Talton Phone System. Telephones are located throughout the facility in each suite, dayroom and other areas for use by mothers and/or children in the general population, Administrative Observation, and Medical Observation.  You may make collect calls or use phone minutes, which can be purchased.

**INDIGENT RESIDENT TELEPHONE ACCESS**

Indigent mothers or children may also make free calls to and other necessary calls by speaking to a Case Manager or filling out a Resident Request Form.  Indigent mothers and children are identified by the amount of funds available in their commissary account.  If you have less than $15.00 in your commissary account, you will be identified as indigent. Indigent mothers and children may also make free calls to legal assistance organizations, family and other necessary calls, by speaking to the Case Manager or by completing a Resident Request form.  These forms are located at your common areas.  Completed forms are to be placed in the drop off box labeled "Mail".

Access rules, to include consulate numbers, are posted in suite areas. Due to the number of mothers and children per suite area versus the number of available phones, mothers and children are asked to limit their telephone calls to 20 minutes to allow others to use the phones.  **Toll-free calls are not available on the Talton Phone System.**

Your telephone access may be restricted if you are found to be violating the rules of the facility or are found to be abusing the equipment. Your access may also be severely restricted if you are found using the telephone to further illegal activities.

### IMPORTANT PHONE FACTS



- ➢ Read Talton Phone System Instructions prior to using phone
- ➢ Record your voice → **Telephone use requires PIN and voice recognition**
- ➢ Do not share pin - does not need PIN to purchase phone time (only Resident Number)
- ➢ Read instructions - For faster responses → Customer service - dial 211# → Resolution form
- ➢ Do not lose or share PIN card → Funds can be stolen and minutes depleted

**It is your responsibility to secure your pin code and monitor your finances.**

### PURCHASE PHONE MINUTES

- ➢ Dial 411# - Enter (1) for English or (2) for Spanish.
- ➢ Enter your PIN.
- ➢ Enter Amount
- ➢ DEADLINE FOR PHONE TIME ORDERS: 3 P.M. – MONDAY THRU FRIDAY

If you continue to have any telephone problems, notify your Resident advisor for further assistance:

- Contact Talton customer service **first** (DIAL 211# - **Listen to options**) before completing telephone resolution form
- Submit Talton telephone resolution form (not resident request form)
- Response time: within 72 hours once **received** by department (Monday through Friday)
- **Do not submit duplicate complaints –** This prolongs response and creates additional work

KCRC has the ability to monitor all calls on a daily basis to avoid any misuse of the reporting procedures. The procedure for obtaining an *unmonitored* call to a court, a legal representative, or for the purposes of obtaining legal representation is to submit a Resident Request Form to the Telephone Department for processing.

### LEGAL CALLS

A center may place reasonable restrictions on the hours, frequency and duration of such direct and/or free calls, but may not otherwise limit a mother and/or child's attempt to obtain legal representation.

### DIRECT OR FREE CALLS

You are entitled access to free calls to the following: consulates, courts, immigration courts, pro bono attorneys or free legal aid groups recognized by the Executive Office for Immigration Review (EOIR), and the U.S. Department of Homeland Security, Office of the Inspector General. KCRC provides a list of Free Legal Service Providers to include phone numbers. This list is found posted in your suite area. You may make direct (non-collect) calls or emergency calls under certain circumstances, by submitting a **Resident Request Form** to the Chaplain. Include the person to be called, the purpose of the call, and the number to be dialed. Indigent mothers and children will not have to pay for local special access calls or for non-local calls if they can demonstrate a compelling need. Consulate lists are posted in the suite areas beside telephones.

- The local immigration court and the Board of Immigration Appeals,
- Federal and State courts where the mother and/or child is or may become involved in a legal proceeding,
- Consular officials,
- Office of the Inspector General of the U.S. Department of Homeland Security at speed dial 518#,
- **(Toll-free calls are not available on the Talton Phone System),**
- Legal representatives, to obtain legal representation, or for consultation when subject to expedited removal. (When a mother and/or child is under an expedited removal order, the ability to contact *pro bono* legal representatives will not be restricted.) ,
- Legal service providers or organizations listed on the ICE/ERO free legal service provider list,

- United Nations High Commissioner for Refugees (UNHCR) (accepting calls from asylum-seekers and stateless individuals),
- A government office to obtain documents relevant to his/her immigration case, and
-  Emergency and other calls where you can show a compelling need to make a direct call, as in the case of a personal or emergency, or where you need to call a government office to obtain documents related to your immigration case.  Routine telephone calls to attorneys are not considered emergencies.

**Follow instructions posted in your suite area to dial your country consulate speed dial #.**  Translation and interpretation services will be provided as needed.

**RESIDENTIAL MESSAGES**
Attorney Legal Assistance, Emergency and regular messages may be left at the facility, checked three times a day and delivered to the appropriate suite area for delivery to you. Emergency messages will be delivered as soon as possible and non-urgent messages will be delivered within 24 hours.  The Karnes County Residential Center telephone number is 830-254-2000.  If the facility telephone system or schedule does not meet your special needs for a particular situation, or if you need to make an emergency phone call, submit a **Resident Request Form** to the Chaplain who will evaluate your situation and may approve a special access call.  If you are having trouble making a confidential call about a legal matter, fill out a **Telephone Resolution Form** stating the problem.  We can help you to make the call privately.  While a staff member may visually monitor you on the phone, your legal calls will not be overheard.

**TELEPHONE SERVICES FOR HEARING/SPEECH IMPAIRED**
There is at least one Telecommunications Device for the Deaf (TDD) for mothers and/or children with hearing and/or speech disabilities, and for mothers and/or children wishing to communicate with parties that have such disabilities. Access to TDD equipment requires the mother and/or child to submit a **Resident Request Form** to the Case Manager. Telephones are made available as necessary with adjustable volume for mothers and/or children with hearing impairments.

Mothers and/or children are encouraged to utilize the phones in the suite area dayroom for telephone calls made late at night as a courtesy to other suitemates who may be sleeping.

Telephones are not toys, mothers must supervise minor child (children) at all times.

You may submit a Resident Request Form to ICE to arrange for telephone contact with an immediate member detained at a separate ICE detention center.  ICE will make efforts to coordinate a schedule to facilitate such telephone calls.

## RECREATIONAL FACILITIES AND ACTIVITIES

Outdoor recreation courtyards, an indoor gymnasium, and a personal fitness area adjoin the general population suites.  Weather and Security concerns permitting, the recreation yards are available seven (7) days a week between the hours of 8:00a.m.-8:00p.m. You may be asked to refrain from outdoor activities if temperatures are too extreme (below 32**°F** and above 105**°F**).

The facility provides recreational activities within the dayroom areas, in the form of cards, cable television, and games that are available at no cost to you. Dayroom areas are an open style design with free access from the sleeping area. There is a monthly activity calendar posted in all common areas for organized recreational activities.
During the hours of 8:00p.m. to 10:00p.m. no recreational equipment will be issued.

## EDUCATIONAL PROGRAMS

The facility provides a comprehensive educational services and programs to children eligible for formal education. School will be Monday-Friday, excluding holidays. All children ages four (4) to seventeen (17) are required to attend, unless excused with a medical slip.  The following core subjects will be taught at least one (1) hour a day each: Science, Social Studies, Math, Language Arts (Reading/Writing), and Physical Education. All children will complete an

Educational Assessment and a Special Needs Assessment within the first three days of arrival into this facility and again on a 90-day rotation to track progress. Although each child is evaluated for special needs after admission, parents who believe their children may have educational deficiencies or learning disabilities, may also request a special needs evaluation. Parents may initiate this request by speaking to their child's teacher, a Case Manager, or by completing a Resident Request Form. The educational unit will meet with the parent and test the child; if found to be eligible for special needs instruction, the child will receive and Individual Educational Plan (IEP). The child's educational program, and any necessary modifications, will be driven by their IEP. There will be additional activities for children 0-3 years of age to participate in.

Sunday thru Thursday, there will be a 8:00 p.m. bedtime for all school age children. At 8:00 p.m. on these evenings, all school aged children will return to their bedrooms to begin their bedtime routine. Parents are encouraged to participate in or develop bedtime routines for their children while at the Center. Setting children's bedtimes during the week is done to promote restful attendance and attention during school.

## COMMISSARY SERVICES

This facility provides a commissary service that allows you to purchase food items, hygiene products, postage and writing supplies to supplement what is issued to you. If necessary, a commissary order form can be obtained from the common area or the commissary. For all purchases, simply walk up to the commissary window and submit your order form. Then, your order will be filled. Commissary is open seven (7) days a week, Monday-Friday 9:00a.m.-6:00p.m. and Saturday-Sunday 9:00a.m.-2:00p.m.

Please allow funds mailed in or deposited by members enough time to be processed and deposited into your account. All funds and purchases are deposited Monday thru Friday (excluding holidays). The web site for internet deposits are: www.inmatedeposits.com or www.keefegroup.com
In order for to deposit funds via internet, they will need to know the Mother and/or child's full name, A#, and name of facility.

## FINANCIAL SERVICES

When you are released from this facility, all of your foreign money, U.S. money and any un-cashed checks or money orders will be returned to you.

The Intake staff upon admittance will collect all money, checks, money orders, valuables or other financial instruments. US currency will be placed in an account for your use while you are here. Personal checks or payroll checks will not be cashed. Upon your release you will receive cash for the amount remaining in your account, in addition to all of your stored personal property, foreign currency, and valuables. Possession of cash, checks or any other financial instrument inside the facility is a violation of facility rules and may subject you to a disciplinary infraction.

If any stored property is missing or broken, you should fill out a Claim for Lost or Damaged Property form which may be obtained from Intake or from a Resident advisor. If following an investigation it is determined that GEO employees are at fault a check for reimbursement will be mailed to your forwarding address.

## RELIGIOUS SERVICES



While at this facility, you will be afforded the opportunity to engage in practices of your religious faith that is deemed essential by the faiths judiciary, as long as it does not interfere with the safe, secure and orderly running of this facility. All mothers and children will have access to religious resources, services, instruction and counseling on a voluntary basis. All faiths will be accommodated to the best of the facility's ability. Religious books and reading materials are available through the Chaplain.

A variety of religious services are available at this facility. The schedule of religious services is posted on the bulletin board in your suite area. Religious services may be held in the gymnasium or any other area in the facility that is deemed appropriate. Services are provided by the Chaplain at least once per week. Attendance at religious service is optional and open to all mother and children.

If you require religious services or privileges not provided, you must submit a resident request form to the Chaplain. Designated staff will consult with appropriate members of the religious community in assessing your request. Requests concerning religious property (i.e. written materials, clothing) should also be directed to the Chaplain.

If a religious diet is needed, you must submit a resident request form to the chaplain, stating your dietary needs. Every effort will be made to accommodate your religious needs, with respect to the safe, secure, and orderly running of this facility. The chaplain will develop the religious fast schedule for the calendar year. When a mother and/or child observe a public fast that is mandated by law or custom for all the fait adherents (e.g. Ramadan, Lent, Yom Kippur), the facility will provide a meal nutritionally equivalent to the meal(s) you missed. If you decide to fast for personal reasons, no special accommodations will be made for the meals missed. Requests for meals after a personal fast will be determined on a case-by-case basis.

## LEISURE LIBRARY

This facility has a collection of books for leisure reading available in the library. You are allowed to check out up to two books at any one time and keep them in your property to read. It is important that you take care of the books and return them on time so that other mother and/or children have the opportunity to read and enjoy them. The leisure library will be open seven (7) days a week between the hours of 8:00a.m.-8:00p.m. 

The cultural diversity of the current population has been carefully considered in soliciting donations of printed materials. A wide variety of subject matter and language is represented in the collection. All mothers and children will have access to computers with internet and e-mail access.

## COMPUTER LAB

Internet access/email access will be available to mothers and children daily from 8:00a.m. to 8:00p.m., seven (7) days a week. Computer lab usage is limited to a maximum of 30 minutes per person. There are prohibited internet sites in which you will not be allowed to visit.

## LAW LIBRARY



While here, you will have access to legal materials and be provided with a reasonable opportunity to prepare legal documents. Printing of documents can only be done in the English language; therefore you will have your printed documents checked by the Library staff before you depart the law library.

The Law Library is located in the program buildings of the facility. The law library will be open seven (7) days a week between the hours of 8:00a.m.-8:00p.m. and may be used on an as needed basis with no sign up sheets. It is equipped with legal reference materials, computers and writing material. If you require more than your allotted time in the Law Library, you must submit a resident request form explaining your need to the Law Library staff. If you state that the trial or asylum hearing demands extra time, you must show defensible evidence of the pending date for trial or hearing.

You can obtain copies of your legal materials, when such copies are reasonable and necessary for a legal proceeding in which you are involved. Ask the Law Library staff to assist you.

The number of copies to be filed with a particular court, combined with the number required for ICE records and at least one copy for your personal use will determine the number of photocopies required (usually one for the Judge, one for the Trial Attorney, one for your A-File and one for your records).

Requests of legal material will be denied if:
- The documents might pose a risk to the security and orderly operation of the facility.
- There are other legitimate security concerns.
- Copying would constitute a violation of law or regulation.
- The request is clearly abusive or excessive.

The Library staff will inspect documents offered for photocopying to ensure that they comply with these rules. However, staff will not read a document that is clearly related to a legal proceeding in which you are involved.

By submitting a Resident Request Form, you may be permitted to obtain assistance from other adult residents and/or children, with the mother's permission, in researching and preparing legal documents, except when such assistance may pose a security risk. Such assistance is voluntary; no adult resident or child will be allowed to charge a fee or accept anything of value for assistance. Illiterate, unrepresented and non-English speaking mothers and/or children will be provided with access to more than English-language law books, assistance in using the Law Library, and contacting Pro Bono legal assistance organizations, upon request.
ICE will not pay compensation to a mother or child for researching or preparing legal documents on behalf of another mother or child.

If you become aware that materials in the Law Library are missing or damaged, you should notify the Library staff or submit a Resident Request Form to ICE, stating what is damaged or missing. The same procedure applies to request legal references not already maintained.

The Law Library is comprised of (11) legal computer terminals for referencing legal research. Mothers and children will be able to use flash drives to save their legal work in a secure manner. A printer is also available in the Law Library for mothers and children to print their legal work. The mother or child may request access to a flash drive from the Law Library staff. Upon completion of the day's work, the mother or child will return the flash drive to the Law Library staff for safe keeping. Any mother or child needing assistance obtaining access to the computer lab may do so through the Law Library staff. No supervisor or staff member will read your documents beyond verifying that they are in reference to legal matters.

## NOTARY

Notary services are available upon request through the facility law library by submitting a resident request form. There is no cost to you. This service is available for individuals held in this facility only. Documents for friends, relatives or spouses will not be notarized.

## GRIEVANCES AND COMPLAINTS

When you have a complaint or grievance concerning some aspect of your detention at this facility, you should make every effort to resolve it informally, and at the lowest level possible. First, speak to your Resident advisor about your complaint. If the Resident advisor is unable to resolve the problem, you may request to speak to a supervisor or the Grievance Coordinator.

If unsatisfied with the outcome of the Informal Grievance Process, or if you simply want to make a formal complaint, you are free to do so. You also have the opportunity to receive additional assistance preparing your grievance by writing a Resident Request Form to the Grievance Coordinator, explaining your need. You may not file a grievance on behalf of another mother or child residing at this facility, except a parent on behalf of her child. You may obtain assistance from staff members, other adult residents or children (with the mother's permission) or outside sources such as members or legal representatives. You must file a Formal Grievance no later than five (5) days after the event or after the unsuccessful conclusion of an Informal Grievance.

### PROCEDURE FOR FILING A FORMAL GRIEVANCE
- Submit a written Grievance Form (you can obtain one from your Resident advisor) to the Grievance Coordinator by placing the form into a grievance box located in all suite dayrooms and dining hall area. Your complaint should cover only one subject (a single complaint) or the form will be rejected without review.

- If you feel the issue is sensitive or your safety may be in jeopardy, you may put the grievance in a sealed envelope, mark it "Sensitive" and it will be submitted directly to the Program Director as an Emergency Grievance. In that case, the grievance includes the reason for circumventing the chain of command.

- A Grievance Coordinator will attempt to resolve your complaint.  If unable to do so, they will notate your Grievance Form and submit it to the next higher level or to the appropriate department head.

- The responsible department head will provide you with a written response consisting of both the decision and the reasons for that decision.  If the outcome of this decision is unsatisfactory to you:

- You may appeal the decision to the Grievance Committee.  They will convene to study your appeal within five (5) working days.  (No one named in the complaint, involved in earlier resolution attempts or with helping prepare the grievance may participate).  You will be offered the opportunity to appear before the committee to present your case.  Within five (5) days of reaching a decision, you will be provided a written copy of the decision and the reasons for the decision.  If you are not satisfied with the committee's decision:

- You may appeal to the Program Director. The Program Director's decision is final**.**  You will be given a written copy of his decision and the reasons for it within five (5) days of receiving the appeal.

- A mother or child dissatisfied with the response may communicate directly with ICE by submitting a Resident Request Form and placing it into the box marked ICE located in the common areas. ICE staff may also be contacted during or after the schedule Town Hall and during the Staff Resident Communication scheduled visits that are conducted weekly.

**EMERGENCY GRIEVANCES**
An emergency grievance involves an immediate threat to a mother or child's safety or welfare. All facility staff is trained to appropriately respond to emergency grievances in an expeditious matter. Once a staff member approached by a mother or child determines that he is in fact raising an issue requiring urgent attention, emergency grievance procedures will apply. Translation services will be available upon request.  All mothers and/or children retain the right to submit an Emergency grievance through a Resident advisor or by depositing the emergency grievance in the grievance drop box.

The protocol for emergency grievance procedures will bring the matter to the immediate attention of the Program Director, even if it is later determined that it is not a true emergency and the grievance is subsequently routed through normal, non-emergency channels. You may present an emergency grievance directly to the shift supervisor. If the shift supervisor concurs that the grievance represents an emergency, it will receive the immediate attention of the Program Director.

**MEDICAL GRIEVANCES**
Grievance forms concerning medical care will be delivered directly to medical staff designated to receive and respond to medical grievances at the facility.  Designated medical staff will act on the grievance within five working days of receipt and provide you a written response of the decision and the rationale. The Health Service Administrator (HSA) will oversee all medical grievances.

## STAFF MISCONDUCT

If your complaint involves staff misconduct, you should notify any ICE Agent and submit your complaint in writing. You may also call the U.S. Department of Homeland Security, Office of the Inspector General (OIG) directly by dialing speed dial no. 518# or you can write to:

**DHS OIG HOTLINE**
**245 Murray Drive, SE**
**Building 410**
**Washington, DC  20538**

Staff will not harass, discipline, punish, or otherwise retaliate against you for lodging a complaint.  However, if you establish a pattern of filing nuisance complaints or otherwise abusing the grievance system, you may be identified as one for whom not all subsequent complaints have to be fully processed.

## GROUP LEGAL RIGHTS PRESENTATION

ICE permits attorneys, accredited representatives, and their legal assistants to make presentations to adult residents and children in ICE detention facilities to inform them of U.S. Immigration law and procedure.  You will be notified before a planned presentation and given an opportunity to attend.  Alternative arrangements will be made in the event you are under medical observation.  Some group legal rights presentations may include confidential individual counseling.  ICE will not provide interpreters for these presentations.

## LEGAL REPRESENTATION AND AID

You have the right to legal representation in your immigration case.  However, the attorney must be of your own choice and hired at your own expense.  ICE cannot assist you in contacting an attorney or obtaining legal representation, nor can we recommend one.  If you want an attorney, but cannot afford one, you may be able to obtain a representative from one of the organizations or individuals on the List of Free Legal Service Providers.  The list is posted on the bulletin boards in any of the residential dayrooms.  These individuals or organizations may agree to represent you free of charge, or for a small fee.  The Executive Office of Immigration Review (EOIR) updates the list every three (3) months. If you wish to see a representative from this list, it is your responsibility to contact them for an appointment.

Attorneys and/or paralegals may visit you seven (7) days a week from 8:00a.m until 8:00p.m., Including holidays.  If necessary, you will be given the option to meet with your attorney during scheduled meal times and at the conclusion of your legal visit you can retrieve your meal tray from the Resident advisor.  If you have made an appointment to meet with an attorney, legal representative or paralegal from an organization, legal firm, or other association or company, it is your responsibility to cancel the appointment if you do not intend to keep the appointment.  Appointment cancellations will not be accomplished on your behalf by, or through a Resident advisor or another adult resident or child.

## PRO BONO LIST AND SIGN-UP

The current list of pro bono legal organizations and individuals is posted on the bulletin boards located in any of the residential dayrooms.  This list contains names of people and organizations that can offer you legal help, some at reduced rates or, in some cases, no charge. Sometimes, these individuals or organizations ask us to post a sign-up sheet for you to request to see a representative from that organization.  You, as an individual or with a small group of adult residents or children, may also have the opportunity to meet privately with these legal representatives, consistent with security concerns.

## CONSULATE AND COURT SERVICES

You have the right, and are encouraged, to request assistance from the consulate of your country of origin.  They can help you with your case.  You have the right to contact your consular representatives and receive visits from your consulate officer.  These visits may take place during normal attorney visiting hours or with special permission from the Program Director.  These visits are also private, like meeting with legal representatives.  If you are unable to, or are having trouble contacting your consulate, you may request assistance by sending a Resident Request Form to ICE.

Depending on your type of removal case, you may be scheduled for a hearing/court date.  If you would like to find out your initial court date, you may call the Immigration Court by dialing speed dial no.  111#.  You will need your Alien Registration Number (A No.). (Please be aware that it takes approximately five (5) to ten (10) working days after arrival at this facility for your case to be scheduled for an initial hearing).

## MOTHERS OR CHILDREN SUBJECT TO EXPEDITED REMOVAL

If you are subject to expedited removal and have been referred to an asylum officer, you are entitled to consult with anyone you choose before the interview while the officer's decision is under review.  This includes, friends, legal representatives, members of nongovernmental organizations (NGOs), etc.  These consultations are to be private, just like meetings with attorneys.  You may also have these persons with you during the asylum officer's interview and during an immigration judge's review of a negative credible fear determination if the judge allows it.

## RESTRICTED AREAS

All mothers and children residing at this facility are restricted from entering the maintenance area.

All mothers and children residing at this facility are unauthorized to congregate around the following doors:
- Door 708A which is located at the end of the walkway next to the dining hall
- Door 707A which is located at the end of the walkway next to the medical area
- The Red Double Doors located in both Courtyards next to the soccer field and the basketball court

# MEDICAL ORIENTATION AND HEALTH INFORMATION

**WELCOME!**
The medical clinic will provide quality medical care if you have a serious medical problem.
Medical staff also cannot answer any questions about your case, your court date or your legal situation. Ask your deportation officer these questions.

## GENERAL OVERVIEW OF SERVICES WE PROVIDE

**ARRIVAL**
Soon after you arrive, we will ask you some medical questions and will give you a chest x-ray or tuberculin test to see if you have been near someone who has had tuberculosis. For females ages 12 years and older a pregnancy test will be performed. This is important for the health and safety of everyone.

**PHYSICAL EXAM**
Within the first 7 days of your stay here, you will receive a physical exam. All minors will receive a physical examination within 24 hours.

**SICK CALL**
If you are sick, you can request to be seen in the medical clinic. In order to receive this care, you will fill out a sick call request form. If it is an emergency situation notify facility staff to be directed to medical.

**EMERGENCY SERVICES:**
If you are feeling overwhelmed, or have thoughts of hurting yourself, or feel like you might hurt someone else, let a staff member, Resident advisor or a medical staff member know immediately and you will be seen. Immediately upon becoming aware that you or another resident has an emergency situation, notify a Resident advisor who will contact the medical department who will determine a course of action.

**ADDITIONAL SERVICES**
If needed, other services may include medications, immunizations, lab tests, x-rays, education and counseling, and regular appointments for serious medical conditions.

**MEDICAL COMPLAINTS/GRIEVANCES**
If you are not happy with the care you receive, talk to the medical provider. Remember that some types of care or services are not available. If you are still unhappy and it is care that the facility provides, you have the right to complete a grievance form. If you can't find the form in the clinic, ask any detention officer/Resident advisor  or medical staff to get you the form.

**EMOTIONAL DIFFICULTIES**
It is normal to feel emotions like sadness, depression, anxiety, nervousness, anger and fear in this environment. It is also normal to have problems sleeping. Try to remember that you will not be in detention forever. Think about ways to keep busy, to stay calm, and to stay healthy. Read, talk to people, play a game, exercise, go to religious activities, or practice some relaxation techniques. A medical provider can give you some information on stress management.

**MEDICATIONS**
- Do not share medications with others.
- If your medicine is causing you problems such as a rash, itching, trouble breathing or diarrhea, let any staff member or the medical staff know immediately, and stop taking the medicine.
- Keep your medicine with you at all times. Do not lose your medication.

**PROPER SHOES AND CLOTHES**
- Wear your shoes at all times. If you are wearing closed shoes, wear socks if you have them.
- Wear your shower shoes in the shower **ONLY**. Shower shoes will not be worn outside the suite area.
- Wear proper clothing for the weather.

**TOILET USE**
- Do not stand on the toilet. Sit on the toilet seat and flush the toilet after using it.
- Put all used toilet paper into the toilet then flush.

## HAND WASHING

- Germs can make you sick, and germs can be passed through hand contact.  Washing your hands will help keep you from getting sick.
- Make sure you run the water in the sink and use soap to wash your hands.
- Wash each finger and rub your hands together, washing both sides of your hands with soap and water. Clean under your finger nails also.
- Wash hands before eating, after going to the bathroom, after playing or working outside, or after being near a sick person.

## SHOWERING/PERSONAL CARE

- Take a shower every day and use soap and water.
- Bathe only in the shower; do NOT bathe in the sinks. Don't urinate in the shower.
- Use the sinks to wash your hands or face, to shave your face, or to brush your teeth.
- Do not shave your head or private areas.  Do not share your razor with others.
- Do not pierce any part of your body.
- Use a deodorant every day.
- Do not leave any clothes in the bathroom.

## BED SAFETY

- Do not jump down from the top bunk or up to the top bunk.
- Take your time when getting into and out of bed.  Make sure you step on a solid area of the floor with the large portion of your foot.
- Lower your head when getting out of bed if you sleep on a lower bunk.
- If you fall out of bed at any time notify the Resident advisor so that you can be examined in the medical clinic.

## GOOD HEALTH

- In hot weather, stay in the shade during the hottest part of the day and drink lots of water throughout the day.
- If your urine is very dark, you probably aren't drinking enough water, so drink more.
- Eat 3 good meals a day.  Be sure to eat fruits and vegetables. Don't eat too much candy.
- Try to exercise at least 30 minutes every day.  Play sports, walk around, run in place or do pushups.  If you haven't exercised in a long time, do some light stretching or slow jogging to warm up and prevent injuries.
- Try to sleep at least 8-10 hours a night.
- Cover your mouth with your hand when you cough or sneeze and do not spit on the ground or floor.  This spreads germs that can make other people sick.

## DENTAL CARE

- Brush your teeth after every meal, if possible, and before going to bed.
- Always brush up and down – never across.
- Always brush your back teeth; and gently brush your tongue.
- If you are having dental pain, or swelling, you will use the sick call process to get help.
-  Routine care like dental cleanings will not be done unless you are here for more than 12 months.

## GENERAL SANITATION

- If you brush your hair over the sink, remove any fallen hairs from the sink.
- Throw trash into the garbage cans. Don't throw it on the floor.
- Do not leave crumbs from food in your suite area because it will bring ants and other insects.

## NON VIOLENCE

This facility has a zero tolerance for any type of physical or sexual abuse.  If someone physically or sexually assaults you, tell a Resident advisor, staff member or medical staff immediately. Disciplinary measures will be taken against anyone who physically or sexually assaults someone else in the facility.

## GETTING ALONG WITH OTHERS

You have to share living space with a lot of people so it is important to be considerate and to recognize that others are different. Don't be so loud that others can't enjoy their activities.  Be quiet at night so other people can sleep.  Avoid people who like to cause problems or fight.

**LIVING WILLS AND ADVANCED DIRECTIVES**

As a resident at this facility you have the right to initiate a Living Will or an Advanced Directive. These forms are available through the Medical Clinic at this facility. The guidelines and forms used are set forth by the State of Texas. Your private attorney may assist you in the preparation of these documents.

**DEALING WITH STRESS**

Stress is a normal part of life. But stress becomes a problem when you feel so upset that you are not able to work, or sleep or get along with others. You can tell when you have too much stress by how your body and mind react.



**PHYSICAL SIGNS OF STRESS**

You can have physical problems when you have a lot of stress. You may think you are ill or have a serious disease, but it may just be a problem with stress.

- Tiredness
- Stomach problems
- High blood pressure
- Muscle aches
- Diarrhea
- Weight gain
- Sleep problems
- Ulcers
- Weight loss
- Headaches
- Nausea
- Trouble breathing
- Constipation
- Vomiting
- Shaking

**EMOTIONAL SIGNS OF STRESS**

You can also have emotional or mood changes when you feel stress.

These include:

- Feeling sad
- Feeling nervous
- Worrying too much
- Having problems remembering things
- Feeling angry all the time
- Feeling like you are nothing
- Having problems thinking or getting work done
- Over-reacting to small things
- Feeling out of control

**BEHAVIORAL SIGNS OF STRESS**

You also may do different things when you are feeling very stressed. These things may include:

- Avoiding people
- Yelling or screaming
- Getting into accidents
- Losing your temper
- Not showering, shaving or brushing your teeth
- Not caring about other people
- Fighting with or hurting people
- Not going to work or school

**WHAT YOU CAN DO TO LOWER YOUR STRESS**

**DEEP BREATHING**

Take a deep breath in slowly through your nose. While you are doing this slowly count to five (but not out loud – just to yourself.) Make sure you are breathing deeply and pushing out your stomach, not your lungs. Put your hand on your stomach and you should feel it pushing out. Now, slowly let out the air (exhale) through your mouth for a count of five. Picture the air emptying out of your stomach until it is completely gone. Do this ten times. (Make sure to keep your shoulders and head relaxed when you are doing this.)

**MEDITATION**

Sit or lie in a comfortable position. Close your eyes and breathe deeply. Let your breathing be slow and relaxed. Focus all of your attention on your breathing. Your chest and stomach should move in and out. Don't let your mind think about anything but your breathing. As you breathe in, say the word "peace" to yourself, and as you breathe out, say the word "calm". Say the words

"peace" and "calm" slowly so that it takes you the entire breath to say it.  Do not breathe in and out too quickly.  Keep doing this until you feel very relaxed.

**MUSCLE RELAXATION**
**(If you have muscle/joint problems, don't tense that part of your body.)**
Lie on your back or sit in a comfortable position.  Let your arms rest at your sides, palms down, on the surface next to you or on your legs.  Breathe in and out slowly.  Close your eyes.  Squeeze your hands by making a tight fist and keep it tight for 15 seconds.  You should squeeze tight enough to feel some tension, but not so tight that you hurt yourself.  While you are making this fist, make sure the rest of your body is relaxed.  With your eyes closed, try to see in your mind your fist becoming tighter.  Then relax and stop making a fist.  You will do this with all of the parts of your body listed here and you will do this in order from your head to your toes:  face, shoulders, back, stomach, legs, feet, and toes.  Hold each part tensed for 15 seconds and then relax your body for 30 seconds before going on to the next part.  When you are done, shake your hands and picture the remaining tension leaving through your fingertips.

**You can try the following activities:**
- Go to religious activities or read spiritual or religious books.
- Make sure you sleep for 8-10 hours a night
- Work, if it is possible while housed here.
- Work on things to help your legal situation, such as reading legal material or ask your  to send you documents you need.
- Eat only healthy food and don't eat too much sugar.
- Try to exercise at least 30 minutes every day.
- Watch TV shows that make you laugh.
- Try to learn English if you don't already speak it.   Ask someone to teach you some phrases.

**You can think more positive and hopeful thoughts.**
- Remember that you won't be here forever.  You will leave here.
- Don't guess what will happen and don't expect the worst.  Think only about what the facts are.
- Remember that we all make mistakes.  It doesn't mean you are a failure.  Don't beat yourself up!
- Think about all the reasons you have to be happy.  (For example, you have your  and friends who care about you, you are safe, you have food, you are healthy, etc.)
- Stop any thoughts that make you feel worse.  Think about what you would tell a friend if they had this thought so that they feel better.  Be your own friend and tell yourself the same thing.
- You have control over your thoughts and only you can change them.
- Don't worry about little things.
- Other people have opinions, but that doesn't mean they are true or that you have to believe them.
- Try to look at the situation as a chance to learn more about yourself and to realize that you can handle problems.
- Think about what you can do to make things better TODAY.  Worry about the future tomorrow.

 **KARNES COUNTY RESIDENTIAL CENTER**

## PHONE SYSTEM INSTRUCTIONS

➢ Upon your arrival, the Intake staff will issue you a PIN number. This pin number will be active throughout your stay at Karnes County Residential Center.

➢ To activate your pin, you need to have access to the resident telephone system in the assigned suite area.

➢ All residents are required to setup a voice password prior to completing their first phone call. This system is designed to make sure no other resident can access your prepaid account. **Prepaid accounts are your responsibility; you must protect your Voice Biometrics in order to protect your funds.**

**VOICE BIOMETRIC SET-UP**
1. Enter (1) for English or (2) for Spanish. Enter your PIN. The system will prompt you to enroll your voice password.
2. State your full name and the facility name *(Karnes-ICE)* slowly and clearly, each time the system asks until it states the enrollment is completed. This could take up to 10 times.
3. Repeat your name and facility *(Karnes-ICE)* the same each time you make a call. (You must say this exactly the same each time).
4. If you believe your recording is not matching, you can request a reset.
5. A reset will be done within 2 hours as long as:
   a. You have not completed a call using general funds in the last 72 hours.
   b. The name, facility and voice match the original recording.

➢ **Once activated, you are entitled to an initial three (3) minute free phone call <u>within</u> seventy-two (72) hours of your arrival at the facility.**

**PURCHASE PHONE MINUTES – 411#**
- Enter (1) for English or (2) for Spanish.
- Enter your PIN.
- **Enter 411# to order phone time.**
- Enter amount.

<u>**THREE (3) WAY CALLS ARE NOT PERMITTED AND WILL BE BLOCKED**</u>

**(Blocked numbers can be "unblocked" once /friends pay a $25 fee plus adding $25 in Pre-Paid credit.)**

<u>Call Acceptance Prompts</u>
<u>(This is what the receiving party hears)</u>

**PREPAID, FREE, COLLECT**
This is an Intel-mate automated operator with a [PREPAID, FREE, COLLECT] from [INMATE'S NAME] at [FACILITY NAME]. This call is subject to recording and monitoring except for privileged communications between an attorney and client.  Press one or star to accept this call.  To deny this call press (2), or (3) to block all future calls from this inmate. Thank you for using Talton Communications.

