correspondence must also be marked as "Special Correspondence" on the envelope or package. Residents must instruct anyone sending Special Correspondence to the Center of the related rules and address requirements.

- Special Correspondence may only be opened in the presence of the resident, and may only be checked for contraband, not read;
- Special Correspondence sent by the resident must be clearly marked with "Special Correspondence" on the envelope. The Center shall provide postage for a reasonable amount of outgoing resident Special Correspondence.
- Special Correspondence packages may only be sent or received with advance arrangements. To send or receive such a package, residents should speak with their Resident Supervisor or complete a Resident Request form.

## *Postage and Envelopes*

Envelopes will be provided to residents at no cost by speaking with their Resident Supervisor or by completing a Resident Request form. Postage is available for purchase at the Convenience Store or accepted through Mail Package.

## *Distribution of Incoming Mail*

Incoming flat mail will be distributed within 24 hours and packages within 48 hours of receipt when arriving during normal business hours. Incoming packages received on



weekends and holidays will be distributed the next administrative business day. All incoming mail should list the resident's name and have an accurate return address. Incoming general mail will be opened and inspected for contraband only in the presence of the resident, unless waived by the resident or authorized by the Facility Administrator for security reasons.

Incoming general mail may also be read when a specific documented security concern arises with respect to an individual resident. Mail may be rejected if it contains contraband, other items of a security threat or perishable items. Both sender and intended receiver shall be provided written notice with an explanation as to why the mail is rejected and that the mail will be disposed of in accordance with the contraband section in this handbook. The resident and RSC will be consulted before religious articles are confiscated. Identity documents mailed to the resident will be turned over to ICE for placement in the Resident's A-file. Residents should contact ICE for a certified copy of the document. *See the section on contacting immigration for more information.*

## *Posting of Outgoing Mail*

Outgoing mail will not be opened, inspected, or censored unless it is addressed to another resident or alien in a detention center, or there is reason to believe the item may pose a threat to the Center security or orderly operation, endanger the recipient or the public or facilitate criminal activity. Outgoing mail will be posted within 24 hours of the time the mail was turned over to the Center by the resident, excluding weekends and holidays: then it will be posted the next administrative business day. Outgoing mail (containing appropriate postage) may be placed into the drop off box labeled "Mail" in each apartment complex's Resident Information Center.

If mail is placed into the drop off box without proper postage, it will be returned to the resident unless they are indigent. *See the section on indigent mail for more information.* Mail that does not fit into the slot may be handed to staff for processing.

## NOTARY PUBLIC

Notary public assistance may be obtained by filling out a Resident Request form.

## PHOTOCOPIES

Photocopies may be obtained by speaking to a staff member, case worker or filling out a Resident Request form. Photocopying services for legal material is available free of charge.

## HAIR CARE SERVICES

Residents have the opportunity to receive a haircut once a month. Hair care services information is located in each apartment complex's Resident Information Center.



## CONVENIENCE STORE

Convenience items are available for purchase at the Center's Convenience Store. Convenience Store hours are from Monday through Saturday, 12:00pm (noon) to 8:00pm and Sunday, 12:00pm (noon) to 6:00pm. The price list and store hours are posted in each apartment complex's Resident Information Center.

## SMOKE-FREE ENVIRONMENT

South Texas Family Residential Center is tobacco-free in its entirety, to include the use and possession of smoking and smokeless tobacco and paraphernalia (lighters, matches, papers, pipes, etc.).

---

This handbook has been reviewed and approved by:

_____     _____
**Facility Administrator**                                          **Date**


_____Signature on file_____     _____
**JFRMU Representative**                                       **Date**

# SITE MAP



# DE LA GARZA DECLARATION

# EXHIBIT 2

# Centro
# de Familia
# del Sur Texas

## *Manual para residentes*

300 El Rancho Way
Dilley, TX 78017

# CONTENIDOS

INTRODUCCIÓN ...................................................................6

ORGANIZACIÓN DEL PERSONAL E INFORMACIÓN DE CONTACTO..........6

   *Personal del Centro ........................................................ 6*

CONTACTAR LA INMIGRACIÓN ..............................................9

EL CENTRO DE INFORMACIÓN PARA RESIDENTES.....................9

EL MANUAL PARA RESIDENTES.............................................10

DERECHOS Y RESPONSIBILIDADES DE RESIDENTES ............10

REGLAS PARA LOS PROGRAMAS RESIDENCIALES................13

PETICIONES DE RESIDENTES ................................................15

LA RESIDENCIA...................................................................16

   *Dormitorios........................................................... 16*

   *La Hora de Acostarse para Niños............................. 17*

   *Inspecciones Durante la Noche .............................. 17*

MOVIMIENTO LIBRE............................................................18

   *Acceso al Campus Afuera........................................ 19*

ROPA................................................................................19

   *Ropa del Centro..................................................... 20*

LA ROPA DE CAMA.............................................................20

LAVANDERÍA.....................................................................21

HIGIENE PERSONAL............................................................22

   *Necesidades Dadas para la Higiene Personal............. 22*

PROPIEDAD PERSONAL .......................................................24

   *Propiedad Permisible.............................................. 24*

   *Otra Propiedad...................................................... 25*

     Reglas para guardar o enviar por correo la propiedad........ 26

El procesamiento por el personal de equipaje y propiedad
personal además de fondos y objetos de valor .................. 27

Liberación ....................................................................... 28

Reclamaciones ................................................................. 29

Artículos robados ..........................................................29

Perdidos/daños ............................................................29

Tramitación ..................................................................31

Investigación ...............................................................32

Reemplazo....................................................................33

Reembolso....................................................................33

Propiedad perdida por otro
centro/institución/agencia............................................34

CONTRABANDO ...................................................................34

INSTRUMENTOS DE ESCRITURA Y PAPEL...............................35

LA SEGURIDAD GENERAL/EJERCICIOS DE EVACUACIÓN ....................36

CENSO DE RESIDENTES ........................................................37

COMIDAS.............................................................................38

Botanas y Bebidas ........................................................ 40

Dietas Especiales .......................................................... 40

SERVICIOS RELIGIOSOS.........................................................41

Coordinador de Servicios Religiosos (RSC) ................................. 42

SERVICIOS MÉDICOS .............................................................42

Situaciones de Emergencias Médicas ......................................... 42

Cita Médica.................................................................... 42

Asistencia Urgente ................................................... 43

Servicios Dentales ........................................................ 43

Servicios para la Salud Mental ................................... 44

Medicaciones ................................................................ 45

Conducto en el Departamento Médico ...................................... 45

Quejas del Consejo Médico ........................................... 46

ABUSO SEXUAL Y PREVENCIÓN DE AGRESIÓN Y INTERVENCIÓN ........46

SERVICIOS PARA EL CUIDADO CONTROLADO .....................................49

QUEHACERES DE RESIDENTES.........................................................50

ACCESO TELEFÓNICO.....................................................................50

   *Llamadas Telefónicas con Acceso Gratuito de ICE ...................... 51*

   *Acceso Telefónico para Residentes Indigentes .......................... 51*

   *Acceso Telefónico para Asistencia Legal .................................... 52*

FINANZAS/FONDOS DE RESIDENTES/GIRO POSTAL .........................52

PROCEDIMIENTOS PARA QUEJAS....................................................53

   *Procedimientos de Quejas de Emergencias................................ 56*

   *Asuntos Indisputables............................................................... 57*

   *Mala Conducta del Personal ..................................................... 57*

DISCIPLINA Y EL MANEJO DE CONDUCTA .........................................57

   *Apelaciones a Audiencias Disciplinarias ................................... 60*

   *Aplazamientos al Proceso Disciplinario .................................... 60*

   *Medidas Correctivas para Niños................................................ 61*

   *Medidas Correctivas para Adultos............................................. 62*

DESCRIPCIÓN DE DELITOS..............................................................62

   *Delitos Mínimos ...................................................................... 62*

   *Ofensas moderadas.................................................................. 65*

   *Ofensas Graves ........................................................................ 65*

EDUCACIÓN ..................................................................................68

   *Información de las Necesidades Especiales................................. 69*

BIBLIOTECA...................................................................................70

   *Biblioteca General ................................................................... 70*

   *Información Legal / Biblioteca Jurídica / Acceso a Materiales*

   *Jurídicos................................................................................. 70*

   *Materiales Proporcionado por Representantes Legales ............. 71*

   *Asistencia Legal Gratis.............................................................. 71*

PROGRAMA DE RECREACIÓN..........................................................72

**MATRIMONIOS** ................................................................. 73

**PROGRAMA VOLUNTARIO DE TRABAJO** ................................ 73

**VISITACIÓN** ..................................................................... 74

    *Visitación Social* ........................................................ 75

    *Visitación de Asistencia Legal* ................................... 75

    *Visitación Consular* ................................................... 76

    *Regulaciones en Material de Indumentaria para Visitantes* ....... 76

**INSPECCIONES RUTINARIAS DE SANIDAD Y SEGURIDAD** .................... 77

**BÚSQUEDAS NO RUTINARIAS** ............................................. 77

    *Búsquedas de Personas* ............................................. 78

**CORREO/CORRESPONDENCIA** ............................................ 78

    *Escribiendo la Dirección en el Sobre* ......................... 79

    *Correo para las Residentes Indigentes* ...................... 80

    *Correspondencia Especial* ......................................... 80

    *Franqueo y Sobres* .................................................... 81

    *Distribución de Correo Entrante* ................................ 81

    *Enviando el Correo de Salida* .................................... 82

**NOTARIO PÚBLICO** ......................................................... 83

**FOTOCOPIAS** ................................................................. 83

**SERVICIOS DEL CUIDADO DE CABELLO** .............................. 83

**TIENDA DE CONVENIENCIA** ............................................. 84

**UN CENTRO LIBRE DE HUMO** .......................................... 84

**MAPA DEL SITIO** ............................................................ 85

# INTRODUCCIÓN

El Centro de Familia del Sur Texas (el Centro) está operado por CCA. La misión del Centro es: permitir que las familias se quedan juntos mientras están bajo la custodia del Servicio de Inmigración y Control de Aduanas de Estados Unidos (U.S. Immigration and Customs Enforcement o ICE) en el lugar menos restrictivo disponible mientras haciendo cumplir las reglas necesarias para asegurar la seguridad y bienestar de ambos las residentes y el personal. La Unidad Residencial para Jóvenes y Familias (JFRMU) sigue la actividad de este Centro. JFRMU es una unidad dentro del El Servicio de Inmigración y Control de Aduanas de Estados Unidos y es responsable para todas las instalaciones dónde las familias bajo de ICE están alojadas. JFRMU y el Supervisor para los Servicios de Detención para ICE están responsables para el seguimiento de salud, de protección y de seguridad de residentes colocado aquí. Estos funcionarios aseguran que el Centro cumple con los estándares federales relacionados con temas diversas incluyendo al servicio de alimentos, la sanidad, el consejo médico, la visita, y los derechos legales.

DIRECCIÓN
**South Texas Family Residential Center**
**300 El Rancho Way**
**Dilley, TX 78017**

## ORGANIZACIÓN DEL PERSONAL E INFORMACIÓN DE CONTACTO

### *Personal del Centro*

A continuación se enumeran descripciones breves de los papeles de algunos del personal y sus funciones primarias.

