DEFENDANTS' EXHIBIT 21 (part 3)

## PROGRAMA DE RECREACIÓN

Se les ofrece varias actividades de recreación a residentes durante su estancia en el Centro. Se autoriza el uso de los servicios recreativos en su barrio durante el movimiento libre. Otras actividades están disponibles como programado, y se



publicará las horas y locaciones cada semana. Se espera que los residentes les cuiden el equipo y les devuelvan el equipo después del uso.

Residentes serán responsables para todo el equipo recreativo hasta lo devolverán. El personal programará actividades específicas para el ocio y el mantenimiento físico y piden que los residentes se cooperen y participen en estas actividades; y animen a los niños participar. Algunas actividades en el sitio son programadas en días y horas particulares, mientras otros están disponibles para el uso independiente. Se publicaran mensajes, información y horarios en el tablero de información en cada complejo de apartamentos.

## MATRIMONIOS

Residentes y sus representantes legales pueden pedir permiso para tener una ceremonia nupcial mientras están en el Centro del Jefe, JFRMU por escrito. La solicitud de declarar específicamente que:

- La residente es elegible casarse legalmente;
- Es mentalmente competente, como determinado por un proveedor médico calificado;
- El prometido quiere casarse con la residente, como dado testimonio de una afirmación escrita del intento de casarse con la residente por el prometido.

Se debe incluir la afirmación como parte de la solicitud. Fracaso de obtener la aprobación del Jefe, JFRMU podría tener un retraso o una cancelación de las ceremonias o visitas aprobadas para el propósito del matrimonio como resultado. *(Para más información se refiere al personal de servicios religiosos.)*

## PROGRAMA VOLUNTARIO DE TRABAJO

Residentes adultos pueden participar el programa voluntario del trabajo. Residentes recibirán el entrenamiento necesario y se requiere que firmen una declaración del programa voluntario de trabajo antes del comienzo del trabajo. Se les pagará a los residentes participando en el programa voluntario de trabajo $1.00 por cada día de participación. Residentes deben comunicarse con su consejero o manejador de unidad para inscribirse en el programa voluntario de trabajo o llenar una Solicitud de Información.

Residentes pueden ofrecerse a trabajos temporales si surgiera de vez en cuando. El trabajo temporal generalmente dura de unas horas a unos

días. Se debe suministrar ropa adecuada de protección e instrucción para los residentes asignados a las áreas de trabajo especial de acuerdo con los requisitos del trabajo. Las tareas del trabajo son estrictamente voluntarias. La realización de trabajo insatisfactoria y/o casos disciplinarios podrán resultar de destitución del programa voluntario de trabajo.

## VISITACIÓN



Se permite las visitas sociales, legales, y consulares como enumerado en las secciones relacionadas en este manual. Todos los visitantes deben presentar identificación como establecido por FRS Section 5.8. A la discreción del supervisor, se puede admitir un visitante menor sin identificación positiva si el adulto acompañándolo responda por su identidad. Menores quedarán bajo la supervisión del visitante adulto, así que no se moleste otros visitantes.

La conducta disruptiva por visitas o residentes podrá resultar en la terminación de visita. Antes de entrar la sala de visitación, se debe entregar al personal cualquier propiedad traído por el visitante intentado para la residente para un inventario y recibo. No se puede dar ningún artículo directamente a la residente durante una visita. No se permite que los residentes reciban contrabando ni alimentos

perecederos. *Para más información, se refiere a las secciones de la propiedad personal permisible y contrabando.*

## Visitación Social

La visita social se conduce los siete días de la semana desde las 8:00 de la mañana hasta las 8:00 de la noche, domingo a sábado. Residentes pueden tener visitas ilimitadas. Generalmente, será un mínimo de 60 minutos.

Se podrá verificar todos los visitantes contra las bases de datos de las agencias de la aplicación de la ley para determinar sus antecedentes penales. Si la verificación de antecedentes determina que el visitante no tiene detenciones previas ni condenas anteriores, la visita se aprobará para que tome lugar.  Se puede restringir el número de visitantes debido al volumen de visitas programadas durante este tiempo. También residentes pueden pedir una acomodación especial de visita si los visitantes tengan que viajar de lejos o tengan otras circunstancias especiales.

## Visitación de Asistencia Legal

Se permite la visitación legal los siete días de la semana, incluyendo las vacaciones. Las horas de visitación legal son de las 8:00 de la mañana hasta las 8:00 de la tarde, los siete días de la semana, domingo a sábado. Las visitas legales son sólo con cita previa. Los visitantes de asistencia legal pueden contactar el Centro para hacer una cita de visitación legal. Si un proveedor de asistencia legal necesite hacer una cita a una hora diferente que las cuales enumeradas anteriormente, pueden contactar a un supervisor para asistencia. Visitas legales pueden proceder por la hora de comer. En estos casos, la residente recibirá una bandeja o un saco de almuerzo después de la visita, o pueda escoger

comer durante la visita. Abogados deben presentar una tarjeta de socio emitido por un estado de los Estados Unidos. Personas permitidas durante una visita legal:

- Abogados y otros representantes legales;
- Asistentes legales;
- Al presentar una carta de autorización del representante legal bajo cuya supervisión trabaja, un asistente legal no acompañado podrá encontrarse con una residente durante las horas de visitación legal. La carta debe declarar que el asistente legal nombrado trabaja en nombre del representante legal y bajo su supervisión con el propósito de encontrarse con residentes de ICE;
- Intérpretes aprobados para ayudar a los representantes o asistentes legales.

## Visitación Consular

El Centro permite visitas de funcionarios consulares a todo tiempo. Funcionarios consulares deben contactar al Centro para hacer citas. Si un funcionario consular necesita hacer una cita a horas diferentes que las cuales enumeradas anteriormente, deben contactar un supervisor para ayuda.

## Regulaciones en Material de Indumentaria para Visitantes

Visitantes de cinco años y mayores:

- Deben llevar ropa que cubre los hombros, el pecho, el estómago y todas partes del cuerpo entre el ombligo y el medio-muslo cuando sentado;

- La parte superior o el escote de ropa no debe ser bajo la axila enfrente y en la espalda;
- Se prohíbe la ropa transparente;
- Deben llevar los zapatos en todo tiempo;
- Deben llevar camisas en todo tiempo;
- Se prohíbe los colores de pandillas u otros símbolos;
- No pantalones hundidos (se lleva los pantalones en la cintura).

## INSPECCIONES RUTINARIAS DE SANIDAD Y SEGURIDAD

Se conduce inspecciones semanales de sanidad y seguridad contra incendios en todas las áreas de viviendas y programación del Centro. Durante las inspecciones, el personal inspecciona para condiciones sanitarias y para el cumplimiento con otras regulaciones. Cuando se inspecciona los dormitorios durante estas inspecciones, se pide que los residentes viviendo en el dormitorio estará presente. Se pide que las madres estén presentes cuando el personal examine los dormitorios de los niños.

## BÚSQUEDAS NO RUTINARIAS

Se hace una búsqueda no rutinaria de las áreas de viviendas y programación cuando hay sospecha razonable para creer que contrabando o una amenaza está presente. Sólo se hará una búsqueda no rutinaria del dormitorio de la residente o sus efectos personales después de notifiquen la residente y ella está presente, a menos que circunstancias urgentes existan (como una situación de hacerse daño). En estos casos, se notificará a la residente después de conduzca la búsqueda.

*Búsquedas de Personas*

- *Inspección visual* – Una búsqueda para contrabando sin contacto físico.
- *Búsqueda de cachear* – Una inspección física de una residente mientras vestida. Sólo se la conduce por un miembro del personal del mismo género. El inspector se usa su sentido del tacto cuando cacheado o pasando las manos sobre el cuerpo. Una búsqueda de cachear no requiere que la residente quite la ropa, aunque la inspección pueda incluir una búsqueda de la ropa y efectos personales. Sólo se conduce las búsquedas de cachear cuando hay sospecha razonable y comprensible que poseen contrabando. No se somete a los residentes menos de 15 años a la búsqueda de cachear sin la autorización explícita del Director de la Institución y JFRMU.

## CORREO/CORRESPONDENCIA

Residentes pueden enviar y recibir correspondencia y una variedad de otros artículos por el correo, incluyendo sobres pre pagados y otros artículos "admisibles." Se permitirá que los residentes reciban y envíen a su propio costo:



- Una cantidad ilimitada de correo de la correspondencia

general. Se limita la cantidad sólo cuando se existe una situación de la seguridad y orden público del Centro;

- Una cantidad ilimitada de correspondencia especial incluyendo correspondencia con un representante legal, representante legal potencial, tribunales y otras agencias gubernamentales y organizaciones de noticias. *Para más información, se refiere a la sección de correspondencia especial;*

- Paquetes que contienen propiedad personal. No se puede ni enviar ni recibir paquetes sin arreglos aprobados con anterioridad por el Director de la Institución. Para instrucciones y aprobación de enviar o recibir paquetes, residentes deben llenar una Solicitud de Información dirigido a su consejero o manejador de unidad. Se les enseña el procedimiento para enviar y recibir paquetes.

## *Escribiendo la Dirección en el Sobre*

When sending mail, the resident should write his/her name, "A" number, and the Center address legibly in the return address area of the envelope or package. They should also write the name and address of who the mail is being sent, legibly.

Cuando enviando correo, la residente debe escribir su nombre, número A, y la dirección del Centro legiblemente en la ubicación designada para la seña del remitente en el sobre o paquete. También debe escribir legiblemente el nombre y la dirección de quien se envía el correo.

## Correo para las Residentes Indigentes

Se permite que los residentes que no tienen fondos adecuados para pagar los gastos de envío puedan enviarlo sin costo alguno:

- Una cantidad razonable de correo de "correspondencia especial." Si el Centro considera la cantidad "poco razonable," se consultará la Oficina del Abogado Principal de ICE antes de suspender el correo;
- Por lo menos cinco cartas de correspondencia general cada semana;
- Cualquier paquetes que se considera necesario por la Operación de Control y Destitución de ICE (ERO), como ropa, efectos personales, y artículos necesarios para volver al país de origen;
- Paquetes que contienen propiedad personal cuando se determine que no hay espacio suficiente para almacenar bien los artículos.

Residentes indigentes que desean utilizar este servicio deben contactar a su Consejero para la aprobación y el procesamiento adecuados.

## Correspondencia Especial

Correspondencia especial es correspondencia escrita dirigida a o para abogados y otros representantes legales, magistrados, tribunales, embajadas/consulados, el Presidente y Vicepresidente de los Estados Unidos, miembros del Congreso, el Departamento de Justicia, el Departamento de la Seguridad Nacional, el Servicio de la Salud Pública, y representativos de los servicios informativos. Sólo se trata la correspondencia como Correspondencia Especial si el título y la oficina del remitente (para correo entrante) o el destinatario (para correo de salida) son identificados de modo inequívoco en el sobre y el sobre es nombrado "Correspondencia Especial" en el sobre o el paquete.

Residentes deben enseñar cualquier persona enviando Correspondencia Especial al Centro de las reglas relacionadas y requisitos de la dirección.

- Sólo se puede abrir la Correspondencia Especial en la presencia de la residente, y solo se puede revisar por contrabando, no se puede leer;
- Correspondencia especial enviada por los residentes debe ser claramente marcada con "Correspondencia especial" en el sobre. El Centro deberá proveer franqueo en cantidad razonable para una Correspondencia especial saliente.
- Sólo se puede enviar o recibir los paquetes de Correspondencia Especial con arreglos de antemano. Para enviar o recibir cualquier paquete, residentes deben hablar con el Supervisor de Residente o llenar una Solicitud de Información.

### *Franqueo y Sobres*

Se proporciona sobres a los residentes sin costo alguno por hablar con el Supervisor de Residente o por completar una Solicitud de Información. Franqueo está disponible para comprar en la Tienda de Conveniencia o aceptado por Paquete de Correo.



### *Distribución de Correo Entrante*

Se distribuirá el correo plano entrante dentro de 24 horas y paquetes dentro de 48 horas del recibo cuando llega durante la

---

jornada. Se distribuirá la próxima jornada los paquetes entrantes recibidos los fines de semana y durante las vacaciones. Todo el correo entrante debe nombrar la residente y tiene señas del remitente. Se abrirá el correo general entrante y se inspeccionará para contrabando sólo en la presencia de la residente, a menos que sea prescindido por la residente o autorizado por el Director de la Institución para razones de seguridad.

También se puede leer el correo general entrante si surgiera un asunto de seguridad con respecto a una residente. Se puede rechazar correo si contenga contrabando, otros artículos de una rechaza de seguridad o artículos perecederos. Se debe suministrar a ambos el remitente y el destinatario una noticia escrita con la explanación de por qué se rechaza el correo y que se elimina el correo de acuerdo con la sección de contrabando en este manual. Se consultará la residente y RSC antes de confiscar artículos religiosos. Se entregará a ICE los documentos de identidad enviados a la residente para colocarlos en el archivo A de la residente. Residentes deben contactar ICE para una copia certificada del documento. *Para más información, se refiere la sección de contactar la inmigración.*

## *Enviando el Correo de Salida*

No se abre ni inspecciona ni censura el correo de salida el correo de salida a menos que sea dirigido a otro residente o extranjero en un centro de detención, o hay razón de creer que el artículo puede presentar una amenaza a la seguridad del Centro u operación ordenada, poner en peligro el destinatario o el público o facilitar la actividad criminal. Se enviará el correo de salida dentro de 24 horas desde que se entregara el correo al Centro por la residente, menos los fines de semana y las vacaciones: se enviará la próxima jornada. Se puede poner el correo de salida (con el franqueo apropiado) en la caja nombrada

"Mail" (correo) en el Centro de Información para Residentes en cada complejo de apartamentos.

Si se coloca el correo en la caja sin el franqueo adecuado, se devolverá a la residente a menos que sea indigente. *Para más información se refiere a la sección de correo para indigentes*. Se puede dar el correo que no cabe en la ranura directamente al personal para el procesamiento.

## NOTARIO PÚBLICO

Se puede obtener asistencia del notario público por llenar una Solicitud de Información.

## FOTOCOPIAS

Se puede obtener fotocopias por hablar con un miembro del personal, administrador de casos o por llenar una Solicitud de Información. Los servicios de fotocopiar para material legal están disponibles sin costo alguno.

## SERVICIOS DEL CUIDADO DE CABELLO



Residentes tienen la oportunidad de cortarse el pelo y otros servicios del cuidado de cabello una vez cada mes. Información de los servicios del cuidado de cabello, está ubicada en el Centro de Información para Residentes en cada complejo de apartamentos.

