DEFENDANTS' EXHIBIT 22

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | |
| Defendants. | |

## DECLARATION OF JON GURULE

I, Jon Gurule, state as follows:

1. Since July 26, 2015, I have been employed by U.S. Immigration and Customs Enforcement (ICE) as the Assistant Director for Field Operations, Enforcement and Removal Operations (ERO), in Washington, D.C. As Assistant Director, I direct and oversee the nationwide day-to-day immigration enforcement and removal operations of 24 ERO Field Office Directors and 5,800 immigration enforcement officers.

2. I began my career with the U.S. Immigration and Naturalization Service (INS) (ICE's predecessor) in 1988, in Phoenix, Arizona. From 1992 to 2003, I served as an Immigration Inspector and Deportation Officer for INS/ICE in Las Vegas, Nevada, and as a Supervisory Detention and Deportation Officer in Phoenix, Arizona, from 2003 until 2008. In November of 2008, I was promoted to Deputy Field Office Director and managed all ICE enforcement and removal operations, including Fugitive Operations, Immigration and Nationality Act section 287(g) agreements with state and local law enforcement agencies,

and Secure Communities.  In February of 2014, I was promoted to Field Office Director. As Field Office Director, I directed ICE's immigration and enforcement operations for the entire state of Arizona, through the management of the Phoenix Field Office (consisting of a staff of 400 employees and 800 contractors), which included a main office in Phoenix, two sub-offices in Tucson and Yuma, and two detention facilities in Florence and Eloy. The detention sites maintained over 3,000 detention beds and held detainees for 72 hours or longer.

3.  I have a Bachelor of Science degree in Justice Administration from Arizona State University.

4.  The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

**ICE's Family Residential Centers**

5.  ICE currently operates three Family Residential Centers (FRC): the Karnes County Residential Center (KCRC); the South Texas Family Residential Center (STFRC); and the Berks Family Residential Center (BFRC).  Since 2015, ICE has implemented several improvements at its FRCs including increased staff, additional residential resources, improved legal access, and other benefits as detailed below.

6.  ERO, including its Juvenile and Family Residential Management Unit (JFRMU), has retained additional permanent staff on-site at each FRC, including compliance specialists to provide ongoing training and technical assistance to FRC staff and improve center policies and procedures as follows:

   a.  In May 2015, ICE contracted with Danya International to provide compliance monitoring and oversight at all FRC.  Pursuant to the contract and JFRMU's

Compliance Inspection Program, a team of dedicated inspectors conduct

unannounced, monthly inspections of each FRC.  The inspections include a detailed

review of areas of compliance and noncompliance with ICE's Family Residential

Standards (FRS), *see https://www.ice.gov/detention-standards/family-residential*,

general observations, and recommendations to achieve compliance.  ICE contracted

with Danya International because it has extensive experience in family/child-centered

programming, educational services, Head Start compliance, at-risk populations, and

conditions of confinement in detention and residential settings.  In addition to its

compliance work, Danya International also provides FRC staff with ongoing

technical assistance and training in areas intended to improve center operations and

programming. From August 2015, when it conducted its first monthly inspection, to

present, Danya has generally found the FRCs to be compliant with a majority of

the physical plant, procedures/processes and quality control standards in the

FRCs. Where Danya observed individual issues of non-compliance, the facilities took

corrective action as appropriate and achieved compliance although this is a

continuous process. These inspections are ongoing, and Danya continually provides

feedback on how to improve and resolve noncompliance issue at the facilities as they

arise. Danya has also noted the dedication and professionalism of FRC staff and at

Dilley, a positive environment. For example, on November 10, 2015, Danya reported

that staff at Berks "was welcoming and professional and committed to the facility's

mission." On September 10, 2015, a report on Karnes noted that "[t]he staff was

welcoming and professional and committed to the facility's mission of protecting

women and their children." On January 27, 2016, Danya's report on Dilley stated that

"residents appeared to be in good spirits." In addition to assessing FRC compliance with the FRS, beginning in the spring of 2016, Danya also began interviewing a small sample of residents to obtain resident feedback to ensure that staff and management are aware of resident concerns. (Attached hereto as Exhibits ("Exhs") 1, 2 & 3 are true and correct copies of Danya International Reports of Compliance Inspections of BFRC, dated Nov. 10, 2015, KCRC, dated Sept. 10, 2015 and STFRC, dated Jan. 27, 2016).

b.  ICE hired permanent, full-time Compliance Standard Officers (CSOs) for STFRC on March 8, 2015, and July 6, 2015, and for KCRC on March 20, 2016. CSOs serve as a liaison for the agency, evaluating and ensuring that FRCs operate according to ICE requirements (i.e., FRS, familiarization with state agency laws concerning residential programs including the Texas Department of Family and Protective Services Minimum Standards for General Residential Operations (GRO), etc.), expectations, and the terms of facility contract and statement of work. They oversee government and contracted services and conduct on-site reviews to document compliance, assess performance, and identify improvement needs. CSOs implement agency policies and procedures and coordinate with the ERO Field Office and ERO Headquarters to identify resources required for the safe, secure, and humane operation of residential facilities, including staffing, funding, equipment, facilities and delivery of performance schedules. CSOs are experts on the evaluation of programs and the efficiency of management. Their presence at the FRC has resulted in the implementation of complex management programs such as the facility classification system, the development and amendment of practices regarding housing

4

classifications for female heads of households and children, and evaluation of executive orders, agency directives, and other agency decisions including the ICE Language Access Plan (LAP), issued on June 14, 2015, in support of Executive Order 13166.

   c. In order to ensure institutional knowledge, continuity, and a sufficient ICE presence, ICE has increased its permanent staffing levels at the FRCs, in addition to the facility contract staff, although it continues to rely on detailees to supplement staffing as necessary. ICE staffing levels at STFRC increased from 16 permanent employees in June 2015 to 41 permanent employees in May 2016. ICE had 22 permanent employees at the KCRC in August 2015. There are currently 49 permanent ICE employees assigned to KCRC. ICE staffing levels at BFRC have also increased since the August 21, 2015 order through the hiring of two additional shelter care counselors.

7. In addition to increasing staff, ICE recently obtained licensure from the State of Texas for KCRC, objectively demonstrating the facility's high quality of care for its residents. Specifically, a provisional license, which is valid for six months, was granted to KCRC by the Texas Department of Family and Protective Services (DFPS) on April 29, 2016. The license application process included a great deal of scrutiny of the facility, and required changes to facility operations, as detailed below:

   a. On April 5 and 6, 2016, Texas DFPS conducted an initial inspection of the facility and performed a standard-by-standard review of the facilities' policies, identifying 12 issues for corrective action.

b. On April 28, 2016, an unannounced inspection conducted by the Texas DFPS found that ten of the previously identified issues were resolved and only two remained. A second unannounced inspection on May 2, 2016, found that all deficiencies had been rectified.

c. In addition to the physical inspections of KCRC, all ICE ERO staff have completed and passed required background check and tuberculosis testing.

d. In addition, KCRC updated several policies to align with required DFPS GRO standards relating to the following: (1) exit and entry standards including the need to question visitors about contraband and the requirement of storing firearms for visitors from outside agencies; (2) admission and release standards, including not admitting pregnant women and releasing children with their parent; (3) amending physical control and restraint measures; (4) incident reporting guidelines (to include use of state forms); and (5) revising residential inspection standards to include reason for inspection.

e. Physical modifications have also been made to KCRC in order to comply with licensing standards, including reducing the maximum number of individuals housed in a residential suite from eight to five.

f. During the week of May 2, 2016, the locking mechanisms on various doors were disabled adjacent to the residential park, allowing access to intake/out-take, medical, visitation, courts, and the main corridor leading to administration. Further, the front lobby and administration corridor were redesigned and painted adding softer colors and child-friendly activities.

8.   In addition to the security changes at KCRC, at BCRC, barring temporary restrictions due
     to medical or security reasons, residents can freely move within the center, to include
     outdoor areas. The doors to the outdoor area are not locked, and there are no impediments
     to residents exiting.

9.   In October 2015, ICE ERO issued standard operating procedures, applicable to all FRCs,
     entitled *Legal Access and Legal Visitation Standard Operating Procedures for ICE Family
     Residential Centers* (Oct. 30, 2015), to improve legal access and apply consistent standards
     across the FRCs. (Attached hereto as Exh. 4 is a true and correct copy of the SOP).  Since
     2015, residents at all FRCs have benefited from expanded services and improvements,
     including at least 12 hours of visitation, seven days a week; private attorney work space
     and meeting rooms, exterior phone call capability in the attorney visitation area,
     permissible use of laptops and tablets, as well as other Wi-Fi devices (excluding
     cellphones/smartphones), in the attorney visitation area, monitored child care during
     meetings with legal counsel; and other resources and services as specified below.

     a.   At KCRC, legal visitation hours are from 8:00 a.m. until 8:00 p.m., seven days per
          week.  There are five private interview rooms available for attorney/client visits and
          an additional nine tables are available in the visitation area.  Each private room has a
          phone available at no cost for local calls and toll-free calls.  At KCRC, licensed child
          care is available; it was licensed by TXDFPS Child-Care Licensing Division, as a
          Temporary Shelter Program on August 4, 2015.  Moreover, staff at KCRC will
          provide child care services during the parent's legal meetings if requested.  In
          addition, pro bono attorneys have been provided a room with 2 desks, chairs, and a
          cabinet.  There is a phone for attorney use in the main hall.  In addition, vending

machines with snacks and beverages, along with tables, chairs, a microwave and a refrigerator are available next to the visitation area.

b.  At STFRC, legal visitation hours are from 7:00 a.m. until 8:00 p.m., seven days per week.  There are eight rooms designated for legal meetings, two rooms dedicated to attorney work space, and an additional room for pro bono attorney storage.  Pro bono attorneys have been provided access to an on-site printer, tables, desks, meeting rooms, offices, and a copier to facilitate legal access.  In addition, vending machines have been installed in the front lobby for the convenience of attorneys and legal representatives.  At STFRC, there are 12 phones available in the visitation area, including in the visitation rooms and the open area.  The phones are available at no cost for long-distance calls, local calls, and toll-free calls.  In addition, licensed child care is available; it was licensed by TXDFPS Child-Care Licensing Division as a Temporary Shelter Program, on May 22, 2015.

