## DEFENDANTS' EXHIBIT 27

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., ) | |
| ) | |
| Plaintiffs, ) | Case No. CV 85-4544-DMG |
| ) | |
| v. ) | **DECLARATION OF** |
| ) | **BRETT ENDRES** |
| LORETTA E. LYNCH, Attorney ) | |
| General of the United States, et al., ) | |
| ) | |
| Defendants. ) | |

I, Brett Endres, declare as follows:

1. I serve as the Supervisory Program Analyst for the Office of Planning, Analysis and Statistics (OPAS), within the Executive Office for Immigration Review (EOIR). I have worked in OPAS since March 2002. My job responsibilities include analyzing and generating statistical queries and reporting the results in response to requests from within EOIR, from other government agencies, and from the general public.

2. I have prepared this declaration with the goal of providing the Court relevant statistical data concerning immigration judges' review of U.S. Citizenship and Immigration Services' (USCIS's) credible and reasonable fear determinations in the hearing locations at Berks, Pennsylvania; Karnes, Texas; and Dilley, Texas. In preparing this declaration, OPAS has prepared queries similar to tables generated in Tabs B and C of the FY 2015 Statistics Yearbook focusing on credible and reasonable fear completions for the period from November 1, 2015 through May 24, 2016.

3. Between November 1, 2015 and May 24, 2016, 1,070 credible fear review proceedings and 114 reasonable fear review proceedings were completed before immigration judges in the above locations. The average processing time (the time between EOIR's receipt of a Form I-863, *Notice of Referral to Immigration Judge*, and the immigration judge's decision) for these cases was three days for credible fear proceedings, and three days for reasonable fear review proceedings. Below are details for each hearing location:

- ***Credible Fear Review***

| Hearing Location | Completions | Average Processing Time |
|---|---|---|
| Berks | 9 | 6 days |
| Karnes | 562 | 2 days |
| Dilley | 499 | 5 days |
| TOTAL | 1,070 | 3 days |

- ***Reasonable Fear Review***

| Hearing Location | Completion(s) | Average Processing Time |
|---|---|---|
| Berks | 1 | 6 days |
| Karnes | 62 | 2 days |
| Dilley | 51 | 4 days |
| TOTAL | 114 | 3 days |

4. Of the 1,070 cases in credible fear review proceedings, the immigration judge vacated USCIS's determination, and found a credible fear, 587 times. The immigration judge affirmed USCIS's determination, and found no credible fear, 480 times.

5. Of the 114 cases in reasonable fear review proceedings, the immigration judge vacated USCIS's determination, and found a reasonable fear, 78 times. The immigration judge affirmed USCIS's determination, and found no reasonable fear, 35 times.

I so declare under penalty of perjury.

*[signature]*
BRETT ENDRES
June 1, 2016