DEFENDANTS' EXHIBIT 28

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) | Case No. CV 85-4544-DMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ERIC H. HOLDER, JR., Attorney | ) | |
| General of the United States; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |

### DECLARATION OF JOSHUA G. REID

I, Joshua G. Reid, hereby declare that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an Assistant Field Office Director (AFOD) for U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) – Philadelphia Office. I have been employed as an AFOD with ERO since March 2016. As an AFOD, I oversee the day-to-day operations relating to the case management of aliens in custody at the Berks Family Residential Center (BFRC) and York County Prison. Prior to becoming an AFOD, I served as a Supervisory Detention and Deportation Officer (SDDO) at the ERO York sub-office from January 2012 until March 2016, and as a Deportation Officer from September 2008 to January 2012. I also worked as an inspector for the legacy U.S. Immigration and Naturalization Service (INS) from September 2000 until September 2003. After INS was decommissioned, I became an U.S. Customs and Border Protection (CBP) Officer from

April 2003 to September 2008, and served as a supervisor during the latter portion of this period. I have Bachelor of Science degree in Criminal Justice. The following statements contained in this declaration are based on my personal knowledge or on information provided to me in my official capacity.

2.   BFRC opened in 2001 and is located in Leesport, Pennsylvania, approximately 65 miles outside of Philadelphia, and has a maximum capacity of 96 individuals.

3.   The BFRC is a dormitory-style residential facility with sleeping quarters separated by sex and age. Juveniles age twelve and under are housed with a parent, while juveniles age thirteen and above are housed with other juveniles of the same sex and age range. Family units are normally housed on the same wing in order to promote family unity. Parents are expected to be responsible for their children and are encouraged to take an active role in their development. All medical services are provided by or approved by the ICE Health Service Corps (IHSC). All family units accepted for admission are medically screened upon arrival by a licensed nursing staff that is on site 24 hours a day, seven days a week and are provided medical and mental health care as needed.

4.   The BFRC offers a family-friendly environment that includes several day rooms, TV and multiple recreation/ activity rooms, and a toddler play room. Additionally, there is a dining room, gym, and other free space where residents may socialize. The dining room offers a full-service soup, salad, and cold food bar. It also features milk and a variety of juices, and furnishes food for infants, including formula. In addition to the standardized menu, which includes hot meals, vegetarian and medically necessary diet choices are offered at each meal. Residents can also enjoy snacks outside the regular dining hours. There are refrigerators in the living areas that are restocked daily with juices, snacks, and milk, and

there is a microwave in each wing so residents may prepare food purchased from the commissary. The BFRC also has a law library, which has computers for resident legal research and word processing, and a social library that houses approximately 2,000 books, including children's stories, books in Spanish and other languages, and a selection of popular magazines. There are eight computers available in the social library for residents to use for general internet and email access and electronic reading. Colorful murals and pictures decorate the walls, and books, stuffed animals, board games, video games, movies, table games, fitness equipment, and cable TV are available for resident enjoyment.

5.   The BFRC also provides educational services and recreational activities for its residents. All teachers at the BFRC are certified by the State of Pennsylvania. Classes run from 8:45 a.m. to 3:15 p.m., and children are placed based on their age and the results of their individual need assessments. Students participate in field trips to places of interest, including local parks, farmers markets, libraries, and universities. The BFRC also offers adult educational programming, to include English classes, and a volunteer work program. Residents can participate in daily scheduled recreational opportunities, including fitness classes and organized cooking and arts and crafts activities. Available to the residents are several children's play areas with age-appropriate commercial-grade play sets, bicycles for use on the outdoor campus, a soccer field, a basketball court, and a volleyball court. Residents may participate in basketball, volleyball, kickball, soccer, flag football, and tournaments, in addition to the physical education provided during the school day for children. The BFRC recreation department organizes monthly birthday parties, seasonal and holiday celebrations, and tri-weekly movie nights. Residents are also offered trips to a hair and cosmetic salon on a regular basis. The center also promotes community support to bring activities into the

3

BFRC for resident education and enjoyment such as nutrition classes, art lessons, and music instruction. There is also a chaplain who is available the residents and who proactively recruits other denominational representatives to provide services.

6. I have read the declarations submitted with Plaintiffs' Notice of Motion to Enforce Settlement and Appoint a Special Monitor, which was filed on May 17, 2016, and in response state as follows:

7. At BFRC, ERO adheres to ICE procedures and protocols regarding the detention of family units. Typically, families admitted to the BFRC have already undergone initial processing by another ERO office or by U.S. Customs and Border Protection, such that the families qualify for placement in a family residential center, have been issued the appropriate charging document, and have undergone an initial custody determination. Soon after arrival at the BFRC, ERO will review the family's alien files, briefly interview the Head of Household (HOH) in order to verify previously provided information, to include potential sponsors, and request that he or she complete an Emergency Contact Form, which the HOH may update at any time. Additionally, ERO will provide the HOH a list of legal service providers, as well as a notice with respect to taking legal advice. In those instances where the family has previously asserted a fear of return or has expressed a fear of return upon questioning by ERO at the BFRC, ERO will ensure the family's cases are referred to U.S. Citizenship and Immigration Services (USCIS) as soon as practicable for the appropriate screenings.

8. If a family at the BFRC is found eligible for release based on applicable guidance, regulation, or law, the release will be under the appropriate conditions and will take place in a safe and timely manner. Otherwise, ERO will affirmatively review on an ongoing basis

each family's cases for consideration of release, after affording the family an opportunity to provide information relating to, among other things, family ties in the United States, whether a relative/sponsor has a fixed address in the United States, and whether the family has a relationship with community organizations that may be available to aid in the family's placement. ERO will also conduct thorough and comprehensive reviews of all requests for release and parole filed by the families.

Notification of Legal Rights

9.  Several declarants indicated that they were not notified of their legal rights while at BFRC. I am familiar with the legal right notifications provided at BFRC and can attest that all individuals are informed of their rights. The Pennsylvania Immigration Resource Center (PIRC), a volunteer legal aid organization, conducts legal orientation presentations for BFRC residents on a weekly basis, informing them of their rights, immigration court procedures, potential forms of relief available in immigration court, and the detention process. In addition to the weekly presentations, residents may speak with a PIRC representative by completing a sign-up sheet (Ex. 1) dedicated for this purpose. BFRC staff promptly notifies PIRC and coordinate a time for the resident speak with a PIRC representative via telephone. Additional information about residents' legal rights and the orientation program is provided in the BFRC Resident Handbook (Ex. 2), which is provided to each resident upon admission. Moreover, new residents are also specifically informed about PIRC's legal presentations at the time of their orientation to the BFRC.

10. Residents are also provided a list of pro bono counsel and low cost legal service providers (Ex. 3) upon admission to the center. The list of free legal service providers is also posted in the rooms used by residents to make telephone calls, the designated immigration court

area, and in the residential information center.  Residents are able to contact legal service

providers on the list at no cost using the ICE free access telephone system.  Residents are

also permitted to purchase phone cards that allow them to make phone calls to legal service

providers, family, and friends without assistance from BFRC staff.  If residents do not have

the money to purchase a phone card and would like to contact their attorney, BFRC staff

will arrange for them to make toll free calls. Telephone calls to legal providers are not

monitored or recorded.  Legal representatives are permitted to visit residents seven days a

week between the hours of 8:00 am and 8:00 pm.  Legal providers are permitted to visit

their clients outside of these hours on a case by case and as-needed basis.  In addition, if a

G-28 is on file, BFRC will provide advance notice to counsel of transfers of residents except

in unusual and compelling circumstances.  Exhibits 4 through 14 are photos of postings of

legal access information.  Exhibit 4 shows all the sheets that are contained in the rest of the

photos.  These postings are contained in each resident phone room on the two floors

accessed by the residents.

### Notification of Rights Under *Flores*

11.  Several declarants indicated that they were not specifically notified of their rights under the

*Flores* case.  To my knowledge, ICE (or legacy INS) has not provided the notice in Exhibit

6 of the Flores Settlement Agreement to accompanied children.  However, ICE is committed

to providing the Exhibit 6 notice and will be working to implement a procedure to provide

the notice to accompanied minors at the BFRC.

### Notification of My Case Status

12.  Several declarants indicated that they were not notified of the status of their cases. ICE

personnel at the BFRC regularly respond to verbal and written inquiries from the residents,

which include requests regarding the status of their immigration cases.  In responding to

such inquiries, ICE does not provide legal advice regarding the resident's immigration case.

Residents in proceedings are also notified by the court of their next hearing date and, if they

have a concern about when their next hearing date is, they can call EOIR's Automated Case

Information Hotline at 800-898-7180 to obtain the date of their next hearing.

Complaints Regarding Observational Checks at Night

13.  Several declarants indicated that "guards" shine flashlights on the residents several times

(15 minute intervals) at night making it difficult to sleep.  As an initial matter, there are no

"guards" at the BFRC.  Counselors are stationed throughout the facility to ensure the safety

and security of residents and to assist them with any issues or needs.  Observational checks

are required by 55 Pa. Code § 3800.57(a) ("While children are at the facility, children shall

be supervised during awake and sleeping hours by conducting observational checks of each

child at least every hour") and are conducted on the residents throughout the day to ensure

their safety and security.  During overnight hours, BFRC staff conduct room checks every

15 minutes.  BFRC implemented 15 minutes checks after consulting and agreeing with

Pennsylvania Department of Human Services (PA DHS) that it would be a best practice.

Room checks are performed by illuminating the floor or the ceiling of the housing area with

a flashlight.  The light is not directed at the residents.  BFRC is currently working with PA

DHS to change the nighttime room check requirements from every 15 minutes to once every

hour.  The proposed changes are currently pending approval by PA DHS.  BFRC's Resident

Room and Room Check Policies for 2014 and 2016 are attached.  (Ex. 15 & 16).  The 2014

policy is currently in effect.  The 2016 document is a proposed policy and remains pending.

<u>Children Must Sleep in Own Bed</u>

14. Several declarants indicated that children cannot sleep in the same bed as their parents. This policy is required by PA DHS and is designed to help ensure the safety and security of the children. When BFRC previously requested clarification on this issue, PA DHS responded on June 25, 2015, that co-sleeping is not a safe practice and would violate 55 Pa. Code § 3800.53(b) ("The director shall be responsible for administration and management of the facility, including the safety and protection of the children, implementation of policies and procedures and compliance with this chapter."). Notably, the parent's bed is immediately adjacent to their child's bed.

<u>Food is Expired or Poor Quality</u>

15. Several declarants indicated that the food served at BFRC is expired or of poor quality. Although some residents may not like some food items, BFRC provides its residents with quality and nutritional food. Attached are menus for the period May 29 - June 11, 2016. (Ex. 17) demonstrating that multiple dining options are available to residents. The BFRC also maintains strict sanitation and hygienic practices to ensure against contamination of the food and to meet governmental health and safety codes. Food supplies are inspected on a daily basis and, if determined to no longer be suitable for consumption, are immediately discarded. A registered dietitian must complete an analysis of the BFRC's food service program on an annual basis in order to determine whether the program is meeting the required nutritional standards. (Ex. 18) Additionally, officials from the Commonwealth of Pennsylvania Department of Agriculture, Bureau of Food, Safety and Lavatory Services inspects the BFRC's food service program twice a year (in March or April and in October or

November) to ensure sound nutritional, sanitary, and hygienic practices are maintained. To date, the BFRC's food program has passed all certifications and inspections. (Ex. 19).

### Complaint that Same Washing Machines Used to Wash the Mops and Dirty Rags Are Used to Wash Residents' Clothes

16. Some declarants indicated that the same washing machines that are used to wash the mops and dirty rags are used to wash residents' clothes. Resident clothing and cleaning supplies are laundered in separate facilities within BFRC. Resident clothing is laundered using machines located on the third floor of the BFRC. Mops and cleaning towels are laundered using machines on the second floor. A sign (Ex. 20) is posted on these machines advising residents that they should not be used for purposes of washing their clothing. BFRC staff inspects all bedding to ensure it is properly laundered prior to being issued to residents. Soiled, or ripped bedding is not issued to residents. The BFRC contracts with a commercial cleaner to launder all linens, to include towels, bed sheets, and pillowcases.

### Male and Female Residents Can Commingle at BFRC

17. Two declarants (Celina Sxxx-xxx, Plaintiffs Ex. 28 ¶ 22, and Karen Zxxx-xxx, Plaintiffs Ex. 39 ¶ 23) indicated that detained men are comingled with detained mothers and children at BFRC. The BFRC accommodates both male and female heads of households and their children. Inasmuch as the BFRC is an un-secured facility that does not restrict the movement of residents, male residents are permitted to comingle with female residents within program areas, to include activity rooms, day rooms, telephone rooms, and outdoor recreational areas. Both male and female residents are precluded from entering the bedrooms occupied by an adult of the opposite sex. They are also precluded from congregating in bedrooms, as there are many areas in the BFRC to relax with other residents for conversation. Moreover, anytime an unrelated child is present in a bedroom, adult

residents, regardless of his/her sex, must have staff supervision while in that bedroom if the
child's parent is not present.  Children may enter their parent's bedroom only in the
company of their parents.  BRFC's guidance on housing classifications is in the BFRC
Resident Handbook at page 9 and listed in Exhibit 21.  There are also separate shower
rooms labeled according to gender (male and female). Children 9 years and older will
shower according to their gender.  Children 8 years and younger will shower only under the
direct supervision of their parent.  Notably, counselors are stationed throughout the center to
ensure the safety and security of residents and to assist them with any issues or needs.
Residents are also provided a handbook upon arrival, which outlines acceptable behavior
and the consequences of inappropriate actions or behavior.

<u>Children Could Have Been Placed with Family Member Residing in U.S.</u>

18. A number of declarants indicated that ICE need not detain some children because they have
another parent, family member, or friend living in the United States who could have taken
care of them:

Victor Rxxx-xxx (Plaintiffs Ex. 21)

Walter Mxxx-xxx (Plaintiffs Ex. 22) (On March 4, 2016, Walter's mother submitted a
request for release based on Walter's medical issues.  The request was granted on March
11, 2016.)

Yxxx xxx xxx-xxx (Plaintiffs Ex. 23)

Cesia Vxxx-xxx (Plaintiffs Ex. 29)

Kelly Gxxx-xxx (Plaintiffs Ex. 31)

Maria Mxxx-xxx (Plaintiffs Exhibit 32)

Karen Zxxx-xxx (Plaintiffs Ex. 39)

Allison Mxxx-xxx (Plaintiffs Ex. 40)

Because both the mother and children were issued final expedited removal orders, they are subject to mandatory detention pending removal from the United States. *See* INA 235(b)(1)(B)(iii)(IV) (an alien "shall be detained … until removed."); *see also* 8 C.F.R. § 235.3(b)(2)(iii) (an alien issued an expedited removal order "shall be detained pending . . . removal."). Although ICE maintains limited discretion to parole aliens subject to expedited removal orders when "required to meet a medical emergency or is necessary for a legitimate law enforcement objective," these families failed to meet the noted exceptions and, therefore, did not warrant release. *See* 8 C.F.R. §§ 235.3(b)(2)(iii) (expedited removal process pending or expedited removal order issued). But for the grant of stays of removal – initially issued by the U.S. District Court for the Eastern District of Pennsylvania and now by the U.S. Court of Appeals for Third Circuit pending its review of the District Court's dismissal of the mothers' habeas petitions – the families would likely have been removed from the United States pursuant to the lawfully issued expedited removal orders.

<u>Right to Receive a Bond Hearing</u>

19. Two declarants (Victor Rxxx-xxx (Plaintiffs Ex. 21) and Allison Mxxx-xxx (Plaintiffs Ex. 40)) indicated that they did not know they were entitled to a bond hearing. Insofar as both residents and their mothers are the subjects of final Expedited Removal orders, they are statutorily ineligible for a bond hearing before an immigration judge. Their detention is governed under INA § 235(b). *See* INA § 235(b)(1)(B)(iii)(IV) ( an alien issued an expedited removal order "shall be detained . . . until removed."); 8 C.F.R. § 235.3(b)(2)(iii) (an alien issued an expedited removal order "shall be detained pending . . . removal."). Although ICE maintains limited discretion to parole aliens subject to expedited removal when parole is "required to meet a medical emergency or is necessary for a legitimate law

enforcement objective," these cases failed to meet the noted exceptions and, therefore, did not warrant release.

## INDIVIDUAL COMPLAINTS

20. In addition to the general complaints listed above, some declarants had individual complaints. I have addressed these complaints below.

21. Declaration of Walter Mxxx-xxx (Plaintiffs Ex. 22)

   a. Walter Mxxx-xxx indicated that during meals, BFRC locks the doors so residents must stay in the cafeteria. He stated "I know [the doors] are locked because they have to swipe a card . . . Even if the doors are unlocked, we cannot just leave because there are always guards by the doors."). (Plaintiffs Ex. 22 ¶14).

Response: Walter is mistaken.   The cafeteria is open to the residents during three daily meal periods, namely breakfast (6:30 to 8:00 am), lunch (12:00 to 1:00 pm), and dinner (5:30 to 6:30 pm). The doors to the cafeteria are not locked during the meal periods, and residents can freely come and go as they chose. Also, there are no "guards" at the BFRC. Counselors are stationed throughout the center to ensure the safety and security of residents and to assist them with any issues or needs. The BFRC is an un-secured facility. Barring temporary restrictions due to medical or security reasons, residents can freely move within the program areas of the center without permission from staff, to include housing areas, day rooms, shower rooms, activity rooms, classrooms, the law library, telephone rooms, and outdoor recreational areas. Residents do not have access to certain areas of the center, such as the administrative office space for County and ICE officials, storage areas, and mechanical space. These restricted areas are accessible by BFRC staff and ICE personnel through the use of a swipe card.

22.  Declaration of Celina Sxxx-xxx (Plaintiffs Ex. 28)

    a.  Celina Sxxx-xxx has expressed a fear that if she leaves BFRC without permission
        "the guards would arrest me and take my son away." (Plaintiffs Ex. 28 ¶21)

Response:   The BFRC is an un-secured facility where residents can freely move about

within its non-restricted areas and its outdoor recreational spaces.  Insofar as the residents

are in ICE custody, they are prohibited from leaving the center and its grounds without

authorization or supervision.  If a resident were to leave BFRC without authorization, they

could be considered a fugitive and subsequently may be arrested by ICE officers depending

on the circumstances of their departure and their individual case.  Residents are provided a

Resident Handbook (Ex. 2) upon admission to the center, which states on page 28 that

leaving the grounds of the center without permission is a major disciplinary offense.

Potential discipline is covered on pages 24-25 of the handbook.  There are no "guards" at

the BFRC.  There are counselors stationed throughout the center to ensure the safety and

security of residents and to assist them with any issues or needs.  These counselors do not

have the authority to arrest a resident.  Additionally, the counselors are without authority to

remove a child from his/her parent, in the absence of clear conduct on the part of the parent

that endangers the child's safety and security.

23.  Declaration of Cesia Vxxx-xxx (Plaintiffs Ex. 29)

    a.  Cesia Vxxx-xxx indicated the "staff here are not nice to us.  They treat us like we
        have some kind of contagious disease.  Some of them wear gloves when they think
        they have to touch us.  They are not friendly or nice to us.") (Plaintiffs Ex. 29 ¶15).

Response:  BFRC staff are committed to ensuring residents at the center are treated in a

respectful, courteous, and professional manner.  In accordance with proper sanitation and

hygienic practices, BFRC staff utilize gloves when handling food, soiled laundry, trash, and

other potential unhygienic materials.  BFRC staff also exercise universal precautions and

utilize gloves when assisting residents with medical issues and when responding to any

incident involving the possible discharge of bodily fluids.

24. <u>Declaration of Isamar Sxxx-xxx</u> (Plaintiffs Ex. 30)

    a. Isamar Sxxx-xxx indicated residents must clean the facility. (Plaintiffs Ex. 30 ¶28, 38)

<u>Response</u>: In accordance with the Family Residential Standards, residents are required to

properly maintain their living areas within the center. Each adult resident is responsible for

daily personal housekeeping to include straightening their bedroom, making their bed,

picking up debris, and cleaning the floor, as well as cleaning their personal bathroom in

coordination with their roommates. Personal housekeeping also includes participating in

cleaning resident showers following a rotational schedule. Resident showers are not located

within the bathrooms adjoined to their sleeping quarters. Adult residents are also allowed to

participate in a Voluntary Work Program, which affords them the opportunity to work and

receive compensation during their stay. Work assignments include food service, general

building and ground maintenance, and housekeeping. Residents are compensated $1.00 per

day, which is transferred to the residents' accounts on a weekly basis. *See* BFRC Resident

Handbook – Personal Resident Housekeeping (pg. 20-21) and the BFRC's Housekeeping

and Voluntary Work Program SOP (Ex. 22).

    b. Isamar Sxxx-xxx stated that she did not see a list of legal providers near the phone. She also stated that if she wanted to make a free call to the lawyers, she has to ask the caseworkers to call for her. (Plaintiffs Ex. 30 ¶32).

<u>Response</u>: Residents are provided a list of pro bono or low-cost legal service providers

upon admission to the center. (Ex. 3) A list of free legal services is also posted within the

rooms utilized by residents to make telephone calls, the designated court area, and in the

residential information center. (Ex 4) Residents are able to contact legal service providers

on the list at no cost using the ICE free access telephone system.  Additionally, residents are permitted to purchase phone cards that allow them to make phone calls to legal service providers, family, and friends without assistance from BFRC staff.  Moreover, residents may also receive phone cards through the mail. If residents do not have the money to purchase a phone card and would like to contact their attorney, BFRC staff will arrange for them to make toll free calls. Telephone calls to legal providers are not monitored or recorded.  Legal representatives are permitted to visit residents seven days a week between the hours of 8:00 am and 8:00 pm.  Legal providers are permitted to visit their clients outside of these hours on a case by case and as-needed basis.

    c.  Isamar Sxxx-xxx indicated that her daughter was not allowed to take a chocolate drink out of the cafeteria.   (Plaintiffs Ex.30 ¶34).

<u>Response</u>:  BFRC residents may not take food outside of the cafeteria.  This restriction is contained both in the BFRC Resident Handbook (pg. 17) and on signs posted in the cafeteria. (Ex. 23-26)  There are kitchenettes on the same floors as the residents' bedrooms and activity rooms that contain fruit, snacks and drinks, to include milk.  These items, which are routinely replenished, are available 24 hours a day.

    d.  Isamar Sxxx-xxx indicated that at 7:00 a.m. they start yelling that we have to get up and do a room check." (Plaintiffs Ex. 30 ¶ 35).

<u>Response</u>:  In the morning starting at 6:30 a.m., the counselors will open the door to the residents' room for purposes of conducting a census and ensuring they have an opportunity to attend breakfast.  Counselors will give a resident a verbal reminder at 7:15 a.m., if the resident appears to still be sleeping.  Breakfast is scheduled from 6:30 a.m. to 8:00 a.m. to ensure it is within 14 hours of the evening meal, as directed by the Family Residential Standards. Residents can return to their rooms at any time of the day to rest and/or sleep.

    e.  Isamar Sxxx-xxx indicated that one time my daughter hid in my bed and the staff accused me of hiding her. They made me and my daughter go to see the psychologist. (Plaintiffs Ex. 30 ¶35).

