BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544 <br><br> **REQUEST FOR CROSS-EXAMINATION OF DECLARANTS UNDER L.R. 7-8.** <br><br> Hearing Date:  June 24, 2016 <br> Time: 11:00am <br> Dept: Courtroom 7, Los Angeles - Spring Street Courthouse |

On May 19, 2016, Plaintiffs filed an enforcement motion against Defendants alleging that Defendants are not complying with the *Flores* Settlement Agreement ("Agreement") or with the Court's August 21, 2016 order implementing remedies against Defendants related to the Court's interpretation of the Agreement. Plaintiffs supported their motion with between fifty and one-hundred declarations of individuals who have been or are in the custody of U.S. Customs and Border Protection ("CBP") and/or U.S. Immigration and Customs Enforcement ("ICE"), purporting to describe their experiences in Defendants' custody.

Defendants opposed Plaintiffs' motion on June 3, 2016, and submitted significant evidence rebutting Plaintiffs' allegations against both CBP and ICE. Additionally, Defendants objected to Plaintiffs' submission of unreliable hearsay testimony, and asked that, to the extent resolution of the factual issues raised in Plaintiffs' declarations is necessary to decide Plaintiffs' motion, the Court provide the parties with the opportunity for discovery related to these factual issues, and order an evidentiary hearing. Defendants maintain that discovery and an evidentiary hearing is the best avenue to resolve any factual disputes that are raised by the parties' pleadings.

However, should the Court be inclined not to permit this further evidentiary development and an evidentiary hearing, then in the alternative Defendants request that, pursuant to Local Rule 7-8, they be allowed to cross-examine some number of Plaintiffs' declarants at the June 24, 2016 hearing on Plaintiffs' motion. Specifically,

Defendants request the opportunity to cross-examine declarants who are class members and their mothers regarding their allegations concerning their experiences in CBP and/or ICE custody. Given the large number of declarants, at a minimum Defendants ask the Court to permit the cross-examination of those witnesses whose testimony is identified in Defendants' opposition as lacking reliability because it is rebutted in some part by the evidence presented by Defendants. Alternately, Defendants are willing to work with Plaintiffs to identify those declarants who are available for live testimony and cross-examination at the June 24, 2016 hearing.

DATED: June 9, 2016    Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 9, 2016, I served the foregoing on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

        /s/ *Sarah B. Fabian*
        SARAH B. FABIAN
        U.S. Department of Justice
        District Court Section
        Office of Immigration Litigation

        Attorney for Defendants