CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> LORETTA E. LYNCH, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> UNOPPOSED APPLICATION FOR CONTINUANCE OF MOTION HEARING DATE AND EXTENSION OF RELATED DATES <br><br> DATE: JUNE 24, 2016. <br> TIME: 11:00 A.M. <br> DEPT: COURTROOM 7 <br> [HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       kyrak@lawfoundation.org
       jamesz@lawfoundation.org
       annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

IT IS HEREBY REQUESTED that the motion hearing on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor should be continued from June 24, 2016 to July 15, 2016, with the related motion reply date extended in accordance with Local Rule 7-11.  This means that Plaintiffs' reply would be due on or before July 1, 2016.

Plaintiffs request this continuance and extension of time for the reasons set forth in the accompanying declaration.  Defendants join in the request for extension, but their joining herein should not be read as agreement with all of the characterizations set forth in the declaration.

This is the first continuance of the motion hearing and extension of time for the related dates that Plaintiffs have requested in this case.

Dated: June 10, 2016                    Respectfully submitted,

PETER A. SCHEY                          T. WAYNE HARMAN
CARLOS R. HOLGUIN                       ELENA GARCIA
CENTER FOR HUMAN RIGHTS AND             ORRICK, HERRINGTON &
CONSTITUTIONAL LAW                      SUTCLIFFE LLP

AMANDA ALVARADO FORD                    JENNIFER KELLEHER CLOYD
MICHAEL S. SORGEN                       KATHERINE H. MANNING
LA RAZA CENTRO LEGAL, INC.              KYRA KAZANTZIS
                                        ANNETTE KIRKHAM
                                        THE LAW FOUNDATION OF SILICON VALLEY
                                        LEGAL ADVOCATES FOR CHILDREN AND YOUTH
                                        PUBLIC INTEREST LAW FIRM

ALICE BUSSIERE
VIRGINIA CORRIGAN
YOUTH LAW CENTER                        /S/ PETER SCHEY
OF COUNSEL FOR PLAINTIFFS               ATTORNEYS FOR PLAINTIFFS

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 10, 2016, I electronically filed the following document(s):

UNOPPOSED APPLICATION FOR CONTINUANCE OF HEARING DATE AND EXTENSION OF RELATED DATES with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*