CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
wharman@orrick.com
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> LORETTA E. LYNCH, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> DECLARATION OF PETER SCHEY IN SUPPORT OF UNOPPOSED APPLICATION FOR CONTINUANCE OF HEARING DATE AND EXTENSION OF RELATED DATES <br><br> [HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
   kate.manning@lawfoundation.org
   kyrak@lawfoundation.org
   annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

**Declaration of Peter Schey**

I, Peter Anthony Schey, depose and say:

1. This declaration is made in support of the foregoing Unopposed Application to Continue Motion Hearing Date and Related Dates.

2. The plaintiffs request the Court to continue the motion hearing on Plaintiffs' May 19, 2016 Motion to Enforce Settlement and Appoint a Special Monitor from June 24, 2016 to July 15, 2016, with the related Plaintiffs' reply date continued in accordance with Local Rule 7-11. Plaintiffs require an extension of the dates for the following reasons.

3. On January 22, 2016, Plaintiffs' counsel sent a letter to Defendants' counsel asking to interview minors at seven facilities. Plaintiffs' counsel conducted those visits between February 1 and February 19, 2016.

4. On February 20, 2016, Plaintiffs sent a meet and confer letter to Defendants, alleging violations of the Flores Settlement Agreement ("Agreement").

5. The parties spoke by phone on March 4, 17, and 25, 2016, and on March 23, 2016, Defendants sent to Plaintiffs' counsel a number of documents related to Plaintiffs' allegations that they were breaching the Agreement.

6. On May 19, 2016, Plaintiffs filed their Motion in this case seeking a second order from this Court enforcing the Agreement. On June 3, 2016, Defendants filed there opposition to Plaintiffs' motion including approximately

29 exhibits that require further review and investigation by Class Counsel.

7.  Because of the longstanding nature of this Agreement, the importance of the issues involved and the need for consultations with class member children and their mothers detained in remote facilities and their local counsel, Plaintiffs require additional time to prepare and finalize their reply to Defendants' brief and exhibits in opposition to Plaintiffs' motion to enforce and for appointment of a special monitor.

8.  Defendants' counsel has agreed to continue the hearing date on Plaintiffs' motion to July 15, 2016, which will allow Plaintiffs additional time to prepare their reply brief in accordance with Local Rule 7-11.

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 10, 2016 at Los Angeles, California.

/s/*Peter Schey*
*Attorney for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 10, 2016, I electronically filed the following document(s): DECLARATION OF PETER SCHEY IN SUPPORT OF UNOPPOSED APPLICATION FOR CONTINUANCE OF HEARING DATE AND EXTENSION OF RELATED DATES with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*