UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | June 14, 2016 |
| Title | *Jenny L. Flores, et al. v. Loretta E. Lynch, et al.* | Page | 1 of 1 |

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER TO SHOW CAUSE WHY THE COURT SHOULD NOT CONTINUE HEARING DATE FOR PLAINTIFFS' MOTION UNTIL AUGUST 1, 2016 [220]**

On May 19, 2016, Plaintiffs' filed a Motion to Enforce Settlement and Appoint a Special Monitor. [Doc. ## 201, 202.] Defendants filed their opposition on June 3, 2016. [Doc. # 208.] On June 6, 2016, Defendants filed a request for discovery and an opportunity to cross-examine Plaintiffs' declarants at an evidentiary hearing. [Doc. # 219.] To date, Plaintiffs' have not opposed Defendants' request. On June 10, 2016, Plaintiffs filed an unopposed application to continue the Motion's hearing date from June 24, 2016 to July 15, 2016. [Doc. # 220.]

In light of the foregoing, the parties are **ORDERED TO SHOW CAUSE** by no later than June 21, 2016 why the Court should not continue the hearing on Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor from June 24, 2016 to August 1, 2016 at 10:00 a.m. in order that the parties may conduct discovery regarding the allegations raised in the Motion. The parties shall meet and confer and submit a joint response to this OSC containing their respective positions.

**IT IS SO ORDERED**.