UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date June 17, 2016 |
| Title *Jenny L Flores v. Loretta E. Lynch, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Katherine H. Manning | Leon Fresco, USDOJ |
| Virginia Corrigan | |
| Michael S. Sorgen | |

**Proceedings:  Telephonic Status Conference**

     The cause is called and counsel state their appearance.  The Court and counsel confer.  The Court refers the parties to Hon. George H. King, Chief United States District Judge, for a mediation tentatively scheduled for June 23-24, 2016.  The Government shall e-mail the clerk, by June 20, 2016, to advise if its decision-maker(s) can personally appear for the mediation.

Hon. George H. King

: 26

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>KT</u> |