E-FILED

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544 DMG (AGRx) | Date | JUNE 20, 2016 |
| Title | JENNY L. FLORES   v.   LORETTA E. LYNCH, et al | | |

**Presiding: The Honorable**   GEORGE H. KING, CHIEF U. S. DISTRICT JUDGE

| Beatrice Herrera | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:   NONE

Attorneys Present for Defendants:   NONE

**Proceedings:**   **ORDER SETTING SETTLEMENT CONFERENCE**

   **COUNSEL ARE HEREBY NOTIFIED** that the above matter is set on the Court's calendar for a settlement conference on **JUNE 23, 2016 AT 9:30 A.M.,** in Courtroom 650 of The Roybal Federal Building, 255 E. Temple St., Los Angeles, CA 90012.

   Counsel responsible for the conduct and trial of the above matter **SHALL APPEAR**, along with plaintiff, defendant **and/or** an authorized representative who has **FULL** authority to settle.  Counsel shall submit their confidential settlement statements in accordance with the Local Rules **IN CAMERA** directly to chambers by no later than **noon, June 22, 2016**.

   **IT IS SO ORDERED.**

**CC: Judge Dolly M. Gee**

|   --   :   --   |
|---|
| Initials of Preparer       Bea |