UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | June 23, 2016 |

| | |
|---|---|
| Title | *Jenny L. Flores, et al. v. Loretta E. Lynch, et al.* |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER CONTINUING HEARING ON PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT AND APPOINT A SPECIAL MONITOR [219, 220]**

On May 19, 2016, Plaintiffs filed a Motion to Enforce Settlement and Appoint a Special Monitor ("Motion"). [Doc. ## 201,202.] Defendants filed their opposition on June 3, 2016. [Doc. # 208.] On June 6, 2016, Defendants filed a request for discovery and an opportunity to cross-examine Plaintiffs' declarants at an evidentiary hearing. [Doc. # 219.] On June 10, 2016, Plaintiffs filed an unopposed application to continue the Motion hearing date from June 24, 2016 to July 15, 2016. [Doc. # 220.] In response to these filings, on June 14, 2016, this Court issued an Order to Show Cause ("OSC") why the hearing on Plaintiffs' Motion should not be continued to August 1, 2016 to allow the parties to pursue discovery regarding the allegations raised in the Motion. [Doc. # 222.] On June 21, 2016, the parties filed a Joint Statement in Response to the Court's OSC [Doc. # 225] in which, characteristically, they were able to agree on very little.

Given the context in which the Court issued its OSC, it should have been clear to the parties that the Court proposed the new hearing date in response to (1) Defendants' request for time to depose certain declarants in support of Plaintiffs' Motion and/or to cross-examine them at an evidentiary hearing, and (2) Plaintiffs' request for additional time to consult with "class member children and their mothers detained in remote facilities" [Doc. # 220-1]. Nothing more is pending before this Court regarding discovery. Insofar as Plaintiffs had filed more than 100 declarations of individuals in CBP or ICE custody in support of their Motion, the Court allocated time for discovery relating to declarants with the hope that it would streamline any evidentiary hearing or obviate the need for one altogether.

With that clarification, the Court **GRANTS** Defendants' request for discovery relating to the declarants in support of Plaintiffs' Motion, provided that Plaintiffs will have a reciprocal right to discovery as to Defendants' declarants in opposition to the Motion. The Court also **GRANTS** Plaintiffs' request for a continuance to enable them to further consult with class

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | June 23, 2016 |

Title   *Jenny L Flores v. Loretta E. Lynch, et al.*

members and their mothers.  The parties may also conduct such discovery as to which they mutually agree.

The June 24, 2016 hearing on the Motion is hereby continued to **August 1, 2016 at 10:00 a.m.**  By no later than July 25, the parties shall notify the Court whether the hearing is to be an evidentiary hearing or that they have agreed to submit supplemental briefing by that date which would obviate the need for an evidentiary hearing.

IT IS SO ORDERED.