UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 85-4544 DMG (AGRx) | Date | June 23, 2016 |
|---|---|---|---|
| Title | Jenny L. Flores -vs- Loretta E. Lynch, et al. | | |

| Present: The Honorable | **GEORGE H. KING, CHIEF UNITED STATES DISTRICT JUDGE** |
|---|---|

| A. Bridges | Not reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Katherine H. Manning | Vinita Andrapalliyal, USDOJ |
| Virginia Corrigan | |
| Elena Garcia | |
| Krystal Anderson | |

**Proceedings:**     **SETTLEMENT CONFERENCE**

The above matter is before the Court for a settlement conference. Counsel and their respective clients are present. Court conducts the settlement conference in chambers. Case does not settle. Parties **ORDERED** to return for further settlement on Friday, June 24, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

|  | 7 | : | 33 |
|---|---|---|---|
| Initials of Preparer | | AB for BH | |