UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date July 22, 2016 |

Title *Jenny L Flores v. Loretta E. Lynch, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey – by telephone | Sarah B. Fabian, USDOJ |
| Katherine H. Manning – by telephone | |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. The Court and counsel confer regarding the Ninth Circuit's decision and the scope of discovery as to the pending motion to enforce. With regard to its previous remedial order, the Court denied that it had any intention of creating affirmative rights for adults under the consent decree – it merely intended to state that Defendants should adhere to existing law and regulations in the Ninth Circuit on the subject of mandatory detention and bond hearings for detainees.

The Parties shall have until August 19, 2016 to complete their settlement negotiations before Hon. George H. King, United States District Judge. A joint status report re settlement is due by **August 26, 2016**. Consistent with the views expressed by the Court regarding the scope of discovery, the parties shall meet and confer on discovery issues and submit a joint status report by **July 29, 2016**.

The Court *sua sponte* continues the Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor [Doc. ## 201, 202] from August 1, 2016 to **October 6, 2016 at 10:00 a.m.** Plaintiff' supplemental brief is due by **September 19, 2016**, and the Government's opposition is due by **September 26, 2016**.

: 56

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |