*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

# CIVIL MINUTES - GENERAL

| Case No. | CV 85-4544 DMG (AGRx) | Date | July 29, 2016 |
|---|---|---|---|
| Title | Jenny L. Flores v. Loretta E. Lynch, et al. | | |

| **Presiding: The Honorable** | GEORGE H. KING, U. S. DISTRICT JUDGE |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| NONE | NONE |

**Proceedings:**   **(IN CHAMBERS) ORDER SETTING FURTHER SETTLEMENT CONFERENCE**

Counsel are hereby notice that the above matter is set on the Court's calendar for a further settlement conference on **August 9, 2016, at 9:30 a.m.**, in Courtroom 650 of The Roybal Federal Building, 255 E. Temple Street, Los Angeles, CA 90012.

Counsel shall submit In Camera a status report setting forth the topics to be addressed at the conference by no later than noon, **August 5, 2016.**

**IT IS SO ORDERED.**

|  | -- : -- |
|---|---|
| Initials of Preparer | ps |

cc: Judge Dolly M. Gee