*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 85-4544 DMG (AGRx) | Date | August 9, 2016 |
|---|---|---|---|
| Title | Jenny L. Flores v. Loretta E. Lynch, et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** |
|---|---|

| Paul Songco | Not Reported | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Schey | Sarah Fabian, USDOJ |

**Proceedings:** **FURTHER SETTLEMENT CONFERENCE**

The settlement conference is held. Progress is made on various issues. The parties are ordered to return for further settlement on Tuesday, August, 23, 2016 at 9:30 a.m.

**IT IS SO ORDERED.**

|  |  5 | : | 20 |
|---|---|---|---|
| Initials of Preparer | | | ps |

cc: Judge Dolly M. Gee