CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

Holly S. Cooper
Director, Immigration Law Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

*Of counsel:*
YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*Attorneys for plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>             Plaintiffs,<br><br>      v.<br><br>Jeh Johnson, Secretary, Dept. of Homeland Security, *et al.*,<br><br>             Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT<br><br>Hearing:  September 9, 2016<br>Time:      9:30 a.m.<br>Room:     Spring St. courtroom 7 |

To defendants and their attorneys of record:

Please take notice that on September 9, 2016, at at 9:30 a.m. or as soon thereafter as counsel may be heard, plaintiffs will and do hereby move the Court for an order requiring defendants to comply with ¶ 24A of the settlement approved by this Court on January 28, 1997 ("Settlement").

This motion is based upon the memorandum of law and exhibits filed concurrently herewith, and all other matters of record; it is brought following a meeting of counsel pursuant to Local Rule 7-3 and ¶ 37 of the Settlement on January 7, 2016.

Dated: August 12, 2016.

Center For Human Rights & Constitutional Law
Carlos Holguín
Peter A. Schey

Holly Cooper
University of California Davis School of Law

Youth Law Center
Alice Bussiere
Virginia Corrigan


/s/ Carlos Holguín