BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>LORETTA LYNCH, Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**Defendants' (Unopposed) Ex Parte Application to Extend Motion Hearing Date to September 16, 2016;**<br><br>**Memorandum of Points and Authorities;**<br><br>**Declaration;**<br><br>**[PROPOSED] Order**.<br><br>[Hon. Dolly M. Gee] |

## Defendants' (Unopposed) Ex Parte Application for Extension

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court extending the motion hearing date on Plaintiffs' August 12, 2016 Motion to Enforce Settlement from September 9, 2016 to September 16, 2016, with the related motion response dates also extended in accordance with Local Rule 7-11. This means that Defendants' response in opposition to Plaintiffs' motion would be due on August 26, 2016, and Plaintiffs' reply would be due on September 2, 2016.

Defendants request this continuance and extension of time for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email, and counsel for Plaintiffs has stated that Plaintiffs will not oppose the relief requested in this Application.

This is the first continuance of the motion hearing and extension of time for the related dates that either side has requested on this Motion.

DATED: August 16, 2016  Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## Memorandum of Points and Authorities

Defendants hereby respectfully request that the Court extend the date for the motion hearing on Plaintiffs' August 12, 2016 Motion to Enforce Settlement ("Motion") from September 9, 2016 to September 16, 2016, with the related motion response dates also extended in accordance with Local Rule 7-11. Defendants request this extension in order to obtain an additional week to prepare a response to Plaintiffs' Motion.

1. This extension is necessary because the primary agency counsel for U.S. Department of Health and Human Services ("HHS") who will be assisting with the defense of this case is out on leave during the week of August 15-19. Therefore, Defendants are requesting an additional week to respond so that she may assist in preparing Defendants' response. Moreover, the parties met and conferred on this Motion on January 7, 2016, meaning that the current hearing date of September 9, 2016, and corresponding response date, would provide Defendants with just one week to respond to this Motion which Plaintiffs have been preparing for more than seven months. Finally, this extension is further warranted because of the longstanding nature of the *Flores* Settlement Agreement, the importance of the issues involved, and the need for the involvement of the multiple agencies and their counsel (including DHS, DOJ, and HHS) in the drafting and review process for Defendants' response.

DATED: August 16, 2016

Respectfully submitted,

BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division

LEON FRESCO
Deputy Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

4

# CERTIFICATE OF SERVICE

I hereby certify that on August 16, 2016, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants

-1-