**DECLARATION OF SARAH B. FABIAN**

I, SARAH B. FABIAN, declare:

1. I am a Senior Litigation Counsel with the U.S. Department of Justice, and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Defendants request the Court to continue the motion hearing on Plaintiffs' August 12, 2016 Motion to Enforce Settlement from September 9, 2016 to September 16, 2016, with the related response dates continued in accordance with Local Rule 7-11. Defendants require an extension of the dates for the following reasons.

3. Plaintiffs filed their Motion on August 12, 2016, setting a hearing date of September 9, 2016, which would give Defendants until August 19, 2016 to file their response. On August 12, 2016, counsel for the U.S. Department of Health and Human Services ("HHS"), who will be the primary agency contact assisting with the defense of this Motion, informed me that she was scheduled to be out on leave during the week of August 15-19, 2016. The requested extension will allow her to assist with the preparation of Defendants' response after she returns from this previously-scheduled leave.

4. Moreover, the parties met and conferred on this Motion on January 7, 2016. The current hearing date of September 9, 2016, and corresponding response date, would provide Defendants with

1

1 just one week to respond to this Motion which Plaintiffs have
2 been preparing for more than seven months.
3 5.   Because of the longstanding nature of this Agreement, the
4 importance of the issues involved, and the need for the
5 involvement of the multiple agencies and their counsel
6 (including DHS, DOJ, and HHS) in the drafting and review process
7 for Defendants' response, Defendants require an additional week
8 to prepare and finalize their response to these allegations.
9 6.   Plaintiffs' counsel has stated that they will not oppose
10 Defendants' request to move the hearing date to September 16,
11 2016, which will allow Defendants an additional week to prepare
12 their response in accordance with Local Rule 7-11.
13      I declare under penalty of perjury that the foregoing is
14 true and correct.
15
16
17      Executed on August 16, 2016 at Washington, District of
18 Columbia.
19
                                        /s/ Sarah B. Fabian
20                                     SARAH B. FABIAN

2