1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER EXTENDING HEARING DATE TO SEPTEMBER 16, 2016 [240]** |

THIS CAUSE comes before the Court upon Defendants' unopposed *Ex Parte* Application to Extend Motion Hearing Date to September 16, 2016.

UPON CONSIDERATION of the *Ex Parte* Application, and for good cause shown, the Court hereby ORDERS that the hearing date on Plaintiffs' August 12, 2016 Motion to Enforce Settlement and Appoint a Special Monitor [Doc. # 239] is hereby extended from September 9, 2016 to **September 16, 2016 at 10:00 a.m.**, with the related motion response dates also extended in accordance with Local Rule 7-11.

**IT IS SO ORDERED.**

DATED: August 17, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-