BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
|     Plaintiffs, | |
|     v. | **STIPULATION FOR EXTENSION OF SETTLEMENT PERIOD AND JOINT STATUS REPORT DEADLINE;** |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* | |
|     Defendants. | **[Proposed] Order** |

On July 22, 2016, the Court ordered that the parties would have until August 19, 2016, to complete their settlement negotiations before Hon. George H. King, United States District Judge (ECF No. 234). The Court also ordered that the parties should file a joint status report re settlement by August 26, 2016. The parties now request an additional week, until August 26, 2016, to continue their settlement discussions, and then an additional seven days after that to submit a status report to the Court, by September 2, 2016.

Good cause exists for the Court to grant the parties' request.  The parties have met and conferred multiple times, both in person and telephonically, have exchanged draft settlement proposals, and continue to meet and confer regularly regarding a potential settlement. They have also met with Judge King multiple times. The parties have set another meeting before Judge King on August 23, 2016. The parties believe they are close to determining whether a final settlement can be reached to resolve this case, and therefore request that the Court extend the deadline for the settlement discussions until August 26, 2015, and allow the parties an additional seven days thereafter to file a joint status report with the Court. Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

-1-

DATED: August 19, 2016          */s/ Peter A. Schey* (with permission)
                                PETER A. SCHEY
                                Center for Human Rights and Constitutional
                                                                      Law

                                *Attorney for Plaintiffs*


DATED:  August 19, 2016.        BENJAMIN C. MIZER
                                Principal Deputy Assistant Attorney General
                                Civil Division

                                LEON FRESCO
                                Deputy Assistant Attorney General
                                Civil Division

                                WILLIAM PEACHEY
                                Director, District Court Section
                                Office of Immigration Litigation

                                WILLIAM SILVIS
                                Assistant Director, District Court Section
                                Office of Immigration Litigation

                                */s/ Sarah B. Fabian*
                                SARAH B. FABIAN
                                Trial Attorney
                                Office of Immigration Litigation
                                District Court Section
                                P.O. Box 868, Ben Franklin Station
                                Washington, D.C. 20044
                                Tel: (202) 532-4824
                                Fax: (202) 305-7000
                                Email: sarah.b.fabian@usdoj.gov

                                *Attorneys for Defendants*

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2016, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.


/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants