1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>        Plaintiffs,<br><br>              v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>        Defendants. | Case No. CV 85-4544-DMG<br><br>**ORDER EXTENDING SETTLEMENT PERIOD [242]** |

1   THIS CAUSE comes before the Court upon the Parties' Stipulation for

2   Extension of Settlement Period and Joint Status Report Deadline.

3   UPON CONSIDERATION of the Stipulation, and good cause having been

4   shown, the Court hereby ORDERS that the Parties have until August 26, 2016 to

5   continue their settlement discussions, and until September 2, 2016 to submit a joint

6   status report to the Court.

7   **IT IS SO ORDERED.**

8   DATED:  August 19, 2016

9   _____
    DOLLY M. GEE

10  UNITED STATES DISTRICT JUDGE

11

12

13  cc:  Hon. George H. King

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

-1-