*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 85-4544-DMG(AGRx) | Date | AUGUST 23, 2016 |
|---|---|---|---|
| Title | JENNY L. FLORES vs. LORETTA E. LYNCH, et al. | | |

**Presiding: The Honorable**  GEORGE H. KING, U. S. DISTRICT JUDGE

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

PETER SCHEY
KATHERINE H. MANNING
ELENA GARCIA

Attorneys Present for Defendants:

SARAH B. FABIAN

**Proceedings:** (IN CHAMBERS) FURTHER SETTLEMENT CONFERENCE

Court conducts further settlement conference with counsel. While progress was made, there are two areas of impasse that cannot be reasonably resolved given that the ultimate authority for negotiations appear to reside with the Deputy Commissioner. Accordingly, Ms. Fabian is ordered to clear a date for the personal appearance of the Deputy Commissioner at a further settlement conference on or before September 2, 2016. By no later than the close of business on August 26, 2016, Ms. Fabian shall file a status report stating the date for the Deputy Commissioner's appearance within the time set forth above. Plaintiffs' counsel shall also make themselves available at that time.

IT IS SO ORDERED.


cc: Judge Dolly M. Gee

| | 6 | : | 00 |
|---|---|---|---|
| Initials of Preparer | | ps | |