David J. Kaloyanides SBN 160368
E: djpkaplc@me.com
**DAVID J.P. KALOYANIDES**
A PROFESSIONAL LAW CORPORATION
15338 Central Avenue
Chino, CA 91710
T: (213) 623-8120/F: (213) 402-6292

Attorney for Third Party
Bryan Johnson

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES, *et al.*, | Case No.: 2:85-CV-04544 DMG (AGRx) |
| Plaintiffs, | NOTICE OF PROOF OF COMPLETION; DECLARATION OF BRYAN JOHNSON |
| vs. | |
| JEH JOHNSON, *et al.*, | |
| Defendants. | |

Pursuant to the Court's Order of August 24, 2015, third party Bryan Johnson, by and through his counsel David J. Kaloyanides, hereby files the attched Declaration of Bryan Johnson confirming completion of the ethics courses as ordered by the Court.

Respectfully submitted,

Date:  August 24, 2016

_____
David J. Kaloyanides
Attorney for Third Party
Bryan Johnson

---
1
PROOF OF COMPLETION

# DECLARATION OF BRYAN JOHNSON

I, Bryan Johnson, hereby stated and declare as follows:

1. I am an attorney licensed to practice law in the State of New York. I make this declaration pursuant to the Court's Order of August 24, 2015 and have personal knowledge of the matters stated herein and would so testify if called as a witness.

2. I have completed two ethics courses as ordered by the Court. Attached as Exhibit A is a true and correct Certificate of Attendance for the two ethics courses provided by the New York State CLE Board: "Where to Draw the Line" and "Ethics in a High-Stress, High-Stakes Legal Work Environment."

I declare under penalty of perjury that the forgoing is true and correct. Executed this 24th day of August, 2016, at Bay Shore, New York.

_____
Bryan Johnson

---
2
PROOF OF COMPLETION

EXHIBIT A

3
PROOF OF COMPLETION

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

Revised 01/16
New York State CLE Board
www.nycourts.gov/attorneys/cle

**MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD**
**ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER**

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program.

Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.

**NAME OF ATTORNEY:** Bryan Johnson

**TITLE OF PROGRAM:** Where to Draw the Line

**DATE(S) OF ATTENDANCE:** (For self-study programs, indicate date attorney completed program.) August 23, 2016 2:39pm EDT

**LOCATION (City/State):** (For self-study programs, check "Not Applicable.") ☒ Not Applicable

**FORMAT OF PROGRAM:** (Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1 TRADITIONAL LIVE CLASSROOM FORMAT          ☐ 2 FULLY INTERACTIVE VIDEOCONFERENCE

**LIVE SIMULTANEOUS TRANSMISSION** (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3 QUESTIONS ALLOWED DURING PROGRAM (SYNCHRONOUS INTERACTIVITY)          ☐ 4 QUESTIONS NOT ALLOWED DURING PROGRAM

☒ 5 ON-DEMAND/RECORDED (audio/video)          ☐ 6 OTHER (describe)

Newly admitted attorney format restrictions (except as provided in '2(A) and '2(F) of the Regulations):
Formats 1 & 2 --acceptable for credit in any category | Format 3 --not for Skills credit | Formats 4 & 5 --not for Skills or Ethics and Professionalism credit

**ATTORNEY'S METHOD OF PARTICIPATION:** (check only one)

☐ GROUP SETTING   or   ☒ INDIVIDUAL / SELF-STUDY   (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

**LEVEL OF DIFFICULTY** — the content of the course is appropriate for: (check only one)
☒ BOTH newly admitted and experienced attorneys (transitional / nontransitional), or
☐ experienced attorneys ONLY (nontransitional), or
☐ newly admitted attorneys ONLY (transitional)

| CREDIT FOR ATTENDANCE | CREDIT FOR FACULTY PARTICIPATION |
|---|---|
| Credit is awarded in accordance with §8(A)(4)(a) of the Regulations. | (Experienced attorneys only) |
| Enter number of credits earned in each category: | Award credit in accordance with §3(D) of the Regulations. |
| 1.50 Ethics and Professionalism | ☐ Speaker ☐ Panel Member |
| 0.00 Skills | ☐ Moderator ☐ Law Competition Faculty |
| 0.00 Areas of Professional Practice | Enter number of credits earned in each category: |
| 0.00 Law Practice Management | ☐ Ethics and Professionalism |
| In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney. | ☐ Skills |
| | ☐ Areas of Professional Practice |
| | ☐ Law Practice Management |

**CLE PROVIDER INFORMATION**

**PROVIDER ORGANIZATION:** Lawline.com

**ADDRESS:** 61 Broadway, Suite 1105
New York, NY 10006

**TELEPHONE:**

**PROVIDER AGENT SIGNATURE:** *[signature]*

**PRINT NAME:** David Schnurman

**THE CLE PROVIDER:**
(check only one)
☒ has been certified as an Accredited Provider by the NYS CLE Board,
*or*
☐ has had this individual course accredited by the NYS CLE Board as

Course #

This certificate may *NOT* be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.

