*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 85-4544-DMG(AGRx) | Date | AUGUST 29, 2016 |
|---|---|---|---|
| Title | Jenny L. Flores vs. Loretta E. Lynch, et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** |
|---|---|

| Paul Songco | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Peter Schey | Sarah B. Fabian |
| Katherine Manning | Julie Koller |
| | Louisa Slocum |
| | Mark Courey |

**Proceedings:**   (IN CHAMBERS) TELEPHONIC STATUS CONFERENCE

The status conference is held. The Court denies the request of the Executive Assistant Commissioner for the Office of Field Operations, Todd Owen, and the Chief of the U.S. Border Patrol, Mark Morgan, to appear via video conference or telephone conference at a settlement conference. Ms. Fabian is ordered to clear the date of either September 14 or September 15 for the personal appearance of Messrs. Owen and Morgan for a further settlement conference and to notify the Court by close of business on August 31, 2016 of the selected date. The Court further orders the parties to begin advanced discussions before the agreed upon date with the view towards reaching an agreement and narrowing the issues.

IT IS SO ORDERED.

cc: Judge Dolly M. Gee

|  | : | 12 |
|---|---|---|
|  | Initials of Preparer | ps |