UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 30 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff - Appellee,<br><br>  v.<br><br>LORETTA E. LYNCH, Attorney General, Attorney General of the United States; et al.,<br><br>        Defendants - Appellants. | No. 15-56434<br><br>D.C. No. 2:85-cv-04544-DMG-AGR<br>U.S. District Court for Central California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 06, 2016, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure. Each party shall bear its own costs.

                                      FOR THE COURT:
                                      Molly C. Dwyer
                                      Clerk of Court

                                      Rhonda Roberts
                                      Deputy Clerk