UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date September 2, 2016 |
| Title *Jenny L Flores v. Loretta E. Lynch, et al.* | |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER**

     The Court has reviewed and considered the parties' Joint Status Report, filed on September 1, 2016 [Doc. # 251]. In light of the parties' ongoing settlement negotiations regarding CBP conditions and continued participation in settlement proceedings before Hon. George H. King, the Court hereby extends the time to September 16, 2016 by which the parties shall complete their settlement discussions and submit a joint status report to the Court.

IT IS SO ORDERED.

cc: Hon, George H. King