BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
        P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
        Tel:  (202) 532-4824
        Fax:  (202) 305-7000
        Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>        Plaintiffs,<br><br>                v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>        Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br>**<u>ORDER SETTING EVIDENTIARY HEARING</u>** |

THIS CAUSE comes before the Court upon the Defendants' Motion for an Evidentiary Hearing.

UPON CONSIDERATION of the Motion, and for the reasons set forth in Defendants' Motion, the Motion is GRANTED.

Plaintiffs' Motion to Enforce Settlement Agreement and Appoint a Special Monitor is hereby set for an evidentiary hearing. All factual issues to be resolved in conjunction with Plaintiffs' Motion will be decided at the evidentiary hearing in accordance with the Federal Rules of Evidence.

**IT IS SO ORDERED.**

DATED: _____, 2016.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE