UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date September 16, 2016 |
| Title *Jenny L. Flores v. Loretta E. Lynch, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos R. Holguin | Sarah B. Fabian, USDOJ |
| Holly S. Cooper | |

**Proceedings: Plaintiffs' Motion to Enforce Settlement [239]**

The cause is called and counsel state their appearance. The Court hears argument. The Court advises counsel that the motion shall be taken under submission and a written order will issue.

The parties inform the Court on the status of the settlement discussions. A joint status report regarding what remains to be scheduled and/or decided is due by **September 23, 2016**.

:49