*E-Filed*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 85-4544-DMG(AGRx) | Date | September 15, 2016 |
|---|---|---|---|
| Title | JENNY L. FLORES, et al. vs. LORETTA E. LYNCH, et al. | | |

| **Presiding: The Honorable** | **GEORGE H. KING, U. S. DISTRICT JUDGE** | |
|---|---|---|
| Paul Songco | N/A | N/A |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| PETER A. SCHEY | SARAH B. FABIAN |

**Proceedings:**   (IN CHAMBERS) SETTLEMENT CONFERENCE

   Court convenes further settlement conference with counsel.  After due discussion with counsel as well as the Executive Assistant Commissioner of Custom and Border Protection and the Chief of the Border Patrol, no settlement is reached.

   cc: Judge Dolly M. Gee

|  | 6 | : | 10 |
|---|---|---|---|
| | Initials of Preparer | PS | |