# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA E. LYNCH, *et al.*, <br><br> Defendants. | CV 85-4544-DMG (AGR) <br><br> **[PROPOSED] ORDER RE** *EX PARTE* **APPLICATION FOR LEAVE TO FILE BRIEF AS** *AMICI CURIAE* |

**IT IS HEREBY ORDERED** that the application of the American Immigration Council and the American Immigration Lawyers Association for leave to file a brief as *amici curiae* is **GRANTED**, and the proposed brief submitted as Attachment 1 with the application is deemed filed and served.

Dated: September __, 2016

_____
Judge Dolly M. Gee
United States District Judge