CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | ) |
| - vs - | ) EXHIBIT 3 – DEPOSITION OF JOSHUA REID – PART 2 |
| LORETTA E. LYNCH, ATTORNEY GENERAL OF THE UNITED STATES, *et al.,* | ) Hearing: October 6, 2016 |
| Defendants. | ) |
| ——————————————— | ) |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

1    BY MR. SCHEY:

2            Q.    Okay.  The first question was at

3    Berks, if a mother or a minor made a fear request,

4    let's say orally to an ICE agent, would that ICE

5    agent communicate that directly to CIS or would they

6    communicate it to some other ICE agent who is

7    assigned to then communicate with CIS?

8            A.    The ICE agent would likely do it

9    directly.

10           Q.    Okay.  And when that happens, does

11   it happen by e-mail or how does it happen?

12           A.    I believe it happens via e-mail.

13           Q.    Okay.  When was the most recent time

14   you determined or looked into how that's

15   accomplished?

16           A.    Honestly, I can't recall.  Most of

17   the cases that come to Berks have already been

18   referred.

19           Q.    And let's say they've not been

20   referred, and let's stick with that for a moment.

21           When you say you think it's done by

22   e-mail, what makes you believe that it's done by

23   e-mail?

24           A.    I've been copied on a few e-mails,

25   whether it's done for everyone by e-mail, I don't

JOSHUA REID - 9/12/2016

1    know.  But I've been copied on e-mail correspondence

2    between the officers and CIS.

3            Q.    Does anybody record -- the time that

4    that request to CIS, is that recorded in any

5    database so one could track how long it's taking

6    between receipt of the request, on one hand, and

7    communication with CIS on the other hand?  Is

8    anybody tracking that time?

9            A.    The date would be recorded.

10           Q.    And where would the date be

11   recorded?

12           A.    Typically EARM or in the file.

13           Q.    If it was recorded in the file,

14   where would it be recorded?  In the A file?

15           A.    A copy of the e-mail could be placed

16   in the A file.

17           Q.    When you say it could be, is there

18   any instruction to do that you're aware of?

19           A.    Not that I'm aware of.

20           Q.    And are you aware of what percentage

21   of cases that happens or does not happen?

22           A.    I do not know.

23           Q.    And you said the date would be

24   recorded.  Would the time be recorded?

25           A.    I don't know if it would or not.

JOSHUA REID - 9/12/2016

1          Q.    And if the case had been already

2    referred -- strike that.

3               Is the date and time that an interview

4    with CIS is scheduled, is that independently -- is

5    that recorded in either the EARM or the A file?

6               MS. FABIAN:  Object to form.

7               THE WITNESS:  It could be in either.

8    BY MR. SCHEY:

9          Q.    When you say it could be, is there

10   any instruction, guidance or training that you're

11   aware of?

12              A.    Well, when --

13              Q.    In that regard?

14              A.    When an asylum officer conducts a

15   fear interview, they document that on a worksheet

16   and that contains the date.  I don't know if it

17   contains the time.

18              Q.    And that worksheet is placed in the

19   A file?

20              A.    That is correct.

21              Q.    What is that worksheet -- just to

22   the best of your recollection, what's it called?

23   How do you refer to it?

24              MS. FABIAN:  Objection to form.

25   Foundation.

JOSHUA REID - 9/12/2016

1              THE WITNESS:  I don't know off the top of
2     my head, sir, the particular name for it.
3     BY MR. SCHEY:
4              Q.    What is its purpose?
5              MS. FABIAN:  Object to form.  Foundation.
6              THE WITNESS:  I mean, you're probably
7     better off speaking with a CIS officer regarding its
8     purpose.
9     BY MR. SCHEY:
10             Q.    What information does it generally
11    communicate?
12             MS. FABIAN:  Object to form.  Foundation.
13             THE WITNESS:  Once again, you'd probably
14    be better off corresponding with CIS regarding the
15    particulars of their form.
16    BY MR. SCHEY:
17             Q.    But you said this form placed --
18    your officers receive the form from CIS; is that
19    correct?
20             A.    Yes.  Once the interview is done and
21    complete.
22             Q.    Okay.  And then your offices receive
23    a worksheet separate and apart from the decision?
24             A.    I think it's counted the same.  It's
25    all in a packet.

JOSHUA REID - 9/12/2016

1          Q.    Okay.  And then information is

2     placed in the A file?

3               A.    That is correct.

4               Q.    And is the date that that was

5     received entered into the EARM system?

6               A.    I believe so, yes.

7               Q.    And if the decision is negative but

8     the person seeks some type of review, is that also

9     recorded somewhere in either the A file or the EARM?

10              MS. FABIAN:  Object to form.

11              THE WITNESS:  It could be in both.

12    BY MR. SCHEY:

13              Q.    Could it be in both or either one?

14              A.    It could be in either one.

15              Q.    Would it be fair to say it could be

16    in one and not the other?  Is that fair to say?

17              A.    I would say in most instances it

18    will probably be in both.  Is that possible?

19    Anything is possible.

20              Q.    I understand.  Are all -- what, in

21    general terms, in this EARM, are any significant

22    events, dates about that detainee that's supposed to

23    be entered into that system?

24              MS. FABIAN:  Object to form.

25    MR. SCHEY:

JOSHUA REID -  9/12/2016

1              Q.      Such as requests for

2    reconsideration, applications for release, and

3    decisions on those.  Are those the types of things

4    that would generally be recorded in the EARM?

5              MS. FABIAN:  Object to form.

6              THE WITNESS:  Some of those things can be

7    recorded in the EARM.

8    BY MR. SCHEY:

9              Q.     Let's turn to the question of the

10   custody determination at Berks.

11             When is that custody determination made?

12             A.     What are you specifically talking

13   about?  What custody termination?

14             Q.     Let me back up and approach it

15   differently.

16             Do ICE agents at Berks make any custody

17   determinations?

18             A.      If you're asking if officers make

19   custody determinations, officers make

20   recommendations.  They do not make determinations.

21             Q.     And who does those recommendations

22   go to?

23             A.     Supervisors.

24             Q.     And how many supervisors are at

25   Berks?

JOSHUA REID -  9/12/2016

```
 1            A.    As stated before, two.

 2            Q.    And they make the custody

 3  determinations?

 4            A.    Sometimes for recent apprehensions a

 5  supervisor can.

 6            Q.    Okay.  And how about for people who

 7  have been transferred to Berks for not -- or not

 8  apprehended and sent directly to Berks?

 9            MS. FABIAN:  Object to form.

10  BY MR. SCHEY:

11            Q.    Should we divide it in different

12  populations.  Let's say if there was a family at

13  Berks and they did not yet have a decision on their

14  fear claim, who, if anybody, would make a custody

15  determination about, let's say, the children in that

16  family unit?

17            MS. FABIAN:  Object to form.

18            THE WITNESS:  The custody decision would

19  already be made prior to their transfer.

20  BY MR. SCHEY:

21            Q.    Okay.  But once they were in your

22  custody, would anybody review that initial custody

23  determination?

24            A.    We conduct regular reviews.

25            Q.    Okay.  And who would do that?
```

JOSHUA REID - 9/12/2016

```
 1                      MS. FABIAN:  Object to form.
 2                      THE WITNESS:  Several people that are
 3         involved in that process.
 4         BY MR. SCHEY:
 5                      Q.    Okay.  And that would be done
 6         starting when the person gets there; is that
 7         correct?
 8                      MS. FABIAN:  Object to form.
 9         BY MR. SCHEY:
10                      Q.    When would it first be done?
11                      MS. FABIAN:  Object to form.  I'm not
12         entirely sure what population we're talking about,
13         Peter.
14         BY MR. SCHEY:
15                      Q.    People who have expressed a credible
16         fear but have not received a determination?
17                      MS. FABIAN:  Who are at Berks?
18                      MR. SCHEY:  Yes.
19                      MS. FABIAN:  Are there any such
20         individuals at Berks?
21                      THE WITNESS:  I don't know right now, to
22         be honest with you.
23         BY MR. SCHEY:
24                      Q.    How about people who are at Berks,
25         and while they are at Berks they have, or when they
```

1    arrive at Berks, they already have a denied RFI, is

2    any custody determination made when they arrive at

3    Berks?

4              A.    Regular reviews are conducted on

5    their custody status.

6              Q.    Okay.  When, if a person passes an

7    RFI, when is the decision made upon the terms they

8    may be released?

9              MS. FABIAN:  Can you define RFI?

10   BY MR. SCHEY:

11             Q.    Yeah.  A fear interview.  If they've

12   got a positive fear determination from CIS, your

13   officers are advised of that by way of the worksheet

14   you previously testified about?

15             A.    Sorry.  Can you repeat the question,

16   sir?

17             Q.    Yes.  If a detainee is at Berks and

18   receives a positive RFI decision.

19             MS. FABIAN:  I don't think we know what an

20   RFI --

21             THE WITNESS:  When you're saying RFI,

22   you're saying a positive credible fear determination

23   after being referred to asylum?

24             MR. SCHEY:  Correct.

25             THE WITNESS:  That's not usually referred

```
 1       to as a RFI.  It would be a positive credible fear
 2       determination.
 3       BY MR. SCHEY:
 4              Q.    Who then decides what the terms of
 5       release might be?  Who decides that?
 6              A.    Once again, several people are
 7       involved in that.
 8              Q.    Just tell us who would do that.
 9              A.    From the officer to the supervisor
10       to myself to sometimes the deputy field office
11       director, and the field office director.
12              Q.    And after a positive RFI, or
13       positive fear determination is received, is the date
14       and time that that's received recorded somewhere?
15              A.    I don't know about time.  Dates
16       should be recorded.
17              Q.    Would that be in the EARM or the A
18       file?
19              A.    It should be in one of the two,
20       correct.
21              Q.    Okay.  And then is the date and time
22       by which the custody determination is made, is that
23       recorded somewhere?
24              A.    Usually if we make a custody
25       determination.  I don't know about time, but, yes,
```

1    dates should be recorded in the EARM.

2              Q.    And then how about when those

3    different levels of review of the custody

4    determination are being made by the supervisors,

5    possibly by yourself, possibly by somebody, one of

6    your supervisors, is the date and time of those

7    actions recorded or logged?

8              A.    Once again, it could be either EARM

9    or the A file.  The date, I'm not sure about the

10   time.

11             Q.    With regards to these different time

12   periods that we've been discussing, to your

13   knowledge, are these time periods captured in any

14   reportable way other than the fact that we know they

15   are either in the EARM or the A file?

16             MS. FABIAN:  Object to form.

17   BY MR. SCHEY:

18             Q.    Do you understand my question?

19             A.    Can you please clarify it?

20             Q.    You know how there's some matters

21   like whatever average length of detention or number

22   of people there, where data is extracted on a daily

23   or maybe a weekly or maybe even a monthly basis so

24   things can be tracked.  And I'm wondering, are these

25   time periods that I've been discussing with you, are

JOSHUA REID - 9/12/2016

1    any data reports prepared for you that would give

2    you a snapshot of how long it's taking to do the

3    various things that I just mentioned?

4              MS. FABIAN:  Object to form.

5              THE WITNESS:  Prepared for me

6    specifically, no.  Are there reports that could be

7    prepared for that?  I don't know.

8              MS. FABIAN:  Okay.  Can we take a quick

9    break?

10             MR. SCHEY:  Of course.  Do you want to

11   just stay on hold?

12             Let's go off the record.

13             (A brief recess was taken.)

14             MS. FABIAN:  On the record.

15   MR. SCHEY:

16             Q.   Mr. Reid, I think what we were just

17   talking about was are you aware of any -- of any

18   such reports being prepared even if they're not

19   routed to you for review?

20             A.    Reports?

21             MS. FABIAN:  Object to form.

22   BY MR. SCHEY:

23             Q.   Reports to track the time period

24   between the different stages of cases we have been

25   discussing.

JOSHUA REID - 9/12/2016

Page 86

1           A.     I am not.

2           Q.     When you say in your declaration in

3    paragraph 7, the final sentence, and you say, when

4    there is an expressed fear that ERO will ensure a

5    case referred to CIS, quote, as soon as practicable,

6    unquote, has anybody ever measured how long that's

7    taking on average?

8           MS. FABIAN:  Object to form.  Foundation.

9           THE WITNESS:  I don't know.

10   BY MR. SCHEY:

11          Q.     And what are the criteria as to

12   whether something is being done as practicable or

13   not?

14          A.     Can you give some examples there?

15          Q.     I was wondering, from ICE's

16   standpoint or from your standpoint, what would be --

17   or from an agent's standpoint, who's actually doing

18   this work?  What would the criteria be that would be

19   considered to assess whether it was being done as

20   soon as practicable or not?

21          MS. FABIAN:  Object to form.  Foundation.

22          THE WITNESS:  I don't know if there is any

23   set criteria for that, other than we try to do it as

24   soon as possible.

25   BY MR. SCHEY:

JOSHUA REID - 9/12/2016

```
 1              Q.    And would it be fair to say that
 2    that's true of every aspect of your processing of
 3    cases?  Is there anything that you can think of that
 4    you do not try to do as quickly as possible?
 5              MS. FABIAN:  Object to form.
 6              THE WITNESS:  Processing involves so many
 7    different aspects, I don't think I can answer
 8    accurately.
 9    BY MR. SCHEY:
10              Q.    Is there any -- when you say that
11    comprehensive reviews are conducted of all requests
12    for release or parole, when was the most recent time
13    that you received any instruction about what such
14    review should include and who did you receive it
15    from?
16              MS. FABIAN:  Object to form.
17              THE WITNESS:  I don't recall specifically
18    when and who I received stuff from.  We receive
19    different, you know, policies and guides all the
20    time relating to, you know, case management.
21    BY MR. SCHEY:
22              Q.    Okay.  When was the most recent time
23    you can recall that you attended a formal training
24    on what a review of a request for release should
25    involve?
```

JOSHUA REID -  9/12/2016

1              MS. FABIAN:  Object to form.

2              THE WITNESS:  I don't know.

3    BY MR. SCHEY:

4              Q.    Have you -- do you recall any time

5    that you have received training on what a review of

6    a request for release under the Flores settlement

7    would involve?

8              MS. FABIAN:  Object to form.  Foundation.

9              THE WITNESS:  I would need to consult with

10   an attorney to state -- to determine specifically

11   what the Flores settlement would require.

12   BY MR. SCHEY:

13             Q.    You worked as a borders and custom

14   agent for about five years, from 2003 to 2008?

15             A.    Well, I worked as an immigration

16   inspector with the former Immigration and

17   Nationalization Service from 2000 to 2003 when it

18   became CBP, Customs and Border Protection.  And I

19   worked as an inspector, customs and border

20   protection officer for CBP from 2003 to 2008.

21             Q.    Where did you work when you were

22   doing that?

23             A.    It was in Buffalo, Niagara Falls and

24   Lewiston port of entries.

25             Q.    And at that time there were no

JOSHUA REID  -  9/12/2016

1    family detention centers; is that correct?

2              MS. FABIAN:  Object to form.

3              THE WITNESS:  I don't recall.

4    MR. SCHEY:

5         Q.    Do you recall what you did, when you

6    apprehended family units at that time, what you did

7    with them in terms of detention?

8         A.    No.  I don't recall.

9         Q.    Now, when was the last time that

10   children detained at Berks were able to participate

11   in a field trip?

12        A.    I don't know off the top of my head.

13   I would have to consult with the county staff.  I

14   know there was, a couple weeks ago, a to trip

15   Knoebel's Amusement Park, but I don't know

16   specifically when the last one was.

17        Q.    How many children went on that field

18   trip?

19        A.    I don't know how many went on that.

20        Q.    And do you receive any sort of

21   reports on a weekly basis or monthly basis about how

22   many field trips children detained at Berks have

23   been able to take?

24        A.    I do not receive any weekly reports

25   or monthly reports on that.

