BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**STIPULATION FOR ENTRY OF PROTECTIVE ORDER FOR DISCOVERY** |

WHEREAS, all alleged *Flores* class members in the above-captioned case are or were subject to immigration removal proceedings, and all Defendants are officials and employees of the U.S. Department of Homeland Security ("DHS") or the U.S. Department of Justice ("DOJ");

WHEREAS, on May 19, 2016, Plaintiffs filed a Motion to Enforce Settlement against Defendants U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE");

WHEREAS, the parties are presently conducting limited discovery concerning some current and former class members as to this Motion to Enforce;

WHEREAS, the parties seek a protective order governing the production, disclosure, and dissemination of confidential personally identifiable information transmitted during this limited discovery;

NOW, THEREFORE, the parties respectfully request that the Court enter an Order in the form attached hereto governing any further discovery related to Plaintiffs' May 19, 2016 Motion to Enforce.

Dated: September 20, 2016    By:    /s/ Sarah B. Fabian
                                    SARAH B. FABIAN
                                    Senior Litigation Counsel
                                    District Court Section
                                    Office of Immigration Litigation

                                    Attorney for Defendants


Dated: September 20, 2016    By:    /s/ Peter Schey

                                    Attorney for Plaintiffs