# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA E. LYNCH, *et al.*, <br><br> Defendants. | CV 85-4544-DMG (AGRx) <br><br> **ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF AS *AMICI CURIAE* [261]** |

**IT IS HEREBY ORDERED** that the application of the American Immigration Council and the American Immigration Lawyers Association for leave to file a brief as *amici curiae* is **GRANTED**, and the proposed brief submitted as Attachment 1 with the application is deemed filed and served. Defendants may file a response by September 30, 2016.

DATED: September 20, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE