UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | October 6, 2016 |
| Title | *Jenny L. Flores v. Loretta E. Lynch, et al.* | | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Laura Elias |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Katherine H. Manning | |

**Proceedings:   Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor [201, 202]**

**Defendants' Motion for an Evidentiary Hearing [256]**

The cause is called and counsel state their appearance. The Court issues oral tentative re issues to be addressed at an evidentiary hearing. Following oral argument, the Court sets the following schedule:

| | |
|---|---|
| Joint status report re witnesses for evidentiary hearing | November 17, 2016 |
| Plaintiffs' supplemental brief | December 1, 2016 |
| Defendants' supplemental opposition | December 8, 2016 |
| Plaintiffs' supplemental reply | December 15, 2016 |
| Evidentiary hearing on the above-entitled motions | **January 30, 2017 at 9:30 a.m.** |

The Court's written order regarding the evidentiary hearing will issue. The Court will issue its written ruling on Plaintiffs' Motion to Enforce Settlement and Appoint a Special Master after the supplemental briefing and evidentiary hearing have been completed.

1:52

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |