FILED

NOV 16 2016

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>LORETTA E. LYNCH, Attorney General, Attorney General of the United States; JEH JOHNSON, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY, and its subordinate entities; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        Defendants-Appellants. | No.   15-56434<br><br>D.C. No. 2:85-cv-04544-DMG-AGR<br>District of Central California, Los Angeles<br><br>ORDER |

Before: GOULD, MELLOY[*], and HURWITZ, Circuit Judges.

The appellants' Motion to Remand "Motion for Fees and Costs under the Equal Access to Justice Act" to the U.S. District Court for the Central District of California, Dkt. 66, is **GRANTED**.

---

[*] The Honorable Michael J. Melloy, Senior Circuit Judge for the U.S. Court of Appeals for the Eighth Circuit, sitting by designation.