CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>         Plaintiffs, <br><br> - vs - <br><br> JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>         Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> STIPULATION REQUESTING CONTINUATION OF JOINT STATUS REPORT DUE DATE <br><br> Hearing: January 30, 2016 |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

On October 7, 2016, the Court ordered that the parties should file a joint status report regarding the witnesses for the evidentiary hearing, scheduled for January 30, 2016, by Thursday November 17, 2016.

Good cause exists for the Court to grant the parties' request. The parties have been and are continuing to meet and confer regarding the joint status report.

The parties stipulate and request additional time to meet and confer regarding the joint status report and that the Court continue the due date of the joint statement originally due Thursday, November 17, 2016, to Tuesday, November 22, 2016. Counsel for Plaintiffs and Defendants have conferred and all parties join in this stipulation.

DATED: November 16, 2016            Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen
Amanda Alvarado Ford

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN &
YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning

```
                                    Kyra Kazantzis
                                    Annette Kirkham

                                    Of counsel:

                                    YOUTH LAW CENTER
                                    Alice Bussiere
                                    Virginia Corrigan

Dated: November 16, 2016            /s/  Peter Schey
                                    Attorneys for Plaintiffs


Dated: November 16, 2016            /s/  Sarah B. Fabian (with permission)
                                    SARAH B. FABIAN
                                    Senior Litigation Counsel
                                    District court Section
                                    Office of Immigration Litigation
                                    Attorney for Defendants
```

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On November 16, 2016 I electronically filed the following document(s):

- **Stipulation Requesting Continuation of Joint Status Report Due Date**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ _Peter Schey_
*Attorney for Plaintiffs*