UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>ORDER CONTINUING JOINT STATUS REPORT DUE DATE [277] |

The parties have stipulated to a continuance of the submission date for the joint status report ordered to be filed on November 17, 2016.  *See* Minute Order [Docket #273].

UPON CONSIDERATION of the Parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that the Parties shall file their joint status report re witnesses for evidentiary hearing on or before November 22, 2016.

**IT IS SO ORDERED.**

DATED:  November 17, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE