CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org

Holly S. Cooper
Director, Immigration Law Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

*Of counsel:*
YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*Attorneys for plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Jeh Johnson, Secretary, Dept. of Homeland Security, *et al.*,<br><br>　　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING MOTION TO ENFORCE SETTLEMENT (DKT. 239)<br><br>Hearing: None<br>Time:　　n/a<br>Room:　　n/a |

This matter came on regularly for hearing on September 16, 2016, on plaintiffs' motion (Dkt. 239) to enforce ¶ 24A of the Settlement herein. The Court thereafter took the motion under submission. Civil Minutes, September 16, 2016 (Dkt. 259). The Court has considered the briefs and arguments presented in support of and in opposition to plaintiffs' motion and now grants plaintiffs' motion.

Accordingly, IT IS HEREBY ORDERED that defendant Office of Refugee Resettlement of the Department of Health and Human Services shall forthwith comply with ¶ 24A of the Settlement approved herein on January 28, 1997.

Dated: _____ 2016.

_____
United States District Judge

Presented by:

/s/ Carlos Holguín _____
One of the attorneys for plaintiffs

///