1

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)

2

Carlos Holguín (Cal. Bar No. 90754)

3

256 South Occidental Boulevard
Los Angeles, CA  90057

4

Telephone: (213) 388-8693

5

Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org

6

          crholguin@centerforhumanrights.org

7

8

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)

9

egarcia@orrick.com

10

777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

11

Telephone:   (213) 629-2020

12

13

*Attorneys for plaintiffs (listing continues on following page)*

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17

JENNY LISETTE FLORES, *et al.*,

18

      Plaintiffs,

19

- vs -

20

JEH JOHNSON, SECRETARY, U.S.

21

DEPARTMENT OF HOMELAND SECURITY, *et al.*,

22

23

      Defendants.

)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 85-4544 DMG (AGRx)

STIPULATION REQUESTING CONTINUATION OF BRIEFING SCHEDULE FOR TWO BUSINESS DAYS

Hearing: January 30, 2016

24

25

26

27

28

1

2    *Plaintiffs' counsel, continued:*

3    LA RAZA CENTRO LEGAL, INC.
     Michael S. Sorgen (Cal. Bar No. 43107)
4    474 Valencia Street, #295
     San Francisco, CA 94103
5    Telephone: (415) 575-3500

6
     THE LAW FOUNDATION OF SILICON VALLEY
7    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
8    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
     Katherine H. Manning (Cal. Bar No. 229233)
9    Kyra Kazantzis (Cal. Bar No. 154612)
     152 North Third Street, 3rd floor
10   San Jose, CA 95112
     Telephone:   (408) 280-2437
11   Facsimile:   (408) 288-8850
     Email: jenniferk@lawfoundation.org
12           kate.manning@lawfoundation.org
             kyrak@lawfoundation.org
13
14
15   *Of counsel:*

16
     YOUTH LAW CENTER
17   Alice Bussiere (Cal. Bar No. 114680)
     Virginia Corrigan (Cal. Bar No. 292035)
18   200 Pine Street, Suite 300
     San Francisco, CA 94104
19   Telephone: (415) 543-3379 x 3903

20

21

22

23

24

25

26

27

28

1

2      On October 7, 2016, the Court ordered that the plaintiffs file a supplemental

3   brief regarding their motion to enforce by Thursday, December 1, 2016, Defendants

4   submit their supplemental opposition by Thursday, December 8, 2016, and Plaintiffs

5   file any reply brief by Thursday December 15, 2016. The parties are requesting that the

6

7   briefing schedule be continued for two business days so that the parties can finalize

8   their review of numerous deposition transcripts some of which have only recently been

9

10   obtained from various court reporters.

11      Good cause exists for the Court to grant the parties' request. The parties have

12   been and are continuing to review and excerpt deposition transcripts, ascertain disputed

13

14   versus undisputed material facts, and draft their arguments.

15      The parties stipulate to two additional business days to prepare their

16   supplemental briefs and statements of controverted or uncontroverted facts and request

17

18   that the Court continue the due dates of all briefs by two business days. This would

19   move the Plaintiffs' supplemental brief and statement of uncontroverted facts

20

21   originally due Thursday, December 1, 2016, to Monday, December 5, 2016, the

22   Defendants' supplemental opposition and statement of controverted facts from

23   Thursday December 8, 2016 to Monday, December 12, 2016, and the Plaintiffs' reply,

24

25   if any, from Thursday December 15, 2016 to Monday December 19, 2016. Counsel for

26   Plaintiffs and Defendants have conferred and all parties join in this stipulation.

27

28

1

2    DATED: November 29, 2016              Respectfully submitted,

3                                          CENTER FOR HUMAN RIGHTS &
                                           CONSTITUTIONAL LAW
4
                                           Peter A. Schey
5                                          Carlos Holguín

6
                                           ORRICK, HERRINGTON & SUTCLIFFE LLP
7                                          Elena García

8                                          LA RAZA CENTRO LEGAL, INC.
9                                          Michael Sorgen
                                           Amanda Alvarado Ford
10

11                                         LAW FOUNDATION OF SILICON VALLEY -
                                           LEGAL ADVOCATES FOR CHILDREN &
12                                         YOUTH
                                           Jennifer Kelleher Cloyd
13                                         Katherine H. Manning
14                                         Kyra Kazantzis
                                           Annette Kirkham
15

16                                         Of counsel:

17                                         YOUTH LAW CENTER
18                                         Alice Bussiere
                                           Virginia Corrigan
19

20   Dated: November 29, 2016              /s/__Peter Schey_____
                                           *Attorneys for Plaintiffs*
21

22
     Dated: November 29, 2016              /s/__Sarah B. Fabian (with permission)
23                                         SARAH B. FABIAN
24                                         Senior Litigation Counsel
                                           District court Section
25                                         Office of Immigration Litigation
                                           *Attorney for Defendants*
26

27

28

4

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On November 29, 2016 I electronically filed the following document(s):

- **Stipulation Requesting Continuation of Briefing Report Schedule for Two Business Days**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/__*Peter Schey*_____
*Attorney for Plaintiffs*

5