| | |
|---|---|
| 1 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| | Peter A. Schey (Cal. Bar No. 58232) |
| 2 | Carlos Holguín (Cal. Bar No. 90754) |
| 3 | 256 South Occidental Boulevard |
| | Los Angeles, CA  90057 |
| 4 | Telephone: (213) 388-8693 |
| 5 | Facsimile: (213) 386-9484 |
| | Email: pschey@centerforhumanrights.org |
| 6 |        crholguin@centerforhumanrights.org |

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | |
| - vs - | [PROPOSED] ORDER CONTINUING BRIEFING SCHEDULE DUE DATES |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | Hearing: January 30, 2016 |
| Defendants. | |

*Plaintiffs' counsel, continued:*

1

2  LA RAZA CENTRO LEGAL, INC.
   Michael S. Sorgen (Cal. Bar No. 43107)
3  474 Valencia Street, #295
   San Francisco, CA 94103
4  Telephone: (415) 575-3500

5
   THE LAW FOUNDATION OF SILICON VALLEY
6  LEGAL ADVOCATES FOR CHILDREN AND YOUTH
   PUBLIC INTEREST LAW FIRM
7  Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
   Katherine H. Manning (Cal. Bar No. 229233)
8  Kyra Kazantzis (Cal. Bar No. 154612)
   152 North Third Street, 3rd floor
9  San Jose, CA 95112
   Telephone:   (408) 280-2437
10
   Facsimile:   (408) 288-8850
11 Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
12        kyrak@lawfoundation.org
13

14 *Of counsel:*

15
   YOUTH LAW CENTER
16 Alice Bussiere (Cal. Bar No. 114680)
   Virginia Corrigan (Cal. Bar No. 292035)
17 200 Pine Street, Suite 300
   San Francisco, CA 94104
18 Telephone: (415) 543-3379 x 3903

19

20

21

22

23

24

25

26

27

28

The parties have stipulated to a continuance of the submission dates for the supplemental briefs ordered by the court on October 7, 2016. See Minute Order [Docket #273].

UPON CONSIDERATION of the Parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that the due date for Plaintiffs' Supplemental brief originally set for Thursday, December 1, 2016, be continued to Monday, December 5, 2016, the Defendants' opposition be continued from Thursday December 8, 2016 to Monday, December 12, 2016, and the Plaintiffs' reply be continued from Thursday December 15, 2016 to Monday December 19, 2016.

**IT IS SO ORDERED.**

DATED: [DATE]

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On November 29, 2016, I electronically filed the following document(s):

- **Proposed Order Continuing Briefing Schedule Due Dates**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*