UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>ORDER CONTINUING BRIEFING SCHEDULE DUE DATES [282] |

The parties have stipulated to a continuance of the submission dates for the supplemental briefs ordered by the Court on October 7, 2016. *See* Minute Order [Doc. # 273].

UPON CONSIDERATION of the Parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that the due date for Plaintiffs' Supplemental brief originally set for Thursday, December 1, 2016, be continued to Monday, December 5, 2016, the Defendants' opposition be continued from Thursday December 8, 2016 to Monday, December 12, 2016, and the Plaintiffs' reply be continued from Thursday December 15, 2016 to Monday December 19, 2016.

**IT IS SO ORDERED.**

DATED: December 1, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On November 29, 2016, I electronically filed the following document(s):

- **Proposed Order Continuing Briefing Schedule Due Dates**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*