Zach Nightingale (Local Counsel)
VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP
E-mail: ZN@vblaw.com
180 Sutter Street, 5th Floor
San Francisco, CA 94104-4029
Telephone:   415-981-3000
Facsimile:   415-981-3003

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Douglas W. Baruch (*Of Counsel*)
E-mail: Douglas.Baruch@friedfrank.com
Jennifer M. Wollenberg (*Of Counsel*)
Email: Jennifer.Wollenberg@friedfrank.com
Ted M. Nissly (*Of Counsel*)
Email: Ted.Nissly@friedfrank.com
801 17th Street, N.W.
Washington, D.C. 20006
Telephone: 202-639-7000
Facsimile: 202-639-7003

AMERICAN IMMIGRATION COUNCIL
Melissa Crow (*Of Counsel*)
E-mail:  mcrow@immcouncil.org
1331 G Street, N.W.
Washington, D.C. 20006
Telephone:  202-507-7523
Facsimile:  202-742-5619

*Attorneys for Amici Curiae American Immigration Council and American Immigration Lawyers Association*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | CV 85-4544 DMG (AGRx) |
| Plaintiffs, | **MOTION OF *AMICI CURIAE* IMMIGRANT RIGHTS ORGANIZATIONS TO TAKE JUDICIAL NOTICE OF REPORT OF DHS ADVISORY COMMITTEE ON FAMILY RESIDENTIAL CENTERS** |
| vs. | |
| LORETTA E. LYNCH, et al., | |
| Defendants. | |
| | Date:         January 30, 2017 |
| | Judge:       Hon. Dolly M. Gee |

MOTION OF *AMICI CURIAE* IMMIGRANT RIGHTS ORGANIZATIONS TO TAKE JUDICIAL NOTICE OF REPORT OF DHS ADVISORY COMMITTEE ON FAMILY RESIDENDIAL CENTERS- 1
FLORES v. LYNCH, et al., No. CV 85-4544 DMG

Pursuant to Federal Rule of Evidence 201, *Amici Curiae* American Immigration Council and American Immigration Lawyers Association (AILA) hereby request that the Court take judicial notice of the Report of the Department of Homeland Security (DHS) Advisory Committee on Family Residential Centers (ACFRC), dated September 30, 2016, and attached hereto as Exhibit 1(A). The ACFRC Report was finalized on October 7, 2016. *See* ICE, ACFRC Meetings, *available at* https://www.ice.gov/acfrc (last accessed December 5, 2015) (noting that ACFRC "met on October 7, 2016, at the U.S. Immigration and Customs Enforcement (ICE) Headquarters to vote on and finalize draft recommendations").[1] In 2015, U.S. Immigration and Customs Enforcement (ICE) Director Sarah Saldaña announced the creation of the ACFRC "to advise the Director and the Secretary [of Homeland Security] concerning ICE's family residential centers." *See* ICE News Release, "ICE Announces Enhanced Oversight for Family Residential Centers," (May 13, 2015) (last accessed December 5, 2016), *available at* https://www.ice.gov/news/releases/ice-announces-enhanced-oversight-family-residential-centers. In furtherance of its mission, the ACFRC issued the ACFRC Report, which addresses issues discussed in the Brief of Immigrant Rights Organizations as *Amici Curiae* submitted in the above-referenced case on September 19, 2016 (Dkt. 261-1), before the ACFRC Report issued, including the length of time immigrant children may be held in detention facilities, the use of expedited removal proceedings to detain immigrant children, and the release of immigrant children with accompanying parents.

---

[1] An October 7, 2016 dated version of the ACFRC report is available at Human Rights First's website (http://www.humanrightsfirst.org/sites/default/files/dhs-advisory-committee-on-family-residential-centers.pdf). There is no material difference between the cited portions of the September 30, 2015 ACFRC report on ICE's website and the October 7, 2016 version on Human Rights First's website.

MOTION OF *AMICI CURIAE* IMMIGRANT RIGHTS ORGANIZATIONS TO TAKE JUDICIAL NOTICE OF REPORT OF DHS ADVISORY COMMITTEE ON FAMILY RESIDENTIAL CENTERS- 2
FLORES v. LYNCH, et al., No. CV 85-4544 DMG

The Court may take judicial notice of any fact "not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b). A court may take judicial notice of information contained in official documents, including documents appearing on a government website. *See, e.g., Daniels-Hall v. Nat'l Educ. Ass'n*, 629 F.3d 992, 998-99 (9th Cir. 2010) (taking judicial notice of information displayed on school district website); *United States ex rel. Modglin v. DJO Global Inc.*, 48 F. Supp. 3d 1362, 1384 (C.D. Cal. 2014) (documents posted on government agencies' websites "are appropriate subjects of judicial notice"). A government issued report is a public document whose existence is not subject to reasonable dispute and is therefore subject to judicial notice. *McVey v. McVey*, 26 F. Supp. 3d 980, 984 (C.D. Cal. 2014), appeal dismissed (Apr. 22, 2015).

