Zach Nightingale (Local Counsel)
VAN DER HOUT, BRIGAGLIANO & NIGHTINGALE, LLP
E-mail: ZN@vblaw.com
180 Sutter Street, 5th Floor
San Francisco, CA  94104-4029
Telephone:    415-981-3000
Facsimile:    415-981-3003

FRIED, FRANK, HARRIS, SHRIVER & JACOBSON LLP
Douglas W. Baruch (*Of Counsel*)
E-mail: Douglas.Baruch@friedfrank.com
Jennifer M. Wollenberg (*Of Counsel*)
Email: Jennifer.Wollenberg@friedfrank.com
Ted M. Nissly (*Of Counsel*)
Email: Ted.Nissly@friedfrank.com
801 17th Street, N.W.
Washington, D.C. 20006
Telephone: 202-639-7000
Facsimile: 202-639-7003

AMERICAN IMMIGRATION COUNCIL
Melissa Crow (*Of Counsel*)
E-mail:  mcrow@immcouncil.org
1331 G Street, N.W.
Washington, D.C. 20006
Telephone:  202-507-7523
Facsimile:  202-742-5619

*Attorneys for Amici Curiae American Immigration Council and American Immigration Lawyers Association*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | CV 85-4544 DMG (AGRx) |
| Plaintiffs, | **[PROPOSED] ORDER** |
| vs. | Date:     January 30, 2017 |
| LORETTA E. LYNCH, et al., | Judge:    Hon. Dolly M. Gee |
| Defendants. | |

[PROPOSED] ORDER- 1
FLORES v. LYNCH, et al., No. CV 85-4544 DMG

# [PROPOSED] ORDER

The Court has received the Motion of *Amici Curiae*, the American Immigration Council and American Immigration Lawyers Association, to Take Judicial Notice of Report of DHS Advisory Committee on Family Residential Centers.

Good cause being shown, the motion is GRANTED. Accordingly, it is hereby ORDERED that the Court will take judicial notice of the Report of the Department of Homeland Security Advisory Committee on Family Residential Centers, dated September 30, 2016.

DATED: December ___, 2016

                                                Hon. Dolly M. Gee
                                                United States District Court Judge