CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org
        marchela@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
|---|---|
| Plaintiffs, | ) |
| - vs - | ) ORDER GRANTING LEAVE TO FILE DEPOSITION EXCERPTS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL |
| LORETTA E. LYNCH, Attorney General of the United States, *et al.*, | ) |
| Defendants. | ) [PROPOSED] |

[HON. DOLLY M. GEE]

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
kate.manning@lawfoundation.org
kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

Pursuant to the Plaintiffs' unopposed application for leave to file deposition excerpts of asylum-seekers and memoranda identifying such asylum-seekers under seal, and good cause appearing therefor, it is hereby Ordered as follows:

1. Plaintiffs are granted leave to file in the public record the statement of uncontroverted facts, and various deposition transcript excerpts (Exhibits 10-15, 17-20) and Plaintiffs' Memorandum of Points and Authorities in support of Motion to Enforce Settlement and Appoint Special Monitor identifying such asylum seekers with identifying information redacted so as to protect the identities of applicants for asylum. Pursuant to 8 C.F.R. §§208.6 and 1208.6 the identities of asylum applicants are confidential.

2. Plaintiffs shall comply with all current Local Civil Rules regarding the filing of documents under seal.

IT IS SO ORDERED.

Dated: _____, 2016.

                                                      _____
Dolly M. Gee
United States District Judge

Presented by —

/s/ _____
Peter A. Schey
Class Counsel for Plaintiffs

///

1

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 6, 2016, I electronically filed the following document(s):

STIPULATED APPLICATION FOR LEAVE TO FILE DEPOSITION EXCERPTS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL, PROPOSED ORDER GRANTING LEAVE, REDACTED DECLARATIONS OF ASYLUM APPLICANTS, REDACTED STATEMENT OF UNCONTROVERTED FACTS, AND REDACTED MEMORANDA IDENTIFYING ASYLUM APPLICANTS with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1