1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
2  Peter A. Schey (Cal. Bar No. 58232)
   Carlos Holguín (Cal. Bar No. 90754)
3  256 South Occidental Boulevard
   Los Angeles, CA 90057
4  Telephone: (213) 388-8693
   Facsimile: (213) 386-9484
5  Email: pschey@centerforhumanrights.org
6          crholguin@centerforhumanrights.org
7

8  ORRICK, HERRINGTON & SUTCLIFFE LLP
9  Elena Garcia (Cal. Bar No. 299680)
   egarcia@orrick.com
10 777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
11 Telephone: (213) 629-2020
12

13 *Attorneys for plaintiffs (listing continues on following page)*

14                 UNITED STATES DISTRICT COURT

15          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17 JENNY LISETTE FLORES, *et al.*,          ) Case No. CV 85-4544 DMG (AGRx)
                                            )
18         Plaintiffs,                      )
                                            ) EXHIBITS 10-14 IN SUPPORT OF
19 - vs -                                   ) PLAINTIFF'S MOTION TO ENFORCE
                                            ) SETTLEMENT AND FOR APPOINTMENT
20                                          ) OF A SPECIAL MONITOR VOLUME 1 OF 2
   JEH JOHNSON, SECRETARY, U.S.             )
21 DEPARTMENT OF HOMELAND SECURITY,         ) **[REDACTED VERSION OF**
   *et al.*,                                ) **DOCUMENT PROPOSED TO BE FILED**
22                                          ) **UNDER SEAL]**
23         Defendants.                      )
   _____         ) Hearing: January 30, 2017
24

25 *Plaintiffs' counsel, continued:*

26

27

28

1

2   LA RAZA CENTRO LEGAL, INC.
    Michael S. Sorgen (Cal. Bar No. 43107)
3   474 Valencia Street, #295
    San Francisco, CA 94103
4   Telephone: (415) 575-3500

5

6   THE LAW FOUNDATION OF SILICON VALLEY
    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
    PUBLIC INTEREST LAW FIRM
7   Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
8   Katherine H. Manning (Cal. Bar No. 229233)
    Kyra Kazantzis (Cal. Bar No. 154612)
9   152 North Third Street, 3rd floor
    San Jose, CA 95112
10  Telephone:   (408) 280-2437
11  Facsimile:   (408) 288-8850
12  Email: jenniferk@lawfoundation.org
            kate.manning@lawfoundation.org
13          kyrak@lawfoundation.org

14  *Of counsel:*

15
    YOUTH LAW CENTER
16  Alice Bussiere (Cal. Bar No. 114680)
    Virginia Corrigan (Cal. Bar No. 292035)
17  200 Pine Street, Suite 300
    San Francisco, CA 94104
18  Telephone: (415) 543-3379

19

20

21

22

23

24

25

26

27

28

1

## INDEX OF EXHIBITS

2

3

4   10. Deposition of Class Member Mother Ritza Mxxx xxxxxxx– Transcript
5       Excerpts…………………………………………………………………………  230

6   11. Deposition of Class Member Mother Celina Sxxxxxx-xxxx– Transcript
7       Excerpts…………………………………………………………………………  244

8   12. Deposition of Class Member Franklin Rxxxx xxxxxxxxx– Transcript
        Excerpts…………………………………………………………………………  263
9
    13. Deposition of Class Member Mother Karina Vxxxx xxxxxxx– Transcript
10      Excerpts………………………………………………………………………..289

11  14. Deposition of Class Member Mother Lindsay Gxxxx xxxxx– Transcript
        Excerpts…………………………………………………………………………  316
12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 10

Conditionally Filed Under Seal

1          IN THE UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
2                      WESTERN DIVISION

3   JENNY LISETTE FLORES, et al,

4          Plaintiffs,

5   vs.                          CASE NO.: CV 85-4544 DMG (AGRx)

6   LORETTA E. LYNCH, Attorney
    General of the United States,
7   et al,                       Hon. Dolly M. Gee
                                 United States District Judge
8          Defendants.

9                          *   *   *

10

11                         CONFIDENTIAL

12  DEPOSITION OF:              Ritza M███████████

13  TAKEN AT INSTANCE OF:       The Defendants

14  DATE:                       September 27, 2016

15  PLACE:                      United States Attorney's
                                Office
16                              1001 E. Business Highway 98
                                Panama City, Florida
17
    TIME:                       3:00 P.M., CST
18

19

20

21

22

23

24

25

```
 1                          APPEARANCES:

 2                       FOR THE PLAINTIFF:

 3                    Katherine Manning, Esq.
                        Ms. Annette Kirkham
 4                    via telephone conference
                  The Law Foundation of Silicone Valley
 5                     152 North Third Street
                           Third Floor
 6                    San Jose, CA  95112

 7                      FOR THE DEFENDANTS:

 8                  C. Frederick Sheffield, Esq.
                United States Department of Justice
 9                        Civil Division
                  Office of Immigration Litigation
10                    District court Section
                  P.O. Box 868, Ben Franklin Station
11                    Washington, D.C.  20044

12                        ALSO PRESENT:

13              Ms. Alicia Madrado, Interpreter

14                      - - - - - -

15                      I N D E X

16   WITNESS                                   PAGE

17   Ritza M██████████████
                      Direct Examination
18                      by Mr. Sheffield          3
                    Cross Examination
19                      by Ms. Manning           35

20   Certificate of Reporter                    37

21                      EXHIBIT INDEX

22   NUMBER    DESCRIPTION                      PAGE

23     1       English version of Declaration     25

24     2       Spanish version of Declaration     26

25
```

1          The following pages constitutes the Deposition

2   of **RITZA M** ███████████████ taken at the instance of the

3   Plaintiff upon oral examination, taken pursuant to notice at

4   3:00 P.M., C.D.T.,  on the 27th day of September, 2016, in

5   the Office of the United States Attorney, 1001 East Business

6   Highway 98, Panama City, Florida.

7          The Deposition is being taken for the purpose of

8   discovery, use at trial, or for both of the foregoing, or

9   for such other uses and purposes that may be permitted

10  under the applicable and governing rules.  Taken before

11  Floie Lynn Sexton, a Notary Public in and for the State of

12  Florida at Large.

13                    *   *   *

14          MR. SHEFFIELD:  Okay, with that, let's begin, I'll

15  start by just noting, Court Reporter, if you would please

16  designate this deposition as confidential and subject to the

17  Protective Order in this case.

18          COURT REPORTER:  Would you raise your right hand,

19  please?

20          MR. SHEFFIELD:  And we're going to swear in the

21  interpreter.

22          (INTERPRETER SWORN BY THE COURT REPORTER)

23          MR. SHEFFIELD:  And can you swear in the witness

24  at this point too?

25          (WITNESS SWORN BY THE COURT REPORTER)

```
 1              MS. MANNING:  Vague and ambiguous.

 2      Q    You can continue.  Was there a process to check

 3 you in, did anyone speak with you?

 4      A    She was talking to the officer and after thirty

 5 minutes, and he was asking where she came from, what she was

 6 doing and where, what she was supposed to do, and all those

 7 questions he was asking her.  Thirty minutes.

 8      Q    Okay.  Did they ask you for your documents?

 9      A    Yes, and they took them.

10      Q    Okay.  Were you given any type of blanket while

11 you were there?

12      A    No.

13      Q    Were you given anything, which we would call a

14 Mylar blanket, which kind of looks metallic?

15      A    No.

16      Q    Were you given anything at all to help keep you

17 warm?

18      A    She, the only thing that she had was a sweater,

19 and that's how she covered her son because he has asthma.

20      Q    Okay.  So how long after you arrived were you

21 given food to eat?

22      A    She doesn't remember very well.

23      Q    Okay, was it --

24      A    She say it was very late.

25      Q    Okay.  But there was, would you estimate that it
```

```
 1   was before midnight or after midnight or?

 2       A    She don't know.

 3       Q    Okay.  And what did that meal consist of?

 4       A    Okay.  They give her a sandwich that didn't have

 5   anything inside, they didn't give anything to the son, so

 6   she had to share with him.

 7       Q    What do you mean, there was nothing inside?

 8       A    Just a sandwich with nothing inside.  What she

 9   means that it's just bread, and it didn't have anything

10   inside, you know, no meat or something.

11       Q    It was just two pieces of bread?

12       A    Si, yes, two pieces of bread.

13       Q    And how was, can you describe how this was

14   provided to you?

15       A    She doesn't remember.

16       Q    Did someone give it to you or was there a place

17   where you could go get it?

18       A    Okay, he gave it to her.

19       Q    Who?

20       A    An officer, a policeman gave it to her.

21       Q    Okay.  Do you remember how many meals you were

22   provided with while you were in detention total?

23       A    It was only one, it was only two breads that they

24   gave me.

25       Q    So you were only provided with food on one
```

```
1    instance?

2        A    Okay.  In the morning, I'm sorry, they, I'm sorry,

3    they took her to a place that it's like a doggy house,

4    that's how it is translated and they give her an apple, a

5    burrito, a cookie and a juice.

6        Q    So what time about was that?

7        A    7:00 A.M.

8        Q    Okay.

9        A    Okay, wait a minute, she's saying that they get

10   out at 2:00 in the morning and got there at 7:00, so, but

11   you know, that's what she's saying.

12       Q    Okay, so let me clarify.  So you, you checked into

13   the facility at, in the evening, right?

14       A    Okay, she's saying the same day that she got

15   there, since there were so many people, she got sick.

16       Q    Okay.  But let's go back a second.  What time of

17   day was it that you arrived at the first facility?

18       A    7:00 P.M. at night.

19       Q    Okay.  And you stayed at that facility until the

20   next morning?

21       A    Si, yes.

22       Q    And where did you go after that first facility?

23       A    The second, the second part was the doggy house

24   and it is the second place that she went.

25       Q    Okay.  About how long did it take to get from the
```

```
 1   first place to the second place?  Less than --

 2        A    She doesn't know.

 3        Q    -- more or less than two hours?

 4        A    She doesn't remember, she doesn't know either to

 5   tell you.

 6        Q    Okay.

 7        A    Okay.

 8        Q    So when you describe getting a burrito and the

 9   food that you described, was that at the first facility or

10   the second facility?

11        A     Okay, when they gave her the burrito and the

12   apple and cookie, it was in the doggy house.

13        Q    Okay.  How long did you stay there?

14        A    Okay.  She say, I don't know, you know, I couldn't

15   tell you, it was like a day, one day, a complete day.

16        Q    Okay.  And how many times were you provided with

17   food at that place?

18        A    One time.

19        Q    Okay, let's go back to the first place, did your

20   son eat anything at that place?

21        A    Only breast, um hm.

22             MR. SHEFFIELD:  Did you get that?

23             COURT REPORTER:  Only bread?

24             THE INTERPRETER:  Yeah, only breast, I mean, she's

25   breastfeeding.
```

```
 1            COURT REPORTER:  Oh, breast?

 2            MR. SHEFFIELD:  Yeah.

 3            THE INTERPRETER:  I'm sorry.

 4            COURT REPORTER:  Thank you for clarifying.

 5      Q    Were you offered juice or anything to drink?

 6  Again, just to clarify, I'm talking about the first place.

 7      A    No.  Oh, okay, water.  Water.

 8      Q    Okay.

 9      A    Um hm.

10      Q    About how many people were in the room with you at

11  the first place?

12      A    A lot.

13      Q    Can you estimate how many?

14      A    No, she can't.

15      Q    Okay.  You said you had access to drinking water?

16      A    Yes, the ones that, you know, that you push and

17  then you drink, but she say that it taste chlorine.

18      Q    Okay.

19      A    Chlorine, it tasted chlorine.

20            COURT REPORTER:  Chlorine?

21            THE INTERPRETER:  Yes, chlorine.

22      Q    Do you mean it was like a drinking fountain?

23      A    Si, yes, um hm.

24      Q    Okay.  Did you get access to cups or anything like

25  that?
```

```
 1        A    No.

 2        Q    So in order to drink, you would just drink from

 3   the Fountain?

 4        A    Si, yes.

 5        Q    Okay.  Can you describe, was there a bathroom in

 6   the room where you were located in the first facility?

 7        A    There was a bathroom, but it was low, there wasn't

 8   a, you know, a cover or it wasn't private.

 9        Q    Was there any type of wall or anything separating

10   the bathroom from the rest of the room?

11        A    Yes.

12        Q    We need to describe that for the...

13        A    It was a, you know, like I will say six feet.

14        Q    Well, let's, like where on, can you describe how

15   far it comes up to your body?  Say it out loud.  Say it out

16   loud.

17        A    Okay.  To the leg, the beginning of the leg, that

18   was how far it was.  And it wasn't --

19        Q    Was it, did it have, was it one wall or was it two

20   walls, how many of those walls separated the bathroom from

21   the rest of the room?

22        A    Okay, only one, only one.

23        Q    Okay.  Did you have any health problems while you

24   were at the first facility?

25        A    She say yes, I have fever and I have a rash all
```

```
 1   over my body.

 2        Q    When did this start?

 3        A    Okay.  It started the same day about 9:00, she

 4   remembers the time.

 5        Q    9:00 at night or 9:00 in the morning?

 6        A    9:00 at night, P.M.

 7        Q    Okay.

 8        A    When she got there.

 9        Q    Did you tell any of the people, who worked at the

10   facility, about these issues?

11        A    Yes, but they didn't do anything, they didn't give

12   her anything.

13        Q    Okay.

14        A    They didn't give her anything, they didn't give

15   her anything.

16        Q    Did you receive any treatment once you got to the

17   second facility?

18        A    No.

19        Q    Did anyone ever examine you in a medical capacity

20   while you were in either of the two facilities?

21        A    Okay.  When they got there, the only, at the

22   second one, the only thing that they did was to check the

23   son because he has problem breathing, and he has a problem

24   in one of the lungs, and that's, that's what happened, they

25   check him.
```

```
 1              MR. SHEFFIELD:  Okay.  All right, that's all the
 2    questions I have.  Yeah, we're done.
 3              MS. MANNING:  Okay, I just wanted to ask a couple
 4    of clarifications questions.
 5              MR. SHEFFIELD:  All right.
 6              MS. MANNING:  I know you're in a rush, but...
 7              MR. SHEFFIELD:  Well, I'm going to object to
 8    clarification questions for the record, but go ahead anyway.
 9              MS. MANNING:  Okay.
10                        CROSS EXAMINATION
11    BY MS. MANNING:
12        Q    There were a lot of questions about, about what
13    you were wearing or holding when you crossed the river, and
14    I just wanted to clarify, is it correct that you were
15    wearing your boxer shorts, which are pajamas when you
16    crossed the river and you were holding your pants in your
17    hand?
18        A    Yes.
19        Q    Okay.  And that you were then wearing your boxer
20    shorts in the cell and you asked for dry pants, but they
21    gave you back your wet pants, is that correct?
22        A    Yes.
23        Q    And in terms of the water fountain that you, you
24    said you drank out of the water fountain with your mouth,
25    and that water fountain was attached to the toilet, is that
```

1    correct?

