CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
         crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | ) |
| - vs - | ) EXHIBITS 15, 17-20 IN SUPPORT OF |
| | ) PLAINTIFF'S MOTION TO ENFORCE |
| | ) SETTLEMENT AND FOR APPOINTMENT |
| JEH JOHNSON, SECRETARY, U.S. | ) OF A SPECIAL MONITOR VOLUME 2 OF 2 |
| DEPARTMENT OF HOMELAND SECURITY, | ) **[REDACTED VERSION OF** |
| *et al.*, | ) **DOCUMENT PROPOSED TO BE FILED** |
| | ) **UNDER SEAL]** |
| Defendants. | ) |
| | ) Hearing: January 30, 2017 |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
         kate.manning@lawfoundation.org
         kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

1

2                                   INDEX OF EXHIBITS

3

4      15. Deposition of Class Member Mother Mirna Mxxxxxx xxxxx – Transcript
           Excerpts…………………………………………………………………… 341
5

6      17. Deposition of Class Member Mother Sara Exxxxxxxx xxxxx – Transcript
           Excerpts………………………………………….…………………….... 381
7

8      18. Deposition of Class Member Yeslin Lxxxx xxxxxxx – Transcript
           Excerpts…...……………………………………………………………… 399
9

10     19. Deposition of Class Member Mother Yessenia Exxxxxxxx xxxxxxx –
           Transcript Excerpts………...…………………………………………………418
11

       20. Deposition of Class Member Mother Zulma Mxxxxxxx xxxxxxx –
           Transcript Excerpts…………………………………………………….... 432

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

# Exhibit 15

## Conditionally Filed Under Seal

Mirna ███████████
September 16, 2016

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES;        §
ET AL.,                      §
    Plaintiffs,             §
                             §
v.                           §  Case No. CV 85-4544
                             §
LORETTA E. LYNCH,            §
ATTORNEY GENERAL OF THE      §
UNITED STATES; ET AL.,       §
    Defendants.             §

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INTERPRETED DEPOSITION

MIRNA ███████████

VOLUME I OF I

9/16/16

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    INTERPRETED DEPOSITION OF MIRNA ███████████
produced as a witness at the instance of the U.S.
Department of Justice and duly sworn, was taken in
the above-styled and numbered cause on the 16th day
of September, 2016, from 9:19 a.m. to 11:38 a.m.,
before Cynthia Schmitt, Certified Shorthand Reporter
in and for the State of Texas, reported by
computerized stenotype machine at the United States
Attorney's Office, 1000 Louisiana, 23rd Floor,
Conference Room 2303, Houston, TX 77002, pursuant to
the Federal Rules of Civil Procedure and the
provisions stated on the record or attached hereto.

Mirna ███████████
September 16, 2016

```
 1                      APPEARANCES

 2

 3         MS. KATHLEEN CONNOLLY
           U.S. DEPARTMENT OF JUSTICE
 4         OFFICE OF IMMIGRATION LITIGATION
           DISTRICT COURT SECTION
 5         CIVIL DIVISION
           450 5TH STREET, N.W.
 6         WASHINGTON, DC  2001
           Telephone: (202) 305-4193
 7         E-mail: kconnoll@CIV.USDOJ.GOV

 8

 9   ALSO PRESENT:

10         MS. LINDA HERNANDEZ, INTERPRETER

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Mirna ████████████
September 16, 2016

| 1 | INDEX |
|---|---|

2   MIRNA ████████████                                    PAGE

3   Examination by Ms. Connolly ......................4
    Signature Page ..................................45

4

5                          EXHIBIT INDEX

6   EXHIBIT                                            PAGE

7   1              Exhibit 25 Conditionally Filed     4
                   Under Seal - Declaration

8

    2              E-mail to Connolly from            6
9                  Martinez Dated 9/16/16

10  3              Exhibit R - Subject Activity       27
                   Log

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Mirna ███████████
September 16, 2016

```
1                    MIRNA ███████████
2      having been first duly sworn, testified as follows:
3                         EXAMINATION
4          Q    (BY MS. CONNOLLY)  Good morning, ma'am.  My
5      name is Kathleen Connolly.  I'm an attorney with the
6      U.S. States Government.  I'm here to take your
7      deposition today in a case called Flores versus
8      Lynch, Case Number 85-CV-4544.  And this case is out
9      of the Central District of California.
10                        Now, back in January of this year
11     2016, you were in a facility in Texas; is that
12     correct?
13         A.    Yes.
14         Q.    And while you were there, you gave a
15     declaration that you signed your name to.  Do you
16     recall that?
17         A.    Yes.
18         Q.    And today at the deposition we will be
19     focusing solely on -- primarily on that information.
20         A.    Okay.
21                   (Exhibit 1 marked)
22         Q    (BY MS. CONNOLLY) And for the record, we
23     will introduce that exhibit.  And this has been
24     marked for today as Government's Exhibit 1.  And what
25     this is, is this is the declaration -- your
```

Mirna ████████████████
September 16, 2016

1   the first facility.

2        A.    Okay.

3        Q.    Can you describe for me yourself the area

4   you were staying?

5        A.    Yes.  It's like a room and has a cement

6   sidewalk.  And it has its bathroom.  And it's very

7   cold.

8        Q.    Let's talk about the temperature for a

9   second.  You say it was very cold.

10       A.    Very cold.

11       Q.    Now, you had clothing that you -- what

12   clothing were you wearing when you were there?

13       A.    I only had on a shirt or a blouse.  Excuse

14   me.  Blouse.  And a pair of pants and only that

15   because I couldn't bring in my sweater.  They had

16   took that away from me.  I couldn't bring in anything

17   else.

18       Q.    Now, did you at any time see anyone

19   adjusting the temperature?

20       A.    No.

21       Q.    When you came to the facility, how had you

22   crossed into the United States?

23       A.    Through the river.

24       Q.    Prior to the river, where were you?

25       A.    In Monterrey.

Mirna ██████████████
September 16, 2016

```
 1        Q.    Now, you said that the temperature was
 2   chilly in the cell you were in.
 3        A.    Yes.
 4        Q.    Did the facility give you and your sons any
 5   sort of cover or blanket?
 6        A.    No.
 7        Q.    At no point that you were there?
 8        A.    No.  At no time.  No.
 9        Q.    Now, do you remember when you went to
10   Karnes a few days later?
11        A.    Karnes.
12        Q.    The second facility.
13        A.    The second place that I arrived at was
14   called the doghouse.
15              THE INTERPRETER:  And I'd like to
16   write that down.  In case anyone should question, I
17   would like to write it down in Spanish, spell it in
18   Spanish.
19              MS. CONNOLLY:  You, the interpreter
20   would like to write that down or the witness would
21   like to write that down?
22              THE INTERPRETER:  No.  I would like to
23   write it down in case it's ever questioned.  Is that
24   okay?  The doghouse, it has a pretty bad connotation
25   in Spanish.  Okay.  It's called el perrera,
```

Mirna ████████████████
September 16, 2016

```
1    parts of it that we're talking about.
2         A.    Okay.
3         Q.    So I'm handing you Government's Exhibit
4    Number 1.  And this is the declaration of Mirna
5    Marisol ██████████████
6                    And the first line says:  I am a
7    citizen and national of El Salvador.  I was born on
8    ██████████ 1991; is that correct?
9         A.    Yes.
10        Q.    So you weren't born on ████████████ 1991?
11        A.    Yes.
12        Q.    Okay.  So this says you were born on
13   ████████████ 1991.  So my question is:  Is that
14   incorrect on the declaration?
15        A.    Yes.
16        Q.    Okay.  Now, let's go back to the
17   temperature control for a moment.  You said a moment
18   ago that it was very cold in there.
19        A.    Yes.
20        Q.    Do you know what the exact temperature was
21   in that facility, in that room?
22        A.    No.  The only thing that I know is that it
23   was much too cold.
24        Q.    Now, in your declaration, you discuss the
25   temperature.  And you said the children began crying.
```

Mirna ██████████████
September 16, 2016

```
1    And when the children cried, they would turn the
2    temperature down even further.
3         A.    Yes.
4         Q.    And is it your testimony today that that is
5    accurate?
6         A.    Yes.
7         Q.    Now, you never saw anyone touch a
8    temperature gauge, correct?
9         A.    Well, they didn't get near it.  It was
10   at -- the officer, he had something in his hand.  And
11   he would simply go like this and lower it, lower it,
12   make it colder.
13        Q.    And just for the record --
14        A.    He held something in his hand.
15        Q.    Okay.  Nevermind.
16              Now, tell me about the -- you were
17   describing your cell to me earlier.  Tell me about
18   the toilet and sink.
19        A.    The sink?
20        Q.    So there was a toilet in your cell,
21   correct?
22        A.    Yes.
23        Q.    And there was a sink with that toilet?
24        A.    Yes.
25        Q.    And they had soap with that sink?
```

Mirna ████████████
September 16, 2016

```
 1        A.     No.
 2        Q.     And they had a dryer with which to dry your
 3   hands, correct?
 4        A.     Yes.  There were napkins like the ones that
 5   are on the wall.
 6        Q.     Okay.  There were paper towels?
 7        A.     Yes.
 8        Q.     Now, there was a wall protecting the view
 9   to the toilet, what I -- the toilet was behind a
10   wall?
11        A.     No, no.
12        Q.     So your testimony today is that the toilet
13   was wide open with the rest of the cell?
14        A.     There was a toilet, but there was a small
15   wall about this tall.  And it would only cover me
16   from here down.
17               THE INTERPRETER:  She says from here
18   down.
19        Q    (BY MS. CONNOLLY) Okay.
20        A.     And it didn't have a door.
21        Q.     Okay.  So the wall was in between the rest
22   of the cell and where the toilet was, correct?
23        A.     It was -- it was in the same cell.  And it
24   was over in the corner.  And there was just a little
25   wall that divided, separated the toilet from the rest
```

Mirna ██████████
September 16, 2016

1   of the room, short wall.

2       Q.    Right.  So the wall didn't go up to the

3   ceiling?

4       A.    No.

5       Q.    But when you were sitting on the toilet,

6   can you show us how high the wall came up?

7       A.    Here (indicating).

8       Q.    And for the record, the wall came up to her

9   eye height?

10      A.    Yes.

11      Q.    Let's talk about the food situation.

12  What -- do you remember the food that you received

13  there?

14      A.    It was a bread, a sandwich with a cold

15  bologna in the middle.

16              THE INTERPRETER:  With a cold bologna

17  in the middle.

18      Q   (BY MS. CONNOLLY)  Okay.

19              THE INTERPRETER:  Excuse me.  Off the

20  record.

21              MS. CONNOLLY:  Yes, off the record.

22              (Recess taken)

23      Q   (BY MS. CONNOLLY) Okay.  And was there any

24  other different types of food you got?

25      A.    No.

Mirna ███████████
September 16, 2016

1      Q.    What about any snacks?

2      A.    A cracked --

3            THE INTERPRETER:  I need to ask again

4      because of the -- she has said galletas,

5      G-A-L-L-E-T-A-S.

6      A.    It would be like a cookie or a -- or a

7      fruitcy (phonetic), a little -- a drink, fruit drink.

8      Q    (BY MS. CONNOLLY) Like a juice box?

9      A.    A fruit juice in a small plastic mug.

10     Q.    Now, in your declaration at Paragraph 5 you

11     say:  There was not enough food.  All we got were two

12     slices of bread with a small slice of mortadella and

13     small juices.

14            What is mortadella?

15     A.    Well, I call it mortadella because that's

16     what I call it in my country.  But it's a -- kind of

17     a -- some kind of a meat made round like this.

18     Q.    Okay.  And --

19     A.    And here they call it bologna.  But I don't

20     know what else it is.

21     Q.    Now, then the next sentence says -- you

22     say:  We got those sandwiches twice a day and once

23     three times a day?

24     A.    Yes, yes.

25     Q.    And is that your recollection that that

Mirna ████████████
September 16, 2016

