## DECLARATION OF SARAH B. FABIAN

I, SARAH B. FABIAN, declare:

1.    I am a Senior Litigation Counsel with the U.S. Department of Justice, and am assigned to handle the instant case.  As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2.    Defendants ask the Court to strike Plaintiffs' Statement of Uncontroverted Facts, filed on December 6, 2016 (ECF No. 288) ("Statement"), and to require Plaintiffs to refile that document in a manner that complies with the Court's October 7, 2016 Order (ECF No. 274). Defendants also ask the Court to extend their response date for this supplemental briefing to December 16, 2016, with a corresponding extension for Plaintiffs' reply until December 23, 2016. Defendants request this relief for the following reasons.

3.    Plaintiffs' filed their second Supplemental Brief (ECF No. 287) and Statement one day out of time, on December 6, 2016. Plaintiffs sent unredacted versions of their filings to Defendants late in the evening of December 7, 2016.

4.    Plaintiffs' Statement is more than one hundred and fifty pages long and, for the reasons explained in Defendants' motion to strike, does not comply with the Court's October 7, 2016 Order (ECF No. 274).

5.    Because of the late receipt of these documents, the length of Plaintiffs' Statement, and Plaintiffs' failure to comply with

1

the Court's Order in preparing their Statement, Defendants require additional time to determine the best way to respond to Plaintiffs' Statement and to otherwise formulate their responsive pleading.

6.    Plaintiffs' counsel has stated that Plaintiffs do not oppose Defendants' request to extend their response deadline.

7.    Plaintiffs' counsel has stated that he is willing to review Plaintiffs' Statement, and if he agrees that any of the material in the left-hand column of Plaintiffs' Statement should be revised based on Defendants' concerns he will do so and file a revised statement by 10:00am Monday December 12, 2016. However, given the time constraints at issue, and the inability of Plaintiffs' counsel to confirm at this time whether he agrees that changes are required, Defendants believe it is necessary to seek the requested relief from the Court.

I declare under penalty of perjury that the foregoing is true and correct.


Executed on December 8, 2016 at Denver, Colorado.

/s/ Sarah B. Fabian
SARAH B. FABIAN

2