BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER STRIKING PLAINTIFFS' STATEMENT OF UNCONTROVERTED FACTS AND EXTENDING BRIEFING SCHEDULE** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon Defendants' Ex Parte Motion to Strike Plaintiffs' Statement of Uncontroverted Facts and for Enlargement of Time to Respond.

UPON CONSIDERATION of Defendants' Motion, and for the reasons set forth therein, the Court hereby:

ORDERS that Plaintiffs' Statement of Uncontroverted Facts (ECF No.288) should be struck from the record;

ORDERS that Plaintiffs must re-file their Statement of Uncontroverted Facts before noon on December 12, 2016 in a manner that complies with the Court's October 7, 2016 Order; and

ORDERS that Defendants' supplemental response brief will be due on December 16, 2016, and Plaintiffs' reply will be due by December 23, 2016.

**IT IS SO ORDERED.**

DATED: _____, 2016.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE