UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544 DMG (AGRx) | Date | December 12, 2016 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Loretta E. Lynch, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE DEFENDANTS'** *EX PARTE* **MOTION TO STRIKE AND FOR ENLARGMENT OF TIME [291]**

Defendants seek to strike Plaintiffs' Statement of Uncontroverted Facts [Doc. # 288]. The Court **DENIES** Defendants' motion based on the reasons they articulated (i.e., lengthy conclusions of law, legal arguments instead of undisputed facts). While these reasons are not grounds to strike the Statement, they may lead the Court to disregard certain asserted "facts," and Plaintiffs will have to live with the consequences of not having properly submitted a Statement that "contain[s] a narrowly focused statement of fact" that addresses a "single subject as concisely as possible." *See* October 7, 2016 Order at 3 [Doc. # 274].

Defendants also request additional time to submit its second supplemental response in opposition to Plaintiffs' motion to enforce. The Court **GRANTS** Defendants' unopposed request for an enlargement of time. Defendants shall submit their second supplemental response by December 16, 2016. Plaintiffs must submit any Reply by December 23, 2016.

**IT IS SO ORDERED.**