1

2

3

4

5

6

7

8                                    UNITED STATES DISTRICT COURT

9                                   CENTRAL DISTRICT OF CALIFORNIA

10                                          WESTERN DIVISION

11   JENNY LISETTE FLORES, et al.,                    Case No. CV 85-4544 DMG (AGRx)

12        Plaintiffs,                                 **ORDER GRANTING LEAVE TO
                                                      FILE DEPOSITION EXCERPTS OF
13                  v.                                ASYLUM APPLICANTS AND
                                                      MEMORANDA IDENTIFYING
14   LORETTA E. LYNCH, Attorney General               ASYLUM APPLICANTS UNDER
     of the United States, et al.,                    SEAL [289]**

15

16        Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

1    Pursuant to the Plaintiffs' unopposed application for leave to file deposition
2  excerpts of asylum-seekers and memoranda identifying such asylumseekers under seal,
3  and good cause appearing therefor, IT IS HEREBY ORDERED as follows:
4        1.    Plaintiffs are granted leave to file in the public record the statement of
5              uncontroverted facts, various deposition transcript excerpts (Exhibits 10-15,
6              17-20), and Plaintiffs' Memorandum of Points and Authorities in support of
7              Motion to Enforce Settlement and Appoint Special Monitor identifying such
8              asylum seekers with identifying information redacted so as to protect the
9              identities of applicants for asylum.  Pursuant to 8 C.F.R. §§ 208.6 and
10             1208.6, the identities of asylum applicants are confidential.
11       2.    Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file the unredacted
12             documents consistent with this Order within three (3) court days from the
13             date of this Order.
14 **IT IS SO ORDERED.**
15
16 DATED:  December 15. 2016            _____
                                       DOLLY M. GEE
17                                     UNITED STATES DISTRICT JUDGE
18
19
20
21
22
23
24
25
26
27
28