DEFENDANTS' SUPPLEMENTAL EXHIBITS

Exhibit 30: Excerpts from Deposition of Manuel Padilla, Jr.

Exhibit 31: Excerpts from CBP National Standards on Transportation Escort Detention and Search

Exhibit 32: Excerpts from Deposition of Ritza Mxxx Gxxxxx Exxxxx

Exhibit 33: Excerpts from Deposition of Celina Sxxxxx-Xxxx

Exhibit 34: Excerpts from Deposition of Franklin Cxxxxx Xxxxxxxx

Exhibit 35: Excerpts from Deposition of Lindsay Lxxxx-Xxxxxx

Exhibit 36: Excerpts from Deposition of Sara Sxxxx-Xxxxx

Exhibit 37: Excerpts from Deposition of Mirna Gxxxxx-Xxxxx

Exhibit 38: Excerpts from Deposition of Karina Vxxxx-Xxxxxx

Exhibit 39: Excerpts from Deposition of Zulma Mxxxxxx Rxxxx Xxxxxxx

Exhibit 40: Excerpts from Deposition of Yeslin Lxxxx-Xxxxxxx

Exhibit 41: Second Declaration of David W. Strange with Exhibits

Exhibit 42: Second Declaration of Juanita Hester

Exhibit 43: Second Declaration of Joshua G. Reid

Exhibit 44: Declaration of Homero D. Salinas

Exhibit 45: Declaration of Philip T. Miller

Exhibit 46: Declaration of Peter Jaquez

Exhibit 47: Chart Re: Locations of Plaintiffs' Declarants/Deponents

Exhibit 48: Map of Border Patrol Stations

Exhibit 49: Declaration of Matthew J. Hudak

Exhibit 50: Declaration of Hector A. Mancha, Jr.