# Defendants' Exhibit 31



# U.S. Customs and Border Protection

## National Standards on Transport, Escort, Detention, and Search

**October 2015**



# TABLE OF CONTENTS

**FOREWORD FROM THE COMMISSIONER ... 3**
**AUTHORITIES / REFERENCES ... 3**
**1.0 GENERAL STANDARDS ... 4**
1.1 Safety During CBP Operations ... 4
1.2 Integrity and Professionalism ... 4
1.3 Zero Tolerance Policy Related to Sexual Abuse ... 4
1.4 Non-Discrimination Policy ... 4
1.5 Religious Sensitivity ... 4
1.6 Treatment of Juveniles ... 4
1.7 Reasonable Accommodations and Language Access ... 4
1.8 Duration of Detention ... 4
1.9 Family Unity ... 4
**2.0 TRANSPORT AND ESCORT STANDARDS ... 5**
2.1 Vehicle Standards ... 5
2.2 Use of Restraints ... 5
2.3 Transport Communication ... 5
2.4 Transport and Escort Assessment ... 5
2.5 Transporting and Escorting Officer/Agent Responsibilities ... 5
2.6 Ground Transportation and Escort Standards ... 6
2.7 Commercial Air Transportation ... 6
2.8 Medical Precautions ... 6
2.9 Emergency Situations during Transport ... 7
2.10 Transfer of Detainee Documents and Medication ... 8
**3.0 SEARCHES OF INDIVIDUALS ... 9**
3.1 Requirements ... 9
3.2 Use of Restraints ... 9
3.3 Communication ... 9
3.4 Gender of Searching Officer/Agent ... 9
3.5 Medical Emergencies ... 9
3.6 Pat-Down Search ... 10
3.7 Strip Search ... 10
3.8 Body Cavity Search ... 11
3.9 Medical X-Rays ... 11
3.10 Monitored Bowel Movement (MBM) Search ... 12
3.11 Medical Treatment and Authority at a Medical Facility ... 13
**4.0 SECURE DETENTION STANDARDS ... 14**
4.1 Duration of Detention ... 14
4.2 At-Risk Detainee Determination Process ... 14
4.3 General Detention Procedures ... 14
4.4 Restraints Procedures ... 15
4.5 Electronic System(s) of Record ... 15
4.6 Hold Room Monitoring ... 16
4.7 Hold Room Standards ... 16
4.8 Consular Contact and List of Legal Service Providers ... 16
4.9 Telephones ... 16
4.10 Medical ... 17
4.11 Hygiene ... 17
4.12 Bedding ... 17
4.13 Food and Beverage ... 18
4.14 Drinking Water ... 18
4.15 Restroom Facilities ... 18
4.16 Open Area Security ... 18
**5.0 AT-RISK POPULATIONS ... 19**
5.1 General ... 19
5.2 UAC Screenings ... 19
5.3 Documentation ... 19
5.4 Transport ... 20
5.5 Search ... 20
5.6 Detention ... 22
5.7 Use of Restraints ... 23
**6.0 SEXUAL ABUSE VICTIMIZATION ... 24**
**7.0 PERSONAL PROPERTY ... 26**
7.1 General ... 26
7.2 Processing and Storage of Detainees' Personal Property ... 26
7.3 Notice to Detainees ... 27
7.4 Possessions Kept on the Detainee ... 27
7.5 Medications ... 27
7.6 Identification Documents ... 27
**8.0 DEFINITIONS ... 28**

# FOREWORD FROM THE COMMISSIONER

*I am announcing the implementation of an agency-wide policy that sets forth the first nationwide standards which govern CBP's interaction with detained individuals.  This policy continues our commitment to the safety, security and care of those in our custody. The policy, titled U.S. Customs and Border Protection (CBP) National Standards on Transport, Escort, Detention, and Search (TEDS), is the result of collaborative work among various offices.*

*The new policy document is grounded firmly in the experience and policies of the Office of Field Operations and the United States Border Patrol. It incorporates best practices developed in the field, and it reflects key legal and regulatory requirements. In addition to transport, escort, detention and search provisions, TEDS also includes requirements related to: sexual abuse and assault prevention and response; care of at-risk individuals in custody; and personal property.*

