# Defendants' Exhibit 32

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2                       WESTERN DIVISION

 3   JENNY LISETTE FLORES, et al,

 4          Plaintiffs,

 5   vs.                       CASE NO.: CV 85-4544 DMG (AGRx)

 6   LORETTA E. LYNCH, Attorney
     General of the United States,
 7   et al,                    Hon. Dolly M. Gee
                               United States District Judge
 8          Defendants.

 9                          *  *  *

10

11                        CONFIDENTIAL

12   DEPOSITION OF:           R▇▇ M▇ G▇▇▇ E▇▇▇

13   TAKEN AT INSTANCE OF:    The Defendants

14   DATE:                    September 27, 2016

15   PLACE:                   United States Attorney's
                              Office
16                            1001 E. Business Highway 98
                              Panama City, Florida
17
     TIME:                    3:00 P.M., CST
18

19

20

21

22

23

24

25
```

|    |                                                                                                                                                                                                                  |      |
|----|------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|------|
| 1  | **APPEARANCES:**                                                                                                                                                                                                 |      |
| 2  | **FOR THE PLAINTIFF:**                                                                                                                                                                                           |      |
| 3  | Katherine Manning, Esq.<br>Ms. Annette Kirkham                                                                                                                                                                   |      |
| 4  | via telephone conference<br>The Law Foundation of Silicone Valley                                                                                                                                                |      |
| 5  | 152 North Third Street<br>Third Floor                                                                                                                                                                            |      |
| 6  | San Jose, CA  95112                                                                                                                                                                                              |      |
| 7  | **FOR THE DEFENDANTS:**                                                                                                                                                                                          |      |
| 8  | C. Frederick Sheffield, Esq.<br>United States Department of Justice                                                                                                                                              |      |
| 9  | Civil Division<br>Office of Immigration Litigation                                                                                                                                                               |      |
| 10 | **District court Section**<br>P.O. Box 868, Ben Franklin Station                                                                                                                                                 |      |
| 11 | Washington, D.C.  20044                                                                                                                                                                                          |      |
| 12 | **ALSO PRESENT:**                                                                                                                                                                                                |      |
| 13 | Ms. Alicia Madrado, Interpreter                                                                                                                                                                                  |      |
| 14 | - - - - - -                                                                                                                                                                                                      |      |
| 15 | **I N D E X**                                                                                                                                                                                                    |      |
| 16 | **WITNESS**                                                                                                                                                                                                      | **PAGE** |
| 17 | R▊▊ M▊▊ G▊▊▊ E▊▊▊▊                                                                                                                                                                                               |      |
|    | Direct Examination                                                                                                                                                                                               |      |
| 18 |     by Mr. Sheffield                                                                                                                                                                                             | 3    |
|    | Cross Examination                                                                                                                                                                                                |      |
| 19 |     by Ms. Manning                                                                                                                                                                                               | 35   |
| 20 | Certificate of Reporter                                                                                                                                                                                          | 37   |
| 21 | **EXHIBIT INDEX**                                                                                                                                                                                                |      |
| 22 | **NUMBER    DESCRIPTION**                                                                                                                                                                                        | **PAGE** |
| 23 | 1    English version of Declaration                                                                                                                                                                              | 25   |
| 24 | 2    Spanish version of Declaration                                                                                                                                                                              | 26   |
| 25 |                                                                                                                                                                                                                  |      |

```
 1  instance?
 2      A   Okay.  In the morning, I'm sorry, they, I'm sorry,
 3  they took her to a place that it's like a doggy house,
 4  that's how it is translated and they give her an apple, a
 5  burrito, a cookie and a juice.
 6      Q   So what time about was that?
 7      A   7:00 A.M.
 8      Q   Okay.
 9      A   Okay, wait a minute, she's saying that they get
10  out at 2:00 in the morning and got there at 7:00, so, but
11  you know, that's what she's saying.
12      Q   Okay, so let me clarify.  So you, you checked into
13  the facility at, in the evening, right?
14      A   Okay, she's saying the same day that she got
15  there, since there were so many people, she got sick.
16      Q   Okay.  But let's go back a second.  What time of
17  day was it that you arrived at the first facility?
18      A   7:00 P.M. at night.
19      Q   Okay.  And you stayed at that facility until the
20  next morning?
21      A   Si, yes.
22      Q   And where did you go after that first facility?
23      A   The second, the second part was the doggy house
24  and it is the second place that she went.
25      Q   Okay.  About how long did it take to get from the
```

```
 1              COURT REPORTER:  Oh, breast?
 2              MR. SHEFFIELD:  Yeah.
 3              THE INTERPRETER:  I'm sorry.
 4              COURT REPORTER:  Thank you for clarifying.
 5       Q    Were you offered juice or anything to drink?
 6   Again, just to clarify, I'm talking about the first place.
 7       A    No.  Oh, okay, water.  Water.
 8       Q    Okay.
 9       A    Um hm.
10       Q    About how many people were in the room with you at
11   the first place?
12       A    A lot.
13       Q    Can you estimate how many?
14       A    No, she can't.
15       Q    Okay.  You said you had access to drinking water?
16       A    Yes, the ones that, you know, that you push and
17   then you drink, but she say that it taste chlorine.
18       Q    Okay.
19       A    Chlorine, it tasted chlorine.
20            COURT REPORTER:  Chlorine?
21            THE INTERPRETER:  Yes, chlorine.
22       Q    Do you mean it was like a drinking fountain?
23       A    Si, yes, um hm.
24       Q    Okay.  Did you get access to cups or anything like
25   that?
```