# Defendants' Exhibit 33

```
                                                              Page 1

 1              UNITED STATES DISTRICT COURT
           FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

       -------------------------------:
 3     JENNY LISETTE FLORES, et al,    :  NO. Cv 85-4544
                 Plaintiff             :
 4                                     :
                 vs.                   :
 5                                     :
       LORETTA E. LYNCH, Attorney      :
 6     General of the United States,   :
       Et al.                          :
 7               Defendants            :
       -------------------------------:
 8
 9                                      Leesport, Pennsylvania
10
                                        Tuesday, October 4, 2016
11
12     DEPOSITION OF:
13                    C____  S____  B____
14     called as a witness, pursuant to notice, by counsel
15     for Defendants, held at the Berks County Resitential
16     Center, 1040 Berks Road, Leesport, Pennsylvania,
17     before Suzanne, L. E. Toto, RPR, of Capital
18     Reporting Company, a Notary Public in and for the
19     Commonwealth of Pennsylvania, beginning at
20     approximately 1:16 p.m., when were present on behalf
21     of the respective parties:
22
23
24
25
```

C░░░░ S░░░░░ B░░░                                                       October 4, 2016

Page 2

```
 1      A P P E A R A N C E S
 2      ACLU
        BY:  CODY WOFSY, ESQ.
 3      39 Drumm Street
        San Francisco, CA  94111
 4      415-343-0785
        cwofsy@aclu.org
 5           -- AND --
        CAMBRIA & KLINE
 6      BY:  BRIDGET CAMBRIA, ESQ.
        123 North Third Street
 7      Reading, PA  19601
        484-926-2014
 8       -- For C░░░░ S░░░░░ B░░░
 9      (Via Telephone)
        PETER SCHEY, ESQ.
10      256 Occidental Boulevard
        Los Angeles, CA  90057
11      323-251-3223
        pschey@centerforhumanrights.org
12       -- For Flores Class Action
13      ADRIANA C. ZAMBRANO
        Law Student Intern
14
15      US DEPARTMENT OF JUSTICE CIVIL DIVISION
        BY:  KATHLEEN A. CONNOLLY, ESQ.
16      Ben Franklin Station
        Washington, DC  20044
17      202-305-8627
        kathleen.a.connolly@usdoj.gov
18       -- For The Defendant
19
20
21
22
23
24
25
```

Page 4

```
 1              P R O C E E D I N G S
 2          MS. CONNOLLY:  All objections except
 3  for the form of a question and privilege will be
 4  reserved until time of trial.
 5          MR. WOFSY:  That's fine.  Want to make
 6  sure we're on the same page.
 7          VERONICA QUIROZ, was duly sworn to
 8  translate English into Spanish and Spanish into
 9  English in the following deposition:
10          CELINA SORIANO BRAN, having been
11  first duly sworn, was examined and testified through
12  the interpreter as follows:
13          MS. CONNOLLY:  Good morning, ma'am.
14          Hi, Peter.  This is Kate Connolly with
15  DOJ.  How are you?
16          MR. SCHEY:  Okay.  How are you?
17          MS. CONNOLLY:  Good.  So we have just
18  sworn in the interpreter and sworn in the witness,
19  and I'm about to begin.  Are you ready?
20          MR. SCHEY:  I am ready, I guess.  For
21  the record I am joining on behalf of the Flores
22  class.
23                * * *
24                EXAMINATION
25  BY MS. CONNOLLY:
```

Page 3

```
 1              I N D E X
 2              WITNESSES
 3  ALL WITNESSES:                        PAGE:
 4
        C░░░░ S░░░░░ B░░░
 5  Examination by MS. CONNOLLY           4:24
 6
 7
                EXHIBITS
 8
    CSB NO.:    DESCRIPTION:              PAGE:
 9
10  CSB 1       Exhibit 28 -
                Conditionally Filed
11              Under Seal:
                For Identification        27:15
12
13  (Exhibits attached to transcript)
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 5

