# Defendants' Exhibit 34

1                UNITED STATES DISTRICT COURT

2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

3

4    JENNY LISETTE FLORES, et al.,  )
                                    )
5                    Plaintiffs,    )
                                    )
6             vs.                   )  Case No. 2:85-CV-04544
                                    )
7    JEH JOHNSON, Secretary,        )
     U.S. DEPARTMENT OF HOMELAND    )
8    SECURITY et al.,               )
                                    )
9                    Defendants.    )
     _____)

10

11

12          DEPOSITION OF F█████ C██████ S████████

13

14

15        TAKEN AT:    300 North Los Angeles Street
                       Los Angeles, CA  90012
16
          DATE/TIME:   Thursday, September 22, 2016
17                     3:53 p.m. - 5:10 p.m.

18        REPORTER:    Sharon A. Golding
                       CSR No. 5934
19
          JOB NO.:     35027
20

21

22

23

24

25

F█████ C██████ S███████, September 22, 2016

## Page 2

| | |
|---|---|
| 1 | APPEARANCES: |
| 2 | For Plaintiffs: |
| 3 | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW<br>BY: PETER A SCHEY, ESQ |
| 4 | 256 South Occidental Boulevard<br>Los Angeles, CA 90057 |
| 5 | (213) 388-8693<br>(Not Present) |
| 6 | For Defendants: |
| 7 | |
| 8 | U S DEPARTMENT OF JUSTICE<br>CIVIL DIVISION<br>OFFICE OF IMMIGRATION LITIGATION |
| 9 | BY: LAUREN FASCETT, ESQ<br>BY: COLIN A KISOR, ESQ |
| 10 | BY: SARAH L VUONG, ESQ<br>P O Box 878 |
| 11 | Ben Franklin Station<br>Washington, DC 20044 |
| 12 | (202) 532-4281 |
| 13 | For the Witness: |
| 14 | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>BY: ELENA GARCIA, ESQ |
| 15 | 2050 Main Street, Suite 1100<br>Irvine, CA 92614-8255 |
| 16 | (949) 567-7738 |
| 17 | Also Present: |
| 18 | Ivonne Marie Padro, Spanish Interpreter<br>Cert No 301749 |
| 19 | R████ S███████ |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

## Page 3

| | |
|---|---|
| 1 | I N D E X |
| 2 | Witness                Examination |
| 3 | F████ C███ S███████ |
| 4 | By Ms Fascett          4, 42<br>By Ms Garcia           39 |
| 5 | |
| 6 | |
| 7 | |
| 8 | E X H I B I T S |
| 9 | Identification              Page |
| 10 | 1 - Declaration             25 |
| 11 | |
| 12 | |
| 13 | |
| 14 | INFORMATION REQUESTED |
| 15 | (None) |
| 16 | |
| 17 | |
| 18 | |
| 19 | QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER |
| 20 | (None) |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

## Page 4

| | | |
|---|---|---|
| 15:04 | 1 | Los Angeles, California; Thursday, September 22, 2016 |
| | 2 | 3:53 p.m. |
| | 3 | * * * |
| | 4 | |
| 15:04 | 5 | (Whereupon, IVONNE MARIE PADRO was duly |
| | 6 | sworn as the English-Spanish interpreter.) |
| | 7 | |
| | 8 | F██████ C████████ S█████████ |
| | 9 | having been first duly sworn, was examined and testified |
| 15:04 | 10 | as follows: |
| | 11 | |
| | 12 | EXAMINATION |
| | 13 | BY MS. FASCETT: |
| | 14 | Q   Good afternoon, ██████ |
| 15:53 | 15 | MS. GARCIA:  I'm sorry. |
| | 16 | We ask that the questioning be limited to an |
| | 17 | hour because he is a minor, and it has been a long day |
| | 18 | for him.  I don't know if you guys agree to that. |
| | 19 | MS. FASCETT:  I'm not going to agree to any |
| 15:53 | 20 | limitation, but let's see how he's doing in an hour, and |
| | 21 | we can certainly discuss it. |
| | 22 | Q   My name is Lauren Fascett.  I'm an attorney |
| | 23 | with the Department of Justice.  I'm going to ask you a |
| | 24 | series of questions that you're under oath to provide a |
| 15:54 | 25 | full and complete answer. |

