# Defendants' Exhibit 35

```
 1                 UNITED STATES DISTRICT COURT

 2        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

 3

 4   JENNY LISETTE FLORES, et al., )
                                   )
 5              Plaintiffs,        )
                                   )
 6         vs.                     )  Case No. 2:85-CV-04544
                                   )
 7   JEH JOHNSON, Secretary,       )
     U.S. DEPARTMENT OF HOMELAND   )
 8   SECURITY et al.,              )
                                   )
 9              Defendants.        )
     _____)
10

11

12            DEPOSITION OF L█████ L███-Z█████

13

14

15       TAKEN AT:   300 North Los Angeles Street
                     Los Angeles, CA  90012
16
         DATE/TIME:  Thursday, September 22, 2016
17                   1:16.m. - 3:01 p.m.

18       REPORTER:   Sharon A. Golding
                     CSR No. 5934
19
         JOB NO.:    35027
20

21

22

23

24

25
```

**Page 2**

APPEARANCES:

For Plaintiffs:

    CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
    BY: PETER A. SCHEY, ESQ.
    256 South Occidental Boulevard
    Los Angeles, CA 90057
    (213) 388-8693
    (Not Present)

For Defendants:

    U.S. DEPARTMENT OF JUSTICE
    CIVIL DIVISION
    OFFICE OF IMMIGRATION LITIGATION
    BY: LAUREN FASCETT, ESQ.
    BY: COLIN A. KISOR, ESQ.
    BY: SARAH L. VUONG, ESQ.
    P.O. Box 878
    Ben Franklin Station
    Washington, DC 20044
    (202) 532-4281

For the Witness:

    ORRICK, HERRINGTON & SUTCLIFFE LLP
    BY: ELENA GARCIA, ESQ.
    2050 Main Street, Suite 1100
    Irvine, CA 92614-8255
    (949) 567-7738

Also Present:

    Ivonne Marie Padro, Spanish Interpreter
    Cert. No. 301749

**Page 3**

INDEX

| Witness | Examination |
|---|---|
| L████ L███-Z████ | |
| By Ms. Fascett | 5 |
| By Ms. Garcia | 39 |

EXHIBITS

| Identification | Page |
|---|---|
| 1 - Declaration | 23 |

INFORMATION REQUESTED

(None)

QUESTIONS WITNESS INSTRUCTED NOT TO ANSWER

| Page | Line |
|---|---|
| 27 | 1 |
| 28 | 11 |
| 28 | 16 |

**Page 4**

12:40    Los Angeles, California; Thursday, September 22, 2016

    1:16 p.m.

    * * *

12:40    (Whereupon, IVONNE MARIE PADRO was duly sworn as the English-Spanish interpreter.)

    L██████ L████-Z█████

having been first duly sworn, was examined and testified

12:40    as follows:

    THE INTERPRETER: Ivonne Padro, certification number 301749.

    MS. FASCETT: So this marks the beginning of the

13:16    deposition of L████ L███-Z████ in the case of Flores versus United States Attorney General.

    And you have the case number?

    THE REPORTER: Yes.

    MS. FASCETT: Today's date is September 22nd, and

13:17    we're on the record at about 1:20 p.m.

    Today's deposition is being taken on behalf of the defendant, the Attorney General, at the U.S. Attorney's Office, 300 North Los Angeles Street, Suite 7516, Los Angeles, California.

13:17    Would the court reporter please swear in the

**Page 5**

13:17    witness.

    You've done that. Okay.

    EXAMINATION

12:51    BY MS. FASCETT:

    Q My name is Lauren Fascett. I'm an attorney with the Department of Justice, and I'm here with my colleagues Colin Kisor and Sarah Vuong.

    I will be asking you, L█████, a series of

13:17    questions to which you're under oath to provide full and complete answers.

    If you don't understand any question that I ask you, please let me know before you respond, and I will explain or rephrase the question.

13:18    Do you speak any English?

    A No. Only Spanish.

    Q Next to you is a Spanish interpreter. She's translating everything that you say, so it's important that you let her complete her questions before

13:18    responding.

    A Okay.

    Q Do you know why you're here today?

    A Yes.

    Q And why is that?

