# Defendants' Exhibit 36

```
        IN THE UNITED STATES DISTRICT COURT
      FOR THE CENTRAL DISTRICT OF CALIFORNIA
                 WESTERN DIVISION


JENNY LISETTE FLORES, et al.,

        Plaintiffs,
                                CASE NO.:
    v.                          CV 85-4544 DMG (AGRx)

LORETTA E. LYNCH, Attorney
General of the United States,
et al.,

        Defendants.
```

      Interpreted deposition of S▮▮ E▮▮▮▮▮ S▮▮▮-L▮▮▮, taken on behalf of the Defendants, pursuant to notice and agreement of counsel, with all formalities waived, before Linda McGee, Certified Court Reporter, at 75 Ted Turner Drive, SW, Sixth Floor, Atlanta, Georgia, on the 23rd day of September, 2016, commencing at the hour of 11:15 a.m.

```
 1   APPEARANCES OF COUNSEL:

 2   For the Defendants:
         C. FREDERICK SHEFFIELD
 3       Trial Attorney
         United States Department of Justice
 4       450 Fifth Street
         Washington, DC 20530-0001
 5       202.532.4737
         202.307.8781  Fax
 6       carlton.f.sheffield@usdoj.gov

 7   For the Deponent:
         KERRY E. McGRATH
 8       Attorney at Law
         The Law Office of Kerry E. McGrath, LLC
 9       Suite 760
         1100 Spring Street, NW
10       Atlanta, Georgia 30309
         404.377.6600
11       kerry@kerrylaw.com

12
     Also Present:  Alba Males, Interpreter
13                  Andrea Bono

14                     - - -

15

16

17

18

19

20

21

22

23

24

25
```

```
 1            I N D E X   O F   E X A M I N A T I O N S

 2     WITNESS:
       S██ E████████   S███-L████
 3
       Cross-Examination By Mr. Sheffield                    4
 4
       Direct Examination By Ms. McGrath                    33
 5

 6                              - - -

 7            I N D E X   O F   E X H I B I T S

 8      S███-L████
       Depo Exhibits    Description                        Page
 9
       Exhibit A        Declaration of S██ E████████        27
10                      S███-L████

11     Exhibit B        Document in Foreign Language        28

12                              - - -

13            (Original exhibits were attached to the

14        original transcript.)

15

16

17

18

19

20

21

22

23

24

25
```

```
 1        Q    So it was always there?
 2        A    The thermos, yes.  Yes.
 3        Q    And how did you -- did you have cups to
 4   drink with?
 5        A    Yes.
 6        Q    What kind of cups?
 7        A    The ones with the point.
 8        Q    Paper cups?
 9        A    Yes, uh-huh, paper cups.
10        Q    So was the water in one of those clear
11   plastic containers?
12        A    No.
13        Q    Okay.  What was the water kept in?
14        A    In a thermos.
15        Q    Okay.  Like how big?
16        A    Like so (indicating).
17        Q    For the record, I guess --
18        A    From here to here (indicating).
19        Q    Okay.  For the record, I guess that would
20   be 3 feet.
21             MS. McGRATH:  (Nodding head up and down.)
22             THE INTERPRETER:  (Translating)  Not so
23        big.
24   BY MR. SHEFFIELD:
25        Q    2 feet?
```

```
 1        Q    And how long did you stay at this place?
 2        A    The same, I think.  Two days.  Yes, two
 3   days.  Two nights.
 4        Q    And so you mentioned that you were given
 5   sandwiches and fruits for the kids.  Any other foods
 6   that was offered?
 7        A    No.  No, only sandwiches.  The same.
 8        Q    Okay.  Any hot food?
 9        A    No.
10        Q    And was the food -- the distribution system
11   for the food the same as well?
12        A    Yes.  They come to give it out.
13        Q    Okay.  Did they come more often?  Was the
14   food offered more frequently?
15        A    There, they gave it to us three times a
16   day.
17        Q    Okay.  Was there any -- were there any
18   issues with the drinking water at that facility?
19        A    There was none to brush our teeth or to
20   bathe, just what they would give us to drink.
21        Q    Okay.  Was the water, did it also -- you
22   mentioned that it tasted like chlorine at the first
23   place.  Was that the case at the second place as
24   well?
25        A    The same at the second place, but there we
```