# Defendants' Exhibit 37


September 16, 2016

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES;      §
ET AL.,                    §
    Plaintiffs,           §
                           §
v.                         § Case No. CV 85-4544
                           §
LORETTA E. LYNCH,          §
ATTORNEY GENERAL OF THE    §
UNITED STATES; ET AL.,     §
    Defendants.           §

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

INTERPRETED DEPOSITION

VOLUME I OF I
9/16/16

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

    INTERPRETED DEPOSITION OF M█████ G████████-M█████ produced as a witness at the instance of the U.S. Department of Justice and duly sworn, was taken in the above-styled and numbered cause on the 16th day of September, 2016, from 9:19 a.m. to 11:38 a.m., before Cynthia Schmitt, Certified Shorthand Reporter in and for the State of Texas, reported by computerized stenotype machine at the United States Attorney's Office, 1000 Louisiana, 23rd Floor, Conference Room 2303, Houston, TX 77002, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record or attached hereto.


```
                                    Page 2
 1            APPEARANCES
 2
 3    MS. KATHLEEN CONNOLLY
      U.S. DEPARTMENT OF JUSTICE
 4    OFFICE OF IMMIGRATION LITIGATION
      DISTRICT COURT SECTION
 5    CIVIL DIVISION
      450 5TH STREET, N.W.
 6    WASHINGTON, DC  2001
      Telephone: (202) 305-4193
 7    E-mail: kconnoll@CIV.USDOJ.GOV
 8
 9    ALSO PRESENT:
10    MS. LINDA HERNANDEZ, INTERPRETER
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                                    Page 3
 1         G       M                 PAGE
 2
 3    Examination by Ms. Connolly ........4
      Signature Page ..................45
 4
 5         EXHIBIT INDEX
 6    EXHIBIT                         PAGE
 7    1     Exhibit 25 Conditionally Filed   4
            Under Seal - Declaration
 8
      2     E-mail to Connolly from     6
 9          Martinez Dated 9/16/16
10    3     Exhibit R - Subject Activity  27
            Log
11
```

```
                                    Page 4
 1         M    G        M
 2    having been first duly sworn, testified as follows:
 3              EXAMINATION
 4       Q   (BY MS. CONNOLLY) Good morning, ma'am.  My
 5    name is Kathleen Connolly.  I'm an attorney with the
 6    U.S. States Government.  I'm here to take your
 7    deposition today in a case called Flores versus
 8    Lynch, Case Number 85-CV-4544.  And this case is out
 9    of the Central District of California.
10           Now, back in January of this year
11    2016, you were in a facility in Texas; is that
12    correct?
13       A.  Yes.
14       Q.  And while you were there, you gave a
15    declaration that you signed your name to.  Do you
16    recall that?
17       A.  Yes.
18       Q.  And today at the deposition we will be
19    focusing solely on -- primarily on that information.
20       A.  Okay.
21           (Exhibit 1 marked)
22       Q   (BY MS. CONNOLLY) And for the record, we
23    will introduce that exhibit.  And this has been
24    marked for today as Government's Exhibit 1.  And what
25    this is, is this is the declaration -- your
```

```
                                    Page 5
 1    declaration, the declaration of M    M
 2    G      -M    Okay?
 3         s.
 4       Q.   We'll get to that in a moment.  Now, as I
 5    said, I represent the government in this case.  And
 6    the attorney in the Flores matter is Mr. Peter Schey.
 7    And he's with the Center for Human Rights and
 8    Constitutional Law.  Mr. Schey is not here today; is
 9    that correct?
10       A.   No.
11       Q.   We provided notice to Mr. Schey on
12    September 13, 2016 at 10:27 a m. eastern standard
13    time.  And this notice consisted of a deposition
14    notice, a copy of the subpoena for Ms. M    and a
15    cover letter to that subpoena describing pertinent
16    information about where to attend the deposition.
17            For the record, counsel for the
18    government received an e-mail from Mr. Schey at 4:11
19    a m. this morning -- and today is September 16th.
20    And that's 4:11 eastern standard time -- indicating
21    that he objected to the taking of this deposition
22    because he wanted contact information for the
23    deponent and counsel of record.
24            THE INTERPRETER:  He wanted contact
25    information?
```

