# Defendants' Exhibit 38

K█████ V██ V█████                                    September 28, 2016

                                                              Page 1

1           UNITED STATES DISTRICT COURT
2       FOR THE CENTRAL DISTRICT OF CALIFORNIA
    ------------------------------:
3   JENNY LISETTE FLORES, et al.,:
                                  :
4                   Plaintiffs,:
                                  :
5        vs.                     :NO. Cv 85-4544
                                  :
6   LORETTA E. LYNCH, Attorney   :
                                  :
7   General of the United States,:
                                  :
8   et al.,                      :
                                  :
9                   Defendants.:
    ------------------------------:
10
11                              Alexandria, Virginia
12                     Wednesday, September 28, 2016
13  Deposition of:
14                  K████ V███ V█████
15  called as a witness, pursuant to notice, by counsel
16  for Defendants, held at the Offices of Justin W.
17  Williams U.S. Attorney's Building, 2100 Jamieson
18  Ave., Alexandria, VA, befoer Amy Sikora, RPR, CRR,
19  CLR, of Capital Reporting Company, a Notary Public
20  in and for the Commonwealth of Virginia, beginning
21  at aproximately 11:58 a.m., when were present on
22  behalf of the respective parties:

Page 2

```
 1              A P P E A R A N C E S
 2  ON BEHALF OF THE U.S. DEPARTMENT OF JUSTICE:
 3      KATHRYNE M. GRAY, ESQUIRE
 4      U.S. Department of Justice
 5      District Court Section
 6      P.O. Box 868
 7      Ben Franklin Station
 8      Washington, DC 20044
 9      kathryne.m.gray@usdoj.gov
10
11      ELIANIS N. PÉREZ, ESQUIRE
12      U.S. Department of Justice
13      P.O. Box 868
14      Ben Franklin Station
15      Washington, DC 20044
16      elianisperez@usdoj.gov
17      202-616-9124
18
19
20
21
22
```

Page 3

```
 1              A P P E A R A N C E S
 2                  (Continued)
 3      SARAH L. VUONG, ESQUIRE
 4      U.S. Department of Justice
 5      P.O. Box 878
 6      Ben Franklin Station
 7      Washington, DC 20044
 8      sarah.l.vuong@usdoj.gov
 9      202-532-4281
10
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 4

```
 1              A P P E A R A N C E S
 2                  (Continued)
 3  ON BEHALF OF NONPARTY WITNESS K▮▮▮ V▮▮▮
 4  V▮▮▮▮▮:
 5      SHIRA RENEE ZEMAN, ESQUIRE
 6      Zeman and Petterson, PLLC
 7      105 E. Annandale Road, Suite 212
 8      Falls Church, Virginia 22046
 9      szeman@zpimmigration.com
10      703-991-6761
11
12
13
14
15
16
17
18
19
20
21
22
```

Page 5

```
 1  September 28, 2016
 2              C O N T E N T S
 3  EXAMINATION OF K▮▮▮ V▮▮▮ V▮▮▮▮▮        PAGE
 4  By MS. GRAY                              6
 5
 6              E X H I B I T S
 7  V▮▮▮ V▮▮▮▮▮                             PAGE
 8   1   copy of V▮▮ V▮▮▮▮▮                  79
 9       declaration in English, three
10       pages
11   2   copy of ▮▮▮▮ ▮▮▮▮▮▮                 88
12       declaration in Spanish, four
13       pages
14
15  (Exhibits attached to transcript)
16
17
18
19
20
21
22
```

Page 22

1 night?
2    A.   I think so.
3    Q.   Okay.  And was your son with
4 you the entire time?
5    A.   Yes.
6    Q.   And what happened when you
7 first arrived at the border patrol station?
8    A.   Okay.  They took all our
9 belongings and they put us in a cold room.
10    Q.   Did anyone speak to you about
11 what would happen to you when you first
12 arrived?
13    A.   No.
14    Q.   Were you given any paperwork
15 or forms to fill out?
16    A.   No.
17    Q.   Did you eventually go to sleep
18 that night?
19       THE INTERPRETER:  Go what?
20       MS. GRAY:  Go to sleep.
21    Q.   Did you eventually sleep?
22    A.   Yes.

Page 23

1    Q.   And where were you taken to
2 sleep?
3    A.   On the floor.
4    Q.   And can you describe the room
5 where you were taken?
6    A.   It was a large room, similar
7 to this one.  There were a few windows with
8 glasses, and there were kind of concrete
9 seats.
10    Q.   There were chairs?
11    A.   No.
12    Q.   Benches?
13    A.   Only concrete seats.
14    Q.   And why do you call it the
15 icebox?
16    A.   Because it's very cold.
17    Q.   About how many people would
18 you say were in the room with you?
19    A.   Many women.  More than 50.
20    Q.   Were there more or less
21 children than women?
22    A.   Only women with children.

Page 24

1    Q.   About how many children would
2 you say were in the room?
3    A.   I don't remember.
4    Q.   And going back to the size of
5 the room, would you say that it is much
6 smaller or much bigger or about equal to
7 this room?
8    A.   Bigger.
9    Q.   How much bigger?  A lot
10 bigger?
11    A.   Maybe twice the size.
12       MS. PÉREZ:  So just let the
13 record reflect that we're in a conference
14 room that's approximately, I'm going to say,
15 200 square feet.  Is that accurate?
16       MS. ZEMAN:  Sounds reasonable.
17    A.   Twice the size of this room?
18       MS. PÉREZ:  For the record,
19 this is about 200 square feet.  So it's a
20 little bit bigger, so it's a 20-by-10
21 conference room.
22       MS. VUONG:  No.  This is

Page 25

1 bigger than 20 by 10.
2       MS. GRAY:  Can we update the
3 record with that information?  So we will
4 update the record with the information on
5 the size of this room.
6       MS. PÉREZ:  On this exact
7 size.
8    Q.   Now, in the room was there
9 enough space for everyone to lay down to
10 sleep?
11    A.   Yes.
12    Q.   And where did you sleep in the
13 room?
14    A.   On the floor.
15    Q.   And can you explain the
16 arrangement of the bathroom?  Was it in the
17 room or was it separate?
18    A.   Inside the room.
19    Q.   Was the toilet blocked off by
20 anything?
21       THE INTERPRETER:  You mean
22 walls?

7 (Pages 22 - 25)