# Defendants' Exhibit 39

```
                                                          1

  1

  2      UNITED STATES DISTRICT COURT

  3      FOR THE CENTRAL DISTRICT OF CALIFORNIA

  4      Civil Action No. 2:85-CV-04544-DMG-AGR

  5      ---------------------------------------

  6      JENNY L. FLORES, et al.,

  7                     Plaintiffs,

  8         -against-

  9      LORETTA E. LYNCH, United States Attorney

 10      General,

 11                     Defendant.

 12      ---------------------------------------

 13

 14

 15              DEPOSITION OF Z███ M██████ R███

 16      V█████    a third-party witness herein, taken

 17      by Defendant, pursuant to Subpoena, held at

 18      the offices of the United States Attorney,

 19      271 Cadman Plaza East, Brooklyn, New York, on

 20      Wednesday, October 5, 2016, at 10:02 a.m.,

 21      before Deborah Moschitto, a Shorthand

 22      Reporter and notary public, within and for

 23      the State of New York.

 24

 25
```

```
                                                        2

 1
 2    A P P E A R A N C E S :
 3
 4    PETER A. SCHEY, ESQ.,
 5        President
 6        CENTER FOR HUMAN RIGHTS AND
 7        CONSTITUTIONAL LAW
 8        (Via telephone)
 9
10
11    UNITED STATES DEPARTMENT OF JUSTICE
12    Attorneys for Defendant
13        P.O. Box 878
14        Ben Franklin Station
15        Washington, DC 20044
16    BY: YAMILETH G. DAVILA, ESQ.
17
18
19    Also Present:
20        XIMENA VARGAS, Spanish Interpreter
21
22
23
24
25
```

```
                                                              25

1                       Z. V

2          Q.    Did the officers tell you why you
3    had been separated?
4          A.    Supposedly because of his age.
5          Q.    Where was your son taken?
6          A.    In the same center, but -- in the
7    same facility, but in another area.  I could
8    barely see him.
9          Q.    Did you sleep at la perrera?
10         A.    There I slept a little more
11   because they had some mattresses on the
12   floor.
13         Q.    Did your son sleep in la perrera?
14         A.    Yes.
15         Q.    Was your son also provided with a
16   mattress on the floor?
17         A.    Yes.
18         Q.    Were you provided with a blanket
19   in la perrera?
20         A.    No.  There, no.  Only the
21   mattresses.
22         Q.    Was your son provided with a
23   blanket in la perrera?
24         A.    No.
25         Q.    How do you know?
```