# Defendants' Exhibit 40

```
 1              UNITED STATES DISTRICT COURT
            FOR THE CENTRAL DISTRICT OF CALIFORNIA
 2

     -------------------------------:
 3   JENNY LISETTE FLORES, et al,    :  NO. Cv 85-4544
                  Plaintiff          :
 4                                   :
                   vs.               :
 5                                   :
     LORETTA E. LYNCH, Attorney      :
 6   General of the United States,  :
     Et al.                          :
 7                Defendants         :
     -------------------------------:
 8
 9                                        Leesport, Pennsylvania
10
                                          Tuesday, October 4, 2016
11
12   DEPOSITION OF:
13                      Y██████-E██████
14   called as a witness, pursuant to notice, by counsel
15   for Defendants, held at the Berks County Residential
16   Center, 1040 Berks Road, Leesport, Pennsylvania,
17   before Suzanne, L. E. Toto, RPR, of Capital
18   Reporting Company, a Notary Public in and for the
19   Commonwealth of Pennsylvania, beginning at
20   approximately 1:16 p.m., when were present on behalf
21   of the respective parties:
22
23
24
25
```

```
                                                                    Y       I     L       -E                    October 4, 2016
                                                          Page 2                                                                          Page 4
 1  APPEARANCES:                                                     1                    P R O C E E D I N G S
 2       ACLU                                                        2               VERONICA QUIROZ, was duly sworn to
         BY:  CODY WOFSY, ESQ.
 3       39 Drumm Street                                             3  translate English into Spanish and Spanish into
         San Francisco, CA  94111                                    4  English in the following deposition:
 4       415-343-0785
         cwofsy@aclu.org                                             5               Y      I    L       -E           having
 5        -- AND --                                                  6  been first duly sworn, was examined and testified
         CAROL ANNE DONOHOE, ESQ.
 6       PO Box 12912                                                7  through the interpreter as follows:
         Reading, PA  19612                                          8                      * * *
 7       610-370-7956
         Attorneycd@gmail.com                                        9                   EXAMINATION
 8        -- For Y    L    E                                        10  BY MS. CONNOLLY:
 9       (Via Telephone)
         PETER SCHEY, ESQ.                                          11  Q.      Hello, Yeslin.
10       256 Occidental Boulevard                                   12  A.      Hi.
         Los Angeles, CA  90057
11       323-251-3223                                               13  Q.      Is it okay if I call you Yeslin?
         pschey@centerforhumanrights.org                             14  A.      Yes.
12        -- For Flores Class Action
13       ADRIANA C. ZAMBRAVNO, ESQ.                                 15  Q.      So my name is Katie Connolly.  And I'm an
         Law Student Intern                                         16  attorney here with the United States Department of
14
15       US DEPARTMENT OF JUSTICE CIVIL DIVISION                    17  Justice.
         BY:  KATHLEEN A. CONNOLLY, ESQ.                            18  A.      Okay.
16       Ben Franklin Station
         Washington, DC  20044                                      19  Q.      And I'm here today to ask you some
17       202-305-8627                                               20  questions.
         kathleen.a.connolly@usdoj.gov
18        -- For The Defendant                                      21  A.      Okay.
19                                                                  22  Q.      And I'm asking questions in the case of
20
21                                                                  23  Flores v. Lynch, 85-CV-4544.
22                                                                  24  A.      Okay.
23
24                                                                  25  Q.      From the Central District of California.
25
                                                          Page 3                                                                          Page 5
 1             I N D E X                                             1  A.      Okay.
 2             WITNESSES                                             2  Q.      So first, I just want you to know that
 3  ALL WITNESSES:                  PAGE:                            3  today's talk is not about whether you can stay in the
 4                                                                   4  United States.  It's not about whether your mom gets
        Y    I   L     E                                             5  to stay in the United States or your brother or your
 5  Examination by MS. CONNOLLY     4:9                               6  sister.
 6                                                                   7  A.      Okay.
 7                                                                   8  Q.      So it's not about that at all.
             EXHIBITS                                                9  A.      Okay.
 8                                                                  10  Q.      I'm just going to ask you some questions.
     YLE NO.:    DESCRIPTION:       PAGE:                           11  Did you -- before you came in here today, did you get
 9                                                                  12  a chance to look at a declaration that you wrote?
10  YLE 1       Exhibit 23 -                                        13  A.      Yes.
             Conditionally Filed                                    14  Q.      Did you get to look at that with your
11           Under Seal:                                            15  attorney?
             For Identification     24:9                            16  A.      Yes.
12                                                                  17  Q.      Those are the questions that I am going
13                                                                  18  to ask you about, just about that.
14  (Exhibit attached to transcript)                                19  A.      Okay.
15                                                                  20  Q.      Now, there's some people in the room with
16                                                                  21  us today, right?
17                                                                  22  A.      Yes.
18                                                                  23  Q.      And the woman next to me, is this your
19                                                                  24  attorney here, Carol Anne Donohoe?
20                                                                  25  A.      Um-hum, yes.
21
22
23
24
25
                                                                                                                    2 (Pages 2 - 5)
```

