DEFENDANTS' EXHIBIT 41

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

Jenny Lisette Flores, *et al.*,          )
     *Plaintiffs,*                         )
                    )
                    )
v.                                       )          No. CV 85-4544 DMG (AGRx)
                    )
Loretta E. Lynch, Attorney               )
General of the United States, *et al.*,  )
     *Defendants.*                        )
_____)

## DECLARATION OF DAVID W. STRANGE

1.  This declaration updates my declaration dated June 2, 2016 in this case, which appears in the record in this case as Defendants' Exhibit 16 [Dkt. 214-1].

2.  I am an Assistant Chief in Enforcement Systems Division, e3, of the United States Border Patrol, U.S. Customs and Border Protection ("CBP"). I have been in this role since November, 2015. Previously, I was an Operations Officer in Enforcement Systems Division since February, 2014. I was a Supervisory Border Patrol Agent assigned to the Falfurrias Border Patrol Station from February, 2008 until February, 2014.

3.  The Enforcement Systems Division is responsible for overseeing the e3 Processing module and the e3 Detention Module ("e3DM"). E3DM provides the ability to track and monitor a variety of information pertaining to individuals in Border Patrol custody. This information is entered by Border Patrol Agents when they take a specific action with regard to a specific individual.

1

4.    Based on information provided by the plaintiffs, Border Patrol was able to locate records in

e3DM for plaintiffs who provided declarations in this action.  Individual records from

e3DM look slightly different depending on if the subject is a juvenile or not.  Records on

juveniles contain the juvenile's amenity log, documenting the provision of water; the

presence of a toilet and sink in a hold room; the cleanliness of the hold room; the presence

of pests in the hold room; the temperature in the hold room; and the ventilation in the hold

room.  Records on all individuals contain a subject activity log, which includes all custodial

actions taken during the individual's time in Border Patrol's custody.  Exhibits AA through

DD are true and accurate copies of additional selected activity logs and amenity reports.

    Pursuant to the provisions of 28 U.S.C. § 1746, I declare under penalty of perjury that the

forgoing is true and correct to the best of my information, knowledge, and belief.


Executed on this ___15th___ Day of December, 2016, in the District of Columbia.




David W. Strange


2

# Exhibit AA

# Subject Activity Log



M█████ M█████████-N█████

| | |
|---|---|
| **Gender:** | F |
| **DOB:** | ████████ |
| **Nationality:** | EL SALVADOR |
| **Accompanying Adult(s):** | |

| | |
|---|---|
| **Event:** | ████████ |
| **A-File #:** | |
| **FINS #:** | |
| **Disposition:** | |

**Medical Conditions:**
No Medical Conditions Found

**Detention Reasons:**
Immigration Violation

| | |
|---|---|
| **Arrest Date/Time:** | 09/05/2015 1600 |
| **Book In Date/Time:** | 09/07/2015 0602 |
| **Book Out Date/Time:** | 09/08/2015 1105 |

| | |
|---|---|
| **Processing Agent:** | ████████████ |
| **Transport Officer:** | |
| **Apprehending Agents:** | ████████ |
| **ORR Facility:** | |

**Possible Trafficking?** █

**Expresses Fear of Return?** █

M█████ M█████ N███
DOB: ████████        A-File #: ████████
Event:

# Subject Activity Log

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 09/08/2015 1001 | Welfare Check | | ███ | |
| 09/08/2015 0909 | Served meal(Accepted) | | ███ | Breakfast |
| 09/08/2015 0857 | Welfare Check | | ███ | |
| 09/08/2015 0800 | Welfare Check | | ███ | |
| 09/08/2015 0700 | Welfare Check | | ███ | |
| 09/08/2015 0522 | Welfare Check | | ███ | |
| 09/08/2015 0400 | Welfare Check | | ███ | |
| 09/08/2015 0300 | Welfare Check | | ███ | |
| 09/08/2015 0225 | Welfare Check | | ███ | |
| 09/08/2015 0032 | Welfare Check | | ███ | |
| 09/07/2015 2333 | Welfare Check | | ███ | |
| 09/07/2015 2103 | Welfare Check | | ███ | |
| 09/07/2015 2005 | Welfare Check | | ███ | |
| 09/07/2015 1841 | Welfare Check | | ███ | |
| 09/07/2015 1715 | Served meal(Accepted) | | ███ | |
| 09/07/2015 1658 | Served meal(Accepted) | | ███ | |
| 09/07/2015 1658 | Welfare Check | | ███ | |
| 09/07/2015 1511 | Welfare Check | | ███ | |
| 09/07/2015 1400 | Welfare Check | | ███ | |
| 09/07/2015 1300 | Welfare Check | | ███ | |

