DEFENDANTS' EXHIBIT 43

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES; *et al.*,   ) Case No. CV 85-4544-DMG
)
    Plaintiffs,   )
)
    v.   )
)
LORETTA E. LYNCH, Attorney   )
General of the United States; *et al.*,   )
)
    Defendants.   )
)

## DECLARATION OF JOSHUA G. REID

    I, Joshua G. Reid, hereby declare that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an Assistant Field Office Director (AFOD) for U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) – Philadelphia Office. I have been employed as an AFOD with ERO since March 2016. As an AFOD, I oversee the day-to-day operations relating to the case management of aliens in custody at the Berks Family Residential Center (BFRC) and York County Prison. Prior to becoming an AFOD, I served as a Supervisory Detention and Deportation Officer (SDDO) at the ERO York sub-office from January 2012 until March 2016, and as a Deportation Officer from September 2008 to January 2012. I also worked as an inspector for the legacy U.S. Immigration and Naturalization Service (INS) from September 2000 until September 2003. After INS was decommissioned, I became a U.S. Customs and Border Protection (CBP) Officer from April

1

2003 to September 2008, and served as a supervisor during the latter portion of this period. I have a Bachelor of Science degree in Criminal Justice.

2. I am familiar with the conditions and processes at the BFRC. The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity. My previous declaration, dated June 3, 2016, was submitted to the court on June 3, 2016, as an exhibit to Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor. The statements contained in this declaration are to provide additional facts related to the issues to be addressed at the January 30, 2017, evidentiary hearing.

**EFFORTS TO RELEASE MINORS FROM CUSTODY SEPARATE FROM THEIR ACCOMPANYING PARENT**

3. Generally, ICE does not seek to release minors housed at the BFRC, who are accompanied by a parent, to another adult. Since October 23, 2015, the minors that have remained at the BFRC are accompanied either by their mother or father and are the subjects of final removal orders. Indeed, it has been my experience that minors and accompanying parents at the BFRC generally have the same immigration status (e.g., entrants without inspection), were issued the same type of removal document (e.g., expedited removal order), and are subject to mandatory detention. ICE has released minors (and their accompanying parents) from the BFRC where, for example, the minors are found to have a credible fear of persecution or where there is a medical emergency regarding the child or parent warranting release. Simply put, family detention fosters family unity in that it allows for minors and their parents to remain safely together throughout the processing and resolution of their immigration cases.

**MINORS IN ICE FAMILY RESIDENTIAL CENTERS FOR LONGER THAN 20 DAYS**

4. ICE continues to work diligently in processing and releasing, when appropriate, minors from the BFRC. Those minors presently at the BFRC have been in ICE custody, to include any period at the Karnes Family Residential Center and the South Texas Family Residential Center in Texas, for longer than 20 days. The majority of minors held over 20 days fall into one of three categories: (1) individuals with final expedited removal orders, who are subject to mandatory detention, and are being processed for or are pending removal; (2) individuals subject to mandatory detention based on their placement in expedited removal proceedings and were found not to have a credible fear of persecution, but are still seeking to establish a claim to credible fear through an initial request for reconsideration before U.S. Citizenship and Immigration Services; and, (3) individuals with final expedited removal orders, who are subject to mandatory detention and have sought and were granted stays of removal from a U.S. District Court or the U.S. Court of Appeals for the Third Circuit pending the resolution of their federal action. As of November 19, 2016, all 42 minors at the BFRC have been held for a period longer than 20 days. Exhibit 1 outlines the reasons for their stay beyond the 20 days period. In every one of these cases, the minor is being held pursuant to a final order of removal.

**MINORS TRANSFERRED WITHOUT ADVANCE NOTICE TO THEIR COUNSEL**

5. ICE does not frequently transfer (excludes releases or removal) minors and their accompanying parents housed at the BFRC. Indeed, from October 23, 2015 to November 17, 2016, only three minors were transferred from the BFRC to another family residential center in Texas. One of the transfers occurred on October 14, 2016, and the other two transfers occurred on October 15, 2016. The purpose of each transfer was in anticipation of

the family's removal. Each minor, and his or her parent, was to be briefly housed at a Texas family residential center in preparation for their removal to their home country. However, insofar as these minors were transferred without prior notice to their attorneys, they were returned to the BFRC within a week, at the behest of their attorneys. Two of these families remain detained at the BFRC, and the third was subsequently transferred back to a family residential center in Texas and was removed from the United States without incident.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct to the best of my knowledge, information and belief.

