DEFENDANTS' EXHIBIT 45

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,     ) | Case No. CV 85-4544-DMG |
|                     ) | |
|      Plaintiffs,         ) | |
|                     ) | |
|         v.             ) | |
|                     ) | |
| ERIC H. HOLDER, JR., Attorney General  ) | |
| of the United States; *et al.*,       ) | |
|                     ) | |
|      Defendants.        ) | |
|                     ) | |
| _____ ) | |

## DECLARATION OF PHILIP T. MILLER

I, Philip T. Miller, state as follows:

1. Since July 27, 2015, I have been employed by U.S. Immigration and Customs Enforcement (ICE) as the Deputy Executive Associate Director, Office of Enforcement and Removal Operations (ERO),[1] in Washington, D.C. In this position, I assist the Executive Associate Director in leading ERO, including overseeing programs and operations to identify and apprehend removable aliens, to detain these individuals when necessary, and to remove illegal aliens from the United States. ERO has approximately 7,600 employees and is comprised of six headquarters divisions and 24 Field Offices.

2. I began my career with the U.S. Immigration and Naturalization Service, ICE's predecessor, in August 1996 as an immigration inspector at the New Orleans Port of Entry. In 1998, I became a deportation officer in New Orleans and then a special agent in 2001. With the creation of ICE in 2003, I became a special agent with ICE's Office of Investigations. In 2007, I became an Assistant Field Office Director for ERO in New

---

[1] ERO's predecessor was the Office of Detention and Removal Operations. The name change was made in 2010. For ease of reading, all references in this declaration are to ERO.

1

Orleans.  In 2008, I became the Deputy Field Office Director in New Orleans, then the

Field Office Director in September 2009.  Before assuming my current position, I became

the Assistant Director for Field Operations for ERO in May 2013, overseeing all 24 ERO

Field Office Directors nationwide.

3.    I hold a Bachelor of Arts degree and a Masters of Arts degree in Political Science and am

a member of the Senior Executive Service.

4.    The statements contained in this declaration are based upon my personal knowledge or

upon information provided to me in my official capacity.  I am providing updates to the

statistical information contained a paragraph 13 of a declaration, dated June 3, 2016, by

Jon Gurule, then Assistant Director for Field Operations for ERO, that was submitted to

the court on June 3, 2016, as an exhibit to Defendants' Response in Opposition to

Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor.  The statements

contained in this declaration are to provide additional facts related to the issues to be

addressed at the January 30, 2017, evidentiary hearing.

**LENGTH OF STAY STATISTICS**

5.    ICE currently operates three Family Residential Centers (FRC):  the Karnes County

Residential Center (KCRC); the South Texas Family Residential Center (STFRC); and the

Berks Family Residential Center (BFRC).  ICE has continued to work diligently to process

and release individuals from the FRCs, as appropriate.  ICE's commitment to this process

is clearly demonstrated by the statistical data concerning the residents' average length of

stay at the FRCs.  For the 48, 940 residents initially booked into KCRC, STFRC or BFRC

from October 23, 2015 to November 19, 2016, and subsequently released or removed as of

2

November 19, 2016, the average length of stay was 12.6 days.[2]  Of these 48,940 residents,

34% were released or removed in 10 days or less, 95% in 20 days or less, and 99% in 30

days or less.  Of those detained as of November 19, 2016, the average length of stay is 14.1

days.  Of the 1,950 detained as of November 19, 2016, 80% have been detained 10 days or

less; 95%, 20 days or less, and 96%, 30 days or less.

I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct
to the best of my knowledge, information and belief.

Executed on this 15 day of December, 2016.

_____
Philip T. Miller
Deputy Executive Assistant Director
Office of Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

---

[2]  If a resident was transferred between FRCs within the same detention stay, the length of stay reflects the total detention stay across the two facilities.

3