DEFENDANTS' EXHIBIT 48

