DEFENDANTS' EXHIBIT 49

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Jenny Lisette Flores, *et. al.* )
    *Plaintiffs* )
                                  )
v.                                    )     No. CV 85-4544
                                  )
Jeh Johnson, Secretary )
U.S. Department of )
Homeland Security )
    *Defendants* )

## DECLARATION OF MATTHEW J. HUDAK

1. I am the Acting Chief Patrol Agent of the Del Rio Sector Border Patrol, U.S. Customs and Border Protection (CBP). I have been a Border Patrol agent for 19 years. In my capacity as the acting Chief Patrol Agent for the Del Rio Sector, I am responsible for executing the mission of the Department of Homeland Security (DHS), CBP, and the U.S Border Patrol (Border Patrol) within the Del Rio Sector.

2. I make this declaration on the basis of my own knowledge, as well as the documents and information made available to me in my position.

3. The Del Rio Sector covers 210 miles of border along the Rio Grande River and Lake Amistad, covering a total of 59,541 square miles of Texas over forty-one counties. There are ten Border Patrol stations within Del Rio Sector: San Angelo, Del Rio, Brackettville, Comstock, Abilene, Eagle Pass, Eagle Pass South, Rocksprings, Carrizo Springs, and Uvalde. I oversee all ten stations within the Del Rio Sector and am responsible for the oversight of more than 1,773 agents and support personnel combined. I have oversight of

the day-to-day law enforcement operations of the Border Patrol in Del Rio Sector, including the apprehension and processing of aliens.

4. As Chief Patrol Agent, I am responsible for ensuring that policies and procedures concerning the apprehension, processing, and temporary detention of aliens are communicated, implemented and followed within Del Rio Sector.

5. I am familiar with the Flores Settlement Agreement (Agreement), including the requirement that juveniles be held in facilities that are safe and sanitary; the requirement that juveniles be provided access to food, drinking water, toilets, sinks, medical care, and adequate ventilation; and that CBP monitor its own compliance with these terms. I am aware that these terms apply to all juveniles, regardless of whether they are accompanied by adult family members.

6. I am similarly familiar with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA). I am also familiar with the guidance issued by the then Chief, Border Patrol David Aguilar providing guidance on the implementation of the TVPRA on March 20, 2009.

7. I understand that this Court issued two Orders in the above referenced case, the first on July 24, 2015 and the second on August 21, 2015.

8. I am also aware of an October 16, 2015 memorandum that set forth specifically what must be done to comply with the Flores settlement agreement, for all juveniles in U.S. Border Patrol custody.

9. This declaration focuses on those allegations made by plaintiffs and does not comprehensively address all of the Del Rio Sector's measures to comply with the Flores

settlement agreement, TVPRA, and the Court's orders. This declaration also does not address general operating conditions within Del Rio Sector.

**E3DM**

10. The e3 Detention Module (e3DM) is the electronic system where U.S. Border Patrol records a number of data points for individuals in custody, including the number of times food was provided and accepted, medical care provided, and maintenance issues with the holding cells.

11. An amenity report must be completed once per shift (every eight hours), and results entered into E3DM. During the inspection, the temperature of holding rooms is checked, all toilets and sinks are checked for functionality and all water coolers are checked to ensure they are filled with potable water or that sufficient bottled water is present.

12. If e3DM is offline or otherwise not available at any time, paper forms are available to document the information. The paper forms are retained until the information can be entered into e3DM.

13. All Supervisory Border Patrol Agents in Del Rio Sector received information on training on how to enter the above information into e3DM, as they are the ones who are authorized to enter the information.

**Responding to Plaintiffs' Allegations**

14. **CHECKS**: Following the issuance of the October 16, 2015 memorandum, each agent was reminded that the station must conduct a daily check of each hold room occupied by a juvenile.

15. After conducting these checks, an agent must confirm the following information into e3DM: functionality of water fountains; functionality of toilets; functionality of sinks;

cleanliness of the hold room; presence of pests; availability of bottled or potable water; temperature (should be within 66-80 degrees Fahrenheit); and ventilation.

16. If, upon a check, a particular hold room does not meet the required standards, the observing agent must report the problem to his or her direct supervisor. The station must then document all steps taken to address the particular problem. All issues that have not been resolved within 12 hours must be reported to the Patrol Agent in Charge (PAIC) and the local Office of Chief Counsel.

17. Consistent with Border Patrol's longstanding practice, agents must also conduct what are known as "welfare checks" on a regular basis. During those checks, agents must make contact and determine if the juvenile needs food, water, medical attention, and assess the condition of the cell, to include the aforementioned amenity reports. Per the established guidelines juveniles are given unlimited access to potable water, juice, snacks and a hot meal. Welfare checks are recorded in e3DM.

18. **FOOD & WATER:** Del Rio Sector follows a meals and snacks schedule that adheres to the Hold Rooms and Short Term Custody Policy dated June 2, 2008. All stations serve meals and snacks within specified time intervals as outlined in the U.S. Customs and Border Protection National Standards for Transport, Escort, Detention, and Search (TEDS) Policy.

19. Juveniles are offered a hot meal and/or snack upon arrival at processing facilities and every six hours thereafter. This is recorded as part of the welfare checks. This meal consists of a burrito (choice of bean, beef, or beef and bean), crackers (choice of either peanut butter or cheese crackers), and a juice box (a variety of flavors are available). Additionally, individuals are served a meal once they arrive at each facility to

4

prevent detainees from missing meals which may have occurred during the transportation process.

20. If additional meals are requested, they are provided by an agent. All detainees are provided snacks and juice upon request. Children of all ages and pregnant women have regular access to snacks, such as juice, electrolyte drink, crackers, granola bars, baby food, and milk.

