DEFENDANTS' EXHIBIT 50

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

Jenny Lisette Flores, *et. al.*
    *Plaintiffs*

v.

Jeh Johnson, Secretary
U.S. Department of
Homeland Security
    *Defendants*

No. CV 85-4544

## DECLARATION OF HECTOR A. MANCHA, JR.

1. I am the Director of Field Operations, Office of Field Operations, U.S. Customs and Border Protection (CBP) in El Paso, Texas. I have been employed in this capacity since June 29, 2014. In my capacity as the Director of Field Operations, I am responsible for executing the mission of the Department of Homeland Security (DHS), CBP, and overseeing the programs and operations of the El Paso Field Office (ELP), which encompasses eleven international ports of entry in West Texas and New Mexico. I have oversight of the day-to-day law enforcement operations of the Office of Field Operations in the ELP, including the apprehension and processing of aliens, and oversee 1,429 employees. CBP's mission includes facilitating the flow of legal immigration and trade, while preventing the illegal trafficking of people and contraband.

2. I make this declaration on the basis of my own knowledge, as well as the documents and information made available to me in my position.

3. I am familiar with the policies and procedures that govern the apprehension, processing, and temporary detention of aliens. As the Director of Field Operations, I am responsible for ensuring that those policies and procedures are communicated to the CBP Officers

and supervisors, and implemented and adhered to throughout the ELP on a daily basis.

4. I am familiar with the Flores Settlement Agreement ("Agreement") and its terms, including the requirement that juveniles be held in facilities that are safe and sanitary; the requirement that juveniles be provided access to food, drinking water, toilets, sinks, medical care, and adequate ventilation; and that CBP monitor its own compliance with these terms. I am aware that these terms apply to all juveniles, regardless of whether they are accompanied by adult family members.

5. I am similarly familiar with the William Wilberforce Trafficking Victims Protection Reauthorization Act of 2008 (TVPRA) and with the March 19, 2009 guidance issued by the then Assistant Commissioner of the Office of Field Operations, providing guidance to the Office of Field Operations on the implementation of the TVPRA.

6. I understand that this Court issued two Orders in the above-referenced case, the first on July 24, 2015, and the second on August 21, 2015.

7. This declaration focuses on the allegations made by Plaintiffs and does not comprehensively address all of El Paso Field Office's measures to comply with the Agreement, TVPRA and the Court's orders. This declaration also does not address general operating conditions within El Paso Field Office.

**SIGMA**

8. As part of the Office of Field Operation's efforts to comply with the terms of the Agreement, national guidance was issued to the field explaining the changes made to the Secured Integrated Government Mainframe Access (SIGMA) requiring the electronic documentation of nutrition, health, and comfort efforts for minors held in secure detention areas. I received a copy of that guidance on October 19, 2015. Consistent with

2

that guidance, I instructed all of the Area Port Managers within the ELP to disseminate the guidance to all officers in each individual area of responsibility and to ensure compliance.

9. Under the new SIGMA processing policies, I ensured that all Area Ports within the ELP were reminded that they must conduct a thorough check of each hold room before placing a juvenile in the room. Area Ports were also directed to contact the El Paso Field Office Border Security and Facilitation management if any minors are taken into custody. The El Paso Field Office Border Security and Facilitation management held a follow-up conference call with all area ports on October 26, 2015, to ensure all questions and concerns regarding the new guidance were addressed and clarified.

10. An employee muster to ensure implementation of the October 19, 2015 national guidance also took place at each area port, further ensuring that juveniles are placed in holding areas that provide adequate supervision, taking into consideration their particular vulnerabilities. An officer must visually check a hold room prior to placing a juvenile into it. The room is then checked on a regular basis while the juvenile occupies it.

11. After conducting these checks an Officer must confirm the following information into SIGMA: functionality of water fountains; functionality of toilets; functionality of sinks; cleanliness of the hold room; presence of pests; availability of bottled or potable water; temperature (should be within 66-80 degrees Fahrenheit); and ventilation.

12. If, upon a check, a particular hold room does not meet the required standards, the observing officer must report the problem to his or her port management. The port of entry must then document all steps taken to address the particular problem. All issues

that have not been resolved within twelve (12) hours must be reported to the Port Director and the local Office of Chief Counsel.

13. CBP Officers log each time that a juvenile is offered any food, and all medical assistance provided to a juvenile.

14. Consistent with Office of Field Operation's longstanding practice, officers must conduct what are known as "welfare checks" every 15 minutes. During those checks, officers must ensure that all toilets and sinks appear functional, that water is available to juveniles, that there are no pests and that the hold rooms appear sanitary. All welfare checks are now recorded in SIGMA.

15. If SIGMA is offline or otherwise not available at any time, the El Paso Field Office will document the information and retain the paper until the information can be entered into SIGMA.

**FOOD AND WATER**

16. All detainees are offered hot meals at 0700, 1300, 1900, and 0100 hours daily. Water is available for all detainees with each meal and upon request. All minors are offered snacks upon arrival and when requested. Unaccompanied children have snacks, water, and juice readily available to them at all times.

**BATHROOM/SOAP/TOWEL ACCESS**

17. All detainees have access to restrooms at all times. Some of the detention cells in the ELP area of responsibility are "wet cells" and have a restroom inside the cell. For those in cells without a restroom (dry cells), they can ask to use a restroom at any time. Unaccompanied children are monitored 24/7 by both male and female Officers. If an unaccompanied child asks to use the restroom he or she is escorted to a restroom designated solely for their use.

18. All restrooms have liquid soap and paper towels. The restrooms in the wet-cells have bars of soap.

**TEMPERATURE**

19. Although Office of Field Operations has long maintained a consistent and comfortable temperature in its ports of entry, since October 2015, ELP has used infrared thermometers for each port of entry in order to check the temperature in any hold room prior to placing a juvenile in that room and every 24 hours thereafter. Consistent with the October 19, 2015 guidance, CBP Officers record if the temperature is within range (66-80 degrees Fahrenheit) and must specifically note when the temperature is out of range. If the temperature is out of range, the CBP Officer must document the circumstance of the anomaly into SIGMA and immediately notify port management. All steps to address the problem, including if appropriate, moving the juvenile to a different location, will be taken as quickly as operationally feasible.

20. The ELP provides Mylar blankets to detainees for warmth. The use of such blankets diminishes the transmission of communicable diseases such as scabies. Both juveniles and adults may request more than one Mylar blanket at a time.

**MATTRESS**

21. All minors are provided with a foam mat for bedding. Unaccompanied children are provided with foam mats that include a foam frame around the mat.

**SHOWERS AND TOOTH BRUSH**

22. The ELP does not have shower facilities at the ports of entry. The National Standards on Transport, Escort, Detention, and Search (TEDS) dictates that reasonable efforts will be made to provide showers, soap and a clean towel to juvenile detainees who are approaching 48 hours

5

in custody. The ELP provides juveniles approaching 48 hours in detention with the opportunity to shower, and such opportunity is recorded in SIGMA. Detainees are provided with towels for drying off after showers. All used towels are laundered and returned clean on a daily basis.

I make this statement under the penalty of perjury on this 16th day of December 2016,

*[signature]*

Hector A. Mancha, Jr.
Director, Field Operations
El Paso Field Office
U.S. Customs and Border Protection
El Paso, Texas

6