BENJAMIN C. MIZER
Principal Deputy Assistant Attorney General
Civil Division
LEON FRESCO
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel,
C. FREDERICK SHEFFIELD
Trial Attorney
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 305-7000
Email: carlton.f.sheffield@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA LYNCH, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **Defendants' Unopposed Application for Leave to File Evidence Under Seal**. <br><br> [Hon. Dolly M. Gee] |

1

## I. Introduction

Defendants, Loretta E. Lynch *et al.*, seek authority from this Court to file evidence under seal in connection with their Second Supplemental Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor ("Defendants' Second Supplemental Response"). *See* ECF Nos. 296-299; *see also* L.R. 79-5.2.2(a). Defendants filed their Second Supplement Response in accordance with this Court's October 7, 2016 Order, setting an evidentiary hearing for January 30, 2017. ECF No. 274. The evidence Defendants wish to file under seal is a CDROM containing videos and photographs that depict detainees, many of whom are minors, at facilities operated by United States Customs and Border Protection ("CBP"). Plaintiff's Counsel, Peter Schey, indicated via email on December 15, 2016, that Plaintiffs agree this evidence should be filed under seal.

This Application is accompanied by a proposed order, as required under L.R. 79-5.2.2(a)(ii). The Application is not accompanied by a redacted version of the evidence, *see* L.R. 79-5.2.2(a)(iii), because Defendants are requesting that the entirety of the photographs and videos be filed under seal. Moreover, evidence of this nature is excluded from electronic filing under L.R. 5-4.2 ("Non-paper or Other Unusual Exhibits"). Subsequent to the filing of this Application, Defendants will mail a copy of the unredacted evidence, as well as the declaration required by L.R. 79-5.2.2(a)(i), to both the Court and Plaintiffs' counsel.

## II. Materials to be filed under seal

As noted above, the materials to be filed under seal are contained in the Attachment to Exhibit 46 of Defendants' Second Supplemental Response. ECF No. 299-5 (Declaration of Peter Jaquez). The Attachment consists of a CDROM containing videos and photographs of facilities operated by CBP. More specifically, the CDROM includes four separate folders corresponding with CBP-operated stations in El Paso, Texas ("EPT"), the Rio Grande Valley, Texas ("RGV"), Tucson, Arizona ("TCA"), and Yuma, Arizona ("YUM"). Defendants procured these video and photographs in response to a request from the Court at the October 6, 2016 hearing, Tr. at 9:22-10:23.

## III. Compelling Reasons Support Sealing Defendants Evidence

The Ninth Circuit recognizes a common law presumption in favor of public access to court records. *Foltz v. State Farm*, 331 F.3d 1122, 1135 (9th Cir. 2003) (citing *Hagestad v. Tragesszer*, 49 F.3d 1430, 1434 (9th Cir. 1995)). Notwithstanding the above, the presumption of public access to judicial documents is not absolute and can be overridden. *Foltz*, 331 F.3d at 1135. A party seeking to seal a judicial record bears the burden of overcoming this presumption by meeting the "compelling reasons" standard. *Id*. In general, "compelling reasons" sufficient to outweigh the public's interest in disclosure and justify sealing court records exist when such "court files might have become a vehicle for improper purposes," such as the use of records in a divorce case, business information that may harm a litigant's competitive standing, information infringing on privacy rights of individuals, and information used to promote public

scandal, circulate libelous statements, or release trade secrets, to name a few. *See, e.g. Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 598 (1978).

Compelling reasons exist for Defendants to file the videos and photographs referenced above under seal. The images contained in the videos and photographs reveal the faces, and hence identities, of individuals held at CBP facilities. Many of these individuals are minors. The privacy rights of these individuals thus outweighs the public's interest in disclosure and thus presents "compelling reasons" for sealing this evidence. *Foltz*, 331 F.3d at 1135. Moreover, redaction of these materials would be impracticable and would impede the Defendants' ability to present the Court with a clear picture of the evidence that it specifically requested at the October 6, 2016 hearing, Tr. at 9:22-10:23.

## IV. Conclusion

For the foregoing reasons, Defendants respectfully requests that the Court issue an order authorizing Defendants to file the Attachment to Exhibit 46 of Defendants' Second Supplemental Response under seal. ECF No. 299-5 (Declaration of Peter Jaquez).

Respectfully submitted on December 16, 2016.

                BENJAMIN C. MIZER
                Principal Deputy Assistant Attorney General
                Civil Division

                WILLIAM C. PEACHEY
                Director
                Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation

By: /s/ *C. Frederick Sheffield*
C. FREDERICK SHEFFIELD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 616-4885
Carlton.f.sheffield@usdoj.gov

CERTIFICATE OF SERVICE

I hereby certify that on December 16, 2016, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *C. Frederick Sheffield*
C. FREDERICK SHEFFIELD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 616-4885
Carlton.f.sheffield@usdoj.gov