1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES; *et al.*,

    Plaintiffs,

       v.

LORETTA LYNCH, Attorney General of the United States; *et al.,*

    Defendants.

Case No. CV 85-4544-DMG

**[Proposed] Order Re: Defendants' Application for Leave to File Evidence Under Seal**

[Hon. Dolly M. Gee]

Having considered Defendants' Application to File Evidence Under Seal, **IT IS HEREBY ORDERED THAT:**

Defendants application is granted.  Defendants are permitted to file the following evidence under seal:

**EVIDENCE TO BE SEALED:**

Attachment to Exhibit 46 (Declaration of Peter Jaquez) of Defendants' Second Supplemental Response in Opposition to Plaintiffs' Motion to Enforce and Appoint a Special Monitor.   ECF No. 299-5.  The Attachment consists of a CDROM containing four folders of photographs and videos of facilities operated by United States Customs and Border Protection.  The titles of the folders, and the contents to be sealed, are as follows:

- "EPT" (El Paso, Texas)
    - ○ 16 photographs
- "RGV" (Rio Grande Valley, Texas)
    - ○ 36 photographs and 2 videos
- "TCA" (Tucson, Arizona)
    - ○ 25 photographs and 7 videos

1

- "YUM" (Yuma, Arizona)
  - o  1 video/slideshow

DATED: _____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE