1

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

2

3

4

5

6

7

8

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

9

10

11

12

13

*Attorneys for plaintiffs (listing continues on following page)*

14

UNITED STATES DISTRICT COURT

15

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17

| JENNY LISETTE FLORES, *et al.*, | ) | Case No. CV 85-4544 DMG (AGRx) |
|---|---|---|
| Plaintiffs, | ) ) | |
| - vs - | ) ) | **EX PARTE APPLICATION TO STRIKE DOCUMENT # 299-6 (DEFENDANTS' EXHIBIT 47)** |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) ) ) ) | Hearing: January 30, 2016 |
| Defendants. | ) ) | |

18

19

20

21

22

23

24

25

*Plaintiffs' counsel, continued:*

26

27

28

1

2    LA RAZA CENTRO LEGAL, INC.
     Michael S. Sorgen (Cal. Bar No. 43107)
3    474 Valencia Street, #295
     San Francisco, CA 94103
4    Telephone: (415) 575-3500

5
     THE LAW FOUNDATION OF SILICON VALLEY
6    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
7    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
     Katherine H. Manning (Cal. Bar No. 229233)
8    Kyra Kazantzis (Cal. Bar No. 154612)
     152 North Third Street, 3rd floor
9    San Jose, CA 95112
     Telephone:   (408) 280-2437
10   Facsimile:   (408) 288-8850
     Email: jenniferk@lawfoundation.org
11          kate.manning@lawfoundation.org
            kyrak@lawfoundation.org
12
13

14   Of counsel:

15
     YOUTH LAW CENTER
16   Alice Bussiere (Cal. Bar No. 114680)
     Virginia Corrigan (Cal. Bar No. 292035)
17   200 Pine Street, Suite 300
     San Francisco, CA 94104
18   Telephone: (415) 543-3379

19

20

21

22

23

24

25

26

27

28

2

1

2    On December 16, 2016 Defendants filed with this Court Defendants' Exhibit 47,

3    Locations of Plaintiffs' Declarants/Deponents, listing the Border Patrol

4
5    Stations/Sectors where over 100 class members or mothers of class members were

6    detained.

7    For what appears to be the first time in this litigation Defendants have filed a

8
9    document identifying by full name a large number of class members and their mothers.

10   In all other filings in this case, both Plaintiffs and Defendants have not disclosed the

11   identities of asylum seekers Class Members and their mothers. As the court has

12
13   recognized in this case, "[p]ursuant to 8 C.F.R. §§ 208.6 and 1208.6 the identities of

14   asylum applicants are confidential." Order Granting Leave to File Deposition Excerpts

15   of Asylum Applicants and Memorandum Identifying Asylum Applicants Under Seal

16
17   [Dkt. # 294].

18   Plaintiffs respectfully request that Defendants' Exhibit 47 be withdrawn from

19   the publicly available record in this case and Defendants ordered to file a redacted

20
21   copy of Defendants' Exhibit 47 consistent with the procedures set forth in Local Rule

22   79-5.[1]

23

24

25

26

27   [1] Plaintiffs undersigned Class Counsel has informed Defendants of his intention to file
this application. Defendants have stipulated to this application.

28

1

2    DATED: December 20, 2016                    Respectfully submitted,

3                                                CENTER FOR HUMAN RIGHTS &
                                                 CONSTITUTIONAL LAW
4                                                Peter A. Schey
                                                 Carlos Holguín
5

6                                                ORRICK, HERRINGTON & SUTCLIFFE LLP
7                                                Elena García

8                                                LA RAZA CENTRO LEGAL, INC.
                                                 Michael Sorgen
9                                                Amanda Alvarado Ford

10

11                                               LAW FOUNDATION OF SILICON VALLEY -
                                                 LEGAL ADVOCATES FOR CHILDREN &
12                                               YOUTH
                                                 Jennifer Kelleher Cloyd
13                                               Katherine H. Manning
                                                 Kyra Kazantzis
14
                                                 Annette Kirkham
15

16                                               Of counsel:

17                                               YOUTH LAW CENTER
18                                               Alice Bussiere
                                                 Virginia Corrigan
19

20    Dated: December 20, 2016                   /s/__Peter Schey_____
                                                 *Attorneys for Plaintiffs*
21

22
      / / /
23

24

25

26

27

28

                                              4

1

2                                CERTIFICATE OF SERVICE

3          I, Peter Schey, declare and say as follows:

4          I am over the age of eighteen years of age and am a party to this action. I am

5   employed in the County of Los Angeles, State of California. My business address is

6   256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

7
           On December 20, 2016 I electronically filed the following document(s):
8

9

10
      • **EX PARTE APPLICATION TO STRIKE DOCUMENT # 299-6
11        (DEFENDANTS' EXHIBIT 47)**

12
   with the United States District Court, Central District of California by using the
13
   CM/ECF system. Participants in the case who are registered CM/ECF users will be
14
   served by the CM/ECF system.
15

16

17                                            /s/__Peter Schey_____
                                              *Attorney for Plaintiffs*
18

19

20

21

22

23

24

25

26

27

28