CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> UNOPPOSED EX PARTE APPLICATION FOR CONTINUATION OF PLAINTIFFS' REPLY BRIEF DUE DATE BY FOUR BUSINESS DAYS <br><br> Hearing: January 30, 2016 |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

On December 12, 2016, the Court ordered that the due dates for Defendants' supplemental response in opposition to Plaintiffs' motion to enforce and Plaintiffs Reply be continued by four business days to December 16, 2016. Plaintiffs are requesting that the due date for their Reply be continued by four business days so that Plaintiffs can finalize their arguments.

Good cause exists for the Court to grant the parties' request. Plaintiffs have been and are continuing to draft their arguments. Also, the December 12, 2016 Order issued by the Court enlarged Defendants' time to respond to 9 business days while only preserving Plaintiffs' time to respond at 5 days.

Because of other professional responsibilities and the holidays, Plaintiffs request additional time to prepare their arguments by four business days. This would move the Plaintiffs' Reply brief, currently due Friday, December 23, 2016, to Thursday, December 29, 2016. Plaintiffs undersigned Class Counsel has informed Defendants of his intention to file this application. Defendants have informed Plaintiffs' counsel that they Defendants do not oppose this application.

DATED: December 23, 2016   Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

3

|  |  |
|---|---|
|  | ORRICK, HERRINGTON & SUTCLIFFE LLP<br>Elena García<br><br>LA RAZA CENTRO LEGAL, INC.<br>Michael Sorgen<br>Amanda Alvarado Ford<br><br>LAW FOUNDATION OF SILICON VALLEY -<br>LEGAL ADVOCATES FOR CHILDREN &<br>YOUTH<br>Jennifer Kelleher Cloyd<br>Katherine H. Manning<br>Kyra Kazantzis<br>Annette Kirkham<br><br>Of counsel:<br><br>YOUTH LAW CENTER<br>Alice Bussiere<br>Virginia Corrigan |
| Dated: December 23, 2016 | /s/ *Peter Schey*<br>*Attorneys for Plaintiffs* |

/ / /

4

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 23, 2016 I electronically filed the following document(s):

- UNOPPOSED EX PARTE APPLICATION FOR CONTINUATION OF PLAINTIFFS' REPLY BRIEF DUE DATE BY FOUR BUSINESS DAYS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*

5