CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>  Plaintiffs, <br> - vs - <br><br> JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>  Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> **[PROPOSED]** ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 4 BUSINESS DAYS <br><br> Hearing: January 30, 2016 |

*Plaintiffs' counsel, continued:*

1

2  LA RAZA CENTRO LEGAL, INC.
   Michael S. Sorgen (Cal. Bar No. 43107)
3  474 Valencia Street, #295
   San Francisco, CA 94103
4  Telephone: (415) 575-3500

5
   THE LAW FOUNDATION OF SILICON VALLEY
6  LEGAL ADVOCATES FOR CHILDREN AND YOUTH
   PUBLIC INTEREST LAW FIRM
7  Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
   Katherine H. Manning (Cal. Bar No. 229233)
8  Kyra Kazantzis (Cal. Bar No. 154612)
   152 North Third Street, 3rd floor
9  San Jose, CA 95112
   Telephone:   (408) 280-2437
10 Facsimile:   (408) 288-8850
   Email: jenniferk@lawfoundation.org
11         kate.manning@lawfoundation.org
           kyrak@lawfoundation.org
12

13 *Of counsel:*

14 YOUTH LAW CENTER
   Alice Bussiere (Cal. Bar No. 114680)
15 Virginia Corrigan (Cal. Bar No. 292035)
   200 Pine Street, Suite 300
16 San Francisco, CA 94104
   Telephone: (415) 543-3379
17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs have submitted an unopposed Ex Parte Application for Continuation of Plaintiffs' Reply Brief Due Date by Four Business Days.

UPON CONSIDERATION of the Plaintiffs' Ex Parte Application for Continuation of Plaintiffs' Reply Brief Due Date by Four Business Days and for the reasons set forth therein and good cause shown, the Court hereby ORDERS that the due date for Plaintiffs' Reply brief, originally set for Friday, December 23, 2016, be continued to Thursday, December 29, 2016.

**IT IS SO ORDERED.**

DATED: [DATE]

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 23, 2016, I electronically filed the following document(s):

- **[PROPOSED] ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 4 BUSINESS DAYS**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*

4