1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **ORDER RE: DEFENDANTS' APPLICATION FOR LEAVE TO FILE EVIDENCE UNDER SEAL [300]** |
| v. | |
| LORETTA LYNCH, Attorney General of the United States; *et al.*, | |
| Defendants. | |

1

Having considered Defendants' Application to File Evidence Under Seal, and good cause having been shown, IT IS HEREBY ORDERED that Defendants' application is **GRANTED**. Defendants are permitted to file the following evidence under seal: Attachment to Exhibit 46 (Declaration of Peter Jaquez) of Defendants' Second Supplemental Response in Opposition to Plaintiffs' Motion to Enforce and Appoint a Special Monitor. [Doc. # 299-5.]

The Attachment consists of a CDROM containing four folders of photographs and videos of facilities operated by United States Customs and Border Protection. The titles of the folders, and the contents to be sealed, are as follows:

- "EPT" (El Paso, Texas)
    - 16 photographs
- "RGV" (Rio Grande Valley, Texas)
    - 36 photographs and 2 videos
- "TCA" (Tucson, Arizona)
    - 25 photographs and 7 videos
- "YUM" (Yuma, Arizona)
    - 1 video/slideshow

The CDROM shall be placed under seal and the materials shall remain confidential. Defendants shall comply with Local Rule 79-3. If the CDROM is an original, when appropriate, it is Defendants' responsibility to request that the CDROM be returned to counsel.

 **IT IS SO ORDERED.**

DATED: December 27, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2