1
2
3
4
5
6
7

8                             **UNITED STATES DISTRICT COURT**

9                             **CENTRAL DISTRICT OF CALIFORNIA**

10

11  JENNY LISETTE FLORES; *et al.*,        Case No. CV 85-4544-DMG

12          Plaintiffs,                    **ORDER RE: PLAINTIFFS'** *EX*
                                           *PARTE* **APPLICATION TO STRIKE**
13          v.                             **DEFENDANTS' EXHIBIT 47 [302]**

14
    LORETTA LYNCH, Attorney General
15  of the United States; *et al.*,

16
            Defendants.
17

18
19
20
21
22
23
24
25
26
27
28

1

Plaintiffs have submitted an *Ex Parte* Application to Strike Document # 299-6 ("Defendants' Exhibit 47"). [Doc. #302.] The Court **DENIES** Plaintiffs' motion to strike Exhibit 47 from the docket.

Plaintiffs have shown good cause, however, to seal Exhibit 47 from the public record. The Court therefore **ORDERS** that the clerk place Doc. # 299-6 **UNDER SEAL**.[1]

**IT IS SO ORDERED.**

DATED: December 27, 2016

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The Court has already temporarily sealed the document pending its review of the *ex parte* application.