1
2
3
4
5
6
7
8
9
10
11
12

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

13
14
15
16
17
18
19
20

JENNY LISETTE FLORES, *et al.*,

    Plaintiffs,

- vs -

JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,

    Defendants.

)
)
)
)
)
)
)
)
)
)
)
)

Case No.: CV 85-4544-DMG (AGRx)

ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 4 BUSINESS DAYS [304]

21
22
23
24
25
26
27
28

Plaintiffs have submitted an unopposed *Ex Parte* Application for Continuation of Plaintiffs' Reply Brief Due Date by Four Business Days.

For good cause shown, the Court hereby ORDERS, *nunc pro tunc*, that the due date for Plaintiffs' Reply brief, originally set for Friday, December 23, 2016, be continued to Thursday, December 29, 2016.

**IT IS SO ORDERED.**

DATED:  December 28, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 23, 2016, I electronically filed the following document(s):

- [PROPOSED] ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 4 BUSINESS DAYS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*