CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> UNOPPOSED EX PARTE APPLICATION FOR CONTINUATION OF PLAINTIFFS' REPLY BRIEF DUE DATE BY THREE BUSINESS DAYS <br><br> Hearing: January 30, 2016 |

*Plaintiffs' counsel, continued on next page:*

La Raza Centro Legal, Inc.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

The Law Foundation of Silicon Valley
Legal Advocates for Children and Youth
Public Interest Law Firm
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org

*Of counsel:*

Youth Law Center
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

Plaintiffs previously requested the due date for their supplemental Reply brief be extended to Thursday, December 29, 2016. *See* Ex Parte Application [Dkt. #304]. Plaintiffs are now requesting that the due date for its Reply brief be continued by an additional three business days to Tuesday, January 3, 2017 so that Plaintiffs can finalize their arguments.

Plaintiffs seek this three business day extension of time to file their supplemental memorandum in support of their motion to enforce because during the past 10 days, Plaintiffs' undersigned counsel had been fully engaged representing a mother and father of two young children arrested by Immigration and Customs Enforcement and held in custody with no bond. Following extensive briefing and a custody hearing, the mother was ordered released from custody on December 23, 2016. Additional extensive briefing was submitted by counsel over the past several days and the father's custody hearing was held yesterday and the father ordered released. Because of the significant amount of time dedicated to the aforementioned custody hearings, the undersigned counsel will be unable to complete Plaintiffs' supplemental memorandum by today, December 29, 2016. See attached Declaration of Peter Schey.

Plaintiffs are therefore respectfully seeking three additional business days, to and including, January 3, 2017, to file their supplemental memorandum.

Defendants' counsel has been provided a copy of this Application and does not oppose it.

DATED: December 29, 2016        Respectfully submitted,

        CENTER FOR HUMAN RIGHTS &
        CONSTITUTIONAL LAW
        Peter A. Schey
        Carlos Holguín

        ORRICK, HERRINGTON & SUTCLIFFE LLP
        Elena García

        LA RAZA CENTRO LEGAL, INC.
        Michael Sorgen
        Amanda Alvarado Ford

        LAW FOUNDATION OF SILICON VALLEY -
        LEGAL ADVOCATES FOR CHILDREN &
        YOUTH
        Jennifer Kelleher Cloyd
        Katherine H. Manning
        Kyra Kazantzis
        Annette Kirkham

        Of counsel:

        YOUTH LAW CENTER
        Virginia Corrigan

Dated: December 29, 2016        /s/ *Peter Schey*
        *Attorneys for Plaintiffs*

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 29, 2016 I electronically filed the following document(s):

- UNOPPOSED EX PARTE APPLICATION FOR CONTINUATION OF PLAINTIFFS' REPLY BRIEF DUE DATE BY THREE BUSINESS DAYS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*

5