DECLARATION OF PETER SCHEY

I, Peter Schey, depose and say:

1. I am writing this declaration in support of Plaintiffs' Ex Parte Application for Continuation of Plaintiffs' Reply Brief Due Date by Three Business Days.

2. Plaintiffs seek a 3 business day extension of time to file their supplemental memorandum in support of their motion to enforce because during the past 10 days, since Defendants filed their supplemental memorandum, Plaintiffs' counsel had been fully engaged representing a mother and father of two young children arrested by Immigration and Customs Enforcement and held in custody with no bond. Following extensive briefing and a custody hearing, the mother was ordered released from custody on December 23, 2016. Additional extensive briefing was submitted by counsel over the past several days and the father's custody hearing was held yesterday. He was ordered released. Because of the significant amount of time dedicated to the aforementioned custody hearings, the undersigned counsel will be unable to complete Plaintiffs' supplemental memorandum by today, December 29, 2016.

3. Plaintiffs are therefore respectfully seeking three additional business days, to and including, January 3, 2017, to file their supplemental

memorandum.

I declare, under penalty of perjury that the foregoing is true and correct.

Dated: December 29, 2016             /s/__*Peter Schey*_____

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 29, 2016, I electronically filed the following document(s):

- **DECLARATION OF PETER SCHEY**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/__*Peter Schey*_____
*Attorney for Plaintiffs*