CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | ) |
| - vs - | ) [PROPOSED] ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 3 BUSINESS DAYS |
| JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, | ) Hearing: January 30, 2016 |
| Defendants. | ) |

*Plaintiffs' counsel, continued:*

1

2 | LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)

3 | 474 Valencia Street, #295
San Francisco, CA 94103

4 | Telephone: (415) 575-3500

5

6 | THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH

7 | PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

8 | Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)

9 | 152 North Third Street, 3rd floor
San Jose, CA 95112

10 | Telephone:     (408) 280-2437

11 | Facsimile:     (408) 288-8850
Email: jenniferk@lawfoundation.org

12 |         kate.manning@lawfoundation.org

13 |         kyrak@lawfoundation.org

14 | *Of counsel:*

15

16 | YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)

17 | 200 Pine Street, Suite 300
San Francisco, CA 94104

18 | Telephone: (415) 543-3379

19

20

21

22

23

24

25

26

27

28

1

2     Plaintiffs have submitted an unopposed Ex Parte Application for Continuation of

3     Plaintiffs' Reply Brief Due Date by Three Business Days.

4     UPON CONSIDERATION of the Plaintiffs' Ex Parte Application for

5

6     Continuation of Plaintiffs' Reply Brief Due Date by Three Business Days and for the

7     reasons set forth therein and good cause shown, the Court hereby ORDERS that the

8

9     due date for Plaintiffs' Reply brief, originally set for Thursday, December 29, 2016, be

10    continued to Tuesday, January 3, 2017.

11        **IT IS SO ORDERED.**

12

13

14

15    DATED: [DATE]                           _____

16                                            THE HONORABLE DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 29, 2016, I electronically filed the following document(s):

- **[**PROPOSED**]** ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 3 BUSINESS DAYS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/__Peter Schey_____
*Attorney for Plaintiffs*

4