UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　Plaintiffs,<br>- vs -<br><br>JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*,<br><br>　　Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 3 BUSINESS DAYS [310] |

Plaintiffs have submitted an unopposed *Ex Parte* Application for Continuation of Plaintiffs' Reply Brief Due Date by Three Business Days.

UPON CONSIDERATION of the Plaintiffs' *Ex Parte* Application for Continuation of Plaintiffs' Reply Brief Due Date by Three Business Days and for good cause shown, the Court hereby ORDERS that the due date for Plaintiffs' Reply brief, originally set for Thursday, December 29, 2016, is continued to Tuesday, January 3, 2017.

**IT IS SO ORDERED.**

DATED: December 29, 2016

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 29, 2016, I electronically filed the following document(s):

- [PROPOSED] ORDER CONTINUING OF PLAINTIFFS' REPLY BRIEF DUE DATE BY 3 BUSINESS DAYS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*