CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

Holly S. Cooper
Director, Immigration Law Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

*Of counsel:*
YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*Attorneys for plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| Jenny Lisette Flores, *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | JOINT REQUEST FOR DECISION ON MOTION TO ENFORCE SETTLEMENT (DKT. 239) |
| v. | |
| Jeh Johnson, Secretary, Dept. of Homeland Security, *et al.*, | Hearing:  None<br>Time:     n/a<br>Room:    n/a |
| Defendants. | |

1       In accordance with Local Rule 83-9 of the Central District of California, the parties jointly request that the Court decide without further delay plaintiffs' motion (Dkt. #239) to enforce the settlement approved herein on January 28, 1997.

      Plaintiffs' motion was submitted for decision on September 16, 2016. Civil Minutes, September 16, 2016 (Dkt. #259). The 120 days Local Rule 83-9.1 prescribes for deciding plaintiffs' motion expired on January 14, 2017.

      In accordance with Local Rule 83-9.3, a copy of this request is being sent to the Chief Judge.

///

| | | |
|---|---|---|
| 1 | Dated: January 17, 2017. | CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW |
| 2 | | Carlos Holguín |
| 3 | | Peter A. Schey |
| 4 | | |
| 5 | | HOLLY COOPER |
| 6 | | University of California Davis School of Law |
| 7 | | |
| 8 | | YOUTH LAW CENTER |
| | | Virginia Corrigan |
| 9 | | |
| 10 | | /s/ Carlos Holguín |
| 11 | Dated: January 17, 2017. | BENJAMIN C. MIZER |
| 12 | | Principal Deputy Assistant Attorney General Civil Division |
| 13 | | LEON FRESCO |
| 14 | | Deputy Assistant Attorney General Civil Division |
| 15 | | WILLIAM C. PEACHEY |
| 16 | | Director, District Court Section |
| 17 | | Office of Immigration Litigation |
| | | WILLIAM C. SILVIS |
| 18 | | Assistant Director, District Court Section |
| 19 | | Office of Immigration Litigation |
| 20 | | /s/ Sarah B. Fabian |
| 21 | | SARAH B. FABIAN |
| 22 | | Senior Litigation Counsel |
| 23 | | Office of Immigration Litigation District Court Section |
| 24 | | P.O. Box 868, Ben Franklin Station |
| 25 | | Washington, D.C. 20044 |
| | | Tel: (202) 532-4824 |
| 26 | | Fax: (202) 305-7000 |
| 27 | | Email: sarah.b.fabian@usdoj.gov |
| | | Attorneys for Defendants |
| 28 | | |