UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | January 24, 2017 |
|---|---|---|---|

| Title | ***Jenny L. Flores, et al. v. Loretta E. Lynch, et al.*** | Page | 1 of 4 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS) ORDER RE DEFENDANTS' EVIDENTIARY OBJECTIONS [217-5]**

On June 3, 2016, Defendants filed objections to evidence Plaintiffs submitted in support of their motion to enforce. [Doc. # 217-5.] Plaintiffs have not responded to these objections. The Court rules on the evidentiary objections as follows:

| Evidence | Ruling |
|---|---|
| Exhibit 1, Declaration of Peter Schey | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told him. *See, e.g.*, Schey Decl. ¶ 5 ("mothers and children interviewed during the site inspections uniformly reported . . ."). Otherwise **overruled**. |
| Exhibit 2, Declaration excerpts as presented by Plaintiffs' counsel within brief. | **Sustained—hearsay.** |
| Exhibit 3, Declaration of Bridget Cambria | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. Otherwise **overruled**. |
| Exhibit 4, Declaration of Carol Anne Donohoe, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Donohoe Decl. ¶ 5 ("my colleagues in Berks and I were notified by attorneys working at the family detention facility in Karnes City, TX that . . ."). Otherwise **overruled**. |
| Exhibit 5, Declaration of Jacquelyn M. Kline, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Kline Decl. ¶ 6 ("Detainees |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | January 24, 2017 |
|---|---|---|---|

| Title | *Jenny L. Flores, et al. v. Loretta E. Lynch, et al.* | Page | 2 of 4 |
|---|---|---|---|

| | have informed me . . ."). Otherwise **overruled**. |
|---|---|
| Exhibit 5, Attachment Ex. D | **Sustained—lacks foundation, hearsay.** |
| Exhibit 5, Attachment Ex. E | **Sustained—lacks foundation.** |
| Exhibit 6, Declaration of Jocelyn L. Dyer, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Dyer Decl. ¶ 11.b. ("The mother reported that . . ."). |
| Exhibit 7, Declaration of Natalia Ospina, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. |
| Exhibit 8, Declaration of Leanne Purdum | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. |
| Exhibit 9, Declaration of Theresa B. Wilkes, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. |
| Exhibit 10, Declaration of Amanda W. Doroshow, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. |
| Exhibit 11, Declaration of Edward McCarthy, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told him. |
| Exhibit 12, Declaration of Robyn Barnard, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. Otherwise **overruled**. |
| Exhibit 12, Attachment Ex. 1 (Human Rights First report) | **Sustained—hearsay** to the extent the report's contents are being offered for the truth of the matter asserted. |
| Exhibit 12, Attachment Ex. 3 (Human Rights First article) | **Sustained—hearsay** to the extent the report's contents are being offered for the truth of the matter asserted. |
| Exhibit 13, Declaration of Karen S. Lucas, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. Otherwise **overruled**. |
| Attachments to Exhibit 13 | **Sustained—hearsay** as to statements within the documents regarding what detainees (or |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | January 24, 2017 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Loretta E. Lynch, et al.*** | Page | 3 of 4 |

| | |
|---|---|
| | non-Defendants) told the document's declarant or author. The Court **overrules** the foundation objection without prejudice as to all documents attached to Exhibit 13, provided that a proper foundation is laid at the evidentiary hearing. (e.g., Exhibit C is a purported Spanish-language copy of agreement to accept an ankle shackle). Defendants may renew their objection to a particular document should a proper foundation not be laid during the evidentiary hearing. |
| Exhibit 14, Declaration of Lindsay M. Harris, Esq. (Flores Violations) | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Harris Decl. ¶ 4 ("I write to share the experiences of some of the clients I represented that week"). |
| Exhibit 15, Declaration of Lindsay M. Harris, Esq. (Medical Conditions), and Exhibits | **Sustained—hearsay** as to statements within Harris' declaration regarding what detainees (or non-Defendants) told her. **Sustained—hearsay** as to statements within detainee declarations regarding what other non-Defendants told them. Otherwise **overruled**. |
| Exhibit 16, Declaration of Lindsay M. Harris, Esq. (Due Process) | **Overruled.** |
| Exhibit 17, Declaration of Manoj Govindaiah, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told him. *See, e.g.*, Govindaiah Decl. ¶ 20 ("Children at the Karnes detention center have routinely told us . . ."). Otherwise **overruled**. |
| Exhibit 18, Declaration of Robert Doggett, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told him. *See, e.g.*, Doggett Decl. ¶ 11 (paraphrasing Professor Luis Zayas's court testimony). Otherwise **overruled**. |
| Exhibit 19, Declaration of Alexander Mensing and attachments | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told him. **Sustained—hearsay** as to |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | January 24, 2017 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Loretta E. Lynch, et al.* | Page | 4 of 4 |

|  | statements within detainee declarations regarding what other non-Defendants told them. |
|---|---|
| Exhibits 21 through 59 | **Sustained—hearsay** as to statements within detainee declarations regarding what other non-Defendants told them. |
| Exhibit 61, Declaration of Luis H. Zayas, Ph.D. | **Overruled.** |
| Exhibit 62, Declaration of Jessica Gorelick | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Gorelick Decl. ¶ 10 ("Many of the mothers also reported that they . . ."). Otherwise **overruled**. |
| Exhibit 63, March 28, 2016 Letter | **Sustained—hearsay** to the extent the letter's contents are being offered for the truth of the matter asserted. |
| Exhibit 64, Declaration of Ana Camila Colon-Villafane, CARA Project Attorney | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Colon-Villafane Decl. ¶ 3 ("the mothers told us that they . . ."). Otherwise **overruled**. |
| Exhibit 65, Declaration of Jodilyn Goodwin, Esq. | **Overruled.** |
| Exhibit 66, Declaration of Michelle Garza Pareja, Esq. | **Sustained—hearsay** as to statements regarding what detainees (or non-Defendants) told her. *See, e.g.*, Pareja Decl. ¶ 8 ("At Karnes mothers complain they do not feel comfortable . . ."). Otherwise **overruled**. |
| Exhibit 67, Declaration of Amy Fischer | **Overruled.** |
| Exhibit 68, Declaration of Karen S. Lucas, Esq. | **Overruled.** |
| Exhibit 69, Declaration of Kathryn E. Shepherd, Esq. | **Overruled.** |

**IT IS SO ORDERED.**