JOYCE A. BRANDA
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8085
Fax: (202) 305-7000
Email: Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LORETTA E. LYNCH, Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544<br><br>**DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL AUTHORIZATION** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to Local Rule 7-19, the above-captioned Defendants, by and through undersigned counsel, hereby apply *ex parte* for a stay of enforcement of the Court's January 20, 2017 Order ("Order") granting Plaintiffs' August 12, 2016 motion to enforce, pending authorization to appeal, and the resolution of any such appeal filed. *See* Minute Order, ECF No. 318.

As set forth in further detail in the memorandum, Defendants submit that good cause exists to grant the relief requested herein. The Court's extraordinary ruling, mandating new affirmative actions for the U.S. Department of Health and Human Services ("HHS") and immigration officials, significantly impacts and infringes upon HHS's express statutory directive and implementing regulations, and places serious administrative burdens on the Executive Office of Immigration Review ("EOIR") and its immigration judges, raising serious legal questions warranting a stay of litigation. *See Golden Gate Rest. Ass'n v. City & Cty. of San Francisco*, 512 F.3d 1112, 1115 (9th Cir. 2008). Without the entry of an immediate stay, Defendants will be irreparably harmed if they are required to comply with the Order before the Ninth Circuit has acted on the appeal. Accordingly, Defendants submit this *ex parte* application seeking immediate relief from this Court.

On January 24, 2017, Defendants' undersigned counsel provided notice of its intent to file this *ex parte* application to Plaintiffs' counsel by telephone. *See* Declaration of Vinita Andrapalliyal ¶ 4. On January 25, 2017, counsel for Defendants followed up via email; Plaintiffs' counsel stated that Plaintiffs would oppose Defendants' application. *Id*. at ¶ 4. Plaintiffs' counsel asked counsel for Defendants to convey their request for three (3) business days, or until January 30, 2017, to respond to Defendants' *ex parte* application. *Id.*

Defendants' application is based on this Notice of Ex Parte Application, the accompanying Memorandum of Points and Authorities, Declaration of Vinita Andrapalliyal, the pleadings, transcripts, records and papers filed herein, and such other and further oral and documentary evidence and legal memoranda as may be presented at or by hearing on this application. A proposed order is lodged herewith.

//

//

//

//

//

//

//

//

//

Dated: January 25, 2017 Respectfully submitted,

JOYCE A. BRANDA
Acting Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

By: /s/ Vinita B. Andrapalliyal
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8085
Facsimile: (202) 305-7000
Email: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I certify that on January 24, 2017, I served a copy of the foregoing by filing this document with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to this document to all attorneys of record:

/s/ Vinita B. Andrapalliyal
Vinita B. Andrapalliyal
Trial Attorney
United States Department of Justice