JOYCE A. BRANDA
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 598-8085
    Fax: (202) 305-7000
    Email: Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DECLARATION IN SUPPORT OF DEFENDANTS' EX PARTE APPLICATION FOR A STAY PENDING APPEAL AUTHORIZATION** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States; *et al.*, | |
| Defendants. | |

1

# DECLARATION OF VINITA B. ANDRAPALLIYAL

I, VINITA ANDRAPALLIYAL, declare:

1. I am co-counsel for the Defendants.

2. On January 20, 2017, the Court entered a preliminary injunction that orders Defendants to "forthwith comply with Paragraph 24A of the *Flores* Agreement" by providing unaccompanied minors in the care and custody of the U.S. Department of Health and Human Services ("HHS") with bond hearings in front of an immigration judge.

3. Defendants seek the entry of a stay of the Court's January 20, 2017 Order. Because this matter requires immediate action that cannot be accommodated through a regularly noticed motion, Defendants have filed the accompanying ex parte application seeking entry of a stay of the Court's Order pending authorization to appeal, and pending resolution of any such appeal filed.

4. On January 24, 2017, Defendants' counsel notified Plaintiffs' counsel by telephone during a meet and confer conference call of the intention to file the accompanying ex parte application and the relief sought. On January 25, 2017, counsel for Defendants again informed counsel for Plaintiffs of their intent to file the ex parte application, and inquired about Plaintiffs' position on the application. Plaintiffs' counsel advised Defendants' counsel that Plaintiffs oppose the application, and asked counsel for Defendants to indicate their request for three (3)

business days of Defendants' ex parte filing, or until January 30, 2017, to file a response to the application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 25, 2017, at Washington, D.C.

/s/ <i>Vinita Andrapalliyal</i><br>VINITA ANDRAPALLIYAL