JOYCE A. BRANDA
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 598-8085
    Fax:  (202) 305-7000
    Email:  Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **[PROPOSED] ORDER GRANTING APPLICATION FOR A STAY PENDING APPEAL AUTHORIZATION** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States; *et al.*, | |
| Defendants. | |

The Court, having considered Defendants' Ex Parte Application for the Entry of a Stay, and all materials and arguments submitted in relation thereto, hereby orders as follows:

IT IS HEREBY ORDERED that Defendants' Ex Parte Application for a stay of all proceedings in the present litigation pending authorization to appeal, and resolution of any such appeal, is GRANTED.  The Court's January 20, 2017, Order requiring Defendants to "forthwith comply with Paragraph 24A of the *Flores Agreement*" by providing unaccompanied alien children in the care and custody of the U.S. Department of Health and Human Services with a bond hearing in front of an immigration judge is hereby stayed until further order of this Court.

SO ORDERED.

DATED: _____ \_\_\_, 2017

_____
HON. DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2