JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel,
C. FREDERICK SHEFFIELD
Trial Attorney
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 305-7000
Email: carlton.f.sheffield@usdoj.gov
Attorneys for Defendants

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY Q. YATES, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **Defendants' Amended Exhibits 42 and 44 to Defendants' December 12, 2016 Second Supplemental Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor.** <br><br> [Hon. Dolly M. Gee] |

Defendants submit the following amended versions of Exhibit 42 (ECF No. 299-1) and Exhibit 44 (ECF No. 299-3) to Defendants' Second Supplemental Response in Opposition to Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor (ECF No. 296). *See* Exhibit A (Amended Second Declaration of Juanita Hester) and Exhibit B (Amended Declaration of Homero D. Salinas). Counsel for Defendants learned on January 27, 2017, that, because of technical errors, the originally submitted exhibits reflect incomplete information regarding the numbers of minors transferred out of Immigration and Customs Enforcement facilities at Karnes, Texas, and Dilley, Texas. Accordingly, Defendants request that the amended versions be substituted for the originally filed versions of Exhibit 42 and Exhibit 44.

DATED: January 27, 2017          Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

-1-

SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation

By: /s/ *C. Frederick Sheffield*
C. FREDERICK SHEFFIELD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 616-4885
Carlton.f.sheffield@usdoj.gov
*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *C. Frederick Sheffield*
C. FREDERICK SHEFFIELD
U.S. Department of Justice, Civil Division
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 616-4885
Carlton.f.sheffield@usdoj.gov

–3–