JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
C. FREDERICK SHEFFIELD
Trial Attorney
SARAH B. FABIAN
Senior Litigation Counsel,
District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4737
Fax: (202) 305-7000
Email: carlton.f.sheffield@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> SALLY Q. YATES, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **Defendants' Statement Regarding Witnesses for January 30, 2017 Evidentiary Hearing** <br><br> [Hon. Dolly M. Gee] |

Defendants acknowledge the Court's October 7, 2016 order limiting the January 30, 2017 evidentiary hearing in this case to cross-examination and redirect examination (ECF No. 274). Defendants apologize to the Court if they misinterpreted that order, as Defendants understood that it required Plaintiffs to produce any witnesses on whose testimony they intended to rely at the January 30, 2016 hearing for cross-examination by Defendants. In accordance with this position, Defendants made arrangements to produce for the January 30, 2017 hearing the witnesses on whose testimony Defendants intended to rely. Defendants have expressed this position to Plaintiffs' counsel numerous times, and have stated that they would object to the Court's consideration of inadmissible out of court statements made by witnesses who were not produced for examination at the hearing. *See also* Joint Status Report, November 22, 2016, ECF No. 279 at 9. Defendants also have consistently objected to consideration by the Court of all inadmissible hearsay, *see* Fed. R. Evid. 802, and statements that lack adequate foundation, *see* Fed. R. Evid. 602. *See* ECF No. 296-1 (Defendants' Statement of Evidentiary Objections to Plaintiffs' Statement of Uncontroverted Facts). The majority of Defendants' objections remain pending.

Plaintiffs have stated that they do not intend to bring to the January 30, 2017 hearing any of the witnesses on whose testimony they intend to rely, so that these individuals therefore will not be available for cross-examination and redirect examination. Defendants reiterate their objections to the Court's consideration of the statements of these individuals both on the evidentiary grounds noted above, and on the ground that Plaintiffs are not making these witnesses available for cross-examination. Defendants respectfully reiterate their request that if the statements of these individuals are to be considered by the Court, Plaintiffs should be required – at a minimum – to make them available for cross-examination at an evidentiary hearing before the Court.

DATED: January 27, 2017

Respectfully submitted,

JOYCE R. BRANDA
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

By: /s/ *Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
C. FREDERICK SHEFFIELD
Trial Attorney
District Court Section
Office of Immigration Litigation
U.S. Department of Justice, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 616-4885
Sarah.B.Fabian@usdoj.gov
*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2017, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

By: /s/ *Sarah B. Fabian*

-3-