UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **CV 85-4544-DMG (AGRx)**                                      Date   January 30, 2017

Title   *Jenny L. Flores v. Loretta E. Lynch, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Jacob Yerke | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Peter Schey | Sarah B. Fabian |
|  | Colin A. Kisor |
|  | Louisa Slocum |
|  | Wendy Wallace |
|  | Carollyn D. Jackson |

**Proceedings:  Plaintiffs' Motion to Enforce Settlement and Appoint a Special Monitor [201] [202] [256]**

The cause is called and counsel state their appearance.  Counsel engage in oral argument.

The Court orders Plaintiffs to file any opposition to Defendants' *Ex Parte* Application for Stay Pending Appeal [Doc. # 322] by January 31, 2017.

Additionally, the Court orders the parties to file supplemental briefs on the subject of whether designation of an individual to expedited removal requires mandatory detention and whether an expedited removal order is necessarily a final order of removal.  The briefs are not to exceed 5 pages, and are due no later than February 6, 2017.  Upon the completion of supplemental briefing, Plaintiff's Motion to Enforce Settlement and Appoint a Special Master shall be taken under submission.

1:40