# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA E. LYNCH, Attorney General of the United States; et al., <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER DENYING *EX PARTE* APPLICATION FOR A STAY PENDING APPEAL AUTHORIZATION [322]** |

The Court has reviewed and considered the written submissions in support of and in opposition to Defendants' *ex parte* application for a stay pending appeal of the Court's January 20, 2017 Order re Plaintiffs' Motion to Enforce. [Doc. ## 318, 322, and 331.]

As Defendants point out, the Court must consider the following factors in evaluating their stay application:

> (1) a strong likelihood of success on the merits, (2) the possibility of irreparable injury to [the requesting party] if preliminary relief is not granted, (3) a balance of hardships favoring [the requesting party], and (4) advancement of the public interest (in certain cases).

*Natural Resources Defense Council, Inc. v. Winter*, 502 F.3d 859, 862 (9th Cir. 2007) (italics omitted).

Having duly considered Defendants' stay application in light of the relevant standard, the Court finds that Defendants have not met their burden of demonstrating good cause for a stay. To the contrary, the Court's review of the circumstances underlying its January 20, 2017 Order strongly militate against the imposition of a stay.

Accordingly, Defendants' *ex parte* application for a stay of the Court's January 20, 2017 Order pending appeal is DENIED.

DATED: February 3. 2017

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE