UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | February 3, 2017 |
|---|---|---|---|
| Title | *Jenny L. Flores v. Jeh Johnson, et al.* | Page | 1 of 2 |

Present: The Honorable  **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER TO COMPLY WITH L.R. 79-5**

    **1.**    **Plaintiffs' and Defendants' Exhibits**

In connection with their motion to enforce, Plaintiffs filed redacted versions of Exhibits 12, 13, 15, 18, and 19. *See* Doc. # 201-1, 201-2, 201-3, 201-4. Specifically, these exhibits all contain attachments with redactions. The redacted attachments include detainee declarations. *See* Exhibits 12 (attachment 3), 13 (attachments D, E, F, G, H, I, J, K, L, M, N, O, P), 15 (all attachments), 18 (attachment 6), 19 (all attachments).

Similarly, in connection with their opposition, Defendants filed a number of redacted exhibits: attachment A to Exhibit 4 (Todd Hoffman), and all attachments to Exhibits 16 and 41 (David W. Strange). *See* Doc. ## 209-1, 214-1, 298-12. The Strange attachments include redacted activity logs from e3DM. Defendants also filed redacted excerpts from witness depositions. *See* Doc. # 298 (Exhibits 32–40).

By filing redacted versions without leave of Court, the parties violated the Local Rules. *See* L.R. 79-5.2 ("[N]o case or document may be filed under seal without first obtaining approval by the Court.").

The Court therefore orders the parties to comply with Local Rule 79-5 and follow the proper procedures to file unredacted versions of the affected documents under seal for the Court's review. The parties shall file sealing requests that comply with the local rules by **February 7, 2017**.

    **2.**    **Court's December 15, 2016 Sealing Order**

On December 15, 2016, the Court granted Plaintiffs' request to file certain documents in their redacted form. [Doc. # 294.] While Plaintiffs filed the unredacted version of their statement of uncontroverted fact (albeit over two weeks late), *see* Doc. # 314, Plaintiffs never

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544 DMG (AGRx)** | Date | February 3, 2017 |
| Title | *Jenny L. Flores v. Jeh Johnson, et al.* | Page | 2 of 2 |

filed various deposition transcripts (Exhibits 10–15, 17–20) or their supplemental memorandum of points and authorities in unredacted form consistent with the Court's Order.

     Accordingly, the Court orders Plaintiffs to comply with the Court's December 15, 2016 Order and file these documents in unredacted form under seal by **February 7, 2017**.

**IT IS SO ORDERED.**