# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> LORETTA LYNCH, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **[Proposed] Order Re: Defendants' Application to File Previously Redacted Exhibits Under Seal** <br><br> [Hon. Dolly M. Gee] |

Having considered Defendants' Application to File Evidence Under Seal, **IT IS HEREBY ORDERED THAT:**

Defendants' application is granted. Defendants are permitted to file the following evidence under seal:

**EVIDENCE TO BE SEALED:**

- Unredacted version of Defendants' Exhibit 4 (Declaration of Todd Hoffman, and Attachment A), previously filed as ECF No. 209-1;
- Unredacted version of Defendants' Exhibit 16 (First Declaration of David W. Strange, and Attachments A-R), previously filed as ECF No. 214-1;
- Unredacted version of Defendants' Exhibit 41 (Second Declaration of David W. Strange, and Attachments AA-DD), previously filed as ECF No. 298-12;
- Unredacted versions of Defendants' Exhibits 32 through 40 (deposition excerpts), previously filed as ECF No. 298.

DATED: _____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE