CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>DANA J. BOENTE, ACTING ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>UNOPPOSED APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 3, 2017; DECLARATION OF CLASS COUNSEL |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
         kate.manning@lawfoundation.org
         kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

ii

This is an unopposed application seeking leave to file in the public record the various declarations attached to Plaintiffs' Exhibits of asylum applicant class member children and their mothers with identifying information redacted so as to protect the identities of applicants for asylum.[1] These exhibits include:

- Exhibit 12, attachment 6
- Exhibit 13, attachments D, E, F, H, I, J, K, M, N, P
- Exhibit 15, attachments B, C, D, E, F, G, H, J, K, L, M, N, O, P, Q, S, T, U
- Exhibit 18, attachment 6
- Exhibit 19, attachments AA, BB, C, CC, D, DD, E, EE, F, G, GG, H, HH, I, II, JJ, KK, L, LL, M, MM, N, NN, O, OO, P, PP, Q, QQ, R, RR, S, SS, T, TT, U, V, VV, W, Z

Pursuant to 8 C.F.R. §§208.6 and 1208.6 the identities of asylum applicants are confidential. See Declaration of Peter Schey attached hereto. Defendants have indicated that they do not oppose the filing of this application.

---

[1] With regards to Exhibits 13, 15, and 19, Plaintiffs have disclosed all available unredacted attachments to exhibits, with the exception of attachments G, L, O to Exhibit 13, attachments A, I, R to Exhibit 15, and A, B, FF, J, K, UU to Exhibit 19. Despite diligent efforts since entry of the Court's Order, Plaintiffs have been unable to secure unreduced attachments to file with the Court. If Plaintiffs obtain these documents promptly, they will seek an order permitting their filing under seal. The unavailability of unredacted copies of the foregoing attachments to Exhibits 13, 15, and 19, is not of material significance in light of the other evidence presented by Plaintiffs and the minimal disputes of material facts involved in the present Motion.

A proposed Order granting this application is lodged herewith.

Dated: February 8, 2017.                    Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Carlos Holguín
Peter A. Schey

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN &
YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Kyra Kazantzis

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

/s/   *Peter Schey*
*Attorneys for Plaintiffs*

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On February 8, 2017, I electronically filed the following document(s):

- UNOPPOSED APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED FEBRUARY 3, 2017; DECLARATION OF CLASS COUNSEL

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*