1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | ) |
| - vs - | ) ORDER RE APPLICATIONS TO FILE |
| | ) PREVIOUSLY REDACTED EXHIBITS |
| DANA J. BOENTE, ACTING ATTORNEY | ) UNDER SEAL [338, 341] |
| GENERAL OF THE UNITED STATES, *et al.*, | ) |
| Defendants. | ) |

1

Having considered Plaintiffs' and Defendants' respective Applications to File Evidence Under Seal, IT IS HEREBY ORDERED THAT:

Plaintiffs' and Defendants' applications are **GRANTED**. The parties are permitted to file the following evidence under seal:

1. Unredacted version of Defendants' Exhibit 4 (Declaration of Todd Hoffman, and Attachment A), previously filed as Doc. # 209-1;

2. Unredacted version of Defendants' Exhibit 16 (First Declaration of David W. Strange, and Attachments A-R), previously filed as Doc. # 214-1;

3. Unredacted version of Defendants' Exhibit 41 (Second Declaration of David W. Strange, and Attachments AA-DD), previously filed as Doc. # 298-12;

**4.** Unredacted versions of Defendants' Exhibits 32 through 40 (deposition excerpts), previously filed as Doc. # 298; and

5. Unredacted versions of Plaintiffs' attachments to Exhibits 12, 13, 15, 18, and 19, previously filed as Doc. ## 201-1, 201-2, 201-3, and 201-4.

Pursuant to Local Rule 79-5.2.2(c), the parties shall e-file these unredacted documents under seal within three (3) days after this Order.

DATED: February 9, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE