CHAD A. READLER
Acting Assistant Attorney General, Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 598-8085
    Email:  Vinita.b.andrapalliyal@usdoj.gov
*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Hon. Dolly M. Gee |
| JEFFERSON B. SESSIONS III,[1] Attorney General of the United States; *et al.*, | |
| Defendants. | |

---

[1] On February 9, 2017, Jefferson B. Sessions III was sworn in in as Attorney General of the U.S. Department of Justice, automatically substituting for Loretta E. Lynch, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

Defendants Thomas E. Price, M.D.,[2] Secretary of Health and Human Services and the U.S. Department of Health and Human Services; Jefferson B. Sessions III, United States Attorney General, and the U.S. Department of Justice and its subordinate entity the Executive Office for Immigration Review; and John Kelly,[3] Secretary of Homeland Security, and the U.S. Department of Homeland Security and its subordinate entities U.S. Immigration and Customs Enforcement, hereby appeal the January 20, 2017 Minute Order, ECF No. 318, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

//

//

---

[2] On February 10, 2017, Thomas E. Price, M.D., was sworn in in as Secretary of the U.S. Department of Health and Human Services, automatically substituting for Sylvia Matthews Burwell, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

[3] On January 20, 2017, John F. Kelly was sworn in as Secretary of the Department of Homeland Security, automatically substituting for Jeh Johnson, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

1

DATED: February 17, 2017  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General,
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director,
SARAH B. FABIAN
Senior Litigation Counsel,

<u>*/s/ Vinita B. Andrapalliyal*</u>
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 598-8085
Fax: (202) 305-7000
Email: Vinita.b.andrapalliyal@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 17, 2017, I served the foregoing with attachment on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants