FILED

FEB 24 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General; et al., <br><br> Defendants-Appellants. | No.   17-55208 <br><br> D.C. No. <br> 2:85-cv-04544-DMG-AGR <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before:  CANBY, CLIFTON, and FRIEDLAND, Circuit Judges (per curiam).

This is an appeal from an order enforcing a provision of a consent decree.

Appellants' motion to stay the district court's January 20, 2017 order pending appeal (Docket Entry No. 2) is granted.  *See Winter v. Natural Res. Def. Council, Inc.*, 555 U.S. 7 (2008).  We do not suggest a conclusion as to the merits of the appeal.  Given a sufficient showing of irreparable harm, a stay is appropriate when an appeal presents "serious legal questions." *Leiva-Perez v. Holder*, 640 F.3d 962, 967-68 (9th Cir. 2011) (per curiam) ("[T]his stay factor does not require the moving party to show that her ultimate success is probable. . . .").

On our own motion, we expedite this appeal.

The briefing schedule shall proceed as follows: the opening brief is due March 3, 2017, the answering brief is due March 10, 2017, and the optional reply brief is due March 17, 2017.

The Clerk shall calendar this case before a randomly selected panel among all possible sittings in April 2017.

The Government's request for an administrative stay pending decision of this stay motion is dismissed as moot.