UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544 DMG (AGRx) | Date | February 28, 2017 |
| Title | *Jenny L. Flores, et al. v. Loretta E. Lynch, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE MISSING DEPOSITION TRANSCRIPT PAGES**

On December 6, 2016, Plaintiffs filed their supplemental brief in support of their motion to enforce. [Doc. # 287.] Footnote 54 on page 23 of the brief cites to transcript pages from the deposition of Philip Miller. The cited pages (141–143), however, appear to be missing. *See* Doc. # 287-3 (Exhibit 9).

The Court orders Plaintiffs to file the missing pages on the docket by **March 2, 2017**.

**IT IS SO ORDERED**.