CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
    crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>    Plaintiffs, <br><br> - vs - <br><br> JEH JOHNSON, SECRETARY, U.S. DEPARTMENT OF HOMELAND SECURITY, *et al.*, <br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> JOINT STATEMENT REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT <br><br> Hearing: None scheduled |

*Plaintiffs' counsel, continued on next page:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

On November 2, 2016, Plaintiffs filed a Motion for Fees and Costs under the Equal Access to Justice Act with exhibits ("Plaintiffs' Fees Motion") in the Ninth Circuit Court of Appeals. [Court of Appeals Docket # 65].[1] On November, 16, 2016, the Circuit Court granted Defendants'/Appellants' application to remand Plaintiffs' Fees Motion to the District Court [Court of Appeals Docket # 67; District Court Docket #276].

The parties respectfully request that the Court approve a briefing and hearing schedule with regards to Plaintiffs' Fees Motion.

The parties propose that Defendants' opposition to Plaintiffs' Fees Motion be filed on or before April 28, 2017; that Plaintiffs' reply brief, if any, be filed on or before May 26, 2017; that Plaintiffs' Fees Motion be scheduled for hearing on June 9, 2017, or as soon thereafter as may be scheduled by the Court.

A proposed order is being lodged herewith.

Respectfully submitted,

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

---

[1] A copy of Plaintiffs' Motion for Fees and Costs under the Equal Access to Justice Act and exhibits filed with the Ninth Circuit Court of Appeals is filed herewith as Exhibit A.

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen
Amanda Alvarado Ford

LAW FOUNDATION OF SILICON VALLEY - LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Kyra Kazantzis
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

Dated: March 16, 2017        /s/ *Peter Schey*
                             *Attorneys for Plaintiffs*

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 16, 2017 I electronically filed the following document(s):

- JOINT STATEMENT REGARDING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*