CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>- vs -<br><br>LORETTA E. LYNCH, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT<br><br>DATE: NO HEARING DATE SET<br>[HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          kyrak@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

The Court has reviewed and considered the Joint Statement Regarding Briefing Schedule for Plaintiffs' Motion for Fees and Costs Under the Equal Access to Justice Act [Doc. #____], and for good cause shown,

IT IS HEREBY ORDERED that the briefing schedule is GRANTED. Defendants' shall file their opposition to Plaintiffs' Fees Motion on or before April 28, 2017; Plaintiffs' reply brief, if any, shall be filed on or before May 26, 2017. Plaintiffs' Fees Motion is scheduled for hearing on June 9, 2017 at 9:30 AM.

IT IS SO ORDERED.

Dated: _____, 2017.

                                                      Dolly M. Gee
                                                      United States District Judge

Presented by —

/s/_____
Peter A. Schey
Class Counsel for Plaintiffs


/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 16, 2017, I electronically filed the following document(s):

- [PROPOSED] ORDER GRANTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*