UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA,

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br> - vs - <br><br> LORETTA E. LYNCH, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> ORDER GRANTING BRIEFING SCHEDULE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [351] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The Court has reviewed and considered the Joint Statement Regarding Briefing Schedule for Plaintiffs' Motion for Fees and Costs Under the Equal Access to Justice Act [Doc. # 351], and for good cause shown,

IT IS HEREBY ORDERED that the briefing schedule is approved. Defendants shall file their opposition to Plaintiffs' Fees Motion on or before April 28, 2017; Plaintiffs' reply brief, if any, shall be filed on or before May 26, 2017. Plaintiffs' Fees Motion is scheduled for hearing on **June 9, 2017 at 9:30 a.m.**

IT IS SO ORDERED.

DATED: March 17, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE