CHAD A. READLER
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 598-8085
    Fax: (202) 305-7000
    Email: Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **Defendants' (Unopposed) Ex Parte Motion to Extend Briefing Schedule for Plaintiffs' Motion for Fees and Costs** |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | **Memorandum of Points and Authorities;** |
| | **Declaration;** |
| Defendants. | **[PROPOSED] Order**. |

## **Defendants' (Unopposed) Ex Parte Application for Extension**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court extending the motion hearing date on Plaintiffs' Motion for Fees and Costs under the Equal Access to Justice Act from June 9, 2017 to June 23, 2017, or as soon thereafter as may be scheduled by the Court, with the related motion response dates also extendedas follows: Defendants' opposition to Plaintiffs' Fees Motion would be due on or before May 12, 2017; and Plaintiffs' reply brief, if any, will be filed on or before June 9, 2017.

Defendants request this continuance and extension of time for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email, and counsel for Plaintiffs has stated that Plaintiffs will not oppose this Application.

| | |
|---|---|
| Dated: April 24, 2017 | Respectfully submitted |
| | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division |
| | AUGUST E. FLENTJE<br>Special Counsel to the Assistant Attorney General<br>Civil Division |
| | WILLIAM C. PEACHEY<br>Director |
| | WILLIAM C. SILVIS<br>Assistant Director |
| | SARAH B. FABIAN<br>Senior Litigation Counsel |
| | By: /s/ Vinita B. Andrapalliyal<br>VINITA B. ANDRAPALLIYAL<br>Trial Attorney<br>United States Department of Justice<br>Civil Division<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, DC 20044<br>Telephone: (202) 598-8085<br>Facsimile: (202) 305-7000<br>Email: Vinita.b.andrapalliyal@usdoj.gov |
| | *Attorneys for Defendants* |

2

# **CERTIFICATE OF SERVICE**

CASE NO. CV 85-cv-4544

    I certify that on April 24, 2017, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                             /s/ Vinita B. Andrapalliyal

                                             VINITA B. ANDRAPALLIYAL
                                             Trial Attorney
                                             United States Department of Justice