# DECLARATION OF VINITA B. ANDRAPALLIYAL

I, VINITA B. ANDRAPALLIYAL, declare:

1. I am a Trial Attorney with the U.S. Department of Justice, and am assigned to handle the instant motion. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.
2. Defendants request the Court to continue the motion hearing on Plaintiffs' Motion for Fees and Costs, with the related response dates continued in accordance with Local Rule 7-11. Defendants require an extension of the dates for the following reasons.
3. Counsel for Defendants recently received a temporary restraining order in one of her cases, necessitating expedited briefing regarding a preliminary injunction and other time-consuming meetings with agencies and other members of the litigation team.
4. Counsel for Defendants also incurred unexpected family obligations, necessitating travel home and limiting her ability to work on the motion outside of office hours.
5. Because of the importance of the issues involved, the voluminous and lengthy fees records submitted by Plaintiffs' team of attorneys, and the need for the involvement of the multiple agencies and their counsel (including DHS, ICE, and CBP) in the drafting and review process for Defendants' filings, Defendants require an additional two weeks to prepare and finalize their response to Plaintiffs' motion.
6. The parties submit that this request is not for the purpose of undue delay, and agree that the continuance will not prejudice either party
7. Plaintiffs' counsel has stated that they will not oppose Defendants' request to move the hearing date to June 24, 2016, and do not oppose moving the briefing dates as requested in Defendants' Ex Parte Application..

8. Good cause, therefore, exists for this request. Accordingly, the parties request the Court to approve the adjusted briefing schedule.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 24, 2017 at Washington, District of Columbia.

                                       */s/ Vinita B. Andrapalliyal*
                                       VINITA B. ANDRAPALLIYAL