CHAD A. READLER
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 598-8085
    Fax:  (202) 305-7000
    Email:  Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | |
| v. | **ORDER EXTENDING HEARING DATE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS TO JUNE 23, 2017** |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | **[Hon. Dolly M. Gee]** |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendant's Ex Parte Application to Extend Motion Hearing Date to June 23, 2017.

UPON CONSIDERATION of the Ex Parte Application, and for the reasons set forth therein, the Court hereby ORDERS that the hearing date on Plaintiffs' Motion for Fees and Costs is hereby extended from June 3, 2017 to June 23, 2017. In addition, Defendants' opposition to Plaintiffs' Fees Motion is due on or before May 12, 2017; and Plaintiffs' reply brief, if any, will be filed on or before June 9, 2017.

**IT IS SO ORDERED.**

DATED: _____, 2017.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE