UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General of the United States; et al., <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER CONTINUING HEARING DATE FOR PLAINTIFFS' MOTION FOR FEES AND COSTS TO JUNE 23, 2017 [353]** |

THIS CAUSE comes before the Court upon Defendant's unopposed *Ex Parte* Application to Extend Motion Hearing Date to June 23, 2017.

UPON CONSIDERATION of the *Ex Parte* Application, and good cause having been shown, the Court hereby ORDERS that the hearing date on Plaintiffs' Motion for Fees and Costs is hereby continued from June 3, 2017 to **June 23, 2017 at 10:00 a.m.** In addition, Defendants' opposition to Plaintiffs' Fees Motion is due on or before May 12, 2017; and Plaintiffs' reply brief, if any, will be filed on or before June 9, 2017.

IT IS SO ORDERED.

DATED: April 25, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE