# EXHIBIT A

Defs.' Opp. to Pls.' Mot. for Fees and Costs - Defs.' EAJA Calculations

Defendants' Proposed EAJA Calculations

| Legal Team Member | 2014 hours | 2014 Fees @ stat rate (190.06) | 2015 hours | 2015 Fees @ stat rate (190.28) | 2016 hours | 2016 Fees @ stat rate (191.70) | Total stat fees | Total fees enhanced rates certain counsel |
|---|---|---|---|---|---|---|---|---|
| CHRCL | | | | | | | | |
| Peter Schey ($875/hr) | 46.75 | $8,885.31 | 372.45 | $70,869.79 | 236.8 | $45,394.56 | $125,149.65 | $574,000.00 |
| Carlos Holguin ($725/hour) | 254.59 | $48,387.38 | 171.69 | $32,669.17 | 6.39 | $1,224.96 | $82,281.51 | $313,685.75 |
| Marchela lahdjian | 0 | $0.00 | 109.8 | $20,892.74 | 0 | $0.00 | $20,892.74 | $21,002.54 |
| Chapman Noam | 0 | $0.00 | 5.5 | $1,046.54 | 54.33 | $10,415.06 | $11,461.60 | $11,521.43 |
| | | | | | | | | |
| Orrick etc | | | | | | | | |
| Elena Garicia | 58.26 | $11,072.90 | 104.56 | $19,895.68 | 54.52 | $10,451.48 | $41,420.06 | $41,579.14 |
| William Molinski | 0.2 | $38.01 | 9.7 | $1,845.72 | 0 | $0.00 | $1,883.73 | $1,893.43 |
| T. Wayne Harman | 13.3 | $2,527.80 | 137.6 | $26,182.53 | 0.7 | $134.19 | $28,844.52 | $28,982.82 |
| | | | | | | | | |
| Foundation etc. | | | | | | | | |
| Kate Manning ($543/hour) | 35.1 | $6,671.11 | 170.1 | $32,366.63 | 4 | $766.80 | $39,804.53 | $113,595.60 |
| | | | | | | | | |
| Youth Law Center | | | | | | | | |
| Alice Bussiere ($800/hour) | 5.1 | $969.31 | 54.6 | $10,389.29 | 5.5 | $1,054.35 | $12,412.94 | $52,160.00 |
| Virginia Corrigan | 5.6 | $1,064.34 | 45.5 | $8,657.74 | 65.08 | $12,475.84 | $22,197.91 | $22,308.49 |
| **Totals** | | | | | | | **$386,349.19** | **$1,180,729.20** |

Defs.' Opp. to Pls.' Mot. for Fees and Costs - Defs.' EAJA Calculations

| Legal Team Member | Total hours | % of Hours Billed at 2014 stat rate (190.06) | % of Hours Billed at 2015 stat rate (190.06) | % of Hours Billed at 2016 stat rate (190.06) |
|---|---|---|---|---|
| CHRCL | | | | |
| Peter Schey ($875/hr) | 656 | 7% | 56.78% | 36.10% |
| Carlos Holguin ($725/hour) | 432.67 | 58.84% | 39.68% | 1.48% |
| Marchela Iahdjian | 109.8 | 0.00% | 100.00% | 0.00% |
| Chapman Noam | 59.83 | 0.00% | 9.19% | 90.81% |
| | | | | |
| Orrick etc | | | | |
| Elena Garicia | 217.34 | 26.81% | 48.11% | 25.09% |
| William Molinski | 9.9 | 2.02% | 97.98% | 0.00% |
| T. Wayne Harman | 151.6 | 8.77% | 90.77% | 0.46% |
| | | | | |
| Foundation etc. | | | | |
| Kate Manning ($543/hour) | 209.2 | 16.78% | 81.31% | 1.91% |
| | | | | |
| Youth Law Center | | | | |
| Alice Bussiere ($800/hour) | 65.2 | 7.82% | 83.74% | 8.44% |
| Virginia Corrigan | 116.18 | 4.82% | 39.16% | 56.02% |
| **Totals** | **2027.72** | | | |

