# **EXHIBIT B**

| Peter Schey Flores Time Records ||||
| Date | Hours | Mins | Task |
|---|---|---|---|
| 7/9/14 | 3 | 40 | Emails, telecons. Research re surge and Govt response |
| 7/17/14 | 1 | 10 | Review news reports re Govt response to surge, review list servs etc re advocates observations/reports |
| 7/17/14 | 1 | 30 | Conf call co-counsek re surge & aettlement complaince |
| 7/22/14 | 0 | 50 | Conf calls re compliance |
| 7/25/14 | 0 | 30 | Call Womens Commission re surge/compliance |
| 7/29/14 | 1 | 10 | Call AILA re surge/compliance, update research of listserves/media re Govt response to surge |
| 8/13/14 |  | 15 | Conf with Carlos Holguin re site visits re complaince |
| 8/16/14 | 0 | 20 | Telecon ACLU re Flores violations, deterrence justification for detention |
| 8/22/14 |  | 45 | Review notes/telecon CH re site visit infor gathered re complaince |
| 8/26/14 | 1 | 45 | Review settlement and current info on compliance, outreach potential co-counsel, review avail reports re history of compliance |
| 9/3/14 | 1 | 10 | Telecons, emails, research re surge & settlement compliance Texas pro bono grps |
| 9/17/14 | 2 | 30 | Review reports re non-compliance; conf with CH re visit to Artesia; upate research published reports re detention of class members w/ mothers |
| 9/22/14 | 1 | 40 | Telecon CH re site visit and claims in compliance motion |
| 9/23/14 | 2 | 15 | research and review and edit Flores six month questions |
| 9/27/14 | 2 | 5 | Research re deterrence, surges under settlement, detention compliance |
| 9/30/14 |  | 20 | Conf CH re meet & confer letter, review, telecon AILA re same |
| 10/2/14 |  | 10 | Reviewed email to Defendants Re Implementation of Flores Settlement |
| 10/5/14 | 4 | 20 | Review/research re meet and confer letter, emails re compliance, telecons RAICES/CARA re attorney observations of det policies |
| 10/15/14 |  | 45 | Review Meet and Confer Request |
| 10/21/14 |  | 15 | Conf CH re emails to advocates re compliancemotion |
| 10/30/14 | 1 |  | Prep/confs re Meet and Confer with Opp Counse; post-M&C conf w/ co-counsel re samel |
| 11/6/14 | 2 | 20 | Telecon co-counsel; review email to advocates re status and potential motion |

KEY: orange = block billing
green = poorly-kept record
yellow = clerical tasks
pink = travel time
blue = matters not addressed by court

12

| Date | Hours | Min | Description |
|---|---|---|---|
| 11/13/14 | 2 | 15 | Review, research re outline of compliance claims; preliminary research re standards, evidentiary issues |
| 11/19/14 | 2 | 20 | Research/review draft motion to enforce |
| 11/25/14 | 1 | 0 | Email overview of case, claims, likelihood of success, etc. to Law Foundation re joining as pro bono co-counsel |
| 12/1/14 | | 15 | Reviewed email re: attorney declarations and Flores litigation |
| 12/1/14 | 4 | 45 | Research & review draft motion re compliance |
| 12/4/14 | | 15 | Telecon RAICES re non-compliance; policy of detention; high bonds; no Flores processing of accompaniedminors |
| 12/9/14 | | 20 | Telecon Am. Gateways re non-compliance, deterrence policy, non-release of accom cl members |
| 12/12/14 | 1 | | Conf Call w/ co-counsel re Flores enforcement |
| 12/15/14 | | 15 | Telecon Am Immig Council re pro bono reports re detention of accom class members/motion to enf. |
| 12/19/14 | 1 | 30 | Prep for & Conference Call with Elena, Virginia, Michael, Rojena, CH |
| 12/26/14 | | 50 | Conf call with co-counsel re draft mo enforce |
| 12/27/14 | 1 | | Research & email outlining edits to Flores MTE |
| 12/30/14 | | 15 | Revie & conf reCHl email to Defendants re: site visits |
| 1/5/15 | | 15 | Review & emails re site visits to interview class members/mothers |
| 1/6/15 | | 45 | Draft email soliciting consultant/ review/conf re cl member decs |
| 1/10/15 | 2 | 30 | Review/respond draft exhibits, experts, info from site visits |
| 1/12/15 | | 15 | Review/respond draft Motion to Enforce & exhibits |
| 1/16/15 | | 50 | Review/confs re drafts of MTE no release policy |
| 1/17/15 | | 10 | Reviewed Co-counsel comments on MTE draft |
| 1/19/15 | | 30 | Reviewed Co-Counsel edits to draft |
| 1/20/15 | 1 | | Email to Defendants arranging a meet and confer |
| 1/20/15 | | 30 | Drafted email re filing under seal |
| 1/21/15 | | 50 | Meet and Confer Conference Call with Opposing counsel |
| 1/21/15 | | 30 | Drafted email re Karnes documents |
| 1/22/15 | | 30 | Reviewed motion edits by Co-Counsel |
| 1/25/15 | | 15 | Drafted email re current draft of MTE |
| 1/27/15 | 2 | 30 | Review/confs/edit draft MTE & co-counsel comments |
| 1/28/15 | 1 | 0 | Conf call with co-counsel |
| 2/2/15 | | 10 | Reviewed Notice of Motion and Motion to Enforce |
| 2/2/15 | 1 | | Reviewed Memorandum in Support of Motion to Enforce |
| 2/5/15 | 1 | 10 | Telecons/confs/review proposed Order re MTE |
| 2/6/15 | | 15 | Reviewed Initial Standing Order |

