# EXHIBIT C

**Attorney Time Report — Flores v. Johnson, Motion to Enforce re: DHS — Carlos Holguín**

KEY: orange = block billing
green = poorly kept record
pink = travel time
blue = matters not addressed by court

| Date | Start Time | Stop Time | Elapsed Time | Client | Category | Description |
|---|---|---|---|---|---|---|
| 6/19/14 | 11:27 AM | 5:55 PM | 4.9 | Flores-DHS | Litigation | Investigate surge settlement violations. |
| 7/7/14 | 10:39 AM | 12:47 PM | 2.13 | Flores-DHS | Litigation | Review settlement compliance; email ACLU, etc. |
| 7/14/14 | 10:54 AM | 3:28 PM | 1.7 | Flores-DHS | Litigation | Research settlement sunset provision. |
| 7/17/14 | 3:11 PM | 4:34 PM | 1.39 | Flores-DHS | Litigation | Conf call w/co-counsel and email re: settle monitoring. |
| 7/22/14 | 2:33 PM | 4:02 PM | 1.47 | Flores-DHS | Litigation | Conf. calls re: settlement enforcement. |
| 8/13/14 | 8:58 AM | 10:46 AM | 1.81 | Flores-DHS | Litigation | Coordinate facility inspections; book travel, etc. |
| 8/17/14 | 11:07 AM | 10:29 PM | 11.38 | Flores-DHS | Litigation | Prep 4 class mbr interviews; TV to Texas. |
| 8/18/14 | 7:40 AM | 3:30 PM | 6.84 | Flores-DHS | Litigation | Class mbr interviews |
| 8/19/14 | 7:40 AM | 6:30 PM | 10.83 | Flores-DHS | Litigation | Interview class mbrs.; Travel back to LA. |
| 8/27/14 | 10:30 AM | 12:27 PM | 1.95 | Flores-DHS | Litigation | Email to co-counsel re: enforcement strategy. |
| 8/29/14 | 9:30 AM | 10:15 AM | 0.75 | Flores-DHS | Litigation | Telecon w/ACLU re: settle enforce. |
| 9/3/14 | 2:00 PM | 4:00 PM | 2 | Flores-DHS | Litigation | Research family detention; telecon w/NCYL, YLC. |
| 9/8/14 | 12:03 PM | 5:49 PM | 4.86 | Flores-DHS | Litigation | Telecons, email, research re: settlement violations. |
| 9/9/14 | 1:18 PM | 1:50 PM | 0.53 | Flores-DHS | Litigation | Emails to ACLU, NCYL re: settlement violations. |
| 9/10/14 | 1:16 PM | 3:24 PM | 2.13 | Flores-DHS | Litigation | Telecon w/Olsi & Tamara & Judy re: settle violations. |
| 9/11/14 | 1:18 PM | 6:00 PM | 4.7 | Flores-DHS | Litigation | Draft class mbr inquiry; email co-counsel; R&D 6-month inquiry letter. |
| 9/15/14 | 1:17 PM | 5:31 PM | 4.24 | Flores-DHS | Litigation | Email opp. counsel re:class mbr.; research nat'l security response. |
| 9/16/14 | 8:42 AM | 2:32 PM | 1.35 | Flores-DHS | Litigation | Email & phone calls with advocates. |
| 9/18/14 | 9:00 AM | 8:53 PM | 11.88 | Flores-DHS | Litigation | Travel to Artesia; meet w/AILA volunteers |
| 9/19/14 | 5:45 AM | 5:57 PM | 8 | Flores-DHS | Litigation | Interviews w/class members. |
| 9/20/14 | 8:00 AM | 8:00 PM | 11.99 | Flores-DHS | Litigation | Interview class mbrs., travel to El Paso. |
| 9/21/14 | 8:00 AM | 12:30 PM | 4.5 | Flores-DHS | Litigation | Tv to Los Angeles |
