# **<u>EXHIBIT D</u>**

Flores v. Johnson  Prepapred: 10/02/15
Time Records for Marchela Iahdjian

| Date | Task | Notes | Hours |
|---|---|---|---|
| 5/4/15 | Flores v. Jophnson | Telecon with Peter re travel to DC, contact info pro bono co | 0.8 |
| 5/12/15 | Flores v. Johnson | Meeting with Peter | 1.5 |
| 5/13/15 | Flores v. Johnson | Telecon w/ Peter meeting with Defs' counsel re settlement | 0.7 |
| 5/19/15 | Flores v. Johnson | Telecon with Peter re settlement positions / research | 1.4 |
| 6/3/15 | Flores v. Johnson | Phone Call w/ Peter | 0.68 |
| 6/12/15 | Flores v. Johnson | Telecons Peter review status of litigation, research, settlem | 1.5 |
| 6/18/15 | Flores v. Johnson | Telecon PS re status case and next steps re settlement | 0.5 |
| 6/30/15 | Flores v. Johnson | co-counsel call and follow-up | 3 |
| 7/1/15 | Flores v. Johnson | Phone call w/ Peter re settlement | 1.23 |
| 7/6/15 | Flores v. Johnson | Meet w/ Peter to go over Surge numbers spreadsheet | 0.75 |
| 7/6/15 | Flores v. Johnson | Meet w/ law clerk Manuel re: Flores research | 0.5 |
| 7/8/15 | Flores v. Johnson | Edit proposed order, emailed co-counsel and consultants, | 1.33 |
| 7/8/15 | Flores v. Johnson | Figure out how to encrypt and prevent people from downlo | 0.17 |
| 7/9/15 | Flores v. Johnson | Call w/ co-counsel, talk to Peter, call w/ consultants, emails | 5 |
| 7/9/15 | Flores v. Johnson | Work on compiling responses to press releases by ICE | 3.29 |
| 7/10/15 | Flores v. Johnson | Conference call w/ consultants and co-counsel (1pm-3:10p | 2.33 |
| 7/10/15 | Flores v. Johnson | Emails, distribute counter-offer to team, send new consulta | 1 |
| 7/13/15 | Flores v. Johnson | Call w/ govt. | 0.25 |
| 7/13/15 | Flores v. Johnson | Call w/ consultants and co-counsel | 2.42 |
| 7/15/15 | Flores v. Johnson | emails, archiving, telecon meeting w/ Peter, research | 5 |
| 7/16/15 | Flores v. Johnson | Advisals work | 0.58 |
| 7/16/15 | Flores v. Johnson | proposed order | 2.48 |
| 7/16/15 | Flores v. Johnson | conference call w/ David & Leon | 0.58 |
| 7/20/15 | Flores v. Johnson | Research | 0.25 |
| 7/20/15 | Flores v. Johnson | meet w peterre proposed order, prep cponf call consultants | 1.67 |
| 7/20/15 | Flores v. Johnson | email to co counsel to schedule a call, go through tentative | 1.52 |
| 7/20/15 | Flores v. Johnson | conference call w/ co counsel | 1.18 |
| 7/24/15 | Flores v. Johnson | Review court order teleconsemailsconsultants re same | 6 |
| 7/27/15 | Flores v. Johnson | Flores order summary, draft sign-on, draft email to ngos ar | 6.27 |
| 7/28/15 | Flores v. Johnson | Call w/ Jessica re: pope and join press call | 0.17 |
| 7/28/15 | Flores v. Johnson | emails, get to Pope | 0.58 |
| 7/30/15 | Flores v. Johnson | emails recourts july Order | 0.25 |
| 8/4/15 | Flores v. Johnson | telecon Peter re responding to Court's JulyOSC | |
| 8/10/15 | Flores v. Johnson | Research, prep for reply filing | 5.19 |
| 8/11/15 | Flores v. Johnson | Research, meeting w/ Peter, draft, emails,review/org exhib | 7.12 |
| 8/12/15 | Flores v. Johnson | Research drafting, exhibits prep | 16 |
| 8/13/15 | Flores v. Johnson | Reply filing, exhibit review & prep | 20 |
| 8/21/15 | Flores v. Johnson | Teleon Peter re Court's remeidal Order | 0.66 |
| 8/24/15 | Flores v. Johnson | Prep for call w/ advocates and conference call | 6 |
| 8/25/15 | Flores v. Johnson | Call re Berks | 2 |
| 8/25/15 | Flores v. Johnson | Emails | 1 |
| 9/2/15 | Flores v. Johnson | Telecons with Peter re pltf appeal, monitoring remedial ord | 2 |
| 9/14/15 | Flores v. Johnson | time records | 0.97 |
| 9/28/15 | Flores v. Johnson | Outreach emails re: monitoring | 0.5 |
| 10/1/15 | Flores v. Johnson | Flores Monitoring Call w/ advocates | 1.1 |
| 10/1/15 | Flores v. Johnson | Prepare draft monitoring form for Flores August 21 Order | 1.5 |
| 10/2/15 | Flores v. Johnson | Follow-up email re: monitoring Flores August 21 Order | 0.2 |

KEY:  orange = block billing
      green = poorly kept record
      pink = travel time
      blue = matters not addressed by court

61