# **EXHIBIT E**

| FLORES TIME RECORDS - CHAPMAN NOAM | | | | | |
|---|---|---|---|---|---|
| Date | Start | Finish | Hours | Mins | Task |
| 11/10/15 | 1:00 PM | 2:00 PM | 1.00 | | Conference Call with Flores Consultants |
| 11/13/15 | 1:00 PM | 2:00 PM | 1.00 | | Conference Call with Flores Consultants |
| 11/25/15 | 1:00 PM | 2:00 PM | 1.00 | | Conference Call with Medical/Psych Amicus Team |
| 12/1/15 | 1:00 PM | 2:00 PM | 1.00 | | Conference call with Co-Counsel re Motion to Expedite |
| 12/15/15 | 12:00 PM | 1:00 PM | 1.00 | | Conference Call with Flores Co-Counsel |
| 12/21/15 | | | | 30 | Telecon Noam Chapman/interns re amici briefs |
| 1/19/16 | 4:00 PM | 5:00 PM | 1.00 | | Co-Counsel Conference Call |
| 1/25/16 | 12:34 PM | 1:34 PM | 1.00 | | Archived RILR v. Johnson Pleadings and Researched application to Flores |
| 2/5/16 | 8:45 AM | 1:15 PM | 4.00 | 30 | Excerpted DC Briefs and Prepared Exhibit Reference Table |
| 2/5/16 | 5:00 PM | 6:00 PM | 1.00 | | Excerpted D's References to RILR and Deterrence Argument |
| 2/8/16 | 12:02 PM | 12:17 PM | | 15 | Telecon PAS re citations for answering brief |
| 2/12/16 | 4:00 PM | 6:30 PM | 2.00 | 30 | Made Edits and Added Citations to Answering brf |
| 13-Feb | 10:00 AM | 7:45 PM | 9.00 | 45 | Executed revisions to Appellee's Brief. Also began excerpt citations. |
| 14-Feb | 11:36 AM | 7:51 PM | 8.00 | 15 | Began assembling the Supplemental Excerpt of Record. |
| 15-Feb | 11:18 AM | 5:58 PM | 6.00 | 40 | Made necessary edits to App. Brief. Marked citations for SRE. Continued to assemble and draft the SRE |
| 16-Feb | 8:20 AM | 8:30 PM | 12.00 | 10 | Made additional edits to brief. Coordinated with volunteer attorneys to arrange site visit to family detention centers in Texas and Pennsylvania. |
| 2/19/16 | 4:04 PM | 5:02 PM | 1 | 0 | Telecon PAS re pro bono updates/coordination of amici briefs/key arguments of amici briefs |
| 2/25/16 | 9:29 AM | 10:00 AM | | 30 | Telecon PAS re coordinating with consultants, amicus briefs, etc. |
| 2/26/16 | 3:54 PM | 4:16 PM | | 20 | Telecon w/ Chapman Noam re updating co-counsel, scheduling conf call w/consultants, research re next steps |
| 4/8/16 | 4:40 PM | 5:34 PM | | 55 | Telecon with PAS re outreach amicus briefs, etc. |

| | | | | |
|---|---|---|---|---|
| 6/2/16 | 7:57 PM | 8:29 PM |  | 30 Telecon with PAS re 9th Cir argument |
| 6/3/16 | 1:30 PM | 4:30 PM | 3 | Ninth Circuit Oral Argument Moot Court |
| 6/4/16 | 11:00 | 12:00 PM | 1 | Conference Call w/ Co-Counsel - Case Update |

| | |
|---|---|
| Total Hours | 59.83 |

KEY: orange = block billing
green = poorly kept record
pink = travel time
blue = matters not addressed by court