# EXHIBIT F

**Flores First Motion to Enforce Settlement Agreement**

|  | **Activity** | **Memo/Description** | **Duration** |
|---|---|---|---|
| **Ms. Alice Bussiere** | | | |
| | 11/6/2014 | Conference call with co-counsel re factual investigation and legal claims | 0.8 |
| | 11/10/2014 | Review of research and memo to co-counsel re licensing standards | 0.3 |
| | 11/12/2014 | Factual investigation, telephone call with local advocate | 0.2 |
| | 11/20/2014 | Research licensing standards | 1.2 |
| | 12/2/2014 | Conference call with Elena Garcia re licensing standards and settlement agreement history; | 0.9 |
| | 12/4/2014 | Communications with co-counsel re experts | 0.2 |
| | 12/5/2014 | Communications with co-counsel and research re experts | 0.3 |
| | 12/8/2014 | Research and communication with co-counsel re experts and co-counsel conference calls | 0.3 |
| | 12/10/2014 | Telephone call with potential expert, communication with co-counsel re expert. | 0.4 |
| | 12/10/2014 | Conference call with co-counsel and potential expert | 0.5 |
| | 1/6/2015 | Consultation with local advocate re Flores requirements | 0.2 |
| | 1/12/2015 | Review of expert declaration | 0.3 |
| | 1/13/2015 | Review communications with co-counsel re meet and confer | 0.2 |
| | 1/15/2015 | Communications with co-counsel re meet and confer | 0.2 |
| | 1/16/2015 | Communications with co-counsel and defendants' counsel re outstanding issues and meet and | 0.3 |
| | 1/19/2015 | Communications with co-counsel re meet and confer | 0.1 |
| | 1/23/2015 | Review and comment on draft motion to enforce | 2.3 |
| | 1/26/2015 | Review draft motion to enforce | 0.3 |
| | 1/26/2015 | Conference call with co-counsel re Motion to Enforce, issues and logistics of finalizing and filing | 0.8 |
| | 1/28/2015 | Review and comment on draft motion to enforce | 0.3 |
| | 2/11/2015 | Review and comment on draft proposed order | 0.4 |
| | 2/19/2015 | Review and comment on letter re disclosures | 0.3 |
| | 2/28/2015 | Review Motion to Amend and Attachments, Opposition and Attachments | 1.1 |
| | 3/2/2015 | Conference call with co-counsel re: Motion to Modify Consent Decree and Opposition to Motion | 0.9 |
| | 3/4/2015 | Review and comment on draft Opposition to Motion to Modify Consent Decree | 0.5 |
| | 3/6/2015 | Review and comment on draft Opposition to Motion to Modify Consent Decree | 0.4 |
| | 3/8/2015 | Review draft reply to opposition to motion to enforce | 1 |
| | 3/9/2015 | Research re opposition to Motion to Enforce | 1.2 |
| | 3/11/2015 | Draft declaration re use of "dependent" | 1.7 |
| | 3/11/2015 | Preparing declaration re original settlement agreement and dependent children | 0.7 |
| | 3/12/2015 | Review and comment on Reply to Motion to Enforce Settlement. | 0.5 |
| | 3/17/2015 | Review supplemental responses | 0.3 |
| | 3/25/2015 | Review file, research, draft questions and issues for oral argument | 0.9 |
| | 3/25/2015 | Review declarations in RILR and comment | 0.3 |
| | 3/30/2015 | Review emails re supplemental evidence | 0.1 |
| | 4/2/2015 | Review emails re supplemental evidence | 0.2 |
| | 4/15/2015 | Review proposed declarations and communications re additional evidence | 0.2 |
| | 4/24/2015 | Review notes for oral argument and comment | 1.1 |
| | 4/25/2015 | Review tentative ruling and emails re oral argument | 0.3 |
| | 4/29/2015 | Communications re meet and confer | 0.1 |
| | 5/1/2015 | Conference call with attorneys for class members re current facts and proposed demands; | 1.3 |
| | 5/1/2015 | Review emails re meet and confer and tentative ruling | 0.2 |
| | 5/4/2015 | Communications with co-counsel re meet and confer | 0.2 |
| | 5/4/2015 | Communication with co-counsel re tentative ruling and meet and confer/settlement | 0.2 |
| | 5/6/2015 | Review communications with co-counsel and proposed order re confidentiality | 0.2 |
| | 5/11/2015 | Communications with co-counsel re meet and confer | 0.2 |
| | 5/12/2015 | Review USCIS data re reasonable fear determinations | 0.1 |
| | 5/22/2015 | Review of child abuse reporting and response proposal | 0.2 |
| | 5/22/2015 | Communication with co-counsel re settlement proposal | 0.1 |
| | 5/23/2015 | Review proposed settlement agreement and comment | 0.9 |
| | 5/23/2015 | Review proposed settlement documents | 0.7 |
| | 5/25/2015 | Review proposed stipulation and correspondence. Communication with co-counsel. | 0.3 |
| | 6/3/2015 | Review and comment on child abuse proposal | 1 |
| | 6/5/2015 | Review and comment on child abuse proposal, communications with co-counsel | 0.4 |
| | 6/5/2015 | Review emails among co-counsel re proposed settlement | 0.4 |
| | 6/11/2015 | Communications with co-counsel re tentative ruling. | 0.1 |
| | 6/22/2015 | Review summary of negotiations and proposed next steps | 0.1 |
| | 6/23/2015 | Review settlement proposal and report from co-counsel re settlement negotiations. | 0.2 |
| | 6/25/2015 | Conference call with co-counsel re settlement negotiations. | 1.4 |
| | 6/29/2015 | Review and comment on proposed stipulation. | 2 |
| | 6/29/2015 | Draft comments on proposed stipulation. | 0.9 |
| | 6/30/2015 | Conference call with co-counsel re settlement proposal, task assignment, next steps | 1.2 |
| | 6/30/2015 | Review comments of co-counsel re settlement, next steps, task assisgment | 0.3 |
| | 7/1/2015 | Review comments from consultants, data and research. Communications with co-counsel re | 0.8 |
| | 7/1/2015 | Review proposed stipulation to extend meet and confer and comment | 0.2 |
| | 7/7/2015 | Review research, materials, draft re settlement offer | 0.3 |
| | 7/8/2015 | Review proposed order and draft comments, communications with co-counsel re settlement | 0.6 |
| | 7/10/2015 | Conference call with co-counsel and consultants re settlement proposal. | 1.5 |
| | 7/12/2015 | Review proposed settlement and order and comments from co-counsel; draft comments | 0.6 |
| | 7/13/2015 | Draft comments on settlement proposal | 0.2 |

