# EXHIBIT G

**Flores First Motion to Enforce Settlement Agreement**

| | Activity | Memo/Description | Duration |
|---|---|---|---|
| **Ms. Virginia Corrigan** | | | |
| | 9/16/2014 | Research potential contacts at Berks and email inquiries | 0.4 |
| | 9/23/2014 | Phone interview w/Joe Cackley at PIRC re: Berks | 1 |
| | 10/8/2014 | Set up/coordinate phone call with local attorneys and Flores counsel re: Berks | 0.2 |
| | 10/31/2014 | Phone interview with Bridget Cambria, Jackie Cline, and Carol Anne Donohoe re: Berks | 1 |
| | 10/31/2014 | Draft advocate declarations for Cambria and Donohoe re: Berks | 1.75 |
| | 12/12/2014 | Review draft enforcement motion | 0.25 |
| | 12/12/2014 | Flores enforcement motion team conference call | 1 |
| | 1/23/2015 | Review draft enforcement motion and make edits | 1.75 |
| | 3/2/2015 | Coordinating call with Flores team to discuss response/reply briefs | 1 |
| | 3/2/2015 | Review response brief and motion to amend | 1.25 |
| | 3/3/2015 | Review background documents on Flores litigation | 1.67 |
| | 3/4/2015 | Review reports on push/pull factors for inclusion in opposition to modify | 0.5 |
| | 3/5/2015 | Review and edit draft response to motion to modify | 2.67 |
| | 3/12/2015 | Review and edit draft reply brief | 1 |
| | 3/14/2015 | Review government opposition to objections | 0.5 |
| | 3/25/2015 | Review RILR motion for reconsideration and supporting exhibits | 1.5 |
| | 3/27/2015 | Review defendant's supplemental exhibits | 1.25 |
| | 4/9/2015 | Send follow up emails to Cambria and Donohoe on declarations | 0.25 |
| | 4/10/2015 | Review Cambria response, ask follow-up questions, pass to team for next steps | 0.42 |
| | 4/14/2015 | Review and follow up on email from Carol Anne Donohoe | 0.17 |
| | 4/18/2015 | Draft updated Cambria and Donohoe decs, review info sent by attorneys, circulate decs | 1.5 |
| | 4/27/2015 | review emails re: hearing, meet and confer | 0.25 |
| | 4/29/2015 | review and circulate revised Cambira and Donohoe decs | 0.33 |
| | 5/7/2015 | review settlement, tentative order, motions, and settlement priorities document to prepare for | 1 |
| | 5/7/2015 | Plaintiff counsel call to strategize for settlement | 1.75 |
| | 5/8/2015 | Plaintiff counsel call to strategize for settlement | 1.5 |
| | 5/8/2015 | prep for call by creating list of settlement priorities, suggestions, and concerns | 1.25 |
| | 5/8/2015 | review documents, statistics, notes circulated after settlement prep call | 1.75 |
| | 5/11/2015 | settlement discussions with defense counsel | 3.25 |
| | 5/15/2015 | Conference call with Flores counsel to prepare for settlement discussions | 1.75 |
| | 5/25/2015 | review proposed abuse reporting guidelines | 1 |
| | 6/16/2015 | prep for strategy call | 0.5 |
| | 6/16/2015 | Conference call with counsel to discuss settlement negotiations | 1.33 |
| | 6/25/2015 | Call to discuss strategy after Peter met with gov | 1.25 |
| | 6/25/2015 | review emails updating on settlement negotiations | 0.25 |
| | 6/30/2015 | review government settlement offer | 0.5 |
| | 6/30/2015 | Counsel call to discuss next steps after offer | 1.25 |
| | 7/8/2015 | review proposed order draft | 0.58 |
| | 7/9/2015 | call with consultants to discuss strategy re: continued settlement discussions | 0.25 |
| | 7/13/2015 | Counsel call on next steps and proposed order | 2.33 |
| | 7/27/2015 | strategy call with counsel | 0.83 |
| | 8/7/2015 | review gov. motion to reconsider and attached filings | 2.5 |
| | 8/13/2015 | review respons to motion to reconsider | 0.5 |
| | 8/25/2015 | call with Berks advocates re: possible next steps, current conditions | 0.67 |
| | 12/7/2015 | call w/team to discuss strategy and tasks for 9th Cir. Appeal, planned motion to enforce | 1 |
| | 12/10/2015 | review and edit motion to expedite in 9th Cir. | 1.5 |
| | 12/16/2015 | call with counsel | 1 |
| | 1/29/2016 | counsel call to prepare for enforcement visit -- assignments, logistics, etc. | 0.75 |
| | 1/31/2016 | travel from Oakland, CA to McAllen, TX for facility visits | 12 |
| | 2/1/2016 | visits to McAllen and Ursula stations -- tour of stations, Q&A with officials, interviews and | 6 |
| | 2/1/2016 | travel from McAllen, TX to Dilley, TX | 4.5 |
| | 2/2/2016 | visit to Dilley facility -- facility tour approx. 1.5 hours, interviewing and taking declarations of | 10.5 |
| | 2/2/2016 | travel from Dilley, TX to Karnes City, TX | 1.75 |
| | 2/3/2016 | visit to Karnes facility -- tour of facility, interviewing and taking declarations of detained | 10 |
| | 2/3/2016 | travel from Karnes City, TX to San Antonio, TX | 1 |
| | 2/4/2016 | travel from San Antonio, TX to Oakland, CA | 8 |
| | 2/9/2016 | review, cite check, and spot edits of 9th cir. response brief | 5.25 |
| | 2/12/2015 | review, cite check, and spot edits of 9th cir. response brief | 2.5 |
| | 6/3/2016 | moot for 9th Cir. Oral argument | 2.83 |
| **Total for Ms. Virginia** | | | |
| | | | 116.18 |

KEY: orange = block billing
green = poorly kept record
pink = travel time
blue = matters not addressed by court