# **EXHIBIT H**

| Timekeeper | Offc | Dept | Client Matter | Client Name | Matter Name | Tran Date | Hrs Worked | Std Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/30/2014 | 0.50 | 187.50 | Review notes from meet and confer; send notes to team. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/30/2014 | 1.00 | 375.00 | Attend meet and confer with department of justice and attorneys from CHRC. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/31/2014 | 2.50 | 937.50 | Research licensing requirements in Pennsylvania; draft summary for team review. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/5/2014 | 1.50 | 562.50 | Review class member inquiry; review final responses submitted by DOJ. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/6/2014 | 2.00 | 750.00 | Discuss strategy for motion to enforce settlement given the position the DOJ has taken; write summary for team members; start outline for section of motion relating to lack of licensing. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/11/2014 | 2.25 | 843.75 | Research filed motions to enforce; start outline for motion to enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/12/2014 | 2.90 | 1,087.50 | Review government answer to meet and confer; review sample motion to enforce; review other filings related to licensing requirements; start outline for licensing section in motion to enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/13/2014 | 5.25 | 1,968.75 | Outline licensing section in motion to enforce; outline CBP section in motion to enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/17/2014 | 1.00 | 375.00 | Write first draft of licensing argument for motion to enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/19/2014 | 0.30 | 112.50 | Confer with Wayne H. re feedback to first draft of motion to enforce |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/1/2014 | 2.23 | 836.25 | Meet with attorneys from La Raza; confer with Wayne H. re next steps. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/2/2014 | 3.07 | 1,151.25 | Meet with attorney from the Youth Law Project; read declarations from detainees in Karnes. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/3/2014 | 4.00 | 1,500.00 | Meet with Wayne H. to discuss potential statutory support for motion to enforce; read declarations from pro-bono attorneys re Karnes facility conditions; research new potential statutory support for motion to enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/5/2014 | 1.50 | 562.50 | Research Pennsylvania licensing; apply standards to the conditions in Karnes detention facilities. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/8/2014 | 1.80 | 675.00 | Send update regarding gaps in supporting facts for motion to enforce; identify licensing scheme for licensed PA ICE facility. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/9/2014 | 0.57 | 213.75 | Discuss expert testimony with attorneys from center for human rights. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/11/2014 | 0.73 | 273.75 | Draft licensing section of motion to enforce; read additional declarations taken at the Karnes detention facility. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/11/2014 | 2.70 | 1,012.50 | Draft licensing section of motion to enforce; read additional declarations taken at the Karnes detention facility. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/12/2014 | 2.50 | 937.50 | Meet with all staffed attorneys to discuss timeline of motion, potential press, and future declarations; read declarations from identified experts. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/16/2014 | 1.18 | 442.50 | Incorporate orrick draft into overall motion to enforce and update draft based on Artesia facilities. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/17/2014 | 1.70 | 637.50 | Update Licensing Section of Motion to Enforce; review expert declaration and provide feedback. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/17/2014 | 2.58 | 967.50 | Update Licensing Section of Motion to Enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/18/2014 | 2.32 | 870.00 | Update draft based on feedback from Wayne Harman; incorporate declaration quotes into draft. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/19/2014 | 1.10 | 412.50 | Attend weekly status call. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/21/2014 | 2.50 | 937.50 | Draft Customs Border Patrol section for motion to enforce. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/22/2014 | 1.38 | 517.50 | Meet with licensing expert to discuss declarations to support motion to enforce; discuss a visit to the facilities to take declarations. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/23/2014 | 3.32 | 1,245.00 | Finalize draft to CBP section based on feedback from Wayne Harman; include citations and declaration quotes to draft. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/23/2014 | 2.93 | 1,098.75 | Review draft; update citations; review licensing and CBP section; review additional declarations sent by center for human rights; check with orrick team re ability to travel to take declarations. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/29/2014 | 0.95 | 356.25 | Review team's comments to latest draft; organize trip to take declarations in Texas; review client email. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/6/2015 | 0.27 | 106.65 | Review materials for facility visit sent by team. