# **EXHIBIT I**

| Timekeeper | Date | Activity | for this motion | Time claimed | Discounted (not claiming) |
|---|---|---|---|---|---|
| Manning, Kate | 11/4/14 | email from Peter Schey about joining as co-consel | 0.1 | 0 | 0.1 |
| | 11/25/14 | email from Schey and to LF supervisors about co-counsel | 0.4 | 0 | 0.4 |
| | 12/2/14 | email Schey regarding request to LF Board | 0.2 | 0 | 0.2 |
| | 12/26/14 | conference call with counsel | 1 | 0 | 1 |
| | 12/27/14 | Review draft Motion to Enforce | 0.5 | 0 | 0.5 |
| | 12/28/14 | research background of case | 4 | 4 | |
| | 12/29/14 | Read emails from Schey regarding Motion | 0.2 | 0 | 0.2 |
| | 1/23/15 | conference call with counsel | 1.5 | 0 | 1.5 |
| | 1/21/15 | Review updated draft Motion to Enforce | 0.4 | 0 | 0.4 |
| | 1/23/15 | Conference call with Schey and LF supervisors regarding joining case | 1 | 0 | 1 |
| | 1/28/15 | Review drafts of motion and proposed order | 0.5 | 0.5 | 0 |
| | 1/30/15 | Internal emails regarding conflict checks to join case | 0.3 | 0 | 0.3 |
| | 2/19/15 | Internal emails regarding board proposal and edits | 0.5 | 0 | 0.5 |
| | 2/24/15 | Emails with LF staff and board re: joining case | 0.2 | 0 | 0.2 |
| | 2/25/15 | meeting with LF board to approve co-counsel | 1 | 0 | 1 |
| | 2/27/15 | assemble litigation binder and read filings | 3.5 | 3.5 | 0 |
| | 3/2/15 | conference call with co-counsel re next steps | 1 | 1 | 0 |
| | 3/4/15 | research project - TVPRA & possible conflicts with Flores | 2 | 2 | 0 |
| | 3/4/15 | mtg with AK and call PS/ co-counsel | 0.4 | 0 | 0.4 |
| | 3/4/15 | admission to CA district court | 0.4 | 0 | 0.4 |
| | 3/4/15 | Internal emails regarding responsibilities on case | 0.2 | 0 | 0.2 |
| | 3/5/15 | gather attorney contacts and information for co-counsel agrmt. | 0.5 | 0 | 0.5 |
| | 3/6/15 | read reply brief and edit | 1 | 1 | 0 |
| | 3/9/15 | prepare notice of entry and email co-counsel | 0.8 | 0 | 0.8 |
| | 3/10/15 | edit brief | 1.8 | 1.8 | 0 |
| | 3/11/15 | prepare section on CBP conditions | 3 | 3 | 0 |
| | 3/16/15 | print D's pleadings for review | 0.4 | 0.4 | 0 |
| | 3/17/15 | review D's pleadings | 1.5 | 1.5 | 0 |
| | 3/27/16 | print D's filed pleadings | 0.4 | 0.4 | 0 |
| | 4/22/15 | print and read D's and P's filed pleadings | 2 | 2 | 0 |
| | 4/24/15 | travel time to LA | 4 | 4 | 0 |
| | 4/25/15 | travel time from LA to SFO | 4 | 4 | 0 |
| | 4/27/15 | read and highlight tentative and email co-counsel | 0.4 | 0.4 | 0 |
| | 4/27/16 | email co-counsel regarding settlement talks | 0.3 | 0.3 | 0 |

