# EXHIBIT K

**Center for Human Rights & Constitutional Law**
# Flores Expenses
**January 2015 through July 2016**

| Type | Date | Memo | Account | Clr | Amount |
|---|---|---|---|---|---|
| **American Airlines** | | | | | |
| Credit Card Charge | 01/29/16 | Airfare to Texas | Travel | | 379.10 |
| Credit Card Charge | 02/04/16 | Baggage Fee | Travel | | 25.00 |
| Credit Card Charge | 02/12/16 | Texas Air Travel | Travel | | 228.10 |
| Credit Card Charge | 02/15/16 | Air Travel to PA | Travel | | 228.10 |
| Credit Card Charge | 02/19/16 | Air Travel to PA | Travel | | 25.00 |
| **Total American Airlines** | | | | | **885.30** |
| **Chapman Noam** | | | | | |
| Bill | 02/10/16 | Best Buy - Portable Printer for Flores | Office Expense | | 194.39 |
| Bill | 03/07/16 | FedEx Office- BInding for Flores | Printing & Publishing | | 76.20 |
| Bill | 03/07/16 | FedEx Office - Shipping for Flores | Postage & Messenger | | 126.49 |
| Bill | 06/27/16 | 9th Circuit Moot Court at Orrick FLORES | Office Expense | | 30.00 |
| Bill | 06/27/16 | Mediation with Judge King FLORES | Office Expense | | 8.00 |
| Bill | 06/27/16 | Snacks for Flores Mediation at CHRCL Office FLORES | Office Expense | | 34.65 |
| **Total Chapman Noam** | | | | | **469.73** |
| **Curb** | | | | | |
| Credit Card Charge | 02/04/16 | Taxi Fees | Travel | | 32.56 |
| **Total Curb** | | | | | **32.56** |
| **Delia's** | | | | | |
| Credit Card Charge | 02/01/16 | Meals - Texas Trip | ConferencesTraining Fo... | | 7.08 |
| **Total Delia's** | | | | | **7.08** |
| **Eat At Joes's** | | | | | |
| Credit Card Charge | 02/19/16 | Meals during travel to PA | ConferencesTraining Fo... | | 12.36 |
| **Total Eat At Joes's** | | | | | **12.36** |
| **El Charro** | | | | | |
| Credit Card Charge | 02/01/16 | Meals, Texas Trip | ConferencesTraining Fo... | | 22.94 |
| **Total El Charro** | | | | | **22.94** |

40

| | | | | |
|---|---|---|---|---:|
| **Gogoair.com** | | | | |
| | Credit Card Charge 02/17/16 | In-flight internet service | Travel | 29.95 |
| | Credit Card Charge 02/19/16 | In-flight internet service | Travel | 26.95 |
| **Total Gogoair.com** | | | | 56.90 |
| **Hertz Rent A Car** | | | | |
| | Credit Card Charge 02/19/16 | Car Rental during trip to PA | Travel | 20.62 |
| **Total Hertz Rent A Car** | | | | 20.62 |
| **Homewood Suites Hotel** | | | | |
| | Credit Card Charge 02/17/16 | Travel in PA | Travel | 2.00 |
| **Total Homewood Suites Hotel** | | | | 2.00 |
| **LAX Airport** | | | | |
| | Credit Card Charge 02/20/16 | Parking | Travel | 90.00 |
| **Total LAX Airport** | | | | 90.00 |
| **On-Line Hotel** | | | | |
| | Credit Card Charge 01/30/16 | Hotel Booking Texas | Travel | 88.89 |
| | Credit Card Charge 01/30/16 | Hotel Booking Texas | Travel | 113.20 |
| **Total On-Line Hotel** | | | | 202.09 |
| **Papa John's** | | | | |
| | Credit Card Charge 02/01/16 | Meals, Texas Trip | Travel | 21.11 |
| **Total Papa John's** | | | | 21.11 |
| **Pear Tree Inn** | | | | |
| | Credit Card Charge 02/04/16 | Hotel Stay in San Antonio | Travel | 99.23 |
| **Total Pear Tree Inn** | | | | 99.23 |
| **Peter J Camiel Service Plaza** | | | | |
| | Credit Card Charge 02/17/16 | Meals for travel in PA. | Travel | 10.67 |
| **Total Peter J Camiel Service Plaza** | | | | 10.67 |
| **Peter Schey** | | | | |
| | Bill | 05/11/15 | Washington D.C. | Travel | 967.20 |
| | Bill | 12/30/15 | United Airlines - Bag Fees Flores Travel | Travel | 25.00 |
| | Bill | 12/30/15 | United Airlines - Bag Fees Flores Travel | Travel | 25.00 |
| | Bill | 12/30/15 | The Eldon Luxury Suites - Flores Travel | Travel | 712.84 |
| | Bill | 12/30/15 | Cab Fairway 9 - Taxi Flores Travel | Travel | 78.23 |

