# **<u>EXHIBIT J</u>**

Case: 15-56434, 11/02/2016, ID: 10184263, DktEntry: 65-3, Page 131 of 145

218

| Date | Description | Employee | Cost |
|---|---|---|---|
| | **Court in LA** | | |
| 4/24/15 | roundtrip airfare from SJ to LA | Kyra Kazantzis | 424 |
| 4/24/15 | Metrolink in LA | Kyra Kazantzis | 6.75 |
| 4/24/15 | Lunch in LA | Kyra Kazantzis | 15.63 |
| 4/24/15 | Hotel in LA | Kyra Kazantzis | 174.75 |
| 4/24/15 | Uber to airport in LA | Kyra Kazantzis | 11.97 |
| 4/24/15 | airport parking in SJ | Kate Manning | 30 |
| 4/24/15 | roundtrip airfare from SJ to LA | Kate Manning | 257.99 |
| 4/24/15 | lunch in LA | Kate Manning | 15.21 |
| | | | |
| | **Court in LA** | | |
| 4/24/15 | airport parking in SJ | Kate Manning | 30 |
| 4/24/15 | roundtrip airfare from SJ to LA | Kate Manning | 257.99 |
| 4/24/15 | lunch in LA | Kate Manning | 15.21 |
| | | | |
| | **Settlement Negotiations in DC** | | |
| 5/10/15 | roundtrip airfare to DC | Kate Manning | 750.2 |
| 5/11/15 | subway to DC | Kate Manning | 10 |
| 5/11/15 | hotel in DC | Kate Manning | 239.31 |
| 5/12/15 | breakfast in DC | Kate Manning | 6.36 |
| 5/12/15 | cab to settlement conference in DC | Kate Manning | 10.93 |
| 5/12/16 | lunch*2 DC (peter and Kate) | Kate Manning | 22.5 |
| 5/12/16 | cab to airport in DC | Kate Manning | 18.8 |
| | | | |
| | **Settlement Negotiations in LA** | | |
| 5/19/16 | roundtrip airfare to LA for settlement | Kate Manning | 446 |
| 5/19/16 | hotel in LA for settlement talks | Kate Manning | 164.81 |
| | | | |
| | **Court of Appeals in LA** | | |
| 6/3/16 | parking in SF for moot court, for appeal | Kate Manning | 33 |
| 6/3/16 | mileage reimbursement for drive to SF | Kate Manning | 54 |
| | | | |
| **Total** | | | **2995.41** |