CHAD A. READLER
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
VINITA B. ANDRAPALLIYAL
Trial Attorney
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 598-8085
    Fax:  (202) 305-7000
    Email:  Vinita.b.andrapalliyal@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **DEFENDANTS' NOTICE OF ERRATA RE: DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR FEES AND COSTS AND CORRECTED BRIEF AS ATTACHED EXHIBIT** |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Defendants hereby advise the Court that Defendants' Opposition to Plaintiffs' Motion for Attorney's Fees and Costs ("Opposition") included the following minor errors that Defendants wish to correct. *See* Opp., ECF No. 357.

(1) On pages 16–17 of Defendants' Opposition, where Defendants discuss Plaintiffs' fees for travel, Defendants failed to note that Attorney Manning's fees billed for travel should also be excluded, thereby reducing Attorney Manning's hours by five percent. ECF No. 357, at 16–17. The reduction is correctly taken into account in Defendants' summation of the reductions on page 18 of the brief, in which Defendants request that Attorney Manning's fees be reduced by thirty eight percent, as well as in Defendants' spreadsheet of their calculations. *Id.* at 18; ECF 357-1.

(2) On page 18, Defendants' summation of the reductions for hours not reasonably expended by counsel for Plaintiffs fails to note that Attorney Holguin's hours should be reduced by thirty five percent, for excessive staffing, block billing, travel, and hours expended on issues not before the Court. ECF No. 357, at 18. Defendants correctly noted earlier in the brief each time Attorney Holugin's hours should be reduced and the reduction is correctly taken into account in Defendants' spreadsheet of their calculations. ECF No. 357-1.

(3) On page 19, the following sentences should be have read as follows: "Because this court issued its decision on the motion to enforce on August 21, 2015, ~~nearly~~ all costs incurred after that date must be denied. Here, [nearly] all of the

Center for Human Rights and Constitutional Law's ("CHRCL") costs appear to have been incurred in 2016." ECF No. 357, at 19.

Accordingly, Defendants refer the Court to the attached exhibit, which is a corrected brief that incorporates the corrections above. Ex. A.

May 22, 2017                  Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, Office of Immigration Litigation
District Court Section

WILLIAM C. SILVIS
Assistant Director
Office of Immigration Litigation
District Court Section

SARAH B. FABIAN
Senior Litigation Counsel

By: *s/ Vinita B. Andrapalliyal*
VINITA B. ANDRAPALLIYAL
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8085
Facsimile: (202) 305-7000
Email: Vinita.b.andrapalliyal@usdoj.gov

3

# **CERTIFICATE OF SERVICE**

CASE NO. CV 85-cv-4544

    I certify that on May 22, 2017, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                                       /s/ Vinita B. Andrapalliyal

                                       VINITA B. ANDRAPALLIYAL
                                       Trial Attorney
                                       United States Department of Justice