CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 85-4544 DMG (AGRx)<br><br>UNOPPOSED EX PARTE APPLICATION TO EXTEND TIME TO FILE PLAINTIFFS' REPLY BRIEF AND CONTINUE HEARING DATE BY TEN BUSINESS DAYS<br><br>Hearing: June 23, 2017<br>District Judge Dolly M. Gee |

*Plaintiffs' counsel, continued:*

1

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)

2

474 Valencia Street, #295
San Francisco, CA 94103

3

Telephone: (415) 575-3500

4

5

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH

6

PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

7

Katherine H. Manning (Cal. Bar No. 229233)

8

Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor

9

San Jose, CA 95112

10

Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850

11

Email: jenniferk@lawfoundation.org

12

        kate.manning@lawfoundation.org
        kyrak@lawfoundation.org

13

14

*Of counsel:*

15

16

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)

17

200 Pine Street, Suite 300
San Francisco, CA 94104

18

Telephone: (415) 543-3379

19

20

21

22

23

24

25

26

27

28

2

Defendants previously requested that the entire briefing schedule for Plaintiffs motion for attorenys' fees under the Equal Access to Justice Act be continued, including the due date for their opposition brief, by two weeks. Defendants' Unopposed Ex Parte Motion to Extend Briefing Schedule for Plaintiffs' Motion for Costs and Fees [Dkt. #353]. The Court ordered that the due date for Defendants opposition brief be continued from April 28, 2017 to May 12, 2017, Plaintiffs' reply brief be continued from May 26, 2017 to June 9, 2017, and the hearing date be continued from June 3, 2017 to June 23, 2017. Order [Dkt. #354]. Plaintiffs are now requesting that both the due date for their reply brief and the hearing date for the Motion be continued by an additional ten business days to Tuesday, June 23, 2017 and July 7, 2017 respectively so that Plaintiffs can finalize their arguments.

Good cause exists for the Court to grant the Plaintiffs' request. Plaintiffs seek this extension of time to file their reply so that Plaintiffs can effectively coordinate with the numerous co-counsel requesting fees. In addition, because of other professional responsibilities, including responsibilities associated with his recent appointment as the Los Angeles City Immigrant and Civil Rights Advocate and responsibilities as the Executive Director of the Center for Human Rights and Constitutional Law, the undersigned class counsel will be unable to complete Plaintiffs' reply brief by June 9, 2017. See attached Declaration of Peter Schey.

Plaintiffs are therefore respectfully seeking ten additional business days, to and including, June 23, 2017, to file their supplemental memorandum and that the hearing

on Plaintiffs' motion be continued from June 23, 2017 to July 7, 2017.

Defendants' counsel has been provided a copy of this Application and do not oppose it.

DATED: June 9, 2017

Respectfully submitted,

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen
Amanda Alvarado Ford

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN &
YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Kyra Kazantzis
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

Dated: June 9, 2017

/s/__*Peter Schey*_____
*Attorneys for Plaintiffs*

/ / /

4

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am

employed in the County of Los Angeles, State of California. My business address is

256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 9, 2017 I electronically filed the following document(s):

- UNOPPOSED EX PARTE APPLICATION TO EXTEND TIME TO FILE PLAINTIFFS' REPLY BRIEF AND CONTINUE HEARING DATE BY TEN BUSINESS DAYS

with the United States District Court, Central District of California by using the

CM/ECF system. Participants in the case who are registered CM/ECF users will be

served by the CM/ECF system.


/s/__Peter Schey_____
*Attorney for Plaintiffs*