DECLARATION OF PETER SCHEY

I, Peter Schey, depose and say:

1. I am writing this declaration in support of Plaintiffs' Unopposed Ex Parte Application to Extend Time to File Plaintiffs' Reply Brief and Continue Hearing Date by Ten Business Days.

2. Good cause exists for the Court to grant the Plaintiffs' request. Plaintiffs seek this extension of time to file their reply so that Plaintiffs can effectively coordinate with the numerous co-counsel requesting fees. In addition, because of other professional responsibilities, including responsibilities associated with his recent appointment as the Los Angeles City Immigrant and Civil Rights Advocate and responsibilities as the Executive Director of the Center for Human Rights and Constitutional Law, the undersigned class counsel will be unable to complete Plaintiffs' reply brief by June 9, 2017.

3. Plaintiffs are therefore respectfully seeking ten additional business days, to and including, June 23, 2017, to file their supplemental memorandum and that the hearing on Plaintiffs' motion be continued from June 23, 2017 to July 7, 2017.

I declare, under penalty of perjury that the foregoing is true and correct.

Dated:      June 9, 2017           Signed:      s/Peter Schey

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 9, 2017, I electronically filed the following document(s):

- DECLARATION OF PETER SCHEY

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*