CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>[PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' REPLY BRIEF AND CONTINUE HEARING DATE BY TEN BUSINESS DAYS<br><br>Hearing: June 23, 2017<br>District Judge Dolly M. Gee |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

Plaintiffs have submitted an Unopposed Ex Parte Application to Extend Time to File Plaintiffs' Reply Brief and Continue Hearing Date by Ten Business Days.

UPON CONSIDERATION of Plaintiffs' Unopposed Ex Parte Application to Extend Time to File Plaintiffs' Reply Brief and Continue Hearing Date by Ten Business Days and for the reasons set forth therein and good cause shown, the Court hereby ORDERS that the due date for Plaintiffs' Reply brief, originally due on Friday, June 9, 2017, be continued to Friday, June 23, 2017 and that the hearing for this motion, originally scheduled for Friday, June 23, 2017, be continued to Friday, July 7, 2017.

**IT IS SO ORDERED.**

DATED: [DATE]

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 9, 2017, I electronically filed the following document(s):

- **[PROPOSED] ORDER EXTENDING TIME TO FILE PLAINTIFFS' REPLY BRIEF AND CONTINUE HEARING DATE BY TEN BUSINESS DAYS**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*