UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | ) |
| - vs - | ) ORDER EXTENDING TIME TO FILE |
| | ) PLAINTIFFS' REPLY BRIEF AND |
| JEFFERSON B. SESSIONS, ATTORNEY | ) CONTINUE HEARING DATE BY TEN |
| GENERAL OF THE UNITED STATES, | ) BUSINESS DAYS [359] |
| Defendants. | ) |

Plaintiffs have submitted an Unopposed *Ex Parte* Application to Extend Time to File Plaintiffs' Reply Brief and Continue Hearing Date by Ten Business Days.

UPON CONSIDERATION of Plaintiffs' Unopposed *Ex Parte* Application, and for the reasons set forth therein and good cause shown, the Court hereby ORDERS that the due date for Plaintiffs' Reply brief, originally due on Friday, June 9, 2017, be continued to Friday, June 23, 2017 and that the hearing for this motion [Doc. # 351], originally scheduled for Friday, June 23, 2017, be continued to **Friday, July 7, 2017 at 10:00 am.**

In the future, the parties shall avoid submitting requests for continuance or extension of time less than five court days prior to the expiration of the scheduled date. *See* Initial Standing Order at 10 [Doc. # 107]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

**IT IS SO ORDERED.**

DATED: June 9, 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE