CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> JOINT REQUEST FOR DECISION ON MOTION TO ENFORCE SETTLEMENT (DKT. 201) <br><br> Hearing: None <br> Time: n/a <br> Room: n/a |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
kate.manning@lawfoundation.org
kyrak@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

In accordance with Local Rule 83-9 of the Central District of California, the parties jointly request that the Court decide without further delay Plaintiffs' Motion (Dkt. #201) to enforce the settlement approved herein on January 28, 1997.

Plaintiffs' Motion was submitted for decision on February 6, 2017. Civil Minutes, January 30, 2017 (Dkt. #332). The 120 days Local Rule 83-9.1 prescribes for deciding Plaintiffs' motion expired on June 6, 2017.

In accordance with Local Rule 83-9.3, a copy of this request is being sent to the Chief Judge.

Dated: June 14, 2017                    Respectfully submitted,

                                        CENTER FOR HUMAN RIGHTS &
                                        CONSTITUTIONAL LAW
                                        Peter A. Schey
                                        Carlos Holguín

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        Elena García

                                        LA RAZA CENTRO LEGAL, INC.
                                        Michael Sorgen

                                        LAW FOUNDATION OF SILICON VALLEY -
                                        LEGAL ADVOCATES FOR CHILDREN & YOUTH
                                        Jennifer Kelleher Cloyd
                                        Katherine H. Manning
                                        Kyra Kazantzis

                                        Of counsel:

                                        YOUTH LAW CENTER
                                        Virginia Corrigan

|   |   |
|---|---|
|   | /s/*Peter Schey*  _____ |
|   | *Attorneys for Plaintiffs* |
| Dated: June 14, 2017 | CHAD A. READLER |
|   | Acting Assistant Attorney General |
|   | Civil Division |
|   | AUGUST E. FLENTJE |
|   | Special Counsel to the Assistant Attorney General Civil Division |
|   | WILLIAM C. PEACHEY |
|   | Director |
|   | WILLIAM C. SILVIS |
|   | Assistant Director |
|   | SARAH B. FABIAN |
|   | Senior Litigation Counsel |
|   | VINITA B. ANDRAPALLIYAL |
|   | Trial Attorney |
|   |   |
|   | s/*Sarah B. Fabian* (with permission) |
|   | SARAH B. FABIAN |
|   | Senior Litigation Counsel |
|   | Office of Immigration Litigation District Court Section |
|   | P.O. Box 868, Ben Franklin Station |
|   | Washington, D.C. 20044 |
|   | Tel: (202) 532-4824 |
|   | Fax: (202) 305-7000 |
|   | Email: sarah.b.fabian@usdoj.gov |
|   | *Attorneys for Defendants* |
| / / / |   |

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 14, 2017, I electronically filed the following document(s):

- JOINT REQUEST FOR DECISION ON MOTION TO ENFORCE SETTLEMENT (DKT. 201)

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*