FILED

JUL 03 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General; et al., <br><br> Defendants-Appellants. | No. 17-55208 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR <br> Central District of California, Los Angeles <br><br> ORDER |

Before: REINHARDT, TASHIMA, and BERZON, Circuit Judges.

The stay of the district court's order pending appeal is LIFTED effective immediately.