**CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW FOUNDATION**
256 S OCCIDENTAL BLVD
LOS ANGELES, CA 90057
213-388-8693

CITY NATIONAL BANK
LOS ANGELES, 90071
16-1606/

Check No. 30677

Date: 01/26/17

PAY TO THE ORDER OF: Anne Kielwasser    $ **60.00

Sixty and 00/100*************************************************************** DOLLARS

❖ PROTECTED AGAINST FRAUD ❖

VOID AFTER 90 DAYS
CHECKS OVER 300.00 REQUIRES 2 SIGNATURES

Anne Kielwasser
Official Court Reporter to the Honorable Dolly M
United States District Court
350 West 1st Street, Suite 4455
Los Angeles, CA 90012-2969

MEMO: Flores v. Lynch Transcript (9/16/2016)

⑆030677⑆ ⑈122016066⑈ 020⑉135204⑉

---

**PAYMENT RECORD**

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW FOUNDATION    30677

| Anne Kielwasser 01/26/17 | Bill #01262014 | 01/26/17 | 60.00 |

| Regular Checking 5204 | Flores v. Lynch Transcript (9/16/2016) | | 60.00 |

10065 J108164 (12/15)    100651    Rev 2/14

| Anne Kielwasser 01/26/17 | Bill #01262014 | 01/26/17 | 60.00 |

| Regular Checking 5204 | Flores v. Lynch Transcript (9/16/2016) | | 60.00 |

10065 J108164 (12/15)    100651    Rev 2/14

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AO44 (Rev. 11/07) | | | UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA | | | | | | | |

INVOICE NO: 20170010

**MAKE CHECKS PAYABLE TO:**

Carlos Holguín
Center for Human Rights
256 S. Occidental Blvd
Los Angeles, CA 90057

Phone: (000) 290-1642

crholguin@centerforhumanrights.org

Anne Kielwasser, CSR RPR CRR
Official Court Reporter
350 West 1st Street
Suite 4455
Los Angeles, CA 90012

Phone: (213) 894-2969

anne.kielwasser@gmail.com

☐ CRIMINAL  ☒ CIVIL

DATE ORDERED: 01-26-2017
DATE DELIVERED: 01-26-2017

**Case Style:** 85-4544, FLORES v LYNCH
9/16/16 HEARING BEFORE JUDGE GEE

| CATEGORY | ORIGINAL | | | 1ST COPY | | | 2ND COPY | | | TOTAL CHARGES |
|---|---|---|---|---|---|---|---|---|---|---|
| | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | PAGES | PRICE | SUBTOTAL | |
| Ordinary | | | | | | | | | | |
| 14-Day | | | | | | | | | | |
| Expedited | | | | | | | | | | |
| Daily | | | | 50 | 1.20 | 60.00 | | | | 60.00 |
| Hourly | | | | | | | | | | |
| Realtime | | | | | | | | | | |

Misc. Desc.

| | |
|---|---|
| MISC. CHARGES: | |
| TOTAL: | 60.00 |
| LESS DISCOUNT FOR LATE DELIVERY: | |
| TAX (If Applicable): | |
| LESS AMOUNT OF DEPOSIT: | |
| TOTAL REFUND: | |
| TOTAL DUE: | $60.00 |

**ADDITIONAL INFORMATION**
Full price may be charged only if the transcript is delivered within the required time frame. For example, if an order for expedited transcript is not completed and delivered within seven (7) calendar days, payment would be at the ordinary delivery rate.

**CERTIFICATION**
I certify that the transcript fees charged and page format used comply with the requirements of this court and the Judicial Conference of the United States.

SIGNATURE:                                    DATE

*(All previous editions of this form are cancelled and should be destroyed)*