# CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Central District of California by using the district CM/ECF system on July 18, 2017.

I certify that the participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system:

> Sarah B. Fabian
> Vinita B. Andrapalliyal
> United States Department of Justice
> Civil Division
> Office of Immigration Litigation
> District Court Section
> P.O. Box 868, Ben Franklin Station
> Washington, DC 20044

Dated: July 18, 2017          _____/s/Holly Cooper_____
Holly Cooper
UC Davis Immigration Law Clinic
One Shields Ave, TB 30
Davis, CA 95616
(530)754-4833