CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' NOTICE OF PROPOSED JUVENILE COORDINATORS** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States; *et al.*, | |
| Defendants. | |


On June 27, 2017, the Court issued its Order Re: Plaintiffs' Motion to Enforce and Appoint a Special Monitor (ECF No. 363) ("Order"). The Order required that within thirty days, Defendants should "submit the name of a proposed Juvenile Coordinator pursuant to Paragraph 12A of the Agreement and his or her qualifications for the position." Order at 34. In accordance with the Order, Defendants hereby propose the following two individuals, serving in their official capacities with U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"), respectively, to serve in the role of Juvenile Coordinator for their respective agencies.

**CBP**: CBP proposes that the Chief Accountability Officer ("CAO") serve as its Juvenile Coordinator. As reflected in the attached CV (Attachment A), Mr. Henry A. Moak, Jr. currently is the Acting CAO of CBP. CBP will update the name of the CAO accordingly if the incumbent leaves the position. The CAO is the head of CBP's Office of Accountability, which oversees various Director-level divisions aimed at ensuring that CBP maintains accountability and integrity in all of its mission areas and operational programs. To that end, the CAO, working through and with appropriate staff members throughout CBP, proactively identifies areas of potential vulnerabilities or conditions that could hinder the successful accomplishment of CBP's operational goals. The CAO reinforces a culture of integrity, effectiveness, and efficiency across the Agency by providing timely,

objective, and reliable information and analysis concerning the performance of CBP's programs, operations, and offices with respect to resourcing and operational decisions that reach across all of CBP's unique mission areas.

**ICE**: ICE proposes Deane Dougherty, who currently serves as a Supervisory Management Program Analyst (Deputy Assistant Director) for Custody Management, Enforcement and Removal Operations with ICE in Washington, D.C. As reflected in the attached CV (Attachment B), as a Supervisory Management Program Analyst, Mr. Dougherty oversees all programming for juveniles and families who are in ICE custody while awaiting the outcome of their immigration proceedings, and is responsible for national training for approximately 75 Field Office Juvenile Coordinators who in turn bear the responsibility for the care and custody of juveniles in their individual Areas of Operation.

DATED: July 27, 2017　　　　Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 27, 2017, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants