EXHIBIT A

**Henry Andrew Moak, Jr.**
1331 Pennsylvania Ave N.W., Washington, D.C. 20005

## EXPERIENCE

*Acting Chief Accountability Officer* — *April 2017 – Present*
*Department of Homeland Security*
*U.S. Customs and Border Protection*
*Office of Accountability*
*Washington, D.C.*

*Director – Program Manager* — *June 2011 – April 2017*
*Department of Homeland Security*
*U. S. Customs and Border Protection*
*Washington, D.C.*

I directed and managed the performance management and analysis functions for U. S. Customs and Border Protection (CBP). I had 7 direct reporting analyst and we crafted and implemented the Performance Management Framework for CBP.

I am a Senior Fellow of the Department of Homeland Security (DHS) and graduated from the DHS Fellows Program in December 2012.

*Management Program Analyst* — *May 2010 – June 2011*
*Department of Homeland Security*
*U. S. Customs and Border Protection*
*Washington, D.C.*

I was a Management Program Analyst working in performance management with CBP. The Office of Administration oversees GPRA and non-GPRA performance measure development and implementation for CBP. The work requires the ability to lead, direct, and forge new and emerging programs under development and to determine performance measurement success.

*Colonel – United States Army* — *August 2008 – September 2009*
*Chairman's New Administration Transition Team*
**Joint Chiefs of Staff**
**Joint Staff, Pentagon, Washington, D.C.**

I was selected by the Vice Chief of Staff Army to assist the Chairman, Joint Chiefs of Staff (CJCS), Admiral Mike Mullen, with the seamless transition to the new administration. The team assisted the Chairman Joint Chiefs of Staff to insure a seamless move between administrations. The Chairman's New Administration Transition Team (CNATT) assisted the CJCS with strategic and operational issues, as the CJCS represents the Department of Defense until the Secretary of Defense is selected in a new administration.

***Colonel – United States Army*** *March 2005 – July 2008*
***Special Assistant for Reserve Affairs***
***Office of the Chief of Staff Army***
**United States Army Staff, Pentagon, Washington, D.C.**

I was selected by the Director, Army Staff (DAS) to return to active duty to take a position in the Headquarters, Department of the Army (HQDA) working for The Vice Chief of Staff Army (VCSA). My primary responsibility was to work selected US Army and Reserve Component (RC) policy issues including Federal Budget and POM cycle decisions for VCSA decision or guidance. My dialogue and work required regular interface with the Army Staff, the Reserve Component Chiefs, and policymakers to be sure that all relevant issues were timely presented to the VCSA. As the Military Executive to VCSA and Chairman of the AC/RC Integration Council of Colonels, my responsibility was to facilitate agreement within the General Officers ranks, Senior Executive Service (SES) leadership, and whatever staff section owned the policy in question prior to presenting to the VCSA. The process of working issues and taskers throughout HQDA meant building consensus. The Reserve Component Coordination Council (RCCC), which is a VCSA forum with his senior leadership consisting of Army Staff General Officers, the Chief Army Reserve, and the Director Army National Guard, reviews RC issues within HQDA. In addition, the VCSA tasked me to assist a Task Force within the Army G3. As the Deputy Director of the CSA Army Initiative 4 Task Force, we looked at all issues relating to Operationalizing the Reserve Components. We analyzed and prepared budget submissions that totaled over $22 Billon dollars to be spent over the life of the POM cycle, while reviewing the process with a Lean Six Sigma filter. I was seen as an expert in HQDA on RC issues, policies, and force structure alignment. My office was assigned responsibilities to be implemented for Army continuity purposes.

***Colonel – United States Army Reserve*** *June 2000 – February 2005*
***Commander (Forward) and Chief of Staff***
**377th Theater Support Command**
**New Orleans, LA**

After 9/11, the 377th Theater Support Command (TSC) was immediately thrown into operational and contingency planning for Operation Enduring Freedom and ultimately the execution of the War Plan Cobra II, Operation Iraqi Freedom, with 8 General Officer and 12 Colonel Commands totaling 43,500 Soldiers in subordinate units. The TSC (Forward) was formed up, mobilized, and deployed to Southwest Asia for combat operations. I was selected by the Commander 377th TSC as the Forward Commander for all of our subordinate commands in Theater, and the TSC would report directly to the 3rd Army Commander in Theater. I assumed the role of senior logistics advisor to the 3rd Army Commander. The daily rigors of combat operations tested my problem solving and organizational skills as we were deployed with a limited staff. My command and professional relationship during combat operations, reporting to the 3rd Army Commander, is unmatched in my military career.

In 2002, as the Chief of Staff working for the Commanding General, I reviewed, analyzed, and prepared operational plans and policies for decision, with 12 direct reporting Colonels. I assumed the responsibility of opening, staffing, managing and directing a new logistics base in Theater. Our requirement was that we would have over 25,000 soldiers rotating in and out of the base on a daily basis. On a daily basis the threat environment continued to change. My work with the US Embassy officials, local government, and the host nation, was a continuing challenge as we completely overtook the host nations ports and roads. I worked closely with the Kuwaiti Ministry of Interior on a regular basis, to be sure there were no surprises as we moved 200,000 soldiers and downloaded over 75 ships through their country. I relied upon my 12 direct reporting Colonels, who delivered exceptionally detailed and complex plans. The 377th TSC was a fully integrated theater logistics command at war.

*Military Command Time and Leadership Experience* — *August 1985 – August 1998*
**U.S. Army Reserve**

Two Lieutenant Colonel Commands; one recall to Active Duty to field the AH-64 (Apache) and two Colonel Commands of which, one Brigade command, Fort Rucker, AL.

*President and Owner – Moak Properties, Inc.* — *November 1976 – June 2000*
**Jackson, Mississippi**

I formed Moak Properties, Inc., to raise investment capital for property management and real estate development. As a Real Estate Broker we analyzed, projected, reviewed, and developed strategic real estate business plans while concentrating on capital appreciation. As of January 2017, Moak Properties, Inc. remains a going concern owning and managing real property.

*Captain – United States Marine Corps* — *June 1971 – November 1976*
*Naval Aviator*
**HMH-363, HMM-165 WESTPAC-Vietnam**
**2nd Marine Division – Camp Lejeune, North Carolina**
**3rd Marine Aircraft Wing – MCAS Santa Ana, California**

I was commissioned in the United States Marine Corps and was designated as a Naval Aviator in June, 1972. I was then deployed to WESTPAC for a combat operations in Southeast Asia, embarked aboard the USS Tripoli, with Marine Squadron HMM - 165. I was released from active duty in 1976 and return to civilian life.

**Henry Andrew Moak, Jr.**
1331 Pennsylvania Ave N.W., Washington, D.C. 20005


## EDUCATION

***Department of Homeland Security***
***Senior Fellow*** *December 2012*

***Graduate United States Army War College*** *July 1996*
Carlisle Barracks, Pennsylvania
International Studies

***University of Mississippi*** *September 1968 – May 1971*
*Bachelor of Business Administration*

- Sigma Nu Fraternity – Chaplain
- Committee of 100
- Campus Senate

***Marion Military Institute*** *September 1967 – May 1968*
Freshman Year of College – Service Academy Preparatory School
Marion, Alabama