FILED

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

AUG 18 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>JEFFERSON B. SESSIONS III, Attorney General; et al.,<br><br>　　　　Defendants-Appellants. | No.　17-55208<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: REINHARDT, TASHIMA, and BERZON, Circuit Judges.

Appellants' Motion to Enlarge Time for Filing Rehearing Petition is **GRANTED**. Any petition for panel or *en banc* rehearing shall be filed on or before September 20, 2017.