UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544 DMG (AGRx)** | Date August 24, 2017 |
| Title *Jenny L. Flores, et al. v. Jefferson B. Sessions, III, et al.* | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER RE APPOINTMENT OF JUVENILE COORDINATORS**

On July 27, 2017, Defendants submitted the names of two proposed Juvenile Coordinators for U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"). [Doc. # 368.] Specifically, Defendants propose that Henry A. Moak, Jr., the Acting Chief Accountability Officer of CBP, be appointed as CBP's Juvenile Coordinator and that Deane Dougherty, a Deputy Assistant Director for Custody Management, Enforcement and Removal Operations with ICE, be appointed as ICE's Juvenile Coordinator.

Having reviewed the qualifications of Messrs. Moak and Dougherty, the Court approves their appointment as the Juvenile Coordinators. By **September 8, 2017**, the Juvenile Coordinators shall each submit a declaration detailing what they have done to familiarize themselves with the issues identified in the Court's June 27, 2017 Order ("the June 2017 Order") [Doc. # 363] and what course of action they will undertake to address the deficiencies outlined in the June 2017 Order and to bring the CBP Stations located in the Rio Grande Valley Sector into compliance with the *Flores* Agreement and the CBP's own standards. Thereafter, the Court shall establish a schedule for the Juvenile Coordinators' submission of periodic compliance status reports and Plaintiffs' responses thereto.

IT IS SO ORDERED.

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |