ATTACHMENT B

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JENNY LISETTE FLORES; *et al.*, ) Case No. CV 85-4544-DMG

Plaintiffs,

v.

ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,

Defendants.

**DECLARATION OF DEANE DOUGHERTY**

I, Deane Dougherty, hereby declare that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am a Deputy Assistant Director for Custody Management, Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), U.S. Department of Homeland Security (DHS) in Washington, D.C. I oversee all national juvenile and family custody programs, including ICE's three Family Residential Centers (FRCs).

2. On August 24, 2017, the Court approved my appointment as a Juvenile Coordinator pursuant to the *Flores* Settlement Agreement (FSA). The Court directed that I submit this declaration detailing:

   a. What I have done to familiarize myself with the issues identified in the Court's June 27, 2017 Order ("Order"); and

b. What course of action I will undertake to address the deficiencies outlined in the Order with respect to ICE.

ISSUE FAMILIARIZATION

3. To familiarize myself with the issues in the Court's June 27, 2017 Order, I have read the Order as well as the FSA.

4. As part of my regular duties and responsibilities as the Deputy Assistant Director for ICE's Alternatives to Detention Division, I oversee the Juvenile and Family Residential Management Unit (JFRMU). JFRMU's portfolio includes the three FRCs: Karnes County Residential Center, the South Texas FRC, and the Berks County Residential Center. JFRMU employs a dedicated Detention Standards Compliance Officer at each of the FRCs to ensure ongoing compliance with the Family Residential Standards (FRS), and they report directly to the JFRMU Chief, who in turn reports to me. I have daily contact with the DSMs on an as-needed basis and correspond directly with field office management in both San Antonio and Philadelphia.

5. Due to my past work experience with the FRCs, I am familiar with the operations of the facilities. Upon joining ICE in 2006, I was appointed as the Contracting Officer's Technical Representative for the Berks FRC. In 2009, I was appointed as Chief of JFRMU. In 2012, I was promoted to Deputy Assistant Director and continued to have direct oversight over the FRCs. As the Deputy Assistant Director, I along with Field Office management oversaw the transition of the Karnes County Residential Center from an all-male facility into an FRC. I was onsite at Karnes for the majority of the 30-day transition period, and I continued to make periodic site visits in the months to follow. Simultaneously, I was involved in the design of the South Texas FRC from its inception, and I have conducted site

visits prior to, during, and post construction. I was present when the facility accepted its first residents and underwent a mock intake procedure myself. I have eaten many meals in the cafeteria, and I have spent more than one night in the dorms.

ACTIONS TO ADDRESS DEFICIENCIES

6. The Court's June 27, 2017 Order identified three areas where ICE was found to be noncompliant: (1) in providing FSA Exhibit 6 - the Notice of Right of Judicial Review and a list of free legal service providers to FSA class members; (2) in making and recording prompt and continuous efforts toward the release of FSA class members; and (3) in releasing FSA class members as expeditiously as possible from its three FRCs, which were found to be unlicensed and secure facilities.

7. Notice of Advisals

a. Current Practice: When a class member is in-processed at an FRC, an ICE officer provides the parent of the FSA class member a copy of Exhibit 6 (attached as exhibit 1) and a list of free legal service providers (exhibits 2-4). Parents are asked to sign these documents to indicate receipt. In addition, FSA class members who are 14 years or older will also be asked to sign the noted documents next to their parents' signature, as acknowledgement of the documents receipt. If a parent or child refuses to sign the documents, the ICE Officer will annotate the refusal and date the documents.

b. Steps to Monitor Compliance:

(1) Each month, I will conduct random spot checks to ensure that the parents of class members and class members who are 14 years or older are receiving the proper notices during in-take at the FRCs. Specifically, I will randomly select at least five percent of the FSA class members who were placed in the facility during the previous month and direct

that ICE personnel at the FRC provide me file copies of Exhibit 6 and the list of free legal service providers signed by the FSA class members' parents.

(2) The following month, I will prepare a summary of the results of the spot check conducted during the previous month. The summary will include the number of spot checks conducted for each FRC, the number of FSA class member who were provided Exhibit 6 and a list of free legal service providers, and the number of any deficiencies and the corrective action taken, if applicable. By the 20th of the month, I will send the summary of the results to the U.S. Department of Justice counsel of record.

8. Make and Record Prompt and Continuous Efforts Toward Release

a. Current Practice: ICE has issued guidance directing the FRCs to evaluate whether, upon initially taking a class member into custody, the class member is eligible for parole under conditions established by 8 U.S.C. § 1182(d)(5) and 8 C.F.R. § 212.5(b). Class members will be re-evaluated for parole when new, pertinent information is received concerning continued custody. In addition, when an FSA class member is admitted into an FRC, ICE asks the parent of the class member the opportunity to list potential sponsors.

b. Steps to Monitor Compliance:

(1) Each month, I will conduct random spot checks to ensure that the FRCs are making and recording efforts at release. Specifically, each month I will randomly select at least five percent of the FSA class members in custody at an FRC and direct that ICE personnel at the FRC provide me copies of the sponsor identification form with the parent's signature and copies of the parole decision.

