UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 28 2017

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>　　　　Plaintiff - Appellee,<br><br>　v.<br><br>JEFFERSON B. SESSIONS III,<br>Attorney General; et al.,<br><br>　　　　Defendants - Appellants. | No. 17-55208<br><br>D.C. No. 2:85-cv-04544-DMG-AGR<br>U.S. District Court for Central<br>California, Los Angeles<br><br>**MANDATE** |

The judgment of this Court, entered July 05, 2017, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

Costs are taxed against the appellant in the amount of $186.60.

　　　　　　　　　　　　　　　　FOR THE COURT:

　　　　　　　　　　　　　　　　MOLLY C. DWYER
　　　　　　　　　　　　　　　　CLERK OF COURT

　　　　　　　　　　　　　　　　By: Craig Westbrooke
　　　　　　　　　　　　　　　　Deputy Clerk
　　　　　　　　　　　　　　　　Ninth Circuit Rule 27-7