Center for Human Rights & Constitutional Law
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
Marchela Iahdjian (Cal. Bar No. 295595)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
pschey@centerforhumanrights.org
miahdjian@centerforhumanrights.org

*Attorneys for Plaintiffs*

(Listing continued on following page)

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.,*<br><br>      Plaintiffs,<br><br>   — v.—<br><br>Jeh Johnson, Secretary, U.S. Department of Homeland Security, *et al*..<br>      Defendants. | Case No. CV 85-4544-RJK(Px)<br><br>**NOTICE OF CHANGE OF COUNSEL** |

TO THIS COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: KYRA KAZANTZIS of the LAW FOUNDATION OF SILICON VALLEY respectfully requests that the Clerk of this Court remove her as attorney of record in the above-captioned matter, and further requests that she be removed from the ECF service list.

Dated: October 4, 2017      LAW FOUNDATION OF SILICON VALLEY

                 /s/ Kyra Kazantzis
                 Kyra Kazantzis
                 Attorney for Plaintiffs, Jenny Lisette Flores, et al.

WILLIAM A. MOLINSKI (STATE BAR NO. 145186)
wmolinski@orrick.com
T. WAYNE HARMAN (STATE BAR NO. 254089)
wharman@orrick.com
ELENA GARCIA (STATE BAR NO. 299680)
egarcia@orrick.com
Orrick, Herrington & Sutcliffe LLP
777 South Figueroa Street
Suite 3200
Los Angeles, California 90017
Telephone: +1-213-629-2020
Facsimile: +1-213-612-2499
La Raza Centro Legal, Inc.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

Of counsel:

Youth Law Center
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

Ranjana Natarajan (Cal. Bar No. 230149)
University of Texas School of Law
Civil Rights Clinic
727 E. Dean Keeton St.
Austin, TX 78705
Telephone: (512) 232-7222
Email: rnatarajan@law.utexas.edu