UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544 DMG (AGRx) | Date | October 18, 2017 |

Title  *Jenny L. Flores, et al. v. Jefferson B. Sessions III, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER SETTING DEADLINES FOR COMPLIANCE REPORTS**

The Court has reviewed the declarations submitted by Henry A. Moak, Jr., CBP's Juvenile Coordinator, and Deane Dougherty, ICE's Juvenile Coordinator. [Doc. # 374.] The Court sets forth the following deadlines for the Juvenile Coordinators to file their respective compliance reports and for Plaintiffs' response thereto, if any:

| **Compliance Report** | **Plaintiffs' Response** |
|---|---|
| December 1, 2017 | December 15 2017 |
| March 2, 2018 | March 16, 2018 |
| June 1, 2018 | June 15, 2018 |

The Court sets a status conference on **June 29, 2018 at 10:00 a.m.** to discuss whether Defendants are in substantial compliance with the Court's June 27, 2017 Order [Doc. # 363].[1]

---

[1] The Court notes that the June 27, 2017 Order [Doc. # 363] contains typographical errors at pages 32 and numbered paragraph 7, page 34 relating to the appointment of the Juvenile Coordinator. The references therein to Paragraphs 24A and 12A of the *Flores* Settlement Agreement, respectively, are in error. The citations should have been to Paragraph 28A of the *Flores* Settlement Agreement.