CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> JOINT REQUEST FOR DECISION ON PLAINTIFFS MOTION FOR ATTORNEYS FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [Doc. 351] <br><br> Hearing: None <br> Time: n/a <br> Room: n/a |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
 kate.manning@lawfoundation.org
 annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

In accordance with Local Rule 83-9 of the Central District of California, the parties jointly request that the Court decide without further delay Plaintiffs' Motion (Dkt. # 351) for Attorneys Fees and Costs Under the Equal Access to Justice Act.

Plaintiffs' Motion was submitted for decision on July 5, 2017. Order, July 5, 2017 (Dkt. #366). The 120 days Local Rule 83-9.1 prescribes for deciding Plaintiffs' motion expired on November 2, 2017.

In accordance with Local Rule 83-9.3, a copy of this request is being sent to the Chief Judge.

Dated: November 8, 2017             Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

|  |  |
|---|---|
| | /s/*Peter Schey* _____ |
| | *Attorneys for Plaintiffs* |
| Dated: November 8, 2017 | CHAD A. READLER |
| | Acting Assistant Attorney General |
| | Civil Division |
| | WILLIAM C. PEACHEY |
| | Director, District Court Section |
| | Office of Immigration Litigation |
| | COLIN A. KISOR |
| | Deputy Director, District Court Section |
| | Office of Immigration Litigation |
| | WILLIAM C. SILVIS |
| | Assistant Director, District Court Section |
| | Office of Immigration Litigation |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | |
| | s/*Sarah B. Fabian* (with permission) |
| | SARAH B. FABIAN |
| | Senior Litigation Counsel |
| | Office of Immigration Litigation District Court Section |
| | P.O. Box 868, Ben Franklin Station |
| | Washington, D.C. 20044 |
| | Tel: (202) 532-4824 |
| | Fax: (202) 305-7000 |
| | Email: sarah.b.fabian@usdoj.gov |
| | *Attorneys for Defendants* |
| / / / | |

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On November 8, 2017, I electronically filed the following document(s):

- JOINT REQUEST FOR DECISION ON PLAINTIFFS MOTION FOR ATTORNEYS FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT [Doc. 351]

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*