CHAD A. READLER
Principal Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,   ) | Case No. CV 85-4544 |
|       ) | |
|     Plaintiffs,   ) | **NOTICE OF FILING OF JUVENILE** |
|       ) | **COORDINATOR COMPLIANCE** |
|     v.   ) | **REPORTS** |
|       ) | |
| LORETTA E. LYNCH, Attorney   ) | |
| General of the United States; *et al.,*   ) | |
|       ) | |
|     Defendants.   ) | |
|       ) | |
| _____) | |

On October 18, 2017, the Court ordered Defendants to file compliance reports from Mr. Henry A. Moak, Jr. and Ms. Deane Dougherty, who have been accepted by the Court to serve as Juvenile Coordinators under the *Flores* Settlement Agreement for U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"), respectively (ECF No. 371). In accordance with the Court's Order, CBP and ICE submit the attached compliance reports of Juvenile Coordinators Henry A. Moak, Jr. and Deane Dougherty for the Court's consideration.

DATED:      December 1, 2017          Respectfully submitted,

CHAD A. READLER
Principal Deputy Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 1, 2017, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants