

# U.S. Customs and Border Protection Juvenile Coordinator Report

Report Regarding *Flores* Compliance in the Rio Grande Valley Border Patrol Sector
Case No. CV 85-4544
*November 30, 2017*



Honorable Dolly M. Gee
U.S. District Court for the Central District of California
350 West 1st St.
Los Angeles, CA 90012
Courtroom 8C, 8th Floor

Dear Judge Gee:

I respectfully submit the first U.S. Customs and Border Protection (CBP) Juvenile Coordinator Report in accordance with Paragraph 28A of the *Flores* Settlement Agreement (Agreement) and this Court's June 27, 2017 and October 18, 2017 Orders.

As the CBP Juvenile Coordinator, I recognize the critical role I play in ensuring CBP remains in compliance with the terms of the Agreement nationwide. Since my appointment to this position in August 2017, I have developed a strategic approach to review and monitor CBP's compliance with the Agreement, focusing specifically on the U.S. Border Patrol's (USBP's) Rio Grande Valley (RGV) Sector. This approach ensures minors are treated with dignity and respect and in accordance with the terms of the Agreement while in CBP custody. Given the specific concerns raised by the Court in the June 27, 2017 Order, I have focused the majority of my initial efforts on the RGV Sector. I understand that the Agreement, and my mandate, applies nationwide, and I intend to expand the scope of my efforts in the future.

The attached report details the actions I have taken since August 2017 to monitor the Agency's continued compliance with the Agreement in the RGV Sector, and to produce reliable reporting to the Court. To that end, I have visted the RGV Sector, USBP's Central Processing Center-Ursula, and the nearby Office of Field Operations (OFO) Brownsville and Hidalgo Ports of Entry to observe CBP's process for and documentation of the care of minors. I also assembled a team of data and policy analysts, independent of USBP and OFO, to review how the Agency currently tracks and monitors the treatment of minors in CBP custody. Additionally, I developed a framework to observe, in real-time, the treatment of minors while in CBP custody. These observations will be used to further refine and implement the Agency's strategy for continued compliance wth the Agreement and with existing CBP policy.

I submit this report in good faith as an honest and accurate recording of actions taken for the period of August 24, 2017 through November 30, 2017. I plan to submit my next report to you no later than March 2, 2018 in accordance with your October 18, 2017 Order.

Respectfully submitted,

Henry A. Moak, Jr.
(A) Chief Accountability Officer,
U.S. Customs and Border Protection

i



# CBP Juvenile Coordinator Report

## Table of Contents

I. Introduction ................................................................................................................ 1
II. Implementation Strategy .......................................................................................... 2
III. Summary of Activities ............................................................................................. 2
    a. Review of Existing Data Collection ................................................................... 3
    b. Observations from Juvenile Coordinator Site Visits ......................................... 3
    c. CBP *Flores* Working Group ............................................................................. 4
IV. Next Steps ................................................................................................................ 5
V. Conclusion ................................................................................................................ 5
VI. Appendix: List of Acronyms ................................................................................... 6

# I. Introduction

In 2014, the U.S. government witnessed historic numbers of minors[1] arriving at its Southwest border. Poverty and civil unrest in Central America has continued to fuel the flow of migration, leaving these minors particularly vulnerable to violence and exploitation.

U.S. Customs and Border Protection (CBP) remains at the forefront of this complex issue. This is especially true in the Rio Grande Valley (RGV) Border Patrol Sector, where the largest number of minors currently arrive in the United States. Between fiscal years (FYs) 2014 and 2017, Border Patrol agents in the RGV Border Patrol Sector have cared for approximately 234,772 minors.[2] While the influx of minors continues to test the existing capabilities of the Agency, the dedicated men and women serving in the U.S. Border Patrol (USBP) and Office of Field Operations (OFO) have responded to this challenge with integrity, professionalism, and compassion.

Since 2014, CBP has taken extensive efforts to ensure that all minors in its temporary custody are treated with dignity, respect, and special concern for their particular vulnerability as minors. The CBP Juvenile Coordinator (Juvenile Coordinator) provides a centralized oversight mechanism for the Agency's existing monitoring and reporting responsibilities regarding the treatment of minors in CBP's temporary custody. In this role, the Juvenile Coordinator ensures ongoing assessment of the Agency's compliance with the *Flores* Settlement Agreement (Agreement), including offering recommendations to the Agency as needed, and will deliver thorough reporting that demonstrates CBP's compliance with the Agreement.

This is the first of three reports the Juvenile Coordinator will submit to the Court in order to document CBP's compliance with the terms of the Agreement and its own policies. Section I of this report outlines the Agency's strategic approach to ensure continued compliance with the Agreement and to address this Court's findings in the June 27, 2017 Order regarding the treatment of minors in the RGV Sector. Section II details the Juvenile Coordinator's activities to date, which include establishing a Juvenile Coordinator support team; reviewing current data points USBP agents record in the Enforcement Integrated Database e3 Detention Module (e3DM) for purposes of tracking compliance with the Agreement; conducting Juvenile Coordinator site visits to the RGV Sector and two OFO Ports of Entry (POEs); and convening a CBP *Flores* Working Group. Finally, section III outlines the Juvenile Coordinator's planned activities through March 2018. The Juvenile Coordinator, through the CBP Office of Chief Counsel

---

[1] For purposes of this report, "minors" refers to both unaccompanied alien children, as well as to alien children (those under the age of 18) who are part of a family unit or are otherwise accompanied.
[2] This figure represents the number of minors apprehended in the RGV Sector as recorded in U.S. Border Patrol's Enforcement Integrated Database e3 Detention Module.

