DECLARATION OF CLASS COUNSEL, PETER A. SCHEY

I, PETER A. SCHEY, declare:

1. I am the lead Class Counsel for Plaintiffs in this case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs request the Court to continue the due date for Plaintiffs' Response to the Compliance Reports executed by Juvenile Coordinators, Henry Moak, Jr. and Deane Dougherty, ("Monitoring Reports") from December 15, 2017 to January 8, 2018. Plaintiffs require an extension of the dates for the following reasons.

3. Following the filing submission of the Monitoring Reports by Defendants on December 1, 2017, Plaintiffs' counsel conducted site inspections and interviews with class members pursuant to ¶¶ 22 and 23 of the Flores Settlement Agreement, at the ICE facility in Dilley, TX on December 6, 2017 and December 7, 2017, at the ICE facility in Karnes, TX on December 7, 2017, and at the CBP Ursula facility in McAllen, TX on December 8, 2017. Several pro bono attorneys attended the inspections in Karnes, Dilley, and Ursula detention facilities and are in the process of providing class counsel with information about the visits.

4. On November 20, 2017, Plaintiffs submitted a request to Defendants indicating that they intended to conduct an inspection and interviews with class members at the ICE facility at Berks, PA on December 1, 2017 and December 4, 2017. However, on November 27, 2017, Defendants advised Plaintiffs that, due to staff scheduling issues, the dates selected by Plaintiffs would not work and suggested that the inspection and class member interviews take place on December 18, 2017 or any day from December 20, 2017 to December 22, 2017. By mutual agreement the interviews with class members and inspection are scheduled to take place on Wednesday, December 21, 2017 and Thursday, December 22, 2017. Given the intervening holidays, Class Counsel are unlikely to receive detailed information about these visits from participating pro bono attorneys until about December 31st.

5. Plaintiffs therefore request that the due date for their response to Defendants' Monitoring Reports be continued from December 15, 2017 to January 8, 2018.

6. Counsel for Plaintiffs' reached out to counsel for Defendants by email, asking for their position on this Application to move Plaintiffs' response date to January 8, 2018. However, at the time of this filing, counsel for Defendants have not offered a position.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 15, 2017 at Los Angeles, California.

                                                                                                                 s/Peter Schey
                                                                                                                 Peter Schey

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 15, 2017, I electronically filed the following document(s):

- **Declaration of Class Counsel, Peter Schey**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*