UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **ORDER GRANTING EX PARTE APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE [385]** |
| v. | |
| JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

THIS CAUSE comes before the Court upon Plaintiffs' *Ex Parte* Application to Continuance of Plaintiffs' Compliance Report Response to January 8, 2018.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that the due date on Plaintiffs' Response to the Compliance Reports executed by Juvenile Coordinators, Henry Moak, Jr. and Deane Dougherty, [Docs. ## 384-1, 384-2] is continued, *nunc pro tunc*, from December 15, 2017 to January 8, 2018.

In the future, the parties shall avoid submitting requests for continuance or extension of time less than five court days prior to the expiration of the scheduled date. *See* Initial Standing Order at 10 [Doc. # 107]; Judge Gee's Procedures and Schedules at ¶ 7, United States District Court, Central District of California website.

IT IS SO ORDERED.

DATED: December 18. 2017

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE