CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
          crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. <br> ———————————————— | Case No. CV 85-4544 DMG (AGRx) <br><br> UNOPPOSED APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL; DECLARATION OF CLASS COUNSEL <br><br> [HON. DOLLY M. GEE] <br><br> Hearing: None <br> Time: n/a <br> Room: n/a |

1

2    *Plaintiffs' counsel, continued:*

3
     LA RAZA CENTRO LEGAL, INC.
4    Michael S. Sorgen (Cal. Bar No. 43107)
     474 Valencia Street, #295
5    San Francisco, CA 94103
6    Telephone: (415) 575-3500

7
     THE LAW FOUNDATION OF SILICON VALLEY
8    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
9    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
10   Katherine H. Manning (Cal. Bar No. 229233)
     Annette Kirkham (Cal. Bar No. 217958)
11   152 North Third Street, 3rd floor
12   San Jose, CA 95112
     Telephone:   (408) 280-2437
13   Facsimile:    (408) 288-8850
     Email: jenniferk@lawfoundation.org
14           kate.manning@lawfoundation.org
15           annettek@lawfoundation.org

16
     *Of counsel:*
17

18   YOUTH LAW CENTER
19   Virginia Corrigan (Cal. Bar No. 292035)
     832 Folsom Street, Suite 700
20   San Francisco, CA 94104
     Telephone: (415) 543-3379
21

22

23

24

25

26

27

28

This is an unopposed application seeking leave to file in the public record the declarations of class members and their mothers (Exhibit numbers 2, and 5-62) and Plaintiffs' Response to Defendants' first Juvenile Coordinator Reports identifying such asylum seekers with identifying information redacted so as to protect the identities of applicants for asylum. Pursuant to 8 C.F.R. §§208.6 and 1208.6 the identities of asylum applicants are confidential. See Declaration of Peter Schey attached hereto.

A proposed Order granting this application is lodged herewith.

Dated: January 8, 2018                  Respectfully submitted,

                                        CENTER FOR HUMAN RIGHTS &
                                        CONSTITUTIONAL LAW
                                        Peter A. Schey
                                        Carlos Holguín

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        Elena García

                                        LA RAZA CENTRO LEGAL, INC.
                                        Michael Sorgen

                                        LAW FOUNDATION OF SILICON VALLEY -
                                        LEGAL ADVOCATES FOR CHILDREN & YOUTH
                                        Jennifer Kelleher Cloyd
                                        Katherine H. Manning
                                        Annette Kirkham

                                        Of counsel:

                                        YOUTH LAW CENTER
                                        Virginia Corrigan

                                        /s/*Peter Schey*_____
                                        *Attorneys for Plaintiffs*

PLAINTIFFS' APPLICATION FOR
LEAVE TO FILE UNDER SEAL                  CV 85-4544-DMG (AGRX)

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On January 8, 2018, I electronically filed the following document(s):

- UNOPPOSED APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL; DECLARATION OF CLASS COUNSEL

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

PLAINTIFFS' APPLICATION FOR
LEAVE TO FILE UNDER SEAL                    CV 85-4544-DMG (AGRX)