**ADVANCE PREPAY**
This is a free one minute call from [RESIDENT'S NAME] at [FACILITY NAME].  Your phone does not accept collect calls. Talton as a courtesy has provided this call for friends and .  You cannot receive additional calls from this inmate until you set up a prepaid account.  We can take your credit or debit card information over the phone and connect you immediately back to your call. This call is subject to recording and monitoring except for privileged communications between an attorney and client.  Press (1) or * to accept this call.  To deny this call, press (2), or (3) to block all future calls from this inmate.  Thank you for using Talton Communications.



### CUSTOMER SERVICE FOR RESIDENT PHONE ISSUES – 211#

Residents may leave a voicemail for customer service by entering their pin number & dialing 211#. **Please note at this time you will not hear a response to your request; however, the phone company will receive your request and respond to you. Hang up after to leave your message!** Please allow up to 2 hours, then check one of the available phones, enter your PIN and listen for a voice mail response to the problem you called in previously.

**1) DROPPED CALLS:** Please dial **211#**, and then press one (1) AND FOLLOW THE PROMPTS to report a dropped call.
- **Collect Calls:** Lost or dropped calls will be credited as one free call (equal to the number of minutes lost) to the phone number dialed.
- **Resident Prepaid:** A credit for lost calls will be added to the resident's prepaid account and may be used to make future calls. The credit will equal the minutes lost.
- **Friends & Prepaid:** Lost calls will be credited to the friends and prepaid account. The next call to the phone number will be free for the number of minutes lost.

**2) GENERAL PHONE ISSUES: Please dial 211#, then press two (2) AND FOLLOW THE PROMPTS to report any other issue you may have concerning your ability to complete a call or a problem with the telephone equipment. If a particular phone is "out of order," go to a working phone and follow the procedures above. Identify the phone number located above the keyboard (ex. 4) and state the suite area (ex. B-1), and then hang up. You do not need to state your name. Notify the Resident advisor if a phone is out of order. <u>Normally</u>, phones will be repaired within 48 hours, once Talton is aware of the problem.**

**3) VOICE RESET REQUEST:** Please dial **211#,** then press (3) AND FOLLOW THE PROMPTS to report a voice verification error. The system will ask you to listen to your voice recording and re-record it several times to obtain a match. If no match, a report will go to customer service, who will review the recordings, verify it is the authorized person requesting the reset and that they qualify for a reset. You will not be able to reset your voice if you had a successful call within 72 hours.

**VOICE MAIL** - Each resident has a personal voice mailbox accessible by entering the PIN number.
- Residents receive automated voice mail message when a person purchases prepaid on their behalf.
- Customer sends pre-recorded messages to residents in response to an issue reported via 211#
- Friends and can also leave residents a 3-minute voice mail message for a small fee paid by .

**PREPAID CALLING FOR FRIENDS AND FAMILY** - Friends & family can set up a prepaid account for you.
- Talton Customer Service at 1-866-348-6231
- **www.talton.net** website
- Lobby KIOSK (Cash and Credit)

**REFUNDS**

➢ Once released, if you purchased your own phone time and have credit of $50 or less remaining on your account, you can call 541-889-8900 (international) or 866-348-6231(domestic) to obtain a PIN for a phone card you can use where you live, at a rate equal to the rates posted inside facility.
➢ Once released, if your /friends purchased phone time for you, they can call the customer service number (1-866-348-6231) and arrange for a credit to their account.



**THREE-WAY CALL ATTEMPTS**

Three way calling is when an inmate calls an approved number, then the called party uses a conference call feature to patch into another line and bring a third party onto the call. Another method used to facilitate a 3-way call is calling a number with a second phone and using speakers to allow the two parties to converse.

**3-WAY CALLING IS STRICTLY PROHIBITED**   There are a number of reasons why these calls are not allowed, including, but not limited to, protecting victims, limiting contact with known criminals and not allowing expensive, long-distance calls to be chain-dialed through a local call.

The Intelmate system monitors the audio files to look for indications that a third party is attempting to join the call.  The indication may be a request to call a third party, the presence of dial tone or the sound of a phone ringing. If the system feels there may be an attempt, it will flag the call for review.

### Verification
All calls suspected as a 3-way call or 3-way attempt are listened to in order to determine whether there is a third party on the line or an attempt to bring a third party into the call was made.  We obviously only want to block legitimate violations of this policy because we are in the business of allowing inmates to make phone calls!

This determination is very much a judgment call and is taken very seriously.  Some indications that an inmate is attempting to complete a secondary call are as follows, but these rules are not absolute in determining a violation.  If the reviewer is not sure, the call should be referred to their supervisor.  If there is any doubt, the call ***should not be blocked***.
- The inmate asks the destination party to call someone for them.
- Dial tone can be heard on the recording.
- A phone is ringing on the audio file.
- There is a long silence on the call.

### Unblocking a 3-Way
All legitimate 3-way calls are blocked, but it is understood that sometimes a called party may not be aware of this rule. If an inmate's friend or  member contacts us because their number has been blocked, we have the ability to unblock it under these circumstances as a one-time forgiveness.
- The destination party clearly understands that facilitating a 3-way call is strictly prohibited.
- They realize that their number will only be unblocked once and any future violation will cause their number be blocked again and remain blocked in the Intelmate system.
- The owner of the blocked number is able to pay the unblocking fine of $25.00 and purchase or already have a minimum of $25.00 of prepaid minutes for the on the number's account.
- Their number should not be unblocked if our records indicate that they have attempted or completed a 3-way call for more than one inmate.  The reason for this policy is that if multiple inmates are asking them to do this for them, they may be transferring calls as a business rather than a one-time misunderstanding of the rules.
- Prior to unblocking, research notes to ensure that a prior unblock has not occurred.

### Process a call flagged for a suspected 3-way call
A trained representative will review each recording and verify whether or not a 3-way was attempted or completed reviews during the course of the call.
- If it is confirmed that the 3-way took place or was attempted, the 3-way flag is changed from Suspected to Confirmed and the number is automatically blocked.  A note is added to the call, which states the number of seconds into the call where the 3-way was found.  This note also identifies who processed the call.
- If it is confirmed that no 3-way was involved, the flag is changed from Suspected to Cleared and the number is not blocked.

**What do the terms "In custody" and "Not in custody" mean?**

**"In custody"** means the individual is currently in one of ICE's detention facilities. The ODLS will provide the name of the detention facility where the resident is located and information about contacting or visiting that facility. The ODLS will also provide the contact information for the ERO office responsible for the resident's case.

**"Not in custody"** means the individual was released from ICE custody within the last 60 days and is not in one of ICE's detention facilities. This means the resident may no longer be in the United States, or may have been released from ICE custody.

**Who is not in the ODLS?**

The ODLS does not provide location information about everyone in ICE custody. Safety, security, and agency discretion prevent some individuals from appearing in the ODLS. For example, juveniles (residents under the age of 18) do not appear in the system. Also, some individuals may not be entered into the ODLS immediately after they are detained, depending on processing and upload time.

**I have found who I am looking for. Now what do I do?**

If you have found the resident you are looking for, you should contact the facility using the information provided to confirm the resident is there since the information in the ODLS could be up to 8 hours old.

If you decide to visit the resident, you should contact the detention facility ahead of time in order to confirm their visiting hours and rules. You will also need to bring government-issued photo identification if you visit the facility.

**I still have more questions. Where should I go?**

There are more frequently-asked questions (FAQs) on the ODLS website: http://www.ice.gov/locator.

**What is the Online Resident Locator System?**

The Online Resident Locator System (ODLS) is a public system available on the Internet that allows members, legal representatives, and members of the public, to locate immigration residents who are in ICE detention. To use the ODLS, please visit http://www.ice.gov/locator.

Previously, the only way to determine a resident's location was by contacting an ICE Office of Detention and Removal Operations (ERO) office. As part of detention reform, ICE has deployed the ODLS so that  members and attorneys can locate residents more easily online, 24 hours a day, seven days a week. The system is also available in Spanish, with more languages to come.

**How does a  member or an attorney conduct a search to find an immigration resident?**

You can search the ODLS in two ways:

**1. By Resident Registration Number (A-Number) and country of birth.**

The best way to search the system is by using the resident's A-Number and country of birth. The A-Number is the nine-digit identification number that is assigned to a person who applies for immigration benefits or is subject to immigration enforcement proceedings. The nine-digit A-Number may begin with zeros. A-Numbers are unique and are assigned one per person. The A-Number can be found in the top right corner of the Notice to Appear (NTA), Form I-862. Along with the A number, you need to input the resident's country of birth, or



*How Do I Locate Someone in Immigration Detention?*

## ONLINE RESIDENT LOCATOR SYSTEM
### www.ice.gov/locator

**2. By last name, first name, and country of birth.**

If you do not have the resident's A-Number, you can search the system using a resident's first and last name and country of birth. If you are unsuccessful in your search, consider entering variations of the resident's name.

**Do I have to know exactly how to spell a resident's name?**

Yes. The ODLS performs an exact-match search. This means that in order to find a resident, you must enter the person's exact A-Number or their first and last name as it appears on his or her detention record. If you accidentally type an individual's information incorrectly, the system may not give you the correct result.

For example, a search for "Robert Smith" will not return a detention record for "Robert Smyth" or "Bob Smith."

When you search using an A-Number, only one record will appear in the results, because every person has a unique A-Number.  However, when you search using a person's name, many records may appear in the results if a lot of residents share the same name and country of birth. When many records appear, look for the resident's year of birth, which will also be listed in the results, or search using the resident's A-Number.

**What should I do if I still can't find anything after a search?**

The ODLS only has information for residents who are currently in ICE custody or who were released from ICE custody within the last 60 days. If you are unable to locate a resident in the ODLS who is in ICE custody or was released from ICE custody within the last 60 days, please contact the appropriate ICE ERO field office. http://www.ice.gov/about/ERO/contact.htm provides a list of the various ERO field offices and their contact information.

*46*

# KEEPING CHILDREN SAFE



## Reporting Abuse and Neglect

Texas law requires caregivers to report suspected child abuse or neglect to the Texas Department of Family and Protective Services or law enforcement. Call **1-800-252-5400** to make confidential reports. Failure to report suspected abuse or neglect is a crime. Employers are prohibited from retaliating against caregivers who make reports in good faith.

### Protecting Children

Shaken Baby Syndrome is the result of violently shaking young children. Injuries can include brain swelling and damage, subdural hemorrhaging, mental retardation and death. **NEVER SHAKE A BABY!**

**Sudden Infant Death Syndrome,** or SIDS, is the unexplained death of a sleeping baby. Always place infants to sleep on their backs on a firm surface, free from soft items such as quilts, pillows or toys.



### Keeping Children Healthy

Protect children from illness and disease:

- Wash your hands and children's hands often.
- Immunize children.
- Keep ill children at home.
- Learn CPR and First Aid.
- Make sure that children drink plenty of water.

- Discuss special-care needs with caregivers.
- Learn more about childhood diabetes, which impairs a body's ability to regulate blood sugar levels, and other medical conditions from your child's health-care provider.

**Texas Department of Family and Protective Services**
**www.dfps.state.tx.us**

\* Texas Family Code, Title 5. The Parent-Child Relationship and the Suit Affecting the Parent-Child Relationship, Subtitle E. Protection of the Child, Chapter 261. Investigation of Report of Child Abuse or Neglect, Subchapter B. Report of Abuse or Neglect; Immunities

*48*

HESTER DECLARATION

EXHIBIT 2

# MANUAL RESIDENCIAL

# CENTRO RESIDENCIAL DEL CONDADO DE KARNES



# Karnes City, Texas

## Octubre 2015

## TABLA DE CONTENIDO

DERECHOS Y RESPONSABILIDADES DE LOS RESIDENTES ................................................. 3

BOLETO PARA MOVIMIENTO LIBRE ........................................................................................ 7

RELACIONES INAPROPIADAS CON EL PERSONAL ............................................................... 8

INGRESO INICIAL ...................................................................................................................... 8

PROPIEDAD .............................................................................................................................. 10

CONTRABANDO ....................................................................................................................... 11

ARCHIVO "A" Y ARCHIVO DE DETENCIÓN .......................................................................... 18

NORMAS DE COMPORTAMIENTO .......................................................................................... 18

PROHIBICIÓN DE FUMAR ....................................................................................................... 18

LAS CONDICIONES DE VIVIENDA ......................................................................................... 19

LA HIGIENE PERSONAL .......................................................................................................... 20

PROGRAMA DE TRABAJO VOLUNTARIO PARA RESIDENTES ........................................... 21

SIMULACROS DE EVACUACIÓN ............................................................................................ 22

CENSO ...................................................................................................................................... 22

COMIDAS .................................................................................................................................. 23

ROPA/REGLAS DE VESTUARIO ............................................................................................. 24

SERVICIOS DE ATENCIÓN MÉDICA ...................................................................................... 25

PREVENCIÓN DE SUICIDIOS ................................................................................................. 26

CONOCIMIENTO SOBRE LOS ASALTOS SEXUALES .......................................................... 27

COMUNICACIÓN ENTRE PERSONAL Y RESIDENTE / FORMULARIOS DE SOLICITUD PARA RESIDENTES ............................................................................................................................ 29

VISITACION .............................................................................................................................. 31

CORREO Y CORRESPONDENCIA ESPECIAL ....................................................................... 34

SOLICITUD DE MATRIMONIO ................................................................................................. 37

TELÉFONOS ............................................................................................................................. 37

ACTIVIDADES E INSTALACIONES DE RECREACIÓN ........................................................... 40

SERVICIOS FINANCIEROS ...................................................................................................... 41

SERVICIOS RELIGIOSOS ........................................................................................................ 41

BIBLIOTECA DE MATERIAL RECREATIVO ............................................................................ 42

BIBLIOTECA LEGAL ................................................................................................................. 42

QUEJAS Y RECLAMOS ............................................................................................................ 44

PRESENTACÍON SOBRE DERECHOS LEGALES .................................................................. 45

REPRESENTACIÓN Y ASISTENCIA LEGAL ........................................................................... 46

SERVICIOS DEL CONSULADO Y EL TRIBUNAL ................................................................... 46

ORIENTACION MEDICA Y SALUD .......................................................................................... 48

CENTRO RESIDENCIAL DEL CONDADO DE KARNES .......................................................... 53

INSTRUCCIONES PARA EL SISTEMA TELEFÓNICO ............................................................ 53

**INTRODUCCION**

Usted está detenido en el Centro Residencial del Condado de Karnes por parte del Servicio de Inmigración y Aduanas (ICE por sus siglas en Ingles) oficina de operaciones de cumplimiento y remoción pendiente del resultado de su caso de deportación. Nos damos cuenta de que ser detenido en un país extranjero puede ser una experiencia confusa. La misión del Centro es permitir a las familias a permanecer juntos estando bajo custodia del ICE en el entorno menos restrictivo posible, mientras que la aplicación de las normas necesarias para garantizar la seguridad y el bienestar de los residentes y el personal por igual. Las decisiones sobre cuestiones relacionadas con la inmigración y cualquier determinación para liberar los residentes del Centro o retirar los de los Estados Unidos es responsabilidad del ICE, no el Centro Residencial de Familia de Karnes. La Unidad de Gestión Juvenil y Residencial (JFRMU) supervisa la actividad en este centro. JFRMU es una unidad dentro de EE.UU. de Inmigración y Aduanas, y es responsable de todas las operaciones en las que se alojan las familias bajo costodia de ICE. El JFRMU y el ICE monitor de servicios de detención (DSM) en este sitio es responsable de la supervisión de la salud, la seguridad, y la seguridad de los residentes residiendo aquí. Este oficial asegura que el Centro está en conformidad con las normas federales en relación a una variedad de temas, incluyendo el servicio de alimentos, saneamiento, atención médica, visitas, y los derechos legales. El propósito de este manual es explicar las reglas específicas, reglamentos, políticas y procedimientos que usted debe de seguir mientras reside en este Centro.  El manual también le dará una visión general de los programas y servicios ofrecidos mientras  reside en este centro, aprobado por el Servicio de  Inmigracion y  Aduanas (ICE por sus siglas en Ingles)

Mientras esté aquí, usted es responsable de sus acciones.  Por lo tanto, es su responsabilidad familiarizarse con el contenido de este manual.  Nuestro objetivo es mantener un ambiente seguro y ordenado mientras resuelve sus asuntos de inmigración. Es importante que usted este familiarizado con las reglas y dispuesto a cumplir con ellas para asistirnos y para que usted complete su proceso de inmigración lo más pronto posible. Por favor, familiarícese con la información de este manual y, en caso de que tenga alguna pregunta, diríjase al personal de la institución. Si tiene alguna inquietud sobre la seguridad o la calidad de la atención médica dentro de la institución, llame a "The Joint Commission" al (630)792-5800, marcación rápida 9089# o envíe un correo electrónico a www.jointcommission.org.

El Centro Residencial de Familia del Condado de Karnes, en la Cuidad de Karnes City, Texas, es un centro residencial operado por el Grupo de GEO bajo contrato con el Condado de Karnes y Inmigración.

**DIRECCIÓN POSTAL**

| **Correspondencia para Residentes:** | **Administración del GEO:** | **Oficina del ICE:** |
|---|---|---|
| Karnes County Residential Center | Karnes County Residential Center | I.C.E. |
| Su Nombre completo | Administrador del Centro | Oficina de |
| Su número "A" | 409 FM 1144 | Assistant Field Office Director |
| 409 FM 1144 | Karnes, TX. 78118 | 409 FM 1144 |
| Karnes, TX 78118 | | Karnes, Texas 78118 |

**DERECHOS Y RESPONSABILIDADES DE LOS RESIDENTES**

Es la política del Centro Residencial de Familia del Condado de Karnes de tratar a **TODOS** los Residentes con dignidad y respeto y tambien manteniendo un centro seguro y sanitario.  A cambio,  se espera que le de al personal de el centro, su cooperación durante su estancia. Mientras que en la custodia del ICE usted tiene los siguientes derechos y  se espera que usted reconozca  las responsabilidades adjuntos con estos derechos.

- Tiene derecho a estar informado sobre las reglas, procedimientos y horarios referentes al funcionamiento de la facildad en la que está detenido.
  ***Usted tiene la responsabilidad de conocerlos y cumplirlos.***

- Usted tiene derecho a la libertad de pertenecer a cualquier religión y a rendir culto religioso de forma voluntaria sin afectar perjudicialmente a los demás o al orden y la seguridad de el centro.
  ***Usted tiene la responsabilidad de reconocer y respetar los derechos de otros grupos y/o creencias religiosas.***

- Usted tiene derecho a no ser discriminado por su raza, religión, nacionalidad, sexo, discapacidad u opiniones políticas.
  ***Usted tiene la responsabilidad de informarle a cualquier personal de este centro acerca de cualquier incidente inmediatamente.***

- Usted tiene derecho a recibir un cuidado razonable de salud. Usted tiene derecho a vivir en condiciones aceptables de detencion, por lo que incluye, comidas nutritivas, ropa, ropa de cama adecuada, un horario regular de lavandería, la oportunidad de bañarse con frecuencia, ventilación apropiada para el ingreso de calor y aire fresco, un período regular de ejercicios, y productos higienicos.
  ***Usted tiene la responsabilidad buscar el cuidado medico si es necesario, no desperdiciar comida, respetar los horarios de lavandería, mantener la higiene adecuada, y mantener las áreas de estar limpias y ordenadas.***

- Usted tiene derecho a recibir visitas de su familia y amigos, de acuerdo con las reglas y horarios de este centro.
  ***Usted tiene la responsabilidad comportarse apropiadamente durante las visitas y no aceptar ni pasar contrabando.***

- Usted tiene derecho a recibir asesoramiento legal de parte de un abogado de su preferencia, a través de entrevistas y correspondencia, sin costo alguno para el Gobierno de los Estados Unidos. Usted tiene el derecho de comunicarse con su consulado o embajada y contar con esos funcionarios a traves de llamadas y visitas durante su estancia en este centro.
  ***Usted tiene la responsabilidad obtener los servicios de un abogado.***

- Usted tiene derecho al acceso confidencial e irrestricto por correspondencia a su abogado y los tribunales.  Usted tiene el derecho de coresponder con personas o organizaciones.
  ***La presentación de su caso es su responsabilidad, luego de consultarlo con su abogado.***

- Usted tiene derecho a usar los materiales de referencia de la biblioteca legal para ayudarle a resolver problemas legales. También tiene derecho a recibir ayuda, cuando esté disponible, a través de un programa de asistencia legal.

*Usted tiene la responsabilidad usar dichos recursos de acuerdo con los procedimientos y horarios dispuestos, y respetar los derechos de los otros Residentes con respecto al uso de los materiales.*

- Usted tiene derecho a una audiencia administrativa antes de que un Juez de inmigración determine su situación legal en los Estados Unidos, dependiendo de los hechos y circunstancias particulares de su caso. Para determinar su situación legal en los Estados Unidos pueden aplicarse procedimientos alternativos de repatriación (según lo autorizado por la ley).

  *Usted tiene la responsabilidad buscar y disponer evidencia para su defensa.*

- Usted tiene derecho a solicitar su salida voluntaria si es legalmente elegible, antes de que se lleve a cabo una audiencia; sin embargo, si solicita su salida voluntaria, renuncia a su derecho a una audiencia.

  *Usted tiene la responsabilidad de informarle a un oficial del ICE que solicita su salida voluntaria.*

- Puede ser autorizado para salir bajo fianza hasta la fecha de su audiencia administrativa.

  *Usted tiene la responsabilidad de concertar los medios de pago de su fianza*

- Usted tiene derecho a una gran variedad de materiales de lectura educativa y para su propio gusto.

  *Usted tiene la responsabilidad de usar estos materiales para beneficio personal, sin privar a los demás de los mismos derechos de uso de dicho material.*

- Usted tiene derecho a participar en un programa de trabajo, siempre y cuando usted cumpla con los criterios, hay recursos disponibles, y de acuerdo con sus intereses, necesidades y habilidades.

  *Usted tiene la responsabilidad de aprovechar las oportunidades laborales y actividades que pueden ayudarle a vivir mejor dentro de el centro. Se espera que usted respete las regulaciones que rigen el uso de dichas actividades.*

- Usted tiene el derecho a la protección contra el abuso personal castigo corporal, uso excesivo e innecesario de la fuerza, lesiones personales, enfermedades, daños a la propiedad, y el acoso.

  *Usted tiene la responsabilidad de reportar cualquier abuso, mala conducta o comportamiento que es cuestionable o degradante.*

- Usted tiene el derecho de perseguir quejas de acuerdo con los procedimientos escritos indicados en este manual.

  *Usted tiene la responsabilidad de familiarizarse con los procedimientos de queja.*

- Usted tiene el derecho a disfrutar de las actividades y la programación ofrecida a usted por KCRC.

  *Usted tiene la responsabilidad de cumplir con las normas que rigen el uso de este tipo de actividades y programas.*

- Los niños en edad escolar tienen el derecho de asistir a la escuela y recibir instrucción igual a la de sus compañeros.

  *Usted tiene la responsabilidad de asegurar que los niños asistan a la escuela y estudiar para el trabajo en clase asignado y las tareas.*

- Los niños tienen derecho a participar en todas las actividades propias de su edad y de programación cuando no esté en la escuela.

*Usted tiene la responsabilidad para animarlos a participar en actividades de ocio, a garantizar que cumplan con todas las reglas KCRC incluyendo respetar el espacio personal de los demás y la abstención de la conducta acusativa.*

- Usted tiene el derecho a un proceso que incluye la pronta resolución de los asuntos disciplinarios de administración debido según se indica en este manual.

*Usted tiene la responsabilidad de cumplir con las reglas dentro de este manual.*

DERECHOS DE LOS NIÑOS
- Los niños no debe ser discriminados debido a su raza, color, creencia religiosa, discapacidad, minusvalía, ascendencia, orientación sexual, nacionalidad, edad o sexo.
- Los niños no deben de sufrir abuso, maltrato, amenazas,  acoso or ser sujetos a castigos corporales.
- Los niños tienen derecho a ser tratados con igualdad, dignidad y respeto.
- Los niños tienen derecho a ser informados sobre las reglas de este Centro.
- Los niños tienen derecho a comunicarse con otros por teléfono estando sujetos a las políticas de este Centro y a las instrucciones por escrito de la agencia contractual o corte, y si aplica, de acuerdo a las circunstancias, a frecuencia, tiempo, pago y privacidad.
- En KCRC los residents se hospedan con su madre guardián y hermanos.  Los niños tienen derecho a visita al menos una vez al día de otros familiares no asignados a este Centro, a la hora y en el lugar conveniente para la familia, el niño y este Centro a menos que las visitas esten restringidas por una orden de la corte.  Este derecho no restringe visitas mas frecuentes de la familia.
- En KCRC los residentes se hospedan con su madre guardian y hermanos.  Los niños tienen derecho a recibir y mandar correo.  La correspondencia enviada no deberá ser abierta o leída por el personal del Centro.  La correspondencia proveniente del gobierno Federal, Estatal, o de Oficiales del Condado o del abogado del niño no deberá ser abierta o leída por personal del Centro.  La correspondencia proveniente de personas diferentes a las mencionadas en el parrafo (b) no deberá ser abierta o leída por el personal del Centro a menos de que exista sospecha rasonable de que dentro de la correspondencia pudiera haber contrabando u otra información o material que pueda poner en riesgo la salud, seguridad o bienestar del niño.   Si hay sospecha razonable de que dentro de la correspondencia pudiera haber contrabando o cualquier otra información que pudiera poner en riesgo la salud, seguridad o bienestar del niño, la correspondencia puede ser abierta por el niño en presencia del personal del Centro.
- Los niños tienen el derecho a comunicación y visita privada con su abogado o clérigo.
- Los niños tienen el derecho a ser protegidos contra cateos e incautacioness irrazonables.  El Centro puede llevar a cabo sus procedimeintos de cateo e incautación siempre y cuando este sujeto a una política razonable.
- Los niños tienen el derecho a practicar la religión o fé de su elección, o a no practicar ninguna religión o fé.
- Los niños tienen derecho a rehabilitación y tratamientos.
- Los niños no deben de estar sujetos a métodos poco usuales o extremos de disciplina que puedan causar daño físico o psicológico.
- Los niños tienen derecho a ropa limpia, de temporada que sea apropiada a su edad y género.
- Los niños tienen el derecho a cuidados y tratamientos apropiados, en el ambiente menos restrictivo posible que cumpla con las necesidades del niño.
- Los niños tienen el derecho a que se les cumplan sus necesidades físicas, emocionales, de desarrollo, educativas, sociales y religiosas;
- Los niños tienen el derecho a estar libre de abuso, negligencia y explotación como lo define el Código de la Familia de Texas §261.401.

- Los niños tienen el derecho a estar libres de castigos severos, crueles, inusuales, inecesarios, degradantes o humillantes que incluyen:
    - o Sacudir al niño;
    - o Someter al niño a castigo corporal;
    - o Amenazar al niño con castigo corporal;
    - o Cualquier trabajo no productivo que no tenga otro popósito que degradar al niño, como sería el mover piedras de un lugar a otro o cavar un pozo para después taparlo;
    - o Depravar al niño de comida, sueño, instalaciones para ir al baño, correo o visitas familiares como castigo; y
    - o Someter al niño a comentarios que empequeñecen o ridiculícen a él ó a su familia.
- Los niños tienen el derecho a que se les expliquen las consecuencias disciplinarias o restrictivas cuando éstas sean impuestas.
- Los niños tienen el derecho a un ambiente humano, a un abiente que provea protección razonable contra daño y privacidad apropiada para sus necesidades personales.
- Los niños tienen el derecho a recibir servicios educativos apropiados a su edad y nivel de desarrollo.
- Los niños tienen el derecho a ser educados sobre su cuidado, higiene y aseo personal.
- Los niños tienen el derecho a tener pertenencias personales en el lugar donde estén viviendo y de adquirir pertenencias adicionales dentro de los limites razonables.
- Los niños tienen el derecho a contratar  profesionales del cuidado de la salud mental, profesionales médicos, y abogados  bajo sus propios costos.
- Los niños tienen el derecho a tener ingresos personales, subsidios, pertenencias, y regalos como parte de su propiedad personal.
- Los niños tienen el derecho a comunicarse a través de un lenguaje o a través de otro medio que sea comprensible para el niño al momento de su admisión o dentro de un tiempo razonable después de una admisión de emergencia.  Si aplica, tener un plan para un intérprete, o tener al menos a una persona en las instalaciones que se pueda comunicar con el niño en su propia lengua o a través de cualquier otro medio de comunicación en la lengua del niño.
- Los niños tienen el derecho a cuidados y tratamientos confidenciales.
- Los niños tienen el derecho a dar consentimiento por escrito antes de cualquier acto de publicidad o actividad para recabar fondos para el Centro, esto incluye el uso de su fotografía.
- Los niños tienen el derecho a que no se les requiera hacer declaraciones públicas reconociendo su gratitud con el Centro.
- Los niños tienene el derecho a no recibir medicamento innecesario o excesivo.
- Los niños tienen el derecho a tener un plan de servicios que direccione las necesidades del niño, incluyendo plan de transición y liberación.
- Los niños tienen el derecho de participar en el desarrollo y revisión del plan de servicios para el niño dentro de los límites de su comprehension y su habilidad para manejar la información.
- Los niños tienen el derecho a recibir cuidados en la salud mental o emocional separados de los adultos (a menos que sean adultos jóvenes) que estén recibiendo este servicio.
- Los niños tienen el derecho a recibir tratamiento apropiado por problemas físicos que puedan afectar la seguridad o tratamiento del niño.
- Los niños tienen el derecho a reportar abuso, negligencia, explotación, o violación de sus derechos personales sin temer por castigo, interferencia, coerción o represalias. (TDFPS 748.1101).

## <u>REGLAS DEL PROGRAMA DE RESIDENTES</u>

- Siga las directrices que se dan por el personal del centro.
- Mantenga su tarjeta de identificación en usted en todo momento.
- Trate a todos los residentes y el personal con respeto y cortesía, sin importar la raza, religión, etnia, género, edad o orientación sexual.
- Asista a las necesidades físicas y emocionales de sus hijos dando el ejemplo de un comportamiento adecuado.

- Controle el comportamiento de su hijo y el use técnicas modificadas de conducta aprobados cuando sea necesario. Está prohibido el castigo corporal o físico.
- No presente denuncias, quejas u otros informes reconociendo que son falsos.
- No hables irrespetuosamente, o sea verbal o físicamente agresivo hacia otros residentes o personal. Si encuentra otros que exhiben este comportamiento, comuníquelo inmediatamente al personal.
- No tenga contacto sexual o íntimo con otros residentes o el personal mientras que en este centro. Muestras de afecto (tomados de la mano, abrazar, besar) hacia miembro de la familia relacionados se permite.  Vea la sección sobre el abuso sexual y la prevención del asalto para más información.
- No poseen contrabando, mientras que en este centro.
- Respete los derechos de otros residentes y el personal como se indica en este manual.
- No se permite prestar, tomar o comerciar propiedad de otros residentes.
- Cumpla con los procedimientos del censo como se indica en este manual.
- Realice las tareas asignadas.
- Mantenga una higiene adecuada como se indica en este manual.
- Limpie su suite y baño cada mañana.
- Ponga su ropa sucia en el área indicada en los días asignados o lave su propia ropa regularmente.
- Compórtese de una manera ordenada durante las comidas, limpie su área después de cada comida y asegurarse de limpiar el área de sus niños también.
- Estudiantes - Siga las normas de clase que son establecidos por los profesores y personal del centro.
- Informar al personal inmediatamente sobre cualquier artículo o propiedad dañada o rota.
- El personal de alerta inmediata de cualquier problema o preocupación.
- Pregúntele al personal si usted no entiende o recuerda las normas de este centro.
- Cumpla con la política de visitas como se indica en este manual.
- No se permite desfigurar o dañar la propiedad de este centro.
- Cumpla con el código de vestuario que se indica en este manual.
- No use productos de tabaco, alcohol o chicle.
- No malgaste la alimentación.
- No use profanidad o gestos obscenos.

Si no se siguen las reglas anteriores puede dar lugar al inicio de un procedimiento disciplinario. Las infracciones graves y / o continuas pueden dar lugar a una revisión de la continua adecuación para permanecer en este centro residencial. Vea la sección sobre procedimientos disciplinarios para más información. Los residentes que actúan de una manera agresiva o intentan causar daño a sí mismos o a otras personas, pueden ser pasivamente contenidos físicamente bajo la política restrictiva  para protegerse a sí mismos y a los demás.

## BOLETO PARA MOVIMIENTO LIBRE

Los residentes recibirán un boleto para movimiento libre para cada uno de sus hijos de 12 años y mayor. Si usted no recibe su boleto durante el ingreso, debe notificar a su Administrador de Casos asignado. Los niños de 12 años y mayor podrán circular libremente alrededor de la instalación sólo cuando se le da el permiso de sus padres y tienen su boleto. Este boleto se puede dar, suspender, y restablecer por el padre en cualquier momento de su gusto.  Cuando el boleto es emitido por los padres, los niños de 12 años y mayor deben mostrar este pase en todo momento.  Se espera que los niños mayores de 11 años y menor

de edad, que no tengan un boleto, permanezcan bajo la supervisión directa de sus padres en todo momento cuando no esté en la escuela o participando en una actividad organizada.

## RELACIONES INAPROPIADAS CON EL PERSONAL

Los Residentes deben tener cuidado con el modo en que manejan ciertas situaciones en las cuales se consideren objeto de insinuaciones sexuales u otro comportamiento inapropiado por parte de los miembros del personal. Todo tipo de insinuaciones sexual que un miembro del personal realice a un residente constituye una violación grave a la política de la institución.  Similarmente, es una violación de las reglas para los residentes hacer avances directos al personal. El personal no puede solicitar los residentes de cualquier manera para cualquier tipo de favores sexuales. Si lo hace, puede dar lugar a enjuiciamiento penal. Lo mismo se aplica para los residentes. Esto incluye todas las conversaciones que podrían conducir a la relación sexual.

En caso de que un residente se sienta presionado para ofrecer favores sexuales u otro tipo de infracción de las reglas de la institución, el residente debe negarse a realizar dicha acción ilegal y debe tomar alguna de las siguientes medidas:

- Presentar una queja formal al completar un formulario llamado "queja" y colocándolo en el buzon de "quejas" que se encuentra en los cuartos de recreo.
- Solicitar ver al supervisor de turno o completar un formulario de solicitud del residente marcado como "Emergencia" y presentarlo al:
    1. El jefe de seguridad
    2. Administrador assistente de el centro
    3. El administrador de el centro
    4. Oficial Encargado local de ICE (AFOD)
- Póngase en contacto con cualquier miembro del personal con el que se sienta cómodo y solicite ayuda
- Póngase en contacto con la oficina del inspector general (OIG) (numero de marcación rápida: 518#)
- Póngase en contacto con un miembro de su familia y úrgeles que se comunique con el administrador de esta centro y o el oficial encargado local de ICE.

**PROTECCIÓN DE LOS RESIDENTES:** El Administrador de el centro y el personal de KCRC se esfuerzan por mantener la seguridad de todos los Residentes.