*Director de la Institución* – Jefe Administrativo de la Institución/Centro. Dirige, administra, supervisa y coordina las actividades del Centro;

*Asistente(s) del Director de la Institución* – Coordina el profesional manejo en las áreas de seguridad, operación de las unidades, manejo de casos, y las operación de programas;

*Jefe de seguridad* – Responsable del plan general de seguridad, incluyendo personal y puestos asignados;

*Jefe de Unidad* – Supervisa el funcionamiento general del personal de la unidad de vivienda;

*Administrador de Servicios de Salud* – Maneja las actividades médicas del Centro, dirigiendo y guiando el apropiado cumplimiento de todas las políticas, procedimientos, leyes, reglamentos y estándares;

*Supervisor de Educación/Director* – Responsable de la operación general del departamento de educación;

*Supervisor en Turno* – Responsable de la supervisión de las actividades de seguridad administrativa y operativa en un turno específico;

*Manejador de Unidad* – Responsable de todos los asuntos relacionados con las unidades de vivienda, incluyendo el manejo de casos, de seguridad, de programas, de protección seguridad, y de higiene;

*Capellán/Coordinador de Servicios Religiosos* – Coordina los servicios religiosos, actividades y voluntarios. Realiza trabajo pastoral, incluyendo consejería pastoral;

*Administrador de Casos y Consejero* – Son contactos principales para las residentes del centro. Actúa como un enlace entre la residente y otros miembros del personal;

*Supervisor del residente* – Supervisor principal o inmediato del residente. Es un miembro del equipo de la unidad y respalda la misión

central del centro, de las unidades y de los programas del centro. Estos supervisores de residentes son asignados a específicos puestos y asisten a las residentes con cuestiones respecto a vivienda, alimentación, y otras cuestiones que se susciten durante su estancia en el centro;

*Supervisor de Recreación* – Es responsable de la planificación y supervisión de los programas de recreación y esparcimiento en el centro;

*Coordinador de Quejas* – Actúa como enlace entre la residente y otros miembros del personal en relación con el proceso de quejas;

*Asistente del Supervisor en Turno* – Ayuda con la supervisión de las actividades de seguridad administrativas y operativas en el centro. Supervisa directamente a los supervisores de residentes asignados al turno y puede actuar como Supervisor de Turno en ausencia del Jefe de Turno. Proporciona protección a cada residente y protege los derechos legales de cada residente.

Las residentes pueden contactar a cualquier personal por hablar con él/ella en persona o por cumplir una forma de Solicitud Residente, disponible en el Centro de Información para Residentes en cada complejo de apartamentos. Las residentes pueden contactar la oficina central de CCA por llamar directamente a 1-877-834-1550 o por escrito a:

**Managing Director, Division VI**
**Corrections Corporation of America**
**10 Burton Hills Boulevard**
**Nashville, TN 37215**

## CONTACTAR LA INMIGRACIÓN

ICE asigna a personal específico para revisar los casos de inmigración y conduce vistas semanales para contestar preocupaciones acerca de la inmigración. Las residentes pueden platicar con estos funcionarios durante las visitas previstas y también pueden presentar preguntas, peticiones, o preocupaciones escritas después de cumplir una Solicitud de Información. Estas formas están disponibles en el Centro de Información para Residentes en cada complejo de apartamentos. Formas completas van al buzón de correo llamado "REQUESTS." Se recoge estas formas cada jornadas y se dirige al funcionario de ICE para resolución. Residentes pueden pedir ayuda de otros residentes o el personal para preparar las formas. El horario de visitas de ICE está publicado en el Centro de Información para Residentes en cada complejo de apartamentos.

Residentes pueden contactar al Departamento de Seguridad Nacional, Oficina del Inspector General llamando directamente a 1-800-323-8603, usando el sistema de llamar gratis programado en los teléfonos o escribiendo a:

**Department of Homeland Security**
**Office of the Inspector General**
**245 Murray Drive, S.E., Building 410**
**Washington, D.C. 20538**

## EL CENTRO DE INFORMACIÓN PARA RESIDENTES

El Centro de Información para Residentes está ubicado en cada complejo de apartamentos. Las formas y los buzones de correos están publicados allí relacionados a la asistencia legal, los solicitudes comunicativos con ICE, quejas, llamada enferma, correo, información de

los servicios programados, actividades recreativas, una copia del manual para residentes actual y mensajes obligatorios, entre otras cosas.

## EL MANUAL PARA RESIDENTES

El propósito de este manual es proporcionar residentes con reglas específicas, normas, políticas y procedimientos que se debe seguir mientras se quede en el Centro. El manual también proporciona un resumen de los programas y servicios ofrecidos. En la admisión al Centro, cada familia es prestada con una copia del manual para residentes. Es la responsabilidad de las residentes familiarizarse con los contenidos de este manual y pedir a personal si hay algo que no entiende. Se dirige preguntas a cualquier persona del personal. Una copia del manual para residentes actual está publicada en el Centro de Información de Residentes en cada complejo de apartamentos. De vez en cuando, se necesita hacer cambios al manual para residentes. Cuando esto ocurre, se darán a las residentes las actualizaciones y también se publica las actualizaciones en el Centro de Información para Residentes en cada complejo de apartamentos.

## DERECHOS Y RESPONSIBILIDADES DE RESIDENTES

Es la filosofía del Centro tratar a las residentes con dignidad y respeto mientras manteniendo una instalación segura y sana. Es esperado que el personal recibirá la cooperación completa de cada residente mientras se queden aquí. Aunque es posible que el personal no sepa los nombres de todos los residentes recién admitidos, el personal siempre debe dirigirse a las residentes en una manera adecuada y respetuosa. Las residentes deben dirigirse a otros residentes y personal de la misma manera.

- Residentes tienen el derecho a ser informados de las reglas, procedimientos y horarios respectos a la operación del Centro; residentes tienen la responsabilidad de saberlas y atenérselas.

- Residentes tienen el derecho a la libertad de afiliación religiosa y el culto religioso y voluntario; residentes tienen la responsabilidad de reconocer y respetar los derechos de otros en este sentido;

- Residentes tienen el derecho a contactar al consulado o embajada y recibir llamadas y visitas de estos funcionarios durante la estancia del residente en el Centro; *para más información se refiere a las secciones acerca del uso del teléfono y la visitación*;

- Residentes tienen el derecho a recibir asistencia médica regular, alimentos saludables, ropa y ropa de cama adecuada, oportunidades regulares para ducharse, productos de higiene, control del clima interior adecuado, y oportunidades regulares para hacer ejercicio, entre otras cosas; es la responsabilidad del residente buscar el consejo médico como necesario, no desperdiciar el alimento, seguir el horario para la lavandería, mantener la higiene adecuada y mantener limpio la vivienda;

- Residentes tienen el derecho a protección del abuso personal, castigos corporales, uso de la fuerza innecesaria y excesiva, herida personal, enfermedad, daño de la propiedad y el acoso;

- Residentes tienen el derecho a la libertad de la discriminación basada en raza, religión, nacionalidad,

sexo, discapacidad, creencias políticas, orientación sexual;

- Residentes tienen el derecho a seguir las quejas de acuerdo con los procedimientos resumidos en este manual;
- Residentes tienen el derecho al buen hacer de la justicia, incluyendo la resolución rápida de asuntos administrativos y disciplinarios como resumido en este manual;
- Residentes tienen el derecho al acceso absoluto y confidencial a las cortes;
- Residentes tienen el derecho a seguir asistencia legal sin costo alguno al Gobierno de los Estados Unidos.
- Residentes tienen el derecho de usar la biblioteca jurídica; es la responsabilidad del residente usar estos recursos de forma responsable y respetar los derechos de otros residentes en el uso del espacio y materiales;
- Residentes tienen el derecho a mantener correspondencia con personas u organizaciones;
- Residentes tienen el derecho a recibir visitas de familiares y amigos; residentes tienen la responsabilidad de conducirse bien durante las visitas;
- Residentes tienen el derecho a aprovechar las actividades y programación, que puede ayudar en una estancia agradable en el Centro; residentes tienen la responsabilidad de seguir las reglas que rigen el uso de tales actividades y programas;
- Niños en edad escolar tienen el derecho a asistir a la escuela y recibir enseñanza igual a sus coetáneos; residentes tienen la responsabilidad de asegurar que

sus niños asisten a la escuela y estudian para la tarea asignada en clase;

- Niños tienen el derecho a participar en todas las actividades y programación adecuada para su edad cuando no están en la escuela; residentes tienen la responsabilidad de animar a sus niños participar en las actividades de recreo, asegurar que sigan todas las reglas del Centro, incluyendo el espacio vital de otros y absteniéndose de la intimidación.

## REGLAS PARA LOS PROGRAMAS RESIDENCIALES

Residentes deben:

- seguir las directivas que les dan el personal del Centro;
- llevar identificación del Centro en todo tiempo e informar al personal cualquier daño o pérdida para que se haga un reemplazo;
- tratar a las residentes y al personal con respeto y cortesía, sin tener en cuenta raza, religión, etnicidad, género o edad;
- atender a las necesidades físicas y emocionales de sus niños mientras demostrando un modelo de conducta apropiada;
- supervisar la conducta de sus niños y usar sólo las técnicas aprobadas de modificación de conducta. Se prohíbe los castigos corporales;
- no presentar las quejas, las faltas u otros informes falsos a sabiendas;
- no comunicarse sin respeto, ni estar agresivo verbalmente o físicamente hacia otros residentes o

personal; si una residente encuentre que otros demuestren esta conducta, debe informar al personal de inmediato;

- no tener contacto físico ni íntimo con otros residentes o personal mientras están en el Centro; *para más información se refiere a la sección del abuso sexual y la prevención de agresión*;

- no poseer contrabando mientras están en el Centro;

- respetar los derechos de otros residentes y personal;

- no quitar ni pedir prestado las propiedades de otros residentes;

- cumplir con los procedimientos del censo;

- hacer los quehaceres asignados;

- mantener la higiene adecuada;

- limpiar el dormitorio cada mañana;

- portarse bien durante las comidas, limpiar el área de alrededor después de cada comida y asegurar que el área de los niños también es limpia.

- (para alumnos) seguir las reglas de la clase que establecen los maestros y el personal del Centro;

- informar al personal las cosas rotas o daños a la propiedad sin demora;

- alertar al personal inmediatamente de cualquier problemas o preocupaciones;

- pedir al miembro de personal si no se entienda ni recuerde las reglas del Centro;

- atenderse a política de visitación a los dormitorios; para más información se refiere a la sección respecto a los dormitorios;

- no pedir prestado ni intercambiar la ropa, los productos higiénicos, la joyería o el maquillaje;
- no llenar de pintadas ni dañar de otra manera a la propiedad del Centro;
- cumplir con las regulaciones en materia de indumentaria encontrado en este manual;
- no usar ni poseer productos de tabaco en cualquier forma, no tomar alcohol ni masticar chicle;
- no desperdiciar el alimento; y
- no decir palabrotas.

Fracaso de obedecer las reglas anteriores podrá abrirle al residente un expediente disciplinario. Infracciones serias y/o continuas llevarán a una evaluación de la conveniencia continua para su colocación en este escenario residencial. *Para más información se refiere a la sección sobre los procedimientos disciplinarios*. Residentes quienes actúan en una manera agresiva y/o tratan de hacer daño a si mismos u otros podrían ser impedido bajo la política de procedimientos restrictivos del Centro para protegerlos.

## PETICIONES DE RESIDENTES

Generalmente, residentes pueden recibir respuestas a sus preguntas y obtener servicios simplemente por hablando con el personal. Para los que quisieran pedir información formalmente, el método oficial es cumplir una Solicitud de Información. Es imprescindible cumplir toda la información solicitado en la forma. Residentes pueden pedir ayuda de otros residentes o del personal para preparar las formas. Se coloca las formas completas en la caja llamada "REQUESTS" situada en el Centro de Información para Residentes en cada cuarto de actividades en

complejo de apartamentos. Se recoge estas formas cada jornadas y se dirige a un miembro de para resolución. No se usa este procedimiento para presentar las quejas oficiales. *Para más información se refiere a la sección sobre los procedimientos de quejas.*

## LA RESIDENCIA

Se espera que las residentes compartan el equipo común como teléfonos, televisores, mesas, las máquinas de lavandería, juegos de recreo y otro equipo. Cada sala y apartamento tiene un televisor con programas disponibles en ambos inglés y español. Hay una lista de canales disponibles publicada en el complejo de apartamentos. Generalmente, todas actividades terminarán después de la hora de acostarse; sin embargo, los padres pueden usar este tiempo para leer o actividades tranquilas con tal de que no molesten el sueño de otros. Durante las horas tranquilas, residentes sólo pueden usar los auriculares para ver la tele o escuchar música.

### *Dormitorios*

Cada familia es destinada a un específico apartamento y cama. Se permite las residentes entrar sólo su propio apartamento destinado. Residentes deben hacer la cama y arreglar el área alrededor cada mañana. Cuando no está en uso, las camas deben permanecer hechas. Se prohíbe mover las camas.