## TIENDA DE CONVENIENCIA

Artículos de conveniencia están disponibles para comprar en la Tienda de Conveniencia. Las horas de la Tienda de Conveniencia son desde las 12:00 de la tarde (mediodía) a las 6:00 de la tarde, los lunes a sábado. Se publica la lista de precios y las horas de la tienda en el Centro de Información para Residentes en cada complejo de apartamentos.

## UN CENTRO LIBRE DE HUMO

El Centro Residencial para Familias Sur de Texas es libre de humo en su totalidad, para incluir el uso y posesión de tabaco para fumar y sin humo y parafernalia (encendedores, cerillos, papeles, pipas, etc.).

---

Este manual ha sido repasado y aprobado por:

_____  _____
Director de la Institución                Fecha

____Signature on file_____  _____
Representante de JFRMU                     Fecha

# MAPA DEL SITIO



DE LA GARZA DECLARATION

EXHIBIT 3

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# Texas

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

* New Provider                **List of Pro Bono Legal Service Providers**                Updated April 2016

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

### Dallas Immigration Court

| Dallas, Texas | |
|---|---|
| **Catholic Charities of Dallas, Inc.**<br><br>9461 LBJ Freeway, Suite 100<br>Dallas, TX 75243<br>(214) 634-7182<br><br>• Representation in removal proceedings for detained and non-detained cases within Dallas area<br><br>• Will represent aliens in Asylum cases<br><br>• Does not provide representation for aliens detained at the Big Spring facility, Eden, or Oklahoma | **Baptist Immigration Center**<br><br>Alex Camacho, Accredited<br>507 Titus Street<br>Mckinney, TX 75069<br>(972) 562-4561<br><br><br>• Do not take cases related to or caused by drug or child abuse<br><br>• Provide assistance in some cancellation of removal cases |
| **Human Rights Initiative of North Texas, Inc.**<br><br>2801 Swiss Avenue<br>Dallas, TX 75204<br>(214) 855-0520<br>• Will only represent aliens in the Dallas Immigration Court<br>• Will represent aliens in asylum cases<br>• Will represent juveniles<br>• Will NOT provide representation in detention facilities | **Justice for Our Neighbors DFW**<br>North-Central Region<br><br>422 Church Street<br>Grapevine, TX 76051<br><br>Tele: (817) 310-3820<br>Fax:  (817) 310-3803<br>www.jfondfw.org<br>• Only represents clients at the Dallas Immigration Court<br>• Will represent aliens in asylum cases |
| **Pamela Williams Kelly, Esq.**<br><br>1269 Old Hickory Road.<br>Memphis, TN 38116-4355<br>Tel: (901) 210-6551<br>www.attorneypamelawkellywordpress.com<br>Will represent indigent aliens in immigration proceedings pro bono, excluding asylum.<br><br>• Will represent aliens for a reduced fee who qualify for U-visa, T-visa, DACA and similar relief. | **Center for Immigration Services**<br><br>3200 Southwest Fwy, Suite 3300<br>Houston, TX 77027<br>Tel: (281) 764-9696<br><br>info@cfuis.com<br>http://www.cfuis.com |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

* New Provider

# List of Pro Bono Legal Service Providers

Updated April 2016

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## El Paso Immigration Court

| El Paso, Texas | |
|---|---|
| **United Neighborhood Organization (UNO)**<br><br>8660 Montana, Ste. I<br>El Paso, TX 79925<br>(915) 775-1161<br><br>• Will not represent aliens in asylum or refugee cases<br>• May charge a nominal fee<br>UNO branch location:<br>747 E. San Antonio Avenue, Suite 100<br>El Paso, TX  79901<br>(915) 351-0099<br><br>• Will not represent aliens in asylum or refugee cases.<br>• May charge a nominal fee. | **Las Americas Immigrant Advocacy Center**<br><br>1500 E. Yandell Dr.<br>El Paso, TX 79902<br>(915)  544-5126<br><br>• May charge a nominal fee<br>• Will represent aliens in asylum cases.<br>• Will represent juveniles and victims of crime.<br>• Asylee, women, and children are priorities.<br>• El Paso Service Processing Center only. |
| **Diocesan Migrant and Refugee Services**<br><br>2400 E. Yandell, Ste. A<br>El Paso, TX 79903-3617<br>(915) 532-3975<br>• May charge a nominal fee | |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Harlingen Immigration Court

| Harlingen, Texas | |
|---|---|
| **Probar - South Texas Pro Bono Asylum Representation**<br><br>222 East Van Buren Ave., Suite 300<br>Harlingen, TX 78550<br>(956) 425-9231<br>If calling from the Port Isabel Detention Center, for free call without calling card:<br>• Detainee picks up the phone in the dorm<br>• Presses 1 for English, 2 for Spanish<br>• Enters PIN number<br>• Selects prompt 6<br>• Enters 5708# (#sign)<br>Will represent aliens in Asylum hearings | **South Texas Immigration Council**<br><br>Casa Mexico Bldg.<br>4793 West Expressway 83<br>Harlingen, TX 78552<br><br>(956) 425-6987<br>• Will represent aliens in Asylum hearings |
| **Casa De Proyecto Libertad**<br><br>113 N. 1st St.<br>Harlingen, TX 78550<br>(956) 425-9552<br>1-800-477-9552 if calling from the PISPC Detention Center<br>• Will represent aliens in Asylum hearings | **South Texas Immigration Council, Inc.**<br><br>1201 Galveston St.<br>McAllen, TX 78501<br>(956) 682-5397<br><br>(956) 682-8133, Fax<br>• Will represent aliens in Asylum hearings<br>• May charge a nominal fee |
| **South Texas Immigration Council**<br><br>4 E. Levee St.<br>Brownsville, TX 78520<br>(956) 542-1991<br>• Will represent aliens in Asylum hearings | Texas Rio Grande Legal Aid, Inc.<br><br>316 S. Closner Blvd.<br>Edinburg, TX 78539<br>Local Tel: (956) 393-6200<br>Toll Free Intake: 1-888-988-9996<br><br>• Will represent Legal Permanent Residents, United States citizens, and VAWA, U-visa or T-visa applicants |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

* New Provider

# List of Pro Bono Legal Service Providers

Updated April 2016

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Houston Immigration Court

| Houston, Texas | |
|---|---|
| **Carecen Central American Refugee Center**<br><br>6006 Bellaire Boulevard, Ste. 100<br>Houston, TX 77081<br>(713) 665-1284<br>• May charge nominal fee<br>• Will represent person(s) in Asylum case(s) | **Kids In Need of Defense (KIND)**<br><br>Houston Office<br>c/o South Texas College Law<br>1303 San Jacinto Street, 9th Floor<br>Houston, TX 77002<br>Tel: 832-779-4030<br>(KIND serves children under age 18 only) |
| **The Cabrini Center for Immigrant Legal Assistance**<br><br>2900 Louisiana Avenue<br>Houston, TX 77006<br>(713) 874-6570<br>• May charge nominal fee<br>• Will represent person(s) in Asylum case(s)<br>Human Rights First<br><br>1303 San Jacinto Street, 9th Floor<br>Houston, TX 77002<br>(713) 955-1360<br>•  Will represent person(s) in asylum case(s)<br>Center for Immigration Services<br><br><br>3200 Southwest Fwy, Suite 3300<br>Houston, TX 77027<br>Tel: (281) 764-9696<br>info@cfuis.com<br>http://www.cfuis.com | **International Services of the YMCA Greater Houston Area**<br><br>Pro Bono Asylum Program<br>6300 West Park, Ste. 600<br>Houston, TX 77057<br>(713) 339-9015<br>• May charge a nominal fee<br>• Will represent person(s) in Asylum case(s) |
| | **\*Jason St. Fleur, Esq.**<br>1200 Smith Street, 16th Floor<br>Houston, TX  77002<br>Tel: (877) 223-4977<br>www.stfleur.com<br><br>• We speak Chinese, Spanish, French, and Creole and translations for all languages can be arranged<br>• Telephonic consultation available<br>• May charge a nominal fee; but fee waivers considered in certain circumstances<br>• Representation available in all types of cases, including asylum<br>• Will represent foreign nationals, including permanent residents, with criminal convictions, and in detention facilities |
| **Pamela Williams Kelly, Esq.**<br><br>1269 Old Hickory Road.<br>Memphis, TN 38116-4355<br>Tel: (901) 210-6551<br>www.attorneypamelawkellywordpress.com<br>• Will represent indigent aliens in immigration proceedings pro bono, excluding asylum.<br>• Will represent aliens for a reduced fee who qualify for U-visa, T-visa, DACA and similar relief | **Matthew S. Furness**<br><br>1001 Texas Avenue, Ste. 1400<br>Houston, TX 77002<br>Tel: (713) 320-6952<br>Fax: (888) 572-4313<br>• Will represent  indigent aliens in immigration and asylum proceedings pro bono<br>• May charge a nominal fee for above services |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Pearsall Immigration Court

| Pearsall, Texas | |
|---|---|
| **American Gateways**<br><br>One Highland Center<br>314 Highland Mall Blvd., Ste. 501<br>Austin, TX 78752<br>(512) 478-0546<br>www.americangateways.org | |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

* New Provider

# List of Pro Bono Legal Service Providers

Updated April 2016

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

| San Antonio, Texas | |
|---|---|
| **American Gateways**<br><br>One Highland Center<br>314 Highland Mall Blvd., Ste. 501<br>Austin, TX 78752<br>(512) 478-0546<br>www.americangateways.org | **Immigration & Human Rights Clinic**<br><br>Center for Legal & Social Justice<br>2507 NW 36th Street<br>San Antonio, TX 78228<br>(210) 431-2596<br>• Will represent aliens in asylum cases |
| **Catholic Charities Archdiocese of San Antonio, Inc.**<br><br>202 W French Place<br>San Antonio, TX 78212<br>(210) 433-3256<br>• Only represents clients in San Antonio Immigration Court | **Refugee & Immigrant Center for Education and Legal Services**<br><br>1305 N. Flores<br>San Antonio, TX 78212<br>(210) 226-7722<br>• Will represent aliens in asylum cases |
| **Immigration Clinic of the University of Texas School of Law**<br><br>727 East Dean Keeton Street<br>Austin, TX 78705-3299<br>(512) 232-1292<br>• Will represent aliens in Asylum cases<br>• Clinic is closed from May 1 until September 1 | **Texas Rio Grande Legal Aid, Inc.**<br><br>1111 N. Main Ave.<br>San Antonio, TX 78212<br>(210) 212-3783<br>Toll Free: (888) 988-9996<br><br>• Will represent Legal Permanent Residents, United States citizens, and U-visa or T-visa applicants |
| **The Bernardo Kohler Center**<br><br>P.O. Box 42185<br>Austin, Texas 78704<br>Tel: (512) 831-4272<br>Fax: (512) 661-0326<br>• Will represent indigent aliens in asylum cases<br>• Will represent Juveniles (under 21), U-visa, and T-visa applicants<br><br>• Does not provide representation for aliens detained at the Pearsall or Hutto detention facilities | **ASI–Asociacion de Servicios para el Inmigrante**<br><br>Linda Brandmiller, Esq.<br>P.O. Box 831183<br>San Antonio, Texas 78283<br>Tel: (210) 900-0991<br>Fax: (210) 579-9488<br>Email: lbrandmiller@asiinc.org<br><br>May charge nominal fee. Will provide representation for detainees in Hutto, Karnes, Pearsall, Dilly, Laredo and Encinal.<br>Only represents clients in San Antonio Immigration Court<br>Priority cases are juveniles, victims of crime, and trafficking<br>Will represent aliens in asylum cases |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

DE LA GARZA DECLARATION

EXHIBIT 4



# CARA
## Family Detention Pro Bono Project

## Pre-Release Orientations

**Your Immigration case is not finished when you are released!**

Come and learn about how to find an attorney, file your asylum case after your release, obtain a work permit while your asylum case is pending, attend meetings with immigration officials, arrive at and contact the immigration court, and change your address with the court if you change residence.

**Orientations are every Tuesday and Thursday morning from 9:00 a.m. to 10:00 a.m. and question and answer session from 10:00 a.m. to 10:30 a.m. in Building 100.**

The CARA Family Detention Pro Bono Project is supported by:








**Proyecto Para Ayudar Familias Detenidas**

# Orientación Sobre Salida

### ¡Su caso no termina cuando usted obtiene su salida!

Vengan y aprendan como encontrar un abogado, someter su caso de asilo después de su salida, adquirir un permiso de trabajo mientras su caso de asilo esta pendiente, asistir reuniones con oficiales de inmigración, llegar y contactar la corte de inmigración,  y cambiar su dirección con la corte si se muda de hogar.

**Cada martes y jueves de 9:00 a.m. a 10:00 a.m. seguido por una sesión para hacer preguntas de 10:00 am. a 10:30 a.m. en el Edificio 100.**

El Proyecto CARA Para Familias Detenidas es una colaboración entre:






DE LA GARZA DECLARATION

EXHIBIT 5



La información proporcionada en este manual le ayudará a comprender sus derechos en el proceso de deportación, y le ayudará a prepararse para tomar las mejores decisiones y participar en su propia defensa. Recuerde: la situación de cada persona es diferente.

Este manual no proporciona asesoría legal y no sustituye la ayuda legal calificada.

Este manual fue creado por abogados de derechos humanos y organizaciones que se especializan en ayudar a los inmigrantes detenidos a comprender sus derechos legales.

Este manual le ayudará a comprender el proceso legal básico, y la corte de inmigración; ya sea que usted pueda permanecer legalmente en los Estados Unidos; obtener una fianza o ser liberado; o devuelto a su país de origen rápidamente.

Si tiene alguna pregunta, comentario, o desea solicitar más información legal, por favor contáctenos en:

**American Bar Association**
**Commission on Immigration**
**740 Fifteenth Street, NW, 9th Floor**
**Washington, DC 20005-1022**
**Teléfono: (202) 442-3363**
**Fax: (202) 638-3844**
**Correo Electrónico: immcenter@americanbar.org**
**Sitio Web: www.americanbar.org/immigration**

La American Bar Association, ABA, el Colegio de Abogados de los Estados Unidos, por este medio concede su permiso para hacer copias de estos materiales, en su totalidad o en partes, para uso en el salón de clases en una institución de educación superior o para su uso por organizaciones de servicios legales sin fines de lucro, previsto que su uso sea para propósitos informativos, no comerciales únicamente y que cualquier copia de los materiales o porción de los mismos reconozca la publicación original de la ABA, incluyendo el título de la publicación, el nombre del autor y la leyenda: "Reimpreso con permiso de la American Bar Association. Todos los derechos reservados". No se podrá reproducir, guardar en un sistema de recuperación o transmitir de cualquier manera o por cualquier medio electrónico, mecánico, copias, grabaciones o de cualquier otra manera ninguna parte de esta publicación sin el permiso previo por escrito del editor. Para solicitar permiso, contacte al Departamento de Derechos de Autor y Contratos de ABA en: www.abanet.org/reprint.