c.  At BFRC, legal visitation hours are from 8:00 a.m. until 8:00 p.m., seven days per week.  BFRC recently added a third attorney client consultation room to provide additional space for legal representatives, and a fourth room, used primarily for tele-video immigration hearings, is also available for meetings with legal representatives. In addition, vending machines with snacks, cold beverages and coffee, along with tables and chairs are available in the legal visitation area. The attorney/client consultation rooms at BFRC were constructed in a manner that allows legal representatives to meet with residents in a private and confidential manner.  A dedicated workstation and desk for attorneys and legal representatives was also recently added to the attorney/client consultation area.  White noise machines are

available in each room to ensure legal visits remain confidential. The telephone in the BFRC courtroom allows legal representatives and residents to place international, local, toll free and long distance calls free of charge. Each attorney client consultation room at BFRC contains a telephone that can be utilized by legal representatives and residents to make local, toll-free, and long distance calls free of charge. Although residents are permitted to include their children in legal visits if they chose, the lobby outside of the attorney client rooms includes a designated space with toys, games, and other activities for the children to use during such visits. The attorney client rooms have windows that allow residents to view the activities of their children while they are meeting with their legal representatives. Moreover, residents may place their children in on site-licensed child care while they are at their legal appointment. At BFRC, licensed child care is available and is licensed by PA Department of Human Services, as of February 21, 2016.

10. Additionally, ICE has expanded its language access programs over the past year, implementing a new indigenous language protocol known as the *Protocol for Identifying Indigenous Language Speakers at Family Centers*, in all three FRCs, requiring intake staff to ask each resident a series of questions to ascertain their understanding of Spanish or other indigenous languages. (Attached hereto are true and correct copies of ICE/ERO Broadcast at Exh. 5, DHS Dialects-Officer Script in Spanish at Exh. 6, and the Indigenous Languages Flowchart at Exh. 7). If it appears that the resident does not understand Spanish, an Indigenous Dialect Slideshow is played with audio recordings of 13 different indigenous languages (i.e., Quechua, Mam, Q'anjob'al, K'iche, Q'eqchi, Achi, Awaketco, Chuj, Popti, Ixil, Mixteco, Amharic, and Tigrinya). (*See* Exh. 8, which is a true and correct

copy of the Indigenous Dialect Slideshow).  Upon identification by the resident of his/her preferred dialect, staff will use a language access line to communicate with the resident. Staff has access to language access lines 24 hours a day.[1] In 2015, ICE also contracted with several language service vendors that the FRCs may use for language interpretation to include indigenous languages.

11.   ICE has improved other aspects of the residents' daily living including changing the food menus to better reflect residents' preferred food choices as detailed below.

    a.   In June 2015, KCRC changed its menu to incorporate a two entrée option.  Unlimited tortillas, beans, and rice were already in place at the time of recommended enhancement.  Changes to the cold salad bar included the addition of a variety of fruits, cheeses, and boiled eggs.  ICE also had vendors add cheese sticks to the 24-hour refrigerators in the residential areas.  Facility staff has measured satisfaction by conducting resident surveys, by observation, and in resident interviews during compliance reviews.

    b.   At STFRC, every meal includes an entrée with two side dishes, one child friendly entrée, and a soup.  The residents at STFRC also have a full cold salad bar, dessert option, hot and cold beverages, and a full condiment and dressing bar.  In addition, beans, rice, and tortillas are offered at every meal.  There is no limit to the helpings of food the residents' are allowed to eat.  The menu rotates in a six-week cycle.  In addition, the STFRC vendor makes adjustments to the menu based on residents' requests.

---

[1]  ICE also initiated two language translation contracts, expanding translation services at FRCs.  Specifically, contracts were awarded to Lionbridge and Compass Solutions, organizations which are capable of providing interpretation and translation services for various indigenous dialects.

   c.  BFRC provides residents with quality and nutritional food. Menus are designed to be nutritionally balanced and are approved by a certified dietician. Morning meals consist of two hot entrée options, cheeses, cereal, grain bars, yogurt and fruit. The standardized lunch and evening menu includes a choice of two hot entrées, one of which is a vegetarian entrée, and multiple side dishes, usually consisting of a vegetable or starch. Residents also have unlimited access to a full-service soup, salad and cold food bar during lunch and evening meal periods. The food bar contains a minimum of one protein option, one dairy option, two vegetable options, and one fruit option, as well as lettuce, soup and salad toppings. Peanut butter and jelly, bread and whole fruits are also offered at all meals. Moreover, rice, beans and tortillas are available at all afternoon and evening meals. Additionally, milk, water, hot beverages and a variety of juices are available for residents during meal periods. Residents can also enjoy snacks outside the regular dining hours. There are refrigerators in the living areas that are restocked daily with juices, snacks, and milk, and there is a microwave in each wing so residents may prepare food purchased from the commissary. Residents are also allowed pre-packaged food from mail or visits that they can keep in a storage container in their bedrooms.

12.  ICE has added child-centered materials in housing units, the immigration court waiting area, intake processing center, neighborhood activity rooms, and monitored child care. For example, ICE has added additional writing and reading materials, including coloring books, crayons, and books for leisure reading. In addition, ICE has added toys designed for motor skill development as well as recognition of geometric shapes, colors, and letters. Various

age-appropriate dolls and action figures, as well as toy cars and building blocks have also been made available.

a.  In addition at STFRC, the school educators work closely with library staff each month to provide library books which correlate with current instructional themes. The library staff at STFRC provides arts and crafts and showcases corresponding library books as they relate to certain holidays, seasons, etc. The STFRC does not have explicit story time for residents but the library is available anytime from 8:00 a.m. until 8:00 p.m. for parents to read to their children.

b.  In 2015, all residential suites at KCRC were outfitted with a wall-mounted play center and an ABC carpet center. In addition, small playscapes were added to the open play areas. A larger dedicated and expanded teenage arcade room opened in January 2016. Electronic devices are available in the library and may be checked out for electronic reading. Also, Resident Advisors regularly take children who are not yet school-age to the library for story-telling seven days a week.

c.  The BFRC has a dedicated toddler playroom with colorful murals and depictions of children's characters, toddler seating and tables for play, and bean bags and carpeting for floor play. The room has a variety of age-appropriate play items, books, and developmental manipulatives. The toddler play room is open from 8:00am to 8:00pm, seven days a week. Additionally, there are toddler play areas on each floor of the BFRC with youth seating, tables, and play items.

13.  ICE has also continued to work diligently to process and release individuals from the FRCs, as appropriate. ICE's commitment to this process is clearly demonstrated by the statistical data concerning the residents' average length of stay at the FRCs. For the 18,706

residents initially booked into KCRC, STFRC or BFRC (FRCs) from October 23, 2015 to May 16, 2016, and subsequently released or removed as of May 16, 2016, the average length of stay was 11.8 days.[2] Of these 18,706 residents, 58% were released or removed in 10 days or less, 96% in 20 days or less, and 99% in 30 days or less. Of those detained as of May 16, 2016, the average length of stay is 17.7 days. Of the 1,734 detained as of May 16, 2016, 44% have been detained 10 days or less; 88%, 20 days or less, and 94%, 30 days or less.

14. A small percentage of individuals do remain in ICE family residential centers for longer periods of time. This is because these individuals generally fall into one of three categories: (1) individuals who are in mandatory detention because they have not yet been found to have a credible fear, are still seeking to establish a claim to credible fear through requests for re-interview or reconsideration, and have sought and received stays of removal; (2) individuals who have been denied a finding of credible fear and are awaiting removal and subject to mandatory detention; or (3) individuals in family units with final orders where the parent has been determined to constitute a flight risk. (*See* Exh. 9, Chart).

15. ICE has continued to evaluate its processes and seek ways in which to expedite the processing of cases involving families. For example, ICE and FRC staff jointly review every case no later than 15 days after the family unit's apprehension by U.S. Customs and Border Protection (CBP), and every three days thereafter to ensure the case is proceeding appropriately for timely release or removals. Beginning at intake, ICE ERO FRC staff make efforts to identify sponsors and future release options as soon as practicable after a

---

[2] If a resident was transferred between FRCs within the same detention stay, the length of stay reflects the total detention stay across the two facilities.

family unit is admitted to an FRC. Such procedures are designed to expedite the processing of families and to decrease average length of stay in appropriate cases.

16.    While ICE has made significant efforts and expended resources to process families as expeditiously as possible, while maintaining family unity, ICE does not have the institutional capacity or resources to assess whether an adult (other than a parent or legal guardian) seeking custody of a minor already detained with a parent is a suitable custodian who will house the minor in a suitable home environment. ICE is not authorized to expend resources to conduct suitability analyses, and any resources devoted to such endeavors would no longer be available to process families as expeditiously as possible through FRCs.