Response: The reason for the restriction on children not sleeping with parents was explained above. The BFRC staff has no record of this alleged incident. Notwithstanding and as a general matter, while BFRC residents are offered the opportunity to speak with a mental health provider, they are not required to engage in such discussions.

    f.  Isamar Sxxx-xxx indicated that there are some places residents cannot go within the facility, that when residents go outside they have to have a staff member watch them, and after 8:00 p.m. residents are restricted from going downstairs and must stop using the computers. (Plaintiffs Ex. 30 ¶36).

Response: As stated in the BFRC Resident Handbook (pg. 10), "Barring temporary restrictions due to medical or security reasons, free movement hours are from 8:00am to 8:00pm each day. During this time, adult residents are allowed to move freely throughout all programing areas of the Center without first asking staff permission or notifying staff where they are going. Children age 10 and older may participate in free movement, when issued a pass by their parent. Children over 10 who do not currently have a pass and all children under 10 years old are expected to be under the direct supervision of their parent at all times when not in school or participating in an organized activity. Outside of free movement hours, residents are expected to remain on the bedroom floor. This floor has resident bedrooms, dayroom, law library, telephone room, medical department, bathrooms, a kitchenette with snacks and drinks, and shower rooms; all of which may be accessed freely 24 hours a day." In instances were residents utilize the outdoor recreational areas, BFRC counselors are present to ensure the safety and security of residents, particularly child residents.

25. Declaration of Kelly Gxxx-xxx (Plaintiffs Ex. 31)

    a.  Kelly Gxxx-xxx indicated that her son, now age 12, is in class a few hours a day with children who are eight or nine years old, and he gets bored. (Plaintiffs Ex. 31 ¶12).

Response:  It is the policy of BFRC to ensure all children receive educational services and programming in accordance with Pennsylvania Educational Standards to the resident's level of development and comprehension while in a structured classroom environment. (Ex. 27) The teaching staff are certified to teach in accordance with Pennsylvania State regulations. Additionally, the teaching staff are "English as a Second Language" (ESL) certified or are enrolled in an ESL certification program. Teaching staff are provided ongoing training on cultural awareness and sensitivity and child development theory. A standardized educational assessment, using age appropriate testing tools, are utilized to determine each resident's educational level within three days of his or her arrival at the center. An educational plan is developed for each resident based on his/her individual educational level. Developmental levels are assessed and monitored, to include monitoring the academic progress of residents to determine the necessity to re-test every 90 days. Due to the varying academic abilities of students, classes often include children of different age levels. *See* the BFRC Educational Standards SOP (Ex. 27).

      Upon his arrival at BFRC, Kelly Gxxx-xxx's son, Gary, was initially placed in a third through sixth grade classroom. However, after further evaluation of Gary's academic abilities, and after he displayed abilities that were more advanced than others in class, he was moved to the seventh through tenth grade room. Gary is currently being taught with the more advanced students and appears to be challenged, yet doing well.

    b.  Ms. Kelly Gxxx-xxx indicated her room is by the laundry room and employees do laundry at night and it's very noisy. (Plaintiffs' Ex.31 ¶13).

Response: At times, the BFRC staff has utilized the washing machines at night.  However,

neither the BFRC staff nor ICE personnel have ever received a complaint regarding the

noise made by the washing machines.  ICE will discuss this complaint with the BFRC to see

if any mitigating actions can be taken to limit any loud noises emanating from the laundry

area.

26.  Declaration of Maria Mxxx-xxx (Plaintiff Ex. 32)

   a.  Maria Mxxx-xxx indicated that she does not feel free to leave BFRC.  (Plaintiffs Ex.
       32 ¶14).

Response:  BFRC is an un-secured facility; there are no physical impediments to a resident

departing the facility.  If a resident were to leave BFRC without authorization, however,

they could be considered a fugitive and subsequently may be arrested by ICE officers

depending on the circumstances of their departure and their individual case.

27.  Declaration of Allison Mxxx-xxx (Plaintiff Ex. 40)

   a.  Allison Mxxx-xxx indicated that guards bang on the doors at 6:30 a.m.  (Plaintiffs Ex.
       40 ¶18).

Response:  There are no "guards" at the BFRC.  Unlike a guard, the BFRC counselors are

not law enforcement officers and have no arrest authority.  Counselors are stationed

throughout the center to ensure the safety and security of residents and to assist them with

any issues or needs.   In the morning starting at 6:30 a.m., the counselors will open the door

to the residents' room for purposes of conducting a census and ensuring they have an

opportunity to attend breakfast.  Counselors will give a resident a verbal reminder at

7:15am, if the resident appears to still be sleeping.  Breakfast is scheduled from 6:30 a.m. to

8:00 a.m. to ensure it is within 14 hours of the evening meal, as directed by the Family

Residential Standards. Residents can return to their rooms at any time of the day to rest
and/or sleep.

    b.  Allison Mxxx-xxx indicated that residents are corralled in common areas all day long
        and after 8:00 p.m. residents are kept only on the second floor. (Plaintiffs Ex. 40 ¶18,
        22).

Response:   The BFRC is an un-secured facility.  Barring temporary restrictions due to

medical or security reasons, residents can freely move within the program areas of the center

during free movement hours from 8:00am to 8:00pm each day to include housing areas, day

rooms, shower rooms, activity rooms, classrooms, the law library, telephone rooms, and

outdoor recreational areas without permission from staff.  Residents do not have access to

certain areas of the center such as the administrative office space for County and ICE

officials, storage areas, and mechanical space. These restricted areas are accessible by

BFRC staff and ICE personnel through the use of swipe-cards.   Outside of free movement

hours, residents are expected to remain on the bedroom floor.  This floor has resident

bedrooms, dayroom, law library, telephone room, medical department, bathrooms, a

kitchenette with snacks and drinks, and shower rooms; all of which may be accessed freely

24 hours a day.

    c.  Allison Mxxx-xxx expressed concern about her bedtime, 9:00 p.m. no matter the day.
        (Plaintiff Ex. 40 ¶18).

Response:  The Resident Handbook states, "The general bedtime for children 5 years to 18

years is 9:00 p.m. Sunday through Thursday.  Lights are turned out 15 minutes after these

bedtimes.  There are no general bedtimes set for children on Friday and Saturdays.  Parents

are encouraged to continue (or develop) their children's bedtime routines while at the

Center."  The BFRC counselors will recommend that children go to bed at 9:00 p.m.;

however, it is ultimately within the control and discretion of the parent as to the time his/her child goes to sleep.

28. <u>Declaration of Attorney Bridgett Cambria</u> (Plaintiffs Ex. 3 ¶7).

    a. Attorney Cambria complains ICE denied summarily and without individual analysis all requests for release for the following clients:

        Steven Axxx-xxx (Cambria Decl. Ex. 3 ¶ 9.a)

        Ludwin Cxxx-xxx (Cambria Decl. Ex. 3 ¶ 9.b)

        Estefany Mxxx-xxx (Cambria Decl. Ex. 3 ¶ 9.c)

        Allison Mxxx-xxx (Cambria Decl. Ex. 3 ¶ 9.c)

        Ashley Mxxx-xxx (Cambria Decl. Ex. 3 ¶ 9.d)

        Joshua Lxxx-xxx (Cambria Decl. Ex. 3 ¶ 9.e)

        Jefferson Axxx-xxx (Cambria Decl. Ex. 3 ¶ 9.f)

<u>Response</u>: ICE conducts thorough and comprehensive reviews of all requests for release and parole. The families are subjects of final Expedited Removal orders and their detention is governed under INA §235(b). *See* INA §235(b)(1)(B)(iii)(IV) (an alien "shall be detained … until removed."); *see also* 8 C.F.R. § 235.3(b)(2)(iii) (an alien issued an expedited removal order "shall be detained pending . . . removal."). Although ICE maintains limited discretion to parole aliens subject to expedited removal when parole is "required to meet a medical emergency or is necessary for a legitimate law enforcement objective," these cases failed to meet the noted exceptions and, therefore, did not warrant release. 8 C.F.R. §§ 235.3(b)(2)(iii) (expedited removal process pending or expedited removal order issued).

29.  An Index of Exhibits is attached to this declaration.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct

to the best of my knowledge, information and belief.

Executed on this 3rd day of June, 2016.


Joshua G. Reid
Assistant Field Office Director (AFOD)
Enforcement and Removal Operations – Philadelphia Office
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

INDEX OF EXHIBITS

1.  Sample PIRC Sign-Up Sheet
2.  BFRC Resident Handbook
3.  List Pro Bono Providers
4.  Bulletin Board – Wide View
5.  Bulletin Board – Telephone Information
6.  Bulletin Board – Telephone Free Phone Calls
7.  Bulletin Board – Telephone Access Spanish
8.  Bulletin Board – Telephone Access
9.  Bulletin Board – List of Numbers 1
10. Bulletin Board – List of Numbers 2
11. Bulletin Board – List of Numbers 3
12. Bulletin Board – List of Numbers 4
13. Bulletin Board – List of Numbers 5
14. Bulletin Board – List of Numbers 6
15. Policy 40.085, SOP – Observational Checks, Nov 1, 2014
16. Draft Policy 40.085, SOP – Observational Checks, Nov 28, 2014
17. Menu – May 29 to Jun 11, 2016
18. Dietitian Ltr, Aug. 6, 2015
19. Retail Food Facility Inspection Report, Apr 14, 2016 & Nov 9, 2015
20. Photo – Washing Machine
21. Housing Classification, Dec 7, 2015
22. Policy 12.010, SOP – Housekeeping and Voluntary Work Program, Dec 1, 2013
23. Sign Prohibiting Removal of Food from Dining Area
24. Sign Prohibiting Removal of Food from Dining Area
25. Sign Prohibiting Removal of Food from Dining Area
26. Sign Prohibiting Removal of Food from Dining Area
27. Policy 05.010, SOP – Education Standards, Dec. 1, 2013

# Exhibit 1

# Sign up to speak to P.I.R.C.

# -Hablar con P.I.R.C.



| Name: | | Date |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Sign-up sheet | | |
| for PIRC located | | |
| outside Caseworker | | |
| office | | |
| | | |
| | | |

# Exhibit 2



# Berks Family Residential Center

## Resident Handbook

**1040 Berks Road**
**Leesport, PA  19533**
**610.396.0310**

# Table of Contents

**INTRODUCTION**     **5**

**MAILING ADDRESS AND TELEPHONE NUMBER**     **5**

**THE RESIDENT INFORMATION CENTER**     **5**

**RESIDENT HANDBOOK**     **5**

**RESIDENT RIGHTS AND RESPONSIBILITIES**     **6**

**RESIDENT PROGRAM RULES**     **7**

**RESIDENT REQUESTS**     **8**

**CONTACTING IMMIGRATION**     **8**

**CASEWORKERS**     **9**

**LIVING ARRANGEMENTS**     **9**

   **BEDROOMS**     **9**

   **CHILDREN'S BEDTIMES**     **10**

   **OVERNIGHT CHECKS**     **10**

   **FREE MOVEMENT**     **10**

   **OUTDOOR CAMPUS ACCESS**     **11**

   **CHILDREN'S FREE MOVEMENT PASS**     **11**

**CLOTHING**     **11**

   **CENTER CLOTHING ROOM**     **11**

   **PURCHASING CLOTHING**     **12**

   **INDIGENT RESIDENT CLOTHING**     **12**

   **RESIDENT DRESS CODE**     **12**

**LINENS**     **12**

**LAUNDRY**     **13**

**PERSONAL HYGIENE**     **13**

**ALLOWABLE PERSONAL PROPERTY**     **13**

**WRITING INSTRUMENTS**     **14**

**GENERAL SAFETY/EVACUATION DRILLS**     **14**

**RESIDENT CENSUS**     **15**

**THE CENTER LAYOUT**     **15**

**MEALS**                                                          **17**

    **KITCHENETTES**                           **17**

    **SPECIAL DIETS**                           **17**

**RELIGIOUS SERVICES**                                             **18**

    **CHAPLAIN**                                **18**

**MEDICAL SERVICES**                                               **18**

    **EMERGENCY MEDICAL SITUATIONS**            **18**

    **SICK CALL**                               **18**

    **DENTAL SERVICES**                         **19**

    **MENTAL HEALTH SERVICES**                  **19**

    **ROUTINE OVER THE COUNTER MEDICINES**      **19**

    **MEDICATIONS**                             **19**

    **MEDICAL DEPARTMENT CONDUCT**              **19**

    **MEDICAL CARE COMPLAINTS**                 **20**

    **SEXUAL ABUSE AND ASSAULT PREVENTION AND INTERVENTION**   **20**

**RESIDENT CHORES**                                                **20**

**TELEPHONE ACCESS**                                               **21**

    **ICE FREE ACCESS TELEPHONE CALLS**         **21**

    **INDIGENT RESIDENT TELEPHONE ACCESS**      **21**

    **LEGAL ASSISTANCE TELEPHONE ACCESS**       **22**

**COMPLAINT AND GRIEVANCE PROCEDURES**                             **22**

    **EMERGENCY GRIEVANCE PROCEDURES**          **23**

    **NON-GRIEVABLE MATTERS**                   **23**

    **STAFF MISCONDUCT**                        **23**

**CONTRABAND**                                                     **23**

**DISCIPLINARY PROCEDURES**                                        **24**

    **DISCIPLINE HEARING APPEALS**              **25**

    **DISCIPLINE PROCEEDING POSTPONEMENTS**     **25**

    **CORRECTIVE SANCTIONS FOR CHILDREN**       **26**

CORRECTIVE SANCTIONS FOR ADULTS 26
DESCRIPTION OF OFFENSES 26
LOW OFFENSES 26
MODERATE OFFENSES 27
MAJOR OFFENSES 28
EDUCATION 29
SPECIAL NEEDS INFORMATION 29
MARRIAGES 30
COMMISSARY 30
COMMISSARY GUIDELINES 30
FINANCES 30
VOLUNTARY WORK PROGRAM 31
VISITATION 31
DIRECTIONS TO THE CENTER 32
SOCIAL VISITATION 32
LEGAL AID VISITATION 32
CONSULAR VISITATION 32
VISITOR DRESS CODE 33
LEGAL INFORMATION 33
LAW LIBRARY / ACCESS TO LEGAL MATERIALS 33
MATERIALS PROVIDED BY LEGAL REPRESENTATIVES 33
LEGAL ORIENTATION PRESENTATIONS 33
FREE LEGAL ASSISTANCE 34
ROUTINE SANITATION AND SAFETY INSPECTIONS 34
NON-ROUTINE SEARCHES 34
SEARCHES OF PERSONS: 34
MAIL / CORRESPONDENCE 34
INDIGENT RESIDENT MAIL 35
SPECIAL CORRESPONDENCE 35
POSTAGE AND ENVELOPES 36

**DISTRIBUTION OF INCOMING MAIL**                                    **36**

**POSTING OF OUTGOING MAIL**                                          **36**

**NOTARY PUBLIC**                                                           **37**

**PHOTOCOPIES**                                                             **37**

**MONEY ORDERS**                                                          **37**

**HAIR CARE SERVICES**                                                    **37**

**RECREATIONAL PROGRAM**                                          **37**

**RECREATIONAL OFFERINGS**                                      **37**

## INTRODUCTION

The Berks Family Residential Center (The Center) is contracted by U.S. Immigration & Customs Enforcement (ICE) and is operated by the County of Berks under an Intergovernmental Service Agreement. The Center's mission is to allow families to remain together while in ICE custody in the least restrictive setting available while enforcing rules necessary to ensure the safety and well-being of residents and staff alike. Decisions on immigration related matters and any determination to release residents from the Center or remove them from the United States is the responsibility of ICE, not Berks County. The Juvenile and Family Residential Unit (JFRMU) monitors activity at this Center. JFRMU is a unit within U.S. Immigration and Customs Enforcement and is responsible for all operations where ICE families are housed. The JFRMU officer at this site is responsible for monitoring the health, safety and security of residents placed here. This officer ensures the Center is in compliance with federal standards relating to a variety of topics including food service, sanitation, medical care, visitation, and legal rights. The JFRMU officer welcomes resident conversation concerning these and other Center issues.

## MAILING ADDRESS AND TELEPHONE NUMBER

Berks Family Residential Center
1040 Berks Road
Leesport, PA  19533
610-396-0310 x2400

## THE RESIDENT INFORMATION CENTER

The Resident Information Center is located by the dining room on the bedroom floor and is freely accessible 24 hours a day. Forms and mailboxes are located there relating to legal assistance, ICE communication requests, grievances, sick call, mail, commissary, case worker assistance, recreational activities, a copy of the current resident handbook and required postings among other things.

## RESIDENT HANDBOOK

The purpose of this handbook is to provide residents with specific rules, regulations, policies and procedures that must be followed while residing at the Center. The handbook will also provide a general overview of the programs and services offered at the Center. Upon admission to the Center, each family is provided with a copy of the resident handbook. It is your responsibility for you and your family to become familiar with the contents of this handbook and to ask staff questions if there is anything you do not understand. Questions may be directed to any of the staff or ICE. A copy of the current resident handbook is also posted at the Resident Information Center.

Occasionally, changes need to be made to the resident handbook.  When this occurs, residents will be given the updates and the updates will also be posted at the Resident Information Center.

## RESIDENT RIGHTS AND RESPONSIBILITIES

It is Center policy to treat residents with dignity and respect while maintaining a safe, secure, and sanitary residential center.  It is expected that staff will receive your full cooperation while you reside here.  Although staff may not know newly admitted residents by name, they are always expected to address you in an appropriate and respectful manner.  You are expected to address other residents and staff in the same manner.

- You have the right to be informed of the rules, procedures and schedules concerning the operation of the Center. You have the responsibility to know and abide by them;
- You have the right to freedom of religious affiliation and voluntary religious worship. You have the responsibility to recognize and respect the rights of others in this regard;
- You have the right to contact your consulate or embassy and have those officials call and visit you during your stay at the Center.  See the sections on telephone usage and visitation for more information;
- You have the right to receive regular health care, nutritious meals, proper bedding and clothing, an opportunity to shower regularly, hygiene products, proper indoor climate control, and regular exercise opportunities among other things.  It is your responsibility to seek medical care as needed, to not to waste food, to follow the laundry schedule, to maintain proper hygiene and keep your living quarters clean;
- You have the right to protection from personal abuse, corporal punishment, unnecessary and excessive use of force, personal injury, disease, property damage and harassment;
- You have the right to freedom from discrimination based on race, religion, national origin, sex, handicap or political beliefs;
- You have the right to pursue grievances in accordance with written procedures outlined in this handbook;
- You have the right to due process, including the prompt resolution of administrative disciplinary matters as outlined in this handbook;
- You have the right to unrestricted and confidential access to the courts;
- You have the right to pursue legal assistance at no cost to the United States Government;
- You have the right to use the law library.  You have the responsibility to use those resources responsibly and to respect the rights of other residents in the use of the space and materials;
- You have the right to freely correspond with persons or organizations;

- You have the right to have family members and friends visit.  You have the responsibility to conduct yourself properly during visits;
- You have the right to take advantage of activities and programing, which may aid in an enjoyable stay at the Center.  You have the responsibility to abide by the rules governing the use of such activities and programs;
- School aged children have the right to attend school and receive instruction equal to that of their peers. You have the responsibility to ensure children attend school and study for assigned class work and homework;
- Children have the right to participate in all age appropriate activities and programing when not in school.  You have the responsibility to encourage them to participate in leisure activities, ensure they abide by all Center rules including respecting the personal space of others and refraining from bullying behavior.

## RESIDENT PROGRAM RULES

- Follow the directives that are given by the Center staff;
- Wear your Center identification card in plain view at all times, except when directed by staff;
- Treat all residents and staff with respect and courtesy, regardless of race, religion, ethnicity, gender or age;
- Attend to the physical and emotional needs of your children while modeling appropriate behavior;
- Monitor your child's behavior and use only approved behavior modification techniques when necessary.  Corporal/ physical punishment is prohibited;
- Do not file knowingly false complaints, grievances or other reports;
- Do not speak disrespectfully, or be verbally or physically aggressive towards other residents or staff.   Should you encounter others displaying this behavior, report it immediately to staff;
- Do not have physical or intimate contact with your spouse or other residents or staff while at the Center.  See the section on sexual abuse and assault prevention for more information;
- Do not possess contraband while at the Center;
- Respect the rights of other residents and staff;
- Do not take or borrow other residents' property;
- Comply with census procedures;
- Perform assigned chores;
- Maintain proper hygiene;
- Clean your bedroom and private bathroom every morning;
- Complete your laundry on the assigned day;
- Conduct yourself in an orderly manner during meals, clear your immediate area after each meal and ensure your children's area is also cleaned;

- For students- follow classroom rules that are established by the teachers and the Center staff;
- Promptly report broken items or damaged property to staff;
- Alert staff immediately of any problems or concerns;
- Ask staff if you do not understand or remember Center rules;
- Abide by the room visitation policy.  See the section concerning bedrooms for more information;
- Do not borrow or trade clothing, hygiene products, jewelry or make-up;
- Do not deface or otherwise damage Center property;
- Comply with the dress code found in this handbook;
- Do not use tobacco products, alcohol or gum;
- Do not waste food;
- Do not use profanity.

Failure to follow the above rules may result in the initiation of disciplinary proceedings. Serious and/or continuous infractions may lead to a review of your continued suitability for placement in this residential setting. See the section on disciplinary procedures for more information.  Residents who act in an aggressive manner and/or attempt to cause harm to themselves or others, may be passively restrained under the Center restrictive procedure policy to protect themselves and others.

## RESIDENT REQUESTS

Generally, residents can have questions answered and obtain services merely by speaking to staff.  For those who would rather request information formally, the official method is by completing a Resident Request form. These forms are available at the Resident Information Center.  Please complete all the information requested on the forms.  You may obtain assistance from another resident or staff member in preparing your request form.  Completed forms are to be placed in the mailbox labeled "Requests" located at the Resident Information Center.  These forms are collected each business day and routed to a caseworker for resolution.  This procedure is not to be used for submitting formal grievances. See the section on grievance procedures for more information.

## CONTACTING IMMIGRATION

ICE staff are assigned to your immigration case and conduct announced and unannounced (not scheduled) visits to the Center. The purpose of these visits is to speak to residents about their immigration concerns and observe living conditions.  You may visit with ICE during their announced visits and also submit written questions, requests or concerns to them by completing an ICE communication form. These forms are available at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "ICE.  These forms are collected each business day and routed to ICE without

being read or altered.  You may obtain assistance from another resident or staff member
in preparing your request form. The ICE staff receiving your request form will respond to
you.  ICE officers are the only staff who can answer immigration related questions.  See
the posted ICE visit schedule at the Resident Information Center.  The county staff, in
blue shirts and tan pants/shorts you interact with at the Center cannot answer any
immigration related questions.

## CASEWORKERS

Each family admitted to the Center is assigned a specific caseworker, although questions
may be directed to any of the caseworkers as needed.  These caseworkers assist residents
with questions regarding rights, rules, responsibilities, programing and services, housing
and education, property issues, access phone numbers and addresses of family and
friends, treatment referrals and other issues that arise while living at the Center.
Residents may contact the caseworkers in their office on the activity floor during free
movement and through the use of a Resident Request form.  These forms are located at
the Resident Information Center.  Completed forms are to be placed in the mailbox
labeled "Requests".  Signup sheets for hair care services, legal aid assistance and phone
calling cards among other items are located outside of the caseworkers' office.