# NEW YORK CLE CERTIFICATE OF ATTENDANCE

MAY BE USED ONLY FOR PROGRAMS ACCREDITED BY THE NYS CLE BOARD
ALL INFORMATION MUST BE ENTERED BY THE CLE PROVIDER

Revised 01/16
New York State CLE Board
www.nycourts.gov/attorneys/cle

This certificate is issued under §1500.4(b)(12) of the NYS CLE Program Rules and under §10(B) of the NYS CLE Board Regulations and Guidelines. By issuing this certificate, the CLE provider verifies that the attorney named below completed this program.

Attorneys must retain their certificates of attendance for at least four (4) years from the date of the program.

**NAME OF ATTORNEY:** Bryan Johnson

**TITLE OF PROGRAM:** Ethics in a High-Stress, High-Stakes Legal Work Environment

**DATE(S) OF ATTENDANCE:** (For self-study programs, indicate date attorney completed program.) August 23, 2016 3:47pm EDT

**LOCATION (City/State):** (For self-study programs, check "Not Applicable.") ■ Not Applicable

**FORMAT OF PROGRAM:** (Check only the format completed by the attorney to whom this certificate is issued.)

☐ 1 TRADITIONAL LIVE CLASSROOM FORMAT
☐ 2 FULLY INTERACTIVE VIDEOCONFERENCE

**LIVE SIMULTANEOUS TRANSMISSION** (webconference, teleconference, webcast, videoconference, satellite broadcast, etc.)

☐ 3 QUESTIONS ALLOWED DURING PROGRAM (SYNCHRONOUS INTERACTIVITY)
☐ 4 QUESTIONS NOT ALLOWED DURING PROGRAM
■ 5 ON-DEMAND/RECORDED (audio/video)
☐ 6 OTHER (describe)

Newly admitted attorney format restrictions (except as provided in '2(A) and '2(F) of the Regulations):
Formats 1 & 2 --acceptable for credit in any category | Format 3 --not for Skills credit | Formats 4 & 5 --not for Skills or Ethics and Professionalism credit

**ATTORNEY'S METHOD OF PARTICIPATION:** (check only one)
☐ GROUP SETTING    or ■ INDIVIDUAL / SELF-STUDY    (including an attorney individually dialing in or logging in to a webconference, teleconference or webcast, or individually viewing/listening to a recorded program)

**LEVEL OF DIFFICULTY** — the **content** of the course is appropriate for: (check only one)
■ BOTH newly admitted and experienced attorneys (transitional / nontransitional), or
☐ experienced attorneys ONLY (nontransitional), or
☐ newly admitted attorneys ONLY (transitional)

| CREDIT FOR ATTENDANCE | CREDIT FOR FACULTY PARTICIPATION |
|---|---|
| Credit is awarded in accordance with §8(A)(4)(a) of the Regulations. Enter number of credits earned in each category: | (Experienced attorneys only) Award credit in accordance with §3(D) of the Regulations. ☐ Speaker ☐ Panel Member ☐ Moderator ☐ Law Competition Faculty |
| 1.00 Ethics and Professionalism | Enter number of credits earned in each category: |
| 0.00 Skills | ☐ Ethics and Professionalism |
| 0.00 Areas of Professional Practice | ☐ Skills |
| 0.00 Law Practice Management | ☐ Areas of Professional Practice |
| In accordance with §10(B)(2) of the Regulations, for multiple breakout sessions, provider should attach a sheet indicating the sessions attended by the attorney. | ☐ Law Practice Management |

**CLE PROVIDER INFORMATION**

**PROVIDER ORGANIZATION:** Lawline.com

**ADDRESS:** 61 Broadway, Suite 1105
New York, NY 10006

**TELEPHONE:**

**PROVIDER AGENT SIGNATURE:** [signature]

**PRINT NAME:** David Schnurman

**THE CLE PROVIDER:** (check only one)
■ has been certified as an Accredited Provider by the NYS CLE Board,
or
☐ has had this individual course accredited by the NYS CLE Board as
Course #

This certificate may NOT be used to award CLE credit to New York attorneys under New York's Approved Jurisdiction policy.