JOSHUA REID -  9/12/2016

1              Q.     Do you receive oral reports on that,
2      like the routine oral reports?
3              A.     I do not.
4              Q.     Does anybody who works under your
5      supervision receive routine reports on a weekly or
6      monthly or quarterly basis about listing the field
7      trips that children detained at Berks have been able
8      to take?
9              A.     I don't know if anybody directly
10     under me receives that.
11             Q.     Okay.  When was the last time on --
12     strike that.
13             Do you have any idea, I do not want you to
14     speculate, how many field trips children detained at
15     Berks have been able to take in the previous six
16     months?
17             A.     I would have no idea without
18     guessing off the top of my head.
19             Q.     Okay.  Same question, let's say with
20     regards to a few other things.  Same questions with
21     regards to fitness classes.  Would your responses be
22     the same as they were with regards to field trips?
23             MS. FABIAN:  I object to form and I object
24     to the conditions questions as far as to the extent
25     you're trying to take discovery of matters not

JOSHUA REID - 9/12/2016

```
 1   related to the current motion.  I think that's a
 2   waste of our time here.  It's not the purpose of the
 3   discovery we're conducting.
 4            MR. SCHEY:  Okay.  I do believe it's
 5   relevant because we claim that kids are being
 6   detained in unlicensed facilities not appropriate
 7   for their placement.  But go ahead.
 8            MS. FABIAN:  I guess I ask you point to
 9   which issue in your motion is that related to.
10            MR. SCHEY:  Related to their overall being
11   held in an unlicensed facility.
12            MS. FABIAN:  I mean, you know, I object
13   and I don't think that there is an issue, a legal
14   issue raised in your motion that relates to the
15   conditions issue that you are asking him about.
16   We're here for the afternoon.  We're not going to
17   stay late to answer questions about that.  If that's
18   how you want to use your time, then that's fine.
19   But I object to these questions as far as to the
20   extent you plan to use this information as further
21   discovery, I would object and ask the judge to not
22   allow you to use it for that purpose.  And she
23   specifically directed us not to be conducting
24   discovery for that purpose.
25   BY MR. SCHEY:
```

1          Q.    Would your responses be the same

2    with regards to fitness classes as they were with

3    regards to field trips or have you received data

4    that you wish to share with us?

5               MS. FABIAN:  Object to form.

6               THE WITNESS:  Are you asking me if I

7    receive regular reports regarding residents'

8    participation in fitness classes?

9    MR. SCHEY:

10         Q.    The same question that I posed to

11   you about frequency, or to your knowledge, could you

12   tell us about approximately how many have been

13   offered in the week, month, or six months?  Do you

14   have any reports about that.  If you have additional

15   information, please share it with us.  If your

16   response is it would be the same as with regards to

17   field trips, we can speed things up.

18              MS. FABIAN:  Object to form.

19              THE WITNESS:  You asked three things.  If

20   you are asking do I receive reports on how often

21   residents participate in fitness?  No.  Do I know

22   the number of fitness classes that were offered over

23   the last several weeks or months?  No.  I do not

24   know the specific number.

25   BY MR. SCHEY:

```
1              Q.    Okay.  How about the same question
2    with regards to cooking or arts and crafts
3    activities.  Same questions.  Would your response be
4    the same?
5              MS. FABIAN:  Object to form.
6              THE WITNESS:  Cooking classes occur on a
7    regular basis, as do arts and activities for
8    children and adult residents.  The particular
9    frequency of that, no, I do not know.  And do I have
10   reports on that that are regularly sent to me?  No.
11   BY MR. SCHEY:
12             Q.    Okay.  How often in the past six
13   months do you think you have observed a cooking
14   class?
15             A.    I'm not at the center, you know,
16   24/7, and, you know, I have not observed a cooking
17   class.
18             Q.    Okay.  And do you have any idea what
19   the grade is of the places that children have access
20   to?
21             MS. FABIAN:  Object to form.
22             THE WITNESS:  I believe they are
23   commercial grade.
24   BY MR. SCHEY:
25             Q.    Have you verified that?  Why do you
```

JOSHUA REID - 9/12/2016

```
 1    believe that?

 2              A.    We received information from JFRMU

 3    that they were.

 4              Q.    And who's that?  Sorry.

 5              A.    The Juvenile Family Management --

 6    Juvenile Family Residential Management Unit.

 7              Q.    And how did you receive that

 8    information?

 9              A.    It's just in the general -- just a

10    brief overview of the center that they provide.

11              Q.    So they give you a memo or just an

12    oral presentation?  Or how did you learn that?

13              A.    Via e-mail.

14              Q.    So they send you an e-mail?

15              A.    I don't remember, to be honest a

16    particular format.  It might have been just like a

17    brochure or something.  I don't recall.

18              Q.    I see.  And when did you get that?

19              A.    I don't recall specifically when I

20    received that.

21              Q.    Could it have been in 2015 or '16 or

22    both?

23              A.    It would have been in '16, because

24    I've only been involved in the center since March.

25              Q.    I see.  And how many bicycles does
```

JOSHUA REID -  9/12/2016

1      -- how many children's bicycles are at Berks?

2              MS. FABIAN:  Object to form.

3              THE WITNESS:  I don't know the specific

4      offhand.  I know there's several.  I've been there

5      and seen them.  If you're asking me a number, I

6      don't know.

7      BY MR. SCHEY:

8              Q.    And have you -- how often are those

9      bicycles used?  Do you receive any reports about

10     that, about use of bicycles or any other --

11             A.    I do not receive any reports

12     regarding use of bicycles.

13             Q.    Or any other sporting availability,

14     athletic availability?

15             A.    As far as what?

16             Q.    As far as any other athletic

17     activities that may be available to children, do you

18     receive any reports about that?

19             A.    Such as?

20             Q.    What would be some of the athletic

21     activities you're talking about?

22             A.    I don't know if there are any

23     others.

24             Q.    Are you aware of any others?

25             A.    I know they conduct soccer

JOSHUA REID - 9/12/2016

```
 1        tournaments, volleyball, basketball.  As far as the
 2        frequency and whether I receive reports on that, no.
 3                Q.     Okay.  Do you have any idea when the
 4        last soccer tournament took place?
 5                A.     I do not.  I've been in the center
 6        on several occasions and seen the staff and children
 7        playing soccer on many occasions.
 8                Q.     And finally, with regards to music
 9        instruction, how often is that available?
10                A.     I don't know the frequency.
11                Q.     Who provides that?
12                A.     It would have been through the
13        center.
14                Q.     But do you know who provides the
15        music?
16                A.     I don't know specifically, no.
17                Q.     Do you know how often it's available
18        to children?
19                A.     I already stated that I don't know
20        the frequency, sir.
21                Q.     Do you know the most recent time
22        that it was available?  Don't speculate.  If you
23        know, tell us.  If you don't, say you don't know.
24                A.     I don't know.
25                Q.     These reviews that are requests for
```

JOSHUA REID - 9/12/2016

```
 1    release, when was the most recent time that the
 2    officers or agents working -- ICE agents working at
 3    Berks received in-person training regarding the
 4    request for reviews should be conducted, if you
 5    know?
 6              MS. FABIAN:  Object to form.
 7              THE WITNESS:  Policies and procedures for
 8    conducting reviews are distributed on a frequent
 9    basis.  When the last specific one was given in
10    person on that, I do not know.
11    BY MR. SCHEY:
12              Q.    I was talking about in-person
13    training.
14              Do you know?
15              A.    I do not.
16              Q.    And is there one source, either a
17    memo operational instruction, regulation, is there
18    one source that lists the issues that ICE agents
19    should consider when conducting these reviews, or
20    that their supervisors should consider when
21    reviewing the agents' recommendation for release?
22              MS. FABIAN:  Object to form.
23              THE WITNESS:  I'm not aware of one in
24    particular.  There is, you know, take several things
25    into factor, whether it be the law, whether it be
```

JOSHUA REID - 9/12/2016

Page 98

1    various different policies, you know.  There's
2    multiple factors that are taken into consideration
3    when reviewing those.
4    BY MR. SCHEY:
5              Q.    Right.  I understand that there is
6    considerations and have a pretty good idea of what
7    those are.
8              But I was wondering, is there any one
9    document or one set part of operating instructions
10   or one written direction where these factors are
11   listed that you know about?
12             MS. FABIAN:  Object on form.
13             THE WITNESS:  No.  As I stated, there's
14   several policies and factors we take into
15   consideration in conjunction with the law and other
16   circumstances that are presented.
17   BY MR. SCHEY:
18             Q.    And when you say -- I'm not asking
19   you about the factors.  I'm asking you about the way
20   those factors have been communicated to the agents
21   and their supervisors.
22             Can you tell us the most or any such
23   instructions that -- or guidance that were issued in
24   writing in the previous 12 months --
25             MS. FABIAN:  Object to form.

JOSHUA REID -  9/12/2016

```
1        BY MR. SCHEY:
2               Q.    -- regarding factors to consider
3        when conducting a comprehensive review of a request
4        for release or parole?
5               MS. FABIAN:  Object to form.
6        BY MR. SCHEY:
7               Q.    Can you identify any written
8        instructions or directions in the previous 12
9        months?
10              MS. FABIAN:  Object to form.
11              THE WITNESS:  Various policies and
12       procedures come out via e-mail or a supervisor
13       calling another supervisor.  So policies and
14       instructions come out.  I'm sure there have been
15       some over the last 12 months.  Can I recall one
16       specifically offhand?  No, I cannot.
17       BY MR. SCHEY:
18              Q.    Okay.  And can you recall any that
19       pertains to the Flores case during the past 12
20       months?
21              MS. FABIAN:  Object to form.
22              THE WITNESS:  As I stated, I can't recall
23       any specific policies and procedures related to
24       that, to parole in general.
25       BY MR. SCHEY:
```

JOSHUA REID - 9/12/2016

1          Q.    Is there any written instruction
2    about how rapidly this comprehensive review of a
3    request for release on parole should be conducted?
4    Is there any written guidance that you can point to
5    about that?
6              MS. FABIAN:  Object to form.  Foundation.
7              THE WITNESS:  Written guidance?  You are
8    talking -- sorry.  Can you clarify, please?
9    BY MR. SCHEY:
10         Q.    Any written guidance on how rapidly
11   that should be accomplished?
12         A.    What should be accomplished?
13         Q.    A review of a request for release or
14   release on parole.
15             MS. FABIAN:  Object to form.
16             THE WITNESS:  Like I said, various
17   policies and guidance come out, whether it be via in
18   person for management, supervisor or e-mail, but can
19   I specifically recall one?  No.
20   BY MR. SCHEY:
21         Q.    Okay.  Are you aware of what -- of
22   how the term a licensed facility is defined in the
23   Flores settlement, or a licensed program is defined
24   in the Flores settlement?
25             MS. FABIAN:  Object to foundation.

1                    THE WITNESS:  I would need to consult with

2      an attorney to make that determination.

3      BY MR. SCHEY:

4              Q.    Okay.  But right now you don't know?

5              A.    Again, not without consulting an

6      attorney, no.

7              Q.    And how about the term, quote,

8      special needs minor, unquote.

9              Do you have any idea how that's defined in

10     the Flores settlement?

11             A.    No, not without consulting our

12     attorneys.

13             Q.    Okay.  And how about the term,

14     quote, medium security facility.

15             Do you have any idea what that means in

16     the Flores settlement?

17             A.    Again, I would need to consult an

18     attorney to define that.

19             Q.    Has anybody given you any

20     instructions about what those things mean if you

21     recall?

22             A.    Like I said, policies and guidance

23     and procedures come out all the time.  Can I recall

24     anything specific to that?  No.

25             Q.    Okay.  Do you recall actually

JOSHUA REID - 9/12/2016

1    receiving -- I know you receive instructions all the

2    time, but do you recall ever receiving an

3    instruction on those issues, the ones we just

4    discussed?

5            A.    What were those issues again?

6            Q.    Had to do with the definition of a

7    medium security facility definition of a special

8    needs minor, definition of a licensed program under

9    the Flores agreement.  I'm just asking, do you

10   remember ever receiving an instruction or guidance

11   about those matters?  Just either yes or no or I

12   don't remember.

13           MS. FABIAN:  Object to form.

14           THE WITNESS:  I don't recall.

15   BY MR. SCHEY:

16           Q.    Do you recall any part of the Flores

17   settlement that talks about the manner in which the

18   government is to treat minors in its custody?

19           MS. FABIAN:  Object to form.  Foundation.

20           THE WITNESS:  As stated, various policies

21   and procedures come out regarding the treatment of

22   aliens in general.  I don't recall anything specific

23   to the Flores.

24   BY MR. SCHEY:

25           Q.    Is it correct that outside of free

JOSHUA REID - 9/12/2016

```
 1      movement hours detainees at Berks are expected to
 2      remain on the second floor?
 3              A.    Residents at the center are expected
 4      to remain in the second floor, which is the
 5      residential floor, outside of free movement hours,
 6      that is correct.
 7              Q.    In paragraph 28 of your declaration,
 8      can you turn to that, please?
 9              A.    Yes, sir.
10              Q.    You respond to several of these
11      individual cases.
12              Did you prepare that response -- tell us
13      for each one what you consulted?
14              A.    I would need --
15              Q.    What records you consulted?
16              A.    I would need to look at each
17      specific case to answer that, sir.  There's seven.
18              Q.    Let's say the first case.  Steven.
19              A.    As that was several months ago, I
20      don't recall specifically what was consulted other
21      than general policies and procedures.
22              MS. FABIAN:  Are you asking for him to
23      give his answer in the declaration what did he
24      consult or what was he consulting to make the
25      decisions on these individuals?
```

1     BY MR. SCHEY:

2              Q.    What was consulted to write your

3     declaration, not what was consulted to make the

4     decisions.  What documents did you consult?  Would

5     it have been the EARM or the EARM and the A files or

6     just their A files?

7              A.    I did not look at any specific A

8     files when preparing the declaration.  I looked at

9     some EARM records.

10             Q.    Did you look at any other databases

11    or just the EARM?

12             A.    I would say mainly just the EARM.

13             Q.    Do you have a recollection of

14    looking at any other databases?

15             A.    No.  I don't have a recollection of

16    looking at anything outside of EARM.

17             Q.    And in each one of these cases, when

18    you specifically determined, and what you stated in

19    the declaration, was they were not released because

20    they were subject to mandatory detention and they

21    did not appear to fall into one of the two

22    exceptions, which is a medical emergency or

23    necessary for legitimate law enforcement objectives;

24    is that correct?

25             A.    For each of the cases, we took that

1      as one of the factors.  It wasn't the only factor.

2              Q.    I'm not saying what you took --

3      okay.  I understand.

4              Were there other factors that were

5      considered other than the two that you mentioned in

6      your declaration?  You only mentioned two things.

7      And you said that these cases failed to meet the

8      noted exceptions and, therefore, did not warrant

9      release.

10             Did you see in the files if there were

11     other factors other than the two that your sworn

12     declaration says were the two that were considered.

13             MS. FABIAN:  Object to form.

14             THE WITNESS:  You asked me if I saw it in

15     their files.  I don't believe I ever reviewed their

16     whole files.

17     BY MR. SCHEY:

18             Q.    I just mean in the EARM.  Did you

19     see any in the EARM that said that they were denied

20     for some reason other than they didn't have a

21     medical emergency and they were not subject to

22     release for legitimate law enforcement objectives?

23     Did you see any other reasons given in the EARM for

24     the denial of release of these folks?

25             MS. FABIAN:  Object to form.

```
 1                 THE WITNESS:  I don't know if that
 2     information would be recorded in the EARM.
 3     BY MR. SCHEY:
 4            Q.    Okay.  So on -- so you're saying
 5     that you're not sure the reason for the denial would
 6     be recorded in the EARM; is that correct?
 7            A.    That is correct.  It would probably
 8     state that a request was received and when it was
 9     denied.  I don't know if it would put the particular
10     reasons of the denial in there.
11            Q.    So on what basis does your
12     declaration state that although you maintain limited
13     discretion to parole aliens subject to expedited
14     removal, when it is, quote, required to meet a
15     medical emergency or is necessary for the legitimate
16     law enforcement objective, end quote, these cases,
17     meaning, obviously, the cases above, failed to meet
18     the noted exceptions and, therefore, do not warrant
19     release.
20            On what basis do you make that statement?
21            A.    Under the INA.
22            Q.    Okay.  So based on the law that
23     they're subject to mandatory detention?
24            A.    Yes.  That was one of the factors.
25     Like I said, there's other factors taken into
```

JOSHUA REID  -   9/12/2016

```
 1    consideration, but that was one.
 2              Q.    Other than the INA, what are the
 3    other factors that you could consider other than
 4    what's authored by the INA?
 5              A.    Whether they're -- they appear to be
 6    eligible for any particular form of relief, family
 7    ties community ties, manner of entry, length of
 8    presence in the United States, are typically factors
 9    that are taken into consideration; some of them.
10    Not all.
11              Q.    So when was the most recent time
12    that you authorized the release of somebody using
13    those factors even though they were subject to
14    mandatory detention in ICE's view?  Go ahead answer
15    that question.
16              MS. FABIAN:  Object to form.
17              THE WITNESS:  I don't recall off the top
18    of my head.
19    BY MR. SCHEY:
20              Q.    Okay.  So you are saying based on
21    the INA, these people identified above, they're not
22    subject to -- their cases, you said, do not warrant
23    release.  And you say they do not warrant release,
24    and you even said in quotes, because they don't have
25    a medical emergency and their release is not
```

JOSHUA REID  -  9/12/2016

1    necessary for legitimate law enforcement objective,

2    would their files indicate that all of these other

3    factors that you just discussed were all considered?

4    Is that what you are  now testifying to?

5           A.    I'm not saying they are filed, but

6    our response would have some of that in there.

7           Q.    Okay.  And but you said none of this

8    is in the EARM?