The ACFRC Report contained in Exhibit 1(A) is the proper subject of judicial notice because it is an official report of a DHS Advisory Committee established by high-level government officials. It is authenticated because it was obtained directly from ICE's website. *See* Declaration of Zachary Nightingale In Support of Motion of *Amici Curiae* Immigrant Rights Organizations To Take Judicial Notice of Report of DHS Advisory Committee on Family Residential Centers, attached as Exhibit 1 hereto. Therefore, there cannot be any reasonable dispute as to the ACFRC Report's existence or authenticity.

Furthermore, the ACFRC Report is relevant because it addresses various issues raised in *Amici's* brief. Specifically, the Report notes that the Ninth Circuit's July 6, 2016 decision in this case "does not authorize family detention, does not affect ICE's ability to release parents with their children, and in no way requires separation or continued detention." ACFRC Report at 14.

MOTION OF *AMICI CURIAE* IMMIGRANT RIGHTS ORGANIZATIONS TO TAKE JUDICIAL NOTICE OF REPORT OF DHS ADVISORY COMMITTEE ON FAMILY RESIDENTIAL CENTERS- 3
FLORES v. LYNCH, et al., No. CV 85-4544 DMG

Recommendation 1-4 urges DHS to "exercise its authority to release family members, together as a family, as soon as possible," and particularly, when a child is released, DHS "should release the child with her parent and siblings absent extraordinary circumstances, given the traumatic and detrimental impact of that separation." ACFRC Report at 10-11. Furthermore, Recommendation 1-1 calls on DHS to "operationalize the presumption that detention is generally neither appropriate nor necessary for families[.]" ACFRC Report at 1. Additionally, Recommendation 1-3 of the ACFRC Report encourages DHS to "return to its prior practice" of placing families in regular removal proceedings. ACFRC Report at 7.

Counsel for *Amici* have conferred with counsel for the Plaintiffs and counsel for the Defendants. Counsel for Plaintiffs is: Peter A. Schey, Center For Human Rights & Constitutional Law, 256 South Occidental Boulevard, Los Angeles, CA 90057, Telephone: 213-388-8693, Email: pschey@centerforhumanrights.org. Counsel for Defendants is: Sarah B. Fabian, U.S. Department of Justice, Office of Immigration Litigation, P.O. Box 868 Ben Franklin Station, Washington, DC 20044, Telephone: 202-532-4824, Email: sarah.b.fabian@usdoj.gov. Plaintiffs consent to this motion. Defendants stated that they oppose the motion on relevance grounds. As stated above, the ACFRC Report is a government published report that addresses many of the issues discussed in *Amici's* brief and is therefore relevant to the Court's consideration of *Amici's* brief. Accordingly, *Amici* request that the Court take judicial notice of the ACFRC Report.

Respectfully submitted,

MOTION OF *AMICI CURIAE* IMMIGRANT RIGHTS ORGANIZATIONS TO TAKE JUDICIAL NOTICE OF REPORT OF DHS ADVISORY COMMITTEE ON FAMILY RESIDENTIAL CENTERS- 4
FLORES v. LYNCH, et al., No. CV 85-4544 DMG

Dated: December 5, 2016

VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP

*/s/ Zachary M. Nightingale*
Zachary M. Nightingale (Local Counsel)
ZN@vblaw.com

FRIED, FRANK, HARRIS SHRIVER & JACOBSON LLP
Douglas W. Baruch (Of Counsel)
Karen T. Grisez (Of Counsel)
Ted M. Nissly (Of Counsel)

AMERICAN IMMIGRATION COUNCIL
Melissa Crow (Of Counsel)

Attorneys for *Amici Curiae* American Immigration Council and American Immigration Lawyers Association

MOTION OF *AMICI CURIAE* IMMIGRANT RIGHTS ORGANIZATIONS TO TAKE JUDICIAL NOTICE OF REPORT OF DHS ADVISORY COMMITTEE ON FAMILY RESIDENDIAL CENTERS- 5
FLORES v. LYNCH, et al., No. CV 85-4544 DMG