2          MR. SHEFFIELD:  I would object based on the fact

3    that that's not reflected in your testimony or in the

4    declaration.  I'm not sure where counsel is getting that

5    assertion.  You can answer it.

6      A    She say it was near the bathroom, um hm, near the,

7    you know, where you go to the bathroom, it's nearby.

8          MR. SHEFFIELD:  Okay.

9          MS. MANNING:  Okay.  Okay, I don't have any

10   further questions.

11         MR. SHEFFIELD:  All right, thank you, Kate.  I'm

12   going to sign off now.

13         MS. MANNING:  Okay, thank you.

14         MR. SHEFFIELD:  All right, bye-bye.

15         MS. MANNING:  Thank you.

16         THE INTERPRETER:  Thank you.

17               NO FURTHER EXAMINATION.

18               (Concluded at 4:30 P.M.)

19

20

21

22

23

24

25

```
 1                    CERTIFICATE OF REPORTER

 2   STATE OF FLORIDA

 3   COUNTY OF BAY

 4        I, Floie Lynn Sexton, a Court Reporter and Notary

 5   Public in and for the State of Florida at Large:

 6        DO HEREBY CERTIFY that the foregoing transcript was

 7   taken before me at the time and place therein

 8   designated; that before testimony was taken the witness

 9   was duly sworn; that the deposition was taken

10   stenographically and digitally recorded, and thereafter

11   reduced to typewriting; and the foregoing pages numbered

12   three (3) through thirty-six (36) are true and correct to

13   the best of my knowledge and belief.

14        I FURTHER CERTIFY that I am not a relative, employee,

15   attorney or counsel of any of the parties, nor a relative

16   or employee of such attorney or counsel, nor financially

17   interested in the foregoing action.

18        WITNESS my hand and official seal this 3rd day of
     October, 2016.
19

20        _Floie Lynn Sexton_____

21        Floie Lynn Sexton
          Notary Public - State of Florida
22        My Commission No.  GG 27111
          Expires:  September 6, 2020
23

24

25
```

# Exhibit 11

Conditionally Filed Under Seal

Page 1

1                 UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
2

    ------------------------------:
3   JENNY LISETTE FLORES, et al,  :  NO. Cv 85-4544
                Plaintiff         :
4                                 :
                                  :
                vs.               :
5                                 :
    LORETTA E. LYNCH, Attorney    :
6   General of the United States, :
    Et al.                        :
7               Defendants        :
    ------------------------------:
8

9                              Leesport, Pennsylvania
10
                           Tuesday, October 4, 2016
11

12  DEPOSITION OF:

13                  CELINA S███████

14  called as a witness, pursuant to notice, by counsel

15  for Defendants, held at the Berks County Resitential

16  Center, 1040 Berks Road, Leesport, Pennsylvania,

17  before Suzanne, L. E. Toto, RPR, of Capital

18  Reporting Company, a Notary Public in and for the

19  Commonwealth of Pennsylvania, beginning at

20  approximately 1:16 p.m., when were present on behalf

21  of the respective parties:

22

23

24

25

```
 1              A P P E A R A N C E S
 2              ACLU
                BY:  CODY WOFSY, ESQ.
 3              39 Drumm Street
                San Francisco, CA  94111
 4              415-343-0785
                cwofsy@aclu.org
 5                   -- AND --
                CAMBRIA & KLINE
 6              BY:  BRIDGET CAMBRIA, ESQ.
                123 North Third Street
 7              Reading, PA  19601
                484-926-2014
 8               -- For C██████████████████
 9              (Via Telephone)
                PETER SCHEY, ESQ.
10              256 Occidental Boulevard
                Los Angeles, CA  90057
11              323-251-3223
                pschey@centerforhumanrights.org
12               -- For Flores Class Action
13              ADRIANA C. ZAMBRANO
                Law Student Intern
14
15              US DEPARTMENT OF JUSTICE CIVIL DIVISION
                BY:  KATHLEEN A. CONNOLLY, ESQ.
16              Ben Franklin Station
                Washington, DC  20044
17              202-305-8627
                kathleen.a.connolly@usdoj.gov
18               -- For The Defendant
19
20
21
22
23
24
25
```

Page 3

```
 1                        I N D E X
 2                       WITNESSES
 3    ALL WITNESSES:                            PAGE:
 4
        CELINA S███████████
 5       Examination by MS. CONNOLLY          4:24
 6
 7
                          EXHIBITS
 8
      CSB NO.:           DESCRIPTION:            PAGE:
 9
10    CSB 1              Exhibit 28 -
                         Conditionally Filed
11                       Under Seal:
                         For Identification    27:15
12
13    (Exhibits attached to transcript)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 4

```
 1              P R O C E E D I N G S
 2              MS. CONNOLLY:  All objections except
 3     for the form of a question and privilege will be
 4     reserved until time of trial.
 5              MR. WOFSY:  That's fine.  Want to make
 6     sure we're on the same page.
 7              VERONICA QUIROZ, was duly sworn to
 8     translate English into Spanish and Spanish into
 9     English in the following deposition:
10              CELINA S▮▮▮▮▮▮▮▮ having been
11     first duly sworn, was examined and testified through
12     the interpreter as follows:
13              MS. CONNOLLY:  Good morning, ma'am.
14              Hi, Peter.  This is Kate Connolly with
15     DOJ.  How are you?
16              MR. SCHEY:  Okay.  How are you?
17              MS. CONNOLLY:  Good.  So we have just
18     sworn in the interpreter and sworn in the witness,
19     and I'm about to begin.  Are you ready?
20              MR. SCHEY:  I am ready, I guess.  For
21     the record I am joining on behalf of the Flores
22     class.
23                    *   *   *
24                 EXAMINATION
25     BY MS. CONNOLLY:
```

Page 11

```
 1    declaration jurada.  I mean, I'm just an interpreter.

 2    The deposition is the right interpretation or

 3    translation is declaration jurada, but you're

 4    thinking that is confusing?

 5                     MR. WOFSY:  Do you want to go off

 6    the record?

 7                     MS. CONNOLLY:  Yes.

 8                (Discussion held off the record.)

 9    BY MS. CONNOLLY:

10    Q.          So what's going to happen today in the

11    deposition is that I'm just going to ask you a series

12    of questions.  If there's anything that I ask that

13    you don't understand, please just let me know and we

14    can phrase it a different way.

15    A.          Okay.

16    Q.          Do you speak or understand any English?

17    A.          No.

18    Q.          So the woman, as you know, to your left

19    is your interpreter today.  She is translating

20    everything I say to you and everything you say to me.

21    So just make sure she finishes translating before you

22    respond to her question.

23    A.          Okay.

24    Q.          Now, you took an oath a few minutes ago.

25    Do you recall that?
```

Celina S                          October 4, 2016

                                            Page 16

1    Q.          And what happened then?

2    A.          They took us.  They ask us to go out of

3    the patrol.  They asked us if we were hungry.  They

4    feed us.

5    Q.          And where was this that they fed you?

6    A.          There at La Hielera.

7    Q.          Okay.  And what did they feed you?

8    A.          Only a piece of bread with mortadella and

9    a juice.

10   Q.          And then what happened?

11   A.          Then after that, they get us in a room

12   where we're going to stay.

13   Q.          Okay.  And so was that the -- that was

14   the first location that the border patrol brought you

15   to, correct?

16   A.          It is correct.

17   Q.          And that was in Texas?

18   A.          Yes.

19   Q.          Do you know where specifically in Texas

20   that was?

21   A.          McAllen.

22   Q.          McAllen?

23   A.          Yes.

24   Q.          Now, you said when you first arrived they

25   gave you the sandwich with mortadella, is that

Celina █████████                                          October 4, 2016

1    correct?

2    A.          It is correct.

3    Q.          And did your son get one as well?

4    A.          Yes, also.

5    Q.          And then can you describe for me the room

6    that they put you in?

7    A.          It was a room bigger than this.  Very

8    cold.  There were a lot of people.  Well, there

9    weren't beds or like something to sleep on.  There

10   was an open bathroom, so if you go to the bathroom

11   everybody would see you.  They didn't give us

12   blankets to get warmer.

13   Q.          Okay.  So how many people would you

14   estimate were in the room with you?

15   A.          Well, more or less 50 people.

16   Q.          50 people.  Was it all women and

17   children?

18   A.          Women and children.

19   Q.          And while you were in that room, would

20   you see the officers come by the room pretty

21   regularly?

22   A.          Yes.

23   Q.          And what were they doing when they came

24   by?

25   A.          They look at us, and one of the person

Page 18

1    ask them if they could lower the -- not the heat, the

2    air conditioning because it was very cold.  And we

3    saw that they pointed, but we don't think that they

4    lower it because we still be cold.

5                       MR. WOFSY:  Can I just note for the

6    record, the deponent said air conditioning and the

7    translator was the one who was confused about the

8    wording, whether it was heat or air conditioning.

9                       THE INTERPRETER:  Yes, I got

10   confused with heat and air conditioning.

11   BY MS. CONNOLLY:

12   Q.          So you saw the agents with something in

13   their hand that they were pointing towards the air

14   conditioning?

15   A.          Yes.

16   Q.          Now, let's talk about the food situation

17   for a minute.  How was food distributed or given out

18   to you when you were in that cell?

19   A.          There was a patrol agent, and he comes in

20   every three hours.

21   Q.          Okay.  And what happens when he comes?

22                       THE INTERPRETER:  I couldn't hear

23   it.

24   A.          So he came.  He ask us to go out of the

25   room.  We went in like a line, and they check us.

Celina S.                                                October 4, 2016

Page 19

1    And they were checking us and giving us one

2    mortadella sandwich and one juice.

3    Q.          And you say one, do you mean one for you

4    and one for your son?

5    A.          Yes.

6    Q.          And you said that he came around every

7    three hours or so?

8    A.          Yes, they ask us to go out.

9    Q.          And other than the sandwich you've talked

10   about, did they bring any snacks or juice?

11   A.          No.  They always gave us the same.

12   Q.          So there were never any like any cookies

13   or any snacks given out?

14   A.          Sometimes they gave the kids one cookie

15   and then juice.

16   Q.          This sandwich, did you ever refuse the

17   sandwich?

18   A.          I always took it.

19   Q.          Now, were you ever given any warm food at

20   that first place?

21   A.          No, never.

22   Q.          Now, how often were you and your son

23   given juice?

24   A.          Every three to four hours.

25   Q.          What about the water situation, was there

Page 20

1    water in the room that you were in?

2    A.          Yes.  There were like cubes -- something

3    like that with water, but we all use the same glass.

4    Q.          You had one glass for all of you?

5    A.          There were two to three glasses, but for

6    all of us.

7    Q.          And they didn't have any little like

8    plastic cups or anything?

9    A.          No.  I never saw them.

10   Q.          And these cups, were they glass cups,

11   were they plastic, or do you remember?

12   A.          Plastic.

13   Q.          Now, and that jug of water was right in

14   the room with you there?

15   A.          Yes, it was in the room.

16   Q.          Now, can you talk -- you had mentioned a

17   few moments ago the toilet facilities.

18   A.          Yes.

19   Q.          Where in the room was the toilet?

20   A.          Well, the room, it was in the back part.

21   Q.          So it was kind of in the corner?

22   A.          Yes.

23   Q.          Okay.  And what was around the toilet?

24   A.          Well, the other people, what they did is

25   lay down around there.

Celina S.                                                    October 4, 2016

Page 21

1    Q.              Okay.  So you're saying there are people

2    laying down by the toilet?

3    A.              Yes.

4    Q.              So -- but next to the toilet there was a

5    wall there, correct?

6    A.              Yes.  There was a wall but a short one.

7    Q.              Okay.  So let's figure out what that

8    means by short.

9    A.              Well, a tall one you don't see anyone.

10   But this one gets to here so that people see us when

11   we went to the bathroom.

12                   MS. CONNOLLY:  So for the record,

13   the witness is pointing to her approximately

14   bellybutton area.

15   A.              So that was the height of the wall.

16   Q.              Okay.  So when you were sitting at the

17   toilet, was your torso covered by the wall?

18   A.              A little bit, not that much.

19   Q.              Okay.  So how much of your torso was

20   covered by the wall?

21                   MR. SCHEY:  I would object to the

22   question.  It's vague and ambiguous because it would

23   obviously depend if -- you know, whether it is for a

24   four-year-old child who is tall or somebody taller,

25   it would be visible to somebody standing up.  It

Celina S.                                        October 4, 2016

Page 32

```
 1   Q.           When did you first learn about Flores?

 2   A.           I learn in April.

 3   Q.           And where were you -- which facility were

 4   you at in April?

 5   A.           Here in Berks.

 6   Q.           Here at Berks?

 7   A.           Berks.

 8   Q.           So April 2016 is when you first heard

 9   about Flores?