```
 1   just came in, when I just went in, came in.
 2        Q.    So they gave you food when you first got
 3   there?
 4        A.    Yes.
 5        Q.    And then they gave you more food you said
 6   around noon?
 7        A.    Yes.
 8        Q.    And then on that first day, you actually
 9   got another meal after that, correct?
10        A.    Around 10:00 at night.  Actually I really
11   couldn't understand there whether it was daytime or
12   nighttime.
13        Q.    And so these meals that you had that first
14   day, were any of them warm meals?
15             THE INTERPRETER:  Excuse me.  I think
16   I misphrased that.  Would you repeat your question?
17             She's going to ask her question again.
18        Q    (BY MS. CONNOLLY)  So that first day that
19   you were there, these meals that we're talking about,
20   were any of them warm meals?
21        A.    No.
22        Q.    And what about the second day you were
23   there?  How many times were you fed the second day?
24        A.    Some two times, two.
25        Q.    So you were served a meal early in the
```

Mirna ███████████
September 16, 2016

```
1    morning around 7:40.  Does that sound right?
2         A.    Well, actually I really couldn't tell you
3    what time it was.  All I know is that they would call
4    us up to make line so that they could give us a
5    sandwich, one in the morning and one at night.
6         Q.    So you don't recall getting fed then around
7    2:45 in the afternoon?
8         A.    No.
9         Q.    Or 7:18 in the evening?
10        A.    No.
11        Q.    But a few minutes ago, you said you didn't
12   know what time it was in there.
13        A.    Yes, but that was because I didn't know
14   when I was in there whether it was day or it was
15   night, whether it was 7:00 or whether it was 8:00.
16   The only -- all I knew is that twice we would be
17   called out to come out and stand in line and two
18   times we would be given something to eat.
19        Q.    But a few minutes ago you said there was at
20   least one day you received at least three meals.
21        A.    Yes.  That was the first day when I went
22   in.
23        Q.    Okay.  And the last day you were there, do
24   you recall being served meals then?
25        A.    Yes.
```

30

Mirna ▮▮▮▮▮▮▮▮▮▮
September 16, 2016

```
 1   question.
 2       A.    Were these all of the meals that were given
 3   me before I was sent to the home house?
 4       Q.    This is just the report from the first
 5   facility you were in, the facility we're talking
 6   about.
 7              So according to this report, you
 8   received at least 12 meals during the time you were
 9   at that first facility.
10       A.    I don't remember having eaten that many
11   times.
12       Q.    Okay.  Is it possible that what you said
13   here in the declaration about only getting fed twice
14   a day is not entirely accurate?
15       A.    It's that I remember that there were two,
16   three times.  And that's what I remember.  And that's
17   what I said.
18       Q.    Okay.  Well, you talked a few moments ago
19   about snacks that you received while you were there.
20              THE INTERPRETER:  What is it, she
21   says?
22       Q    (BY MS. CONNOLLY) Remember you talked about
23   like a cookie or a fruit drink?
24       A.    Yes.
25       Q.    And so you got those -- you also got those
```

Mirna ██████████████
September 16, 2016

1    about your health on the 30th of January?

2        A.    The only thing I remember is that the day

3    that I went in, they checked me out.  My arms, my

4    hands, my feet, my stomach, and my back side, my

5    back.  Not back side.  My back and my head.

6        Q.    Right.  I'm asking about after that first

7    time?

8        A.    Yes.  Several times it was the same thing,

9    but it was only that.

10       Q.    Okay.  Several times it was the same thing,

11   but it was only that.  I don't know what that means.

12       A.    It was the same routine everyday.  They

13   would check our head.  They would check our hands and

14   our arms, our feet and all around here (indicating)

15   to the back.

16       Q.    And you said a few minutes ago that you

17   weren't drinking the water because you didn't like

18   the water there; is that correct?

19       A.    Yes.  I never drank any water.

20       Q.    And the entire time that you were at the

21   CBP facility, your sons were with you; is that

22   correct?

23       A.    Yes.

24       Q.    And while you were at that facility,

25   officers from the facility would walk by the cell

Mirna ████████████
September 16, 2016

1    periodically; is that correct?

2        A.    Yes.

3        Q.    So now I'm showing you again this is

4    exhibit -- what's marked as Exhibit 1 which is your

5    declaration.  And I'm going to be reading from

6    Paragraph 5.  And where it says, There was not enough

7    water for us to drink.  There was some water that had

8    a very odd taste like chemicals.

9                Do you remember stating that in your

10   declaration?

11       A.    Yes.

12       Q.    So the jug that you talked about was

13   available to you in your cell; is that correct?

14       A.    Yes, it was there.  But since there was a

15   lot of people they would drink it up quickly.  There

16   were times when there was no water.

17       Q.    Okay.  A few moments ago you said you

18   didn't drink it because it didn't taste good.

19       A.    No.  Yes.

20       Q.    And now for the first time you're saying

21   there wasn't any water in there.

22       A.    Yes, there was water because they would

23   come in and fill it up, but the people that were

24   there would drink it up.

25       Q.    But my question to you was:  When I asked

Mirna ███████████
September 16, 2016

```
 1                    SIGNATURE PAGE

 2        I, MIRNA ████████████ have read the foregoing

 3   deposition and hereby affix my signature that same is

 4   true and correct, except as noted on the correction

 5   page.

 6                    _____

 7                    MIRNA ████████████

 8   THE STATE OF _____)

 9   COUNTY OF _____)

10        Before me, _____, on this

11   day personally appeared MIRNA ████████████ known

12   to me or proved to me on the oath of

13   _____ or through

14   _____ (description of identity

15   card or other document) to be the person whose name

16   is subscribed to the foregoing instrument and

17   acknowledged to me that he/she executed the same for

18   the purpose and consideration therein expressed.

19        Given under my hand and seal of office on this

20   _____ day of _____, _____.

21

22                    _____

23                    NOTARY PUBLIC IN AND FOR

24                    THE STATE OF _____

25   My Commission Expires: _____
```

Mirna ███████████
September 16, 2016

```
 1          IN THE UNITED STATES DISTRICT COURT
         FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2
   JENNY LISETTE FLORES;    §
 3 ET AL.,                  §
           Plaintiffs,      §
 4                          §
   v.                       § Case No. CV 85-4544
 5                          §
   LORETTA E. LYNCH,        §
 6 ATTORNEY GENERAL OF THE  §
   UNITED STATES; ET AL.,   §
 7     Defendants.          §

 8

 9              REPORTER'S CERTIFICATION
         DEPOSITION OF MIRNA ███████████
10              TAKEN ON 9/16/16

11     I, Cynthia Joan Schmitt, Certified Shorthand

12 Reporter in and for the State of Texas, hereby certify

13 to the following:

14     That the witness, MIRNA ███████████ was duly

15 sworn by the officer and that the transcript of the

16 oral deposition is a true record of the testimony

17 given by the witness;

18     That the original deposition was delivered to Ms. Kathleen

19 Connolly;

20     That a copy of this certificate was served on all

21 parties and/or the witness shown herein on _____.

22     I further certify that pursuant to FRCP No. 30 (e)(2)

23 that the signature of the deponent:

24     _____was requested by the deponent or a party before

25 the completion of the deposition and that the signature
```

Blue Ribbon Legal, LLC
(866) 477-9067

Mirna ███████████
September 16, 2016

1  is to be returned within 30 days from date of receipt of

2  the transcript.  If returned, the attached Changes and

3  Signature Page contains any changes and the reasons

4  therefor;

5      _____was not requested by the deponent or a party

6  before the completion of the deposition.

7      I further certify that I am neither counsel for,

8  related to, nor employed by any of the parties in the

9  action in which this proceeding was taken, and further

10  that I am not financially or otherwise interested in

11  the outcome of the action.

12      Certified to by me this 28th day of September, 20__.

13

14  _____

15  Cynthia Schmitt, CSR
    Texas CSR 5813

16  Expiration:  12/31/17

17  Blue Ribbon Legal, LLC
    Firm Registration #560

18  7020 Portwest Drive
    Suite 140

19  Houston, TX  77024
    Telephone:  (713) 861-8004

20  Facsimile: (713) 861-8880

21

22

23

24

25

# Exhibit 17

Conditionally Filed Under Seal

███████████████

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION


JENNY LISETTE FLORES, et al.,

       Plaintiffs,

                         CASE NO.:
     v.                   CV 85-4544 DMG (AGRx)

LORETTA E. LYNCH, Attorney
General of the United States,
et al.,

       Defendants.



       Interpreted deposition of SARA █████████

██████████   taken on behalf of the Defendants,

pursuant to notice and agreement of counsel, with all

formalities waived, before Linda McGee, Certified

Court Reporter, at 75 Ted Turner Drive, SW, Sixth

Floor, Atlanta, Georgia, on the 23rd day of

September, 2016, commencing at the hour of 11:15 a.m.