*I commend the many offices across CBP and DHS who worked together to produce this important policy document.*

R. Gil Kerlikowske
*Commissioner*
*U.S. Customs and Border Protection*

# AUTHORITIES / REFERENCES

***Authorities/References (including, but not limited to, the following):*** *19 United States Code (USC) §§ 482, 1461, 1581, 1582, 1589a; Title 8 Code of Federal Regulations (CFR) Parts 232, 235, 236, and 287; 6 CFR Part 115; 79 FR 13100 (Standards To Prevent, Detect, and Respond to Sexual Abuse and Assault in Confinement Facilities); The Immigration and Nationality Act (INA); Personal Search Handbook, CIS HB 3300-04B revised July 2004; Use of Force Policy, Guidelines and Procedures Handbook, HB 4500-01C, revised May 2014; Motor Vehicle Management Handbook, HB 5200-14B, revised June 2014; Occupational Safety and Health Handbook, HB 5200-08B, revised September 2012; Secure Detention, Transport and Escort Procedures at Ports of Entry, 3340-030B, August 8, 2008; The Law of Arrest, Search, and Seizure Manual, M-69; Enforcement Standards – Body Searches, May 28, 1997; Hold Rooms and Short Term Custody, OBP 50/10.2-P; CBP Policy on Nondiscrimination in Law Enforcement Activities and all other Administered Programs, February 6, 2014; CBP Zero-Tolerance Policy, March 11, 2015.*

### 4.13 Food and Beverage

*General:* Food and water should never be used as a reward, or withheld as punishment. Food provided must be in edible condition (not frozen, expired or spoiled).

*Meal Timeframe:* Adult detainees, whether in a hold room or not, will be provided with food at regularly scheduled meal times.  All meal service must be documented in the appropriate electronic system(s) of record. For juvenile meal timeframes, see Section 5.6.

*Snack Timeframe:* Adult detainees, whether in a hold room or not, will be provided with snacks between regularly scheduled meal times.  For juvenile snack timeframes, see Section 5.6.

*Requests:* When an adult detainee requests a snack or food before the next food service, officers/agents may grant the request on the basis of the circumstances.

*Dietary Restrictions:* Officers/Agents should remain cognizant of a detainee's religious or other dietary restrictions.

### 4.14 Drinking Water

Functioning drinking fountains or clean drinking water along with clean drinking cups must always be available to detainees.

### 4.15 Restroom Facilities

*Restroom Facilities:* Restroom accommodations will be available to all detainees and a reasonable amount of privacy will be ensured.  If the detainee is suspected of being an internal carrier, restroom use may be monitored.

*Privacy:* Officers/Agents must make a reasonable effort to afford privacy to all detainees of the opposite gender consistent with the prohibition on voyeurism.

### 4.16 Open Area Security

Additional caution must be exercised to ensure the safety of the public and staff in open areas.  Officers/Agents working in or transiting this area must exercise due diligence to safeguard their firearms and other weapons.  Staff must also ensure that all potential egress points are utilized in a manner that reduces escape risk.

witnesses, authorizing supervisors, and consent, must be recorded in the narrative section of the appropriate electronic system(s) of record.

## 5.6 Detention

*Least Restrictive Setting:* Officers/Agents will place each at-risk detainee in the least restrictive setting appropriate to their age and special needs, provided that such setting is consistent with the need to ensure the safety and security of the detainee and that of others. Adult at-risk detainees will not simply be placed in the least restrictive setting available, if they strongly communicate a preference for being held in a hold room.

*Expeditious Processing:* Whenever operationally feasible, at-risk individuals will be expeditiously processed to minimize the length of time in CBP custody.

*Family Units:* Generally, family units with juveniles should not be separated. When it is necessary to separate juveniles from the parent(s) and/or legal guardian(s), officers/agents must follow legal requirements and their operational office's policies and procedures. In circumstances where family units must be separated due to different immigration dispositions, such separation must be documented in the appropriate electronic system(s) of record.

*Unaccompanied Juvenile Siblings:* Whenever operationally feasible, UAC siblings should not be separated, unless deemed necessary for safety purposes. In circumstances where siblings must be separated due to different immigration dispositions, such separation must be documented in the appropriate electronic system(s) of record.