```
 1  Q.    Good morning, ma'am.  How are you today?
 2  A.    Good.
 3  Q.    My name is Kathleen Connolly, and I
 4  represent the Defendant in this case, Loretta Lynch,
 5  the Attorney General of the United States.  I'm from
 6  the United States Department of Justice and I'm in
 7  the Office of Immigration Litigation.  So we are here
 8  today to take your deposition in the matter of Flores
 9  v. Lynch.
10          MR. SCHEY:  May I -- I'm so sorry,
11  may I interrupt for a moment?  I have participated in
12  these depositions telephonically and I can always
13  hear the speakers.  I'm not sure if you can hear me.
14  When you speak, you just kind of seem garbled.
15          MS. CONNOLLY:  I can try to move
16  the phone a little closer.  But other than that, I'm
17  not very good with technology and I -- after that, I
18  don't really know what else to do.
19          I'm literally standing on top of
20  the phone right now, so I'm not going to do that for
21  the whole record.  Is that better?
22          MR. SCHEY:  Now I can at least hear
23  what you are saying.  If you can put it between you
24  and the interpreter, that way I will be able to hear
25  everything.
```

Page 18

1 ask them if they could lower the -- not the heat, the
2 air conditioning because it was very cold.  And we
3 saw that they pointed, but we don't think that they
4 lower it because we still be cold.
5          MR. WOFSY:  Can I just note for the
6 record, the deponent said air conditioning and the
7 translator was the one who was confused about the
8 wording, whether it was heat or air conditioning.
9          THE INTERPRETER:  Yes, I got
10 confused with heat and air conditioning.
11 BY MS. CONNOLLY:
12 Q.      So you saw the agents with something in
13 their hand that they were pointing towards the air
14 conditioning?
15 A.      Yes.
16 Q.      Now, let's talk about the food situation
17 for a minute.  How was food distributed or given out
18 to you when you were in that cell?
19 A.      There was a patrol agent, and he comes in
20 every three hours.
21 Q.      Okay.  And what happens when he comes?
22          THE INTERPRETER:  I couldn't hear
23 it.
24 A.      So he came.  He ask us to go out of the
25 room.  We went in like a line, and they check us.

Page 19

1 And they were checking us and giving us one
2 mortadella sandwich and one juice.
3 Q.      And you say one, do you mean one for you
4 and one for your son?
5 A.      Yes.
6 Q.      And you said that he came around every
7 three hours or so?
8 A.      Yes, they ask us to go out.
9 Q.      And other than the sandwich you've talked
10 about, did they bring any snacks or juice?
11 A.      No.  They always gave us the same.
12 Q.      So there were never any like any cookies
13 or any snacks given out?
14 A.      Sometimes they gave the kids one cookie
15 and then juice.
16 Q.      This sandwich, did you ever refuse the
17 sandwich?
18 A.      I always took it.
19 Q.      Now, were you ever given any warm food at
20 that first place?
21 A.      No, never.
22 Q.      Now, how often were you and your son
23 given juice?
24 A.      Every three to four hours.
25 Q.      What about the water situation, was there

Page 20

1 water in the room that you were in?
2 A.      Yes.  There were like cubes -- something
3 like that with water, but we all use the same glass.
4 Q.      You had one glass for all of you?
5 A.      There were two to three glasses, but for
6 all of us.
7 Q.      And they didn't have any little like
8 plastic cups or anything?
9 A.      No.  I never saw them.
10 Q.      And these cups, were they glass cups,
11 were they plastic, or do you remember?
12 A.      Plastic.
13 Q.      Now, and that jug of water was right in
14 the room with you there?
15 A.      Yes, it was in the room.
16 Q.      Now, can you talk -- you had mentioned a
17 few moments ago the toilet facilities.
18 A.      Yes.
19 Q.      Where in the room was the toilet?
20 A.      Well, the room, it was in the back part.
21 Q.      So it was kind of in the corner?
22 A.      Yes.
23 Q.      Okay.  And what was around the toilet?
24 A.      Well, the other people, what they did is
25 lay down around there.

Page 21

1 Q.      Okay.  So you're saying there are people
2 laying down by the toilet?
3 A.      Yes.
4 Q.      So -- but next to the toilet there was a