## Page 5

| | | |
|---|---|---|
| 15:54 | 1 | If you don't understand the question I ask you, |
| | 2 | just let me know, and I will explain or rephrase the |
| | 3 | question. |
| | 4 | Do you speak any English? |
| 15:54 | 5 | A   No. |
| | 6 | Q   Okay.  Next to you is the Spanish interpreter. |
| | 7 | She's translating everything you say, so it's important |
| | 8 | that you let her complete her question before |
| | 9 | responding. |
| 15:54 | 10 | Do you have an attorney? |
| | 11 | A   No. |
| | 12 | Q   Do you know Ms. Garcia sitting next to you? |
| | 13 | A   Yes. |
| | 14 | Q   Who is she? |
| 15:54 | 15 | A   She is an attorney. |
| | 16 | Q   Do you want her here today for you? |
| | 17 | A   Yes. |
| | 18 | Q   Do you know why you're here today? |
| | 19 | A   Yes. |
| 15:55 | 20 | Q   I just want to remind you if you need a short |
| | 21 | break at any time, just let me know, and we'll find a |
| | 22 | good stopping point. |
| | 23 | A   Okay. |
| | 24 | Q   Do you understand everything so far? |
| 15:55 | 25 | A   Yes. |

F          C    S        , September 22, 2016

|  | Page 10 |  | Page 12 |
|---|---|---|---|

**Page 10**

16:01  1  A   No.
2  Q   Can you tell me about the toilet facilities?
3  A   It was a toilet, and it didn't have a seat
4  where you sit down.  It was not very clean, and they
16:02  5  only had a sink.
6  Q   Okay.  So there was a sink in the bathroom?
7  A   Yes.  No paper or anything to wash.
8  Q   Was there any soap?
9  A   No.
16:02  10  Q   Was there any hand sanitizer?
11  A   No.
12  Q   Was there a wall around the toilet area?
13  A   Yes.  There was a wall about this high
14  (indicating).
16:02  15  Q   For the record, you're holding your hand up
16  about three feet, would you say?
17  A   Yes.
18  Q   Okay.  I want to ask you about the food
19  situation.
16:02  20     Were you given food?
21  A   Yes.
22  Q   What did you receive?
23  A   First it was -- they gave us a cookie, and then
24  later on bread with ham.  And for dinner, another
16:03  25  cookie.

**Page 11**

16:03  1  Q   Did they provide any other meals?
2  A   No.
3  Q   Did you eat the food that they gave you?
4  A   Yes.
16:03  5  Q   And were you provided with a jug of water?
6  A   There they had a jug of water, but they only
7  had one cup.
8  Q   Can you explain that more.
9  A   They only had one cup for everyone that was
16:04  10  there, and I only drank water once from that cup.
11  Q   Okay.  What was the cup made of?
12  A   It was, like, paper.
13  Q   Did you ever ask for another cup?
14  A   No.
16:04  15  Q   Were you free to access the water at any time?
16  A   Yes.
17  Q   You said you used the cup to drink water one
18  time; correct?
19  A   Yes.
16:04  20  Q   Is it fair to say you had the opportunity to
21  drink more water if you had wanted?
22  A   Yes.
23  Q   And how was your health during this time?
24  A   The next day I was feeling, like, really bad,
16:05  25  very tired and dizzy.