13:18    A The reason I'm here is that six months ago, I

L         L       Z         September 22, 2016

|  |  | Page 10 |
|---|---|---|
| 13:26 | 1 | with a wall. |
|  | 2 | How high was the wall? |
|  | 3 | A   Like this.  Like this (indicating).  You will |
|  | 4 | sit down, and this part was open (indicating). |
| 13:26 | 5 | Q   So you're holding your hand up about four feet. |
|  | 6 | A   It was low.  It wasn't high. |
|  | 7 | MS. GARCIA:  Yeah.  I would say three to four feet. |
|  | 8 | THE WITNESS:  Yes. |
|  | 9 | Q   BY MS. FASCETT:  And there was a sink in the |
| 13:27 | 10 | bathroom? |
|  | 11 | A   You will drink water from that same sink. |
|  | 12 | Q   Was it a water fountain? |
|  | 13 | A   (Witness nods head.) |
|  | 14 | Q   Was that your only source of water? |
| 13:27 | 15 | A   Yes. |
|  | 16 | Q   Did they give you a jug or bottle of water? |
|  | 17 | A   No, of course not.  Just some strawberry juice |
|  | 18 | and said they will give those to you and they will give |
|  | 19 | you a sandwich. |
| 13:27 | 20 | Q   Let's talk about food. |
|  | 21 | What did they give you for food? |
|  | 22 | A   Two slices of bread with a slice of mortadella, |
|  | 23 | strawberry juice, and to my daughter, a cracker. |
|  | 24 | Q   Do you remember when you first received food? |
| 13:28 | 25 | A   The first one is when I arrived, and the second |

|  |  | Page 11 |
|---|---|---|
| 13:28 | 1 | one, it was around 6:00 o'clock.  That's my estimate |
|  | 2 | because they didn't have a clock, and I didn't know what |
|  | 3 | time it was. |
|  | 4 | Q   And did they give you -- |
| 13:28 | 5 | MS. GARCIA:  I'm sorry.  She also talked about the |
|  | 6 | windows.  She maybe missed it. |
|  | 7 | THE INTERPRETER:  She didn't say anything about a |
|  | 8 | window. |
|  | 9 | THE WITNESS:  Everything is enclosed.  No windows. |
| 13:29 | 10 | Q   BY MS. FASCETT:  Did you receive any other food |
|  | 11 | later that evening? |
|  | 12 | A   Another sandwich. |
|  | 13 | Q   Do you know what time that was? |
|  | 14 | A   I would not be able to tell you the time |
| 13:29 | 15 | because you didn't have a clock.  Everything was |
|  | 16 | enclosed, and you don't even know if it's daylight or |
|  | 17 | nighttime. |
|  | 18 | Q   And did you spend the night at that location? |
|  | 19 | A   Yes. |
| 13:29 | 20 | Q   Did you get food the next morning? |
|  | 21 | A   It was not until I arrived to Ursula where they |
|  | 22 | call it, like, "the dog cage."  I think it was very |
|  | 23 | early in the morning, and she was telling me that she |
|  | 24 | was very hungry, my daughter. |
| 13:29 | 25 | Q   Okay.  I'm going to ask you another question |

|  |  | Page 12 |
|---|---|---|
| 13:29 | 1 | about your daughter.  I'm sorry. |
|  | 2 | Where was the rash? |
|  | 3 | A   Her entire body. |
|  | 4 | Q   And was she on -- |
| 13:30 | 5 | A   It will show. |
|  | 6 | Q   Was she on any medication or treatment before |
|  | 7 | you came for the rash? |
|  | 8 | A   I will only give her Tylenol.  On our journey, |
|  | 9 | I will only give her Tylenol because she became not very |
| 13:30 | 10 | good because she had fever.  She got headaches.  She was |
|  | 11 | sick, and because of the temperature, she was weak.  And |
|  | 12 | it was that night that immigration got us. |
|  | 13 | Q   Okay.  So she had the rash on her body before |
|  | 14 | you arrived, and you had given her Tylenol. |
| 13:31 | 15 | A   Yes. |
|  | 16 | Q   And then -- |
|  | 17 | A   When I arrived, they threw everything away. |
|  | 18 | Everything that was medicine, they threw it away. |
|  | 19 | Everything. |
| 13:31 | 20 | Q   Okay.  And you said that you received food at |
|  | 21 | the first station. |
|  | 22 | Did your daughter also receive meals? |
|  | 23 | A   They only gave her a cookie.  They will only |
|  | 24 | give the babies a cookie and juice. |
| 13:31 | 25 | Q   Did you get any milk? |