Page 18

1    And when the children cried, they would turn the
2    temperature down even further.
3        A.   Yes.
4        Q.   And is it your testimony today that that is
5    accurate?
6        A.   Yes.
7        Q.   Now, you never saw anyone touch a
8    temperature gauge, correct?
9        A.   Well, they didn't get near it.  It was
10   at -- the officer, he had something in his hand.  And
11   he would simply go like this and lower it, lower it,
12   make it colder.
13       Q.   And just for the record --
14       A.   He held something in his hand.
15       Q.   Okay.  Nevermind.
16            Now, tell me about the -- you were
17   describing your cell to me earlier.  Tell me about
18   the toilet and sink.
19       A.   The sink?
20       Q.   So there was a toilet in your cell,
21   correct?
22       A.   Yes.
23       Q.   And there was a sink with that toilet?
24       A.   Yes.
25       Q.   And they had soap with that sink?

Page 19

1        A.   No.
2        Q.   And they had a dryer with which to dry your
3    hands, correct?
4        A.   Yes.  There were napkins like the ones that
5    are on the wall.
6        Q.   Okay.  There were paper towels?
7        A.   Yes.
8        Q.   Now, there was a wall protecting the view
9    to the toilet, what I -- the toilet was behind a
10   wall?
11       A.   No, no.
12       Q.   So your testimony today is that the toilet
13   was wide open with the rest of the cell?
14       A.   There was a toilet, but there was a small
15   wall about this tall.  And it would only cover me
16   from here down.
17            THE INTERPRETER:  She says from here
18   down.
19       Q   (BY MS. CONNOLLY) Okay.
20       A.   And it didn't have a door.
21       Q.   Okay.  So the wall was in between the rest
22   of the cell and where the toilet was, correct?
23       A.   It was -- it was in the same cell.  And it
24   was over in the corner.  And there was just a little
25   wall that divided, separated the toilet from the rest

Page 20

1    of the room, short wall.
2        Q.   Right.  So the wall didn't go up to the
3    ceiling?
4        A.   No.
5        Q.   But when you were sitting on the toilet,
6    can you show us how high the wall came up?
7        A.   Here (indicating).
8        Q.   And for the record, the wall came up to her
9    eye height?
10       A.   Yes.
11       Q.   Let's talk about the food situation.
12   What -- do you remember the food that you received
13   there?
14       A.   It was a bread, a sandwich with a cold
15   bologna in the middle.
16            THE INTERPRETER:  With a cold bologna
17   in the middle.
18       Q   (BY MS. CONNOLLY) Okay.
19            THE INTERPRETER:  Excuse me.  Off the
20   record.
21            MS. CONNOLLY:  Yes, off the record.
22            (Recess taken)
23       Q   (BY MS. CONNOLLY) Okay.  And was there any
24   other different types of food you got?
25       A.   No.

Page 21

1        Q.   What about any snacks?
2        A.   A cracked --
3            THE INTERPRETER:  I need to ask again
4    because of the -- she has said galletas,
5    G-A-L-L-E-T-A-S.
6        A.   It would be like a cookie or a -- or a
7    fruitcy (phonetic), a little -- a drink, fruit drink.
8        Q   (BY MS. CONNOLLY) Like a juice box?
9        A.   A fruit juice in a small plastic mug.
10       Q.   Now, in your declaration at Paragraph 5 you
11   say:  There was not enough food.  All we got were two
12   slices of bread with a small slice of mortadella and
13   small juices.
14            What is mortadella?
15       A.   Well, I call it mortadella because that's
16   what I call it in my country.  But it's a -- kind of
17   a -- some kind of a meat made round like this.
18       Q.   Okay.  And --
19       A.   And here they call it bologna.  But I don't
20   know what else it is.
21       Q.   Now, then the next sentence says -- you
22   say:  We got those sandwiches twice a day and once
23   three times a day?
24       A.   Yes, yes.
25       Q.   And is that your recollection that that