Page 18

1  Q.      Do you remember that place?
2  A.      Yes.
3  Q.      Okay. Do you remember what happened when
4  you got there?
5  A.      Yes.
6  Q.      Why don't you tell me what happened when
7  you got there.
8  A.      Well, what happened is that they told us
9  to grab a blanket.
10             THE INTERPRETER: She say aluminum.
11 Can I ask her if she said that?
12             THE WITNESS: Aluminum blanket and
13 a mattress, that it was not broken, scratched.
14             MR. WOFSY: So the interpreter was
15 asking the deponent whether she had said the Spanish
16 word for aluminum. I would ask that the interpreter
17 not ask her own questions to the deponent and just
18 translate what she hears.
19             THE INTERPRETER: Okay.
20 BY MS. CONNOLLY:
21 Q.      When you got to the second place, they
22 told you to take a blanket, an aluminum blanket?
23 A.      Yes.
24 Q.      And you said that there was a pad to
25 sleep on?

Page 19

1  A.      Yes.
2  Q.      And did they feed you there?
3  A.      Yes.
4  Q.      Do you remember what they fed you?
5  A.      Frozen bread with a little meat inside
6  it.
7  Q.      Okay. Was the bread frozen when you got
8  it?
9  A.      Yes.
10 Q.      Could you bite into the sandwich?
11 A.      Yes.
12 Q.      Okay. And you said there was a little
13 bit of meat in the middle?
14 A.      Yeah.
15 Q.      And did you get this more than one time?
16 A.      They gave us three times.
17 Q.      Three times while you were there?
18 A.      No, three times a day.
19 Q.      Okay. And did you get any snacks in
20 addition to that?
21 A.      No.
22 Q.      Did you get any juice?
23 A.      Milk.
24 Q.      You got milk. Did you ever get any sort
25 of like cookies or anything like that?

Page 20

1  A.      No.
2  Q.      Any crackers?
3  A.      No.
4  Q.      And you said you got milk?
5  A.      Yes.
6  Q.      Did you get any juice?
7  A.      No.
8  Q.      And was there water in your room at that
9  second place?
10 A.      Well, there wasn't a room -- it was a big
11 room where all the people were all there. Only there
12 were -- (Spanish word spoken). They were pieces of
13 fabric.
14             MR. WOFSY: Nets maybe?
15 A.      Nets. There were nets over there.
16 Q.      And so --
17             MR. WOFSY: Sorry, I don't think
18 that was the complete translation of what she said.
19 A.      Over there and over there.
20             MR. WOFSY: And so, just for the
21 record, I think the deponent was indicating there
22 were nets on three sides.
23             THE INTERPRETER: On where?
24             MR. WOFSY: Three sides.
25             MS. CONNOLLY: That is correct.

Page 21

1  The deponent did indicate with her arms that there
2  was this object, which is translated as nets, on
3  three different sides.
4  BY MS. CONNOLLY:
5  Q.      So in this room, was there water?
6  A.      No.
7  Q.      No water?
8  A.      No.
9  Q.      No jug of water on a table?
10 A.      No.
11 Q.      And was there a place to go to the
12 bathroom in the room?
13 A.      I don't remember because I didn't go to
14 the bathroom there. Not one time.
15 Q.      And while you were there, were you with
16 your mom the whole time?
17 A.      Yes.
18 Q.      And was your sister and your brother also
19 with you and your mom the whole time?
20 A.      Yes.
21 Q.      Now, how long were you at that second
22 place?
23 A.      I don't remember.
24 Q.      And then you were taken to a third place.
25 Do you remember that?

6 (Pages 18 - 21)