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 09/07/2015 1224 | Served meal(Accepted) | | | LUNCH SERVED |
| 09/07/2015 1200 | Welfare Check | | | |
| 09/07/2015 1100 | Welfare Check | | | |
| 09/07/2015 1000 | Welfare Check | | | |
| 09/07/2015 0900 | Welfare Check | | | |
| 09/07/2015 0803 | Served meal(Accepted) | | | breakfast served |
| 09/07/2015 0803 | Welfare Check | | | |
| 09/07/2015 0800 | Served meal(Accepted) | | | |
| 09/07/2015 0800 | Welfare Check | | | |
| 09/07/2015 0700 | Welfare Check | | | |
| 09/07/2015 0603 | Medical Treatment (Non-OBP) | | | |
| 09/07/2015 0603 | Welfare Check | | | |
| 09/07/2015 0603 | Served meal(Accepted) | | | |
| 09/07/2015 0157 | Processing Complete | | | |
| 09/07/2015 0035 | Served meal(Accepted) | | | |
| 09/07/2015 0035 | Welfare Check | | | |
| 09/06/2015 1830 | Served meal(Accepted) | | | |
| 09/06/2015 1830 | Welfare Check | | | |
| 09/06/2015 0941 | Served meal(Accepted) | | | |
| 09/06/2015 0941 | Welfare Check | | | |
| 09/05/2015 2338 | Served meal(Accepted) | | | |



| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 09/05/2015 2338 | Welfare Check | | █████████ | |

M████ M██████-N████
DOB: ██████████   A-File #: ████████
Event: █████████████

# Subject Activity Log



J█████ L████-M███████

| | |
|---|---|
| **Gender:** | M █████████ |
| **DOB:** | ████████ |
| **Nationality:** | EL SALVADOR █████ |
| **Accompanying Adult(s):** | M████ D████ M██████████-N ████████ |

**Event:**
**A-File #:**
**FINS #:**
**Disposition:**

**Medical Conditions:**
No Medical Conditions Found

**Detention Reasons:**
Immigration Violation

| | |
|---|---|
| **Arrest Date/Time:** | 09/05/2015 1600 |
| **Book In Date/Time:** | 09/07/2015 0602 |
| **Book Out Date/Time:** | 09/08/2015 1105 |

**Processing Agent:**
**Transport Officer:**
**Apprehending Agents:**

**ORR Facility:**

**Possible Trafficking?**          **Expresses Fear of Return?**

█████ L████-M███████
**DOB:** ████████      **A-File #:** ████████
**Event:**

# Subject Activity Log

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 09/08/2015 1001 | Welfare Check | | | |
| 09/08/2015 0909 | Served meal(Accepted) | | | Breakfast |
| 09/08/2015 0857 | Welfare Check | | | |
| 09/08/2015 0800 | Welfare Check | | | |
| 09/08/2015 0700 | Welfare Check | | | |
| 09/08/2015 0522 | Welfare Check | | | |
| 09/08/2015 0400 | Welfare Check | | | |
| 09/08/2015 0300 | Welfare Check | | | |
| 09/08/2015 0225 | Welfare Check | | | |
| 09/08/2015 0032 | Welfare Check | | | |
| 09/07/2015 2333 | Welfare Check | | | |
| 09/07/2015 2103 | Welfare Check | | | |
| 09/07/2015 2005 | Welfare Check | | | |
| 09/07/2015 1841 | Welfare Check | | | |
| 09/07/2015 1715 | Served meal(Accepted) | | | |
| 09/07/2015 1658 | Served meal(Accepted) | | | |
| 09/07/2015 1658 | Welfare Check | | | |
| 09/07/2015 1511 | Welfare Check | | | |
| 09/07/2015 1400 | Welfare Check | | | |
| 09/07/2015 1300 | Welfare Check | | | |

M

DOB:

Event:

A-File #

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 09/07/2015 1224 | Served meal(Accepted) | | | LUNCH SERVED |
| 09/07/2015 1200 | Welfare Check | | | |
| 09/07/2015 1100 | Welfare Check | | | |
| 09/07/2015 1000 | Welfare Check | | | |
| 09/07/2015 0900 | Welfare Check | | | |
| 09/07/2015 0803 | Served meal(Accepted) | | | breakfast served |
| 09/07/2015 0803 | Welfare Check | | | |
| 09/07/2015 0800 | Served meal(Accepted) | | | |
| 09/07/2015 0800 | Welfare Check | | | |
| 09/07/2015 0700 | Welfare Check | | | |
| 09/07/2015 0603 | Medical Treatment (Non-OBP) | | | |
| 09/07/2015 0603 | Welfare Check | | | |
| 09/07/2015 0603 | Served meal(Accepted) | | | |
| 09/07/2015 0156 | Processing Complete | | | |
| 09/07/2015 0035 | Served meal(Accepted) | | | |
| 09/07/2015 0035 | Welfare Check | | | |
| 09/06/2015 1830 | Served meal(Accepted) | | | |
| 09/06/2015 1830 | Welfare Check | | | |
| 09/06/2015 0941 | Served meal(Accepted) | | | |
| 09/06/2015 0941 | Welfare Check | | | |
| 09/05/2015 2338 | Served meal(Accepted) | | | |



L        M

DOB:                              :

Event:

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 09/05/2015 2338 | Welfare Check | | ██████████ | |



DOB: ██████████ 6 ycA-File #: ██████████

Event: ██████████

# Exhibit BB

# Subject Activity Log



S███ A██████-V███

| | |
|---|---|
| **Gender:** | F |
| **DOB:** | ███████ |
| **Nationality:** | HONDURAS |
| **Accompanying Adult(s):** | |

| | |
|---|---|
| **Event:** | |
| **A-File #:** | |
| **FINS #:** | |
| **Disposition:** | |

**Medical Conditions:**
No Medical Conditions Found

**Detention Reasons:**
Immigration Violation

| | |
|---|---|
| **Arrest Date/Time:** | 12/14/2015 1420 |
| **Book In Date/Time:** | 12/15/2015 2105 |
| **Book Out Date/Time:** | 12/16/2015 1405 |

**Processing Agent:**
**Transport Officer:**
**Apprehending Agents:**

**ORR Facility:**

| **Possible Trafficking?** | | **Expresses Fear of Return?** | |
|---|---|---|---|

S███ A████-V███
DOB: ████████        A-File #: ██████
Event:

# Subject Activity Log

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 12/16/2015 1405 | Medical Treatment (OBP) | | | Medically cleared for travel and placement |
| 12/16/2015 1254 | Welfare Check | | | |
| 12/16/2015 1214 | Welfare Check | | | |
| 12/16/2015 1145 | Served meal(Accepted) | | | LUNCH SERVED |
| 12/16/2015 1059 | Welfare Check | | | |
| 12/16/2015 1002 | Welfare Check | | | |
| 12/16/2015 0903 | Welfare Check | | | |
| 12/16/2015 0838 | Served meal(Accepted) | | | BREAKFAST SERVED |
| 12/16/2015 0811 | Welfare Check | | | |
| 12/16/2015 0715 | Welfare Check | | | |
| 12/15/2015 2212 | Welfare Check | | | |
| 12/15/2015 2115 | Welfare Check | | | |
| 12/15/2015 2109 | Served meal(Accepted) | | | snack |
| 12/15/2015 2109 | Welfare Check | | | |
| 12/15/2015 1458 | Processing Complete | | | |
| 12/15/2015 1156 | Welfare Check | | | |
| 12/15/2015 1036 | Welfare Check | | | for 1000 hrs |
| 12/15/2015 0902 | Welfare Check | | | |
| 12/15/2015 0818 | Welfare Check | | | |
| 12/15/2015 0743 | Served meal(Accepted) | | | |