Executed on this 15 day of December, 2016.

Joshua G. Reid
Assistant Field Office Director (AFOD)
Enforcement and Removal Operations – Philadelphia Office
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

## INDEX OF EXHIBITS

1. Residents at the BFRC longer than 20 days as of November 19, 2016.

# **<u>EXHIBIT 1</u>**

# Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Location | Total Days in Custody through 12/5/2016 | Comments (Reasons for detention beyond 20 days, as of 12/5/2016) |
|---|---|---|---|
| Briany Rxxxxx Cxxxxx | BFRC | 464 | The child is the subject of a final Expedited Removal (ER) order and received negative credible fear (CF) determinations by USCIS and, upon review, the Immigration Judge (IJ). USCIS denied the family's three subsequently filed Requests for Reconsideration (RFR) and is currently reviewing the family's fourth RFR. The U.S. District Court for the Eastern District of Pennsylvania (EDPA) denied the family's habeas petition, a decision upheld by the U.S. Court of Appeals for the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Steven Axxxxx Zxxxxx | BFRC | 463 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's three subsequently filed RFR and is currently reviewing the family's fourth RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Alex Vxxxxx Hxxxxx | BFRC | 436 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's three subsequently filed RFRs and is currently reviewing the family's fourth RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Location | # | Description |
|---|---|---|---|
| Anderson Mxxxxx-Bxxxxx | BFRC | 436 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Joshua Lxxxxx-Mxxxxx | BFRC | 454 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's third RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Ashley Mxxxxx-Lxxxxx | BFRC | 427 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Christopher Axxxxx-Axxxxx | BFRC | 419 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| | | | |
|---|---|---|---|
| Victor Rxxxxx Axxxxx | BFRC | 416 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Diego Rxxxxxx Oxxxxx | BFRC | 409 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Angel Mxxxxxx-Lxxxxx | BFRC | 405 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Cesia Vxxxxx-Cxxxxx | BFRC | 396 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Facility | # | Description |
|---|---|---|---|
| Jefferson Axxxxx Sxxxxx | BFRC | 388 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's two subsequently filed RFR and is currently reviewing the family's third RFR. The family also submitted a complaint with the DHS Office of Civil Rights and Civil Liberties (CRCL), which found no violation. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Juan Vxxxxx-Rxxxxx | BFRC | 383 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Karla Dxxxxx Pxxxxx | BFRC | 373 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Cleydi Lxxxxx Exxxxx | BFRC | 370 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Facility | Days | Description |
|---|---|---|---|
| Yeslin Lxxxxx Exxxxx | BFRC | 370 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Robner Lxxxxxx Exxxxx | BFRC | 370 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR and is currently reviewing the family's second RFR. The U.S. District Court for the EDPA denied the family's habeas petition, a decision upheld by the Third Circuit, who also denied the family's motion for en banc review. The Third Circuit granted a stay of removal pending the family's filing of a petition for a writ of certiorari before the U.S. Supreme Court and the Court's decision. |
| Nixon Rxxxxxx-Cxxxxx | BFRC | 351 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's two subsequently filed RFRs. The family also filed a complaint with CRCL, which found no violation. The U.S. District Court for the EDPA granted the family a stay of removal and placed the family's pending habeas petition in abeyance pending the outcome of the ongoing Castro litigation. |
| Kenner Santos Manzanares (A2C | BFRC | 351 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's three subsequently filed RFRs. The family also filed a complaint with CRCL, which found no violation. The U.S. District Court for the EDPA placed the family's pending habeas petition in abeyance pending the outcome of the ongoing Castro litigation. Thereafter, the Third Circuit granted the family a stay of removal, which remains in effect. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Facility | Days | Description |
|---|---|---|---|
| Dina Cxxxxx Gxxxxx | BFRC | 286 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's two subsequently filed RFRs. The family also submitted a complaint with the DHS Office of Civil Rights and Civil Liberties (CRCL), which found no violation. ICE, who was able to secure permission from the El Salvadoran government to remove the family and scheduled the removal. However, the family filed a Verified Complaint and Petition for Declaratory and Injunctive Relief with the U.S. District Court for the EDPA seeking to stop ICE's transfer of the family to the Karnes Family Residential Center (KFRC) in Karnes, Texas for ultimate removal. The family also sought and was granted a Temporary Restraining Order staying their removal, pending the U.S. District Court's decision on the complaint/petition. |