21. E3DM contains an internal audit function that alerts agents when a detainee is approaching the time period for a meal or a snack and juice, and will flash red if any detainee exceeds the limits. Furthermore, if the time frames will be exceeded before arrival to the detainee's next destination, then a meal or snack will be provided to the detainee before they depart. Food and/or water are never be withheld from a detainee as a form of punishment.

22. Del Rio Sector has found throughout the years that serving burritos, crackers, and juice in the manner which it does today, is both economically responsible and socially acceptable.

23. In Fiscal Year 2016, the Del Rio Sector spent $94,027.00 for food, juice and snacks.

24. Potable water for subjects in custody is provided by a water fountain type fixture in each cell. Furthermore, some stations have purchased sport style five gallon water coolers (sport coolers) and disposable cups are provided. Sports coolers are filled from tap water processed in the local municipality, and are cleaned routinely. Bleach is not used to clean these coolers. If a water fountain is deemed to be inoperable, a work order is submitted to repair the fountain and station management is notified. Measures are taken to ensure the sports coolers do not run out of water.

25. Consistent with the October 16, 2015 guidance, agents log in E3DM each time that a juvenile is offered any food.

26. **BATHROOM FACILITIES:** Border Patrol cannot guarantee absolute privacy in its hold rooms as allowing locked or closed doors within the hold room is a safety and security concern. The hold rooms employ screen walls by the bathroom to address privacy needs. The screen walls allow for an environment in which detainees, especially children, can have some of privacy when using the facilities, but the area can still be monitored and the individuals protected.

27. If there are cameras with sight lines to the toilets, the toilet area is blurred out.

28. **TEMPERATURE:** Stations within the Del Rio Sector maintain a comfortable temperature. Stations set the temperature between 71 and 74 degrees, and it generally ranges between 66 and 80 degrees in practice. In my experience, many detainees are not accustomed to air conditioning, and sometimes find the holding rooms cooler than they are accustomed to. Temperature is not used as punishment.

29. Temperature is controlled generally by CBP Facilities Management and Engineering (FM&E). If a problem with temperature arises FM&E is notified to correct the problem.

30. Agents must take the temperature of a room before placing a juvenile in it, and every twenty-four hours thereafter, and record if the temperature is within range (66-80 degrees Fahrenheit) or must specifically note when the temperature is out of range. If the temperature is out of range, agents must immediately inform their supervisors.

31. **CLEANING:** Border Patrol policy mandates that each hold room facility be kept safe, secure and clean. The size of hold rooms at Border Patrol stations varies. Toilets are always available in hold rooms in sufficient quantities based on the maximum number of

occupants the holding room can accommodate. Sinks are also generally available in hold rooms. Supervisors are required to ensure that each cell is regularly cleaned and sanitized. Del Rio Sector, CBP's Facilities Management and Engineering (FM&E) fund the required maintenance of the holding areas. Contract cleaning staff regularly address sanitation needs.

32. There is currently a multi-year contract administered by FM&E to clean cells daily and upon request. These actions are documented by FM&E and their performance is monitored by the FM&E Contracting Officer Representative (COR).

33. Trash is routinely monitored and removed by the contract cleaning service.

34. During each shift turnover, a walkthrough is conducted of the hold rooms and a review of the facilities is annotated in e3DM. If any facilities issue is found, a work order is issued. If specialized or additional cleaning is required in a hold room, the cleaning contract supervisor is contacted and the request is made.

35. **SHOWERS**: In general, because Border Patrol facilities are short-term facilities, not all stations in Del Rio Sector have shower facilities. The National Standards on Transport, Escort, Detention, and Search (TEDS) dictates that reasonable efforts will be made to provide showers, soap and a clean towel to juvenile detainees who are approaching 48 hours in custody. Del Rio Sector strives to intake and process every detainee, and transfer them to their next destination, as quickly as possible, so that in most cases juveniles will not approach 48 hours. If they do, they are provided with the opportunity to shower.

36. **HAND TOWELS**: Detainees air-dry their hands after hand washing due to the fact that paper towels were frequently being placed in sinks and toilets and causing significant plumbing problems, or were being thrown on the floor.

37. **BLANKETS:** Border Patrol provides single-use Mylar blankets for detainees for comfort and warmth, that are disposed of after each use. The use of Mylar blankets also combats the transmission of communicable diseases such as lice or scabies. Juveniles and adults may request more than one Mylar blanket.

38. **FOAM MATS:** Clean foam mats are issued to juveniles for comfort as they enter Del Rio Sector. These mats combat the transmission of communicable diseases such as lice or scabies. Only one detainee uses a mat between cleaning. Soiled mats are cleaned by a contract service.

39. **MEDICAL:** All agents receive basic first aid training which covers basic treatment for cuts and abrasions, bandaging, and applying pressure to a wound. A number of agents have also received first responder training. The Del Rio Sector has 68 EMTs and 6 Paramedics assigned for use in its stations.

40. During processing, detainees are asked about any health or medical issues and appropriate action up to and including transfer to a local emergency room is taken. Any prescribed medication by a U.S. doctor will be secured from the hospital or nearby pharmacy. This medication will then be stored by Border Patrol at the station, and made available to the detainee for self-administration as prescribed.

41. In addition to the above requirements, agents must also document in e3DM any provision of medical care.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this __16th__ day of December, 2016.

*[signature]*

Acting Chief Patrol Agent Matthew J. Hudak
Del Rio Sector
U.S. Border Patrol
U.S. Customs and Border Protection
Del Rio, Texas