Defs.' Opp. to Pls.' Mot. for Fees and Costs - Defs.' EAJA Calculations

| Legal Team Member | Reduction for Partial Success: % | Partial Success: Remaining Hours | Partial Success: Remaining Amount Billed for 2014 | Partial Success: Remaining Amount Billed for 2015 | Partial Success: Remaining Amount Billed for 2016 |
|---|---|---|---|---|---|
| CHRCL | | | | | |
| Peter Schey ($875/hr) | -40% | 393.6 | 28.05 | 223.47 | 142.08 |
| Carlos Holguin ($725/hour) | -40% | 259.602 | 152.754 | 103.014 | 3.834 |
| Marchela Iahdjian | -40% | 65.88 | 0 | 65.88 | 0 |
| Chapman Noam | -40% | 35.898 | 0 | 3.3 | 32.598 |
| | | | | | 0 |
| Orrick etc | | | | | 0 |
| Elena Garicia | -40% | 130.404 | 34.956 | 62.736 | 32.712 |
| William Molinski | -40% | 5.94 | 0.12 | 5.82 | 0 |
| T. Wayne Harman | -40% | 90.96 | 7.98 | 82.56 | 0.42 |
| | | | | | 0 |
| Foundation etc. | | | | | 0 |
| Kate Manning ($543/hour) | -40% | 125.52 | 21.06 | 1757.28 | 2.4 |
| | | | | | 0 |
| Youth Law Center | | | | | 0 |
| Alice Bussiere ($800/hour) | -40% | 39.12 | 3.06 | 32.76 | 3.3 |
| Virginia Corrigan | -40% | 69.708 | 3.36 | 27.3 | 39.048 |
| **Totals** | | **1216.632** | | | |

Defs.' Opp. to Pls.' Mot. for Fees and Costs - Defs.' EAJA Calculations

| Legal Team Member | Further Reduction for Hours Not Reasonably Expended | Remaining Hours | Remaining Amount Billed for 2014 | Remaining Amount Billed for 2015 | Remaining Amount Billed for 2016 |
|---|---|---|---|---|---|
| CHRCL | | | | | |
| Peter Schey ($875/hr) | -45% | 216.48 | 15.4275 | 122.9085 | 78.144 |
| Carlos Holguin ($725/hour) | -35% | 168.7413 | 99.2901 | 66.9591 | 2.4921 |
| Marchela lahdjian | -35% | 42.822 | 0 | 42.822 | 0 |
| Chapman Noam | -30% | 25.1286 | 0 | 2.31 | 22.8186 |
| | | | 0 | 0 | 0 |
| Orrick etc | | | 0 | 0 | 0 |
| Elena Garicia | -35% | 84.7626 | 22.7214 | 40.7784 | 21.2628 |
| William Molinski | -30% | 4.158 | 0.084 | 4.074 | 0 |
| T. Wayne Harman | -30% | 63.672 | 5.586 | 57.792 | 0.294 |
| | | | 0 | 0 | 0 |
| Foundation etc. | | | 0 | 0 | 0 |
| Kate Manning ($543/hour) | -38% | 77.8224 | 13.0572 | 63.2772 | 1.488 |
| | | | 0 | 0 | 0 |
| Youth Law Center | | | 0 | 0 | 0 |
| Alice Bussiere ($800/hour) | -30% | 27.384 | 2.142 | 22.932 | 2.31 |
| Virginia Corrigan | -40% | 41.8248 | 2.016 | 16.38 | 23.4288 |
| **Totals** | | **752.7957** | | | |

Defs.' Opp. to Pls.' Mot. for Fees and Costs - Defs.' EAJA Calculations

| Legal Team Member | Fees Billed After Red. for 2014 @ proper rate (190.06)* | Fees Billed After Red. for 2015 @ stat rate (190.28)* | Fees Billed After Red. for 2016 @ stat rate (191.70)* | TOTAL Fees Properly Billed |
|---|---|---|---|---|
| CHRCL | | | | |
| Peter Schey ($875/hr) | $2,932.15 | $23,387.03 | $14,980.20 | $41,299.38 |
| Carlos Holguin ($725/hour) | $18,871.08 | $12,740.98 | $477.74 | $32,089.79 |
| Marchela Iahdjian | $0.00 | $8,148.17 | $0.00 | $8,148.17 |
| Chapman Noam | $0.00 | $231.00 | $2,281.86 | $2,512.86 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Orrick etc | $0.00 | $0.00 | $0.00 | $0.00 |
| Elena Garicia | $4,318.43 | $7,759.31 | $4,076.08 | $16,153.82 |
| William Molinski | $15.97 | $775.20 | $0.00 | $791.17 |
| T. Wayne Harman | $1,061.68 | $10,996.66 | $56.36 | $12,114.70 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Foundation etc. | $0.00 | $0.00 | $0.00 | $0.00 |
| Kate Manning ($543/hour) | $2,481.65 | $12,040.39 | $285.25 | $14,807.29 |
| | $0.00 | $0.00 | $0.00 | $0.00 |
| Youth Law Center | $0.00 | $0.00 | $0.00 | $0.00 |
| Alice Bussiere ($800/hour) | $407.11 | $4,363.50 | $442.83 | $5,213.44 |
| Virginia Corrigan | $383.16 | $3,116.79 | $4,491.30 | $7,991.25 |
| **Totals** | **$30,471.22** | **$83,559.03** | **$27,091.62** | **$141,121.86** |

* Paralegal Chapman Noam's hourly rate calculated @ $100

Defs.' Opp. to Pls.' Mot. for Fees and Costs - Defs.' EAJA Calculations