13

| | | | |
|---|---|---|---|
| 2/6/15 | | 5 | Reviewed Civil Minutes Re Sumission of Sealed Documents |
| 2/9/15 | | 30 | Conference Call re Flores Proposed Order |
| 2/9/15 | 1 | | Telecon with Call w/ Jessica Jones re legislation |
| 2/9/15 | | 10 | Reviewed Stipulated Application to File Declarations Under Seal |
| 2/9/15 | | 10 | Reviewed Proposed Order Granting Leave to File Under Seal |
| 2/9/15 | 1 | 40 | Mtg with CH re litigation strategy/case management |
| 2/13/15 | | 30 | Telecon CARA/AILA re pending motion, evidence, etc. |
| 2/13/15 | | 5 | Reviewed Declaration of Sarah Fabian, proposed order contin hrg, proposed order enforcing settlement |
| 2/19/15 | | 15 | Review& conf CH re Order Continuing Hearing; review/conf re draft letter re prep-discovery |
| 2/27/15 | | 45 | Reviewed D's Protective Notice of Motion to Modify Settlement Agreement |
| 2/27/15 | | 40 | Review Declaratiosn of Tae Johnso, Oaks, Antkowiak |
| 2/27/15 | | 5 | Reviewed Proposed Order Modifying Settlement |
| 2/27/15 | | 45 | Reviewed D's Response in Opposition to P's Motion to Enforce |
| 2/27/15 | | 10 | Reviewed USBP Unaccompanied and Accompanied Alien Children Apprehensions Average Hours in Custody FY2014, Memo to all Chief Patrol Agents from USBP Chief |
| 3/2/15 | 3 | 30 | Review Defs Opp Mo enforce, Mo Modify, Conf w/ CH; Conf to coordinate w/ Co-counsel |
| 3/4/15 | 8 | 10 | Draft Opp to Motion to Modify - Section III A |
| 3/5/15 | | 40 | Review Co-Counsel email re: TVPRA and Flores; research re same |
| 3/5/15 | 7 | 20 | Research & draft Opp to Motion to Modify - Section III B, C |
| 3/6/15 | 8 | 0 | Research & Draft Opp to Motion to Modify - Section III D and Conclusion |
| 3/8/15 | | 30 | Email re draft reply to Defendants Opposition to MTE |
| 3/9/15 | 4 | 30 | Review exhibits and res re P's Objections to Defendant's Evidence |
| 3/9/15 | | 30 | Review emails/research objections to Defendants' evidence |
| 3/12/15 | | 25 | Review Co-Counsel edits to reply to opposition |
| 3/13/15 | 3 | 50 | Review and research re D's Reply in Support of Motion to Modify Settlement |
| 3/18/15 | | 55 | Telecon Antonio Alvarado (Legal Assistant) re outreach to advocates/consultants; extracting exhibits; etc. |
| 3/22/15 | | 45 | email to Co-Counsel re Flores Motion Arguments |
| 3/24/15 | | 30 | Reviewed D's Objections to P's Evidence in Support of Motion to Enforce Settlement |