| 9/21/14 | 8:25 AM | 10:15 AM | 1.83 | Flores-DHS | Litigation | Draft 6-month questions re: settle compliance. |
| 9/22/14 | 2:12 PM | 3:55 PM | 1.73 | Flores-DHS | Litigation | Telecon w/PAS re: Artesia, potential litigation. |
| 9/22/14 | 4:03 PM | 4:27 PM | 0.4 | Flores-DHS | Litigation | R&D 6 month questions. |
| 9/23/14 | 6:57 AM | 8:41 AM | 1.75 | Flores-DHS | Litigation | Review, suggest edits to class counsel ltr to DHS secretary re: family detention. |
| 9/23/14 | 2:28 PM | 4:03 PM | 1.57 | Flores-DHS | Litigation | Finalize 6-month letter re: settle implementation. |
| 9/26/14 | 10:00 AM | 11:09 AM | 1.15 | Flores-DHS | Litigation | Telecon w/MTO, NCYL, re settle enforce. |
| 9/26/14 | 1:54 PM | 3:06 PM | 1.21 | Flores-DHS | Litigation | Research bond standards; email co-counsel. |
| 9/28/14 | 7:10 AM | 8:16 AM | 1.09 | Flores-DHS | Litigation | Research statutory basis for no-bond policy. |
| 9/29/14 | 11:02 AM | 6:34 PM | 6.66 | Flores-DHS | Litigation | Compile and revise 6-month letter. |
| 9/30/14 | 12:05 PM | 1:16 PM | 1.18 | Flores-DHS | Litigation | Draft pre-meet letter. |
| 9/30/14 | 1:16 PM | 1:43 PM | 0.45 | Flores-DHS | Litigation | Telecon w/B. Hines, et al., re: Karnes City. |
| 9/30/14 | 3:59 PM | 4:30 PM | 0.51 | Flores-DHS | Litigation | Telecon w/co-counsel re: rescheduling DHS meeting. |
| 10/1/14 | 8:42 AM | 9:03 AM | 0.35 | Flores-DHS | Litigation | Email co-counsel re DHS meeting. |
| 10/2/14 | 7:46 AM | 9:20 AM | 1.56 | Flores-DHS | Litigation | Review pre-meet letter; email co-counsel re same + meet/confer. |
| 10/2/14 | 11:40 AM | 4:24 PM | 3.58 | Flores-DHS | Litigation | Edit/finalize 6-month settlement monitoring questions. |
| 10/5/14 | 10:19 AM | 2:52 PM | 2.02 | Flores-DHS | Litigation | Draft emails to co-counsel & OIL re: management of litigation, etc. |
| 10/8/14 | 5:59 AM | 5:04 PM | 6.29 | Flores-DHS | Litigation | Telecons, draft email to OIL, draft meet/confer letter. |
| 10/9/14 | 6:35 AM | 10:39 AM | 1.72 | Flores-DHS | Litigation | Draft meet/confer letter. |
| 10/15/14 | 2:13 PM | 3:48 PM | 1.58 | Flores-DHS | Litigation | Finalize & distribute meet/confer request. |
| 10/15/14 | 3:48 PM | 6:22 PM | 2.57 | Flores-DHS | Litigation | Draft model advocate declaration. |

50

| | | | | | | |
|---|---|---|---|---|---|---|
| 10/21/14 | 9:13 AM | 9:53 AM | 0.67 Flores-DHS | Litigation | Email to Karnes advocates, etc. |
| 10/22/14 | 9:45 AM | 11:05 AM | 1 Flores-DHS | Litigation | Email to detainee advocates. |
| 10/27/14 | 1:06 PM | 3:05 PM | 1.98 Flores-DHS | Litigation | Telecons w/ACLU Prison Project & Orrick re: settlment enforcement. |
| 10/28/14 | 7:04 AM | 7:27 AM | 0.39 Flores-DHS | Litigation | Email Orrick re: settle violation research. |
| 10/30/14 | 9:59 AM | 11:23 AM | 1.4 Flores-DHS | Litigation | Meet/confer. |