KEY:   orange = block billing
       green = poorly kept record
       pink = travel time
       blue = matters not addressed by court

83

| Date | Description | Hours |
|---|---|---|
| 7/13/2015 | Conference call with co-counsel and consultants re settlement proposal | 2.4 |
| 7/14/2015 | Review recent draft of settlement agreement | 0.1 |
| 7/15/2015 | Draft comment on proposed order | 0.2 |
| 7/15/2015 | Review proposed order and comments | 0.4 |
| 7/15/2015 | Review current drafts of settlement proposal and comments | 0.4 |
| 7/16/2015 | Review communications from co-counsel re settlement discussions and draft proposed order | 0.2 |
| 7/20/2015 | Communications with co-counsel re proposed order | 0.1 |
| 7/20/2015 | Conference call with co-counsel re proposed order. | 0.8 |
| 7/20/2015 | Research (b)(2) class relief. | 0.6 |
| 7/20/2015 | Review proposed order and communications re settlement, proposed order, and current facts. | 0.7 |
| 7/21/2015 | Review proposed order and comment. | 0.1 |
| 7/22/2015 | Review lodged proposed order | 0.2 |
| 7/24/2015 | Review and forward information on family shelters | 0.1 |
| 7/24/2015 | Review court ruling | 0.2 |
| 7/27/2015 | Conference call with co-counsel re follow up to order to show cause. | 0.1 |
| 7/31/2015 | Review ex parte application for extension of time to respond to OSC | 0.1 |
| 7/31/2015 | Review draft response to application for extension of time and comment | 0.1 |
| 8/8/2015 | Review Defendants' Response to OSC | 1.2 |
| 8/11/2015 | Review Response to OSC and analyses of co-counsel; research detention provisions | 2.4 |
| 8/24/2015 | Review ruling | 0.2 |
| 8/24/2015 | Conference call with advocates | 1.9 |
| 8/25/2015 | Conference call with PA advocates | 1.2 |
| 9/9/2015 | Review report about situation in PA | 0.1 |
| 9/21/2015 | Review email from co-counsel re status of case, U S Commission on Civil Rights report, facts in | 0.4 |
| 10/22/2015 | Review information about Flores facilities and licensing status | 0.2 |
| 10/23/2015 | Communications re current fact situations | 0.2 |
| 10/26/2015 | Investigation of facts and research re local facility | 0.3 |
| 10/27/2015 | Investigation and communication with co-counsel re local facilities | 0.4 |
| 11/10/2015 | Review Texas v USA (5th Cir) | 0.6 |
| 11/30/2015 | Communications with co-counsel re motion to expedite appeal | 0.3 |
| 12/1/2015 | Conference call with co-counsel re appeal and extension of time, research rules, memo to file | 0.9 |
| 12/2/2015 | Communications with co-counsel re motion to expedite appeal, tasks | 0.4 |
| 12/4/2015 | Review motion to expedite, memo to co-counsel | 0.3 |
| 12/7/2015 | Communication with co-counsel re motion to expedite | 0.2 |
| 12/7/2015 | Review materials and prepare for conference call with co-counsel | 0.3 |
| 12/7/2015 | Conference call with co-counsel re motion to expedite and appeal issues | 1 |
| 12/10/2015 | Review materials and communications re motion to expedite | 0.1 |
| 12/16/2015 | Prepare for conference call; co-counsel conference call re appeal arguments and tasks. | 1.2 |
| 1/18/2016 | Review Appellants' brief | 0.9 |
| 1/18/2016 | Review Appellants brief | 1.4 |
| 1/27/2016 | Review draft appeal brief and file materials and comment | 1.9 |
| 1/28/2016 | Telephone call with co-counsel re appellate issues | 0.3 |
| 7/6/2016 | Review Ninth Circuit decision | 0.3 |
| 7/7/2016 | Review email exchange re discovery, Ninth Circuit decision, schedule | 0.1 |
| 7/8/2016 | Review letter to Government re discovery, Ninth Circuit decision, Motion to Enforce | 0.1 |
| 9/18/2016 | Review time records and resume for attorneys fee motion | 0.5 |

**Total for Ms. Alice** 65.2