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/7/2015 | 3.20 | 1,264.00 | Review model declarations; meet with Wayne H. to prepare for declarations; review ICE conditions; review comments on brief; create outline for declaration interview. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/7/2015 | 6.00 | 2,370.00 | Travel time to San Antonio Texas. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/8/2015 | 12.00 | 4,740.00 | Visit Dilley immigration facility in Texas; take tour of facility; take declarations from four detainees. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/9/2015 | 11.00 | 4,345.00 | Visit Karnes immigration facility in Texas; take tour of facility; take declarations from four detainees; debrief with team on visit. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/10/2015 | 5.50 | 2,172.50 | Travel time from San Antonio Texas to Los Angeles. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/12/2015 | 0.72 | 284.40 | Debrief on facility visit with Wayne H.; discuss next steps to motion to enforce with team. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/13/2015 | 2.40 | 948.00 | Discuss next steps with Carlos H. and Ranjana; review declarations taken at Karnes and Dilley;review two expert's declarations; incorporate information into draft of motion to enforce; discuss with Wayne H. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/14/2015 | 2.08 | 821.60 | Update licensing section based on feedback from Wayne and other team members. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/15/2015 | 3.50 | 1,382.50 | Edit and send a revised version of the motion to enforce to Wayne H; revise next steps; update info for caption page for filing; discuss status of CBP section with Wayne and Ranjana; send an update to the Flores team; start organizing exhibits for fi |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/16/2015 | 1.85 | 730.75 | Finalize declarations; edit motion based on feedback from Wayne H; integrate new declarations into motion. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/20/2015 | 0.55 | 217.25 | Research motion to file under seal. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/21/2015 | 1.13 | 446.35 | Review all FOIA CBP documents. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/22/2015 | 2.88 | 1,137.60 | Check that exhibits line up to citations and support contentions made in MTE. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/23/2015 | 1.72 | 679.40 | Check that exhibits line up to citations and support contentions made in MTE. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/26/2015 | 1.98 | 782.10 | Strategize steps to be take for filing; meet with team to discuss next next draft of MTE and potential press conference. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/27/2015 | 2.35 | 928.25 | Review all exhibits redacted and unredacted versions; research filing rules; research motion to file under seal; prepare arrangements for filing deadline. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/28/2015 | 2.18 | 861.10 | Review ang provide fedback on finalized MTE; research local rules for filing. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/29/2015 | 0.65 | 256.75 | Prepare for filing. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/30/2015 | 9.90 | 3,910.50 | Prepare all documents and exhibits for filing under seal and e-file; update memorandum. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/1/2015 | 4.00 | 1,580.00 | Review all documents to be filed for MTE. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/2/2015 | 11.00 | 4,345.00 | Draft and prepare all documents for e-filing MTE in central district, including application to file under seal, application of manual filing, proposed order, and exhibits captions; work with Tracy to e-file all documents. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/3/2015 | 4.50 | 1,777.50 | Work with team to prepare manual filing under seal. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/5/2015 | 0.88 | 347.60 | Organize and share all filed documents. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/5/2015 | 0.33 | 130.35 | Review MTE order. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/26/2015 | 0.17 | 67.15 | Review emails re status of case. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/2/2015 | 1.02 | 402.90 | Attend call with legal team. |

| Timekeeper | Offc | Dept | Client Matter | Client Name | Matter Name | Tran Date | Hrs Worked | Std Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/3/2015 | 0.10 | 39.50 | Read correspondence from co-counsel. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/4/2015 | 0.15 | 59.25 | Review opposing counsel's response to MTE. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/17/2015 | 1.68 | 663.60 | Prepare filing for RJN and exhibit set. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/20/2015 | 0.67 | 264.65 | Discuss manual filing; follow up on redactions. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/20/2015 | 1.22 | 481.90 | Prepare filing for exhibit set. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/21/2015 | 0.68 | 268.60 | Prepare filing. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/22/2015 | 0.75 | 296.25 | Prepare filing; read team's correspondence. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/28/2015 | 0.50 | 197.50 | Research Article II jurisdiction. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/29/2015 | 1.58 | 624.10 | Research article iii jurisdiction and requirements for MTEs and injunctions. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/1/2015 | 2.00 | 790.00 | Research re article iii jurisdiction. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/7/2015 | 0.10 | 39.50 | Read correspondence with team. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/12/2015 | 0.65 | 256.75 | Research withdrawal of counsel motion requirements. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/6/2015 | 0.45 | 177.75 | Assist to file affidavit. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/7/2015 | 0.27 | 106.65 | Assist to file affidavit; read relevant communications from team. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/13/2016 | 0.52 | 249.60 | Read update emails re status of case. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/14/2016 | 0.50 | 240.00 | Coordinate logistics for facility visits. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/19/2016 | 1.50 | 720.00 | Attend conference call; type up notes re the same. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/1/2016 | 10.00 | 4,800.00 | Travel to Dilley Texas; prepare for family detention visits. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/2/2016 | 12.50 | 6,000.00 | Prepare for family detention visits; meet with class members at family detention; take declarations; finalize declarations. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/3/2016 | 12.50 | 6,000.00 | Prepare for family detention visits; meet with class members at family detention; take declarations; finalize declarations. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/4/2016 | 7.00 | 3,360.00 | Travel from Dilley Texas; debrief re family detention visits. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/22/2016 | 0.50 | 240.00 | Discuss options for consent to UNHCR brief. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/4/2016 | 1.50 | 720.00 | Read latest draft of motion; attend call for Flores co-counsel |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/5/2016 | 1.50 | 720.00 | Correspondence re Flore moot hearing; organize files for matter. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/25/2016 | 2.50 | 1,200.00 | Read copies of pleadings filed by center. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/26/2016 | 1.00 | 480.00 | Read copies of pleadings filed by center. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/31/2016 | 2.00 | 960.00 | Review flores documents for Moot hearing. |
| Garcia, Elena | OC | IP | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/6/2016 | 1.00 | 480.00 | Review outline for Flores hearing. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/27/2014 | 0.60 | 411.00 | Conference call with client re case strategy; internal call re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/6/2014 | 1.50 | 1,027.50 | Prepare for and attend conference with CHR; conference with E. Henry re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 11/19/2014 | 3.10 | 2,123.50 | Review and revise outline; conference with client and E. Garcia re same; legal research re same; conference with E. Henry re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/3/2014 | 2.30 | 1,575.50 | Prepare for and participate in fact research call with Elena |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/9/2014 | 1.10 | 753.50 | Legal research ISO Flores brief; correspondence with E. Garcia re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/12/2014 | 1.10 | 753.50 | Prepare for and attend conference call re Flores |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/18/2014 | 3.60 | 2,466.00 | Review and revise draft of licensing section; legal research re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/5/2015 | 2.70 | 1,903.50 | Review latest draft of brief; conference with E. Garcia re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/6/2015 | 2.00 | 1,410.00 | Factual and legal research re licensing, settlement agreement |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/7/2015 | 3.30 | 2,326.50 | Prepare for and attend conference with E. Garcia re Flores site visits; legal and factual research re settlement, licensing obligation; draft flow chart re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/9/2015 | 2.40 | 1,692.00 | Legal and factual research re licensing section of brief |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/12/2015 | 3.70 | 2,608.50 | Conference with E. Garcia re site visits; correspondence with C. Holguin re filing schedule; review Gene declaration; draft section for brief |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/13/2015 | 1.30 | 916.50 | Conference with E. Garcia re licensing section; legal research re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/15/2015 | 3.40 | 2,397.00 | Review and revise brief; review additional declarations |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/20/2015 | 1.30 | 916.50 | Review brief and supporting documents |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/21/2015 | 1.40 | 987.00 | Review brief and supporting documents |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/22/2015 | 0.30 | 211.50 | Correspondence with client re filing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/23/2015 | 0.40 | 282.00 | Correspondence with E. Garcia