| Date | Description | Hours | | |
|---|---|---|---|---|
| 4/30/15 | review emails from judge and co-counsel | 0.3 | 0 | 0.3 |
| 5/1/15 | review client files for detention details | 1.5 | 1.5 | 0 |
| 5/1/15 | conference call with co-counsel | 1.2 | 0 | 1.2 |
| 5/4/15 | status conference call with court | 1 | 0 | 1 |
| 5/5/15 | emails with co-counsel re: confidentiality agrmt. | 0.5 | 0 | 0.5 |
| 5/6/15 | emails and calls with co-counsel re: confidentiality agrmt | 0.5 | 0 | 0.5 |
| 5/6/15 | arrange travel to DC | 1 | 0 | 1 |
| 5/7/15 | review & respond to emails regarding settlement talks | 0.5 | 0.5 | 0 |
| 5/7/15 | conference call with with co-counsel | 1.5 | 1.5 | 0 |
| 5/7/15 | emails to co-counsel and review of Flores research | 1 | 1 | 0 |
| 5/8/15 | arrange binder and reprint filings from PACER | 1 | 0 | 1 |
| 5/10/15 | Travel time to DC | 10 | 10 | 0 |
| 5/11/15 | settlement conference with government in DC & writing up notes | 8 | 8 | 0 |
| 5/12/15 | settlement conference in DC Day 2 & writing up notes | 5 | 5 | 0 |
| 5/12/15 | Travel time from DC to CA | 10 | 10 | 0 |
| 5/13/15 | draft of proposal following DC meeting | 6 | 6 | 0 |
| 5/14/15 | drafting settlement proposal | 4 | 4 | 0 |
| 5/15/15 | emails with co-counsel re: settlement proposal | 0.3 | 0.3 | 0 |
| 5/15/15 | prepare for and call with co-counsel | 2 | 2 | 0 |
| 5/16/15 | reading andresponding to settlement proposals from advocates and co-counsel | 2 | 2 | 0 |
| 5/19/15 | travel time from San Jose to LA | 4 | 4 | 0 |
| 5/19/15 | meeting with co-counsel in LA to prepare for settlement talks | 5 | 5 | 0 |
| 5/20/15 | meeting with government in LA for settlement talks & edit proposal | 9 | 9 | 0 |
| 5/20/15 | travel time LA to San Jose | 4 | 4 | 0 |
| 5/20/15 | review documents and prepare for meeting with D's | 1 | 1 | 0 |
| 5/21/15 | research child abuse language (when it is ok to separate parent/child) in settlement | 4 | 4 | 0 |
| 5/22/15 | work on language about parent/child separation | 4.5 | 4.5 | 0 |
| 5/24/15 | edit draft of Proposal and send out | 1 | 1 | 0 |
| 5/26/15 | review draft and pc to co-counsel, Ranjana N. | 0.6 | 0.6 | 0 |
| 5/27/15 | pc with co-counsel re: draft of abuse reporting | 0.5 | 0.5 | 0 |
| 5/27/15 | review emails commenting on abuse language and read regs on reporting | 1 | 1 | 0 |
| 5/28/15 | Pc with child abuse experts on best practices | 2 | 2 | 0 |
| 5/28/15 | research and edit draft of parent separation language | 4 | 4 | 0 |
| 5/30/15 | edit abuse language and send out | 3.5 | 3.5 | 0 |
| 5/31/15 | respond to emails, update abuse language and resend | 1.5 | 1.5 | 0 |
| 6/3/15 | pc and emails on Flores re: timing of Cred fear Interviews | 0.8 | 0.8 | 0 |
| 6/5/15 | edit and prepare drafts of settlement proposal | 1 | 1 | 0 |
| 6/11/15 | phone, emails and conference call with co-counsel | 2.5 | 2.5 | 0 |