41

| | | | | |
|---|---|---|---|---:|
| Bill | 12/30/15 | Dulles Airport Taxi - Taxi Flores Travel | Travel | 70.00 |
| Bill | 12/30/15 | Taxi Cab F656 - Taxi Flores Travel | Travel | 10.76 |
| Bill | 12/30/15 | Thally Restaurant - Meals Travel Flores | ConferencesTraining Foo | 50.00 |
| Bill | 12/30/15 | Au Bon Pain - Meals Flores Travel | ConferencesTraining Foo | 9.82 |
| Bill | 12/30/15 | Starbucks - Meals Flores Travel | ConferencesTraining Foo | 14.96 |
| Bill | 12/30/15 | Areas USA LAX - Meals Flores Travel | ConferencesTraining Foo | 15.23 |
| Bill | 12/30/15 | Brasserie Beck - Meals Flores Travel | ConferencesTraining Foo | 189.40 |
| Bill | 12/30/15 | Starbucks - Meals Flores Travel | ConferencesTraining Foo | 4.02 |
| **Total Peter Schey** | | | | **2,172.46** |
| **Philadelphia 1761** | | | | |
| Credit Card Charge | 02/19/16 | Meals during travel to PA | ConferencesTraining Foo | 11.49 |
| **Total Philadelphia 1761** | | | | **11.49** |
| **Priceline Hotel** | | | | |
| Credit Card Charge | 02/13/16 | Priceline Hotel | Travel | 121.89 |
| Credit Card Charge | 02/17/16 | Priceline Hotel | Travel | 296.80 |
| **Total Priceline Hotel** | | | | **418.69** |
| **Roybal Cafe** | | | | |
| Credit Card Charge | 06/24/16 | Meals | ConferencesTraining Foo | 13.03 |
| **Total Roybal Cafe** | | | | **13.03** |
| **Salt Marina Del Rey** | | | | |
| Credit Card Charge | 05/18/15 | flores | Litigation cost reimburse | 37.70 |
| Credit Card Charge | 05/22/15 | flores | Litigation cost reimburse | 17.08 |
| Credit Card Charge | 05/22/15 | flores | Litigation cost reimburse | 22.04 |
| **Total Salt Marina Del Rey** | | | | **76.82** |
| **Southern Inn and Suite** | | | | |
| Credit Card Charge | 02/03/16 | Hotel in Kenedy, TX | Travel | 58.75 |
| **Total Southern Inn and Suite** | | | | **58.75** |
| **Southwest Air** | | | | |
| Credit Card Charge | 01/06/15 | travel texas | Travel | 507.20 |

42

| | | | | |
|---|---|---|---|---|
| Credit Card Charge 02/21/16 | travel texas | Travel | | 477.96 |
| **Total Southwest Air** | | | | 985.16 |
| **Starbucks** | | | | |
| Credit Card Charge 02/17/16 | Meals during travel | ConferencesTraining Foo | | 29.10 |
| **Total Starbucks** | | | | 29.10 |
| **Subway** | | | | |
| Credit Card Charge 02/03/16 | Meals, Texas Trip | ConferencesTraining Foo | | 18.35 |
| **Total Subway** | | | | 18.35 |
| **Thrifty Car Rental** | | | | |
| Credit Card Charge 02/04/16 | Car Rental for Texas Trip | Travel | | 439.13 |
| **Total Thrifty Car Rental** | | | | 439.13 |
| **Travel Insurance Policy** | | | | |
| Credit Card Charge 01/29/16 | Insurance | Travel | | 23.69 |
| Credit Card Charge 01/30/16 | Insurance | Travel | | 45.00 |
| Credit Card Charge 02/13/16 | Insurance | Travel | | 21.00 |
| Credit Card Charge 02/13/16 | Insurance | Travel | | 21.88 |
| **Total Travel Insurance Policy** | | | | 111.57 |
| **United Air** | | | | |
| Credit Card Charge 01/29/16 | Airfare to Texas | Travel | | 810.60 |
| **Total United Air** | | | | 810.60 |
| **Wingate Inn & Suites** | | | | |
| Credit Card Charge 02/01/16 | Lodging, Texas Trip | Travel | | 96.77 |
| **Total Wingate Inn & Suites** | | | | 96.77 |
| **TOTAL** | | | | **7,174.51** |

43