(2) The following month, I will prepare a summary of the results of the spot check conducted during the previous month. The summary will include the number of spot

checks conducted for each FRC, the number of class members with signed sponsor identification forms and with parole evaluations, the number of deficiencies, and if appropriate, any corrective action taken. The results of this check will be included as part of the report identified in paragraph 7.b of this declaration. By the 20th of the month, I will send the summary to the Department of Justice counsel of record.

9. Releasing Class Members as Expeditiously as Possible

a. Current Practice: A vast majority of FSA class members in FRCs are in expedited removal proceedings, pursuant to 8 U.S.C. § 1225(b), or have final expedited removal orders. Independent of the efforts to release described in paragraph 8 above, FSA class members may have made claims of fear of returning to their home country. Credible fear claims are initially evaluated by U.S. Citizenship and Immigration Services (USCIS). If USCIS finds that a credible fear has not been established, the class member may seek review of the USCIS determination before an immigration judge. At any time where USCIS or an Immigration Judge has determined that the class member does not have a credible fear of return, the class member may request that USCIS reconsider the negative determination. Even though the credible fear process takes time, the Opinion notes that 95 percent of FSA class members at the FRCs are released within 20 days or less. Nonetheless, the Court has expressed concern that class members detained over 20 days are not being released or removed as expeditiously as possible.

b. Steps to Monitor Compliance:

Each Monday (or Tuesday if Monday is a federal holiday), ICE at the FRCs will email me a list of FSA class members who have been at an FRC for longer than 20 days, the number of days the class members have been at an FRC, and the reason why they were not released

at 20 days.  I will review the reports to ensure the FRCs have a valid reason for any delay

past 20 days and, when appropriate, will ensure that appropriate corrective action is taken.

The following month, I will prepare a report compiling the information sent to me

throughout the prior month.  By the 20th of the month, I will send the report, with identities

masked in light of privacy considerations, to the U.S. Department of Justice counsel of

record.


I declare, under penalty of perjury under 28 U.S.C. § 1746, that the foregoing is true and correct

to the best of my knowledge, information and belief.

Executed on this 8th day of September, 2017.

Deane Dougherty
Deputy Assistant Director for Custody Management
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security

LIST OF EXHIBITS

1. Flores Settlement Agreement Exhibit 6 – Notice of Right to Judicial Review
2. List of Legal Services – Karnes FRC
3. List of Legal Services – Dilley FRC
4. List of Legal Services – Berks FRC

# EXHIBIT 1

Name: [redacted] Alien No.: [redacted]

**Notice of Rights**
**(Exhibit 6 of the Flores Settlement Agreement)**

This notice is provided pursuant to the decision of the U.S. Court of Appeals for the Ninth Circuit in *Flores v. Lynch*, No. 15-56434, --- F.3d --- (9th Cir. July 6, 2016), applying the Flores Settlement Agreement (FSA) to accompanied minors. The notice is to inform persons under the age of 18 in the custody of the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), of rights they may have under the FSA.

**NOTICE OF RIGHT TO JUDICIAL REVIEW**

The U.S. government usually houses persons under the age of 18 in an open setting, such as a foster or group home, and not in detention facilities. If you believe that you have not been properly placed or that you may have been treated improperly, you may ask a federal judge to review your case. You may call a lawyer to help you do this. If you cannot afford a lawyer, you may call one from the list of free legal services given you with this form.

Firma X [redacted]

**Certificate of Service**

I hereby certify that the Notice of Rights was served by me on [redacted]
(Name of Alien)

and [redacted] on 08/11/2017, and the contents of
(Name of Parent/Alien Age 14 or Older) (Date of Service)

this notice were read to him/her/them in the Spanish language.
(Language)

[redacted]
Name and Signature of Officer

[redacted]
Name or Number of Interpreter (if applicable)

# EXHIBIT 2

* Non Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

### San Antonio, Texas

**American Gateways***

One Highland Center
314 Highland Mall Blvd., Ste. 501
Austin, TX 78752
(512) 478-0546
www.americangateways.org

**Catholic Charities Archdiocese of San Antonio, Inc.***
202 W French Place
San Antonio, TX 78212
(210) 433-3256

- Only represents clients in San Antonio Immigration Court

**Immigration Clinic of the University of Texas School of Law***

727 East Dean Keeton Street
Austin, TX 78705-3299
(512) 232-1292

- Will represent aliens in Asylum cases
- Clinic is closed from May 1st until September 1st

**RAICES***

Refugee and Immigrant Center for Education and Legal Services
1305 N. Flores
San Antonio, TX 78212
Tel: (210) 226-7722
Fax: (210) 212-4856
www.raicestexas.org