1

(OCC), provided regular updates to the Department of Justice (DOJ) attorney of record in this case, and will continue to provide monthly updates to DOJ moving forward.

## II. Implementation Strategy

The Juvenile Coordinator's primary objective is to uphold CBP's commitment to the safety, security, and treatment of minors in its temporary custody. A cornerstone to achieving this objective is leveraging the collective capabilities of the entire Agency. With the support of CBP leadership, the Juvenile Coordinator developed a strategic approach for the continued monitoring and reporting of *Flores* compliance. This comprehensive approach centers on three key areas: policy, execution, and accountability.

> **Policy** – The Juvenile Coordinator will ensure CBP continues to comply with the Agreement through consistent application of existing CBP policy, such as the *National Standards on Transport, Escort, Detention, and Search* (TEDS), and ongoing refinement of those policies, as needed.
>
> **Execution** – The Juvenile Coordinator will ensure the consistent execution of the Agreement and relevant policies through site visits, thorough data collection, and ongoing engagement with agents and officers in the field.
>
> **Accountability** – The Juvenile Coordinator will develop reliable data reports to document CBP's compliance with the Agreement and existing policy through a variety of methods.

Through clearly articulated policy, deliberate execution, and consistent monitoring, the Juvenile Coordinator will ensure that CBP continues to comply with the terms of the Agreement.

## III. Summary of Activities

By executing the strategic approach outlined above, the Juvenile Coordinator will ensure ongoing compliance with the Agreement and with existing policies through oversight, intra-agency coordination, continual assessments, and data-driven reporting. The Juvenile Coordinator assembled a team of data and policy analysts, led by an experienced senior program manager, familiar with CBP operations and data analysis. The team focused its initial efforts on gaining a foundational understanding of CBP's obligations under the Agreement, this Court's findings in the June 27, 2017 Order, and CBP's existing policies—specifically TEDS. The following sub-sections outline the various activities the Juvenile Coordinator and his team have performed since August 24, 2017 in support of thorough monitoring and reporting on compliance with the Agreement and CBP's own policies, consistent with the Court's June 27, 2017 Order.

2

### a. Review of Existing Data Collection

To assess how CBP captures and records data related to the treatment of minors, the Juvenile Coordinator's team reviewed the type of data collected in USBP's e3DM and OFO's Secure Integrated Government Mainframe Access (SIGMA) data systems with subject matter experts (SMEs) from each office. The discussion included a demonstration of e3DM and SIGMA to show the existing data fields used to collect information related to the treatment of minors and explanations of the different environments in which USBP and OFO operate. The team is currently conducting a spot check of existing RGV Sector data related to the treatment of minors in e3DM. The team will review the data for completeness, and will begin developing a data analytics plan.

Furthermore, the team identified the number of minors apprehended in the RGV Sector from fiscal years 2014 through 2017. Currently, the majority of juvenile apprehensions within the RGV Sector are immediately transported to and processed at the Central Processing Center-Ursula (CPC-Ursula), where they remain until their transfer to either U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) or U.S. Department of Health and Human Services (HHS), Office of Refugee Resettlement (ORR). Other stations within the RGV Sector have processing capabilities and minors are processed at those locations. Based on this information, the Juvenile Coordinator directed CBP's Management Inspections Division (MID) to conduct site visits to CPC-Ursula as well as other stations in which minors are routinely held. During these site visits, MID will conduct real-time observations of the conditions in which minors are held, which will provide additional information relating to USBP's compliance with the Agreement and with USBP policies. To the extent that population flows change, the Juvenile Coordinator may redirect MID's focus to other locations in order to account for changes in processing that may be required by operations.

### b. Observations from Juvenile Coordinator Site Visits

In October 2017, the Juvenile Coordinator conducted his first site visits to the USBP RGV Sector, and the nearby OFO Brownsville and Hidalgo POEs. During this visit, the Juvenile Coordinator met with the RGV Sector Chief Patrol Agent, the Brownsville Port Director, and the Hidalgo Acting Port Director and Assistant Port Director. The purpose of the trip was to familiarize himself with CBP's different operating environments and missions, and to observe how USBP and OFO ensure compliance with the Agreement.

The Juvenile Coordinator also visited CPC-Ursula during his trip. There, he met directly with the CPC-Ursula Patrol Agent in Charge, and observed all aspects of the facility's operations, from initial processing through transfer of minors to ERO and ORR. The Juvenile Coordinator observed the efforts CBP has taken to ensure minors are held in accordance with the terms of the Agreement.