Si otro Residente lo presiona para que le entregue dinero, algún artículo personal o favores sexuales, usted debe contactarse inmediatamente con un miembro de personal, el supervisor de turno, el jefe de seguridad, administrador assistente de este centro , el administrador de este centro, el Oficial Encargado de ICE (AFOD) o cualquier otro miembro del personal con quien se sienta cómodo.  Es emperativo contactarse con una de estas personas inmediatamente, para que puedan investigar su inquietud y ayudarle a evitar una situación potencialmente peligrosa**.**

## INGRESO INICIAL

(*Si tiene algún problema médico que requiera de la atención inmediata de un profesional de la salud, por favor infórmelo al personal inmediatamente.*)

Todas las personas y los efectos personales que lleguen a este centro serán requisados.  Como parte del procedimiento de admision, el personal de procesamiento guardará su ropa personal, sus efectos

personales y dinero en un lugar seguro debido a que no están autorizados por este centro. Todo el dinero en dólares americano será depositado en su cuenta personal de residente, por cual podrá comprar minutos de telefono, artículos de comisaria y sello para enviar correspondencia.  Le darán recibos detallados para todas sus pertenencias.  Su dinero y efectos personales, que no fueron autorizados entrar a este centro, serán devueltos a usted cuando sea liberado de esta centro.

Cuando se obtiene dinero de los residentes durante el proceso inicial de admisión, los fondos estarán disponibles de la siguiente manera (*Para comprar tiempo de teléfono, correo, comisaría, etc.*):
➢ Admisión durante días de la semana o noche: fondos serán disponibles al día siguiente
➢ Admisión en fines de semana: fondos serán disponibles los lunes o próximo día de trabajo, pero a mas tardar el martes por la mañana (el tiempo de la  disponibilidad depende de el <u>volumen</u> de tráfico *combinado* durante  el fin de semana)


Durante el proceso de admisión, le darán comida y tendrá la oportunidad de utilizar un teléfono.  Se requiere que los residentes se duchen antes de retirarse del area de admision.  Igual se le requiere que tambien duche a sus bebes o ninos pequenos.  Se le entregará hasta 6 conjuntos completos de ropa del centro, ropa de cama, artículos de higiene personal, una copia del manual de residente.

Los documentos de identidad, como pasaportes, certificados de nacimiento, licencia de conducir, etc., serán confiscados y entregados a ICE  para que lo coloque en su Archivo de Inmigrante de Inmigración.  A petición, ICE le dará una copia.

Los artículos personales deben guardarse en su caja de propiedad que se le repartio.  No se puede colocar ningún artículo sobre la cama, las paredes o las ventanas.  Residentes son responsables por la pérdida de los artículos personales que no guardan o protejen durante el proceso de admision.


Su entrega inicial de ropa y ropa de cama se limitará a:
1. Seis (6) camisetas y Seis (6) pantalones
2. Seis (6) pares de calcetines
3. Seis (6) pares de calcones y (6) sostenes
4. Una (1) sudadera (Estacional)
5. Un (1) par de sandalias para la ducha (12 anos y mayor)
6. Un (1) par de zapatos
7. Dos (2) sabanas
8. Dos (2) bolsas para lavandería
9. Un (1) colchon construido con almohada
10. Una (1) Cobija
11. Una (1) chaqueta (estacional)
12. Una (1) toalla y una (1) toallita
13. Un (1) poncho

Su entrega inicial de artículos para higiene personal incluye:
1. Un (1) peine
2. Un (1) cepillo de dientes
3. Un (1) tubo de pasta dental
4. Una (1) loción
5. Diez (10) servilletas sanitarias
6. Un (1) rollo de papel higiénico
7. Un (1) vaso para agua con capacidad de 4 oz.
8. Un (1) desodorante

Elementos adicionales se entregaran dependiendo de la edad del dependiente:
1. Una (1) cuna con colchón
2. Un (1) baño pediátrica
3. Un (1) establecer de sábanas para cuna
4. Un (1) manta de bebé
5. Dos (2) baberos
6. Una (1) loción para bebés
7. Un (1) lavado de champú para bebés
8. Diez (10) Pañales desechables

9. Dos (2) copitas de bebé / tazas para bebés (tamaño dependera)
10. Un (1) paquete de toallitas desechables para bebés
11. Un (1) chupete (bajo petición)
12. Leches para Bebés

13. Un (1) cepillo para el cabello bebé
14. Pomada de dermatitis del pañal se solicita de medico. Suministros pediátricos adicionales están disponibles bajo petición.

El administrador de el centro puede autorizar modificaciones a lo ser dicho anteriormente. Ropa y o ropa de cama adicional se entregara de acuerdo con las condiciones climáticas/la época del año o con aprobación del personal de médico.

El personal de biblioteca proporcionará papel para escribir, sobres, y lapices para su área de suite, sin costo alguno, para su uso personal sobre peticion.

En caso de necesitar atención médica inmediatamente, informele a un miembro del personal durante el processo de ingreso. Adicionalmente, se le suministrara un examen físico (médico) suministrado por los médicos forenses aprobados dentro de siete (7) días posteriores a su llegada. El personal medico suministrara un examen para revisar tu salud fisica y mental como parte del processo de ingreso. La aceptación de la el examen físico no alterará su condición de caso y / o afectar la duración de su detención. Cualquier infomación que usted proporciona a nuestro personal médico no puede ser compartida con el personal no médico y será tratada con estricta confidencialidad

Residentes están obligados a usar su tarjeta de identificación que se le entrega durante admisión. Usted puede ser citado con una infracción disciplinaria, si mantiene su tarjeta de identificacion con foto en su posesion en todo momento.

## PROPIEDAD

Cualquier propiedad en su poder al momento de ser admitido en la instalación se revisara e sera inventariado. Si llega a este centro con un exceso de equipaje, usted tendra la oportunidad de enviar sus efectos personales a una dirección que usted indique o podra mantenerlo en la area de propiedad personal de este centro. Si sus efectos personales son devueltos aquí sin reclamar y usted ya ha sido liberado de este centro, será notificado sobre la situación y tendrá la oportunidad de reclamarlos.

Si llega a este centro y le falta algún efecto personal, debe informarle inmediatamente al personal de procesamiento de admisiones, qué artículo le falta. Al llegar a su área de habitación asignado, también debe completar y enviar un formulario de solicitud del residente al oficial encargo de ICE, informandole de lo que le falta y cuál fue el último lugar en donde estuvo ser dichos efectos personales (la última vez que USTED vio su propiedad) y el número de recibo, si es disponible. Formularios de solicitud de residente estan disponibles en los cuartos de recreo dentro del centro.

Mientras en este centro, podrá tener los siguientes artículos de propiedad personales tomando en cuenta que el espacio para guardar artículos personales se limita a la capacidad de su caja de propiedad en su suite:

- Biblia, Koran u otro libro religioso
- Cantidad limitada de materiales de lectura religiosa de tapa blanda

- Pequeños artículos religiosos (por ejemplo una medalla)
- Documentos legales

- Correspondencia personal
- No mas de diez (10) conjuntos de ropa personal previamente autorizada
- Pequena libreta de direcciones

- Articulos higienicos peronales
- Cualquier artículo de comisaria.
- Zapatos y ropa repartidas por este centro.
- Ropa de cama y toallas repartidas por este centro.
- Documentos legales pertenecientes a su caso presente.
- Correo y correspondencia autorizada. Periódicos revistas y libros.  (cualquier combinación de 3 a la vez para garantizar la acumulación no afecta a las normas de seguridad y contra incendios)
- Materiales religiosos

- Fotografías personales (no más de diez y no más de 5" x 7")
- Otros artículos aprobados específicamente por el Administrador de este centro

- Obras de arte, la artesanía, o cualquier artículo que se ha acumulado mientras que en su estancia en el centro.
- Zapatos personales
- Jugetes personales de ninos.
- Artículos para el cuidado de la salud entregados o autorizados por el personal médico de este centro.
- Lentes recetados, dispositivos auditivos, dentaduras postizas, lentes de contacto u otras prótesis autorizadas.
- Anillo de matrimonio
- Libros de Biblioteca autorizados.

Todos los demás artículos que no son autorizados serán considerados como contrabando y se entregaran al personal de procesamiento para que los guarde en un lugar seguro.  Los artículos que no son autorizados o permitidos se  enviarán a una dirección adecuada y proporcionada por usted a su gasto.

## BÚSQUEDAS DE RUTINA

Búsquedas de personas y bienes son una ocurrencia de rutina en esta instalación para evitar la introducción de armas y otro tipo de contrabando, y para garantizar un funcionamiento seguro y ordenado. Cualquier intento de alterar o evitar una búsqueda resultara en una referencia o reporte en su contra. Búsquedas de su caja de propiedad y su caja deben incluir la notificación al residente y requerir su presencia a menos que existan circunstancias extremas. Todas las zonas de baño y áreas de trabajo se revisaran de forma rutinaria, pero irregularmente. Las áreas de trabajo se revisara cada día de trabajo por el personal de supervisión, y estas inspecciones serán complementadas con búsquedas periódicas de los equipos designados a las búsquedas. Cuando se toma la propiedad durante un registro en suite, un recibo se debe dar a los residentes.

## BÚSQUEDAS NO RUTINARIAS

Una búsqueda no rutinario de la vivienda o la programación de zona se realiza cuando hay una sospecha razonable para creer que el contrabando o una amenaza para residentes o el personal de seguridad está presente. Sólo se hará una búsqueda no rutinaria de baño o artículos personales del residente después de la notificación del residente y está presente a menos que existan circunstancias extremas (como en una situación de daño a si mismo). En estos casos, se le notificará después de que se realizó la búsqueda del residente.

## LOS REGISTROS DE PERSONAS

- Inspección visual: Una búsqueda visual en busca de contrabando sin contacto físico.
- Buscar a Palmada: Una inspección física de un residente mientras vestida. Sólo será realizada por un miembro del personal del mismo sexo. El inspector utiliza su sentido del tacto cuando palmaditas o correr las manos sobre el cuerpo del residente. Un cacheo no requiere que el residente se quite la ropa, aunque la inspección puede incluir la búsqueda de la ropa del residente y efectos personales. Buscar a palmada sólo se llevará a cabo en cualquier residente si existe una sospecha razonable y articularle que poseen contrabando. Niños menores de 15 años de edad no serán objeto de un registro manual sin la expresa autorización del Administrador de Centro y JFRMU.

## CONTRABANDO

Los artículos que se consideren perjudiciales para la seguridad y el funcionamiento ordenado de este centro están prohibidos y serán considerados como "contrabando". Los artículos de contrabando incluyen, pero no se limitan a:

- Drogas ilegales, bebidas alcohólicas, productos derivados del tabaco, armas, instrumentos peligrosos, explosivos o cualquier otro artículo que podria poner en peligro la vida de otras personas o el orden de este centro.
- Drogas legales que no se le receto a usted.
- Cualquier artículo que podria interpretarse como un elemento que le ayudara a escapar de este centro.
- Cualquier artículo que podria usar para disfrazar o cambiar la apariencia de un residente.
- Cualquier artículo, ya sea ropa o un artículo para uso o consumo personal, que no haya sido autorizado primero por el oficial encargado de ICE o por el administrador de el centro.
- Teléfonos celulares, cámaras, equipos de video, audio o otro tipo de equipo que podria usarse para tomar fotografías o grabaciones de audio o audio/video de los residentes, el personal o la propiedad del gobierno.
- Cualquier artículo autorizado anteriormente que se altera sin permiso o uso de modo inapropiado. Esto incluye periódicos y otras publicaciones que se usen para cubrir su litera o que se enrollen y se usen como almohada. El exceso de material impreso puede plantear un riesgo de incendio y será confiscado y eliminado apropiadamente.

El personal confiscará el contrabando hallado en su posesión o en el área de suite, en áreas comunes, descubierto durante el procesamiento de ingreso y de correo postal entrando o saliendo. Antes de confiscar cualquier artículo religioso que pueda considerarse como contrabando, se consultará a una autoridad religiosa. Si hay controversia sobre la propiedad del contrabando, el material será inventariado y guardado y usted tendrá siete (7) días luego de la recepción del inventario para demostrar la propiedad de los (el) artículo(s). Si usted no puede establecer que usted es el dueño de dichos artículos, los artículos serán destruidos.

El contrabando confiscado que no es ilegal ante la ley penal y que no plantea amenaza a la seguridad, puede guardarse junto con sus efectos personales o, si lo solicita, puede enviarse por correo a otra persona. Si elige no dar una dirección de correo dentro de los treinta (30) días o no puede pagar el postal, el jefe de seguridad (luego de entregarle un aviso por escrito acerca de la intención de destruir dichos efectos y de cómo evitar dicha situación) puede desechar sus efectos. El contrabando que pueda ser evidencia relacionada con una violación a la ley penal será inventariado, guardado e reportado a la autoridad encargada del cumplimiento de la ley correspondiente, para que se tomen las medidas

necesarias y posible incautación.  El contrabando que sea propiedad del gobierno sera detenido como evidencia para una posible medida disciplinaria o acción penal.

El contrabando puede ser destruido cuando ya no sea necesario para una medida disciplinaria o una acción penal.  También se puede conservar para uso oficial.  El jefe de seguridad, o equivalente, determinara si un artículo será destruido o no.  Artículos de propiedad dudosa serán retenidos por 120 días antes de considerar su destrucción, con el objetivo de dar amplia oportunidad de obtener pruebas sobre su propiedad y apelar la decisión.  Si la medida disciplinaria es adecuada, la decisión de destruir cualquier artículo será diferida hasta que el caso y cualquier apelación subsiguiente se resuelvan.

## MANEJO DE LA CONDUCTA

Los actos prohibidos se dividen en tres categorías: "mayores", "moderados" y "menores". Las sanciones autorizadas para cada categoría serán impuestas sólo si se encuentra la residencia de haber cometido un acto prohibido y ningún otro método de modificación de la conducta se ha encontrado para ser eficaz. Debido a la naturaleza residencial de la familia del Centro, las sanciones se utilizan como último recurso y sólo como un medio para corregir el comportamiento que amenaza la seguridad y el bienestar de los residentes, el personal y los visitantes.  En un centro donde los residentes conviven en un espacio reducido, es muy importante mantener el orden y la disciplina.  La disciplina y el orden no sólo benefician al personal, sino que también para la seguridad y bienestar de usted y todos los demás residentes. Algunos problemas se pueden resolver de manera informal pero, a veces, resulta necesario imponer medidas disciplinarias.

Sólo el padre o guardián legal de un niño pueden disciplinar al niño. Todas las acciones disciplinarias recomendadas y adoptadas deben ser explicadas a los padres del menor afectado. Los residentes de menores deben permanecer con su guardián legal en todo momento. Residentes menores de 12 años no pueden ser objeto de revisión administrativa. El niño sólo será entrevistado en relación con violaciones en presencia de sus padres (a menos que la acusación involucra un incidente entre un padre y un hijo). El residente adulto cuyos hijos presentan un comportamiento hostil o antisocial será remitido al Comité de Examen de la Gestión (MRC) para revisar. Los residentes de 12 años o más no serán presentados para la revisión administrativa sin notificación a su padre, y sólo se someterán a la revisión administrativa después de haber llevado a cabo todos los demás esfuerzos para incluir el asesoramiento. Si después de intentar una resolución informal, el menor sigue siendo perjudicial y sigue sin seguir las normas establecidos de las instalaciones, el menor y el padre se referirán para su revisión administrativa.

La naturaleza y la forma de aplicar la disciplina nunca será degradante o humillante.  Las siguientes medidas nunca se tomarán como método de  disciplina o castigo:

- Uso innecesario o excesivo de la fuerza
- Castigos corporales
- Intimidación psicológica
- Daños a la propiedad
- Amenazando con la perdida de Ubicación
- Acoso
- Negación de atención medica
- Deviación de los servicios de alimentaciones normales
- Negación de correo, teléfono, o visita
- Utilizando el humor sarcástico o cruel y el abuso verbal
- Negacion de la escuela o educacion
- Confinamiento en un lugar o espacio encerrado
- Manteniendo en una posicion fisica incomoda
- Pellizcar, jalar el pelo, morder, o sacudir a un nino
- Poner cualquier cosa en o adentro de la boca de un nino
- Confinamiento de un niño a una silla para bebé, caja, u otro mueble o equipo similar
- Negación de los derechos de niños
- Aislamiento

- Negación de asistencia legal
- Negación de comidas regulares
- Amenaza de deportación
- Negación de ejercicio físico o ocio

Los procedimientos formales de disciplina para un residente que infringe una regla del centro seran los siguientes:

Si se le acusa de infringir una regla, se le dará una copia del reporte del incidente (cargos) dentro de las veinticuatro (24) horas posteriores al incidente.  Se iniciará una investigación oficial dentro de las veinticuatro (24) horas posteriores al momento en que el supervisor responsable haya sido notificado del incidente o las acusaciones.

Los residentes bajo investigación tienen derecho a:
- Permanecer en silencio durante todas las etapas del proceso disciplinario. El silencio no será utilizado para apoyar una constatación en contra del residente;
- Recibir el Informe de Incidente / Notificación de Cargos al menos 24 horas antes del inicio de los procedimientos administrativos;
- Tener una audiencia inicial ante un Comité de Revisión Gerencial (MRC) dentro de las 24 horas de haber recibido la Notificación de Cargos desde violaciones bajas a moderadas.

Durante las audiencias ante el MRC, los residentes tienen derecho a:

- Pruebas y declaraciones en su propio nombre actual;
- Asistir a la audiencia (excepto la deliberación), a menos que el comportamiento plantea un problema de seguridad;
- Tener un intérprete presente si la audiencia está en un idioma desconocido por el residente;
- Apelar la decisión del comité a través del proceso de apelación.

Los incidentes relacionados con graves violaciónes de las normas del centro, o los casos no resueltos se hará referencia a un grupo de revisión Ejecutivo (ERP). Durante las audiencias ante el ERP, los residentes tienen derecho a:

- Testigos de llamadas y presentar pruebas y declaraciones en su propio nombre;
- Asistir a la audiencia (excepto la deliberación), a menos que el comportamiento plantea un problema de seguridad;
- Tener un intérprete presente si la audiencia está en un idioma desconocido por el residente;
- Solicitar un representante del personal para asistir en el caso;
- renunciar a la audiencia y admitir la comisión del delito de que se trate;
- Apelar la decisión del comité a través del proceso de apelación.

**Delitos Menores:**  Para todos los "Delitos Menores", el personal tiene la oportunidad de resolver el incidente a través de consejería inmediata o la derivación a un consejero para discusión. Esto es especialmente importante durante los primeros 30 días de llegar a este centro y aclamación a la instalación. El personal puede, a su discreción, también iniciar un reporte de incidente.

**Delitos Moderados:**  Todas los "Delitos Moderados" son examinadas por el Comité de Examen de la Gestión (MRC) para la precisión y la exhaustividad. Una vez revisado, el MRP se pondrá de acuerdo con el delito acusado y remitir el asunto para su revisión por el Grupo de Revisión Ejecutivo o el Comité de Examen de la Gestión podrá despedir o aplazar el delito acusado basado en la falta de pruebas o por la necesidad de obtener información adicional.

**Delitos Mayores:** Todos los "Delitos Mayores" requieren la notificación inmediata al Jefe de la Unidad de Gestión Residencial Familiar de Menores (JFRMU), y el Director de la Oficina de Campo. Cuando se considera que un residente es una amenaza inmediata para sí ó para otros, el residente deberá retirarse inmediatamente a un lugar seguro en espera de una investigación exhaustiva y completa.   El retiro permanente de un residente de un centro residencial de la familia sólo podrá ser autorizada por el Jefe de la JFRMU. Dicha autorización sólo se dará cuando se puede establecer que la presencia continua de el residente, menor o adulto, pondría en peligro la seguridad y el bienestar de sí mismo o de otros.

La Junta de Revisión Ejecutiva del Centro puede solicitar que se siga investigando el incidente en cualquier momento durante la audiencia si se encuentra una causa justificable. También puede retrasar la audiencia a una fecha posterior.

- Puede apelar las decisiones o sanciones que impone la Junta de Revisión Ejecutiva del Centro (MRP).  Tiene que dar su apelación escrita al Administrador del Centro u otra persona designada dentro de los cinco (5) días de calendario a partir de la fecha en la que reciba la decisión de la Junta.  Este centro le dará una respuesta por escrito dentro de los cinco (5) días de calendario, o tan rápido como los eventos y circunstancias lo permitan.
- Las infracciones a las reglas que también constituyan una infracción de la ley, serán condenadas y juzgadas en el tribunal local, estatal o federal correspondiente.  Será notificado formalmente en caso de que se lo condene por una infracción penal. El hecho de presentar cargos en un tribunal criminal no evita que ICE también considere el mismo acto como un asunto de disciplina interno, o que aplique sanciones disciplinarias.   Sin embargo, la información obtenida durante el procesamiento administrativo de un residente en este centro no puede ser utilizada para incriminarlo en un caso penal.
- Si intenta cometer un acto prohibido, ayudar a que otra persona cometa un acto prohibido o conspirar para cometer un acto prohibido será considerado de la misma manera que si hubiera cometido el acto efectivamente.
- Si la ofensa es suficiente grave y esta sancionado a segregación disciplinaria, usted será considerado para trasladar.

## SANCIONES CORRECTIVAS PARA ADULTOS

1. Referido a Asesoramiento
2. Requerir asistencia a Clases para Padres
3. Detalles de trabajo adicionales, tales como: limpieza general
4. Pérdida de Comisaría
5. Restricción al área de vivienda, que no exceda de 72 horas.
     a. La imposición de esta sanción debe tener en cuenta las edades de los niños y el impacto negativo que esto tendría sobre los menores del que no participaron en el delito imputado.

## SANCIONES CORRECTIVAS PARA NIÑOS

Sanción 1 a 4 de abajo puede ser impuesta por el MRC. Sanción 1 a 5 puede ser impuesta por el ERP.
1. Referido a Asesoría.
2. Restricciones a la zona de la vivienda, que no exceda de 72 horas.
     a. Cuando un niño se limita al pasillo designado, se le debe brindar un mínimo de una hora de tiempo de actividad al aire libre diario.
     b. El niño puede estar restringido a la zona de sala de estar, pero no puede ser obligado a permanecer en su / su habitación, excepto durante un período de retardo.

    c.   Ninguna sanción puede restringir a un niño de asistir a clases escolares requeridos o prácticas religiosas.

3.   Niños de 12 años y mayores puede tener el privilegio de libre circulación en suspensión por hasta 14 días. Tal suspensión requeriría que el padre supervise todas las actividades para ese período de tiempo.

4.   Pérdida de tiempo de actividad extraescolar, como una noche de cine, u otros artículos apuntados en el calendario de actividades.

5.   Pérdida de privilegios de salida de campo por hasta 45 días (Solo puede ser impuesto por el ERP).

La acción correctiva no puede interferir con las funciones diarias como comer y dormir. La acción disciplinaria no puede ser perjudicial a la salud de un niño, el bienestar físico o psicológico o negar a un niño las comidas regulares, suficientes horas de sueño, el ejercicio, la atención médica, el derecho a la correspondencia, o la asistencia jurídica.

## PROCESO DE APELACIÓN

Puede apelar la decisión de cualquier comité/s o junta de disciplina dentro de los **cinco (5)** días posteriores a la fecha en que se tomó la decisión.  La apelación debe presentarse por escrito.  La decisión de afirmar o revocar la decisión se realiza dentro de quince (15) días.

**En las páginas siguientes se enumeran los actos prohibidos, enlistados de acuerdo con la gravedad del delito, así como también el rango de sanciones para cada categoría de delito.**

Debajo hay una lista de delitos de Categoría I o mayores, una infracción puede derivar en la imposición de cualquier combinación de sanciones para los delitos de las Categorías II, III ó IV:

**Delitos Menores:**

101   Estar en un área no autorizada-ser en un área que ha sido designada por medio verbal, escrita, o pedidos registró como "No Limitado " a los residentes.

102   Conducta desordenada-Comportamiento que interrumpe el funcionamiento ordenado de la institución tales como hablar en voz alta, gritar o empujar.

103   La falta del padre o guardián legal gestionar adecuadamente el comportamiento en los niños – Para los padres que permiten que sus niños a sean rebelde, irrespetuoso, o insubordinados, mientras que en su presencia.

104   La Falta de Seguir las Reglas Verbales o Publicadas y / o Reglamentos – no seguir las reglas y / o órdenes específicas que han sido designados para el seguro, limpio y funcionamiento ordenado, de la instalación que se le ha dicho al residente en avanzo a través de la publicación o se le ha dado verbalmente por un empleado de la institución o persona que está a cargo del residente en ese momento.

105   Peleando – Intercambio de palabras o el contacto del cuerpo con ira donde no existe daño que requiera atención médica ocurre, como juegos bruscos.

106   Juegos de Apuesta – Operar o actuar en cualquier juego de azar que impliquen apuestas o la realización de los bienes u otros objetos de valor.

107   La posesión de Parafernalia para Apuestas – Tener el control de sí mismo, artículos para el uso en funcionamiento o actuar en cualquier juego de azar que impliquen apuestas y las apuestas de los bienes u otros objetos de valor.

108   Mutilación a sí mismo, infligiendo lesiones a sí mismo, como el corte en el propio cuerpo o tatuajes.

109   Fumando - Fumar tabaco de cualquier forma en cualquier área de la instalación.

110     El Recibo de cualquier objeto no autorizado o la posesión de cualquier objeto de valor que recibió o que tenga en su posesión cualquier artículo de valor que se ha obtenido a través de premisas falsas, amenazas o robo.

111     Ausencia Injustificada de un Lugar Asignado – Estar lejos, sin autorización de un supervisor apropiado, desde el lugar de destino, tales como área de vivienda, área de recreación, servicios de salud, etc.

112     Uso de lenguaje vulgar, abusivo, o frases / lenguaje obsceno.

113     No mantener la higiene personal o higiene personal de su hijo – No tener un cuerpo limpio ropa limpia.

114     Condiciones de Vivienda Antihigiénicas y desordenadas – No mantener una zona de vivienda ordenada y limpia. El área debe mantenerse de una manera para que todos los bienes sean almacenados de una manera organizada en las áreas designadas para ello. El área debe estar libre de suciedad y desorden.

115     La Posesión de Contrabando que no se considera peligroso – Posesión de artículos de contrabando que no están permitidos en las instalaciones, pero no son capaces de causar lesiones graves o daño a sí mismo o a los demás, incluidos los productos de tabaco.

116     El uso no autorizado del teléfono – Uso del teléfono durante horas no autorizadas.

201     Negarse a someter a una prueba de Drogas por sospecha razonable – No proporcionar una muestra de orina por la sospecha razonable de uso de drogas.


**Delitos Moderados:**

202     Prueba Positiva de Sospecha de Uso Razonable de Drogas – tener una prueba positiva por una droga ilegal o sustancia controlada no recetada.

203     Robo – Tomar algo no autorizado que pertenece a otra persona.

204     Destrucción, alteración o daño a la propiedad (Menos de $ 1,000.00) – La destrucción, modificación o daño de propiedad de las instalaciones o de cualquier otra persona.

205     Falsificación o reproducciones no autorizadas de documentos o artículos. (Excluyendo dinero) Falsificación, forja, o reproducción sin autorización, de cualquier documento, artículo, identificación o documentos de seguridad.

206     Obstaculizar un Trabajador en el Desempeño de sus Funciones – Actuando de tal manera de interrumpir un empleado durante su tiempo de trabajo, tales como causar retrasos o dar información falsa.

207     Negarse a someterse a una búsqueda por razón de sospecha razonable.

208     Descuido de Nino – La falta de dar el cuidado y la atención adecuada a un niño (sin lesiones).

209     Acoso Sexual de Forma Verbal de un Residente – Actuando de tal manera como para crear un entorno residencial hostil para otros residentes independientemente de su edad o género.


**Delitos Mayores:**

301     Incendio Premeditado-Inicio o hacer que se inicie un incendio que podría o podrá causar daños a la persona(s) o la propiedad.

302     Asalto-Un ataque no relacionado sexualmente sobre el cuerpo de otra persona con la intención de dañar o causar lesiones graves.

303     Violación Sexual de contacto de cualquier persona sin su consentimiento, o de una persona que es incapaz de dar su consentimiento o rechazar; y el contacto entre el pene y la vagina o el pene y el ano incluyendo la penetración, por leve; o el contacto entre la boca y el pene, la vagina o el ano; o la penetración de la anal o abertura genital de otra persona por un lado, el dedo u otro objeto (es decir, la penetración o la sodomía oral).

304     Contacto Sexual – Asalto abusivo de una persona sin su consentimiento para que el propósito de la satisfacción sexual o la excitación o de una persona que es incapaz de consentir o rechazar; y toque intencional, ya sea directamente o indirectamente o a través de la ropa, de los genitales, el ano, la

ingle, pecho, parte interna del muslo o las nalgas de una persona.  El asalto sexual excluye los incidentes relacionados con la penetración o la sodomía oral.

305  Intento / Conspiración para Cometer un Delito Mayor-Una ofensa para los residentes que en realidad no cometen un delito pero participan en una (1) o más de las siguientes maneras:

    a)  Los intentos de cometer el delito mayor;

    b)  Solicita a otra u otras personas para cometer el delito mayor;

    c)  Conspire con otra u otras personas para cometer el delito mayor; y / o

    d)  Facilita la acción de otro u otros en la comisión del delito principal.

306  Abuso Infantil-El tratamiento de un niño con crueldad, brutal, mal, impropiamente, o de una manera insultante.

307  Negligencia Infantil - La falta de dar el cuidado y la atención adecuada a un niño que resulta en peligro o lesión a un niño.

308  Actividad / Afiliación Confirmado con STG - Afiliado o participar en una actividad relacionada con las pandillas.

309  Falsificación, alteración o reproducción no autorizada de dinero.

310  La Muerte de Cualquier Persona – Cualquier acto de los cuales el resultado final es la muerte de cualquier persona, incluyendo empleados, visitantes / voluntarios y / o otros residentes.

311  Destrucción, alteración o daño a la propiedad ($ 1.000 o más)-La destrucción, modificación o daño de propiedad de la instalación o cualquier otra persona.

312  Tomar Rehenes-Sostener una persona(s) en contra de su voluntad, como una garantía para el cumplimiento de ciertos términos.

313  Escapar-Dejando los terrenos de la instalación o de la custodia de un empleado fuera de las instalaciones sin permiso.

314  Insurrección-Participación o exhortándonos a participar en actividades no autorizadas, como protestar o disturbios.

315  Posesión de Contrabando Peligroso - Posesión de artículos de contrabando que no están permitidos en la instalación y son capaces de causar lesiones graves o daño a sí mismo o a otros. Esto incluye armas mortales, artículos modificados para ser utilizados como armas, drogas y parafernalia de drogas.

316  Mala conducta Sexual - incluye, pero no está limitado a, los siguientes actos:

a.  La exposición de los genitales o las nalgas a un empleado, visitante / voluntario, o residente para fines de explotación sexual gratificación o excitación.

b.  Masturbación, donde un empleado, visitante / voluntario, u otro residente puede ver el acto.

317  Intimidar o Amenazar a Otro con Daño-Decirle a alguien, a través de acciones o palabras, que el daño vendra a ellos.

318  Posesión de drogas o estupefacientes-La posesión de cualquier droga o estupefacientes que no se ha prescripto aprobado por el departamento de servicios de salud para su uso.

319  Violación de cualquier ley federal, estatal o local-Cualquier acto, a través de no mencionados específicamente en esta política, que haría ser considerado ya sea un delito grave o delito menor bajo las leyes federales o bajo las mandíbulas del estado en el que el residente se aloja.

Cualquier acto de violencia o de incitación a un acto de violencia se traducirá en un retiro inmediato del Centro Residencial del Condado de Karnes a un ambiente más apropiado. Además, los residentes que repiten infracciones en la instalación o son infractores crónicos serán retirados de este Centro para un entorno más apropiado. Todos los violadores de las reglas se les darán su debido proceso.

## USO DE MEDIDAS DE CONTROL FÍSICAS Y RESTRICCIONES

El personal de KCRC puede utilizar técnicas aprobados sólo después de que todos los esfuerzos razonables para resolver la cooperación de un residente han fracasado. El personal de KCRC utilizara la menor fuerza

necesaria para recuperar el control del residente o situación, para proteger y garantizar la seguridad de otros residentes y personal, prevenir el daño grave de la propiedad y garantizar el funcionamiento ordenado y seguro de el centro.  Si no se puede obtener la cooperación voluntaria de un residente, el personal puede usar la fuerza, pero sólo el grado de fuerza que es necesaria para obtener el control de los residentes.  El uso de la fuerza nunca sera utilizada para castigo. El personal siempre intentará conseguir la cooperación voluntaria de un residente antes de usar la fuerza.

Médico podrá utilizar técnicas y sistemas de retención aprobadas sólo después de todos los esfuerzos razonables para resolver la cooperación de un residente han fracasado. Por otra parte, el personal médico puede utilizar restricciones físicas para obtener el control de un residente aparentemente peligroso, para evitar que un residente se haga daño a sí mismo oa otros. Sin embargo, el personal médico no utilizará equipo de restricción física en un residente de 14 años o menor sin la autorización específica de un supervisor.

### ARCHIVO "A" Y ARCHIVO DE DETENCIÓN

ICE mantiene un registro legal de inmigración de extranjero (Archivo "A") para cada residente en este centro.  El Archivo "A" contiene un resumen de todas las transacciones y documentos legales referentes a su caso, como tarjetas de identificación, fotografías, pasaportes y antecedentes de inmigración.  Cualquier pregunta o inquietud con respecto a su Archivo "A" y/o su caso debe dirigirse al oficial de deportación asignado por ICE, a través del formulario de solicitud del residente.  También se mantiene un registro residencial (Archivo de Residente) de cada residente y incluye documentos tales como recibos de fondos/objetos de valor y efectos personales, reportes de comportamiento, medidas disciplinarias, registros especiales de suite, quejas y reclamos por escrito y respuestas del gobierno.  Cualquier pregunta o inquietud con respecto a su archivo residencial deben ser dirigidas al administrador del centro por medio de formulario de solicitud de residente.

### NORMAS DE COMPORTAMIENTO

Mientras detenido en KCRC, será tratado con dignidad y respeto dentro de un ambiente seguro y higienico del centro.   Para realizar esta situación, se espera que coopere con el personal mientras espera el procesamiento de su caso. En pocas palabras, se espera que usted:

- Siga y obedezca las reglas, leyes, políticas y procedimientos.
- Siga **TODAS** las instrucciones que le dan los miembros del personal.
- Siempre respete al personal y a los demás residentes.
- Respete las instalaciones del gobierno y la propiedad de los demás.
- Siempre mantenga la limpieza, tanto de su persona como de su ropa y del área donde vive.

Diríjase al personal por Sr., Sra. o Srta., seguido por su nombre.  Los miembros del personal se dirigirán a usted de la misma manera.