Se permite decorar los dormitorios con objetos personales con tal de que las decoraciones no presenten un riesgo a la salud o seguridad. No se levante la pintura de las paredes o dañar la propiedad del Centro de otra manera. Se prohíbe objetos para cubrir lámparas, puertas o ventanas. No se cuelga objetos de conductos de ventilación, rociadores antincendios o camas. Debido al ambiente comunitario del Centro,

residentes deben desnudarse sólo en los cuartos de ducha, los cuartos de baño, o cuando utilicen las mamparas de intimidad provisto en los apartamentos.

Se almacena la propiedad aprobado dentro del almacenamiento. *Para más información se refiere a la sección de propiedad personal permitida.* Se prohíbe el almacenamiento de alimento y bebidas en los dormitorios. Se debe almacenar todos los productos higiénicos en el almacenamiento provisto. Se permite los juguetes en los dormitorios durante las horas de movimiento libre. Después del movimiento libre, todos los juguetes que pertenecen al Centro deben ser devueltos a las áreas comunes así que se pueda desinfectarlos (si es apropiado)  para el día siguiente; sin embargo, se puede guardar sus propios juguetes durante la noche. *Para más información se refiere a la sección del movimiento libre.*

## La Hora de Acostarse para Niños

Se fija las horas de acostarse para niños para promover una rutina para los niños del Centro y para tener en cuenta su asistencia tranquila en la clase. La hora general para acostarse para los niños de 4 años y menos es a las 8:30 de la noche los domingos hasta los jueves. La hora general para acostarse para los niños de 5 años hasta 17 años es a las 9:00 de la noche los domingos hasta los jueves. Se debe apagar la luz no más que 15 minutos después de las horas fijadas. Se anima a los padres continuar (o desarrollar) las rutinas de la hora para acostarse para los niños mientras están en el Centro.

## Inspecciones Durante la Noche

El personal conducirá inspecciones de los dormitorios cada 30 minutos durante la noche para asegurar la seguridad de residentes. Durante

---

estas inspecciones se requiere que el personal observe cada residente para verificar su bienestar; sin embargo, se hará las inspecciones con lo menos interrupción posible.

## MOVIMIENTO LIBRE

Salvo restricciones temporales debido a motivos médicos o de seguridad, las horas de movimiento libre son desde las 8:00 de la mañana hasta las 8:00 de la noche. Durante estas horas, se permite las residentes adultos mover con libertad por toda la asignada vecindad y todas las áreas de programación del Centro sin pedir permiso al personal ni notificar al personal adónde van. Los niños de 12 años y mayores pueden participar en el movimiento libre cuando dado un pase por sus padres. Este pase puede ser dado, suspendido y devuelto por la madre a cualquier momento escogido. Residentes que no reciben los pases de movimiento libre para sus niños pueden pedir estos pases después de cumplir una Solicitud de Información. Se recoge estas formas cada jornada y se dirige a un miembro del personal para resolución. Residentes pueden obtener ayuda de otros residentes o miembros del personal cuando preparando las formas de solicitud.

Se espera que los niños de 12 años o mayores quienes no tengan un pase actualmente y todos los niños menos que 12 años de edad estén bajo la supervisión directa de su madre en todo tiempo cuando no están en la escuela o no participan en una actividad organizada.

Después de las horas de movimiento libre, se espera que las residentes se queden en su complejo de apartamentos.

*Acceso al Campus Afuera*

Salvo restricciones temporales debido a motivos médicos, ambientales o de seguridad, el campus afuera estará abierta desde las 8:00 de la mañana hasta anochecer o las 8:00 de la noche, cualquier viene primero. Se registra la salida del equipo para la recreación al aire libre por hablar con los asignados supervisores de recreación para la vecindad y sólo se puede usar el equipo en los asignados patios de recreación para la vecindad. Se devuelve el equipo antes de regresar al Centro. Residentes deben informar al personal de cualquier pérdida o rotura para que el equipo se mantenga bien y es reemplazo como necesario. Agua potable está disponible en cada parque de recreación y baños son ubicados adyacente a las salas y parques de recreación. Por regla general, residentes deben quedarse dentro de los límites de su asignada vecindad en tanto participen en la programación o los servicios disponibles en la Calle Principal.

## ROPA

Residentes deben vestirse apropiadamente cuando fuera de sus dormitorios. *Para más información se refiere a la sección de regulaciones en materia de indumentaria*. Se permite que cada residente mantenga 10 juegos de ropa en los dormitorios. Niños, recién nacidos hasta los 5 años de edad pueden tener 12 juegos de ropa. Estos juegos pueden ser ropa traído al Centro, ropa provista por el Centro o ropa comprado durante la estancia del residente, o una combinación de estos. La ropa interior, el brasier y los calcetines pueden ser intercambiado como necesario. Residentes que necesitan ropa interior o ropa nueva deben hablar con el personal o presentar una Solicitud de Información. Residentes no pueden tener más cosas enumeradas anteriormente, salvo con la autorización del Director de la Institución.

## *Ropa del Centro*

Residentes indigentes y residentes que llegan al Centro sin suficiente ropa adecuada para el clima recibirán un mínimo de seis juegos de ropa del Centro para usar durante su estancia. Estos artículos incluyen seis camisas, seis pantalones, seis brasieres, seis calcetines, y seis ropas interiores, y residentes de 12 años o menores pueden recibir hasta tres pijamas con la solicitud de sus padres. Si se necesita más ropa adecuada para el clima, residentes deben pedir al Supervisor del residente o presentar una Solicitud de Información.

## *Regulaciones en Materia de Indumentaria para Residentes*

Residentes de 5 años y mayores:

- Deben llevar ropa que cubre los hombros, el pecho, el estómago y todas partes del cuerpo entre el ombligo y el medio-muslo cuando sentado;
- La parte superior o el escote de ropa no debe ser bajo la axila enfrente y en la espalda;
- Se prohíbe la ropa transparente;
- Deben llevar los zapatos en todo tiempo que están fuera del complejo de apartamentos;
- Deben llevar camisas en todo tiempo;
- Se prohíbe los colores de pandillas u otros símbolos;
- No pantalones hundidos (se lleva los pantalones en la cintura).

## LA ROPA DE CAMA

Se proporciona la siguiente ropa de cama para cada residente al ingreso al Centro:

- 2 toallas;
- 2 toallitas;
- 2 sábanas;
- 1 funda de almohada;
- 1 manta; y
- 1 bolsa para lavandería.

Se intercambia esta ropa de cama, menos las mantas, para ropa de cama limpia no menos que una vez cada semana, o con más frecuencia si sea necesario. Si hay ocasión en que se necesita ropa de cama limpia aparte del día normal para intercambiarla, residentes deben hablar con el personal. Se debe devolver toda la ropa de cama cuando una residente se vaya del Centro.

## LAVANDERÍA

Es la responsabilidad de la familia mantener la ropa en una condición limpia y sana. Por ese propósito, cada complejo de apartamentos tiene una lavandería. Se publica los procedimientos escritos en ambos inglés y español en el área de lavandería. Se recoge y lava la ropa de cama para residentes (sábanas y fundas de almohada) una vez cada semana utilizando los servicios del Centro. Se recoge y lava las mantas mensualmente. Cada vecindad necesita entregar la ropa de cama en un día asignado. Se publica los horarios en el Centro de Información para Residentes en cada cuarto de actividades en complejo de apartamentos. Si se ensucie la ropa



de cama/sábana de la cuna entre los días programados para lavandería, residentes deben pedir al Supervisor del residente para más ropa de cama. Cuando una residente sale del Centro, debe devolver toda la ropa dado por el Centro salvo la ropa interior (brasieres, calcetines, y calzoncillos), y un juego de ropa ya entregado lo cuales las residentes pueden retener.

## HIGIENE PERSONAL

En el Centro residentes viven en muy cerca de otras familias, así que la higiene personal es esencial. Se espera que cada residente se bañe diariamente y mantenga cabello limpio. Al llegar al Centro, se da productos higiénicos a cada residente.  Estos artículos se pueden reemplazar durante la semana de distribución semanal de higiene. Necesidades para la higiene femenina están disponibles en cuarto de baño para mujeres en cada complejo de apartamentos y se permite que las residentes femeninas mantengan reservas en su dormitorio.

*Necesidades Dadas para la Higiene Personal*



- 1 pastilla de jabón, o

  equivalente;
- 1 peine;

- 1 tubo de pasta de dientes;
- 1 cepillo de dientes;
- 1 botella de champú, , o equivalente;
- 1 botella de loción para el piel;
- Otros artículos designados como necesario por JFRMU; y
- Necesidades para la higiene femenina serán disponibles, como necesario.

Residentes tienen acceso libre a las duchas siete días de la semana. Se distingue los cuartos de ducha según género (hombres y mujeres). Niños de 9 años y mayores se ducharán según su género durante las horas abiertas. (Fase 1 – Duchas están disponibles las 24 horas del día en cada cabaña; Fase 2 – Duchas están disponibles las 24 horas del día – 8 para mujeres y 8 para hombres están disponibles, con cuartos para cambiar) Si un niño mayor que 9 años necesite asistencia, residentes deben notificar al personal para alojamientos. Niños de 8 años y menores se ducharán sólo bajo la supervisión de su madre para que no molesten a los otros utilizando el cuarto de ducha.

Adultos pueden usar su propio maquillaje. Todo el maquillaje debe encajar en el asignado almacenamiento del residente en el dormitorio o en el almacenamiento de otro lugar. Navajas de afeitar están disponibles a cualquier hora por hablando con los Supervisores del residente, pero se debe devolverlas de inmediato después del uso para eliminación correcta.

## PROPIEDAD PERSONAL

### *Propiedad Permisible*

Al ingreso al Centro, residentes recibirán una copia de Forma 14-100A, Allowable Personal Property List (Listado de Propiedad Personal Permisible), la cual se permite a las residentes retener en su apartamento/dormitorio. Estos artículos incluyen:

- Juegos de ropa (10) por residente (camisas, pantalones, ropa interior, brasier, calcetines);
- Abrigo (estacional);
- Zapatos (2 pares), $60/valor máxima para zapatos atléticos;
- Pijamas (3 juegos, edades 12 y menores);
- Ropa para los niños recién nacidos hasta 5 años (12 sets);
- Almohada (1 por persona; debe ser retardante de llama);
- Artículos para la higiene personal autorizados;
- Documentos legales, papeles, legales, e información legal;
- Fotos (no desnudez), suelto, 5x7 o más pequeño;
- Álbum de fotos;
- Prótesis médica (es decir, anteojos, dentadura postiza, etc.), valor máxima decidido por propiedad y dirección médica;
- Materiales personales para referencia (es decir, guía telefónica, librito de direcciones y/o listado de familiares y/o amigos);

- Artículos religiosos (se requiere la aprobación del Centro RSC; *para más información se refiere a la sección RSC)*;
- Periódicos, revista, libros (valor máximo $25) y otra literatura (limitado a cualquier combinación de 10 a la vez para asegurar acumulaciones no produzcan y/o tengan efecto en los estándares de seguridad contra incendios);
- Compras de tiendas conveniencias;
- Estampillas (librito o suelto);
- Correspondencia personal
- Papel de escribir, cuadernos (2), papel suelto, y dibujos (dentro de la razonable para asegurar que las acumulaciones no produzcan ni/no tengan efecto en los estándares de seguridad contra incendios);
- Artesanías, etc., creados en el Centro durante la estancia (limitado a 10 artículos);
- Anillo de boda (sencillo, no joyas), valor máximo $50);
- Cadena/medallón religioso, valor máximo $50;
- Rosario (plástico).

Cualquier artículo no incluido en el listado anterior es considerado contrabando.

## *Otra Propiedad*

Propiedad personal adicional debe ser aprobada por el Director de la Institución antes de la compra/posesión. ICE cuidará los documentos de identidad como pasaportes y actas de nacimiento en el archivo A de cada residente para seguridad hasta la residente salga o hasta el pleito de destitución es resuelto; sin embargo, después de solicitud escrita, el

personal de ICE lo da al residente una copa de documento pedido,
certificado a ser una copia verdadera y correcta.

Se accede a información electrónica recuperado de teléfonos u otras
fuentes electrónicas que pertenecen a una residente y mantenido por el
Centro con la propiedad personal después de una solicitud del personal,
para incluir información de contacto en los teléfonos celulares.