Los materiales contenidos aquí representan las opiniones de los autores y editores y no deberán considerarse como aquellas de la ABA a menos de que hayan sido adoptadas de conformidad con los estatutos de la Asociación. Ningún contenido de la misma se considerará como la prestación de consejo legal para casos específicos, y los lectores son responsables de obtener dicho consejo de su propio abogado. Estos materiales y cualquier formulario y acuerdo en los mismos están destinados para propósitos informativos y educativos únicamente.

© American Bar Association 2013
Todos los derechos reservados

Este manual se basa en el video de la ABA "Conozca sus derechos" (2012) disponible en www.ambar.org/knowyourrights.

La ABA agradece a las muchas organizaciones e individuos que contribuyeron a la producción del video y de este manual, incluyendo:

ABA Commission on Immigration
ABA Communications and Media Relations
American Immigration Lawyers Association
Detention Watch Network
Florence Immigrant and Refugee Rights Project
National Immigrant Justice Center
Prof. Susan Terrio
Winston & Strawn LLP
Mark D. Agrast
Macarena Tamayo Calabrese
Karen M. Castillo
Karen T. Grisez
Laura L. Lichter
Megan H. Mack
Stephanie Ortbals-Tibbs
Irena Lieberman Sullivan

# Índice

**I. Conozca sus derechos** .................................................................. **7**

    **A.   En la Corte** .................................................................................. **7**

    **B.   Representación** .......................................................................... **7**

    **C.   Notificación de Comparecencia** ............................................... **8**

    **D.   Razones por las que usted podría quedarse en los Estados Unidos** ....... **11**

**II. Conozca el Proceso de la Corte** ..................................................... **12**

    **A.   Sepa que esperar en la Corte** .................................................. **12**

    **B.   Sus derechos en la Corte** ......................................................... **13**

    **C.   La Junta de Apelaciones de Inmigración** ................................. **14**

    **D.   Qué sucede si usted es deportado** ............................................ **15**

    **E.   Qué hacer si se le mantiene detenido por un largo plazo después de una orden de deportación** ............................................. **16**

**III. Conozca sus defensas** .................................................................. **17**

    **A.   Desafiar la deportación** ............................................................ **17**

    **B.   Ciudadanía de los Estados Unidos** .......................................... **18**

    **C.   Asilo, Detención de la Deportación, Convención Contra la Tortura** ......... **18**

    **D.   Estado de Protección Temporal** ............................................... **20**

    **E.   Cancelación de Deportación LPR** ............................................. **20**

    **F.   Cancelación de Deportación no LPR** ........................................ **21**

    **G.   Cancelación de Deportación por Regla Especial para Víctimas de Violencia Doméstica y sus Hijos** ......................................... **22**

    **H.   Visas T y U para víctimas de tráfico y otros crímenes** ............... **23**

    **I.   Residencia Permanente por Petición de Visa Familiar** ............... **24**

    **J.   Otras defensas: Registro, NACARA, HRIFA, Ley de Ajuste Cubano** ........ **25**

**IV. Liberación de detención: Fianza** ............................................................. **27**

**V.  Salida de los EE.UU.: Deportación y Salida Voluntaria** ........................................ **29**

**VI. Para más información** .................................................................................. **31**

# I. CONOZCA SUS DERECHOS

## A. LO QUE NECESITA SABER: Sus Derechos

- **Procedimientos de la Corte de inmigración**
- **¿Puede quedarse legalmente en los EE.UU.?**
- **¿Puede obtener una fianza o ser liberado de detención?**
- **¿Cómo puede ser devuelto a su hogar más rápido?**

### En la Corte

Las personas a las que usted verá usualmente en la corte incluyen al juez de inmigración, al fiscal de gobierno y al intérprete. El juez de inmigración lo escuchará (o a su representante), y al fiscal de gobierno y después decidirá su caso. El intérprete traducirá lo que todos están diciendo pero no puede proporcionarle consejo sobre su caso. Los intérpretes tienen el deber de interpretar todo lo que usted les diga para el juez de inmigración y el fiscal de gobierno. Entonces, nunca los aborde directamente con una pregunta en relación a su caso.

La ley de inmigración es muy complicada, y es mejor obtener la ayuda de un abogado o de un "representante acreditado".

---

*__Abogado__:*

*Autorizado para proporcionar consejo legal y representarlo en la corte.*

*__Representante Acreditado__:*

- *Trabaja para una agencia sin fines de lucro;*
- *Certificado por la Junta de Apelaciones de Inmigración ("BIA", por sus siglas en inglés); y*
- *Supervisado por un abogado para proporcionar consejo legal y representarlo en la corte.*

---

## B. LO QUE NECESITA SABER: Representación

- **Las comunicaciones con los abogados son confidenciales**
- **No hay "abogados gratuitos" o defensores públicos en la corte de inmigración**
- **Puede haber servicios gratuitos o de bajo costo disponibles – pida una lista**

7

**• Las llamadas a proveedores de servicios legales deben ser gratuitas**

Recuerde, todo lo que le diga a su abogado o representante acreditado es estrictamente privado y confidencial. Los abogados y representantes acreditados no le pueden decir a nadie lo que usted les diga, a menos de que usted les de permiso primero.

Aunque tiene el derecho a ser representado por un abogado o representante acreditado en los procedimientos de inmigración, el gobierno de los EE.UU. no le proporcionará un abogado, ni pagará un abogado para usted. Usted no tiene derecho a un defensor público o a un abogado designado por la corte pagado por el gobierno, puede haber ayuda legal disponible de forma gratuita o a bajo costo. Pídale a un oficial del ICE o al juez de inmigración una lista de los abogados y organizaciones que proporcionan servicios legales de manera gratuita o a bajo costo. Usted tiene el derecho de hacer llamadas telefónicas gratuitas a estos abogados mientras esté detenido.

Tenga cuidado de los consultores de inmigración, o "*notarios*", que fingen ser abogados o trabajar para abogados. Los abogados o representantes acreditados usualmente pueden proporcionar una prueba de que le pueden representar en la corte.

---

### ¡ATENCIÓN!

**CUIDADO con los consultores de inmigración, o "*notarios*", quienes no tienen permitido proporcionar consejo legal y pueden causar problemas con su caso.**

---

Si usted se representará a sí mismo, puede usar los recursos en la biblioteca legal para preparar su caso. De ser necesario, también puede pedirle al juez de inmigración más tiempo para preparar su caso.

## REPRESENTÁNDOSE A SÍ MISMO

- **¡Tenga cuidado! La ley de inmigración es muy complicada.**
- **Use los recursos en la biblioteca legal como ayuda para preparar su caso.**
- **Puede solicitarle al juez de inmigración más tiempo para encontrar ayuda o preparar su caso si es necesario**

Si es menor de 18 años, puede ser elegible para tratamiento especial, incluyendo ayuda legal y posible colocación en un centro de detención especial menos restrictivo.

---

### ¡ATENCIÓN!

**INFÓRMELE AL OFICIAL ICE Y AL JUEZ DE INMIGRACIÓN SI ES MENOR DE 18 AÑOS; PUEDE SER ELEGIBLE PARA TRATAMIENTO ESPECIAL.**

---

## C. Notificación de Comparecencia (NTA, por sus siglas en inglés)

Hay un documento importante llamado "Notificación de Comparecencia" o "NTA". Este manual es, en su mayoría, para las personas que han recibido un NTA y, por dicha razón, tienen el derecho de comparecer ante un juez de inmigración. El NTA es el documento que le dice al juez por qué la Oficina de Inmigración y Aduanas, o "ICE, por sus siglas en inglés", una agencia dentro del Departamento de Seguridad Nacional, cree que usted debe ser deportado de los Estados Unidos.

Muestra de un NTA:

---

**U.S. Department of Homeland Security**                    **Notice to Appear**

**In removal proceedings under section 240 of the Immigration and Nationality Act:**

File No:_ A0**55-555-555**

In the Matter of:

Respondent: __RAMOS, Jorge__                              currently residing at:

Port Isabel, SPC, 27991 Buena Vista Blvd., Los Fresnos, TX 78566

(Number, street, city and ZIP code)          (Area code and phone number)

☐ 1. You are an arriving alien.

☒ 2. You are an alien present in the United States who has not been admitted or paroled.

☐ 3. You have been admitted to the United States, but are removable for the reasons stated below.

The Department of Homeland Security alleges that you:

1) You are not a citizen of the United States.
2) You are a native of Mexico and a citizen of Mexico.
3) You entered the United States at or near Hidalgo, TX on or about 6/11/2010.
4) You did not then possess or present a valid immigrant visa, reentry permit, border crossing identification card, or other valid entry document.
5) You were not then admitted or paroled after inspection by an immigration officer.
6) You were, on August 18, 2009,, convicted in the Superior Court of Los Angeles for the offense of Receive Etc Known Stolen Property.

On the basis of the foregoing, it is charged that you are subject to removal from the United States pursuant to the following provision(s) of law:

Section 212(a)(7)(A)(i)(I)- of the Immigration and Nationality Act, as amended, as immigrant who, at the time of application for admission, is not in possession of a valid unexpired immigrant visa, reentry permit, border crossing card, or other valid entry document required by the Act, and a valid unexpired passport, or other suitable travel document, or document of identity and nationaqlity as required under the regulations issued by the AG.

☐ This notice is being issued after an asylum officer has found that the respondent has demonstrated a credible fear of persecution or torture.

☐ Section 235(b)(1) order was vacated pursuant to: ☐8CFR 208.30(f)(2) ☐8CFR 235.3(b)(5)(iv)

YOU ARE ORDERED to appear before an immigration judge of the United States Department of Justice at:

Harlingen EOIR, 2009 West Jefferson, Ste. 300, Harlingen, TX 7855

(Complete Address of Immigration Court, including Room Number, if any)

on _to be set_ at _to be set_ to show why you should not be removed from the United States based on the
(Date)          (Time)

charge(s) set forth above.                                          SDDO

Date: __9/21/10__      Harlingen, TX        (Signature and Title of Issuing Officer)

(City and State)

See reverse for important information          Form I-862 (Rev. 08/01/07)

## CASOS QUE NO SE PRESENTAN ANTE UN JUEZ DE INMIGRACIÓN:

Es posible que algunos de ustedes no reciban un NTA. Ordinariamente, no recibirá un NTA o tendrá derecho de ver a un juez de inmigración y defender su caso si una de las siguientes ocho situaciones es verdadera en su caso.

1. Se le encontró "inadmisible" en la frontera o aeropuerto al ingresar debido a que ingresó sin documentos o hizo una declaración falsa.
2. Fue arrestado sin documentos dentro de una distancia de 100 millas de la frontera y no pudo comprobar que ha estado en los Estados Unidos por más de 14 días.
3. Llegó por mar y estuvo en los Estados Unidos menos de 2 años.
4. Ingresó a los Estados Unidos sin inspección después de haber sido deportado o se quedó por más tiempo del indicado en una concesión de salida voluntaria en el pasado.
5. Ingresó a los Estados Unidos con una exención de Visa, a través de llenar un formulario verde de exención de Visa en el avión o en el puerto de entrada.
6. Ha sido condenado por un "delito grave", y no tiene estatus de residente permanente legal en este país.

> ### *Delito Grave:*
>
> *Una amplia categoría de crímenes que tienen ciertas consecuencias graves bajo la ley de inmigración, incluyendo asesinato, violación, y otros crímenes violentos, tráfico de drogas, y ciertos delitos de robo y fraude.*

7. Un juez ordenó su deportación o le concedió la salida voluntaria en el pasado, pero usted no salió del país como se le solicitó.
8. Usted firmó una orden estipulada de deportación para regresar a su país de origen y por lo tanto renunció a su derecho de que su caso fuera escuchado por un juez de inmigración.

> ### *Deportación Estipulada:*
>
> *Usted acuerda regresar a su país de origen y firma una orden indicando que no desea que su caso sea escuchado por un juez de inmigración.*

10

## D. CONOZCA SU DERECHO A QUEDARSE: Razones por las que podría quedarse en los Estados Unidos

Incluso si usted cae dentro de una de estas 8 categorías, aún puede ser elegible para permanecer en los Estados Unidos si teme que será perseguido en su país de origen. Es posible que también pueda quedarse en los EE.UU. si ha sido víctima de violencia doméstica, o tráfico de personas o de ciertos otros crímenes como secuestro o violación.

---

**¡ATENCIÓN!**

**SI USTED TEME VOLVER A SU PAÍS O ES VÍCTIMA DE VIOLENCIA DOMÉSTICA, TRÁFICO DE PERSONAS O CIERTOS OTROS CRÍMENES, ES POSIBLE QUE PUEDA QUEDARSE EN LOS ESTADOS UNIDOS.**

---

*Violencia Doméstica:*

*Abuso mental o físico o crueldad extrema de parte de un miembro de su familia u hogar, como su cónyuge o pareja, incluso si ustedes ya no están juntos.*

*Tráfico de Personas:*

*Cuando se le obliga o engaña para desempeñar trabajos forzados o actos sexuales forzados.*

---

Si teme ser objeto de persecución o ha sido víctima de uno de estos crímenes, debe hablar con un abogado y notificar a un oficial de ICE inmediatamente.

---

**¡ATENCIÓN!**

**SI TIENE UNA ORDEN DE DEPORTACIÓN PREVIA, PUEDE SER ELEGIBLE PARA PRESENTAR UNA MOCIÓN PARA REABRIR SU CASO ANTERIOR.**

**SI NO HA RECIBIDO UN NTA Y CREE QUE DEBERÍA RECIBIRLO, CONTACTE A UN ABOGADO Y A UN OFICIAL DE LA ICE INMEDIATAMENTE.**

---

## II. CONOZCA EL PROCESO DE LA CORTE

### A.  PROCEDIMIENTOS DE LA CORTE DE INMIGRACIÓN: Sepa que esperar en la Corte

Si su caso se presenta ante el juez de inmigración, este juez tomará las decisiones sobre su caso. El juez de inmigración no es un empleado de ICE. El juez representa a otra agencia de gobierno: El Departamento de Justicia.

Incluso si usted comparece ante el juez de inmigración junto con un grupo de detenidos, asegúrese de hablar con el juez de inmigración por separado y de hacer preguntas con respecto a sus propias inquietudes. También puede pedir hablar con el juez de inmigración a solas, sin la presencia de otros detenidos.