17.    All FRC provide educational services for school age children as described below:

   a.    The Karnes County International School (KCIS) is located inside the facility and is operated by the Educational Resource Center, Inc. (ERC), John H. Wood Charter School, headquartered in San Antonio, Texas. KCIS has the backing of an experienced and professional central office in San Antonio including support in school administration, curriculum and instruction, Human Resources, special education, and budgeting/finance. Additional experiences of the school staff include work as a missionary, social work, community volunteers as well as teaching indigent and orphan children in Mexico and Guatemala. Furthermore, most of the professional staff has experience working with culturally diverse, low socio-economic status, ELL and/or at-risk students.

   b.    STFRC has a comprehensive student Education Center operated by Fuel Education, providing innovative solutions for pre-K-12th grade. Fuel Education offers a

14

comprehensive, integrated approach to learning based on their experience partnering with more than 2,000 school districts in all 50 states and D.C. The Education Center is an accredited school. The teachers are state certified and are certified bi-lingual. Students with special needs have access to a special education teacher who provides evaluations as needed and additional support in the classroom and for individualized support. A counselor is available for additional student support as needed.

c.  BCRC ensures all children receive educational services and programming in accordance with the FRS and Pennsylvania Educational Standards. Such services take into consideration each child's level of development and comprehension, while offering a structured classroom environment. BFRC contains an on-site school, which is operated by the Berks County Intermediate Unit (BCIU). All teachers at BFRC are certified by the State of Pennsylvania. Additionally, the teaching staff are bilingual (Spanish) and are "English as a Second Language" (ESL) certified or are enrolled in an ESL certification program. Teaching staff are provided ongoing training on cultural awareness and sensitivity, and child development theory. A standardized educational assessment, using age appropriate testing tools, is utilized to determine each resident's educational level within three days of his or her arrival at the center. An educational plan is developed for each resident based on their age and the results of their individual needs assessment. Developmental and comprehension levels are monitored, to include the academic progress of residents to determine the necessity to re-test. Generally, children 4 to 5 years old will participate in a half-day preschool program and children 5 to 18 years old will participate in a full-day academic program. Classes are from 8:45 am to 3:15 pm, Monday through Friday, and the

15

education services follow the school calendar year as designated by the County. The basic academic areas include science, social studies, math, reading, writing and physical education. Lesson plans and curricula are based on state approved model programs and are, at a minimum, equivalent to community programs to ensure student credits, certificates and diplomas are accepted by community agencies. Students also participate in field trips to places of interest, including local parks, farmers markets, libraries, and universities. During the summer months, reading classes are also available, Monday through Thursday from 8:45 am to 11:45 am.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 3rd day of June, 2016.


_____
Jon Gurule
Assistant Director for Field Operations
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

<u>LIST OF EXHIBITS</u>

1. Danya International, Report on Compliance Inspection of BFRC, Nov. 10, 2015
2. Danya International, Report on Compliance Inspection of KCRC, Sept. 10, 2015
3. Danya International, Report on Compliance Inspection of STFRC, Jan. 27, 2016
4. Legal Access SOP, Oct. 30, 2015
5. ERO Broadcast from Tae D. Johnson to PHI and SNA Field Office Directors and DFODs
6. DHS Dialects – Officer Script in Spanish
7. Indigenous Language Flow-Chart
8. Indigenous Language Slideshow
9. Chart of Individual Declarants Detained Beyond 20 Days (and reasons)

GURULE DECLARATION

EXHIBIT 1

**DANYA INTERNATIONAL**

**Date:** November 10, 2015

**To:** ████████████, National Family Coordinator
JFRMU

**From:** Elfreida Curtis-Crawley, Compliance Inspector
Danya International, Inc.

**Re:** Compliance Inspection of the Berks County Residential Center

From October 26, 2015 to October 29, 2015, I conducted a monthly inspection of the Berks County Residential Center. Activities conducted and areas of noncompliance or deficiency are noted below.

| Standard | Type of Review | Finding |
|---|---|---|
| 1.1 Emergency Plans | Monthly | Compliant |
| 1.2 Environmental Health and Safety | Monthly | Compliant |
| 1.3 Transportation by Land | Monthly | Compliant |
| 1.4 Housekeeping and Voluntary Work Program | Monthly | Compliant |
| 2.1 Admissions and Release | Monthly | Compliant |
| 2.2 Contraband | Monthly | Compliant |
| 2.3 Funds and Personal Property | Monthly | Compliant |
| 2.4 Key and Lock Control | Monthly | Compliant |
| 2.5 Resident Census | Monthly | Compliant |
| 2.6 Searches of Residents | Monthly | Compliant |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Monthly and Follow-up | Compliant |
| 2.8 Staff-Resident Communications | Monthly and Follow-Up | Compliant |
| 2.9 Tool Control | Monthly | Compliant |
| 2.10 Use of Physical Control Measures and Restraints | Monthly | Compliant |
| 3.1 Discipline and Behavior Management | Monthly | Compliant |
| 4.1 Food Services | Monthly | Compliant |
| 4.2 Hunger Strikes | Monthly | Compliant |
| 4.3 Medical Care | Monthly | Compliant |
| 4.4 Personal Hygiene | Monthly | Compliant |
| 4.5 Suicide Prevention and Intervention | Monthly | Compliant |
| 4.6 Terminal Illness, Advance Directives and Death | Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Monthly | Compliant |
| 5.2 Educational Policy | Monthly | Compliant |
| 5.3 Escorted Trips for Non-Medical Emergencies | Monthly | Compliant |
| 5.4 Marriage Requests | Monthly | Compliant |
| 5.5 Recreation | Monthly and Follow-Up | Compliant |
| 5.6 Religious Practices | Monthly | Compliant |
| 5.7 Telephone Access | Monthly | Compliant |
| 5.8 Visitation | Monthly | Compliant |
| 6.1 Grievance System | Monthly | Compliant |
| 6.2 Law Libraries and Legal Materials | Monthly | Compliant |
| 6.3 Legal Rights Group Presentations | Monthly | Compliant |
| 7.1 Residential Files | Monthly | Compliant |
| 7.2 News Media Interviews and Tours | Monthly | Compliant |

| 7.3  **Staff Hiring and Training** | Monthly and Follow-Up | Compliant |
|---|---|---|
| 7.4  **Transfer of Residents** | Monthly | Compliant |
| 7.5  **Post Orders** | Monthly | Compliant |

# Overall Observations

- There were 23 Adults, 23 minors for a total of 46 residents at the time of this inspection.

- The staff was welcoming and professional and committed to the facility's mission.

- The facility was clean and well maintained.

- Sean Allain, Health Services Administrator is transferring to Headquarters in Washington, DC. Julie Clement, Assistant Health Services Administrator will be Acting Health Services Administrator starting November 6, 2015.

- Staff members are well trained and informed.

# Findings from Current Review

## I.   Area of Noncompliance or Other Issues

There were no issues identified during this inspection.

# Status of Previously Identified Issues or Concerns

## I.    Area(s) of Noncompliance or Other Issues

The following area(s) of noncompliance or other issues were identified during the previous inspection:

### 2.7 Sexual Abuse and Assault and Intervention

- **Training on the facility's Sexual Abuse and Assault Prevention and Intervention Program shall be included in initial training for new employees, volunteers, and contract personnel and be included in annual refresher training thereafter.**

  **Finding**:  The facility failed to have their volunteers complete Sexual Abuse and Assault and Intervention Awareness training during their orientation or annually as required by FRS. *(Observed 9/15/15)*

  **Mitigation:**  Facility to have their volunteers complete Sexual Abuse and Assault and Intervention Awareness training during their orientation and provide annual refresher training as required by FRS. All training shall be documented in the volunteer's personnel file.

  **Follow-up: Resolved-**The facility's trainer has incorporated a new Sexual Abuse and Assault Prevention and Intervention Program acknowledgement form for all the staff, volunteers, and contractors to sign.  The facility has already started providing training to the volunteers and contractors during their orientation and annual training. *(Observed 10/26/15)*

## II.    Issue to Address

### 4.3 Medical

- **The health care program and the medical facilities shall be under the direction of a health services administrator (HSA) and shall be accredited and maintain compliance with the standards of the Joint Commission on the Accreditation of Health Care Organizations (JCAHO).**

  **Finding:** The medical facility is not accredited or in compliance with the standards of JCAHO. Facility provided an order terminating the Joint Commission accreditation requirement in IHSC facilities dated July 12, 2012. *(Observed 9/15/15)*

  **Mitigation:** None recommended.

  **Follow-up: Resolved-**The medical facility is not accredited or in compliance with the standards of JCAHO.  Facility provided the order terminating the Joint Commission accreditation requirement in IHSC facilities date July 12, 2012. *(Observed 10/26/15)*. No further action required.

# III.  Recommendations

The following recommendations were provided during the previous inspection to improve service delivery:

## 2.8 Staff-Resident Communications

- **Where required, residents have regular access to translation services and/or are provided information in a language that they understand.**

   **Observation:** The following forms signed by residents were not provided in Spanish or other native languages: Food Service Agreement to Work; Maintenance Agreement to Work; Housekeeping Agreement to Work; Consent for Treatment; Right to Know; and Grievance Procedure. *(Observed 9/15/15)*

   **Recommendation:**  Translate forms into Spanish or any other native languages or document that language line was used to translate form prior to resident signing.

   **Follow-up: Resolved-**The facility has translated into Spanish forms to be signed by residents for the following: Food Service Agreement to Work; Maintenance Agreement to Work; Housekeeping Agreement to Work; Consent for Treatment; Right to Know; Parental Notification Form and Grievance Procedures; New Admission Orientation Acknowledgement Form; and Voluntary Work Program Agreement Form.  There is a box on each form for the signature of the interpreter used attesting to the information translated. *(Observed 10/26/15)*

## 5.5 Recreation

- **Every facility will provide indoor and outdoor recreation, the size of which shall include consideration of state requirements for similar facilities.**

   **Observation:** On the date of the onsite inspection, the indoor recreation was not available to residents due to a roof leak that began a few weeks prior. Maintenance staff was notified as soon as the leak occurred, but had not yet repaired it. *(Observed 9/15/15)*

   **Recommendation:** Expedite the maintenance repair with Berks County Facilities Department.

   **Follow-up: Resolved-**The roof leak in the indoor recreation area has been repaired.  Inspector observed that the sky light repairs have been completed. *(Observed 10/26/15)*

## 7.3 Training

   **Observation:**  Facility policy requires staff escort for all residents when visiting the medical unit. Inspectors observed an adult male and juvenile male enter the medical unit without escort. Staff in the area did not intervene. Facility Director immediately addressed this issue with staff member. *(Observed 9/15/15)*

   **Recommendation:** Post reminders for both staff and residents regarding policy.

   **Follow-up: Resolved-**Observed reminders in Spanish and English posted on the door to the medical unit that staff must escort all residents visiting the medical unit. *(Observed 10/26/15)*

Cc:      ███████████████  Chief, JFRMU
Laurie Mankin, Program Manager, Danya International, Inc.