## LIVING ARRANGEMENTS

Residents are expected to share common equipment such as telephones, televisions,
tables, recreational games and other equipment.  Quiet hours are from 10:30am to 6:30am
on weekdays (Sunday night through Thursday night) and at 12:00 midnight to 6:30am on
weekends (Friday and Saturday night) and holidays.  During quiet hours residents are
expected to refrain from activities which would disturb the sleep of others.

### BEDROOMS

Children 12 years and under will be assigned a bedroom with their parent.  Children 13
years and over will be assigned a bedroom with other children of the same gender and
like age.  Each resident is provided with their own bed. Residents should make their beds
and straighten up their immediate area each morning.  When not in use, beds should
remain made.  Beds are not to be moved.  Due to the communal nature of the Center,
where children from different families may room together, and non-related adults room
together, residents must abide by the following room visitation policies to ensure the
privacy and safety of all residents:  Anytime an unrelated child is present in a bedroom,
adult residents must have staff supervision while in that bedroom.  Children may enter
their parent's bedroom only in the company of their parents.  As there are many areas in
the Center to relax with other residents for conversation, adults are not allowed to
congregate in bedrooms.  Residents are permitted to decorate their rooms with personal
items, so long as the decorations do not present a health or safety hazard, do not peel
paint off the walls or otherwise deface Center property.  No items are allowed to cover

the light fixture, doors or windows.  Items are not to be hung from vents or beds.  Due to the communal nature of the Center, residents are encouraged to only change their clothes in the shower rooms or in their bathroom.  Approved property will be stored inside assigned bedroom closets.  See the section on allowed personal property for more information.  Closets shall be kept organized.  No open food or drinks are allowed to be stored in bedrooms.  Unopened commissary purchases may be stored in bedrooms provided they are kept in a closed bin to discourage pests.  All hygiene items must be stored hygiene boxes and kept in assigned bedroom closets.  Toys are allowed in bedrooms during free movement hours.  After free movement, all toys must be taken back to the common areas so that they can be sanitized for the following day.  See the section on free movement for more information.

## CHILDREN'S BEDTIMES

Children's bedtimes were set to promote a routine for the Center children and to allow for their restful attendance in class.  The general bedtime for children 4 years and younger is 8:30pm Sunday through Thursday.  The general bedtime for children 5 years to 18 years is 9:00pm Sunday through Thursday.  Lights are turned out 15 minutes after these bedtimes.  There are no general bedtimes set for children on Friday and Saturdays.  Parents are encouraged to continue (or develop) their children's bedtime routines while at the Center.

## OVERNIGHT CHECKS

State regulations require staff to conduct room checks at a minimum of every fifteen minutes during each overnight to ensure resident safety.  During these checks staff is required to shine a flashlight into your room; the checks will be done with as little disruption as possible.

## FREE MOVEMENT

Barring temporary restrictions due to medical or security reasons, free movement hours are from 8:00am to 8:00pm each day.  During this time adult residents are allowed to move freely throughout all programing areas of the Center without first asking staff permission or notifying staff where they are going.  Children age 10 and older may participate in free movement, when issued a pass by their parent.  See the section on free movement passes for more information.  Children over 10 who do not currently have a pass and all children under 10 years old are expected to be under the direct supervision of their parent at all times when not in school or participating in an organized activity.  Outside of free movement hours, residents are expected to remain on the bedroom floor.  This floor has resident bedrooms, dayroom, law library, telephone room, medical department, bathrooms and shower rooms; all of which may be accessed freely 24 hours a day.

## OUTDOOR CAMPUS ACCESS

The outdoor campus is open from 8:00am to 8:00pm or dusk, whichever is earlier. Outdoor recreation activities include soccer, tether ball, volleyball, and badminton and toddler activities. Outdoor recreation equipment (bikes, balls, jump ropes, hoops etc.) may be borrowed from the cart in the lobby of the recreation door. These items must be returned prior to going back inside the Center. Residents must report any loss or breakage to staff so the equipment stays in good working order and is replaced as needed. Drinking water and bathrooms are accessible while outside. To access the outdoor campus, residents must first notify staff near the recreation door then may exit out the recreation door without waiting for staff to accompany them. This is the only door that residents may use without being accompanied by staff (except in emergency situations). Staff will join residents who are outside to monitor their safety. When not participating in an organized activity, residents must stay within the boundaries of the post and rail fence. Should you need to leave this area, to retrieve a ball, etc., you must first notify staff supervising the area. Access to the outdoor campus may be temporarily suspended due to environmental conditions or for security reasons.

## CHILDREN'S FREE MOVEMENT PASS

Children 10 years and older may receive a free movement pass from their parent which allows them to participate in the free movement program. This pass may be given, suspended and reinstated by the parent at any time of their choosing. Residents not receiving free movement passes for their children at admission should see a caseworker to obtain the passes.

## CLOTHING

Residents must be properly dressed when outside of their bedrooms. See the section on resident dress code for more information. Each resident is allowed to keep 10 sets of personal clothing in their rooms. Children newborn to age 5 years may have 12 sets. These sets may be clothing you brought to the Center, clothing provided by the Center or clothing you purchased during your stay. Underwear, bras and socks will be exchanged as needed. Residents in need of new underwear or clothes should speak with staff or submit a Resident Request form. These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests". Residents will not be allowed to have more items than those listed above, except when authorized by the Executive Director.

## CENTER CLOTHING ROOM

Residents not arriving at the Center with a suitable amount of seasonally appropriate clothing, they may borrow clothing from the Center clothing room to use during their stay. There is no charge for clothing taken from the Center clothing room, but all clothing borrowed must be returned prior to departure. Ask staff to use the clothing

room, speak to your caseworker or submit a Resident Request form.  These forms are located at the Resident Information Center.   Completed forms are to be placed in the mailbox labeled "Requests". .

## PURCHASING CLOTHING

Clothing is available for purchase at the Center commissary.  If a resident cannot find suitable clothes utilizing the above avenues, they will be allowed to purchase them from a store in the local area.

## INDIGENT RESIDENT CLOTHING

The Center will provide clothing to indigent residents who did not arrive at the Center with a suitable amount of seasonally appropriate clothing.  Speak with your caseworker or submit a Program Request form if you are in need of clothes.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".

## RESIDENT DRESS CODE

Residents 5 years and older:
- Residents must wear tops that cover their shoulders, chest, stomach and lower back.
- Tops cannot be worn where cleavage is exposed.
- Form fitting shirts/tops are not permitted.
- See through clothing is not permitted
- All types of undergarments are permitted as long as they are not visible in any area or at any time.
- Form fitting pants and shorts are not permitted.
- Shorts should not be any higher then mid-thigh.
- Dresses and skirts are not permitted, unless approved for religious reasons.
- Shoes or sandals must be worn at all times
- If an article of clothing is deemed inappropriate during the day it is still inappropriate for nighttime/sleeping hours.
- Stud earrings, religious based necklaces and wedding bands are the only items of jewelry permitted.

## LINENS

The following linens are provided to each resident upon admission to the Center:
- 2 sheets,
- 1 pillowcase,
- 1 blanket,
- 1 laundry bag

Berks Family Residential Center
Resident Handbook

These linens will be exchanged for clean linens once a week, or more frequently as needed.  Speak with staff should an occasion arise when you need clean linens outside the normal exchange day.

## LAUNDRY

Laundry services are available 7 days a week.  Each family is scheduled to wash their laundry on an assigned day.  The laundry schedule is posted near the laundry room door on the bedroom floor.  In the event clothing become soiled between scheduled laundry times, ask staff for additional clothing and/or to be given additional time to wash laundry.  See staff at the bedroom floor courtesy desk for machine soap and machine use instructions.  Report any machine issues to staff at the bedroom floor courtesy desk.

## PERSONAL HYGIENE

At the Center, you will be living in close proximity with other families, so personal hygiene is essential.  You are expected to bathe regularly and keep your hair clean.  Upon arrival to the Center each resident was issued hygiene products.  These items may be replaced as needed by submitting a Resident Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".  You are also allowed to purchase hygiene items from the Center commissary.  Feminine hygiene items are available in the female shower room on the bedroom floor.  Residents have free access to showers during free movement hours, 7 days a week.  Should you need to shower at other than free movement times, speak to staff.  The shower rooms are labeled according to gender (male and female).  Children 9 years and older will shower according to their gender.  Should your child need assistance and is older than 9, see staff for accommodations.   Children 8 years and younger will shower only under the direct supervision of their parent so as to not disturb other residents using the shower room.  Adults may wear their own make-up.  All make-up must fit in a hygiene box or it will need to be placed in storage.  Razors are available at any time by speaking with staff at the bedroom floor courtesy desk.  Residents will exchange their Center identification for a razor and return it to the courtesy desk staff immediately after use.  Nail clippers and tweezers are available through the Center commissary.

## ALLOWABLE PERSONAL PROPERTY

While at the Center, you are permitted to retain in your bedroom:
- 10 sets of clothes per resident as described above;
- Personal hygiene items;
- Legal documents, legal papers and legal Information;
- Photos;
- Medical prostheses, (i.e. eyeglasses, dentures, etc.);

- Personal reference materials, (i.e. address/phone book and/or list of relatives, friends and/or other correspondence);
- Religious items (approval by the Center chaplain required).  See the chaplain section for more information;
- Newspapers, magazines, books and other literature (limited to any combination of 3 at a time to ensure accumulations do not produce and/or effect fire safety standards);
- Items listed on the commissary work sheet;
- Artwork, crafts etc. that you have accumulated during your stay at the Center.

Any items not included on this list will be considered contraband.  Additional personal property must be approved by the Program Director prior to purchase/possession.

## WRITING INSTRUMENTS

Residents over 12 years shall be issued a pen and pencil for their personal use while residing at the Center.  Children 5 years to 11 years shall be issued a pencil for personal use while residing at the Center.  Parents are responsible for the pens and pencils issued to their children.  Broken and lost pens and pencils may be exchanged for new ones by speaking to staff or completing a Resident Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".  Writing paper is available at the activity and bedroom floor courtesy decks or by completing a Resident Request form.  Arts supplies (colored pencils, crayons) are available at the activity floor and bedroom floor courtesy desks.  Parents must supervise young children using art supplies so as to not deface Center property.  Residents may also purchase writing instruments and paper through the Center commissary.

## GENERAL SAFETY/EVACUATION DRILLS

Center staff makes every effort ensure the safety of all residents and staff.  Residents also have a responsibility for aiding in their family's safety in the following ways:
- Clean up your and your family's spills or request staff assistance to do so;
- Pay attention to posted warnings, such as wet floor signs and use reasonable care when in these areas;
- Notify staff immediately if a fire, emergency or other possible hazard is observed.

During an emergency, loud alarms may sound and bright lights may flash.  At these times, residents must refrain from conversation unless it is directed to staff and concerns the immediate issue at hand.  Your and your family's safety depends on your ability to hear, understand and follow staff direction during an emergency.  During an emergency, staff is required to evacuate all residents and staff to a predetermined outdoor evacuation location.  Staff will confirm everyone has left the building by counting the residents and staff when they arrive at that location.  If your children were not in your presence when the emergency occurred, you will reunite with them at the outdoor evacuation location.

The outdoor evacuation location is next to the resident soccer field.  Please familiarize yourself with the diagram posted at the recreation door which shows the location of the outdoor evacuation location.  There are exit diagrams posted around the Center which show the location of all emergency exits.  Study these diagrams carefully and become familiar with their locations.  Should an emergency occur and you are near a fire exit, do not wait for staff – go down the fire exit to the outdoor evacuation location and wait for staff to arrive.  Per local, state and federal laws, the Center is required to perform evacuation drills.  The Center performs several drills each month, at varied times of the day and night.  These drills are not designed to inconvenience residents, but rather to comply with regulations and ensure resident and staff safety in the case of an actual emergency.  Parents should advise and discuss these drills with their children.

## RESIDENT CENSUS

At this Center, resident accountability is done through residents reporting for censuses 3 times during each 24 hour period.  Census times are:

6:30am TO 7:30am

3:00pm TO 4:00pm

7:30pm TO 8:00pm

Residents will report to the bedroom floor courtesy desk as family units during the times listed above.   If residents are at an appointment near the close of the census time, the staff supervising the appointment will report the resident's location.  Residents who do not check in properly during census will be counseled regarding the requirement.

## THE CENTER LAYOUT

The Center is comprised of two floors and an outdoor campus.  The first floor, where you first entered the Center is the activity (A) floor and the second floor is the bedroom (B) floor.  The outdoor campus is outlined by a post and rail fence.

**Activity Floor (A Floor):**

- Center Administration
- Visitation
- Court
- Library
- Internet Café
- Children Education
- Chapel
- Caseworkers' Office
- Supervisors' Office
- Adult Education
- Phone Room

- Indoor Recreation Room
- Resident Fitness Room
- Toddler Room
- Art and Activity Rooms
- Movie Room
- Additional Laundry (use with supervisor approval)
- Additional Showers (use with supervisor approval)
- Day Room
- Game Closet

- Kitchenette
- Table Games

- Outdoor Campus

**Bedroom Floor (B Floor):**

- Bedrooms
- Phone Room (open 24/7)
- Law Library (open 24/7)
- Day Room
- Game Closet
- Table Games
- Dining Room
- Medical Clinic
- Showers
- Laundry
- Kitchenette

## MEALS

All menus are designed to be nutritionally balanced and are approved by a certified
dietician.  Residents are provided 3 meals each day in the dining room, located on the
bedroom floor:                     Breakfast 6:30am -8:00am
                                   Lunch 12:00pm -1:00pm
                                   Dinner 5:30 pm – 6:30 pm
Seating in the dining room is not assigned.  Residents may sit wherever they desire for
each meal.  High chairs and booster seats are available in the dining room.  Small
children are expected to be seated during meals to encourage sound eating habits.
Residents are required to be present in the dining room from:
                                   7:30am to 8:00am
                                   12:00pm to 1:00pm
                                   5:30pm to 6:30pm
Utensils and trays used in the dining room are not disposable.  At the end of each meal,
residents are required to clear their family's immediate area and return all utensils and
trays to be cleaned.  Residents are allowed unlimited trips to the self-service bars in the
dining room, and it is your responsibly to eat what you take, to reduce food waste.  All
food or drink must be consumed during the meal – no food or drink may be taken from
the dining room.

### KITCHENETTES

Fruit, snacks and drinks are available 24 hours a day at the activity and bedroom floor
kitchenettes.  Residents are not allowed to take more food or drinks from the kitchenettes
than they will consume at one sitting.  This food is replenished several times a day so
there is no need to hoard kitchenette food.

### SPECIAL DIETS

Therapeutic/medical diets shall be prepared and provided according to the orders of the
Center medical department physician.  Religious diets shall be prepared and provided for
residents whose religious beliefs require the adherence to religious dietary laws.
Residents are required to meet with the Center Chaplain for religious diet approval.  See
the section on the Chaplain for more information.

# RELIGIOUS SERVICES

All residents have access to religious resources, services, instructions and counseling while residing at the Center.  These services include individual counseling, group prayer, Bible study and various church/worship services. These onsite religious services are provided through outside religious organizations and community volunteers. The Center Chaplain addresses all questions or concerns regarding religious opportunities or practices and will assist in obtaining materials on various faiths and may be able to facilitate visits by ministers of particular faiths.  Outside religious persons may also freely visit with residents either by appointment made by the Chaplain, or during visitation hours.  See the section on visitation for more information.  There is a nondenominational chapel on the activity floor which is open during free movement hours for all residents to worship.  Should you wish to worship at other than free movement hours, speak with the chaplain and he will make arrangements if possible.  A schedule of scheduled services is posted at the Resident Information Center and outside the chapel.  These services are open to all who wish to attend and are only limited by the occupancy of the chapel.  If this occurs, additional arrangements will be made.  In some situations, it is possible for residents to go off site for religious services.  Should you wish accommodation such as for special religious observances, speak to the Chaplain who will coordinate the request if possible.

## CHAPLAIN

The Chaplain is available at the Center Monday through Friday, from 9:00am to 3:00pm and by appointment.  Residents may request appointments with the Chaplin by speaking with him, or by completing a Resident Request form.  These forms are located at the Resident Information Center.   Completed forms are to be placed in the mailbox labeled "Requests".

# MEDICAL SERVICES

We want you to be healthy during your stay.  The Center provides appropriate and necessary health care on site 24 hours a day in the medical clinic located on the bedroom floor.  The Center medical clinic is run through the U.S. Public Health Service, by the division called Immigration Health Services Corps.

## EMERGENCY MEDICAL SITUATIONS

If you ever feel that you are having a medical emergency and/or need immediate medical attention while at the Center, notify any staff member and medical will respond.  If you cannot go to staff due to your medical situation, request any resident in the area to alert staff to help you.

## SICK CALL

Sick call forms are no longer used at this facility. If you need to request an appointment for medical or mental health care, please report to the medical clinic between 7:30 AM and 8:00 AM, seven days a week.  Please report to the staff located in front of the clinic and bring your ID card.

## DENTAL SERVICES

Upon admission, all residents are given an initial dental examination by medical staff. Additionally, all children receive a full dental cleaning within one month of admission. Adult residents who reside at the Center for at least 6 months receive a full dental cleaning. Any dental issues identified during the initial dental examination and/or cleaning will be scheduled for additional dental services.  Additionally, any resident experiencing new dental issues during their stay should submit a sick call slip as described above or if urgent, immediately notify staff for medical attention.  Examples of dental urgencies are dental infections, painful teeth, facial swelling and trauma to teeth.

## MENTAL HEALTH SERVICES

Immigration standards require all children to be seen regularly by the medical department to ensure their continued mental wellness.  Additionally, the social workers are available for counseling of adults and children by request.  Residents may submit a request to see a mental health social worker by completing a sick call as indicated above.  Any residents who have concerns as to their child developmental status or progress may bring these concerns to the attention of medical staff or their caseworker.

## ROUTINE OVER THE COUNTER MEDICINES

Should you have a situation such as a headache, stomachache or other situation where you feel you need medication immediately (Tylenol, Advil, cold and flu medications etc.), see a staff member and they will take you to medical.  You will be able to receive one dose of medication and will be given instructions on how to request more if the situation continues.

## MEDICATIONS

If you arrived with any medications, they were forwarded to the medical department. Medical staff will prescribe and order new medication(s) as needed for your medical condition(s).   All prescribed medications will be distributed in the medical department at standard times during the day as directed by the medical provider. The current times designated for medications are:

6:00am - 8:00am
11:00am - 1:00pm
4:00pm - 6:00pm
7:00pm - 9:00pm

When the medical provider prescribes a medication for the resident "as needed" it is the resident's responsibility to speak with a staff member to be escorted to medical to take their medication.

## MEDICAL DEPARTMENT CONDUCT

The general rules of conduct at the Center will be followed while in the medical department. Parents are required to supervise their children at all times. The clinic is a busy place, parents are to keep their children in sight at all times and ensure that they are not engaging in any activity that may lead to an injury such as running around or jumping off chairs. There may be medical equipment in the area such as scales; parents are to ensure that their children are not playing with these items.

## MEDICAL CARE COMPLAINTS

Residents are encouraged to discuss their medical care with the medical staff and ask questions.  Residents with concerns about their care are to complete a sick call slip with a request to speak to the doctor. If, after meeting with the doctor and/or staff, residents not satisfied with the outcome may choose to file a medical grievance.  These grievances are submitted to the Health Services Administrator (HSA). See the section on grievances for more information.  The HSA will provide a written response within 5 days.

## SEXUAL ABUSE AND ASSAULT PREVENTION AND INTERVENTION

ICE has a zero tolerance policy against sexual abuse and assault.  The Center has a Sexual Abuse and Assault Prevention and Intervention Program in place to protect residents and staff.  If you feel unsafe at any time during your stay at the Center because of threats of sexual abuse or assault, or if you are sexually abused or assaulted, you should immediately advise any member of the staff for assistance.  If you are sexually abused or assaulted, the medical department will provide appropriate treatment and counseling.  There is also sexual abuse and assault information at the Resident Information Center.  On site IHSC social workers provide counseling and/or assistance at resident request.  Additionally, residents feeling in danger may do one or all of the following:

- Report your concern to any member of the staff;
- File an emergency grievance stating the nature of your problems and your emergent needs. See the section on grievances for more information;
- Contact ICE by completing an ICE communication form.  These forms are located at the Resident Information Center.   Completed forms are to be placed in the mailbox labeled "ICE";
- File a complaint directly to the Department of Homeland Security;
- Contact the Office of the Inspector General (OIG) through the free phone call system, or by:

Writing **DHS OIG HOTLINE**
**245 Murray Drive, S.E., Building 410**
**Washington, D.C.  20538**
Emailing **DHSOIGHOTLINE@DHS.GOV**
Telephoning: **1-800-323-8603**

- Notify a relative, friend or your attorney and request contact ICE or OIG on your behalf.

## RESIDENT CHORES

Communal residential bathrooms, shower rooms and other resident programing areas are cleaned daily following a chore schedule, which is posted by the laundry room door on the bedroom floor.  These chores are similar to activities you would do if you lived in the regular community.  Chores are usually done after breakfast or lunch.  Staff will remind residents when organized chores begin.  Staff will issue residents the proper cleaning supplies and protective equipment at the start of each cleaning session.  All cleaning

supplies will be placed in appropriate storage locations when not in use.  Residents are
not allowed to keep cleaning chemicals in their rooms or place them in a secondary
container such as a milk carton, water or juice bottle.

## TELEPHONE ACCESS

There are telephones on both floors of the Center.  Telephones on the activity floor are
available during free movement hours and the telephones on the bedroom floor are
available 24 hours a day.  Collect calls, calling card calls and ICE free access calls may
be made from any of the telephones.  The Center does not monitor or record
conversations on any of the telephones.  Phone cards may be purchased by signing up on
the phone card request sheet posted outside the caseworkers' office on the activity floor.
Residents may also receive phone cards through the mail.  There are sanitizing wipes
available to clean the phones before or after use.  Accommodations shall be made for
residents with communication impairments (ex: hearing/speech impaired), or residents
who wish to communicate with such persons by speaking with your caseworker or
completing a Resident Request form.  These forms are located at the Resident
Information Center.   Completed forms are to be placed in the mailbox labeled
"Requests".  To ensure that all residents have the opportunity to use the telephones, calls
should be no longer than 20 minutes in length when other residents are waiting.  If you
have any issues using the phone system, if a telephone is not working properly or if the
ICE free call access system does not appear to be working, report the issue to staff and
they will assist you in rectifying the situation.  Friends and family may call the Center to
leave messages for residents.  The number to call is 610.396.0310 extension 2400.
Emergency messages will be delivered to the resident as soon as possible and non-urgent
messages will be delivered within 24 hours.