9           A.    Well, okay.

10          Q.    Your quote.  So where would that

11   information be?  In the A file?

12          A.    Some of the factors I brought up was

13   the manner of entry.  That would be in the EARM.  As

14   we stated previously, some factors was the length of

15   presence in the United States.  That would be in the

16   EARM.  So some of that would be.

17          Q.    And you mentioned relatives in the

18   U.S., right?

19          A.    Correct.

20          Q.    So you're saying that if a person --

21   if in the view of ICE, a person is subject to

22   mandatory detention, you may still release them

23   because they have relatives in the U.S. or because

24   of their length of residence, or all of the other

25   things you mentioned?  Because you said there was

JOSHUA REID -  9/12/2016

1    all considerations.  So you're saying you may still

2    release them, even though they're subject to

3    mandatory detention, or am I misunderstanding?

4              MS. FABIAN:  Object to form.

5              THE WITNESS:  Can you repeat that please,

6    sir?

7    BY MR. SCHEY:

8         Q.    The way your declaration is written,

9    it seems pretty clear to me, and I read you the

10   sentence, I think, twice now, and you've even got

11   the relevant name which you've quoted in your

12   sentence; it's only one sentence long.  And it does

13   not appear by that sentence that you saw anything in

14   the files of these people that would indicate that

15   they were not released because they didn't have

16   family members here, or they were not released

17   because of their length of residence, or they were

18   not released because of a prior criminal history, or

19   they were not released because of prior absconding.

20   You don't mention any of those things.  You only say

21   they were not released because they did not present

22   a medical emergency, and they were not needed for

23   legitimate law enforcement purposes.

24              So are all of these other factors that you

25   are now telling us about, every time you have

JOSHUA REID - 9/12/2016

```
 1      somebody who you think is subject to mandatory
 2      detention, do you still consider all of these
 3      factors?
 4              MS. FABIAN:  Object to form.
 5              THE WITNESS:  We consider lawyers' request
 6      for reassess.  We try to review everything and take
 7      all factors into consideration.
 8      BY MR. SCHEY:
 9              Q.    Then I assume that you note that
10      somewhere, correct, in the A file?
11              A.    It could be in the response letter
12      that we provide to the alien or attorney if they
13      submit it.
14              Q.    And okay.  And then that would be in
15      the A file, correct?
16              A.    Typically a copy would, correct.
17              Q.    Okay.  So if all of those factors
18      are considered, there ought to be some indication of
19      that, either in the A file or in the letter that was
20      sent to -- provided to the detainee or his or her
21      lawyer, which would most likely be in the A file; is
22      that correct?
23              MS. FABIAN:  Object to form.
24              THE WITNESS: As I stated, yes.  There's a
25      letter that's sent typically.  If we receive a
```

 1    request for release in writing we're going to

 2    provide a written response.  And likely, that will

 3    be included in the A file.

 4    BY MR. SCHEY:

 5          Q.     And if all of these factors are

 6    considered, typically the letter or the notes in the

 7    A file would indicate that they were considered?  Is

 8    that fair to say, if they were considered?

 9          MS. FABIAN:  Object to form.

10          THE WITNESS:  Yes.  For example, for

11    several of these, it goes over the immigration

12    history, how they were encountered, the length of

13    presence.  A lot of those factors are in the

14    letters.

15    BY MR. SCHEY:

16          Q.    Okay.  And is it fair to say if

17    something is going to be considered, if a record is

18    going to be made of that, is that fair to say?

19          MS. FABIAN:  Object to form.

20    BY MR. SCHEY:

21          Q.     In most cases.  People make

22    mistakes.  But in most cases things that are

23    considered to be recorded, correct?

24          MS. FABIAN:  Object to form.

25    MR. SCHEY:

1      Q.    And a decision would be recorded; is

2 that correct?

3           MS. FABIAN:  Object to form.

4           THE WITNESS:  As stated previously,

5 usually it's something that EARM will be added, a

6 request was received, and it was approved or denied

7 in the letter that we provide.

8 BY MR. SCHEY:

9      Q.    You seem to be a little vague to me.

10 It's one thing to record that a request is received

11 and that it was denied and a letter was issued which

12 may or may not include something.

13           My question is as a matter of practice, to

14 the best of your knowledge, do your agents record

15 somewhere the factors that they considered and the

16 decisions made based on those factors?  Is that

17 recorded somewhere?

18           MS. FABIAN:  Object to form.

19           THE WITNESS:  Yes.  In the response

20 letters.

21 BY MR. SCHEY:

22      Q.    Okay.  And would anything different

23 be recorded in the A file?  Would more detail be in

24 the A file other than the letter?

25           MS. FABIAN:  Object to form.

1          THE WITNESS:  As the A file contains the

2     -- usually contains the complete copy of everything

3     associated with the alien's case, yes.

4     BY MR. SCHEY:

5          Q.    And just tell us again very briefly

6     the factors.  Go ahead just bullet point the

7     factors?

8          MS. FABIAN:  Object to form.

9          THE WITNESS:  As I stated, the law is a

10     main factor.  INA.  If they're mandatory.  But some

11     of the other factors are manner of entry, whether

12     they are eligible for -- appear to be eligible for a

13     form of relief; community ties, families ties,

14     things of that nature.

15     BY MR. SCHEY:

16          Q.    And how many -- if somebody who's

17     subject to mandatory detention in the view of the

18     government, if that person seeks release, is that

19     something a supervisor can authorize, or would that

20     kind of case have to come to you for approval?

21          MS. FABIAN:  Object to the form.

22          THE WITNESS:  It would go through me.

23     It's not necessarily me that would make the

24     decision.

25     BY MR. SCHEY:

1              Q.     Typically who would make that

2      decision in a case like that?  I'm not talking about

3      somebody who has an approved fear determination.

4      Somebody who does not have an approved fear of

5      determination.

6              If that person seeks release, who then

7      typically makes that decision?

8              MS. FABIAN:  Object to form.

9              THE WITNESS:  That's typically done at

10     either a deputy field office director level or a

11     field office director.

12     BY MR. SCHEY:

13             Q.     And the field office director, that

14     person has jurisdiction in a nutshell over what?

15             MS. FABIAN:  Object to form.

16             THE WITNESS:  You would have to be more

17     specific in that, sir.

18     BY MR. SCHEY:

19             Q.     What is your title?

20             A.     Mine is an assistant field office

21     director.

22             Q.     So the field office director is

23     above you?

24             A.     That is correct.

25             Q.     Does that person have some

1          geographic jurisdiction that they are responsible

2          for supervising, or is there different facilities?

3          How does that work?

4                    A.    Yes.

5                    MS. FABIAN:  Object to form.

6                    THE WITNESS:  Yes.  They have a geographic

7          area.

8          BY MR. SCHEY:

9                    Q.    How large is that?  What geographic

10         area is covered by that field office?

11                   MS. FABIAN:  Object to form.

12                   THE WITNESS:  What specific field office

13         are you asking about?

14         BY MR. SCHEY:

15                   Q.    The one where the field office

16         director would decide these cases for Berks.

17                   MS. FABIAN:  Object to form.

18         BY MR. SCHEY:

19                   Q.    The person you report to.

20                   A.    The person I report to is the deputy

21         field office director.

22                   Q.    Where is that person located?

23                   A.    The deputy field office director is

24         currently located in York.

25                   Q.    How about the field office director?

JOSHUA REID -  9/12/2016

Page 116

1               A.    Located in Philadelphia.

2               Q.    And that person has responsibility

3      for what, in terms of geography or facilities?

4               A.    What person are you speaking of,

5      sir?

6               Q.    The field officer in Pennsylvania.

7               A.    The field office director?

8               Q.    Director.

9               A.    He's responsible for operations

10     within Pennsylvania, West Virginia and Delaware for

11     Philadelphia.

12              Q.    How about the deputy that you said

13     you currently --

14              A.    Honestly, I'm not 100 percent sure.

15     I know she's in York cases, Berks cases.  I think in

16     Pike cases and I think Allenwood cases.

17              Q.    And so cases involving a minor or

18     the minor's mother who are subject to mandatory

19     detention but have requested release, would

20     typically start with information gathering by an

21     agent at the facility for their, as I understand it,

22     it would go that person's supervisor, from there to

23     you and the assistant field office director, and

24     from you to the deputy field office director, and

25     that person may make the decision that would

JOSHUA REID - 9/12/2016

```
 1    sometimes get the field office director involved; is
 2    that correct?
 3              MS. FABIAN:  Object to form.
 4              THE WITNESS:  It typically starts with the
 5    officer and works its way up the chain.
 6    BY MR. SCHEY:
 7         Q.    And in those cases when you get
 8    them, you pass them on onto the deputy field office
 9    director for decision, and do you give a
10    recommendation or not?
11         A.    I would provide a recommendation,
12    not a request for release.
13         Q.    You would?
14         A.    Correct.
15         Q.    And in the past six months, other
16    than medical emergencies or to assist law
17    enforcement, how many such cases has the director or
18    the deputy field office director approved,
19    approximately, in the previous six months?
20         A.    When you're talking approved for
21    what?
22              MS. FABIAN:  Object to form.
23    BY MR. SCHEY:
24         Q.    Approved from release of custody.
25              MS. FABIAN:  Object to form.
```

JOSHUA REID -   9/12/2016

1              THE WITNESS:  Approve of release relating

2      to what?  Are you asking after they received a

3      release request?

4      BY MR. SCHEY:

5              Q.     Yes.  The same thing we would be

6      discussing all along, which is this one sentence in

7      your declaration.  They're seeking a release from

8      custody.  Exactly.

9              A.     I don't know a specific number

10     offhand.

11             Q.     Okay.  But can you give us an

12     approximate?  I don't want you to guess, obviously,

13     but can you give us an approximate number?

14             A.     When you're asking for an

15     approximate number, I would be guessing.

16             Q.     Okay.  So it could be one, it could

17     be 50, it could be 100?  It could be anything?

18             A.     If you are asking me to guess or

19     speculate, I would guess it's a handful, seeing that

20     there is only, like I stated before, 67 residents at

21     the center.

22             Q.     But you believe there have been a

23     handful of cases where people were released, even

24     though you viewed them as being subject to mandatory

25     detention and they did not have a medical emergency,

1      nor was there release related to a legitimate law

2      enforcement objective.

3             Is that your testimony?

4             MS. FABIAN:  Object to form.

5             THE WITNESS:  No, I didn't state that.

6      BY MR. SCHEY:

7             Q.    Okay.  During the past six months --

8      the only group we're discussing are people who ICE

9      believes is subject to mandatory detention and they

10     do not have a positive fear determination and they

11     do not have a medical emergency, and their release

12     is not required for a legitimate law enforcement

13     purpose, and they have requested release and you are

14     making a decision.  And I asked you, during the

15     previous six months approximately how many such

16     decisions have you received?

17            You said you didn't know.

18            I said, could it have been one, 50 or 100?

19            And you said, no.  You thought it was a

20     handful.

21            Is that so far correct?

22            MS. FABIAN:  Object to form.

23            THE WITNESS:  There was so many different

24     factors you presented in there, you would have to

25     clarify a little more.

 1     BY MR. SCHEY:

 2             Q.    Okay.  During the past six months,

 3     approximately how many cases do you recall seeing

 4     that were approved by the deputy field office

 5     director or by the field office director for the

 6     release of a mother and child from Berks who ICE

 7     believed was subject to mandatory detention and they

 8     did not have a medical emergency or a need to be

 9     released for a legitimate law enforcement purpose?

10             MS. FABIAN:  Object to form.

11             THE WITNESS:  I don't know off the top of

12     my head a specific number.

13     BY MR. SCHEY:

14             Q.    That's what you said before.  And

15     then I said, could it have been one, 50 or 100?

16             Do you remember that?

17             MS. FABIAN:  Object to form.  Are you

18     asking him what his previous testimony was.  Or

19     maybe if you just ask him the question again.  It

20     sounds like he was confused on the previous

21     question.

22     BY MR. SCHEY:

23             Q.    Do you remember that I asked you,

24     could it have been one, 50 or 100?

25             Forget about that.  Let me ask you again.

1    Could it have been one, 50 or 100?

2            A.    As there is only 67 residents

3    currently at the center, I don't think it would be

4    100.  Could it be one?  Yes.  Could it be a handful?

5    Yes.  I don't recall the specific number off the top

6    of my head.

7            Q.    Okay.  And in any of those cases, do

8    you recall what factor or factors prompted the

9    release of that either one person or a handful of

10   people?

11           A.    I don't recall off the top of my

12   head.  Like I said, we take into consideration

13   multiple factors.  I don't think it would be one

14   factor that would make the decision.  It's not made

15   in a vacuum.  We try to take in all the factors that

16   I mentioned before.

17           Q.    And where were you working early in

18   2014?

19           A.    2014 I was working in York.

20           Q.    That's what, adult detainees?

21           A.    Yes.

22           Q.    And were children ever detained

23   there?

24           A.    No.  Children should not be detained

25   with adults there, no.

JOSHUA REID -  9/12/2016

Page 122

```
 1              Q.     And were mothers detained there,
 2      mothers who have been apprehended with children?
 3              A.    I don't know, sir.  Mothers and
 4      children together, no.
 5              Q.    How about fathers?  Were fathers who
 6      had been apprehended with children detained there?
 7              A.    I don't know off the top of my head.
 8      Fathers and children together, no.
 9              MS. FABIAN:  Are you asking about the York
10      facility now?
11              MR. SCHEY:  Yes.
12      BY MR. SCHEY:
13              Q.     Has anybody provided you -- scratch
14      that.
15              Do you know what the -- scratch that.
16              MR. SCHEY:  Can we go off the record for a
17      minute?
18              MS. FABIAN:  Sure.
19               (Discussion held off the record.)
20              MR. SCHEY:  I think I have no further
21      questions.
22               (Discussion held off the record.)
23              MS. FABIAN:  Peter, we have no more
24      questions.
25              MR. SCHEY:  So the agreement is the
```

1    transcript will be ordered on an expedited basis.

2    It should be done in roughly two to three days.

3    When it is done, copies will be provided to -- or

4    maybe the original, I guess, would be provided to

5    the defense counsel to share with the deponents.

6    From the time the deponent gets it, he'll read it

7    and make any corrections as promptly as possible,

8    and in no more than two weeks.  And the government

9    will inform plaintiffs' counsel of any changes and

10   provide a signed copy.

11            And I think that's it; is that correct?

12            MS. FABIAN:  Yes.  I'll provide you a copy

13   of the errata.

14            MR. SCHEY:  Okay.  I think that concludes

15   this deposition.

16            (The deposition concluded at 5:30 p.m.)