10   A.           Yes.

11   Q.           So now, going back to this first facility

12   when you met with the immigration officer, did they

13   give you any paperwork or information about

14   immigration places?

15                     MR. WOFSY:  Objection.  Vague.

16   Sorry, go ahead.

17   BY MS. CONNOLLY:

18   Q.           About immigration attorneys that may help

19   you?

20   A.           No.

21   Q.           Now, how long were you at that first

22   facility?

23   A.           At La Hielera?

24   Q.           Yes, the first facility.

25   A.           Two days.
```

Celina S.                                                                          October 4, 2016

1    Q.          And what did they feed you?

2    A.          Well, they gave us burritos, applesauce,

3    juice and some candies.

4    Q.          And that was for you and also for your

5    son?

6    A.          Yes.

7    Q.          And did you have anything to sleep on?

8    A.          They were like a mattress, like little

9    tiny mattress.

10   Q.          Little tiny mattress?

11               THE INTERPRETER:  Yes, because

12   (Spanish word spoken) is not a mattress but is a

13   little fluffy.

14   BY MS. CONNOLLY:

15   Q.          And was there water provided to you at

16   this location?

17   A.          Yes.

18   Q.          And toilet facilities as well?

19   A.          Yes, there were -- there was a bathroom.

20   Q.          Now, was your son ever separated from you

21   at this location?

22   A.          No.

23   Q.          And do you remember how many people were

24   in your room with you?

25   A.          More or less, 15.

Page 36

1    us.

2    Q.            Now, when you were at Dilley, you spoke

3    with some immigration folks, is that correct?

4    A.            Yes, it is correct.

5    Q.            And did they give you a list of free

6    legal services?

7                        MR. WOFSY:  I'm going --

8    A.            There, no.

9    Q.            They did not at Dilley give you a list of

10   free legal services?

11   A.            That was after when I went to saw a

12   lawyer.

13   Q.            And was that while you were still at

14   Dilley?

15   A.            Yes.

16   Q.            Okay.  And so you were able to go speak

17   with a lawyer while you were at Dilley?

18   A.            Yes.

19   Q.            And now, when you were at Dilley, the

20   walls of the rooms, did you notice the posters on the

21   walls?

22   A.            Yes, there were.

23   Q.            Do you remember what they were?

24                        MR. WOFSY:  Objection.  That's not

25   the question.

Celina S                                    October 4, 2016

                                                        Page 37

1    BY MS. CONNOLLY:

2    Q.            Do you remember what the posters said?

3                       MR. WOFSY:  Objection.  That's

4    not -- the interpretation is where the posters were.

5    The question is what the posters were.

6                       THE INTERPRETER:  Where or what?

7    BY MS. CONNOLLY:

8    Q.            There were posters on the wall.  Do you

9    remember what they said?

10                      THE INTERPRETER:  Oh, my God.

11   Okay.  I understand where.  I'm sorry.

12   A.            Well, what I remember is the name of any

13   place there was there.

14   Q.            Any place that was there?

15   A.            Well, yes.  For example, where was the

16   visitor room located.

17   Q.            Okay.  Do you remember seeing posters for

18   free legal services posted on the wall?

19   A.            No.  That, no.

20   Q.            And you don't remember getting any sort

21   of list of legal services?

22   A.            When I went with the lawyer, he gave me a

23   list.

24   Q.            The lawyer gave you a list?

25   A.            Yes, a lawyer.

Page 48

                    C E R T I F I C A T E

    I do hereby certify that I am a Notary Public
    in good standing, that the aforesaid testimony
    was taken before me, pursuant to notice, at the
    time and place indicated; that said deponent
    was by me duly sworn to tell the truth, the
    whole truth, and nothing but the truth; that
    the testimony of said deponent was correctly
    recorded in machine shorthand by me and
    thereafter transcribed under my supervision
    with computer-aided transcription; that the
    deposition is a true and correct record of the
    testimony given by the witness; and that I am
    neither of counsel nor kin to any party in said
    action, nor interested in the outcome thereof.

    WITNESS my hand and official seal this 7th day of
    October, 2016.


    _____

    Notary Public

Page 49

1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3    I, CELINA S███████████ do hereby acknowledge

4    I have read and examined the foregoing pages of

5    testimony, and the same is a true, correct and

6    complete transcription of the testimony given

7    by me, and any changes or corrections, if any,

8    appear in the attached errata sheet signed by me.

9

10

11

12

13

14

15

     _____        _____

16   Date                      CELINA S███████████

17

18

19

20

21

22

23

24

25

Celina S█████                                          October 4, 2016

Page 50

1    Cody Wofsy, Esquire
     American Civil Liberties Union
2    39 Drumm Street
     San Francisco, CA

3
     IN RE:  Jenny Lisette Flores v. Loretta Lynch

4

5

6   Dear Mr. Wofsey,

7           Enclosed please find your copy of the

8    deposition of CELINA S█████████  along with

9    the original signature page.  As agreed, you

10   will be responsible for contacting the witness

11   regarding signature.

12          Within 30 days of October 10, 2016, please

13   forward errata sheet and original signed signature

14   page to counsel for Plaintiff, Kathleen Connolly.

15       If you have any questions, please do not

16   hesitate to call.  Thank you.

17

18   Yours,

19   Suzanne Toto
     Reporter/Notary

20

21   cc:  Kathleen Connolly, Esquire

22

23

24

25

# Exhibit 12

Conditionally Filed Under Seal

```
 1                  UNITED STATES DISTRICT COURT

 2          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   JENNY LISETTE FLORES, et al., )
                                   )
 5                 Plaintiffs,     )
                                   )
 6            vs.                  )   Case No. 2:85-CV-04544
                                   )
 7   JEH JOHNSON, Secretary,       )
     U.S. DEPARTMENT OF HOMELAND   )
 8   SECURITY et al.,              )
                                   )
 9                 Defendants.     )
     _____)

10

11

12            DEPOSITION OF FRANKLIN ███████████

13

14

15        TAKEN AT:    300 North Los Angeles Street
                       Los Angeles, CA  90012
16
          DATE/TIME:   Thursday, September 22, 2016
17                     3:53 p.m. - 5:10 p.m.

18        REPORTER:    Sharon A. Golding
                       CSR No. 5934
19
          JOB NO.:     35027
20

21

22

23

24

25
```

FRANKLIN                          September 22, 2016

```
1    APPEARANCES:

2        For Plaintiffs:

3            CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
             BY:  PETER A. SCHEY, ESQ.
4            256 South Occidental Boulevard
             Los Angeles, CA  90057
5            (213) 388-8693
             (Not Present)
6
         For Defendants:
7
             U.S. DEPARTMENT OF JUSTICE
8            CIVIL DIVISION
             OFFICE OF IMMIGRATION LITIGATION
9            BY:  LAUREN FASCETT, ESQ.
             BY:  COLIN A. KISOR, ESQ.
10           BY:  SARAH L. VUONG, ESQ.
             P.O. Box 878
11           Ben Franklin Station
             Washington, DC  20044
12           (202) 532-4281

13       For the Witness:

14           ORRICK, HERRINGTON & SUTCLIFFE LLP
             BY:  ELENA GARCIA, ESQ.
15           2050 Main Street, Suite 1100
             Irvine, CA  92614-8255
16           (949) 567-7738

17       Also Present:

18           Ivonne Marie Padro, Spanish Interpreter
             Cert No. 301749
19           Raquel Somorriba

20

21

22

23

24

25
```

FRANKLIN                              September 22, 2016

```
   1                    I N D E X

   2      Witness                        Examination

   3   Franklin

   4         By Ms. Fascett                      4, 42
              By Ms. Garcia                        39
   5

   6

   7

   8                  E X H I B I T S

   9   Identification                           Page

  10      1 - Declaration                        25

  11

  12

  13

  14            INFORMATION REQUESTED

  15                  (None)

  16

  17

  18

  19      QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

  20                  (None)

  21

  22

  23

  24

  25
```

Huntington Court Reporters & Transcription, Inc.
301 N. Lake Avenue, Suite 150, Pasadena, CA 91101 1-800-586-2988

FRANKLIN ██████████            September 22, 2016

| | | |
|---|---|---|

15:04    1    Los Angeles, California; Thursday, September 22, 2016

         2                    3:53 p.m.

         3                    * * *

         4

15:04    5        (Whereupon, IVONNE MARIE PADRO was duly

         6    sworn as the English-Spanish interpreter.)

         7

         8                  FRANKLIN ████████████

         9    having been first duly sworn, was examined and testified

15:04   10                  as follows:

        11

        12                  EXAMINATION

        13    BY MS. FASCETT:

        14        Q    Good afternoon, Franklin.

15:53   15    MS. GARCIA:  I'm sorry.

        16        We ask that the questioning be limited to an

        17    hour because he is a minor, and it has been a long day

        18    for him.  I don't know if you guys agree to that.

        19    MS. FASCETT:  I'm not going to agree to any

15:53   20    limitation, but let's see how he's doing in an hour, and

        21    we can certainly discuss it.

        22        Q    My name is Lauren Fascett.  I'm an attorney

        23    with the Department of Justice.  I'm going to ask you a

        24    series of questions that you're under oath to provide a

15:54   25    full and complete answer.

| 15:56 | 1 | we did in the last case where we did the translation and |
| | 2 | we got that certified.  You have a copy to look at. |
| | 3 | MS. FASCETT:  So you're handing me a translated |
| | 4 | version of his statement. |
| 15:57 | 5 | MS. GARCIA:  Yeah. |
| | 6 | MS. FASCETT:  Did you provide this to Franklin and |
| | 7 | his mother? |
| | 8 | MS. GARCIA:  Yes. |
| | 9 | MS. FASCETT:  So this is the version he reviewed |
| 15:57 | 10 | with his mother today? |
| | 11 | MS. GARCIA:  Yes. |
| | 12 | MS. FASCETT:  Because I don't have a translated |
| | 13 | version.  That's why I was asking. |
| | 14 | Q    So I want to ask you some specific questions |
| 15:57 | 15 | about your time in the Customs and Border Patrol |
| | 16 | facilities when you first came to the United States. |
| | 17 | So you were apprehended by immigration |
| | 18 | officials on January 22nd, 2016; is that correct? |
| | 19 | A    Yes. |
| 15:57 | 20 | Q    And who was with you at that time? |
| | 21 | A    My mother. |
| | 22 | Q    Anyone else? |
| | 23 | A    No. |
| | 24 | Q    And what happened when you were apprehended? |
| 15:58 | 25 | A    They took us to a detention center.  They call |

FRANKLIN                                    September 22, 2016

```
15:58    1   it "the ice box."

         2        Q    And who is "they"?

         3        A    The people from immigration, from the border

         4   patrol.

15:58    5        Q    They took you to the border station?

         6        A    Yes.

         7        Q    And you said they call it "the ice box."

         8             Who is "they" in that statement?

         9        A    The people that work there at that location.

15:58   10        Q    So the border patrol agents called it "the ice

        11   box"?

        12        A    No.

        13        Q    So who did you hear call it "the ice box"?

        14        A    The people that were there in that same room.

15:59   15        Q    The other immigrants?

        16        A    Yes.

        17        Q    Did you ever hear anyone else call it "the ice

        18   box"?

        19        A    No.

15:59   20             (Mr. Kisor entered the deposition room

        21        at 3:59 p.m.)