```
 1    APPEARANCES OF COUNSEL:

 2    For the Defendants:
           C. FREDERICK SHEFFIELD
 3         Trial Attorney
           United States Department of Justice
 4         450 Fifth Street
           Washington, DC 20530-0001
 5         202.532.4737
           202.307.8781   Fax
 6         carlton.f.sheffield@usdoj.gov

 7    For the Deponent:
           KERRY E. McGRATH
 8         Attorney at Law
           The Law Office of Kerry E. McGrath, LLC
 9         Suite 760
           1100 Spring Street, NW
10         Atlanta, Georgia 30309
           404.377.6600
11         kerry@kerrylaw.com

12
      Also Present:  Alba Males, Interpreter
13                   Andrea Bono

14                          - - -

15

16

17

18

19

20

21

22

23

24

25
```

```
 1           I N D E X   O F   E X A M I N A T I O N S

 2    WITNESS:
      SARA ████████████████████████
 3
      Cross-Examination By Mr. Sheffield                    4
 4
      Direct Examination By Ms. McGrath                    33
 5

 6                          - - -

 7             I N D E X   O F   E X H I B I T S

 8     Solis-Lopez
      Depo Exhibits  Description                         Page
 9
      Exhibit A       Declaration of Sara ██████████      27
10                    ████████████████
11    Exhibit B       Document in Foreign Language        28

12                          - - -

13           (Original exhibits were attached to the

14       original transcript.)

15

16

17

18

19

20

21

22

23

24

25
```

1      (A copy of the reporter's disclosure

2      statement was made available for review to

3      counsel or parties pro se at the taking of the

4      deposition pursuant to O.C.G.A. 9-11-28(c).)

5                        - - -

6      MR. SHEFFIELD:  So I guess we'll begin by

7      swearing the witness in.

8                        - - -

9      (Alba Males was duly sworn as the

10     interpreter.)

11                       - - -

12     (All answers given are through the

13     interpreter unless otherwise indicated.)

14                       - - -

15                 SARA ████████████████

16   being first duly sworn, was deposed and testified as

17   follows:

18     MR. SHEFFIELD:  Okay.  And, I guess, if the

19     court reporter could designate this entire

20     deposition as subject to the protective order in

21     this case.

22                 CROSS-EXAMINATION

23   BY MR. SHEFFIELD:

24     Q    So good morning.  My name is Craig

25   Sheffield.  I represent the Attorney General.  I'm

```
 1    or water prior to arriving at that facility?

 2         A    No.

 3         Q    Okay.  So at the first facility where you

 4    were taken, how long were you -- how long did you

 5    spend there with your daughter?

 6         A    Two days.

 7         Q    Okay.  And were you with your daughter the

 8    whole time?

 9         A    Yes.

10         Q    Do you remember at about what time of day

11    you arrived at the station?

12         A    No, I don't remember.

13         Q    Was it morning, middle of the day, evening?

14         A    In the morning.

15         Q    Okay.  What time of day was it that you

16    were initially discovered by the officers?

17         A    It was around 9:00 a.m.

18         Q    So can you describe to me what happened --

19    what happened in the very first moments when you

20    arrived at the facility?

21         A    Okay.  We got there.  They gave me a

22    sandwich for my child, juice.

23         From there, they asked for the documents that we

24    had with us.  And the one -- the lady who was seated

25    there -- I don't know -- she started verifying the
```

1    information.

2        They took our shoe laces.  They took everything

3    we had with us.

4        From there, they put us into a cold room, and we

5    spent two days in there, and two nights.

6        Q    Okay.  Were you called into an office or

7    anything like that?

8        A    No.

9        Q    Okay.  So where was the person who was

10   asking for your documents?  Were they positioned at

11   like a desk or in a separate room?

12       A    The immigration station.  They have plenty

13   of people seated, like, around.

14       Q    So did people just come and talk to you

15   then?

16       A    They would call one over.

17       Q    Okay.  And you said -- did you give them --

18   did you provide them the documents that you had?

19       A    Yes, but they were given back to me.

20       Q    Okay.  What kind of documents were those?

21       A    My birth certificate.  That's it.

22       Q    Okay.  And did they provide you with any

23   documents?

24       A    No.

25       Q    So you were not given any paperwork at any

1    time -- or at -- of any kind?

2         A    No.

3         Q    Okay.  Were you given any paperwork of any

4    kind for the two days that you stayed there?

5         A    No, nothing.

6         Q    Okay.  So you said, after you arrived, you

7    and your daughter were given sandwiches and juice

8    box; is that right?

9         A    Yes.

10        Q    Okay.  So if you can remember -- I know

11   it's a long time ago, but about how much time from

12   the moment you arrived to the time that you were

13   given the food and juice boxes?

14        A    We would each be given a sandwich only at

15   breakfast and at lunchtime.

16        Q    Okay.  But specifically on the day that you

17   arrived, how much time would you estimate passed

18   between the time that you got off the truck and the

19   time you got your first food?

20        A    As soon as we got there.

21        Q    Okay.  And that was in the morning, you

22   said?

23        A    Yes.

24        Q    Okay.  And then do you remember when the

25   next meal that you were provided was?

```
1        A     In the afternoon, around 3:00.

2        Q     Okay.  And what was that meal like?

3        A     Piece of bread and a piece of ham.

4        Q     Okay.  At any time when you stayed at this

5   first facility, were you given any other types of --

6   type of food, apart from the sandwich:  snacks?

7        A     No.

8        Q     So the only kind of food....

9        Was there a difference between the food that

10  they offered for breakfast as opposed to middle of

11  the day or in the evening?

12       A     No.  It was the same thing.

13       Q     Okay.  And what was the sandwich like

14  again?  Can you describe that?

15       A     It was a slice of bread and a piece and a

16  half of ham.

17       Q     Okay.  And was this the same type of food

18  that was provided to your daughter as well?

19       A     Yes, the same thing.

20       Q     Okay.  Did she eat anything while she was

21  at this first facility?

22       A     No, because she doesn't like bread.  She

23  only ate the ham.

24       Q     Does she still -- does she eat bread now?

25       A     No.
```

```
 1        Q     Okay.  So can you estimate how many times

 2   per day you were given food while at this first

 3   station?

 4        A     We were given twice a day.  Because it just

 5   wasn't enough because there were so many people stuck

 6   in there.

 7        Q     About how many people would you estimate

 8   were there?

 9        A     It was really full.  Lots of moms with

10   their kids.

11        Q     In the room that you stayed in -- let's

12   strike that actually.

13        Did you stay in the same room for the whole time

14   that you were there?

15        A     Yes.

16        Q     And can you estimate about how many other

17   people were in that room with you?

18        A     Around 20 moms with their kids.

19        Q     Okay.  Is that 20 people total or 20 moms?

20        A     No, 20 moms plus their children.

21        Q     Okay.  But it was all women and children?

22        A     Yes, mothers and children.

23        Q     And how was the food distributed?  How was

24   it provided?

25        A     An officer would come with a little cart
```

1    and he would give it out.

2         Q    Okay.  And was it -- so it was available to

3    everyone at the same time?

4         A    Yes, yes.

5         Q    Okay.  Were there any times where the cart

6    was made available to you and your daughter, but you

7    decided not to take food?

8         A    No.  They would come and they put it in

9    your hand.  They put the sandwich in someone's hand.

10        Q    Okay.  And it was only sandwiches?  There

11   was never any snacks or anything else offered?

12        A    No, no.

13        Q    Okay.  Was it hot food or cold food?

14        A    Cold.  It wasn't hot.

15        Q    Okay.  Did you have access to drinking

16   water at the station?

17        A    No.  Only the bathroom.

18        Q    So how did you and your daughter drink

19   while you were there?

20        A    There was a thermos, big thermos, but it

21   had too much bleach to drink it.

22        The children were thirsty, so they would drink

23   it, but my daughter wouldn't.  Neither would I.

24        Q    And was that thermos in the room with you?

25        A    Yes, yes.

```
 1        A    Yes.

 2        Q    Okay.  So you mentioned this again, but --

 3   but I'll ask it again:  So you -- do you remember

 4   anything about how the water tasted?

 5        A    Yes.  Like bleach.

 6        Q    Okay.  Were there any signs or information

 7   posted on the walls of the place -- the room that you

 8   were held?

 9        A    No.

10        Q    Nothing whatsoever?

11        A    No, nothing.

12        Q    Okay.  Okay.

13   So you said you spent two days at that facility?

14        A    Yes.

15        Q    And then where did you go?

16        A    They took me to a place called the dog

17   house.

18        Q    And how were you taken there?

19        A    In a bus.

20        Q    Okay.  With about how many other people?

21        A    Around 30 families.

22        Q    How long did it take to go there?

23        A    We left around 2:00 p.m. and we arrived

24   around 8:00 p.m.

25        Q    So it took six hours -- you were on the
```

1    road for six hours?

2        A    No.  Sorry.  That was from the dog house to

3    the detention.

4        From the icebox to the dog house, I don't know

5    what time they took me out, but it was still

6    daytime -- daylight.  But I don't know how many hours

7    it took us to get to the dog house.

8        Q    Okay.  Do you know if the dog house has

9    another name?

10       A    That's what it's referred to.

11       Q    Okay.  Did anyone tell you why you were

12   going from one facility to another?

13       A    No.  No, we were not told.

14       Q    But what time of day -- I think you

15   mentioned this, but just, again, what time of day

16   were you taken from the first facility to the second?

17       A    In the afternoon.

18       Q    Okay.  And what was this second facility,

19   the dog house, what was it like as compared to the

20   first one?

21       A    Well, when we got there, we were fed.

22   Again, sandwiches.  But there they would give us

23   fruit for the children.

24       But they did not give us anything to bathe or

25   brush our teeth, nothing.

```
1        Q     And how long did you stay at this place?

2        A     The same, I think.  Two days.  Yes, two

3   days.  Two nights.

4        Q     And so you mentioned that you were given

5   sandwiches and fruits for the kids.  Any other foods

6   that was offered?

7        A     No.  No, only sandwiches.  The same.

8        Q     Okay.  Any hot food?

9        A     No.

10       Q     And was the food -- the distribution system

11  for the food the same as well?

12       A     Yes.  They come to give it out.

13       Q     Okay.  Did they come more often?  Was the

14  food offered more frequently?

15       A     There, they gave it to us three times a

16  day.

17       Q     Okay.  Was there any -- were there any

18  issues with the drinking water at that facility?

19       A     There was none to brush our teeth or to

20  bathe, just what they would give us to drink.

21       Q     Okay.  Was the water, did it also -- you

22  mentioned that it tasted like chlorine at the first

23  place.  Was that the case at the second place as

24  well?

25       A     The same at the second place, but there we
```

```
 1   we had been treated.

 2        Q    Did you -- do you remember how long your

 3   interview with the attorney lasted?