*Nursing Mother and Children:* In situations where a detained female is nursing, the child will not be removed from the care of the mother unless she poses a danger to the child or if she will be transferred to the custody of another agency for criminal prosecution.

*Separation of Children from Parents or Legal Guardians:* In those instances where a parent or legal guardian and U.S. citizen child must be separated, social services may need to be contacted to take custody of the child. CBP should ensure parents have the opportunity to arrange for care of their children before contacting a social service agency. In those instances where a parent or legal guardian and a non-U.S. citizen child must be separated, the non-U.S. citizen child will be classified as a UAC and will be processed accordingly.

*Detention – UAC and Juveniles:* UAC must be held separately from adult detainees. A juvenile may temporarily remain with a non-parental adult family member where: 1) the family relationship has been vetted to the extent feasible, and 2) the CBP supervisor determines that remaining with the non-parental adult family member is appropriate, under the totality of the circumstances.

*Transfer to the Department of Health and Human Services, Office of Refugee Resettlement (ORR):* Every effort must be made to transfer UAC from CBP to ORR custody as soon as possible, but no later than 72 hours after determining that a child is a UAC. Requested placement notifications for the UAC must be conducted and logged in the appropriate electronic system(s) of record. The reasons for any detention longer than 72 hours must be logged in the appropriate electronic system(s) of record.

*Hygiene Articles, Bedding and Clean Clothing - Juveniles:* Juveniles will be given access to basic hygiene articles, and clean bedding. When available, juveniles will be provided clean and dry clothing. Officers/Agents may give access to these provisions to any juvenile at any time.

*Meals and Snacks – Juveniles, Pregnant, and Nursing Detainees:* Juveniles and pregnant detainees will be offered a snack upon arrival and a meal at least every six hours thereafter, at regularly scheduled meal times. At least two of those meals will be hot. Juveniles and pregnant or nursing detainees must have regular access to snacks, milk, and juice.

*Age and Capabilities Appropriate Food:* Food must be appropriate for at-risk detainees' age and capabilities (such as formula and baby food).

*Showers – Juveniles:* Reasonable efforts will be made to provide showers, soap, and a clean towel to juveniles who are approaching 48 hours in detention.

***Showers – Transgender or Intersex Detainees:*** Whenever showers are provided, transgender and intersex detainees will be given the opportunity to shower separately from other detainees.

***Hold Rooms – UAC:*** Hold rooms for UAC must provide the following:
- Toilets and sinks;
- Professional cleaning and sanitizing at least once per day;
- Drinking fountains or clean drinking water along with clean drinking cups;
- Adequate temperature control and ventilation; and
- Clean bedding.

***Access to Medical Care:*** Any physical or mental injury or illness observed by or reported to an officer/agent should be reported to a supervisor and appropriate medical care should be provided or sought.  Emergency services will be called immediately in the event of a medical emergency.  Officers/Agents must notify the shift supervisor of all medical emergencies as soon as possible after contacting emergency services and document the incident in the appropriate electronic system(s) of record.

***Consular and Telephone Access – UAC:*** All UAC must be advised of their right to consular and telephone access in a language or manner the detainee comprehends.

## 5.7 Use of Restraints

***General:*** The use of restraints on at-risk detainees must be in a manner that is safe, secure, humane, and professional.  It is the responsibility of officers/agents to ensure that the need and level of restraints used is consistent with the operational office's policies and procedures.  At no time will restraints be used in a punitive manner or in a manner that causes detainees undue pain.

***Pregnant Detainees and Juveniles:*** Barring exigent circumstances, officers/agents must not use restraints on pregnant detainees or juveniles unless they have demonstrated or threatened violent behavior, have a history of criminal and/or violent activity, or an articulable likelihood of escape exists.  Even in the extraordinary circumstance when restraints are deemed necessary, no detainee known to be pregnant will be restrained in a face-down position, on her back, or in a restraint belt that constricts the area of the pregnancy.  All exceptions must be documented in the appropriate electronic system(s) of record, including the facts and the reasoning behind the decision.

***Post-delivery Recuperation:*** A detainee in post-delivery recuperation must not be restrained absent extraordinary circumstances that render restraints absolutely necessary.

***Active Labor or Delivery:*** Restraints are never permitted on detainees who are in active labor or delivery.