5 wall there, correct?
6 A.      Yes.  There was a wall but a short one.
7 Q.      Okay.  So let's figure out what that
8 means by short.
9 A.      Well, a tall one you don't see anyone.
10 But this one gets to here so that people see us when
11 we went to the bathroom.
12          MS. CONNOLLY:  So for the record,
13 the witness is pointing to her approximately
14 bellybutton area.
15 A.      So that was the height of the wall.
16 Q.      Okay.  So when you were sitting at the
17 toilet, was your torso covered by the wall?
18 A.      A little bit, not that much.
19 Q.      Okay.  So how much of your torso was
20 covered by the wall?
21          MR. SCHEY:  I would object to the
22 question.  It's vague and ambiguous because it would
23 obviously depend if -- you know, whether it is for a
24 four-year-old child who is tall or somebody taller,
25 it would be visible to somebody standing up.  It

Page 34

1  Q.    And what did they feed you?
2  A.    Well, they gave us burritos, applesauce,
3  juice and some candies.
4  Q.    And that was for you and also for your
5  son?
6  A.    Yes.
7  Q.    And did you have anything to sleep on?
8  A.    They were like a mattress, like little
9  tiny mattress.
10 Q.    Little tiny mattress?
11         THE INTERPRETER:  Yes, because
12 (Spanish word spoken) is not a mattress but is a
13 little fluffy.
14 BY MS. CONNOLLY:
15 Q.    And was there water provided to you at
16 this location?
17 A.    Yes.
18 Q.    And toilet facilities as well?
19 A.    Yes, there were -- there was a bathroom.
20 Q.    Now, was your son ever separated from you
21 at this location?
22 A.    No.
23 Q.    And do you remember how many people were
24 in your room with you?
25 A.    More or less, 15.

Page 35

1  Q.    15?
2  A.    15, 20.
3  Q.    And was that mothers and children or were
4  there also others in there?
5  A.    Mother and children.
6  Q.    And how long were you at that second
7  facility?
8  A.    One day.
9  Q.    Do you remember how much you got fed
10 there?
11 A.    Well, they gave us breakfast, lunch, and
12 dinner.
13 Q.    Okay.  Now, how many days -- so after
14 that -- you were at that second facility, where did
15 they bring you?
16 A.    After being there, they took me to the
17 Dilley center.
18 Q.    Dilley, Texas?
19 A.    Yeah, Dilley, yes.
20 Q.    Now, what happened when you got to
21 Dilley?
22 A.    Well, we got to Dilley, after doing all
23 the paperwork we took showers.  After doing the
24 paperwork, they took us to our room.  When we got
25 there, we didn't know what was going to happen with

Page 36

1  us.
2  Q.    Now, when you were at Dilley, you spoke
3  with some immigration folks, is that correct?
4  A.    Yes, it is correct.
5  Q.    And did they give you a list of free
6  legal services?
7         MR. WOFSY:  I'm going --
8  A.    There, no.
9  Q.    They did not at Dilley give you a list of
10 free legal services?
11 A.    That was after when I went to saw a
12 lawyer.
13 Q.    And was that while you were still at
14 Dilley?
15 A.    Yes.
16 Q.    Okay.  And so you were able to go speak
17 with a lawyer while you were at Dilley?
18 A.    Yes.
19 Q.    And now, when you were at Dilley, the
20 walls of the rooms, did you notice the posters on the
21 walls?
22 A.    Yes, there were.
23 Q.    Do you remember what they were?
24         MR. WOFSY:  Objection.  That's not
25 the question.

Page 37

1  BY MS. CONNOLLY:
2  Q.    Do you remember what the posters said?
3         MR. WOFSY:  Objection.  That's
4  not -- the interpretation is where the posters were.
5  The question is what the posters were.
6         THE INTERPRETER:  Where or what?
7  BY MS. CONNOLLY:
8  Q.    There were posters on the wall.  Do you
9  remember what they said?
10        THE INTERPRETER:  Oh, my God.
11 Okay.  I understand where.  I'm sorry.
12 A.    Well, what I remember is the name of any
13 place there was there.
14 Q.    Any place that was there?
15 A.    Well, yes.  For example, where was the
16 visitor room located.
17 Q.    Okay. Do you remember seeing posters for
18 free legal services posted on the wall?
19 A.    No.  That, no.
20 Q.    And you don't remember getting any sort
21 of list of legal services?
22 A.    When I went with the lawyer, he gave me a
23 list.
24 Q.    The lawyer gave you a list?
25 A.    Yes, a lawyer.

10 (Pages 34 - 37)