**Page 12**

16:05  1  Q   You say "the next day."
2     Which day are you referring to?
3  A   That from the first day that we got there, the
4  following day.
16:05  5  Q   And how many days had you been traveling before
6  you were apprehended?
7  A   Like, 15 or 16.
8  Q   Days?
9  A   Days.
16:05  10  Q   Before you were apprehended, when was the last
11  time you had eaten?
12  A   That same night.
13  Q   The night before you were apprehended?
14  A   Yes.
16:06  15  Q   And you say you were apprehended in the
16  morning?
17  A   Yes.
18  Q   Did you have any medical needs arise during
19  this time?
16:06  20     THE INTERPRETER:  During the time that he was
21  apprehended?
22  Q   BY MS. FASCETT:  After you were apprehended,
23  did you have any medical needs that came up?
24  A   Yes, in my skin.
16:06  25  Q   What was wrong with your skin?

**Page 13**

16:06  1  A   All this part and all this area (indicating), I
2  got spots because of the cold.
3  Q   Did you seek medical treatment for that
4  condition?
16:07  5  A   Not at that place.
6  Q   Okay.  I want to clarify.
7     You said you had spots from the cold on your
8  cheeks?
9  A   Yes.
16:07  10  Q   Before you were apprehended, did you have any
11  medical problems?
12  A   No.
13  Q   You said you did not notify anyone at the
14  McAllen border station about your skin.
16:07  15  A   Yes.
16  Q   Yes, you did not tell anyone?
17  A   Not at that place, but yes to the next place
18  that we were detained, the following place.
19  Q   Okay.  When you were taken to the McAllen
16:07  20  border station, was your mother with you?
21  A   No.
22  Q   Do you know where she was?
23  A   No.
24  Q   So the next day on January 23rd, you were
16:08  25  transferred to the Ursula facility; is that correct?

(Taken, September 22, 2016)

## Page 14

| | | | |
|---|---|---|---|
| 16:08 | 1 | A | No. |
| | 2 | Q | Okay. Tell me where you were taken next. |
| | 3 | A | To a place they call it "the dog cages." |
| | 4 | Q | Who is "they"? |
| 16:08 | 5 | A | I don't know. |
| | 6 | Q | Why do they call it "the dog cages"? |
| | 7 | A | It is a very big place, and they have a lot of |
| | 8 | | youth people there in different cells. |
| | 9 | Q | And who did you hear say "the dog cages"? |
| 16:09 | 10 | A | The minors. The same minors that were there. |
| | 11 | Q | So what time did you arrive at that facility? |
| | 12 | A | Like, in the morning. |
| | 13 | Q | Okay. And do you remember how long you were |
| | 14 | | there? |
| 16:09 | 15 | A | No. |
| | 16 | Q | Were you given a meal when you arrived at that |
| | 17 | | facility? |
| | 18 | A | Yes. |
| | 19 | Q | And what were you given? |
| 16:10 | 20 | A | An apple and, like, a taco. Like, a burrito. |
| | 21 | Q | Okay. And were you served another meal later |
| | 22 | | that day? |
| | 23 | A | Yes. |
| | 24 | Q | Can you tell me about what time that was and |
| 16:10 | 25 | | what you received? |

## Page 15

| | | | |
|---|---|---|---|
| 16:10 | 1 | A | Like, at noon they gave us an apple, like, a |
| | 2 | | bag of chips and water. |
| | 3 | Q | Did you receive any food later that afternoon? |
| | 4 | A | Yes. |
| 16:10 | 5 | Q | And what did you receive? |
| | 6 | A | Like, a sandwich and water. |
| | 7 | Q | And were you given more food in the evening? |
| | 8 | A | No. |
| | 9 | Q | Were you given any more food that day? |
| 16:11 | 10 | A | No. |
| | 11 | Q | Not at midnight? |
| | 12 | A | Midnight, yes. |
| | 13 | Q | What did you get at midnight? |
| | 14 | A | Another taco. |
| 16:11 | 15 | Q | So to clarify, did you receive any food at |
| | 16 | | around 8:00 p.m. that evening? |
| | 17 | A | Yes. |
| | 18 | Q | What did you receive then? |
| | 19 | A | Like, bread. Like, a sandwich and water. |
| 16:11 | 20 | | MS. GARCIA: Can we clarify whether that's 8:00 p.m. |
| | 21 | | after that midnight or 8:00 p.m. before that midnight? |
| | 22 | Q | BY MS. FASCETT: So when you arrived at the |
| | 23 | | second facility on the 23rd, were you given food at |
| | 24 | | 8:00 p.m. that evening? |
| 16:12 | 25 | A | I couldn't tell you the time because we were at |