|  |  | Page 13 |
|---|---|---|
| 13:31 | 1 | A   No. |
|  | 2 | Q   Do you remember how many times she got juice |
|  | 3 | and cookies? |
|  | 4 | A   Twice. |
| 13:32 | 5 | Q   And you said that there was a water fountain in |
|  | 6 | the bathroom. |
|  | 7 | Was there any other water source in the room? |
|  | 8 | A   No, only that one.  That one and for the boys |
|  | 9 | where the kids were. |
| 13:32 | 10 | Q   Was your daughter with you in the same area the |
|  | 11 | whole time? |
|  | 12 | A   Oh, yes, of course.  I would have never allowed |
|  | 13 | for her to be somewhere else. |
|  | 14 | Q   And you said that you did receive a blanket of |
| 13:32 | 15 | some sort? |
|  | 16 | A   It was like aluminum. |
|  | 17 | Q   If you had to guess the temperature, what do |
|  | 18 | you think it was? |
|  | 19 | MS. GARCIA:  Objection.  Calls for speculation. |
| 13:33 | 20 | THE WITNESS:  The temperature of my blanket or if it |
|  | 21 | will cover me from the cold weather?  They were not very |
|  | 22 | large.  It would not cover me completely. |
|  | 23 | Q   BY MS. FASCETT:  Okay. |
|  | 24 | A   And at the beginning, yes, it will warm me up. |
| 13:33 | 25 | But throughout the time, the temperature kept going |

Page 14

```
13:33    1  lower and lower and lower to the point that my daughter
         2  became bluish because of the cold weather.
         3      Q   And when you noticed your daughter was turning
         4  bluish, as you said, did you ask for medical treatment
13:34    5  at that point?
         6      A   No one.  We were just basically ignored all the
         7  time.  They would just open -- they would just open the
         8  door, call the person, give us whatever they were going
         9  to give us or call the person for us to go out and give
13:34   10  a statement.
        11      Q   So you weren't able to report her turning blue
        12  to any medical staff.
        13      A   No, I wasn't able.  The only thing that I was
        14  able to do as a mother at that time, it was just protect
13:35   15  her, cover her with my shirt and put her legs in between
        16  my legs.  And that was the only thing I was able to do.
        17      Q   And then the next morning you were moved to
        18  another facility; is that correct?
        19      A   Yes.  They made changes, like, around 9:50 to
13:35   20  that other place, Ursula.  That was the dog cages.
        21      Q   Why do you call it "the dog cages"?
        22      A   That's how they call it.  It is a better place
        23  than the ice box.  But that was the only time that my
        24  daughter was able to eat, like, a meal -- a hot meal.
13:35   25      Q   You said they call it "the dog cages."
```

Page 15

```
13:35    1          Who is "they"?
         2      A   We, the immigrants.  It's, like, a place --
         3  it's, like, a place with a lot of wires.  In my place,
         4  we call it, like, cyclone fence.  And then at the
13:36    5  bottom, the mattresses are there.
         6      Q   And when you arrived there, were you given
         7  food?
         8      A   Yes.
         9      Q   Do you remember what it was?
13:36   10      A   They gave me a burrito, an apple and hot
        11  Cheetos, water and juice for my daughter.
        12      Q   How did they give you the water?  Was it in a
        13  jug?
        14      A   Bottles.
13:37   15      Q   And were you seen by medical staff when you
        16  arrived?
        17      A   They only check if I had some lice.
        18      Q   What about your daughter?
        19      A   No.  They only check her head, but --
13:37   20      Q   Did you mention the rash?
        21      A   Yes, but no.  In reality, they were able to
        22  check my daughter's rash when we arrived to Dilley,
        23  Texas.  And when she arrived there to that place, it was
        24  almost gone.  It wasn't that flared up.  And when we
13:38   25  arrived to Dilley, Texas is when we have the opportunity
```