S█████A██████V█████
DOB: ██████████
Event: ██████████

A-File #: ██████

Printed:     12/15/16
Page 2 of 3

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 12/15/2015 0743 | Welfare Check | | ███████ | |
| 12/15/2015 0602 | Welfare Check | | | ubjects are doing well. |
| 12/15/2015 0559 | Welfare Check | | | |
| 12/15/2015 0500 | Welfare Check | | | ubjects are doing good. |
| 12/15/2015 0404 | Welfare Check | | | ubjects are doing well. |
| 12/15/2015 0300 | Welfare Check | | | ubjects are doing well. |
| 12/15/2015 0155 | Welfare Check | | | ubjects are doing well. |
| 12/15/2015 0100 | Welfare Check | | | ubjects are doing well. |
| 12/15/2015 0013 | Welfare Check | | | ubjects are doing well. |
| 12/14/2015 2352 | Served meal(Accepted) | | | Meals to served to all. |
| 12/14/2015 2302 | Welfare Check | | | ubjects are doing well. |
| 12/14/2015 2104 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1929 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1818 | Welfare Check | | | |
| 12/14/2015 1811 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1701 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1656 | Served meal(Accepted) | | | |
| 12/14/2015 1655 | Welfare Check | | | |

S██████ A██████ -V██████
DOB: ██████     A-File #: ██████
Event: ██████████

# Subject Activity Log



M███████ C████-A████████

**NO PHOTO**

| | |
|---|---|
| **Gender:** | M |
| **DOB:** | ████████████ |
| **Nationality:** | HONDURAS |
| **Accompanying Adult(s):** | S████ M████████ A████████-V████████ |

| | |
|---|---|
| **Event:** | ████████████ |
| **A-File #:** | |
| **FINS #:** | |
| **Disposition:** | |

**Medical Conditions:**
No Medical Conditions Found

**Detention Reasons:**
Immigration Violation

| | |
|---|---|
| **Arrest Date/Time:** | 12/14/2015 1420 |
| **Book In Date/Time:** | 12/15/2015 2105 |
| **Book Out Date/Time:** | 12/16/2015 1405 |

| | |
|---|---|
| **Processing Agent:** | ████████████ |
| **Transport Officer:** | |
| **Apprehending Agents:** | ████████████████████ |
| **ORR Facility:** | |

| **Possible Trafficking?** | ███ | **Expresses Fear of Return?** | ███ |
|---|---|---|---|

M███████ C███-A███
DOB: ████████████     A-File #: ████████
Event:

# Subject Activity Log

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 12/16/2015 1405 | Medical Treatment (OBP) | | | Medically cleared for travel and placement |
| 12/16/2015 1254 | Welfare Check | | | |
| 12/16/2015 1214 | Welfare Check | | | |
| 12/16/2015 1145 | Served meal(Accepted) | | | LUNCH SERVED |
| 12/16/2015 1059 | Welfare Check | | | |
| 12/16/2015 1002 | Welfare Check | | | |
| 12/16/2015 0903 | Welfare Check | | | |
| 12/16/2015 0838 | Served meal(Accepted) | | | BREAKFAST SERVED |
| 12/16/2015 0811 | Welfare Check | | | |
| 12/16/2015 0715 | Welfare Check | | | |
| 12/16/2015 0714 | Served meal(Accepted) | | | given snack |
| 12/15/2015 2212 | Welfare Check | | | |
| 12/15/2015 2115 | Welfare Check | | | |
| 12/15/2015 2109 | Served meal(Accepted) | | | snack |
| 12/15/2015 2109 | Welfare Check | | | |
| 12/15/2015 1915 | Served meal(Accepted) | | | Snack provided by G4S. |
| 12/15/2015 1458 | Processing Complete | | | |
| 12/15/2015 1156 | Welfare Check | | | |
| 12/15/2015 1130 | Welfare Check | | | |
| 12/15/2015 1049 | Served meal(Accepted) | | | snacks |