| Daylin Mxxxxx-Axxxxx | BFRC | 169 | The child entered the United States with her mother without inspection, were placed in removal proceedings, and were released from custody. The family failed to appear for their hearing and was ordered removed in absentia by an Immigration Judge. The family was later apprehended by CBP, and were taken back into custody and placed in ICE custody. The family filed a motion to reopen (MTR) with the Immigration Judge, who denied the motion. The family then filed an appeal and stay of removal with the Board of Immigration Appeals (Board), who denied the stay motion. The appeal remains pending. The family was transferred to the South Texas Family Residential Center (STFRC) in Dilley, Texas for removal via an ICE Air Charter flight. The family was subsequently returned to the BFRC, as notice of the transfer pursuant to the Flores Settlement Agreement (FSA) was not provided to opposing counsel, who requested the family's immediate return. |
| Aysha Mxxxxx Dxxxxx | BFRC | 94 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's three subsequently filed RFRs. The family also filed a complaint with CRCL, which remains pending. Per CRCL's request, ICE has withheld removal of the family pending CRCL's review of the complaint. |
| Tesla Axxxxx-Jxxxxx | BFRC | 87 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's two subsequently filed RFRs. The family's removal is imminent. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Location | Days | Description |
|---|---|---|---|
| Jose Mxxxxx-Cxxxxx | BFRC | 84 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's initial RFR and is presently reviewing the family's second RFR. The family's removal is imminent. |
| Axel Pxxxxx Rxxxxx | BFRC | 82 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. The family also filed a complaint with CRCL, which remains pending. Per CRCL's request, ICE has withheld removal of the family pending CRCL's review of the complaint. |
| Yeimy Hxxxxx-Mxxxxx | BFRC | 77 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. The family also filed a complaint with CRCL, which remains pending. Per CRCL's request, ICE has withheld removal of the family pending CRCL's review of the complaint. |
| Amalia Gxxxxx-Vxxxxx | BFRC | 72 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's two subsequently filed RFRs. ICE is in the process of securing travel documents for the family's removal. Notably, the child's mother refused to be interviewed by the El Salvadoran Consulate for issuance of a travel document and was served the Form I-229(a), Warning for Failure to Depart. |
| Kevin Hxxxxx Vxxxxx | BFRC | 65 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. ICE is in the process of securing travel documents for the family's removal. Notably, the child's mother refused to be interviewed by the El Salvadoran Consulate for issuance of a travel document. |
| Sara Pxxxxx Axxxxx | BFRC | 64 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. ICE is in the process of securing travel documents for the family's removal. Notably, the child's mother refused to be interviewed by the El Salvadoran Consulate for issuance of a travel document and was served the Form I-229(a), Warning for Failure to Depart. |
| Emily Fxxxxx-Rxxxxx | BFRC | 52 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. ICE is in the process of securing travel documents for the family's removal. |
| Allen Mxxxxx-Axxxxx | BFRC | 48 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. The family's removal is imminent. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Location | Days | Notes |
|---|---|---|---|
| Angeline Exxxxx-Bxxxx | BFRC | 44 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Yuscli Rxxxxx-Pxxxxx | BFRC | 59 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. The family's removal is imminent. |
| Justin Nxxxxx-Sxxxxx | BFRC | 45 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Kenia Cxxxxx Gxxxxx | BFRC | 44 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. USCIS denied the family's subsequently filed RFR. ICE is in the process of securing travel documents for the family's removal. |
| Yakelin Mxxxxx-Jxxxxx | BFRC | 45 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Keyri Axxxxx-Gxxxxx | BFRC | 41 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Amelia Dxxxxx Cxxxxx | BFRC | 28 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Daneli Mxxxxx-Exxxxx | BFRC | 29 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Maria Cxxxxx Hxxxxx | BFRC | 30 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |
| Jhonatan Axxxxx-Mxxxxx | BFRC | 28 | The child is the subject of an ER order and received negative CF determinations by USCIS and, upon review, the IJ. ICE is in the process of securing travel documents for the family's removal. |

## Residents at the BFRC longer than 20 days as of November 19, 2016

| Name | Facility | A# |  Narrative |
|---|---|---|---|
| Natali Gxxxxx-Axxxxx | BFRC | 200 | The child entered the United States with her mother without inspection, were placed in removal proceedings, and were released from custody. The family failed to appear for their hearing and was ordered removed in absentia by an Immigration Judge. The family was later apprehended by ICE and taken back into custody. The family filed a motion to reopen (MTR) with the Immigration Judge, who denied the motion. The family then filed a timely appeal with the Board of Immigration Appeals (Board) who granted a stay of removal pending its review of the appeal. |