14

| Date | Hours | Minutes | Description |
|---|---|---|---|
| 4/5/15 | 8 | | Draft P's Response to D's Objections to Evidence in Support of Motion to Enforce p. 1-4 |
| 4/6/15 | 8 | | Draft P's Response to D's Objections to Evidence in Support of Motion to Enforce p. 5-8 |
| 4/7/15 | 8 | | Draft P's Response to D's Objections to Evidence in Support of Motion to Enforce p. 9-12 |
| 4/8/15 | 8 | | Draft P's Response to D's Objections to Evidence in Support of Motion to Enforce p. 13-16 |
| 4/9/15 | 8 | | Draft P's Response to D's Objections to Evidence in Support of Motion to Enforce p. 17-20 |
| 4/14/15 | | 15 | Reviewed email re declarations |
| 4/16/15 | | 40 | Call Antonio Alvarenga re communications w/ co-counsel/pro bono attys re hearing, issues, consolidating email addresses for pro bono lawyers/advocates |
| 4/21/15 | | 10 | Review D's Response to Objections to D's Evidence in Support of Motion to Modify Settlement |
| 4/21/15 | 6 | | Drafted P's Request for Judicial Notice in Support of Motion to Enforce |
| 4/22/15 | 1 | 45 | Review files/prep for oral argument/conf w/ CH re same |
| 4/24/15 | 3 | 0 | Travel(1 hr) to and oral argument (2 hr) on MTE and MTM |
| 4/27/14 | 1 | 30 | Mtg CH re hearing and drafting memo to pro bono counsel/advocates/etc. & litigation next steps |
| 4/28/15 | | 35 | Call Antonio Alvarenga re email to advocates re hearing |
| 4/29/15 | | 15 | Reviewed email from constultant re Berks |
| 4/29/15 | 1 | 0 | Telecons Antonio Alvarenga (Leg Asst) re coordinating consultants, prep conf call with advocates, materials for call, etc. |
| 4/29/15 | | 25 | Telecon Antonio Alvarenga re web/FB/email outreach to reps of cl members re status of case and next steps |
| 4/31/15 | 1 | 0 | Prep for and Conference Call with Pro bono attorneys & Advocates |
| 5/1/15 | | 25 | Review, confs, and respond to email re Mediation dates |
| 5/1/15 | 1 | 0 | Conf with pro bono counsel/advocates re issues to be addrssed in negotiations |
| 5/2/15 | 1 | 0 | Telecon Hayley Upshaw, Immig Project Director rep cl members (Hayley@lsc-SF.org) |
| 5/4/15 | | 50 | Telecon A. Alvarenga & Marchela Iahdjian re updating digital files, updating contact info for counsel rep cl members at detention facilities, travel to DC etc. |

15

| Date | Hours | Min | Description |
|---|---|---|---|
| 5/6/15 | 2 | | Drafted Stipulation and Proposed Order Re Confidentiality of Settlement Discussions |
| 5/7/15 | | 40 | Reviewed and responded to email re negotion goals |
| 5/7/15 | | 45 | Reviewed email recap of mediation prep call |
| 5/7/15 | 1 | 20 | Conf call with co-counsel |
| 5/10/15 | 9 | 0 | Travel to Washington DC |
| 5/11/15 | 1 | 0 | Telecon co-counsel and consultants |
| 5/11/15 | 8 | 0 | Prep for and meeting with Defendants' counsel re resolution of pendjng motions |
| 5/12/15 | 4 | 30 | Meeting with Defendants re resolution of MTE |
| 5/12/15 | 1 | 20 | Telecon w/ Chapman Noam re status case, meetings with Defs' counsel |
| 5/13/15 | 1 | | Reviewed email re DHS residential center initiatives |
| 5/13/15 | | 30 | Reviewed Co-Counsel email re settlement negotiations |
| 5/13/15 | | 16 | Telecon w/ Marchela re meeting with Defs' counsel |
| 5/13/15 | | 25 | Telecon w/ Marchela re meeting with Defs' counsel |
| 5/13/15 | 8 | 0 | Travel Washington DC to Los Angeles |
| 5/14/15 | | 20 | |
| 5/15/15 | 1 | | Telecon Antonio Alvarenga/Marchela re status negotiations, next steps prep for & Co-Counsel Conference Call |
| 5/18/15 | | 15 | Reviewed email re Dilley conditions |
| 5/19/15 | 1 | 25 | Telecon Marchela re settlement positions Defs and Pltfs |
| 5/19/15 | 4 | 30 | Meeting with co-counsel Manning and Natarajan prep for meeting with Defgs' counsel re settlement |
| 5/20/15 | 1 | 15 | Drafted email and circulated proposed settlement to Defendants |
| 5/20/15 | 9 | 0 | Preparation for and meeting with D's Counsel in Marina del rey |
| 5/21/15 | 1 | 10 | Review research and notes re DHS ReportICE ICE Alternatives to Detention (OIG-15-22) |
| 5/22/15 | | 45 | Reviewed Stipulation for Extension of Meet and Confer Period and Joint Status Report Deadline |
| 5/22/15 | | 30 | Reviewed Proposed Order Re Extension of Meet and Confer Period |
| 5/22/15 | | 15 | Drafted email and circulated proposed settlement to Co-Counsel |
| 5/22/15 | | 15 | Draft email and circulated proposed settlement to consultants |
| 5/22/15 | | 42 | Call w/ Kate Manning resettlement |
| 5/24/15 | | 30 | Reviewed consultant notes on Flores Settlement draft |
| 5/25/15 | | 15 | drafted email re current settlement draft to consultants |
| 5/26/15 | | 30 | Reviewed email re comments on Settlement draft |