| 11/6/14 | 12:31 PM | 6:51 PM | 4.96 Flores-DHS | Litigation | Telecon w/co-counsel; draft email to field re: enforcement update, etc. |
| 11/13/14 | 11:27 AM | 1:36 PM | 2.14 Flores-DHS | Litigation | Draft enforcement motion structure; distribute to co-counsel. |
| 11/17/14 | 2:28 PM | 6:38 PM | 4.16 Flores-DHS | Litigation | Research and draft motion to enforce. |
| 11/19/14 | 2:30 PM | 5:54 PM | 3.4 Flores-DHS | Litigation | Assemble & distribute evidence re: motion to enforce. |
| 11/20/14 | 10:47 AM | 12:59 PM | 1.32 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 11/24/14 | 11:08 AM | 6:05 PM | 5.5 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 11/25/14 | 3:45 PM | 4:12 PM | 0.45 Flores-DHS | Litigation | Review and select enforcement exhibits. |
| 11/26/14 | 2:55 PM | 3:36 PM | 0.67 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 11/28/14 | 11:52 AM | 2:23 PM | 2.02 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 12/1/14 | 8:35 AM | 9:09 AM | 0.56 Flores-DHS | Litigation | Conf. call w/La Raza Centro Legal re: enforcement. |
| 12/1/14 | 1:44 PM | 6:22 PM | 4.64 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 12/2/14 | 3:14 PM | 5:25 PM | 2.19 Flores-DHS | Litigation | Review and critique draft advocate declarations. |
| 12/4/14 | 1:41 PM | 6:04 PM | 4.39 Flores-DHS | Litigation | Review evidence; research & draft motion to enforce. |
| 12/5/14 | 9:07 AM | 5:51 PM | 2.87 Flores-DHS | Litigation | Telecons & email w/co-counsel UT clinic & La Raza Central. |
| 12/8/14 | 1:31 PM | 6:07 PM | 4.6 Flores-DHS | Litigation | Coordinate work w/co-counsel; email & telecons re: experts; research & draft enforcement motion. |
| 12/9/14 | 1:34 PM | 5:09 PM | 2.6 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 12/10/14 | 10:23 AM | 4:29 PM | 4.64 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 12/10/14 | 4:00 PM | 4:30 PM | 0.5 Flores-DHS | Litigation | Conf call w/licensing expert, Gene Berger. |
| 12/11/14 | 10:14 AM | 5:00 PM | 5.72 Flores-DHS | Litigation | Research & draft motion to enforce. |
| 12/12/14 | 9:00 AM | 10:00 AM | 1 Flores-DHS | Litigation | Conf. call w/co-counsel re: status, division of work, etc. |
| 12/17/14 | 11:12 AM | 11:49 AM | 0.61 Flores-DHS | Litigation | Research Orantes motion to dissolve; email decisions to co-counsel. |
| 12/18/14 | 4:17 PM | 5:54 PM | 1.62 Flores-DHS | Litigation | Research and write motion to enforce. |
| 12/19/14 | 8:39 AM | 9:41 AM | 1.02 Flores-DHS | Litigation | Review draft brief; conf. call w/co-counsel. |
| 12/22/14 | 9:54 AM | 11:32 AM | 1.58 Flores-DHS | Litigation | Conf. call w/expert, co-counsel. |
| 12/22/14 | 11:33 AM | 5:51 PM | 5.31 Flores-DHS | Litigation | Research & write motion to enforce. |
| 12/26/14 | 8:42 AM | 9:22 AM | 0.66 Flores-DHS | Litigation | Review draft motion; conference call w/co-counsel. |