re filing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/26/2015 | 0.40 | 282.00 | Correspondence with E. Garcia re brief filing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/28/2015 | 0.50 | 352.50 | Strategize re case filing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/29/2015 | 0.90 | 634.50 | Review final brief; correspondence and conference with B. Molinski and Rene K. re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/31/2015 | 0.30 | 211.50 | Correspondence with E. Garcia re formatting of memo of law |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/2/2015 | 0.60 | 423.00 | Conference with E. Garcia re filing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/6/2015 | 0.40 | 282.00 | Strategize re hearing; correspondence with Carlos H. re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 2/20/2015 | 0.40 | 282.00 | Correspondence re briefing schedule, case strategy |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/1/2015 | 1.60 | 1,128.00 | Correspondence re Reply brief; review opposition brief; prepare for status call |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/2/2015 | 1.60 | 1,128.00 | Conference re opposition brief; correspondence re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/4/2015 | 1.60 | 1,128.00 | Conference with A. Byrd re evidentiary objections; review and revise same |

| Timekeeper | Offc | Dept | Client Matter | Client Name | Matter Name | Tran Date | Hrs Worked | Std Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/25/2015 | 0.80 | 564.00 | Strategize re evidentiary objections |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/26/2015 | 4.20 | 2,961.00 | Strategize re evidentiary objections; review same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/27/2015 | 0.70 | 493.50 | Strategize re hearing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/30/2015 | 1.40 | 987.00 | Conference re evidentiary objections; factual research re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/31/2015 | 1.10 | 775.50 | Conference re evidentiary objections; prepare for same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/3/2015 | 0.20 | 141.00 | Correspondence with Carlos re evidentiary objections |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/6/2015 | 5.40 | 3,807.00 | Strategize re hunger strike declaration, supplemental declarations, objections to government's evidence, responses to government's objections |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/7/2015 | 1.30 | 916.50 | Review and revise responses to evidentiary objections |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/12/2015 | 0.50 | 352.50 | Correspondence with co-counsel re supplemental declarations |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/13/2015 | 1.30 | 916.50 | Strategize re RJN, additional filings; legal research re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/16/2015 | 3.60 | 2,538.00 | Strategize re filing additional documents; legal research re RJN; draft RJN; compile supporting documents; review and revise response to evidentiary objections |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/17/2015 | 1.70 | 1,198.50 | Review and revise filings (evidentiary objections and supplemental declarations); strategize re certified translation of petition; legal research ISO RJN |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/18/2015 | 1.20 | 846.00 | Legal and factual research in support of Motion to Enforce (supplemental factual support) |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/20/2015 | 2.30 | 1,621.50 | Review and revise RJN; assemble filings |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/21/2015 | 1.10 | 775.50 | Strategize re filing |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/22/2015 | 1.80 | 1,269.00 | Strategize re filing supplemental declarations |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/23/2015 | 3.60 | 2,538.00 | Prepare for hearing; correspondence with team re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/24/2015 | 6.90 | 4,864.50 | Prepare for and attend hearing on Motion to Enforce |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/27/2015 | 0.40 | 282.00 | Correspondence with Rene K. re hearing result |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/28/2015 | 0.70 | 493.50 | Correspondence with client re transcript, additional research |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/29/2015 | 0.90 | 634.50 | Review and revise request for transcript; correspondence re media requests |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/30/2015 | 0.60 | 423.00 | Correspondence with B. Molinski, R. Kathawala, and C. Holguin re court order re media |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/1/2015 | 0.70 | 493.50 | Conference and correspondence re protective order |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/6/2015 | 0.50 | 352.50 | Review and revise protective order; correspondence with client re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/7/2015 | 1.00 | 705.50 | Conference call re settlement |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/12/2015 | 0.80 | 564.00 | Correspondence re settlement discussions |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/14/2015 | 0.40 | 282.00 | Correspondence re settlement discussions |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/15/2015 | 1.80 | 1,269.00 | Conference call re