| Date | Description | | | |
|---|---|---|---|---|
| 6/12/15 | emails with co-counsel re: possible settlement | 0.3 | 0.3 | 0 |
| 6/16/15 | conference call with co-counsel re settlement | 0.8 | 0.8 | 0 |
| 6/19/15 | Pc to Peter to discuss settlement talks | 0.6 | 0.6 | 0 |
| 6/25/15 | con call with co-counsel & review draft proposal | 1.5 | 1.5 | 0 |
| 6/29/15 | review draft proposal and respond | 1.2 | 1.2 | 0 |
| 6/30/15 | conference call with co-counsel | 1 | 1 | 0 |
| 6/30/15 | research, review articles and type up email | 4 | 2 | 2 |
| 7/1/15 | draft email to co-counsel, read responsive email, review research | 1.5 | 1.5 | 0 |
| 7/1/15 | staff case with LF team | 0.7 | 0 | 0.7 |
| 7/6/15 | Read experts feedback and review articles researched | 0.5 | 0.5 | 0 |
| 7/8/15 | meeting with LF co-counsel; review of proposal edits and response to co-counsel | 1.8 | 1.8 | 0 |
| 7/10/15 | internal con call regarding settlement | 2 | 0 | 2 |
| 7/10/15 | con call with consultants/ advocates for input | 3 | 3 | 0 |
| 7/12/15 | drafting edits and reviewing edits to stipulation | 5 | 5 | 0 |
| 7/13/15 | con call with co-counsel re: settlement | 2 | 2 | 0 |
| 7/13/15 | drafting updates to settlement & staff | 2.5 | 2.5 | 0 |
| 7/15/15 | Edit drafts and email out | 0.5 | 0.5 | 0 |
| 7/15/15 | respond to drafts and emails about proposals | 0.8 | 0.8 | 0 |
| 7/17/15 | revision of proposed order and emails with co-counsel | 4 | 4 | 0 |
| 7/19/15 | revision of proposed order and review emails from co-counsel | 1.5 | 1.5 | 0 |
| 7/20/15 | staff case and pc to consultants/ advocates re: input | 2 | 2 | 0 |
| 7/20/15 | conference call with co-counsel | 1 | 1 | 0 |
| 7/27/15 | conference call and discuss ruling with co-counsel | 1 | 1 | 0 |
| 7/28/15 | review testimony to congress on family detention | 0.5 | 0.5 | 0 |
| 8/21/15 | review emails co-counsel and court order re: OSC | 1 | 0 | 1 |
| 8/24/15 | conference call with advocates | 1.5 | 1.5 | 0 |
| 9/24/15 | prep, file and serve notice of withdrawal for James Z. | 1 | 0 | 1 |
| 10/23/15 | review emails and briefs regarding licensing | 0.5 | 0.5 | 0 |
| 11/2/16 | emails from advocates re: status of releasing class members | 0.2 | 0.2 | 0 |
| 11/16/15 | review emails from advocates re: status at Berks | 0.2 | 0.2 | 0 |
| 12/1/15 | conference call with co-counsel | 0.7 | 0.7 | 0 |
| 12/2/15 | review emails and forward & research admission | 0.5 | 0 | 0.5 |
| 12/7/15 | conference call with co-counsel | 1 | 1 | 0 |
| 12/8/15 | admission to 9th circuit | 0.5 | 0 | 0.5 |
| 12/10/15 | research on increase in numbers in response to expedite of appeal | 1 | 1 | 0 |
| 12/11/15 | Review motion and declaration and email co-counsel | 0.7 | 0.7 | 0 |
| 12/11/15 | review emails and respond and read pleadings | 0.7 | 0.7 | 0 |

| | | | | | |
|---|---|---|---|---|---|
| | 12/16/15 | conference call with co-counsel | 1.1 | 1.1 | 0 |
| | 1/31/16 | prepare excerpt of appeal | 5 | 5 | 0 |
| | 2/1/16 | prepare exhibits list and details | 3 | 3 | 0 |
| | 2/12/16 | prepare excerpt of records | 4 | 4 | 0 |
| | 2/14/16 | work on excerpt of records | 4 | 4 | 0 |
| | 6/2/16 | prepare for moot court | 3 | 3 | 0 |
| | 6/3/16 | driving time to/ from SF for moot court | 3 | 0 | 3 |
| | 6/6/16 | moot court to prepare for oral arument on appeal | 2.6 | 2.6 | 0 |
| | 6/6/16 | Review notes on oral argument and comment | 0.5 | 0.5 | 0 |
| | 6/7/16 | Court time for Appeal & mtg before court | 2 | 2 | 0 |
| | 10/12/16 | review emails to clarify time and edit timesheet | 3 | 3 | 0 |
| | 10/13/16 | review receipts and prepare expense attachment | 3 | 3 | 0 |
| | 10/14/16 | prepare declaration regarding time spent on Flores, review | 3 | 3 | 0 |
| | 11/2/16 | Edit timesheet and prepare Bill of costs | 2 | 2 | |
| | | Total time | 235 | 209.2 | 25.8 |

KEY:   orange = block billing
       green = poorly kept record
       pink = travel time
       blue = matters not addressed by court