- Will represent aliens in asylum cases

**St. Mary's Immigration and Human Rights Clinic***

2507 NW 36th St
San Antonio, TX 78228
Phone: (210) 431-2596
Fax: (210) 431-5700

**Texas RioGrande Legal Aid, Inc.***

1111 N. Main Ave
San Antonio, TX 78212
Tel: (210) 212-3700
Fax: (210) 212-3774

- Toll Free 1-888-988-9996

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

# EXHIBIT 3

* Non Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## Pearsall Immigration Court

| Pearsall, Texas | |
|---|---|
| **American Gateways***<br>One Highland Center<br>314 Highland Mall Blvd., Ste. 501<br>Austin, TX 78752<br>(512) 478-0546<br>www.americangateways.org | **St. Mary's Immigration and Human Rights Clinic***<br><br>2507 NW 36th St<br>San Antonio, TX 78228<br>Phone: (210) 431-2596<br>Fax: (210) 431-5700 |
| **Texas RioGrande Legal Aid, Inc.***<br><br>1111 N. Main Ave<br>San Antonio, TX 78212<br>Tel: (210) 212-3700<br>Fax: (210) 212-3774<br>www.trla.org<br><br>• Toll Free 1-888-988-9996 | |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

* Non Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## San Antonio Immigration Court

### San Antonio, Texas

**American Gateways***

One Highland Center
314 Highland Mall Blvd., Ste. 501
Austin, TX 78752
(512) 478-0546
www.americangateways.org

**Catholic Charities Archdiocese of San Antonio, Inc.***
202 W French Place
San Antonio, TX 78212
(210) 433-3256

• Only represents clients in San Antonio Immigration Court

**Immigration Clinic of the University of Texas School of Law***

727 East Dean Keeton Street
Austin, TX 78705-3299
(512) 232-1292

• Will represent aliens in Asylum cases
• Clinic is closed from May 1st until September 1st

**RAICES***

Refugee and Immigrant Center for Education and Legal Services
1305 N. Flores
San Antonio, TX 78212
Tel: (210) 226-7722
Fax: (210) 212-4856
www.raicestexas.org

• Will represent aliens in asylum cases

**St. Mary's Immigration and Human Rights Clinic***

2507 NW 36th St
San Antonio, TX 78228
Phone: (210) 431-2596
Fax: (210) 431-5700

**Texas RioGrande Legal Aid, Inc.***

1111 N. Main Ave
San Antonio, TX 78212
Tel: (210) 212-3700
Fax: (210) 212-3774

• Toll Free 1-888-988-9996

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

# EXHIBIT 4

* Non Profit Organization
** Referral Service
*** Private Attorney

# List of Pro Bono Legal Service Providers

Updated July 2017

http://www.justice.gov/eoir/list-pro-bono-legal-service-providers

## York Immigration Court

| York, Pennsylvania | |
|---|---|
| **HIAS and Counsel Migration Services***<br><br>2100 Arch Street, 3rd Floor<br>Philadelphia, PA 19103<br>(215) 832-0900<br><br>• Will represent aliens seeking asylum.<br>• Representation limited to residents of Southeast Pennsylvania and Delaware. | **Pennsylvania Immigration Resource Center (PIRC)***<br><br>112 Pleasant Acres Rd, PO Box 20339, Suite I<br>York, PA 17402<br>Tel: (717) 600-8099<br>Fax: (717) 600-8044<br><br>info@pirclaw<br>www.pirclaw.org<br>• All removal defense work<br>• Languages: Spanish |
| **Prime - Ecumenical Commitment to Refugees***<br><br>129 Owen Ave., P.O. Box 5<br>Lansdowne, PA 19050<br>Tel: (610) 259-4500<br>Fax: (610) 259-4515<br>prime-ecr@juno.com<br>www.prime-immigration.org | **Nationalities Service Center***<br><br>1216 Arch St., 4th Floor<br>Philadelphia, PA 19107<br>Tel: (215) 893-8400<br>Fax: (215) 735-9718<br>legal@ncsphila.org<br>www.nscphila.org<br><br>• Languages: Spanish and French |
| **HIAS (Silver Spring)***<br><br>1300 Spring St, Suite 500<br>Silver Spring, MD 20190<br>Phone: (301) 844-7248<br>legalhelp@hias.org<br>www.hias.org<br>• Children and families from Central America seeking humanitarian relief<br>• Asylum seekers who are scientists, sholars, artists, or professionals<br>• Languages: Spanish and Portugeuse | |

**Disclaimer:** As required by 8 C.F.R. § 1003.61, the Executive Office for Immigration Review (EOIR), Office of the Director, Office of Legal Access Programs maintains a list of organizations and attorneys qualified under the regulations who provide pro bono or free legal services. The information posted on this list is provided to EOIR by the Providers. EOIR does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.