3

At CPC-Ursula, the Juvenile Coordinator observed USBP Agents collecting biographical information upon initial intake, and updating e3DM to record the treatment minors received while in CBP's custody. After intake, he observed minors moving freely within their designated areas, as determined by their age, sex, and status as an accompanied or unaccompanied minor. Within these areas, the Juvenile Coordinator observed minors' direct access to blankets, mats, and toilets.

Moreover, the Juvenile Coordinator observed the preparation for the delivery of the second of three meals provided to minors daily. The Juvenile Coordinator also saw the assortment of snacks, including fresh apples, and bottled water openly available to minors upon their request.

The Juvenile Coordinator saw the shower facility and the toiletries provided to minors, which included towels, toothbrushes, and toothpaste. He also saw the large inventory of clean clothing available for minors to wear, which included t-shirts, sweatpants, and undergarments. The Juvenile Coordinator saw that laundry services are available to minors arriving in wet and dirty clothing.

USBP works closely with its counterparts in the U.S. government and several consular offices. The Juvenile Coordinator observed ERO on-site and its designated workspace in CPC-Ursula. The Juvenile Coordinator also observed a specific area for the consuls to meet with their citizens. The Juvenile Coordinator learned that these close working relationships facilitate the timely transfer of minors from CBP's custody.

Based upon the Juvenile Coordinator's first site visits and conversations in the field, it is apparent that the agents assigned to CPC-Ursula are deeply committed to complying with the Agreement and take the responsibility of caring for minors seriously.

### c. CBP *Flores* Working Group

The Juvenile Coordinator recognizes that continued compliance with the Agreement requires a cohesive and coordinated effort across the Agency. The Juvenile Coordinator hosted a CBP *Flores* Working Group (Working Group) in November 2017 with SMEs from USBP, OFO, Office of Accountability (OAct), OCC, and Office of Public Affairs (OPA) to discuss CBP's existing data collection efforts and this Court's concerns outlined in the June 27, 2017 Order. Each Working Group member offered a unique perspective that helped to advance the Agency's policy, execution, and accountability strategic objectives. USBP and OFO provided the on-site, on-the-ground perspectives that are crucial to ensuring that the Juvenile Coordinator understands the Agency's operational realities moving forward. OAct provided insight into how to best document compliance with the Agreement through real-time observations and regular assessments. OCC clarified the legal standards with which CBP must comply.

# IV. Next Steps

Continued compliance with the Agreement requires the active participation of the Agency as a whole. The Juvenile Coordinator is committed to building upon the progress outlined above by conducting the following activities between December 2, 2017 and March 1, 2018:

- Conduct preliminary analysis of the data collected related to minors in the RGV Sector, and perform spot checks for data completeness
- Conduct second Juvenile Coordinator site visit
- Conduct MID site visits in the RGV Sector
- Review the training delivered to CBP agents and officers related to *Flores* requirements, and determine if knowledge gaps exist
- Take additional actions that the Juvenile Coordinator deems necessary to adequately ensure CBP's compliance with the Agreement and CBP policies

Additionally, the Juvenile Coordinator, through CBP's OCC, will continue to provide monthly updates moving forward. The second Juvenile Coordinator report, due March 2, 2018, will provide more detail regarding the Agency's progress made from December 2, 2017 through March 1, 2018, and will include preliminary data analysis.

# V. Conclusion

The CBP Juvenile Coordinator recognizes the critical role he plays to ensure CBP remains in compliance with the terms of the Agreement nationwide. The Juvenile Coordinator developed a comprehensive strategy that focuses on policy, execution, and accountability to ensure CBP's continued compliance with the Agreement and with CBP's own policies. The Juvenile Coordinator completed a wide range of activities in order to evaluate the Agency's existing monitoring and reporting efforts, and will continue these efforts. The Juvenile Coordinator will continue to implement the Agency's strategy for ensuring *Flores* compliance and build upon the Agency's existing monitoring and reporting capabilities.

The dedicated men and women of CBP are committed not only to ensuring the safety of the citizens within our borders, but also to ensuring that individuals held in CBP custody, especially the most vulnerable among us—minors, are treated with dignity and respect. Each day, CBP ensures the care provided to minors in its custody is reflective of our laws and our values.

# VI. Appendix: List of Acronyms

| Acronym | Definition |
|---|---|
| CBP | U.S. Customs and Border Protection |
| CPC | Centralized Processing Center |
| e3DM | Enforcement Integrated Database e3 Detention Module |
| HHS ORR | U.S. Department of Health and Human Services, Office of Refugee Resettlement |
| ICE ERO | U.S. Immigration and Customs Enforcement, Enforcement and Removal Operations |
| MID | Management Inspections Division |
| OAct | Office of Accountability |
| OCC | Office of Chief Counsel |
| OFO | Office of Field Operations |
| OPA | Office of Public Affairs |
| RGV | Rio Grande Valley |
| SIGMA | Secure Integrated Government Mainframe Access |
| TEDS | U.S. Customs and Border Protection National Standards on Transport, Escort, Detention, and Search |
| USBP | U.S. Border Patrol |