### PROHIBICIÓN DE FUMAR

Es la política de este centro mantener un ambiente libre de tabaco. Esta norma también se dirige al consumo de tabaco de cualquier producto y el uso de tabaco sin humo o "escupir" y se aplica a todos los empleados, visitantes y residentes. No



se permitirá el uso de productos de tabaco dentro de los límites residenciales del centro en cualquier momento.

Se aplicaran los siguientes procedimientos:

- Los productos de tabaco en posesión de los residentes recién llegados serán inventariados, sellados apropiadamente (cerrando el cartón de cigarrillos con cinta o colocándolos en una bolsa hermética) y colocados junto con sus efectos personales.
- Los productos de tabaco recibidos por correo serán devueltos al REMITENTE.
- Los productos de tabaco que se encuentren en posesión de un Residente (excepto los residentes recién llegados) se considerarán contrabando. El almacenamiento o destruccion de estos articulos se llevara a cabo de acuerdo con la política de contrabando de este centro.

Cualquier violación de esta política se manejará a través de la política disciplinaria.


<u>**LAS CONDICIONES DE VIVIENDA**</u>

Las áreas de población general de los suites de este centro son de estilo abierto y destinados para los residentes sin necesidades especiales de vivienda.   Cada área de suite tiene un espacio de area comun que puede ser usado para leer, escribir cartas, mirar televisión, hacer llamadas telefónicas, lavado de ropa personal, y para una variedad de juegos de mesa.

Recuerde que es en el mejor interés de que usted mantenga una habitación limpia y ordenada.   Las siguientes reglas Y restricciones se refieren a las areas de la población general:

- Durante el tiempo de cuenta usted está obligado de reportar con su familia al área designado de cuenta.   Falta de cumplimiento resultara en una medida disciplinaria.
- Ropa completa tienen que ser usados en las areas comunes.   La alteración de los pantalones, camisetas, y zapatos repartidos por este centro no es permitido.   Si modifica la propiedad entregada por el centro estará sujeto a medidas disciplinarias.
- Recreo en el exterior esta disponible de las 6:00am hasta las 8:00pm de domingo a hueves y 6:00am hasta las 10:00pm viernes y sabado.
- Recreo en el interior solo esta disponible de las 4:00pm hasta las 10pm de lunes a viernes y 9:00am hasta las 8:00pm sabado y domingo.  No habra actividades organizadas de recreo entre las 6am y 8am o 8pm y 10pm domingo a jueves.
- Residentes estan prohibidos de entretenerse en actividades que perturbera el sueno de los demas entre 10pm y 6am.
- Mantenga su suite asignado limpio.  Al levantarse para desayunar, debe tender su cama y dejarla tendida cuando no la este usando.   Usted esta permitido regresar a su cama a cualquier hora durante el dia.
- Los zapatos son los únicos artículos que se pueden guardar debajo de su cama, cualquier otro articulo debe guardarse en su caja asignada de propiedad.
- Para la mayor seguridad y respeto de las normas de prevención de incendios, no se pueden colgar sábanas, mantas, fotografías, periódicos u otros artículos de los marcos de las camas, ventilaciones o paredes.  Por razones sanitarias y el control de plagas, toda la basura y comida que a sido abierta se debe eliminar apropiadamente.

- Asegúrese de proteger sus artículos personales en su caja asignada de propiedad para que no se pierda

   o sea robada.
- Si escucha al personal llamar su nombre o numero asignado de cama, responda lo antes posible para obtener  instrucciones necessarias.
- Se espera que los residentes compartan equipos comunes como teléfonos, televisores, mesas, juegos recreativos, y otros equipos de la instalación.
- Niños de 10 años y menores se le asignará una habitación con sus padres.
- Niños de 12 años y mayores pueden ser asignados una habitación con otros niños de su mismo sexo y edad.  Cada residente se proporciona con su propia cama.

Los niños no dormir en la misma habitación que sus padres puede entrar en la suite de su padre sólo en compañía de sus padres. Como hay zonas en el centro para relajarse con otros residentes de la conversación, los adultos no se les permite a congregarse en las suites. Los residentes se les permite decorar sus suites con artículos personales, siempre y cuando las decoraciones no representan un peligro para la salud o seguridad, no pelar la pintura de las paredes o de otra manera desfigurar propiedad del centro. No hay elementos se les permite cubrir el artefacto de iluminación, puertas o ventanas. Los productos que no deben ser colgados de los respiraderos o camas. Ningún alimento o bebidas no autorizado pueden ser almacenados en las suites. Los juguetes son permitidos en suites durante gratuitas horas de movimiento. Después de la libre circulación, todos los juguetes deben ser llevados de vuelta a las áreas comunes para que puedan ser desinfectados para el día siguiente.

## MOVIMIENTO LIBRE

Dado a las restricciones temporales debido a razones médicas o de seguridad, movimiento libre es de 6:00 am a 10:00 pm todos los días. Durante este tiempo, los residentes adultos se les permite moverse libremente en todas las áreas de programación del centro sin primero pedir permiso personal o notificación personal a dónde van. Los niños de 12 años y mayor pueden participar en la libre circulación, cuando se emite un pase por sus padres. Ver la sección sobre la libre circulación pases para niños para obtener más información. Fuera de horas libres de movimiento, se espera que los residentes a permanecer en sus suites.

Los efectos personales, incluyendo los artículos de higiene personal, deben guardarse en su caja asignada de propiedad.  No deje artículos sobre las repisas de las ventanas, ventanas, camas, debajo del colchón, etc. Estos artículos serán confiscados y desechados si se dejan en áreas que no son autorizadas.

Mientras que la mayoría de las personas detenidas en este centro viven entre la población general anteriormente dicho, este centro también tiene suites de observación para los residentes que necesitan acomodaciones especiales o problemas de conducta. Servicios, tales como recreación, correo, visitación, o servicios telefónicos estarán sujetos a restricción dependiendo de las sanciones impuestas igualmente dependiendo del comportamiento de cada residente en particular.

## LA HIGIENE PERSONAL

Cada suite cuenta con zona de dormitorios residentes, baños y aseos; todos los cuales se puede acceder libremente las 24 horas del día.  Como vivirá en un dormitorio con otros Residentes, la higiene personal es esencial.  Se espera que usted y sus hijos se bañen regularmente mantengan limpio su cabello.  El personal

reemplazará los artículos de higiene personal a peticion. Si se necesita la vivienda necesidades especiales, ya sea para usted o su hijo, se le proporcionará uno para usted. Cuando sea necesario, la asistencia a los residentes con discapacidad que no pueden realizar las funciones básicas de la vida estarán a cargo de las personas que están capacitadas y cualificadas para entender los problemas y desafíos que enfrentan las personas con discapacidades físicas y / o mentales. Esta formación puede ser proporcionada por la autoridad de salud, y puede contar con los conocimientos de las organizaciones comunitarias y organismos gubernamentales pertinentes.

Cualquier niño mayor de 12 años que reside en un conjunto residencial adolescente que requiere ayuda de los padres para las necesidades diarias básicas, para incluir una ducha, se le proporcionará alojamiento web según sea necesario para estas actividades.

No adaptaciones específicas que puedan ser gestionados por los padres serán proporcionados por personal debidamente capacitado. Los padres deben solicitar tal alojamiento a través de la finalización de una solicitud de residente y deberá ser aprobado y facilitado, según sea necesario.

Los servicios de peluqueria están disponibles sin costo alguno a usted. El horario de operacion de la peluqueria se publica en el tablero de anuncios en los cuartos de recreo.  Horarios de servicio están sujetos a cambios dependiente de las necesidades de la población de residente y las condiciones de seguridad.  Si tiene alguna pregunta, consulte el tablero de anuncios que se encuentran en los cuartos de recreo o preguntele al personal.

Los razuradores descartables están disponibles solo preguntandole a un personal durante el día y tambien se reparten según sea necesario. Se deben devolver inmediatamente despues de terminar de afeitarse. Por la razon de proteger la salud y seguridad de personal y los demas residentes, los razuradores descartables no se pueden compartir o usar mas de una ves. Para recibir un razurador descartable, tiene que entregar su tarjeta de identificación y devolver el razurador inmediatamente después de afeitarse.

## PROGRAMA DE TRABAJO VOLUNTARIO PARA RESIDENTES

Éste es un programa voluntario y usted esta sujeto a firmar un contrato del programa de trabajo voluntario antes de ser asignado a cualquier trabajo. Los residentes que participan deben cumplir con el horario de trabajo asignado, y el entrenamiento que reciban. Las ausencias del trabajo injustificadas o trabajo insatisfactorio resultara en su expulsión del programa.  Todos los residentes que solicitan trabajo deben ser mayores de 18 años.  Cada residente adulto tiene la responsabilidad principal de atender y supervisar a sus hijos o niños menores de edad. Un residente es elegible para trabajar sólo cuando no interfiera con la responsabilidad principal.

**Los residentes no se les asignará trabajo de supervisión y no se le dara autoridad sobre los demás.**

No tiene derecho a ser compensado por las tareas que impliquen el mantenimiento de su área personal donde vive o la limpieza de lo que ha ensuciado en las áreas de uso general.  Usted está obligado a realizar tareas básicas de limpieza dentro de su área de suite, independientemente de dónde este habitado. Por ejemplo, usted podría ser disciplinado, si usted se niega a tender su cama o de lo contrario se niegan a limpiar después de ti mismo.

**Los residentes son elegibles para trabajar solo en las siguientes áreas:**
- Lavandería
- Cocina
- Comedor

---

- Medico
- Limpieza
- Ama de Llaves

Se harán todos los esfuerzos posibles para darle una oportunidad de participar en el programa de trabajo voluntario.  El salario es $3.00 por día. No se le permite trabajar más de 2 horas por dia o en exceso de 40 horas por semana**.  El salario ganado se calcula y acredita a su cuenta al dia siguiente.

En caso de no recibir su paga, un residente debe enviar un reclamo dentro de los catorce (14) días posteriores a la fecha en cuestión.  Residentes también pueden solicitar una copia de su cuenta personal una vez por semana.

Residentes no trabajaran más de 3 o 4 horas en climas  extremas (menos de 32 grados Fahrenheit y mas de 105 grados Fahrenheit).

## SIMULACROS DE EVACUACIÓN

Debido a las leyes locales, estatales y federales, simulacros de evacuación de emergencia se llevan a cabo en todo el centro.  Estos simulacros no se hacen para molestarlo, sino para garantizar que, en caso de un incendio u otra emergencia, pueda evacuar su edificio en forma segura.  Cada suite tiene un diagrama que muestra dónde están las salidas de emergencia y cuáles debe usar.  Estudie este diagrama cuidadosamente y siga las instrucciones de el personal de KCRC durante los simulacros de evacuación, su vida puede depender de esto.

## REGISTROS

Los registros de personas y bienes son un proceso normal en este centro para prevenir la introducción de armas y otro contrabando, y para garantizar un funcionamiento seguro y ordenado.  Cualquier intento de interrumpir o evitar un registro resultara en una medida disciplinaria en su contra. Registros de su cama y caja de propiedad no requieren que los residentes esten presente cuando se realiza el registro a menos que existan circunstancias extremas.

Cualquier propiedad en su posesión al momento de ingresar a este centro será requisado e inventariado. Durante su estancia aquí, residentes 14 años y menores estará sujetos a un requiso de detector de metal cada vez que regresa a su suite después de visitas, visitas de su abogado y al concluir trabajo asignado.

Requisos en los suites, áreas de trabajo y propiedad personal que le pertenece a los residentes, se realizará diariamente. Propiedad que no se le entrego por este centro o fue autorizado será confiscada durante una requisa.  Toda la propiedad que se confisca y que tenga relación con una actividad ilegal puede ser entregada a la agencia de cumplimiento de la ley correspondiente para el inicio de acciones penales y medidas disciplinarias.

## CENSO

Para mantener una rendicion de cuenta adecuada de los residentes en este centro, cuentas se realizan en horarios y sitios designados.  Usted esta obligado a reportarse, con su familia, a la area designada de cuenta (la sala de estar de su pasillo asignado). No reportar puede dar lugar a la remisión o una posible acción disciplinaria.  Ningun otro movimiento esta permitido durante el censo y tampoco esta permitido usar alta voz .  El personal de KCRC también conduce censos de emergencia, si indicados por el supervisor de turno.  Si sigue estas reglas, podemos realizar los censos lo más eficiente y correctamente posible, de

modo que pueda regresar a sus actividades normales.  Si no coopera, estará sujeto a una medida disciplinaria en su contra.

Censo se lleva a cabo aproximadamente al horario siguiente:

7:30 a.m.
4:00 p.m.
8:00 p.m.

## COMIDAS

Todas las comidas servidas están balanceadas nutricionalmente y autorizadas por un dietista.  KCRC  no usa los alimentos para aplicar medidas disciplinarias o premios.  Todos los residentes recibirán las comidas de un menú estándar, a menos que se le autorice una dieta especial. **Este centro no sirve carne de puerco**.

Se suministran comidas saludables y se brinda el tiempo suficiente para que las disfrute.  La difícil tarea de preparar y servir a tantas personas requiere que usted siga ciertas reglas.
- Solo recibira una charola por persona. No tiene que comer alimentos que no le gusten. Sin embargo, no recibirá porciones más grandes de otros alimentos para compensar los que no coma.
- Si requiere dieta especial por motivos médicos, puede enviar un formulario de solicitud del residente al departamento de médico.
- Si requiere dieta especial por motivos religiosos, puede enviar un formulario de solicitud del residente al Capellán de este centro.

Las comidas se sirven en el comedor al horario siguiente cuando hay escuela:
Desayuno: 6:30am-8:30am.
Almuerzo: 11:00am-12:00pm. (Almuerzo de Escuela)
12:00pm-1:00pm (Almuerzo de Adultos)
Cena: 5:00pm-7:00pm.

Las comidas se sirven en el comedor al horario siguiente cuando no hay escuala:

Desayuno: 6:30am-8:30am.
Almuerzo: 11:00am-1:00pm.
Cena: 5:00pm-7:00pm.

Residentes entraran a la sala de comedor en una fila y deben escanear sus tarjetas de identificación proporcionadas por este centro con la machina de justificar la comida y formar una sola file para servir la comida.  No se le permitirá cortar en la fila, empujar u otras formas de interrupción mientras que este en la fila de servir.  Además, los residentes forman una sola línea para bebidas, barra de ensaladas, y servicio de bar caliente. Todos los residentes se vestirán apropiadamente (pantalones, camisa y zapatos se deben usar) antes de entrar en el comedor.  Alimentación infantil, fórmula para bebés, y sillas altas también estarán disponibles en el comedor.

Refrigerios nutricionales y bebidas estarán disponibles las 24 horas del día en los cuartos de estar. Los residentes no se les permiten tomar más alimentos o bebidas que se consumen en una sola sesión. Estos alimentos se repondrán varias veces al día. Se espera que los residentes mantengan un ambiente sanitario mediante la limpieza después de ellos y sus hijos.

**ROPA/REGLAS DE VESTUARIO**

- Residentes de cinco (5) anos y mayor cumplirán con las normas de ropa/vestuario.
- Las sandalias para ducha solo se pueden usar dentro de los suites.
- La ropa interior puede ser usado sin ropa exterior **SÓLO** mientras duerme o en el baño. **SIN EXCEPCIONES.**
- Los pantalones deben usarse arriba de la cintura, de modo de evitar que se vea el pliegue de los glúteos.
- Los residentes no se les permite caminar por el centro con sus manos dentro de la cintura del pantalón, sin importar cuáles sean las condiciones climáticas (se le proporcionara ropa apropiada al clima).
- No se puede usar ningún artículo de ropa de un modo no previsto para dicho artículo (por ejemplo, está prohibido usar una camisa como cinta o gorra para el cabello, etc.)
- Residentes no tienen permitido lavar la ropa, la ropa de cama, las sábanas y el calzado deportivo u otros artículos en los lavamanos o duchas de los baños.
- Los residentes deben estar totalmente vestidos, mientras que en la suite. Con la excepción de los baños y mientras estén dormidos, los residentes no se les permite estar desnudos.
- Obenques o cubiertas de modestia para amamantar (o equivalente) serán proporcionados y se les anima usarlas para su privacidad.
- Los residentes deben usar camisetas que cubren los hombros, el pecho, el estómago y la espalda baja.
- Blusas no se pueden usar cuando se expone escote.
- Formulario de camisas ajustados / No se permiten tops.
- No se permiten pantalones y pantalones cortos ajustados de su forma.
- La ropa que penetra no está permitida.
- Pantalones cortos no deben estar más cortos de la mitad del muslo.
- No se permiten los vestidos y faldas, a no ser aprobada por razones religiosas. (Solamente 10 años y menor)
- Zapatos o sandalias deben ser usados en todo momento.
- Si una prenda de vestir se considera inadecuado durante el día, todavía es inadecuado para las horas de la noche / de dormir.
- Aretes, collares basados religiosos y anillos de matrimonio son los únicos artículos de joyería permitidos.

Mientras que fuera de su suite de todos los niños deben tener vestimenta adecuada para el clima en todo momento.

**Lavando la ropa personal**

Su ropa personal en exceso se lavara antes de guardarse en el cuarto de propiedad y estara lista para usted cuando salga de este centro. ICE y GEO no serán responsables por los daños que haya sufrido su ropa al ser lavada.

Los residentes estan obligados a mantenerse limpios y usar ropa y zapatos adecuados durante todas las actividades. Recuerde que la mal higiene, mal saneamiento y el mal uso de la ropa y zapatos adecuados puede provocar un conflicto potencial con los demás y tener un impacto negativo sobre la salud y la seguridad. Si no cumple con las reglas de vestuario y las normas de higiene personal, puede resultar en un problema que requiera de la intervención del personal y ademas una medida disciplinaria adecuada para corregir la situación.

El horario de lavandería esta publicado en cada cuarto de estar. Se recogen todos los artículos, incluyendo, calcetines y ropa interior, en la bolsa de malla repartida, y se lavan según el horario autorizado. Adicionalmente, se encuentran lavadores en los cuartos de recreo para uso de los residentes.  Sábanas, fundas de almohadas, y toallas también serán intercambiadas entre la semana de la misma manera.  Las mantas se cambian y se lavan cada treinta (30) días. Nunca debe tener en su poder mas de la cantidad de ropa o ropa de cama que se le entregó inicialmente.  Si tiene algún artículo extra, se considera una infracción de las reglas del centro y es causa suficiente de una medida disciplinaria.

Si necesita un intercambio de zapatos u otra ropa porque se rompieron o ya no sirven, puede enviar una forma de solicitud de residentes al departamento de lavandería. El artículo que solicite será intercambiado por el que ya no sirve.

## SERVICIOS DE ATENCIÓN MÉDICA



Cuando llegue a este centro, usted recibirá un examen inicial de salud y de la salud mental por un profesional de atención médica antes de recibir servicios médicos, usted estara obligado a firmar un consentimiento médico. Usted esta obligado a proporcionar su tarjeta de identificación cada vez que reciba los servicios médicos incluyendo la dispensación de medicamentos.

También se le realizará un examen médico exhaustivo dentro de los siete (7) dias posteriores a su ingreso y sus hijos recibiran un examen medico exhaustivo dentro e las (24) horas posteriores a su llegada. Para brindarle el mejor servicio médico posible, es importante que sea honesto con respecto a cualquier problema médica que podria tener, problemas de salud mental y consumo o dependencia de fármacos psicoactivos (es decir, que alteran el estado de ánimo), alcohol, opiáceos, hipnóticos, sedantes, etc. El personal professional de salud les  brinda servicios de atención médica para los que estan detenidos en este centro. Mientras está aquí, si está enfermo y siente que necesita atención médica, el personal del departamento de médico pueden verlo durante las visitas médicas. Las solicitudes de visita médica son revisadas y organizadas empezando con los casos prioritarios, que generalmente, se citan el día siguiente. Si siente que tiene algún problema de salud y siente que es de emergencia, comuníqueselo al personal de KCRC y será evaluado por el personal de médico para recibir un tratamiento más inmediato.

- Usted tiene que apuntarse para solicitar las visitas médicas. El personal de KCRC u otro residente no puede hacerlo por usted.
- Escriba su solicitud y depositelo en una de las cajas de médico localizadas en las salas de estar y en el comedor.
- Alguien del departamento de medico recogerá las solicitudes los siete (7) dias de la semana.
- Usted será acompañado al departamento de médico cuando se solicita por el departamento de medico.
- No se le cobrará por los servicios de medico mientras sea un residente de este centro.

Si usted tiene una emergencia médica en cualquier momento, comuniqueselo inmediatamente al personal de KCRC que se encuentre más cerca.  Su estado se le comunicará al personal del departamento de médico.

## SERVICIOS DENTALES

La Clínica Médica de KCRC está equipada para evaluar las preocupaciones dentales. Al ingresar, usted recibirá un examen dental. Atención dental de rutina y de emergencia también está disponible. Cuidado dental Emergente incluye, pero no se limita a: infecciones dentales, dientes dolorosos, hinchazón facial, o trauma en los dientes. Para recibir tratamiento dental sigue el mismo proceso que se describe anteriormente. Se hará una cita para que pueda atender sus problemas dentales en el momento oportuno. La hora de la cita dependerá de la gravedad de su problema.

## SERVICIOS DE SALUD MENTAL

Servicios rutinarios de salud mental están disponibles bajo petición. Utilice el proceso de consulta médica si la preocupación es de rutina en la naturaleza. Usted debe buscar los servicios de salud mental para usted o su hijo si usted nota un cambio significativo en el comportamiento o experimentando desafíos significativos en la adaptación a la instalación. Por favor notifique a un miembro del personal si se siente suicida o uno de sus hijos está expresando pensamientos suicidas, esto se considera una emergencia médica y el personal médico está aquí para ayudar.

## PREVENCIÓN DE SUICIDIOS

Si se siente deprimido, piensa que puede herirse o necesita hablar con alguien, avisele inmediatamente al personal de KCRC.  Si siente que otro residente está deprimido o puede herirse a sí mismo, también debe alertar al personal de KCRC sobre la situación. Será referido al personal de médico adecuado.  Todas los residentes potencialmente suicidios o muy deprimidos recibirán las remisiones correspondientes para recibir asistencia y serán tratadas de forma sensible.

## PROGRAMA DE PREVENCION E INTERVENCION DE ASALTO Y ABUSO SEXUAL

Si se siente inseguro debido a amenazas de asalto o abuso sexual, o si es asaltado o abusado sexualmente, debe avisarle de inmediato al personal de KCRC o a algún otro miembro del personal.  La información referente a la identidad de un residente que haya sido victima y reportado un asalto y los datos del reporte, se limitará a aquellos que necesitan conocer dicha información para poder tomar decisiones sobre el bienestar de la víctima y para fines de cumplimiento de la ley/investigación.

Si siente que está a riesgo de ser abusado, existen varias formas de reportar este riesgo para protegerse y evitar convertirse en una víctima: comuniquese con el personal de KCRC asignado a su area, llene una queja de emergencia especificando sus necesidades inmediatas o contáctese con el personal de ICE a través del formulario de solicitud del residente.  Los residentes de KCRC también tienen el derecho a comunicarse con el coordinador de prevención del abuso sexual (Administrador de Cumplimiento) de este centro, marcando #9 de cualquier teléfono de residente, referente a cualquier tipo de abuso sexual o asalto.  Usted o un pariente / amigo también puede presentar una queja de su parte directamente a la Oficina del Inspector General llamando al 1-800-323-8603 o por correo a la direccion:

**DHS OIG HOTLINE**
**245 Murray Drive, SE**
**Building 410**
**Washington, DC  20538**

Una denuncia podrá también ser presentada a la Oficina del Inspector General a través de correo electrónico  a:  DHSOIGHOTLINE@DHS.GOV

Si es asaltado o abusado sexualmente, el personal adecuado se encargará de arreglar para su tratamiento médico y asesoramiento de víctima.

**CONOCIMIENTO SOBRE LOS ASALTOS SEXUALES**

**Definiciones:**

    **Asalto/Abuso sexual de un Residente por parte de otro Residente:** Uno o mas de un residente que participen o intenten participar en un acto sexual con otro residente; o el uso de amenazas, intimidaciones, manoseos inapropiados u otras acciones y/o comunicaciones de parte de uno o más de un residente con el objetivo de obligar y/o presionar a otro residente para que participe en un acto sexual.

    **Asalto/Abuso sexual de un Residente por parte de un miembro del personal:** Un miembro del personal que participe o intente participar en un acto sexual con cualquier residente; o el manoseo intencional de los genitales, el ano, la ingle, el pecho, la parte interior del muslo o los glúteos con la intención de abusar, humillar, acosar, degradar, excitar o satisfacer los deseos sexuales de cualquier persona. El asalto/abuso sexual de los residentes por parte del personal o de otros residentes se considera un uso inapropiado del poder y tanto la política de ICE como la ley lo prohíben.

    **Conducta sexual inadecuado por parte del Personal:** El comportamiento sexual entre un miembro del personal y un residente, que puede incluir pero no limitada, a lenguaje o gestos indecentes, profanos, u ofensivos y vigilancia de forma inapropiada de los residentes.

**Actos Prohibidos**

Un Residente que participe en un acto sexual inapropiado con o dirigido a otras personas, puede ser acusado de los siguientes Actos Prohibidos, según la Política Disciplinaria del Residente.

Código 112: Uso de lenguaje vulgar, o frases obscenas/abusivas
Código 209: Acoso sexual verbal de un residente
Código 303: Violacion/Acoso Sexual

**Ambiente Seguro**

Mientras esté detenido, nadie tiene el derecho de presionarlo para participar en actos sexuales o en un comportamiento sexual indeseado, independientemente de su edad, su tamaño, su raza o su etnia.  Sin importar cuál sea su orientación sexual, tiene derecho a estar salvo de las insinuaciones y actos sexuales indeseados.

**Confidencialidad**

La información sobre la identidad de un residente que haya sido víctima de una agresión sexual y que informe dicha agresión, y los datos del informe, se limitarán a aquellos que necesitan conocer dicha información para poder tomar decisiones sobre el bienestar de la víctima y para fines de cumplimiento de la ley/investigación.

**Evitando las Agresiones Sexuales**

Aquí hay algunos consejos para protegerse de las agresiones sexuales:
- Siga adelante demostrando seguridad. Muchos agresores eligen víctimas que lucen como personas que no se resistirían o que consideran que son débiles emocionalmente.

- No acepte regalos o favores de los demás.  La mayoría de los regalos y favores traen aparejados otros compromisos.
- Si otro residente le ofrece ser su protector, no lo acepte.
- Encuentre a un miembro del personal con quien se sienta cómodo para hablar sobre sus miedos y preocupaciones. ¡Reporte preocupaciones!
- No consuma drogas ni alcohol, ya que pueden debilitar su capacidad para estar alerta y tomar buenas decisiones.
- Evite hablar sobre sexo.  Otros residentes pueden pensar que usted tiene interés en una relación sexual.
- Sea claro, directo y firme.  No tenga miedo de decir NO o BASTA.
- Manténgase en áreas bien iluminadas de la institución.
- Elija bien a sus compañeros.  Busque personas que participen en actividades positivas, como programas educativos, oportunidades laborales o grupos de consejería.  Participe también en estas actividades.
- Confíe en sus instintos. Sea consciente de las situaciones que lo hacen sentir incómodo.  Si no se siente bien ni seguro, retírese.   Si teme por su seguridad, infórmele sus preocupaciones al personal.

### Reportar Agresiones

Si usted es víctima de una agresión sexual, debe reportarlo inmediatamente a cualquier miembro del personal en quien confíe, puede ser el personal encargado de los suites, los oficiales de deportacion, capellans, personal del departamento de medico o supervisores. Los miembros del personal mantienen la información brindada en forma confidencial y sólo discuten la informacion con los oficiales correspondientes que necesitan saber.  Si no se siente cómodo informando la agresión al personal, tiene otras opciones:

- Escriba una carta en la cual informe la mala conducta sexual al Asistente Encargado de ICE (AFOD) o al Encargado de ICE (FOD) para garantizar la confidencialidad, usando métodos especiales de enviar por correo.
- Escriba una Queja de Emergencia del Residente: si decide que su queja es demasiado confidencial como para presentarla al Asistente Encargo de ICE (AFOD), puede madarla directamente al Encargado de ICE (FOD).  Puede solicitarle los formularios al personal de KCRC, personal de ICE o al administrador del centro.
- Escriba a la Oficina del Inspector General (OIG), quien investiga las acusaciones de mala conducta por parte del personal. La dirección es: Oficina del Inspector General, P.O. Box 27606, Washington, D.C. 20530
- Llame a la Oficina del Inspector General (OIG) sin costo alguna a usted. El número está publicado en su suite.

**Las personas que abusan sexualmente o asaltan a los residentes sólo pueden ser disciplinadas o procesadas si el abuso es reportado.**

### Pasos Siguientes Despues De Reportar Una Agresión

Se le ofrecerá protección inmediata con respecto del agresor y será remitido para la realización de un examen médico y una evaluación clínica.  Para recibir asistencia, no es necesario que nombre a el/los residente/s o miembro/s del personal que le hizo daño, pero si brinda información específica, puede fácilitar que el personal lo ayude.  Continuará recibiendo protección contra el agresor, sin importar si ha identificado a su atacante o aceptado testificar contra esta/s persona/s.  Es importante que no se duche, no se lave, no beba, no se cambie de ropa ni use el baño hasta que se haiga coleccionado la evidencia.

**Examen Médico**

El personal médico lo examinará para ver si tiene alguna herida, que tal vez no pueda aparecer a primera vista, y colectará evidencia física sobre la agresión.  La ropa no se debe cambiar, pero si se cambia, lleve la ropa y la ropa interior que tenia puesto al momento de la agresión al examen médico.  Se le examinara para la presencia de evidencia física que respalde su acusación.  Con su consentimiento, un profesional médico le realizará un examen pélvico y/o rectal para obtener muestras o documentar la existencia de evidencia física presente luego de la agresión, como por ejemplo vello, fluidos corporales, desgarros o abrasiones y tambien existe la posibilidad de tomarle fotos.  La evidencia física es fundamental para corroborar que ocurrió la agresión sexual y para identificar al agresor. El examen será realizado en forma privada y profesional por personal capacitado.

**Comprendiendo El Proceso De Investigación**

Una vez que se informa la conducta inapropiada, la agencia encargada de cumplir con la ley correspondiente realizará una investigación.  El propósito de la investigación es determinar la naturaleza y el grado de dicha conducta.  Es posible que se le solicite una declaración durante la investigación.  Si se presentan cargos penales, se le pedirá que testifique durante los procedemientos penales.  Cualquier residente que afirme haber sido abusado sexualmente, se le ofrecerá protección inmediata y será remitido para un examen médico.

**Consecuencias Emocionales De Una Agresión Sexual**

Es común que los víctimas de agresiones sexuales tengan sentimientos de vergüenza, ira, culpa, pánico, depresión y miedo puede durar varios meses o años despues del ataque.  Otras reacciones comunes incluyen pérdida del apetito, náuseas o dolor de estómago, dolores de cabeza, pérdida de la memoria y/o problemas de concentración y cambios en los hábitos de sueño.  El apoyo emocional está disponible a través del personal médico y salud mental y de los capellanes.  Además, muchos residentes con grandes posibilidades de agredir sexualmente a otros han sido abusados sexualmente ellos mismos.  Hay servicios de salud mental disponibles para estas personas, de modo que puedan controlar sus acciones y reponerse del abuso al que fueron sometidas.

Cualquiera puede ser víctima de agresión sexual: no importa el género, edad, raza, grupo étnico, estatus socioeconómico, orientación sexual o discapacidad de la persona.  La agresión sexual no tiene que ver con el sexo, sino con el PODER y el CONTROL.  Todos los reportes de agresion sexual se tratan con la debida seriedad.  Su seguridad y la de los demás es lo que más nos importa.  Para la seguridad de todos, es necesario reportar todos los incidentes, amenazas o agresiones.

**Reporte todos los intentos de agresión y casos de agresión al personal encargado de su suite, un supervisor, personal de ICE, Asistente Encargo de ICE (AFOD) o directamente a la Oficina del Inspector General.  El personal no acosara, disciplinará, castigara, o tomara represalias contra usted por informar de un asalto o intento de asalto.  El coordinador de PREA en este centro es el Administrador de Cumplimiento.**

**COMUNICACIÓN ENTRE PERSONAL Y RESIDENTE / FORMULARIOS DE SOLICITUD PARA RESIDENTES**

Se recomienda que hable informalmente con el personal sobre sus preocupaciones y sobre infomacion referente a las políticas y procedimientos de este centro.  El personal de ICE/DRO llevara a cabo visitas programadas y no programadas para platicar con los residentes.  Si necesita información o asistencia

adicional a la provista por este manual o por el personal de KCRC asignado a su area de suite, debe completar un Formulario de Solicitud para Residentes usando el numero de identificacion. El personal de KCRC le entregara el formulario de solicitud si no puede localizarlo y le ayudara a completarlo, si es necesario. Asegúrese de proporcionar toda la información solicitada en la parte superior de la forma (tal como aparece en su tarjeta de identificacion) y escriba su solicitud de manera sencilla y clara. El formulario de solicitud de residente se deposita en la caja correspondiente situada en los cuartos de recreo y comedor, y despues son recogidos por el personal autorizado sin que otra persona pueda leer lo escrito, alterar, o retrasarlo. También puede sellar la solicitud en un sobre, y claramente apuntar el nombre, título u oficina en donde la solicitud debe ser enviada.

Dichos formularios tambien se utilizan para ponerse en contacto con su Oficial Asignado de Deportación. Los Oficiales de Deportación son quienes están encargados de su caso. Para identificar a su Oficial de Deportación asignado, use los últimos tres dígitos (números) de su Número de Registro de Extranjero (Número A). Publicado en su suite y areas comunes, hay una lista de los Oficiales de Deportación y el número correspondiente que se le ha asignado a cada uno. Todas las preguntas sobre el estado de su caso deben dirigirse al Oficial de deportación correspondiente. Los oficiales de deportación llevarán a cabo visitas semanales regulares al área residencial para hablar con los residentes y supervisar las condiciones de vida. El horario programado de dichas visitas se publica en los tablones de anuncios ubicados en las salas de recreo.

Todos los Residentes tendrán la oportunidad de enviar preguntas, solicitudes o inquietudes al personal, usando un formulario de solicitud para residentes aprobado. Una cantidad adecuada de formularios de solicitud para residentes y materiales para escribir esta disponible para los residentes. Si usted no puede encontrar un formulario de solicitud o de los instrumentos de escritura en la sala de recreo, preguntele al personal de KCRC y se lo proporcionaran.

Un residente puede solicitar asistencia de otro residente o el personal de KCRC para preparar un formulario de solicitud de residente. Se alienta al personal KCRC utilizar la línea de idiomas a su disposición para los servicios de traducción. El Administrador de este centro se asegura de que los procedimientos normalizados de operacion cubra los residentes con necesidades especiales, incluyendo los que estan discapacitados, enalfabetos, o si sabe poco a nada de ingles. Si un residente no puede leer o no comprende el idioma del manual, el administrador de la institución se encarga de los materiales de orientación para ser leído al residente, proporciona el material mediante cintas de audio o vídeo en un idioma que el residente pueda entender, o proporciona un traductor o intérprete en un plazo razonable de tiempo.