## Reglas para guardar o enviar por correo la propiedad

Para evitar la sobrepoblación y problemas relacionados al
almacenamiento, el personal debe animar a las residentes mandar a
tercera persona que se escoge los extras: maletas, televisores, aparatos
electrónicos, y otro contrabando "suave" (no ilegal ni peligroso).

Se proporciona a las residentes la oportunidad a designar la disposición
en la 14-100C Disposition of Non-Allowable Personal Property
(Disposición de la Propiedad Personal Prohibido) en una de las
siguientes maneras:

- El Centro puede hacer los preparativos de envío para
  una residente que se requiere esta asistencia, y asumirá
  el costo si la residente no puede pagar los gastos de
  envío;
- Si una residente no proporciona una dirección de correo
  correcta dentro de 30 días, el Centro puede hacer
  acomodaciones razonables para almacenarla propiedad;
  sin embargo, normalmente, la cantidad almacenado no
  debe exceder 40 libras;
- Si una residente no proporciona una dirección de correo
  correcta, o tiene la capacidad financiera pero está poco
  dispuesto pagar los gastos de envío, el Director de la

Institución puede disponer de la propiedad después de dando a la residente el aviso escrito de 30 días;

- Cuando se envía la propiedad personal, el personal preparará un registro del inventario enviado, la dirección del destinatario, y mantendrá una copia del inventario de propiedad y la información de envío en el archivo de la residente.

## El procesamiento por el personal de equipaje y propiedad personal además de fondos y objetos de valor

Los procedimientos enumerado a continuación no aplican a los documentos de identidad, como pasaportes y actas de nacimiento, los cuales están guardados en el archive A de cada residente.

Si una residente no tiene equipaje, se proporciona un recipiente del Centro para almacenar su propiedad personal. Después de inventariar e inspeccionar para contrabando, se etiqueta todo equipaje y recipientes del Centro como siguiente:

- Se proporciona una forma de inventario con números y tres partes para cada recipiente distinto o artículo de equipaje;
- Cada forma llevará el nombre complete de la residente, su número A o número del Centro, y la fecha;
- La forma debe tener la firma de la residente;
- La parte superior de la forma debe ser fijado a la propiedad de la residente, y la parte media a la tarjeta de reserva de la residente o el archivo residencial. Una descripción breve será escrito en esta parte de la forma de inventario; por ejemplo, "maleta negra" o "bolsa de papel";

- Se dará a la residente la parte final de la forma de inventario; la parte atrás de la forma también debe tener una descripción breve de los contenidos del recipiente.

Se protege todo el equipaje de las residentes y los recipientes del Centro utilizados para almacenar la propiedad de residentes en una manera resistente a manipulación (como un cinturón enumerado y resistente a manipulación) y se abre sólo en la presencia de la residente. Se mantendrá un cuaderno que documenta el nombre de la residente, su número A o número del Centro, número de la forma de inventario, número del cinturón de seguridad, disposición de propiedad, la fecha emitida, y la fecha devuelta. Se almacenará equipaje con etiqueta y otra propiedad con etiqueta en la forma de inventario en el área del almacenamiento de propiedad.

## Liberación

Antes de la liberación, el traslado o la destitución de detención de una residente, un personal designado conducirá un inventario completo de la propiedad personal de la residente. Se debe cumplir el inventario en la presencia de la residente.

La residente firmará el 14-100B Allowable Personal Property Inventory/Receipt (Recibo/Inventario de la Propiedad Personal Permitido) y dado una copia. El Centro mantendrá el original en el archivo permanente de propiedad. Se dará a la residente toda la propiedad en el almacenamiento a la liberación. Se requiere que la residente firme para toda la propiedad recibida. El personal asegurará que recojan toda la propiedad del Centro y que la propiedad del Centro no salga del Centro.

**Reclamaciones**

Sólo los artículos enumerados en el listado de Propiedad Permitida serán elegibles para investigación de reclamación. Residentes trasladas o liberadas del Centro también pueden presentar reclamaciones de propiedad.

### Artículos robados

- Si una residente reclama que la propiedad personal permitida se robó, la residente puede pedir una investigación de reclamación por cumplir la 14-100G Lost / Damaged / Stolen Personal Property Claim (Reclamación de Propiedad Personal Perdido/Dañado/Robado), la cual esté disponible del equipo de unidad y enviado al Funcionario de Propiedad;
- Prueba de la propiedad y valor deben estar disponibles cuando se la investiga.
- El Centro tratará recoger la propiedad robada por otros residentes; sin embargo, el Centro no tiene la responsabilidad del reembolso de estos artículos de propiedad sino que se demuestre por investigación que sea el resultado del descuido del Centro.

### Perdidos/daños

- Propiedad que ha sido perdido o dañado debido al descuido de un personal de CCA será elegible para investigación de reclamación.
- Si una residente quisiera pedir una investigación de propiedad perdida o dañada debido al descuido de un personal de CCA, la residente debe cumplir la 14-100G Lost / Damaged / Stolen Personal Property Claim (Reclamación

de Propiedad Personal Perdido/Dañado/Robado) y mandarla al Funcionario de Propiedad.

- Prueba de la propiedad y valor deben estar disponibles cuando se la investiga.
  - Se notificará al representante designado por ICE de inmediato cuando la propiedad que lleva un recibo correcto se informa perdido o dañado. El personal de supervisión debe investigar y, si sea necesario, tomar medidas de prevenir más perdido. Si no se recupera la propiedad o se recupera en daños, el personal preparará un resumen al Director de la Institución e ICE/DRO, dando la información siguiente:
- Nombre y número A o número del Centro de la residente que reclama la propiedad;
- Descripción de la propiedad y, si se aplica, el daño mencionado;
- Fecha y hora cuando se descubrió el perdido o daño;
- Nombre(s) de la(s) persona(s) quien(es) descubrió el perdido o daño;
- Circunstancias en las cuales se descubrió el perdido o daño y la causa del perdido o daño de la propiedad, si determinado;
- Nombres y declaraciones de la residente y todos los testigos;
- Lugar, fecha, y hora que la propiedad fue visto la última vez (antes de información del perdido o daño); y
- Las circunstancias bajo las cuales la propiedad fue visto la última vez (antes de información del perdido o daño).
  - Se permite que una residente quien estará traslada, liberada o destituida y tiene una reclamación para

propiedad pérdida o dañada pueda iniciar la reclamación antes de salir del Centro. Se proporciona una forma estándar de reclamación (SF95) a la residente para hacer la reclamación. El Director de la Institución enviará el resultado de la investigación y su propia forma de reclamación a la Oficina del Principal Asesor Legal para la resolución de la reclamación: Office of the Principal Legal Advisor, CALD, at 425 I Street, N.W. Room 6100, Washington, DC 20536.

- Además de los procedimientos enumerados anteriores, el personal de ICE/DRO debe cumplir un Report of Resident Missing Property (Informe de la Propiedad Pérdida de Residentes) para la propiedad pérdida (pero no dañada) (Form I-137). Se pondrá la copia original de esta forma en el archivo A de la residente, con una copia retenido por el Centro. El Director de la Institución mandará el resultado de la investigación de la reclamación de la residente, una copia de la Forma I-137, y el SF95 de la residente a la Oficina del Principal Asesor Legal para la resolución de la reclamación: Office of the Principal Legal Advisor, CALD, at 425 I Street, N.W. Room 6100, Washington, DC 20536.

- Se mandará una copia de las formas completas al JFRMU para determinar si se requiere más información.

### *Tramitación*

El Funcionario de Propiedad asignará un número a la reclamación y mantendrá un 14-100H Lost / Damaged / Stolen Personal Property Log (Registro de Propiedad Personal Pérdida/Dañada/Robada) que incluye la siguiente información:

- Número de la reclamación;
- Fecha cuando se recibió la reclamación;
- Nombre de la residente;
- Número A de la residente;
- Área donde ocurrió el perdido/daño/robo presunto;
- El personal asignado a investigar y la fecha de su asignación;
- Fecha cuando terminó la investigación;
- Disposición de la reclamación
- Fecha del reemplazo o reembolso, si se aplica.

El Funcionario de Propiedad mandará la reclamación al Investigador del Centro dentro de tres días del recibo. Cuando sea apropiado, el Investigador del Centro puede designar un miembro del personal para cumplir la investigación.

### *Investigación*

- El miembro designado del personal cumplirá la investigación dentro de siete días;
- El personal designado tomará medidas adecuadas para hacer una determinación de la validez de la reclamación;
- Despúes de cumplir la investigación, se devuelve la forma 14-100G y todo papeleo correspondiente al Funcionario de Propiedad para anotación;
- Si se verifica la validez de la reclamación, el Investigador mandará la reclamación al Director de la Institución , quien sea la autoridad final de la indemnización;
- El Director de la Institución revisará y aprobará/desaprobará la reclamación dentro de cinco días del recibo.

### Reemplazo

- Se intenta de reemplazar la propiedad con artículos iguales. Si no sea posible reemplazar la propiedad, se reembolsará.
- Antes del recibo de la propiedad reemplazada, la residente firmará la forma 14-100G;
- Se proporciona los artículos reemplazados a la residente dentro de 30 días de la aprobación del Director de la Institución.

### Reembolso

- Se limita el reembolso de la propiedad al valor máximo determinado por el Director de la Institución, lo cual se incluye en el Manual para Residentes.
- Si las residentes escojan adquirir propiedad personal por valor de más que el valor máximo de reembolso determinado por el Director de la Institución, se haga a su propio riesgo. Una reclamación, si se determina válida, tendrá como resultado sólo el valor máximo de reembolso enumerado anteriormente.
- Además del valor máximo de reembolso, se refiere al siguiente calendario de depreciación para calcular el desgaste natural de la propiedad personal de las residentes.

| Edad de Propiedad (en meses) | Porcentaje del Valor Original/Máximo para Reembolso |
|---|---|
| Menos que 12 meses | 100% |
| 12-23 meses | 75% |
| 24-35 meses | 50% |
| 36 meses o más | 25% |

- Antes del recibo de los fondos del reembolso, la residente firmará la forma 14-100G.
- Se proporciona el reembolso a la residente dentro treinta (30) días de la aprobación del Director de la Institución.

### *Propiedad perdida por otro centro/institución/agencia*

Si se descubre la pérdida de propiedad durante el ingreso de la residente al Centro, el Centro colaborará con la residente en determinando a cuales procedimientos deban seguir. CCA no es responsable para la propiedad perdida que otro centro/institución/agencia se perdiera o destruyera. El Centro notificará al personal de ICE en casos de las reclamaciones de propiedad contra otro centro/institución/agencia.

## CONTRABANDO

El contrabando es cualquier material prohibido por la ley o regulación o que puede causar herida física, es peligroso inherentemente como un arma o herramienta de violencia, afecta la seguridad de los residentes o el personal del Centro, o crea condiciones peligrosas o insalubres en el Centro. Ejemplos son cuchillos, armas de fuego, líquidos inflamables, llaves, embriagantes, moneda corriente prohibido, sustancias controladas, cigarrillos, alcohol, tijeras, pornografía, medicaciones, alimento o bebida llevado al Centro, etc. Se incauta de cualquier objeto que sea considerado contrabando. Si el contrabando no es ilegal bajo los estatutos criminales y no sea una amenaza para la seguridad, el personal tomará un inventario de la propiedad y dará un recibo, y lo almacenará con el resto de la propiedad personal de la residente.

No se trata los objetos religiosos como contrabando ni se los incauta sin consultación con el Coordinador de Servicios Religiosos (Religious Services Coordinator, o RSC) y el Director de la Institución. Sin embargo, si se considera un objeto religioso como contrabando, se incauta y se elimina de acuerdo con los procedimientos para la eliminación del contrabando. El personal eliminará todo alimento (incluyendo comida rápida sin comer, bebidas, y comida o leche para bebés) al ingreso. Cuando se duda la propiedad del objeto de contrabando, se conducirá una investigación para determinar la propiedad. El personal hará un inventario y almacenar los objetos pendiente la verificación de la propiedad. La residente tendrá siete días para verificar la propiedad de los objetos enumerados. Si una residente no puede establecer la propiedad y se puede establecer la propiedad razonablemente, se puede destruir la propiedad.