Si usted no tiene un abogado, el juez de inmigración debe explicarle por qué está en la corte y por qué cree el ICE que debe ser deportado de los Estados Unidos. El juez también le hablará sobre sus derechos legales, incluyendo cualquier opción, o "defensa" contra la deportación que pudiera tener. Sin embargo, el juez de inmigración no puede darle consejo legal sobre su caso y no sabrá sus circunstancias específicas. Finalmente, depende de usted ocuparse de su caso. El juez de inmigración le permitirá contar su versión del caso. El juez le permitirá también traer sus testigos, hacerle preguntas a cualquier testigo del gobierno y presentar cualquier otra evidencia o información que usted piense que pueda ser importante para su caso.

En el curso de una o más audiencias, el juez de inmigración decidirá una de las siguientes tres cosas:

1. ¿Puede el gobierno deportarlo del país?

2. ¿Tiene el derecho legal de quedarse en los EE.UU.?

3. ¿Cree el juez de inmigración que se le debe permitir quedarse?

En su primera comparecencia en la corte de inmigración, el juez le preguntará si habla inglés. Si no habla inglés, o si solo entiende un poco de inglés, pero no todo lo que escucha, la corte le proporcionará un intérprete gratuito para su caso. El intérprete le ayudará a comprender lo que se está diciendo en la corte, pero no le puede proporcionar consejo legal.

---

### ¡ATENCIÓN!

**SI NO HABLA INGLÉS, SOLICITE UN INTÉRPRETE GRATUITO.**

**UN INTÉRPRETE SOLO TRADUCIRÁ; LOS INTÉRPRETES NO PUEDEN PROPORCIONAR CONSEJO LEGAL.**

---

Después, el juez de inmigración deberá preguntar si usted tiene un abogado u otro representante, y le ofrecerá una lista de organizaciones y abogados gratuitos. No tema pedir más tiempo si no tiene un abogado y desea tratar de encontrar uno.

## ¡ATENCIÓN!

### PUEDE SOLICITAR MÁS TIEMPO PARA ENCONTRAR AYUDA LEGAL O PREPARAR SU PROPIO CASO.

## B. CONOZCA SUS DERECHOS EN LA CORTE. Usted tiene derecho a:

* **Revisar y rechazar los cargos**
* **Proporcionar información sobre su caso**
* **Examinar la evidencia (documentos, etc.)**
* **Hacerle preguntas a cualquier testigo (si los hay) que hable en su contra.**

Cuando esté preparado para comenzar su caso, el juez de inmigración le preguntará si usted recibió la "Notificación de Comparecencia" o "NTA". Vea el NTA de muestra en la página 9. Si no tiene el NTA, pídale una copia al juez de inmigración. Si no comprende lo que está escrito en el NTA, el juez de inmigración se lo explicará. El NTA contiene los hechos sobre usted y su caso. También contiene los "cargos" legales o razones por las cuales el ICE cree que usted puede ser deportado. El juez de inmigración le preguntará si los hechos y cargos legales contenidos en el NTA son correctos.

**Es muy importante que usted revise cuidadosamente los hechos y cargos en el NTA ya que estos pueden determinar si es que usted puede solicitar una fianza o pelear con éxito la deportación.**

**Si alguno de los hechos no es correcto, dígaselo al juez de inmigración. Tiene el derecho de admitir o rechazar los cargos en su NTA. Esto se llama "alegato de los cargos".**

**También tiene el derecho de ver cualquier evidencia contra usted antes de que admita o rechace los cargos.**

En su audiencia, usted tendrá el derecho de proporcionar información que apoye su caso al juez de inmigración, presentando testigos y registros, reportes, cartas de sus amigos, de su autoridad religiosa – tal como su pastor, empleador u otros documentos. También tiene el derecho de revisar cuidadosamente o "examinar" cualquier documento y de hacer preguntas a cualquier testigo que hable en su contra en la audiencia.

Si usted tiene una condena penal, el juez de inmigración no puede cambiar la decisión

13

de la corte penal. Si el caso penal aún está en apelación, en algunos lugares no podrá ser usado en su contra debido a que su condena aún no es definitiva. Si usted siente que la decisión de la corte penal estuvo mal, o si no comprendió como afectaría el caso penal su estatus de inmigración, usted o un abogado pueden tratar de corregir el registro en su caso penal. Recuerde, la corte de inmigración no es la corte penal, así que no le pida al juez de inmigración que cambie algo decidido por el juez de la corte penal. Pero, puede solicitarle al juez de inmigración que continúe con su caso de inmigración en una fecha futura para que usted pueda corregir el registro penal.

Si usted tiene una condena penal, y su abogado de defensa penal le proporcionó asesoría incorrecta o no discutió las consecuencias de inmigración con usted, puede ser posible anular su condena bajo un caso de la Suprema Corte de los EE.UU. decidido en el 2010 llamado *Padilla v. Kentucky.*

Para poder "anular" o cancelar su condena penal por medio de *Padilla,* debe demostrar:

1. Que su abogado de defensa penal le proporcionó asesoría incorrecta o que no discutió las consecuencias de inmigración con usted, y

2. Que el resultado de su caso penal hubiera sido diferente si su abogado no le hubiera proporcionado la asesoría incorrecta o ninguna asesoría.

---

## ¡ATENCIÓN!

**SI TIENE INQUIETUDES ACERCA DE SU CASO PENAL, O PIENSA QUE SU CONDENA PUEDE SER ANULADA POR MEDIO DE *PADILLA,* DEBE HABLAR CON UN ABOGADO DE INMEDIATO.**

**PUEDE SER QUE NO HAYA MUCHO TIEMPO PARA HACER CUALQUIER CORRECCIÓN QUE PUEDA SER PERMITIDA.**

---

## C. LA JUNTA DE APELACIONES DE INMIGRACIÓN (BIA, por sus siglas en inglés)

### USTED TIENE EL DERECHO DE APELAR ANTE LA JUNTA DE APELACIONES DE INMIGRACIÓN ("BIA").

Si un juez de inmigración rechaza su caso, tiene el derecho de apelar ante la Junta de Apelaciones de Inmigración, también conocida como la BIA.

---

### *Apelación:*

*Hacer una solicitud a una corte de mayor rango para una nueva audiencia o revisión de la decisión del juez de inmigración en su caso.*

14

Apelar significa pedirle al BIA, o a una corte mayor, una audiencia o revisión de su caso para verificar cualquier error cometido por el juez de inmigración. Para poder presentar una apelación debe enviar una "Notificación de Apelación" al BIA y esta debe llegar al BIA dentro de los siguientes 30 días después de la decisión del juez de inmigración.

---

### ¡ATENCIÓN!

**SOLO TIENE 30 DÍAS PARA QUE SU APELACIÓN LLEGUE AL BIA.**

---

El gobierno también puede apelar. Si no se apela la orden del juez de inmigración dentro de los siguientes 30 días, por parte de usted o del gobierno, está se convierte en una orden definitiva de deportación.

En algunos casos, es posible apelar la decisión del BIA en la Corte de Apelaciones de los EE.UU. con jurisdicción sobre la ubicación en la que usted está detenido.

## D.  ¿QUÉ SUCEDE SI ME DEPORTAN?

Es importante que usted comprenda las consecuencias de ser "retirado" o deportado.

---

***Retirado:***

*Retirado significa deportado.*

---

+ **Una vez que un juez haya ordenado su deportación y que usted haya dejado los EE.UU., ya no podrá regresar legalmente a los Estados Unidos durante por lo menos 10 años, si acaso, sin un permiso especial. Usted puede obtener un permiso especial llamado una exención para regresar antes de los 10 años. Sin embargo, es muy difícil obtener este permiso.**

+ **Una vez que usted haya sido deportado dos veces, no podrá regresar de manera legal por 20 años, a menos de que usted tenga un permiso especial que es muy difícil de obtener. Si usted es deportado después de haber sido condenado de un delito grave, usted no podrá regresar nunca, a menos de que obtenga un permiso especial diez años después de su deportación. Pero, es muy difícil obtener este permiso.**

- **Si usted fue deportado, pero reingresó o trato de reingresar a los EE.UU. sin permiso, usted no podrá regresar nunca, a menos de que obtenga un permiso especial después de diez años de estar fuera de los EE.UU.**

- **Si usted reingresó o trató de reingresar después de haber estado en los EE.UU. previamente sin permiso durante por lo menos un año, usted nunca podrá regresar a menos de que obtenga un permiso especial después de diez años de estar fuera de los EE.UU.**

- **Si usted regresa ilegalmente después de una deportación previa, puede enfrentar cargos penales y prisión.**

Si se le ordena la deportación, puede permanecer en custodia hasta ser deportado. Puede ser deportado rápidamente, o deportarlo le puede tomar al ICE semanas o incluso más tiempo.

Recuerde, es un delito grave reingresar a los Estados Unidos sin permiso después de haber sido deportado del país. Puede ser sentenciado hasta a 20 años de prisión por regresar ilegalmente si usted tiene antecedentes penales.

## E.  ¿QUÉ PUEDO HACER SI SE ORDENA MI DEPORTACIÓN PERO PERMANEZCO EN CUSTODIA POR UN LARGO PERIODO DE TIEMPO?

Si no se le deporta inmediatamente, tendrá revisiones de custodia después de 90 días y después de 180 días. En estas revisiones, puede solicitar al ICE que lo libere de la detención.

- Después de 90 días tendrá una revisión de custodia, y le puede pedir al ICE que lo libere de detención mientras la deportación está pendiente.

- Después de 180 días tendrá otra revisión de custodia, le puede pedir nuevamente al ICE que lo libere de la detención.

Generalmente, después de 180 días, el ICE lo liberará a menos de que no haya cooperado con su deportación, o que haya interferido con los esfuerzos del gobierno para deportarlo, o que se determine que su deportación es muy probable en el futuro previsible razonablemente.

## III. CONOZCA SUS DEFENSAS

**FORMAS EN LAS QUE PUEDE PELEAR SU CASO DE DEPORTACIÓN EN LA CORTE**

Hay muchas posibles "defensas" o formas en las que puede pelear su caso y permanecer en los Estados Unidos legalmente. En esta sección, revisaremos 12 defensas diferentes que puede usar, y le ayudaremos a identificar las defensas que pueden aplicar a su caso. Para obtener más información, necesitará obtener ayuda de un abogado o materiales de revisión en la biblioteca legal.

---

**¡ATENCIÓN!**

**SI PIENSA QUE CALIFICA PARA CUALQUIERA DE LAS DEFENSAS DESCRITAS EN ESTA PARTE DEL MANUAL, HÁGASELO SABER AL JUEZ DE INMIGRACIÓN Y AL ICE INMEDIATAMENTE.**

---

## A. PELEE SU CASO EN LA CORTE – CONOZCA SU DERECHO A DESAFIAR LA DEPORTACIÓN

**¿ESTÁ CORRECTO SU NTA?**

Tiene el derecho a estar en desacuerdo con las declaraciones hechas en su NTA, y si el juez de inmigración está de acuerdo con usted, es posible que su caso se dé por terminado y que usted no sea deportado.

Su NTA está dividido en dos partes (ver NTA de muestra en la página 9). La parte superior contiene lo que se conoce como "alegaciones de hecho". Estos son los hechos relacionados con su caso, tales como su ciudadanía, cuándo y cómo ingresó a los EE.UU., si su estatus es legal y si usted ha sido condenado por ciertos crímenes.

La parte inferior contiene los cargos de deportación, que son las razones legales con base en las secciones de la ley de inmigración por las que el ICE cree que usted puede ser deportado de los EE.UU.

Si las alegaciones de hecho en la parte superior son verdaderas, entonces el juez de inmigración las puede utilizar para decidir si usted puede ser deportado por las razones legales en la parte inferior. Usted tiene el derecho de estar en desacuerdo con el NTA. Por ejemplo, si el NTA dice que usted llegó a los EE.UU. en el 2001, pero en realidad llegó en 1998, o dice que usted ingresó ilegalmente, pero en realidad ingresó con una visa, es muy importante que usted le haga saber esto al juez de inmigración.

17

Un abogado le puede ayudar a escribir un argumento legal si el juez de inmigración lo solicita. Si no tiene un abogado, puede ir a la biblioteca en este centro de detención para escribir algo que decirle al juez de inmigración sobre por qué cree que los cargos están mal, o, si no puede escribir nada, también le puede decir al juez de inmigración en la corte que usted rechaza los cargos y la deportación y por qué.

Ahora, revisaremos varias "defensas" o maneras de ayuda, comenzando con la ciudadanía.

## B. DEFENSA #1: CIUDADANÍA DE LOS EE.UU.  — ¿ES USTED CIUDADANO DE LOS EE.UU.?

¿Es usted ciudadano de los EE.UU.? Los ciudadanos de los EE.UU. no pueden ser deportados de los Estados Unidos y deben ser liberados de la detención.

**USTED PUEDE SER CIUDADANO DE LOS EE.UU. SI CUALQUIERA DE LOS SIGUIENTES ES VERDADERO:**

- **Usted nació en los Estados Unidos.**
- **Uno de sus padres o abuelos nació en los Estados Unidos, o es un ciudadano de los EE.UU.**
- **Uno de sus padres o abuelos se convirtió en ciudadano de los EE.UU. antes de que usted naciera.**
- **Usted es residente permanente y ha servido en las fuerzas armadas de los EE.UU. y ha sido cesado honorablemente.**
- **Nació en el extranjero y su padre/madre es ciudadano de los EE.UU.**
- **Uno de sus padres sirvió en las fuerzas armadas de los EE. UU. o trabajó para el gobierno de los EE.UU. en el extranjero.**

Las reglas son bastante complicadas, pero si usted puede probar que califica, ¡no podrá ser deportado o detenido! Si usted piensa que podría ser un ciudadano de los EE.UU. debe hacérselo saber al oficial del ICE y al juez de inmigración.

## C. ASILO, DETENCIÓN DE LA DEPORTACIÓN O CONVENCIÓN CONTRA LA TORTURA (CAT, por sus siglas en inglés)

### DEFENSA #2: ASILO

Si usted teme regresar a su país, puede ser elegible para una forma de remedio llamado asilo o una defensa relacionada. Estas formas de remedio pueden estar disponibles para usted incluso si ya tiene una orden de deportación o acordó salir del país voluntariamente; también se basan en pedirle al juez que no lo deporte debido a que sería peligroso para usted regresar a su país.

18

Usted puede calificar para asilo si teme ser "perseguido", lo que incluye amenazas a su seguridad personal, o a su vida o libertad, así como a discriminación que sea tan grave como para hacer imposible la vida normal. Para poder calificar, debe mostrarle al juez que la razón por la que sería perseguido está relacionada a una de las cinco razones protegidas:

1. Raza

2. Religión

3. Nacionalidad

4. Opinión política (incluso si las personas simplemente piensan que usted tiene cierta opinión)

5. Grupo social

Para grupo social, esto significa que las personas pueden tratar de hacerle daño debido a un grupo del que usted haya sido parte, como un sindicato, grupo estudiantil, grupo étnico o político, o debido a algo que sea parte de su identidad, como su color de piel, la tribu a la que pertenece o su etnia, su educación, o ya sea por ser mujer u homosexual. Por ejemplo, usted puede tener miedo debido a que algunas personas de su iglesia han sido arrestadas y se les ha tratado muy mal.