GURULE DECLARATION

EXHIBIT 2

**DANYA INTERNATIONAL**

Date:    August 31, 2015/Resubmitted September 10, 2015

To:      ███████████ National Family Coordinator
         JFRMU

From:    Elfreida Curtis-Crawley, Compliance Reviewer
         Danya International

Re:      Compliance Inspection

From August 10, 2015 to August 14, 2015, I conducted a targeted review at the Karnes County Residential Center. The following activities were conducted. No areas of noncompliance or deficiency were identified.

| Standard | Type of Review |
|---|---|
| 1.1 Emergency Plans | |
| 1.2 Environmental Health and Safety | Baseline |
| 1.3 Transportation by Land | |
| 1.4 Housekeeping and Voluntary Work Program | Baseline |
| 2.1 Admissions and Release | Baseline |
| 2.2 Contraband | |
| 2.3 Funds and Personal Property | |
| 2.4 Key and Lock Control | |
| 2.5 Resident Census | |
| 2.6 Searches of Residents | |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Baseline |
| 2.8 Staff-Resident Communications | Baseline |
| 2.9 Tool Control | |
| 2.10 Use of Physical Control Measures and Restraints | |
| 3.1 Discipline and Behavior Management | |
| 4.1 Food Services | Baseline |
| 4.2 Hunger Strikes | |
| 4.3 Medical Care | Baseline |
| 4.4 Personal Hygiene | |
| 4.5 Suicide Prevention and Intervention | |
| 4.6 Terminal Illness, Advance Directives and Death | |
| 5.1 Correspondence and Other Mail | |
| 5.2 Educational Policy | Baseline |
| 5.3 Escorted Trips for Non-Medical Emergencies | |
| 5.4 Marriage Requests | |
| 5.5 Recreation | |
| 5.6 Religious Practices | |
| 5.7 Telephone Access | |
| 5.8 Visitation | |
| 61. Grievance System | Baseline |
| 6.2 Law Libraries and Legal Materials | |
| 6.3 Legal Rights Group Presentations | |
| 7.1 Residential Files | |
| 7.2 News Media Interviews and Tours | |
| 7.3 Staff Hiring and Training | Baseline |
| 7.4 Transfer of Residents | |
| 7.5 Post Orders | |

## Overall Observations

- The staff was welcoming and professional and committed to the facility's mission of protecting women and their children.
- The facility was clean and well maintained.
- Staff communication lines were open and interdepartmental meetings were held during the inspection period.
- The medical department does not have an electronic filing system, but are working towards that means.
- There appears to be an excellent rapport between ICE and the GEO staff.
- The class schedule mimicked that of the outside community, which should make for a better transition into their receiving communities for children upon their release.

## JFRMU Concerns and Recommendations

**Use of isolation rooms:** The Facility Administrator, Rose Thompson, said the facility does not use isolation rooms.  They have rooms where residents who were exposed to TB or any other possible contagious medical issue are kept separate, but the doors are never locked and the residents are allowed to go in and out of the dayroom at any time. Residents with possible TB exposure are asked to notify the medical staff before they enter the dayroom with their children so that the rooms can be sanitized once the resident vacates.  The rooms are immediately sanitized after use by a resident with possible TB exposure or other contagious medical issue.   There were no posters in the area stating that residents are free to go to the dayroom, but Ms. Thompson said that the residents are fully aware of this.
**Recommendation:**  Hang posters in medical rooms used for those residents exposed to TB or with other possible contagious medical issues informing residents that they are able to visit the dayroom.

**Lack of child centered materials in the housing units:**  There were no child centered decorations in the housing units.  There were colorful decorations/murals in the classrooms and intake area.
**Recommendation:**  Develop plan for approval to increase presence of child/family friendly materials, such as painting suites and coordinating special arts projects for the children to provide more decorations in the housing units.

**Lack of cups in the recreation area**:
The residents are issued permanent cups during intake/orientation for their use. Instructions regarding identifying, cleaning and storing these cups was not provided during intake and instructions are not in the handbook. The Medical unit had enough paper and plastic cups for use by the residents.  The recreation area did not have paper or plastic cups available.  The children were refilling disposable water bottles that had their names written on them. The Gym Teacher said that they always have cups in the recreation area, but had run out that day.
**Recommendation**: If permanent cups are distributed to each resident during intake, the process for identifying, cleaning, and storing must be documented and shared with each resident at intake.  Facility should inventory cups on a weekly basis to ensure adequate supply is ordered prior to inventory depletion.

**Residents are required to return to housing unit at 7:00 pm:** The resident cohort that was exposed to Varicella was provided recreation at 7:00pm for one hour.  Other residents are asked to return to their housing units to avoid contact. The cohort was separated from the general population and was required to remain in their housing for the entire day, limiting freedom of movement to one hour per day (7pm-8pm). The general population returned to their housing units when the cohort was using the recreation area/yard.

**Recommendation:**  Develop a plan for approval to provide the cohort freedom of movement from 8am to 8pm while maintaining the health of the rest of the residents.


**Concerns that the facility is not fully staffed:** There were six vacant positions--four food service workers, one health care worker (LSW), and one security supervisor. Potential employees were identified and will start work upon completion of their security clearances. The security supervisor is also awaiting approval from the GEO regional authority.  The facility administrator stated that existing staff covered these tasks while the position was vacant, and resident services were not impacted by these staff vacancies


### Recommendations

All areas observed appear to be in compliance with the Family Residential Standards (FRS). However, the following recommendations were shared during the daily debriefings and are summarized below:


#### 1.2 Environment Health and Safety

Observation: After reviewing the daily inspection for the period between 7/25/15-8/9/15, it was noted that one of the main computers had a broken microphone. This was listed numerous times on the Activity Area inspection report without notation that the part was ordered.

**Recommendation:** Once a maintenance request has been logged, a notation listing the maintenance request number as well as the status should be notated on the daily Activity Area Inspection report to reflect that the issue was addressed.


#### 4.3 Medical

Observation: The facility is using paper files to document resident's medical information.

**Recommendation:** IHSC COR and Field Office COR explore the implementation of an electronic health record system that will track resident medical information, calendar medical appointments, and track upcoming needs.


cc:        ███████████████, JFRMU Chief
           Laurie Mankin, Danya Program Manager

GURULE DECLARATION

EXHIBIT 3

**DANYA INTERNATIONAL**

**Date:** January 27, 2016

**To:** ████████████, National Family Coordinator
JFRMU

**From:** Perry M. Mitchell, Compliance Inspector
Danya International, Inc.

**Re:** Compliance Inspection of the South Texas Family Residential Center

From January 4, 2016 to January 6, 2016, I conducted a monthly inspection at the South Texas Family Residential Center along with the annual subject matter expert review of both education and monitored care. The following activities were conducted and findings noted:

| Standard | Type of Inspection | Finding |
|---|---|---|
| 1.1 Emergency Plans | Monthly, Follow up | Noncompliant |
| 1.2 Environmental Health and Safety | Monthly | Compliant w/ issues |
| 1.3 Transportation by Land | Monthly | Compliant |
| 1.4 Housekeeping and Voluntary Work Program | Monthly, Follow up | Compliant |
| 2.1 Admissions and Release | Monthly | Compliant w/ issues |
| 2.2 Contraband | Monthly | Compliant |
| 2.3 Funds and Personal Property | Monthly | Compliant |
| 2.4 Key and Lock Control | Monthly | Compliant |
| 2.5 Resident Census | Monthly | Compliant |
| 2.6 Searches of Residents | Monthly | Compliant |
| 2.7 Sexual Abuse and Assault Prevention and Intervention | Monthly | Compliant |
| 2.8 Staff-Resident Communications | Monthly | Compliant |
| 2.9 Tool Control | Monthly | Compliant |
| 2.10 Use of Physical Control Measures and Restraints | Monthly | Compliant |
| 3.1 Discipline and Behavior Management | Monthly | Compliant |
| 4.1 Food Services | Monthly | Compliant |
| 4.2 Hunger Strikes | Monthly | Compliant |
| 4.3 Medical Care | Monthly, Follow up | Compliant |
| 4.4 Personal Hygiene | Monthly | Compliant |
| 4.5 Suicide Prevention and Intervention | Monthly | Compliant |
| 4.6 Terminal Illness, Advance Directives and Death | Monthly | Compliant |
| 5.1 Correspondence and Other Mail | Monthly | Compliant |
| 5.2 Educational Policy and Monitored Care | Monthly | Compliant w/ issues |
| 5.3 Escorted Trips for Non-Medical Emergencies | Monthly | Compliant |
| 5.4 Marriage Requests | Monthly | Compliant |
| 5.5 Recreation | Monthly | Compliant |
| 5.6 Religious Practices | Monthly | Compliant |
| 5.7 Telephone Access | Monthly | Compliant |
| 5.8 Visitation | Monthly | Compliant |
| 6.1 Grievance System | Monthly | Compliant |
| 6.2 Law Libraries and Legal Materials | Monthly | Compliant |
| 6.3 Legal Rights Group Presentations | Monthly | Compliant |
| 7.1 Residential Files | Monthly | Compliant |
| 7.2 News Media Interviews and Tours | Monthly | Compliant |
| 7.3 Staff Hiring and Training | Monthly | Compliant |
| 7.4 Transfer of Residents | Monthly | Compliant |
| 7.5 Post Orders | Monthly | Compliant |

*Compliance Inspection: South Texas Family Residential Center*
*January 4-6, 2016*

# Overall Observations

- Total population on the 1st day (January 4th, 2016) of this inspection: 1,311
  - Count of School Age Children Enrolled in School: 449
  - Average Length of Stay at time of Inspection: 10.6 days
- The facility was clean and well maintained.
- Residents appeared to be in good spirits.