### ICE FREE ACCESS TELEPHONE CALLS

Residents may contact a variety of organizations at no cost, through the ICE free access
telephone system.  See the information posted in the telephone rooms and Resident
Information Center for instructions on calling consulates, immigration courts, the
American Bar Association, the ICE Public Advocate Hotline, the Office of Inspector
General and a variety of other government and non-governmental offices.  If you need
help using the system speak with your caseworker or complete a Resident Request form.
These forms are located at the Resident Information Center.  Completed forms are to be
placed in the mailbox labeled "Requests".

### INDIGENT RESIDENT TELEPHONE ACCESS

In addition to free calls available using the ICE free access telephone system, indigent
residents may also make free calls to legal assistance organizations, family and other
necessary calls, by speaking to a caseworker or completing a Resident Request form.
These forms are located at the Resident Information Center.  Completed forms are to be
placed in the mailbox labeled "Requests".

## LEGAL ASSISTANCE TELEPHONE ACCESS

Telephone calls to your legal provider and courts are not monitored or recorded at any time.  To access a more private area from which to make legal assistance calls, speak to a caseworker or complete a Resident Request form.  These forms are located at the Resident Information Center.   Completed forms are to be placed in the mailbox labeled "Requests".


# COMPLAINT AND GRIEVANCE PROCEDURES

Staff will not harass, discipline, punish or otherwise retaliate against a resident who files a grievance or complaint.  Any allegations of this nature will be thoroughly investigated by the Executive Director.  Residents have access to the formal grievance system at all times, but are encouraged to try to resolve small complaints informally whenever possible.

**Informal Process** - The informal route involves discussing the issue with staff in an attempt to resolve the matter.  You may choose to speak with staff, your caseworker, or supervisor.  You may also submit your complaint on a Resident Request form, which the caseworkers will review and attempt to resolve.  The informal route is less time consuming than the formal route so may offer resolution more quickly.  If you are dissatisfied with the response, you may file a formal grievance as outlined below.

**Formal Process** - If you do not receive a resolution through the informal process, or wish to bypass the informal process, you may file a grievance on a grievance form.  These forms are available at the Resident Information Center.  If you attempted to resolve the matter first informally, please indicate on the grievance form who you spoke with informally.  Grievance forms should be completed and placed in the locked mailbox at the Resident Information Center marked "Grievance".  Only the grievance officer has access to this mailbox, and will keep your grievance as confidential as possible.  This mailbox will be checked and emptied each business day.  If a resident feels the grievance is of a sensitive nature or that their safety or wellbeing would be jeopardized if others read the grievance, they may seal the form in an envelope and deliver it directly to the Executive Director.  See a caseworker for an envelope if needed and their assistance in meeting with the Executive Director.  Grievances should be filed as soon as possible after the alleged incident.  Delays in filing may make it more difficult to investigate the issue.  Residents may ask other residents, family members, legal representatives or staff for assistance in completing the grievance form.  Residents are not allowed to submit a grievance on behalf of another resident unless they are the parent of the resident who has a problem.  Residents may write about one single complaint, or several closely related complaints concerning a single subject on each grievance form.  When completing the form, residents should try to clearly identify the issue, complaint or area of concern.  If the form is not clear, it will be returned for further information.  The grievance officer will meet with the resident, conduct an investigation and return a written decision to the resident within 5 business days of receipt of the grievance.  If the resident disagrees with the grievance officer's decision, the officer will submit the grievance and decision to the Executive Director within 5 business days of issuing the decision on the resident.  Prior to submission the resident must complete the section on the grievance form described as "State Reason(s) for Appeal" and return it to the grievance officer at that time, or by

placing the completed form in the locked mailbox at the Resident Information Center
marked "Grievance".  The Executive Director will render a written decision on the appeal
within 5 business days of receipt.  Residents dissatisfied with the Executive Director's
response to their grievance, may appeal the decision to the Resident Grievance
Committee (RGC).  The RGC will review the information, and the resident will be
offered the opportunity to present their case to the committee.  Within 5 business days of
reaching a decision, the RGC will serve the resident with the written decision and basis of
the decision.  If the resident disagrees with the RGC decision, they may appeal to ICE by
filling out an ICE communication form.  These forms are located at the Resident
Information Center.   Completed forms are to be placed in the mailbox labeled "ICE".

## EMERGENCY GRIEVANCE PROCEDURES

An emergency grievance is initiated when a resident verbally notifies staff that that they
have a complaint which immediately affects their safety or welfare. The staff receiving
the resident's report will bring the matter to the immediate attention of the Executive
Director and ICE for action.

## NON-GRIEVABLE MATTERS

The following matters are not grievable through the Center grievance procedure:
- State and Federal Court decisions;
- State and Federal laws and regulations;
- Final decisions on grievances;
- ICE policies, procedures, or decisions (i.e., institutional transfers, releases,
  removals etc.);
- Disciplinary hearing decisions.  Disciplinary appeals may be submitted on the
  disciplinary form after the hearing.

Residents who demonstrate a pattern of filing nuisance complaints or otherwise abuse the
grievance system may have those complaints returned unprocessed.

## STAFF MISCONDUCT

Residents may report staff misconduct directly with the Department of Homeland
Security, Office of Inspector General by calling directly dialing 1-800-323-8603, by
using the free call system programmed into the telephones or writing to:

**Department of Homeland Security**
**Office of the Inspector General**
**245 Murray Drive, S.E., Building 410**
**Washington, D.C. 20538**

## CONTRABAND

Contraband is any material prohibited by law or regulation or that can cause physical
injury, is inherently dangerous as a weapon or tool of violence, affects the safety of the
Center residents or staff, or creates dangerous or unsanitary conditions in the Center.
Examples would be: knives, guns, flammable liquids, keys, intoxicants, prohibited

currency, controlled substances, cigarettes, alcohol, scissors, pornography, any
medications, food or drink brought to the Center, etc.  Any item that is deemed
contraband shall be seized by staff.  If the contraband is not illegal under criminal statutes
and would not otherwise pose a threat to security, the staff will inventory and receipt the
property, and store with the resident's other stored personal property.  Religious property
will not be treated as contraband or seized without consultation with the Center Chaplain
and the Executive Director.  However, if a religious item is deemed contraband, it will be
seized and disposed of in accordance with contraband disposal procedures.  Staff will
discard all food (including uneaten fast food, drinks, and opened baby food or formula) at
the time of admission.  When the ownership of a contraband item is in question, an
investigation will be conducted to determine ownership.  Staff shall inventory and store
the item(s) pending verification of ownership.  The resident shall have 7 days to verify
ownership of the listed item(s). If a resident cannot establish ownership and/or ownership
cannot be reasonably established, the property may be destroyed.

## DISCIPLINARY PROCEDURES

Prohibited acts are divided into three categories: "Major," "Moderate," and "Low." The
sanctions authorized for each category will be imposed only if the resident is found to
have committed a prohibited act and no other method of behavioral modification has
been found to be effective.  Due to the family residential nature of the Center, sanctions
are used as a last resort and only as a means to correct behavior that threatens the safety
and welfare of residents, staff, and visitors.  Action or attempted action by any resident
which violates established Center rules or poses a threat to the safety and orderly
operation of the center shall be dealt with through appropriate disciplinary action.  Action
or attempted action by any resident which violate the laws of the United States may also
be actionable in a United States criminal court of law.

Staff will attempt to correct minor violations of Center rules informally through
conversation and counseling whenever possible.  This informal procedure may include
consequences which are mutually acceptable by the resident and staff, such as temporary
floor restrictions, privilege loss, and for children, time outs.  Children will only be
interviewed concerning violations in the presence of their parent (unless the allegation
involved in incident between a parent and child).  Discipline will never be of a nature or
administered in a way that is degrading or humiliating to residents.  Staff will never
impose the following sanctions: corporal punishment; deviations from normal food
services; denial of legal assistance; deprivation of correspondence, telephone, or
visitation privileges; deprivation of physical exercise or access to recreation, deprivation
of school or education.  No punishment shall require confinement in any locked room or
space.  Only in mental health situations may deprivation of clothing, bedding, or items of
personal hygiene occur and if so, these decisions will be made by the medical
department.  In the event a staff member believes that a resident is committing an offense
that cannot be handled through the informal procedure, the staff member will complete an
incident report.  A supervisor will begin an investigation of incident reports within 24
hours of receipt.  Residents under investigation have the right to:

- Remain silent during every stage of the disciplinary process.  Silence will not be used to support a finding against the resident;
- Receive the Incident Report / Notice of Charges at least 24 hours before the start of administrative proceedings;
- To have an initial hearing before a Management Review Committee (MRC) within 24 hours of receiving the Notice of Charges for low to moderate violations.

During hearings before the MRC, residents have the right to:
- Present evidence and statements on their own behalf;
- Attend the hearing (except deliberation), unless behavior poses a safety concern;
- Have an interpreter present if the hearing is in a language not understood by the resident;
- Appeal the committee's determination through the appeal process.

Incidents involving serious violations of Center rules, or unresolved cases will be referred to an Executive Review Panel (ERP).  During hearings before the ERP, residents have the right to:
- Call witnesses and present evidence and statements on their own behalf;
- Attend the hearing (except deliberation), unless behavior poses a safety concern;
- Have an interpreter present if the hearing is in a language not understood by the resident;
- Request a staff representative to assist in the case;
- Waive the hearing and admit committing the offense in question;
- Appeal the committee's decision through the appeal process.

## DISCIPLINE HEARING APPEALS

Residents may appeal disciplinary panel decisions following their hearing by giving their written appeal to one of the panel members.  The panel will submit the appeal to the Executive Director who will provide an immediate written response.

## DISCIPLINE PROCEEDING POSTPONEMENTS

Disciplinary proceedings may be postponed for reasons such as defense preparation, physical or mental illness, security concerns, escape, disciplinary transfer, pending criminal prosecution, etc.

# CORRECTIVE SANCTIONS FOR CHILDREN

Sanctions 1 through 4 below may be imposed by the MRC.   Sanctions 1 through 5 may be imposed by the ERP.

1. Referral to Counseling
2. Restriction to Housing Area, not to exceed 72 hours
   a. When a child is restricted to housing, they must be afforded a minimum of one hour of outdoor activity time daily.
   b. The child may be restricted to the dayroom area but may not be forced to remain in his/her room except during a time out period.
   c. No sanction may restrict a child from attending required school classes or religious practices.
3. Children 12 years old and older may have their free movement privilege suspended for up to 14 days. Such a suspension would require that the parent supervise all activities for that time period.
4. Loss of extracurricular activity time such as movie night.
5. Loss of field trip privileges for up to 45 days.

Corrective action may not interfere with such daily functions as eating and sleeping. Disciplinary actions may not adversely impact a child's health, physical or psychological well-being or deny a child regular meals, sufficient sleep, exercise, medical care, the right to correspondence, or legal assistance.

# CORRECTIVE SANCTIONS FOR ADULTS

Sanctions 1 through 4 below may be imposed by the MRC.
Sanctions 1 through 5 may be imposed by the ERP.

1. Referral to Counseling
2. Require attendance in Parenting Classes
3. Additional work details such as: General housekeeping
4. Loss of Commissary
5. Restriction to housing Area, not to exceed 72 hours.
   a) Imposition of such a sanction must take into account the ages of children and the negative impact this sanction would have on minor's who were not involved in the charged offense.

# DESCRIPTION OF OFFENSES

## LOW OFFENSES

(101)   Being in an Unauthorized Area - Being in an area that is designated through verbal, written, or posted orders as "off limits" to residents.

(102)  Disorderly Conduct- Behavior such as loud talking, yelling, or pushing which disrupts the orderly running of the facility.

(103) Failure of Parent/Legal Guardian to Appropriately Manage Children's Behavior - For parents who allow their children to be unruly, disrespectful, or insubordinate while in their presence.

(104)   Failure to Follow Verbal or Posted Rules and/or Regulations- Not following specific rules and/or orders which have been designated for the clean, safe, orderly operation of the facility which residents have been told in advance through posting or have been given verbally by an employee of the facility or person who has charge of the resident at the time. This includes not following the procedures established by the facility for taking count.

(105)  Fighting - Exchange of words or body contact in anger wherein no injury requiring medical attention occurs, such as horseplay.

(106)   Gambling - Operate or act in any game of chance involving betting or waging of goods or other valuables.

(107) Possession of Gambling Paraphernalia- Having in one's control, items for use in operating or acting in any game of chance involving betting and wagering of goods or other valuables.

(108)  Self-Mutilation -Inflicting injury on one's self; such as cutting on one's own body or tattooing.

(109) Smoking - Smoking tobacco of any form in any area of the facility.

(110) Unauthorized Receipt or Possession of any Item of Value- Receiving or having in one's possession any item of value which has been obtained through false pretenses, threats, or stealing.

(111) Unexcused Absence from Place of Assignment- Being away, without authorization from an appropriate supervisor, from the place of assignment such as housing area, recreation area, health services, etc.

(112) Use of Vulgar, Abusive, or Obscene Phrases/Language

(113) Failure to Maintain Personal Hygiene or Personal Hygiene of Child - Not having a clean body or clothes.

(114) Unsanitary and Disorderly Housing Conditions- Not keeping a clean, neat living area.  The area should be kept in a manner so that all possessions are stored in an organized manner in areas designated for such.  The area should be free from dirt and clutter.

(115) Possession of Non-Dangerous Contraband (Soft Contraband) - Possession of contraband items that are not allowed at the facility but are not capable of causing serious injury or harm to self or others, including tobacco products.

(116) Unauthorized Use of Telephone- Using the telephone during unauthorized times.

(201) Refusal to Submit to a Reasonable Suspicion Drug Test- Not providing a urine sample for use in reasonable suspicion drug testing.

## MODERATE OFFENSES

(202) Positive Reasonable Suspicion Drug Test-Testing positive for an illegal drug or un-prescribed controlled substance.

(203)  Theft - Unauthorized taking of something that belongs to someone else.

(204)   Destruction, Alteration,  or  Damage to  Property (Under$1,000.00) - Destroying, changing or hurting property of the facility or any other person.

(205) Forgery or Unauthorized Reproductions of Documents or Articles (Excluding Money)  - Counterfeiting,  forging,  or  reproducing without approval, any document, article, identification, or security documents.

(206) Hindering an Employee in the Performance of Their Duties- Acting in such a way
to interrupt an employee during their work time such as causing delays or giving false
information.
(207) Refusal to Submit to a Reasonable Suspicion Search.
(208) Child Neglect- Failure to give care and proper attention to a child (Non-Injury)
(209) Verbal Sexual Harassment of a Resident.  Acting in such a manner as to create a
hostile residential environment for other residents regardless of age or gender.

## MAJOR OFFENSES

(301) Arson - Starting or causing to be started a fire which could or does cause damage to
person(s) or property.
(302) Assault/Battery-A non-sexually related attack upon the body of another person with
the intention of harming or causing serious injury.
(303) Rape-Sexual contact of any person without his or her consent, or of a person who is
unable to consent or refuse; and contact between the penis and the vagina or the penis and
the anus including penetration, however slight; or contact between the mouth and the
penis, vagina, or anus; or penetration of the anal or genital opening of another person by a
hand, finger, or other object (i.e. penetration or oral sodomy).
(303) Sexual Assault- Abusive contact of any person without his or her consent for the
purpose of sexual gratification or arousal or of a person who is unable to consent or
refuse; and intentional touching, either directly or indirectly or through the clothing, of
the genitalia, anus, groin, breast, inner thigh or buttocks of any person.  Sexual assault
excludes incidents involving penetration or oral sodomy.
(304) Attempt/Conspiracy to Commit a Major Offense-An offense for residents who do
not actually commit the offense but participate in one (1) or more of the following ways:
        (304a) Attempts to commit the major offense;
        (304b) Solicits another or others to commit the major offense;
        (304c) Conspires with another or others to commit the major offense; and/or
        (304d) Facilitates the action of another or others in committing the major offense.
(305) Child Abuse - Treating   a child cruelly, roughly, wrongly, improperly, or in an
insulting manner.
(306) Child Neglect - Failure to give care and proper attention to a child resulting in
endangerment or injury to a child.
(307) Confirmed STG Affiliation/Activity-Affiliated or participating in a gang-related
activity.
(308) Counterfeiting, Forgery, or Unauthorized Reproduction of Money
(309) Death of Any Person - Any act of which the end result is the death of any person
including employees, visitors/volunteers, and/or other residents.
(310) Destruction, Alteration, or Damage to Property ($1,000 or more) - Destroying,
changing or hurting property of the facility or any other person.
(311) Hostage Taking- Holding a person(s) against their will as a security for the
fulfillment of certain terms.
(312) Escape-Leaving the grounds of the facility or from the custody of an employee
outside of the facility without permission.
(313) Insurrection -Participation or encouraging another to participate in unauthorized
activity such as protesting or rioting.

(314) Possession of Dangerous Contraband (Hard Contraband) - Possession of contraband items that are not allowed at the facility and are capable of causing serious injury or harm to self or others. This includes deadly weapons, items altered to be used as weapons, drugs and drug paraphernalia.

(315) Sexual Misconduct - This includes, but is not limited to, the following acts:

    (315a) Exposing the genitals or buttocks to an employee, visitor/volunteer, or resident for the purpose of sexual gratification or arousal.

    (315b) Masturbation where an employee, visitor/volunteer, or other resident can see the act

(316) Intimidating or Threatening Another with Harm - Telling someone, through actions or words, that harm will come to them.

(317) Possession of Drugs or Intoxicants-Possession of any drugs or intoxicants which have not been prescribed or approved by the health services department for use.

(318) Violation of any Federal, State, or Local Law-Any act, though not specifically listed in this policy, that would be considered either a felony or misdemeanor under federal laws or under the state laws in which the resident is housed.


## EDUCATION

The Center operates an on-site school which is taught by the Berks County Intermediate Unit.  Classrooms are located on the activity floor of the Center.  The Center school provides educational services to all children who are at least 4 years old on September 1 of the current school year.  Attendance in the educational program is mandatory and is provided in a structured classroom setting Monday through Friday.  The basic academic areas include science, social studies, math, reading, writing, and physical education. Generally, children 4 to 5 years old will participate in a half day preschool program, and children 5 to 18 years old will participate in a full day academic program.  All children 5 years old and over will be tested upon their admission to the Center and placed into the appropriate classroom.  Parents are required to physically drop off their children in the proper Center classroom at 8:40am, Monday-Friday when school is in session.  Parents must return to their children's classroom at 3:15pm each school day to pick up their children, unless otherwise told by staff of schedule changes.  School holidays and breaks will be announced and posted.

## SPECIAL NEEDS INFORMATION

Although each child is evaluated for special needs after admission, parents who believe their children may have educational deficiencies or learning disabilities, may also initiate a special needs evaluation request.  Parents may request this evaluation by speaking with their child's teacher, a caseworker, an IHSC social worker or by completing a Program Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".  The educational unit will meet with the parent and test the child; if found to be eligible for special needs instruction, the child will receive an Individual Educational Plan (IEP).  The child's educational program, and any necessary modifications, will be driven by their IEP.

# MARRIAGES

You or your legal representative may request permission to have a marriage ceremony while at the Center from the Chief of the Juvenile and Family Residential Management Unit in writing. The request must specifically state:

- That the resident is legally eligible to be married;
- That he or she is mentally competent, as determined by a qualified medical practitioner;
- That the intended spouse wants to marry the resident, as attested by a written affirmation of intent to marry the resident by the intended spouse.

The affirmation must be included as part of the request. Failure to obtain approval from the Chief, JFRMU could result in a delay or cancellation of any ceremonies or approved visits for the purpose of marriage. (See ICE for more information.)

# COMMISSARY

If you have funds on your Center account, you are allowed to purchase items from the Center commissary by completing a commissary order form. These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Commissary". Once your order has been confirmed and approved, your commissary package will be available for pickup. Please see the Resident Services information at the Resident Information Center for more commissary information and current order and delivery day.

## COMMISSARY GUIDELINES

Only the head of household can submit a commissary order. Upon receipt, it is your responsibility to ensure that you have received the items that you ordered. Any problems with the order must be reported to a Supervisor immediately after receiving the order. All commissary transactions are final when completed. A transaction is complete when the resident checks his/her merchandise and signs his/her receipt. No exchanges are permitted. The commissary does not give credit. Residents must have sufficient funds on your Center account to pay for items ordered. A resident's commissary slip will not be changed after it is placed into the Commissary mailbox. There is a $100.00 spending limit per family, per week (excluding special purchases). Any item bought from the commissary must be for use by the family making the purchase.

# FINANCES

Residents are not allowed to have money or funds in their possession while at the Center. Upon admission, all U.S. currency was deposited into an account which you have access to during your stay here. Any non U.S. currency was placed into your stored property. You will receive a receipt for any funds processed during your stay at the Center. Residents may receive funds (cash or checks/money orders made out to the resident) from family and friends by having them mailed to the Center address located at the front of this handbook. (Cashier's checks are recommended). If you choose to participate in the work program, those payments will also be deposited into your account. You may also receive funds during visits. These funds must be turned over to staff prior to the visit

to be placed in your account.  You may use these funds to purchase phone cards, commissary items and other items needed during your stay at the Center.  Residents coming from another center will have their funds credited to their account within 24 hours of the arrival of those funds. Upon discharge, residents will receive the balance of any funds they have in their Center account in the form of a check.

## VOLUNTARY WORK PROGRAM

Adult residents may participate in the Center's voluntary work program.  Prior to starting the voluntary work program residents must obtain a medical clearance.  Speak to the medical department concerning this clearance.  Residents will receive any necessary training and are required to sign a voluntary work program statement prior to beginning to work.  Residents participating in the voluntary work program will be paid $1.00 per day for their participation.  See your caseworker to sign up for the voluntary work program or complete a Program Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".  Residents may also volunteer for temporary work details that occasionally arise.  Temporary work generally lasts from several hours to several days.  Residents assigned to special work areas shall be provided appropriate protective clothing and instruction in accordance to the requirements of the job.  Work assignments are strictly voluntary.  Unsatisfactory work performance and or disciplinary cases could result in removal from the voluntary work program.  The following is a list of some of the work assignments and temporary work available through the voluntary work program:

- Kitchen /Dining
- Area cleaning (inside center)
- Area cleaning (outside center)
- Laundry
- Living area cleaning

- Recreation
- Library
- Garden
- Sewing
- Paint detail
- Clothing Room

## VISITATION

Residents are allowed social, legal and consular visits as outlined in those related sections in this handbook.  All visitors must present US government issued photo identification upon arrival at the Center.  At the supervisor's discretion, a minor without positive identification may be admitted if the accompanying adult visitor vouches for his/her identity. Minors will remain under the direct supervision of an adult visitor, so not to disturb other visitors.  Disruptive conduct by visitors or residents may cause termination of the visit. Any property brought to the visit to be given to a resident must be turned over to staff for inventorying and receipting.  No items may be given directly to a resident during a visit.  Residents are not allowed to receive contraband or perishable food items.  See the sections on allowable personal property and contraband for more information.

## DIRECTIONS TO THE CENTER

From Route 222 (not business Route 222), exit onto 183 North.  Travel to the first traffic light (CVS Pharmacy on corner) and turn left onto Leesport Road.  At the first stop sign turn right onto County Road.  Travel approximately 1 mile to Berks Road and turn left onto Berks Road.  Travel to the first parking lot on the left.  The Center visitor entrance is at the top of the ramp by the flag pole.