17

18

19

20

21

22

23

24

25

JOSHUA REID  -  9/12/2016

```
1     COUNTY OF LANCASTER                :

2     COMMONWEALTH OF PENNSYLVANIA        :

3

4          I, Diana L. Netherton, RPR, MBVIR, Notary

5     Public, Official Court Reporter and Undersigned

6     Commission, do hereby certify that personally

7     appeared before me, the witness, being by me first

8     duly sworn or affirmed to testify to the truth, the

9     whole truth and nothing but the truth, in answer to

10    the oral questions propounded to the witness by the

11    attorneys for the respective parties as set forth in

12    the foregoing deposition.

13          I further certify that before the taking of

14    said deposition, the above witnesses were duly sworn

15    or affirmed, that the questions and answers were

16    taken down stenographically by the said Diana L.

17    Netherton, RPR, MBIVR, Official Court Reporter,

18    Lancaster, PA, approved and agreed to, and

19    afterwards reduced to print by means of

20    computer-aided transcription under the direction of

21    the aforesaid reporter.

22          In testimony whereof, I have hereunto

23    subscribed my hand this 14th day of September 2016.

24

      Diana L. Netherton, RPR, MBIVR
25    Official Court Reporter
```

JOSHUA REID  -  9/12/2016

1

2                                    ERRATA SHEET

3

4

5       I declare under penalty of perjury that I have read the

6       foregoing _____ pages of my testimony, taken

7       on _____ (date) at

8       _____(city), _____(state),

9

10      and that the same is a true record of the testimony given

11      by me at the time and place herein

12      above set forth, with the following exceptions:

13

14      Page  Line   Should read: Reason for Change:

15

16      ___  ___    _____    _____

17                  _____    _____

18      ___  ___    _____    _____

19      _____    _____

20      ___  ___    _____    _____

21                  _____    _____

22      ___  ___    _____    _____

23                  _____    _____

24      ___  ___    _____    _____

25      _____    _____

JOSHUA REID -  9/12/2016

ERRATA SHEET
    2    Page  Line   Should read: Reason for Change:

___  ___     _____     _____

            _____     _____

___  ___     _____     _____

_____     _____

___  ___     _____     _____

            _____     _____

___  ___     _____     _____

            _____     _____

___  ___     _____     _____

            _____     _____

___  ___     _____     _____

_____     _____

___  ___     _____     _____

Date: _____ _____
Signature of  Witness

_____
Name Typed or Printed

**A**

ability
55:15
able
11:15 22:5 89:10
    89:23 90:7,15
absconding
109:19
accept
31:25 34:5
accepted
32:14
access
34:6 93:19
accommodate
47:25
accompanied
21:6
accompany
21:7
accompanying
20:2 31:22 32:7
accomplish
11:15,16
accomplished
72:3 74:15
    100:11,12
accuracy
47:2,5
accurate
22:20 67:23
accurately
41:18 87:8
acronym
62:22
acronyms
60:4
actions
84:7
activities
93:3,7 95:17,21
activity
49:22
added
112:5
additional
10:19 92:14
addressed
49:9
addressing

68:10
adequate
10:24
admitted
26:23
adult
34:4 93:8 121:20
adults
56:23 57:1
    121:25
advise
13:3
advised
23:15 40:22,25
    56:24 57:8,9
    82:13
advises
12:25
affirmed
5:2 124:8,15
aforesaid
124:21
afoul
64:18
afternoon
91:16
agency
59:7 62:1 69:2,5
agent
74:4,5,6,8 88:14
    116:21
agent's
86:17
ago
32:19 46:20
    89:14 103:19
agree
44:14,18,19
agreed
124:18
agreement
35:20,23 102:9
    122:25
agrees
66:14

ahead
5:18 6:2 15:13
    44:23 60:14
    62:6 73:9 91:7
    107:14 113:6
al
2:5,8
alien
16:19,22 37:5
    62:14 69:22
    71:11 110:12
aliens
15:22 16:10,11
    17:19,20,22
    18:9 59:1
    102:22 106:13
alien's
58:3 68:17 113:3
Allenwood
116:16
allow
52:3 91:22
allowed
24:2,2,7,21 25:1
    25:5 35:15
Ambler
3:14
amending
27:15
Amusement
89:15
Angeles
3:4
answer
7:11 19:21 29:11
    31:1,2,4 41:3,6
    41:13,18 43:14
    50:5 59:12
    64:13 67:5 87:7
    91:17 103:17,23
    107:14 124:9
answered
14:13 30:18
answers
44:14,15 59:9
    124:15
Antonio
32:3
anybody
56:24 57:7 75:3,8

80:14,22 86:6
    90:4,9 101:19
    122:13
apart
77:23
Appeals
42:6,20
appear
18:6,10 55:6 56:9
    104:21 107:5
    109:13 113:12
APPEARANCES
3:1
appeared
124:7
appearing
5:5,9
appears
19:7
applicable
15:1,5
application
14:10
applications
79:2
applies
43:13
apply
36:20 37:10
appointments
22:4
apprehend
16:9
apprehended
17:20 23:12 62:9
    64:22 65:19
    66:5 80:8 89:6
    122:2,6
apprehending
69:2,5
apprehension
16:20 61:17
    62:11,12,18,23
    63:22 66:8 67:2
    67:10,19 69:15
    69:24
apprehensions
80:4
approach
79:14

appropriate
91:6
approval
113:20
Approve
118:1
approved
112:6 114:3,4
    117:18,20,24
    120:4 124:18
approximate
33:20 38:21
    63:21 118:12,13
    118:15
approximately
8:15 33:15,22
    34:10 37:25
    38:2,3,5,8,15
    41:10 92:12
    117:19 119:15
    120:3
area
35:7,10,14,15,16
    48:3 63:21
    115:7,10
areas
32:21,25 33:8
    47:18 49:19,21
    50:2
arrange
51:15
arranged
52:2
arrest
65:21
arrested
22:9,19 26:21
arresting
32:3
arrests
63:3
arrival
37:4
arrive
82:1,2
arts
93:2,7
Aside
30:2
asked

14:12 20:10
92:19 105:14
119:14 120:23
**asking**
22:21 23:2 29:9
30:20,22 44:12
49:11 53:19
66:7,20 73:16
79:18 91:15
92:6,20 95:5
98:18,19 102:9
103:22 115:13
118:2,14,18
120:18 122:9
**aspect**
87:2
**aspects**
59:11 87:7
**assess**
9:12 86:19
**assigned**
9:1,5 10:20 63:11
74:7
**assist**
117:16
**assistant**
8:12 72:21 73:1
114:20 116:23
**assisting**
10:13
**associated**
113:3
**assume**
34:15 110:9
**asylum**
16:24 76:14
82:23
**athletic**
95:14,16,20
**attach**
27:2
**attached**
27:16
**attempt**
56:11
**attempted**
42:2,10,16,24
**attend**
20:5 51:21
**attended**

87:23
**attention**
54:24
**attorney**
2:7 45:19 88:10
101:2,6,18
110:12
**attorneys**
28:24 29:3,19,24
30:3,13 31:2,7
45:19 47:21
101:12 124:11
**August**
6:20 7:17 14:22
39:7,13
**authored**
107:4
**authorization**
21:11,20 22:1,8
22:17 25:2,6,11
25:16 26:20
27:1
**authorize**
113:19
**authorized**
20:8,19 21:12
107:12
**authorizing**
21:22
**availability**
95:13,14
**available**
58:21 95:17 96:9
96:17,22
**average**
41:14 84:21 86:7
**avoid**
64:11
**aware**
7:6,12,25 8:2,6
13:23 14:2,15
14:17,23,25
23:18 25:4 29:4
31:7 33:9 37:8
40:4 49:23
53:20,23 54:5
54:11,23 55:12
55:14,22 56:3
56:17 75:18,19
75:20 76:11

85:17 95:24
97:23 100:21

──── **B** ────

**B**
3:7 26:18
**back**
43:18,21 44:5
51:2 55:15 62:5
64:4 73:24
79:14
**based**
15:1 38:18 39:14
40:17 62:9
106:22 107:20
112:16
**basically**
13:4 17:5 58:13
67:15 68:12
**basis**
20:1 52:4 84:23
89:21,21 90:6
93:7 97:9
106:11,20 123:1
**basketball**
96:1
**bed**
12:4
**bedroom**
40:21
**beds**
12:6
**beginning**
20:10
**begins**
37:4
**believe**
8:17 12:5 13:6
25:9 29:3 30:19
45:16 46:10
50:10 52:21
62:23 74:12,22
78:6 91:4 93:22
94:1 105:15
118:22
**believed**
120:7
**believes**
119:9
**belongs**

61:25
**Ben**
3:8
**Berks**
6:25 7:7 8:11,15
9:1,5,5 10:20
12:13,18 20:1,8
20:20 21:7
23:19 24:22
26:9 28:14 29:3
29:6,15 30:5,8
30:15,23,25
31:10,19,22
32:17 33:8,11
33:13,17 34:2
35:7,21 36:1,7
37:9,20 38:1,9
38:16 39:25
40:8 41:20 42:4
42:18 43:3,25
53:14 62:9
65:22 66:7,9,15
66:18,19,22
68:23 70:11,11
73:13,15,20
74:3,17 79:10
79:16,25 80:7,8
80:13 81:17,20
81:24,25 82:1,3
82:17 89:10,22
90:7,15 95:1
97:3 103:1
115:16 116:15
120:6
**best**
12:10 31:1 33:23
36:18 38:11,17
55:25 56:14
76:22 112:14
**better**
77:7,14
**bicycles**
94:25 95:1,9,10
95:12
**birth**
63:14,19 67:16
**Board**
42:5,19
**bodies**
54:8

**body**
54:10
**bond**
43:5
**book**
26:24
**booklet**
54:6
**border**
17:20 63:21
88:18,19
**bordering**
64:7
**borders**
88:13
**Boulevard**
3:3
**Box**
3:8
**break**
43:15 85:9
**Bridget**
3:12 5:5
**brief**
34:21 43:20
85:13 94:10
**briefly**
9:24 31:9 36:17
67:19 113:5
**bring**
45:20,23 51:25
54:24
**brochure**
94:17
**brought**
65:21,22 108:12
**Buffalo**
88:23
**building**
35:8
**bullet**
113:6

──── **C** ────

**C**
60:19
**cafeteria**
45:12 49:13
**California**
2:1 3:4

call
10:16 36:5 43:18
    48:7 72:24
called
5:1 27:25 58:14
    72:25 76:22
calling
99:13
calls
26:14 47:7,11,19
    48:4,4 68:11,12
Cambria
3:12 5:5
capacity
12:4
captured
84:13
card
45:14 48:5
case
2:5 5:7,8,10,10
    6:20 7:24 14:15
    14:17 23:2,18
    25:15 35:5
    39:23 41:13,24
    44:8 45:7,9
    52:14 58:8,10
    58:13 65:7 66:3
    68:1,5,7,15 76:1
    86:5 87:20
    99:19 103:17,18
    113:3,20 114:2
cases
8:13 9:4,12 10:3
    10:6 41:18
    42:23 44:1,6,7,9
    44:9 68:22,23
    74:17 75:21
    85:24 87:3
    103:11 104:17
    104:25 105:7
    106:16,17
    107:22 111:21
    111:22 115:16
    116:15,15,16,16
    116:17 117:7,17
    118:23 120:3
    121:7
CBP
23:12 63:1,1,2

64:22 88:18,20
CCD
61:8,13
cell
45:24
center
3:1,3 6:25 10:4
    12:9 21:3,10,20
    23:15,17,24
    25:5,15 26:4,24
    27:1 32:11,12
    32:23 35:19
    39:19 47:9
    49:14 51:8,15
    51:24 53:18
    93:15 94:10,24
    96:5,13 103:3
    118:21 121:3
centers
89:1
CENTRAL
2:1
Centric
61:4,6
certain
10:9 17:23 58:25
    59:11 65:4
Certainly
9:9 37:3
certify
124:6,13
cetera
49:22
chain
117:5
change
50:9 73:19,20
    125:14 126:1
changed
54:18,22 55:23
    57:1,8,10
changes
54:23 55:2,12
    56:3 123:9
chaplain
51:14
characterization
15:13
charge
8:10

check
63:25,25 64:3,23
    64:24 65:6,23
    66:25
checks
59:1 60:2 61:1
child
20:2,19 24:14
    25:10 32:17
    37:20 38:1
    39:24 40:7 50:2
    50:16,20 120:6
children
21:2 25:16 31:19
    32:22 33:1,8
    38:8,15 40:9,21
    42:3,17 43:2
    50:12 56:23,25
    80:15 89:10,17
    89:22 90:7,14
    93:8,19 95:17
    96:6,18 121:22
    121:24 122:2,4
    122:6,8
children's
95:1
choose
26:16,16
circuit
51:9
circumstance
24:4,16 46:2,3
    53:25
circumstances
16:22 18:12,15
    19:13,14,19
    25:14 52:13
    67:15,19 98:16
CIS
10:13 72:1,8,10
    72:22 73:4 74:5
    74:7 75:2,4,7
    76:4 77:7,14,18
    82:12 86:5
citizenship
63:18 67:16
city
125:8
claim
80:14 91:5

clarify
73:12 84:19
    100:8 119:25
class
7:23 8:1 20:7,7
    20:11,13 93:14
    93:17
classes
90:21 92:2,8,22
    93:6
clear
109:9
clients
45:21,25
close
45:15 65:19
come
22:2 32:2,12
    51:16 52:2
    74:17 99:12,14
    100:17 101:23
    102:21 113:20
comes
64:4
comment
56:19
commercial
93:23
Commission
124:6
commit
56:12
common
32:21,25 33:8
COMMONWE...
124:2
communicate
72:23 73:3 74:5,6
    74:7 77:11
communicated
98:20
communication
73:8 75:7
community
107:7 113:13
company
40:22
compelling
16:22 19:12,18
complete

77:21 113:2
comply
37:11
comprehensive
87:11 99:3 100:2
computer-aided
124:20
concerns
40:18 64:19
concluded
123:16
concludes
123:14
Concord
2:14
condition
18:18,18
conditions
18:21 53:8 90:24
    91:15
conduct
80:24 95:25
conducted
82:4 87:11 97:4
    100:3
conducting
91:3,23 97:8,19
    99:3
conducts
76:14
confidential
44:21
confused
120:20
conjunction
14:18,22 15:3
    98:15
connection
13:1
consequences
52:11,12,15,17
    56:22
consider
15:15,18 97:19
    97:20 99:2
    107:3 110:2,5
consideration
19:15 20:4 98:2
    98:15 107:1,9
    110:7 121:12

considerations
98:6 109:1
considered
22:18 25:12,23
25:25 26:21
33:7 56:10,13
86:19 105:5,12
108:3 110:18
111:6,7,8,17,23
112:15
considering
33:9
Consolidated
61:9,13
conspiring
56:12
constituted
20:11
Constitutional
3:1,3
consult
28:23 29:18,24
30:3,13 54:15
60:23 88:9
89:13 101:1,17
103:24 104:4
consulted
48:15 49:12
57:25 103:13,15
103:20 104:2,3
consulting
101:5,11 103:24
contact
47:17 72:22
contain
68:8,19
contained
68:6
contains
36:10 59:2 76:16
76:17 113:1,2
context
22:12 58:3
continued
56:15
continuing
30:7
contraband
54:1
contract

36:2,4,10
contractor
35:21
control
32:10
controversial
66:14
convenience
10:16
convictions
17:19
cooking
93:2,6,13,16
copied
74:24 75:1
copies
123:3
copy
75:15 110:16
113:2 123:10,12
correct
8:24 22:10 27:5
28:1 35:8,10
41:5 47:13,14
50:13,13 62:17
68:13 73:4,5,13
76:20 77:19
78:3 81:7 82:24
83:20 89:1
102:25 103:6
104:24 106:6,7
108:19 110:10
110:15,16,22
111:23 112:2
114:24 117:2,14
119:21 123:11
corrections
123:7
corrective
56:22
correspondence
75:1
corresponding
77:14
counsel
5:9 123:5,9
counselor
35:18 61:9,13
counselors
24:22 36:6 48:8

counted
77:24
country
63:16,18,18
69:15 70:13
county
2:13 22:4,4 29:3
31:15 47:25
48:8 49:16
67:16 89:13
124:1
couple
32:19 44:12
89:14
course
65:7 85:10
court
2:1 41:21 42:7,20
124:5,17,25
courts
41:9
cover
50:20
covered
44:16,20 59:23
115:10
crafts
93:2
credible
10:12 15:22,24
81:15 82:22
83:1
criminal
17:19 68:18
109:18
criteria
16:4 86:11,18,23
current
31:10 51:19 53:9
53:11 91:1
currently
12:6,8,12 28:14
29:15 30:5,9,16
30:21,23 31:18
31:20 35:11
36:14,16 37:19
66:22 115:24
116:13 121:3
custody
9:13 19:3,5 21:9

21:19 23:9,15
27:19 35:4
38:19 55:20
61:19 66:1
79:10,11,13,16
79:19 80:2,14
80:18,22,22
82:2,5 83:22,24
84:3 102:18
117:24 118:8
custom
88:13
customs
88:18,19
CV
2:5

_____
D
_____

daily
84:22
dangerous
54:1
data
64:19 71:1,2,6
84:22 85:1 92:3
database
61:9,14,20 75:5
databases
57:22 58:18,20
58:23,25 59:4,8
59:11,16,19,22
60:23,25 61:15
104:10,14
date
2:12 21:1 61:16
61:17,18,19
62:11,12 63:13
67:9,16 71:19
71:20 75:9,10
75:23 76:3,16
78:4 83:13,21
84:6,9 125:7
126:18
dates
13:11 32:18
78:22 83:15
84:1
day
11:14,19,20
49:21 65:11,11

124:23
days
41:15 123:2
daytime
32:21
deal
53:4
dealt
53:4
decide
115:16
decides
83:4,5
decision
16:9 22:5 25:17
61:18 77:23
78:7 80:13,18
82:7,18 112:1
113:24 114:2,7
116:25 117:9
119:14 121:14
decisions
79:3 103:25
104:4 112:16
119:16
declaration
4:9 9:11,16 13:13
13:20 15:7,10
15:13 21:8
22:16,22,25
23:16 25:9,22
27:3,16 36:13
43:2 45:11 48:9
48:11 57:12
86:2 103:7,23
104:3,8,19
105:6,12 106:12
109:8 118:7
declarations
5:7
declare
125:5
Defendants
2:8 3:11
defense
123:5
define
20:13 82:9
101:18
defined

55:18 100:22,23
101:9
definitely
6:15 58:7
definition
102:6,7,8
Delaware
116:10
Delhi
33:13,16
demonstrate
18:11
demonstrates
16:23
denial
105:24 106:5,10
denied
82:1 105:19
106:9 112:6,11
denominations
51:16,25
Department
16:1
departure
21:23
departures
21:12
depend
69:10
depending
16:19
depends
49:3 68:17 70:5
deponent
123:6
deponents
123:5
deportable
69:22
deportation
31:13 41:9,11
42:5
depose
5:13
deposition
4:7 5:6,17 23:4
123:15,16
124:12,14
deputy
83:10 114:10