        22        Q    BY MS. FASCETT:  And how long were you at the

        23   McAllen border station?

        24        A    Like, two days.

15:59   25        Q    Do you remember what time you arrived there?
```

FRANKLIN                                      September 22, 2016

| | | |
|---|---|---|
| 15:59 | 1 | A    It was around, like, 7:00 o'clock in the |
| | 2 | morning or 6:00. |
| | 3 | Q    Around 7:00 o'clock in the morning that you |
| | 4 | arrived at the border station? |
| 16:00 | 5 | A    It's that we're right there very early in the |
| | 6 | morning. |
| | 7 | Q    So what time were you apprehended, if you |
| | 8 | remember? |
| | 9 | A    Twenty-two, but it was, like, 3:00 or |
| 16:00 | 10 | 4:00 o'clock in the morning. |
| | 11 | Q    Can you please describe for me the area that |
| | 12 | you were in at the McAllen border station. |
| | 13 | A    It was a closed room.  It was very cold.  There |
| | 14 | was only one cement bench and lots of minors.  Couldn't |
| 16:01 | 15 | sleep. |
| | 16 | Q    You said "lots of minors." |
| | 17 |     About how many minors? |
| | 18 | A    Like, 15 or 20 minors. |
| | 19 | Q    And what ages were they, if you know? |
| 16:01 | 20 | A    Fifteen to sixteen years old. |
| | 21 | Q    Were there any adults in the area with you? |
| | 22 | A    No. |
| | 23 | Q    Did you receive a blanket? |
| | 24 | A    No. |
| 16:01 | 25 | Q    Did you receive anything to keep warm? |

| | | | |
|---|---|---|---|
| 16:01 | 1 | A | No. |
| | 2 | Q | Can you tell me about the toilet facilities? |
| | 3 | A | It was a toilet, and it didn't have a seat |
| | 4 | where you sit down.  It was not very clean, and they | |
| 16:02 | 5 | only had a sink. | |
| | 6 | Q | Okay.  So there was a sink in the bathroom? |
| | 7 | A | Yes.  No paper or anything to wash. |
| | 8 | Q | Was there any soap? |
| | 9 | A | No. |
| 16:02 | 10 | Q | Was there any hand sanitizer? |
| | 11 | A | No. |
| | 12 | Q | Was there a wall around the toilet area? |
| | 13 | A | Yes.  There was a wall about this high |
| | 14 | (indicating). | |
| 16:02 | 15 | Q | For the record, you're holding your hand up |
| | 16 | about three feet, would you say? | |
| | 17 | A | Yes. |
| | 18 | Q | Okay.  I want to ask you about the food |
| | 19 | situation. | |
| 16:02 | 20 | | Were you given food? |
| | 21 | A | Yes. |
| | 22 | Q | What did you receive? |
| | 23 | A | First it was -- they gave us a cookie, and then |
| | 24 | later on bread with ham.  And for dinner, another | |
| 16:03 | 25 | cookie. | |

FRANKLIN                          September 22, 2016

| | | | |
|---|---|---|---|
| 16:03 | 1 | Q | Did they provide any other meals? |
| | 2 | A | No. |
| | 3 | Q | Did you eat the food that they gave you? |
| | 4 | A | Yes. |
| 16:03 | 5 | Q | And were you provided with a jug of water? |

6      A    There they had a jug of water, but they only

7  had one cup.

8      Q    Can you explain that more.

9      A    They only had one cup for everyone that was

16:04 10 there, and I only drank water once from that cup.

11      Q    Okay.  What was the cup made of?

12      A    It was, like, paper.

13      Q    Did you ever ask for another cup?

14      A    No.

16:04 15      Q    Were you free to access the water at any time?

16      A    Yes.

17      Q    You said you used the cup to drink water one

18  time; correct?

19      A    Yes.

16:04 20      Q    Is it fair to say you had the opportunity to

21  drink more water if you had wanted?

22      A    Yes.

23      Q    And how was your health during this time?

24      A    The next day I was feeling, like, really bad,

16:05 25  very tired and dizzy.

FRANKLIN                        September 22, 2016

| | | |
|---|---|---|
| 16:06 | 1 | A    All this part and all this area (indicating), I |
| | 2 | got spots because of the cold. |
| | 3 | Q    Did you seek medical treatment for that |
| | 4 | condition? |
| 16:07 | 5 | A    Not at that place. |
| | 6 | Q    Okay.  I want to clarify. |
| | 7 | You said you had spots from the cold on your |
| | 8 | cheeks? |
| | 9 | A    Yes. |
| 16:07 | 10 | Q    Before you were apprehended, did you have any |
| | 11 | medical problems? |
| | 12 | A    No. |
| | 13 | Q    You said you did not notify anyone at the |
| | 14 | McAllen border station about your skin. |
| 16:07 | 15 | A    Yes. |
| | 16 | Q    Yes, you did not tell anyone? |
| | 17 | A    Not at that place, but yes to the next place |
| | 18 | that we were detained, the following place. |
| | 19 | Q    Okay.  When you were taken to the McAllen |
| 16:07 | 20 | border station, was your mother with you? |
| | 21 | A    No. |
| | 22 | Q    Do you know where she was? |
| | 23 | A    No. |
| | 24 | Q    So the next day on January 23rd, you were |
| 16:08 | 25 | transferred to the Ursula facility; is that correct? |

FRANKLIN                          September 22, 2016

```
16:08    1    A    No.

         2    Q    Okay.  Tell me where you were taken next.

         3    A    To a place they call it "the dog cages."

         4    Q    Who is "they"?

16:08    5    A    I don't know.

         6    Q    Why do they call it "the dog cages"?

         7    A    It is a very big place, and they have a lot of

         8 youth people there in different cells.

         9    Q    And who did you hear say "the dog cages"?

16:09   10    A    The minors.  The same minors that were there.

        11    Q    So what time did you arrive at that facility?

        12    A    Like, in the morning.

        13    Q    Okay.  And do you remember how long you were

        14 there?

16:09   15    A    No.

        16    Q    Were you given a meal when you arrived at that

        17 facility?

        18    A    Yes.

        19    Q    And what were you given?

16:10   20    A    An apple and, like, a taco.  Like, a burrito.

        21    Q    Okay.  And were you served another meal later

        22 that day?

        23    A    Yes.

        24    Q    Can you tell me about what time that was and

16:10   25 what you received?
```

FRANKLIN ████████████████, September 22, 2016

```
16:14    1        A    No.

         2        Q    So earlier you said that you did not tell

         3   anyone at the border station about the spots on your

         4   skin, but that you did tell someone later.

16:14    5             When and who did you tell?

         6        A    I told that to one of the persons that were

         7   there, but that person only just told me, "Just wash

         8   your face."

         9        Q    So you told someone -- a border patrol agent?

16:14   10        A    To the guards that they were taking care of us

        11   at the second location.

        12        Q    Okay.  And were you able to wash your face?

        13        A    Yes.

        14        Q    Okay.  Was there soap available?

16:15   15        A    No.

        16        Q    Were there paper towels?

        17        A    Yes.

        18        Q    Were you given a toothbrush?

        19        A    Yes.

16:15   20        Q    And can you describe the setup of the bathroom.

        21        A    They were, like, portable bathrooms, and they

        22   were very clean.

        23        Q    Was there a wall surrounding these bathrooms?

        24        A    No.

16:16   25        Q    Was it in a separate room?
```

FRANKLIN                                September 22, 2016

| | | | |
|---|---|---|---|
| 16:16 | 1 | A | Yes. |
| | 2 | Q | So there was privacy? |
| | 3 | A | Yes. |
| | 4 | Q | Did you receive a blanket at the second |
| 16:16 | 5 | facility? | |
| | 6 | A | Yes. |
| | 7 | Q | Did you need it? |
| | 8 | A | Yes. |
| | 9 | Q | Can you describe the temperature? |
| 16:16 | 10 | A | Cold. |
| | 11 | Q | Was your mother at this facility with you? |
| | 12 | A | Yes. |
| | 13 | Q | How did you know she was there? |
| | 14 | A | Because they transported us together. |
| 16:16 | 15 | Q | And was she in the same area as you? |
| | 16 | A | No. |
| | 17 | Q | Where was she, if you know? |
| | 18 | A | I don't know. |
| | 19 | Q | Okay.  Can you describe the area that you were |
| 16:17 | 20 | kept in. | |
| | 21 | A | It was a very spacious area, and they gave us a |
| | 22 | blanket. | |
| | 23 | Q | Were there mats provided? |
| | 24 | THE INTERPRETER:  Let me inquire. | |
| 16:17 | 25 | THE WITNESS:  Okay.  Like a mat, yeah.  A mattress. | |

FRANKLIN                                September 22, 2016

| | | | |
|---|---|---|---|
| 16:17 | 1 | Q | BY MS. FASCETT:  Were you able to sleep? |
| | 2 | A | Yes. |
| | 3 | Q | Were there other people in the cell with you? |
| | 4 | A | Yes. |
| 16:17 | 5 | Q | And how many? |
| | 6 | A | Ten. |
| | 7 | Q | And who were they? |
| | 8 | A | I don't know.  Minors. |
| | 9 | Q | About what age? |
| 16:18 | 10 | A | Fifteen, sixteen years old. |

11      Q    Were you ever afraid of any of the other

12   minors?

13      A    No.

14      Q    At the second facility, did you ever feel

16:18   15   unsafe?

16      A    No.

17      Q    Were you ever afraid of any of the guards?

18      A    Yes.

19      Q    Why?

16:18   20      A    Because one time when they took us so we could

21   sit down to make a line, one of them scolded me really

22   bad.

23      Q    How did he scold you?

24      A    He told me that I was an immigrant, for me to

16:19   25   be grateful and appreciate this opportunity that I was

FRANKLIN ████████████, September 22, 2016

| | | | |
|---|---|---|---|
| 16:24 | 1 | Q | Who else? |
| | 2 | A | Two other families. |
| | 3 | Q | Were you ever afraid of the other families? |
| | 4 | A | No. |
| 16:25 | 5 | Q | At some point did an immigration official give |
| | 6 | you a document explaining your rights? | |
| | 7 | A | No. |
| | 8 | Q | Did any of the government officials explain |
| | 9 | your rights? | |
| 16:25 | 10 | A | No. |
| | 11 | Q | Did anyone ask you about any family you have in |
| | 12 | the United States? | |
| | 13 | A | No. |
| | 14 | Q | Did you ever tell anyone that you had relatives |
| 16:25 | 15 | in the United States? | |
| | 16 | A | No. |
| | 17 | Q | And is it correct that you do have an uncle in |
| | 18 | the United States? | |
| | 19 | A | Yes. |
| 16:26 | 20 | Q | Okay.  But you didn't tell any government |
| | 21 | official about your uncle? | |
| | 22 | A | No. |
| | 23 | Q | I want to ask you about your declaration |
| | 24 | specifically. | |
| 16:26 | 25 | | I'm going to have the redacted declaration |

FRANKLIN                    September 22, 2016

| | | | |
|---|---|---|---|
| 16:40 | 1 | A | Group. |
| | 2 | Q | What did he say? |
| | 3 | A | "Get up."  For us to get up.  Not to be sitting |
| | 4 | down on the floor. | |
| 16:40 | 5 | Q | Anything else? |
| | 6 | A | No. |
| | 7 | Q | I want to clarify. |
| | 8 | | Were you ever physically touched by the agents |
| | 9 | in an oppressive manner? | |
| 16:41 | 10 | A | No. |
| | 11 | Q | Why did you not mention any guards speaking |
| | 12 | harshly in your declaration? | |
| | 13 | A | I don't know. |
| | 14 | Q | You're not in any detention now; correct? |
| 16:41 | 15 | A | No. |
| | 16 | Q | So the last place you were at was the Karnes |
| | 17 | facility. | |
| | 18 | A | Yes. |
| | 19 | Q | And how long were you there again? |
| 16:41 | 20 | A | Like, around 15 days. |
| | 21 | Q | And then what happened on the 15th day when you |
| | 22 | were released? | |
| | 23 | A | They called us.  They took us to a room, and |
| | 24 | they just called my uncle and told him to come and pick | |
| 16:42 | 25 | us up. | |

| | | | |
|---|---|---|---|
| 16:54 | 1 | A | To be able to obtain political asylum. |
| | 2 | Q | I wanted to ask you again about the spots |
| | 3 | that -- you said you had your spots at the first border | |
| | 4 | station. | |
| 16:55 | 5 | | Did they hurt? |
| | 6 | A | No. |
| | 7 | Q | Was it, like, dry skin? |
| | 8 | A | Yes. |
| | 9 | Q | And when did they first develop? |
| 16:55 | 10 | A | When we started being there at the ice box. |
| | 11 | Q | And why do you think they came?  From the cold; |
| | 12 | is that right? | |
| | 13 | A | Yes. |
| | 14 | Q | So did they go away as soon as you weren't cold |
| 16:55 | 15 | anymore? | |
| | 16 | A | Yes. |
| | 17 | Q | I have a question about your declaration. |
| | 18 | | In paragraph 14, regarding the last sentence, |
| | 19 | it says: | |
| 16:56 | 20 | | "I think the only reason I have been |
| | 21 | | treated so inhumanely is so the U.S. |
| | 22 | | immigration authorities can use me and other |
| | 23 | | detained minors as an example to convince |
| | 24 | | other young people facing violence and even |
| 16:56 | 25 | | death in El Salvador to stay home, deal with |

Case 2:85-cv-04544-DMG-AGR   Document 289-4   Filed 12/06/16   Page 55 of 116   Page ID #:9521

16:56      1        the violence, risk death, but don't come

           2        here for protection."

           3                What made you think that?

           4        A     Because of the reason that there were some of

16:57      5    the minors that they were detained for over a month.

           6        Q     Okay.  And when you say they were using the

           7    experience as an example to deter others, are those your

           8    words?

           9        A     Yes.

16:57     10        Q     Okay.  And so you say that was based on the

          11    fact that you knew other minors who were detained for a

          12    month's time?

          13        A     Yes.

          14        Q     Was there any other reason?

16:58     15        A     Because also by being there for a month or such

          16    a long time will make you go back to your country and

          17    not be there for that long time.

          18        Q     And to clarify, you were at the Karnes facility

          19    for 15 days; is that correct?

16:58     20        A     Where?

          21        Q     The Karnes facility.

          22        A     Yes.

          23        Q     And you were at the first border station for

          24    barely a day?

16:59     25        A     Two.

```
17:01    1    any redirect.

         2        MS. GARCIA:  Yeah, I do.  I know it's been a long

         3    questioning, but I have a few more questions for him.

         4

17:01    5                         EXAMINATION

         6    BY MS. GARCIA:

         7        Q    You said that you were at McAllen, you think,

         8    for two days.

         9        A    Yes.

17:01   10        Q    And were you able to sleep those days?

        11        A    No.

        12        MS. GARCIA:  Okay.  Was he given any -- he testified

        13    that there was no blanket.

        14            Was there anything else that he could sleep

17:01   15    with?

        16        THE WITNESS:  No.

        17        MS. GARCIA:  Could he lay down?

        18        THE WITNESS:  No.

        19        MS. GARCIA:  Why not?

17:02   20        THE WITNESS:  There were too many people.