 4        A    It didn't take long.  Around an hour.

 5        Q    Okay.  And then do you remember about how

 6   long after the interview you signed this English

 7   version?

 8        A    No.

 9        Q    But do you know if it was the same day or a

10   different day?

11        Okay.

12        A    The same day because....

13        Q    Okay.  So just looking at the declaration

14   now....

15        And I only have a couple more questions.  We're

16   almost done.

17        A    Okay.

18        Q    There are a couple places where -- in the

19   declaration, where it talks about the Flores case,

20   like paragraph 7 and paragraph 9.

21        Do you know what the Flores case is?

22        A    Uh-huh.

23        Q    How did you learn about the Flores case?

24        A    Because over in detention, some attorneys

25   came.  They said they were Flores attorneys and that
```

```
 1    they were going to help us because the children had
 2    the right -- had the right to be with a relative
 3    while we were being held there.
 4          Q    Okay.
 5          A    But, in detention, we were not told
 6    anything about that.
 7          Q    Okay.  So when was the first time you
 8    learned about the Flores case?
 9          Which -- I'll say, "Which facility were you
10    being held at when you learned about the Flores
11    case?"
12          A    I was already in detention.  I had been
13    there for about a month and a half.
14          Q    Which place?
15          A    In Karnes.
16          Q    Okay.  So in your declaration -- I think in
17    paragraph 9 -- you mentioned that "To the best of my
18    recollection, I don't remember anyone explaining that
19    my daughter had rights as a minor under the Flores
20    case."
21          Is it possible that you forgot being advised of
22    this?
23          A    But I'd already been detained for a while,
24    but the officers never said anything to me about my
25    daughter being able to be with my brother.
```

1                    D I S C L O S U R E

2    STATE OF GEORGIA:
     COUNTY OF GWINNETT:
3

4         Deposition of Sara ███████████████████

5

6              Pursuant to Article 10.B. of the Rules and
     Regulations of the Board of Court Reporting of the
     Judicial Council of Georgia, I make the following
7    disclosure:

8              I am a Georgia Certified Court Reporter.  I
     am here as an independent contractor for Huseby, Inc.
9

10             Huseby, Inc., was contacted by the offices
     of the U.S. Department of Justice to provide court
     reporting services for this deposition.  I will not
11   be taking this deposition under any contract that is
     prohibited by O.C.G.A. 15-14-37 (a) and (b).

12
               I have no contract to provide reporting
13   services with any party to the case, any counsel in
     the case, or any reporter or reporting agency from
14   whom a referral might have been made to cover this
     deposition.  I will charge my usual and customary
15   rates to all parties in the case, and a financial
     discount will not be given to any party to this
16   litigation.

17   *Linda McGee* (signature)

18   Dated:  September 23rd, 2016

19   Linda McGee, CCR-B-2040

20

21

22

23

24

25

```
 1                 C E R T I F I C A T E

 2     STATE OF GEORGIA:
       COUNTY OF GWINNETT:
 3

 4              I hereby certify that the foregoing
       deposition was reported, as stated in the caption,
 5     and the questions and answers thereto were reduced to
       print under my direction; that the foregoing 36 pages
 6     represent a true, correct and complete transcript of
       the evidence given on September 23rd, 2016, by the
 7     witness, Sara ███████████████████ who was first
       duly sworn by me.
 8

 9              I certify that I am not disqualified for a
       relationship of interest under O.C.G.A. 9-11-28(c);
10     I am a Georgia Certified Court Reporter here as an
       independent contractor of Huseby, Inc.; I was
11     contacted by Huseby, Inc., to provide court reporting
       services for this deposition; I will not be taking
12     this deposition under any contract that is prohibited
       by O.C.G.A. 15-14-37(a) and (b) or Article 7.C. of
13     the Rules and Regulations of the Board; and by the
       attached disclosure form I confirm that I am not a
14     party to a contract prohibited by O.C.G.A. 15-14-37
       or Article 7.C. of the Rules and Regulations of the
15     Board.

16              This certification is expressly withdrawn
       and denied upon the disassembly or photocopying of
17     the foregoing transcript, or any part thereof,
       including exhibits, unless said disassembly or
18     photocopying is done by the undersigned Certified
       Court Reporter and original signature and seal is
19     attached thereto.

20              This 29th day of September, 2016.

21                      Linda McGee

22              _____
                 Linda McGee
23               Certified Court Reporter
                Georgia Certificate No. CCR-B-2040
24

25
```

# Exhibit 18

Conditionally Filed Under Seal

Yeslin ███████                                    October 4, 2016

                                                        Page 1

1              UNITED STATES DISTRICT COURT

          FOR THE CENTRAL DISTRICT OF CALIFORNIA

2

     ------------------------------:

3    JENNY LISETTE FLORES, et al,  :  NO. Cv 85-4544

               Plaintiff           :

4                                  :

                                   :

          vs.                      :

5                                  :

     LORETTA E. LYNCH, Attorney    :

6    General of the United States, :

     Et al.                        :

7              Defendants          :

     ------------------------------:

8

9                             Leesport, Pennsylvania

10

                             Tuesday, October 4, 2016

11

12   DEPOSITION OF:

13              YESLIN ██████████

14   called as a witness, pursuant to notice, by counsel

15   for Defendants, held at the Berks County Residential

16   Center, 1040 Berks Road, Leesport, Pennsylvania,

17   before Suzanne, L. E. Toto, RPR, of Capital

18   Reporting Company, a Notary Public in and for the

19   Commonwealth of Pennsylvania, beginning at

20   approximately 1:16 p.m., when were present on behalf

21   of the respective parties:

22

23

24

25

Page 2

```
 1    APPEARANCES:
 2                   ACLU
                     BY:  CODY WOFSY, ESQ.
 3                   39 Drumm Street
                     San Francisco, CA  94111
 4                   415-343-0785
                     cwofsy@aclu.org
 5                       -- AND --
                     CAROL ANNE DONOHOE, ESQ.
 6                   PO Box 12912
                     Reading, PA  19612
 7                   610-370-7956
                     Attorneycd@gmail.com
 8                    -- For Yeslin ████████
 9                   (Via Telephone)
                     PETER SCHEY, ESQ.
10                   256 Occidental Boulevard
                     Los Angeles, CA  90057
11                   323-251-3223
                     pschey@centerforhumanrights.org
12                    -- For Flores Class Action
13                   ADRIANA C. ZAMBRAVNO, ESQ.
                     Law Student Intern
14
15                   US DEPARTMENT OF JUSTICE CIVIL DIVISION
                     BY:  KATHLEEN A. CONNOLLY, ESQ.
16                   Ben Franklin Station
                     Washington, DC  20044
17                   202-305-8627
                     kathleen.a.connolly@usdoj.gov
18                    -- For The Defendant
19
20
21
22
23
24
25
```

Yeslin ████████  October 4, 2016

Page 3

1                     I N D E X

2                    WITNESSES

3     ALL WITNESSES:                          PAGE:

4

        YESLIN ████████████████████

5        Examination by MS. CONNOLLY        4:9

6

7

                     EXHIBITS

8

     YLE NO.:              DESCRIPTION:       PAGE:

9

10   YLE 1                 Exhibit 23 -
                           Conditionally Filed
11                         Under Seal:
                           For Identification    24:9

12

13

14   (Exhibit attached to transcript)

15

16

17

18

19

20

21

22

23

24

25

Page 4

1              P R O C E E D I N G S

2                      VERONICA QUIROZ, was duly sworn to

3      translate English into Spanish and Spanish into

4      English in the following deposition:

5                      YESLIN ████████████████████ having

6      been first duly sworn, was examined and testified

7      through the interpreter as follows:

8                              *   *   *

9                          EXAMINATION

10     BY MS. CONNOLLY:

11     Q.          Hello, Yeslin.

12     A.          Hi.

13     Q.          Is it okay if I call you Yeslin?

14     A.          Yes.

15     Q.          So my name is Katie Connolly.  And I'm an

16     attorney here with the United States Department of

17     Justice.

18     A.          Okay.

19     Q.          And I'm here today to ask you some

20     questions.

21     A.          Okay.

22     Q.          And I'm asking questions in the case of

23     Flores v. Lynch, 85-CV-4544.

24     A.          Okay.

25     Q.          From the Central District of California.

Yeslin ████ ████

October 4, 2016

Page 10