## Page 16

| | | | |
|---|---|---|---|
| 16:12 | 1 | | a place and it was closed, and I was unable to tell the |
| | 2 | | time. |
| | 3 | Q | You just told me that you did get food at |
| | 4 | | midnight; correct? |
| 16:12 | 5 | A | Yes. |
| | 6 | Q | And when you said you got food at 8:00 p.m., |
| | 7 | | did you mean you got food at 8:00 p.m. before midnight |
| | 8 | | that same day? |
| | 9 | A | Yes. |
| 16:13 | 10 | Q | Okay. And did you receive food the next day? |
| | 11 | A | Yes. |
| | 12 | Q | So on the 24th, what time did you receive food, |
| | 13 | | if you know? |
| | 14 | A | I don't know the time, but it was in the |
| 16:13 | 15 | | morning. |
| | 16 | Q | Okay. And were you provided access to water? |
| | 17 | A | Yes. |
| | 18 | Q | What water were you given? Were you given a |
| | 19 | | bottle of water? |
| 16:13 | 20 | A | Bottles. |
| | 21 | Q | Did you have access to as many bottles as you |
| | 22 | | needed? |
| | 23 | A | Yes. |
| | 24 | Q | When you got to this facility, did you seek any |
| 16:13 | 25 | | medical treatment? |

## Page 17

| | | | |
|---|---|---|---|
| 16:14 | 1 | A | No. |
| | 2 | Q | So earlier you said that you did not tell |
| | 3 | | anyone at the border station about the spots on your |
| | 4 | | skin, but that you did tell someone later. |
| 16:14 | 5 | | When and who did you tell? |
| | 6 | A | I told that to one of the persons that were |
| | 7 | | there, but that person only just told me, "Just wash |
| | 8 | | your face." |
| | 9 | Q | So you told someone -- a border patrol agent? |
| 16:14 | 10 | A | To the guards that they were taking care of us |
| | 11 | | at the second location. |
| | 12 | Q | Okay. And were you able to wash your face? |
| | 13 | A | Yes. |
| | 14 | Q | Okay. Was there soap available? |
| 16:15 | 15 | A | No. |
| | 16 | Q | Were there paper towels? |
| | 17 | A | Yes. |
| | 18 | Q | Were you given a toothbrush? |
| | 19 | A | Yes. |
| 16:15 | 20 | Q | And can you describe the setup of the bathroom. |
| | 21 | A | They were, like, portable bathrooms, and they |
| | 22 | | were very clean. |
| | 23 | Q | Was there a wall surrounding these bathrooms? |
| | 24 | A | No. |
| 16:16 | 25 | Q | Was it in a separate room? |

September 22, 2016

| | | Page 18 |
|---|---|---|
| 16:16 | 1 | A Yes. |
| | 2 | Q So there was privacy? |
| | 3 | A Yes. |
| | 4 | Q Did you receive a blanket at the second |
| 16:16 | 5 | facility? |
| | 6 | A Yes. |
| | 7 | Q Did you need it? |
| | 8 | A Yes. |
| | 9 | Q Can you describe the temperature? |
| 16:16 | 10 | A Cold. |
| | 11 | Q Was your mother at this facility with you? |
| | 12 | A Yes. |
| | 13 | Q How did you know she was there? |
| | 14 | A Because they transported us together. |
| 16:16 | 15 | Q And was she in the same area as you? |
| | 16 | A No. |
| | 17 | Q Where was she, if you know? |
| | 18 | A I don't know. |
| | 19 | Q Okay. Can you describe the area that you were |
| 16:17 | 20 | kept in. |
| | 21 | A It was a very spacious area, and they gave us a |
| | 22 | blanket. |
| | 23 | Q Were there mats provided? |
| | 24 | THE INTERPRETER: Let me inquire. |
| 16:17 | 25 | THE WITNESS: Okay. Like a mat, yeah. A mattress. |