Page 16

```
13:38    1  to take a shower because we spent two days without
         2  taking a shower.  Without taking a shower.
         3      Q   So the rash cleared up mostly by the time you
         4  went to Dilley?
13:38    5      A   A little.  It wasn't that flared up like when
         6  we were in the cold weather.
         7      Q   When you say the rancho in Dilley, Texas, what
         8  was that?  Another government facility?
         9      A   No.  When I got to the places when I was
13:39   10  fighting that fear to go back to my country.
        11      Q   But what was the place?
        12      A   It's, like, a pretty big -- it's a big ranch.
        13  It's big.  It's pretty.  They have food.  They have
        14  doctors.
13:39   15      Q   Okay.  Let's go back to when you're at Ursula.
        16          You arrived there in the morning on
        17  February 1st; correct?
        18      A   Yes.
        19      Q   And do you know how long you were there?
13:39   20      A   Six hours.  At 4:00 o'clock, they took us out
        21  in a bus.
        22      Q   Was your daughter with you the whole time?
        23      A   Of course.
        24          MS. GARCIA:  I'd just like to take the opportunity
13:40   25  to object to the line of questioning because none of it
```

Page 17

```
13:40    1  has to do with any material disputed facts.
         2          THE WITNESS:  Yeah, because my experience, the worst
         3  one was when I was at the ice box.  That's where they
         4  will treat us really bad.
13:40    5      Q   BY MS. FASCETT:  I understand.
         6          Can you describe the condition of the cell you
         7  were kept in at Ursula.
         8      A   They had mattresses there.  I was able to sleep
         9  and rest for a little bit.  Not that much because there
13:41   10  were all kinds of people.  There were lots of people
        11  there.
        12          MS. GARCIA:  I'm sorry.  She did not say that she
        13  could sleep.
        14          THE INTERPRETER:  She said she could --
13:41   15          THE WITNESS:  I spent almost two nights without
        16  sleeping.  I was able to lean and rest.  The place was
        17  really cold, and I was able to sit in a corner there.
        18  And there were a lot of benches -- concrete benches.
        19  And there were a lot of women there that were pregnant
13:42   20  too.  Lots of kids.
        21      Q   BY MS. FASCETT:  Are you talking about the
        22  first location or the second location?
        23      A   The ice box, the first one.  My ugliest
        24  experience was there.  It was -- in my entire journey,
13:42   25  that was my most horrible experience that I had.
```

|  |  | Page 18 |
|---|---|---|
| 13:42 | 1 | Q   I understand that. |
|  | 2 |     I want to talk about the second location for a |
|  | 3 | minute; okay? |
|  | 4 |     Can you describe the conditions at the second |
| 13:42 | 5 | location. |
|  | 6 | A   They're better than the first one. |
|  | 7 | Q   How was it better? |
|  | 8 | THE INTERPRETER: I need to inquire. |
|  | 9 | THE WITNESS: They had mattress that you were able |
| 13:43 | 10 | to sit down, rest, and they will give you another |
|  | 11 | blanket like the other kind, the aluminum other one. |
|  | 12 | And I said it was better because of the food. |
|  | 13 | Q   BY MS. FASCETT: Did you sleep at all at the |
|  | 14 | second location? |
| 13:43 | 15 | A   No. My daughter was able to sleep. Not me. |
|  | 16 | Because we were all mixed up there. And I was just |
|  | 17 | protecting my daughter because you never know the type |
|  | 18 | of people who's there. |
|  | 19 | Q   Who else was in the cell with you? |
| 13:44 | 20 | A   Like, ten other women with children. |
|  | 21 | Q   Were there any toys? |
|  | 22 | A   No. |
|  | 23 | Q   Was there access to water? |
|  | 24 | A   Yes. |
| 13:44 | 25 | Q   And how could you drink water? |

|  |  | Page 19 |
|---|---|---|
| 13:44 | 1 | A   Bottles. They will give us bottles. |
|  | 2 | Q   So you had water available? |
|  | 3 | A   We will ask for them. |
|  | 4 | Q   And when you asked, they would give you water? |
| 13:44 | 5 | A   We'll wait for ten minutes, but they will bring |
|  | 6 | them to us. |
|  | 7 | Q   Can you tell me about the toilet facilities. |
|  | 8 | A   Well, I would not be able to tell you anything |
|  | 9 | about the bathrooms because I wasn't able to use them |
| 13:44 | 10 | while I was there. They didn't even give me the |
|  | 11 | opportunity to take a shower. Only the minors that they |
|  | 12 | were from 14 years old to 18 years old, they were able |
|  | 13 | to take a shower and watch TV. |
|  | 14 | Q   Okay. When you said you weren't able to use |
| 13:45 | 15 | the bathroom, are you saying you weren't allowed to go |
|  | 16 | to the bathroom or you didn't have to go to the |
|  | 17 | bathroom? |
|  | 18 | A   I didn't have the urge of going to the |
|  | 19 | restroom. They were portable restrooms. |
| 13:45 | 20 | Q   Was there a sink? |
|  | 21 | A   Yes, right there. |
|  | 22 | Q   Do you know if there was soap? |
|  | 23 | A   I have no idea. I didn't use them. |
|  | 24 | Q   You said that you received a burrito, an apple, |
| 13:46 | 25 | hot Cheetos. When you arrived, you were fed. |