M█████████ A█████
DOB: ██████████
Event: ██████████

A-File #: ████████

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 12/15/2015 1036 | Welfare Check | | | for 1000 hrs |
| 12/15/2015 0902 | Welfare Check | | | |
| 12/15/2015 0818 | Welfare Check | | | |
| 12/15/2015 0743 | Served meal(Accepted) | | | |
| 12/15/2015 0743 | Welfare Check | | | |
| 12/15/2015 0728 | Served meal(Accepted) | | | Served sandwich and juice. |
| 12/15/2015 0602 | Welfare Check | | | Subjects are doing well. |
| 12/15/2015 0559 | Welfare Check | | | |
| 12/15/2015 0500 | Welfare Check | | | Subjects are doing good. |
| 12/15/2015 0404 | Welfare Check | | | Subjects are doing well. |
| 12/15/2015 0300 | Welfare Check | | | Subjects are doing well. |
| 12/15/2015 0155 | Welfare Check | | | Subjects are doing well. |
| 12/15/2015 0100 | Welfare Check | | | Subjects are doing well. |
| 12/15/2015 0013 | Welfare Check | | | Subjects are doing well. |
| 12/14/2015 2352 | Served meal(Accepted) | | | Meals to served to all. |
| 12/14/2015 2302 | Welfare Check | | | Subjects are doing well. |
| 12/14/2015 2104 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1929 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1818 | Welfare Check | | | |
| 12/14/2015 1811 | Welfare Check | | | All subjects in good health |
| 12/14/2015 1701 | Welfare Check | | | All subjects in good health |



DOB: ███████  A-File # ███████

Event: ███████

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 12/14/2015 1655 | Welfare Check | | ███████████ | |



| Amenities: BJW-Bottled/Jug Water; NPW-Non-Potable-Water; PW-Potable-Water; S-Sink; TOI-Toilet; WF-Water Fountain | | | | | | | | | | | |
| General Amenity: CLEAN-Is Cell Clean?; PEST-Is Cell Pest Free?; TEMP-Temperature (66 - 80) degrees; VENT-Is Cell Ventilated? | | | | | | | | | | | |

| SECTOR_CI | IN_CUSTO | CIV_ALIEN_FILE_N | COMMENTS | SUBFACILITY | EVNT_NBR | SBJLOC_BOOK_IN_DT | AR_REPORT_DTTM | CIV_LN | CIV_FNAME | CIV_AGE | DPC_CELL | DCL_CELL_NM | AMENITIES | CELL_COM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RGV | MCS | | | | | 12/14/2015 16 05 | 12/14/2015 23:13 | ■ | | 2 | | Cell 113 | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | MCS | | | | | 12/14/2015 16 05 | 12/15/2015 7:47 | ■ | | 2 | | Cell 113 | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | RGV | | | CPC | | 12/15/2015 21 05 | 12/15/2015 9:37 | ■ | ■ | 2 | | B1--Common Area | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | RGV | | | CPC | | 12/15/2015 21 05 | 12/15/2015 16 00 | ■ | ■ | 2 | | B1--Common Area | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | RGV | | | CPC | | 12/15/2015 21 05 | 12/15/2015 22:45 | ■ | ■ | 2 | | B1--Common Area | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |

# Exhibit CC

# Subject Activity Log



W███████ M████-R████████

**NO PHOTO**

| | |
|---|---|
| **Gender:** | M |
| **DOB:** | ███████████ |
| **Nationality:** | EL SALVADOR |
| **Accompanying Adult(s):** | M████ A████ D███ C███ |
| | R██████-R████ |

| | |
|---|---|
| **Event:** | |
| **A-File #:** | |
| **FINS #:** | |
| **Disposition:** | |

**Medical Conditions:**
No Medical Conditions Found

**Detention Reasons:**
Immigration Violation

| | |
|---|---|
| **Arrest Date/Time:** | 11/09/2015 0500 |
| **Book In Date/Time:** | 11/10/2015 1849 |
| **Book Out Date/Time:** | 11/11/2015 1145 |

| | |
|---|---|
| **Processing Agent:** | |
| **Transport Officer:** | |
| **Apprehending Agents:** | |

**ORR Facility:**

**Possible Trafficking?**  ███    **Expresses Fear of Return?**  ███

# Subject Activity Log

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 11/11/2015 1100 | Welfare Check | | | |
| 11/11/2015 1000 | Welfare Check | | | |
| 11/11/2015 0900 | Welfare Check | | | |
| 11/11/2015 0800 | Welfare Check | | | awake and doing well |
| 11/11/2015 0738 | Served meal(Accepted) | | | |
| 11/11/2015 0702 | Welfare Check | | | Awake and doing well. |
| 11/11/2015 0600 | Welfare Check | | | |
| 11/11/2015 0510 | Welfare Check | | | |
| 11/11/2015 0445 | Welfare Check | | | |
| 11/11/2015 0343 | Welfare Check | | | |
| 11/11/2015 0316 | Welfare Check | | | |
| 11/11/2015 0300 | Welfare Check | | | |
| 11/11/2015 0200 | Welfare Check | | | |
| 11/11/2015 0026 | Welfare Check | | | |
| 11/10/2015 2318 | Welfare Check | | | |
| 11/10/2015 2255 | Welfare Check | | | |
| 11/10/2015 2110 | Welfare Check | | | |
| 11/10/2015 2000 | Welfare Check | | | Subject is well |
| 11/10/2015 1900 | Welfare Check | | | |
| 11/10/2015 1857 | Separated from Family | | | Operationally infeasible. |