16

| | | | |
|---|---|---|---|
| 6/1/15 | | 30 | Reviewed and responded to Co-Counsel email re case update |
| 6/3/15 | | 30 | Drafted email to Co-Counsel re abuse proposal |
| 6/3/15 | | 41 | Telecon Martchela re settlement developments/positionstresearch |
| 6/4/15 | | 15 | Reviewed email from opp. Counsel re Flores |
| 6/4/15 | 2 | 0 | Drafting settlement proposals |
| 6/6/15 | 2 | 5 | Review 160 pages released by Karnes County 4/22/15 re licensing of Karnes including service agreement & modificattions |
| 6/6/15 | | 50 | Review and notes re ICE contrcat/modification of contract City of Eloy re Flores compliance/licensing etc. |
| 6/6/15 | 2 | 10 | Research re Eloy management agreement with Corrections Corporation of America re Flores; amendments to agreement |
| 6/6/15 | 1 | 20 | Research, review notes re 168-page ICE-City of Eloy service agreement re Flores and licensing compliance |
| 6/6/15 | 0 | 40 | Research & review & notations re 167-pg Karnes-ICE service agreement re detention of class members |
| 6/11/15 | | 15 | Drafted email to consultant re breach of confidentiality |
| 6/11/15 | | 5 | Drafted P's Notice Re: Courts Order Re: Confidentiality of Settlement Discussions |
| 6/11/15 | | 30 | Drafted email to court explaining breach of confidentiality |
| 6/11/15 | 1 | | Conference call with Orrick & Law Foundation of Silicon Valley |
| 6/11/15 | | 42 | **Call w/ Leon Fresco** |
| 6/12/15 | 1 | 45 | Review exhibits (#1-50) re class cert motion in Does v. Johnson re AZ CBP detention conditions |
| 6/12/15 | 1 | 30 | Telecons co-counsel Marchela re status case, settlement drafts, issues to research re settlement |
| 6/12/15 | 1 | 16 | Call w/ Jessica Jones |
| 6/12/15 | | 43 | Telecon Antonio Alvarenga re coordinating fact gathering for additional briefing |
| 6/14/15 | 1 | | Conference Call with Opposing Counsel Re Settlement |
| 6/16/15 | | 15 | Reviewed consultant email re settlement |
| 6/16/15 | | 45 | Conf call co-counsel re settlement discussions |
| 6/16/15 | | 51 | Calls to/from the office |
| 6/17/15 | | 15 | Wrote email to DHS Counsel re conference call |
| 6/17/15 | 1 | 30 | Prep & Conference Call with Opposing Counsel Re Settlement |
| 6/18/15 | | 25 | Telecos Marchela re litigation next steps |
| 6/18/15 | | 29 | Call w/ Kate Manning |
| 6/19/15 | | 30 | Telecon co-counsel Kate Manning re settlement discussions |