| 12/29/14 | 11:29 AM | 6:12 PM | 3.97 Flores-DHS | Litigation | Draft motion 2 enforce re: release. |
| 12/29/14 | 3:24 PM | 5:26 PM | 2.04 Flores-DHS | Litigation | Set-up class mbr. interviews + facility inspections. |
| 12/30/14 | 1:52 PM | 3:28 PM | 0.93 Flores-DHS | Litigation | Prepare & send facility visit letter. |
| 1/2/15 | 10:20 AM | 10:48 AM | 0.47 Flores-DHS | Litigation | Email to OIL re: facility visits. |
| 1/5/15 | 11:26 AM | 7:02 PM | 5.6 Flores-DHS | Litigation | Coordinate facility visits; respond to co-counsel email. |
| 1/6/15 | 12:05 PM | 12:55 PM | 0.84 Flores-DHS | Litigation | Telecon w/Ranjana & Barbara re: current conditions, briefing strategy, etc. |
| 1/6/15 | 1:36 PM | 3:46 PM | 1.24 Flores-DHS | Litigation | Draft & distribute model detainee declaration, interview checklists. |
| 1/7/15 | 8:33 AM | 3:30 PM | 6.95 Flores-DHS | Litigation | Travel to San Antonio for class mbr interviews |
| 1/8/15 | 7:45 AM | 7:33 PM | 11.13 Flores-DHS | Litigation | Class member interviews: Dilley |
| 1/9/15 | 7:50 AM | 6:33 PM | 10.47 Flores-DHS | Litigation | Class member interviews: Karnes City. |
| 1/10/15 | 8:40 AM | 2:20 PM | 5.67 Flores-DHS | Litigation | Travel to Los Angeles from San Antonio |
| 1/11/15 | 9:33 AM | 4:04 PM | 3.19 Flores-DHS | Litigation | Coordinate completing motion to enforce, exhibits, experts. |
| 1/11/15 | 4:25 PM | 5:46 PM | 1.28 Flores-DHS | Litigation | Draft declaration re: Karnes, Dilley. |
| 1/12/15 | 10:48 AM | 4:32 PM | 2.27 Flores-DHS | Litigation | Draft Dilley-Karnes declaration; select exhibits; email co-counsel. |

| Date | Start | End | Hours | Matter | Type | Description |
|---|---|---|---|---|---|---|
| 1/13/15 | 9:23 AM | 10:21 AM | 0.97 | Flores-DHS | Litigation | Draft/circulate response to OIL re: additional meet/confer. |
| 1/13/15 | 1:37 PM | 6:23 PM | 4.77 | Flores-DHS | Litigation | Research & draft motion to enforce - no-release policy. |
| 1/15/15 | 1:51 PM | 3:59 PM | 2.12 | Flores-DHS | Litigation | R&D motion to enforce, |
| 1/16/15 | 7:58 AM | 9:18 AM | 1.33 | Flores-DHS | Litigation | Assemble exhibits; email to co-counsel. |
| 1/16/15 | 10:36 AM | 7:32 PM | 3.51 | Flores-DHS | Litigation | R&D motion to enforce - no-release policy. |
| 1/17/15 | 4:21 AM | 9:10 AM | 3.01 | Flores-DHS | Litigation | Research & draft motion to enforce - no-release policy. |
| 1/18/15 | 5:44 AM | 4:09 PM | 3.39 | Flores-DHS | Litigation | Research & draft motion to enforce - no-release policy re: mothers. |
| 1/19/15 | 6:30 AM | 8:53 AM | 1.48 | Flores-DHS | Litigation | Complete & circulate draft enforcement brief. |
| 1/23/15 | 8:51 AM | 10:19 AM | 1.46 | Flores-DHS | Litigation | Edit latest iteration of MTE. |
| 1/26/15 | 10:21 AM | 12:00 PM | 1.65 | Flores-DHS | Litigation | Draft proposed order. |