settlement discussions; strategize re settlement conference in LA |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/18/2015 | 0.40 | 282.00 | Correspondence with team re settlement conference |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/19/2015 | 1.10 | 775.50 | Prepare for settlement conference |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/20/2015 | 6.90 | 4,864.50 | Prepare for and attend settlement conference; review and revise proposed stipulation |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/21/2015 | 0.80 | 564.00 | Correspondence with client re stipulation, proposed revisions |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/26/2015 | 1.30 | 916.50 | Review filed stipulation and cover letter |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/27/2015 | 0.60 | 423.00 | Correspondence with R. Kathawala re final settlement proposal; conference with P. Shey re settlement meeting expenses |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/11/2015 | 3.20 | 2,256.00 | Correspondence re breach of confidentiality agreement; conference with R. Kathawala re same; conference with P. Schey re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/12/2015 | 2.50 | 1,762.50 | Correspondence re breach of confidentiality agreement; conference with R. Kathawala re same; conference with P. Schey re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/15/2015 | 1.50 | 1,057.50 | Conference and correspondence with R. Kathawala, L. Low, B. Molinski re B. Johnson disclosure |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/16/2015 | 0.80 | 564.00 | Conference with B. Molinski re Johnson leak; conference with P. Schey re status update |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/17/2015 | 0.50 | 352.50 | Conference call re breach of confidentiality agreement |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/22/2015 | 0.40 | 282.00 | Review settlement update |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/26/2015 | 1.40 | 987.00 | Strategize re data breach |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 6/30/2015 | 0.40 | 282.00 | Strategize re Johnson OSC |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/1/2015 | 1.10 | 775.50 | Review stipulation; correspondence re stipulation; correspondence re breach of confidentiality agreement, |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/2/2015 | 0.30 | 211.50 | Correspondence with R. Kathawala re P. Schey email to government. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/6/2015 | 0.40 | 282.00 | Correspondence re service of OSC, |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/7/2015 | 1.20 | 846.00 | Correspondence re service of OSC; correspondence re dispute with class counsel re transmission of documents, |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/8/2015 | 0.70 | 493.50 | Review correspondence re draft stipulation, |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/9/2015 | 0.60 | 423.00 | Review correspondence re draft stipulation, |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/10/2015 | 1.60 | 1,128.00 | Review correspondence re draft stipulation; telephone conference re same. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/11/2015 | 0.40 | 282.00 | Correspondence re proposed stipulation. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/12/2015 | 0.50 | 352.50 | Correspondence re proposed stipulation. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/13/2015 | 1.60 | 1,128.00 | Telephone conference with P. Schey; correspondence re proposed stipulation. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/14/2015 | 0.40 | 282.00 | Correspondence re proposed stipulation. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/15/2015 | 0.50 | 352.50 | Correspondence re proposed stipulation. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/16/2015 | 0.40 | 282.00 | Correspondence re proposed stipulation. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/17/2015 | 1.10 | 775.50 | Correspondence re proposed order; conference with P. Schey re same. |

| Timekeeper | Offc | Dept | Client Matter | Client Name | Matter Name | Tran Date | Hrs Worked | Std Amt | Narrative |
|---|---|---|---|---|---|---|---|---|---|
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/18/2015 | 0.40 | 282.00 | Correspondence re proposed order. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/19/2015 | 0.40 | 282.00 | Correspondence re proposed order. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/20/2015 | 0.50 | 352.50 | Correspondence re proposed order |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/22/2015 | 0.30 | 211.50 | Review proposed order. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/23/2015 | 0.50 | 352.50 | Correspondence re proposed order. |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/28/2015 | 0.60 | 423.00 | Review final order |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/29/2015 | 0.40 | 282.00 | Draft summary of court order |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 7/31/2015 | 0.50 | 352.50 | Review and revise proposed response to request for extension |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 8/13/2015 | 2.10 | 1,480.50 | Review proposed response and correspondence re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/1/2015 | 0.30 | 211.50 | Correspondence with P. Schey re fees motion |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/11/2015 | 0.20 | 141.00 | Correspondence with client re fees motion |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/14/2015 | 0.10 | 70.50 | Correspondence with R. Kathawala re fees motion |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/16/2015 | 0.60 | 423.00 | Strategize re motion for fees; coordinate conference re Flores ruling |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/17/2015 | 0.50 | 352.50 | Coordinate Flores conference |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/18/2015 | 0.40 | 282.00 | Correspondence re Flores training |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/21/2015 | 0.90 | 634.50 | Correspondence with P. Schey re appeal; correspondence re training |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 9/28/2015 | 0.60 | 423.00 | Strategize re training |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/2/2015 | 0.50 | 352.50 | Correspondence re Flores training |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/5/2015 | 0.50 | 352.50 | Conference with P. Schey |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/1/2015 | 0.30 | 211.50 | Correspondence with P. Schey re: co-counsel conference |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/4/2015 | 2.40 | 1,692.00 | Legal research ISO opposition to motion to expedite |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/7/2015 | 2.50 | 1,762.50 | Conference call with co-counsel re opposition to motion to expedite; legal research re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/9/2015 | 5.60 | 3,948.00 | Legal research re motion to expedite; trial court jurisdiction pending appeal; draft memo to P. Schey re same; |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/10/2015 | 1.90 | 1,339.50 | Correspondence with R. Kathawala re opposition to motion to expedite; correspondence with P. Schey re same; review opposition re motion to expedite |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/11/2015 | 2.30 | 1,621.50 | Conference with R. Kathawala re opposition to motion to expedite; correspondence with co-counsel re same; review same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/15/2015 | 0.30 | 211.50 | Correspondence with P. Schey re conference call to discuss possible motion for contempt |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/16/2015 | 1.50 | 1,057.50 | Correspondence with G. Tajmiri re Flores in anticipation of pro bono meeting; conference with P. Schey re next steps |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/25/2015 | 0.20 | 141.00 | Correspondence with R. Kathawala re appeal |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 12/29/2015 | 0.30 | 211.50 | Calendar key appellate dates; correspondence with P. Schey re same |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/13/2016 | 0.30 | 220.50 | Correspondence with E. Garcia re site visits |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/16/2016 | 0.20 | 147.00 | Correspondence with R. Kathawala and P. Schey re appeal |
| Harman, T. Wayne | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/25/2016 | 0.20 | 147.00 | Correspondence with E. Garcia re appeal |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 10/27/2014 | 0.20 | 165.00 | Meeting to discuss new matter. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 1/29/2015 | 0.40 | 340.00 | [Review email re update. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/2/2015 | 0.50 | 425.00 | Exchange emails re press issue; review motion to enforce. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 3/27/2015 | 0.50 | 425.00 | Meeting with W. Harman re hearing. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 4/30/2015 | 2.50 | 2,125.00 | Review press release; review order; telephone conference with W. Harman; telephone conference with C. Holguin; exchange emails re order. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/1/2015 | 1.50 | 1,275.00 | Review tentative ruling; exchange emails re telephone hearing. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/2/2015 | 0.50 | 425.00 | Exchange emails re hearing. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/4/2015 | 0.80 | 680.00 | Conference call with court; review hearing transcript. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/5/2015 | 0.80 | 680.00 | Review and exchange emails re order and meeting. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/6/2015 | 0.30 | 255.00 | Review emails re mediation and order. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/7/2015 | 0.20 | 170.00 | Review emails re mediation. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/8/2015 | 0.20 | 170.00 | Review emails re mediation. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/11/2015 | 0.30 | 255.00 | Review emails re NPR story; listen to story; review emails. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/14/2015 | 0.20 | 170.00 | Exchange emails re mediation. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/20/2015 | 0.50 | 425.00 | Review settlement terms. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 5/27/2015 | 0.30 | 255.00 | Review email re stipulation. |
| Molinski, William | LA | CMLT | 911990.2 | Center for Human Rights & Constitutional | Flores Settlement Enforcement | 8/10/2015 | 0.20 | 170.00 | Review email re messages. |

KEY:  orange = block billing
green = poorly kept record
pink = travel time
blue = matters not addressed by court

188