**PREGUNTAS REFERENTE AL TELÉFONO SE TIENEN QUE PRESENTAR EN EL FORMULARIO DE QUEJAS DE TELÉFONO, NO EN FORMULARIO DE SOLICITUD DE RESIDENTE.**

El personal que recibe la solicitud responderá en persona o por escrito lo mas antes posible y practicable no más tardar de 72 horas posteriores a la fecha de recepción de la solicitud.

Cada familia admitida a KCRC se le asigna un Administrador de Casos específico. Estos trabajadores ayudan a los residentes con preguntas con respecto a los derechos, las normas, las responsabilidades, la programación y los servicios, la vivienda y la educación, las cuestiones de propiedad, acceso a números de teléfono y direcciones de familia y amigos, referencias de tratamiento y otras cuestiones que surgen durante su residencia en esta instalación. Los residentes pueden ponerse en contacto con los Administradores de Casos a través de Formularios de Solicitud de Residentes. Estos formularios se encuentran en los cuartos de estar. Formas completas se colocan en el buzón, situado en los cuartos de estar, etiquetados "GEO."

**VISITACION**

ICE le exhorta a que reciba visitas de sus familiares, amigos y abogados. También se permite recibir visitas de oficiales del consulado, grupos de interés especial y medios de comunicación. Se han establecido horarios para cada tipo de visita. Para recibir visitas especiales, se necesita la autoizacion previa del Administrador u otra persona designada.

**Horas de Visita**

Las horas de visita son de las 8:00 de la mañana a las 8:00 de la tarde siete (7) dias a la semana incluyendo los dias festivos.  Los horarios de visita se publican en las salas de estar, y fuera del area deespera del publico general.  También está disponible para el público general una copia de los horarios y reglas de las visitas.  Los horarios de inicio y fin están sujetos a modificaciones supeditadas al funcionamiento seguro y ordenado de este centro.

Sesiones de visita normalmente serán el máximo de una hora dependiendo del número de visitantes y personal disponible. Cada residente será limitado a una (1) visita por día, sin embargo se harán excepciones según el espacio. Más tiempo puede ser autorizado por el administrador del centro para familiares que viajan largas distancias.  Un máximo de dos adultos (18 años o mayor) y dos niños (17 años y menor) pueden visitar en cualquier momento.  Cualquier comportamiento disruptivo por cualquiera de las partes dará lugar a la terminación de la visita y puede hacer que las futuras visitas por cualquiera de las partes a ser negadas. Los visitantes que traen niños se espera que mantengan la supervisión directa de los niños y evitar la interrupción de los demás visitantes.

Visitantes no serán permitidos entrar con artículos personales al área de visita. Cajas de seguridad están disponibles en la entrada del centro para asegurar sus artículos.

**Visitas legales**

Tiene el derecho de reunirse en forma privada con sus representantes legales, potenciales representantes legales y asistentes legales.  Es su responsabilidad comunicarse con dicha persona u organización para organizar una cita.  También es su responsabilidad cancelar una cita si no tiene intencion de mantenerla.  Un personal u otro residente no pueden cancelar citas de su parte.  Estas visitas son confidenciales.  Ningún miembro del personal del centro estará presente en estas reuniones ni las escuchará.  Todo material que obtenga durante las visitas legales para su uso personal será inspeccionado, pero no leído.  Las visitas legales pueden ocurrir diario dentro de las 8:00 de la mañana a las 8:00 de la tarde.  El administrador del centro puede autorizar un  horario afuera del horario publicado por sita. Puede solicitar reunirse con su representante legal durante los horarios de la comida. Si solicita esta opción, se le dará una comida envasada en vez de la comida que se sirve en ese horario en particular.

**Visitas del Consulado**

Usted tiene derecho a comunicarse con los representantes de su consulado y a recibir visitas de los oficiales del consulado.  Estas visitas pueden llevarse a cabo durante los horarios de visita pulicados para abogados o en otro horario, con el permiso especial del administrador del centro u otra persona designada.  Estas visitas también son privadas, como las reuniones con sus representantes legales.

**Visitas Especiales**

Para solicitar una Visita Especial, debe enviar un formulario de solicitud para residentes al administrador del centro. Los motivos para conceder dicho permiso incluyen:

- Las familias excepcionalmente grandes para que todos los miembros pueden visitar al residente en grupo.
- Cantidad ilimitada de visitantes.
- Visitantes que viven fuera del estado.
- Visitantes que no pueden visitar al residente durante los horarios establecidos.

**Reglas de Visita**

Los horarios de visita del centro se publicarán en los areas de su suite. Los horarios de visita se modifican de acuerdo con las necesidades de la población de residentes y las condiciones de seguridad existentes. Si tiene alguna pregunta, consulte el tablero de anuncios o al personal de KCRC.

Se hará todo lo posible para permitirle recibir visitas. Las sesiones de visita generalmente duran una hora, dependiendo del espacio, de visitantes y del personal disponible.  El administrador del centro puede autorizar más tiempo a los familiares que viajan de largas distancias.   Con previa solicitud, los miembros del clero que presenten una identificación adecuada podrán visitar.

Cualquier comportamiento disruptivo, ya sea de los visitantes o de los residentes, resultara en la terminacion de la visita y tambien puede resultar en la imposibilidad de realizar mas visitas. Si su(s) visitante(s) es/son acompañado(s) por niños (17 años o menor), se espera que permanezcan bajo la supervisión directa de los adultos y que se evite molestar a los demás visitantes. A los visitantes no se les permite llevar artículos personales al área de visitas. Armarios para guardar estos artículos estaran disponibles.

- El número de visitantes (adultos y niños) que pueden visitar con un residente especifico a la vez está limitado a la disponibilidad de espacio y / o a la discreción del administrador del centro.

- Los visitantes deben vestirse en forma adecuada y socialmente aceptable.  Una copia de las reglas de vestimiento esta disponible y la misma se entrega a todos los visitantes.

- Los visitantes y todos sus efectos personales serán inspeccionados antes y después de entrar el centro.  Residentes de 14 años y mayor serán inspeccionados a través de un detector de metales de mano  después de su visita para razones de seguridad.

- El Administrador del centro u otra persona autorizada tendra que darle permiso para dejar entrar ciertos artículos, y esto se limita a un conjunto de ropa completa y una bolsa para transportarla, a menos que se haya recibido una **autorización previa por escrito**.

- Un comportamiento incorrecto o socialmente inapropiado, ya sea del residente o del visitante(s), será motivo de finalizar la visita y puede tener un efecto adverso sobre visitas futuras.

- Los visitantes y residentes con niños (menores de 17 años) deben supervisarlos constantemente para que no molesten a los demás.

- Los visitantes son responsables por sus traslados hacia y desde el centro.

- Debe recomendar a sus visitantes que no traigan grandes cantidades de paquetes en la mano y otros artículos.

- Se prohíbe el uso de lenguaje ofensivo, hacer mucho ruido, molestar a los otros residentes o visitantes,  generar problemas o cualquier otro tipo de inconvenientes en el área de visitas.

- No se intercambiarán artículos/efectos entre el visitante y el residente durante la visita.  Todas las intercambios se iniciaran solamente entre el visitante y el personal del vestíbulo de entrada, quien a la vez apuntara el artículo y le dará un recibo aprobando de la articulo(s) solamente.

- El personal del vestíbulo de entrada no aceptará dinero en efectivo, cheques de los bancos de estados unidos o cheques federales o entidades estatal.

Un Kiosko estara disponible en el area de entrada duarante las horas de las 8:00 de la mañana hasta las 8:00 de la tarde y aceptara dinero en efectivo, tarjeta de débito, y tarjetas de credito.

**Normas de Vestuario para Visitantes**

El centro mantiene normas de vestiuario para los visitantes. Dichas normas se publicarán y estarán disponible para todo el público.

**Visitantes Femeninas de 5 Años y Mayores**

- Los shorts o pantalones cortos deben cubrir todas las áreas de costumbre del cuerpo que generalmente permanecen cubiertas. Esto incluye los glúteos y la zona de la entrepierna, tanto cuando la persona está parada como cuando está sentada.  Los shorts hasta la mitad de los muslos son permitidos y no pueden ser más cortos.  No se permite usar shorts demasiado cortos, pantalones de gimnasia, pantalones cortados y otros shorts obviamente inadecuados.

- Las faldas y vestidos deben llegar hasta la mitad de los muslos cuando la persona esté sentada.

- Las aberturas en faldas y vestidos deben abrirse sólo hasta la mitad de los muslos cuando la persona esté sentada.

- La ropa transparente está prohibida.

- La parte superior de la ropa debe cubrir, como mínimo, hasta las axilas, tanto en la parte delantera como en la trasera.
  Las camisas que dejan el torso descubierto, las camisas sin breteles, las camisas muy ajustadas y los trajes de baño están prohibidos.

- Se le obliga usar zapatos en todo momento.

- Los "colores" distintivos de pandillas y otros dibujos de este tipo están prohibidos.

**Visitantes Masculinos de 5 años y Mayores**

- Los shorts o pantalones cortos deben cubrir todas las áreas de costumbre del cuerpo que generalmente permanecen cubiertas. Esto incluye los glúteos y la zona de la entrepierna, tanto cuando la persona está parada como cuando está sentada.  Los shorts hasta la mitad de los muslos son permitidos y no pueden ser más cortos.  No se permite usar shorts demasiado cortos, pantalones de gimnasia, pantalones cortados y otros shorts obviamente inadecuados.

- Se debe usar camiseta o camisa en todo momento.  Las camisetas de gimnasia, las camisetas que dejan el torso al descubierto y las camisetas sin mangas están prohibidas.

- Se le obliga usar zapatos en todo momento.

---

- Los "colores" distintivos de pandillas y otros dibujos de este tipo están prohibidos.

CORREO Y CORRESPONDENCIA ESPECIAL



Puede comprar estampillas y sobres con franqueo prepago en la comisaria.
Su dirección para recibir correspondencia en este centro es:

> Karnes County Family Residential Center
> Su Nombre (como aparece en su identificación)
> Su Número de Registro de Inmigrante (Numero 'A')
> 409 FM 1144
> Karnes City, Texas 78118

Tiene que utilizar la dirección de arriba para recibir correo en este centro.

El correo entrante que no incluya el "Número de registro de Residente" (A#), será devuelto al remitente sin ser procesado. Podrá solicitar materiales, como lápices y sobres, del personal asignado a su area de suite.  No se permiten los bolígrafos.  Si tiene menos de quince ($15) dólares en su cuenta, puede enviar, gratis, no mas de cinco (5) cartas por semana, de una (1) onza cada una, sin costa al residente.  Por favor, escriba la dirección del remitente que se menciona arriba, en la esquina superior izquierda del sobre.  Si no lo hace, su carta será abierta para su identificación y  será devuelta a usted.  Debe sellar los sobres de su correo y despues depositarlos en la caja etiquetada "Correo" que se encuentran en las areas comunes. Todo el correo saliente se recoge cada mañana y se envía ese mismo día.   Debido a las regulaciones postales, está prohibido dibujar la parte externa del sobre.

CORRESPONDENCIA GENERAL Y OTRO CORREO

El término utilizado es un término usado para describir el correo de día a día de que el personal deberá abrir e inspeccionar (incluyendo paquetes y publicaciones), en presencia del residente. Correspondencia general entrante puede ser leída en la medida necesaria para mantener la seguridad, según lo autorice el Administrador del Centro. La inspección es generalmente para el propósito de detectar el contrabando. La lectura de correo, que requiere la aprobación del administrador del Centro, puede llevarse a cabo aleatoriamente. Correo también puede ser leída cuando un problema específico de seguridad documentado surge con respecto a un individuo residente, para revelar información como: parcelas de escapar, los planes para cometer actos ilegales, los planes para violar reglas de la institución, etc.

CORRESPONDENCIA ESPECIAL

El término utilizado es el término dado a las comunicaciones por escrito entre usted y sus abogados y otros representantes legales privados, abogados del gobierno, jueces, tribunales, embajadas y consulados, el Presidente o vice presidente de los Estados Unidos, miembros del Congreso, el Departamento de justicia y Department of Homeland Security (incluidos el ICE y la Oficina del inspector general), el Servicio de salud pública, administradores de sistemas de quejas y representantes de los medios de comunicación. La correspondencia NO será considerada correspondencia especial (en el caso de la correspondencia entrante) si el cargo y la oficina del remitente no están identificados en el sobre, indicando claramente que la correspondencia es especial. La correspondencia saliente NO será considerada correspondencia especial si el nombre, el cargo y la oficina del destinatario no están identificados claramente en el sobre, de modo tal de indicar en forma precisa que dicha correspondencia es especial.

**CORRESPONDENCIA ENTRANDO Y SALIENDO**

El correo entrando generalmente se le entregara el mismo día que llega a este centro.  Su correspondencia, especial y general, se abre en su presencia y se inspecciona para descartar un posible contrabando.  Si recibe dinero en efectivo por correo, el personal, en su presencia, le entregara un recibo por el valor del dinero antes de colocarlo en su cuenta. Si usted no permite la inspección de su correspondencia, la misma será devuelta al remitente.  **Su correspondencia no será leída, solamente inspeccionada para detectar la posible presencia de artículos de contrabando.** El Oficial Asistente Encargado de la Oficina Local de ICE (AFOD) u otra persona designada puede, por cuestiones de seguridad, autorizar que se abra su correspondencia general sin que usted esté presente.  La correspondencia especial entrante será inspeccionada en su presencia para detectar un posible contrabando físico y confirmar que la misma califica como correspondencia especial.  Los documentos de identidad, como pasaportes, certificados de nacimiento, licencia de conducir, etc., serán confiscados y serán entregados al Oficial de deportación correspondiente para que los coloque en su Archivo 'A'.  Si solicita, ICE le dará una copia de dichos documentos.

No se le permitirá recibir o enviar paquetes (incluyendo los bienes en exceso) sin hacer arreglos por adelantado y obtener la autorizacion del administrador del centro.  Cuando la autorización previa no se recibe el paquete será devuelto al remitente.  Usted pagara el costo del franqueo postal de los paquetes que excedan el tamaño o el peso permitidos.  El contenido de todo paquete entrante o saliente será inspeccionado.

Usted es responsable por el contenido de las cartas que envía.  Si los miembros del personal tienen algún motivo para creer que usted está violando las reglas de envíar correspondencia (correspondencia con amenazas o la participación en algún tipo de actividad criminal), sus privilegios de envíar y recivir correspondencia serán prohibidos.  Esto puede resultar en que sólo se le permita enviar cartas a personas aprobadas específicamente.  También puede resultar en que el personal del centro lea y revise todo su correo general saliente y entrante.  Usted no puede escribirle a otro centro de detención o penitenciario sin tener previa autorización del encargado de ICE y el administrador de este centro.  Tampoco puede escribirle a otro residente detenido en este centro sin previa autorización del administrador de este centro o personal designado.

Si usted presenta su correo para ser enviado y se cree que contiene artículos de contrabando, el personal de correos lo devolverá a su suite y lo abrirá para inspeccionar en su presencia. Si se determina que la correspondencia contiene contrabando, se podrán tomar medidas disciplinarias en su contra.

Si desea enviar dinero a su familia o a otras personas fuera del centro, usted puede enviar una solicitud de residentes a la tenedora de departamento de Libros, que puede hacer los arreglos necesarios para que usted pueda enviar dinero.

Le advertimos que hay circunstancias en las que la correspondencia general entrante y saliente puede ser confiscada o retenida.  Correo sospechoso de contener contrabando sólo se abrirá en presencia del residente.  En caso de que esto suceda, se le dará un recibo por el/los artículo/s confiscados o retenidos.  La correspondencia y las publicaciones que pueden ser rechazadas incluyen, de forma enunciativa pero no limitativa, artículos con el siguiente contenido:

- Material que ilustre, describa o aliente actividades que pudieran derivar en violencia física o disturbios en el grupo, incluido material que trate sobre cuestiones de defensa personal o supervivencia, armas, armamento, explosivos o dispositivos incendiarios;

- Información sobre planes de fuga para cometer actividades ilegales o infringir las reglas del ICE o las normas del centro;
- Información sobre la producción de drogas o alcohol;
- Material sexualmente explícito;
- Amenazas, extorsión, obscenidades o insultos;
- Encriptado; y
- Otros artículos de contrabando (Un paquete recibido sin autorización previa se considera contrabando).

Cuando se retire del centro, su correo entrante será enviado a la dirección proporcionado por usted mismo.  Si no proporciono una dirección de reenvío, su correo será regresado con lo siguiente escrito: "Sin dirección de reenvío, devolver al remitente".  Este tipo de correspondencia será devuelta a la oficina postal.

A continuación se encuentran algunos ejemplos de artículos inaceptables que no se le permite tener en su poder:

- Tarjetas de felicitación en blanco, tarjetas artesanales enviadas por otras personas
- Etiquetas personalizadas (con nombre y dirección), postales, tarjetas de felicitación musicales
- Dinero en efectivo
- Artículos perecederos como alimentos, dulce, bebidas y plantas
- Documentos de identidad y/o copias de documentos de identidad
- Papeles y materiales para escribir cartas, enviadas por otras personas

- Estampillas y sobres con estampillas, enviadas por otras personas, incluyendo estampillas de colección
- Tarjetas plásticas
- Portarretratos, artículos para dibujar y pintar
- Tarjetas de membresía
- Discos de computadora
- Etiquetas con dirección de reenvío
- Cintas de video y cintas de audio
- Certificados de Nacimiento
- Materiales pornograficos, incluyendo revistas
- Mapas

Ejemplos de artículos aceptables incluyen:
- Cartas sin contenido que pueda excitar, enojar o provocar que una persona cause disturbios
- Fotografías, que no incluyen pornográficas, ni fotos de Polaroid, y no más de 5" x 7" (no puede tener más de diez en su posesión)
- Biblias con tapa blanda y materiales religiosos escritos enviados directamente por la editorial
- Documentos legales
- Revistas, enviadas directamente por la editorial, con la excepcion de revistas pornográficas
- Periódicos enviados por la editorial

Se permite la suscripción a publicaciones y revistas **SI** éstas son enviadas de la editorial, una librería verificable o un vendedor minorista de publicaciones.  Los artículos electrónicos, líquidos o de higiene personal, **¡NO ESTÁN PERMITIDOS!**

CORREO DE RESIDENTE INDIGENTE

Los residentes que no tienen los fondos necesarios para la compra de franqueo se les permitirá enviar sin costo:
- Una cantidad razonable de "correspondencia especial". En caso de que el centro considere la cantidad relacionada "irrazonable", la Oficina de ICE del Jefe del Consejo será consultado antes de suspender envíos de correo;
- Por lo menos cinco (5) cartas de la correspondencia general por semana;

- Cualquier paquete que se consideren necesarias por el ICE / ERO, tales como ropa, artículos personales, y artículos necesarios para el retorno al país de origen;
- Los paquetes que contienen bienes personales cuando se determina que el espacio es limitado para el almacenamiento adecuado de los artículos.

## SOLICITUD DE MATRIMONIO

Si desea solicitar permiso para casarse mientras está detenido por ICE, tiene que enviar un formulario de solicitud para residentes al Capellán del centro.  Su solicitud será revisada y enviada a ICE para su autorización.  La autorizacion final vendra del Jeje Encargado de la Unidad Juvenil de Familia Residencial (JFRMU).  En la solicitud, debe contener la información siguiente:

- Que ambas personas son elegibles para casarse legalmente
- Que el residente es competente mentalmente para casarse, según determinado por un médico calificado.
- Que el cónyuge al que se le propone matrimonio ha afirmado, por escrito, su intención de casarse con el residente.

La decisión de rechazar una solicitud y el/los motivo/s de dicho rechazo se le proporcionara por escrito al residente y a su representante legal, si corresponde.  Si se rechaza la solicitud, el residente puede apelar, por escrito, al encargado de la oficina local de ICE (AFOD).

Cuando se aprueba una solicitud, usted, su representante legal u otras personas que actúen en su nombre deben hacer todos los arreglos necesarios para el casamiento.  Los arreglos incluyen, de forma enunciativa pero no limitativa, realizarse un examen de sangre, obtener una licencia de matrimonio y contratar a la persona encargada de llevar a cabo la ceremonia de matrimonio.  **Ni el personal de ICE o de GEO participarán en los arreglos del casamiento.**  Las siguientes condiciones tambien se aplicaran:

- El administrador del centro le dará al residente un horario y un lugar en donde pueda hacer los arreglos necesarios y se adaptarán al funcionamiento ordenado y la seguridad del centro. El asistente encargado de ICE reserva el derecho de la autorizacion final de la hora, lugar, y forma de todos los preparativos.

- Un residente no podrá salir del centro por la razon de hacer arreglos para su casamiento.

- Usted o la(s) persona(s) que lo represente(n) deberán hacerse cargo de todos los gastos relacionados con el casamiento.
- El casamiento se realizará dentro del centro.

- Sólo pueden asistir las personas que sean necesarias para llevar a cabo la ceremonia.

- Las ceremonias de casamiento serán privadas, y no se publicarán en los medios de comunicación.

- Una solicitud de matrimonio no tendrá ningún efecto sobre cualquier procesamiento o acción normal o programada referente a su caso legal. Es decir que, la solicitud de matrimonio no interrumpirá ni retrasará ninguna audiencia, transferencia a otro centro o deportación de los Estados Unidos.

Las normas presentadas anteriormente son las reglas internas de este centro.  Estas normas no deben interpretarse como la creación de derechos para los residentes u otras personas y no impiden al oficial encargado de ICE (AFOD) ejercer descrecion al realizar una revision, caso por caso.

## TELÉFONOS

Teléfonos de residentes son operados por el sistema de teléfono "Talton".  Los teléfonos están ubicados en cada una de las áreas de suite, y otras áreas comunes para los residentes en la población general, observación administrativa, y en observación médica. Usted puede hacer llamadas por cobrar o usar minutos de teléfono, que se pueden comprar.

**Acceso Telefónico De Residente Indigente**

Residentes indigentes también pueden hacer llamadas gratis a familiares y otras llamadas necesarias al hablar con un Administrador de Casos o rellenando un formulario de solicitud de Residente. Residentes indigentes se identifican por la cantidad de fondos disponibles en su cuenta de comisaría. Si usted tiene menos de $ 15.00 en su cuenta de comisaría, se le identifica como indigentes.  Residentes indigentes también pueden hacer llamadas gratuitas a organizaciones de asistencia legal, a la familia y otras llamadas necesarias, por hablar con el administrador de casos o enviando un formulario de Solicitud de Residente. Estos formularios se encuentran en las zonas comunes de este centro. Los formularios completos deben ser colocados en la caja marcada "Correo".

Reglas de acceso, incluyendo números de consulados, se publican en cada habitación.  Debido al número de residentes por cada zona de la suite respecto al número de teléfonos disponibles, los residentes se les pide que limiten sus llamadas telefónicas a 20 minutos para permitir que los demás usen los teléfonos.  **Números de teléfono que comienzan con 1-800 están prohibidos en el sistema de teléfono Talton.**

El acceso de teléfono puede ser restricto si se encuentra violando las normas del centro o si abusa del equipo. Su acceso al uso de teléfono también puede ser restricto si se encuentra que esta usando el teléfono para adelantar actividades ilegales.

*Datos Importantes de Teléfono:*
  ➢ Lea las Instrucciones del Sistema de Teléfono Talton <u>antes</u> de usar el teléfono
  ➢ Grabe su voz → **El uso del teléfono requiere el PIN y el reconocimiento de voz**
  ➢ No comparta el pin - Su familia no necesita su PIN para comprar tiempo de teléfono (sólo su número de 'A' de identificación)
  ➢ Lea las instrucciones - Para una respuesta más rápida → Asistencia al cliente - marque 211 # → Formulario de Resolución
  ➢ No pierda o comparta tarjeta de PIN → Los fondos pueden ser robados y los minutos gastados

**Es su responsabilidad asegurarse de su código de pin y controlar sus finanzas.**

<u>Comprar Minutos de Teléfono</u>
  ➢ Marque 411#-Presione (1) para el ingles o (2) para el español.
  ➢ Marque su PIN
  ➢ Marque la cantidad deseada
  ➢ **FECHA TOPE PARA ORDENAR MINUTOS DE TELÉFONO: 3 P.M. - DE LUNES A VIERNES**

Si usted continúa teniendo problemas de teléfono, avísele al personal encargado de su área de suite para obtener más ayuda:

  ➢ Contacte al servicio del cliente - Talton **primero** (Marque 211 # - **ESCUCHE LAS OPCIONES**) antes de completar el formulario de resolución de teléfono
  ➢ Envié formulario de resolución de teléfono - Talton (no envié formulario de solicitud para el residente)
  ➢ Tiempo de respuesta: dentro de 72 horas de ser recibido por el departamento (lunes a viernes)
  ➢ **No envié formularios de resolución duplicados** - Esto prolongara su respuesta y causa trabajo adicional

KCRC tiene la capacidad de supervisar todas las llamadas en una base diaria para evitar cualquier mal uso de los procedimientos de información.

El procedimiento para obtener una llamada sin que sea supervisada ya sea a un tribunal, un representante legal, o para obtener representación legal tiene que enviar un formulario de solicitud de los residentes al departamento de teléfono para su procesamiento.

**Llamadas Legales**

Un centro puede imponer restricciones razonables sobre los horarios, frecuencia y duración de tales llamadas directas y / o gratis, pero no puede limitar el intento, de un residente, de obtener representación legal.

**Llamadas Directas O Gratuitas**

Usted tiene derecho de acceso a llamadas gratis al siguiente: consulados, los tribunales, los tribunales de inmigración, abogados pro bono o grupos de ayuda legal reconocidos por la Oficina Ejecutiva para Revisión de Inmigración (EOIR), el Departamento de Seguridad Nacional de los Estados Unidos, y la Oficina del Inspector General.  KCRC ofrece una lista de proveedores de servicios legales gratuitos que incluye números de teléfono. Esta lista se encuentra publicada en su suite/área común. Usted puede hacer llamadas directas (sin cobrar a la persona que llama) o llamadas de emergencia en ciertas circunstancias, mandando un **formulario de solicitud de los residentes** al Capellán. Incluya a la persona que desea llamar, la razón de la llamada, y el número para marcar. Residentes indigentes no tienen que pagar por las llamadas locales de acceso especial o las llamadas que no son locales si puede demostrar una necesidad imperiosa. Listas de consulados se publican en los suites/áreas comunes junto a los teléfonos.

- La corte de inmigración local y la Junta de Apelaciones de Inmigración,
- Los tribunales federales y del estado en que el residente se encuentra o pueda ser involucrado en un procedimiento legal,
- Los oficiales consulares,
- La Oficina del Inspector General de los Estados Unidos del Departamento de Seguridad Nacional en marcación rápida 518 #
- **(Llamadas al 800# están prohibidas en el sistema de teléfono Talton)**
- Los representantes legales, para obtener representación legal, o para consultar cuando estén sujetos a la deportación expedita. (Cuando un residente se encuentra bajo una orden de expulsión acelerada, la capacidad de ponerse en contacto con los representantes pro bono no será restringido.)
- Proveedores de servicios legales u organizaciones publicados en la lista de proveedores de servicios legales gratuitos de ICE/ERO,
- El Comisionado Alto para los Refugiados (UNHCR) (aceptando llamadas de los solicitantes de asilo y apátridas).
- Una oficina del gobierno para obtener los documentos relacionados con su caso de inmigración.
- Emergencia y otras llamadas que puede mostrar una necesidad imperiosa de realizar una llamada directa, como en el caso de una emergencia personal o familiar, o cuando usted necesita llamar a una oficina del gobierno para obtener los documentos relacionados con su caso de inmigración. Llamadas telefónicas de rutina a los abogados no se consideran emergencias.

**Siga las instrucciones publicadas en su suite/área común para llamar a su consulado de país por marcación rápida de número.** Servicios de traducción e interpretación se proporcionará cuando sea necesario.

**Mensajes De Residentes**

Los mensajes de abogados de asistencia legal, de emergencia y mensajes regulares se pueden dejar en la instalación, revisados tres veces al día y entregados a la suite designado al residente.  Mensajes de emergencia se entregaran lo más pronto posible y los mensajes regulares se entregaran dentro de (24) horas.  El número de teléfono de KCRC es (830)254-2000.  Si el sistema telefónico del centro o el programa no se ajustan a sus necesidades especiales para una situación particular, o si usted necesita hacer una llamada de emergencia, envié un *formulario de solicitud de los* **residentes** al Capellán, que evaluará su situación y podrá aprobar una llamada de acceso especial. Si está teniendo problemas con hacer una llamada confidencial acerca de un asunto legal, llene un *formulario de Resolución de Teléfono* indicando el problema. Nosotros podemos ayudarle a hacer una llamada privada. Mientras que el personal pueda vigilarlo visualmente en el teléfono, las llamadas legales no serán escuchadas.

**Servicios De Telefono Para Residentes Con Discapacidad Auditiva Y Del Hablar**

Hay por lo menos una aparato de telecomunicaciones para sordos (TDD), para los residentes con la audición y / o impedimentos de hablar, y para los residentes que deseen comunicarse con personas que tienen esas discapacidades. El acceso al equipo TDD requiere que el residente envié un *Formulario de Solicitud de* **Residentes** al departamento de programas. Los teléfonos están disponibles cuando sea necesario, con volumen ajustable para los residentes con problemas de audición.

Los residentes son alentados a utilizar los teléfonos en las habitaciones de la sala de recreo para las llamadas telefónicas hechas a tarde horas de la noche como una cortesía a otros residentes que pueden estar durmiendo.

Los teléfonos no son juguetes.  Los residentes deben supervisar sus hijos en todo momento.

Usted puede presentar un formulario de solicitud de residente al ICE para arreglar contacto telefónico directo con un familiar detenido en una detención de ICE separada de esta detención. ICE hará todo esfuerzo para coordinar un horario para facilitar este tipo de llamadas telefónicas.

## ACTIVIDADES E INSTALACIONES DE RECREACIÓN

Patios de recreación colindan con los suites de la poblacion general.  Cuando las condiciones climáticas y de seguridad lo permitan, los patios de recreación están disponibles los siete (7) días a la semana dentro de las 8:00 de la mañana hasta las 8:00 de la noche. Estarán sujetos a la posibilidad de mantenerse adentro durante climas extremos (menos de 32 grados Fahrenheit y mas de los 105 grados Fahrenheit).

El centro le ofrece actividades recreativas dentro de las áreas comunes, en la forma de barajas, televisiones y juegos sin costo al residente. Los cuartos de recreo  tienen un diseño abierto con acceso libre de la área donde duerme. Hay un calendario mensual de actividades publicado en todas las áreas comunes para las actividades recreativas organizadas. Durante las horas de 8 p.m.-10 p.m. no se emitirá ningún equipo recreativo.

## PROGRAMAS EDUCATIVOS

Este Centro ofrece servicios integrales de educación y programas para los niños elegibles para la educación formal. Escuela será de lunes a viernes, excepto días festivos. Todos los niños de cuatro (4) a diecisiete años (17) están obligados a asistir, a menos que estén justificados con una hoja médica. Las siguientes materias principales se impartirán al menos una (1) hora al día cada una: Ciencias, Estudios Sociales, Matemáticas, Lengua y Literatura (lectura / escritura), y Educación Física. Todos los niños completarán una Evaluación Educativa y Evaluación de Necesidades Especiales dentro de los tres primeros días de su llegada a este centro y otra vez en una rotación de 90 días para realizar un seguimiento de los progresos. Aunque cada niño es evaluado para las necesidades

especiales de su ingreso, los padres que creen que sus hijos pueden tener deficiencias educativas o problemas de aprendizaje, también pueden solicitar una evaluación de necesidades especiales. Los padres pueden iniciar esta solicitud al hablar con el maestro de su hijo, un Administrador de Casos, o al completar un formulario de solicitud de Residente. La unidad educativa se reunirá con los padres y poner a prueba el niño; en caso de ser elegible para la instrucción necesidades especiales, el niño recibirá un Plan de Educación Individual (IEP). El programa educativo del niño, y las modificaciones necesarias, se verán impulsadas por su IEP. Habrá actividades adicionales para que participen los niños de 0-3 años de edad.

Domingo a jueves, a las 8 de la noche se realizará una hora de dormir  para todos los niños en edad escolar. A las 8:00 pm de estas noches, todos los niños en edad escolar van a regresar a sus dormitorios para comenzar su rutina antes de acostarse. Se les exige a los padres que participen en o desarrollen rutinas hora de dormir a sus hijos mientras en el Centro. Ajuste de la hora de dormir de los niños durante la semana se lleva a cabo para promover la asistencia de descanso y atención durante la escuela.

## SERVICIOS DEL COMISARIA

Este centro dispone de un servicio de comisaria que le permite comprar alimentos, artículos de higiene personal, y artículos para escribir y enviar cartas, para suplementar lo que le proporciono el centro. Si es necesario, puede obtener un formulario de ordenar comisaria a través de la area comun de la comisaria. Para todas compras simplemente vaya a la ventana de comisaria y entregue su formulario de ordenar.  La comisaria estará abierta 7 días a la semana, Lunes-Viernes de las 9:00 de la mañana hasta las 6:00 de la tarde y Sábado-Domingo de las 9:00 de la mañana hasta las 2:00 de la tarde.

Por favor, permita suficiente tiempo para que los fondos enviados o dejados por los miembros de la familia sean procesados y depositados en su cuenta. Todos los fondos son depositados y los saldos actualizados están disponibles de lunes a viernes (con la excepción de los días festivos).  El sitio web para los depósitos de Internet son: www.inmatedeposits.com o www.keefegroup.com
A fin de que la familia para depositar fondos a través de internet, que tendrá que saber el nombre completo residentes, A #, y el nombre de la instalación.

## SERVICIOS FINANCIEROS

Cuando usted sea liberado de este centro, se le devolverá todo su dinero extranjero, su dinero en dólares, sus cheques o cheques de gobierno.

Al ingresar, el personal de ingreso colectará todo el dinero, cheques, cheques de gobierno, objetos de valor y otros instrumentos financieros.  Los dólares de Estados Unidos serán colocados en una cuenta que puede usar mientras esté dentenido.  KCRC no puede cambiar los cheques personales o cheques de nómina.  Al salir de este centro, recibirá el dinero en efectivo que quede en su cuenta, además de todos los efectos personales, el dinero en moneda extranjera y objetos de valor.  La posesión de dinero en efectivo, cheques u otros instrumentos financieros dentro del centro constituye una infracción a las normas del centro y puede ser sujeto a una medida disciplinaria.

Si algún artículo guardado  falta o está roto, debe completar un formulario de reclamo de objetos perdidos o propiedad dañada.  Si, al final de una investigación, se determina que los empleados de GEO están en falta, un cheque de reembolso se enviará por correo a su dirección.