## INSTRUMENTOS DE ESCRITURA Y PAPEL

Instrumentos de escritura, papel, y sobres están disponibles en la estación del Supervisor de Residente. Plumas, lápices, materiales de arte (lápices de color, etc.) están disponibles en la sala de actividad en cada complejo de apartamentos y en la



estación del Supervisor de Residente o por cumplir una Solicitud de Información. Las madres deben vigilar a los niños jóvenes usando los materiales de arte así que no dañen el Centro.

## LA SEGURIDAD GENERAL/EJERCICIOS DE EVACUACIÓN

El personal del Centro hace todo lo posible para asegurar la seguridad de todos los residentes y personal. También los residentes tienen una responsabilidad de ayudar en la seguridad de su familia en las maneras siguientes:

- Limpiar cuando se derrama algo o pedir al personal para asistencia para hacerlo;
- Prestar atención a las advertencias publicadas, como carteles para el piso mojado, y practicar cuidado cuando esté en estas áreas.
- Notificar al personal de inmediato en caso de fuego, emergencia otro peligro observado.

Durante una emergencia, se dará la alarma fuerte y se brillará las luces brillantes. Se prohíbe conversaciones en este caso a menos que se dirija al personal y pertenezca al problema a mano. La seguridad de la familia de la residente depende en la habilidad de oír, entender, y seguir las instrucciones del personal durante la emergencia. Durante una emergencia, se requiere que el personal evacúe todos los residentes y personal a una locación de evacuación predeterminada afuera. El personal confirmará que todos salieran del edificio por contar los residentes y personal cuando lleguen. Si se separa los miembros de la familia durante una evacuación total, se sigue los procedimientos abajo:

- Una vez en una locación segura, se conducirá un censo para verificar que todos los residentes estén presentes y representados;
- Todos los residentes separados esperarán en una locación central, como identificado por el supervisor responsable, hasta reunidos con su familia;

- Todos los residentes deben informar de inmediato al supervisor residente más cercano si se separa de la familia, o si un miembro de familia esté perdido;
- El personal notificará inmediatamente al supervisor responsable de los residentes perdidos/separados;
- El supervisor responsable chequeará con el área para el 'residente separado' para el residente. Después de una identificación positiva, se reunirá la familia tan pronto como sea seguro.

Residentes deben familiarizarse con el plan de evacuación y plan de punto de reunión publicada en cada apartamento, lo cual muestra la ubicación de la locación para evacuación afuera. Hay diagramas de salida publicadas alrededor del Centro que enseñan todas las salidas de emergencia. Residentes deben estudiar estos diagramas con cuidado y familiarizarse con las ubicaciones. Si una emergencia ocurriera cuando una residente está cerca de una salida de incendios, no deben esperar para el personal, pero deben salir a la locación de evacuación afuera y esperar para la llegada del personal. Por las leyes locales, estatales, y federales, se requiere que el Centro hacer ejercicios de evacuación. El Centro hará unos ejercicios cada mes, a horas variadas durante el día y la noche. No se desea que estos ejercicios causen molestias a los residentes, sino que para cumplir con las regulaciones y asegurar la seguridad de residentes y personal en caso de una emergencia real. Las madres deben avisar y discutir estos ejercicios con los niños.

## CENSO DE RESIDENTES

En este Centro, se cumple la responsabilidad de residentes por un censo de cada residente tres veces cada 24 horas. Las horas de comprobarse son:

7:00 a 8:00 de la mañana (complejo de apartamento)

11:00 a 1:00 de la tarde, De lunes a Viernes (Durante el registro de comedor)

10:00 a 2:00, El Sabados y el Domingos (Durante el registro de comedor)

8:00 a 9:00 de la noche (complejo de apartamento)

Residentes se reportaran a el Supervisor de Residente como una unidad de familia en el asignado complejo de apartamentos durante las horas enumeradas anteriormente. Si los residentes están en una cita cerca del fin de la hora del censo, el personal supervisando la cita informará la locación de la residente. Se aconseja a los residentes que no comprobarse durante el censo respecto al requisito.

## COMIDAS

Se diseña todos los menús para una dieta equilibrada y son aprobados por un especialista en dietética. Se suministra a los residentes tres comidas cada día en el comedor.

### Horario lunes a viernes
Desayuno 5:30 a 7:45 de la mañana*
Almuerzo 11:00 a 1:00 de la tarde
Cena 4:30 a 6:30 de la tarde

*No se despierta los niños hasta las 6:30 de la mañana lunes a viernes; sin embargo, el servicio de desayuno comenzará a las 5:30 de la mañana. Residentes pueden despertarse temprano para comer si escogen hacerlo pero no es obligatorio.

### Horario sábado y domingo
Desayuno estilo europeo 6:00 a 8:00 de la mañana
Brunch 10:00 de la mañana a 2:00 de la tarde
Cena 4:30 a 6:30 de la tarde

No se asigna asientos en el comedor. Residentes pueden sentarse dondequiera desean para cada comida. Sillas altas y sillas para niños están disponibles en el comedor. Se espera que los niños pequeños se queden sentados durante la comida para fomentar buenos hábitos alimenticios.  Al final de cada comida, se requiere que los residentes limpiar el área alrededor y devolver todos los utensilios y bandejas para ser limpiados. Se permite visitas ilimitadas a los bares autoservicios en comedor, pero se debe usar una bandeja limpia para cada visita. Es la



responsabilidad de la residente comer lo que lleva para reducir la eliminación innecesaria de comida. Se debe consumir todo el alimento o bebida durante la comida – no se lleva ni comida ni bebida del comedor.

## *Botanas y Bebidas*

Fruta, botanas, y bebidas
saludables y leche maternizada
están disponibles las 24 horas. No
se permite que los residentes
lleven más alimento o bebidas
que puedan consumir de una
sentada. Se rellena el alimento en
cada complejo de apartamento dos
veces al día. Se debe consumir el alimento
el mismo día que se recoge del refrigerador. No se permite
consumir o almacenar este alimento en los dormitorios.

## *Dietas Especiales*

Se prepara y suministra las dietas terapéuticas/médicas según los
órdenes del centro médico del departamento de medicina. Se prepara y
suministra las dietas religiosas para los residentes los cuales creencias
religiosas requieren la observancia de leyes dietéticas de la religión. Se
requiere que los residentes se encuentren con el RSC para la aprobación
de la dieta religiosa. *Para más información, se refiere a la sección del
Coordinador de Servicios Religiosos (RSC).*

## SERVICIOS RELIGIOSOS



Todos los residentes tienen acceso a los recursos, servicios, instrucciones, y consejos religiosos mientras residen en el Centro. Estos servicios incluyen el consejo individual, oración en grupo, estudio Bíblico y varios cultos. Se dan estos servicios in situ por medio de organizaciones religiosas y voluntarios comunitarios. El RSC del Centro se dirige todas las preguntas o preocupaciones acerca de las oportunidades o prácticas religiosas, ayudará con obteniendo materiales de varias religiones y podrá, a petición, facilitar visitas por pastores de religiones particulares.

Personas religiosas de afuera también pueden visitar con los residentes con libertad, con cita previa hecho por el RSC o durante las horas de visitación. *Para más información, se refiere a la sección de visitación*. Se publica una lista de los servicios programados el Centro de Información para Residentes en cada cuarto de actividades del complejo de apartamentos. Estos servicios son abiertos a todos que quisieran asistirlos y sólo son limitados por la ocupación del espacio de la capilla. Si eso ocurre, se hará arreglos adicionales. Si residentes esperan acomodación por ejemplo para prácticas religiosas especiales, deben hablar con el RSC quien coordina la petición, si sea posible.

**INFORMACIÓN ADICIONAL PUEDE SER PROPORCIONADA POR VENDEDOR DESPUÉS DE SELECCIÓN.**

*Coordinador de Servicios Religiosos (RSC)*

Residentes pueden pedir citas con el Capellán por hablar con él/ella, o por cumplir una Solicitud de Información.

## SERVICIOS MÉDICOS

CCA quiere que las familias en el Centro mantengan la salud durante su estancia, y por eso se proporciona la asistencia médica gratis.

### *Situaciones de Emergencias Médicas*

Si residentes o un miembro de la familia tienen una emergencia médica y/o necesitan atención médica inmediata mientras en el Centro, deben notificar a cualquier personal y quedarse tranquilos – el personal médico responderá. Si un residente no puede ir al personal debido a la situación médica, residentes deben pedir al otro residente en el área que los alerta para ayuda. El personal médico responde a todas las áreas dentro del Centro.

### *Cita Médica*

Si residentes o sus niños se sientan enfermos o tengan un problema médico, dental, o de la salud mental, tienen acceso al departamento médico por el proceso de la cita médica. Se conduce la cita médica los siete días de la semana. Se tiene la cita  médica a horas específicas cada día y se publica las horas en el Centro de Información para Residentes en cada complejo de apartamentos. El

personal está disponible para proporcionar más información acerca de cómo acceder la asistencia médica rutinaria.

## *Asistencia Urgente*

Se define la asistencia urgente como asistencia para que no se pueda esperar para una cita médica rutinaria pero pueda requerir hospitalización. Si un residente tiene una condición médica, dental, o de la salud mental que es urgente, debe notificar al personal así que se pueda contactar al departamento médico. Ejemplos de situaciones de asistencia urgente incluye, pero no se limitan a, un accidente o una herida, fiebre, dificultad de respirar, o hemorragia. Si se determina que la situación no es urgente, se puede pedir que los residentes vayan a una cita de la cita médica. La asistencia Urgente es disponible las 24 horas al día.  Residentes no deben utilizar el proceso de la asistencia urgente para la asistencia médica rutinaria porque retrasa el proceso médico para todos.

## *Servicios Dentales*

El Consultorio del Centro Residencial para Familias Sur de Texas está preparado para evaluar las preocupaciones dentales. Al ingreso al Centro, residentes recibirán un examen dental.  Todos los niños recibirán un examen



médico comprensivo dentro de 30 días de su llegada a esta  facilidad. Cuidado dental rutinario y de emergencia está disponible también. La asistencia dental para emergencias incluye, pero no se limita a, infecciones dentales, dientes dolorosos, hinchazón de la cara, o trauma

a los dientes. Para recibir tratamiento, residentes deben acceder al departamento médico por el proceso de la cita médica. Se cita para cuidar las preocupaciones dentales en una manera oportuna. La hora de la cita dependerá en la seriedad del problema.

## *Servicios para la Salud Mental*

Servicios rutinarios para la salud mental están disponibles a petición. Residentes deben usar el proceso de la cita médica si la preocupación es como parte de la rutina. Residentes deben notificar a un miembro del personal si el residente, o sus niños, tiene ganas de suicidarse o hacerse daño. Se considera que sea una emergencia médica y el personal médico está aquí para ayudar. Los servicios para la salud mental están disponibles para todos los residentes en el Centro.

Si usted, un miembro de su familia, o alguien en el Centro tengan ganas de suicidarse, exprese el deseo de hacerse daño o experimente una crisis grave emocional, se considera una emergencia médica y servicios están disponibles las 24 horas del día. Para TODAS las emergencias de la salud mental notifique al personal INMEDIATAMENTE para que se pueda suministrar los servicios médicos apropiados.

Los servicios no-emergencias para la salud mental están disponibles. Personas buscan los servicios para la salud mental para razones diferentes. Se trata algunas personas para enfermedades como depresión, trastorno bipolar o trastorno de déficit de atención. Otros buscan los servicios para la salud mental para hacer frente al estrés de la vida como el cuidar de un niño con dificultades de conducta, hacer frente a la pérdida de un querido o procesar un trauma cercano. Se anima a los residentes buscar los servicios para las saludes mentales para si mismas o para sus niños si se dan cuenta de un cambio

importante en su comportamiento o experimentan desafíos importantes en adaptar a las rutinas del Centro.

Los servicios médicos están disponibles para ayudarte y tus niños.

## *Medicaciones*

Si se receta medicación para un residente o miembro de la familia, se los educa con el nombre, frecuencia, y propósito de la medicación. Se prepara y administra estas medicaciones a intervalos programados vía una "fila para pastillas." Residentes deben ir a la "fila para pastillas" como



programado para asegurar que reciban el consejo médico oportuno y apropiado.