También le debe demostrar al juez que los daños que usted teme estarían en manos, ya sea de su propio gobierno o de un grupo que su gobierno no puede o no quiere controlar. Esto es, que el gobierno no pueda o no quiera protegerlo de la persecución que usted teme.

Finalmente, usted debe solicitar el asilo ordinariamente en un periodo de un año desde su última entrada a los Estados Unidos. Si usted ya ha estado aquí por más de un año, tendrá que demostrar que hay circunstancias especiales que excusan la presentación después de un año, tal como la pérdida resiente de su estatus legal, un cambio en las condiciones de su país, un cambio en sus circunstancias, enfermedad grave o discapacidad física o mental, o discapacidad legal, como ser menor de edad.

Si hace su solicitud tarde y no tiene una buena razón para ello o ha sido condenado por un delito grave, usted no será elegible para asilo, pero puede solicitar otras defensas similares, incluyendo "detención de la deportación" o protección bajo la "Convención contra la tortura", también conocida como "CAT".

## DEFENSA #3: DETENCIÓN DE LA DEPORTACIÓN
y
## DEFENSA #4: CONVENCIÓN CONTRA LA TORTURA ("CAT")

Calificar para detención de la deportación es diferente que para el asilo, debido a que usted no necesita presentar su solicitud en el periodo de un año, y puede hacer su solicitud siempre y cuando no tenga ningún crimen "particularmente grave" en su

19

registro, y no sea descalificado de alguna otra manera.

> ### *Detención de la Deportación:*
>
> *No se necesita presentar solicitud dentro del periodo de un año. Puede calificar siempre y cuando cumpla con los requerimientos, incluyendo no tener condenas por algún crimen particularmente grave.*

Para el remedio por medio de la Convención Contra la Tortura, o CAT, puede calificar después de un año y recibir un aplazamiento de la deportación incluso si usted ha cometido ciertos delitos graves, si puede probar que será torturado (o gravemente perjudicado) por su gobierno, o que el gobierno acepta o es intencionadamente ciego a la tortura.

> ### *Convención Contra la Tortura ("CAT"):*
>
> *Incluso si usted ha cometido ciertos delitos graves, puede recibir un aplazamiento de la deportación por medio del CAT si usted será torturado (o gravemente perjudicado) por su gobierno, o que el gobierno acepta o es intencionadamente ciego a la tortura.*

Aunque se le conceda una detención de la deportación o CAT, puede ser deportado a un país que no sea el suyo, si hay alguno que lo admita.

Puede ser elegible para protección de la deportación si usted teme ser atacado al regresar a su país de origen, incluso si no se le ha dado un NTA y se le ha dicho que no es elegible para presentarse en la corte ante el juez de inmigración. Si usted no tiene un abogado, dígale inmediatamente al oficial del ICE y al juez de inmigración que usted teme regresar a su país por cualquier razón.

## D. DEFENSA #5: ESTADO DE PROTECCIÓN TEMPORAL ("TPS, por sus siglas en inglés")

El gobierno de los EE.UU. ofrece el Estado de Protección Temporal (o "TPS") para ciudadanos de países específicos después de un desastre natural, tal como una inundación o terremoto, o levantamiento político, tal como una guerra o conflicto civil. No todos los países que sufren de desastres están en la lista.

Para obtener la lista de los países TPS, pídasela a un oficial del ICE o al juez, o vaya a www.uscis.gov

## E. DEFENSA #6: CANCELACIÓN DE DEPORTACIÓN LPR (Residentes permanentes legales, por sus siglas en inglés)

Otra forma de remedio recibe el nombre de "cancelación de la deportación". Hay tres tipos diferentes de "cancelación de la deportación", incluyendo una para residentes permanentes legales (o "LPR", por sus siglas en inglés). La concesión de la cancelación de actos de deportación como un perdón para sus violaciones de inmigración pasadas, y puede ser elegible incluso si ha cometido ciertos crímenes.

## PUEDE SER ELEGIBLE PARA CANCELACIÓN LPR SI USTED PUEDE DEMOSTRAR:

1. Que ha sido un residente permanente legal durante por lo menos 5 años;

2. Residencia continua en los EE.UU. por 7 años después de haber entrado legalmente con cualquier estatus; y

3. No tener ninguna condena por "delitos graves".

Si ingresó con una visa, incluso si estuvo aquí de forma ilegal por algún tiempo antes de obtener su tarjeta de residente permanente, aún puede calificar, siempre y cuando haya sido residente permanente por 5 años.

Necesita asegurarse de no haber sido condenado por cualquiera de los delitos llamados "delitos graves" bajo la ley de inmigración.

> ### *Delito Grave:*
> *Una amplia categoría de delitos que tienen ciertas consecuencias graves bajo la ley de inmigración, incluyendo el asesinato, violación, abuso sexual de menores y otros crímenes violentos, tráfico de drogas y ciertos delitos de robo y fraude, ciertos delitos en relación a las apuestas y prostitución.*

Aunque una condena puede no parecer tan grave en una corte penal, la ley de inmigración tiene su propia definición de lo que es un "delito grave", y cualquier delito grave lo descalificaría para obtener una cancelación de deportación. Los delitos graves más comunes incluyen crímenes violentos y ciertos delitos relacionados con drogas y robo.

Si su condena fue hace mucho tiempo – antes del 24 de abril de 1996 – entonces quizá pueda calificar para algo llamado remedio por la Sección 212(c), la cual está disponible siempre y cuando la condena no haya sido por ciertos crímenes y dependiendo de su sentencia.

Aunque usted cumpla con los 3 requisitos para la cancelación de su deportación, aún

tendrá que demostrarle al juez que merece una segunda oportunidad por cosas como un largo tiempo de residencia en los EE.UU., familia cercana en los EE.UU., historial de empleo, si es dueño de una propiedad – tal como su hogar o negocio, si contribuye a la comunidad, si paga sus impuestos, y otros lazos con su comunidad, así como su comportamiento antes de ser condenado.

> **_Remedio por la Sección 212(c):_**
>
> _Puede estar disponible dependiendo del crimen cometido, si la condena fue antes del 24 de abril de 1996._

Si es un residente permanente, debe hablar con un abogado o preguntarle al juez si puede calificar para la cancelación de la deportación o para remedio por la Sección 212(c) para una condena criminal antes del 24 de abril de 1996.

## F. DEFENSA #7: CANCELACIÓN DE DEPORTACIÓN NO LPR:

El segundo tipo de cancelación de deportación, llamado "cancelación no LPR", ayuda a las personas indocumentadas si ya han vivido en los EE.UU. durante por lo menos 10 años.

## PUEDE CALIFICAR PARA LA CANCELACIÓN DE DEPORTACIÓN NO LPR SI PUEDE DEMOSTRAR:

1. Que su cónyuge, hijos o padres son ciudadanos estadounidenses o residentes permanentes legales ("LPR") y sufrirían una carga excepcional o extremadamente inusual por su deportación.

2. Que ha estado en los EE.UU. por más de 10 años.

3. Que no ha sido condenado por ciertos crímenes, tales como delitos graves o un delito que involucre depravación moral;

4. Que ha tenido buen carácter moral durante los 10 años antes de la solicitud; y

5. Merece un ejercicio favorable de la discreción – merece que se le conceda la ayuda.

Puede calificar incluso si salió de los EE.UU. durante un corto periodo de tiempo durante los últimos 10 años, pero si salió de los EE.UU. por más de 90 días en un solo viaje o 180 días de tiempo total durante los 10 años, no será elegible para esta ayuda. Tendrá que reunir pruebas de que ha estado presente en los EE.UU. durante los últimos 10 años con evidencia como recibos de renta, empleo o registros escolares, los certificados de nacimiento de sus hijos, registros de impuestos, recibos de servicios públicos y cartas de sus amigos y lideres de comunidades en los EE.UU.

## G. DEFENSA #8: CANCELACIÓN DE DEPORTACIÓN POR REGLA ESPECIAL PARA VÍCTIMAS DE VIOLENCIA DOMÉSTICA Y SUS HIJOS

La última forma de cancelación de deportación es para víctimas de violencia doméstica y se llama "cancelación de deportación por regla especial".

### PUEDE CALIFICAR PARA LA CANCELACIÓN DE DEPORTACIÓN POR REGLA ESPECIAL SI PUEDE DEMOSTRAR:

1. Violencia doméstica:
   a. Usted sufrió de abuso por parte de su cónyuge o padres que sean ciudadanos o residentes permanentes de los EE.UU.; o
   b. Sus hijos sufrieron de abuso por parte de sus padres que sean ciudadanos o residentes permanentes de los EE.UU.;
2. Usted ha vivido en los EE.UU. durante por lo menos 3 años;
3. Usted tiene un buen carácter moral; y
4. No ha cometido ciertos crímenes.

> ### Violencia Doméstica:
> El abuso físico o mental o crueldad extrema por parte de alguien en su familia u hogar, como su cónyuge o pareja, incluso si ya no están juntos. Por ejemplo, su esposo le pudo haber ordenado quedarse en casa todos los días cocinando y limpiando y la amenazó con hacerle daño o denunciarla a inmigración si lo dejaba.

Hay otras visas especiales o patrocinios para las víctimas de violencia doméstica. Si usted o sus hijos han sido víctimas alguna vez de violencia física o abuso mental en el hogar, discuta sus opciones con su abogado, o dígaselo al juez de inmigración.

## H. DEFENSA #9: VISA T
## y
## DEFENSA #10: VISA U

También hay visas especiales para las víctimas de tráfico de personas o ciertos otros crímenes que pueden proporcionar una defensa contra la deportación.

### Defensa #9: Visa T para víctimas de tráfico de personas

La visa T puede estar disponible para usted si ha sido víctima de tráfico grave de

23

personas.

> ### _Tráfico de Personas:_
>
> _Cuando es obligado, amenazado o engañado para que desempeñe trabajos forzados o actos sexuales forzados._

Por ejemplo, algunas veces los traficantes de las víctimas de tráfico de personas les dicen que deben trabajar para pagar su deuda, o de lo contrario ellos o sus familias serán lastimados físicamente, lo que deja a la víctima sintiéndose atrapada y vulnerable. O una víctima puede ser obligada a trabajar como prostituta o de lo contrario enfrentará el mismo tipo de amenazas de violencia contra sí o sus familiares.

## PUEDE CALIFICAR PARA UNA VISA T SI PUEDE DEMOSTRAR QUE:

1. Es víctima de una forma grave de tráfico de personas;
2. Se encuentra en los EE.UU. o en sus territorios como resultado de este tráfico;
3. Ha cooperado o está dispuesto a cooperar con los oficiales de la ley para investigar el tráfico – a menos de que sea menor de 18 años, o que no pueda cooperar debido a un trauma físico o psicológico; y
4. Puede demostrar que sufriría dificultades extremas si fuera deportado de los EE.UU.

Si piensa que es víctima del tráfico de personas, debe hablar con su abogado, el juez de inmigración o un oficial del ICE. Para más información, vea www.uscis.gov

### Defensa #10: Visa U para víctimas de cierto tipo de crímenes

Si usted es víctima de ciertos tipos de crímenes violentos o graves que sucedieron en los Estados Unidos, puede calificar para una visa U.

Si usted o un pariente cercano fueron víctimas de violencia doméstica u otra violencia incluyendo violación, tortura, tráfico de personas, incesto, ataque o explotación sexual, secuestro, extorsión, asalto grave, asesinato, rapto, situación de rehén, servidumbre involuntaria, obstrucción de la justicia, esclavitud, perjurio, prostitución, trata de esclavos, manipulación de testigos, detención criminal ilegal u otro crimen relacionado, puede calificar para una visa U. Por ejemplo, si sufrió de violencia doméstica por parte de su esposo y este no era ciudadano o residente permanente de los EE.UU., puede ser elegible. (Si su esposo era un ciudadano o residente permanente de los EE.UU., vea la Defensa #8: Cancelación de Deportación para Víctimas de Violencia Doméstica y sus Hijos por Regla Especial). Para más información, vea www.uscis.gov

24

**PUEDE CALIFICAR PARA UNA VISA U SI:**

1. Sufrió de abuso físico o mental grave como resultado de ciertos crímenes que violan las leyes de los EE.UU. o que ocurrieron en dónde se aplique la ley de los EE.UU.;

2. Tiene información sobre un crimen; y

3. Una agencia de ley declara que puede ayudar en la investigación de un crimen.

## I.  DEFENSA  #11:  RESIDENCIA  PERMANENTE  POR  PETICIÓN  DE  VISA FAMILIAR O PETICIÓN PRESENTADA POR SU EMPLEADOR

Si hay un miembro de su familia cercana que sea ciudadano o residente permanente legal de los EE.UU., este puede presentar una petición de visa para que usted sea elegible para el estado de residente permanente legal. Sin embargo, frecuentemente los tiempos de espera para que pueda ajustar su estatus al de residente permanente legal pueden ser muy largos.

**Los siguientes miembros de su familia pueden presentar una petición familiar para usted:**

- **Su cónyuge, si es un ciudadano o residente permanente legal de los EE.UU.;**
- **Sus padres, si son ciudadanos o residentes permanentes legales de los EE.UU.;**
- **Sus hijos adultos si tienen más de 21 años y son ciudadanos estadounidenses; o**
- **Sus hermanos adultos si tienen más de 21 años y son ciudadanos estadounidenses.**

Si parece que una petición familiar le dará la oportunidad de solicitar la residencia, pídale al juez de inmigración tiempo para presentar la petición. Incluso si tiene una petición familiar aprobada, puede dejar los Estados Unidos para solicitar la residencia desde el consulado de los EE.UU. en su país de origen, a través de un proceso llamado "procesamiento consular".

> **_Procesamiento Consular_:**
>
> _Procesar una solicitud para residencia en los EE.UU. desde un Consulado de los EE.UU. fuera de los Estados Unidos._

Desafortunadamente, algunas personas que tienen que dejar el país y seguir su

25

proceso en su país no califican para regresar a los EE.UU. También, puede tener problemas debido a ciertas violaciones de inmigración o crímenes que no se pueden arreglar. En casos que no requieren que usted salga de los EE.UU., sin embargo, el juez de inmigración o USCIS puede revisar su caso y decidir si usted es elegible para una "exención" para justificar ciertos problemas. Las exenciones se pueden basar en las dificultades que pasarían los miembros de su familia que están aquí legalmente.