# Findings from Current Inspection

## I.    Areas of Noncompliance

There were no new areas of noncompliance identified in the current inspection; however, noncompliant items still outstanding are noted below:

### 1.1  Emergency Plans

- **Each facility will have in place contingency plans to quickly and effectively respond to any emergency situations that arise and to minimize their severity.**

- **An evacuation plan will be in place in the event of a fire or other major emergency, and the plan will be locally approved and updated at least annually.**

**Finding:**   Some facility emergency plans have components that are more applicable to a correctional setting and are not appropriate for this facility.  For example, there is a reference to an armory; however, there is no armory onsite.  There is no plan that identifies a location or process for evacuating residents in the event of an emergency. *(Observed 9/22/15)*

**Mitigation:**  Review emergency plans and remove/modify components not appropriate for this setting.  Expand evacuation plan to include *(Recommended 9/22/15)*:

  - MOU's with local municipalities or private businesses regarding transportation of residents;
  - Plan for transporting children, to include acquisition of car seats and other needed equipment;
  - Designated location where all residents and staff are to be transported to and from, including MOU with designated location, if needed;
  - Food and water supply and transportation logistics; and
  - Other items, as appropriate.

**Follow-up *(12/2/15)*—Partially Resolved:**  The following was observed in regard to this issue:
  - Correctional language such the "armory" and "count" has been removed from all Emergency Plans.
  - The facility has yet to get MOU's with a transportation service to transport residents in

the event of an emergency. The facility currently has a contract with Transcor to transport 140 residents.  This issue is not resolved.

o   The facility has car seats to transport children.

o   The facility incorporated into their Emergency Plans information regarding food and water supply and transportation logistics in the event of an emergency.

**Follow-up** *(1/6/16)*—**Partially Resolved:** The facility has reported that they are in the process of reviewing two proposals from Metropolitan Shuttle and Star Shuttle to transport residents in event of an emergency; both companies are located in San Antonio, Texas. Once review process is completed, STFRC will need to enter into a Memorandum of Understanding (MOU) with the contractor(s) selected.

## 1.4 Housekeeping and Voluntary Work Program

- **Eligible adult residents will have opportunities to work and earn money while in residence, subject to the number of work opportunities available and the constraints of safety, security, and good order.**

   **Finding:**  Mr. Delgado and Chief Ruiz confirmed that there are no residents participating in the Voluntary Work Program. Forty-four (44) were approved by ICE but have not received medical approval. *(Observed 9/22/15)*

   **Mitigation:**   Review policy to determine what approval is needed from medical staff. Incorporate these screenings into the overall plan for triaging medical appointments and services. *(Recommended  9/22/15)*

   **Follow-up:**

   o   *(12/2/15)*—**Not Resolved:**  Facility staff have not had the opportunity to address. Will review at next inspection.

   o   *(1/4/16)*—**Resolved:** The facility continues to have a voluntary work program, but no residents are participating as the average length of stay is approximately 10 days. We will continue to monitor monthly.

# II.   Areas of Compliance with Issues Identified

## 1.2 Environmental Health and Safety

- **High facility standards of cleanliness and sanitation, safe work practices, and control of hazardous substances and equipment are employed at the facility, thereby protecting residents, staff, volunteers, and contractors from injury and illness.**

   **(k) All toys and recreational equipment remaining in medical clinic area shall be disinfected daily.**

   **Finding:** I reviewed the Daily Toy Sanitation Log, and it was apparent that daily toy cleaning was either not being completed or not being logged. Documentation was very sporadic. *(Observed 1/5/16)*

**Mitigation:** Ensure that staff assigned to medical understands the importance of disinfecting the toys daily and documenting all daily cleanings. *(Recommended 1/5/16)*

## 2.1 Admissions and Release

- **When required, residents have regular access to translation services and/or are provided information in a language that they understand.**

  **Finding:** The facility utilizes a logbook during intake to document when the language line is used during the intake process. Review of both the log and the list of the resident's primary and second language (dated 1/04/16) does not show consistent use or consistent documentation of use of the language line. Two residents have Arabic listed as both their primary and secondary language and there is no corresponding entry in the logbook documenting use of the language line. One resident has Arabic listed as the primary and English listed as the secondary, and there is an entry in the log book noting use of the language line. The third resident has Mam listed as the primary language and Spanish listed as the secondary language, and there is an entry in the logbook noting the language line was used. *(Observed 1/5/16)*

  **Mitigation:** Ensure that staff assigned to intake are aware of when to use and document the use of the language line. For those residents where the primary and secondary language is not English or Spanish and the language line is not used, develop and implement a process document why. *(Recommended 1/5/16)*

- **Residents are admitted to or released from a facility in a secure and orderly fashion.**

  **Finding:** There was a large increase in admissions since 12/25/15. Most residents had completed the intake process within 12 hours or less. However, on 12/28/15, the facility received 56 new intakes and 24 of the 56 exceeded the 12 hour processing time frame. *(Observed on 1/4/16)*

  **Mitigation:** Ensure that facility intake staff communicates with the medical unit when intake spikes. Advanced notice on intake surges should provide medical staff with enough time to allocate the appropriate medical staffing to intake.

# III.   Recommendations

Please see subject matter expert recommendations for monitored care and education attached.

# Status of Previously Identified Noncompliant Issues and Other Concerns

## I.   Status of Previously Identified Noncompliant Issues or Other Concerns

### 4.3 Medical

- **The health care program and the medical facilities shall under the direction of a health services administrator (HSA) and shall be accredited and maintain compliance with the standards of the Joint Commission the Accreditation of Health Care Organizations (JCAHO).**

  **Finding:**   The medical facility at South Texas Residential Center is not accredited or in compliance with the standards of JCAHO. *(Observed 12/1/15)*

  **Mitigation:**   None recommeded. *(Recommended 12/1/15)*

  **Follow-up:   Resolved—** The medical facility is not accredited or in compliance with the standards of JCAHO. A letter terminating the Joint Commission accreditation requirement dated July 12, 2012 from the ICE Health Service Corps was provided to Danya. No further action required. *(Observed 1/04/16)*

## II.   Status of Previously Identified Recommendations

### Tracking/Data Management

- **Observation(s):** Staff does a tremendous amount for manual logging and tracking. The coding on the resident's IDs is only scanned for the lunchtime census. Data is in different systems and not able to be integrated. *(Observed 9/22/15)*

  **Recommendation(s)**: Determine if the resident IDs can be used when residents go to class, medical, and other activities. This will help with tracking and identifying truancy or missed medical appointments immediately so RSs can intervene. It also registers how long a resident waits for medical services. Data would be very helpful to identify both successes and areas of improvement. Also include reporting capabilities in the assessment.

  Conduct an implementation feasibility assessment with possible pilot testing within 30 days of receipt of this report and submit to ICE, JFRMU and Inspector. *(Recommended 9/22/15)*

  **Follow-up:**
  - *(9/22/15)*—**Not Implemented:**  Scanning used for ~~recreation~~ physical education, meals, and medical. [correction from last inspection]

  - *(12/3/15)*—**Not Implemented:**  The facility has yet to identify other uses for using the

scanning process. Data reports have not yet been reviewed and will be observed at the next inspection.

- o *(1/6/16)—Partially Implemented:* Facility is using scanning process to monitor the time it takes a resident from check in for sick-call until when they have been seen by medical staff. This information will provide a snapshot of the wait time it takes for residents to be seen during sick call. A report for This report contains residents name, date, time resident checks in, and time resident checks out. Staff were unable to run a report for 1/7/16, but when asked, the were unable to run a report for earlier timeframes.

  **Recommendation(s):** Provide ability to run reports for selected dates or timeframes.

## Lighting

- **Observation(s):** Adults do not have a light source available after lights out. *(Observed 9/22/15)*

  **Recommendation(s):** Provide task lighting desk lamps for adults to use after lights out. *(Recommended 9/22/15)*

  **Follow-up:**
  - o *(9/22/15)—Not Implemented:* CCA sent proposal to ICE for approval.
  - o *(12/1/15)—Not Implemented:* The facility has purchased lights, but the lights have not been installed. The facility is waiting for ICE approval to install.
  - o *(1/6/16) – Not Implemented:* The facility has purchased lights; however, ICE has some safety concerns. The lighting project is currently under review by ICE.

### Annual Education Subject Matter Expert Inspection

In addition to our monthly inspection, our education subject matter expert, Rosemarie Franchi, conducted an extensive review of the education and monitored care services, Ms. Franchi:

–   Observed the monitored care facility and practices;

–   Discussed the curricula model used by the facility with the principal and teachers;

–   Interviewed staff and observed classrooms; and

–   Reviewed the assessment tools and processes.

*Monitored Care:*  The monitored care staff meet all Texas Department of Family and Protective Services minimum standards and has a Temporary Shelter Care License with a maximum capacity of 48.  Staff are welcoming to both children and families and ensure all children transitioning into the setting feel welcomed and safe.  There has never been an instance where a parent could not be accommodated.

Materials are very limited for the numbers of children who visit the monitored care site and many are not age appropriate. Very few of the materials reflect culture of the children. Several of the toys had very small pieces and pose a choking hazard for younger children. There were insufficient quantities of paper, paints, crayons, markers and other materials. Only one of four Video Leap Frog kits was operational.

Children had no place to hang their winter coats - only six coat hooks were available and children placed their coats on chairs or the floor. Teachers' belongings are stored where children have easy access as there is no available personal storage. Shelving units for storing toys were too large for children to be able to access by themselves and pose a safety risk for children because they are heavy and could potential fall over causing injury.

The education SME was told by the Principal and Guidance Counselor that they were not allowed to hang anything from the suspended ceilings as it posed a fire risk and was against state regulations. However, in the monitored care setting, several articles were found hanging from the ceiling.

Although the setting never exceeded teacher/child ratios several young children required 1-1 attention due to separation anxiety. This caused a backlog of families waiting to drop off children because many forms had to be completed by monitored care staff before the child could be dropped off, particularly if it was the family's first visit.

**Recommendation(s) for Improvement:**

–   Provide additional age appropriate toys and materials. Obtain staff input when ordering.