## SOCIAL VISITATION

Social visitation is conducted seven days a week including holidays from 8:00am to 8:00pm.  Residents may have an unlimited number of visits.  Generally, visits will be a minimum of 60 minutes per visit.  Visits are by appointment only.  Appointments are made with the Caseworkers at extensions 2360 and 2361 Monday through Friday, from 9:00am to 3:00pm.  The number of visitors per visit may be restricted due to the volume of visits scheduled at that time.  Due to staffing, resident medical appointments and activity schedules, visitors will not be allowed to visit without prior approval unless authorized by the Program Director.   Visitors may also request a special visitation accommodations if they are traveling significant distances or have other special circumstances.  Family, friends and other associates may schedule social visits with residents.

## LEGAL AID VISITATION

The Center permits legal visitation 7 days a week, including holidays from 8:00am to 8:00pm.    Legal visits are by appointment only.  Appointments are made with the Caseworkers at extensions 2360 and 2361 Monday through Friday, from 9:00am to 3:00pm.  Should a legal aid provider need to arrange an appointment at other than the times listed above, they may contact a supervisor for assistance.  Legal visits may proceed through a scheduled meal period. In such cases, the resident shall receive a tray or sack meal after the visit, or may choose to eat during the visit.  Attorneys must present a US state issued bar membership card.  Persons allowed during a legal visit:

- Attorneys and other legal representatives;
- Legal assistants;
- Upon presentation of a letter of authorization from the legal representative under whose supervision he/she is working, an unaccompanied legal assistant may meet with a resident during legal visitation hours. The letter shall state that the named legal assistant is working on behalf of the supervising legal representative for purposes of meeting with the ICE resident(s);
- Interpreters to aid the legal representatives or assistants.

## CONSULAR VISITATION

The Center permits visits by consular officers at any time.  Appointments are made with the Caseworkers at extensions 2360 and 2361 Monday through Friday, from 9:00am to 3:00pm.  Should a consular officer need to arrange an appointment at other than the times listed above, they may contact a supervisor for assistance.

## VISITOR DRESS CODE

Visitors Age 5 and Older:

- Must wear clothing which covers their shoulders, chest, stomach and all areas of the anatomy between the naval (belly button) and mid-thigh when seated;
- The top or neckline of clothing shall be no lower than the underarm in the front and in the back;
- Sheer (see-through) clothing is prohibited;
- Shoes shall be worn at all times;
- Shirts shall be worn at all times;
- "Gang colors" are prohibited.

# LEGAL INFORMATION

## LAW LIBRARY / ACCESS TO LEGAL MATERIALS

The law library is located on the Bedroom floor and is open 24 hours a day.  No more than 5 residents will be allowed to use the library at any given time.  If you cannot access the law library due to the resident limit, speak with a supervisor who will make arrangements for you to use the law library.  Any residents not using the library for its intended purpose will be asked to leave.  Typewriters and computers are available in the law library for preparation of legal documents and for legal research.  The computers contain a "Lexus Nexus" application which has a variety of publications on immigration law and other related publications.  There may also be non-governmental organization legal and immigration related research in the bookshelf in the law library. Residents may request off site law related materials by speaking to a caseworker or completing a Program Request form.  These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".  For instruction on accessing the Lexus Nexus application, to sign up for the orientation or for questions concerning using the law library equipment, speak with a caseworker or complete a Program Request form.  See staff at the bedroom floor courtesy desk for paper, computer storage disks to store documents and to report malfunctioning of law library equipment.

## MATERIALS PROVIDED BY LEGAL REPRESENTATIVES

Documents or other written material provided to a resident during a legal aid visit shall be inspected, but not read.  Residents may keep legal materials in their bedrooms. Quantities of blank forms or self-help legal material in excess of that required for personal use may be held for the resident in their property.  The resident will be permitted access to these documents by speaking with staff or by completing a Resident Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".

## LEGAL ORIENTATION PRESENTATIONS

Legal Orientation Presentations (LOP) are conducted at the Center by volunteer legal aid organizations.  They are open to all residents, regardless of the presenter's intended

audience, except when a particular resident's attendance would pose a security risk. LOPs are generally held each month.  See the LOP information and posted schedule at the Resident Information Center, see a caseworker or complete a Resident Request form. These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".

## FREE LEGAL ASSISTANCE

Pro bono (free) legal assistance may be requested by contacting the pro bono legal assistance organizations listed at the Resident Information Center.   The Executive Office for Immigration Review supplies this list.  You may also request to speak with the Center's local legal aid assistance group.  This signup sheet is located outside the caseworkers' office on the activity floor.

## ROUTINE SANITATION AND SAFETY INSPECTIONS

Sanitation and fire safety inspections are conducted weekly in all program areas of the Center.  During these inspections, staff inspects for proper sanitary conditions and compliance with other regulations.  When inspecting bedrooms during these inspections, the residents living in the room will be requested to be present.  Parents are requested to be present when staff are checking their child's bedrooms.

## NON-ROUTINE SEARCHES

A non-routine search of housing or programing area is done when there is reasonable suspicion to believe contraband or a threat to resident or staff safety is present.  A non-routine search of a resident's bedroom or personal items will only be done after the resident is notified and is present unless exigent circumstances exist (such as in a self-harm situation).  In these cases, the resident will be notified after the search is conducted.

## SEARCHES OF PERSONS:

- Visual Inspection: A visual search for contraband without physical contact.
- Pat Search: A physical inspection of a resident while clothed.  It will only be conducted by a staff member of the same gender.  The inspector uses their sense of touch when patting or running the hands over the resident's body. A pat search does not require the resident to remove clothing, although the inspection may include a search of the resident's clothing and personal effects. Pat searches will only be conducted on any resident if there is reasonable and articulable suspicion that they possess contraband.  No children under 15 years of age will be the subject of a pat search without the explicit authorization of the Executive Director and JFRMU.

## MAIL / CORRESPONDENCE

Residents may send and receive correspondence and a variety of other items through the mail including phone cards, money orders, books, clothing, and other "allowable" items.

See those related sections for more information.  Residents shall be permitted to receive and send at their own expense:

- An unlimited amount of general correspondence mail.  The amount will only be limited when a public safety or Center security and order situation exists;
- An unlimited amount of special correspondence, including correspondence with a legal representative, potential legal representative, courts and other governmental agencies and news organizations.  See the section on special correspondence for more information;
- Packages containing personal property.  To send or receive packages, speak to a caseworker or complete a Program Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".

## INDIGENT RESIDENT MAIL

Residents who do not have adequate funds to purchase postage will be permitted to send at no cost:

- A reasonable amount "special correspondence" mail.  Should the Center consider the related amount "unreasonable", the ICE Office of Chief Counsel will be consulted prior to suspending mail postings;
- At least 5 general correspondence letters per week;
- Any packages that are deemed necessary by ICE/ERO, such as clothing, personal items, and items needed for return to country of origin;
- Packages containing personal property when it is determined that space is limited for the proper storage of the items.

## SPECIAL CORRESPONDENCE

Special correspondence is written correspondence to or from attorneys and other legal representatives, judges, courts, embassies/consulates, the President and Vice President of the United States, members of Congress, the Department of Justice, the Department of Homeland Security, the U.S. Public Health Service, and representatives of the news media.

- Correspondence will only be treated as Special Correspondence if the title and office of the sender (for incoming mail) or addressee (for outgoing mail) are unambiguously identified on the envelope and the envelope is labeled "Special Correspondence."  Incoming special correspondence must also be marked as "Special Correspondence" on the envelope or package.  Residents must instruct anyone sending Special Correspondence to the Center of the related rules and address requirements;

- Special Correspondence may only be opened in the presence of the resident, and may only be checked for contraband, not read;
- Special Correspondence packages may only be sent or received with advance arrangements.  To send or receive such a package, speak with your Caseworker or complete a Program Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".

## POSTAGE AND ENVELOPES

Postage can be purchased from the Center commissary.  See the section on commissary procedures and indigent resident mail for more information.  Envelopes will be provided to residents at no cost by speaking with a caseworker or completing a Program Request form.  These forms are located at the Resident Information Center.  Completed forms are to be placed in the mailbox labeled "Requests".

## DISTRIBUTION OF INCOMING MAIL

Incoming flat mail will be distributed within 24 hours and packages within 48 hours of receipt when arriving during normal business hours.  Incoming packages received on weekends and holidays will be distributed the next administrative business day.  All incoming mail should list the resident's name and A number and have an accurate return address.  Incoming general mail will be opened and inspected for contraband only in the presence of the resident, unless waived by the resident or authorized by the Executive Director for security reasons.  Incoming general mail may also be read when a specific documented security concern arises with respect to an individual resident.  Mail may be rejected if it contains contraband, other items of a security threat or perishable items.  Both sender and intended receiver shall be provided written notice with an explanation as to why the mail is rejected and that the mail will be disposed of in accordance with the contraband section in this handbook.  The resident and Center Chaplain will be consulted before religious articles are confiscated.  Identify documents mailed to the resident will be turned over to ICE for placement in the Resident's A file.  Residents should contact ICE for a certified copy of the document.  See the section on contacting immigration for more information.

## POSTING OF OUTGOING MAIL

Outgoing mail will not be opened, inspected, or censored unless it is addressed to another resident or alien in a detention facility, or there is reason to believe the item may pose a threat to the facility's security or orderly operation, endanger the recipient or the public or facilitate criminal activity.  Outgoing mail will be posted within 24 hours of the time the mail was turned over to the Center by the resident, excluding weekends and holidays: then it will be posted the next administrative business day.  Outgoing mail (containing appropriate postage) may be placed into the "Mail" mailbox at the Resident Information Center.  If mail is placed into the mailbox without proper postage, it will be returned to the resident, unless they are indigent.  See the section on indigent mail for more information.  Mail that does not fit into the slot may be handed to a caseworker or supervisor for processing.  All outgoing mail should list the resident's name, A number

and Center address in the return address area.  Residents may speak with a caseworker concerning postage requirements.

## NOTARY PUBLIC

Notary public assistance may be obtained by filling out a Resident Request form.  These forms are located at the Resident Information Center.   Completed forms are to be placed in the mailbox labeled "Requests".

## PHOTOCOPIES

Photocopies may be obtained by speaking to a staff member, case worker or filling out a Resident Request form.  These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".  Photocopying services for legal material is available free of charge.

## MONEY ORDERS

Residents wishing to send money orders should speak with their case worker or complete a Resident Request form.  These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".

## HAIR CARE SERVICES

Residents have the opportunity receive a haircut or other hair care service once a week. Hair care services information, including a price list, is located at the Resident Information Center.  The signup sheet is located outside of the caseworkers' office on the activity floor.  For information about the hair care services, see a caseworker or complete a Resident Request form.  These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".

## RECREATIONAL PROGRAM

There are a variety of recreation activities offered to residents during their stay at the Center.  Residents are expected to take care of supplies and equipment issued to them and to return the items after use.  Residents will be held accountable for any recreational or leisure item until it has been returned.  The staff schedules specific activities for pleasure and fitness and ask that you cooperate and participate in these activities; and encourage your children to participate.  Some of the activities are off site field trips which are scheduled in advance, some are on site activities and are scheduled at particular days and times and others are available for use independently.  For more information, see the recreation postings, information and schedules at the Resident Information Center.

### RECREATIONAL OFFERINGS

- **Televisions-**There are several televisions placed around the Center for resident entertainment.  The televisions allow for both English and Spanish programing

and also play music.  While there are no specific rules governing what programs will be viewed, residents are expected to be considerate of each other to avoid unnecessary problems regarding their usage.  In the event an issue develops, staff will attempt to resolve the problem and may decide to discontinue usage until the situation can be resolved.  The volume of the televisions shall be kept at a reasonable level so as to not disturb other residents or Center operations.  During quiet hours, volume should be kept to a minimum.  Televisions are not to be removed from their locations or tampered with for any reason.  Residents should report any television malfunctioning to the staff so it can be addressed.

- **Social Library-**The social library is located on the activity floor and is open seven days a week during free movement.  Residents may read in the library or check out books by taking them to the activity floor courtesy desk.  Early readers, young adult, teen, and adult books are available in English, Spanish and other languages.  There are also computers available in the social library which are to be used solely for electronic reading.  Utilizing these computers, residents may access reading material in their native language.  See staff at the courtesy desk for information on using these computers, speak with a caseworker or complete a Program Request form. These forms are located at the Resident Information Center.   Completed forms are to be placed in the mailbox labeled "Requests".

- **Toddler Activity Room-** The toddler activity room is located on the activity floor.  Residents will find a wealth of toddler toys, games, movies, multilingual board books and educational activities which toddlers may play with in this room.

- **Electronic games** (Wii, Xbox etc.)- Generally staff offers electronic gaming as part of an organized activity, but units may be checked out if available.  See staff at the courtesy desk on either floor for information on checking out the electronic games.  See recreational postings at the Resident Information Center for information on organized electronic game activities.  In the event a problem develops while residents are playing electronic games, staff will attempt to resolve the problem and may decide to discontinue usage until the situation can be resolved.

- **Music and listening equipment-** Music players may be checked out by speaking with staff at the courtesy desks on either floor.

- **Leisure Activities-** The Center provides leisure activities in the dayrooms of both floors.  Leisure activities include arts and crafts, table games, board games, cards, educational flashcards etc. You are asked to handle these items with care and to be considerate of others who may wish to use them.  These items may be checked out by speaking to staff at the courtesy desks on either floor.  Residents should report any loss or breakage to staff so the items may be replaced.  Residents must return the items prior to going on to another activity (i.e.: a meal, a visit, a medical appointment, end of free movement etc.)

- **Off-site fieldtrips-** Off site field trips are scheduled regularly to a variety of locations such as area parks, malls, book stores, pet stores, craft events, holiday activities.  Look for postings at the Resident Information Center or speak to your caseworker for more information.

- **On site activities-** On site activities are scheduled regularly such as: Toddler activities, movie nights, table game tournaments, outdoor sports tournaments, and

electronic gaming.  Look for postings at the Resident Information Center or speak to your caseworker for more information.

- **Special Events-** The Center holds dances, carnivals, cookouts, celebrations and birthday parties throughout the year.  Look for postings at the Resident Information Center or speak to your caseworker for more information.

- **Internet Café-** The internet bank is located in the lobby of the activity floor and is open during free movement.  The internet bank allows for internet and email access and there are word processing, spreadsheet and database programs on the machines. In cases of high demand, residents may only use a machine for a limited period of time each day.  See the internet rules posted at the Resident Information Center or your caseworker for more information.

- **Musical Instruments-** There is a piano in the programing space for staff and resident use.  Parents are to monitor their children so as to not damage the piano. Other musical instruments may be checked out for use.  See staff at either courtesy desk for more information.

- **Cooking Projects -**Adult residents may sign up for cooking projects as posted at the Resident Information Center.  Staff regularly offers children the opportunity to participate in cooking projects (no sign up required).

- **Arts and Crafts-** In addition to residents being able to check out arts and craft supplies, staff regularly offers residents the opportunity to make a particular craft which is then put on display around the Center.  See your caseworker for more information.

- **Crocheting-** The Center provides yarn, hooks and needles for crocheting.  See a caseworker for further information.

- **Organized Classes-** The Center runs organized classes on a variety of topics, such as English as a Second Language and fitness classes.  See postings at the Resident Information Center or speak with your caseworker to obtain more information.

- **Lectures-** On occasion, the Center hosts lectures on different topics such as nutrition, finances and lifestyle issues.  See postings at the Resident Information Center or speak with your caseworker to obtain more information.

• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •

This handbook has been reviewed and approved by:


_____          _____
Diane Edwards, Executive Director                    Date


_____          _____
JFRMU Representative                                          Date

# Exhibit 3

**List of Pro Bono Legal Service Providers**

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

# Pennsylvania

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

\* New Provider

Updated April 2016

# List of Pro Bono Legal Service Providers

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Philadelphia Immigration Court

| Philadelphia, Pennsylvania | |
|---|---|
| **Camden Center for Law and Social Justice, Inc.**<br><br>Immigration Service Office<br>126 Broadway<br>Camden, NJ 08102<br>Tel: (856) 583-2950<br>Fax: (856) 583-2955<br>     or<br>15 North California Avenue<br>Atlantic City, NJ<br>(609) 348-2111 | **Prime - Ecumenical Commitment to Refugees**<br><br>129 Owen Ave., P.O. Box 5<br>Lansdowne, PA 19050-0005<br>Tel: (610) 259-4500<br>Fax: (610) 259-4515<br>     and<br>604 New Holland Ave., Suite G<br>Lancaster, PA 17602<br>Tel: (717) 396-9300<br>Fax: (717) 396-9374 |
| **Catholic Social Services**<br><br>Archdiocese of Philadelphia<br>227 N. 18th Street<br>Philadelphia, PA 19103<br>(215) 854-7019<br>• No criminal cases.<br>• Will take Asylum cases.<br>• May charge a nominal fee. | **Jewish Family and Children's Service of Pittsburgh**<br><br>5743 Bartlett Street<br>Pittsburgh, PA 15217<br>(412) 422-7200<br>• Willing to take Asylum cases.<br>• Russian spoken.<br>• May charge nominal fee. |
| **African Hispanic Immigration Organization (AHIO), Inc.**<br><br>4815 Westfield Avenue<br>Pennsauken, NJ 08110<br>(856) 324-5098<br>www.ahiolaw.org | **Lutheran Children and Family Service**<br><br>5901 North 5th Street<br>Philadelphia, PA 19120-1824<br>(215) 276-7850<br>• Will take Asylum and criminal cases.<br>• May charge a nominal fee. |
| **HIAS and Council Migration Services**<br><br>2100 Arch Street, 3rd floor<br>Philadelphia, PA 19103<br>(215) 832-0900<br>1-800-267-4600 (toll-free asylee hotline for legal and other information)<br>• May charge a nominal fee.<br>• Will represent aliens seeking Asylum.<br>• Will take criminal cases.<br>• By Appointment Only / No Walk-In Service<br>• Intake Hours: Tuesday 2:00 pm to 4:30 pm<br>                Wednesday 9:30 am  to 12:30 pm | **Nationalities Service Center Migration Services**<br><br>1216 Arch St., 4th Floor<br>Philadelphia, PA 19107<br><br>(215) 893-8400<br>(215) 735-4064, fax<br>• May charge a nominal fee.<br>• Will take Asylum cases.<br>• No employment-based cases.<br>• Will accept criminal cases. |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

* New Provider

# List of Pro Bono Legal Service Providers

Updated April 2016

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## York Immigration Court

### York, Pennsylvania

**Hias and Counsel Migration Services**

2100 Arch Street, 3rd Floor

Philadelphia, PA 19103
(215) 832-0900
• Will represent aliens seeking asylum.
• May charge a nominal fee.
• Representation limited to residents of Southeast
Pennsylvania and Delaware.

**Justin C. Egeolu, Esq.**

2386 Morris Avenue, Suite 100
Union, NJ 07083
Tel: (866) 794-1716
ejc@egeolulaw.com
• Will represent indigent aliens pro bono in asylum
proceedings.

**Prime - Ecumenical Commitment to Refugees**

129 Owen Ave., P.O. Box 5
Lansdowne, PA 19050-0005
Tel: (610) 259-4500
(610) 259-4515
          and
701 N. Lime St.
Lancaster, PA 17602
Tel: (717) 396-9300
Fax: (717) 396-9374

**Pennsylvania Immigration Resource Center (PIRC)**

Mailing:  P.O. Box 20339, York, PA 17402
Physical Location:  York County Annex Building, Suite 1,
112 Pleasant Acres Road, York, PA 17402
Tel: (717) 600-8099
Fax: (717) 600-8044
• Represents only aliens in detention.

• Represents aliens seeking asylum, CAT.
• Represents children.

**Nationalities Service Center**

1300 Spruce Street
Philadelphia, PA 19107
(215) 893-8400

• Will represent aliens seeking asylum.
• May charge a nominal fee.

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of
Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free
legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organiza-
tions or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of
these organizations or attorneys.

# Exhibit 4



Exhibit 5



# TELEPHONE INFORMATION



# INFORMACION DEL TELÉFONO

If you are experiencing troubles with the phones please contact staff immediately.
Si usted esta teniedo problemas con los telefono, por favor dejele saber a un trabajador inmediatamente.

You must dial '9' to make a call.
Usted debe marcar el '9' para hacer una llamada.

Local (610/484) calls are free.
Las llamadas locales (del codigo de 610/484 area) son gratis.

When telephone use is in high demand, telephone calls shall not exceed 20 minutes in length.
Cuando el acceso del telefono esta en demanda alta, las llamadas telefonicas no deben exceder 20 minutos en longitude.

To make "Free Calls" to consulates, courts, OIG, UNHCR, government offices etc dial 9, then 44 and follow the instructions.  See your
caseworker for assistance if needed.
Para hacer "llamadas gratis" a los consulados, cortes, OIG, UNHCR, oficinas gubernamentales etc marca a "9" entonces a "44" y siga las
instruccioses.  Consulte a su trabajador social para obtener ayuda..

Persons wishing to call into the Center to leave a message for a resident, should dial 610.396.0310 x2400
Las personas que deseen poner en el centro para dejar un mensaje para un residente, deberán marcar el número 610.396.0310 x2400

To make calls to family or others during a personal or family emergency. when you can't call collect and do not have a phone calling card,
ask your caseworker.
Para hacer llamadas a familiares u otras personas durante una emergencia personal o familiar, cuando no se puede llamar por cobrar y no
tienen una tarjeta para llamar por teléfono, pregunte a su trabajador de caso.

Persons wishing to call into the Center to leave a message for a resident, should dial 610.396.0310 x2400
Las personas que deseen poner en el centro para dejar un mensaje para un residente, deberán marcar el número 610.396.0310 x2400

See your case worker to make attorney / legal assistance calls in private
Consulte a su trabajador de caso para hacer de abogado / legal llamadas de asistencia en privado

# Exhibit 6



# Free Phone Calls
# Llamadas De Teléfono Gratis



All residents are given free access to the following – either through the telephones utilizing the speed dial
program or by speaking to a caseworker :
Office of Inspector General
United Nations High Commissioner for Refugees
Local Immigration Court
Automated Immigration Court Line
Board of Immigration Appeals
Any Federal or State Courts
Any Governmental Offices
Consular Officials
Legal representatives (and to seek legal representation or consultation)
Immediate family or other people in emergency situations

Todos los residentes a accesso libres al siguiente cualquiera a través los teléfonos que utilizan el
programa del dial de la velocidad o hablando a un caseworker:
Oficina del Inspector General
Alto comisario de Naciones Unidas para los refugiados
Su corte de la inmigración
Linea automatizada de la corte de la inmigración
Tablero de súplicas de la inmigración
Cualquie federal y tribunales estatales
Cuaesquiera oficinas gubernamentales
Funcionarios Consulares
Los representantes legales (y buscar la representación legal o consulta)
La familia inmediata u otras personas en situaciones de emergencia

# Exhibit 7

## ACCESO AL TELÉFONO

Hay teléfonos en los dos pisos del Centro. Los teléfonos del piso de actividades están disponibles durante el horario de libertad de movimiento, y los teléfonos del piso de dormitorios están disponibles las 24 horas del día. Las llamadas por cobrar, las llamadas con tarjetas telefónicas y las llamadas gratuitas a la Agencia de Aplicación de Leyes de Inmigración y Aduanas (ICE, Immigration & Customs Enforcement) se pueden hacer desde cualquiera de los teléfonos. El Centro no controla ni graba las conversaciones en ningún teléfono. Para comprar tarjetas telefónicas, usted se debe anotar en la hoja de solicitudes de tarjetas telefónicas que está a la salida de la oficina de los asistentes sociales, en el piso de actividades. Los residentes también pueden recibir tarjetas telefónicas por correo postal. Hay toallitas desinfectantes disponibles para limpiar los teléfonos antes y después de usarlos. Se harán todos los arreglos para los residentes que tengan impedimentos para comunicarse (por ejemplo, problemas de habla o audición) o para residentes que deseen comunicarse con personas que tengan esos impedimentos. Para obtener estos arreglos, hable con el asistente social o llene un formulario de solicitudes de los residentes (Resident Request form). Estos formularios están en el Centro de Información para Residentes (Resident Information Center). Los formularios completos se deben colocar en el buzón con la etiqueta "Requests" (Solicitudes). Para garantizar que todos los residentes tengan la oportunidad de usar los teléfonos, las llamadas no podrán durar más de 20 minutos si hay otros residentes que esperan. Si tiene problemas para usar el sistema de teléfonos, si un teléfono no funciona bien o si las llamadas gratuitas a la ICE no funcionan, infórmelo al personal, que lo ayudará a solucionar la situación. Los amigos y familiares pueden llamar al Centro para dejar mensajes a los residentes. El número para llamar es 610.396.0310, extensión 2400. Los mensajes urgentes se entregarán al residente tan pronto como sea posible, y los mensajes que no sean urgentes se entregarán dentro de las 24 horas.