115:20,23
116:12,24 117:8
117:18 120:4
describe
39:13
described
67:20
describes
54:7 56:22
description
67:23
designated
72:21
detail
112:23
details
26:25
detain
16:9
detained
32:1,17 37:20
42:3 43:3 66:25
89:10,22 90:7
90:14 91:6
121:22,24 122:1
122:6
detainee
23:19 24:7,25
40:23 44:22
48:10 78:22
82:17 110:20
detainees
12:12,18 13:15
26:9 27:7 28:3,5
28:11 33:11,12
35:15 36:7
40:22 46:6 47:6
51:13 52:19,25
53:14 54:6
55:16 58:21
62:8,9 103:1
121:20
detainee's
60:24
detention
13:6 16:21 18:3
31:12 37:20
67:2 84:21 89:1
89:7 104:20
106:23 107:14

108:22 109:3
110:2 113:17
116:19 118:25
119:9 120:7
determination
28:19 61:19
79:10,11 80:15
80:23 81:16
82:2,12,22 83:2
83:13,22,25
84:4 101:2
114:3,5 119:10
determinations
79:17,19,20 80:3
determine
19:2 42:2,10,16
42:23,24 47:2
53:2 65:6 88:10
determined
19:25 74:14
104:18
DHS
15:20 16:1,2
Diana
124:4,16,24
dictate
32:1
different
6:14 9:21 11:3
19:13 21:2 22:3
25:15 35:5
41:24 46:3 49:9
50:14 52:14
65:8 68:1,7,16
69:20 70:6
72:16 80:11
84:3,11 85:24
87:7,19 98:1
112:22 115:2
119:23
differently
72:18 79:15
difficult
37:24
direct
29:11 59:12
directed
91:23
direction
98:10 124:20

directions
99:8
directive
15:21
directly
14:4 72:7 74:5,9
80:8 90:9
director
8:13 83:11,11
114:10,11,13,21
114:22 115:16
115:21,23,25
116:7,8,23,24
117:1,9,17,18
120:5,5
disciplinary
27:20 52:17
disclose
61:22
discovery
53:9,11 90:25
91:3,21,24
discretion
13:14 106:13
discuss
60:8
discussed
36:21 102:4
108:3
discussing
9:15 84:12,25
85:25 118:6
119:8
Discussion
60:13 62:4
122:19,22
distributed
12:12,17 97:8
distributing
13:9
distribution
52:20,25
DISTRICT
2:1,1
divide
80:11
document
55:6 76:15 98:9
documentation
57:13,16

documented
67:12 69:16 70:2
70:4
documents
10:11 49:1,6
104:4
doing
86:17 88:22
doors
45:12,15 49:15
duly
5:1 124:8,14
D.C
3:9

E

EAGLE
62:22,24,25 63:7
64:5
earlier
28:2
early
121:17
EARM
62:13,14,20 70:2
70:23 71:1,6,12
71:21 75:12
76:5 78:5,9,21
79:4,7 83:17
84:1,8,15 104:5
104:5,9,11,12
104:16 105:18
105:19,23 106:2
106:6 108:8,13
108:16 112:5
earmarks
64:17
effect
41:11,22
efficiently
10:25 11:17
either
6:6 16:24 32:3
42:5 52:24 58:5
71:18,21 76:5,7
78:9,13,14 84:8
84:15 97:16
102:11 110:19
114:10 121:9
electronic

58:8,9,11
**Eleven**
8:20
**eligible**
16:23 17:9 18:2
  18:10 107:6
113:12,12
**emergencies**
117:16
**emergency**
13:16 14:9 15:8
  19:8 40:8,13
  104:22 105:21
  106:15 107:25
  109:22 118:25
  119:11 120:8
**emergent**
53:25
**employee**
27:19 55:20
**encountered**
11:25 53:5
  111:12
**enforcement**
13:17 14:9 15:8
  15:20 16:2,5,12
  16:14 39:25
  58:12,15,22
  59:3,7,10,18,23
  60:1,18 62:14
  64:7,9 72:20,25
  104:23 105:22
  106:16 108:1
  109:23 117:17
  119:2,12 120:9
**ensure**
86:4
**ensuring**
36:6
**enter**
17:21 40:21
  45:17 70:22
**entered**
78:5,23
**entirely**
81:12
**entries**
88:24
**entry**
17:21 107:7

108:13 113:11
**EOIR**
46:15
**ER**
44:5,9
**ERA**
72:25 73:3,3
**ERM**
58:13
**ERO**
37:4 86:4
**errata**
123:13 125:2
  126:1
**ERs**
45:7
**escape**
27:25 56:10
**Esquire**
2:10 3:2,7,12,12
  3:13,14
**essentially**
9:21
**estimate**
6:1,2 33:23,24
  38:11,18
**et**
2:5,8 49:22
**events**
78:22
**everybody**
65:5 66:14
**exact**
37:23 38:17
**exactly**
26:15 37:22
  48:15 58:10
  118:8
**EXAMINATION**
5:19
**examined**
5:2
**example**
15:20 20:6 24:10
  48:14 49:13
  52:1 70:9
  111:10
**examples**
19:18 44:25
  86:14

**exception**
43:9
**exceptional**
16:21 18:11,14
  19:13,18
**exceptions**
104:22 105:8
  106:18 125:12
**Executive**
46:10,24
**exhibit**
4:8 22:23,25 23:4
  27:2,13,13
**exhibits**
4:6 27:5,11,16
**expectations**
12:1
**expected**
103:1,3
**expedite**
68:24
**expedited**
13:15 43:4,24
  45:2 106:13
  123:1
**experience**
33:16 41:20
  62:10 66:10,24
**explain**
9:7 23:10 24:5
  44:1 65:3 69:13
  70:8
**explaining**
37:9
**express**
69:14 70:5
**expressed**
69:11,23 72:2
  81:15 86:4
**expresses**
69:7 71:11
**expressing**
71:7
**extent**
5:8 29:9 44:20
  53:8 59:8 90:24
  91:20
**extracted**
84:22
**e-mail**

72:4 74:11,12,22
  74:23,25 75:1
  75:15 94:13,14
  99:12 100:18
**e-mails**
74:24

_____

**F**

**FABIAN**
3:7 5:3,14,16
  7:10,19 9:6,17
  10:1,21 11:7,23
  12:14,20 14:1
  14:12,16,24
  15:12 17:4,11
  18:4,8 19:11
  20:9,24 21:14
  21:25 22:11,21
  23:1,5,22 24:9
  24:19 25:3
  26:13 27:10,15
  28:16 29:8,22
  30:10,17,25
  31:24 32:9
  33:18 34:3,17
  35:2,22 36:8,23
  37:14 38:4 39:1
  39:8,17 40:1,15
  41:16,23 42:8
  42:12,21 43:11
  43:15,18,21
  44:2,10,23 45:3
  50:24 52:5 53:6
  54:12,25 56:2
  56:16 57:2 59:6
  59:18,21 60:7
  60:14 61:25
  62:5 64:6,16
  65:1,13 66:6,17
  67:3,5,25 68:14
  68:25 69:9 71:3
  71:9 72:11
  73:12,16,23
  76:6,24 77:5,12
  78:10,24 79:5
  80:9,17 81:1,8
  81:11,17,19
  82:9,19 84:16
  85:4,8,14,21
  86:8,21 87:5,16

88:1,8 89:2
  90:23 91:8,12
  92:5,18 93:5,21
  95:2 97:6,22
  98:12,25 99:5
  99:10,21 100:6
  100:15,25
  102:13,19
  103:22 105:13
  105:25 107:16
  109:4 110:4,23
  111:9,19,24
  112:3,18,25
  113:8,21 114:8
  114:15 115:5,11
  115:17 117:3,22
  117:25 119:4,22
  120:10,17 122:9
  122:18,23
  123:12
**face**
52:11
**facilities**
13:6 91:6 115:2
  116:3
**facility**
20:20,21 23:20
  24:8,11 25:1,11
  26:10,12 27:19
  27:20 28:6,12
  28:15 38:18
  45:20,24 51:21
  52:9,24 53:8,15
  55:16,19,20
  73:14,17 91:11
  100:22 101:14
  102:7 116:21
  122:10
**fact**
25:14 30:2 84:14
**factor**
20:4 97:25 105:1
  113:10 121:8,14
**factors**
9:3 18:19 19:14
  68:18 98:2,10
  98:14,19,20
  99:2 105:1,4,11
  106:24,25 107:3
  107:8,13 108:3

108:12,14
109:24 110:3,7
110:17 111:5,13
112:15,16 113:6
113:7,11 119:24
121:8,13,15
**facts**
52:13
**failed**
105:7 106:17
**fair**
11:11 25:8,13
70:25 78:15,16
87:1 111:8,16
111:18
**fairly**
67:23
**fall**
17:23 104:21
**falls**
16:19 17:17 18:1
88:23
**familiar**
37:15 39:3,10
53:17 54:3,14
68:23
**familiarized**
34:15
**families**
10:3 15:1 23:13
32:11 40:3 41:8
50:23 51:1,5,8
66:18 113:13
**family**
6:25 8:13 18:18
23:14 25:19
51:20 52:9 53:1
57:24 65:20
80:12,16 89:1,6
94:5,6 107:6
109:16
**family's**
36:17 37:5 41:13
**far**
6:14 18:20 90:24
91:19 95:15,16
96:1 119:21
**faster**
11:17
**father**

32:17
**fathers**
31:18,20,23,25
32:1,8,12,13,14
32:19,20 33:7
122:5,5,8
**fear**
10:12 15:22,25
61:17 69:7,11
69:14 70:6,13
71:7,11,20 72:2
74:3 76:15
80:14 81:16
82:11,12,22
83:1,13 86:4
114:3,4 119:10
**federal**
13:8 41:21 42:7
42:20
**feel**
28:18 36:14
48:19
**fence**
35:13
**fenced**
35:11
**field**
8:12 22:3 83:10
83:11 89:11,17
89:22 90:6,14
90:22 92:3,17
114:10,11,13,20
114:22 115:10
115:12,15,21,23
115:25 116:6,7
116:23,24 117:1
117:8,18 120:4
120:5
**file**
44:12,17 57:22
58:3,7 67:11,13
69:8,16,17 70:1
70:3,15,18 71:8
71:12,21 75:12
75:13,14,16
76:5,19 78:2,9
83:18 84:9,15
108:11 110:10
110:15,19,21
111:3,7 112:23

112:24 113:1
**filed**
108:5
**files**
36:17 37:5 71:2
104:5,6,8
105:10,15,16
108:2 109:14
**final**
10:10 17:22 43:4
43:23 44:5 45:2
61:12 86:3
**finally**
96:8
**find**
27:9
**fine**
22:24 27:14
43:16 91:18
**fingerprint**
63:25 64:3,23,24
65:6,23 66:25
**first**
66:4,17 67:1 74:2
81:10 103:18
124:7
**fitness**
90:21 92:2,8,21
92:22
**five**
88:14
**floor**
103:2,4,5
**Flores**
2:5 6:8,16,20 7:9
7:14,24 8:3
12:11,19 13:1
13:24 14:5,11
14:19 20:7
36:20 37:11
38:24 43:10,13
64:10 65:4 88:6
88:11 99:19
100:23,24
101:10,16 102:9
102:16,23
**folks**
105:24
**follow**
39:19

**following**
43:24 125:12
**follows**
5:2
**food**
34:6,16
**foregoing**
124:12 125:6
**Forget**
120:25
**forgetting**
67:17
**forgot**
62:21
**form**
7:10,19 9:6,17
10:1,21 11:7,23
12:14,20 14:1
14:12,16,24
15:12 16:23
17:4,10,11 18:4
18:8 19:11 20:9
20:24 21:14
22:11 23:22
24:9,19 25:3
26:13 28:16
29:8,22 30:10
30:17 31:24
32:9 33:18
34:17 35:2,22
36:8,23 37:14
38:4 39:1,8,17
40:1,15 41:16
41:23 42:8,12
42:21 43:11
44:2 45:3 46:7,9
47:1 50:24
54:12,25 56:2
56:16 57:2
67:25 68:4,10
68:11,12,14,25
69:9,18 70:12
71:3,9 72:11
73:23 76:6,24
77:5,12,15,17
77:18 78:10,24
79:5 80:9,17
81:1,8,11 84:16
85:4,21 86:8,21
87:5,16 88:1,8

89:2 90:23 92:5
92:18 93:5,21
95:2 97:6,22
98:12,25 99:5
99:10,21 100:6
100:15 102:13
102:19 105:13
105:25 107:6,16
109:4 110:4,23
111:9,19,24
112:3,18,25
113:8,13,21
114:8,15 115:5
115:11,17 117:3
117:22,25 119:4
119:22 120:10
120:17
**formal**
87:23
**format**
94:16
**former**
88:16
**forms**
10:9,13 16:24
69:20 70:7,10
**forth**
124:11 125:12
**forwards**
72:10
**found**
15:22
**foundation**
15:12 17:11 20:9
21:14 26:13
32:9 34:3,17
36:8 40:1 41:23
43:11 44:3 45:3
56:2 67:25
68:25 76:25
77:5,12 86:8,21
88:8 100:6,25
102:19
**four**
9:21 50:22 51:1
**Franklin**
3:8
**free**
28:5 36:14 46:5
47:7,8,11,19

48:3,4,4,7,19
102:25 103:5
**freely**
49:19
**frequency**
92:11 93:9 96:2
96:10,20
**frequent**
97:8
**Friday**
27:11
**friends**
20:22
**fugitive**
17:1 22:18 25:12
25:23,25 26:21
**full**
62:22
**full-time**
51:14
**function**
38:18
**functions**
10:15
**further**
91:20 122:20
124:13

_____ **G** _____
**gathering**
116:20
**Gee**
6:20
**Gee's**
7:17 14:22 39:6
39:12,21
**general**
2:7 9:15,18 16:10
16:11 58:4
66:16 72:12,16
72:17 78:21
94:9 99:24
102:22 103:21
**generally**
19:3 62:17 64:21
64:23,25 67:1
68:9 77:10 79:4
**geographic**
115:1,6,9
**geography**

116:3
**Geraldine**
3:13
**give**
22:22 24:10
36:24 38:20
40:2 41:1 49:13
60:15 70:9 85:1
86:14 94:11
103:23 117:9
118:11,13
**given**
26:24 54:6 64:16
66:21 97:9
101:19 105:23
125:10
**gives**
44:15
**go**
5:18 6:2 10:8
15:13 20:22
21:2 24:13,13
24:13 44:23
60:7,11,14 62:1
62:5 72:8,9 73:9
73:24 79:22
85:12 91:7
107:14 113:6,22
116:22 122:16
**goals**
12:1
**goes**
111:11
**going**
5:4 10:12 11:15
23:14 26:15
29:8,9,10 30:17
34:9 52:14 53:6
55:15 59:6,11
64:12 71:15
91:16 111:1,17
111:18
**good**
20:15 47:19 98:6
**govern**
35:4
**governed**
44:16
**government**
102:18 113:18

123:8
**grade**
93:19,23
**grounds**
20:8 21:11,20,23
27:18 29:12
55:19
**group**
119:8
**guess**
5:11 6:3 91:8
118:12,18,19
123:4
**guessing**
90:18 118:15
**guidance**
6:7,9,13,19,21
7:1,8,13 43:7
76:10 98:23
100:4,7,10,17
101:22 102:10
**guidelines**
15:2
**guides**
87:19

_____ **H** _____
**habeas**
51:5,9
**hand**
27:10 75:6,7
124:23
**handbook**
4:9 26:24 27:3,4
27:8,18 40:23
41:3,6 49:24,25
50:5,11 52:10
52:16,22 54:13
54:16,19,20,24
55:4,11,12 56:4
56:21 57:20
**handed**
23:5
**handful**
118:19,23 119:20
121:4,9
**hands**
54:9
**happen**
74:11,11 75:21

**happened**
23:21 26:1
**happens**
74:10,12 75:21
**head**
36:17 37:7,21
61:11 70:20
77:2 89:12
90:18 107:18
120:12 121:6,12
122:7
**headquarters**
25:18
**hearing**
20:6
**hearings**
43:5
**held**
37:25 38:9,15
42:17 60:13
62:4 91:11
122:19,22
**Hello**
52:6
**helpful**
23:3 64:17
**helps**
51:15
**hereunto**
124:22
**he'll**
123:6
**high**
64:16
**history**
68:17,18 109:18
111:12
**hold**
31:11 62:3 85:11
**home**
69:15
**Homeland**
16:1
**honest**
38:13 60:20
62:19 73:25
81:22 94:15
**honestly**
15:3 44:4 55:8
74:16 116:14

**hour**
66:4
**hours**
67:1 103:1,5
**housed**
13:5 23:14 32:11
**household**
36:18 37:8
**housing**
49:21
**Human**
3:1,3
**hunger**
34:1
**hypothesize**
52:14