        21        MS. GARCIA:  Could he sit?

        22        THE WITNESS:  No.

        23        MS. GARCIA:  Was it like that the whole two days?

        24        THE WITNESS:  Yes.

17:02   25        Q    BY MS. GARCIA:  So you couldn't even rest by
```

| | | |
|---|---|---|
| 17:02 | 1 | sitting? |
| | 2 | A    No. |
| | 3 | Q    And were you cold the whole two days that you |
| | 4 | were there? |
| 17:02 | 5 | A    Yes. |
| | 6 | Q    And did you feel you had enough privacy using |
| | 7 | the toilet? |
| | 8 | A    No. |
| | 9 | Q    The attorney here said you have -- you |
| 17:03 | 10 | mentioned here in your declaration about some statements |
| | 11 | that your mom made to you. |
| | 12 | A    Yes. |
| | 13 | Q    You had an opportunity to talk to your mother |
| | 14 | in Karnes before you made this declaration? |
| 17:03 | 15 | A    Yes. |
| | 16 | Q    So you guys shared all your experiences. |
| | 17 | A    Yes. |
| | 18 | Q    Okay.  Now I'm going to ask a couple of |
| | 19 | questions about the declaration itself and how it was |
| 17:04 | 20 | taken. |
| | 21 | A    Okay. |
| | 22 | MS. GARCIA:  Did the attorney who took the |
| | 23 | declaration at any time tell him what had to go in the |
| | 24 | declaration? |
| 17:04 | 25 | THE WITNESS:  No. |

FRANKLIN ▓▓▓▓▓▓▓, September 22, 2016

| 17:04 | 1 | Q   BY MS. GARCIA:  Did she ever put words in your |
| | 2 | mouth? |
| | 3 | A   No. |
| | 4 | Q   And you had the chance to read it and agreed |
| 17:04 | 5 | with everything in the declaration before you signed it? |
| | 6 | I'm sorry.  Can I strike that. |
| | 7 | MS. GARCIA:  I meant to say that the attorney read |
| | 8 | it to him, and he agreed with everything she read to |
| | 9 | him? |
| 17:05 | 10 | MR. KISOR:  We don't mind, but you objected before |
| | 11 | as to leading. |
| | 12 | MS. GARCIA:  Okay. |
| | 13 | MR. KISOR:  We don't mind. |
| | 14 | MS. GARCIA:  Well, can he answer the question? |
| 17:05 | 15 | THE INTERPRETER:  Can you repeat the question. |
| | 16 | MS. GARCIA:  Can you repeat my question. |
| | 17 | (The record was read.) |
| | 18 | THE WITNESS:  Yes. |
| | 19 | MS. GARCIA:  Give me one minute, please. |
| 17:06 | 20 | Q   Were you at any point in your detention told |
| | 21 | about your rights as a minor under Flores? |
| | 22 | A   No. |
| | 23 | MS. GARCIA:  Those are all the questions. |
| | 24 | MS. FASCETT:  We can go off the record for a second. |
| 17:07 | 25 | (Discussion held off the record.) |

FRANKLIN                              September 22, 2016

```
17:07    1         MS. FASCETT:  Okay.  We can go back on the record.

         2         Q    I want to clarify one of the questions that

         3    your attorney asked you.

         4

17:07    5                      FURTHER EXAMINATION

         6    BY MS. FASCETT:

         7         Q    You said that you were not able to lay down or

         8    sit at the McAllen border station.

         9              So are you saying that you stood for two days?

17:07   10         A    Kneeled.

        11         Q    You kneeled.

        12         A    Stoop, squat, crouch.

        13         MR. KISOR:  He can demonstrate if he wants to.

        14         MS. GARCIA:  Is that necessary?

17:08   15         THE INTERPRETER:  Crouch down.

        16         Q    BY MS. FASCETT:  So were you at all sitting?  I

        17    guess I'm a little confused.

        18         MS. GARCIA:  Objection.  Asked and answered.

        19         Q    BY MS. FASCETT:  Were you able to sit in any

17:08   20    way?

        21         A    No.

        22         Q    You said that your mother and you were trying

        23    to get apprehended by the immigration officials.

        24         A    Yes.

17:08   25         Q    When or how did you learn that you could turn
```

FRANKLIN ███████████████  September 22, 2016

```
17:10    1              (Whereupon, the deposition was

         2         concluded at 5:10 p.m.)

         3

         4                         * * *

17:10    5

         6              I declare under penalty of perjury under the

         7     laws of the State of California that the foregoing is

         8     true and correct.  Executed this _____ day of _____,

         9     2_____, at _____, California.

17:10   10

        11              _____
                                WITNESS SIGNATURE
        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25
```

```
 1              Certificate of Person Reading

 2              Deposition To Witness

 3

 4         I, _____, a

 5   _____ interpreter, having interpreted the

 6   testimony contained in the foregoing deposition from

 7   English into Spanish and the corrections that are made

 8   thereon were made through me by the witness translating

 9   from Spanish into English.

10         I certify under penalty of perjury that I well

11   and truly translated from English into Spanish and

12   Spanish into English the foregoing deposition.

13         Executed at _____, California,

14   this _____ day of _____ 2016.

15

16         _____
                Signature of Interpreter
17

18         _____
                First and Last Name Printed
19

20    _____
                     Address
21
         _____
22                  Telephone

23

24

25
```

Case 2:85-cv-04544-DMG-AGR  Document 289-4  Filed 12/06/16  Page 62 of 116  Page ID #:9528

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF LOS ANGELES  )

 3

 4                      REPORTER'S CERTIFICATE

 5

 6          I, Sharon Amy Golding, Certified Shorthand

 7   Reporter No. 5934, do hereby certify:

 8          That, prior to being examined, Franklin

 9   Castillo Somorriva, the witness in the foregoing

10   deposition was by me duly sworn to testify to the truth,

11   the whole truth and nothing but the truth;

12          That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to print by means of computer-aided

15   transcription under my direction, and the same is a

16   true, correct and complete transcript of said

17   proceedings;

18          I further certify that I am neither counsel

19   for, nor related to any party to said action, nor in any

20   way interested in the outcome thereof;

21          In witness whereof, I have hereunto subscribed

22   my name this 25th of September, 2016.

23

24          _____

                 Sharon Amy Golding, CSR No. 5934
25
```

# Exhibit 13

Conditionally Filed Under Seal

Karina V[redacted]                                    September 28, 2016

                                                        Page 1

 1            UNITED STATES DISTRICT COURT

 2        FOR THE CENTRAL DISTRICT OF CALIFORNIA

   ------------------------------:

 3  JENNY LISETTE FLORES, et al.,:

                                 :

 4                    Plaintiffs,:

                                 :

 5       vs.                     :NO. Cv 85-4544

                                 :

 6  LORETTA E. LYNCH, Attorney   :

                                 :

 7  General of the United States,:

                                 :

 8  et al.,                      :

                                 :

 9                    Defendants.:

   ------------------------------:

10

11                              Alexandria, Virginia

12                     Wednesday, September 28, 2016

13  Deposition of:

14              KARINA V[redacted]

15  called as a witness, pursuant to notice, by counsel

16  for Defendants, held at the Offices of Justin W.

17  Williams U.S. Attorney's Building, 2100 Jamieson

18  Ave., Alexandria, VA, befoer Amy Sikora, RPR, CRR,

19  CLR, of Capital Reporting Company, a Notary Public

20  in and for the Commonwealth of Virginia, beginning

21  at aproximately 11:58 a.m., when were present on

22  behalf of the respective parties:

                                                    Page 2

 1              A P P E A R A N C E S

 2    ON BEHALF OF THE U.S. DEPARTMENT OF JUSTICE:

 3        KATHRYNE M. GRAY, ESQUIRE

 4        U.S. Department of Justice

 5        District Court Section

 6        P.O. Box 868

 7        Ben Franklin Station

 8        Washington, DC 20044

 9        kathryne.m.gray@usdoj.gov

10

11        ELIANIS N. PÉREZ, ESQUIRE

12        U.S. Department of Justice

13        P.O. Box 868

14        Ben Franklin Station

15        Washington, DC 20044

16        elianisperez@usdoj.gov

17        202-616-9124

18

19

20

21

22

Karina V.                                                    September 28, 2016

                                                              Page 3

1              A P P E A R A N C E S

2                    (Continued)

3       SARAH L. VUONG, ESQUIRE

4       U.S. Department of Justice

5       P.O. Box 878

6       Ben Franklin Station

7       Washington, DC 20044

8       sarah.l.vuong@usdoj.gov

9       202-532-4281

10

11

12

13

14

15

16

17

18

19

20

21

22

Karina V█████

September 28, 2016

Page 4

```
1              A P P E A R A N C E S

2                 (Continued)

3    ON BEHALF OF NONPARTY WITNESS KARINA V█████

█       █████████

5         SHIRA RENEE ZEMAN, ESQUIRE

6         Zeman and Petterson, PLLC

7         105 E. Annandale Road, Suite 212

8         Falls Church, Virginia 22046

9         szeman@zpimmigration.com

10        703-991-6761

11

12

13

14

15

16

17

18

19

20

21

22
```

Karina V█████

September 28, 2016

Page 5

1    September 28, 2016

2                    C O N T E N T S

3    EXAMINATION OF KARINA V██████  █████████        PAGE

4    By MS. GRAY                                      6

5

6                    E X H I B I T S

7    V█████  █████████                               PAGE

8       1    copy of V█████  █████████               79

9            declaration in English, three

10           pages

11      2    copy of V█████  █████████               88

12           declaration in Spanish, four

13           pages

14

15   (Exhibits attached to transcript)

16

17

18

19

20

21

22

Page 6

1              P R O C E E D I N G S

2    Whereupon,

3                  VERA WILKERSON,

4    a Spanish language interpreter, having been

5    first duly sworn by the Notary Public

6    (Amy E. Sikora-Trapp), solemnly swore to

7    interpret the proceedings from English to

8    Spanish, Spanish to English.

9                    - - -

10             P R O C E E D I N G S

11   Whereupon,

12             KARINA V█████  ████████

13   having been first duly sworn by the Notary

14   Public (Amy E. Sikora-Trapp), was examined

15   and testified, through the interpreter, as

16   follows:

17             EXAMINATION BY COUNSEL

18       FOR THE U.S. DEPARTMENT OF JUSTICE

19   BY MS. GRAY:

20           Q.    Good morning.  My name is

21   Kathryne Gray.  I'm an attorney with the

22   United States Department of Justice.  And

Karina V.                                                      September 28, 2016

                                                              Page 22

1    night?

2              A.     I think so.

3              Q.     Okay.  And was your son with

4    you the entire time?

5              A.     Yes.

6              Q.     And what happened when you

7    first arrived at the border patrol station?

8              A.     Okay.  They took all our

9    belongings and they put us in a cold room.

10             Q.     Did anyone speak to you about

11   what would happen to you when you first

12   arrived?

13             A.     No.

14             Q.     Were you given any paperwork

15   or forms to fill out?

16             A.     No.

17             Q.     Did you eventually go to sleep

18   that night?

19                    THE INTERPRETER:  Go what?

20                    MS. GRAY:  Go to sleep.

21             Q.     Did you eventually sleep?

22             A.     Yes.

Karina ███████                                   September 28, 2016

                                                                Page 23

1            Q.    And where were you taken to

2    sleep?

3            A.    On the floor.

4            Q.    And can you describe the room

5    where you were taken?

6            A.    It was a large room, similar

7    to this one.  There were a few windows with

8    glasses, and there were kind of concrete

9    seats.

10           Q.    There were chairs?

11           A.    No.

12           Q.    Benches?

13           A.    Only concrete seats.

14           Q.    And why do you call it the

15   icebox?

16           A.    Because it's very cold.

17           Q.    About how many people would

18   you say were in the room with you?

19           A.    Many women.  More than 50.

20           Q.    Were there more or less

21   children than women?

22           A.    Only women with children.

                                                        Page 25

 1   bigger than 20 by 10.

 2                    MS. GRAY:  Can we update the

 3   record with that information?  So we will

 4   update the record with the information on

 5   the size of this room.

 6                    MS. PÉREZ:  On this exact

 7   size.

 8          Q.    Now, in the room was there

 9   enough space for everyone to lay down to

10   sleep?

11          A.    Yes.

12          Q.    And where did you sleep in the

13   room?

14          A.    On the floor.

15          Q.    And can you explain the

16   arrangement of the bathroom?  Was it in the

17   room or was it separate?

18          A.    Inside the room.

19          Q.    Was the toilet blocked off by

20   anything?

21                    THE INTERPRETER:  You mean

22   walls?

Karina M.                                          September 28, 2016

                                                        Page 26

 1                    MS. GRAY:  No, just anything.

 2          A.    A short wall.

 3          Q.    Was there a door to the

 4    toilet?

 5          A.    No.

 6          Q.    How many toilets were in the

 7    room?

 8          A.    Three or four.

 9          Q.    Did the bathrooms have sinks?

10                    THE INTERPRETER:  Have what?

11                    MS. GRAY:  Sinks, a sink.

12                    THE WITNESS:

13          A.    (Witness in English):  No.

14                    THE INTERPRETER:  To wash

15    hands?

16                    MS. GRAY:  Yes.

17          A.    No sink to wash the hands.

18          Q.    Did you have access to a sink

19    in that first station?

20          A.    No, I didn't.

21          Q.    Okay.  Were you given anything

22    to sleep with?

Page 27

```
 1            A.    They gave me an aluminum

 2   sheet.

 3            Q.    And did they give your son an

 4   aluminum sheet as well?

 5            A.    They gave him nothing.

 6            Q.    Did they give you the sheet to

 7   share?

 8            A.    Yes.  To share with my son.

 9            Q.    Can you describe the floor of

10   the room where you slept?

11            A.    Just concrete.

12            Q.    Was it clean or dirty?

13            A.    Dirty.

14            Q.    How do you mean?  How was it

15   dirty?

16            A.    Dirty.  Like a soil from

17   outside.

18            Q.    Was there trash on the floor?

19            A.    No.

20            Q.    Now, how long after your

21   arrival at the first border patrol station

22   were you and your son first offered food to
```

Karina V.                                      September 28, 2016

                                                        Page 28

 1    eat?

 2              A.    About two hours after we

 3    arrived.

 4              Q.    And what type of food was

 5    offered you to in that first meal?

 6              A.    A sandwich with frozen ham.

 7              Q.    What do you mean by "frozen

 8    ham"?

 9              A.    Very cold, and there was kind

10    of ice under the bread.

11              Q.    Could you chew the ham?

12              A.    Yes, because I was very

13    hungry.

14              Q.    And was your son also given a

15    sandwich?

16              A.    Yes.

17              Q.    And when were you and your son

18    offered the next meal?

19              A.    I don't remember.  Maybe three

20    or four hours later.

21              Q.    Maybe when you woke up you

22    were offered a meal?

Karina ███████                                     September 28, 2016

                                                          Page 30

 1              Q.    And would you say that you had

 2     three meals each day that you were there?