```
 1                    THE WITNESS:  I don't remember.
 2      BY MS. CONNOLLY:
 3      Q.          Do you remember the first time you came
 4      in with your mom and your sister and your brother?
 5      A.          Where?
 6      Q.          When you came into the United States.
 7      A.          Yes.
 8      Q.          And did some people take you somewhere?
 9      A.          Yes.
10      Q.          And do you remember where they took you?
11      A.          Yes.
12      Q.          So what happened when you got to that
13      location?
14      A.          They took me there, and they left me
15      there.
16      Q.          Okay.  So were you with your mom?
17      A.          Yes.
18      Q.          And your brother and your sister?
19      A.          Yes.
20      Q.          Okay.  So when you got to that first
21      place, what happened?
22      A.          We couldn't sleep.
23      Q.          Okay.  And were you in a room?
24      A.          Yes.
25      Q.          When you got there, did they give you any
```

Yeslin                                                    October 4, 2016

Page 11

1    food?

2    A.          They gave me a cracker and a juice.

3    Q.          And did they give some to your sister?

4    A.          Yes.

5    Q.          And your mom too?

6    A.          I don't remember.

7    Q.          Okay.  Now, after they fed you, is that

8    when they put you in the room?

9    A.          Yes.

10   Q.          And do you remember how long you were in

11   that room?

12   A.          Two days and one night.

13   Q.          And what did they feed you while you were

14   there?

15   A.          They only gave me crackers and a little

16   juice.

17   Q.          Did they ever give you like a little

18   sandwich?

19   A.          No.  In the other center they gave me.

20   Q.          So you went to a second center after

21   this, right?

22   A.          Um-hum.

23   Q.          Okay.  So going back to the first place,

24   so they gave you some snacks and some juice?

25   A.          They only gave us cracker.

Page 12

1    Q.          What did you have to drink?

2    A.          Only one juice.

3    Q.          For the two days you were there?

4    A.          Yes.

5    Q.          And that was -- they only gave you the

6    one juice when you first arrived?

7    A.          They gave us one juice every meal time.

8    Q.          Okay.  I see.

9                    MR. WOFSY:  Objection.  I don't

10   believe that's what she said.

11                      THE INTERPRETER:  (Spanish word

12   spoken).

13                      MR. WOFSY:  (Spanish word spoken).

14                      THE INTERPRETER:  Yeah, but

15   sometimes when you say (Spanish word spoken) you mean

16   (Spanish word spoken).

17                      MR. WOFSY:  The literal translation

18   is lunch.

19                      THE INTERPRETER:  Lunch.

20   BY MS. CONNOLLY:

21   Q.          So let me try to understand.  How often

22   did they bring you food?

23   A.          I don't understand.

24   Q.          Okay.  So you were at this first place

25   for two days?

1    A.          Yes.

2    Q.          Okay.  And you said they gave you some

3    snacks and juice?

4                          THE INTERPRETER:  Okay.  Snacks.

5    Different country would use different words.  Which

6    word would you want me?  Little food?  Because we say

7    (Spanish word spoken).

8                          MS. CONNOLLY:  I'll ask a different

9    question.

10   BY MS. CONNOLLY:

11   Q.          So they gave you some juice, right?

12   A.          Yes.

13   Q.          And what did you eat?

14   A.          One cracker.

15                          MR. WOFSY:  Objection.  I think she

16   said --

17                          THE INTERPRETER:  (Spanish word

18   spoken), one cracker.

19                          MR. WOFSY:  Misheard.

20   BY MS. CONNOLLY:

21   Q.          Did you get juice and one cracker more

22   than once?

23   A.          Yes, they gave us three times a day.

24   Q.          Okay.  Now, did you have any -- do you

25   remember -- did you have any water in that room?

Yeslin ████████                                      October 4, 2016

1    A.        No.

2    Q.        Do you remember seeing a big jug on a

3    table of anything?

4    A.        No.

5    Q.        And did you -- while you were in that

6    room, did you see the border patrol agents come by?

7    A.        No.

8    Q.        You didn't see them?

9    A.        I don't remember.

10   Q.        Okay.  How did you get the food?

11   A.        I don't understand what you say.

12   Q.        Did they bring the food to your room or

13   did you leave the room to go get food?

14   A.        They brought it.

15   Q.        Okay.  And so the men came by and brought

16   you the food?

17   A.        Yes.

18   Q.        Okay.  Now, while you were in that room,

19   were you always with your mom and your brother and

20   your sister?

21   A.        Yes.

22   Q.        And do you remember there was a toilet in

23   that room?

24   A.        Toilet, I don't know what is that.

25   Q.        Where you go to the bathroom?

Page 16

1    Q.          Now, did you get any blankets while you

2    were at that first place?

3    A.          No.

4    Q.          And --

5    A.          We had them, but they don't allow us to

6    take them.

7    Q.          Okay.  So you had them when you were

8    first stopped by the men?

9    A.          Yes.

10   Q.          But they didn't allow them into the room

11   with you?

12   A.          Yes.

13   Q.          Okay.  Now, you were there, you said, I

14   think, for two days?

15   A.          Yes.  And one night.

16   Q.          And when -- you were in that same room

17   that whole time?

18   A.          Yes.

19   Q.          And who else was in that room with you?

20   A.          There were enough people.

21   Q.          Were there other children in that room

22   with you?

23   A.          They were a lot of kids and a lot of moms

24   also.

25   Q.          Now, after that first location, they took

Page 18

1    Q.          Do you remember that place?

2    A.          Yes.

3    Q.          Okay.  Do you remember what happened when

4    you got there?

5    A.          Yes.

6    Q.          Why don't you tell me what happened when

7    you got there.

8    A.          Well, what happened is that they told us

9    to grab a blanket.

10                    THE INTERPRETER:  She say aluminum.

11   Can I ask her if she said that?

12                    THE WITNESS:  Aluminum blanket and

13   a mattress, that it was not broken, scratched.

14                    MR. WOFSY:  So the interpreter was

15   asking the deponent whether she had said the Spanish

16   word for aluminum.  I would ask that the interpreter

17   not ask her own questions to the deponent and just

18   translate what she hears.

19                    THE INTERPRETER:  Okay.

20   BY MS. CONNOLLY:

21   Q.          When you got to the second place, they

22   told you to take a blanket, an aluminum blanket?

23   A.          Yes.

24   Q.          And you said that there was a pad to

25   sleep on?

Page 19

1    A.          Yes.

2    Q.          And did they feed you there?

3    A.          Yes.

4    Q.          Do you remember what they fed you?

5    A.          Frozen bread with a little meat inside

6    it.

7    Q.          Okay.  Was the bread frozen when you got

8    it?

9    A.          Yes.

10   Q.          Could you bite into the sandwich?

11   A.          Yes.

12   Q.          Okay.  And you said there was a little

13   bit of meat in the middle?

14   A.          Yeah.

15   Q.          And did you get this more than one time?

16   A.          They gave us three times.

17   Q.          Three times while you were there?

18   A.          No, three times a day.

19   Q.          Okay.  And did you get any snacks in

20   addition to that?

21   A.          No.

22   Q.          Did you get any juice?

23   A.          Milk.

24   Q.          You got milk.  Did you ever get any sort

25   of like cookies or anything like that?

Yeslin ████████                                           October 4, 2016

Page 20

1    A.          No.

2    Q.          Any crackers?

3    A.          No.

4    Q.          And you said you got milk?

5    A.          Yes.

6    Q.          Did you get any juice?

7    A.          No.

8    Q.          And was there water in your room at that

9    second place?

10   A.          Well, there wasn't a room -- it was a big

11   room where all the people were all there.  Only there

12   were -- (Spanish word spoken).  They were pieces of

13   fabric.

14                    MR. WOFSY:  Nets maybe?

15   A.          Nets.  There were nets over there.

16   Q.          And so --

17                    MR. WOFSY:  Sorry, I don't think

18   that was the complete translation of what she said.

19   A.          Over there and over there.

20                    MR. WOFSY:  And so, just for the

21   record, I think the deponent was indicating there

22   were nets on three sides.

23                    THE INTERPRETER:  On where?

24                    MR. WOFSY:  Three sides.

25                    MS. CONNOLLY:  That is correct.

Page 21

1    The deponent did indicate with her arms that there

2    was this object, which is translated as nets, on

3    three different sides.

4    BY MS. CONNOLLY:

5    Q.          So in this room, was there water?

6    A.          No.

7    Q.          No water?

8    A.          No.

9    Q.          No jug of water on a table?

10   A.          No.

11   Q.          And was there a place to go to the

12   bathroom in the room?

13   A.          I don't remember because I didn't go to

14   the bathroom there.  Not one time.

15   Q.          And while you were there, were you with

16   your mom the whole time?

17   A.          Yes.

18   Q.          And was your sister and your brother also

19   with you and your mom the whole time?

20   A.          Yes.

21   Q.          Now, how long were you at that second

22   place?

23   A.          I don't remember.

24   Q.          And then you were taken to a third place.

25   Do you remember that?

Page 22

```
 1    A.          Yes.

 2    Q.          And did they feed you at that third

 3    place?

 4    A.          Yes.

 5    Q.          Do you remember what they gave you?

 6    A.          Yes.

 7    Q.          What did they give you?

 8    A.          They gave us cheese sandwiches and they

 9    gave us a lot of things there.

10    Q.          A lot of things to eat?

11    A.          Yes.

12    Q.          And did you have -- in that third place,

13    did you have a bed there?

14    A.          Yes.  There, there were beds.

15    Q.          And blankets as well?

16    A.          Yes.

17    Q.          Okay.  And then after a while you were

18    brought to where you are now, is that right?

19    A.          Yes.

20    Q.          So when you were at the third place, were

21    you with your mom the whole time?

22    A.          No.

23    Q.          You were not.  Who were you with?

24    A.          Sometimes I was at school.

25    Q.          Okay.  So when you were at the third
```

Yeslin Ng                                                    October 4, 2016

                                                            Page 35

1             C E R T I F I C A T E

2

3       I do hereby certify that I am a Notary Public
        in good standing, that the aforesaid testimony
4       was taken before me, pursuant to notice, at the
        time and place indicated; that said deponent
5       was by me duly sworn to tell the truth, the
        whole truth, and nothing but the truth; that
6       the testimony of said deponent was correctly
        recorded in machine shorthand by me and
7       thereafter transcribed under my supervision
        with computer-aided transcription; that the
8       deposition is a true and correct record of the
        testimony given by the witness; and that I am
9       neither of counsel nor kin to any party in said
        action, nor interested in the outcome thereof.

10

11      WITNESS my hand and official seal this 7th day of
        October, 2016.

12

13

14      _____

15      Notary Public

16

17

18

19

20

21

22

23

24

25

Yeslin ███████████                    October 4, 2016

Page 36

1    A C K N O W L E D G E M E N T   O F   D E P O N E N T

2

3    I, Yeslin ████████████   do hereby acknowledge

4    I have read and examined the foregoing pages of

5    testimony, and the same is a true, correct and

6    complete transcription of the testimony given

7    by me, and any changes or corrections, if any,

8    appear in the attached errata sheet signed by me.

9

10

11

12

13

14

15

     _____        _____

16   Date                     Yeslin ████████████

17

18

19

20

21

22

23

24

25

                                            Page 37

1    Cody Wofsy, Esquire

     American Civil Liberties Union

2    39 Drumm Street

     San Francisco, CA

3

     IN RE:  Jenny Lisette Flores v. Loretta Lynch

4

5

6   Dear Mr. Wofsey,

7         Enclosed please find your copy of the

8    deposition of Yeslin [REDACTED] along with

9    the original signature page.  As agreed, you

10   will be responsible for contacting the witness

11   regarding signature.

12        Within 30 days of October 10, 2016, please

13   forward errata sheet and original signed signature

14   page to counsel for Plaintiff, Kathleen Connolly.

15       If you have any questions, please do not

16   hesitate to call.  Thank you.

17

18   Yours,

19   Suzanne Toto

     Reporter/Notary

20

21   cc:  Kathleen Connolly, Esquire

22

23

24

25

# Exhibit 19

Conditionally Filed Under Seal

```
 1              IN THE UNITED STATES DISTRICT COURT

 2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

 3                      WESTERN DIVISION

 4    JENNY LISETTE FLORES, et al,

 5            Plaintiff,

 6    VS.                      NO. CV 85-4544 DMG (AGRx)
                               Hon. Dolly M. Gee
 7    LORETTA E. LYNCH,        United States District Judge
      Attorney General of the
 8    United States, et al.,