| | | Page 19 |
|---|---|---|
| 16:17 | 1 | Q BY MS. FASCETT: Were you able to sleep? |
| | 2 | A Yes. |
| | 3 | Q Were there other people in the cell with you? |
| | 4 | A Yes. |
| 16:17 | 5 | Q And how many? |
| | 6 | A Ten. |
| | 7 | Q And who were they? |
| | 8 | A I don't know. Minors. |
| | 9 | Q About what age? |
| 16:18 | 10 | A Fifteen, sixteen years old. |
| | 11 | Q Were you ever afraid of any of the other |
| | 12 | minors? |
| | 13 | A No. |
| | 14 | Q At the second facility, did you ever feel |
| 16:18 | 15 | unsafe? |
| | 16 | A No. |
| | 17 | Q Were you ever afraid of any of the guards? |
| | 18 | A Yes. |
| | 19 | Q Why? |
| 16:18 | 20 | A Because one time when they took us so we could |
| | 21 | sit down to make a line, one of them scolded me really |
| | 22 | bad. |
| | 23 | Q How did he scold you? |
| | 24 | A He told me that I was an immigrant, for me to |
| 16:19 | 25 | be grateful and appreciate this opportunity that I was |

| | | Page 20 |
|---|---|---|
| 16:19 | 1 | given, and if I didn't like it, I could go back. |
| | 2 | Q Did anyone else speak to you in an unpleasant |
| | 3 | manner? |
| | 4 | A No. |
| 16:19 | 5 | Q Were you ever assaulted during your time in |
| | 6 | either facility? |
| | 7 | A No. |
| | 8 | Q Did you get to see your mother while you were |
| | 9 | in the second facility? |
| 16:19 | 10 | A No. |
| | 11 | Q Did you ask to see your mother while you were |
| | 12 | there? |
| | 13 | A Yes. |
| | 14 | Q What did they tell you? |
| 16:20 | 15 | A That they can't do it. |
| | 16 | Q On the 25th of January, you were transferred to |
| | 17 | the Karnes facility; is that correct? |
| | 18 | A Yes. |
| | 19 | Q Do you remember what time that was? |
| 16:20 | 20 | A No. It was in the morning. |
| | 21 | Q Were you transported with your mother? |
| | 22 | A Yes. |
| | 23 | Q And what happened when you arrived there? |
| | 24 | A They gave us food and clothes. |
| 16:20 | 25 | Q What was the food? |

| | | Page 21 |
|---|---|---|
| 16:20 | 1 | A They gave us chicken, rice and, like, meat. |
| | 2 | Q What type of clothes did they give you? |
| | 3 | A A comfortable shirt and pants. |
| | 4 | Q Were you able to take a shower? |
| 16:21 | 5 | A Yes. |
| | 6 | Q Can you describe your cell at the Karnes |
| | 7 | facility. |
| | 8 | THE INTERPRETER: I'm sorry? |
| | 9 | Q BY MS. FASCETT: Can you describe the area you |
| 16:21 | 10 | were kept in at the Karnes facility. |
| | 11 | A It was a very good area, spacious. It was |
| | 12 | pleasant. |
| | 13 | Q Were there mattresses to sleep on? |
| | 14 | A Yes. |
| 16:21 | 15 | Q And can you describe the toilet facilities. |
| | 16 | A It was at the end of our room. |
| | 17 | Q Okay. Was there privacy? |
| | 18 | A Yes. |
| | 19 | Q Was there a sink? |
| 16:22 | 20 | A Yes. |
| | 21 | Q Was there soap? |
| | 22 | A Yes. |
| | 23 | Q Were there paper towels? |
| | 24 | A Yes. |
| 16:22 | 25 | Q Were you able to brush your teeth? |