|  |  | Page 20 |
|---|---|---|
| 13:46 | 1 |     Did you receive food again later that day? |
|  | 2 | A   Yes. |
|  | 3 | MS. GARCIA: Objection. |
|  | 4 |     Where did you get the Cheetos? |
| 13:46 | 5 | MS. FASCETT: She testified to it. |
|  | 6 | THE WITNESS: Like potato chips. Cheetos. Hot |
|  | 7 | Cheetos. Like we call it in our country. |
|  | 8 | Q   BY MS. FASCETT: Like a snack bag. |
|  | 9 | A   It's a small snack. |
| 13:47 | 10 | Q   Were there snacks available in the room? |
|  | 11 | A   Only they will give that to us when they will |
|  | 12 | give us the meal. |
|  | 13 | Q   Did they give you lunch that day? |
|  | 14 | A   They only gave it to me twice. It was at |
| 13:47 | 15 | 11:00, at 4:00 o'clock p.m. before we left, and they |
|  | 16 | gave us in the bus too. |
|  | 17 | Q   So you ate on the bus there. You ate once you |
|  | 18 | arrived at some point, and then again later that |
|  | 19 | afternoon? |
| 13:47 | 20 | THE INTERPRETER: Okay. I have to inquire about |
|  | 21 | that because I thought she said at 11:00, at 4:00 and |
|  | 22 | when they left in the bus. |
|  | 23 | THE WITNESS: At 11:00, at 4:00 and at 7:00, but the |
|  | 24 | meal that was given at 7:00, it was in the bus. |
| 13:48 | 25 | Q   BY MS. FASCETT: Where was that bus going? |

|  |  | Page 21 |
|---|---|---|
| 13:48 | 1 | A   Rancho Dilley, Texas. |
|  | 2 | Q   Did you have any medical problems while you |
|  | 3 | were there? |
|  | 4 | A   Where, in Texas? |
| 13:48 | 5 | Q   At Ursula. |
|  | 6 | A   No. They wouldn't check us out. They didn't |
|  | 7 | treat us -- they don't pay attention to us. I don't |
|  | 8 | know how to explain it. It's a weird thing. |
|  | 9 | Q   Were you personally experiencing any medical |
| 13:48 | 10 | issues? |
|  | 11 | A   No. I was just tired. My daughter, yes. |
|  | 12 | Q   I want to turn your attention to when an |
|  | 13 | attorney came to talk to you at the Ursula facility. |
|  | 14 |     Do you remember someone coming to talk to you? |
| 13:49 | 15 | A   Yes. Three ladies and a guy. The guards |
|  | 16 | called us, and we were told that they wanted to talk to |
|  | 17 | us regarding how we were treated there, if they gave us |
|  | 18 | the opportunity -- they asked us if we had the |
|  | 19 | opportunity to talk to an attorney, that we were |
| 13:50 | 20 | entitled to have one call to an attorney. And, |
|  | 21 | obviously, we didn't. We didn't have the opportunity to |
|  | 22 | that. |
|  | 23 | Q   Did the attorney explain the Flores case to you |
|  | 24 | at all? |
| 13:50 | 25 | A   No. |

Page 38

```
14:44    1      Q   And who is "they"?
         2      A   The attorneys.
         3      MS. GARCIA:  Center for Human Rights.
         4      THE WITNESS:  They told me that I had an
14:44    5   appointment, and then they send it to an e-mail.
         6      Q   BY MS. FASCETT:  Okay.
         7      A   And that address, it was a friend of mine that
         8   gave me a place to stay for three weeks.
         9      Q   And you were pointing to which address, the
14:44   10   1043 West 43rd Street?
        11      A   That's the address that I used for them, but if
        12   you send something else right now, please send it to the
        13   2814.
        14      Q   And can you confirm your cell phone number.
14:45   15      A   (562) 326-8121.
        16      Q   Do you have another attorney handling your
        17   immigration proceedings?
        18      A   No, not now.  But at the first court hearing I
        19   have, I will take him.
14:45   20      Q   You will take who?
        21      A   Immigration attorney, but I'm looking.
        22      Q   You don't have one right now.
        23      A   No, because I'm just settling down with my
        24   daughter.
14:46   25      MS. FASCETT:  Okay.  I'm done for now.
```