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 11/10/2015 1854 | Medical Treatment (OBP) | | | medically cleared at intake |
| 11/10/2015 1854 | Served meal(Accepted) | | | served snack at intake |
| 11/10/2015 1654 | Welfare Check | | | |
| 11/10/2015 1555 | Welfare Check | | | |
| 11/10/2015 1539 | Welfare Check | | | |
| 11/10/2015 1531 | Welfare Check | | | check by eloy zaragoza |
| 11/10/2015 1522 | Served meal(Accepted) | | | |
| 11/10/2015 1455 | Welfare Check | | | |
| 11/10/2015 1405 | Processing Complete | | | |
| 11/10/2015 1352 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 1309 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 1208 | Served meal(Accepted) | | | |
| 11/10/2015 1208 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 1100 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 1000 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 0900 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 0804 | Separated from Family | | | Operationally infeasible. |
| 11/10/2015 0754 | Served meal(Accepted) | | | |
| 11/10/2015 0754 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 0752 | Welfare Check | | | ALL IS WELL |
| 11/10/2015 0500 | Welfare Check | | | ALL IS WELL |



| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 11/10/2015 0421 | Welfare Check | | | |
| 11/10/2015 0354 | Welfare Check | | | |
| 11/10/2015 0241 | Welfare Check | | | |
| 11/10/2015 0202 | Welfare Check | | | |
| 11/10/2015 0022 | Welfare Check | | | |
| 11/09/2015 2334 | Served meal(Accepted) | | | |
| 11/09/2015 2334 | Welfare Check | | | |
| 11/09/2015 2255 | Welfare Check | | | |
| 11/09/2015 2201 | Welfare Check | | | |
| 11/09/2015 2107 | Welfare Check | | | |
| 11/09/2015 2000 | Welfare Check | | | |
| 11/09/2015 1909 | Welfare Check | | | |
| 11/09/2015 1903 | Served meal(Accepted) | | | snacks and juice |
| 11/09/2015 1803 | Welfare Check | | | all subjects appear in good health at this time |
| 11/09/2015 1654 | Welfare Check | | | subject appear to be in good health at this time. |
| 11/09/2015 1600 | Welfare Check | | | |
| 11/09/2015 1523 | Served meal(Accepted) | | | |
| 11/09/2015 1523 | Welfare Check | | | |
| 11/09/2015 1427 | Welfare Check | | | |
| 11/09/2015 1332 | Welfare Check | | | ALL IS WELL |
| 11/09/2015 1234 | Welfare Check | | | ALL IS WELL. |



W████ M██ R████
DOB: ████████  A-File #: ████████
Event: ████████████

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 11/09/2015 1130 | Welfare Check | | ███████████ | ALL IS WELL. |
| 11/09/2015 1032 | Welfare Check | | ███████████ | ALL IS WELL |
| 11/09/2015 0938 | Welfare Check | | ███████████ | ALL IS WELL |

Amenities: BJW-Bottled/Jug Water; NPW-Non-Potable-Water; PW-Potable-Water; S-Sink; TOI-Toilet; WF-Water Fountain

General Amenity: CLEAN-Is Cell Clean?; PEST-Is Cell Pest Free?; TEMP-Temperature (66 - 80) degrees; VENT-Is Cell Ventilated?