17

| Date | | Min | Description |
|---|---|---|---|
| 6/19/15 | | 5 | Reviewed Stipulation for Extension of Meet and Confer Period and Joint Status Report Deadline |
| 6/23/15 | | 15 | Reviewed email re call with opp. Counsel |
| 6/23/15 | 1 | | Conference Call with Opposing Counsel Re Settlement |
| 6/24/15 | | 15 | Reviewed email re call with opp. Counsel |
| 6/24/15 | | 28 | Calls to/from the office |
| 6/25/15 | 1 | | Conference Call w/ Call w/ Leon Fresco and David Shahoulian Re Jeh Johnson Statement |
| 6/25/15 | | 30 | Conference Call w/ Co-Counsel |
| 6/25/15 | | 33 | Teleconl w/ Barbara Hines re status of case, next steps |
| 6/26/15 | | 19 | Call w/ Leon Fresco |
| 6/27/15 | | 3 | P's communications/emails re confidentiality and non-Disclosure of Settlement Discussions |
| 6/29/15 | | 45 | Reviewed updated settlemet draft from opp. Counsel |
| 6/29/15 | 1 | 0 | Telecons and emails re settlement draft |
| 6/30/15 | | 15 | Reviewed email re draft stipulation |
| 6/30/15 | 1 | 3 | Co-counsel+consultants conf calls |
| 7/1/15 | | 15 | Reviewed email re stipulation for extension |
| 7/1/15 | 1 | 15 | Telecon Marchela re settlement positions/status |
| 7/2/15 | | 15 | Call w/ Leon Fresco |
| 7/7/15 | | 30 | Wrote email to opp. Counsel following up on conference call |
| 7/8/15 | | 5 | Reviewed DHS 6/24/15 Press Release |
| 7/8/15 | | 15 | Reviewed RILR v Johnson Order |
| 7/10/15 | 1 | 30 | Prep for and Conf Call w/ Consultants Re Settlement |
| 7/10/15 | 2 | 30 | Co-counsel+consultants conf calls |
| 7/11/15 | | 30 | Wrote email to Co-Counsel re revised draft settlement |
| 7/12/15 | 1 | | Reviewed Co-Counsel email re notes to settlement draft |
| 7/12/15 | 1 | | Wrote email update to Co-Counsel |
| 7/13/15 | | 30 | Reviewed email re Jimenez Moreno Settlement |
| 7/13/15 | 1 | | Conference Call Case Update with Consultants |
| 7/13/15 | 2 | 20 | Co-counsel+consultants conf calls |
| 7/14/15 | | 15 | Reviewed and Responded to Consultant Email |
| 7/15/15 | | 15 | Telecon coc-ounsel Marchela re status case |
| 7/17/15 | | 15 | Revised and Responded to email Re Proposed Order |
| 7/17/15 | 1 | 30 | Drafted Joint Status Report |
| 7/18/15 | | 30 | Reviewed Email Re Suggested Edits to Proposed Order |
| 7/20/15 | 1 | 35 | Mtg Marchela re status briefing,conf call co-counsel, proposed Order |
| 7/20/15 | 1 | 20 | Prep for (20 min) & Conf Call w/ Co-Counsel re filing Proposed Order |

18

| Date | Hours | Minutes | Description |
|---|---|---|---|
| 7/22/15 | 8 | 15 | Drafted Proposed Order Enforcing Settlement of Class Action |
| 7/24/15 | | 45 | Reviewed OSC Re Motion to Enforce and Motion to Amend |
| 7/24/15 | | 45 | Telecons Chapman, CH and Marchela re OSC |
| 7/27/15 | 1 | | Conf Call Case Update w/ Co-Counsel |
| 7/30/15 | | 10 | Call w/ Leon Fresco |
| 7/31/15 | 6 | | Drafted P's Opposition to Ex Parte Application for Extension of Response Dates |
| 7/31/15 | | 15 | Drafted Email re Draft of Opp to D's Ex Parte App to Extend Time |
| 8/4/15 | | 39 | Telecon Marchela re responding to OSC |
| 8/6/15 | 12 | 50 | Review&Research re D's Response to 7/24/15 OSC, Decs of Homan, Vitiello, Lafferty etc. & prelim drafting Ps' resp to OSC |
| 8/9/15 | 7 | 30 | Drafted P's Response to 7/24/15 OSC |
| 8/10/15 | 8 | 15 | Drafted P's Response to 7/24/15 OSC |
| 8/10/15 | | 45 | Review Research by Co-Counsel |
| 8/11/15 | 8 | 10 | Draft Ptf's Response to 7/24/15 OSC |
| 8/11/15 | | 30 | Wrote email Re Flores Research |
| 8/12/15 | | 30 | Reviewed Declaration of Carol Anne Donohoe |
| 8/12/15 | | 30 | Drafted email and notes Re Declaration |
| 8/12/15 | | 30 | Reviewed Declaration of Manoj Govindaiah |
| 8/12/15 | | 45 | Reviewed Declarations of David Thompson & Denise Gilman |
| 8/12/15 | | 40 | Reviewed Declaration of Luis Zayas |
| 8/12/15 | | 30 | Reviewed Declaration of Susana Volpe |
| 8/12/15 | | 35 | Reviewed Declaration of Aseem Mehta |
| 8/12/15 | | 25 | Reviewed Declaration of Brian Hoffman |
| 8/13/15 | | 30 | Reviewed Declaration Karen Lucas |
| 8/13/15 | 7 | 40 | Drafted P's Response to 7/24/15 OSC |
| 8/14/15 | | 45 | Drafted email to Co-Counsel |
| 8/21/15 | 1 | 20 | Review/res re Order Denying Motion for Reconsideration |
| 8/21/15 | | 48 | Telecon Marchela re Judge Gee's Order |
| 8/24/15 | 1 | 45 | Conf CH et al re re settlement compliance |
| 8/26/15 | | 48 | Conference Call Line |
| 9/2/15 | | 50 | Telecon Marchela re research re potential pltf appeal |
| 9/2/15 | | 35 | Telecon Marchela re planning monitoring of Aug Order |
| 9/2/15 | | 25 | Telecon Marchela re planning monitoring of Aug Order |
| 9/18/15 | | 5 | Reviewed Docketing Information |
| 10/1/15 | 1 | 21 | Telecon Chapman Noam re docketing statement |
| 10/2/15 | | 30 | Review 9-2-15 Tx. Dept Fam Services adoption of emergency rules amendment to 40 TAC & research re same748.7 |
| 10/9/15 | 0 | 45 | Conf call coordinators of pro bono work in Dilley and Karnes |

19

| | | | |
|---|---|---|---|
| 10/9/15 | | 35 | Conf call DC pro bono lawyers/advocates/co-counsel re status, amici, appeal,monitoring |
| 10/9/15 | 2 | 16 | Phone Call w/ Carlos Holguin status case |
| 10/13/15 | | 25 | Telecon Chapman Noam re coordinating monitoring and reports re monitoring |
| 10/19/15 | | 57 | Telecon Chapman re appeal, excerpts of record, etc. |
| 10/20/15 | | 50 | Review Defs desig of record and review record re pltfs designation |
| 10/21/15 | | 48 | Phone Call w/ Carlos Holguin |
| 10/22/15 | 1 | 53 | Telecon Chapman Noam re coordinating monitoring and reports re monitoring/record on appeal |
| 10/26/15 | | 37 | Telecon Chapman Noam re coordinating monitoring and reports re monitoring |
| 10/26/15 | | 20 | Telecon Chapman re 9th Cir appeal |
| 10/30/15 | | 41 | Telecon Chapman Noam reappeal, excerpts of record, transcripts, etc. |
| 11/17/15 | | 5 | Reviewed Order Setting Assessment Conference |
| 11/18/15 | | 15 | Telecon Chapman Noam re assessment conference |
| 11/24/15 | 2 | 40 | Review temporary injunction 11/20/15 & briefs & exhibits in Grassroots Leadership v. Tex Dept of Family Services re references to Flores, application to Dilley detention facility, review 40 TAC 748.7 (min standards), review transcript of 12-9-15 hearing |
| 11/25/15 | 1 | 0 | Telecon with MTO and HRFirst attorneys re 9th Cir amicus brief |
| 11/30/15 | | 10 | Reviewed and Responded to Opp. Counsel Request to Expedite Appeal |
| 11/30/15 | | 15 | Responded to Email Re Berks |
| 11/30/15 | | 30 | Research re expedite appeal |
| 11/30/15 | | 37 | Call w/ Leon Fresco |
| 11/30/15 | 1 | 57 | Telecons Chapman/interns re 9th Cir research |
| 12/1/15 | 1 | 0 | Prep for (15 mins) & Conf call with co-counsel |
| 12/1/15 | | 15 | Reviewed D's Motion to Expedite Appeal and Exhibit |
| 12/5/15 | | 2 | Phone Call w/ Carlos Holguin |
| 12/7/15 | | 15 | Wrote to Consultant Re Motion to Expedite |
| 12/8/15 | 1 | 0 | Telecon with MTO and HRFirst attorneys re 9th Cir amicus brief |
| 12/8/15 | | 8 | P's Response to Motion to Expedite p. 1-4 |
| 12/9/15 | | 25 | Telecon ChapmanNoam re monitoring & 9th Cir record |
| 12/9/15 | 1 | 45 | Telecons Chapman Noam re implementation/reports Courts Aug order |
| 12/9/15 | | 5 | P's Response to Motion to Expedite p. 5-7 |

20

| Date | | Time | Description |
|---|---|---|---|
| 12/9/15 | | 30 | Drafted Email Re Motion to Expedite Declarations |
| 12/10/15 | 6 | | P's Response to Motion to Expedite p. 7-9 |
| 12/10/15 | | 5 | Reviewed Order Re Mediation |
| 12/11/15 | 7 | 50 | P's Response to Motion to Expedite p. 10-13 |
| 12/14/15 | | 21 | Calls to/from the office |
| 12/16/15 | 1 | | Co-counsel/ consultants conf call |
| 12/16/15 | | 5 | Reviewed Order Expediting Briefing |
| 12/17/15 | | 54 | Telecon Chapman Noam re new briefing schedule, excerpt records, emails to co-counsel/consultants/advocates |
| 12/18/15 | 1 | | Reviewed Draft Amicus Brief from MTO and HRFirst |
| 12/21/15 | | 30 | Telecon Noam Chapman/interns re amici briefs |
| 1/6/16 | | 45 | Review media reports, pro bono reports, internet re compliance re 9th Circuit review |
| 1/13/16 | 1 | 0 | Telecon with MTO and HRFirst attorneys re 9th Cir amicus brief |
| 1/13/16 | | 30 | Reviewed and Responded to Opp. Counsel Email |
| 1/15/16 | | 5 | Reviewed Declaration of Sarah Fabian |
| 1/15/16 | | 30 | Reviewed Record of Excerpts - Volume One |
| 1/15/16 | | 30 | Reviewed Record of Excerpts - Volume Two |
| 1/16/16 | 1 | 10 | Review DHS 9th Cir brief, emails to co-counsel and amicus counsel re same and re conf calls, summary of DHS positions |
| 1/16/16 | 4 | 50 | Review and research D's Opening Brief |
| 1/17/16 | 5 | 30 | Review and research D's Opening Brief |
| 1/19/16 | 1 | 0 | Co-counsel conf call with Alice, Virgina, Kate, Amanda, Elena. |
| 1/22/16 | 1 | 1 | Conference Call Line |
| 1/25/16 | | 30 | Drafted Email to Co-Counsel Re 9th Circ. Brief |
| 1/28/16 | 1 | 30 | Calls to/from the office |
| 1/29/16 | 1 | | Confcall with consultants re status case |
| 1/31/16 | 4 | 10 | Prep for site visits and clas smember interviews |
| 1/31/16 | | 51 | Call w/ Kate Manning re status case/9th Cir briefing |
| 1/31/16 | | 16 | Call w/ Kate Manning re status case/9th Cir briefing |
| 1/31/16 | 6 | | Travel to McAllen, TX for Class Member Interviews |
| 2/1/16 | 3 | 30 | Interviews with Class Members and Mothers at McAllen Facility |
| 2/1/16 | 4 | | Interviews with Class Members and Mothers at Ursula Facility |
| 2/1/16 | 3 | 36 | Travel to Dilley, TX for Class Member Interviews |
| 2/2/16 | 8 | | Interviews with Class Members and Mothers at Dilley Facility |
| 2/2/16 | 1 | 42 | Travel to Karnes City, TX for Class Member Interviews |
| 2/3/16 | 8 | | Prep for & Interviews with Class Members and Mothers at Karnes Facility |
| 2/3/16 | 1 | 20 | Travel to San Antonio |
| 2/4/16 | 3 | 29 | Travel to Los Angeles |

21

| Date | Hours | Min | Description |
|---|---|---|---|
| 2/4/16 | | 50 | Review OIG report re ICE'sRelease of Immigration Detainees (OIG-14-116) |
| 2/5/16 | | 45 | Phone Call w/ CH re appeal, CBP conditions, etc. |
| 2/5/16 | | 8 | Draft Answering Brief - Summary of the Argument |
| 2/6/16 | | 8 | Drafted Answering Brief - Jurisdictional Statement, Statement of issues, statement of case |
| 2/7/16 | | 8 | Drafted Answering Brief - statement of case |
| 2/8/16 | | 8 | Res & draft rafted Answering Brief - District Court Properly Held that the Settlement Applies to Accompanied Minors, (d)(i), (d)(ii) |
| 2/8/16 | | 15 | Telecon Chapman Noam re citations for answering brief |
| 2/8/16 | | 24 | Phone Call w/ Carlos Holguin re answering brief |
| 2/13/16 | 7 | 30 | Drafted answering brief - The district court properly denied the Gov.'s motiopn to amend the Agreement (a)(iv) |
| 2/14/16 | 4 | 20 | Prep for site visits, class member interviews |
| 2/14/16 | 1 | 30 | Reviewed Proposed Edits to 9th Circuit Brief |
| 2/15/16 | 7 | 20 | Research & draft Answering Brief - district court properly denied the Gov.'s motion to amend the Agreement (b) |
| 2/16/16 | 4 | 10 | Prep for site visit and class memger interviews |
| 2/16/16 | 5 | 0 | Finalize, cite check Plaintiffs'Opening Brief |
| 2/17/16 | | 20 | Conf call pro bono counsel & advocates re status case, answering brief |
| 2/17/16 | 5 | 9 | Travel to Philidelphia for Class Member Interviews |
| 2/17/16 | 1 | 15 | Travel to Reading, PA for Class Member Interviews |
| 2/18/16 | 8 | | Interviews with Class Members and Mothers at Berks Facility |
| 2/19/16 | 6 | | Interviews with Class Members and Mothers at Berks Facility |
| 2/19/16 | 1 | 15 | Travel to Philadelphia |
| 2/19/16 | 6 | 30 | Travel to Los Angeles |
| 2/20/16 | 1 | 15 | Reviewed Draft AACAP Amicus Brief |
| 2/22/16 | | 50 | Review 20-p Tx DFPS adoption of §748.7 defining family residential centers |
| 2/22/16 | 1 | 15 | Reviewed and responded to email Re ACLU/AIC Amicus brief |
| 2/23/16 | 2 | 45 | Reviewed AACAP and NASW Amici Curiae Brief, exhibits & Motion |
| 2/23/16 | 1 | 45 | Reviewed UNHCR Amicus Curiae Brief and Motion to File |
| 2/23/16 | 1 | | Reviewed Fried, Frank, and Harriset al. Motion to File Amici Curiae Brief and Brief |
| 2/23/16 | 2 | 10 | Reviewed Social Scientist Amici Curiae Brief, Motion to File, and Exhibits |

22

| | | | |
|---|---|---|---|
| 2/24/16 | 1 | 15 | Conf call with advocates/consultants re status case 9th Cir., amici briefs, etc. |
| 2/25/16 | | 30 | Telecon legal assistant Chapman Noam re coordinating with consultants, amicus briefs, etc. |
| 2/25/16 | | 5 | Reviewed Order Granting Plaintiff's Amici |
| 2/26/16 | | 20 | Telecon w/ Chapman Noam re updating co-counsel, scheduling conf call w/consultants, research re next steps |
| 2/28/16 | | 30 | Wrote Update Email to Co-Counsel |
| 3/4/16 | 2 | 10 | Conf call with consultants re status case, next steps, 9th Cir amicus briefs etc. |
| 3/9/16 | 4 | 45 | Review & research re D's Reply Brief |
| 3/10/16 | 4 | 35 | Review & research re Defs' Reply Brief |
| 4/8/16 | | 55 | Telecon Chapman Noam re outreach amicus briefs, etc. |
| 4/15/16 | | 28 | Phone Call w/ CH re amicus briefs |
| 4/20/16 | | 25 | Calls to/from the office |
| 4/26/16 | 1 | 30 | Review Sam Dykstra (Fried Frank et al) memo re decisions enforcing court orders, settlements and consent decrees |
| 5/4/16 | | 30 | Wrote To Consultants Re Moot Court |
| 5/20/16 | 1 | 24 | Phone Call w/ Phone Call w/ Carlos Holguin |
| 5/27/16 | | 13 | Telecon Chapman Noam re 9th Cir argument |
| 5/31/16 | | 15 | Completed and Filed P's Acknowledgement of Hearing Notice |
| 6/2/16 | | 30 | Telecon Chapman Noam re 9th Cir argument |
| 6/3/16 | 8 | | Prep for (5 hrs) & Ninth Circuit Oral Argument Moot Court (3 hrs) |
| 6/4/16 | 1 | 0 | Conference Call w/ Co-Counsel - Case Update; review CH email re argument |
| 6/5/16 | 3 | 30 | Prep 9th Cir argument |
| 6/6/16 | 7 | 30 | Prep for 9th Cir oral argument |
| 6/7/16 | 3 | | Trvel to & from court & Ninth Circuit Oral Argument |
| 6/13/16 | 2 | 5 | Conf w/ CH re discovery, crt hearing, etc. |
| 6/14/16 | 3 | | Telecons/emails re and Draft P's Citation of Supplemental Authorities |
| 6/16/16 | | 15 | Reviewed D's Response to P's Citation of Supplemental Authorities |
| 7/6/16 | 1 | 0 | Reviewed 9th Circuit Opinion |
| 7/8/16 | | 30 | Conf w/ CH re 9th Cir. Decision |
| 7/9/16 | | 25 | Conf w/ CH re discovery, monitoring, etc. |
| 10/26/16 | 6 | 40 | Research and drafting EAJA motion |
| 10/27/16 | 5 | 30 | Review Joseph's (Orrick) EAJA memo; research and drafting EAJA motion |

23

| | | | |
|---|---|---|---|
| 10/31/16 | 5 | 50 | Research and drafting EAJA motion & declaration; review co-counsel decs |
| Total Hours | 656 | | |
| Enhanced rate | $875 | | |
| Total | $574,073 | | |

24