| 1/26/15 | 12:00 PM | 12:48 PM | 0.8 | Flores-DHS | Litigation | Teleconf w/co-counsel re: MTE, proposed relief, etc. |
| 1/26/15 | 2:42 PM | 6:17 PM | 3.06 | Flores-DHS | Litigation | Revise no-release argument; circulate. |
| 1/27/15 | 10:34 AM | 5:59 PM | 6.49 | Flores-DHS | Litigation | Edit MTE. |
| 1/28/15 | 6:59 AM | 9:37 AM | 2.62 | Flores-DHS | Litigation | Complete MTE edit; circulate. |
| 1/28/15 | 1:00 PM | 2:09 PM | 1.15 | Flores-DHS | Litigation | Conf. call w/co-counsel. |
| 1/29/15 | 2:42 PM | 5:54 PM | 3.21 | Flores-DHS | Litigation | Final edit of MTE motion, brief, etc. |
| 1/30/15 | 7:19 AM | 8:24 AM | 1.09 | Flores-DHS | Litigation | Prepare and forward stip & order re: filing under seal. |
| 2/5/15 | 3:15 PM | 5:18 PM | 2.05 | Flores-DHS | Litigation | Revise proposed MTE order. |
| 2/7/15 | 8:08 AM | 9:35 AM | 1.45 | Flores-DHS | Litigation | Revise proposed order; draft explanation for co-counsel. |
| 2/9/15 | 11:10 AM | 1:02 PM | 1.87 | Flores-DHS | Litigation | Meet w/PAS re:case management & strategy. |
| 2/9/15 | 2:57 PM | 6:05 PM | 3.13 | Flores-DHS | Litigation | E-file & email re: declarations under seal. |
| 2/10/15 | 9:18 AM | 9:28 AM | 0.17 | Flores-DHS | Litigation | Email to S.Fabian re: hearing dates. |
| 2/19/15 | 2:04 PM | 6:30 PM | 4.43 | Flores-DHS | Litigation | Draft letter re: pre-discovery. |
| 2/20/15 | 1:26 PM | 2:13 PM | 0.77 | Flores-DHS | Litigation | Review RILR PI decision. |
| 2/23/15 | 4:23 PM | 7:33 PM | 3.16 | Flores-DHS | Litigation | Review RILR briefing, CRS report re: UIM migration. |
| 3/2/15 | 11:00 AM | 1:17 PM | 2.29 | Flores-DHS | Litigation | Review MTE opp & motion to modify; conf. call w/co-counsel; meet w/PAS re briefing. |
| 3/2/15 | 2:11 PM | 6:30 PM | 2.29 | Flores-DHS | Litigation | R&D MTE reply. |
| 3/3/15 | 10:04 AM | 3:18 PM | 2.84 | Flores-DHS | Litigation | R&D reply to MTE opposition. |
| 3/4/15 | 1:41 PM | 6:19 PM | 4.57 | Flores-DHS | Litigation | R&D opp 2 mod settlement. |
| 3/5/15 | 9:20 AM | 6:47 PM | 8.91 | Flores-DHS | Litigation | Reseach & draft opposition to modify settlement. |
| 3/6/15 | 6:34 AM | 5:36 PM | 8.83 | Flores-DHS | Litigation | Edit brief in opposition to motion to modify settlement. |
| 3/9/15 | 11:31 AM | 1:15 PM | 1.72 | Flores-DHS | Litigation | Edit, file evidentiary objections; supplemental exhibits. |
| 3/9/15 | 1:58 PM | 6:32 PM | 4.56 | Flores-DHS | Litigation | R&D reply to MTE opposition. |
| 3/10/15 | 1:38 PM | 6:07 PM | 4.48 | Flores-DHS | Litigation | R&D reply to MTE opposition. |
| 3/11/15 | 9:16 AM | 7:06 PM | 6.76 | Flores-DHS | Litigation | R&D reply to MTE opposition. |
| 3/12/15 | 6:10 AM | 12:53 PM | 4.52 | Flores-DHS | Litigation | R&D reply to MTE opposition. |
| 3/13/15 | 12:58 PM | 5:19 PM | 3.45 | Flores-DHS | Litigation | Edit MTE reply |
| 3/16/15 | 3:02 PM | 4:11 PM | 1.15 | Flores-DHS | Litigation | Review motion to amend repy & pre-discovery supplemental answers/production. |
| 3/23/15 | 3:36 PM | 6:21 PM | 2.74 | Flores-DHS | Litigation | Prep for MTE/Modify hearing. |
| 3/25/15 | 12:30 PM | 2:15 PM | 0.98 | Flores-DHS | Litigation | Prep for MTE/modify hearing. |
| 3/26/15 | 3:39 PM | 4:46 PM | 1.11 | Flores-DHS | Litigation | Prepare stip to continue hearing, proposed order. |
| 3/27/15 | 7:34 AM | 7:47 AM | 0.22 | Flores-DHS | Litigation | Finalize & e-file stip to continue. |
| 3/30/15 | 2:37 PM | 5:08 PM | 2.52 | Flores-DHS | Litigation | Review new evidence; structure rebuttal evidentiary filing. |
| 4/2/15 | 12:29 PM | 5:48 PM | 4.32 | Flores-DHS | Litigation | Research & assemble additional evidence. |
| 4/10/15 | 9:54 AM | 12:13 PM | 2.32 | Flores-DHS | Litigation | Finalize evidence objection response, 4th set of exhibits. |

| | | | | | | |
|---|---|---|---|---|---|---|
| 4/23/15 | 10:21 AM | 7:31 PM | 5.99 | Flores-DHS | Litigation | Prep for MTE hearing. |
| 4/24/15 | 5:44 AM | 2:43 PM | 8.25 | Flores-DHS | Litigation | Prep for MTE hearing; 3 hrs travel. |
| 4/24/15 | 2:11 PM | 4:36 PM | 2.4 | Flores-DHS | Litigation | MTE hearing |
| 4/27/15 | 2:57 PM | 6:23 PM | 3.44 | Flores-DHS | Litigation | Meet w/PAS; draft memo to field re: 4/24 hearing. |
| 4/28/15 | 1:51 PM | 2:50 PM | 0.99 | Flores-DHS | Litigation | Conf call w/RILR counsel. |
| 5/1/15 | 12:06 PM | 1:09 PM | 1.04 | Flores-DHS | Litigation | Conf call w/advocates re: negotiations. |
| 7/28/15 | 9:44 AM | 9:59 AM | 0.24 | Flores-DHS | Litigation | Research waiver of settlement benefits. |
| 8/24/15 | 11:15 AM | 1:00 PM | 1.73 | Flores-DHS | Litigation | Meet/telecon w/PAS, et al., re: settlement compliance. |
| 10/28/15 | 4:00 PM | 5:20 PM | 1.33 | Flores-DHS | Litigation | Meet w/Women's Commission re: CBP conditions. |
| 2/5/16 | 10:17 AM | 10:54 AM | 0.62 | Flores-DHS | Litigation | Telecon w/PAS re: CBP conditions, appeal, etc. |
| 5/4/16 | 3:06 PM | 4:31 PM | 1.42 | Flores-DHS | Litigation | Research transition to removal/expedited removal. |
| 6/4/16 | 10:28 AM | 10:47 AM | 0.32 | Flores-DHS | Litigation | Email to PAS re: argument, etc. |
| 6/6/16 | 1:48 PM | 2:51 PM | 1.05 | Flores-DHS | Litigation | Revisit memorandum of understanding re: accompanied minors' coverage. |
| 6/13/16 | 11:39 AM | 1:46 PM | 2.12 | Flores-DHS | Litigation | Conf w/PAS re: discovery, hearing. |
| 7/8/16 | 12:23 PM | 12:51 PM | 0.47 | Flores-DHS | Litigation | Telecon w/PAS re: 9th Cir. op, etc. |
| 7/9/16 | 10:33 AM | 10:57 AM | 0.39 | Flores-DHS | Litigation | Telecon w/PAS re: discovery, etc. |
| | Total hours | | 432.67 | | | |
| | Rate | $ | 725 | | | |
| | Total Fees | $ | 313,685.75 | | | |