## SERVICIOS RELIGIOSOS

Mientras permanezca en este centro, se le permitirá participar en prácticas de su fe religiosa a cual el comité de religión considere esenciales, siempre y cuando no interfieran con el funcionamiento seguro y ordenado de este centro. Todos los residentes tendrán acceso a los recursos religiosos, los servicios, la instrucción y el asesoramiento sobre una base voluntaria. El centro hará todo lo posible por adaptarse a todos los credos. Los libros religiosos y materiales de lectura están disponibles a través del Capellán..

Hay una gran variedad de servicios religiosos disponibles en este centro. El horario de servicios religiosos se publica en el tablero de anuncios en su area de suite. El personal de KCRC anunciara estos servicios. Los servicios religiosos se pueden llevar a cabo en el o en cualquier otro lugar del centro que se considere apropiado. El Capellán brinda los servicios al menos una vez por semana. La asistencia a los servicios religiosos es opcional y están disponible a todos los residentes.

Se debe enviar un formulario de solicitud para residentes al Capellán en caso de que tenga alguna necesidad religiosa particular que no esta disponible dentro de este centro. El personal designado consultará con los miembros correspondientes de la comunidad religiosa para evaluar su solicitud. Peticiones de artículos religiosos (por ejemplo: materiales para escribir, ropa) también se deben dirigir al Capellán.

Si necesita seguir alguna dieta especial por cuestiones religiosas, debe enviar una solicitud al Administrador de Casos indicando sus necesidades de alimentación. Se hará todo lo posible por satisfacer todas las necesidades religiosas, con el debido respeto al funcionamiento seguro y ordenado de este centro. El Capellán desarrollara un cronograma de ayunos religiosos para el año calendario. Cuando los residentes respeten un ayuno público indicado por la ley o por costumbre para todos los fieles de una religión (por ejemplo: Ramadán, Cuaresma, Día del Perdón), el centro suministrará una comida equivalente en términos nutricionales a la/s comida/s que ha omitido. Si decide ayunar por motivos personales, no se hará ningún ajuste por las comidas omitidas. Las solicitudes de comida despues de un ayuno por motivos personales se determinarán según el caso.

## BIBLIOTECA DE MATERIAL RECREATIVO

Este centro tiene una colección de libros para las necesidades de su tiempo libre disponibles en la biblioteca. Usted puede apuntarse para retirar no mas de dos libros a la vez y tenerlos en su posesión para su lectura. Es importante que cuide estos libros y los devuelva a tiempo para que otros residentes tengan la oportunidad de leerlos y disfrutarlos. La biblioteca de recreación estará abierta los siete (7) días a la semana entre las 8 de la mañana hasta las 8 de la tarde.



La diversidad cultural de la población de residentes ha sido tomada en cuenta al solicitar la donación de materiales impresos. La colección incluye una gran variedad de temas e idiomas. Residentes tendrán acceso a computadoras con Internet para acceder correo electrónico.

### Laboratorio De Computadoras

Acceso a Internet / correo electrónico estará disponible para los residentes entre las 8 de la mañana hasta las 8 de la tarde, los siete días de la semana. Uso de las computadoras se limita a un máximo de 30 minutos por residente. Hay sitios prohibidos de interés en las que los residentes no se les permitirán visitar.

## BIBLIOTECA LEGAL

Mientras esté aquí, tendrá acceso a los materiales legales y se le dará una oportunidad razonable de preparar documentos legales. La impresión de documentos sólo se puede hacer

en inglés.  Sus documentos impresos serán revisados por el personal de la biblioteca antes de salir de la biblioteca legal.

La biblioteca legal esta localizada en el edificio de programas.  La biblioteca legal estara abierta los siete (7) días a la semana entre las 8 de la mañana hasta las 8 de la tarde y puede ser usada sin apuntarse.  Está equipada con materiales legales de referencia, computadoras y otros materiales para escribir. Si require mas tiempo que el tiempo asignado en la Biblioteca Legal, debe expresar su necesidad y solicitar mas tiempo al personal de la Biblioteca Legal. Si declara que el juicio o la audiencia de asilo demandan tiempo adicional, debe presentar evidencia justificable de la fecha pendiente del juicio o la audiencia.

Puede obtener copias de sus materiales legales cuando dichas copias sean razonables y necesarias para el procedimiento legal en el cual está involucrado.  Pídale al personal de la biblioteca legal que le ayude.

El número de copias que debe presentar en un tribunal en particular, junto con el número requerido para los archivos de ICE y al menos una copia para su uso personal, determinará el número de fotocopias necesarias (generalmente una para el juez, una para el abogado del juicio, una para su Archivo "A" y una para sus registros personales).

Solicitaciones de materiales legales se podran negar si:
- Los documentos ponen en riesgo la seguridad o el funcionamiento ordenado de este centro.
- Existen otras preocupaciones legítimas de la seguridad.
- El proceso de copiar documentos constituye una violación a la ley o las regulaciones.
- La solicitud es claramente abusiva o excesiva.

El personal de la Biblioteca Legal inspeccionará todos los documentos ofrecidos para fotocopiar, para asegurarse que cumple con estas reglas. Sin embargo, el personal no puede leer un documento que esté claramente relacionado con el procedimiento legal en el cual usted está involucrado.

Al enviar un formulario de solicitud para residentes, se le puede permitir obtener asistencia de otros residentes en su investigación y preparación de documentos legales, excepto cuando dicha asistencia pueda suponer un riesgo para la seguridad.  Dicha asistencia es voluntaria, ningún residente tiene permitido cobrar pago o aceptar un objeto de valor a cambio de dicha asistencia.  Los Residentes analfabetos que no tengan representación y no hablen inglés tendrán acceso a mas libros legales en otro idioma distinto del inglés, asistencia en el uso de la Biblioteca Legal y contacto con organizaciones de asistencia legal gratuita con previa solicitud.

ICE no pagará una compensación a un residente por asistir en la investigación y preparación de documentos legales para otro residente.

Si se da cuenta que faltan materiales en la Biblioteca Legal o que los mismos están dañados, debe notificar al personal de la Biblioteca  o enviar un formulario de solicitud para residentes al ICE, indicando qué es lo que falta o está dañado. El mismo procedimiento se aplica para solicitar referencias legales que aún no se hayan establecido.

La biblioteca legal está compuesto con once terminales de ordenador jurídicos para hacer referencia a la investigación jurídica. Una impresora también está disponible en la biblioteca de derecho de los residentes a imprimir su trabajo legal. Los residentes pueden solicitar el acceso a un dipositivo o flashdrive del personal de la biblioteca. Al finalizar el día de trabajo, el residente regresará el dipositivo o flashdrive al personal de la biblioteca. Cualquier residente que necesita asistencia para acceso laboratorio de computación puede hacerlo a través del personal de la biblioteca. Ningún supervisor del miembro del personal leerá sus documentos más allá de la verificación de que están en relación con los asuntos legales.

<u>**NOTARIO**</u>

Los servicios del notario están disponibles a través de solicitud.  Este servicio no tiene costo para los residentes. Este servicio sólo está disponible para las personas detenidas en este centro. Los documentos para amigos, parientes o cónyuges no serán notarizados.

<u>**QUEJAS Y RECLAMOS**</u>

Cuando tenga una queja o reclamo sobre algún aspecto de su detención en este centro, debe hacer todo lo posible por resolverlo informalmente y en forma reservada.  Primero, hable con el personal encargado a su area de suite sobre su reclamo.  Si el dicho personal no puede resolver su problema, puede solicitar hablar con un supervisor o con el coordinador de quejas.

Si no está satisfecho con el resultado del proceso informal de quejas, o simplemente desea hacer un reclamo formal, tiene la libertad de hacerlo.  También tiene la oportunidad de recibir asistencia adicional para preparar su queja por escrito a través de enviar un formulario de solicitud para residentes dirigido al personal de quejas, donde explique su necesidad. No puede presentar una queja en nombre de otro residente, a menos que sea el padre de ese residente.  Puede obtener asistencia de parte de los miembros del personal, de otros residentes o de alguna persona que esté fuera del centro, como familiares o representantes legales.  Debe presentar una queja formal, no mas de cinco( 5) días despues del evento o despues de la conclusión adversa de un proceso informal de presentación de quejas.

**Procedimineto Para Presentar Una Queja Formal**

- Envíe un Formulario de Quejas para Residentes por escrito (puede obtener uno a través del personal encargado de su area de suite) al personal encargado de quejas y entregelo al buzon marcado quejas que se encuentran en los cuartos de recreo.  Su queja solo se puede tratar de un solo asunto (un único reclamo) o el formulario será rechazado sin ser revisado.
- Si siente que el tema es confidencial o que podria riesgar su seguridad, puede colocar el documento en un sobre cerrado, marcarlo con la palabra "confidencial" y el mismo será enviado directamente al Administrador del Centro a modo de Queja de Emergencia. En este caso, la queja debe incluir el motivo por el cual no ha respetado la cadena de mando.
- Un personal de quejas intentará resolver su reclamo.  Si no puede resolverlo, lo anotará en su formulario de quejas y lo enviará a un oficial del nivel inmediatamente superior o al jefe de departamento correspondiente.
- El jefe de departamento responsable le presentara una respuesta por escrito en la cual se incluye la decisión y los motivos por la misma decision.  Si esta decisión no le resulta satisfactoria:
- Puede apelar la decisión ante el Comité de Quejas de Residentes.  Ellos se reunirán para estudiar su apelación dentro de los siguientes cinco( 5) días.   (No puede participar ninguna persona nombrada en la queja, involucrada en los intentos previos de resoluciónar o que haya ayudado a preparar dicha queja).  Se le ofrecerá la oportunidad de presentar su caso ante el comité.  Dentro de los cinco( 5) días posteriores a tomar una decisión, se le dará una copia escrita de la decisión y los motivos de dicha decisión.  Si no está satisfecho con la decisión del comité:
- Puede apelar la decision ante el Administrador del Centro. La decisión del Administrador del Centro es definitiva.  Se le dará una copia escrita de la decisión y de los motivos de la misma dentro de los cinco (5) días posteriores a la recepción de la apelación.
- Un Residente que no esté satisfecho con la respuesta puede comunicarse directamente con ICE mediante la presentación de un formulario de solicitud de residente y colocandolo en la caja marcada ICE situada en las zonas comunes.  El personal del ICE también puede ser contactado durante o después del horario del

Ayuntamiento y durante las visitas de Comunicación programadas entre residente y El personal de ICE que se realizan semanalmente.

**Quejas De Emergencia**

Una queja de emergencia consiste de una amenaza inmediata a la seguridad o bienestar de un residente. Todo el personal de KCRC está capacitado para responder adecuadamente a las quejas de emergencia en forma expeditiva. Cuando el personal que haya sido contactado por el residente determine que el residente, en realidad, presento una queja que requiere de atención urgente, se aplicarán los procedimientos correspondientes a una queja de emergencia.  Habrá servicios de traducción disponibles a traves de solicitar. Todos los residentes conservan el derecho a presentar una queja de emergencia a través de un asesor de residente o depositando la queja de emergencia en el buzón de quejas.

El protocolo de los procedimientos para una queja de emergencia deberá comunicarse inmediatamente al Administrador del Centro, aún si luego se determina que la emergencia no era real y la queja luego se tramititira a través de los canales normales. Los Residentes pueden presentarle una queja de emergencia directamente al Supervisor de Turno. Si el supervisor de turno descubre que la queja representa una emergencia, la misma recibira la atención inmediata del Administrador del Centro.

**Quejas Médicas**

Formularios de quejas relativas a la atención médica serán entregadas directamente al personal médico designado para recibir y responder a las quejas médicas en este centro. Personal médico designado actuará sobre la queja dentro de los 5 días hábiles siguientes a la recepción y se le proporcionara, al residente, una respuesta por escrito de la decisión y las razones de esa misma decisión. El administrador de servicios de salud se encargará de supervisar todas las quejas médicas.

**MALA CONDUCTA DEL PERSONAL**

Si su reclamo implica la conducta incorrecta de algun personal, debe notificar a cualquier agente de ICE, enviar su reclamo por escrito o por llamar al Departamento de Seguridad Nacional de los de los Estados Unidos, Oficina del Inspector General (OIG), llamando directamente : marcación rápida no. 518 # , o puede escribir a:

**DHS OIG HOTLINE**
**245 Murray Drive, SE**
**Building 410**
**Washington, DC  20538**

El personal no acosará, disciplinará, castigará o tomará otro tipo de represalia en su contra por presentar un reclamo.  Sin embargo, si establece un patrón de presentar reclamos falsos o abusa del sistema de quejas, usted puede ser identificado tal como uno en cual no todas las quejas posteriores tienen que ser totalmente procesadas.

**PRESENTACÍON SOBRE DERECHOS LEGALES**

ICE permite que los abogados, representantes acreditados y sus asistentes legales se presenten ante los residentes en los centros de detención de ICE para informarles acerca de la ley y los procedimientos de inmigración de los Estados Unidos.  Antes de una presentación planificada, se le notificará y se le dará la oportunidad de asistir. Otros arreglos se harán en el caso de que usted este bajo observacion medica. Algunas presentaciones de derechos legales pueden incluir servicios de consejería individual y confidencial. ICE no proporcionará el servicio de intérpretes para estas presentaciones.

## REPRESENTACIÓN Y ASISTENCIA LEGAL

Usted tiene derecho a una representación legal en su caso de inmigración.  Sin embargo, el abogado será el que usted elija y empleado a su costo.  ICE no puede ayudarle a contactar un abogado ni a obtener representación legal, ni tampoco puede hacer recomendaciones al respecto.  Si desea contar con los servicios de un abogado, pero no puede pagar, puede obtener un representante de una de las organizaciones o personas que están en la Lista de proveedores de servicios legales gratuitos.  La lista se publicó en el buletin localizado en los cuartos de recreo.  Estas personas u organizaciones pueden aceptar representarlo sin costo alguno, o pueden cobrar una fianza rebajada.  La Oficina Ejecutiva de Revisión de Inmigración (EOIR) actualiza la lista cada tres meses.  Si desea consultar a un representante de esta lista, es su responsabilidad contactarlo para concertar una cita.

Los abogados y/o asistentes legales pueden visitar los residentes todos los días, desde las 8:00 de la mañana hasta las 8:00 de la tarde, incluyendo los días festivos.  Si es necesario, se le dará la opción de reunirse con un abogado durante los horarios programados para las comidas y, una vez finalizada su visita legal, puede pedirle su bandeja de comida al personal encargado a su area de suite.  Si ha concertado una cita para reunirse con un abogado, un representante legal o un asistente legal de una organización, bufete de abogados u otra asociación o empresa, es su responsabilidad cancelar la cita si no tiene intencion de presentarse.  El personal de KCRC, ni otro Residente pueden cancelar una cita en su nombre.

## LISTA DE SERVICIOS GRATUITOS E INSCRIPCIÓN DE RESIDENTES (PRO BONO)

La lista actual de organizaciones legales y personas que trabajan en forma gratuita se publica en los tablones de anuncios ubicados en los cuartos de recreo. Esta lista contiene los nombres de las personas y organizaciones que ofrecen ayuda legal con fianza reducida y a veces, sin ningún costo. Estas organizaciones, a veces, piden que publiquemos una hoja de inscripción para que usted aproveche y solicite ver a un representante de la misma organización.  Usted, individualmente o junto con un grupo de residentes, también tienen la oportunidad de reunirse en forma privada con estos representantes legales, respetando la seguridad del centro.

## SERVICIOS DEL CONSULADO Y EL TRIBUNAL

Usted tiene derecho, y se le recomienda, solicitar asistencia del consulado de su país de origen. Pueden ayudarle con su caso.  Usted tiene derecho a comuicarse con los representantes de su consulado y a recibir visitas del oficial de su consulado.  Estas visitas pueden realizarse durante los horarios de visita normales para abogados o con un permiso especial del administrador del centro.  Estas visitas también son privadas, como si se reuniera con sus representantes legales.  Si no puede hacerlo o tiene problemas comunicandose con su consulado, puede pedir asistencia enviando un Formulario de Solicitud para Residentes al departamento de deportacion.

Dependiendo del tipo de caso de deportacion puede ser programada para una audiencia o fecha de corte.  Si desea saber en qué fecha debe presentarse ante el tribunal por primera vez, puede llamar al Tribunal de inmigración marcando111#. Necesitara su número de identificacion de inmigrante (Numero 'A'). (Por favor, tenga en cuenta que la programación de su audiencia inicial de su caso puede tardar aproximadamente de cinco (5) a diez (10) días hábiles luego de su ingreso a este centro.)

## RESIDENTES SUJETOS A DEPORTACION EXPEDITA

Si usted está sujeto a una deportacion expedita y ha sido remitido a un oficial de asilo, tiene derecho a consultar a quien desee antes de la entrevista y mientras la decisión del oficial esté en proceso de revisión.  Esto incluye a familiares, amigos, representantes legales, miembros de organizaciones no gubernamentales (NGOs), etc. Estas

consultas son privadas, como si se reuniera con sus abogados.  También puede solicitar que estas personas estén con usted durante la entrevista con el oficial de asilo y durante la revisión, de un juez de inmigración, de una decisión negativa de temor creible, si el juez lo permite.

**ZONAS RESTRINGIDAS**

Los residentes tienen prohibido entrar al área de mantenimiento.

Los residentes no están autorizados a congregarse alrededor de las siguientes puertas:
- 708A puerta que se encuentra a finales de la forma de llegar al lado del comedor
- 707A puerta que se encuentra a finales de la forma de llegar al lado del área médica
- Las puertas rojas dobles situadas en los dos patios al lado del campo de fútbol y la cancha de baloncesto

## ORIENTACION MEDICA Y INFORMACION SOBRE LA SALUD

**¡Bienvenido!**
La clínica médica le brindará atención médica de calidad si usted sufre de algún problema médico grave.
El equipo médico tampoco puede responder a ninguna pregunta sobre su caso, la fecha de su visita al tribunal o su situación legal.  Estas preguntas deberá hacérselas a su oficial de deportación.

**Descripción General de los Servicios que Brindamos**

**Ingreso:** al ingresar a la institución, se le harán algunas preguntas y se le practicará una radiografía de tórax o examen de tuberculina para ver si ha estado cerca de alguien que haya tenido tuberculosis. Para las mujeres mayores de 12 años en adelante se realizará una prueba de embarazo. Esto es importante para la salud y la seguridad de todos.

**Examen Físico:** dentro de los primeros 7 días de su estadía, se le hará un examen físico. Todos los menores de edad recibirán un examen físico dentro de las 24 horas.

**Visita Médica:** si está enfermo, puede solicitar que lo vean en la clínica médica.  Para recibir esta atención, deberá completar un formulario de visita médica o visite a la clínica. Si se trata de una situación de emergencia notificar a personal de la institución para ser dirigido a médico.

**Servicios de Emergencia:**
Si se siente abrumado o siente ganas de lastimarse o piensa que podría lastimar a otra persona, infórmelo de inmediato a un miembro de personal o miembro del equipo médico y será revisado.  Iinmediatamente después de darse cuenta de que usted u otro residente tiene una situación de emergencia, notifique a un asesor de residente que se pondrá en contacto con el departamento médico, quien determinará el curso de acción.

**Servicios Adicionales**
Si lo necesita, hay otros servicios disponibles como medicamentos, inmunizaciones, análisis de laboratorio, radiografías, educación y consejería y citas periódicas para problemas médicos graves.

**Quejas/Reclamos Médicos:** si no está satisfecho con el cuidado que recibe, hable con el proveedor de atención médica.  Recuerde que algunos tipos de cuidados o servicios no están disponibles. Si aún está insatisfecho con respecto a la atención médica que brinda la institución, tiene derecho a completar un formulario de queja.  Si no puede encontrar el formulario en la clínica, pídale a cualquier miembro del personal o personal médico que le consigan uno.

**Dificultades Emocionales**
En este entorno, es normal sentir emociones como tristeza, depresión, ansiedad, nervios, ira y miedo.  También es normal tener problemas para dormir.  Trate de recordar que no estará detenido para siempre.  Piense en opciones para mantenerse ocupado, calmado y saludable.  Lea, hable con otras personas, juegue a algún juego, ejercítese, participe en actividades religiosas o practique técnicas de relajación.  Un proveedor de atención médica puede darle información sobre cómo manejar el estrés.

**Medicamentos**
- No comparta medicamentos con los demás.
- Si sus medicamentos le provocan algún problema, como un sarpullido, picazón, problemas para respirar o diarrea, infórmelo a un miembro del personal o a un miembro del equipo médico inmediatamente y deje de tomar el medicamento.
- Carge su medicina en todo momento.  No pierda sus medicamentos.

**Calzado y Ropa Adecuados**
- Siempre lleve puestos sus zapatos. Si está usando zapatos cerrados, use medias si las tiene.
- Use sus sandalias para ducha cuando se bañe.
- Use la ropa adecuada al clima.

48

**Uso del Inodoro.**
- No se pare en el inodoro.  Siéntese sobre el inodoro y descargue el inodoro luego de usarlo.
- Tire todo el papel usado en el inodoro y luego descargue el inodoro.

**Lavado de Manos**
- Los gérmenes pueden enfermarlo y se pueden pasar a través del contacto de las manos.  Si lava sus manos evitará enfermarse.
- Asegúrese de dejar correr el agua en el lavabo y use jabón para lavar sus manos.
- Lávese cada uno de sus dedos y frótese las dos manos juntas, lavándose ambos lados de las manos con agua y jabón. Lávese también debajo de sus uñas.
- Lávese las manos antes de comer, después de ir al baño, después de jugar o trabajar al aire libre o después de haber estado en contacto con una persona enferma.

**Duchas/Aseo Personal**
- Dúchese todos los días y use agua y jabón.
- Báñese sólo en la ducha, NO use los lavabos para bañarse. No orine en la ducha.
- Use los lavabos para lavarse sus manos o su cara, para afeitarse la cara o para cepillarse los dientes.
- No se afeite la cabeza ni sus partes privadas.  No comparta su maquinita de afeitar con los demás.
- No se horade ninguna parte de su cuerpo.
- Use desodorante todos los días.
- No deje su ropa en el baño.

**Seguridad en la Cama**
- No salte desde la cama superior hacia abajo ni salte para subirse a la cama inferior.
- Tómese su tiempo cuando entre y salga de su cama.  Asegúrese de pisar una superficie firme en el piso con una gran parte de su pie.
- Baje la cabeza cuando salga de la cama si duerme en la cama inferior.
- Si se cae de la cama en algún momento, notifíquelo al oficial para que lo puedan examinar en la clínica médica.

**Buena Salud**
- Cuando haga calor, quédese en la sombra durante la parte más calurosa del día y beba mucha agua durante todo el día.
- Si su orina es muy oscura, probablemente es porque no está tomando suficiente agua, así que beba más.
- Coma 3 buenas comidas al día.  Asegúrese de comer frutas y verduras. No coma demasiadas dulce.
- Trate de ejercitarse al menos 30 minutos por día.  Haga deporte, camine, corra en el lugar o haga flexiones de brazos.  Si no se ha ejercitado por mucho tiempo, haga un poco de estiramiento ligero o trote suavemente para calentarse y evitar lesiones.
- Trate de dormir al menos 8 a 10 horas por la noche.
- Cubra su boca con su mano cuando tosa o estornude y no escupa en el piso.  Esto esparce los gérmenes que pueden enfermar a otras personas.

**Cuidado Dental**
- Cepíllese los dientes después de cada comida si es posible, y antes de acostarse.
- Siempre cepíllese hacia arriba y hacia abajo, nunca de lado a lado.
- Siempre cepille sus dientes posteriores y cepille cuidadosamente su lengua.
- Si usted está teniendo dolor dental, o hinchazón, utilice el proceso de consulta médica para obtener ayuda.
- La atención de rutina, como limpiezas dentales, no se llevará a cabo a menos que usted está aquí por más de 12 meses.

**Sanitacion General**
- Si se peina o cepilla el cabello sobre el lavabo, retire todo el cabello que ha caído.
- Tírelo a los cestos de basura. No lo arroje en el piso.
- No deje migas de comida en su área de estar porque esto atrae a las hormigas y otros insectos.

**Sin Violencia**

Esta institución tiene cero tolerencia para cualquier tipo de abuso sexual o físico.  Si alguien lo agrede física o sexualmente, dígaselo al personal o a un miembro del equipo médico inmediatamente. Se tomarán medidas disciplinarias contra la personal que haya agredido física o sexualmente a otra persona en esta institución.

**Cómo Llevarse Bien con los Demás**

Debe compartir un espacio con mucha gente, por lo cual es importante ser considerado y reconocer que los demás son diferentes.  No hable a un volumen que no permita a los demás disfrutar de sus actividades.  Sea silencioso por la noche para que los demás puedan dormir.  Evite a las personas que causan problemas o pelean.

## Testamentos en Vida e Instrucciones Anticipadas

Como residente de este centro, usted tiene derecho a iniciar un Testamento en Vida o un documento de instrucciones anticipadas. Estos formularios están disponibles a través de la clínica médica de la División de servicios de salud para inmigrantes (DIHS, por su sigla en inglés) de esta institución. Las normas y formularios utilizados son suministrados por el Estado de Texas. Su abogado privado puede ayudarle a preparar estos documentos.



# Cómo manejar el estrés

El estrés es una parte normal de la vida.  No obstante, puede volverse un problema cuando usted se siente tan mal que no puede trabajar, dormir o llevarse bien con los demás.  Cuando está muy estresado, usted puede advertirlo a través de las reacciones de su cuerpo y su mente.

SEÑALES FÍSICAS DEL ESTRÉS: puede tener problemas físicos cuando sufre mucho estrés. Tal vez piense que está enfermo o tiene una condición médica grave, pero tal vez sólo se trate de un problema de estrés.

- Cansancio
- dolores estomacales
- presión arterial alta
- dolores musculares
- diarrea
- aumento de peso

- problemas para dormir
- úlceras
- pérdida de peso
- dolor de cabeza
- náuseas

- problemas para respirar
- constipación
- vómitos
- temblores

SEÑALES EMOCIONALES DEL ESTRÉS: También puede tener cambios emocionales o de humor cuando siente estrés.  Estos incluyen:

- sensación de tristeza
- sensación de nervios
- preocuparse demasiado
- problemas de memoria
- sensación de ira en todo momento

- sentir que no vale nada
- problemas para pensar o terminar un trabajo
- reacciones exageradas ante cosas sin importancia
- sentir que está fuera de control

SEÑALES DEL ESTRÉS EN EL COMPORTAMIENTO: También puede hacer ciertas cosas de modo diferente cuando está muy estresado.
Estas pueden incluir:

- Evitar a las personas
- Gritar o chillar
- Tener accidentes
- Perder el control

- No bañarse, ni afeitarse o cepillarse los dientes
- No preocuparse por los demás
- Pelearse con o lastimar a los demás
- No ir a trabajar o a la escuela

## QUÉ PUEDE HACER PARA REDUCIR SU NIVEL DE ESTRÉS

**RESPIRE HONDO**
Respire hondo y lentamente por la nariz.  Mientras lo hace, cuente lentamente hasta cinco (pero no en voz alta, sino mentalmente)  Asegúrese de respirar profundo y de sacar su estómago hacia afuera, no sus pulmones.  Coloque su mano sobre su estómago; debe sentir como sale hacia afuera.  Ahora, deje salir el aire lentamente (exhale) por su boca contando hasta cinco.  Imagine cómo el aire sale de su estómago hasta que queda totalmente vacío.  Haga esto diez veces. (Asegúrese de mantener sus hombros y su cabeza relajados cuando lo haga).

**MEDITACIÓN**
Siéntese o recuéstese en una posición cómoda.  Cierre los ojos y respire hondo.  Deje que su respiración sea lenta y relajada.  Concentre toda su atención en su respiración.  Su pecho y su estómago deben moverse hacia adentro y hacia fuera.  No deje que su mente piense en nada más que en su respiración.  A medida que inhala, diga la palabra "paz" mentalmente, y cuando exhale, diga la palabra "calma".  Diga las palabras "paz" y "calma" lentamente para que entren en el tiempo de una respiración.  No respire demasiado rápido.  Siga haciendo esto hasta que se sienta relajado.

**RELAJACIÓN MUSCULAR (Si tiene problemas musculares/ de articulaciones, no tensione esa parte de su cuerpo).**
Recuéstese boca arriba o siéntese en una posición cómoda.  Deje que sus brazos descansen a los costados, con las palmas hacia abajo, en la superficie junto a usted o sobre sus piernas.  Respire lentamente.  Cierre los ojos.  Apriete las

manos formando un puño y manténgalas tensionadas durante 15 segundos.  Debe apretar lo suficiente como para sentir cierta tensión, pero no tanto como para lastimarse.  Mientras hace esto, asegúrese de que el resto de su cuerpo esté relajado.  Con los ojos cerrados, trate de imaginar en su mente cómo su puño se tensiona cada vez más.  Luego relájese y abra la mano.  Hará esto con todas las partes de su cuerpo que se enumeran aquí y lo hará empezando por la cabeza y terminando por los pies: Cara, hombros, espalda, estómago, piernas, pies y dedos del pie.  Mantenga la tensión de cada parte de su cuerpo por 15 segundos y luego relaje su cuerpo por 30 segundos antes de seguir con la parte siguiente.  Cuando termine, sacuda las manos e imagine cómo la tensión que quedó se escapa por la yema de sus dedos.

**Puede probar con lo siguiente:**
- Participe en actividades religiosas o lea libros espirituales o religiosos.
- Asegúrese de dormir de 8 a 10 horas por la noche
- Si es posible, trabaje mientras esté residente aquí
- Trabaje para ayudar en su situación legal, por ejemplo leyendo material legal, o pídale a su familia que le envíe los documentos necesarios.
- Coma sólo alimentos saludables y evite ingerir mucha azúcar.
- Trate de ejercitarse al menos 30 minutos por día.
- Mire programas de TV que le diviertan
- Trate de aprender inglés si aún no lo habla Pídale a alguien que le enseñe algunas frases.

**Puede pensar en cosas más positivas y esperanzadoras.**
- Recuerde que no estará aquí para siempre.  Se irá de aquí en algún momento.
- No trate de adivinar qué pasará y no espere que suceda lo peor.  Piense sólo en los hechos reales.
- Recuerde que todos cometemos errores.  Eso no significa que usted sea un fracaso.  ¡No sea tan duro con usted mismo!
- Piense en todos los motivos que tiene para ser feliz (por ejemplo, sus amigos y familiares se preocupan por usted, está seguro, tiene comida, está saludable, etc.)
- Deje de pensar en cosas que hagan que se sienta peor.  Medite sobre lo que le diría a un amigo con estos pensamientos para hacerle sentir mejor.  Hágase amigo de usted mismo y recuérdeselo todo el tiempo.
- Usted controla lo que piensa y sólo usted puede cambiar esas ideas.
- No se preocupe por cosas sin importancia.
- Los demás tienen opiniones,  pero eso no significa que sean verdaderas o que tenga que creer en ellas.
- Trate de ver la situación como una oportunidad para conocerse mejor y para darse cuenta de que puede manejar sus problemas.
- Piense en lo que puede hacer para que todo sea mejor HOY.  Preocúpese por el futuro mañana.

 **CENTRO RESIDENCIAL DEL CONDADO DE KARNES**
**INSTRUCCIONES PARA EL SISTEMA TELEFÓNICO**

➤ A su llegada, el Personal de Proceso le emitirá un número de identificación (PIN). Este número de identificación estará activo a través de tu estancia en Centro Residencial del Condado de Karnes.

➤ Para activar su número de identificación (PIN), usted necesita tener acceso a la red telefónica del residente en su unidad de vivienda asignada.

➤ Es necesario que todos los residentes configuren su contraseña de voz antes de completar su primera llamada telefónica. Este sistema está diseñado para asegurarse de que ningún otro residente puede tener acceso a su cuenta de prepago. Su cuenta de prepago es su responsabilidad, usted debe proteger su voz biométrica a fin de proteger sus fondos.

### Configuración de su Voz Biométrica

1. Marque (1) para inglés o (2) para el español. Introduzca su número de identificación (PIN). El sistema le preguntará si desea inscribir su contraseña de voz.
2. Indique su nombre completo y el nombre de el centro Centro de Detención Civil del Condado de Karnes despacio y con claridad, cada vez que el sistema le pida, hasta que se establezca que la inscripción se ha completado. Esto podría tomar hasta 10 veces.
3. Repita su nombre y el de el centro *(Centro de Detención Civil del Condado de Karnes)* lo mismo cada vez que realice una llamada. (Tiene que decir exactamente lo mismo cada vez).
4. Si usted cree que su grabación no coincide, puede solicitar grabar su nombre de nuevo (reinicio).
5. El reinicio se hará dentro de 2 horas, siempre y cuando:
   a. Usted no ha completado una llamada utilizando los fondos generales en las últimas 72 horas.
   b. El nombre, la instalación y la voz coincide con la grabación original.

➤ **Una vez activado, usted tiene derecho a una llamada inicial gratuita de tres (3) minutos dentro de las veinticuatro horas de su llegada a la instalación.**

### COMPRA DE MINUTOS DE TELÉFONO – 411#

- Presione (1) para el inglés o (2) para el español.
- Ingrese su PIN.
- Oprima 411# para ordenar tiempo del teléfono.
- Ingrese la cantidad deseada.

<u>**LLAMADA ENTRE TRES (3) no se permiten y serán bloqueadas**</u>
(Números bloqueados pueden ser "desbloqueados" una vez que la familia / amigos pague una cuota de $ 25 además de la adición de $25 en pre-pago.)

<u>**Aceptación de llamadas**</u>
<u>**(Esto es lo que la parte receptora, escuchara)**</u>

<u>**Prepago, GRATIS, POR COBRAR**</u>
Este es un operador automático Intelmate con una llamada (De Prepago, Gratis o por cobrar) de (nombre de residente) en (nombre de el centro). Esta llamada  está sujeta a ser grabada y monitoreada a excepción de las llamadas entre abogado y cliente. Marque Uno (1) o la estrella (*) para aceptar esta llamada. Para negar esta llamada marque (2), o (3) para bloquear todas las llamadas futuras de este residente. Gracias por usar Comunicaciones Talton.

<u>**PREPAGO AVANZADO**</u>
Esta es una llamada gratuita de un minuto de (nombre del residente) en [nombre de el centro. Su teléfono no acepta llamadas por cobrar. Talton como muestra de cortesía ha proporcionado la siguiente llamada para amigos y familiares. Usted no puede recibir llamadas adicionales de este residente, hasta configurar una cuenta de prepago. Podemos tomar su tarjeta de crédito o débito por teléfono y conectar inmediatamente de vuelta su llamada. La siguiente llamada está sujeta a ser grabada o monitoreada a excepción de las llamadas entre abogado y cliente. Marque (1) o (*) para aceptar esta llamada. Para negar esta llamada, presione (2), o (3) para bloquear todas las llamadas futuras de este residente. Gracias por usar Comunicaciones Talton.

53

 **INSTRUCCIONES DE SERVICIO AL CLIENTE-211#**

Todos los residentes pueden dejar un mensaje de voz a el servicio al cliente entrando su número de identificación y marcando el 211#. En ese momento usted no escuchara una respuesta a su pedido, pero la compañía telefónica recibirá su pedido y le responderá. Favor de colgar el teléfono luego de dejar su mensaje. Favor permitir un periodo de 2 horas, luego en uno de los teléfonos disponibles, marque su número de identificación y escuche el mensaje de voz que la compañía le dejo con respecto a su pedido.

**1) LLAMADAS INTERRUMPIDAS:** Favor de marcar 211#, y entonces marque el uno (1) Y SIGA LAS INSTRUCCIONES para reportar una llamada interrumpida.

- Llamadas por cobrar: Las llamadas perdidas o interrumpidas serán acreditadas como una llamada gratuita (igualada al número de minutos perdidos) al número de teléfono marcado.

- Cuenta Prepagada del residente: Un crédito para llamadas perdidas será añadido a la cuenta prepagada del residente y puede ser utilizado para hacer futuras llamadas. El crédito igualará los minutos perdidos.

- Cuentas Prepagadas de Amigos y Familiares: Las llamadas perdidas serán acreditadas a la cuenta prepagada de los amigos y familiares. La próxima llamada al número de teléfono será gratis y equivalente al número de minutos perdidos.

**2) ASUNTOS GENERALES de TELÉFONO:** Favor de marcar 211#, y luego marque dos (2) Y SIGA LAS INSTRUCCIONES para reportar cualquier otro asunto que usted puede tener con respecto a su capacidad de completar una llamada o un problema con el equipo telefónico

**3) PETICIÓN para cambiar su VOZ BIOMÉTRICA:** Favor de marcar 211#, y luego marque tres (3) Y SIGA LAS INSTRUCCIONES para reportar un error de comprobación de voz. El sistema le pedirá que escuche la voz que grabo anteriormente, y tendrá que grabar su voz varias veces hasta obtener una igual. De no obtener una grabación igual, un reporte será enviado al servicio al cliente, quien revisará la grabación y verificara que es la persona autorizada a solicitar el cambio.

<u>MENSAJE DE VOZ</u> **-** Cada residente tiene un buzón personal de voz que podrá ser acezado marcando su número de IDENTIFICACIÓN.
- Los residentes reciben mensaje automatizado de buzón de voz cuando una persona compra prepagado en su beneficio.
- El cliente les envía mensajes pregrabados a residentes en respuesta a un asunto reportado a través de 211#
- Los amigos y la familia les pueden dejar a los residentes un mensaje de voz de 3 minutos por una módica cantidad de dinero.

<u>**Llamadas prepagadas para Amigos y Familia**</u> – Amigos y familiares pueden establecer una cuenta prepagada para usted.
- Servicio al cliente de Talton en 1-866-348-6231
- La Página de internet **www.talton.net**
- Presiona QUIOSCO (dinero efectivo y Crédito)

<u>**Créditos**</u>:
- ➢ Cuando sea liberado, si usted compró su propio tiempo telefónico y tiene un balance de $ 50.00 o menos en su cuenta, puede llamar al 541-889-8900 (internacional) o 866-348-6231 (domestico) para obtener un número de identificación (PIN) para un tarjeta de teléfono que podrá ser pueden utilizada en donde usted vive, a una tasa igual a la de el centro.
- ➢ Cuando sea liberado, si su familia/amigos compraron tiempo de teléfono para usted, ellos pueden llamar al número de servicio al cliente (1-866-348-6231) y arreglar para que le den un crédito a su cuenta.

54

 **INTENTOS DE LLAMADAS TRIPARTITAS**

La llamada tripartita es cuando un Residente llama a un número telefónico aprobado y luego el número de destino utiliza la función de llamada en conferencia para conectarse con otra línea y agregar a un tercero a la conversación. Otro método utilizado para posibilitar las llamadas tripartitas es llamar a un número con un segundo teléfono y utilizar altavoces para que las dos partes puedan conversar.

**Las llamadas tripartitas están estrictamente prohibidas en la mayoría de los establecimientos.** Existen varios motivos por los cuales estas llamadas no están autorizadas, como por ejemplo, la protección de víctimas, la limitación del contacto con delincuentes conocidos y la restricción de llamadas de larga distancia costosas enlazadas a través de una llamada local. El sistema Intelmate monitorea los archivos de audio en busca de indicios de que un tercero intente unirse a la comunicación. Estos indicios pueden ser un pedido para llamar a un tercero, la presencia de tono de marcado o el sonido de un teléfono sonando. Si el sistema percibe que existe un intento, marcará la llamada para su evaluación.

**Verificación**

Todas las llamadas bajo sospecha de ser llamadas tripartitas o intentos de llamadas tripartitas serán escuchadas para determinar si hay un tercero en la línea o un intento de agregar un tercero a la comunicación establecida. ¡Por supuesto, solamente deseamos bloquear aquellas violaciones de esta política que sean reales porque nuestra función es permitir que los Residentes realicen llamadas telefónicas!

Esta determinación es mayormente una decisión personal y se toma con mucha seriedad. Los siguientes son algunos indicios de que un interno está intentando realizar una llamada secundaria; no obstante, estas reglas no son absolutas para determinar una violación. Si el evaluador no está seguro, deberá derivar la llamada a su supervisor. En caso de que existan dudas, la llamada *no debe bloquearse*.

- El Residente pide al número de destino que llame a alguien por él.
- Se escucha tono de marcado en la grabación.
- Un teléfono suena en el archivo de audio.
- Existe un silencio prolongado en la llamada.

**Desbloqueo de llamadas tripartitas**

Todas las llamadas tripartitas reales son bloqueadas, pero en ocasiones se entiende que un número de destino podría no tener conocimiento de esta regla. Si un amigo o pariente de un Residente se comunica con nosotros debido a que el número ha sido bloqueado, nosotros podremos desbloquearlo bajo estas circunstancias por única vez.

- El número de destino entiende claramente que se encuentra estrictamente prohibido hacer llamadas tripartitas.
- Entiende que el número solamente será desbloqueado una vez y que las futuras violaciones causarán que el número sea bloqueado nuevamente y permanezca bloqueado en el sistema Intelmate.
- La persona a quien pertenece el número bloqueado deberá pagar una multa de desbloqueo de $25.00 y comprar o contar con un mínimo $25.00 de minutos prepagos en la cuenta de dicho número.
- El número no será desbloqueado si nuestros registros indican que ya se ha intentado realizar o se ha realizado una llamada tripartita para más de un Residente. El motivo de esta política es que si varios Residentes solicitan que hagan lo mismo por ellos, se podría estar transfiriendo llamadas de manera habitual en lugar de tratarse de un malentendido ocasional de las reglas.
- Antes de desbloquear, investigar los registros para asegurarse de que no haya ocurrido un desbloqueo anteriormente.

**Procesamiento de una llamada marcada como sospechada de ser una llamada tripartita**

Un representante capacitado revisará cada grabación y verificará si se intentó realizar o si se realizó una llamada tripartita durante el curso de la llamada.

- Si se confirma que se realizó o se intentó realizar una llamada tripartita, la marca que indica llamada tripartita cambiará de "Sospechada" a "Confirmada" y se bloqueará automáticamente el número. Se agregará una nota a la llamada, la cual indicará el número de segundos transcurridos de la llamada cuando se descubrió la llamada tripartita. Esta nota también indicará quién procesó la llamada.
- Si se confirma que no hubo una llamada tripartita, la marca cambiará de "Sospechada" a "Aclarada" y no se bloqueará el número.

**¿Qué significan las frases "Bajo custodia" y "Fuera de custodia"?**

"**Bajo custodia**" significa que la persona actualmente se encuentra en uno de los centros de detención del ICE. El ODLS proporcionará el nombre del centro de detención donde se encuentra el residente, así como información para poder comunicarse con el centro o visitarlo. El ODLS también brindará la información de contacto de la oficina ERO responsable del caso del residente.

"**Fuera de custodia**" significa que la persona fue liberada de la custodia del ICE dentro de los últimos 60 días, y no se encuentra en uno de los centros de detención del ICE. Esto significa que el residente quizá ya no se encuentra en los Estados Unidos, o tal vez ha sido liberado de la custodia del ICE.

**¿Quiénes no aparecen en el ODLS?**

EL ODLS no proporciona información acerca de la ubicación de todas las personas bajo custodia del ICE. Las cuestiones de seguridad, protección y la discreción de la agencia evitan que algunas personas aparezcan en el ODLS. Por ejemplo, los menores de edad Residentes menores de 18 años) no aparecen en el sistema. Además, algunas personas quizá no sean ingresadas al ODLS inmediatamente después de ser detenidas, dependiendo del tiempo de procesamiento y carga de los datos.

**He encontrado a la persona que busco, ¿qué debo hacer ahora?**

Si encontró al residente que buscaba, debe comunicarse con el centro utilizando la información proporcionada para confirmar que el residente se encuentra allí, ya que la información en el ODLS podría tener una antigüedad de hasta 8 horas.

Si decide visitar al residente, debe comunicarse con el centro de detención en forma anticipada para poder confirmar sus horarios y normas de visita. Para visitar el centro,

**Aún deseo realizar más preguntas. ¿Adónde debo dirigirme?**

Puede acceder a más preguntas frecuentes (FAQs) en el sitio web de ODLS en http://www.ice.gov/locator.

**¿Qué es el Sistema Localizador de Residentes en Línea?**

El Sistema Localizador de Residentes en Línea (ODLS, por sus siglas en inglés) es un sistema público disponible en Internet que permite que los familiares, representantes legales y miembros del público en general puedan localizar a personas bajo detención inmigratoria que han sido arrestadas por el ICE. Para utilizar el sistema ODLS, sírvase visitar el sitio http://www.ice.gov/locator.

Anteriormente, la única forma de determinar la ubicación de un residente consistía en comunicarse con una Oficina de Operaciones de Detención y Deportación (ERO) del ICE. Como parte de la reforma del sistema de detenciones, el ICE ha implementado el ODLS para que los familiares y abogados puedan localizar a los Residentes con mayor centro en línea, durante las 24 horas del día, los siete días de la semana. El sistema también está disponible en español, y pronto se ofrecerá en más idiomas.

**¿Cómo puede un familiar o abogado buscar a una persona bajo detención inmigratoria?**

Usted puede realizar una búsqueda en el ODLS mediante dos formas:

**1. Por Número de Registro de Extranjero (A-Number) y país de nacimiento.**

La mejor manera de realizar una búsqueda en el sistema es utilizar el "A-Number" y el país de nacimiento del residente. El "A-Number" es el número de identificación de nueve dígitos que se asigna a una persona que solicita beneficios de inmigración o que está sujeta a procedimientos de control inmigratorio. El "A-Number" de nueve dígitos puede comenzar con ceros. Los "A-Numbers" son únicos, y sólo se asigna uno por persona. El "A-Number" se halla en el extremo superior derecho de la Notificación de Comparecencia (NTA), el Formulario I-862. Junto con el "A-Number", usted debe ingresar el país de nacimiento del residente, o

**¿Cómo localizo a alguien bajo detención inmigratoria?**
**Sistema Localizador de Residentes en Línea**
www.ice.gov/locator



**2. Por apellido, nombre de pila y país de nacimiento.**

Si no cuenta con el "A-Number", puede realizar una búsqueda en el sistema utilizando el nombre de pila, el apellido y el país de nacimiento del residente. Si no tiene éxito en su búsqueda, trate de ingresar variaciones del nombre del residente.

**¿Debo saber exactamente cómo se escribe el nombre de un residente?**

Sí. El ODLS realiza una búsqueda exacta. Esto significa que para poder encontrar a un residente, usted debe ingresar el "A-Number" exacto de la persona, o su nombre de pila y apellido tal como aparecen en su registro de detención. Si escribe la información de una persona de forma incorrecta accidentalmente, el sistema quizá no le proporcione el resultado correcto.

Por ejemplo, la búsqueda con el nombre "Robert Smith" no le permitirá acceder a un registro de detención bajo el nombre "Robert Smyth" o "Bob Smith."

Al realizar una búsqueda utilizando un "A-Number", aparecerá sólo un registro en los resultados, ya que cada persona posee un único "A-Number". No obstante, cuando la búsqueda se realice usando el nombre de una persona, pueden aparecer varios registros entre los resultados, si es que existen varios Residentes con el mismo nombre y país de nacimiento. Cuando aparezcan muchos registros, busque el año de nacimiento del residente, que también aparecerá entre los resultados, o realice la búsqueda utilizando el "A-Number" de la persona.

**¿Qué debería hacer si aún no obtengo resultados luego de una búsqueda?**

El ODLS sólo posee información de Residentes que actualmente se encuentran bajo la custodia del ICE, o que fueron liberados de la custodia del ICE dentro de los últimos 60 días. Si no puede localizar en el ODLS a un residente que se encuentra bajo la custodia del ICE o que fue liberado de la custodia del ICE dentro de los últimos 60 días, sírvase comunicarse con la oficina ERO local del ICE que resulte apropiada. El sitio http://www.ice.gov/about/dro/contact.htm proporciona una lista de las diversas oficinas ERO locales, así como su información de contacto.

56

HESTER DECLARATION

EXHIBIT 3

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

| San Antonio, Texas | |
|---|---|
| **American Gateways**<br><br>One Highland Center<br>314 Highland Mall Blvd., Ste. 501<br>Austin, TX 78752<br>(512) 478-0546<br>www.americangateways.org | **Immigration & Human Rights Clinic**<br><br>Center for Legal & Social Justice<br>2507 NW 36th Street<br>San Antonio, TX 78228<br>(210) 431-2596<br>• Will represent aliens in asylum cases |
| **Catholic Charities Archdiocese of San Antonio, Inc.**<br><br>202 W French Place<br>San Antonio, TX 78212<br>(210) 433-3256<br>• Only represents clients in San Antonio Immigration Court | **Refugee & Immigrant Center for Education and Legal Services**<br><br>1305 N. Flores<br>San Antonio, TX 78212<br>(210) 226-7722<br>• Will represent aliens in asylum cases |
| **Immigration Clinic of the University of Texas School of Law**<br><br>727 East Dean Keeton Street<br>Austin, TX 78705-3299<br>(512) 232-1292<br>• Will represent aliens in Asylum cases<br>• Clinic is closed from May 1 until September 1 | **Texas Rio Grande Legal Aid, Inc.**<br><br>1111 N. Main Ave.<br>San Antonio, TX 78212<br>(210) 212-3783<br>Toll Free: (888) 988-9996<br><br>• Will represent Legal Permanent Residents, United States citizens, and U-visa or T-visa applicants |
| **The Bernardo Kohler Center**<br><br>P.O. Box 42185<br>Austin, Texas 78704<br>Tel: (512) 831-4272<br>Fax: (512) 661-0326<br>• Will represent indigent aliens in asylum cases<br>• Will represent Juveniles (under 21), U-visa, and T-visa applicants<br><br>• Does not provide representation for aliens detained at the Pearsall or Hutto detention facilities | **ASI–Asociacion de Servicios para el Inmigrante**<br><br>Linda Brandmiller, Esq.<br>P.O. Box 831183<br>San Antonio, Texas 78283<br>Tel: (210) 900-0991<br>Fax: (210) 579-9488<br>Email: lbrandmiller@asiinc.org<br><br>May charge nominal fee. Will provide representation for detainees in Hutto, Karnes, Pearsall, Dilly, Laredo and Encinal.<br>Only represents clients in San Antonio Immigration Court<br>Priority cases are juveniles, victims of crime, and trafficking<br>Will represent aliens in asylum cases |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

HESTER DECLARATION

EXHIBIT 4

# American Gateways /*Gateways Americanos*

**(Non-Profit Organization/*Organización sin fines de lucro*)**

**Offers a "know your rights" presentation**
*Una presentación "Conoce Tus Derechos"*

**Every TUESDAY and THURSDAY beginning at 9:30 am**
**Cada MARTES y JUEVES empezando a las 9:30am**

**In this presentation you will receive information about legal process, the Credible Fear and Reasonable Fear Interview and defenses against deportation.**

*Ofrecemos información sobre el proceso legal, el proceso de las entrevistas de Miedo Creíble y Miedo Razonable y las defensas contra la deportación.*

**Please bring all of your Immigration Documentation to the presentation.**

*Por favor traiga toda su documentación de Inmigración, a la presentación.*

HESTER DECLARATION

EXHIBIT 5

# KNOW YOUR RIGHTS!

# VIEW ON CHANNEL 60

# CONOZCA SUS DERECHOS

# EN EL CANAL 60

# ESPAÑOL Y INGLES

----------------------------

# ORIENTATION VIDEO!

# VIEW ON CHANNEL 61

# VIDEO DE ORIENTACION!

# EN EL CANAL 61

# EN ESPAÑOL, KICHE Y MAM

HESTER DECLARATION

EXHIBIT 6



Home › ABA Groups › Division for Public Services › Commission on Immigration › Projects & Initiatives › Know Your Rights

## Know Your Rights



### Know Your Rights Video

To help ensure America's commitment to justice for all, the American Bar Association Commission on Immigration has produced an updated version of "Know Your Rights," an educational video for the more than 400,000 men and women held in immigration detention facilities across the country each year.

The 45-minute video offers information that shows men and women in immigration detention how to navigate the court system and what to expect as they await their day in court. Through a series of vignettes with actors re-enacting typical scenarios, the video uses proven adult-education techniques to maximize comprehension and retention.

The ABA Commission on Immigration collaborated on the project with the American Immigration Lawyers Association, the Florence Immigrant and Refugee Rights Project, Detention Watch Network, and the National Immigrant Justice Center. The Commission is working with U.S. Immigration and Customs Enforcement to distribute the video to the 250 detention centers across the country.

A preview of the video is available in English and Spanish.

"Our goal is to increase access to justice for the hundreds of thousands of detainees facing deportation and permanent separation from their families. Reliable information is especially important since we know that so many detainees won't be able to obtain a lawyer and will be forced to represent themselves."

\- Karen T. Grisez Chair, ABA Commission on Immigration

"The new Know Your Rights video will provide a crucial tool to thousands of adults held in immigration detention each year, particularly those held in smaller, more remote facilities with no legal orientation program.  It will help to

The full video is available for streaming in English, Spanish, and French.

For the full press release, please visit our News page.

## Available for Purchase

If you would like to purchase a copy of the DVD, please visit the ABA Web Store.

promote a fair legal process and to provide meaningful access to justice."

- Wm. T. (Bill) Robinson III
President, American Bar Association

HESTER DECLARATION

EXHIBIT 7

# Karnes County Residential Center

## Intake Department Orientation

**Date:**_____

**Time:**_____

My Family and I have watched "Orientation", "PREA", and "Know your Rights" videos. We have received a copy of the resident handbook and understand the policies and procedures of residents at this facility.  I have received a free three minute phone call provided to all residents, and a personal pin number to access resident phones.  We had the opportunity to ask questions about any concerns with the video, handbook, or facility policies and procedures.

You have access to reading the material contained in the "Know your Rights" video. This material is in correspondence to the information contained in the video. The written form of this video can be obtained by submitting a request to the facility Library.

*Mi familia y yo hemos visto videos de "Orientación", "PREA" y "Know your Rights". Hemos recibido una copia del manual del residente y entender las políticas y procedimientos de los residentes en esta instalación.  Hemos recibido una llamada de tres minutos gratis proporcionada a todos los residentes y un número personal pin para acceder a teléfonos residentes. Hemos tenido la oportunidad de hacer preguntas sobre cualquier problema con el video, manual, o facilidad políticas y procedimientos.*

*Tienes acceso a leer el material contenido en el "Know your Rights" video. Este material es en correspondencia a la información contenida en el video. La forma escrita de este video puede obtenerse enviando una solicitud a las instalaciones de biblioteca.*

Also, by signing this form I understand that my child/children may be too young or unable to understand the procedures and rules of the Karnes County Residential Center.  Therefore, as a parent/guardian, I am aware of the rules, rights, and procedures and take responsibility for my children understanding and following them.

*Ademas, firmando este documento yo entiendo que mis nino/s pueden ser muy joven o no puedan ser capaz de entender los procedimientos y las reglas de Karnes County Residential Center. Por lo tanto, como padres, yo estoy en cuenta con las reglas, direchos, y procedimientos y a cojer responsabilidad por mis ninos para que las entiendan.*

**Resident/Guardian:** _____

**A#** _____

_____
**Signature of Parent/Guardian**
**Firma del padre/tutor**

**Videos Shown to Families:**_____
**Counselor Printed Name**

HESTER DECLARATION

EXHIBIT 8

**Karnes County Residential CYCLE MENUS**
These menus are proprietary and confidential to the Integrated Delivery Systems. Dissemination, forwarding or copying of these menus is strictly prohibited.

**MENU DATE:** 6-18-15

CYCLE 1  WEEK-AT-A-GLANCE

| | BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|---|
| **MONDAY** | Dry Cereal | 1 C | Baked Chicken or Meatballs | 4 oz Ea | Spaghetti w/ Meat Sauce or Hot Dog on Bun | 1 C or 2 Ea |
| | Scrambled Eggs | 1/2 C | Cream Gravy | 1/4 C | Green Beans | 1/2 C |
| | Home Fries | 1/2 C | Whipped Potatoes | 1/2 C | Tossed Salad | 1/2 C |
| | Turkey Bacon | 2 Sl | Hominy | 1/2 C | Salad Dressing | 1 Pkt |
| | Tortilla | 2 Ea | Carrots | 1/2 C | Garlic Bread | 2 Sl |
| | Tomatillo Salsa | 1/2C | Bread | 2 Sl | Fruit | 1/2 C / 1 Ea |
| | Fruit or Juice | 1/2C / 1 Ea / 4 oz | Margarine | 1 Pat | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Fruit Cobbler | 1/2 C | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | | |
| | Milk 2 % | 8 oz | | | | |
| **TUESDAY** | Cinnamon Oatmeal | 1 C | Fish Sticks or Grilled Cheese | 4 oz or 1 Ea | Taco Meat or Cheese Quesadilla | 4 oz or 1 Ea |
| | French Toast / Syrup | 2 Sl / 2 oz | California Blend | 1/2 C | Rice | 1/2 C |
| | Turkey Sausage | 2 oz | Rice | 1/2 C | Refried Beans | 1/2 C |
| | Peanut Butter | 2 oz | Black Beans | 1/2 C | Salsa | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea / 4 oz | Tossed Salad w/ Dressing | 1/2 C / 1 Pkt | Margarine | 1 Pat |
| | Margarine | 1 Pat | Fruit | 1/2C / 1 Ea | Shredded Lettuce/Cheese | 1/4C Ea |
| | Sugar | 3 Pkts | Dinner Roll | 1 Ea | Tortilla | 2 Ea |
| | Coffee | 8 oz | Margarine | 1 Pat | Fruit | 1/2 C / 1 Ea |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| **WEDNESDAY** | Grits | 1 C | Chicken Tenders or Buttered Pasta | 4 oz or 1 C | Red Bean w/ T. Sausage or Cheese Pizza | 1 C or 1 Sl |
| | Egg Boiled | 1 Ea | Potato Salad | 1/2 C | Rice | 1/2 C |
| | Hashbrowns | 1/2 C | Corn | 1/2 C | Coleslaw | 1/2 C |
| | Biscuit | 1 Ea | Broccoli | 1/2 C | Tossed Salad | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea / 4 oz | Cake | 1 PC | Salad Dressing | 1 Pkt |
| | Sugar | 3 Pkts | Bread | 2 Sl | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Margarine | 1 Pat | Fruit | 1/2 C / 1 Ea |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Ketchup/Jelly | 1 Pkt/2 Pkt | | | Margarine | 1 Pat |
| **THURSDAY** | Dry Cereal | 1 C | Fajita or Bean & Cheese Burrito | 4 oz or 1 Ea | Chicken Patty or T. Franks & Beans | 4 oz or 1 C |
| | Pancakes / Syrup | 2 Ea / 2oz | Onions & Peppers | 1/2 C | Home Fries | 1/2 C |
| | Turkey Sausage | 2 oz | Refried Beans | 1/2 C | Black Beans | 1/2 C |
| | Peanut Butter | 2 oz | Rice | 1/2 C | Carrots | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea / 4 oz | Tomatillo Salsa | 1/2 C | Dinner Roll | 1 Ea |
| | Margarine | 1 Pat | Tortilla | 2 Ea | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Fruit | 1/2 C / 1 Ea | Margarine | 1 Pat |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Milk 2 % | 8 oz | | | | |
| **FRIDAY** | Farina | 1 C | Chicken Thigh or Turkey & Cheese Sandwich | 4 oz or 1 Ea | Breaded Fish or Meatball Sub | 4 oz Ea |
| | Fried Potatoes | 1/2 C | Pasta Salad | 1/2 C | Potato Wedges | 1/2 C |
| | Tortilla | 2 Ea | Beans | 1/2 C | Mixed Vegetables w/ Nopales | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Cabbage | 1/2 C | Tossed Salad | 1/2 C |
| | Tomatillo Salsa | 1/2C | Dinner Roll | 1 Ea | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Margarine | 1 Pat | Bread | 2 Sl |
| | Sugar | 3 Pkts | Chocolate Pudding | 1/2 C | Ketchup/ Mustard | 1 Pkt Ea |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Fruit | 1/2 C / 1 Ea |
| | Milk 2 % | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **SATURDAY** | Creamed Rice | 1 C | Chicken Salad or Corn Dog | 1/2 C or 2 Ea | Polish Sausage or Popcorn Chicken | 4 oz Ea |
| | Scrambled Eggs | 1/2 C | Rice | 1/2 C | Rice | 1/2 C |
| | Bread | 2 Sl | Hominy | 1/2 C | Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | California Blend | 1/2 C | Coleslaw | 1/2 C |
| | Jelly | 2 Pkts | Margarine | 1 Pat | Tortilla | 2 Ea |
| | Margarine | 1 Pat | Bread | 2 Slices | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Cake w/ Icing | 1 PC | Margarine | 1 Pat |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Milk 2 % | 8 oz | | | | |
| **SUNDAY** | Dry Cereal | 1 C | Macaroni & Cheese w/Turkey Franks or Fish Sticks | 1 C or 4 oz | Cheese Enchilada or Cheeseburger on Bun | 2 Ea or 4 oz |
| | Fried Egg | 1 Ea | Rice | 1/2 C | Black Beans | 1/2 C |
| | Turkey Bacon | 2 Sl | Beans | 1/2 C | Spanish Rice | 1/2 C |
| | Salsa | 1/2 C | Green Beans | 1/2 C | Tomatillo Salsa | 1/2 C |
| | Hashbrowns | 1/2C | Tossed Salad | 1/2 C | Green Salad | 1/2 C |
| | Tortilla | 2 Ea | Salad Dressing | 1 Pkt | Salad Dressing | 1 Pkt |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Cornbread | 1 Ea | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | Fruit | 1/2 C / 1 Ea | | |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | | |

SUBSTITUTIONS OF EQUAL VALUE MAY BE MADE AS NEEDED BY THE FOOD SERVICE MANAGER

Approved by:

Corporate Manager Food Service Menu Systems

Corporate Dietitian

These menus are proprietary and confidential to the integrated Billing platform. Dissemination, forwarding of copies of these menus is strictly prohibited.

**Karnes County Residential CYCLE MENUS**

MENU DATE: 6-18-15    CYCLE 2    WEEK-AT-A-GLANCE

| | BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|---|
| **MONDAY** | Dry Cereal | 1 C | Cheese Pizza or Chicken Tenders | 1 Sl or 4 oz | Chicken Stir Fry or Chicken Patty | 1 C or 4 oz |
| | Fried Potatoes | 1/2 C | Corn | 1/2C | Rice | 1/2 C |
| | Boiled Egg | 1 Ea | Mixed Vegetables w/ Nopales | 1/2 C | Black Beans | 1/2 C |
| | Peanut Butter | 2 oz | Green Salad | 1/2 C | Carrots | 1/2 C |
| | Biscuit / Jelly | 1 Ea / 2 Pkts | Salad Dressing | 1 Pkt | Tortilla | 2 Ea |
| | Fruit or Juice | 1/2C /1 Ea/ 4 oz | Margarine | 1 Pat | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Fruit | 1/2 C / 1 Ea | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | | |
| | Milk 2 % | 8 oz | | | | |
| **TUESDAY** | Brown Sugar Oatmeal | 1 C | Fish Sticks or Buttered Pasta | 4 oz | Turkey and Cheese Sandwich or Hot Dog on Bun | 1 Ea or 2 Ea |
| | Scrambled Eggs | 1/2C | Beans | 1/2 C | Chicken Soup | 1 C |
| | Hashbrowns | 1/2 C | Rice | 1/2 C | Yucca | 1/2 C |
| | Tortilla | 2 Ea | Green Beans | 1/2 C | Beans | 1/2 C |
| | Fruit or Juice | 1/2C /1 Ea/ 4 oz | Cornbread | 1 PC | Broccoli | 1/2 C |
| | Ketchup | 1 Pkt | Margarine | 1 Pat | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Brownie | 1 PC | Fruit | 1/2 C / 1 Ea |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Salad Dressing | 1 Pkt |
| | Milk 2 % | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **WEDNESDAY** | Dry Cereal | 1 C | Burrito, Bean and Cheese or Cheese Quesadilla | 1 Ea | Meatballs or Cheese Pizza | 4 oz or 1 Sl |
| | French Toast | 2 Sl | Refried Beans | 1/2 C | Black Beans | 1/2 C |
| | Syrup | 2 oz | Rice | 1/2 C | Rice | 1/2 C |
| | Turkey Sausage | 2 oz | Salsa | 1/2 C | Cabbage | 1/2 C |
| | Fruit or Juice | 1/2C /1 Ea/ 4 oz | Green Salad | 1/2 C | Margarine | 1 Pat |
| | Margarine | 1 Pat | Salad Dressing | 1 Pkt | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Peanut Butter Cake | 1 PC | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Margarine | 1 Pat | Punch w/ Vitamin C | 8 oz |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | | |
| **THURSDAY** | Creamed Rice | 1 C | Hamburger Patty or Popcorn Chicken | 4 oz Ea | Taco Meat or Macaroni & Cheese w/ T. Franks | 4 oz or 1 C |
| | Migas | 1/2C | Potato Puffs | 1/2 C | Rice | 1/2 C |
| | Tortilla | 2 Ea | Ranch Beans | 1/2 C | Black Beans | 1/2 C |
| | Fruit or Juice | 1/2 C/1 Ea/ 4 oz | Lettuce | 1/4 C | Salsa | 1/2 C |
| | Margarine | 1 Pat | Onion | 1 Sl | Lettuce | 1/4 C |
| | Sugar | 3 Pkts | California Blend | 1/2 C | Shredded Cheese | 1/4 C |
| | Coffee | 8 oz | Fruit | 1/2C / 1 Ea | Tortilla | 2 Ea |
| | Milk 2 % | 8 oz | Ketchup | 1 Pkt | Fruit | 1/2 C/ 1 Ea |
| | | | Hamburger Bun | 1 Ea | Punch w/ Vitamin C | 8 oz |
| | | | Presweeten Tea | 8 oz | | |
| **FRIDAY** | Dry Cereal | 1 C | Breaded Fish or Turkey & Cheese Sandwich | 4 oz or 1 Ea | Chili Mac or Corn Dog | 1 C or 2 Ea |
| | Pancakes | 2 Ea | Beans | 1/2 C | Beans | 1/2 C |
| | Syrup | 2 oz | Rice | 1/2 C | Rice | 1/2 C |
| | Turkey Sausage | 2 oz | Cabbage | 1/2 C | Carrots | 1/2 C |
| | Fruit or Juice | 1/2C /1 Ea/ 4 oz | Fruit | 1/2C / 1 Ea | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Tartar Sauce | 1 Pkt | Bread Pudding | 1/2 C |
| | Milk 2 % | 8 oz | Cornbread | 1 PC | Punch w/ Vitamin C | 8 oz |
| | Margarine | 1 Pat | Presweeten Tea | 8 oz | | |
| **SATURDAY** | Farina | 1 C | Chicken Tenders or T. Franks & Beans | 4 oz or 1 C | Salsa Steak or Sloppy Joe on Bun | 4 oz Ea |
| | Hashbrowns | 1/2 C | Beans | 1/2 C | Grilled Potatoes | 1/2 C |
| | Jelly | 2 Pkts | Pasta Salad | 1/2 C | Broccoli | 1/2 C |
| | Biscuit | 1 Ea | Margarine | 1 Pat | Beans | 1/2 C |
| | Fruit or Juice | 1/2 C/ 1 Ea/ 4 oz | Mixed Vegetables w/ Nopales | 1/2 C | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Fruit | 1/2C / 1 Ea | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Dinner Roll | 1 Ea | Margarine | 1 Pat |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Margarine | 1 Pat | | | | |
| **SUNDAY** | Dry Cereal | 1 C | Fajitas or Chopped BBQ Chicken | 4 oz | Chicken Salad or Grilled Cheese | 1/2 C or 1Ea |
| | Scrambled Eggs | 1/2 C | Onion & Peppers | 1/2C | Beans | 1/2 C |
| | Fried Potatoes / Salsa | 1/2 C / 1/2 C | Rice | 1/2 C | Hominy | 1/2 C |
| | Turkey Bacon | 2 Sl | Refried Beans | 1/2C | Green Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Tossed Salad | 1/2C | Lettuce | 1/4 C |
| | Tortilla | 2 Ea | Salad Dressing | 1 Pkt | Sliced Onion | 1 Sl |
| | Margarine | 1 Pat | Fruit | 1/2C / 1 Ea | Bread | 2 Sl |
| | Sugar | 3 Pkts | Tortillas | 2 Ea | Lemon Cake | 1 PC |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Milk 2 % | 8 oz | | | | |

**SUBSTITUTIONS OF EQUAL VALUE MAY BE MADE AS NEEDED BY THE FOOD SERVICE MANAGER**

Approved by:

_____    _____
Corporate Manager Food Service Menu Systems    Corporate Dietitian

Karnes County Residential CYCLE MENUS
These menus are proprietary and should be for the use of sized dietary facilities.
Dissemination, forwarding or copying of these menus is strictly prohibited.

MENU DATE: 6/18/15                                            CYCLE  3                                    WEEK-AT-A-GLANCE

| | BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|---|
| **MONDAY** | Cinnamon Oatmeal | 1 C | Sloppy Joe or Cheese Pizza | 4 oz or  1 Sl | Salisbury Steak or Hot Dog on Bun | 4 oz or 2 Ea |
| | Pancakes / Syrup | 2 Ea / 2 oz | 3 Bean Salad | 1/2 C | Gravy | 1/4 C |
| | Turkey Sausage | 2 oz | Carrots | 1/2 C | Rice | 1/2 C |
| | Peanut Butter | 2 oz | Potato Puffs | 1/2 C | Grilled Cabbage | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Margarine | 1 Pat | Beans | 1/2 C |
| | Margarine | 1 Pat | Onion | 1 Sl | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Bun | 1 Ea | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Fruit | 1/2 C / 1 Ea | Margarine | 1 Pat |
| | Milk 2% | 8 oz | Presweeten Tea | | Punch w/ Vitamin C | 8 oz |
| **TUESDAY** | Dry Cereal | 1 C | Taco Meat or Macaroni & Cheese w/ T. Franks | 4 oz or 1 C | Chicken, Baked or Chicken Patty | 4 oz Ea |
| | Hashbrowns | 1/2 C | Rice | 1/2 C | Whipped Potatoes | 1/2 C |
| | Scrambled Eggs | 1/2 C | Black Beans | 1/2 C | Gravy | 1/4 C |
| | Tortilla | 2 Ea | Salsa | 1/2 C | Beans | 1/2 C |
| | Fruit or Juice | 1/2C /1 Ea/ 4 oz | Lettuce | 1/4 C | California Blend | 1/2 C |
| | Sugar | 3 Pkts | Shredded Cheese | 1/4 C | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Tortilla | 2 Ea | Margarine | 1 Pat |
| | Milk 2% | 8 oz | Fruit | 1/2 C / 1 Ea | Fruit Cobbler | 1/2 C |
| | | | Presweeten Tea | | Punch w/ Vitamin C | 8 oz |
| **WEDNESDAY** | Farina | 1 C | Chicken Tenders or Meatball Sub | 4 oz Ea | Spaghetti w/ Meat Sauce or Cheeseburger on Bun | 1 C or 4 oz |
| | French Toast / Syrup | 2 Sl / 2 oz | Beans | 1/2 C | Corn | 1/2 C |
| | Turkey Sausage | 2 oz | Potato Salad | 1/2 C | Green Beans | 1/2 C |
| | Peanut Butter | 2 oz | Cabbage | 1/2 C | Tossed Salad | 1/2C |
| | Fruit or Juice | 1/2 C /1 Ea / 4 oz | Margarine | 1 Pat | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Cornbread | 1 PC | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Cake w/ Icing | 1 PC | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Milk 2% | 8 oz | | | | |
| **THURSDAY** | Creamed Rice | 1 C | Chicken Thigh or Cheese Quesadilla | 4 oz or 1 Ea | Turkey & Cheese Sandwich or Sloppy Joe on Bun | 1 Ea or 4 oz |
| | Scrambled Eggs / Salsa | 1/2 C /1/2C | Rice | 1/2 C | Chicken Soup | 1 C |
| | Turkey Bacon | 2 Sl | Beans | 1/2 C | Rice | 1/2 C |
| | Tortilla | 2 Ea | Carrots | 1/2 C | Mixed Vegetables w/ Nopales | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Green Salad | 1/2 C | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Salad Dressing | 1 Pkt | Fruit | 1/2 / 1 Ea |
| | Sugar | 3 Pkts | Fruit Crisp | 1/2 C | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | Roll / Margarine | 1 Ea/ 1 Pat | | |
| | Milk 2% | 8 oz | Presweeten Tea | 8 oz | | |
| **FRIDAY** | Dry Cereal | 1 C | Fish Sticks or Buttered Pasta | 4 oz or 1 C | Chili Mac or Polish Sausage | 1 C or 4 oz |
| | Boiled Egg | 1 Ea | Pasta Salad | 1/2 C | Beans | 1/2 C |
| | Fried Potatoes | 1/2 C | Green Beans | 1/2 C | Coleslaw | 1/2 C |
| | Biscuit | 1 Ea | Carrot / Celery Sticks | 1/2C | Garden Salad | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea / 4 oz | Bread | 2 Slices | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Fruit | 1/2 C / 1 Ea | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Margarine | 1 Pat |
| | Milk 2% | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **SATURDAY** | Grits | 1 C | Turkey or Grilled Cheese | 4 oz or 1 Ea | Meatballs or Corn Dog | 4 oz or 2 Ea |
| | Hashbrowns | 1/2 C | Mashed Potatoes | 1/2 C | Rice | 1/2 C |
| | Ketchup | 1 Pkt | Gravy | 1/4 C | California Blend | 1/2 C |
| | Biscuit / Peanut Butter | 1 Ea / 2 oz | Hominy | 1/2 C | Green Salad | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Cabbage | 1/2 C | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Margarine | 1 Pat | Spice Cake | 1 PC |
| | Sugar | 3 Pkts | Dinner Roll | 1 Ea | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Fruit | 1/2 C / 1 Ea | Margarine | 1 Pat |
| | Milk 2% | 8 oz | Presweeten Tea | | Punch w/ Vitamin C | 8 oz |
| **SUNDAY** | Farina | 1 C | Cheese Pizza or T. Franks & Beans | 1 Sl or 1 C | Bean and Cheese Burrito or Popcorn Chicken | 1 Ea or 4 oz |
| | Fried Egg | 1 Ea | Corn | 1/2 C | Refried Beans | 1/2 C |
| | Cinnamon Roll | 1 Ea | Mixed Vegetables w/ Nopales | 1/2 C | Rice | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Green Salad | 1/2 C | Carrots | 1/2 C |
| | Tortilla / Margarine | 2 Ea/1 Pat | Salad Dressing | 1 Pkt | Salsa | 1/2 C |
| | Salsa | 1/2 C | Fruit | 1/2 C / 1 Ea | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Garlic Bread | 2 Sl | Margarine | 1 Pat |
| | Coffee | 8 oz | Margarine | 1 Pat | Punch w/ Vitamin C | 8 oz |
| | Milk 2% | 8 oz | Presweeten Tea | | | |

SUBSTITUTIONS OF EQUAL VALUE MAY BE MADE AS NEEDED BY THE FOOD SERVICE MANAGER

Approved by:

Corporate Manager Food Service Menu Systems

Corporate Dietitian

Barnes County Residential CYCLE MENUS
*These menus are proprietary and intended for use by CLEO Group Facilities. Dissemination, forwarding, or reproduction of these menus is strictly prohibited.*

MENU DATE: 6-18-15                                CYCLE 4                        WEEK-AT-A-GLANCE

| | BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|---|
| **MONDAY** | Brown Sugar Oatmeal | 1 C | Chicken Fajitas or Cheese Quesdadilla | 4 oz or 1 Ea | Beef Patty or Meatball Sub | 4 oz Ea |
| | Migas | 1/2C | Grilled Peppers & Onions | 1/2 C | Potato Puffs | 1/2 C |
| | Fried Potatoes | 1/2 C | Rice | 1/2 C | Coleslaw | 1/2 C |
| | Turkey Bacon | 2 Sl | Refried Beans | 1/2 C | Lettuce / Onion | 1/4 C/1 Sl |
| | Tomatillo Salsa | 1/2 C | Tortilla | 2 Ea | Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Lemon Cake | 1 PC | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Presweeten Tea | 8 oz | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | | | Ketchup | 1 Pkt |
| | Coffee | 8 oz | | | Hamburger Bun | 1 Ea |
| | Milk 2% | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **TUESDAY** | Dry Cereal | 1 C | Chicken Tenders or Cheese Pizza | 4 oz or 1 Sl | Chicken Spaghetti or Chopped BBQ Chicken | 1 C or 4 oz |
| | Pancakes | 2 Ea | Rice | 1/2 C | Mixed Vegetables w/ Nopales | 1/2 C |
| | Syrup | 2 oz | Corn | 1/2 C | Beans | 1/2 C |
| | Turkey Sausage | 2 oz | Green Beans | 1/2 C | Green Salad | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea / 4 oz | Fruit | 1/2C / 1 Ea | Salad Dressing | 1 Pkt |
| | Margarine | 1 Pat | Dinner Roll | 1 Ea | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Bread | 2 Slices |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Fruit | 1/2 C / 1 Ea |
| | Milk 2% | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **WEDNESDAY** | Farina | 1 C | Fish Sticks or Macaroni & Cheese w/T. Franks | 4 oz or 1 C | Salsa Steak or Sloppy Joe on Bun | 4 oz Ea |
| | Hashbrowns | 1/2 C | Rice | 1/2 C | Potato Wedges | 1/2 C |
| | Peanut Butter | 2 oz | Carrots | 1/2 C | Broccoli | 1/2 C |
| | Biscuit | 1 Ea | Green Salad | 1/2 C | Beans | 1/2 C |
| | Margarine | 1 Pat | Salad Dressing | 1 Pkt | Margarine | 1 Pat |
| | Fruit or Juice | 1 /2 C / 1 Ea / 4 oz | Baked Apple Crisp | 1/2 C | Dinner Roll | 1 Ea |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Fruit | 1/2C / 1 Ea |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Milk 2% | 8 oz | | | | |
| **THURSDAY** | Creamed Rice | 1 C | Baked Chicken or Grilled Cheese | 4 oz or 1 Ea | Chili Mac or Hot Dog on Bun | 1 C or 2 Ea |
| | Scrambled Eggs | 1/2 C | Whipped Potatoes | 1/2 C | Rice | 1/2 C |
| | Turkey Ham | 2 oz | Gravy | 1/4 C | Beans | 1/2 C |
| | Tortilla | 2 Ea | Black Beans | 1/2 C | Cabbage | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea / 4 oz | California Blend | 1/2 C | Tossed Salad | 1/2 C |
| | Sugar | 3 Pkts | Bread | 2 Sl | Salad Dressing | 1 Pkt |
| | Coffee | 8 oz | Margarine | 1 Pat | Fruit | 1/2C / 1 Ea |
| | Milk 2% | 8 oz | Cake w/ Icing | 1 PC | Cornbread | 1 PC |
| | | | Presweeten Tea | 8 oz | Margarine | 1 Pat |
| | | | | | Punch w/ Vitamin C | 8 oz |
| **FRIDAY** | Grits | 1 C | Breaded Fish or T. Franks & Beans | 4 oz or 1 C | Cheese Pizza or Hamburger on Bun | 1 Sl or 4 oz |
| | French Toast / Syrup | 2 Sl / 2 oz | Rice | 1/2 C | Corn | 1/2 C |
| | Turkey Sausage | 2 oz | Beans | 1/2 C | Potato Salad | 1/2 C |
| | Peanut Butter | 2 oz | Mixed Vegetables w/ Nopales | 1/2 C | Coleslaw | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Fruit | 1/2C / 1 Ea | Fruit Cobbler | 1/2 C |
| | Margarine | 1 Pat | Margarine | 1 Pat | Punch w/ Vitamin C | 8 oz |
| | Sugar | 3 Pkts | Bun | 1 Ea | | |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | | |
| | Milk 2% | 8 oz | Tartar Sauce | 1 Pkt | | |
| **SATURDAY** | Dry Cereal | 1 C | Turkey & Cheese Sandwich or Chicken Tenders | 1 Ea or 4 oz | Chicken Stir Fry or Bean & Cheese Burrito | 1 C or 1 Ea |
| | Fried Potatoes | 1/2 C | Chicken Soup | 1 C | Rice | 1/2 C |
| | Scrambled Eggs | 1/2C | Yucca | 1/2 C | Black Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Beans | 1/2 C | Carrots | 1/2 C |
| | Biscuit | 1 Ea | Broccoli | 1/2 C | Tortilla | 2 Ea |
| | Margarine / Jelly | 1 Pat/2Pkt | Margarine | 1 Pat | Fruit | 1/2 C / 1 Ea |
| | Sugar | 3 Pkts | Cake | 1 PC | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | Salad Dressing | 1 Pkt | | |
| | Milk 2% | 8 oz | Presweeten Tea | 8 oz | | |
| **SUNDAY** | Farina | 1 C | Macaroni & Cheese w/ Turkey Franks or Corn Dog | 1 C or 2 Ea | Chicken Patty or Buttered Pasta | 4 oz or 1 C |
| | Hashbrowns | 1/2 C | Potato Salad | 1/2 C | Rice | 1/2 C |
| | Boiled Egg | 1 Ea | Hominy | 1/2 C | California Blend | 1/2 C |
| | Salsa | 1/2C | Mixed Vegetables w/ Nopales | 1/2C | Green Salad | 1/2 C |
| | Tortilla | 2 Ea | Cornbread | 1 PC | Salad Dressing | 1 Pkt |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Fruit | 1/2C / 1 Ea | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Presweetened Tea | 8 oz | Margarine | 1 Pat |
| | Milk 2% | 8 oz | | | Punch w/ Vitamin C | 8 oz |

SUBSTITUTIONS OF EQUAL VALUE MAY BE MADE AS NEEDED BY THE FOOD SERVICE MANAGER

Approved by:

Corporate Manager Food Service Menu Systems                                Corporate Dietitian

Karnes County Residential CYCLE MENUS
These menus are proprietary and should be for the designated users use only.
Dissemination, forwarding or copying of these menus is strictly prohibited.

MENU DATE: 6-18-15                                                    CYCLE 5                                        WEEK-AT-A-GLANCE

| | BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|---|
| **MONDAY** | Cinnamon Oatmeal | 1 C | Beef Patty or Popcorn Chicken | 4 oz Ea | Chopped BBQ Chicken or Cheese Quesadilla | 4 oz or 1 Ea |
| | Migas | 1/2 C | Hamburger Bun | 1 Ea | Rice | 1/2 C |
| | Fried Potatoes | 1/2 C | Beans | 1/2 C | Refried Beans | 1/2 C |
| | Turkey Sausage | 2 oz | Rice | 1/2 C | Green Beans | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Cabbage | 1/2 C | Tossed Salad | 1/2 C |
| | Ketchup | 1 Pkt | Lettuce / Onion | 1/4 C/1 Sl | Salad Dressing | 1 Pkt |
| | Tortilla | 2 Ea | Cheese | 1 oz | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Mustard / Salad Dressing | 1 Pkt Ea | Cornbread | 1 PC |
| | Coffee | 8 oz | Cherry Gelatin w/ Fruit | 1/2 C | Margarine | 1 Pat |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| **TUESDAY** | Dry Cereal | 1 C | Fish Sticks or T. Franks & Beans | 4 oz or 1 C | Chicken Fried Steak or Meatballs | 4 oz Ea |
| | Pancakes | 2 Ea | Corn | 1/2 C | Cream Gravy | 1/4 C |
| | Syrup | 2 oz | California Blend | 1/2 C | Whipped Potatoes | 1/2 C |
| | Turkey Bacon | 2 Sl | Fruit | 1/2C / 1 Ea | Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea / 4 oz | Dinner Roll | 1 Ea | Carrots | 1/2 C |
| | Margarine | 1 Pat | Margarine | 1 Pat | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Presweeten Tea | 8 oz | Bread | 2 Sl |
| | Coffee | 8 oz | | | Margarine | 1 Pat |
| | Milk 2 % | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **WEDNESDAY** | Farina | 1 C | Chicken Thigh or Cheese Pizza | 4 oz or 1 Sl | Turkey Ham or Hot Dog on Bun | 4 oz or 2 Ea |
| | Scrambled Eggs | 1/2 C | Rice | 1/2 C | Pasta Salad | 1/2 C |
| | Cinnamon Roll | 1 Ea | Beans | 1/2 C | Mixed Vegetables w/ Nopales | 1/2 C |
| | Turkey Sausage | 2 oz | Broccoli | 1/2 C | Beans | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Fruit | 1/2C / 1 Ea | Dinner Roll | 1 Ea |
| | Tortilla / Margarine | 2 Ea / 1 Pat | Cornbread | 1 PC | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Margarine | 1 Pat | Bread Pudding | 1/2 C |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Milk 2 % | 8 oz | | | | |
| **THURSDAY** | Grits | 1 C | Fajita Meat or Bean & Cheese Burrito | 4 oz or 1 Ea | Chicken Patty or Fish Sticks | 4 oz Ea |
| | French Toast | 2 Sl | Grilled Onions & Peppers | 1/2 C | Beans | 1/2 C |
| | Syrup | 2 oz | Refried Beans | 1/2 C | Green Beans | 1/2 C |
| | Peanut Butter | 2 oz | Rice | 1/2 C | Potato Salad | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Tomatillo Salsa | 1/2 C | Cheese | 1 oz |
| | Margarine | 1 Pat | Garden Salad w/ Dressing | 1/2 C/1 Pkt | Onion / Lettuce | 1 Sl / 1/4 C |
| | Sugar | 3 Pkts | Tortilla | 2 Ea | Fruit | 1/2C / 1 Ea |
| | Coffee | 8 oz | Cake | 1 PC | Bun | 1 Ea |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| **FRIDAY** | Dry Cereal | 1 C | Baked Fish or Buttered Pasta | 4 oz or 1 C | Chicken Salad or Macaroni & Cheese w/ T. Franks | 1/2 C or 1 C |
| | Hard Boiled Eggs | 1 Ea | Black Beans | 1/2 C | Yucca | 1/2 C |
| | Fried Potatoes | 1/2 C | Carrots | 1/2 C | Beans | 1/2 C |
| | Biscuit | 1 Ea | Bun | 1 Ea | Cabbage | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Fruit | 1/2C / 1 Ea | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Lettuce/Onion | 1/4C/1 Sl | Ketchup | 1 Pkt |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Bread | 2 Sl |
| | Milk 2 % | 8 oz | Tartar Sauce/Margarine | 1 Pkt/1 Pat | Punch w/ Vitamin C | 8 oz |
| **SATURDAY** | Creamed Rice | 1 C | Turkey or Grilled Cheese | 4 oz or 1 Ea | Salisbury Steak or Sloppy Joe on Bun | 4 oz Ea |
| | Hashbrowns | 1/2 C | Pasta Salad | 1/2 C | Salsa | 1/4 C |
| | Turkey Bacon | 2 Sl | California Blend | 1/2 C | Fried Potatoes | 1/2 C |
| | Tortilla / Salsa | 2 Ea / 1/2 C | Dinner Roll | 1 Ea | Hominy | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Margarine | 1 Pat | Mixed Vegetables w/ Nopales | 1/2 C |
| | Margarine | 1 Pat | Cake w/ Icing | 1 PC | Tortilla | 2 Ea |
| | Sugar | 3 Pkts | Presweeten Tea | 8 oz | Margarine | 1 Pat |
| | Coffee | 8 oz | | | Fruit | 1/2C / 1 Ea |
| | Milk 2 % | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **SUNDAY** | Farina | 1 C | Baked Chicken or Chicken Tenders | 4 oz Ea | Red Beans & Polish Sausage or Polish Sausage | 1 C or 4 oz |
| | Peanut Butter | 2 oz | Rice | 1/2 C | Rice | 1/2 C |
| | Pancake | 2 Ea | Refried Beans | 1/2 C | Carrots | 1/2 C |
| | Syrup | 2 oz | Broccoli | 1/2 C | Tossed Salad | 1/2 C |
| | Fruit or Juice | 1/2 C / 1 Ea/ 4 oz | Margarine | 1 Pat | Salad Dressing | 1 Pkt |
| | Sugar | 3 Pkts | Fruit | 1/2C / 1 Ea | Bread | 2 Sl |
| | Coffee | 8 oz | Dinner Roll | 1 Ea | Fruit | 1/2C / 1 Ea |
| | Milk 2 % | 8 oz | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |

**SUBSTITUTIONS OF EQUAL VALUE MAY BE MADE AS NEEDED BY THE FOOD SERVICE MANAGER**

Approved by:

Corporate Manager Food Service Menu Systems                                                    Corporate Dietitian

**Karnes County Residential CYCLE MENUS**

*These menus are proprietary and intended for the use of GEO Group facilities.*
*Dissemination, forwarding or copying of these menus is strictly prohibited.*

MENU DATE: 6-18-15

CYCLE 6

WEEK-AT-A-GLANCE

| | BREAKFAST | | LUNCH | | DINNER | |
|---|---|---|---|---|---|---|
| **MONDAY** | Grits | 1 C | Fish Sticks or Cheeseburger on Bun | 4 oz Ea | Turkey & Cheese Sandwich or Chicken Patty | 1 Ea or 4 oz |
| | Turkey Bacon | 2 Sl | Carrots | 1/2 C | Chicken Soup | 1 C |
| | Fried Potatoes / Ketchup | 1/2 C / 1 Pkt | Beans | 1/2 C | Yucca | 1/2 C |
| | Fruit or Juice | 1/2C 1 Ea/ 4 oz | Cornbread | 1 PC | Coleslaw | 1/2 C |
| | Coffee Cake | 1 PC | Margarine | 1 Pat | Carrot & Celery Sticks | 1/2 C |
| | Margarine | 1 Pat | Brownie | 1 PC | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Presweeten Tea | 8 oz | Salad Dressing | 1 Pkt |
| | Coffee | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| | Milk 2% | 8 oz | | | | |
| **TUESDAY** | Dry Cereal | 1 C | Chicken Tenders or Meatball Sub | 4 oz Ea | Cheese Enchilada or Hot Dog on Bun | 2 Ea |
| | Fried Egg | 1 Ea | Black Beans | 1/2 C | Spanish Rice | 1/2 C |
| | Turkey Sausage | 2 oz | Potato Salad | 1/2 C | Refried Beans | 1/2 C |
| | Hashbrowns | 1/2 C | Cabbage | 1/2 C | Green Beans | 1/2 C |
| | Tortilla | 2 Ea | Fruit | 1/2C / 1 Ea | Tomatillo Salsa | 1/2C |
| | Fruit or Juice | 1/2C /1 Ea/ 4 oz | Dinner Roll | 1 Ea | Fruit | 1/2C / 1 Ea |
| | Ketchup | 1 Pkt | Presweeten Tea | 8 oz | Margarine | 1 Pat |
| | Sugar | 3 Pkts | | | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | | | | |
| | Milk 2% | 8 oz | | | | |
| **WEDNESDAY** | Brown Sugar Oatmeal | 1 C | Cheese Pizza or Buttered Pasta | 1 Sl or 1 C | Baked Chicken or Chopped BBQ Chicken | 4 oz Ea |
| | Peanut Butter | 2 oz | Rice | 1/2 C | Gravy | 1/4 C |
| | Pancakes | 2 Ea | Beans | 1/2 C | Scalloped Potatoes | 1/2 C |
| | Syrup | 2 oz | Carrots | 1/2 C | Black Beans | 1/2 C |
| | Fruit or Juice | 1/2C 1 Ea/ 4 oz | Cake | 1 PC | Broccoli | 1/2 C |
| | Margarine | 1 Pat | Green Salad | 1/2C | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Salad Dressing | 1 Pkt | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Presweeten Tea | 8 oz | Margarine | 1 Pat |
| | Milk 2% | 8 oz | | | Punch w/ Vitamin C | 8 oz |
| **THURSDAY** | Farina | 1 C | Chicken Patty or Popcorn Chicken | 4 oz Ea | Sloppy Joe or Fish Sticks | 4 oz |
| | Scrambled Eggs | 1/2 C | Rice | 1/2 C | Hamburger Bun | 1 Ea |
| | Fried Potatoes / Salsa | 1/2 C / 1/2 C | Black Beans | 1/2 C | California Blend | 1/2 C |
| | Turkey Bacon | 2 Sl | Mixed Vegetables w/ Nopales | 1/2 C | Pasta Salad | 1/2 C |
| | Tortilla | 2 Ea | Fruit | 1/2C/ 1 Ea | Hominy | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Dinner Roll | 1 Ea | Spice Cake | 1 PC |
| | Margarine | 1 Pat | Margarine | 1 Pat | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Presweeten Tea | 8 oz | Punch w/ Vitamin C | 8 oz |
| | Coffee | 8 oz | | | | |
| | Milk 2% | 8 oz | | | | |
| **FRIDAY** | Grits | 1 C | Breaded Fish or Corn Dogs | 4 oz or 2 Ea | Chili Mac or Macaroni & Cheese w/ T. Franks | 1 C Ea |
| | French Toast | 2 Sl | Potato Wedges | 1/2 C | Rice | 1/2 C |
| | Syrup | 2 oz | Green Beans | 1/2 C | Beans | 1/2 C |
| | Peanut Butter | 2 oz | Coleslaw | 1/2 C | Carrots | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Tartar Sauce / Ketchup | 1 Pkt Ea | Fruit | 1/2C / 1 Ea |
| | Margarine | 1 Pat | Margarine | 1 Pat | Margarine | 1 Pat |
| | Sugar | 3 Pkts | Bun | 1 Ea | Cornbread | 1 PC |
| | Coffee | 8 oz | Gelatin w/ Fruit | 1/2C | Punch w/ Vitamin C | 8 oz |
| | Milk 2% | 8 oz | Presweeten Tea | 8 oz | | |
| **SATURDAY** | Creamed Rice | 1 C | Chicken Salad or Grilled Cheese | 1/2C or 1Ea | Meatballs or Cheese Pizza | 4 oz or 1 Sl |
| | Hashbrowns | 1/2 C | Pasta Salad | 1/2 C | Gravy | 1/4 C |
| | Tortilla | 2 Ea | Beans | 1/2 C | Rice | 1/2 C |
| | Turkey Ham | 2 oz | California Blend | 1/2 C | Black Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Green Salad | 1/2 C | Cabbage | 1/2 C |
| | Salsa | 1/2C | Salad Dressing | 1 Pkt | Fruit | 1/2C / 1 Ea |
| | Sugar | 3 Pkts | Bread | 2 Sl | Dinner Roll | 1 Ea |
| | Coffee | 8 oz | Fruit | 1/2C / 1 Ea | Margarine | 1 Pat |
| | Milk 2 % | 8 oz | Lettuce/Onion | 1/4C/1 Sl | Punch w/ Vitamin C | 8 oz |
| | | | Presweeten Tea | 8 oz | | |
| **SUNDAY** | Dry Cereal | 1 C | Hamburger Patty or Turkey & Cheese Sandwich | 4 oz or 1 Ea | Burrito, Bean & Cheese or T. Franks & Beans | 1 Ea or 1 C |
| | Migas | 1/2C | Fried Potatoes | 1/2 C | Rice | 1/2 C |
| | Turkey Sausage | 2 oz | Corn | 1/2 C | Salsa | 1/2 C |
| | Coffee Cake | 1 PC | Carrot & Celery Sticks | 1/2 C | Beans | 1/2 C |
| | Fruit or Juice | 1/2C / 1 Ea/ 4 oz | Lettuce | 1/4 C | Fruit | 1/2C / 1 Ea |
| | Margarine | 1 Pat | Onion | 1 Sl | Green Salad | 1/2 C |
| | Sugar | 3 Pkts | Fruit | 1/2C/ 1 Ea | Salad Dressing | 1 Pkt |
| | Coffee | 8 oz | Bun | 1 Ea | Margarine | 1 Pat |
| | Milk 2% | 8 oz | Mustard / Salad Dressing | 1 Pkt Ea | Punch w/ Vitamin C | 8 oz |
| | | | Presweeten Tea | 8 oz | | |

SUBSTITUTIONS OF EQUAL VALUE MAY BE MADE AS NEEDED BY THE FOOD SERVICE MANAGER

Approved by:

Corporate Manager Food Service Menu Systems

Corporate Dietitian

HESTER DECLARATION

EXHIBIT 9

# SAN ANTONIO RIVER AUTHORITY
Leaders in Watershed Solutions

600 E Euclid Avenue
P.O. Box 839980
San Antonio, TX 78283-9980

## Environmental Sciences Department Laboratory
## ANALYTICAL REPORT

February 19, 2016

Page 3 of 3

**Analytical Report Attachments for sample # AB00267**

SAN ANTONIO RIVER AUTHORITY
REGIONAL ENVIRONMENTAL LABORATORY
Public Water System Identification & Sample Collection Information

### DRINKING WATER (P/A) COLIFORM REQUEST & CHAIN OF CUSTODY FORM

Laboratory ID #: 481C2
600 E. Euclid Ave
San Antonio, TX 78212
Phone: 210-302-3649    Fax: 210-302-3694
www.sara-tx.org

LABORATORY USE ONLY - DO NOT WRITE BELOW
Customer Notification Unsuitable or Positive Sample

| Public Water System ID | 1 | 2 | 8 | 0 | 0 | 0 | 7 | System Type |
|---|---|---|---|---|---|---|---|---|

P.W.S. County: KARNES

P.W.S. Name: EL OSO WATER SUPPLY CORP.

Send Facility to:  Address:  P O BOX 309
City: TEXAS   Zip: 78118

Phone Number: 830-583-3543   Fax: 830-583-3550

Sampler Name: TOMMY DEL LOS SANTOS/DAVID AMES

Alternate Contact Name: CAROLYN BLACK    Contacts: 830-299-0256/830-299-9345

| Sample Identification/Location | Date Collected (mm/dd/yyyy) | Time | Chain of Custody | Sample Type | Chlorine Residual (mg/l) | Sample Number |
|---|---|---|---|---|---|---|
| 1. 156 CR 283 | 2/16/16 | 2:30 | ☒ Routine | ☐ | 1.9 | AB00265A |
| 2. 12261 FM 887 | 2/16/16 | 2:45 | ☒ | ☐ | 1.7 | AB00266A |
| 3. 6783 HWY 72 | 2/16/16 | 3:15 | ☒ | ☐ | .3 | AB00267A |
| 4. 2665 FM 626 | 2/16/16 | 3:40 | ☒ | ☐ | 1.1 | AB00268A |
| 5. 2044 CR 202 | 2/16/16 | 3:00 | ☒ | ☐ | 1.5 | AB00269A |
| 6. 611 HWY 72 | 2/16/16 | 2:30 | ☒ | ☐ | .8 | AB00270A |

Relinquished By: _____ Date: _____ Time: _____
Received By: _____ Date: 2-17-16 Time: 7:20am
Relinquished By: _____ Date: 2/17/16 Time: 022.3
Received By: _____ Date: 2/17/16 Time: 0933

Effective: 07/01/2013

Thermometer ID: 001-006   Temperature (°C): 6.6.5
Lab Results - Test Method SM9223 B

Approved by: _____ Date: 2/18/16

F151_Form



A - Outside upper acceptance criteria
D - Outside lower acceptance criteria
T - Microbiological Controls were unacceptable

H - Hold Time for preparation or analysis exceeded
J - Analyte detected outside quantitation limit

1) Sample too old, Exceeded hold time.
2) Insufficient volume.
3) Excessive chlorine present in sample.

4) Heavy SILT/TURBIDITY PRESENT
5) Firm inoculation / Data
6) Obvious Data Error
6) Other D/Clmms:

* - See Case Narrative
--- - Not Applicable

*Unsuitable Sample for Analysis - Rejection Criteria*

The *+*g in this report is current as of 2/19/2016 11:02:15AM as validated by JH

Page 1 of 1

\\SARALIMSV4*** ABWORKS\LWDATA\CRYSTAL\QA_JH-ANALYTICAL01.RPT



**SAN ANTONIO RIVER AUTHORITY**
Leaders in Watershed Solutions

600 E Euclid Avenue
P.O. Box 839980
San Antonio, TX 78283-9980

**Environmental Sciences Department Laboratory**

**ANALYTICAL REPORT**

**March 18, 2016**

Page 3 of 3



Analytical Report Attachments for sample # AB00832

| SAN ANTONIO RIVER AUTHORITY REGIONAL ENVIRONMENTAL LABORATORY | Laboratory ID #: 48162 |
|---|---|

**DRINKING WATER (P/A) COLIFORM REQUEST & CHAIN OF CUSTODY FORM**

600 E. Euclid Ave
San Antonio, TX 78212
Phone: 210-302-3649    Fax: 210-302-3694
www.sara-tx.org

**Public Water System Identification & Sample Collection Information**

Public Water System ID Number (7 Digits): 1 2 8 0 0 0 7

System Type: ☒ Public

P W S Name: EL OSO WATER SUPPLY CORP.

P W S County: KARNES

**Water Source**
☒ Groundwater    ☐ Surface Water
☐ Ground Water with Surface Water Influence

Name: EL OSO WATER SUPPLY CORP
Address: P O BOX 309
City: KARNES CITY
State: TEXAS    ZIP: 78118

Phone Number: 830-583-3543    Fax: 830-583-3550
☐ Owner    ☒ Operator    ☐ Other:

Sampler Name: TOMMY DEL LOS SANTOS    Contact#: 830-299-0256
Alternate Contact Name: CAROLYN BLACK    Contact#: 830-583-3543

**LABORATORY USE ONLY – DO NOT WRITE BELOW**

Customer Notification Unsuitable or Positive Sample

Sampler/Person Contacted:
Date/Time Notified:

*Replacements / Re-test Samples within 24 hours:  ☐Yes or ☐No

Analyzed by: H. Halderman    Date: 3/7/16
Reviewed by: Chaoye    Date: 3/18/16
Approved by: Janette W.    Date: 3/18/16
Sample iced?  ☒ Yes ☐ No

Thermometer ID: E01-006 Temperature (°C): 4181 49

| Sample Identification/Location | Collected | | | Sample Type | | | | Chlorine Residual (mg/l) | Sample Number | Lab Results – Test Method SM9223 B (Enzyme Substrate) Note: All Results relate only to the samples submitted | | | | Unsuitable Sample/ Analysis Rejection Criteria* |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Use Sample Address/Location NOT SITE # (How Wells Use Source ID for Well Sampled) | Date (mm/dd/yy) | Time | Public | Cont. | Repeat | Special | | | | Total Coliform | | E. coli | | |
| | | | | | | | | | | Present | Absent | Present | Absent | |
| 1. 156 CR 283 | 3-15-16 | 6:15 | ☒ | ☐ | ☐ | ☐ | 1.6 | AB00832-A | ☐ | ☒ | ☐ | ☒ | |
| 2. 12261 FM 887 | 3-15-16 | 6:00 | ☒ | ☐ | ☐ | ☐ | 1.8 | AB00833-A | ☐ | ☒ | ☐ | ☒ | |
| 3. 2044 CR 282 | | 7:10 | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | |
| 4. HWY 181/HWY 123 | 3-15-16 | 5:45 | ☒ | ☐ | ☐ | ☐ | 1.3 | AB00834-A | ☐ | ☒ | ☐ | ☒ | |
| 5. | | | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | |
| 6. | | | ☐ | ☐ | ☐ | ☐ | | | ☐ | ☐ | ☐ | ☐ | |

**Chain of Custody**

*Unsuitable Sample for Analysis – Rejection Criteria

1) Sample too old. Exceeded hold time.
2) Insufficient volume.
3) Excessive chlorine present in sample.

4) Heavy SILT/TURBIDITY PRESENT (Circle)
5) Form incomplete / Date Discrepancy (Circle Errors)
6) Other (DESCRIBE):

Relinquished By: Tommy Delossi    Date: 3-16-16    Time: 8:00 am
Received By: Sara Bujanos    Date: 3-16-16    Time: 8:00am
Relinquished By: Sara Bujanos    Date: 3/16/16    Time: 8:17am
Received By:    Date: 3-16-16    Time: 0817

FedEx Fedex sub?    3-16-16    Effective: 07/01/2013  1507
Received By: Robin J.@SARA    FedEx: 3/16/16    Time: 1507

Page 1 of 1

A – Outside upper acceptance criteria
D – Outside lower acceptance criteria
T – Microbiological Controls were unacceptable

H – Hold Time for preparation or analysis exceeded
J – Analyte detected outside quantitation limit

* – See Case Narrative
– – Not Applicable

\\SARALIMSV61\LABWORKS\LWDATA\CRYSTAL\QA_JH-ANALYTICAL01.RPT

The data in this report is current as of: 3/18/2016 2:20:27PM as validated by JH