## *Conducto en el Departamento Médico*

Se debe seguir las reglas generales de conducto en el Centro mientras está en el departamento médico. Se requiere que las madres supervisen a sus niños a todo tiempo. La clínica es un lugar con mucho tráfico; las madres deben mantener la vista de sus niños a todo tiempo y asegurar que no participen en actividades que lleven a una herida, como corriendo alrededor de la sala o saltando de las sillas. Es posible que haya equipo médico en el área como balanzas; las madres deben asegurar que los niños no juegan en estos objetos.

*Quejas del Consejo Médico*

Se anima a los residentes que discutan el consejo médico que reciben con el personal médico. Si una residente necesita discutir el consejo que ella o un miembro de su familia recibe, debe ir a la cita médica y el personal puede contestar las preguntas. Si es urgente, residentes deben pedir al Supervisor de Residente en cada complejo de apartamentos para que pueda contactar al departamento médico. Si los residentes no son satisfechos con el resultado de la discusión con el personal médico o continúan preocuparse de los servicios proporcionados, pueden escoger una queja médica, lo cual se manda al coordinador facilidad de quejas para revisión adicional. *Para más información, se refiere a la sección de quejas.*

## Prevención e Intervención de Abuso y  Asalto Sexual

Este Centro tiene un programa establecido de Prevencion e Intervencion de Abuso Sexual y Asalto Sexual, para proteger a los residentes y al personal en contra de todas las formas de abuso y asalto sexual.  Existe cero tolerancia para todas las formas de abuso y asalto sexual.  Tal conducta es prohibida, incluyendo abuso sexual de residente hacia otro residente; abuso y asalto sexual del personal hacia los residentes; y abuso y asalto sexual de un contratista hacia un residente.

Asalto Sexual es el contacto sexual abusivo con el proposito de gratificacion sexual o incitacion del deseo sexual, toque intencional ya sea directa o indirectamente o a traves de la ropa, o con los genitales, ano, ingle, pecho, muslo interior o las nalgas (sentaderas), de cualquier persona.

Mala conducta sexual del Personal con el residente – es cualquier conducta o acto de naturaleza sexual hacia un residente por un

empleado, voluntario, visitante official o representante de agencia. Relaciones romanticas entre empleados y residentes son consideradas como un asalto sexual. Actos sexuales incluyen toques intencionales de los genitales, ano, ingle, pecho, muslo interior o las nalgas (sentaderas) con la intencion de abusar, incitar o gratificar el deseo sexual; o intentar, amenazar o solicitar actos sexuales; u demostracion de exposicion indecente, invasion de privacidad o amenazas del personal para gratificación sexual sin una razon aparente de seguridad.

### Reportar

Si en cualquier momento, usted se siente inseguro durante su estadia en el Centro, por amenazas de abuso sexual o asalto sexual, o si estan siendo abusadas o asaltadas sexualmente, el mismo debe ser reportado inmediatamente. No se tomara ningun tipo de represalias en contra de aquellos residentes que reporten abuso/asalto sexual; esto tampoco debe impactar negativamente sus procedimientos con inmigracion. El Abuso/Asalto Sexual puede ser reportado por uno de los siguientes metodos.

- Reporte su preocupacion a cualquier miembro del personal.
- Sometiendo una solicitud para reunirse con el personal de Servicios de Salud y/o reportandolo a un miembro del Departamento de Servicios de Salud durante las citas.
- Llamando al numero telefonico de la facilidad libre de costo las (24) horas segun esta colocado en las cabanas.
- Enviando una carta, sellada y marcada"confidencial", al Administrador de la Facilidad u a cualquier otro empleado.
- Llamando o escribiendo a alguien afuera de la facilidad quien pueda notificarle al personal.
- Contactando a su respectiva Oficina Consular.
- Llenando una queja de emergencia indicando la naturaleza del problema. Vea la seccion de Quejas en el Manual del Residente.
- Enviando una carta al Coordinador de PREA de la Corporacion a la siguiente direccion:

10 Burton Hills Boulevard
Nashville, TN 37210

- Completando una solicitud del residente, para contactar al Personal de ICE o llamando al 1-888-351-4024 or 9116#.
- Llenando una queja directamente al Departamento de Seguridad Nacional.
- Llamando a la Oficina del Inspector General (OIG) a traves del sistema de llamada libre de costo  marcando el 518# o:

Escribiendo:   DHS OIG Hotline
245 Murray Drive, S.E., Building 410
Washington, D.C. 20538

Correo Electronico: DHSOIGHOTLINE@DHS.GOV
Llamando al: 1-800-323-8603 o 518#

- Llamando al Centro de Crisis de Violacion, localizado en San Antonio, Texas marcando el 258# o:
  Escribiendo a:   Centro de Crisis de Violacion
P.O. Box 27062
San Antonio, Texas 78227

**Permanecer Seguro**

Hay varias conductas que pueden ponerse en practica para asistir en la prevencion de mala conducta sexual, asalto sexual y abuso sexual:

- **Evite**  situaciones que fomenten mala conducta sexual tal como conversaciones sobre actividad sexual.
- **Alejese** de una situación donde usted este incómoda y tema que hay un riesgo sexual.

- **Mire alrededor** y esté consciente de sus alrededores. Evite las áreas que son aisladas o donde usted no pueda ser visto por el personal u otros residentes.
- **Muestrese** con confianza. Evite ser visto como una víctima o alguien que es fácil de someter, forzar, y controlar.
- **Diga NO** a los avances de otros buscando contacto sexual.
- **No acepte regalos** por ejemplo compras de la comisaria o propiedad personal.
- **Si usted** es la víctima del abuso sexual o asalto, la cosa más importante que usted puede hacer es decírselo a alguien que pueda ayudarle. Su informe será manejado con confidencialidad. Y usted será protegido.
- **Ayude a otros** diciéndole a alguien. Si usted fue asaltado o abusado, el perpetrador lo hará otra vez. El reportar al abusador le permitirá a la facilidad a proteger a otros investigando, aislando, y procesando al perpetrador.

Si usted es victima de abuso/asalto sexual, la cosa mas importante que usted puede hacer, es decírselo a alguien, para que pueda ayudarlo. Su reporte sera manejado confidencialmente y usted sera protegido.
Consejeria y otros servicios de apoyo, estan disponibles para todos los residentes.

## SERVICIOS PARA EL CUIDADO CONTROLADO

Se espera que las madres o tutoras legales proporciona la supervisión directa de los niños mientras no están en la escuela o no están participando en otras actividades programadas. El cuidado controlado es un servicio disponible para servicios para el cuidado de los niños en el corto plazo (lunes a viernes, 8:00 de la mañana a 8:00 de la tarde) para los instantes en que la madre va al corte, tiene una cita con un representante legal, participa en una entrevista administrativa, u otras

ausencias en el corto plazo (ej. citas médicas) cuando aprobado por un representante de ICE.

Los niños no pueden quedarse en el Cuidado Controlado durante la noche o durante múltiples 

días. Si una madre o tutora estará fuera del Centro Residencial durante la noche o durante múltiples días, y los niños no pueden ir, el personal de ICE trabajará con la familia para hacer arreglos para el cuidado de los niños durante este rato.

## QUEHACERES DE RESIDENTES

Residentes tienen la responsabilidad de mantener los dormitorios en una condición ordenada y sanitaria. Se espera que los residentes hagan las camas cada mañana y vayan recogiendo detrás de los niños.

## ACCESO TELEFÓNICO

Los teléfonos para residentes están ubicados en cada complejo de apartamentos y apartamento y están disponibles las 24 horas al día. CCA no supervisa las conversaciones de ningunos de los teléfonos, sin embargo todas llamadas son sujetas a ser supervisadas por agencias federales. Toallitas desinfectantes están disponibles para limpiar los teléfonos antes y después del uso. Se hará acomodaciones para

residentes con discapacidades comunicativas (ej: discapacidad
auditiva/defecto de habla), o residentes quien quiere comunicar con
estas personas, por hablar con el Supervisor del Residente o completar
una Solicitud de Información.

Llamadas fuera de los Estados Unidos a las organizaciones para
asistencia legal, familia más cercana u otros en casos de emergencia o
necesidad apremiante puede hablar con el Supervisor de Residente o al
completar una Solicitud de Información.

 Abogados, amigos y familiares pueden llamar al Centro para dejar
mensajes para los residentes por llamar 830-378-6500. Se publica el
número de coloquio en el Centro de Información para Residentes en
cada complejo de apartamentos. Se dirige los mensajes urgentes al
residente tan pronto como posible y se dirige los mensajes no-urgentes
dentro de 24 horas.

## Llamadas Telefónicas con Acceso Gratuito de ICE

Residentes pueden contactar varias organizaciones sin costo alguno.
Esta información esta publicada en cada apartamento en el tablero de
Información para Residentes cerca del banco de teléfono de cómo
llamar a los consulados, cortes de inmigración, la American Bar
Association (Asociación de Abogados de América), el ICE Public
Advocate Hotline (Teléfono Rojo para el Defensor Público de ICE), la
Oficina del Inspector General y varias otras oficinas gubernamentales y
no-gubernamentales.

## Acceso Telefónico para Residentes Indigentes

Además de las llamadas telefónicas con acceso gratuito de ICE
mencionadas anteriormente, los residentes indigentes también pueden

hacer llamadas gratuitas a organizaciones de asistencia legal, familia, y otros dentro de los Estados Unidos por hablar con su Administrador de Casos o por cumplir una Solicitud de Información. Adicionalmente, se puede hacer llamadas fuera de los Estados Unidos a las organizaciones para asistencia legal, familia más cercana u otros en casos de emergencia o necesidad apremiante por hablar con el Supervisor de Residente o por cumplir una Solicitud de Información

## *Acceso Telefónico para Asistencia Legal*

No se supervisa ni graba las conversaciones de las llamadas telefónicas a proveedores de asesoría legal y cortes. Para tener acceso a un área más privada de dónde se puede hacer llamadas de asistencia legal, residentes deben hablar con su Administrador de Casos o cumplir una Solicitud de Información.

## FINANZAS/FONDOS DE RESIDENTES/GIRO POSTAL

No se permite que los residentes tienen dinero en efectivo ni fondos en su posesión mientras están en Centro. Si se descubre cualquier moneda en la posesión del residente, se tomará medidas disciplinarias. Al ingreso, se depositará toda la moneda de los Estados Unidos en una cuenta a que los residentes tienen acceso durante su estancia. Toda la moneda que no es de los Estados Unidos se guardará en la propiedad de valores almacenado para la residente. Residentes pueden recibir moneda (efectivo o Western Unión/Cash Box) de familia y amigos.

Para los residentes que escogen participar en el programa voluntario de trabajo del Centro, Esos fondos también se depositarán en su cuenta. Residentes que vienen de otro centro se tendrá el crédito de los fondos en su cuenta el siguiente día de negocios de la llegada.  A la liberación,

residentes recibirán el balance de cualquier fondo que tiene en su cuenta del Centro, en efectivo.

En el caso de emergencia o el abandono de fondos o propiedad, el Centro notificará y entregará al ICE/DRO toda la propiedad abandonada por el residente para su manejo y disposición.



Residentes que necesitan fondos/moneda enviados (como precio de correo, revistas, subscripciones, gastos legales, donaciones de caridad, a personas, etc.) debe cumplir una Hoja de Retirada de Fondos Personales. Residentes deben escribir sólo una cosa por cada hoja de retirada y debe especificar el propósito de los fondos. Se debe llenar la hoja completamente, firmado por la residente, verificado por el Administrador de Casos o Manejador de Unidad, y enviado al oficinista de contabilidad. Si se requiere enviar el cheque por correo, se debe tener un sobre con dirección propia acompañando la hoja de retirada.

## PROCEDIMIENTOS PARA QUEJAS

El personal no acosará ni castigará ni tomará represalias contra una residente que presenta una queja. El Director de la Institución investigará minuciosamente cualquier acusación de este tipo. Residentes tiene acceso al sistema formal para quejas a todo tiempo, pero se anima que traten de resolver las quejas menores de manera informal cuando sea posible.

**Proceso Informal** – La ruta informal intenta discutir el asunto con el personal para resolverlo. Residentes pueden escoger hablar con personal, Administrador de Casos, o supervisores. También, puede presentar una queja en una Solicitud de Información, la cual el Manejador de Unidad u otra persona designada revisará y tratará de resolver. La ruta informal consume menos tiempo que la ruta formal y podría ofrecer una resolución más rápido. Residentes insatisfechas con la respuesta que reciben pueden presentar una queja formal como enumerada a continuación.

**Proceso Formal** – Si un residente no recibe la resolución deseada por el proceso informal, o quiere evitar el proceso informal, esa residente puede presentar una queja en una forma para quejas. Estas formas están disponibles en el Centro de Información para Residentes. Si se intentaba resolver el asunto informalmente primero, residentes



deben indicar en la forma de quejas con quién habló informalmente. Se debe cumplir las formas de quejas y ponerlas en el buzón de correos llamada "Grievance" en el Centro de Información para Residentes. Sólo el Coordinador de Quejas tiene acceso a este buzón, y guardará las quejas tan confidenciales como posible. Se comprueba y vacía el buzón cada jornada.

El Coordinador de quejas formales de hielo es responsable (diario) a recoger las quejas de los buzones "ICE/Medical agravio" ubicados a lo largo de la instalación.  Después de que el formulario de queja es horaria, entraron en la voluntad de forma electrónica log...grievance

dirigido al Administrador Asistente de servicios de salud (AHSA) o su designado.

Si un residente está insatisfecho con la resolución sugerida por la AHSA, él/ella puede elegir a apelar la decisión a los médicos locales que rigen junta (MLGB).

Si una residente se siente que la queja es delicada o que se pondrá en peligro su seguridad o bienestar si otros lean la queja, se puede precintarla en un sobre denominado "Sensitive" (delicado) y entregarlo directamente al Director de la Institución. Residentes deben pedir al Supervisor de Residente para un sobre si necesario e información acerca de cómo entregarlo directamente al Director de la Institución. Se debe presentar las quejas tan pronto como posible después del incidente presunto. Retrasos de presentarlo se hará más difícil investigar el asunto. Residentes pueden pedir a otros residentes, familiares, representantes legales o personal para asistencia de cumplir la forma de quejas. No se permite que residentes presenten quejas en nombre de otra residente a menos que sea la madre del residente que tiene un problema.

Se permite que los residentes describan una sola queja, o unas quejas relacionadas, sobre un solo asunto en cada forma de quejas. Al completar las formas, los residentes deben tratar de identificar el asunto, queja, o área de preocupación con claridad. Si la forma no expresa la queja con claridad, se devolverá para más información. El responsable del departamento encontrará con la residente, conducirá una investigación, y devolverá una decisión escrita a la residente dentro de cinco días del recibo de la queja. Si la residente no está de acuerdo con la primera decisión formal, la residente puede presentar una apelación al Coordinador de Quejas. El Coordinador de Quejas

responderá a la apelación dentro de cinco días y dar la decisión escrita y la fundación de la decisión a la residente.

Si el residente no está de acuerdo con la segunda etapa de decisión formal del coordinador de quejas, el residente puede apelar ante el administrador de la institución. Antes de la presentación del residente debe completar la sección en el formulario de queja descrito como "Razón (s) Estado de Apelación" y devolverlo al coordinador de quejas, o colocarlo en un sobre cerrado, que puede ser colocado en el buzón de quejas o entregado directamente a cualquier supervisor o gerente de la instalación. El residente deberá llevar consigo la oportunidad de comparecer ante el administrador de la institución para presentar su caso, responder a las preguntas, y responder a las pruebas contradictorias o testimonio. El administrador de la institución, se emitirá una decisión por escrito sobre la apelación dentro de los cinco días hábiles siguientes a la recepción.

Si el residente no acepta la decisión del administrador de la institución, el residente puede apelar a ICE / ERO o comunicarse directamente con los funcionarios del ICE. El residente deberá completar la sección de apelación de la queja y colocarlo en un sobre cerrado, que puede ser colocado en el buzón del ICE o entregado directamente a cualquier ICE / personal ERO. Una decisión por escrito será proporcionado al residente dentro de los cinco días de haber recibido la apelación.

## Procedimientos de Quejas de Emergencias

Se inicia una queja de emergencia cuando una residente notifica al personal verbalmente que tienen una queja que afecta su seguridad o bienestar inmediatamente. El personal que recibe el informe de la residente llamará la atención inmediatamente del Director de la Institución, Oficial de Servicio Administrativo, o supervisor en turno.

### *Asuntos Indisputables*

Los siguientes asuntos son indisputables por el sistema de trámite de quejas del Centro:

- Fallos de los tribunales estatales y federales;
- Leyes y regulaciones estatales y federales;
- Decisiones finales de quejas;
- Políticas, procedimientos, o decisiones de ICE (i.e., traslados institucionales, liberaciones, destituciones, etc.);
- Fallos de las vistas disciplinarias. Se permite presentar llamamientos disciplinarios en la forma disciplinaria después de la vista.

Residentes que manifiestan el hábito de presentar quejas molestas o de otra manera abusar el sistema de trámite de quejas podrían tener las quejas devueltas no tramitadas.

### *Mala Conducta del Personal*

Si una residente sospecha, ve, o es recipiente de la mala conducta del personal, debe informar cualquier miembro del personal o por escribir una carta o una declaración, siguiendo las instrucciones en la sección de Organización del Personal e Información de Contacto al principio de este manual. O puede escoger los procedimientos para quejas enumerados anteriormente en la sección de Procedimientos de Quejas.

### DISCIPLINA Y EL MANEJO DE CONDUCTA

Los actos prohibidos se dividen en tres categorías: "Graves", "Moderado" y "Mínimo" Las acciones correctivas autorizadas para cada

categoría serán impuestas sólo si se encuentra la residente ha cometido un acto prohibido y ningún otro método de modificación del comportamiento se ha encontrado para ser eficaz. Debido a la naturaleza familiar del Centro, las acciones correctivas se utilizan como último recurso y sólo como un medio para corregir el comportamiento que amenaza la seguridad y el bienestar de los residentes, el personal y los visitantes. Acción o acción intentada por cualquier residente que viole las reglas establecidas por el centro o representa una amenaza para la seguridad y el funcionamiento ordenado del Centro serán atendidas a través de la acción disciplinaria apropiada. Acción o intento de cometer una acción por cualquier residente que viole las leyes de los Estados Unidos serán también procesados ante un tribunal penal de los Estados Unidos.

El personal intentará corregir violaciones menores de las normas del Centro de manera informal a través de la conversación y consejería siempre que sea posible. Este procedimiento informal puede incluir consecuencias que sean mutuamente aceptables por la residente y el personal, como las restricciones temporales en áreas del Centro, pérdida de privilegios, y para los niños, los aislamientos temporales. Los niños sólo serán entrevistados concerniente a violaciones en presencia de sus padres (a menos que la acusación involucre un incidente entre el padre y su hijo). La disciplina nunca será administrada de una manera denigrante o humillante para los residentes.

El personal nunca impondrá las siguientes medidas correctivas: castigo corporal; cambio o alteración en el servicio regular de alimentos, negación del servicio de asistencia legal; privación de la correspondencia, teléfono, o privilegios de visita; privación de tiempo de ejercicio o acceso al área de recreación, privación a los programas de educación o de asistir a la escuela. No deberá aplicarse ningún castigo

de confinamiento en habitaciones o áreas cerradas. Solamente en situaciones de salud mental se permitirá que se les quite la ropa, ropa de cama, o artículos para la higiene personal y estas decisiones las debe tomar el departamento médico. En caso de que un miembro del personal suponga que el residente está cometiendo una infracción que no puede ser manejada a través de un procedimiento informal, el personal debe hacer un reporte de incidente. El supervisor asignado hará una investigación de dicho incidente en un período de 24 horas tomando en cuenta la hora en que recibió el reporte de incidente. El residente que está bajo investigación tiene el derecho a:

- Permanecer en silencio durante todas las etapas del proceso disciplinario. El silencio no se utilizará como soporte para encontrar culpable al residente;
- Recibir una copia del reporte de incidente/Notificación de los cargos en su contra en un período de 24 horas antes del inicio de los procedimientos administrativos;
- Recibir una copia del reporte de incidente/Notificación de los cargos en su contra en un período de 24 horas antes del inicio de los procedimientos administrativos.

Durante las audiencias ante el MRC, los residentes tienen derecho a:

- Presentar evidencia y testimonios a su favor;
- Estar presente en la audiencia (excepto durante la deliberación), a menos que su comportamiento represente un problema de seguridad;
- Tener un intérprete presente si la audiencia es en un idioma que el residente no entienda;
- Apelar la determinación del comité a través del procedimiento de apelación.

Incidentes que involucren violaciones graves a las reglas del centro, o casos no resueltos se remitirán al Panel Ejecutivo de Revisión (ERP). Durante las audiencias ante el Panel ejecutivo de Revisión, los residentes tienen derecho a:

- Tener testigos y presentar evidencia y testimonios a su favor;
- Estar presente en la audiencia (excepto durante la deliberación), a menos que su comportamiento represente un problema de seguridad;
- Tener un intérprete presente si la audiencia es en un idioma que el residente no entienda;
- Solicitar un representante del personal para que lo asista durante el caso;
- Rechazar la audiencia y admitir que ha cometido la ofensa en cuestión;
- Apelar la decisión del comité a través del procedimiento de apelación.

## *Apelaciones a Audiencias Disciplinarias*

Los residentes pueden apelar la decisión del panel disciplinario después de la audiencia entregando su apelación por escrito a uno de los miembros del panel. El panel presentará la apelación al Director de la Institución quien proporcionará una respuesta por escrito.

## *Aplazamientos al Proceso Disciplinario*

Los procesos disciplinarios pueden retrasarse por razones tales como preparación de la defensa, enfermedad física o mental, asuntos de seguridad, fugas/escape, traslado disciplinario, procesamiento judicial pendiente, etc.

*Medidas Correctivas para Niños*

**Las medidas correctivas** 1 hasta 4 serán impuestas por el Comité de Revisión y Manejo (MRC). Las acciones correctivas 1 a 5 serán impuestas por el Panel Ejecutivo de Revisión (ERP).

1. Referir a Consejería;

2. Restricciones en su área de vivienda, no debe exceder de 72 horas;
   a. Cuando un niño(a) está restringido en su área de vivienda, debe de permitírsele un mínimo de una hora diaria de actividad al aire libre.
   b. El niño puede tener restricciones a actividades en su dormitorio pero no debe ser forzado a permanecer en su dormitorio excepto durante los períodos un aislamiento temporal.
   c. Ninguna acción correctiva puede restringir a un niño de asistir a clases escolares requeridas o prácticas religiosas.

3. A niños de 12 años de edad o mayores se les puede suspender sus privilegios de movimiento libre por un máximo de 14 días. Esta suspensión requerirá que la madre supervise las actividades durante ese período.

4. Pérdida de actividades extracurriculares tales como mirar películas en la noche.

5. Pérdida de días de campo o viajes a lugares por un máximo 45 días.

La acción correctiva puede no interferir con las funciones diarias como comer y dormir. Las acciones disciplinarias no afectaran negativamente a la salud del niño, el bienestar físico o psicológico o negar comidas

regulares, dormir lo suficiente, ejercicio, atención médica, el derecho a la correspondencia, o de asistencia legal.

## *Medidas Correctivas para Adultos*

**Las medidas correctivas** 1 hasta 4 serán impuestas por el Comité de Revisión y Manejo (MRC). Las acciones correctivas 1 a 5 serán impuestas por el Panel Ejecutivo de Revisión (ERP).

1. Referir a Consejería;
2. Requerirle que asista a clases para padres;
3. Trabajos adicionales, tales como limpieza general;
4. Pérdida de privilegios de tienda;
5. Restricción a su complejo de apartamentos, que no exceda de 72 horas.
   Para la Imposición de dichas medidas correctivas debe tomar en cuenta la edad de los niños y el impacto negativo que estas medidas tendrán en los menores no involucrados en la ofensa de que se le acusa al adulto. También, adultos en esta situación deben tener acceso a la zona de recreación por lo menos una hora cada día.

## **DESCRIPCIÓN DE DELITOS**

### *Delitos Mínimos*

(101) *Estar en un área no autorizada* – Es un espacio que se designa de manera verbal, escrita, u órdenes publicadas como "prohibidas" para los residentes.

(102) *Alteración del Orden* – Comportamiento como hablar en voz alta, gritar, o empujar, lo que altera el orden del Centro.

(103) *Ausencia de madre/tutor legal para manejar adecuadamente el comportamiento de los niños* – Para los padres que permiten que sus hijos sean rebeldes, irrespetuosos o insubordinados, en su presencia.

(104) *Si no se respetan las normas y / o reglamentos verbales o publicados* – No seguir las reglas y/o órdenes que han sido designados para el seguro, limpio y ordenado funcionamiento del Centro, y que los residentes han dicho con antelación a través de la publicación o se les ha dado verbalmente por un empleado del Centro o persona que tiene a su cargo el residente en el momento. Esto incluye no seguir los procedimientos establecidos por el Centro para la toma de recuento (censo).

(105) *Lucha* – Intercambio de palabras o el contacto del cuerpo con enojo que no produzca lesión y no requiera atención médica, como jugueteo.

(106) *Juegos de azar* – Operar o actuar en cualquier juego de azar que implique apuestas de los bienes u otros objetos de valor.

(107) *La posesión de parafernalia de juego de azar* – Tener el control de algunos artículos para el uso o participación de cualquier juego de azar que impliquen apuestas y las apuestas de bienes u otros objetos de valor.

(108) *Auto-Mutilación* – Causar lesiones en si mismo; tales como el corte en el cuerpo o tatuajes propios.

(109) *Fumar* – Fumar o usar tabaco de cualquier forma en cualquier área del Centro.

(110) *La recepción no autorizada o la posesión de cualquier objeto de valor* – Recibir o tener en posesión cualquiera cosa de valor que se ha obtenido a través de premisas falsas, amenazas o robos.

(111) *La ausencia injustificada del lugar de asignación* – Estar lejos, sin la autorización del supervisor correspondiente, del lugar de asignación, como el área de vivienda, zona de recreo, servicios de salud, etc.

(112) *El uso de frases o lenguaje vulgar, abusivo y obsceno.*

(113) *El no mantener la higiene personal o higiene personal del niño* – No tener el cuerpo o la ropa limpia.

(114) *Insalubres y desordenadas Condiciones de Viviendas* – No mantener limpia la vivienda. El área debe mantenerse de una manera que todos los bienes estén almacenados de una forma organizada en las áreas designadas. El área debe estar libre de suciedad y desorden.

(115) *La posesión de contrabando no peligrosos (Soft Contraband)* – Posesión de artículos de contrabando que no están permitidos en el Centro pero no son capaces de causar lesiones graves o daño a sí mismo o a los demás, incluidos los productos de tabaco.

(116) *El uso no autorizado de Teléfono* – Uso del teléfono durante horas no autorizadas.

(201) *La negativa a someterse a una sospecha razonable de prueba de drogas* – No proporcionar una muestra de orina para la prueba de sospecha de uso de drogas.

## Ofensas moderadas

(202) *Positivo a la prueba de sospecha de uso de drogas* – Dar positivo por uso de droga ilegal o sustancia controlada no prescrita.

(203) *Robo* – Toma no autorizada de algo que pertenece a otra persona.

(204) *La destrucción, alteración o daño a la propiedad (menos de $ 1.000)* – Destrucción, modificación o daño a la propiedad del Centro o a cualquier otra persona.

(205) *Falsificación o reproducción no autorizada de documentos o artículos (excluyendo la moneda)* – Falsificación o reproducción sin autorización, cualquier documento, artículo, identificación o documento de seguridad.

(206) *Obstaculizar un trabajador en el desempeño de sus funciones* – Actuar de tal manera que interrumpe a un personal durante el tiempo de trabajo, tales como causar retrasos o dar información falsa.

(207) *La negativa a someterse a una sospecha razonable de búsqueda.*

(208) *Negligencia infantil* – Falta de cuidado y atención a un niño (no-violencia).

(209) Acoso verbal sexual de un residente – Actuar de tal manera como para crear un entorno residencial hostil para otros residentes, independientemente de su edad o género.

## Ofensas Graves

(301) *Incendio provocado* – Iniciar o provocar un incendio que podría o no causar daños a la persona(s) o la propiedad.

---

(302) *Asalto/Agresión violenta* – Un ataque no sexual sobre el cuerpo de otra persona con la intención de dañar o causar lesiones graves.

(303) *Violación o contacto sexual* a cualquier persona sin su consentimiento; o de una persona que es incapaz de consentir o rechazar; y el contacto entre el pene y la vagina o el pene y el ano, incluyendo la penetración, por insignificante; o el contacto entre la boca y el pene, la vagina o el ano; o la penetración de la abertura genital anal de otra persona con una mano, dedo u otro objeto (es decir, la penetración o la sodomía oral).

(303) *Asalto Sexual* – Contacto abusivo a cualquier persona sin su consentimiento para gratificación sexual o excitación a una persona que es incapaz de consentir o rechazar; y toque intencional, ya sea directa o indirectamente o a través de la ropa, a los genitales, el ano, la ingle, pecho, cara interna del muslo o las nalgas de cualquier persona. El asalto sexual excluye incidentes relacionados con la penetración o la sodomía oral.

(304) *Intento/Conspiración para cometer un delito grave* – Una ofensa para los residentes que en realidad no cometen el delito, pero participan en uno (1) o más de las siguientes maneras:

> (304a) intento de cometer el delito grave;
>
> (304b) solicita a otro u otros para cometer el delito grave;
>
> (304c) conspira con otra u otras personas para cometer el delito grave; y/o
>
> (304d) facilita la acción de otro u otros en la comisión del delito grave.

(305) *Abuso infantil* – Tratar a un niño con crueldad, brusco, inapropiadamente, o de una manera insultante.

(306) *Negligencia infantil* – Falta de cuidado y atención a un niño, lo que resulta en peligro o lesión al niño.

(307) *Afiliación/Actividad Confirmada en STG* – Afiliarse o participar en una actividad relacionada con pandillas.

(308) *Falsificación, alteración o reproducción no autorizada de dinero.*

(309) *La muerte de cualquier persona* – Cualquier acto en el que el resultado final es la muerte de cualquier persona, incluyendo a los empleados, visitantes/voluntarios y/u otros residentes.

(310*) La destrucción, alteración o daño a la propiedad ($ 1,000 o más)* – Destruir, modificar o lastimar a la propiedad del Centro o de cualquier otra persona.

(311) *Toma de rehenes* – La captura de una persona(s) en contra de su voluntad en garantía del cumplimiento de ciertas condiciones.

(312) *Escape* – Dejar los terrenos del Centro o de la custodia de un empleado fuera del Centro sin permiso.

(313) *Insurrección* – Participación o exhortación a otros a participar en actividades no autorizadas, como protestar o disturbios.

(314*) La posesión de contrabando peligroso (Hard Contraband)* – Posesión de artículos de contrabando que no están permitidos en el Centro y son capaces de causar lesiones graves o daño a sí mismo o a otros. Esto incluye armas mortales, artículos modificados para ser utilizados como armas, drogas y parafernalia de drogas.

(315) *Mala Conducta Sexual* – Esto incluye pero no se limita a, los siguientes actos:

> (315a) La exposición de los genitales o las nalgas a un empleado, visitante/voluntario, o residente con el propósito de gratificación sexual o la excitación.

> (315b) Masturbación, donde un empleado, visitante/voluntario u otra residente pueden ver el acto.

(316) *Intimidar o amenazar a otro con daño* – Decirle a alguien, a través de acciones o palabras, que el daño vendrá a ellos.

(317) *La posesión de drogas o intoxicantes* – La posesión de cualquier droga o estupefacientes que no han sido prescritas o aprobadas por el departamento de servicios de salud para su uso.

(318) *Violación de cualquier ley federal, estatal o local* – Cualquier acto, aunque no figure expresamente en esta política, que sería considerada ya sea un delito grave o delito menor bajo la ley federal o bajo la ley del estado en el que se aloja el residente.

## EDUCACIÓN

*Solo aplica durante el semestre escolar programado*

El Centro opera una escuela in situ durante el año escolar. La escuela del Centro suministra servicios educativos para todos los niños de por lo menos cuatro años en el 1º



de agosto del año escolar corriente. Asistencia en el programa educativo es obligatorio y es proporcionado en una sala de clases estructurada de lunes a viernes. Se asigna un horario de clases por la mañana o por la tarde a cada niño de la edad escolar.

Las básicas áreas académicas incluyen las ciencias naturales, las ciencias sociales, las matemáticas, la el lenguaje, y la educación física. Se examinará a todos los niños de cuatro años y mayores al ingreso al Centro y se los pondrá en la clase apropiada. Cuando la escuela está en sesión, se requiere que las madres se dejen a los niños físicamente en la sala de clases correcta al principio de cada día escolar. Las madres deben volver a la sala de clase de su niño al fin de cada día escolar para recoger a los niños, a menos que diga lo contrario por el personal de cambios del horario. Se anunciará y publicará las horas escolares, vacaciones y descansos en el tablero de Información para Residentes en cada complejo de apartamentos.

## *Información de las Necesidades Especiales*

Aunque se evalúa cada niño para las necesidades especiales después del ingreso, las madres que creen que sus niños pueden tener retrasos académicos o dificultades de aprendizaje pueden iniciar una solicitud para evaluación diagnóstica de necesidades especiales. Madres pueden pedir esta evaluación por hablar con la maestra del niño, un asignado administrador de casos, o por llenar la Solicitud de Información. La unidad educativa se encontrará con la madre y evaluar el niño. Si sea elegible para instrucción para necesidades especiales, el niño recibirá un Plan Educativo Individual (IEP). El programa educativo del niño, y cualquier modificación necesaria, será impulsado por el IEP.

## BIBLIOTECA

### *Biblioteca General*

Las reglas generales de la
biblioteca se publicarán en
cada tablero de Información
para Residentes en cada
complejo de apartamentos.



### *Información Legal / Biblioteca Jurídica / Acceso a Materiales Jurídicos*

La biblioteca jurídica está ubicada en el campus y está abierta según el horario del edificio, lo cual se publicara en cada tablero de Información para residentes en cada complejo de apartamentos. Si residentes no pueden acceder la biblioteca jurídica debido al límite de residentes (basada en las estaciones para trabajo disponibles), deben hablar con un supervisor quien hará arreglos para usar la biblioteca jurídica. Se pedirá a cualquier residente que no utilice la biblioteca jurídica para su utilidad que salga. Máquinas de escribir y computadoras están disponibles en la biblioteca jurídica para la preparación de documentos legales y para la investigación legal.

Las computadoras contienen una aplicación "Lexis Nexis" lo cual tiene varias publicaciones acerca de las leyes migratorias y otra publicaciones relacionadas. Puede ser otras investigaciones relacionadas a la inmigración, u organizaciones no gubernamentales en los estantes de la biblioteca jurídica. Residentes pueden pedir materiales relacionadas al ley fuera del sitio por llenar una Solicitud de Información.

Para instrucciones para acceder la aplicación Lexus Nexus, para inscribirse en la orientación, o para preguntas acerca del uso del equipo

de la biblioteca jurídica, residentes deben hablar con el asistente bibliotecario o llenar una Solicitud de Información. Residentes deben hablar con el asistente bibliotecario para papel, discos para grabar documentos en la computadora y/o el mal funcionamiento del equipo en la biblioteca jurídica.

## *Materiales Proporcionado por Representantes Legales*

Se inspecciona pero no lee documentos u otros materiales escritos proporcionados a una residente durante una visita de asistencia legal. Residentes pueden guardar los materiales legales en sus dormitorios. Se guardará en la propiedad de residente cantidades de formas en blanco o materiales autoayudas legales en exceso de lo necesario para el uso personal. Se permite que la residente tenga acceso a estos documentos por hablar con el personal o por completar una Solicitud de Información.

## *Asistencia Legal Gratis*

Se puede pedir asistencia legal pro bono (gratis) por contactar las organizaciones de asistencia legal pro bono publicadas en el Centro de Información para Residentes en cada complejo de apartamentos. La Executive Office for Immigration Review (Oficina Ejecutiva para la Revisión Migratoria) suministra esta lista.