En algunos casos, su empleador también lo puede patrocinar si usted está trabajando en un área que requiera habilidades especiales y usted puede recibir una tarjeta de residente permanente. Si está trabajando en dichas áreas y su empleador está dispuesto a patrocinarlo, hable con el abogado sobre su caso.

**Si usted tiene un pariente cercano que sea ciudadano o residente permanente de los EE.UU., o alguna vez fue patrocinado por un pariente o empleador, puede ser elegible para solicitar la residencia ante el juez. Para más información y para descargar los formularios para petición basada en la familia o empleo, vea www.uscis.gov.**

## J.  OTRAS DEFENSAS

Algunas personas que han estado en los EE.UU. por largos periodos de tiempo pueden calificar para otras defensas especiales o formas de remedio. **Para más información vea www.uscis.gov**.

### DEFENSA #12: REGISTRO

Si ha estado en los EE.UU. desde el 1 de enero de 1972, puede calificar para la residencia a través del "registro", incluso si no padecería una carga excesiva o no tiene un pariente que califique. **Para más información vea ww.uscis.gov.**

### DEFENSA #13: NACARA

Los ciudadanos de ciertos países, Nicaragua, El Salvador, Guatemala, Cuba y el antiguo bloque soviético, así como sus cónyuges e hijos no casados pueden calificar para el NACARA si han vivido en los EE.UU. por muchos años y han presentado ciertas solicitudes. **Para más información vea www.uscis.gov**

### DEFENSA #14: HRIFA

Los haitianos que han estado en el país desde 1995 y han presentado ciertas solicitudes también pueden ser elegibles para suspensión de deportación por medio de una ley llamada HRIFA. **Para más información vea www.uscis.gov.**

### DEFENSA #15: LEY DE AJUSTE CUBANO

Los cubanos y sus cónyuges e hijos pueden ser elegibles para suspensión bajo la Ley de Ajuste Cubano.

**Si piensa que puede calificar para una de estas defensas, dígale al juez de inmigración de dónde es usted y cuánto tiempo ha estado en los Estados Unidos. Para más información vea www.uscis.gov**

27

## IV. LIBERACIÓN DE DETENCIÓN — FIANZA

Usted debió haber recibido un Formulario de Determinación de Custodia del ICE (Formulario 286) al mismo tiempo que le fue notificado el NTA. El formulario de determinación de custodia le indicará si puede pagar una fianza, y de ser así, que cantidad necesita pagar antes de ser liberado.

> ### *Fianza:*
> *Dinero que usted o alguien más paga en su nombre para garantizar que usted acudirá a sus audiencias de inmigración y citas con los oficiales de ICE. Se le puede devolver este dinero al final de su caso si usted cumple con todas las órdenes.*

Si usted es liberado bajo fianza, se compromete a cumplir con las órdenes del juez de inmigración al final de su caso, incluyendo cualquier apelación, incluso si esto significa que usted tenga que salir de los Estados Unidos. Si mantiene su promesa y paga su fianza directamente al ICE, se le devolverá su dinero con intereses después de que termine su caso. Para poder obtener la devolución de su dinero, debe seguir todas las órdenes del juez de inmigración o corte de apelaciones, si hay una apelación. Los formularios para solicitar la fianza están en la página web www.ice.gov/news/library/forms. Además, las instrucciones sobre cómo obtener la devolución de su fianza están en http://www.ice.gov/doclib/news/library/forms/pdf/i352.pdf.

Si usted paga su fianza a través de una agencia, solo paga un cierto porcentaje de su fianza pero usualmente no recupera nada al final.

Si el formulario muestra que la fianza es demasiado alta para que usted la pague, o "sin fianza", o indica que usted está sujeto a detención obligatoria, tiene el derecho de que esta determinación de custodia sea revisada por el juez de inmigración en una audiencia de fianza. Usualmente, el juez de inmigración puede revisar la cantidad de su fianza y fijar una nueva cantidad. Tenga en mente que el juez de inmigración no llevará a cabo una audiencia de fianza a menos de que usted lo solicite. Así que, usted o su abogado necesitan solicitar una audiencia de fianza al juez de inmigración. **Considere que el juez de inmigración también puede incrementar o retirar su fianza.**

Las personas consideradas como "extranjeros que llegan", lo que significa aquellos que fueron arrestados en un puente internacional o aeropuerto, **no** son elegibles para una audiencia de fianza ante el juez de inmigración, pero pueden solicitarle a los oficiales de deportación de ICE la "libertad condicional" o liberación de detención.

**¿Quién puede solicitar una fianza?**

28

Algunos individuos cuyos casos están en la corte de inmigración no son elegibles para ser liberados bajo fianza. Por ejemplo, si usted fue arrestado en un punto de revisión de la frontera o en un aeropuerto internacional, o si ha cometido ciertos crímenes, o si hay inquietudes de seguridad nacional sobre su caso, no será elegible para fianza. Otros, tales como individuos con una orden de deportación acelerada u orden de deportación administrativa, o aquellos que reingresaron ilegalmente a los EE.UU. después de una deportación anterior, no podrán obtener una fianza porque no tienen el derecho de comparecer en la corte de inmigración. Generalmente, estos individuos no serán liberados a menos de que la ICE no los pueda deportar a su país de origen. Finalmente, las personas que se quedaron más tiempo del permitido en su visa o violaron los términos de un programa de exención de visas, o cuya deportación fue ordenada pero que nunca salieron de los EE.UU. no serán elegibles para una fianza o una audiencia en la corte.

**USTED NO ES ELEGIBLE PARA UNA FIANZA SI:**

- **Fue arrestado en un punto de revisión en la frontera o aeropuerto internacional**
- **Ha cometido ciertos crímenes**
- **Hay inquietudes de seguridad nacional**
- **Tiene una orden de deportación acelerada o deportación administrativa**
- **Reingresó ilegalmente después de una deportación previa**
- **Se quedó por más tiempo del permitido en su visa o violó los términos de un programa de exención de visas**
- **Ya se había ordenado su deportación pero nunca salió de los EE.UU.**

Aunque un juez no pueda liberarlo bajo fianza, puede ser elegible para otra forma de liberación llamada libertad condicional, la cual es concedida por ICE, no por el juez de inmigración.

**PARA SER ELEGIBLE PARA UNA FIANZA, DEBE DEMOSTRAR QUE:**

- **No hay riesgo de que usted huya**
- **No es un peligro para la comunidad**
- **Pruebas de lazos familiares o con la comunidad, y**
- **Usted es una persona responsable.**

Una audiencia de fianza es una audiencia separada de su caso de deportación. Para ser elegible para una fianza, debe demostrarle al juez de inmigración que no hay riesgo de que usted huya, lo que significa que usted asistirá a sus audiencias y citas con la ICE si se le libera.

También debe demostrar que no es un peligro para la comunidad. También es

importante demostrarle al juez de inmigración pruebas de cualquier familia que usted tenga en los Estados Unidos u otros lazos con la comunidad, y que usted es una persona responsable – por ejemplo, que usted no conduce sin una licencia válida, que no conduce bajo la influencia del alcohol, que tiene seguro automotriz, que tiene empleo, que paga sus impuestos, que contribuye a su comunidad ofreciéndose como voluntario y ayudando a otros miembros de la comunidad, o que cuida de su familia. Usted puede presentar testigos, así como cartas u otra evidencia que muestre sus relaciones familiares y lazos con la comunidad, y las razones por las que es importante que usted sea liberado.

**Si el juez de inmigración decide no asignarle una fianza, o siente que la fianza que el juez le fijó es demasiado alta, tiene el derecho de apelar la decisión del juez de inmigración ante la Junta de Apelaciones de Inmigración dentro de los siguientes 30 días después de la decisión del juez.**

# V. SALIDA DE LOS EE.UU.: DEPORTACIÓN Y SALIDA VOLUNTARIA

**Tipos de Salida de los EE.UU.:**

- **Deportación**

- **Salida voluntaria o regreso voluntario**

- **Deportación estipulada (también llamada Deportación Voluntaria)**

Deportación

Si un juez de inmigración ordena su deportación de los Estados Unidos, tendrá prohibido reingresar durante por lo menos 10 años, a menos de que tenga un permiso especial para regresar.

Si usted reingresa sin permiso después de la deportación, estaría cometiendo un delito grave. También puede perder cualquier derecho de obtener el estatus legal en el futuro.

Deportación Voluntaria o Regreso Voluntario

Una persona a la que se le permite regresar voluntariamente a su país de origen, o se va con una orden de salida voluntaria por parte del juez, puede regresar inmediatamente, pero únicamente si tiene bases legales para hacerlo. No todos son elegibles para la salida voluntaria.

Considere que hay algo que se llama "prohibición por presencia ilegal" o "prohibiciones por 3 y 10 años" para las personas que salgan después de haber estado ilegalmente en los EE.UU. por cierto periodo de tiempo. Si usted sale de los EE.UU. después de haber estado ilegalmente por más de 180 días (alrededor de 6 meses), no será elegible para regresar a los EE.UU. sino hasta después de 3 años. Después de un año de presencia ilegal en los EE.UU. no será elegible para regresar sino hasta después de 10 años.

30

> ### *Prohibición de Presencia Ilegal:*
>
> *Si sale de los EE.UU. después de haber estado ilegalmente por más de 180 días (alrededor de 6 meses), no podrá regresar sino hasta después de 3 años.*
>
> *Si sale de los EE.UU. después de haber estado ilegalmente durante por lo menos un año, tendrá prohibido regresar durante 10 años.*

Hay una exención para esta prohibición por presencia ilegal si su cónyuge o padres son ciudadanos o residentes permanentes de los EE.UU., pero es difícil de obtener. Puede solicitar esta exención, sin salir de los EE.UU. para procesamiento consular de su solicitud de visa. Sin embargo, necesitará salir de los EE.UU. para recibir su exención una vez que el consulado haya tomado una decisión sobre su caso.

**Debe seguir ciertos requisitos para evitar consecuencias graves:**

- **Si se le concede una salida voluntaria, pierde cualquier permiso que hubiera tenido para quedarse aquí, y debe salir de los EE.UU. a tiempo.**
- **Si no sale a tiempo, la orden del juez se convierte automáticamente en una orden de deportación, con las mismas consecuencias graves que cualquier otra orden de deportación formal.**

Hay consecuencias graves adicionales por no cumplir con la orden y por reingresar a los EE.UU. sin permiso. Puede tener problemas graves a su regreso ilegal a los EE.UU., algunos de los cuales pueden incluir cargos penales.

No califica para salida voluntaria si ha sido condenado de un delito grave o si ya se le ha concedido previamente una salida voluntaria por parte de un juez de inmigración. Los individuos que ingresaron al país por medio de un programa de exención de visas no son elegibles para salida voluntaria.

Deportación Estipulada (también llamada Deportación Voluntaria)

Es importante saber que acordar una "deportación estipulada" – también llamada deportación voluntaria – no es lo mismo que una salida voluntaria. La deportación estipulada o voluntaria tiene las mismas consecuencias graves de una deportación ordenada por un juez de inmigración.

**Si firma una orden de deportación estipulada, "renuncia" a ciertos derechos. Usted no tendrá:**

- **Derecho a una audiencia ante un juez de inmigración**

31

- ◆ **Derecho de contratar a un abogado que lo represente si no había contratado a uno antes**

- ◆ **Derecho de apelar la orden de deportación**

Deportación/Salida

Si se ordena su deportación, saldrá del centro de detención sin haber sido liberado primero. Si se le concede una salida voluntaria, y permanece detenido debido a que no pudo pagar la fianza o porque la concesión de salida voluntaria fue bajo salvaguardas (sin fianza), es importante que trabaje con su oficial de ICE y el consulado para salir en el periodo de tiempo fijado por el juez de inmigración. Si ha pagado una fianza de salida voluntaria, el ICE le proporcionará información importante sobre como probar su salida oportuna. Si no sigue estas instrucciones con exactitud, tiene el riesgo de perder su fianza.

# VI. PARA MÁS INFORMACIÓN

Para información más específica sobre las leyes y procedimientos de inmigración de los EE.UU., tiene el derecho de usar la biblioteca legal de su centro de detención.

Si tiene preguntas o reclamos sobre las condiciones en detención, incluyendo su acceso a materiales legales, visitantes, cuidado médico, tiene el derecho de reclamar y presentar un reclamo por escrito en la ICE.

**CONOZCA SU DERECHO DE USAR LA BIBLIOTECA EN SU CENTRO DE DETENCIÓN Y DE PRESENTAR UN RECLAMO EN ICE Y OTRAS OFICINAS GUBERNAMENTALES:**

- **Tiene el derecho de hacer un reclamo o presentar un reclamo por escrito en el ICE.**

- **El centro de detención debe proporcionarle la información sobre los reclamos, o usted puede pedirle dicha información a un oficial del ICE.**

- **También tiene el derecho de recibir ayuda por parte de otro detenido o de un oficial para escribir un reclamo.**

**INSPECTOR GENERAL DEL DEPARTAMENTO DE SEGURIDAD NACIONAL (DHS, por sus siglas en inglés)**

También puede presentar un reclamo en otras oficinas de gobierno. Tiene el derecho de llamar o escribir al Inspector General del Departamento de Seguridad Nacional de forma gratuita.

Puede llamar al Inspector General al **1-800-323-8603**.

Incluso si no puede marcar números 800 desde su centro de detención, podrá hacerlo desde su sistema telefónico.

También puede escribirle al Inspector General a:

> **Department of Homeland Security**
> **Office of the Inspector General**
> **Washington, DC 20528**

**OFICINA DHS PARA LOS DERECHOS CIVILES Y LIBERTADES CIVILES**

La Oficina de Derechos Civiles y Libertades Civiles (CRCL, por sus siglas en inglés) del Departamento de Seguridad Nacional revisa y evalúa los reclamos que alegan violaciones a los derechos civiles o libertades civiles por parte de empleados, actividades o programas del DHS. Puede contactar a la Oficina de Derechos Civiles y

Libertades Civiles si ha experimentado lo siguiente:

- Discriminación con base en su raza, etnia, origen nacional, religión, género o discapacidad;
- Violación de sus derechos mientras se encuentre en un centro de detención de inmigración o como sujeto de detención por las autoridades de inmigración;
- Discriminación o interrogación inapropiada en relación a su entrada a los Estados Unidos;
- Violación de su derecho al debido proceso, tal como el derecho de notificación oportuna de cargos o acceso a su abogado;
- Violación de los requisitos de confidencialidad de la Ley de Violencia Contra las Mujeres;
- Abuso físico o de cualquier otro tipo infligido a usted;
- Cualquier otra violación a los derechos civiles o libertades civiles en relación con un programa o actividad de DHS.

Puede contactar a la oficina por teléfono al **1-866-644-8360 (TTY 1-866-644-8361)** o enviar quejas a:

**Department of Homeland Security**
**Office for Civil Rights and Civil Liberties**
**245 Murray Drive, SW, Building 410**
**Washington, DC 20528-0800**

**Fax: 202-401-4708**
**Correo electrónico: crcl@dhs.gov**

Para información adicional, puede visitar el sitio web de CRCL en http://www.dhs.gov/crcl.

**DEBE INCLUIR TANTOS DETALLES COMO SEA POSIBLE CUANDO PRESENTE UN RECLAMO O ESCRIBA A ESTAS OFICINAS.**

**LÍNEA DE AYUDA DEL DHS PARA DETENIDOS ICE**

La Oficina de Inmigración y Aduanas del DHS (ICE) tiene una línea de ayuda para detenidos del ICE a la que puede llamar sin cargo alguno, al **9116#**, o **1-888-351-4024**.

Puede llamar a la línea de ayuda para detenidos de ICE para:

- Obtener información básica sobre casos de inmigración;
- Reportar un incidente de abuso o ataque físico o sexual;

34

- Reportar problemas graves sin resolver;
- Reportar que usted ha sido víctima de tráfico de personas;
- Hacerle saber a ICE que su detención lo ha separado de sus hijos menores que dependen de usted.

DE LA GARZA DECLARATION

EXHIBIT 6



Home › ABA Groups › Division for Public Services › Commission on Immigration › Projects & Initiatives › Know Your Rights

## Know Your Rights



### Know Your Rights Video

To help ensure America's commitment to justice for all, the American Bar Association Commission on Immigration has produced an updated version of "Know Your Rights," an educational video for the more than 400,000 men and women held in immigration detention facilities across the country each year.

The 45-minute video offers information that shows men and women in immigration detention how to navigate the court system and what to expect as they await their day in court. Through a series of vignettes with actors re-enacting typical scenarios, the video uses proven adult-education techniques to maximize comprehension and retention.

The ABA Commission on Immigration collaborated on the project with the American Immigration Lawyers Association, the Florence Immigrant and Refugee Rights Project, Detention Watch Network, and the National Immigrant Justice Center. The Commission is working with U.S. Immigration and Customs Enforcement to distribute the video to the 250 detention centers across the country.

A preview of the video is available in English and Spanish.

"Our goal is to increase access to justice for the hundreds of thousands of detainees facing deportation and permanent separation from their families. Reliable information is especially important since we know that so many detainees won't be able to obtain a lawyer and will be forced to represent themselves."

- Karen T. Grisez Chair, ABA Commission on Immigration

"The new Know Your Rights video will provide a crucial tool to thousands of adults held in immigration detention each year, particularly those held in smaller, more remote facilities with no legal orientation program. It will help to

The full video is available for streaming in English, Spanish, and French.

For the full press release, please visit our News page.

## Available for Purchase

If you would like to purchase a copy of the DVD, please visit the ABA Web Store.

promote a fair legal process and to provide meaningful access to justice."

- Wm. T. (Bill) Robinson III
President, American Bar Association

DE LA GARZA DECLARATION

EXHIBIT 7

## SOUTₕ TEXAS FAMILY RESIDENTIAL CₑₙTER
## ORIENTATION FOR NEW RESIDENTS

- Accounts/Cuentas
- Clothing Issue/ Emision de Ropa
- Commissary/General Store/Comisaria/Tienda
- Contraband/Contrabando
- Discipline & Behavior Management/Disciplina y Comportamiento
- Education/Educacion
- Fire/Emergency Evacuation Procedures (fire drills)/Procedimientos de Evacuacion para Incendios y Emergencias
- Free Movement Procedures/Procedimientos de Movimiento Libre
- Grievance Procedures/Procedimiento de Quejas
- Health Services-access and services (sick call, pill line, mental health, chronic care and dental services)/Servicios Medicos-acceso y servicios (llamada a enfermos, linea de medicamentos, salud mental, cuidados cronicos, y servisios dentales)
- Hygiene/Higiene
- Laundry Services/Servicios de Lavanderia
- Mail Procedures (legal and general)/Procedimientos de Correo (legal y general)
- Meal Services/Servicios de Comida
- Monitored Child Care/Guarderia
- Parental Responsibilities and Expectations/Responsabilidades de los Padres y Expectativas
- Phones-access and services (legal and general)/Acceso al Telefono y Servicios
- PREA/Sexual Abuse & Assault Prevention & Intervention/PREA-Prevencion de Asalto y Abuso Sexual
- Property Allowances/Packages/Asignaciones de Propiedad/Paquetes
- Recreation/Recreacion
- Religious Services/Servicios Religiosos
- Resident Census Procedures/Procedimientos de Censo de Residentes
- Resident Request Forms/Formas de Solicitud para Residentes
- Smoke Free Environment/Ambiente sin Humo
- Visitation/Visitacion
- Volunteer Work Program/Programa de Trabajadores Voluntarios

## **Additional topics/Temas Adicionales:**

Arrived: █████████

I acknowledge that I have received the Center's orientation regarding the above listed procedures./Yo reconozco que he recibido la orientacion del centro acerca los temas.

**Resident printed name/signature/Nombre/Firma**                    **Date/Fecha**

**Staff printed name/signature**                                                  **Date**

DE LA GARZA DECLARATION

EXHIBIT 8

14-102A

## CCA - SOUTH TEXAS FAMILY RESIDENTIAL CENTER
## HANDBOOK ISSUANCE FORM

I have received a copy of the South Texas Family Residential Center Handbook and the South Texas Family Residential Center Welcome Information. I understand that I am responsible for reviewing and following the rules and guidelines indicated in the South Texas Family Resident Handbook.

He recibido copia del Manual de Residente del Centro Residential de South Texas Family Residential Center. Comprendo que es mi responsible de revisar y seguir las reglas y pautas indicadas en este Manual de Residente.

Resident's Name (Print)
Nombre (Letra Molde)

A-Number
Numero de Residente

Resident's Signature
Nombre (Letra Molde)

A-Number
Numero de Residente

Staff's Signature
Firma de Empleado

Date
Fecha

BELOW SECTION TO BE COMPLETED UPON RESIDENT RELEASE/TRANSFER

Date Handbook Returned

Receiving Staff's Initials

**PROPERTY OF SOUTH TEXAS FAMILY RESIDENTIAL CENTER**

3/10

DE LA GARZA DECLARATION

EXHIBIT 9


**TARGET LOGISTICS**
WHEREVER YOU GO. WHATEVER IT TAKES.

## South Texas Family Residental Center

Week 1

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup |
| Boiled Eggs | 2 ea | Omelet | 3 oz | Scrambled Eggs w/ T. Ham | 3 oz | Fried Eggs | 2 ea | Scrambled Eggs | 3 oz | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Hash Browns | 1/3 C | Fried Potatoes | 1/3 C | Diced Potatoes | 1/3 C | Hash Browns | 1/3 C | O'Brien Potatoes | 1/3 C | Sliced Peaches | 1/3 C | Fruit Cocktail | 1/3 C |
| French Toast | 2 ea | Turkey Sausage Link | 1 oz | Pancakes | 2 ea | Turkey Sausage Pattie | 2 oz | Turkey Sausage Link | 1 oz | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken De Creama | 1 cup | Fried Chicken | 4 oz | Beef & Macaroni | 1 cup | Smothered Chicken | 1/4 ea | Bake Fish | 3 oz | Boiled Eggs | 2 ea | Scrambled Eggs | 3 oz |
| Rice Pilaf | 1/2 C | Mashed Potatoes | 1/2 C | Grilled T. Ham & Cheese | 1 ea | Verde Rice | 1/2 C | Rice Pilaf | 1/2 C | Muffin Square | 1/54 ct | Cheese Biscuit | 1/40 ct |
| Fried Potatoes | 1/2 C | Chicken Gravy | 2 oz | Fresh Potato Chips | 1/2 C | Corn Obrien | 1/2 C | French Fries | 1 cup | Sliced Turkey | 3 oz | Potato Wedge | 1 cup |
| Carrots | 1/2 C | Green Beans | 1/2 C | Mixed Vegetables | 1/2 C | Corn Bread | 1 ea | Peas | 1/2 C | Mashed Potatoes | 1 cup | Taco Shells | 2 ea |
| | | | | | | | | | | Gravy | 3 oz | Taco Meat | 1/2 C |
| | | | | | | | | | | Broccoli | 1/2 C | Spanish Rice | 1/2 C |
| Fish Sticks | 3 oz | Hamburger | 3 oz | Corn Dog Nuggets | 3 oz | Polish Sausage Dog | 1 ea | Hot Dog | 1 ea | Chicken Nugget | 3 oz | Beef Burrito | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Spaghetti | 1 cup | Beef Stew | 1 cup | Chicken & Potatoes | 1 cup | Picadillo | 1 cup | Santa Fe Chicken | 1/4 ea | Pepper Steak | 1 cup | Hamburger Steak | 3.5 oz |
| Meat Sauce | 1 cup | Rice Pilaf | 1/2 C | Rice Pilaf | 1/2 C | Vegetable Rice Pilaf | 1/2 C | Spanish Rice | 1/2 C | Fried Rice | 1/2 C | Au Gratin Potatoes | 1/2 C |
| Mixed Vegetables | 1/2 C | Broccoli | 1/2 C | Steamed Carrots | 1/2 C | Peas & Carrots | 1/2 C | Corn | 1/2 C | Mixed Vegetables | 1/2 C | Green Beans | 1/2 C |
| Chicken Nugget | 3 oz | Corn Dog | 1 ea | Beef Ravioli | 3 oz | Pop Corn Chicken | 3 oz | Pizza Sticks | 3 oz | Fish Sticks | 3 oz | Hot Dog | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Soup (M-F portioned) and salad bar are offered at lunch and dinner.

Condiments are offered as appropriate with meals.

Beverage and beverage drink are nutrient fortified.

Portions listed are 'as served' weights and volumes; beverages are fluid oz.

Generic items will follow a rotating schedule to reflect demographics of the population.

*Barbara Wakeen  M.A., R.O.&D.*

| Dietitian Signature | RDN # 618415 | 3/14/2016 |
|---|---|---|
| | | Date |



**TARGET LOGISTICS**
WHEREVER YOU GO. WHATEVER IT TAKES.

## South Texas Family Residental Center

Week 2

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup |
| Boiled Eggs | 2 ea | Omelet | 3 oz | Scrambled Eggs w/Cheese | 1 cup | Fried Eggs | 2 ea | Scrambled Eggs | 3 oz | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Hash Browns | 1/3 C | Fried Potatoes | 1/3 C | Diced Potatoes | 1/3 C | Hash Browns | 1/3 C | O'Brien Potatoes | 1/3 C | Sliced Peaches | 1/3 C | Fruit Cocktail | 1/3 C |
| Pancake | 2 ea | Turkey Sausage Link | 1 oz | French Toast | 2 ea | Turkey Sausage Pattie | 2 oz | Biscuit | 1 ea | | | | |
| Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Beef Stroganoff | 1 cup | Chicken Enchiladas | 2 ea | Hilachas | 1 cup | Baked Fish | 1 cup | Herb Roasted  Chicken | 1/4 ea | Fried Egg | 3 oz | Scrambled Eggs | 1/2 C |
| Noodles | 3/4 c | Spanish Rice | 1/2 C | Spanish Rice | 1/2 C | Verde Rice | 1/2 C | Roasted Potatoes | 1/2 C | Diced Potatoes | 1/2 C | Hashbrowns | 1/2 C |
| Peas & Carrots | 1/2 C | Corn | 1/2 C | Mixed Vegetables | 1/2 C | Green Beans | 1/2 C | Corn O'Brien | 1/2 C | Chicken Stew | 1 cup | Chicken Fajitas | 1 cup |
| | | | | | | | | | | Steamed Rice | 1/2 C | Spanish Rice | 1/2 C |
| | | | | | | | | | | Carrots | 1/2 C | Mixed Vegetables | 1/2 C |
| Chicken Nuggets | 3 oz | Corn Dog Nuggets | 3 oz | Tostados | 3 oz | Tamales | 1 ea | Hot Dog | 1 ea | Beef Taquito | 2 ea | Cheese Quesidilla | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Chicken Stew | 1 cup | Verde Chicken | 1/4 ea | Pollo Guisado | 1 cup | Beef Stew | 1 cup | Lomo Saltado | 1 cup | Turkey Breast | 3 oz | Hamburger | 1 ea |
| Rice Pilaf | 1/2 C | Papas Frita | 1/2 C | Steamed Rice | 1/2 C | Steamed Rice | 1/2 C | Steamed Rice | 1/2 C | Rice Pilaf | 1/2 C | Sliced Cheese | 1 sl |
| Green Beans | 1/2 C | Broccoli | 1/2 C | Mixed Vegetables | 1/2 C | Butterd Carrots | 1/2 C | Mixed Vegetbales | 1/2 C | Gravy | 3 oz | Bun | 1 ea |
| | | | | | | | | | | Mixed Vegetables | 1/2 C | French Fries | 1 cup |
| Fish Sticks | 3 oz | Hamburger | 1 ea | Beef Ravioli | 3 oz | Popcorn Chicken | 1 cup | Pizza Sticks | 1 cup | Burritos | 1 ea | Hot Dog | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Soup (M-F portioned) and salad bar are offered at lunch and dinner.

Condiments are offered as appropriate with meals.

Beverage and beverage drink are nutrient fortified.

Portions listed are 'as served' weights and volumes; beverages are fluid oz.

*Barbara Wakeen M.A.,R.D.,&D.*

| Dietitian Signature | RDN # 618415 | 3/14/2016 |
|---|---|---|
| | | Date |


**TARGET LOGISTICS**
WHEREVER YOU GO, WHATEVER IT TAKES

## South Texas Family Residental Center

Week 3

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup |
| Boiled Eggs | 2 ea | Omelet | 3 oz | Scrambled Eggs w/ T. Ham | 3 oz | Fried Eggs | 2 ea | Scrambled Eggs | 3 oz | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Hash Browns | 1/3 C | Fried Potatoes | 1/3 C | Diced Potatoes | 1/3 C | Hash Browns | 1/3 C | O'Brien Potatoes | 1/3 C | Sliced Peaches | 1/3 C | Fruit Cocktail | 1/3 C |
| French Toast | 2 ea | Turkey Sausage Link | 1 oz | Pancakes | 2 ea | Turkey Sausage Pattie | 2 oz | Turkey Sausage Link | 1 oz | | | | |
| Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| | | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken De Creama | 1 cup | Fried Chicken | 4 oz | Beef & Macaroni | 1 cup | Smothered Chicken | 1/4 ea | Bake Fish | 3 oz | Boiled Eggs | 2 ea | Scrambled Eggs | 3 oz |
| Rice Pilaf | 1/2 C | Mashed Potatoes | 1 cup | Grilled T. Ham & Cheese | 1 ea | Verde Rice | 1/2 C | Rice Pilaf | 1/2 C | Muffin Square | 1/54 ct | Cheese Biscuit | 1/40 ct |
| Fried Potatoes | 1/2 C | Chicken Gravy | 2 oz | Fresh Potato Chips | 1/2 C | Corn O' Brien | 1/2 C | French Fries | 1 cup | Sliced Turkey | 3 oz | Potato Wedge | 1 cup |
| Carrots | 1/2 C | Green Beans | 1/2 C | Mixed Vegetables | 1/2 C | Corn Bread | 1 ea | Peas | 1/2 C | Mashed Potatoes | 1 cup | Taco Shells | 2 ea |
| | | | | | | | | | | Gravy | 3 oz | Taco Meat | 1/2 C |
| | | | | | | | | | | Broccoli | 1/2 C | Spanish Rice | 1/2 C |
| Fish Sticks | 3 oz | Hamburger | 3 oz | Corn Dog Nuggets | 3 oz | Polish Sausage Dog | 1 ea | Hot Dog | 1 ea | Chicken Nugget | 3 oz | Beef Burrito | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Spaghetti | 1 cup | Beef Stew | 1 cup | Chicken & Potatoes | 1 cup | Picadillo | 1 cup | Santa Fe Chicken | 1/4 ea | Pepper Steak | 1 cup | Hamburger Steak | 3.5 oz |
| Meat Sauce | 1 cup | Rice Pilaf | 1/2 C | Rice Pilaf | 1/2 C | Vegetable Rice Pilaf | 1/2 C | Spanish Rice | 1/2 C | Fried Rice | 1/2 C | Au Gratin Potatoes | 1/2 C |
| Mixed Vegetables | 1/2 C | Broccoli | 1/2 C | Steamed Carrots | 1/2 C | Peas & Carrots | 1/2 C | Corn | 1/2 C | Mixed Vegetables | 1/2 C | Green Beans | 1/2 C |
| Chicken Nugget | 3 oz | Corn Dog | 1 ea | Beef Ravioli | 3 oz | Pop Corn Chicken | 3 oz | Pizza Sticks | 3 oz | Fish Sticks | 3 oz | Hot Dog | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Soup ( M-F portioned) and salad bar are offered at lunch and dinner.
Condiments are offered as appropriate with meals.
Beverage and beverage drink are nutrient fortified.
Portions listed are 'as served' weights and volumes; beverages are fluid oz.

*Barbara Wakeen M.A., R.D. &D.*

Dietitian Signature          RDN # 618415          3/14/2016

Date


**TARGET LOGISTICS**
WHEREVER YOU GO. WHATEVER IT TAKES.

## South Texas Family Residental Center

Week 4

### Breakfast

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday (Continental Breakfast) | | Sunday (Continental Breakfast) | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup |
| Boiled Eggs | 2 ea | Omelet | 3 oz | Scrambled Eggs w/Cheese | 3 oz | Fried Eggs | 2 ea | Scrambled Eggs | 3 oz | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Hash Browns | 1/3 C | Fried Potatoes | 1/3 C | Diced Potatoes | 1/3 C | Hash Browns | 1/3 C | O'Brien Potatoes | 1/3 C | Sliced Peaches | 1/3 C | Fruit Cocktail | 1/3 C |
| Pancake | 2 ea | Turkey Sausage Link | 1 oz | French Toast | 2 ea | Turkey Sausage Pattie | 2 oz | Biscuit | 1 ea | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

### Lunch

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Beef Stroganoff | 1 cup | Chicken Enchiladas | 2 ea | Hilachas | 1 cup | Baked Fish | 1 cup | Herb Roasted Chicken | 1/4 ea | Fried Egg | 3 oz | Scrambled Eggs | 1/2 C |
| Noodles | 3/4 c | Spanish Rice | 1/2 C | Spanish Rice | 1/2 C | Verde Rice | 1/2 C | Roasted Potatoes | 1/2 C | Diced Potatoes | 1/2 C | Hashbrowns | 1/2 C |
| Peas & Carrots | 1/2 C | Corn | 1/2 C | Mixed Vegetables | 1/2 C | Green Beans | 1/2 C | Corn O'Brien | 1/2 C | Chicken Stew | 1 cup | Chicken Fajitas | 1 cup |
| | | | | | | | | | | Steamed Rice | 1/2 C | Spanish Rice | 1/2 C |
| | | | | | | | | | | Carrots | 1/2 C | Mixed Vegetables | 1/2 C |
| Chicken Nugget | 3 oz | Corn Dog Nuggets | 3 oz | Tostados | 3 oz | Tamales | 1 ea | Hot Dog | 1 ea | Beef Taquito | 2 ea | Cheese Quesidilla | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

### Dinner

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Chicken Stew | 1 cup | Verde Chicken | 1/4 ea | Pollo Guisado | 1 cup | Beef Stew | 1 cup | Lomo Saltado | 1 cup | Turkey Breast | 3 oz | Hamburger | 1 ea |
| Rice Pilaf | 1/2 C | Papas Frita | 1/2 C | Steamed Rice | 1/2 C | Steamed Rice | 1/2 C | Steamed Rice | 1/2 C | Rice Pilaf | 1/2 C | Sliced Cheese | 1 sl |
| Green Beans | 1/2 C | Broccoli | 1/2 C | Mixed Vegetables | 1/2 C | Buttered Carrots | 1/2 C | Mixed Vegetbales | 1/2 C | Gravy | 3 oz | Bun | 1 ea |
| | | | | | | | | | | Mixed Vegetables | 1/2 C | French Fries | 1 cup |
| Fish Sticks | 3 oz | Hamburger | 1 ea | Beef Ravioli | 3 oz | Popcorn Chicken | 3 oz | Pizza Sticks | 3 oz | Burritos | 3 oz | Hot Dog | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

**Soup (M-F portioned) and salad bar are offered at lunch and dinner.**
**Condiments are offered as appropriate with meals.**
**Beverage and beverage drink are nutrient fortified.**
**Portions listed are 'as served' weights and volumes; beverages are fluid oz.**

*Barbara Wakeen M.A., R.D., &D.*
Dietitian Signature          RDN # 618415          3/14/2016
                                                   Date

 **TARGET LOGISTICS**
WHEREVER YOU GO. WHATEVER IT TAKES

## South Texas Family Residental Center

Week 5

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup |
| Boiled Eggs | 2 ea | Omelet | 3 oz | Scrambled Eggs w/ T. Ham | 3 oz | Fried Eggs | 2 ea | Scrambled Eggs | 3 oz | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Hash Browns | 1/3 C | Fried Potatoes | 1/3 C | Diced Potatoes | 1/3 C | Hash Browns | 1/3 C | O'Brien Potatoes | 1/3 C | Sliced Peaches | 1/3 C | Fruit Cocktail | 1/3 C |
| French Toast | 2 ea | Turkey Sausage Link | 1 oz | Pancakes | 2 ea | Turkey Sausage Pattie | 2 oz | Turkey Sausage Link | 1 oz | | | | |
| Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss | Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Chicken De Creama | 1 cup | Fried Chicken | 4 oz | Beef & Macaroni | 1 cup | Smothered Chicken | 1/4 ea | Bake Fish | 3 oz | Boiled Eggs | 2 ea | Scrambled Eggs | 3 oz |
| Rice Pilaf | 1/2 C | Mashed Potatoes | 1 cup | Grilled T. Ham & Cheese | 1 ea | Verde Rice | 1/2 C | Rice Pilaf | 1/2 C | Muffin Square | 1/54 ct | Cheese Biscuit | 1/40 ct |
| Fried Potatoes | 1/2 C | Chicken Gravy | 2 oz | Fresh Potato Chips | 1/2 C | Corn Obrien | 1/2 C | French Fries | 1 cup | Sliced Turkey | 3 oz | Potato Wedge | 1 cup |
| Carrots | 1/2 C | Green Beans | 1/2 C | Mixed Vegetables | 1/2 C | Corn Bread | 1 ea | Peas | 1/2 C | Mashed Potatoes | 1 cup | Taco Shells | 2 ea |
| | | | | | | | | | | Gravy | 3 oz | Taco Meat | 1/2 C |
| | | | | | | | | | | Broccoli | 1/2 C | Spanish Rice | 1/2 C |
| Fish Sticks | 3 oz | Hamburger | 3 oz | Corn Dog Nuggets | 3 oz | Polish Sausage Dog | 1 ea | Hot Dog | 1 ea | Chicken Nuggets | 3 oz | Beef Burrito | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Spaghetti | 1 cup | Beef Stew | 1 cup | Chicken & Potatoes | 1 cup | Picadillo | 1 cup | Santa Fe Chicken | 1/4 ea | Pepper Steak | 1 cup | Hamburger Steak | 3.5 oz |
| Meat Sauce | 1 cup | Rice Pilaf | 1/2 C | Rice Pilaf | 1/2 C | Vegetable Rice Pilaf | 1/2 C | Spanish Rice | 1/2 C | Fried Rice | 1/2 C | Au Gratin Potatoes | 1/2 C |
| Mixed Vegetables | 1/2 C | Broccoli | 1/2 C | Steamed Carrots | 1/2 C | Peas & Carrots | 1/2 C | Corn | 1/2 C | Mixed Vegetables | 1/2 C | Green Beans | 1/2 C |
| Chicken Nugget | 3 oz | Corn Dog | 1 ea | Beef Ravioli | 3 oz | Pop Corn Chicken | 3 oz | Pizza Sticks | 3 oz | Fish Sticks | 3 oz | Hot Dog | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss | Pinto Beans | ss | Red Beans | ss | Refried Beans | ss |
| Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss | Steamed Rice | ss |
| Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss | Corn Tortillas | ss |
| Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss | Bread | ss |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz | Beverage | 8 oz |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Soup ( M-F portioned) and salad bar are offered at lunch and dinner.

Condiments are offered as appropriate with meals.

Beverage and beverage drink are nutrient fortified.

Portions listed are 'as served' weights and volumes; beverages are fluid oz.

Generic items will follow a rotating schedule to reflect demographics of the population.

*Barbara Wakeen M.A., R.O.&D.*

| Dietitian Signature | RDN # 618415 | 3/14/2016 |
|---|---|---|
| | | Date |


**TARGET LOGISTICS**
WHEREVER YOU GO. WHATEVER IT TAKES.

## South Texas Family Residental Center

Week 6

| Monday | | Tuesday | | Wednesday | | Thursday | | Friday | | Saturday | | Sunday | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Breakfast** | | **Continental Breakfast** | | **Continental Breakfast** | |
| Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup | Cold Cereal | 1 cup |
| Boiled Eggs | 2 ea | Omelet | 3 oz | Scrambled Eggs w/Cheese | 3 oz | Fried Eggs | 2 ea | Scrambled Eggs | 3 oz | Danish/ Pastry | 1 ea | Danish/ Pastry | 1 ea |
| Hash Browns | 1/3 C | Fried Potatoes | 1/3 C | Diced Potatoes | 1/3 C | Hash Browns | 1/3 C | O'Brien Potatoes | 1/3 C | Sliced Peaches | 1/3 C | Fruit Cocktail | 1/3 C |
| Pancake | 2 ea | Turkey Sausage Link | 1 oz | French Toast | 2 ea | Turkey Sausage Pattie | 2 oz | Biscuit | 1 ea | | | | |
| Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS | Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | | **Lunch** | |
| Beef Stroganoff | 1 cup | Chicken Enchiladas | 2 ea | Hilachas | 1 cup | Baked Fish | 3 oz | Herb Roasted  Chicken | 1/4 ea | Fried Egg | 3 oz | Scrambled Eggs | 3 oz |
| Noodles | 3/4 c | Spanish Rice | 1/2 C | Spanish Rice | 1/2 C | Verde Rice | 1/2 C | Roasted Potatoes | 1/2 C | Diced Potatoes | 1/2 C | Hashbrowns | 1/2 C |
| Peas & Carrots | 1/2 C | Corn | 1/2 C | Mixed Vegetables | 1/2 C | Green Beans | 1/2 C | Corn O'Brien | 1/2 C | Chicken Stew | 1 cup | Chicken Fajitas | 1 cup |
| | | | | | | | | | | Steamed Rice | 1/2 C | Spanish Rice | 1/2 C |
| | | | | | | | | | | Carrots | 1/2 C | Mixed Vegetables | 1/2 C |
| Chicken Nugget | 3 oz | Corn Dog Nuggets | 3 oz | Tostados | 3 oz | Tamales | 1 ea | Hot Dog | 1 ea | Beef Taquito | 2 ea | Cheese Quesidilla | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |
| **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | | **Dinner** | |
| Chicken Stew | 1 cup | Verde Chicken | 1/4 ea | Pollo Guisado | 1 cup | Beef Stew | 1 cup | Lomo Saltado | 1 cup | Turkey Breast | 3 oz | Hamburger | 1 ea |
| Rice Pilaf | 1/2 C | Papas Frita | 1/2 C | Steamed Rice | 1/2 C | Steamed Rice | 1/2 C | Steamed Rice | 1/2 C | Rice Pilaf | 1/2 C | Sliced Cheese | 1 sl |
| Green Beans | 1/2 C | Broccoli | 1/2 C | Mixed Vegetables | 1/2 C | Buttered Carrots | 1/2 C | Mixed Vegetbales | 1/2 C | Gravy | 3 oz | Bun | 1 ea |
| | | | | | | | | | | Mixed Vegetables | 1/2 C | French Fries | 1 cup |
| Fish Sticks | 3 oz | Hamburger | 1 ea | Beef Ravioli | 3 oz | Popcorn Chicken | 3 oz | Pizza Sticks | 3 oz | Burritos | 1 ea | Hot Dog | 1 ea |
| Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl | Dessert | 1 sl |
| Ranch Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS | Pinto Beans | SS | Red Beans | SS | Refried Beans | SS |
| Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS | Steamed Rice | SS |
| Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS | Corn Tortillas | SS |
| Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS | Bread | SS |
| Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz | Coffee | 8 oz |
| Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | | Beverage | |
| Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz | Beverage Drink | 8 oz |
| Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz | Milk | 8 oz |

Soup (M-F portioned) and salad bar are offered at lunch and dinner.
Condiments are offered as appropriate with meals.
Beverage and beverage drink are nutrient fortified.
Portions listed are 'as served' weights and volumes; beverages are fluid oz.
Generic items will follow a rotating schedule to reflect demographics of the population.

*Barbara Wakeen M.A., R.O.&D.*

Dietitian Signature    RDN # 618415

3/14/2016

Date