–   Provide a locked storage cabinet for to store materials and teacher belongings. A filing cabinet should also be purchased so that teachers are able to file facility paperwork.

–   Provide an additional child size table and chairs and place the small climbing apparatus in the room next door for toddlers since it is not appropriate for older children to use.

–   When large numbers of residents enter the facility and families have appointments, additional staffing should be provided.

–   Provide copies of forms and other paperwork in housing units so that parents can complete it prior to arrival. This would lessen the wait time for families.

*Compliance Inspection: South Texas Family Residential Center*
*January 4-6, 2016*

– Realign daily attendance forms to match the software program - change the order of fields to ensure efficient data entry.

– Ensure that all fire prevention practices are uniformly applied.

*Education:*  Ms. Franchi also conducted an extensive review of the education services provided. Ms. Franchi:

– Assessed the curricula delivered;

– Interviewed staff and conducted classroom observations; and

– Reviewed the initial assessment tools and process.

Ms. Franchi determined that the educational services provided at the South Texas Residential Center exceed the requirements of the Family Residential Standard. The principal has instituted a team teaching model across all grade levels. This ensures appropriate teacher-child ratios are consistently maintained and instruction is always provided by state certified staff.

Teacher turnover is minimal allowing staff to develop a strong understanding of the curricula and ensures fidelity to instruction. Teachers have paid planning time and share best practices and teaching strategies during regular professional development days

The principal and teaching staff have drafted a handbook that outlines the STRC educational mission, vision, and other information that can be shared with LEA's and other key stakeholders helping them gain a better understanding of the services provided.

Instruction in the Core Subjects exceeds state and local requirements of 45 minutes - instruction is 60 minutes per Core Subject. Teachers have a wealth of materials and access to technology. Each teacher is allocated a monthly budget in order to purchase additional supplies and resources to support the curriculum.

**Recommendation(s) for Improvement:**

– Provide an additional copier for teachers on site in the educational module-teachers now leave the classrooms and travel to another modular unit to make copies.

– Investigate use of restroom facilities within the existing educational modular space. Teachers now must leave the modular unit and travel to the Administrative offices.

– Strategize how the library could be better utilized by each grade level. Brainstorm ways to have a stronger collaboration with the library staff to better align with classroom curricula and ensure regular use of the library space.

– Develop a "memory book" that a child can take when leaving the facility.  This packet could contain simple activities for the child that help to maintain lessons learned and ensure a smoother transition into their next school setting.

cc:      ███████████, Chief, JFRMU
        Laurie Mankin, Program Manager, Danya International, Inc.

GURULE DECLARATION

EXHIBIT 4

**U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT**
**ENFORCEMENT AND REMOVAL OPERATIONS**
**STANDARD OPERATING PROCEDURES**

**Legal Access and Legal Visitation Standard Operating Procedures for ICE Family Residential Centers**

**Directive Number:** ███████
**Issue Date:** 10/30/2015
**Superseded:** None.
**Federal Enterprise Architecture Number:** ████████████

1.  **Purpose/Background.**  These Standard Operating Procedures establish minimum legal access and legal visitation standards applicable to all Immigration and Customs Enforcement (ICE) Family Residential Centers (FRC) that are active and operational as of the above effective date.

2.  **Policy.** ICE will promote access and visitation for residents by legal representatives as set forth in these standard operating procedures.  In the event of an emergency that threatens the safety or security of FRC residents and/or staff, the facility administrator may temporarily suspend these  procedures, in whole or in part.  Any violation of the legal access and visitation rules by a visitor may result in corrective action, including suspension of access to the facility.  Any criminal violations may lead to criminal arrest and prosecution.  ICE will review these procedures on an annual basis or more frequently if operationally required.

3.  **Definitions.**  The following definitions apply for purposes of this SOP only.
    1)  **Attorney.**  Any person who is eligible to practice law in, and is a member in good standing of the bar, of the highest court of any State, possession, territory, or Commonwealth of the United States, or of the District of Columbia, and is not under any order suspending, enjoining, restraining, disbarring, or otherwise restricting him/her in the practice of law. 8 C.F.R. § 1.2.

    2)  **Interpreter.**  A person who provides an oral interpretation or written translation, from one language and converts to another language while retaining the same meaning.

    3)  **Legal Assistant.**  An individual (other than an interpreter) who, working under the direction and supervision of an attorney or legal Representative, assists with group presentations and in representing individual residents. Legal assistants may interview residents, assist residents in completing forms, and deliver papers to residents without the Attorney or Legal Representative being present.

    4)  **Independent Medical Expert.**  An individual who is licensed or otherwise authorized by a state to provide medical or mental health care services, including but not limited to physicians, registered professional nurses, and licensed social workers. Such individuals are not permitted under this SOP to provide medical or mental health care services to residents, but may be permitted to evaluate individual residents for purposes of preparing expert reports.

5) **Legal Representative.** Any person who is legally authorized to represent another, including accredited law school students under the direct supervision of a faculty member, licensed attorney, or accredited representative, and accredited law school graduates not yet admitted to a bar; "reputable individuals"; accredited representatives; accredited officials; and attorneys outside the United States. *See* 8 C.F.R. § 292.1.

4. **Responsibilities.**
  1) **The FRCs and Legal Visitors** are responsible for following the procedures in Section 5 of this directive.

  2) **Legal Representatives** are responsible for completing and submitting a Form G-28 to ICE/ERO if an attorney-client relationship has been established.   This requirement applies to both visitation with individual residents and to attorney-client group legal meetings.  Such forms will be available in the legal visitation reception area.  Each completed Form G-28 becomes a permanent part of the resident's administrative file, and it remains valid until ICE/ERO receives written notice of the relationship's termination from the resident or the legal representative.   Attorneys representing residents on legal matters unrelated to immigration are not required to complete a Form G-28.  In addition, Form G-28 is not required for pre-representation sessions provided by attorneys or legal representative.

5. **Procedures.**
5.1. **Notification of Visitation Rules and Hours.**  Every FRC will complete the following actions to promote access and availability of visitation rules and procedures:
  1) Provide existing and newly admitted residents with a resident handbook (or equivalent) upon admission, which shall include information regarding FRC visitation rules and hours in Spanish and English.

  2) Conspicuously post visitation rules and hours in Spanish and Engligh in common resident areas and housing units.

  3) Promote public access to visitation Rules and hours in both Spanish and English through conspicuous postings in the visitor waiting areas, in writing upon request, and telephonically via live voice or recorded message.

5.2. **Visitor Logs.**
  1) The PERC/LESC will complete a records check of the subject, including but not limited to, National Crime Information Center (NCIC) active wants and/or warrants, criminal history, immigration status, and docket location.

5.3. **Access to Communication Devices.**
  1) FRCs will maintain a land-line telephone in each legal visitation room for use by attorneys and residents for legal visitation purposes relevant only to the specific visit.
  2) Use of personal electronic devices (e.g., cell phones/ smart phones, and other Wi-Fi/cellular enabled devices) is generally prohibited.  The use of laptops, Wi-Fi and hot spot devices, and tablets are, however, permitted in the visitation area.  At the discretion of the ICE Facility Administrator, limited cell phones/smart phones may be permitted if functioning land-line telephones become unavailable.

**5.4.**   **Visiting Room Conditions.**
1) Visiting areas will be appropriately furnished and arranged, and as comfortable and pleasant as practicable, including safe and appropriate accommodations for children.

2) Monitored care of children is available upon request as explained in the section below entitled "Legal Visitation Privacy."

3) As practicable space should be provided outside of the immediate visiting areas for the secure storage of visitors' coats, handbags, and other personal items.

4) The facility administrator will provide adequate supervision of all visiting areas. The visiting area staff will ensure that all visits are conducted in a quiet, orderly, and dignified manner.

**5.5.**   **Visitors' Food and Drink.**
1) Visitors will be permitted to bring water and an appropriate amount of snacks for personal consumption.

2) FRCs will designate specific areas of the facility in which food and beverages may be consumed, generally inside the visitation area.

3) Food and beverages may not be shared with or otherwise provided to the residents.

4) All food and beverages will be subject to search upon entering the FRC.

5) FRC staff will ensure that food and beverage vending machines are stocked appropriately.

**5.6.**   **Pre-Screening Requirement For Designation of Legal Visitors and Independent Medical Experts.**
1) For the safety and security of FRC residents and staff, FRCs will require all prospective Legal Visitors to pass pre-clearance/ record checks seventy-two (72) hours prior to the intial visit. The pre-clearance/records checks will include, but is not limited to, identity verification, current employment or educational status, arrest and criminal history, and verification of training, certification, and/ or skills underlying the applicant's request for legal/medical visitor designation.

2) Licensed attorneys may satisfy the pre-clearance/records check requirement with proof of identity and proof of admission and good standing in any state bar. Licensed attorneys satisfying these requirements will not be required to undergo the broader screening referenced above.

3) The ERO Field Office Director (FOD) for the area of responsibility (AOR) containing the respective FRC is the approving official for applications for Legal Visitor designation.

**5.7.    Visits by Legal Representatives and Legal Assistants.**

1)   Subject to the restrictions herein, individuals in the following categories are considered Legal Visitors:

    a.   Attorneys and Legal Representatives

    b.   Legal Assistants

        i.   Upon presentation of a letter of authorization from the legal representative under whose supervision the legal assistant is working, an unaccompanied legal assistant may meet with a resident during legal visitation hours. The letter must state that the named legal assistant is working on behalf of the supervising legal representative for the purpose of meeting with the FRC resident(s).

    b.   Interpreters

        i.   Interpreters will be permitted to accompany legal representatives and legal assistants on legal visits, subject to visitor identification and search procedures detailed in the sections titled "Pre-Screening Requirement For Designation of Legal Visitors" and "Necessary Documentation to Prove Legal Representative and Legal Assistant Status."

    c.   Independent Medical Experts

        i.   Upon presentation of a written request by a legal representative under whose supervision the medical expert is working, and approval by the ERO Juvenile and Family Residential Management Unit, a medical or mental health professional will be permitted to conduct an independent medical or mental health examination of a specified resident. (Note: Such individuals are not permitted under this SOP to provide medical or mental health care services to residents.). The written request must identify the individual resident to be examined and the purpose of such examination. Neither ICE nor the facility may assume any cost for the examination.

2)   Messengers who are not legal representatives or legal assistants will be permitted to deliver documents to and from the facility, but not visit residents.

3)   Prior to each visit, all legal representatives and assistants will be required to provide identification. State bar cards are preferred. Attorneys who are members of a state bar that does not provide bar cards are required to present other documentation that verifies bar membership. If such documentation is not readily available, the attorney will be required to report where he or she is licensed as an attorney and how this information may be verified.

4)   Law students must have a government-issued identification card and a memorandum on letterhead from the supervising attorney who is a bar member in good standing acknowledging that the law student is a representative of the supervising attorney.

5) FRCs will ensure that local rules allow each resident to meet privately with current or prospective legal representatives and their legal assistants. The FRC and ICE staff may not inquire into the subject matter of visits with legal representatives and assistants.

6) A legal visitation request, using the appropriate facility form, should be completed and submitted to the facility at least twenty-four (24) hours prior to the requested visit time to ensure proper scheduling of a private meeting room.

   a. The legal visitation request form must identify the resident to be visited.

   b. Legal representatives and assistants are not required to provide, and FRC staff shall not inquire into a resident's A-number as a condition of visiting; FRC staff will make a good-faith effort to locate a resident if provided with sufficient information about the resident.

7) Legal representatives and assistants may call the facility in advance of a visit, to determine the custody status of a particular individual. These calls may be answered by facility staff or forwarded to a designated ERO officer within the facility or to the ERO field office within the respective AOR.

8) The FRCs will not reject qualified attorneys or pre-cleared legal visitors who fail to provide notice 24 hours in advance, but failure to provide such notice may result in the following:

   a. Notification to such legal visitors that their visit may be accommodated subject to space limitations, and only following the facilitation of legal visits of those who provided notice 24 hours in advance;

   b. Placement of such legal visitors in queue or an on-call list to replace no-shows or cancellations from legal visitors who provided advanced notice; and/ or

   c. The FRC's inability to identify or locate residents in a timely manner.

9) Legal representatives and assistants are subject to a search, at any time, of his/her person and belongings, pursuant to a reasonable and articulable basis, for the purpose of ascertaining the presence of contraband.

10) The FRCs will designate a Legal Access Communications Liaison Officer to administer legal access policies and procedures discussed in this SOP and facilitate legal access related communication between residents and the public, including legal visitors.

11) The FRC personnel will be required to complete Legal Access detention standards training and refamiliarize themselves with the provisions of this SOP at least once each fiscal year to ensure consistent and fair application of legal visitation rules.

**5.8.    Legal Visitation Hours.**

1) The FRCs will permit legal visitation seven (7) days a week, including holidays, for a minimum of eight (8) hours per day on regular business days, and a minimum of four (4) hours per day on weekends and holidays.

2) Notwithstanding the regular visitation hours, the FRC and ICE staff maintains discretion to extend or terminate legal visits at the end of the allotted time.

3) On regular business days, legal visitations may proceed through a scheduled meal period. If residents miss their scheduled meal as a result of a legal visit, the FRC staff will ensure that a meal is provided upon conclusion of the conflicting legal visit.

**5.9.    Pre-Representation Meetings.**  During regular legal visitation hours each FRC will permit residents to meet with prospective legal representatives.  Each FRC will document pre-representation meetings in the logbook for legal visitation.  For meetings that are pre-representational and no attorney-client relationship exists, legal service providers do not need to complete a Form G-28.

**5.10.    Legal Visitation Privacy.**

1) The substance of conversations during legal visits between legal representatives or assistants and a resident are confidential and will not be subject to auditory supervision by FRC or ICE staff.

2) FRC and ICE staff will not be present in the legal visitation room unless the legal representative or assistant requests the presence of staff; however, staff may observe the visit through a window or camera, and only to the extent necessary to maintain security.

3) If the legal representative requests to meet with a resident in a general visitor or other alternate visiting room, the request should be accommodated if practicable. Such meetings will be afforded privacy but only to the extent practical under the circumstances.

4) Due to the presence of children and the requirement to provide for attorney-client visitation, visitation areas will be constructed in a manner that allows for parents to view the activities of their children within the visitation area.   Furthermore, monitored care for children is available by staff at all FRCs should parents opt to use this amenity.

5) Legal visitors may occupy a meeting room for successive resident client visits but only if any other attorney is not waiting.  When there are attorneys waiting, the initial attorney may return to the queue and wait for an attorney client space to become available so as to meet with more clients.

6) FRC staff are generally prohibited from holding a room for a legal representative who leaves the FRC premises.  Exceptions will be considered and decided by the Legal Access Communications Liaison Officer.  Legal representatives who leave the facility and return at a later time may be placed back in queue should all rooms be filled with other attorneys and residents.

**5.11.   Dedicated Workspace.**

1)   Recognizing the unique nature of FRCs, the vulnerability of the resident population, families and juveniles, and other unique qualities of families awaiting immigration case processing, the FRCs will reasonably provide registered pro-bono legal representatives with a dedicated workspace for use by the attorneys and legal representatives, and their legal assistants and interpreters, in the representation of the FRC residents.  Prior to using this workspace and equipment, the legal representative will be required to sign specific user agreements, which may permit, in the discretion of the FRC, for limited pre-cleared personal office equipment in the workspace.

2)   Provisions for copy services for legal representatives will be instituted providing there is no cost to the government.

**5.12.   Materials Provided to Residents by Legal Representatives.**

1)   The FRCs will allow residents and legal representatives to exchange documents that are relevant for legal representation purposes.

2)   Legal representatives may provide one (1) business card per resident/client.

3)   Written material provided by a legal representative to a resident during a legal visit may be inspected by an FRC staff, but not read.

4)   Residents are entitled to retain legal material received for their personal use.

5)   Quantities of blank forms or self-help legal material in excess of those required for personal use may be held for the resident with his or her stored property. The resident will be permitted access to these documents through the established avenues of communication.

**5.13.   Resident Access to Personal Medical Records.**

1)   Any FRC resident may, at any time, request access to his/ her medical records that are maintained at the FRC, by submitting a medical records request form and a signed HIPAA-compliant waiver to a designated FRC staff.

2)   The medical request and HIPAA forms shall be available in common areas.

3)   Upon receipt of the properly completed request, the FRC staff will generally produce the medical records within five (5) business days of the receipt of the request.

4)   Legal representatives and former residents may use the FOIA process to request medical records.

**5.14.   Request for Identity Documents.**   A copy of the resident's identity documents will be provided to the resident upon request.  The facility and/or ICE will maintain records of all documents provided to the requesting resident and/or their attorney of record.

**5.15. Communication with Residents.**
1) FRC and ICE staff will utilize contracted interpreters and translators, when necessary, to facilitate communication between staff and the residents.

2) ICE contracted interpreters and translators will be strictly prohibited from facilitating any legal communication between a legal representative and a resident. This strict prohibition protects all parties from potential conflicts of interest, impermissible disclosures, and any ethical issues that may arise pertaining to attorney-client privilege.

**5.16. Attorney-Client Group Legal Meetings.** Upon the request of a legal representative or assistant, the ICE facility administrator may permit a confidential meeting (with no staff present) involving the requester and two (2) or more residents. This may be for various purposes: pre-representational, representational, removal-related, etc. Such requests should be made to the Legal Access Communications Liaison. The FRCs should grant such requests to the greatest extent practicable. The ICE facility administrator will limit resident attendance according to the practical concerns of the facility, or the security concerns associated with the meeting in question. Attorney-client group legal meetings are distinct from legal rights group presentations, which are governed by ICE Family Residential Standard 6.3 (Legal Rights – Group Presentations).

**5.17. Pro Bono List and Resident Sign-Up.**
1) The U.S. Department of Justice (DOJ), Executive Office For Immigration Review (EOIR) produces and updates a list of local pro bono legal organizations. FRCs will promptly and prominently post the most current list in common areas.

2) Any legal organization or individual on the current list may contact the ICE facility administrator to request the posting and/or general circulation of a sign-up sheet to facilitate attorney-client meetings. Upon approval, the ICE facility administrator will notify residents of the sign-up sheet's availability and, according to established procedures, ensure coordination with the pro bono organization.

**5.18. Consequences for Violations of Visitation on Contraband Rules.** The following apply to FRC visitors:

1) Any visitor who violates any visitation rule, including adversely impacting the safety or security of the facility, may face corrective action, including visitation restrictions from all FRCs, immediate cancellation or termination of a visit, and/or suspension of future visitation privileges.

2) Any offense involving contraband or other criminal violations may lead to criminal arrest and referral for prosecution.

3) The ERO FOD, in the AOR of the relevant FRC, is designated as the deciding official on all corrective actions considered against legal visitors.

4) The FOD will confer with the AOR's Office of the Principal Legal Advisor Office of the Chief Counsel prior to taking corrective action taken against legal visitors.

5) The FOD must notify the ERO Assistant Director for Field Operations within two hours of any terminated or refused legal visit. Barred visitors will receive prompt basis for such restriction.

6) After five business days, visitors barred from the facility may submit a written request to the FOD requesting reinstatement of visitation privileges. The FOD, or designee, will provide a written response to each request.

6. **Recordkeeping.** Records will be maintained as described in these Standard Operating Procedures.

7. **Authorities/References.** Not applicable.

8. **Attachments.** None.

9. **No Private Right.** These guidelines, which may be modified, superseded, or rescinded at any time, are not intended to, do not, and may not be relied upon to create any right or benefit, substantive or procedural, enforceable by law by any party in any administrative, civil, or criminal matter.

**Thomas Homan**
**Executive Associate Director**
**Enforcement and Removal Operations**
**U.S. Immigration and Customs Enforcement**

GURULE DECLARATION

EXHIBIT 5

*This message is being forwarded on behalf of* ██████████, *Assistant Director for Custody Management, with the concurrence of* ██████████, *Assistant Director for Field Operations:*

**To:**          **PHI and SNA Field Office Directors and Deputy Field Office Directors**

**Subject:**     **New Protocol for Identifying Indigenous Language Speakers at Family Centers**

In August 2015 ICE Director Saldana issued a Language Access Plan (LAP) in support of Executive Order (EO) 13166, Improving Access to Services for Persons with Limited English Proficiency (August 11, 2000). This executive order requires federal agencies to examine and improve accessibility to the services they provide for individuals who are limited English proficient.

As part of ICE's efforts to improve language access at its Family Residential Centers (FRC), effective immediately, FRC staff will employ the following procedures (see attached flowchart) during the intake process:

1)   As one-word responses are insufficient to assess understanding, staff will engage residents in conversation to elicit responses that convey meaningful understanding. Upon arrival of a resident, staff will utilize the attached script to address all Mexican, Central and South American individuals to determine the resident's primary language.

2)   Refer to the script and ask the resident questions in Spanish. Based on their responses, if an individual appears to have no understanding of Spanish, please refer to the attached "Intakes Indigenous Slideshow" to determine the appropriate language. If staff believes the resident is proficient in Spanish, they will also ask a control question to determine if the resident feels more comfortable speaking a language other than Spanish. If the resident responds "no" to the control question, the processing may take place in Spanish.

3)   If the resident answers "yes", the staff will utilize the indigenous language slideshow to help determine the appropriate language, and then seek assistance from an approved ICE language line to conduct intake processing. The brief slideshow provides audio spoken in the various dialects from that country as well as an English translation so intakes staff can follow along. When a resident understands the spoken sentence for each dialect, the resident will motion to staff by raising their right hand.

4)   When an indigenous speaker has been identified the language must be documented in EADM and the resident file and communicated to center staff. Intake staff will seek interpretive assistance from one of several language lines available. For more information on available language lines please visit https://insight.ice.dhs.gov/ero/custody/Pages/jfrmu.aspx.

If you have any questions, please contact Juvenile and Family Residential Management Unit Chief, ██████████ at (202) ██████████ r via email at ██████████

NOTICE: This communication may contain privileged or otherwise confidential information. If you are not an intended recipient or believe you have received this communication in error, please do not print, copy, retransmit, disseminate, or otherwise use this information. Please inform the sender that you received this message in error and delete the message from your system.

GURULE DECLARATION

EXHIBIT 6

**DHS Dialects-Officer Script in Spanish**

*1. Where do you normally shop for clothing and food in your home country?*

En tu país, ¿dónde compras la ropa y la comida normalmente?


*2. Describe the area where you and your family live in your home country.*

Describe la zona de tu país donde vives tú y tu familia.


*3. Tell me about the school or education your children had in your home country.*

Cuéntame algo sobre la escuela a donde han ido tus hijos o sobre la educación que han ellos en tu país.


**Control Questions:**

*1. You seem to understand Spanish.   Is there another language you speak more often with your family or children when in your home country?*

Parece que entiendes el español.  Cuando estás en tu país, ¿hablas con más frecuencia en otro idioma con tu familia o con tus hijos?


*2. Are you more comfortable speaking this languge? ?*

¿Te sientes más a gusto hablando este  idioma ?

GURULE DECLARATION

EXHIBIT 7

Case 2:85-cv-04544-DMG-AGR   Document 217-1   Filed 06/03/16   Page 51 of 68   Page ID
#:6120



GURULE DECLARATION

EXHIBIT 8

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Quechua

Kanpa shimi ima kakta yachanata ministinchikmi. Wasipi kashpa kanpa familiakunawan kay shimipi parlanakushpaka, alli lado makita wichayman churaylla.

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Mam

Qaja qo b'in tij alkye yol b'a'n tu'na. Q'injaw tb'a'n tq'ab'a qa a yol lu'wa nyolina ti'j tuky'l qa tarman.



We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Q'anjob'al

Chi jochey chi jab' tzet tihejal chala. A pavor ihaj a watx' q'ab' tatol a jun thiej ti chal yul a na' yetoq a pamilia.



Homeland Security

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## K'iche

Rajawaxik kaqeta'maj le qas ach'ab'al. Chab'ana' jun toq'ob', chayaka' le wikiq'ab' aq'ab' we are' wa' le ach'ab'al kakoj pa awochoch kuk' le ajupaja awech.

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Q'eqchi

Ajel ru taqa naw la Atinab'āl.  Taqsii la nim Uk' cui' ain li Atinab'āl inka atinaa sa' la Cuochoch ric'in la Juncab'āl.



We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Achi

Chirajawaxik kaqeta'maj rach'a'tem. Chayaka raq'ab chikaj we e ch'a'tem wa' kach'a'tibej ri'at.



Homeland
Security

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Awakateco

Tajwe'n copon tan taske'n yi mbi jilwutz yol na yolu'.  Bne'u' pawor tak'enu' yi kabu' sbal tcyaj tetz jun techl yi ko ya'tz yi yol yi na yolu' xe yi najbilu' nka scyuch yi e' wunakilu' tu yi e' xonlu'.

Homeland Security

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Chuj

Yowalil skab'i tas ti'al tzala´. Ik'cha'anh ha wach' k'ab' tato ha jun ti' tzab' tik haton tzal t'a yol a pat yet' heb' ha k'ab'hok.



We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Popti

Kaw yilal yotajnhen heb' ya' b'aytet ha' wab'xub'al chah wala'. Xhko k'anh tah wet han tah cha wikanh ha' watx' tah ha' hune' tih ha' wab'xub'al chah wal yul ha' watut, sk'atan a mam ha' mi', wixal, k'ahol b'oj ha' kutz'in.

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Ixil

A' ni kusa' la' qootzii ab'iste ayolb'al. B'an b'a'nil, aq' je' aq'ab', tul la' aab'i vayolb'ale' uve' nayolb'e takab'al tuk' uq'a eetz'in aatzike'. A' vaseb'ale' la' aaq je'.

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Mixteco

Sxhiní ñu'uhu so kuni yu'u nchi sa'ahá ka'aha ní. Sa'aha ní ña maní ntane'ehe ní nta'aha ní sxhio kuaha tátu ña yo'oho ku'u sa'ahá ña ka'aha ní ve'ehe ní sxhi ta'aha ní.

We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Amharic

የአፍ መፍቻ ቋንቋዎን መለየት እንፈልጋለን። ይህ በቤትዎ ከቤተሰብዎ እና ጓደኞችዎ ጋር የሚያወሩበት ቋንቋ ከሆነ ፤ እባክዎ ቀኝ እጅዎን ያውጡ።



We need to identify your native language. Please raise your right hand if this is the language you speak at home with your family.

## Tigrinya

ትዛረቦ ቋንቋ ኣደ ክንፈልጥ ኣለና። እዚ ቋንቋ ዚ ኣብ ሃገርካን ምስ ስድራበትካን ትዛረቦ እንተኾይኑ የማናይ ኢድካ ኣልዕል።



GURULE DECLARATION

EXHIBIT 9

Individual Declarants (obtained 5-12-16) Detained Beyond 20 Days

| Exh. No. | Name | Location | Comments |
|---|---|---|---|
| 21 | Victor Rxxxxx-Xxxxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS's neg CF finding, affirmed by Immigration Judge. Request for review (RFR) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 23 | Yeslin Lxxxx-Xxxxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF finding affirmed by Immigration Judge. Request for review (RFR) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 28 | Celina Sxxxxxx-Xxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Request for Reviews (RFRs) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 29 | Cesia Vxxxxxxxxx-Xxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Reqiest for Review (RFR) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 31 | Kelly Gxxxxxxxx-Xxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Requests for Review (RFRs) denied. 3d RFR pending with USCIS. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 32 | Maria Mxxxxxx-Xxxxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Requests for Review (RFRs) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 39 | Karen Zxxxxx-Xxxxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Requests for Review (RFR) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 40 | Allison Mxxxxx-Xxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Requests for Review (RFR) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 3 | Steven Axxxxx-Xxxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge. Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 3 | Ludwin Cxxxxx-Xxxxx | BFRC | Castro. Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' negative CF affirmed by Immigration Judge. Request for Review (RFR) denied. Final order, but for stay of removal granted by Third Circuit, could be removed. |

Individual Declarants (obtained 5-12-16) Detained Beyond 20 Days

| Exh. No. | Name | Location | Comments |
|---|---|---|---|
| 3 | Estafany Mxxxxx-Xxxxx | BFRC | Castro.  Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF).  USCIS' neg CF affirmed by Immigration Judge.  Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 3 | Ashley Mxxxxx-Xxxxx | BFRC | Castro.  Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF).  USCIS' neg CF affirmed by Immigration Judge.   Refused to be interviewed for TD.  Request for Review (RFR) denied.  Parole request denied.  Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 3 | Joshua Lxxxx-Xxxxxxxx | BFRC | Castro.  Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge.  Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 3 | Jefferson Axxxxxx-Xxxxxxx | BFRC | Castro.  Expedited Removal (ER), Mandatory Detention, negative Credible Fear (CF). USCIS' neg CF affirmed by Immigration Judge.  Final order, but for stay of removal granted by Third Circuit, could be removed. |
| 54 | Fany Mxxxxxxxxx-Xxxxxxxxx | BFRC | Expedited Removal - Mandatory Detention, negative Credible Fear (CF).  USCIS' neg CF affirmed by Immigration Judge.   Requests for Review (RFRs) denied.  TD received, and removal scheduled.  Removal cancelled. |
| 30 | Isamar Sxxxxx-Xxxxx | BFRC | Final Removal Order detained as flight risk.  Immigration Judge ordered removed, family failed to appear. ICE apprehended for removal, family filed untimely appeal; stay granted by BIA.  But for the stay granted by Board of Immigration Appeals, could be removed.  05/27/16: appeal dismissed. |