## LLAMADAS TELEFÓNICAS GRATUITAS A LA ICE

Los residentes pueden comunicarse sin costo alguno con diversas organizaciones, por medio del sistema de llamadas telefónicas gratuitas de la Agencia de Aplicación de Leyes de Inmigración y Aduanas (ICE, Immigration & Customs Enforcement). Vea la información exhibida en las salas de teléfonos y en el Centro de Información para Residentes (Resident Information Center) donde encontrará instrucciones para llamar a consulados, tribunales de emigración, la Asociación Estadounidense de Colegios de Abogados (American Bar Association), la Línea Directa del Defensor Público (Public Advocate Hotline) de la ICE, la Oficina del Inspector General (Office of the Inspector General), y otras oficinas, ya sean gubernamentales o no gubernamentales. Si necesita ayuda para usar el sistema, hable con el asistente social o llene un formulario de solicitudes de los residentes (Resident Request form). Estos formularios están en el Centro de Información para Residentes (Resident Information Center). Los formularios completos se deben colocar en el buzón con la etiqueta "Requests" (Solicitudes).

## ACCESO TELEFÓNICO PARA RESIDENTES SIN RECURSOS

Además de las llamadas gratuitas con el sistema de llamadas telefónicas de la Agencia de Aplicación de Leyes de Inmigración y Aduanas (ICE, Immigration & Customs Enforcement), los residentes sin recursos también pueden hacer llamadas gratuitas a organizaciones de asistencia legal y a familiares, así como otras llamadas necesarias. Para hacer estas llamadas, hable con el asistente social o llene un formulario de solicitudes de los residentes (Resident Request form). Estos formularios están en el Centro de Información para Residentes (Resident Information Center). Los formularios completos se deben colocar en el buzón con la etiqueta "Requests" (Solicitudes).

## LLAMADAS TELEFÓNICAS PARA ASISTENCIA LEGAL

Las llamadas telefónicas a su asesor legal y a los tribunales no se cobrarán ni se grabarán ni ningún momento. Para hacer llamados de asesoría legal en un lugar con mayor privacidad, hable con un asistente social o llene un formulario de solicitudes de los residentes (Resident Information Center). Los formularios completos se deben colocar en el buzón con la etiqueta "Requests" (Solicitudes).

Exhibit 8

## TELEPHONE ACCESS

There are telephones on both floors of the Center. Telephones on the activity floor are available during free movement hours and the telephones on the bedroom floor are available 24 hours a day. Collect calls, calling card calls and ICE free access calls may be made from any of the telephones. The Center does not monitor or record conversations on any of the telephones. Phone cards may be purchased by signing up on the phone card request sheet posted outside the caseworkers' office on the activity floor. Residents may also receive phone cards through the mail. There are sanitizing wipes available to clean the phones before or after use. Accommodations shall be made for residents with communication impairments (ex: hearing/speech impaired), or residents who wish to communicate with such persons by speaking with your caseworker or completing a Resident Request form. These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests". To ensure that all residents have the opportunity to use the telephones, calls should be no longer than 20 minutes in length when other residents are waiting. If you have any issues using the phone system. If a telephone is not working properly or if the ICE free call access system does not appear to be working, report the issue to staff and they will assist you in rectifying the situation. Friends and family may call the Center to leave messages for residents. The number to call is 610.396.0310 extension 2400. Emergency messages will be delivered to the resident as soon as possible and non-urgent messages will be delivered within 24 hours.

### ICE FREE ACCESS TELEPHONE CALLS

Residents may contact a variety of organizations at no cost, through the ICE free access telephone system. See the information posted in the telephone rooms and Resident Information Center for instructions on calling consulates, immigration courts, the American Bar Association, the ICE Public Advocate Hotline, the Office of Inspector General and a variety of other government and non-governmental offices. If you need help using the system speak with your caseworker or complete a Resident Request form. These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".

### INDIGENT RESIDENT TELEPHONE ACCESS

In addition to free calls available using the ICE free access telephone system, indigent residents may also make free calls to legal assistance organizations, family and other necessary calls, by speaking to a caseworker or completing a Resident Request form. These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".

### LEGAL ASSISTANCE TELEPHONE ACCESS

Telephone calls to your legal provider and courts are not monitored or recorded at any time. To access a more private area from which to make legal assistance calls, speak to a caseworker or complete a Resident Request form. These forms are located at the Resident Information Center. Completed forms are to be placed in the mailbox labeled "Requests".

# Exhibit 9


Homeland
Security

# Berks Family Residential Center

The following numbers are provided as free calls to all ICE residents

Pro Bono calling hours are from Monday through Friday 9am to 9pm. To place a Pro Bono call, dial 44 and follow the voice prompts and instructions below.

Once connected to the platform:

- Press 1 for English, marque 2 para Español.
- Enter your 9-digit Alien Number. If your A-number is less than 9 digits, put a "0" before your A-number
- Enter the Speed Dial number from the list below followed by the # Key.
- Then Stay on the line.

Los números siguientes se ofrecen como llamadas gratuitas a través de la plataforma de ICE.

Llamar horas Pro Bono son de Lunes a Viernes de 9 am a 6 de la tarde. Para colocar un Pro Bono llamada, marque 44 y siga las indicaciones de voz y las instrucciones a continuación.
Una vez conectado a la plataforma:

- Press 1 for English, marque 2 para Español.
- Marque su número de identificación extranjero. Si su número es inferior a 9 digitos, poner un "0" antes de su número
- Marque el número de marcación rápida seguido por el signo de número.
- Manténgase en la línea.

| | | |
|---|---|---|
| "American Bar Association | 2150 # |
| "DHS Inspector General | 518 # |
| "HIAS and Counsel | 516 # |
| "ICE Office of Professional Responsibility | 5673 # |
| "Joint Intake Center | 5663 # |
| "Pennsylvania Immigration Resource Council (PIRC) | 513 # |
| "UN High Commissioner for Refugees (UNHCR) Asylum and Refugees | 566 # |
| "US District Court - Middle PA | 1564 # |
| "US District Court - Southern NY | 1557 # |

| | | |
|---|---|---|
| "Board of Immigration Appeals Clerks Office | 571 # |
| "Friends of Farmworkers | 515 # |
| "ICE ERO Detention Reporting and Information Line | 9116 # |
| "IMMIGRATION COURT INFORMATION HOTLINE | 111 # |
| "Nationalities Service Center (Do Not Call) | 517 # |
| "Pro Bono Legal Aid of Western Mission | 547 # |
| "US District Court - Eastern PA | 1560 # |
| "US District Court - Middle PA | 1561 # |
| "US Immigration Court - York | 512 # |

BEFAMPA                   04/25/2016                   1/3

# Exhibit 10

| | | | | | | |
|---|---|---|---|---|---|---|
| | *US Second Circuit Circuit Court of Appeal | 1556 # | | *USCIS Immigration Service Center | 1683 # |
| | Afghanistan - Embassy in Washington, DC | 1726 # | | Albania - Embassy in Washington DC | 191 # |
| | Algeria - Embassy in Washington DC | 192 # | | Andorra - Consulate in New York | 193 # |
| | Angola - Embassy in Washington DC | 194 # | | Argentina - Embassy in Washington DC | 1423 # |
| | Armenia - Consulate in Washington DC | 197 # | | Australia - Consulate in Washington DC | 196 # |
| | Austria - Embassy in Washington DC | 199 # | | Azerbaijan - Embassy in Washington DC | 200 # |
| | Bahamas - Consulate in New York City | 201 # | | Bahrain - Embassy in Washington DC | 202 # |
| | Bangladesh - Embassy in Washington DC x127 | 203 # | | Barbados - Consulate in New York City | 204 # |
| | Belarus - Consulate in New York | 205 # | | Belize - Embassy in Washington DC ext 229 | 207 # |
| | Benin - Embassy in Washington DC | 206 # | | Bolivia - Consulate in New York | 210 # |
| | Brazil - Consulate in New York | 213 # | | British - Consulate in New York | 363 # |
| | Brunei - Embassy in Washington DC | 214 # | | Bulgaria - Embassy in Washington DC | 215 # |
| | Burkina Faso - Embassy in Washington DC | 216 # | | Cambodia - Embassy in Washington, DC | 218 # |
| | Cameroon - Embassy in Washington DC | 219 # | | Canada - Consulate in New York | 1981 # |
| | Cape Verde - Consulate in Boston | 221 # | | Central African Republic - Embassy in Washington DC | 222 # |
| | Chad - Embassy in Washington DC | 223 # | | Chile - Consulate in New York | 224 # |
| | China - Consulate in New York City ext 1503 | 225 # | | Colombia - Consulate General in New York | 226 # |
| | Congo, Democratic Republic - Embassy in Washington, DC | 229 # | | Congo, Democratic Republic of - Embassy in Washington, DC | 229 # |
| | Cote d'Ivoire - Embassy in Washington DC | 231 # | | Croatia - Consulate in New York | 232 # |

# Exhibit 11

| | | | | | |
|---|---|---|---|---|---|
| Cuba - Permanent Mission in NY | 521 # | | Cyprus - Consulate in New York | | 233 # |
| Czech Republic - Consulate in New York | 234 # | | Denmark - Consulate in New York | | 235 # |
| Djibouti - Embassy in Washington DC | 236 # | | Dominica Commonwealth - Consulate in New York | | 237 # |
| Dominican Republic - Embassy in Washington DC | 1496 # | | Ecuador - Consulate in New Jersey | | 1638 # |
| Ecuador - Consulate in New York | 239 # | | El Salvador - Consulate in New York | | 241 # |
| Equatorial Guinea - Embassy in Washington DC | 242 # | | Eritrea - Consulate in Washington DC | | 243 # |
| Estonia - Consulate in New York | 244 # | | Ethiopia - Embassy in Washington DC | | 604 # |
| Fiji - Consulate in New York | 246 # | | Finland - Consulate in New York | | 247 # |
| France - Consulate in New York | 1445 # | | Gabon - Consulate in New York | | 249 # |
| Gambia - Embassy in Washington, DC | 250 # | | Georgia - Embassy in Washington, DC | | 251 # |
| Germany - Consulate in New York | 252 # | | Ghana - Permanent Mission to the U.N. | | 253 # |
| Greece - Consulate in New York | 254 # | | Grenada - Consulate in New York | | 255 # |
| Guatemala - Consulate in New York | 256 # | | Guinea - Embassy in Washington DC | | 713 # |
| Guyana - Embassy in Washington DC | 259 # | | Haiti - Consulate in New York | | 260 # |
| Honduras - Consulate in Chicago | 542 # | | Honduras - Consulate in New York | | 8936 # |
| Hungary - Consulate in New York | 1212 # | | Iceland - Embassy in Washington DC | | 263 # |
| India - Consulate in New York | 264 # | | India - Embassy in Washington DC | | 209 # |
| Indonesia - Consulate in New York | 265 # | | Iran - Consulate in Washington DC | | 266 # |
| Iraq - Consulate in Washington DC | 267 # | | Ireland - Consulate in New York | | 268 # |
| Israel - Consulate in Philadelphia | 269 # | | Italy - Consulate in Philadelphia | | 270 # |

Exhibit 12

| Country / Office | # | Country / Office | # |
|---|---|---|---|
| Jamaica - Consulate in New York | 1215 # | ... sulate in New York | 272 # |
| Jordan - Embassy in Washington DC | 721 # | Kazakhstan - Consulate in New York | 274 # |
| Kenya - Embassy in Washington DC | 727 # | Korea - Embassy in Washington DC | 904 # |
| Kuwait - Embassy in Washington DC | 276 # | Kyrgyz - Embassy in Washington DC | 639 # |
| Laos - Embassy in Washington DC | 728 # | Latvia - Embassy in Washington DC | 281 # |
| Lebanon - Consulate in New York | 282 # | Lesotho - Embassy in Washington DC | 283 # |
| Liberia - Consulate in New York | 284 # | Libya - Mission in New York, NY | 522 # |
| Lithuania - Consulate in New York | 285 # | Luxembourg - Consulate in New York | 286 # |
| Macedonia - Consulate in New York | 731 # | Madagascar - Embassy in Washington DC | 388 # |
| Malawi - Consulate in Washington DC | 289 # | Malaysia - Consulate in New York | 290 # |
| Maldives - Consulate in New York | 291 # | Mali - Embassy in Washington DC | 292 # |
| Malta - Embassy in Washington DC | 293 # | Marshall Islands - Embassy in Washington DC | 294 # |
| Mauritania - Embassy in Washington DC ext 14 | 295 # | Mauritius - Embassy in Washington DC | 296 # |
| Mexico - Consulate in Philadelphia Ext 240 | 297 # | Micronesia - Embassy in Washington DC | 298 # |
| Moldova - Consulate in Washington DC | 299 # | Monaco - Consulate in New York | 300 # |
| Mongolia - Embassy in Washington DC | 301 # | Morocco - Consulate in New York | 302 # |
| Mozambique - Embassy in Washington DC | 303 # | Nauru - Embassy in New York | 306 # |
| Nepal - Consulate in New York | 307 # | Netherlands - Consulate in New York | 308 # |
| New Zealand - Embassy in Washington DC | 309 # | Nicaragua - Consulate in New York | 310 # |
| Niger - Embassy in Washington DC | 311 # | Nigeria - Embassy in Washington DC | 312 # |

Exhibit 13

| | | | | | | |
|---|---|---|---|---|---|---|
| | Northern Sudan - Embassy in Washington DC | 345 # | | | Norway - Embassy in Washington DC | 313 # |
| | Oman- Embassy in Washington DC | 314 # | | | Pakistan - Consulate in New York | 819 # |
| | Pakistan - Embassy in Washington DC | 725 # | | | Palau - Embassy in Washington DC | 310 # |
| | Panama - Embassy in Washington DC | 317 # | | | Papua New Guinea - Embassy in Washington DC | 318 # |
| | Paraguay - Consulate in New York | 319 # | | | Peru - Consulate in New York | 320 # |
| | Philippines - Consulate in New York | 321 # | | | Poland - Consulate in Chicago | 555 # |
| | Portugal - Consulate in Washington DC | 323 # | | | Qatar - Consulate in Washington DC | 324 # |
| | Romania - Consulate in New York City | 325 # | | | Russia - Consulate in New York | 326 # |
| | Rwanda - Embassy in Washington DC | 327 # | | | Saint Kitts and Nevis - Embassy in Washington DC | 328 # |
| | Saint Lucia - Consulate in New York | 329 # | | | Saint Vincent and the Grenadines - Consulate in New York | 330 # |
| | Samoa - Mission in New York | 670 # | | | San Marino - Consulate in New York | 1096 # |
| | Saudi Arabia - Consulate in New York | 333 # | | | Senegal - Embassy in Washington DC | 334 # |
| | Serbia - Embassy in Washington DC | 693 # | | | Seychelles - Consulate in New York | 335 # |
| | Sierra Leone - Embassy in Washington DC | 336 # | | | Singapore - Consulate in New York | 337 # |
| | Slovak Republic - Embassy in Washington DC | 877 # | | | Solomon Islands - Consulate in New York | 1938 # |
| | South Africa - Consulate in New York | 342 # | | | Spain - Consulate in New York | 343 # |
| | Suriname - Consulate in Miami | 346 # | | | Swaziland - Embassy in Washington DC | 347 # |
| | Sweden - Consulate in New York | 348 # | | | Switzerland - Consulate in New York | 348 # |
| | Taipei (Taiwan) Economic & Cultural Office  Washington DC | 351 # | | | Tajikistan - Consulate in Washington DC | 352 # |

Exhibit 14

| | | |
|---|---|---|
| | Tanzania - Embassy in Washington DC | 353 # |
| | The Holy See - Embassy in Washington DC | 619 # |
| | Tonga - UN Permanent Mission in New York | 687 # |
| | Tunisia - Embassy in Washington, DC | 1895 # |
| | Uganda - Consulate in Washington DC | 360 # |
| | United Arab Emirates - Embassy in Washington DC | 362 # |
| | Uzbekistan - Consulate in New York | 365 # |
| | Venezuela - Consulate in New York | 367 # |
| | Yemen - Embassy in Washington DC | 369 # |

| | | |
|---|---|---|
| | Thailand - Consulate in New York | 354 # |
| | Togo - Embassy in Washington DC | 355 # |
| | Trinidad & Tobago - Consulate in New York | 356 # |
| | Turkey - Consulate in New York | 358 # |
| | Ukraine - Consulate in New York | 361 # |
| | Uruguay - Consulate in New York | 364 # |
| | Venezuela - Consulate in New York | 332 # |
| | Vietnam - Consulate in Washington DC | 368 # |
| | Zambia - Embassy in Washington DC | 371 # |

Exhibit 15

# Berks County Residential Center
## Standard Operating Procedures and Policies

| | | | |
|---|---|---|---|
| **Chapter:** | Training | **Policy #:** | 40.085 |
| **Subject:** | Resident Rooms / Room Checks | **Effective Date:** | 11/01/2014 |
| **Program:** | Family Residential Program | **Revised Date:** | 11/01/2014 |

**Approved:**   <u>Signature on File</u>
**Diane Edwards,** *Executive Director*

---

## Policy

It is the policy of the Berks County Residential Center (BCRC) and the Pennsylvania Department of Public Welfare (DPW) that observational checks be conducted on every resident during awake and sleeping hours.  The following procedures will explain daytime and nighttime checks and other information that pertains to such.

## Definitions

> **<u>Clearing an Area/Room</u>** – The verifying of an area/room that it is empty of all residents. This requires physically entering an area/room and determining visually that there are no residents present.

> **<u>Day Time Sweeps</u>** – The visual monitoring of each area/room in a post area to ensure the safety of the residents, proper behaviors, and the security of the facility.

> **<u>Room Checks</u>** – To verify that each resident is accounted for and to ensure that they are safe.  Room checks are done to each individual resident visually and then documented down once completed on a Resident Room Check Sheet.

## Procedure

1. **Day Time Sweeps**
   a. Staff is responsible for completing ten to fifteen (10-15) minute sweeps during daytime hours once resident room checks are no longer being performed in the bedrooms and when any other resident area in the building is being occupied.
   b. If a staff member must enter a resident's room or any other room for any reason, or check if a resident is present, it should be done quietly and not overly aggressive.
   c. Lights must always remain on in a room with residents in it for any activity.  If lights are out during an activity, cameras that could normally protect anyone from allegations cannot properly view the area to help them.  This is mainly for movies but can apply to any other activity as well.

    **d.** Checks on bedrooms during the daytime should include walking to the entrance of each room and briefly checking into them to verify that any resident in that room is safe.

        **i.** Care should be taken to not spend too much time at any room when the occupants are of the opposite gender.

        **ii.** Professionalism will be the key when checking rooms during the daytime as too not violate any resident's privacy.

        iii. Staff members should use the cameras throughout the facility to protect them when doing checks.

**2. Clearing an Area**

    **a.** All places within the area where a resident potentially could be must be checked to verify that the area is clear of any residents.

    **b.** In the case of resident bedrooms, the bathroom must be physically checked as well in order to clear that entire area.

    **c.** Resident bedrooms must only be cleared by the same gender staff as the occupants of that particular room.  In rooms where there are adults and children the gender that will be followed is that of the adult.

        **i.** If no same gender staff member is available, the area cannot be cleared until one becomes available.

        **ii.** If no staff member is available for any number of reasons, a Supervisor should be contacted for further instructions on how to handle the clearing of the area.

    **d.** The only way a staff member should enter the bedroom/ bathrooms of an opposite gender resident is during an emergency.  This should include, but not limited to fire, medical emergency, some type of weather emergency, etc.

    **e.** Residents should never be allowed to re-enter an area that has been cleared without a staff escort.

**3. Night Time Resident Room Checks**

    **a.** Staff is responsible for completing fifteen (15) minute room checks during nighttime hours.  This may vary if a resident is placed on a level of observation that calls for more frequent checks.

    **b.** During these checks staff are to verify that each resident is accounted for and to ensure they are safe.

    **c.** This may require the staff entering the room to view each resident.

    **d.** At no time should you do a check on a room of the opposite gender.  In rooms where there are adults and children the gender that will be followed is that of the adult.

    **e.** Staff is to complete all appropriate forms.  Forms should be completed after the checks is completed and only filled out by the staff that completed the check.

**4. Room Guidelines and Information**

    **a.** Infant / toddler bedtime 2030 hrs everyday of the week.

**b.** Juvenile bedtime is 2100 hrs Sunday through Thursday and 2130 hrs Friday and Saturday.

**c.** There is no set bedtime for adults.

**d.** Radios shall be turned off by 2030 hrs and other noise shall be kept at a minimum at this time.

**e.** Infants must sleep in a crib.  Toddlers must sleep in their own bed with bedrails.  Neither is permitted to sleep in the same bed as their parent.  If this is discovered during a check it must be corrected and the resident reminded of the rule.  If this becomes habitual with the same residents a report should be written.

**f.** Residents are not allowed in other residents rooms.  Although, parents may enter their children's room with staff permission.  Adults may never enter another adult room, no exceptions.

**g.** Residents can replace items such as: toilet paper, paper towels, soap etc. on their own.  If they can't and staff needs to enter the room, staff should do this at meal times when no residents are present.

**h.** Residents 12 years old and younger will be housed in a room with their parent.

**i.** Like aged juveniles of the same gender shall be placed in rooms together.  (12, 13, 14 and 15, 16, 17 if possible)

# Exhibit 16

# Berks County Residential Center
## Standard Operating Procedures and Policies

| | | | |
|---|---|---|---|
| **Chapter:** | Training | **Policy #:** | 40.085 |
| **Subject:** | Resident Rooms / Room Checks | **Effective Date:** | 11/01/2014 |
| **Program:** | Family Residential Program | **Revised Date:** | 4/28/2016 |

**Approved:** <u>Signature on File</u>
**Diane Edwards,** *Executive Director*

## Policy

It is the policy of the Berks County Residential Center (BCRC) and the Pennsylvania
Department of Human Services (DHS) that observational checks be conducted on every
resident during awake and sleeping hours.  The following procedures will explain
daytime and nighttime checks and other information that pertains to such.

## Definitions

> **Clearing an Area/Room –** The verifying of an area/room that it is empty of all
> residents. This requires physically entering an area/room and determining
> visually that there are no residents present.

> **Day Time Sweeps –** The visual/auditory monitoring of each area/room in a post
> area to ensure the safety of the residents, proper behaviors, and the security of
> the facility.

> **Night Time Hall Sweeps –** The visual/auditory monitoring of each resident
> bedroom during sleeping hours. This is done without entering the room or shining
> of any lights, in order to ensure the safety of the residents, proper behaviors, and
> the security of the facility.

> **Room Checks –** To verify that each resident is accounted for and to ensure that
> they are safe.  Room checks are done to each individual resident visually and
> then documented once completed on a Resident Room Check Sheet.

## Procedure

1. **Day Time Sweeps**
   a. Staff is responsible for completing ten to fifteen (10-15) minute sweeps during
      daytime hours once resident room checks are no longer being performed in the
      bedrooms and when any other resident area in the building is being occupied.

    **b.** If a staff member must enter a resident's room or any other room for any reason, or check if a resident is present, it should be done quietly and not overly aggressive by same gender staff.

    **c.** Lights must always remain on in a room with residents in it for any activity.  If lights are out during an activity, cameras that could normally protect anyone from allegations cannot properly view the area to help them.  This is mainly for movies but can apply to any other activity as well.

    **d.** Checks on bedrooms during the daytime should include walking to the entrance of each room and briefly checking into them to verify that any resident in that room is safe.

        **i.** Care should be taken to not spend too much time at any room when the occupants are of the opposite gender.

        **ii.** Professionalism will be the key when checking rooms during the daytime as too not violate any resident's privacy.

        iii. Staff members should stay in camera sight when doing checks.

**2. Clearing an Area**

    **a.** All places within the area where a resident potentially could be must be checked to verify that the area is clear of any residents.

    **b.** In the case of resident bedrooms, the bathroom must be physically checked as well in order to clear that entire area.

    **c.** Resident bedrooms must only be cleared by the same gender staff as the occupants of that particular room.  In rooms where there are adults and children the gender that will be followed is that of the adult.

        **i.** If no same gender staff member is available, the area cannot be cleared until one becomes available.

        **ii.** If no staff member is available for any number of reasons, a Supervisor should be contacted for further instructions on how to handle the clearing of the area. Possibly using two staff.

    **d.** The only way a staff member should enter the bedroom/ bathrooms of an opposite gender resident is during an emergency.  This should include, but not limited to fire, medical emergency, some type of weather emergency, etc.

    **e.** Residents should never be allowed to re-enter an area that has been cleared without a staff escort.

**3. Night Time Resident Room Checks**

    **a.** Staff is responsible for completing hourly room checks on every half hour (830pm, 930pm, 1030pm, etc.) during nighttime hours.  This may vary if a resident is placed on a level of observation that calls for more frequent checks. Between the hourly room checks, staff must perform hallway sweeps every fifteen (15) minutes.  The check sheet must be initialed for all checks and night-time sweeps.

    **b.** During these checks staff are to verify that each resident is accounted for and to ensure they are safe.

 **c.** This may require the staff entering the room to view each resident.

 **d.** At no time should you do a check on a room of the opposite gender except in an emergency as stated above.  In rooms where there are adults and children, whom are 12 years old and younger, the gender of staff completing the room check that will be followed is that of the adult.  In rooms that house adults and children whom are 13 years and older, and of opposite genders, both a male and a female staff shall complete the room check, simultaneously.

 **e.** A room check will be performed by illuminating the floor or the ceiling when checking a resident.  At no time shall staff shine any light into any residents faces or person.

 **f.** Staff is to complete all appropriate forms.  Forms should be completed after the check is completed and only filled out by the staff that completed the check.

**4.  Room Guidelines and Information**

 **a.** Infant / toddler bedtime 2030 hrs every day of the week.

 **b.** Juvenile bedtime is 2100 hrs Sunday through Thursday and 2130 hrs Friday and Saturday.

 **c.** There is no set bedtime for adults.

 **d.** Resident radios shall be turned off by 2030 hrs and other noise shall be kept at a minimum at this time.

 **e.** Infants must sleep in a crib.  Toddlers must sleep in their own bed with bedrails.  Neither is permitted to sleep in the same bed as their parent.  If this is discovered during a check it must be corrected and the resident reminded of the rule.  If this becomes habitual with the same residents a report should be written.

 **f.** Residents are not allowed in other residents rooms.  Although, parents may enter their children's room with staff permission.  Adults may never enter another adult room, no exceptions.

 **g.** Residents can replace items such as: toilet paper, paper towels, soap etc. on their own.  If they can't and staff needs to enter the room, staff should do this at meal times when no residents are present.

 **h.** Residents 12 years old and younger will be housed in a room with their parent.

 **i.** Like aged juveniles of the same gender shall be placed in rooms together with their parent.  (12, 13, 14 and 15, 16, 17 if possible)

Exhibit 17

| Cycle #1 16 | 29-May SUNDAY | 30-May MONDAY | 31-May TUESDAY | 1-Jun WEDNESDAY | 2-Jun THURSDAY | 3-Jun FRIDAY | 4-Jun SATURDAY |
|---|---|---|---|---|---|---|---|
| **BREAKFAST** | | | | | | | |
| *OMELET or PANCAKES ***CHEESE**CEREAL**MILK**JUICE**COFFEE**GRAIN BARS**YOGURT**FRUIT**OATMEAL**PEANUT BUTTER**JELLY**WHEAT BREAD**** | | | | | | | |
| **LUNCH** | | | | | | | |
| Meat Entrée | (2) 2 oz. HOT DOGS/WW ROLL | GRILLED CHICKEN FILET | 2 oz. GRILLED CHEESE SANDWICH | 3 oz. CHICKEN STEAK SANDWICH | 5. 05 oz. PIZZA | 1 srv. SAUSAGE SANDWICH | 3 oz. CHICKEN TENDERS |
| Vegetarian Entrée | MEATLESS HOT DOG | BLACKBEAN BURGER | GRILLED CHEESE SANDWICH | VEGGIE BURGER | VEGETARIAN NOODLE SOUP | MEATLESS SAUSAGE | MEATLESS CHICKEN |
| | 1/2 c. Baked Beans | 1/2 c. Buttered Noodles | 4 oz. TOMATO SOUP | 1/2 c. Carrots | 1/2 c. Vegetable Sticks | 3 oz. FRENCH FRIES | 1/2 c. BAKED BEANS |
| | 1/2 c. Cole Slaw | 1/2 c. Peas & Carrots | 1/2 c. GREEN BEANS | | | STEAK ROLL | 1 ea. Dinner Roll |
| | | 1 ea. Dinner Roll | | | | 2 oz. PEPPERS AND ONIONS | |
| #12/3oz | RICE / BEANS | RICE / BEANS | RICE / BEANS | #8RICE / BEANS | #8RICE / BEANS | RICE /BLK BEANS | RICE / BEANS |
| | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS |
| | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR |
| | | | CHICKEN | SHREDDED CHEESE | HARD COOKED EGG | SHREDDED CHEESE | POTATO SALAD |
| **DINNER** | | | | | | | |
| Meat Entrée | 1 ea. HOT POCKET BEEF | 6 oz. Hamburger Helper | 5 oz. BREADED CHICKEN LEGS(2ea) | 1 srv. Stuffed Peppers | Chicken Nuggets (5ea) | 3 oz BAKED TURKEY HAM | 3.6 oz(6ea) CHEESE RAVIOLI |
| Vegetarian Entrée | PIZZA | MAC & CHEESE | MEATLESS CHICKEN | RAVIOLI | EGGROLL | GARDEN BURGER | CHEESE RAVIOLI |
| | 1/2 c. Broccoli | 1 ea. GOGURTS® | 1/2 c. AU GRAUTIN POTATO#8 | 1/2 c. Corn | 1/2 c. Broccoli | 1 ea. GOGURTS® | 1/2 c California Blend |
| | | | 1/2 c. 3 Bean Salad | | 1 ea. EGGROLL | 1/2 c Peas | |
| | | | | | SWEET &SOUR | 1 ea. Dinner Roll | |
| #12/3oz | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | #10RICE / BEANS | #8RICE /BEANS | RICE / BEANS |
| | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS |
| | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR |
| | | | | | | | GRATED CHEESE |
| | | | | PASTA SALAD | | PASTA SALAD | |

*Salad Bar contains a minimum of:  1 protein, 1 dairy, 2 vegetable, 1 fruit, lettuce, soup and a salad topping*

*Peanut butter, jelly, bread, tortillas and whole fruit are available at all meals.*

Salad Bar has a weekly Rotation Schedule

| Cycle #2 16 | **5-Jun** SUNDAY | **6-Jun** MONDAY | **7-Jun** TUESDAY | **8-Jun** WEDNESDAY | **9-Jun** THURSDAY | **10-Jun** FRIDAY | **11-Jun** SATURDAY |
|---|---|---|---|---|---|---|---|
| | | | | **BREAKFAST** | | | |
| | | | OMELET or PANCAKES ***CHEESE**MILK**JUICE**COFFEE**GRAIN BARS**YOGURT**FRUIT**OATMEAL**PEANUT BUTTER**JELLY**WHEAT BREAD*** | | | | |
| | | | | **LUNCH** | | | |
| Meat Entrée | 3 oz. STEAK SANDWICH | CHICKEN PATTY on WW Roll | 3 oz. HOT TURKEY w/ 1 sl. WW Bread | 3 oz. BBQ CHICKEN SANDWICH | 3 oz. HOT ROAST BEEF | 3.6 oz. Breaded Fish on WW Roll | (2) 2 oz HOT DOG/WW ROLL |
| Vegetarian Entrée | EGG ROLL | MEATLESS CHICK PATTY | MEATLESS CHICKEN | GRILLED TUNA & CHEESE | GARDEN BURGER | MAC & CHEESE | MEATLESS HOT DOG |
| | STEAK ROLL | #10 Brown Rice | 1/2 c. Sweet Potato | 5 ea. Potato Cakes | 2 oz. GRAVY | #10 MAC & CHEESE | 1 oz. Potato Chips |
| | 3 oz. TATER TOTS | 1/2 c. Carrots | 2 oz. Gravy | 1/2 c. Fresh Veg. Sticks | 1/2 c. MASHED POTATO | 1/2 c. STEWED TOMATO | 1/2 c. Sauteed Cabbage |
| | 1/2 c. Green Beans | | 1/2 c. Broccoli | | 1/2 c. Corn | | |
| #12/3oz | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS |
| | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS |
| | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR |
| | CHEESE,PICKLES | HARD COOKED EGG | CRANBERRY SAUCE | PICKLES | HARD COOKED EGG | TARTER SAUCE | |
| | | | | **DINNER** | | | |
| Meat Entrée | 4 oz. CORN DOGS (6) | Hamburger on WW Roll | 2 ea. MEATBALLS | 2 oz. TACO with 2oz. Salsa, 2 oz. Tomato & Lettuce, 2 oz. Che | 1 srv. STUFFED CHICKEN | 3 oz. MEATBALL SANDWICH | 5oz. BEEF&BEAN BURRITO |
| Vegetarian Entrée | RAVIOLI | VEGITABLE BURGER | EGGPLANT & PASTA | LASAGNA | MEATLESS CHICKEN | MEATLESS SAUSAGE | PIEROGIES & GARDEN BURGER |
| | 1/2 C. Peas | 1/2 c. Roasted Potatoes | 6 oz. PASTA/2oz SAUCE | 1/2 c. Peas & Carrots | 1/2 c. Broccoli, Cauliflower, Carrot Mix | SAUCE/ROLL | 1/2 c. Seasoned Black Beans |
| | | | 1 ea. Dinner Roll | 1 ea. GoGurts | | 3 oz. French Fries | |
| #12/3oz | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS | RICE / BEANS |
| | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS | TORTILLAS |
| | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR | SALAD BAR |
| | | PASTA SALAD | GRATED CHEESE | APPLESAUCE | | GRATED CHEESE | TURKEY |
| | | | | | | CHEDDAR | ROTINI SALAD |

*Salad Bar contains a minimum of: 1 protein, 1 dairy, 2 vegetable, 1 fruit, lettuce, soup and a salad topping*

*Peanut butter, jelly, bread, tortillas and whole fruit are available at all meals.*

Salad Bar has a weekly Rotation Schedule

# Exhibit 18



**Aladdin**
FOOD MANAGEMENT SERVICES, LLC

To:        Diane Edwards, Executive Director
           Dave Smith, Program Director
           Patricia Pepe Reiser, Department of Homeland Security

From:      Bonnie J. Bland, RD, Corporate Dietitian

Date:      August 6, 2015

Subject:   Berks Heim Resident Center Menus

A review and nutrition analysis has been completed of the current Berks Resident Menu (ICE/DRO).
The data was based on individual average age of 25 years and a basic meal pattern. Based on
information provided, the menus meet and/or exceed 2400 calories and meet the RDA/DRI's as outlined
in the analysis. The menu cycles were also reviewed for Dental/Mechanical Soft, Diabetic, Low Fat, Low
Cholesterol, High Fiber, Vegetarian and Lacto Ovo diets. The current menus are adequate to meet the
needs of the Residential Center population with adjustments to any special diets.

Sincerely,

Bonnie J. Bland RD

cc: Alan Roberts, District Manager

Exhibit 19



**pennsylvania**
DEPARTMENT OF AGRICULTURE

**Commonwealth of Pennsylvania**
**Department of Agriculture**
**Bureau of Food Safety and Laboratory Services**

2301 N CAMERON ST
HARRISBURG, PA 17110
717-787-4315

## Retail Food Facility Inspection Report

Facility: BERK'S COUNTY RESIDENTIAL CENTER (ICE) **Facility ID:** 23312
Owner: COUNTY OF BERKS
Address: 1040 BERKS RD
City/State: LEESPORT PA
Zip: 19533 County: Berks Region: Region 7
Phone: (610) 396-0310

**Insp. ID:**
Insp. Date: 4/14/2016
Insp. Reason: Regular
No. of Risk Factors: 0
No. of Repeat Risk Factors: 0
Overall Compliance: IN

### FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS

Risk Factors are important practices and procedures identified as the most prevalent contributing factors of foodborne illness or injury.
Public Health Intervention are control measures to prevent foodborne illness or injury.

IN = In Compliance, OUT = Out of Compliance, N/O = Not Observed, N/A = Not Applicable, C = Corrected On Site, R = Repeat Violation

| Supervision | | Protection From Contamination | |
|---|---|---|---|
| 1. Person in charge present, demonstrates knowledge, & performs duties | In | 14. Food separated & protected | In |
| **Employee Health** | | 15. Food-contact surfaces: cleaned & sanitized | In |
| 2. Management, food employee & conditional food employee knowledge, responsibilities & reporting | In | 16. Proper disposition of returned, previously served, reconditioned, & unsafe food | In |
| 3. Proper use of restriction & exclusion | In | **Time/Temperature Control for Safety** | |
| 4. Procedure for responding to vomiting & diarrheal events | In | 17. Proper cooking time & temperatures | N/O |
| **Good Hygienic Practices** | | 18. Proper reheating procedures for hot holding | N/O |
| 5. Proper eating, tasting, drinking, or tobacco use | In | 19. Proper cooling time & temperatures | N/O |
| 6. No discharge from eyes, nose, & mouth | In | 20. Proper hot holding temperatures | In |
| **Preventing Contamination by Hands** | | 21. Proper cold holding temperatures | In |
| 7. Hands clean & properly washed | In | 22. Proper date marking & disposition | In |
| 8. No bare hand contact with RTE food or a pre-approved alternate method properly followed | In | 23. Time as a public health control; procedures & records | N/A |
| 9. Adequate handwashing sinks properly supplied & accessible | In | **Consumer Advisory** | |
| **Approved Source** | | 24. Consumer advisory provided for raw / undercooked foods | N/A |
| 10. Food obtained from approved source | In | **Highly Susceptible Population** | |
| 11. Food received at proper temperature | N/O | 25. Pasteurized foods used; prohibited foods not offered | N/A |
| 12. Food in good condition, safe, & unadulterated | In | **Food/Color Additives & Toxic Substances** | |
| 13. Required records available: shellstock tags, parasite destruction | N/A | 26. Food additives: approved & properly used | N/A |
| | | 27. Toxic substances properly identified, stored & used | In |
| | | **Conformance with Approved Procedures** | |
| | | 28. Compliance with variance/specialized process/HACCP | N/A |

### GOOD RETAIL PRACTICES

Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

| Safe Food & Water | | Proper Use of Utensils | |
|---|---|---|---|
| 29. Pasteurized eggs used where required | In | 42. In-use utensils: properly stored | In |
| 30. Water & ice from approved source | In | 43. Utensils, equipment & linens: properly stored, dried & handled | In |
| 31. Variance obtained for specialized processing methods | In | 44. Single-use/single-service articles: properly stored & used | In |
| **Food Temperature Control** | | 45. Gloves used properly | In |
| 32. Proper cooling methods used; adequate equipment for temperature control | In | **Utensils, Equipment & Vending** | |
| 33. Plant food properly cooked for hot holding | In | 46. Food & non-food contact surfaces cleanable, properly designed, constructed, & used | In |
| 34. Approved thawing methods used | In | 47. Warewashing facilities: installed, maintained & used; sanitizer test method/strips/kit available | In |
| 35. Thermometers provided & accurate | In | 48. Non-food contact surfaces clean | In |
| **Food Identification** | | **Physical Facilities** | |
| 36. Food properly labeled; original container | In | 49. Hot & cold water available; adequate pressure | In |
| **Prevention of Food Contamination** | | 50. Plumbing installed; proper backflow devices | In |
| 37. Insects, rodents & animals not present | In | 51. Sewage & waste water properly disposed | In |
| 38. Contamination prevented during food preparation, storage & display | In | 52. Toilet facilities: properly constructed, supplied, & cleaned | In |
| 39. Personal cleanliness | In | 53. Garbage & refuse properly disposed; facilities maintained | In |
| 40. Wiping cloths: properly used & stored | In | 54. Physical facilities installed, maintained, & clean | In |
| 41. Washing fruit & vegetables | In | 55. Adequate ventilation & lighting; designated areas used | In |

### FOOD EMPLOYEE CERTIFICATION

| Certified Food Employee | | Certificate | |
|---|---|---|---|
| 56. Certified Food Employee employed; acts as PIC; accessible | In | 57. Certified food manager certificate; valid & properly displayed | In |

| Visit Date | Person in Charge | Person in Charge Signature | Sig. Date | Sanitarian | Sanitarian Signature | Sig. Date | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|
| 4/14/2016 | Kristin Baker | K Baker | 4/14/2016 | Michelle Cobb | Michelle Cobb | 4/14/2016 | 10:30 AM | 11:30 AM |


**pennsylvania**
DEPARTMENT OF AGRICULTURE

**Commonwealth of Pennsylvania**
**Department of Agriculture**
**Bureau of Food Safety and Laboratory Services**

2301 N CAMERON ST
HARRISBURG, PA 17110
717-787-4315

| **Retail Food Facility Inspection Report** |
|---|

**Facility:** BERK'S COUNTY RESIDENTIAL CENTER (ICE) **Facility ID:** 23312
**Owner:** COUNTY OF BERKS
**Address:** 1040 BERKS RD
**City/State:** LEESPORT PA
**Zip:** 19533 **County:** Berks **Region:** Region 7
**Phone:** (610) 396-0310

**Insp. ID:**
**Insp. Date:** 4/14/2016
**Insp. Reason:** Regular
**No. of Risk Factors:** 0
**No. of Repeat Risk Factors:** 0
**Overall Compliance:** IN

| **PUBLISHED COMMENTS** |
|---|

No violations were observed at the time of this inspection.

Report has been reviewed with the person in charge.

The compliance status of this facility and a copy of this inspection report will be posted on the PA Department of Agriculture website.

 **pennsylvania** DEPARTMENT OF AGRICULTURE

**Commonwealth of Pennsylvania**
**Department of Agriculture**
**Bureau of Food Safety and Laboratory Services**

2301 N CAMERON ST
HARRISBURG, PA 17110
717-787-4315

## Retail Food Facility Inspection Report

Facility: BERKS COUNTY RESIDENTIAL CENTER (ICE) Facility ID: 23312
Owner: COUNTY OF BERKS
Address: 1040 BERKS RD
City/State: LEESPORT PA
Zip: 19533 County: Berks Region: Region 7
Phone: (610) 396-0310

Insp. ID:
Insp. Date: 11/9/2015
Insp. Reason: Regular
No. of Risk Factors: 0
No. of Repeat Risk Factors: 0
Overall Compliance: IN

### FOODBORNE ILLNESS RISK FACTORS AND PUBLIC HEALTH INTERVENTIONS
Risk Factors are important practices and procedures identified as the most prevalent contributing factors of foodborne illness or injury.
Public Health Intervention are control measures to prevent foodborne illness or injury.

IN = In Compliance, OUT = Out of Compliance, N/O = Not Observed, N/A = Not Applicable, C = Corrected On Site, R = Repeat Violation

**Supervision**

| | | |
|---|---|---|
| 1. Person in charge present; demonstrates knowledge, & performs duties | In | |

**Employee Health**

| | | |
|---|---|---|
| 2. Management, food employee & conditional food employee knowledge, responsibilities & reporting | In |
| 3. Proper use of restriction & exclusion | In |
| 4. Procedure for responding to vomiting & diarrheal events | In |

**Good Hygienic Practices**

| | |
|---|---|
| 5. Proper eating, tasting, drinking, or tobacco use | In |
| 6. No discharge from eyes, nose, & mouth | In |

**Preventing Contamination by Hands**

| | |
|---|---|
| 7. Hands clean & properly washed | In |
| 8. No bare hand contact with RTE food or a preapproved alternate method properly followed | In |
| 9. Adequate handwashing sinks properly supplied & accessible | In |

**Approved Source**

| | |
|---|---|
| 10. Food obtained from approved source | In |
| 11. Food received at proper temperature | N/O |
| 12. Food in good condition, safe, & unadulterated | In |
| 13. Required records available: shellstock tags, parasite destruction | N/A |

**Protection From Contamination**

| | |
|---|---|
| 14. Food separated & protected | In |
| 15. Food-contact surfaces: cleaned & sanitized | In |
| 16. Proper disposition of returned, previously served, reconditioned, & unsafe food | In |

**Time/Temperature Control for Safety**

| | |
|---|---|
| 17. Proper cooking time & temperatures | N/O |
| 18. Proper reheating procedures for hot holding | N/O |
| 19. Proper cooling time & temperatures | N/O |
| 20. Proper hot holding temperatures | N/O |
| 21. Proper cold holding temperatures | In |
| 22. Proper date marking & disposition | In |
| 23. Time as a public health control: procedures & records | N/A |

**Consumer Advisory**

| | |
|---|---|
| 24. Consumer advisory provided for raw / undercooked foods | N/A |

**Highly Susceptible Population**

| | |
|---|---|
| 25. Pasteurized foods used; prohibited foods not offered | N/A |

**Food/Color Additives & Toxic Substances**

| | |
|---|---|
| 26. Food additives: approved & properly used | N/A |
| 27. Toxic substances properly identified, stored & used | In |

**Conformance with Approved Procedures**

| | |
|---|---|
| 28. Compliance with variance/specialized process/HACCP | N/A |

### GOOD RETAIL PRACTICES
Good Retail Practices are preventative measures to control the addition of pathogens, chemicals, and physical objects into foods.

**Safe Food & Water**

| | |
|---|---|
| 29. Pasteurized eggs used where required | In |
| 30. Water & ice from approved source | In |
| 31. Variance obtained for specialized processing methods | In |

**Food Temperature Control**

| | |
|---|---|
| 32. Proper cooling methods used; adequate equipment for temperature control | In |
| 33. Plant food properly cooked for hot holding | In |
| 34. Approved thawing methods used | In |
| 35. Thermometers provided & accurate | In |

**Food Identification**

| | |
|---|---|
| 36. Food properly labeled; original container | In |

**Prevention of Food Contamination**

| | |
|---|---|
| 37. Insects, rodents & animals not present | In |
| 38. Contamination prevented during food preparation, storage & display | In |
| 39. Personal cleanliness | In |
| 40. Wiping cloths: properly used & stored | In |
| 41. Washing fruit & vegetables | In |

**Proper Use of Utensils**

| | |
|---|---|
| 42. In-use utensils: properly stored | In |
| 43. Utensils, equipment & linens: properly stored, dried & handled | In |
| 44. Single-use/single-service articles: properly stored & used | In |
| 45. Gloves used properly | In |

**Utensils, Equipment & Vending**

| | |
|---|---|
| 46. Food & non-food contact surfaces cleanable, properly designed, constructed, & used | In |
| 47. Warewashing facilities: installed, maintained & used; sanitizer test method/strips/kit available | In |
| 48. Non-food contact surfaces clean | In |

**Physical Facilities**

| | |
|---|---|
| 49. Hot & cold water available; adequate pressure | In |
| 50. Plumbing installed; proper backflow devices | In |
| 51. Sewage & waste water properly disposed | In |
| 52. Toilet facilities: properly constructed, supplied, & cleaned | In |
| 53. Garbage & refuse properly disposed; facilities maintained | In |
| 54. Physical facilities installed, maintained, & clean | In |
| 55. Adequate ventilation & lighting; designated areas used | In |

### FOOD EMPLOYEE CERTIFICATION

**Certified Food Employee**

| | |
|---|---|
| 56. Certified Food Employee employed where PIC inaccessible | In |

**Certificate**

| | |
|---|---|
| 57. Certified food manager certificate valid & properly displayed | In |

| Visit Date | Person in Charge | Person in Charge Signature | Sig Date | Sanitarian | Sanitarian Signature | Sig Date | Time In | Time Out |
|---|---|---|---|---|---|---|---|---|
| 11/9/2015 | Kristin Baker | [signature] | 11/9/2015 | Michelle Cobb | [signature] Michelle Cobb | 11/9/2015 | 9:15 AM | 10:30 AM |

11/9/2015 10:24:59 AM



**pennsylvania**
DEPARTMENT OF AGRICULTURE

**Commonwealth of Pennsylvania**
**Department of Agriculture**
**Bureau of Food Safety and Laboratory Services**

2301 N CAMERON ST
HARRISBURG, PA 17110
717-787-4315

| **Retail Food Facility Inspection Report** |
|---|

Facility: BERKS COUNTY RESIDENTIAL CENTER (ICE) Facility ID 23312
Owner: COUNTY OF BERKS
Address: 1040 BERKS RD
City/State: LEESPORT PA
Zip: 19533 County: Berks Region: Region 7
Phone: (610) 396-0310

Insp. ID:
Insp. Date: 11/9/2015
Insp. Reason: Regular
No. of Risk Factors: 0
No. of Repeat Risk Factors: 0
Overall Compliance: IN

### TEMPERATURE OBSERVATIONS

| Item | Location | Temp | Item | Location | Temp | Item | Location | Temp |
|---|---|---|---|---|---|---|---|---|
| Milk/Dairy | Other | 39°F | Cheese | Refrigerator | 38°F | | | |

### PUBLISHED COMMENTS

No violations were observed at the time of this inspection.

Report has been reviewed with the person in charge.

The compliance status of this facility and a copy of this inspection report will be posted on the PA Department of Agriculture website.

Exhibit 20

WASH TEMPERATURE

LOAD SIZE

HOT
WARM
COLD

SMALL
MINI
MEDIUM
EXTRA LARGE
RESET

SOAK / PREWASH

HEAVY
NORMAL
LIGHT
REGULAR

SPIN

SOAK

RINSE

SPIN

SPIN

RINSE

NORMAL
LIGHT

HANDWASH / DELICATE

LIGHT
NORMAL

RINSE

SPIN

PERMANENT PRESS

CYCLE SELECTION
PULL KNOB TO START · PUSH KNOB TO STOP

**Speed Queen** Commercial Heavy Duty · Super Capacity Plus · 2 Speed · Stainless Steel

*This washing machine is to be used for dirty rags, mopheads, etc. No resident clothing allowed.*

*Esta lavadora se va a utilizar para trapos sucios, mopheads, etc. No ropa residente permitido.*

Exhibit 21

For Official Use Only

December 7, 2015

**Berks FRC Housing Classification (head of households and children)**

This housing classification maintains family unity upon intake. This classification applies to Berks Family Residential Center only.

Housing assignment classifications comprise four groups of families:

- Group 1 includes head of households whose children are 0-10 years of age,
- Group 2 includes head of households whose children are 11 to 13 years old,
- Group 3 includes head of households whose children are 14 to 17 years old,
- Group 4 includes head of households whose children are different genders and different ages.

**NOTE:**

❖ Adults age 18-to-26 CANNOT room with other families that include UNRELATED 15-to-17 year old children who are not the same gender as the unrelated adult.

❖ Adult genders may never be mixed when assigning housing.

- All Group 1 families are housed with other Group 1 families without regard to the child's gender.

- Group 2 families are housed with other Group 2 families according to the child's gender. UNRELATED male and female children age 11 to 13 CANNOT room in the same bedroom.

- Group 3 families are housed with other Group 3 families according to the child's gender. UNRELATED male and female children age 14 to 17 CANNOT room in the same bedroom.

- Group 2 and Group 3 families *may* room together if all family members are female.

- Group 4 families are housed with other Group 4 families but:

  o Males 11 and older CANNOT room with UNRELATED female(s).

  o Males 14 and older CANNOT room with UNRELATED younger male(s) (13 or younger).

  o Males 10 and younger may room with UNRELATED female(s).

Consult the on-site Berks ERO SDDO and the on-site JFRMU representative in any circumstances not outlined in Groups 1-4, or if other questions arise as to suitability of proposed assignments.

All counselors must be well trained in the above housing classification rules and confirm familial relationship and adherence to the above age/gender requirements during room checks. Facility staff must conduct regular and ongoing audits, at least weekly, of all housing assignments to ensure adherence to the above guidance.

# Exhibit 22



# Berks County Residential Center
## Standard Operating Procedures and Policies

| | | | |
|---|---|---|---|
| **Chapter:** | Housekeeping and Voluntary Work Program | **Policy #:** | 12.010 |
| **Subject:** | Voluntary Work Program | **Effective Date:** | 5/30/2008 |
| **Program:** | Family Residential Program | **Revised Date:** | 12/1/2013 |

**Approved:**   Signature on File
   **Diane Edwards,** *Executive Director*

---

## Policy

The Berks County Residential Center (BCRC) shall provide a Voluntary Work Program for adults, residents 18 years of age and older, with the opportunity to work and receive compensation during their stay.

## Program Objectives

- Adults who are physically and mentally able to work shall be provided the opportunity to participate in a voluntary work program.
- Essential operations and services improve through the productivity of residents while contributing to the orderly operation of the facility.

1. Work Assignments include, but are not limited to:
   a. Food Service
   b. General Building and Grounds Maintenance
   c. Housekeeping

2. Selection
   a. Procedures for selection shall be based on the following:
      i. Work assignment does not interfere with the resident's primary responsibility of child care;
      ii. Overall behavior, compliance and attitude;
      iii. Relevant information from case file;
      iv. Requirements of the job; and
      v. IHSC and Program Director's approval.
   b. Selection shall not discriminate based on non-merit factors such as social groups, race, religion, sex, physical/mental handicaps or national origin. Acceptance of assignments is voluntary.

3. Work Details and Schedule
   a. Schedules shall be posted, containing assignments and work details. Temporary assignments shall be scheduled as needed.
   b. Residents shall not work more than 8 hours per day or 40 hours per week.
   c. Number of participants and the number of work assignments will be determined by the number of residents participating and the amount of work available.
   d. Residents shall be required to sign a voluntary work program agreement before each new assignment.

4.  Removal From Work Program
    a.  Procedures for the removal of participants from the work program will be determined based on the following:
        i.    Non-Compliance of facility policy and programming.
        ii.   Disruptive behavior.
        iii.  Unsatisfactory performance.
        iv.   Inability to perform work details.
        v.    Unexcused absences from scheduled work.
        vi.   Prevention of potential injuries to the resident.

5.  Compensation
    a.  $1.00 per day shall be transferred to the residents account weekly.
    b.  Residents that are transferred or released will receive pay owed to them as per the facility's Personal Fund policy.

6.  Voluntary Work Program Orientation
    a.  All assigned work shall be performed within the applicable local, state and federal health and safety standards. The facility shall provide instruction and safety equipment that meets OSHA standards.
    b.  Instructional sessions shall be held with all new participants (and/or new work assignments) specific to the job assignment, safety, reporting injuries and overall program expectations. Hands on practical application shall also be provided.
    c.  Maintenance personnel shall provide project specific instructions, safety practices of equipment, and expectations of assigned work.
    d.  Residents shall be medically cleared prior to being selected for specific physical tasks and food service assignments.

7.  Work-related Injuries
    a.  All residents injured during voluntary work will immediately be directed to the appropriate medical staff.
    b.  Immediate notification will be made to ICE/ERO, JFRMU, and the Executive Director.

# Berks County Residential Center
## Voluntary Worker Position Description

### Food Service

**Reports to Staff:**

On-Duty Food Service Worker

**Job Summary:**

Perform labor and semi-skilled manual tasks in the food service department. Position involves assisting food service personnel under provided supervision. Workers may be assigned varied, routine food service maintenance tasks as needed.

**Essential Functions:**

1.  Washes dishes, pots, pans and utensils.
2.  Stocks supplies.
3.  Removes trash.
4.  Maintains cleanliness of food service areas.

*These preceding examples are representative of the assignments performed by the position and are not indented to be all-inclusive.*

**Selection:**

1.  Must be at least 18 years of age.
2.  Work assignment does not interfere with the resident's primary responsibility of child care.
3.  Overall behavior, compliance and attitude.
4.  Relevant information from case file.
5.  Requirements of the job.
6.  Management approval.

**Working environment:**

1.  Works in hot kitchen area.

*This position description serves as a guide for communicating the essential functions and other information about the position. It is not intended to create a binding workers contract nor cover every detail of the position and may be changed where appropriate.*

## Berks County Residential Center
## Voluntary Worker Position Description

## General Building and Grounds Maintenance

**Reports to Staff:**

On-Duty Resident Care Worker - Maintenance

**Job Summary:**

Perform labor and semi-skilled manual tasks in facility/operations.  Position involves routine repairs and maintenance of equipment, facilities, buildings and grounds under provided supervision. Position involves assisting maintenance personnel under provided supervision. Workers may be assigned varied, routine maintenance tasks as needed.

**Essential Functions:**

1.  Assists tradesmen in general maintenance and upkeep of the facilities, buildings and grounds.
2.  Makes simple carpentry, pluming and electrical repairs.
3.  Maintains floors with vacuums, carpet cleaners and power buffers.
4.  Paints various equipment and facilities.
5.  Cuts grass with power hand mower.
6.  Trims weeds and grass with power trimmer.
7.  Shovels snow and operates power snow blower.
8.  Removes trash.

*These preceding examples are representative of the assignments performed by the position and are not indented to be all-inclusive.*

**Selection:**

1.  Must be at least 18 years of age.
2.  Work assignment does not interfere with the resident's primary responsibility of child care.
3.  Overall behavior, compliance and attitude.
4.  Relevant information from case file.
5.  Requirements of the job.
6.  Management approval.

**Working environment:**

1.  Works outdoors in all types of weather.
2.  Ability to work in dirty dusty conditions.

*This position description serves as a guide for communicating the essential functions and other information about the position. It is not intended to create a binding workers contract nor cover every detail of the position and may be changed where appropriate.*

## Berks County Residential Center
## Voluntary Worker Position Description

## Housekeeping

**Reports to Staff:**

On-Duty Shelter Counselor

**Job Summary:**

Perform labor and semi-skilled manual tasks in housekeeping.  Position involves assisting unit staff cleaning and vacuuming the living units under provided supervision. Workers may be assigned varied, routine housekeeping tasks as needed.

**Essential Functions:**

1. Cleans restrooms and plunges toilets.
2. Maintains floors with vacuums, carpet cleaners and power buffers.
3. Stocks supplies.
4. Removes trash.
5. Maintains cleanliness of living areas.

*These preceding examples are representative of the assignments performed by the position and are not indented to be all-inclusive.*

**Selection:**

1. Must be at least 18 years of age.
2. Work assignment does not interfere with the resident's primary responsibility of child care.
3. Overall behavior, compliance and attitude.
4. Relevant information from case file.
5. Requirements of the job.
6. Management approval.

**Working environment:**

1. Ability to work in dirty dusty conditions.

*This position description serves as a guide for communicating the essential functions and other information about the position. It is not intended to create a binding workers contract nor cover every detail of the position and may be changed where appropriate.*

Exhibit 23



Please Do Not Take Food Out
of the Dining Room.

Food is to be Eaten in the
Dining Room

Por favor, no sacar la
comida del comedor.
La comida es para ser
comido en el comedor

Exhibit 24

Please Do Not Take Food Out
of the Dining Room.
Food is to be Eaten in the
Dining Room.

Por favor, no sacar la
comida del comedor.
La comida es para ser
comido en el comedor.

Exhibit 25

Please Do Not Take Food Out
of the Dining Room.

Food is to be Eaten in the
Dining Room

Por favor, no sacar la
comida del comedor.
La comida es para ser
comido en el comedor

# Exhibit 26

Please Do Not Take Food Out
of the Dining Room.
Food is to be Eaten in the
Dining Room

Por favor, no sacar la
comida del comedor.
La comida es para ser
comido en el comedor

Eat Sma

Use MyPlate to help you

Choose MyP

Exhibit 27

# Berks County Residential Center
## Standard Operating Procedures and Policies

| | | | |
|---|---|---|---|
| **Chapter:** | Education Standard | **Policy #:** | 05.010 |
| **Subject:** | Educational Services | **Effective Date:** | 5/30/2008 |
| **Program:** | Family Residential Program | **Revised Date:** | 12/1/2013 |

**Approved:** <u>Signature on File</u>
**Diane Edwards,** *Executive Director*

## Policy

It is the policy of the Berks County Residential Center (BCRC) to ensure all children receive educational services and programming in accordance with Pennsylvania Educational Standards to the resident's level of development and comprehension while in a structured classroom environment. The BCIU is a contracted agency responsible for compliance with the appropriate standards and policies.

## Procedures

- Educational services for minor residents shall be appropriate to the minor's level of development and communication skills.
- Educational programs shall be provided in a structured classroom setting, Monday through Friday, excluding holidays.
- Telephonic translation services shall be available for assessments and in each classroom.
- Educational services shall focus primarily on the development of basic academic competencies and secondarily on English as a Second Language (ESL).
- The educational program shall include a minimum of one (1) hour of daily instruction, with educational and other reading materials in such languages as needed.
- Basic academic areas shall include: Science, Social Studies, Math, Reading, Writing and Physical Education.
- Children not eligible for formal education shall be provided with age-appropriate child development toys and reading materials.

## 1. Individual Needs Assessment/Placement

a. All assessments shall be conducted in a manner that does not violate the child's privacy. This is done in a one on one setting that is private and separate from all other residents.
b. A standardized educational assessment, using age appropriate testing tools, will be used to determine each resident's educational level within three (3) days of his/her arrival at the facility. Primary placement in educational programs shall be determined by age range, according to the following, in conjunction with the resident's education plan and educational assessment information.
c. An education plan is developed for each resident based on the individual educational level.
d. Developmental and comprehension levels are assessed and monitored. Residents in need of accommodations to access their education are referred into a formal evaluation process. An

Individual Education Plan (IEP) will be created for residents following special education testing. The IEP is reviewed every thirty (30) days.

e. Academic progress is monitored to determine the necessity to re-test at least every ninety (90) days. Specialized instruction is provided through individualized educational programming based on individual needs.

f. Copies of all assessments are made available to parents for their review upon request. Copies of all assessments will be placed in the student's individual education file, and will be available for review by ICE/ERO staff upon request.

## 2. Education Services

a. Educational programs are at least equal in quality to equivalent programs in the community to ensure that student credits, certificates, and diplomas are accepted by community agencies. Educational instruction will be provided Monday through Friday, 8:30 am to 3:15 pm excluding Holidays and teacher in-service days.

b. The education program is supported by specialized equipment that meets minimum state education standards.

c. Lesson plans and curricula developed by teaching staff, are based on state approved model programs, and are available for review in each classroom. All teaching staff submits weekly lesson plans to the Education Program Administrator for his or her review and approval.

d. Resident files contain the following: initial assessment (formal evaluation as needed); progress reports; request for parent/staff conference; follow-up notes and reviews; and Individual Education Plans.

e. Acculturation services and learning are incorporated into lesson plans, activities and seminars on a daily basis.

f. Translation services are available for each classroom.

g. Educational field trips are coordinated with the Recreation Supervisor. A minimum of four field trips per school year will be scheduled, both on and off site. Field trips are educational, encompassing social and cultural perspectives, providing a personal experience related to acculturation.

## 3. Evaluation and Reporting

a. Resident attendance is recorded twice daily for morning and afternoon sessions, and records of attendance are maintained and available for review upon request.

b. Resident progress reports are distributed to all residents on a regular and consistent schedule, and facility policy encourages the scheduling of parent-teacher conferencing to discuss student achievement.

c. Any resident that completes the learning requirements for the maximum learning level will be provided the opportunity for learning advancement such as independent study, special projects, pre-GED classes, and college preparatory tutorial, among others.

d. In accordance with applicable state law, and upon the recommendation of teaching staff, a resident may request to be administered the General Equivalency Degree (GED) test. Those residents approved for testing must first be administered the GED pre-test to assess suitability and possible remedial tutoring. Copies of all requests for GED testing and test results will be filed in the resident's education file.

e.  A memorandum confirming a resident's dates of enrollment will be provided to all residents at the time of their departure.  An educational assessment and/or transcripts will be provided upon request to institutions of learning on behalf of the resident.

**4. Staffing Requirements and Training**

a.  Teaching staff are qualified and certified to teach in accordance with State regulations.

b.  The student/teacher ratio does not exceed 20:1, or is in compliance with State policy and requirements.

c.  Teaching staff shall be ESL certified, or enrolled in an ESL certification program.

d.  The Education Department is administered and supervised by a person qualified and trained as an Administrator, in accordance with State requirements.

e.  There is on file and available for review a Staff Development Plan that includes, at a minimum, the following topics:  ESL strategies and materials; Instructional best practices; No Child Left Behind (NCLB) rules and regulations; and Lesson Plan development.  The Staff Development Plan shall be in accordance with prescribed state requirements.

f.  Staff are provided with pre-service and ongoing training on mental health issues, including but not limited to: how to respond to emergencies such as suicide attempts or threats; how to observe, prevent, document and respond to signs and symptoms of depression, Post Traumatic Stress Disorder (PTSD), physical and sexual abuse; and behavior management approaches.  Refresher training occurs no less than twice yearly.

g.  Staff are provided with pre-service and ongoing training on cultural awareness and sensitivity, child development theory, and acculturation training.  Refresher training occurs no less than twice yearly.

h.  Staff are provided with pre-service and ongoing training in First Aid, CPR, and AED.  Ongoing and additional training is in accordance with applicable State requirements.

i.  Staff are provided with pre-service and continuing training in ICE policies and procedures, prohibition against providing legal advice or counsel to facility residents, and the privacy rights of residents

j.  All training sessions are documented in staff personnel files and are available for review upon request.

**5. Equipment and Supplies**

a.  Each resident is issued text that is appropriate for classroom use, and teaching staff are provided with the Instructor's Edition.  Should a state curriculum require additional materials to complete the goals and objectives of that particular course of study, the BCIU will ensure that these materials are provided to each resident and teacher as needed.  If the materials are perishable, they will be replaced on a rotating basis commensurate with the curriculum timeline and rotation of residents.

b.  All classrooms are equipped with a desktop computer with Internet access, and attendance and grading software.

c.  Classrooms have manipulatives readily available and developmentally appropriate to each classroom and as required by lesson plans and curricula.  Each resident will have the tools necessary to complete a particular task on their own, except when the curriculum calls for a group or partnered activity.

    d.  Classrooms have writing instruments to include colored pencils and crayons, writing paper, drawing paper, construction paper, and graph paper as needed and required by curricula tasks and objectives.

**6. Library Services**

    a.  Library services shall be provided and available to all residents.  The library shall provide residents with appropriate reading materials in languages other than English for use during leisure time.

    b.  The library shall be available for use by residents from 8 am to 8 pm daily unless otherwise specified by management.

    c.  Books may be checked out for a period of seven (7) days.

**7. Student Files**

    a.  Resident  (student) files contain the following documents, as applicable: Initial and subsequent Assessments; progress reports; requests for parent-teacher conference and follow-up notes; Special Needs Assessments; Individual Education Plans; follow-up reviews. Student files include the following documentation for each student: Initial and subsequent Individual Educational Assessment; Special Needs Assessment; Report Cards.

    b.  Student files are securely maintained in the Education Department to ensure the privacy of the juvenile. Files are available for review at all times by ICE/ERO staff. Should a parent schedule a conference to discuss his or her child's academic progress, the file will made available during the conference for review. Student files contain the following documents, as applicable: Initial and subsequent assessments; progress reports; requests for parent-teacher conference and follow-up notes; special needs evaluations; Individual Education Plans; follow-up reviews; and requests for testing, accompanied by test results.

    c.  Education files only contain information pertaining to a child's education, any other information is prohibited. Residential files are confidential. Information shall be disclosed to staff following state and federal guidelines.

**8. Special Education**

    a.  Special education programs are available to meet the needs of special education students as defined in public law.  Placement in or out of special education programs shall be in compliance with applicable law.  If special needs are identified, copies of the assessment will be provided to all members of the multidisciplinary special needs team for intensive oversight.

    b.  All special needs in education are met on-site through a formal evaluation process and administered by Berks County Intermediate professional staff.