_____ **I** _____
**ICE**
3:15 6:14 7:7
8:11,14,23,25
9:4,12,25 10:19
13:14 15:21
16:20 21:9,19
22:2,9 23:9,13
25:18,18 26:22
32:4 33:6,9
35:21 36:16
37:9 46:12 47:4
47:5 50:22
52:24 62:10
63:1,2,3 64:22
65:15 67:3,4
70:10 72:6,7,8,9
72:10 74:4,4,6,8
79:16 97:2,18
108:21 119:8
120:6
**ICE's**
86:15 107:14
**idea**
32:7 90:13,17
93:18 96:3 98:6
101:9,15
**identified**
107:21
**identify**
39:23 99:7
**IG**
45:7

immigration
3:7 42:6,6,19,19
  43:6 46:11,25
  68:17 88:15,16
  111:11
impossible
37:24
INA
106:21 107:2,4
  107:21 113:10
inappropriately
13:7
incident
20:23
include
27:13 49:21 54:9
  61:16,20 63:7
  63:10,13,16,20
  63:24 87:14
  112:12
included
46:5 111:3
includes
44:21
including
8:20 21:1 27:16
  54:8
incoming
52:19,23
independently
76:4
INDEX
4:1,6
indicate
28:5 43:2 108:2
  109:14 111:7
indicates
52:11
indication
110:18
individual
58:21 103:11
individuals
66:21 81:20
  103:25
ineligible
43:5
inform
123:9
information

38:20 44:22 51:2
  59:2 60:10
  61:16 63:5,6
  64:5 68:8,20
  77:10 78:1
  91:20 92:15
  94:2,8 106:2
  108:11 116:20
informed
26:19,22
initial
65:9,21 66:13,16
  80:22
initially
66:12,19
insofar
21:18
inspections
23:12
inspector
88:16,19
instance
14:7 51:20 58:25
instances
78:17
instruction
6:7,10 7:8 28:3
  43:8 75:18
  76:10 87:13
  96:9 97:17
  100:1 102:3,10
instructions
6:19,22 36:19,19
  37:9,13 98:9,23
  99:8,14 101:20
  102:1
intend
5:8
interview
36:17 37:7 61:18
  76:3,15 77:20
  82:11
interviewing
45:21,24
intimate
39:15
intimately
39:3,9
introduce
22:25

invoke
59:7
involve
52:12 87:25 88:7
involved
6:24 7:3 26:3,5,7
  28:24 29:1 51:7
  51:24 53:16
  54:4 81:3 83:7
  94:24 117:1
involvement
7:2
involves
87:6
involving
116:17
in-person
97:3,12
issue
69:3 91:9,13,14
  91:15
issued
6:20 42:18 69:1
  98:23 112:11
issues
97:18 102:3,5
items
61:20
I-213
67:14,24

_____

_____ J _____

jail
63:3
January
31:17
Jaqueline
3:12 5:7
Jehovah's
52:1
JENNY
2:5
JFRMU
94:2
Johnson
16:3
Joshua
4:3 5:1
judge
6:20 7:17 13:8

14:22 39:6,12
  39:21 42:6,19
  53:10 91:21
judges
43:6
July
13:12
jurisdiction
114:14 115:1
juvenile
25:19 94:5,6
juveniles
12:25 13:4

_____ K _____

K
3:13
Karnes
33:13,17
keep
18:25 50:16
key
45:17
kids
91:5
kind
45:14 113:20
Kline
3:12 5:5
Knoebel's
89:15
know
5:24 6:15 7:9,23
  8:4,8 14:3 15:21
  17:16 20:12,25
  26:6 29:14,20
  29:20 30:4,5,6,6
  30:8,15,23
  31:21 32:18
  33:8,19 34:18
  34:25 35:17
  37:13,17,21,24
  38:10,13,22
  39:4 41:4 43:13
  44:13 45:15
  46:4,18,22
  50:25 51:5,5,10
  51:24 52:16
  54:19,20,20,22
  55:8 56:5,18,19

57:3,4 61:21
  62:22 67:5 69:3
  71:25 72:16,17
  73:8,10 75:1,22
  75:25 76:16
  77:1 81:21
  82:19 83:15,25
  84:14,20 85:7
  86:9,22 87:19
  87:20 88:2
  89:12,14,15,19
  90:9 91:12
  92:21,24 93:9
  93:15,16 95:3,4
  95:6,22,25
  96:10,14,16,17
  96:19,21,23,23
  96:24 97:5,10
  97:14,24 98:1
  98:11 101:4
  102:1 106:1,9
  116:15 118:9
  119:17 120:11
  122:3,7,15
knowledge
12:10 26:2 33:6
  36:18 46:13
  55:25 56:14
  84:13 92:11
  112:14
known
71:24
knows
31:5 65:14

_____ L _____

L
3:15 124:4,16,24
Lancaster
124:1,18
language
27:6
laptops
45:20
large
115:9
late
91:17
law
3:1,3 13:17 14:9

15:8 39:25 59:7
59:9,18,23 64:7
64:8 97:25
98:15 104:23
105:22 106:16
106:22 108:1
109:23 113:9
117:16 119:1,12
120:9
**lawyer**
47:12 48:2 61:23
110:21
**lawyers**
29:10,12,15 47:7
110:5
**learn**
94:12
**leave**
20:8,19,21 23:17
23:20 24:2,8,11
24:21 25:1,5
28:6,12 36:7
51:21 55:16
**leaving**
21:10,19 27:1,18
55:19
**left**
22:7,17 25:10,15
52:9
**legal**
31:1 46:5 47:8
48:3 91:13
**legitimate**
13:17 14:9 15:8
65:12 104:23
105:22 106:15
108:1 109:23
119:1,12 120:9
**length**
37:19 84:21
107:7 108:14,24
109:17 111:12
**letter**
110:11,19,25
111:6 112:7,11
112:24
**letters**
111:14 112:20
**let's**
11:4 16:11 37:23

37:24 64:4 74:4
74:19,20 79:9
80:12,15 85:12
90:19 103:18
**level**
16:20 114:10
**levels**
84:3
**Lewiston**
88:24
**library**
20:22 24:14
**license**
28:17 29:6,7 30:5
30:9,12,16,21
30:23,25
**licensed**
28:14 29:16,21
100:22,23 102:8
**limited**
13:14 106:12
**line**
64:11 125:14
126:1
**LISETTE**
2:5
**list**
28:10 46:5,15,22
47:4,7,12 48:2
59:8,22
**listed**
68:18,20 98:11
**listing**
90:6
**lists**
97:18
**litigation**
3:7 28:18,22,22
28:24 29:2,5,18
29:25 30:12,20
30:21 31:7
**little**
11:2 112:9
119:25
**local**
47:19,20 48:3
63:3
**located**
115:22,24 116:1
**locked**

45:13,18
**logged**
84:7
**long**
31:16 34:9 41:10
42:3,17 66:15
75:5 85:2 86:6
109:12
**longest**
37:20,22,25 42:3
42:17
**look**
19:20 28:8 36:14
41:12,18 42:22
44:5 45:4,6
48:17 49:25
50:10 51:2 53:1
57:11 58:17
103:16 104:7,10
**looked**
57:14,16 74:14
104:8
**looking**
19:23,24 37:3
43:1 44:8 45:8
54:15 55:6
57:21 58:2,7
104:14,16
**LORETTA**
2:7
**Los**
3:4
**lot**
111:13
**LYNCH**
2:7

———————
**M**

**mail**
52:19,23
**main**
59:1 113:10
**maintain**
106:12
**maintains**
13:14
**major**
55:17 56:10,12
56:13
**making**

10:9 13:19
119:14
**management**
25:18,19 58:13
87:20 94:5,6
100:18
**managing**
10:3,6
**mandatory**
104:20 106:23
107:14 108:22
109:3 110:1
113:10,17
116:18 118:24
119:9 120:7
**manner**
10:23 102:17
107:7 108:13
113:11
**manual**
54:6 55:10
**March**
6:25 13:23 21:13
21:23 23:19
24:5,17,25
31:10 39:24
40:6,13 51:18
94:24
**marked**
4:8 23:3,4,5
**materials**
12:11
**matter**
29:17 30:11,20
30:21 31:6
41:14,15 112:13
**matters**
84:20 90:25
102:11
**MBIVR**
124:17,24
**MBVIR**
124:4
**meal**
34:6 45:13,16,17
49:14,16
**meals**
34:5,12,24
**mean**
6:11 8:23 9:8

10:7 13:2 17:13
18:14 25:21
50:9 58:6 65:1
65:14 66:3,6
73:8 77:6 91:12
101:20 105:18
**meaning**
106:17
**means**
23:10 101:15
124:19
**measured**
86:6
**measures**
56:22
**medical**
13:16 14:9 15:7
18:17,18,21
19:8 22:4 40:8
40:11,13,18
104:22 105:21
106:15 107:25
109:22 117:16
118:25 119:11
120:8
**medium**
101:14 102:7
**meet**
12:1 13:16 52:2
105:7 106:14,17
**member**
18:19 20:7,7,11
20:13
**members**
7:24 8:1 52:24
109:16
**memo**
94:11 97:17
**memorandum**
16:18 19:21
**mention**
49:18 60:17
62:21 109:20
**mentioned**
13:14 15:9 17:3
18:20 22:3 59:5
85:3 105:5,6
108:17,25
121:16
**middle**

67:18
mind
43:17
Mine
114:20
ministers
52:2
minor
13:23 16:6 74:3
101:8 102:8
116:17
minors
14:2 16:8 102:18
minor's
116:18
minute
36:24 40:2 41:1
122:17
minutes
43:19
mistakes
111:22
misunderstandi...
109:3
modification
55:5
modified
55:5,23,24
Module
58:12,16,22 59:3
62:15
moment
74:20
Monday
2:12
month
92:13
monthly
84:23 89:21,25
90:6
months
38:6,9,16 41:10
41:15,22 43:25
45:1,6 46:18
50:22 51:11
90:16 92:13,23
93:13 98:24
99:9,15,20
103:19 117:15
117:19 119:7,15

120:2
mother
19:25 20:2,19
50:1 74:3
116:18 120:6
mothers
21:1 31:22 32:7
32:25 33:3,5
34:1,11 42:4,17
43:2 122:1,2,3
motion
53:10 91:1,9,14
move
49:19
movement
32:24 103:1,5
movies
24:13
multiple
49:14 98:2
121:13
music
96:8,15

—————

**N**

name
63:7,8 67:16 77:2
109:11 126:20
names
59:15
Napalitano
3:14
narrative
67:18
nation
17:2
Nationalization
88:17
nature
9:19 10:14 45:8
113:14
necessarily
11:13 51:9 71:4
113:23
necessary
13:17 104:23
106:15 108:1
need
23:17 28:7,23
29:18 30:13

36:9 42:22 50:4
53:1 88:9 101:1
101:17 103:14
103:16 120:8
needed
109:22
needs
101:8 102:8
negative
64:4 78:7
Netherton
124:4,17,24
Niagara
88:23
nine
8:17
normal
47:22
normally
73:2
Notary
124:4
note
110:9
noted
105:8 106:18
notes
111:6
notice
12:21,23,24
13:10,13 55:16
notification
72:5
notified
72:1,3
number
9:5 23:4 27:23,24
38:17,21 43:18
55:17 63:10
84:21 92:22,24
95:5 118:9,13
118:15 120:12
121:5
numerous
18:19 48:13
nutshell
114:14

—————

**O**

object

5:9 7:19 9:6,17
10:1,21 11:7,23
12:14,20 14:1
14:16,24 15:12
17:4,11 18:4,8
19:11 20:9,24
21:14 22:11
23:22 24:9,19
25:3 26:13
28:16 29:8,9,22
30:10,17 31:24
32:9 33:18 34:3
34:17 35:2,22
36:8,23 37:14
38:4 39:1,8,17
40:1,15 41:16
41:23 42:8,21
43:11 44:2 45:3
50:24 54:12,25
56:2,16 57:2
59:6,12 61:23
67:25 68:14,25
69:9 71:3,9
72:11 73:23
76:6 77:5,12
78:10,24 79:5
80:9,17 81:1,8
81:11 84:16
85:4,21 86:8,21
87:5,16 88:1,8
89:2 90:23,23
91:12,19,21
92:5,18 93:5,21
95:2 97:6,22
98:12,25 99:5
99:10,21 100:6
100:15,25
102:13,19
105:13,25
107:16 109:4
110:4,23 111:9
111:19,24 112:3
112:18,25 113:8
113:21 114:8,15
115:5,11,17
117:3,22,25
119:4,22 120:10
120:17
objection
5:4,16 7:10 14:12

42:12 53:7,12
76:24
objections
21:25
objective
14:10 15:8
106:16 108:1
119:2
objectives
13:18 104:23
105:22
obligations
36:5
observed
93:13,16
obtain
41:21
obtaining
10:10
obviously
106:17 118:12
occasionally
54:21
occasions
96:6,7
Occidental
3:3
occupied
12:7
occur
93:6
occurring
54:3
offense
27:21 55:17
56:10,12,13
offenses
26:25 52:18
offered
92:13,22
offhand
95:4 99:16
118:10
office
3:7,15 46:10,25
72:18 83:10,11
114:10,11,13,20
114:22 115:10
115:12,15,21,23
115:25 116:7,23

116:24 117:1,8
117:18 120:4,5
**officer**
11:4,8,16 31:13
62:10 70:22
72:6,7,9,9,10
73:6 76:14 77:7
83:9 88:20
116:6 117:5
**officers**
7:7 8:14,17,20
9:4,5,12,25
10:19,22 11:12
11:14,15,19
22:9 26:22 32:3
75:2 77:18
79:18,19 82:13
97:2
**offices**
8:11 72:23 73:2
77:22
**Official**
124:5,17,25
**off-site**
51:12,21
**okay**
5:11,15,25 6:3,4
6:17 7:16 8:2
10:15 11:2,11
11:18 16:25
19:22 20:15
26:1,8 30:2,8,15
31:9 37:6 38:14
53:19 59:20
61:7 63:5,20,24
64:15 66:2 67:9
68:22 69:13
70:22 72:6 74:2
74:10,13 77:22
78:1 80:6,21,25
81:5 82:6 83:21
85:8 87:22
90:11,19 91:4
93:1,12,18 96:3
99:18 100:21
101:4,13,25
105:3 106:4,22
107:20 108:7,9
110:14,17
111:16 112:22

118:11,16 119:7
120:2 121:7
123:14
**old**
71:2
**once**
41:17 70:6 77:13
77:20 80:21
83:6 84:8
**ones**
102:3
**ongoing**
18:3
**open**
13:5 32:23 45:14
45:18 49:14,15
**operates**
35:21
**operating**
98:9
**operation**
36:1
**operational**
97:17
**operations**
30:7 116:9
**opposed**
39:15
**oral**
90:1,2 94:12
124:10
**orally**
74:4
**order**
6:19 7:17 10:10
14:22 17:22
39:7,10,13,16
39:21 44:5,11
44:16,17,20
48:16 49:2 64:9
64:13 68:24
**ordered**
123:1
**orders**
43:24 45:2,7
**origin**
63:17
**original**
123:4
**ought**

110:18
**outdoor**
35:7
**outline**
52:16
**outside**
21:2 27:19 34:6
35:9,19 45:16
55:20 102:25
103:5 104:16
**overall**
91:10
**overview**
94:10

_____
**P**
**PA**
124:18
**packet**
77:25
**page**
27:17 28:4 54:5
54:11,16 55:17
56:21 125:14
126:1
**pages**
54:14 125:6
**paper**
71:2
**paragraph**
8:3,5,6,9 21:9
22:16 23:8 25:9
36:13,22,25
37:16 40:20
41:7,8 43:1
45:11 48:14,18
48:20,22 49:4
49:10 57:11,16
57:18,19 58:4
86:3 103:7
**paragraphs**
36:20 37:11
48:10,13
**parent**
25:10 50:16
**parents**
31:22 32:7 40:10
40:21,22 50:11
**Park**
89:15

**parole**
13:15,16 15:22
87:12 99:4,24
100:3,14 106:13
**part**
27:13 55:4 65:4
66:12 98:9
102:16
**participate**
52:3 89:10 92:21
**participation**
92:8
**particular**
44:22 53:20
57:10 69:18
72:8 77:2 93:8
94:16 97:24
106:9 107:6
**particularly**
7:3,13,25
**particulars**
77:15
**parties**
124:11
**parts**
28:2 39:6,12
**pass**
117:8
**passes**
82:6
**patdown**
54:8
**patrol**
63:21
**penalty**
125:5
**pending**
28:17,21 29:5,17
29:24 30:11
31:6
**Pennsylvania**
2:14 65:20 116:6
116:10 124:2
**people**
18:6 41:21 45:1
65:24 68:11
80:6 81:2,15,24
83:6 84:22
107:21 109:14
111:21 118:23

119:8 121:10
**percent**
33:22,25 45:9
116:14
**percentage**
33:15 47:20
75:20
**perform**
51:16
**period**
17:23 45:13 51:4
53:11 85:23
**periods**
34:7 45:16,17
49:16 84:12,13
84:25
**perjury**
125:5
**permissible**
53:3
**permission**
23:17 27:20
49:20 52:10
55:21
**permit**
19:6
**permitted**
23:20 45:20,23
47:6,10 51:20
61:21
**person**
19:7 22:7,9 53:20
61:4,17 64:4
67:20 69:7 71:7
71:19 72:2,24
78:8 81:6 82:6
97:10 100:18
108:20,21
113:18 114:6,14
114:25 115:19
115:20,22 116:2
116:4,25 121:9
**personal**
53:17
**personally**
7:6 124:6
**persons**
19:10
**person's**
63:7 67:11,16

69:8 71:8
116:22
pertains
99:19
Peter
2:10 3:2 5:3,18
30:18 52:5 64:6
81:13 122:23
Philadelphia
116:1,11
phone
47:7 48:5
phones
45:24 47:15,16
phonetic
33:13,17
physically
50:3,16
pick
49:8
piece
66:8
Pike
116:16
place
2:13 16:2 64:9,14
70:17 71:16
96:4 125:11
placed
13:7 75:15 76:18
77:17 78:2
placement
91:7
places
93:19
plaintiffs
2:5 3:6 123:9
plan
91:20
play
18:17
playing
96:7
please
5:24 9:7 37:1
42:14 48:20
84:19 92:15
100:8 103:8
109:5
point

20:15 27:6 48:20
49:25 68:24
72:21 91:8
100:4 113:6
policies
6:14 7:1 15:2,5
15:19,23 16:5
16:12 35:3
39:18 87:19
97:7 98:1,14
99:11,13,23
100:17 101:22
102:20 103:21
policy
19:17,20 54:18
54:21
population
81:12
populations
80:12
port
88:24
ports
17:21
posed
92:10
position
31:10,11,13,16
51:19
positive
17:1 82:12,18,22
83:1,12,13
119:10
possible
78:18,19 86:24
87:4 123:7
possibly
22:3 46:2,21
50:13 84:5,5
post
35:13
potential
26:25 52:17 64:7
potentially
54:1
practicable
86:5,12,20
practice
112:13
precipitate

19:10
prefer
49:8
pregnant
20:1
prepare
47:4 103:12
prepared
46:23,24 85:1,5,7
85:18
prepares
46:9
preparing
104:8
presence
47:24 107:8
108:15 111:13
present
3:11 21:24 23:19
24:5,17,25 29:5
29:21 35:19
38:1,14 39:24
40:7,13 109:21
presentation
94:12
presented
98:16 119:24
pretty
98:6 109:9
previous
43:25 46:17
50:22 90:15
98:24 99:8
117:19 119:15
120:18,20
previously
40:23 82:14
108:14 112:4
Principal
3:15
print
124:19
Printed
126:20
prior
7:1 31:9 52:25
80:19 109:18,19
priorities
15:21 16:2,15,19
17:2,10,12,17

17:24 18:2,24
19:1,1,5
Prison
2:13 31:15
private
47:21,25
privilege
29:12 59:7,23
60:8 61:25
64:19
privileged
59:10,13,17,19
60:9 61:24
probably
11:9 38:6 70:14
70:19 77:6,13
78:18 106:7
procedures
15:20 35:4 39:19
97:7 99:12,23
101:23 102:21
103:21
proceed
5:21
proceedings
10:8
process
9:4,8,13,19 10:12
10:24 37:10
63:4 64:24
65:10 81:3
processed
64:22 66:19
processing
10:16,18,22
62:21 65:9
66:13,16 87:2,6
program
49:19 100:23
102:8
prohibited
21:10,19
prompted
121:8
promptly
123:7
propounded
124:10
protection
88:18,20

protective
44:11,16,17,20
64:9,13
provide
19:17 44:25
48:16 49:2,7
94:10 110:12
111:2 112:7
117:11 123:10
123:12
provided
6:9 43:10 46:6
48:4,11 51:13
63:8 110:20
122:13 123:3,4
provides
44:19 55:11
96:11,14
providing
57:12
provision
50:6 55:22
provisions
56:25
pschey@center...
3:4
PSQS
61:3
public
59:21 124:5
purpose
47:16,19 53:11
77:4,8 91:2,22
91:24 119:13
120:9
purposes
20:13 109:23
pursuant
13:24 14:4,4
pursue
16:20
put
44:10 62:3 63:6
64:5 65:16
70:14 71:6,8
106:9
putting
71:1,2
p.m
2:12 123:16

P.O
3:8

**Q**

qualified
28:18
qualify
17:1 18:7,21 19:7
quarterly
90:6
Query
61:4,6
question
7:16 11:2 14:21
18:1 20:14 28:9
30:3,4,18 31:1,3
31:4 32:6 37:1
40:12 41:6
50:14 53:5,21
57:6,7,17 66:17
73:19 74:2 79:9
82:15 84:18
90:19 92:10
93:1 107:15
112:13 120:19
120:21
questioning
64:11
questions
5:24 44:12,15
53:7 66:7 73:20
73:25 90:20,24
91:17,19 93:3
122:21,24
124:10,15
quick
10:23 60:8 62:2
85:8
quickly
10:24 65:23 87:4
quote
55:18 86:5 101:7
101:14 106:14
106:16 108:10
quoted
109:11
quotes
107:24

**R**

rail
35:13
raised
91:14
rapidly
9:4 100:2,10
read
36:25 52:23
109:9 123:6
125:5,14 126:1
reading
22:15
ready
5:18,21
real
60:7 62:1
realize
38:16
really
11:24 16:7 61:10
reason
65:12 105:20
106:5 125:14
126:1
reasons
39:25 40:11
105:23 106:10
reassess
110:6
recall
6:12,16,18,23 7:2
9:15 13:11,19
14:7 19:6,9,22
20:6,18,23,25
21:13,22 24:4
24:16,20,24
40:7 46:16,19
50:6,15,21,23
51:20,23 57:13
57:15,21 58:2,6
58:19 60:19
74:16 87:17,23
88:4 89:3,5,8
94:17,19 99:15
99:18,22 100:19
101:21,23,25
102:2,14,16,22
103:20 107:17
120:3 121:5,8
121:11

receipt
75:6
receive
6:22 10:10 17:22
32:2,12 77:18
77:22 87:14,18
89:20,24 90:1,5
92:7,20 94:7
95:9,11,18 96:2
102:1 110:25
received
6:6,13,18,21 7:8
7:13 41:9 42:4
43:7 46:15 78:5
81:16 83:13,14
87:13,18 88:5
92:3 94:2,20
97:3 106:8
112:6,10 118:2
119:16
receives
82:18 90:10
receiving
7:2 102:1,2,10
recess
43:20 85:13
recollection
76:22 104:13,15
recommendation
97:21 117:10,11
recommendatio...
79:20,21
reconsideration
79:2
record
5:4 43:21 44:10
53:7,12 60:7,12
60:13 62:1,4,5
69:21 75:3
85:12,14 111:17
112:10,14
122:16,19,22
125:10
recorded
62:11,18,20,24
63:6 69:8 71:21
71:23 73:8 75:4
75:9,11,13,14
75:24,24 76:5
78:9 79:4,7

83:14,16,23
84:1,7 106:2,6
111:23 112:1,17
112:23
records
44:5 48:15 58:8,9
58:11 67:15,15
103:15 104:9
recreational
35:9,14
reduced
124:19
refer
41:8 49:11 76:23
referred
40:24 49:7 74:18
74:20 76:2
82:23,25 86:5
referring
15:6,11 16:16
48:21,24,25
49:4
refusing
34:5,11,16,24
regard
16:13 76:13
regarding
6:7,19 7:8 17:6,8
36:10 56:25
77:7,14 92:7
95:12 97:3 99:2
102:21
regards
7:17 17:3 36:5,6
55:12 57:18
84:11 90:20,21
90:22 92:2,3,16
93:2 96:8
regular
80:24 82:4 92:7
93:7
regularly
21:3 52:3 93:10
regulation
97:17
Reid
4:3 5:1,21 62:8
85:16
reinstates
45:8

reissued
68:24
relate
66:21
related
7:4,13 35:23
39:20 53:9 55:2
91:1,9,10 99:23
119:1
relates
91:14
relating
12:11 15:21
16:15 43:9 58:8
58:10 87:20
118:1
relation
39:19
relatives
47:17 108:17,23
release
9:13 14:23 15:1,1
16:5,13,15 17:3
17:6,9 18:2,24
19:1,4,6,10 79:2
83:5 87:12,24
88:6 97:1,21
99:4 100:3,13
100:14 105:9,22
105:24 106:19
107:12,23,23,25
108:22 109:2
111:1 113:18
114:6 116:19
117:12,24 118:1
118:3,7 119:1
119:11,13 120:6
121:9
released
13:24 14:3,8,18
20:2,20 23:24
24:2 34:24 35:1
39:25 40:3,7,10
40:17 43:24
44:6,7 45:1
50:22,25 51:6
51:10 82:8
104:19 109:15
109:16,18,19,21
118:23 120:9

releases
45:5
relevant
9:3 64:10 68:6
  91:5 109:11
relief
16:24 17:1,10
  18:7,11,21 19:7
  107:6 113:13
religious
51:12,16,17,21,25
remain
56:1 103:2,4
remember
44:9 46:21 73:25
  94:15 102:10,12
  120:16,23
removal
9:14 10:10,11
  13:15 16:21,24
  17:22 18:7,11
  18:22 19:7 20:5
  43:4,23,24 45:2
  58:12,15,22
  59:3 72:21,25
  106:14
remove
16:9
Removement
62:15
repeat
21:15 28:9 37:1
  42:13 82:15
  109:5
rephrase
64:2
replaced
71:2
report
115:19,20
reportable
84:14
reporter
124:5,17,21,25
reports
85:1,6,18,20,23
  89:21,24,25
  90:1,2,5 92:7,14
  92:20 93:10
  95:9,11,18 96:2

represented
47:20 48:2
request
13:7 32:2,14
  47:21,24 48:7
  70:10,12 73:7
  74:3 75:4,6
  87:24 88:6 97:4
  99:3 100:3,13
  106:8 110:5
  111:1 112:6,10
  117:12 118:3
requested
71:20 116:19
  119:13
requests
32:11,13 72:9
  79:1 87:11
  96:25
require
88:11
required
12:18 13:16
  45:14 50:2
  106:14 119:12
requirements
6:8 38:23 39:3
requires
8:3 45:17
residence
108:24 109:17
resident
25:5,15 26:16
  27:4,17 48:1
  49:15,24,25
  50:11 53:17
  54:13 57:20,23
  70:10,11,12
residential
23:14 25:19 53:2
  57:24 94:6
  103:5
residents
12:8,14 14:3 21:1
  21:9,18 23:8,11
  23:24 26:19,23
  32:24 34:5
  35:19 40:17
  47:9,20 49:18
  59:1 92:7,21

93:8 103:3
  118:20 121:2
resident's
54:9 57:22
respective
124:11
respond
60:9 103:10
responding
57:12
response
7:18,21 30:22
  48:12 49:1,2,6,7
  57:13 92:16
  93:3 103:12
  108:6 110:11
  111:2 112:19
responses
44:19 48:16 64:8
  90:21 92:1
responsibility
116:2
responsible
10:2 50:12,19
  115:1 116:9
responsive
30:22
restrict
32:24
result
16:5 18:24 19:1
  42:18
retained
31:19
return
69:7
returning
69:14 70:13
review
13:8 27:8 28:7
  32:2,13 36:9,16
  36:21 37:5
  38:19 41:1,2,5
  46:7,11,25 47:3
  47:5 50:4 78:8
  80:22 84:3
  85:19 87:14,24
  88:5 99:3 100:2
  100:13 110:6
reviewed

47:1 49:2 52:20
  58:7,11 105:15
reviewing
50:7,8 97:21 98:3
reviews
80:24 82:4 87:11
  96:25 97:4,8,19
RFI
82:1,7,9,18,20,21
  83:1,12
Richardson
3:13
right
6:5 28:12 60:22
  81:21 98:5
  101:4 108:18
rights
3:1,3 12:21,23,24
  12:25 13:3 28:3
  28:4,11
Road
2:14
room
47:21 49:21
  55:10,11,13
rooms
47:23,25 49:21
  49:22
roughly
123:2
routed
85:19
routine
90:2,5
RPR
124:4,17,24
rule
43:9,12 49:23
  50:1 56:15
run
59:1 60:1 61:1
  64:1,1,3,18,23
  64:24 65:6,23
  67:1
running
54:9

_____ S _____

S
60:20

San
32:3
sanctions
56:25
SARAH
3:7
sarah.b.fabian...
3:10
saw
105:14 109:13
saying
38:17 82:21,22
  105:2 106:4
  107:20 108:5,20
  109:1
says
17:6,8 30:20
  50:15 53:3
  105:12
scenario
66:20
scheduled
76:4
scheduling
10:11
Schey
2:10 3:2 4:3 5:11
  5:15,20 7:15,22
  9:9,10,23 10:5
  11:1,10 12:3,16
  12:22 14:6,14
  14:20 15:4,16
  17:7,14 18:5,13
  19:16 20:15,17
  21:4,17 22:6,14
  22:24 23:7,25
  24:12,23 25:7
  26:18 27:14,22
  28:20 29:13
  30:1,14,19 31:4
  31:8 32:5,15
  33:21 34:8,20
  35:6,25 36:12
  37:2,18 38:7
  39:5,11,22 40:5
  40:19 41:19
  42:1,9,15,25
  43:17,22 44:18
  44:24 45:10
  51:3 52:7,8

| | | | | |
|---|---|---|---|---|
| 53:13 54:17 | 103:2,4 | 46:5 47:8 48:3 | 50:5 55:2 56:7 | **speaking** |
| 55:3,9 56:8,20 | **Secretary** | 51:12,17,22 | 61:22 62:20 | 47:22 77:7 116:4 |
| 57:5 59:14 60:3 | 16:3 | 52:4 61:20 | 63:9,12,15,23 | **special** |
| 60:11,15,16 | **section** | **serving** | 77:2 82:16 | 47:15 101:8 |
| 62:3,7 64:15,20 | 49:3,4 50:15,18 | 10:13 | 96:20 103:9,17 | 102:7 |
| 65:2,16,18 66:9 | 57:10 67:18 | **set** | 109:6 114:17 | **specific** |
| 66:11,23 67:4,8 | **sections** | 16:2 68:16,19 | 116:5 122:3 | 13:11 14:7 16:7,8 |
| 68:3,21 69:4,12 | 49:6 57:8 | 86:23 98:9 | **situation** | 21:1 32:18 |
| 71:5,14 72:14 | **sector** | 124:11 125:12 | 24:24 60:24 | 44:14 55:1 |
| 73:18,24 74:1 | 63:21 | **setting** | **situations** | 57:15 68:7,16 |
| 76:8 77:3,9,16 | **security** | 13:5 | 11:25 | 69:2 72:13 |
| 78:12,25 79:8 | 16:1 63:25 | **settlement** | **six** | 92:24 95:3 97:9 |
| 80:10,20 81:4,9 | 101:14 102:7 | 6:8,16 7:9,14 8:3 | 38:16 46:17 | 99:23 101:24 |
| 81:14,18,23 | **see** | 12:12,19 13:1 | 90:15 92:13 | 102:22 103:17 |
| 82:10,24 83:3 | 36:10 45:7 56:21 | 13:25 14:5,11 | 93:12 117:15,19 | 104:7 114:17 |
| 84:17 85:10,15 | 94:18,25 105:10 | 14:19 36:21 | 119:7,15 120:2 | 115:12 118:9 |
| 85:22 86:10,25 | 105:19,23 | 37:12 38:24 | **slow** | 120:12 121:5 |
| 87:9,21 88:3,12 | **seeing** | 39:4 43:10,13 | 11:5,9 | **specifically** |
| 89:4 91:4,10,25 | 118:19 120:3 | 88:6,11 100:23 | **slowed** | 8:4,8 9:20 14:18 |
| 92:9,25 93:11 | **seeking** | 100:24 101:10 | 10:19 | 16:12 17:16 |
| 93:24 95:7 | 118:7 | 101:16 102:17 | **snapshot** | 22:2 39:20 |
| 97:11 98:4,17 | **seeks** | **settlements** | 85:2 | 42:23 48:23 |
| 99:1,6,17,25 | 78:8 113:18 | 37:16 | **soccer** | 53:10 57:9 58:2 |
| 100:9,20 101:3 | 114:6 | **seven** | 95:25 96:4,7 | 58:6 70:20 |
| 102:15,24 104:1 | **seen** | 103:17 | **solely** | 79:12 85:6 |
| 105:17 106:3 | 49:15 95:5 96:6 | **share** | 17:3 | 87:17 88:10 |
| 107:19 109:7 | **segregating** | 92:4,15 123:5 | **soliciting** | 89:16 91:23 |
| 110:8 111:4,15 | 33:7 | **SHEET** | 56:11 | 94:19 96:16 |
| 111:20,25 112:8 | **send** | 125:2 126:1 | **somebody** | 99:16 100:19 |
| 112:21 113:4,15 | 94:14 | **shopping** | 19:2 22:17 64:21 | 103:20 104:18 |
| 113:25 114:12 | **sense** | 20:22 24:13 | 65:19 66:25 | **specifics** |
| 114:18 115:8,14 | 66:15 | **shower** | 84:5 107:12 | 28:25 44:8,13 |
| 115:18 117:6,23 | **sensitive** | 49:21 | 110:1 113:16 | **speculate** |
| 118:4 119:6 | 64:8,9,19 | **Signature** | 114:3,4 | 6:3 12:2 26:16 |
| 120:1,13,22 | **sent** | 126:18 | **soon** | 38:12 71:10 |
| 122:11,12,16,20 | 80:8 93:10 | **signed** | 37:4 64:24 86:5 | 90:14 96:22 |
| 122:25 123:14 | 110:20,25 | 123:10 | 86:20,24 | 118:19 |
| **school** | **sentence** | **significant** | **sorry** | **speculation** |
| 24:14 | 37:4 86:3 109:10 | 78:21 | 16:14 21:15 | 26:14 |
| **scratch** | 109:12,12,13 | **similar** | 36:24 42:13 | **speed** |
| 122:13,15 | 118:6 | 32:13 | 61:5 73:9 82:15 | 11:5,12,21 65:4 |
| **search** | **separate** | **single** | 94:4 100:8 | 92:17 |
| 53:17,20 54:2 | 73:17 77:23 | 66:3 | **sort** | **speeded** |
| **searched** | **September** | **sir** | 36:3 63:25 89:20 | 10:18 |
| 53:15,22,24 | 2:12 124:23 | 5:22 8:5 13:21 | **sounds** | **sporting** |
| **searches** | **served** | 19:21 21:16 | 120:20 | 95:13 |
| 54:7,8 55:10,11 | 10:9 | 27:9 28:7,9 | **source** | **staff** |
| 55:13 | **Service** | 33:14 35:24 | 97:16,18 | 8:21 10:24 11:21 |
| **second** | 88:17 | 37:22 41:13 | **South** | 11:25 21:7 22:4 |
| 60:15 65:11 | **services** | 44:4 46:8 48:18 | 3:3 | 47:25 49:16,20 |

52:24 53:15
89:13 96:6
**stages**
85:24
**stand**
60:18
**standards**
53:2 57:24
**standpoint**
86:16,16,17
**stands**
60:19 62:22
**start**
5:3 13:9 48:22
116:20
**starting**
13:23 31:10 81:6
**starts**
117:4
**state**
5:4,16 6:12 20:10
21:8,18 22:8
48:10 50:11
53:6,12 88:10
106:8,12 119:5
125:8
**stated**
15:6 23:16 25:24
29:23 32:10
34:19,22,23
39:2 40:16 54:3
57:19 68:15
80:1 96:19
98:13 99:22
102:20 104:18
108:14 110:24
112:4 113:9
118:20
**statement**
13:19 22:20 41:2
48:11 67:21,22
69:21 71:20
106:20
**statements**
48:12
**states**
2:1,8 8:5,7,9 13:4
16:18 27:18
50:19 53:2
54:16 55:18

57:25 107:8
108:15
**stating**
18:25
**Station**
3:8
**status**
30:12 82:5
**statutorily**
43:5
**stay**
11:6 26:16 41:21
41:22 42:4
51:10 85:11
91:17
**stays**
41:9,11 42:18
51:6,8
**stenographically**
124:16
**steps**
25:20
**Steven**
103:18
**stick**
64:18 74:20
**strike**
34:2 36:15 69:6
76:2 90:12
**stuff**
87:18
**subject**
13:15 43:3 53:14
53:21 54:2,7
104:20 105:21
106:13,23
107:13,22
108:21 109:2
110:1 113:17
116:18 118:24
119:9 120:7
**subjects**
43:3
**submit**
110:13
**submitted**
5:7 56:6
**subscribed**
124:23
**subsequently**

22:18 69:24
**summary**
67:21
**supervising**
8:10 115:2
**supervision**
11:22 21:11,21
22:8 23:20 24:8
24:21 25:11
26:20 35:16,17
36:7 50:12,19
52:10 90:5
**supervisor**
80:5 83:9 99:12
99:13 100:18
113:19 116:22
**supervisors**
8:21,22,23,25
79:23,24 84:4,6
97:20 98:21
**supervisory**
31:12
**support**
8:21
**supposed**
78:22
**sure**
10:17 13:2 15:3
23:1 36:2 43:12
45:9 54:2 60:8
60:11 62:3,19
64:10 66:7
67:17 72:18
81:12 84:9
99:14 106:5
116:14 122:18
**sworn**
5:1 69:21 105:11
124:8,14
**system**
58:13 60:1,20
61:4,6,22 62:21
63:4 70:23 71:1
71:7 78:5,23

_____

**T**

**take**
19:14 20:3 24:14
28:8 49:24
66:16 85:8

89:23 90:8,15
90:25 97:24
98:14 110:6
121:12,15
**taken**
2:10 18:17 19:2,5
25:20 43:20
66:1 85:13 98:2
106:25 107:9
124:16 125:6
**takes**
65:10
**talk**
9:11 64:12
**talked**
9:20 49:16
**talking**
9:20 19:4 22:12
24:1 58:3 68:4,5
72:12,13,15
79:12 81:12
85:17 95:21
97:12 100:8
114:2 117:20
**talks**
28:3 102:17
**task**
11:16
**TECS**
59:25 60:5,17,18
**telephone**
47:23
**televideo**
52:4
**tell**
6:5 9:24 23:21
24:17 25:2 31:9
33:12 34:21
37:12 38:24
39:7,20 40:24
44:1 48:15 49:5
49:6,10 58:10
59:10,15,23
61:2 72:3 73:22
83:8 92:12
96:23 98:22
103:12 113:5
**telling**
109:25
**tells**

27:7 28:11
**temporarily**
20:21 24:8 25:1
**term**
100:22 101:7,13
**termination**
79:13
**terms**
78:21 82:7 83:4
89:7 116:3
**testified**
5:2 82:14
**testify**
5:8 124:8
**testifying**
108:4
**testimony**
119:3 120:18
124:22 125:6,10
**TEX**
60:5
**Thank**
20:16 44:23
**thing**
11:14,19 44:11
112:10 118:5
**things**
9:12,18,21 10:13
10:23,24 11:5,9
11:12,20,21
15:9,15,17
18:16 29:10
45:8 49:9 59:12
65:5 67:17 79:3
79:6 84:24 85:3
90:20 92:17,19
97:24 101:20
105:6 108:25
109:20 111:22
113:14
**think**
10:23 11:6 20:12
26:11 30:4 31:1
40:2,4 50:18
53:24 59:25
60:5,21 61:10
61:23 62:1 64:6
64:6,11,17,18
65:1,5 66:6,13
66:14,17,20

JOSHUA REID -   9/12/2016

Page 144

70:20 74:21
77:24 82:19
85:16 87:3,7
91:1,13 93:13
109:10 110:1
116:15,16 121:3
121:13 122:20
123:11,14
**thinks**
61:24
**third**
37:3 51:9 65:11
**thought**
119:19
**three**
9:21 66:4 92:19
123:2
**tied**
6:15
**ties**
107:7,7 113:13
113:13
**time**
6:6,14,18 7:7
17:23 20:18
25:4 29:5,21
32:16 34:2 38:1
38:14 40:14
41:4 46:14 51:4
53:23 62:18,23
65:25 66:19
67:9 69:2,15,24
71:23,24 74:13
75:3,8,24 76:3
76:17 83:14,15
83:21,25 84:6
84:10,11,13,25
85:23 87:12,20
87:22 88:4,25
89:6,9 90:14
91:2,18 96:21
97:1 101:23
102:2 107:11
109:25 123:6
125:11
**times**
49:15 50:17
**title**
114:19
**today**

5:6 38:25 39:7,14
**told**
27:7 29:10,12,15
**top**
37:21 61:11
70:20 77:1
89:12 90:18
107:17 120:11
121:5,11 122:7
**touch**
72:7 73:4
**tournament**
96:4
**tournaments**
96:1
**track**
75:5 85:23
**tracked**
84:24
**tracking**
75:8
**training**
6:7,9,13,18,21
7:8 43:8 76:10
87:23 88:5 97:3
97:13
**transcript**
123:1
**transcription**
124:20
**transfer**
8:18 80:19
**transferred**
8:16 33:12,16
80:7
**travel**
10:11
**Treasury**
60:1,18
**treat**
102:18
**treatment**
102:21
**trip**
89:11,14,18
**trips**
21:2 22:3 89:22
90:7,14,22 92:3
92:17
**true**

5:12,14 33:2,4
71:17 87:2
125:10
**truth**
124:8,9,9
**try**
37:23 64:15
86:23 87:4
110:6 121:15
**trying**
17:21 53:9 65:6
66:15 90:25
**turn**
79:9 103:8
**turned**
23:13
**twice**
109:10
**two**
9:2 15:9 18:23
19:9 43:25 44:6
45:1 46:20
50:22 51:11
66:4 80:1 83:19
104:21 105:5,6
105:11,12 123:2
123:8
**type**
18:10 78:8
**Typed**
126:20
**types**
79:3
**typically**
16:20 35:18
44:21 46:1 65:8
69:16 72:4
75:12 107:8
110:16,25 111:6
114:1,7,9
116:20 117:4
**T-E-C-S**
60:6

_____
U
**UAR**
47:5
**unaware**
29:4
**Undersigned**

124:5
**understand**
5:11,23 67:14
78:20 84:18
98:5 105:3
116:21
**understanding**
26:8 39:15,15
**understood**
20:11
**unfenced**
35:12
**unit**
25:19 65:20
80:16 94:6
**United**
2:1,7 107:8
108:15
**units**
89:6
**unlawfully**
17:21
**unlicensed**
28:15 29:16,21
91:6,11
**unquote**
55:18 86:6 101:8
**unrelated**
33:7
**update**
56:18
**updated**
46:15 54:21 55:7
56:6 57:4,7
**updates**
56:18 60:23
**use**
32:21,22,25
35:16 47:16,17
47:22 48:6
58:24,25 60:25
63:2 91:18,20
91:22 95:10,12
**usual**
30:7
**usually**
21:7 41:22 53:4
65:25 66:2,3
67:20 69:1
82:25 83:24

112:5 113:2
**utilized**
59:2
**U.S**
108:18,23

_____
V
**vacuum**
25:17 121:15
**vague**
39:14 112:9
**variety**
15:19 18:16
**various**
9:12 35:3 39:18
41:9 51:15,25
85:3 98:1 99:11
100:16 102:20
**verified**
93:25
**versa**
71:13
**version**
56:6
**vice**
71:13
**view**
107:14 108:21
113:17
**viewed**
118:24
**Virginia**
116:10
**visit**
20:22
**visits**
45:19
**volleyball**
96:1
**volunteers**
51:15
**vs**
2:6

_____
W
**walk**
26:9,11,17,20
**Wallace**
3:15
**want**

5:12 12:1 17:16
20:10,12 22:22
26:10 38:12,20
43:15 49:10
53:12 71:10
73:12 85:10
90:13 91:18
118:12
**warrant**
46:2 105:8
106:18 107:22
107:23
**Washington**
3:9
**wasn't**
23:1 53:11 105:1
**waste**
91:2
**water**
64:17
**way**
65:16 72:18
82:13 84:14
98:19 109:8
117:5
**ways**
71:1
**week**
92:13
**weekly**
52:4 84:23 89:21
89:24 90:5
**weeks**
32:19 34:12
41:15 89:14
92:23 123:8
**Wendy**
3:15
**went**
11:4 50:1 89:17
89:19
**West**
116:10
**we're**
5:18 8:17 10:24
55:6 64:7,12
81:12 91:3,16
91:16 111:1
119:8
**we've**

84:12
**whatnot**
22:3 51:2 61:1
**whereof**
124:22
**wish**
54:24 92:4
**witness**
4:2 5:1 7:12,20
9:7,18 10:2,22
11:8,24 12:15
12:21 14:2,17
14:25 15:14
17:5,12 18:9
19:12 20:25
21:15 22:1,12
23:6,23 24:10
24:20 25:4
26:15 27:17
28:17 29:23
30:11 31:6,25
32:10 33:19
34:4,18 35:3,23
36:9,24 37:15
38:5 39:2,9,18
40:2,16 41:17
41:24 42:13,22
43:12,16 44:4
44:13 45:4
50:25 52:1,6
54:13 55:1 56:5
56:17 57:3
59:20,25 65:13
65:17 67:7 68:1
68:15 69:1,10
71:4,10 72:12
73:15 76:7 77:1
77:6,13 78:11
79:6 80:18 81:2
81:21 82:21,25
85:5 86:9,22
87:6,17 88:2,9
89:3 92:6,19
93:6,22 95:3
97:7,23 98:13
99:11,22 100:7
100:16 101:1
102:14,20
105:14 106:1
107:17 109:5

110:5,24 111:10
112:4,19 113:1
113:9,22 114:9
114:16 115:6,12
117:4 118:1
119:5,23 120:11
124:7,10 126:18
**witnesses**
4:1 5:6,10 124:14
**wondering**
49:1 84:24 86:15
98:8
**words**
65:3
**work**
8:11,14 86:18
88:21 115:3
**worked**
88:13,15,19
**working**
7:7 41:20 97:2,2
121:17,19
**works**
90:4 117:5
**worksheet**
76:15,18,21
77:23 82:13
**wouldn't**
15:14 25:17 26:6
59:19,22
**write**
68:11 70:12
104:2
**writing**
98:24 111:1
**written**
12:11 36:19 37:8
54:19 98:10
99:7 100:1,4,7
100:10 109:8
111:2

_____ **Y** _____
**yeah**
11:9 82:11
**years**
44:6 46:20 88:14
**yes-or-no**
30:4
**York**

2:13,14 31:15
65:20 72:13,15
72:19,20 73:5
73:13,17 115:24
116:15 121:19
122:9

_____ **1** _____
**1**
4:9 22:25 23:4
**1:30**
2:12
**10**
43:18
**100**
45:9 116:14
118:17 119:18
120:15,24 121:1
121:4
**11**
11:19
**12**
2:12 38:9 98:24
99:8,15,19
**13**
38:6
**14**
8:3,5 36:20 37:11
37:16
**14th**
124:23
**16**
94:21,23
**17**
40:20
**18**
41:7,8
**19**
8:6,9 36:20 37:11
37:16 43:1
**1997**
6:8 7:9 12:11,18
13:24 14:11
38:24 43:10

_____ **2** _____
**2**
126:1
**20**
11:13,15

**2000**
88:17
**2003**
88:14,17,20
**20044**
3:9
**2008**
88:14,20
**2012**
31:17
**2014**
121:18,19
**2015**
6:20 7:17 14:22
39:7,13 94:21
**2016**
2:12 13:12,23
21:23 31:10
39:24 40:6
51:18 124:23
**21**
45:11 48:22,23
49:4
**213**
67:12 68:2,6,16
**22**
4:9 21:9 22:16
23:8 25:9
**23**
57:11
**24**
48:14 57:18
**24/7**
34:6 93:16
**25**
48:14
**256**
3:3
**26**
56:21
**28**
27:17 55:17
103:7

_____ **3** _____
**304**
56:9
**312**
27:24 55:17
**34**

JOSHUA REID -   9/12/2016

```
   54:5,11,16
3400
  2:14
39
  54:14

_____ 4 _____
4
  4:3

_____ 5 _____
5:30
  123:16
50
  33:22,25 118:17
   119:18 120:15
   120:24 121:1

_____ 6 _____
6
  28:4
67
  12:8 118:20
   121:2

_____ 7 _____
7
  36:13,22,25 86:3

_____ 8 _____
85-4544
  2:5
868
  3:8

_____ 9 _____
90057
  3:4
96
  12:5
```

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On September 19, 2016 I electronically filed the following document(s):

- **PLAINTIFFS' COMBINED REPLY IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AND APPOINT A SPECIAL MONITOR AND OPPOSITION TO DEFENDANTS' MOTION FOR EVIDENTIARY HEARING**

- **EXHIBIT 1 – DEPOSITION OF VALENTIN DE LA GARZA**

- **EXHIBIT 2 – DEPOSITION OF JUANITA HESTER**

- **EXHIBIT 3 – DEPOSITION OF JOSHUA RIED**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/___Peter Schey_____
*Attorney for Plaintiffs*