 3              A.    I don't remember.

 4                    MS. PÉREZ:  Sorry, I don't

 5     think that that was the -- the translation

 6     was three meals each day, not three meals

 7     during the time that you were there.  So it

 8     was if she got three meals each day that she

 9     was --

10                    THE INTERPRETER:  Each day.

11                    (Question reasked by the

12              interpreter.)

13              A.    I don't remember.

14              Q.    Do you remember what type of

15     food your next meal after the ham sandwich

16     was?

17              A.    The same thing.  Just the same

18     thing.

19              Q.    Were you ever provided

20     anything other than a sandwich?

21              A.    A little glass of juice, the

22     cookie.

1          Q.    Were you and your son offered

2   juice and cookies?

3          A.    Yes.

4          Q.    Did you ever request more

5   food?

6          A.    Yes.  I did.

7          Q.    When did you request more

8   food?

9          A.    When I arrived, and they gave

10  me some food, I ate and I ask for some more.

11         Q.    What did they tell you?

12         A.    That there wasn't.

13         Q.    Did you ask for another

14  sandwich?

15         A.    Yes.

16         Q.    Did you ask for more food any

17  other time while you were at the border

18  patrol station?

19         A.    Yes.

20         Q.    When was that?

21         A.    After the first time they gave

22  me food.

Karina V.                                    September 28, 2016

Page 32

```
 1                    MS. ZEMAN:   "I don't remember"
 2    at the end.   She was just clarifying she
 3    didn't remember at the end.
 4            A.    I don't remember if it was
 5    after the first time they gave me food.
 6            Q.    Okay.  But you only asked for
 7    food one time or multiple times?
 8            A.    Just once.
 9            Q.    Okay.  And how many times
10    during the entire time you were at the
11    border patrol station were you offered
12    snacks?
13            A.    Never.
14            Q.    But you just told us that you
15    and your son were given cookies and juice;
16    correct?
17            A.    The glass of juice and the
18    cookie or cracker came at the same time with
19    the sandwich.
20            Q.    Ah, okay.  So you were never
21    given food in between the meals with the
22    sandwiches?
```

Karina V. ████████                                    September 28, 2016

                                                    Page 33

 1              A.    No.

 2              Q.    Did you ever request

 3    additional food in between meals?

 4              A.    Only the first time.

 5              Q.    And can you explain your

 6    access to drinking water while you were at

 7    the border patrol station?

 8                   THE INTERPRETER:  Okay.

 9              A.    They had big gallons of water

10    and we could get water from there.

11              Q.    Did you have continuous access

12    to that water?

13                   THE INTERPRETER:  Ah, okay.

14              A.    What happened is that the

15    little glasses were over, and then people

16    had to use the little bottle that came with

17    juice to put water inside to drink.

18                   MS. PÉREZ:  So they run out.

19              Q.    So did you always~-- did you

20    throw away your cup each time you got water?

21              A.    Most of the times there

22    weren't little glasses, so I used the same

Karina V.                                    September 28, 2016

Page 34

1    bottle.

2           Q.    But were you originally

3    provided or were you ever provided a little

4    glass?

5           A.    Once they did.

6           Q.    Did you throw away that one

7    glass?

8           A.    Other people used the same

9    glass.

10          Q.    So you shared~--- sorry.  Let

11   me rephrase.

12                Was the glass a plastic clear

13   cup?

14                THE INTERPRETER:  Beg your

15   pardon?

16          Q.    Was it a plastic clear cup?

17                THE INTERPRETER:  Like this?

18                MS. GRAY:  Yes.

19          A.    It was a kind of triangle

20   glass made of paper.

21          Q.    And did you share your

22   triangular glass with people that you did

Karina V. ████████                                      September 28, 2016

Page 35

```
 1   not know?

 2           A.    Yes.

 3           Q.    How many people did you share

 4   your cup with?

 5           A.    I don't remember.

 6           Q.    Was it more than one other

 7   person?

 8           A.    Yes.

 9           Q.    And when you say a big barrel

10   of water, do you mean the ones where you

11   push down to get the water?

12           A.    Yes.  They had a little~--

13                 THE INTERPRETER:  How can I

14   say?

15                 MS. ZEMAN:  Spout.

16           A.    Yeah.  A little thing you can

17   press and get the water.

18           Q.    Okay.  And so were there also

19   water fountains or just that barrel of

20   water?

21           A.    Only the big gallons.

22           Q.    And just to clarify, you could
```

Karina V.                              September 28, 2016

Page 36

1    always go and get the water from the barrel?

2            A.    Yes.

3            Q.    Do you remember anything in

4    particular about how the water tasted?

5            A.    Yes.  I remember.  It has~--

6    it tasted chloro.

7                  MS. GRAY:  Chlorine?

8                  THE INTERPRETER:  I don't know

9    if it is~--

10                 MS. PÉREZ:  Chloro?

11                 MS. VUONG:  Bleach.

12           A.    Clorox.  It tasted like

13   Clorox.

14                 MS. VUONG:  Bleach.

15           Q.    Was the barrel where you got

16   the water, could you see through it or what

17   color was it?

18           A.    It was kind of orange.

19           Q.    And did you ever request any

20   other type of water?

21           A.    I took that water only once

22   because I didn't like it.

Karina V.                                    September 28, 2016

                                              Page 37

1            Q.    And when you say "only once,"
2    do you mean only once in the first day that
3    you were there at the border patrol station?
4            A.    Yes.   I didn't like the water
5    taste.
6            Q.    Did you request that the
7    officers provide you with any other type of
8    water, though?
9            A.    I didn't, but other women did
10   because they wanted other water for the
11   children.
12           Q.    You did not request other
13   water for your son or you~--- sorry.   Let me
14   rephrase.
15                 Did your son drink out of the
16   big barrel of water?
17           A.    Yes, and he got sick.
18           Q.    Can you explain how he got
19   sick?
20                 THE INTERPRETER:   How he got
21   sick?
22           A.    He got diarrhea.

Karina M.                                                    September 28, 2016

                                                              Page 38

 1              Q.    And how soon after you arrived

 2   did he get diarrhea?

 3              A.    When we arrived and they gave

 4   us food, we ate and he also drank that

 5   water, and then diarrhea started.

 6              Q.    So did it start the night that

 7   you arrived or the next day?

 8              A.    At the night we arrived.

 9              Q.    So was it past midnight when

10   you arrived at the first border patrol

11   station?

12                    THE INTERPRETER:  Past

13   midnight.

14              A.    Yes.

15              Q.    And did you request medical

16   care for your son?

17                    THE INTERPRETER:  Okay.

18              A.    They took us to a doctor that

19   was right there, and he gave him Pedialyte.

20                    THE INTERPRETER:  I don't know

21   this name.

22              Q.    Pedialyte?

Karina M.                                September 28, 2016

Page 43

1          Q.    Okay.

2                MS. PÉREZ:  Excuse me one

3     second.

4                (Discussion off the record.)

5          Q.    Were you taken to any other

6     location after the first one?

7          A.    Yes.

8          Q.    Did your son stop having

9     diarrhea before you were taken to that

10    second location?

11               THE INTERPRETER:  May I use

12    another words?

13               MS. GRAY:  Yes.

14               THE INTERPRETER:  Okay.

15               MS. PÉREZ:  That's her belief.

16    That's what she said.

17         A.    What happen is that we stopped

18    eating because we were afraid that food was

19    causing the diarrhea.  So we stopped eating.

20               MS. PÉREZ:  So he stopped the

21    diarrhea.

22         Q.    Okay.

Karina M.                                            September 28, 2016

                                                    Page 54

 1              A.    Toilet tissues.

 2                    MS. PÉREZ:  Toallas or towels.

 3                    THE INTERPRETER:  If you use

 4      the word in English, it's rugs.

 5                    MS. PÉREZ:  (Speaking to the

 6      witness in Spanish).  Baby wipes.

 7              A.    Baby wipes.

 8                    MS. VUONG:  Can we do that

 9      again.

10                    MS. GRAY:  Okay.

11              Q.    So why did you ask the

12      cleaning woman for a drink for your son?

13              A.    Because I was desperate.  In

14      my desperation, I saw her and I saw she was

15      a woman.  And she told me that she would

16      prefer that my son die with diarrhea before

17      she gave me something.

18              Q.    Did she say that in English or

19      Spanish?

20              A.    In Spanish.

21              Q.    And did you ever tell an

22      officer that she told you that?

Karina M.                                      September 28, 2016

                                            Page 68

 1              A.    I also don't remember because

 2     I didn't have how to check the time.

 3              Q.    Okay.  At any point when you

 4     were in custody with border patrol, did you

 5     receive a document explaining your rights or

 6     your son's rights?

 7              A.    No.

 8              Q.    Is it possible that the rights

 9     were posted on the wall of the detention

10     center?

11              A.    No.  There was anything -- or

12     maybe.  I don't remember.

13                    MS. VUONG:  She said, I didn't

14     see anything.

15              A.    I can't remember seeing

16     anything.

17                    MS. GRAY:  Did she say

18     probably?

19                    MS. VUONG:  Probablemente.

20              A.    Yeah, probably.

21              Q.    Okay.  So they were probably

22     posted on the wall?

Karina V███

September 28, 2016

Page 104

```
 1          C E R T I F I C A T E
 2          I do hereby certify that I am a
 3   Notary Public within and for the Commonwealth
 4   of Virginia in good standing; that the
 5   aforesaid testimony was taken before me,
 6   pursuant to notice, at the time and place
 7   indicated; that KARINA V███    ███ was by
 8   me duly sworn to tell the truth, the whole
 9   truth, and nothing but the truth; that the
10   testimony of said deponent was correctly
11   recorded in machine shorthand by me and
12   thereafter transcribed under my supervision
13   with computer-aided transcription; that the
14   deposition is a true and correct record of the
15   testimony given by the witness; and that I am
16   neither of counsel nor kin to any party in said
17   action, nor interested in the outcome thereof.
18          WITNESS my hand and official seal
19   this 8th
20
              AMY E. SIKORA-TRAPP, RPR, CRR, CLR
21                  Notary Public
      within and for the Commonwealth of Virginia
22   My Commission expires:  4/30/17
```

Page 107

1                              Flores v. Lynch

2                        KARINA V████  ██████

3           ACKNOWLEDGMENT OF DEPONENT

4           I, _____, do

5    hereby certify that I have read the

6    foregoing pages and that the same is a

7    correct transcription of the answers given

8    by me to the questions therein propounded,

9    except for the corrections or changes in

10   form or substance, if any, noted in the

11   attached Errata Sheet.

12

13   _____        _____

14     DATE                    SIGNATURE

15

16   Subscribed and sworn to before me this

17   _____ day of _____, 2016.

18

19   My commission expires:  _____

20   _____

21   Notary Public

22   PA2447771

# Exhibit 14

Conditionally Filed Under Seal

```
 1              UNITED STATES DISTRICT COURT

 2       CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   JENNY LISETTE FLORES, et al., )
                                   )
 5               Plaintiffs,       )
                                   )
 6          vs.                    )  Case No. 2:85-CV-04544
                                   )
 7   JEH JOHNSON, Secretary,       )
     U.S. DEPARTMENT OF HOMELAND   )
 8   SECURITY et al.,              )
                                   )
 9               Defendants.       )
     _____)

10

11

12            DEPOSITION OF LINDSAY ██████████

13

14

15        TAKEN AT:   300 North Los Angeles Street
                      Los Angeles, CA  90012
16
          DATE/TIME:  Thursday, September 22, 2016
17                    1:16.m. - 3:01 p.m.

18        REPORTER:   Sharon A. Golding
                      CSR No. 5934
19
          JOB NO.:    35027
20

21

22

23

24

25
```

```
 1    APPEARANCES:

 2       For Plaintiffs:

 3             CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
               BY:  PETER A. SCHEY, ESQ.
 4             256 South Occidental Boulevard
               Los Angeles, CA  90057
 5             (213) 388-8693
               (Not Present)
 6
         For Defendants:
 7
               U.S. DEPARTMENT OF JUSTICE
 8             CIVIL DIVISION
               OFFICE OF IMMIGRATION LITIGATION
 9             BY:  LAUREN FASCETT, ESQ.
               BY:  COLIN A. KISOR, ESQ.
10             BY:  SARAH L. VUONG, ESQ.
               P.O. Box 878
11             Ben Franklin Station
               Washington, DC  20044
12             (202) 532-4281

13       For the Witness:

14             ORRICK, HERRINGTON & SUTCLIFFE LLP
               BY:  ELENA GARCIA, ESQ.
15             2050 Main Street, Suite 1100
               Irvine, CA  92614-8255
16             (949) 567-7738

17       Also Present:

18             Ivonne Marie Padro, Spanish Interpreter
               Cert No. 301749
19

20

21

22

23

24

25
```

LINDSAY ████████████ September 22, 2016

```
 1                    I N D E X

 2        Witness                           Examination

 3   Lindsay ████████████

 4        By Ms. Fascett                          5
          By Ms. Garcia                          39
 5

 6

 7

 8                  E X H I B I T S

 9   Identification                            Page

10     1 - Declaration                          23

11

12

13

14              INFORMATION REQUESTED

15                   (None)

16

17

18

19      QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

20              Page      Line

21              27        1
                28        11
22              28        16

23

24

25
```

LINDSAY ▇▇▇▇▇▇  September 22, 2016

| | | |
|---|---|---|
| 12:40 | 1 | Los Angeles, California; Thursday, September 22, 2016 |
| | 2 | 1:16 p.m. |
| | 3 | * * * |
| | 4 | |
| 12:40 | 5 | (Whereupon, IVONNE MARIE PADRO was duly |
| | 6 | sworn as the English-Spanish interpreter.) |
| | 7 | |
| | 8 | LINDSAY ▇▇▇▇▇▇ |
| | 9 | having been first duly sworn, was examined and testified |
| 12:40 | 10 | as follows: |
| | 11 | |
| | 12 | THE INTERPRETER:  Ivonne Padro, certification number |
| | 13 | 301749. |
| | 14 | MS. FASCETT:  So this marks the beginning of the |
| 13:16 | 15 | deposition of Lindsay ▇▇▇▇▇▇ in the case of Flores |
| | 16 | versus United States Attorney General. |
| | 17 | And you have the case number? |
| | 18 | THE REPORTER:  Yes. |
| | 19 | MS. FASCETT:  Today's date is September 22nd, and |
| 13:17 | 20 | we're on the record at about 1:20 p.m. |
| | 21 | Today's deposition is being taken on behalf of |
| | 22 | the defendant, the Attorney General, at the |
| | 23 | U.S. Attorney's Office, 300 North Los Angeles Street, |
| | 24 | Suite 7516, Los Angeles, California. |
| 13:17 | 25 | Would the court reporter please swear in the |

LINDSAY                    September 22, 2016

```
13:20    1        Q     And did you review any documents?

         2        A     Only my declaration.

         3        Q     Okay.  And did you talk to anyone else besides

         4    your attorney here?

13:20    5        A     No.

         6        Q     Okay.  So you said that you came to the U.S. on

         7    January 31st; correct?

         8        A     Yes.

         9        Q     And when you were first apprehended, you spent

13:21   10    some time at the Customs and Border Protection patrol

        11    station in the McAllen station; is that right?

        12        A     I don't remember if it was McAllen because

        13    first they took me to a place to -- to cold place and --

        14        MS. GARCIA:  Sorry to interrupt.  That's an ice box.

13:21   15        THE INTERPRETER:  Ice box.

        16        THE WITNESS:  They were ice box because at a certain

        17    place they had children detained, and in a separate

        18    place they had the adults.

        19        Q     BY MS. FASCETT:  So the ICE records say that it

13:22   20    was the McAllen border station.

        21        A     When I arrive at a place and before the

        22    attorneys came to talk to us just to ask us what was the

        23    experience, and they called it --

        24        MS. GARCIA:  The dog cages.

13:22   25        THE WITNESS:  -- "the dog cages."  And this happened
```

LINDSAY ████████████   September 22, 2016

| 13:22 | 1 | when we were already at those dog cages where it was |
|---|---|---|
| | 2 | more comfortable. |
| | 3 | Q    BY MS. FASCETT:  So starting with the very |
| | 4 | first place you went, the border station, I believe, how |
| 13:22 | 5 | long -- if you remember, how long were you at the first |
| | 6 | place? |
| | 7 | A    Twenty-four hours. |
| | 8 | Q    Okay.  And did you have any family members with |
| | 9 | you? |
| 13:23 | 10 | A    My daughter, three years old. |
| | 11 | Q    And what is her name? |
| | 12 | A    Kenia J████████ |
| | 13 | Q    And so can you describe more specifically the |
| | 14 | conditions just at that first place. |
| 13:23 | 15 | A    I'm sorry if you look at me, and my tears come |
| | 16 | out. |
| | 17 | That was the first experience -- this was the |
| | 18 | first experience ever since I left Honduras. |
| | 19 | We arrived at 11:30 to a very cold place, and |
| 13:24 | 20 | they had some cement benches.  The bathroom was divided |
| | 21 | only by a wall.  There wasn't any privacy.  You didn't |
| | 22 | have a place where you could brush your teeth, no soap. |
| | 23 | They gave us a very thin blanket, which they |
| | 24 | didn't cover that much.  We were -- there were lots of |
| 13:24 | 25 | people, lots of kids, and they were crying.  Those |

LINDSAY ████████████  September 22, 2016

| | | |
|---|---|---|
| 13:24 | 1 | people, they treat us really bad.  Throughout the time |
| | 2 | passed by, the temperature got colder.  There was a time |
| | 3 | at 4:00 o'clock in the morning that my daughter couldn't |
| | 4 | sleep anymore, and I just had to wrap her with my shirt. |
| 13:25 | 5 | And then I had to put her feet between my legs because |
| | 6 | they were turning blue.  I had to reiterate the fact |
| | 7 | that she had a rash and I requested help, and she got |
| | 8 | worse when she was inside. |
| | 9 | Q    So I'm sorry. |
| 13:25 | 10 | Did she have the rash before you got into the |
| | 11 | facility? |
| | 12 | A    Yes.  But it wasn't that bad. |
| | 13 | Q    And so did you ask for medical help? |
| | 14 | A    Yes. |
| 13:26 | 15 | Q    And what happened? |
| | 16 | A    Nothing. |
| | 17 | Q    So no -- |
| | 18 | A    They ignored me totally. |
| | 19 | Q    They didn't give you any help? |
| 13:26 | 20 | A    No. |
| | 21 | Q    Okay. |
| | 22 | A    They just took me out of the cell just to give |
| | 23 | a statement and take my fingerprint.  And on occasion |
| | 24 | they wanted for me to sign my deportation. |
| 13:26 | 25 | Q    You'd said that there was a toilet facility |

```
13:26    1    with a wall.

         2            How high was the wall?

         3        A    Like this.  Like this (indicating).  You will

         4    sit down, and this part was open (indicating).

13:26    5        Q    So you're holding your hand up about four feet.

         6        A    It was low.  It wasn't high.

         7        MS. GARCIA:  Yeah.  I would say three to four feet.

         8        THE WITNESS:  Yes.

         9        Q    BY MS. FASCETT:  And there was a sink in the

13:27   10    bathroom?

        11        A    You will drink water from that same sink.

        12        Q    Was it a water fountain?

        13        A    (Witness nods head.)

        14        Q    Was that your only source of water?

13:27   15        A    Yes.

        16        Q    Did they give you a jug or bottle of water?

        17        A    No, of course not.  Just some strawberry juice

        18    and said they will give those to you and they will give

        19    you a sandwich.

13:27   20        Q    Let's talk about food.

        21            What did they give you for food?

        22        A    Two slices of bread with a slice of mortadella,

        23    strawberry juice, and to my daughter, a cracker.

        24        Q    Do you remember when you first received food?

13:28   25        A    The first one is when I arrived, and the second
```

| | | |
|---|---|---|
| 13:28 | 1 | one, it was around 6:00 o'clock.  That's my estimate |
| | 2 | because they didn't have a clock, and I didn't know what |
| | 3 | time it was. |
| | 4 | Q    And did they give you -- |
| 13:28 | 5 | MS. GARCIA:  I'm sorry.  She also talked about the |
| | 6 | windows.  She maybe missed it. |
| | 7 | THE INTERPRETER:  She didn't say anything about a |
| | 8 | window. |
| | 9 | THE WITNESS:  Everything is enclosed.  No windows. |
| 13:29 | 10 | Q    BY MS. FASCETT:  Did you receive any other food |
| | 11 | later that evening? |
| | 12 | A    Another sandwich. |
| | 13 | Q    Do you know what time that was? |
| | 14 | A    I would not be able to tell you the time |
| 13:29 | 15 | because you didn't have a clock.  Everything was |
| | 16 | enclosed, and you don't even know if it's daylight or |
| | 17 | nighttime. |
| | 18 | Q    And did you spend the night at that location? |
| | 19 | A    Yes. |
| 13:29 | 20 | Q    Did you get food the next morning? |
| | 21 | A    It was not until I arrived to Ursula where they |
| | 22 | call it, like, "the dog cage."  I think it was very |
| | 23 | early in the morning, and she was telling me that she |
| | 24 | was very hungry, my daughter. |
| 13:29 | 25 | Q    Okay.  I'm going to ask you another question |

LINDSAY _____ September 22, 2016

| | | |
|---|---|---|
| 13:31 | 1 | A    No. |
| | 2 | Q    Do you remember how many times she got juice |
| | 3 | and cookies? |
| | 4 | A    Twice. |
| 13:32 | 5 | Q    And you said that there was a water fountain in |
| | 6 | the bathroom. |
| | 7 | Was there any other water source in the room? |
| | 8 | A    No, only that one.  That one and for the boys |
| | 9 | where the kids were. |
| 13:32 | 10 | Q    Was your daughter with you in the same area the |
| | 11 | whole time? |
| | 12 | A    Oh, yes, of course.  I would have never allowed |
| | 13 | for her to be somewhere else. |
| | 14 | Q    And you said that you did receive a blanket of |
| 13:32 | 15 | some sort? |
| | 16 | A    It was like aluminum. |
| | 17 | Q    If you had to guess the temperature, what do |
| | 18 | you think it was? |
| | 19 | MS. GARCIA:  Objection.  Calls for speculation. |
| 13:33 | 20 | THE WITNESS:  The temperature of my blanket or if it |
| | 21 | will cover me from the cold weather?  They were not very |
| | 22 | large.  It would not cover me completely. |
| | 23 | Q    BY MS. FASCETT:  Okay. |
| | 24 | A    And at the beginning, yes, it will warm me up. |
| 13:33 | 25 | But throughout the time, the temperature kept going |

| 13:33 | 1 | lower and lower and lower to the point that my daughter |
| | 2 | became bluish because of the cold weather. |
| | 3 | Q    And when you noticed your daughter was turning |
| | 4 | bluish, as you said, did you ask for medical treatment |
| 13:34 | 5 | at that point? |
| | 6 | A    No one.  We were just basically ignored all the |
| | 7 | time.  They would just open -- they would just open the |
| | 8 | door, call the person, give us whatever they were going |
| | 9 | to give us or call the person for us to go out and give |
| 13:34 | 10 | a statement. |
| | 11 | Q    So you weren't able to report her turning blue |
| | 12 | to any medical staff. |
| | 13 | A    No, I wasn't able.  The only thing that I was |
| | 14 | able to do as a mother at that time, it was just protect |
| 13:35 | 15 | her, cover her with my shirt and put her legs in between |
| | 16 | my legs.  And that was the only thing I was able to do. |
| | 17 | Q    And then the next morning you were moved to |
| | 18 | another facility; is that correct? |
| | 19 | A    Yes.  They made changes, like, around 9:50 to |
| 13:35 | 20 | that other place, Ursula.  That was the dog cages. |
| | 21 | Q    Why do you call it "the dog cages"? |
| | 22 | A    That's how they call it.  It is a better place |
| | 23 | than the ice box.  But that was the only time that my |
| | 24 | daughter was able to eat, like, a meal -- a hot meal. |
| 13:35 | 25 | Q    You said they call it "the dog cages." |

| | | |
|---|---|---|
| 13:40 | 1 | has to do with any material disputed facts. |
| | 2 | THE WITNESS: Yeah, because my experience, the worst |
| | 3 | one was when I was at the ice box. That's where they |
| | 4 | will treat us really bad. |
| 13:40 | 5 | Q    BY MS. FASCETT: I understand. |
| | 6 | Can you describe the condition of the cell you |
| | 7 | were kept in at Ursula. |
| | 8 | A    They had mattresses there. I was able to sleep |
| | 9 | and rest for a little bit. Not that much because there |
| 13:41 | 10 | were all kinds of people. There were lots of people |
| | 11 | there. |
| | 12 | MS. GARCIA: I'm sorry. She did not say that she |
| | 13 | could sleep. |
| | 14 | THE INTERPRETER: She said she could -- |
| 13:41 | 15 | THE WITNESS: I spent almost two nights without |
| | 16 | sleeping. I was able to lean and rest. The place was |
| | 17 | really cold, and I was able to sit in a corner there. |
| | 18 | And there were a lot of benches -- concrete benches. |
| | 19 | And there were a lot of women there that were pregnant |
| 13:42 | 20 | too. Lots of kids. |
| | 21 | Q    BY MS. FASCETT: Are you talking about the |
| | 22 | first location or the second location? |
| | 23 | A    The ice box, the first one. My ugliest |
| | 24 | experience was there. It was -- in my entire journey, |
| 13:42 | 25 | that was my most horrible experience that I had. |

LINDSAY ████████████  September 22, 2016

| 13:42 | 1 | Q    I understand that. |
| | 2 | I want to talk about the second location for a |
| | 3 | minute; okay? |
| | 4 | Can you describe the conditions at the second |
| 13:42 | 5 | location. |
| | 6 | A    They're better than the first one. |
| | 7 | Q    How was it better? |
| | 8 | THE INTERPRETER:  I need to inquire. |
| | 9 | THE WITNESS:  They had mattress that you were able |
| 13:43 | 10 | to sit down, rest, and they will give you another |
| | 11 | blanket like the other kind, the aluminum other one. |
| | 12 | And I said it was better because of the food. |
| | 13 | Q    BY MS. FASCETT:  Did you sleep at all at the |
| | 14 | second location? |
| 13:43 | 15 | A    No.  My daughter was able to sleep.  Not me. |
| | 16 | Because we were all mixed up there.  And I was just |
| | 17 | protecting my daughter because you never know the type |
| | 18 | of people who's there. |
| | 19 | Q    Who else was in the cell with you? |
| 13:44 | 20 | A    Like, ten other women with children. |
| | 21 | Q    Were there any toys? |
| | 22 | A    No. |
| | 23 | Q    Was there access to water? |
| | 24 | A    Yes. |
| 13:44 | 25 | Q    And how could you drink water? |

LINDSAY ████████ September 22, 2016

```
13:44    1      A     Bottles.  They will give us bottles.

         2      Q     So you had water available?

         3      A     We will ask for them.

         4      Q     And when you asked, they would give you water?

13:44    5      A     We'll wait for ten minutes, but they will bring

         6   them to us.

         7      Q     Can you tell me about the toilet facilities.

         8      A     Well, I would not be able to tell you anything

         9   about the bathrooms because I wasn't able to use them

13:44   10   while I was there.  They didn't even give me the

        11   opportunity to take a shower.  Only the minors that they

        12   were from 14 years old to 18 years old, they were able

        13   to take a shower and watch TV.

        14      Q     Okay.  When you said you weren't able to use

13:45   15   the bathroom, are you saying you weren't allowed to go

        16   to the bathroom or you didn't have to go to the

        17   bathroom?

        18      A     I didn't have the urge of going to the

        19   restroom.  They were portable restrooms.

13:45   20      Q     Was there a sink?

        21      A     Yes, right there.

        22      Q     Do you know if there was soap?

        23      A     I have no idea.  I didn't use them.

        24      Q     You said that you received a burrito, an apple,

13:46   25   hot Cheetos.  When you arrived, you were fed.
```

| | | |
|---|---|---|
| 13:46 | 1 | Did you receive food again later that day? |
| | 2 | A    Yes. |
| | 3 | MS. GARCIA:  Objection. |
| | 4 | Where did you get the Cheetos? |
| 13:46 | 5 | MS. FASCETT:   She testified to it. |
| | 6 | THE WITNESS:  Like potato chips.  Cheetos.  Hot |
| | 7 | Cheetos.  Like we call it in our country. |
| | 8 | Q    BY MS. FASCETT:  Like a snack bag. |
| | 9 | A    It's a small snack. |
| 13:47 | 10 | Q    Were there snacks available in the room? |
| | 11 | A    Only they will give that to us when they will |
| | 12 | give us the meal. |
| | 13 | Q    Did they give you lunch that day? |
| | 14 | A    They only gave it to me twice.  It was at |
| 13:47 | 15 | 11:00, at 4:00 o'clock p.m. before we left, and they |
| | 16 | gave us in the bus too. |
| | 17 | Q    So you ate on the bus there.  You ate once you |
| | 18 | arrived at some point, and then again later that |
| | 19 | afternoon? |
| 13:47 | 20 | THE INTERPRETER:  Okay.  I have to inquire about |
| | 21 | that because I thought she said at 11:00, at 4:00 and |
| | 22 | when they left in the bus. |
| | 23 | THE WITNESS:  At 11:00, at 4:00 and at 7:00, but the |
| | 24 | meal that was given at 7:00, it was in the bus. |
| 13:48 | 25 | Q    BY MS. FASCETT:  Where was that bus going? |

| 13:48 | 1 | A    Rancho Dilley, Texas. |
|---|---|---|
| | 2 | Q    Did you have any medical problems while you |
| | 3 | were there? |
| | 4 | A    Where, in Texas? |
| 13:48 | 5 | Q    At Ursula. |
| | 6 | A    No.  They wouldn't check us out.  They didn't |
| | 7 | treat us -- they don't pay attention to us.  I don't |
| | 8 | know how to explain it.  It's a weird thing. |
| | 9 | Q    Were you personally experiencing any medical |
| 13:48 | 10 | issues? |
| | 11 | A    No.  I was just tired.  My daughter, yes. |
| | 12 | Q    I want to turn your attention to when an |
| | 13 | attorney came to talk to you at the Ursula facility. |
| | 14 | Do you remember someone coming to talk to you? |
| 13:49 | 15 | A    Yes.  Three ladies and a guy.  The guards |
| | 16 | called us, and we were told that they wanted to talk to |
| | 17 | us regarding how we were treated there, if they gave us |
| | 18 | the opportunity -- they asked us if we had the |
| | 19 | opportunity to talk to an attorney, that we were |
| 13:50 | 20 | entitled to have one call to an attorney.  And, |
| | 21 | obviously, we didn't.  We didn't have the opportunity to |
| | 22 | that. |
| | 23 | Q    Did the attorney explain the Flores case to you |
| | 24 | at all? |
| 13:50 | 25 | A    No. |

LINDSAY ████████████  September 22, 2016

| | | |
|---|---|---|
| 13:57 | 1 | Q    Do you speak a little bit of English? |
| | 2 | A    No. |
| | 3 | Q    Or understand any English? |
| | 4 | A    No.  I've only been here for six months.  Just |
| 13:57 | 5 | "good morning," "good night" and "hi" with the |
| | 6 | neighbors.  No English.  I have to go to school. |
| | 7 | Q    When you made this declaration, did the |
| | 8 | attorney explain that you might be called as a witness? |
| | 9 | A    Yes, but I never thought that I would come here |
| 13:58 | 10 | because six months went by, and it was not until |
| | 11 | two weeks ago that they contacted me. |
| | 12 | MS. FASCETT:  Okay.  Do you want to take a |
| | 13 | ten-minute break? |
| | 14 | MS. GARCIA:  Okay.  Do you still have a lot -- |
| 13:58 | 15 | MS. FASCETT:  Not a lot. |
| | 16 | (A recess was taken.) |
| | 17 | MS. FASCETT:  We can go back on the record. |
| | 18 | Q    Okay.  I had one clarification question. |
| | 19 | You said that you received a sandwich with |
| 14:12 | 20 | mortadella, and I wanted to clarify what that is in |
| | 21 | English. |
| | 22 | A    Bologna. |
| | 23 | Q    So like bologna? |
| | 24 | A    Like bologna, yeah.  No mustard, no mayonnaise. |
| 14:12 | 25 | It's like those Oscar Mayer things, salami.  That's what |

LINDSAY ████████████ September 22, 2016

| | | |
|---|---|---|
| 14:13 | 1 | it is.  It was frozen. |
| | 2 | Q    What do you mean, "it was frozen"? |
| | 3 | A    It has, like, a layer of ice.  But very thin. |
| | 4 | But it had ice. |
| 14:13 | 5 | Q    Were you able to eat it? |
| | 6 | A    We waited for a little bit so it will change |
| | 7 | temperature because we were very hungry. |
| | 8 | Q    And then you ate it? |
| | 9 | A    Yes, after a little while. |
| 14:13 | 10 | Q    Now, you have called the first station "the ice |
| | 11 | box"; is that right? |
| | 12 | A    Yes. |
| | 13 | Q    Where does that name come from? |
| | 14 | A    Because it was very cold.  According to them, |
| 14:14 | 15 | it was to disinfect us. |
| | 16 | Q    According to who? |
| | 17 | A    The people that were there, they said that the |
| | 18 | guards from there will tell them that the cold, it was |
| | 19 | to disinfect us. |
| 14:14 | 20 | Q    Did you make up the term "ice box"? |
| | 21 | A    No.  That's how it's called. |
| | 22 | Q    Who did you first hear say that? |
| | 23 | A    From my country. |
| | 24 | Q    Did your attorney ever call it "the ice box"? |
| 14:14 | 25 | A    No. |

| 14:21 | 1 | A   They will tell us, "Stop," "Shut up," "Sleep." |
| | 2 | They will knock us at the door for us to tell the kids |
| | 3 | to -- for kids to be quiet.  There were a lot of kids |
| | 4 | crying. |
| 14:21 | 5 | Q   So were the guards saying this to a group of |
| | 6 | people or just to you? |
| | 7 | A   The group of people. |
| | 8 | Q   Did any guard verbally threaten you personally? |
| | 9 | A   No.  They only wanted me to sign deportation. |
| 14:22 | 10 | They took me out of the cell.  They will put the papers |
| | 11 | here, and they will ask me, "Sign, sign." |
| | 12 | And I said, "No."  And I told them, "I'm not |
| | 13 | going to sign because if I go to my country, I'll die." |
| | 14 | Needless to say, I came from my country because |
| 14:22 | 15 | I was assaulted in my country.  My husband -- it was |
| | 16 | six months that my husband passed away, and he left me |
| | 17 | with life insurance, and that's when the extortion |
| | 18 | became, and they threaten me that they were going to |
| | 19 | kill me. |
| 14:23 | 20 | Q   Were you ever afraid when you were in the |
| | 21 | detention facility at the border station? |
| | 22 | A   I felt humiliated, denigrated. |
| | 23 | Q   Why did you feel that way? |
| | 24 | A   Because they will take -- pick up our things |
| 14:23 | 25 | like this (indicating).  They will pick up the things |

LINDSAY ████████  September 22, 2016

```
14:46   1            Do you have anything?

        2        MS. GARCIA:  Yeah.  A couple.

        3

        4                   EXAMINATION

14:46   5        MS. GARCIA:  Going back to some of the earlier

        6   questions, in the first facility where she was held, she

        7   said that they gave her daughter a cookie and juice.

        8            Was she still hungry after she had that?

        9        THE WITNESS:  Yes, of course.

14:46  10        MS. GARCIA:  And how does she know that she was

       11   still hungry?

       12        THE WITNESS:  Because she told me, "Mommy, I'm still

       13   hungry.  I want an egg.  I want an egg."  That's what

       14   she told me and, like, teary.

14:47  15        MS. GARCIA:  Did she observe the other kids were

       16   hungry as well or did they get enough to eat?

       17        THE WITNESS:  Yes, they were crying with hunger.  As

       18   a matter of fact, there was a lady there that she was

       19   pregnant.  She was very hungry.

14:47  20        MS. VUONG:  When you say "she," do you mean the

       21   daughter?

       22        MS. GARCIA:  Yes, the daughter.

       23            Oh, you're asking me?

       24        MS. VUONG:  Yes.

14:47  25        MS. GARCIA:  So my question was her daughter getting
```

```
14:47    1   the food.  I'm sorry.

         2      THE WITNESS:  Because she told me that she was still

         3   hungry and that she wanted an egg.  And I remember that

         4   very well.

14:48    5      MS. VUONG:  The follow-up was, did she observe other

         6   people who were hungry.  That's what I was asking.

         7      MS. GARCIA:  Did she, Ms. Lopez herself, observe

         8   other kids that were hungry as well?

         9      THE WITNESS:  Yes.  I mean, a cookie and a juice.

14:48   10   And imagine for us, you get a couple of bites of that

        11   sandwich, and that's not enough.

        12      MS. GARCIA:  She also mentioned that her daughter

        13   had trouble sleeping because it was so cold.

        14         Can she clarify whether her daughter was able

14:49   15   to sleep at all throughout the night?

        16      THE WITNESS:  Yes, of course.  Besides the

        17   temperature, there were other kids that they were crying

        18   too because of the temperature.

        19      MS. GARCIA:  Ms. Lopez --

14:49   20      MS. FASCETT:  Could we go off the record a second.

        21         (Discussion held off the record.)

        22      Q    BY MS. GARCIA:  I'm going to direct the

        23   questions at you.

        24      THE INTERPRETER:  Just go ahead, and I'll interpret.

14:50   25      Q    BY MS. GARCIA:  You also mentioned that you got
```

LINDSAY                    September 22, 2016

```
15:01    1              I declare under penalty of perjury under the

         2    laws of the State of California that the foregoing is

         3    true and correct.  Executed this _____ day of _____,

         4    2_____, at _____, California.

15:01    5

         6              _____
                                 WITNESS SIGNATURE
         7

         8

         9

        10

        11

        12

        13

        14

        15

        16

        17

        18

        19

        20

        21

        22

        23

        24

        25
```

LINDSAY                September 22, 2016

```
 1              Certificate of Person Reading

 2               Deposition To Witness

 3

 4        I, _____, a

 5    _____ interpreter, having interpreted the

 6    testimony contained in the foregoing deposition from

 7    English into Spanish and the corrections that are made

 8    thereon were made through me by the witness translating

 9    from Spanish into English.

10         I certify under penalty of perjury that I well

11    and truly translated from English into Spanish and

12    Spanish into English the foregoing deposition.

13         Executed at _____, California,

14    this _____ day of _____ 2016.

15

16         _____
               Signature of Interpreter

17

18         _____
               First and Last Name Printed

19

20    _____
                       Address

21

22         _____
                    Telephone

23

24

25
```

LINDSAY ███████████  September 22, 2016

```
 1   STATE OF CALIFORNIA    )
                            )
 2   COUNTY OF LOS ANGELES  )

 3

 4                   Reporter's Certificate

 5

 6          I, Sharon Amy Golding, Certified Shorthand

 7   Reporter No. 5934, do hereby certify:

 8          That prior to being examined, the witness named

 9   in the foregoing deposition, to wit, Lindsay

10   ████████████  was by me duly sworn to testify to the

11   truth, the whole truth and nothing but the truth;

12          That said deposition was taken down by me in

13   shorthand at the time and place therein named and

14   thereafter reduced to print by means of computer-aided

15   transcription under my direction, and the same is a

16   true, correct and complete transcript of said

17   proceedings;

18          I further certify that I am not interested in

19   the event of the action.

20          Witness my hand this 25th day of September,

21   2016.

22

23          _____

24          Sharon Amy Golding, CSR No. 5934

25
```

1

2    DATED: December 6, 2016              Respectfully submitted,

3                                        CENTER FOR HUMAN RIGHTS &
                                         CONSTITUTIONAL LAW
4
                                         Peter A. Schey
5                                        Carlos Holguín

6

7
                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
8
                                         T. Wayne Harman
9                                        Elena García

10                                       LA RAZA CENTRO LEGAL, INC.
                                         Michael Sorgen
11
                                         Amanda Alvarado Ford
12

13                                       LAW FOUNDATION OF SILICON VALLEY -
                                         LEGAL ADVOCATES FOR CHILDREN &
14                                       YOUTH
15                                       Jennifer Kelleher Cloyd
                                         Katherine H. Manning
16                                       Kyra Kazantzis
17                                       Annette Kirkham

18                                       Of counsel:

19                                       YOUTH LAW CENTER
20                                       Alice Bussiere
                                         Virginia Corrigan
21

22                                       /s/__Peter Schey_____
                                         Attorneys for Plaintiffs
23   / / /

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 6, 2016, I electronically filed the following document(s): STIPULATED APPLICATION FOR LEAVE TO FILE DEPOSITION EXCERPTS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL, PROPOSED ORDER GRANTING LEAVE, REDACTED DECLARATIONS OF ASYLUM APPLICANTS, REDACTED STATEMENT OF UNCONTROVERTED FACTS, AND REDACTED MEMORANDA IDENTIFYING ASYLUM APPLICANTS with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*

*Attorney for Plaintiffs*