 9            Defendant.
      _____
10    DEPOSITION OF:  YESSENIA ████████████████████████████
                    Taken on:  Se
11    _____
      APPEARANCES:
12
                        On behalf of the Witness:
13
                         AMY BELSHER, ESQ.
14                    BENJAMIN D. BLEIBERG, ESQ.
                       Chadbourne & Parke, LLP
15                   1301 Avenue of the Americas
                        New York, NY 10019
16

17                     On behalf of the Defendant:

18                   C. FREDERICK SHEFFIELD, ESQ.
                  United States Department of Justice
19                         Civil Division
                   Office of Immigration Litigation
20                      District Court Section
                  PO Box 868, Ben Franklin Station
21                      Washington, DC 20044

22
                           Also Present:
23
                     Heather Hayes, Interpreter
24
        Belen ████████████████████████      Mother of witness
25
                                                      Page 1
```

1                            **I N D E X**

2

3    **WITNESS:**

4    YESSENIA ███████████████████████

5         Examination by Mr. Sheffield.........Page 5

6         Examination by Ms. Belsher..........Page 34

7

8

9                            **EXHIBITS**

10   No. 1....................................Page 25

11   No. 2....................................Page 25

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              The deposition of YESSENIA

 2                        was taken by counsel for the

 3   Defendant, pursuant to notice, at The Inn at Opryland,

 4   2401 Music Valley Drive, Donelson "A" conference room,

 5   Nashville, Tennessee, 37214, on September 28, 2016,

 6   pursuant to Rule 30 of the Federal Rules of Civil

 7   Procedure.

 8              The formalities as to notice, caption,

 9   certificate, et cetera, are waived.

10              It is agreed that Jeanine D. Everhart,

11   being a Notary Public and court reporter for the State

12   of Tennessee, may swear the witness, and that the

13   reading and signing of the completed deposition by the

14   witness are waived.

15

16

17                        *  *  *

18

19

20

21

22

23

24

25
                                              Page 3
```

```
 1        MR. SHEFFIELD:  This marks the

 2    beginning of the deposition of Yessenia

 3    ██████████████████████

 4        Did I pronounce that right,  ████████

 5    (A-ZWA-LEEP)?

 6        MS. ███████████████  ██████████████

 7    ███████

 8        MR. SHEFFIELD:  ████████████████

 9    Gracias.

10        And this is in the case of Flores vs.

11    United States Attorney General, Case

12    #2:85-cv-04544.

13        Today's date is September 28th, 2016,

14    and we are on the record at 5:45 -- I'm

15    sorry, 4:45.

16        I would ask the court reporter to,

17    please, swear in our interpreter.

18        (The interpreter was duly sworn by the

19    court reporter.)

20        MR. SHEFFIELD:  And now we'll have you

21    swear in Ms. ██████████

22        (The witness was duly sworn by the

23    court reporter.)

24        MR. SHEFFIELD:  Okay.  Court reporter,

25    would you, please, designate this
```

04:44P
04:44P
04:45P

                                                    Page 4

1          transcript as confidential and subject to

2          the protective order in this case.

3              And could we just go around the room

4          and everyone state your name for the

5          record.                                                    04:45E

6              We'll start with Yessenia.

7              THE WITNESS:  Yessenia ██████████

8     ███████████████████

9              MR. SHEFFIELD:  Thank you.

10             And next?

11             MS. ██████████████:  Belen B████████

12    ████████████████.

13             MR. SHEFFIELD:  Okay.

14             MS. BELSHER:  Amy Belsher.

15             MR. BLEIBERG:  Benjamin Bleiberg from

16        Chadbourne Parke on behalf of the witness.

17

18             **YESSENIA** ██████████████████████

19    Was called as a witness, and after having been first

20    duly sworn, testified as follows:

21                        **EXAMINATION**

22    BY MR. SHEFFIELD

23        Q.   Okay.  So good morning -- or -- good

24    morning -- I'm still using --

25             Yessenia, my name is Fred Sheffield.  I'm     04:46E

                                                  Page 5

```
 1          misconstrued the question; misstated the
 2          question.
 3                MR. SHEFFIELD:  Thank you.
 4          A.   They didn't offer us anything.
 5          Q.   Perfect.
 6                Did they -- okay.  Did they ask you to go
 7     into a vehicle or something like that?
 8          A.   Yes.
 9          Q.   What kind of vehicle was it?
10          A.   Immigration.
11          Q.   Was it, like, a car or a truck or --
12          A.   It was, like, a van.
13          Q.   Okay.  So then did they take you to a
14     border facility or a detention facility or something
15     like that?
16                MS. HAYES:  Just for the record, the
17          interpreter is asking "you" singular; did
18          they take "you," or is the interpreter
19          asking did they take "you" pleural?
20                MR. SHEFFIELD:  Single.
21                MS. HAYES:  Thank you.
22          A.   No, I don't know.
23          Q.   So when they put you in the truck; in the
24     van you said, were you with your mother and your
25     brother?
```

Page 16

```
 1          A.    I was with both of them.

 2          Q.    Okay.  And where did you go in the van?

 3          A.    To the icebox.

 4          Q.    Do you know if the icebox has another name?

 5          A.    No.                                              05:06

 6          Q.    Is the icebox -- what -- how would you

 7    describe the icebox?

 8          A.    It's a room.  It's really cold.

 9          Q.    Okay.  Is that where you were -- you were

10    detained with your mother and your brother?            05:07

11          A.    Yes.

12          Q.    Do you know was it cold there because of,

13    like, air-conditioning or was it cold because it's cold

14    outside?

15                MS. BELSHER:  Objection; calls for           05:07

16           speculation.

17                MR. SHEFFIELD:  You can answer it.

18          A.    Air-conditioning.

19          Q.    Okay.  So when you went to this

20    facility--and just for the record I'm going to call it   05:08

21    the icebox, the first facility--so when you went to the

22    first facility, were there other people in the room

23    with your brother and your mother?

24          A.    Yes.

25          Q.    And you were put in a room with your mother   05:08
```

Page 17

1    and your brother?

2         A.   Yes.

3         Q.   Okay.  And at this first place that you

4    were taken, were you always with your mother and your

5    brother the whole time?                              05:09

6         A.   Yes.

7         Q.   Okay.  And you say it was cold there,

8    right?

9         A.   Yes.

10        Q.   Was it always too cold or was it sometimes  05:09

11   too hot and sometimes too cold or was it just always

12   too cold?

13        A.   Always too cold.

14        Q.   Were you given food at this first place?

15        A.   Yes.                                       05:09

16        Q.   What was it like?  What kind of food?

17        A.    It was, like, two pieces of bread and a

18   piece of meat.

19        Q.   Was there anything else in between the

20   bread besides just a piece of meat?                  05:09

21        A.   That was it.

22        Q.   Okay.  How often did you get these

23   sandwiches?

24        A.   I don't know.

25        Q.   Was it more than once a day?               05:10

                                               Page 18

```
 1          A.   Yes.
 2          Q.   Okay.  Do you know if it was more than two
 3   times a day?
 4               MS. BELSHER:  Objection; vague.
 5               MR. SHEFFIELD:  You can answer.              05:10
 6          A.   Yes.
 7          Q.   Okay.  Were you given any type of, like,
 8   snacks or anything aside from just these sandwiches?
 9          A.   No.
10          Q.   Were you given anything -- was there        05:10
11   anything to drink at the first place that you went?
12          A.   Yes.
13          Q.   What was there to drink?
14          A.   Just juice.
15          Q.   Was there water?                            05:11
16          A.   No.
17          Q.   What kind of -- how did the juice come?
18   Was it in cups or was it in boxes?  What was that like?
19          A.   In a bottle.
20          Q.   In a bottle.                                05:11
21               Were there any pads or anything to sleep
22   on?
23          A.   No.
24          Q.   Did you sleep when you were there?
25          A.   Hardly at all.                              05:12
```

                                              Page 19

```
 1          Q.   Where did you -- were you able to lie down

 2    or anything?

 3          A.   On the floor.

 4          Q.   Okay.  Was there a mat or anything to lay

 5    on?                                                        05:12P

 6               MS. BELSHER:  Objection; asked and

 7           answered.

 8               MR. SHEFFIELD:  You can answer it.

 9          A.   I didn't understand.

10          Q.   Was there anything like a blanket or any      05:12P

11    type of a mat or anything to lay on?

12          A.   No.

13          Q.   Okay.  Do you remember about how many

14    people were there in the room with you?

15          A.   Quite a few.                                  05:12P

16          Q.   Would you say more or less than 20 if you

17    had to estimate?

18               MS. BELSHER:  Objection; form.

19          A.   More.

20          Q.   Was there a toilet in the room?              05:13P

21          A.   Yes.

22          Q.   And where was the toilet?

23          A.   In the corner.

24          Q.   Was there a wall around the toilet or

25    anything?                                                05:13P
```
                                                          Page 20

```
1          A.   A little wall.

2          Q.   The people at the first -- the people who

3    worked there at the first facility, did they give you

4    anything apart from sandwiches or juice?

5               MS. BELSHER:  Objection to form.              05:14P

6          A.   No.

7          Q.   Did they give you any blankets or anything

8    like that?

9          A.   No.

10         Q.   So do you remember how long you spent at    05:14P

11   the first place that you went?

12         A.   Three nights.

13         Q.   Three nights.

14              And then were you and your mom and your

15   brother then taken -- were you taken to, like, a second  05:14P

16   place?

17         A.   Yes.

18         Q.   And do you remember what that place was

19   called?

20         A.   The dog pen.  The dog pound/the dog pen.     05:14P

21         Q.   Do you know if the dog pound had another

22   name?

23         A.   No.

24         Q.   Do you know why people call it the dog

25   pound?                                                   05:15P
```

Page 21

```
 1          Q.   Were you apart from -- just generally, were
 2    you apart from your mother and your brother at this
 3    second place?
 4          A.   Yes.
 5          Q.   For about how long?                              05:16
 6          A.   I don't remember.
 7          Q.   Was it the whole time that you spent at the
 8    second place that you were separated or just part of
 9    the time?
10          A.   All the time.                                    05:17
11          Q.   Do you know why you were separated?
12          A.   No.
13          Q.   Okay.  You're doing great, by the way, and
14    we're almost done.  That's the good news.
15          Do you remember if there were any posters           05:17
16    or anything like that on the wall at either of the two
17    places where you were held?
18          A.   No.
19          Q.   Do you know -- you don't remember or there
20    weren't any?                                                05:18
21          MS. BELSHER:  Objection to form.
22          Q.   That's okay.
23          A.   I don't remember.
24          Q.   Okay.  And do you remember if anyone -- do
25    you remember if anybody who worked there at the            05:18
                                                    Page 23
```

```
 1                  C E R T I F I C A T E

 2   STATE OF TENNESSEE

 3   COUNTY OF RUTHERFORD

 4            I, Jeanine D. Everhart, a Notary Public in

 5   and for the State of Tennessee at Large, do hereby

 6   certify that YESSENIA ██████████████████████ was

 7   by me first duly sworn to testify the whole truth; that

 8   the testimony of said deponent was recorded

 9   stenographically by me and thereafter reduced to

10   computer-aided transcription; and that said deposition

11   constitutes a true and correct transcript of my

12   stenotype notes of the testimony given by said witness.

13            WITNESS my hand and seal in the city of

14   Christiana, Rutherford County, Tennessee, this _____

15   day of _____, 20__.

16                     _____

17                     JEANINE D. EVERHART, Notary Public,

18                     State of Tennessee at Large.

19                     My Commission expires:  5/20/2017

20                     LCR# 215    Exp: 6/30/2018

21

22

23

24

25
                                                Page 37
```

# Exhibit 20

Conditionally Filed Under Seal

1

1

2     UNITED STATES DISTRICT COURT

3     FOR THE CENTRAL DISTRICT OF CALIFORNIA

4     Civil Action No. 2:85-CV-04544-DMG-AGR

5     -------------------------------------

6     JENNY L. FLORES, et al.,

7                    Plaintiffs,

8       -against-

9     LORETTA E. LYNCH, United States Attorney

10    General,

11                   Defendant.

12    -------------------------------------

13

14

15          DEPOSITION OF ZULMA ███████████

   █   ████████  a third-party witness herein, taken

17    by Defendant, pursuant to Subpoena, held at

18    the offices of the United States Attorney,

19    271 Cadman Plaza East, Brooklyn, New York, on

20    Wednesday, October 5, 2016, at 10:02 a.m.,

21    before Deborah Moschitto, a Shorthand

22    Reporter and notary public, within and for

23    the State of New York.

24

25

2

1

2    A P P E A R A N C E S :

3

4    PETER A. SCHEY, ESQ.,

5        President

6        CENTER FOR HUMAN RIGHTS AND

7        CONSTITUTIONAL LAW

8        (Via telephone)

9

10

11    UNITED STATES DEPARTMENT OF JUSTICE

12    Attorneys for Defendant

13        P.O. Box 878

14        Ben Franklin Station

15        Washington, DC 20044

16    BY: YAMILETH G. DAVILA, ESQ.

17

18

19    Also Present:

20        XIMENA VARGAS, Spanish Interpreter

21

22

23

24

25

3

1

2

3          IT IS HEREBY STIPULATED AND AGREED

4     that all objections, except as to the form of

5     the questions, shall be reserved to the time

6     of the trial;

7          IT IS FURTHER STIPULATED AND AGREED

8     that the within examination may be subscribed

9     and sworn to before any notary public with

10    the same force and effect as though

11    subscribed and sworn to before this court.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1

2              XIMENA VARGAS,

3      called as the interpreter in this

4      matter, was first duly sworn to

5      faithfully and accurately translate the

6      questions propounded to the witness from

7      English to Spanish, and the answers

8      given by the witness from Spanish to

9      English;

10

11      ZULMA ██████████████████

12      after having been first duly sworn, was

13      examined and testified through the

14      Interpreter as follows:

15

16  EXAMINATION BY

17  MS. DAVILA:

18      Q.    Good morning, my name is Yamileth

19   Davila.  I know we have already been

20   introduced, but I wanted to go ahead and

21   state my name for the record.  I represent

22   the defendant, the United States Attorney

23   General in the case of Flores versus Meese,

24   currently pending in the U.S. District Court

25   for the Central District of California.

                                                    5

1                  Z.  ███████

2             Are you represented by counsel?

3        A.    When I was told that I was going

4   to have some sort of presentation from my

5   attorney, through, I don't know the -- but

6   somebody told me.

7        Q.    What is your attorney's name?

8        A.    Look, I don't really remember.  I

9   only got to court yesterday asking if I had

10   somebody to represent me.  They told me that

11   I would work with Human Rights and they were

12   the people who help.

13       Q.    Who did you speak to?

14       A.    Yes, somebody called me yesterday.

15   I spoke to somebody when they called me to

4      with the assistance of the interpreter?

5           A.    Yes.

6           Q.    Thank you.

7                 Mrs. █████, did you travel to the

8      United States in November of 2015?

9           A.    Yes.

10          Q.    Who traveled with you?

11          A.    My son.

12          Q.    And how old was your son in

13     November of 2015?

14          A.    Eleven years old.

15          Q.    Did you arrive in Texas in

16     November of 2015?

17          A.    Yes.

18          Q.    Which part of Texas?

19          A.    Look, I don't really remember the

20     place where I landed.  All I know is that as

21     soon as I filed with Immigration, they took

22     me to a place called la hielera, or the

23     cooler.

24          Q.    Would you please spell la hielera?

25          A.    I don't understand.  I don't

                                              12

1                    Z. █████

438

2    really know how to spell it.  I just know

3    that we all called it la hielera.

4         Q.    Who called it la hielera?

5         A.    Everyone who arrives there, we

6    call it that because it's a long, narrow room

7    and it's very, very cold.

8         Q.    Do you know la hielera by any

9    other name?

10        A.    No.  I only know it by that name.

11        Q.    Was la hielera a facility managed

12   by Customs and Border Patrol?

13        A.    Yes, from the Border Patrol.

14        Q.    Please describe the facility.

15        A.    Look, I know that we just arrived

16   at this space.  I know that -- what I

17   remember was there was a parking lot and then

18   there was a long hallway that went to the

19   room where they took us, and all I know is

20   that when they put me in there, they took my

21   child and they separated us.

22        Q.    Where was your child taken?

23        A.    Well, they are in the same place,

24   but to another room.

25              MR. SCHEY:  Could I just suggest

25          Q.    Do you know how many people were

                                                    14

1                          Z. █████

2    at the facility?

3          A.    Look, there were many.

4          Q.    Do you know approximately how

5    many?

6          A.    I would say maybe around 75

7    people, and there were children, very small

8    children as well.

9          Q.    Did you sleep at the facility?

10         A.    Yes.

11         Q.    Where did you sleep?

12         A.    In the floor.  We really couldn't

13   sleep because it was just too cold.

14         Q.    Have you finished your answer?

15         A.    No.  No, no, I wasn't finished.

16   No.  We really couldn't sleep because it was

17   so cold.  They gave us something, supposedly

18   they were blankets, but they were made out of

19   aluminum.  But it wouldn't help us with the

20   cold and we arrived there all wet.  There

21   were no mattresses.  There was nothing on the

22   floor.  We were just -- we couldn't sleep.

23    The children were crying and screaming:  Mom,

24    let's go, let's go.

25            It was really, really difficult

                                                    15

1                       Z. █████████

2    because I could see my child was desperate

3    and wanted to leave there.  I couldn't really

4    see him because he was in another room, but I

5    could see him through a window and we can

6    only do signals.  I kept giving him the

7    signal to pray to God.

8         Q.    Have you finished your response?

9         A.    No.  I was particularly suffering

10    because my child is asthmatic.  He has asthma

11    and the air, I knew the air wasn't really

12    good for him and it was going to be very

13    difficult.  All I could see him was through

14    this window.

15            When I left my country, I had --

16    when I was coming over here, I had medicine

17    for him, but when I arrived to that center,

18    they took it and they threw it away and they

19    said that it was forbidden.

20         Q.    The last question was where did

21          you sleep.  I understand that you have a lot

22          of information that you would like to tell

23          us, but I think it's important that you

24          respond to my question.

25              A.    Okay.


                                                16

1                          Z. ▮▮▮▮▮▮

2               Q.    Is it your testimony that you

3          slept on the floor?

4               A.    Yes.

5                    MR. SCHEY:  I just want to --

6                excuse me.  I just want to object to two

7                things:  One is that I think she has been

8                responding to your questions

9                appropriately.

10                   And secondly, that your most

11               recent question misstates the evidence,

12               because she has already testified that

13               she could not sleep.

14          BY MS. DAVILA:

15              Q.    I'll rephrase the last question.

16                    Is it your testimony that you did

17          not sleep for three days?

18              A.    Yes.  I couldn't sleep because of

19    the cold.

20        Q.    Is it your testimony that you were

21    not provided with a bed?

22        A.    No, not even a bed or a mattress.

23        Q.    Did your son sleep at the

24    facility?

25        A.    Yes.

                                            17

1                    Z. █████████

2         Q.    How do you know?

3         A.    To sleep, to sleep, not really.

4     He couldn't really sleep peacefully.  Yes, we

5     did spend the night there, but we couldn't

6     sleep, because how can you sleep on the

7     floor?

8         Q.    Did you speak --

9         A.    I'm sorry, and because of the

10    cold.

11        Q.    Did you speak with your son while

12    he was at the la hielera?

13        A.    I couldn't speak to him.  I could

14    only look at him when he came out into the

15    hallway and I could see him through a window.

16        Q.    Were you told why you were

17    separated from your son?

18         A.    They only told me that he couldn't

19    be with me because he was too old.  I told

20    him to please let him stay with me and they

21    wouldn't.  They were quite upset and angry

22    and they told us to move quickly to the room

23    and they took him to the other room.

24         Q.    Who took your son to the other

25    room?

                                                    18

1                   Z. ████

2         A.    An officer from there.

3         Q.    Do you know the officer's name?

4         A.    No, I don't know the name.

5         Q.    Was your son given a blanket at

6    the facility?

7         A.    No.  Supposedly, the blanket was

8    that aluminum paper that they gave you there.

9         Q.    Were those around you provided

10    with the same aluminum blanket?

11         A.    Some of them had some and some

12    others didn't.  They would give them to some

13    and not to others.  The hardest part was to

14    see the children complain because of the

15    cold.

16    Q.    Were you given food at the

17    facility?

18    A.    The only food they gave us was

19    some very cold bread with, I don't know if it

20    was ham or another cold cut, and it was for

21    breakfast, for lunch and for dinner.  It was

22    so cold and you felt it in your stomach.

23    Q.    Were you given the cold cut

24    sandwich three times a day?

25    A.    And a little box of juice.  Yes,

19

1    Z. ███████

2    but I didn't take it every time because the

3    first time I had it, it didn't settle very

4    well with me, so I wouldn't take it every

5    time.

6    Q.    Was your son provided with food at

7    the facility?

8    A.    The same thing that they gave me.

9    They gave us all the same thing.

10    Q.    Where did you eat your meals?

11    A.    In the same place.  They would

12    only take us out in the hallway to get on

13      line to receive the food and they we would be

14      ushered back to the room.

15          Q.    Was the same meal given to

16      everyone?

17          A.    Yes, it was the same thing for

18      everyone, and sometimes they would get upset

19      over there because they say that it wasn't a

20      Burger King because some of the children were

21      complaining.

22          Q.    Who would say it wasn't a Burger

23      King?

24          A.    One of the officers that was

25      distributing the food there stated, because

                                              20

1                       Z. ███████

2       some people noticed that they were serving

3       the same thing over and over, so they

4       complained.  And one of the officers said

5       this was not a Burger King, you cannot place

6       an order.

7           Q.    Did you shower at the facility?

8           A.    No.

9                 (Interruption.)

10                MS. DAVILA:  Let's go off the

3      the Customs and Border Patrol?

4           A.    Always by the same officers of the

5      Border Patrol.

6           Q.    Did your son go with you to la

7      perrera?

8           A.    Yes.

9           Q.    How were you transported to la

10     perrera?

11          A.    They took us in a bus.

12          Q.    Did you travel with your son?

13          A.    Yes.  It was there, after so many

14     days, that we met again.

15          Q.    How many people were at the la

16     perrera?

17          A.    Look, there were perhaps about 50

18     people, but there were also children there.

19          Q.    When you arrived at la perrera,

20     were you separated from your son?

21          A.    Yes.  They separated us again.

22          Q.    Who separated you?

23          A.    The same officers there.  He was

24     going to one place and I was going to

25     another.

25

1             Z. ███████

2      Q.    Did the officers tell you why you

3  had been separated?

4      A.    Supposedly because of his age.

5      Q.    Where was your son taken?

6      A.    In the same center, but -- in the

7  same facility, but in another area.  I could

8  barely see him.

9      Q.    Did you sleep at la perrera?

10     A.    There I slept a little more

11  because they had some mattresses on the

12  floor.

13     Q.    Did your son sleep in la perrera?

14     A.    Yes.

15     Q.    Was your son also provided with a

16  mattress on the floor?

17     A.    Yes.

18     Q.    Were you provided with a blanket

19  in la perrera?

20     A.    No.  There, no.  Only the

21  mattresses.

22     Q.    Was your son provided with a

23  blanket in la perrera?

24     A.    No.

25     Q.    How do you know?

26

```
 1              Z. ███████

 2         A.    Because when we were there, we

 3    didn't have any blankets.  Only the

 4    mattresses.

 5         Q.    Were you given food in la perrera?

 6         A.    Yes, they gave us.

 7         Q.    How often were you given food?

 8         A.    The only thing they gave us was a

 9    burritos and an apple and some fries and

10    cookies.

11         Q.    Please answer my question.  I

12    asked how often were you given food?

13         A.    I'm sorry.  What do you mean, how

14    many times?

15         Q.    How many times a day did you

16    receive food in la perrera?

17         A.    Three times a day.

18         Q.    Were you provided with food for

19    breakfast?

20         A.    Yes.

21         Q.    Were you provided with food for

22    lunch?

23         A.    Yes.
```

24      Q.    Were you provided with food for

25    dinner?


                                              27

1                      Z. ███████

2       A.    Yes.

3       Q.    What food did you receive for

4     breakfast?

5       A.    Burritos.

6       Q.    Did you receive anything else?

7       A.    An apple and some fries and a

8     cookie.

9       Q.    Were you provided with anything to

10    drink?

11      A.    To drink, I don't remember.   I

12    don't remember that.

13      Q.    Were you provided with water at la

14    perrera?

15      A.    Yes.

16      Q.    What were you provided with --

17    strike that.

18            What food were you provided with

19    for lunch?

20      A.    The same thing, a burrito and an

21    apple and the cookies and the fries.

22          Q.    Is it your testimony that you were

23   provided with the same foods three times a

24   day?

25          A.    Yes.


                                              28

1                        Z. ███████

2                   MR. SCHEY:  I think she said

3          potato chips, not fries.

4                   THE INTERPRETER:  Thank you.

5          Thank you very much.  I was trying to

6          think of a better word.  Yes.  I'm sorry.

7                   MR. SCHEY:  So she say potato

8          chips; is that correct?

9                   THE WITNESS:  Yes, potato chips

10         that come in a little bag.

11                  MR. SCHEY:  Thank you.

12                  THE INTERPRETER:  Thank you,

13         counselor.

14   BY MS. DAVILA:

15         Q.    Is that your complete answer?

16         A.    Yes.

17         Q.    Do you know if your son received

18   food at the la perrera?

19         A.    Yes, he received food.


                                                    451

20      Q.      How do you know?

21      A.      Because when we got out, he told

22    me that he had gotten the same thing, the

23    burrito.  I thought that he was getting

24    something different.

25      Q.      Were those around you given the

                                                29

1                      Z.  ▮▮▮▮▮

2    same foods?

3       A.      Yes.

4       Q.      Did you receive any medical care

5    at this facility?

6       A.      No.

7       Q.      Did you request any medical care

8    at this facility?

9       A.      Yes.  I asked for medical care for

10    my son because when we got out, I could see

11    that he was not doing well.  He was -- he had

12    a cold and -- because of the cold and the

13    tiredness.  He was going to get an attack.

14      Q.      When you say an attack, are you

15    referring to an asthma attack?

16      A.      Yes, because he does suffer from

17    asthma.

19        Q.    Is there anything that you would

20   like to state to make your testimony

21   complete?

22        A.    No, not for the moment, no.

23              MS. DAVILA:  Mr. Schey, would you

24        like to question the witness?

25              MR. SCHEY:  I just have a couple

                                              42

1                    Z. ███████

2        of questions.

3   EXAMINATION BY

4   MR. SCHEY:

5        Q.    When you arrived at la hielera,

6   were your son's clothes wet from crossing the

7   river?

8        A.    Yes.

9              MS. DAVILA:  Objection, leading.

10       The witness answered yes.

11       Q.    And did anybody at that Border

12   Patrol Station offer your son dry clothing?

13       A.    No.

14       Q.    And to your knowledge, at that

15   first Border Patrol Station, did anyone offer

16   your son a warm shower?

17          MS. DAVILA:  Mr. Schey, the

18     witness indicated she didn't finish her

19     previous response.  Would you like her to

20     finish it?

21          MR. SCHEY:  Yes.

22     A.     Yes.  Like I told you before, a la

23     hielera, they didn't offer us anything, not

24     clothes, not blankets, not a shower, nothing.

25          THE INTERPRETER:  I'm going to do


                                              43

1               Z. ███████

2      the question that you had previously

3      asked.

4      A.     No.

5      Q.     And at la hielera, was there any

6      soap and towels in the cell so that you could

7      wash your hands and face?

8      A.     No.

9      Q.     When you left that first location

10     after about two nights, you were transported

11     to la perrera with your son; is that correct?

12     A.     Yes.

13     Q.     And at that time, when you saw

14     your son, did he seem to you to be exhausted

15        from the lack of sleep?

16                MS. DAVILA:  Objection, leading.

17        A.    Yes.  He was tired because he

18   hadn't been able to sleep and the air was not

19   good for him.

20                MR. SCHEY:  I have no further

21        questions.  Thank you.

22                MS. DAVILA:  I'd like to provide

23        the witness with an opportunity to read

24        and sign her declaration.  Would she like

25        that opportunity?


                                                    44

1                        Z.  ███████

2                I'm sorry, I meant the transcript,

3        not the declaration.

4                THE WITNESS:  To sign?

5                MS. DAVILA:  The opportunity to

6        read it and sign it.  Would you like that

7        opportunity?

8                MR. SCHEY:  Tell her I'm advising

9        her yes, that we do want that

10        opportunity.

11                THE WITNESS:  Okay.

12                MR. SCHEY:  I have another

```
 4   ZULMA █████████████████

 5                  MS. DAVILA          4, 49

 6                  MR. SCHEY          42, 57

 7

 8

 9   DEFENDANT'S

10   EXHIBITS      DESCRIPTION              PAGE

11   Exhibit A   Notice of Deposition        7

12   Exhibit B   Subpoena                    7

13   Exhibit C   Declaration of Zulma

14               ██████████████████        35

15   Exhibit D   Signed Declaration of Zulma

16               ██████████████████        45

17   Exhibit E   Spanish language translation

18               of the Declaration of Zulma

19               ██████████████████        49

20

21

22

23

24

25
```

```
                                      62

 1
```

2

3               C E R T I F I C A T I O N

4

5               I, DEBORAH MOSCHITTO, a

6     Shorthand Reporter and notary public, within

7     and for the State of New York, do hereby

8     certify:

9               That ZULMA ███████████

10    ████████  the witness whose examination is

11    hereinbefore set forth, was first duly sworn

12    by me, and that transcript of said testimony

13    is a true record of the testimony given by

14    said witness.

15              I further certify that I am not

16    related to any of the parties to this action

17    by blood or marriage, and that I am in no way

18    interested in the outcome of this matter.

19

20              IN WITNESS WHEREOF, I have

21    hereunto set my hand this _____ day of

22    _____, 2016.

23

24                        _____

25                        DEBORAH MOSCHITTO

DATED: December 6, 2016                 Respectfully submitted,

                                        CENTER FOR HUMAN RIGHTS &
                                        CONSTITUTIONAL LAW
                                        Peter A. Schey
                                        Carlos Holguín


                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        T. Wayne Harman
                                        Elena García

                                        LA RAZA CENTRO LEGAL, INC.
                                        Michael Sorgen
                                        Amanda Alvarado Ford

                                        LAW FOUNDATION OF SILICON VALLEY -
                                        LEGAL ADVOCATES FOR CHILDREN &
                                        YOUTH
                                        Jennifer Kelleher Cloyd
                                        Katherine H. Manning
                                        Kyra Kazantzis
                                        Annette Kirkham

                                        Of counsel:

                                        YOUTH LAW CENTER
                                        Alice Bussiere
                                        Virginia Corrigan

                                        /s/___Peter Schey_____
                                        *Attorneys for Plaintiffs*

/ / /

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 6, 2016, I electronically filed the following document(s): STIPULATED APPLICATION FOR LEAVE TO FILE DEPOSITION EXCERPTS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL, PROPOSED ORDER GRANTING LEAVE, REDACTED DECLARATIONS OF ASYLUM APPLICANTS, REDACTED STATEMENT OF UNCONTROVERTED FACTS, AND REDACTED MEMORANDA IDENTIFYING ASYLUM APPLICANTS with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*

*Attorney for Plaintiffs*