Page 39

```
14:46    1          Do you have anything?
         2      MS. GARCIA:  Yeah.  A couple.
         3
         4                    EXAMINATION
14:46    5      MS. GARCIA:  Going back to some of the earlier
         6   questions, in the first facility where she was held, she
         7   said that they gave her daughter a cookie and juice.
         8          Was she still hungry after she had that?
         9      THE WITNESS:  Yes, of course.
14:46   10      MS. GARCIA:  And how does she know that she was
        11   still hungry?
        12      THE WITNESS:  Because she told me, "Mommy, I'm still
        13   hungry.  I want an egg.  I want an egg."  That's what
        14   she told me and, like, teary.
14:47   15      MS. GARCIA:  Did she observe the other kids were
        16   hungry as well or did they get enough to eat?
        17      THE WITNESS:  Yes, they were crying with hunger.  As
        18   a matter of fact, there was a lady there that she was
        19   pregnant.  She was very hungry.
14:47   20      MS. VUONG:  When you say "she," do you mean the
        21   daughter?
        22      MS. GARCIA:  Yes, the daughter.
        23          Oh, you're asking me?
        24      MS. VUONG:  Yes.
14:47   25      MS. GARCIA:  So my question was her daughter getting
```

Page 40

```
14:47    1   the food.  I'm sorry.
         2      THE WITNESS:  Because she told me that she was still
         3   hungry and that she wanted an egg.  And I remember that
         4   very well.
14:48    5      MS. VUONG:  The follow-up was, did she observe other
         6   people who were hungry.  That's what I was asking.
         7      MS. GARCIA:  Did she, Ms. Lopez herself, observe
         8   other kids that were hungry as well?
         9      THE WITNESS:  Yes.  I mean, a cookie and a juice.
14:48   10   And imagine for us, you get a couple of bites of that
        11   sandwich, and that's not enough.
        12      MS. GARCIA:  She also mentioned that her daughter
        13   had trouble sleeping because it was so cold.
        14          Can she clarify whether her daughter was able
14:49   15   to sleep at all throughout the night?
        16      THE WITNESS:  Yes, of course.  Besides the
        17   temperature, there were other kids that they were crying
        18   too because of the temperature.
        19      MS. GARCIA:  Ms. Lopez --
14:49   20      MS. FASCETT:  Could we go off the record a second.
        21         (Discussion held off the record.)
        22      Q   BY MS. GARCIA:  I'm going to direct the
        23   questions at you.
        24      THE INTERPRETER:  Just go ahead, and I'll interpret.
14:50   25      Q   BY MS. GARCIA:  You also mentioned that you got
```

Page 41

```
14:50    1   an aluminum blanket in the first facility.
         2      A   The first one and the second one.
         3      MS. GARCIA:  Was that enough to keep her and her
         4   daughter warm?
14:50    5      THE WITNESS:  At the beginning, yes, but with time,
         6   it got colder.  It was because, I think, after hours
         7   went by, they keep lowering that temperature.
         8      Q   BY MS. GARCIA:  You also mentioned that in the
         9   first location, you were able to sit.
14:51   10          Were you able to sit on a bench or another
        11   place?
        12      A   No, no.  I told you that I sat down in a
        13   corner; that there wasn't any space, place to sit down.
        14   There were lots of women that they were pregnant and
14:51   15   kids.
        16      Q   Did you have space on the floor to lie down?
        17      A   By -- in moments, yes, I could lay down, but
        18   there wasn't that much time that I can to lay down
        19   because there were other kids that they were spilling
14:52   20   their drink too.  And let's just say in those 24 hours
        21   that I was there detained, they only cleaned twice.
        22      MS. GARCIA:  Now, my next and last couple of
        23   questions have to do with the declaration that she gave
        24   to the attorneys for human rights.
14:52   25      Q   Okay.  Did you feel any pressure to sit down
```