| SECTOR_C | IN_CUSTO | CIV_ALIEN_FILE_NBR | DCL_ID | COMMENT | SUBFACILIT | EVNT_NBR | SBJLOC_BOOK_IN_DT | AR_REPORT_DTTM | CIV_LNAME | CIV_FNAME | CIV_AGE | DPC_CELL | DCL_CELL_NM | AMENITIES | CELL_COM |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| RGV | MCS | | | | | | 11/9/2015 9 07 | 11/9/2015 15:23 | M ▮ R | W ▮ | 12 | | Cell 116 | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | MCS | | | | | | 11/9/2015 9 07 | 11/9/2015 22:49 | M ▮ R | W ▮ | 12 | | Cell 116 | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | MCS | | | | | | 11/9/2015 9 07 | 11/9/2015 6:30 | M ▮ R | W ▮ | 12 | | Cell 116 | BJW-Y CLEAN-Y PEST-Y S-Y TEMP-Y TOI-Y VENT-Y | Y |
| RGV | RGV | | | | CPC | | 11/10/2015 18:49 | 11/10/2015 15 55 | M ▮ R | W ▮ | 12 | | R8 | CLEAN-Y PEST-Y TEMP-Y VENT-Y | Y |
| RGV | RGV | | | | CPC | | 11/10/2015 18:49 | 11/10/2015 8 00 | M ▮ R | W ▮ | 12 | | R8 | CLEAN-Y PEST-Y TEMP-Y VENT-Y | Y |
| RGV | RGV | | | | CPC | | 11/10/2015 18:49 | 11/10/2015 23:21 | M ▮ R | W ▮ | 12 | | R8 | CLEAN-Y PEST-Y TEMP-Y VENT-Y | Y |
| RGV | RGV | | | | CPC | | 11/10/2015 18:49 | 11/10/2015 12:29 | M ▮ R | W ▮ | 12 | | R8 | CLEAN-Y PEST-Y TEMP-Y VENT-Y | Y |
| RGV | RGV | | | | CPC | | 11/10/2015 18:49 | 11/10/2015 2 06 | M ▮ R | W ▮ | 12 | | R8 | CLEAN-Y PEST-Y TEMP-Y VENT-Y | Y |
| RGV | RGV | | | | CPC | | 11/10/2015 18:49 | 11/10/2015 7 00 | M ▮ R | W ▮ | 12 | | R8 | CLEAN-Y PEST-Y TEMP-Y VENT-Y | Y |

# Exhibit DD

# Subject Activity Log



V███ G██████ R████ -A██████

| | | |
|---|---|---|
| **Gender:** | M | |
| **DOB:** | ███████ | |
| **Nationality:** | EL SALVADOR | |
| **Accompanying Adult(s):** | J███████ M████ A███████ | |
| | M█████ | |

**Event:**
**A-File #:**
**FINS #:**
**Disposition:**

**Medical Conditions:**
No Medical Conditions Found

**Detention Reasons:**
Immigration Violation

| | |
|---|---|
| **Arrest Date/Time:** | 10/15/2015 1230 |
| **Book In Date/Time:** | 10/15/2015 1156 |
| **Book Out Date/Time:** | 10/16/2015 0319 |

**Processing Agent:**
**Transport Officer:**
**Apprehending Agents:**

**ORR Facility:**

**Possible Trafficking?**          **Expresses Fear of Return?**

V███ G█████ R███ A███████
**DOB:** █████████        **A-File #:** ████████
**Event**

# Subject Activity Log

| Date/Time | Activity | Station / Facility | Agent Name | Comments |
|---|---|---|---|---|
| 10/16/2015 0319 | Welfare Check | | | All subjects claim and appear to be in good health. |
| 10/16/2015 0238 | Welfare Check | | | All subjects claim and appear to be in good health. |
| 10/16/2015 0123 | Welfare Check | | | |
| 10/15/2015 2340 | Served meal(Accepted) | | | Burritos and frozen meals. |
| 10/15/2015 2339 | Welfare Check | | | Subjects were sleeping. |
| 10/15/2015 2209 | Welfare Check | | | |
| 10/15/2015 2133 | Welfare Check | | | |
| 10/15/2015 2030 | Welfare Check | | | |
| 10/15/2015 1928 | Welfare Check | | | |
| 10/15/2015 1739 | Welfare Check | | | |
| 10/15/2015 1635 | Welfare Check | | | |
| 10/15/2015 1600 | Welfare Check | | | |
| 10/15/2015 1503 | Welfare Check | | | |
| 10/15/2015 1458 | Processing Complete | | | |
| 10/15/2015 1400 | Served meal(Accepted) | | | Mother and son accepted meal. |
| 10/15/2015 1400 | Welfare Check | | | Mother and son claim and appear to be in good helath |
| 10/15/2015 1207 | Served meal(Accepted) | | | |



DOB:
Event: