1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
   Peter A. Schey (Cal. Bar No. 58232)
2  Carlos Holguín (Cal. Bar No. 90754)
   256 South Occidental Boulevard
3  Los Angeles, CA  90057
   Telephone: (213) 388-8693
4  Facsimile: (213) 386-9484
   Email: crholguin@centerforhumanrights.org
5          pschey@centerforhumanrights.org

6  ORRICK, HERRINGTON & SUTCLIFFE LLP

7  Elena Garcia (Cal. Bar No. 299680)
   777 South Figueroa Street, Suite 3200
8  Los Angeles, CA 90017
   Telephone:    (213) 629-2020
9  Email: egarcia@orrick.com

10

11 *Attorneys for plaintiffs (listing continues on following page)*

12              UNITED STATES DISTRICT COURT
13        CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14
   JENNY LISETTE FLORES, *et al.*,          )  Case No. CV 85-4544 DMG (AGRx)
15                                          )
          Plaintiffs,                       )
16                                          )
   - vs -                                   )  EXHIBITS IN SUPPORT OF
17                                          )  PLAINTIFFS' RESPONSE TO
   JEFFERSON B. SESSIONS, ATTORNEY GENERAL  )  DEFENDANTS' FIRST JUVENILE
18 OF THE UNITED STATES, *et al.*,          )  COORDINATOR REPORTS
                                            )  VOLUME 2 OF 2 [**REDACTED
19        Defendants.                       )  VERSION OF DOCUMENT
                                            )  PROPOSED TO BE FILED UNDER
20 ─────────────────────────────────────    )  SEAL**]
21
22                                             [HON. DOLLY M. GEE]
23                                             Hearing: N/A
24                                             Time: N/A
                                               Room: N/A
25
26
27
28

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:      (408) 280-2437
Facsimile:      (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

## INDEX OF EXHIBITS

### VOLUME ONE

1. Declaration of Peter Schey (not included)……………………………...…………… 1

2. Excerpts of Exhibits……………………………………………………………………. 6

3. Declaration of Virgina Corrigan (not included)…………………………………… 53

4. Declaration of Bridget Cambria (not included)………..……………………… 56

5. Declaration of Darinel L███████████……………………………………… 59

6. Declaration of Alma S██████████████…………………………………… 62

7. Declaration of Ana B███████████████……………………..………… 67

8. Declaration of Aurelia D█████████…………………………..……………… 71

9. Declaration of Bessy L█████████…………………………………………… 75

10. Declaration of Blanca E████████████████…………………………………79

11. Declaration of Daili A██████████…………………………………………… 82

12. Declaration of Dinora E████████████████████…………………… 86

13. Declaration of Ducesa B█████………………………………………………… 90

14. Declaration of Giovanni D███████████…………………………………… 94

15. Declaration of Iris A██████████………………………………………… 98

16. Declaration of Mayra Jeanneth F█████████████……………………… 101

17. Declaration of Jessica N██████████…………………………………… 106

18. Declaration of Jozelia d█████████████████………………………… 110

19. Declaration of Karla T██████………………………………………………… 114

20. Declaration of Katherine G███████████………………………………… 118

21. Declaration of Luminita B███████……………………………………… 122

22. Declaration of Maria D██████████…………………………………… 126

23. Declaration of Maria F████████████████…………………………… 130

24. Declaration of Maybelline E█████████████…………………………… 133

1

**VOLUME TWO**

25. Declaration of Mirna P███████ ……………………………………… 136

26. Declaration of Veronica M███████ ……………………………………… 139

27. Declaration of Yamisleidy E███████ ……………………………………… 142

28. Declaration of Candida R███████ ……………………………………… 145

29. Declaration of Damaris C███████ ……………………………………… 149

30. Declaration of Dora S███████ ……………………………………… 152

31. Declaration of Dorca V███████ ……………………………………… 156

32. Declaration of Dulce O███████ ……………………………………… 160

33. Declaration of Elsa E███████ ……………………………………… 164

34. Declaration of Francis M███████ ……………………………………… 168

35. Declaration of Francisca L███████ ……………………………………… 171

36. Declaration of Maria V███████ ……………………………………… 174

37. Declaration of Roxana G███████ ……………………………………… 178

38. Declaration of Santos M███████ ……………………………………… 181

39. Declaration of Silvia S███████ ……………………………………… 185

40. Declaration of Wendy W███████ ……………………………………… 189

41. Declaration of Lourdes M███████ ……………………………………… 192

42. Declaration of Katya J███████ ……………………………………… 194

43. Declaration of Wilmer A███████ ……………………………………… 197

44. Declaration of Luis C███████ ……………………………………… 201

45. Declaration of Veronica Y███████ ……………………………………… 205

46. Declaration of Denys A███████ ……………………………………… 209

47. Declaration of Maria d███████ ……………………………………… 212

48. Declaration of Nimsy J███████ ……………………………………… 215

49. Declaration of Dania D███████ ……………………………………… 218

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

50. Declaration of Irma T███████████…………………………………… 222

51. Declaration of Juliana M██████████…………………………………… 226

52. Declaration of Cristina J███████…………………………………………… 229

53. Declaration of Fatima Y██████████…………………………………… 231

54. Declaration of Cindy J█████████…………………………………………… 234

55. Declaration of Carlos C██████……………………………………………… 237

56. Declaration of Rigoberto L██████……………………………………… 240

57. Declaration of Gaspar M███████……………………………………… 244

58. Declaration of Juan L████……………………………………………………… 247

59. Declaration of Ignacio B███████……………………………………… 251

60. Declaration of Martin F█████████……………………………………… 255

61. Declaration of Mario S█████████……………………………………… 259

62. Declaration of Miguel P████████……………………………………… 262

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

Exhibit 25

**Declaration of**

**Mirna P▌▌▌▌▌▌   A▌▌▌▌▌▌**

I, Mirna P▌▌▌▌▌ (A▌▌▌▌▌) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Mirna P▌▌▌▌▌ My alien registration number is A▌▌▌▌▌. I was born in El Salvador. I am 29 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my 7-year-old son, Carlos M▌▌▌▌ A▌▌▌▌▌.

2. We entered the United States by crossing the river near Matamoras, on or about November 4, 2017, with a group of about 10 others.

3. We were apprehended by immigration officials after walking for about an hour. After we were apprehended, we were taken to a holding facility that is referred to as the dog pen—*la perrera*. It was very cold there. My son was ill. He had an eye infection and a fever. He was given some medical treatment that help for a short time, but the problems have lingered.

4. The food at *la perrera* was bad. My son only ate an apple the two days that we were there. We were held there for about a day. It was also very cold there. We were able to shower, but we were not provided with any toothbrushes or toothpaste.

5. At no time while we were in the *la perrera* was I given permission to make any phone calls. We were not allowed to go outside or to get any exercise. It was very stressful to be locked up. The lights were left on night and day, making it difficult to sleep.

6. We were brought to the Dilley detention facility on November 7, 2017. My son and I both suffer from allergies, but we have not been any medical treatment.

7. I have been in detention since November 5. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option.

I, Mirna P▌▌▌▌▌ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

[NAME]

12 - 7-17

**Date**

## Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above
declaration to Mirna P███████ in Spanish.

**Bill Ong Hing**
**University of San Francisco School of Law**
**2199 Fulton Street**
**San Francisco, CA 94117**

12-7-17

**Date**

Exhibit 26

**Declaration of**

**Veronica M**████████████, A██████████

I, Veronica M██████████ (A██████████) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Veronica M██████████. My alien registration number is A██████████. I was born in Guatemala. I am 26 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my 1-year and 4 month-old son, Adiel R██████████, A██████████.

2. We entered the United States by crossing the border, on or about November 7, 2017, with a group of about 8 others.

3. We were apprehended by immigration officials immediately after crossing the border.. After we were apprehended, we were taken to a holding facility that is referred to as the *hielera*—the freezer. It was unbearably cold, and we were held there for about 4 days.

4. The food at the *hielera* was bad. We were not provided with any toothbrushes or toothpaste.

5. At no time while we were in the *hielera* was I given permission to make any phone calls. We were not allowed to go outside or to get any exercise. It was very stressful to be locked up. The lights were left on night and day, making it difficult to sleep.

6. I have been in detention since November 7. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option.

I, Veronica M██████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████                                    12-7-17

[NAME]                                                    Date

140

## Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above declaration to Veronica M████████, in Spanish.

_(signature)_

Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117

12-7-17

Date

Exhibit 27

**Declaration of Yamisleidy B██████████**

A███████████

I, Yamisleidy B████████ (A██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My name is Yamisleidy B████████ (A██████████), and I was born on ███████████ in ███████████ Cuba.

2.  I entered the United States on Monday, November 26ᵗʰ at Laredo, Texas port of entry. I came with my daughter, Anyeli M███████████ and my husband, Yoikel M███████████ We asked for asylum. Immediately after this, they separated us. The put my husband in a different room than us and we were not permitted to see him. There was no water, nowhere to wash. The official was harsh. She wanted to know why we came and what are our problems in Cuba were. They showed us a picture of a wanted woman and asked us if we knew her, which we didn't. She was nicer to my daughter and let her eat.

3.  It was very, very cold there. My daughter had a cough and I asked them to please turn the air conditioner down. Someone did, but then 20 minutes later, someone else turned it right back up. There were mats on the floor. There were 7 other woman in the same room. There was no bathroom there. The bathroom was outside and open and there was no privacy. They gave us taco with beans and eggs and water.

4.  They wouldn't let me talk to my husband. They kept going back and forth talking to me and my husband. We were there for a day. The next day, they took my husband away around 2pm. I didn't know when they took him or to where. They never told me anything. I just found out yesterday that he is in another detention center near Rio Grande.

5.  A little while later, they took us here, to the Dilley Family Detention Center.

6.  I feel ok here. We have a place to sleep and have food. But we know nothing of my husband still and I'm very worried. We want to talk to him and know how he is. My daughter also misses him. She asks about him all the time. My daughter is very depressed. She doesn't want to eat or drink milk.

7.  I don't know why they had to separated us. I worry the most for my daughter.


I, Yamisleidy B████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____                                        12 – 7 – 17

Yamisleidy B███████                                              Date

**Certificate of Translation**

I, Jacqueline Brown Scott, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that the above statement was read back to Yamisleidy E ███ ███ in Spanish and she verified that it was true and correct.

_____                12/7/2017
Jacqueline Brown Scott                                          Date

Exhibit 28

**Declaration of**
**Candida R** ███████████████ **A** ███████████

I, Candida R ██████████████ (A ███████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

<u>Background</u>
1. My name is Candida R ██████████████ I was born on ████████████ in ████ ████████████████████, Honduras. I am currently detained at the Karnes County Residential Center in Karnes City, Texas, with my son, Brian L ████████████ (DOB: ████████████ who is 6 years old.

<u>CBP</u>
1. I presented myself at the Port of Entry between Juarez, Mexico and El Paso, Texas, seeking asylum. I arrived on Sunday, November 26, 2017. When we arrived the immigration official called by family but did not allow me to speak to them.

2. The immigration officials woke me up at 2 am on Tuesday to ask me why I was fearful to return to my country. I was shaking from the cold. I had to talk for 2 hours. I told the immigration official I fled due to domestic violence. The immigration official gave me a hard time and did not believe me. He asked why I did not file a police report. I told him I would be killed if I did. The immigration official said everyone coming from Honduras come with the same story. At one point, I said "God keep me safe" and the immigration official said he would get angry if I kept talking about God. The immigration official asked how I got to the Port of Entry facility. I said I read the signs and people helped me. He said that was strange because Mexicans don't help anyone. He said I should have crossed the desert. He told me I didn't qualify to come to the United States.

3. We were at the CBP facility for 5 days. I was sharing a very small, thin mat with my son. He was asking when he would get to sleep on a bed because his back hurt.

4. We only were given instant soup cups three times a day and sometimes hard animal crackers or burrito. Later they gave us instant soup cups two times a day. Some people wouldn't eat it because it was so bad. I did not eat at all for five days. I only drank water. I lost 8 pounds.

5. My son lost 3 pounds and got very sick and it seemed like he needed to vomit but he wasn't vomiting. The immigration officials took us to the hospital. I think the reason he got sick was partially because of the food.

146

6. I never saw the sunlight so I lost track of day and night. My room had a window into the room the immigration officials were using to interview people, which they did day and night. We did not get pillows. We didn't get much sleep.

7. I only showered once the whole time I was there. Neither of us got toothbrushes until Tuesday.

8. On the day I left, they told me I was going to the airport and I was terrified I was going back to Honduras. When I got to the airport they told me I was going to Texas. The immigration official bought me food at 11 am. That was the first time I had food that day because they did not give us breakfast that morning.

<u>Karnes</u>

1. My son is tired of being detained. When we get to our room at night he gets very desperate when we are going to be let out. He says he wants to have a regular bed and play.

2. I am going to live with a cousin. No one has asked if I want my son to be released to my cousin or to anyone else instead of being detained.

I, Candida R███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████                                    12/7/17
Candida R███████                               Date

147

Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Candida R███████████ in Spanish.

_Katherine Murdza_

Katherine Murdza
American Immigration Council

12/7/17
Date

Exhibit 29

**Declaration of**
DAMARIS C███████████████████ A NUMBER ███████████



I, **DAMARIS C**███████████████████ (A number not available), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am from Guatemala.  My date of birth is █████████; my children's names are Missrai █████████ (DOB███████) and Linney S███████████████ (DOB███████).

2. I crossed the border on November 14, 2017 with my two children and we presented ourselves on the U.S. side of the border.  We crossed with five other people including three children.  A Customs and Border Protection official asked us to get into a van and then asked for our names and documents in the van. The official asked if we feared return and I said that we did fear return to Guatemala.  We were taken to a CBP station nearby.  We were put into a cell with about 15 women and their children.   It was a little cold.  There were mattresses but I had to share three mattresses with four other women and their four children.  We received an aluminum paper for a blanket.  We stayed for 3 days and 2 nights in that cell.

3. We were not advised of our rights or our rights under *Flores*.  We did not receive a list of attorneys.  We were able to call a family member.  We drank water out of the sink and it tasted like it had chlorine.  For breakfast, lunch, and dinner every day we had instant soup.  Beyond that all we were given to eat was juice, milk, and cookies.  We were not able to bath or wash ourselves.  We were not given soap or toothpaste.  We were not able to wash ourselves the whole time we were there.  The toilet was in the cell and the short wall allowed everyone to see us use the bathroom and the smell was bad sometimes.

4. After 3 days they took us somewhere. I believe it was Phoenix.  We were placed in a cell similar to the previous one.  We were given a blanket.  We spent one night there.  We were able to bath and make a call.  We were given a burrito, juice, and cookies for dinner.  We left in the morning.  We received a sandwich, chips, and water to take on the trip with us.  We were put on a plane from Phoenix to Texas.  In the airport we were given uniforms and plastic shoes.

5. We have been in the Karnes City, TX facility for 21 days.  We arrived at 8:00 or 9:00 at night and were given access to a room at 4:00 in the morning.  We told ICE that my husband was in New York and we wanted to go to live with him.  No one has asked if I would like for my children to be released without me to go to NY to live with my husband.  It was the week of Thanksgiving that I arrived.  I did not get to see the video about asylum or get an asylum interview for about 14 days after my arrival at Karnes.  I

finally had my asylum interview on 12/4/17. I spoke to my husband yesterday and he said that he needed to buy tickets for our trip. I was not told of the outcome of my asylum application but my husband was told that it was approved. I was not told about bond or ankle monitor or anything about my release.

I, DAMARIS C█████████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____          12/7/17
DAMARIS C██████████████               Date

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Damaris C████████████ in Spanish.

_____
Virginia Corrigan
823 Folsom, Suite 700
San Francisco, CA 94107

12/7/17
_____
Date

Page 2 of 2

151

Exhibit 30

**Declaration of**

**Dora S███████████  A███████**



I, Dora S██████████ (A████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

<u>Background</u>

1. My name is Dora S████████████ I was born on███████████ in███
   ████████████████ El Salvador. I am currently detained at the Karnes
   County Residential Center in Karnes City, Texas, with my daughter, Katherine E███
   ████████ (DOB: ████████ who is 8 years old.

<u>CBP</u>

1. I entered the United States on November 30, 2017 through the Rio Grande River, close to
   Brownsville, TX. I was first detained by immigration officials and taken to the ice box
   around 5 p.m. I was there Thursday afternoon through noon on Friday.

2. The day I arrived, I wanted water but they only gave us juice and cookies. They did not
   give us dinner. We didn't get water or any other food until the next day. The meals in
   the ice box were ham sandwiches (that sometimes had ice on them) and cold burritos.

3. There were so many people in the cell in the ice box that we had to take turns lying down.
   They didn't give us a mattress or pillow, they only gave each of us one aluminum
   blanket. I couldn't sleep because I was so cold because the air conditioning was very
   high and blowing on me. They never turned off the lights. The immigration officials
   would come in the middle of the night to check who was there. If I didn't get up, they
   would bang on the wall and yell at me. My daughter would wake up and be scared
   because of all the yelling.

4. They threw away all of my belongings because they said all of my clothes were wet (but
   they were not all wet). Since I had no pants, they gave me some pants to wear that were
   too big for me but I had to wear them because I had nothing else. They also threw away
   my gold wedding ring. My daughter was extremely cold so I wore my wet sweater so I
   could try to dry it and put it over her. I was so cold that I felt like the cold was reaching
   my bones. They had the air conditioning on very high. I did not get a toothbrush and I
   did not have the opportunity to shower.

5. On Friday, they took me to a different part of the same facility that is called the dog
   pound. There was no sunlight there. They never turned off the lights. It was like a
   bunch of cells all next to each other. The immigration officials would also wake us up in

the middle of the night to see if we were there.  If you didn't wake up, they would kick or shake the mattress.

6.  The food in the dog pound was the same as the food in the ice box, except they gave us some frozen/bitter apples.

7.  My daughter was crying for her dad, who is here in the United States (also fighting an asylum case).  She was afraid because it seemed like we were in jail.

8.  There were portable toilets.  My daughter and I didn't take a shower the whole time we were there.  They lined us up in groups of ten to shower.  When it was my turn, I was called to do an interview so I was not able to go in.  They did not give us a toothbrush or a pillow.  We only had the aluminum blanket.

<u>Karnes</u>
1.  Saturday, December 2 2017, I was transferred to Karnes County Residential Center.

2.  My daughter has a hard time here because she wants to be with her family. No one has asked me if I want her to be released to her father or anyone else instead of being detained. I am afraid that I might be a long time because no one has told me anything about my case.


I, Dora S▮▮▮▮▮▮▮▮▮▮ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____

Dora S▮▮▮▮▮▮▮▮

12/7/17
_____
Date

154

<u>Certificate of Translation</u>

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Dora S███████████ in Spanish.

*K2R Murdza*

Katherine Murdza
American Immigration Council

12/7/17

Date

Exhibit 31

**Declaration of**
**Dorca V**█████████████████ **A**████████

I, Dorca V████████████████ (A████████ declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

<u>Background</u>

1.  My name is Dorca V████████████████ I was born on████████████ in
    ████████████████████ Honduras. I am currently detained at the
    Karnes County Residential Center in Karnes City, Texas, with my son, Alex T████
    (DOB: ████████████ who is 16 years old.

2.  I entered the United States by crossing the Rio Grande near Reynosa, Mexico on
    November 16, 2017.

3.  I left Honduras because I am afraid of my ex-partner and I want to seek asylum.

<u>CBP</u>

1.  I was detained by Border Patrol and put in a CBP facility from 9 am on Thursday,
    November 16, 2017 until Sunday afternoon. The CBP facility was about 15 minutes
    from where I was detained. I did not have a watch but it seemed like it was about 2 hours
    from Karnes when I was transferred by bus.

2.  In the CBP facility, the immigration officials put me in a very crowded cell where there
    was not enough room to lay down. There was barely enough space for me to sit. I had to
    crouch to sit down. I had to eat in that crowded cell. There was no table to eat out.
    There was food on the ground and it was very dirty. The cell was also very cold and they
    kept the lights on so we could not tell if it was day or night. They moved me to a room
    with a mattress Friday afternoon.

3.  In the first room I was in, there was a toilet in the cell. There was only a short half wall.
    People could see you using the toilet. In the second area I was in, there were portable
    toilets. It was really dirty. They didn't clean it often and a lot of people were using it.

4.  When I arrived, they separated me from my son. They made my son go with the men. I
    did not see my son for the rest of the three days I was there. I was very worried about
    him. He told me later he was in a similar room where there was no space but they moved
    him at 2 am Friday morning to another room where he could lay down. He was also very
    cold. My son was crying because he was separated from me and he was scared. He did
    not eat much while he was there. They never gave either of us pillows.

5. My son asked me why we were locked up. I tried to explain it was because we were in another country.

6. We were very wet and muddy from the river when we arrived. They did not let us change until Saturday. Then they let us shower, change and wash our clothes but until then we were wet and muddy. We were wet and it was very cold. There were children shivering. My son said there was a boy in his cell who passed out. The only day we were allowed to shower was Saturday.

7. I did not want to ask for anything because when I saw other people ask, they would get mad and/or make fun of the person. The immigration officers asked why we came to the United States. They said if we eat, or don't eat, it is the same to them.

8. They gave us a burrito and an apple to eat for breakfast, lunch and dinner. They gave us bottled water.

<u>Karnes</u>

1. I have been at Karnes County Residential Center for 18 days. I had an interview on Monday but I have not received a response.

2. My son is very sad because he sees other kids come & go but he is still here. He asks when he is going to leave. Even though we have a place to sleep, a school, food, and clothes, we know we cannot leave so we always remember that we are detained.

3. They have not asked me if I want my son released to my friend who is going to receive us or anything else.

I, Dorca V█████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



| | |
|---|---|
| Dorca ████████████ | 12/7/17 |
| | Date |

158

## Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Dorca V███████ ██████ in Spanish.


_Katherine Murdza_
Katherine Murdza
American Immigration Council


12/7/17
_____
Date

159

Exhibit 32

**Declaration of**
**Dulce O███████████████ A███████**



I, Dulce O████████████████ (A████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

<u>Background</u>

1. My name is Dulce O███████████ I was born on ███████████ in ████████, Honduras. I am currently detained at the Karnes County Residential Center in Karnes City, Texas, with my mother, Antonia M█████████████ (DOB: ██████; A███████████

<u>CBP</u>

1. We entered the United States on December 1, 2017 through the Rio Grande, close to Brownsville, TX. I was held at the port of entry for 1 hour for some paperwork. The immigration officials then took us to the ice box in McAllen. We arrived around 2 pm. They put us in a cell. There was nowhere left to sit down and I was very tired so I laid on the floor. There was a toilet in the cell protected by only a small wall. I was very embarrassed. The only way they could tell if it was day or night was looking at the little bit of light through the air vents.

2. Breakfast and lunch was always a burrito an apple and a potato chips in both the ice box and the dog pound. Dinner was always a ham sandwich, an apple and a potato chips.

3. I think around 11 pm, they brought us to a bigger part of the facility called the dog pound. They separated me from my mother. They put me in a cell with other teenage girls and my mother went in a cell with other adult women. I was sad and scared to be alone without anyone I know and I cried. Once a day at 6 pm they let me go see my mother. When I would see my mother, I would cry and say I wanted to leave because I was all alone.

4. I was only able to shower one time in the 4 days I was there. That was also the only day I was able to brush my teeth. They gave us milk that was expired. They did not give me a pillow and only gave me an aluminum blanket. The lights were always on. They would wake us up at 3 am to see if anyone had escaped, even though I don't know how anyone could escape. The doors can only be opened with a card that the employees have. If you didn't get up, they would pull the blanket off us with our feet, yell at us and call us lazy even though it was the middle of the night.

5. There was an 18 year old with a baby and one of the officers called her stupid because she had a baby so young. We saw a lot of discrimination against the indigenous people

161

who were held there.  They would yell at them for not understanding.  They would yell
"I'm talking to you, don't you understand" but they spoke another language.

6.  They did not give us a phone call to anyone, including the friend that we were going to
live with.

<u>Karnes</u>
1.  We came to Karnes on Monday, December 4, 2017.

2.  It is a lot more comfortable at Karnes we still feel like prisoners.


I, Dulce O████████████████ swear under penalty of perjury that the above declaration is
true and complete to the best of my abilities. This declaration was provided in Spanish, a
language in which I am fluent, and was read back to me in Spanish.




Dulce O████████████████

12/7/17
_____
Date

162

Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Dulce O███████████ in Spanish.

*Kar Murdza*

Katherine Murdza
American Immigration Council

12/7/17

Date

Exhibit 33

**Declaration of**

**Elsa E███████████   A███████**

I, Elsa E███████████ (A███████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

<u>Background</u>

1. My name is Elsa E███████████ I was born on ███████ in ██████ El Salvador. I am currently detained at the Karnes County Residential Center in Karnes City, Texas, with my daughter, Kathya E███████ (DOB: ████████), who is 17 years old.

<u>CBP</u>

1. On Saturday November 25, 2017, I presented at the Port of Entry in Juarez, El Paso with my daughter, my 18 year old son and another woman who was traveling with a niece and nephew.

2. They took my older son to another cell. The next day they took him away and didn't tell me. It has been very difficult for my daughter because she has always been very close to her brother. I filled out a paper request form to get information about my son. They wrote back with the name of the place where he is being detained and a phone number. I have called several times and had no response and have not been able to get through.

3. I was at the port of entry from Saturday to Tuesday.

4. We were very hungry at the port of entry facility. There was not enough food. They just gave us soup and crackers, and once in a while a burrito. We did not get any fruit or vegetables when we were there. We did get bottled water.

5. We could barely sleep. There were so many people in the facility and the children were crying (one child only ate by bottle and was crying because he did not have a bottle). There were six families in a very small room. When everyone lay down we were right next to each other. We were not allowed to turn the lights off ourselves. If we tried to the immigration officials would get angry. The immigration officials turned off the lights really late.

6. We did not have the opportunity to shower a single time while we were at the port of entry. They did not give us toothbrushes and did not allow us to change or wash our clothes.

7. I was woken up by the immigration officials at 3 a.m. They were screaming at me to wake up and make room for my relatives. I was traveling with these other children but they were not my relatives. When I said this, the immigration official yelled at me and told me I was lying.

8. From Tuesday to Friday we were taken to another CBP facility that was about 1.5 hours away. The toilet was in the same room that we were staying in, behind a short wall. The food there was the same as the first CBP facility, except they would sometimes give us Cheetos. They only let us shower once. We did not have a pillow in either CBP facility.

<u>Karnes</u>

1. We came to Karnes County Residential Center by plane on Friday. We didn't sleep at all Friday night because we had to do the intake process.

2. My daughter is sad because Karnes was the third place we have been and we do not know where her brother is. When we went to the airport, they didn't tell us where we were going and she got her hopes up that we were finally going to my brother's house.

3. They have not asked if I want my daughter to go with my brother.


I, Elsa E███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


████████████

Elsa E███████████

_12/7/17_

Date

Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Elsa E███████████████ in Spanish.

_Katherine Murdza_

Katherine Murdza
American Immigration Council

12/7/17

Date

Exhibit 34

**Declaration of**

**FRANCIS M**█████████████████           **A NUMBER**███████████

I, **Francis M**███████████████ (A number██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ███████████████    My son's name is Dani E████████████████   He is turning six █████████and he was born on ████████████████   My son and I are from Honduras.

2. My son and I were picked up by border patrol on December 1, 2017. We were taken to a station and put into a cell. We were in the cell for three days. I was not given any information about my rights or my son's rights; I was not given a list of *pro bono* attorneys. I didn't have the opportunity to speak with an attorney in person or by phone.

3. On the third day I was finally interviewed. They asked me whether I was afraid to return to Honduras. The official who conducted the interview was very rude. He called me stupid twice, and then he started speaking to me in English. I don't know what he was saying but I believe he was cursing or saying rude things to me. He was saying those things to me in front of my son. Because of this, I was very intimidated. I didn't know what to say and I just wanted to stop talking to him. He wouldn't let me speak or explain myself.

4. Some of the women I was with were treated very rudely by the guards. The guards told the women to clean up their filth and to stay away from them so the guards didn't get sick.

5. We were fed a small taco for breakfast and for lunch. For dinner we were given a sandwich. With every meal we were given an apple and some chips. We were kept in a cell with many women. My son and I were able to take a shower and to brush our teeth one of the three days. On the second day we were given clean clothes.

6. After three days, we were told to line up. No one told us where we were going. We got on a bus and arrived at Karnes Residential Center in the afternoon. When we arrived, I was asked my name and my son's name. We were not asked whether we were afraid to return to Honduras and were not asked whether we had any friends or relatives in the United States who we wanted to stay with. We did not get to our rooms to sleep until 2 a.m.

7. I have been at the Karnes Residential Facility since December 4, 2017. I have not yet received my asylum interview. I have not been able to speak with an attorney about the asylum process.

I, Francis M, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____
FRANCIS M.

12/7/17
Date

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Francis M██████████ in Spanish.

_____
Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, Ca 94107

12/7/17
Date

Page **2** of **2**

170

Exhibit 35

**Declaration of Francisca L████████ A███████**

I, Francisca L████████ A███████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████ I am from Guatemala. My daughter's name is Meylin R████ ████(DOB████████). I believe that crossed the Mexico/U.S. border with my daughter around November 14, 2017.

2. We were apprehended by border control agents. They drove us in a cold car, asked us for documents, and took us to a border patrol station. It was a place that looked like a jail. It had cells. I told the officials that we wanted to go live with my husband who is in Florida. We were placed in a cell with many other people. There was no room for me to lie down. I had to wait for someone to leave to have room to lie down. I think we were there for 3 days but I am not sure because I could not see the sky. For the whole 3 days we were not given soap or toothpaste or clean clothing. We were not able to bath or wash ourselves. It was very cold there and sometimes it would get even colder. They gave us aluminum sheets that helped a little but I was still cold. For food we were given instant soup three times a day. The children got juice and one cookie. We drank water out of the sink. In the border patrol station they asked me why I came to this country and I stated that I had fear in Guatemala. After 3 days they gave us backpacks and we realized we were going somewhere though we were not told anything.

3. We were taken to another border patrol station where we were permitted to shower. When we arrived here it was very cold but the officials took my sweater and my child's sweater from us leaving us very cold. We were given a blanket. They woke us up very early, I think 2:00 a.m. or 4:00 a.m., to shower and go to the airport.

4. We arrived at Karnes on November 17, 2017. I was very tired. I had my asylum interview on November 28, 2017. They asked me why I had come to the country and if I was afraid to return to Guatemala. I was afraid of the man asking questions so I did not say anything. On December 1, 2017 I was told I had a negative determination on my interview. I appealed that and I have already won that appeal. I have been in touch with my husband but I do not know why we have not been released. No one has informed me what is necessary for my daughter and I to be released.

I, Francisca L████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████

Francisca L████████

12/7/17
Date

172

Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration
to Francisca L███████████ in Spanish.

Virginia Corrigan
823 Folsom, Suite 700
San Francisco, CA 94107

12/7/17
Date

173

Exhibit 36

**Declaration of**
**MARIA V███████████████████, A NUMBER████████**

I, **Maria V███████████████** (A number████████), declare under penalty of
perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is████████  My son's name is Jose A███████████████  He is
   twelve and he was born on████████████  My son and I are from Honduras.

2. My son, my sister-in-law and I presented ourselves at the border about three weeks ago. I
   believe that it was on November 16, 2017. We were taken to a building that was very
   cold. We spent the night there. At that building, I was not given any notice of my rights
   or my child's rights. We were not given a list of attorneys we could contact or the
   opportunity to make a phone call to an attorney. I was interviewed at the station and I
   said that I was afraid to return to Honduras. The official was very rude to me and told me
   that this country didn't care what had happened to me in Honduras and that no one in the
   United States cares about people in other countries. He told me that he didn't believe
   anything that people crossing the border say. Another official told me that if our children
   were suffering it was our fault for bringing them to this country.

3. In the first building where we were held, we were only given one small bottle water at
   mealtimes – three times a day. All we were given to eat was three instant soups per day,
   and occasionally a bean burrito. Some people asked for more food, but we weren't
   allowed to have more food. The children were given juice and a cookie, but only at
   mealtimes. Some children were crying very loudly because they didn't have any milk to
   drink, and sometimes the guards would give those children an extra juice.

4. It was very cold in the building. We just had to put up with it. The officials had taken all
   of our extra clothes and belongings and some women said that the officials had taken
   their sweaters and left them with only a blouse in the cold room. Some of the officials
   told us that we would be sorry for coming to the United States when we looked cold.

5. The lights were on in the building all night. The room was very full so it was hard to find
   a place to lie down and the room smelled very bad. We weren't given clean clothes and
   we had no chance to bathe. We weren't given a toothbrush, toothpaste, or soap except to
   wash our hands in the bathroom. There was only one bathroom, and we often had to
   wait.

6. After the first night, my son, my sister-in-law, and I were taken to another place where
   we were held for three days. We did not receive any information about our rights or my
   child's rights; there were no lists of free attorneys posted; and I was not able to make any

calls to an attorney.  The official there asked me again if I was afraid to return to Honduras. They took photos of me, asked me for fingerprints, and they asked me to sign paperwork in English – which I did. I did not know what my signature on these papers meant, and I was afraid to ask.

7.  We were only given water at mealtimes, and we had the same kind of food that we had at the previous facility.  I was very hungry by this point because I had not been given enough food to eat.  My stomach also got sick and I got diarrhea from eating so much soup.  This was difficult because the bathrooms were always full.

8.  It was very cold at this facility as well.  We slept on thin mattresses on the floor and we didn't get any pillows.  The lights were often on.  The room was very full so it was hard to find a place to sleep.

9.  We didn't get any hygiene items or clean clothes, and we didn't have the chance to take a shower.

10. My son and I were taken out of that facility on a Sunday, but we were forced to leave my sister-in-law behind.  I have not seen my sister-in-law since then.  I thought she had been let go but I spoke with the family in Houston that is going to receive her and she has not been released to them.  No one has told me where she is and I have not spoken to her since then.

11. My son and I have been at the Karnes Residential Facility for about eleven days.  We are planning to go to live with a sister-in-law in Tennessee.  I told officials that I want to stay with my son.

12. My son and I are in this country seeking asylum.  I have had my asylum interview but I have not been told the outcome of the interview.  I was able to speak to an attorney prior to the interview but I did not have an attorney during the interview.  The asylum officer spoke with me and did not speak with my son.

I, Maria V███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████                    12/7/17 .
MARIA V██████████████                    Date

## Certificate of Translation

I, Ryan Machado Clough, certify that I am fluent in English and Spanish and that I read the
above declaration to Maria V ███████████████ in Spanish.


Ryan Machado Clough
RAICES
1305 N. Flores St.
San Antonio, TX 78212
(210) 960-4595


12/07/17
Date

Exhibit 37

**Declaration of**

**ROXANA G**█████████████████████ **A NUMBER**

I, **Roxana G**█████████████ (A number), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is █████████████  I have three children, but I am here with only my daughter. Her name is Daniela A████████████  She is eleven and she was born on █████████████  My daughter and I are from El Salvador. I love all of my three children. I had to come here to the United States to protect my daughter.

2. My daughter and I crossed the border between the United States and Mexico near El Paso, Texas on November 24, 2017. We presented ourselves to customs and border protection agent and we walked together to the CBP office. We were taken in to an interview with another official. He asked me why I had come to this country. I told him that I wanted to protect my daughter and he told me I was lying and that everyone wants to come to the United States. He said I was going to steal. Then he started yelling at me in English. I don't know what he was saying to me but I saw him laughing at me with one of his coworkers. I told him that I came to this country because I was afraid and afraid for my daughter, but he wrote down on the form that I was here for the American dream. My daughter was there listening to all of this and crying. She asked why the man was yelling at her. I told her that he must be stressed at work but that he didn't have the right to yell at us.

3. On the second day another official called me in for another interview. He called me a "pinche Salvadorena mentirosa" (fucking lying Salvadorian) and tried to ask me questions to confuse me. He yelled at me and said I had to take whatever food they gave me because I had come to this country to steal what was theirs. I tried to tell him how I taking care of my daughter but he kept yelling at me asking me who my coyote was. My daughter could hear him saying this to me. I turned myself in because I thought they would help me. I didn't know that they would yell at me and humiliate me.

4. They took my daughter and me to a very small room. It was about four feet by eight feet, and there were four of us in it: me, my daughter, and another woman and her daughter. It was impossible to lie down. My daughter and I were there for three days. The other woman and her daughter arrived to Karnes four days after we did – they had been in that small room the whole time.

5. For the three days we were there, we were fed only soup for all three meals. The children were given a small packet of animal crackers at dinner and juice whenever the guards felt like it. One of the guards once gave us an extra soup and napkins, but he had to hide it so

179

he wouldn't get in trouble.  Once my daughter asked for an extra juice.  The guard said that it wasn't a supermarket where she could have whatever she wanted.  My daughter was hungry the whole time.  She also became sick with diarrhea from eating so much soup and juice that was expired.  The guards said that there were a lot of sick children, but there was no medical treatment available.

6. One day they woke us up at 6 and brought us here Karne Residential Facility.  Here, the food isn't great or bad, but at least they feed us.  I was surprised that I was able to ask for more food.  We ate a lot when we first arrived at Karnes because we had been so hungry.

7. The conditions here at Karnes are much better, but I still want to leave and be with my family.  My daughter is tired of being here and being locked up.  We get depressed because we aren't able to go anywhere or see our family.  My daughter wrote a letter to Santa yesterday.  She asked for shoes, a bicycle, and for Santa to take her out of this place.

I, Roxana G███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


_____          12/7/17
ROXANA G███████████          Date


<u>Certificate of Translation</u>


I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Roxana G███████████████ in Spanish.

_____
Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017


12/7/17
Date

Exhibit 38

**Declaration of Santos M██████████████**

I, Santos M██████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Santos M██████████████ I was born on ██████████████ in ████████ ████ Honduras. I am currently detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, Texas with my sons, Luis F████████████ (A#: ████████ DOB: ████████), who is 17 years old, and Cristopher G███████ (A#: ████████, DOB: ████████), who is 10 years old.

2. I entered the United States on Wednesday, December 6th by crossing the river near McAllen, TX. We were detained by Border Patrol and were brought to this center. They separated by two sons from me, putting each of us in a different cell. We were all very upset to be separated.

3. Our separation was especially difficult because my older son Luis F████████ is deaf and mute. He depends on me to hear and speak for him. We cannot explain to him why he is here or how long it will be for. Furthermore, he has a heart condition which makes it dangerous for him to be upset. He has to be calm. The officers talk to him and yell at him for not listening and he can tell they are angry from their body language. He gets embarrassed but it is not his fault that he cannot hear them. He isn't even in the same cell with his brother.

4. We spent two nights in these cells, without pillows or anything to sleep on. I tried to sleep on the cement floor with only an aluminum blanket but I barely slept because it was so uncomfortable because I was so worried about my sons. I don't think my sons slept at all.

5. We were not allowed to shower for those two days. At five this morning, they brought us to a new area that is divided into different cages. Here we have thin mattresses to sleep on. We are all still separated from each other. I was put in an area far away so that I cannot even see my sons. Coming to give this declaration is only the second time I have seen my sons since we arrived.

6. We are very cold here, both in our original cell and in the new area that we are in. It is snowing outside but it does not feel like there is heat on. While I am separated from my sons, I am worried about them because of the cold. It is difficult to sleep because it feels even colder on the floor where we are sleeping.

182

7. For breakfast and lunch we are given an apple and a burrito with rice, eggs, and beans. For dinner, we are given a ham sandwich and an apple. The sandwich has only a thin slice of ham and a slice of lettuce with no condiments. I don't think it's right to give my sons the same food over and over. They don't want to eat it anymore.

8. The lights are on all night here. My sons have now showered once in the new area. They were given toothbrushes when they went to shower but it they had to throw it away and could not use it again. At home I make them brush their teeth three times a day. The immigration officials threw away the toothbrush that I brought, along with my toothpaste, comb, and shampoo. I have not been allowed to brush my teeth or shower since we entered the United States.

9. We have not received a phone call here even though I have requested to speak with the friend that we are going to live with. I do not think it is right that my children are being treated like this because they are still minors and did not choose to come here. I am especially upset that they are not given a good place to sleep.

I, Santos M█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████  ██ ██    12/8/17
Santos M████████████████           Date

183

Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Santos M█████████████ in Spanish.

Katherine Murdza
American Immigration Council

12/8/17
Date

Exhibit 39

**Declaration of**
**Silvia S███████████  A███████████**

I, Silvia S███████ (A███████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

Background

1. My name is Silvia S███████ I was born in ███████ Guatemala, in ███████ ███ (36 years old). I am currently detained at the Karnes County Residential Center in Karnes City, Texas, with my daughter, Arlin G███████ (A _____, DOB: ███████████ ), who is nine or ten years old.

2. I entered through the Rio Grande river, close to one of the ports of entries, approximately 20 days ago.

3. Before fleeing to the United States, I lived in ███████ Guatemala.

4. My husband came to the United States when I was three months pregnant. When he was first in the US, he was sending me money but he stopped after a while. His family threatened to kill me if I contacted him and/or ask for money or to keep the house.

5. I was looking for immigration officials when I first came across because I was seeking asylum. I came across with 3 other people, each of whom had a child. We looked for immigration for 1.5 hours.

CBP Facility

1. The people who detained me took me to a CBP facility but I do not know where it was.

2. We did not receive any food when we arrived. We were really hungry because we didn't eat anything that day. We arrived at 2 pm and they gave me food at 5 pm. They provided me and my daughter with a burrito, a small bottle of water and a metallic blanket.

3. At the CBP facility, we were fed at 7 am, 1 pm, and 5 pm. At breakfast and lunch we were each given a bean burrito and an apple and for dinner we were each given a ham sandwich, an apple and a bag of potato chips. We were given bottled water and snacks.

4. Every night at 11 pm and 3 am we were woken up and required to get out of bed. They called everyone's name to confirm everyone was still there. They took pictures of us one time in the middle of the night. If one of the adults did not get up or wake up her children, an immigration official would kick her and yell at her so that she would have to wake up her children. I saw one woman trying to hold all four of her children who were crying from having been woken up.

5. The lights are left on all night.  You could not tell if it was day or night. We were not given pillows. We were given a toothbrush to use once a day.  We were not allowed to keep it to use again.

6. The air conditioning was very cold in the CBP facility.  We did not have any sweaters or jackets so everyone was very cold. My daughter was cold all of the time. She would never get warm. She would shiver from the cold because she did not have a jacket.

7. I was not allowed to use a phone at the CBP facility.

8. We were at the CBP facility for two days before coming to Karnes County Residential Center.

<u>Karnes</u>

1. We have been at Karnes for 18 days. My daughter is always asking when we can leave Karnes. It's too much time to be detained for a little girl.  My daughter sees other kids getting out and she is not getting out.  We came with 12 people and they have all left. It's hard for my daughter to always be making new friends, have new kids in school and then see them leave.

2. I was going to have a credible fear interview but when I went they said they couldn't find an interpreter for my language – Achi.  That interview was supposed to happen a week and a half ago. I have no idea what is going on with my case and when I will get out.

3. I am planning to live with my brother in Louisiana after I am released. No one has asked me if I would want my daughter to be released to him or anyone else instead of continuing to be detained.

I, Silvia S█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____          12/7/17
Silvia S█████                              Date

Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Silvia S███████ in Spanish.


Katherine Murdza
American Immigration Council


12/7/17
Date

Page **3** of **3**

188

# Exhibit 40

**Declaration of**

**WENDY W███████████████████████████ A NUMBER UNKNOWN**

I, **Wendy W**████████████████(A number unknown), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ██████████ I have three sons, but I am here with only two of my sons, who are ten and four. My sons' names are Hector E█████████████████ (DOB: ████████; A Number██████████) and Josue E██████████████ (DOB: ████████; A Number███████). My sons and I are from Honduras.

2. My sons and I crossed the border between the United States and Mexico on December 6, 2017. We presented ourselves to customs and border protection agent. We got into a car with the agent and they took our shoelaces. We drove around for a while looking for other immigrants, and the agent asked for our names, our country of origin and whether we had documents. We arrived somewhere near a bridge and we all got into a bus. We were brought directly to the facility where we are currently being held,2 Rio Grande Valley Central Processing Center. We stood outside while they searched me and my sons. They took our coats, hats, and purse to search them, but gave them back afterwards. They took things out of my purse, including deodorant, a toothbrush and toothpaste, and food, and they threw them away.

3. After that we were taken inside and given cookies, juice, and a metallic blanket. We sat in a cell for about five hours to wait. There were a lot of people in the cell that we were waiting in. It was difficult to find a place to sit with my four-year-old, and there were no mattresses. When someone would leave we would use their discarded aluminum blankets as a type of mattress to try to keep warm because we were very cold. I wish that we were able to keep all of our warm clothing for our children, because it's been so cold. I also wish that we had mattresses during this time, because it's very hard to sleep on the cement floor.

4. After this wait, I spoke with an official who asked why I came to this country and whether I was afraid to return to my home country. I said that I was afraid to return to Honduras. They also asked if I had family here to stay with and I said that I have a brother in Texas and they took down his phone number. I don't know if they called him. I have not been able to call my family, and I would like to be able to tell them that I have arrived because I am sure that they are worried about us. After the interview we went back to the cell for two hours.

5. At one in the morning this morning, they took my younger son and I to another room. My older son is being held on the other side of the room from me; I can see him

sometimes but not talk to him. My younger son and I have not been able to shower or brush our teeth, but my older son has. We have not been provided with clean clothing. We get bottled water with our meals. Between our meals, we are able to drink water from a big thermos, but it tastes like chlorine.

6. They took my older son away from me when we first arrived. I don't know why but I think it is because he is older. They told me we would all leave together. But it's been difficult to be separated for him because we have been traveling together. I would like someone to explain why we are separated because it worries me. My son is sitting with me now and this is the first time that I have been able to be with and speak to my son since I arrived.

7. I was given a form to sign in English, and it was explained to me that it told me when my next court date was. I believe that I will be released to go to my brother today, because that is what I was told.

I, Wendy W██████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


█████████████           _____   12/8/17
WENDY W██████████████                     Date


<u>Certificate of Translation</u>


I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Wendy W████████████ in Spanish.

_____
Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017


12/8/17
Date


Page **2** of **2**

Exhibit 41

**Declaration of**

**LOURDES M**█████████**, A NUMBER UNKNOWN**

I, **Lourdes M**████████(A number unknown), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is████████ I have three children, two daughters and one son, but I am here with only one of my daughters. Her name is Ashly M███████████(A Number██████). She is six and she was born on███████ My daughter and I are from█████████, Honduras.

2. My daughter and I crossed the border between the United States and Mexico on December 7, 2017. We crossed the river and we were apprehended by a customs and border protection agent

3. We arrived to the Rio Grande Valley Central Processing Center yesterday afternoon. We got wet from the river and we have not yet received clean clothes or the opportunity to take a shower.

4. I have not yet been able to be in contact with anyone from my family. I am very worried about them and I also want them to know that I have arrived safely.

I, Lourdes M███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_12/8/17_
Date

Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Lourdes M███████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017
_12/8/17_
Date

Page **1** of **1**

193

Exhibit 42

**Declaration of**

**KATYA J**█████████████████████████**, A NUMBER**█████████

     I, **Katya J**██████████████████ (A number████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ██████████ and I am seventeen years old.  I am here with my father. His name is Jose A███████████ █ His date of birth is ███████████ My father and I are from El Salvador.

2. My father and I crossed the border between the United States and Mexico through the Rio Grande on December 6, 2017.  We presented ourselves to customs and border protection agent.  They asked us for our information and for our documents.  They took our belongings, like our wallets and belts and put them in a bag.  We have not gotten our belongings back but they gave us our documents.  Next we got into a van and drove to a building.  We spent about five minutes outside the building in a van and then drove about twenty minutes to arrive here at immigration where we are currently being held.

3. We arrived at the facility where we are currently being held in the night.  We stood outside in the cold for about ten minutes while they took off our jackets and searched us. We went inside, and they took my father somewhere away from me.  I felt horrible because I didn't know what was happening and I couldn't see my father.  We've been together this whole journey so it was scary to be separated.  No one explained why we were being separated.  They took my photos and fingerprints.  They didn't ask me anything about why I had come to this country or whether I was afraid to return to El Salvador.  They put me in a big room, and I went to sleep.  I spent the night separated from my father, which was very scary for me.

4. The next morning I woke up and took a shower and was able to brush my teeth.  That was the only time I have been able to bathe.  I ate some tortillas with rice and beans, an apple, some chips, juice and a water.  They asked me whether I had come with my father and they took me to see him for about 15 minutes.  It wasn't enough time – I was crying because I was scared to leave him again.  I went back to the large room and we were fed again but I didn't eat because the food is always the same.  The taco is the only warm food we get.

5. I am sitting here with my father right now, and this is only the second time that I have been able to see my father since I have been here.  This has been really difficult for me.  I would like to be able to stay with my father or at least spend more time with him during the day.

6. Since arriving at this facility, no one has given me information about my rights as a *Flores* class member. I have not received a list of attorneys. I have not had the opportunity to call an attorney or to call any family members. My father was not able to speak with a family member. But he had a phone call with an official who told him that his next step was to talk to a judge. He was not able to speak to an attorney before or after this call. We would like to be able to call our family members because we don't know if they know that we have arrived and we would like them to be able to buy us tickets to go stay with them. We have not been able to tell anyone that we are afraid to return to our country. We want to be able to tell our story because we are afraid to return.

I, Katya J███████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____     12/8/17
KATYA J████████████████              Date

Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Katya J███████████████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017

12/8/17
Date

Exhibit 43

**Declaration of Wilmer A█████████████**
**A# unknown**

I, Wilmer A██████████████ (date of birth█████ A# unknown) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Wilmer A██████████████ I am a citizen of Honduras. At the moment, I am detained at the Rio Grande Valley Central Processing Center together with my son Wilmer A██████████████████ (A#█████████), also a citizen of Honduras. He is eight years old.

2. My son and I crossed the Rio Grande two days ago (November 6, 2017) near Ciudad Miguel Aleman. We were in a group of parents and kids, plus one woman who was pregnant. When we got to the other side, we waited for the border patrol to come get us. From there, we were taken to the Rio Grande Valley Central Processing Center. Here we were processed, and then moved to the other side of the building.

3. When we were taken here, they gave me and my son each a churro and a bottle of water. We were put in a fenced –in cell just for men with kids. My son and I were patted down. After about six hours, we were taken to the other side of the building.

4. While we were on the processing side of the building, we were given no food of water. In our cell, there was a toilet behind a low wall which we could use.

5. On the detention side, we get three meals per day. I don't know what times the meals are. A meal consists of a lukewarm burrito, an apple, some cookies, and a bottle of water. We also have received juice (both fathers and sons). Between meals, I have been able to ask for water and cookies for my son.

6. My son has sinusitis, which causes him to produce a lot of mucus and affects his ability to sleep. I told one of the guards. She responded that she was not a doctor and I never heard anything more about it from the guards. I have been using toilet paper from the bathrooms to wipe his nose.

7. It is difficult to sleep here. They keep the lights on all night. There are some benches in my cell, but we all sleep on the floor, on mattresses that they give us.

8. No one here has asked me so far why my son and I came to the United States. I have not been advised of our rights. They have told me that my son and I will have court in Florida (our destination) on December 19.

198

9. I have not had any contact with the Honduran consulate. No one has told me that I have the right to talk to the consulate.

---

I, Wilmer A█████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████

Wilmer A██████████

12 | 08 | 2017

Date

Certificate of Translation

I, Jay Martin Steinman, certify that I am fluent in English and Spanish and that I read the above declaration to Wilmer A█████████████████ in Spanish.

Jay Martin Steinman
1202 Hampshire Street #13
San Francisco, CA 94110

12 | 08 | 2017
Date

# Exhibit 44

**Declaration of Luis C** ███████████████
                    **A#** ███████████

I, Luis C ████████████████ (date of birth ███████, A# ███████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Luis C ████████████████ I am a citizen of Guatemala. My daughter and I are being kept at the Rio Grande Valley Central Processing Center. My daughter is Darolin A ████████████████████, A# ███████████ ████ She is three years old.

2. Two days ago, my daughter and I crossed the border by crossing the Rio Grande on a raft near the city of Reynosa. We were with a group of about eight people, all of them parents with their children. After crossing we went looking for the border patrol. We had to walk about half an hour to find them. Once we found them, they checked our ID's and birth certificates for the kids, and brought us to the Rio Grande Valley Central Processing Center.

3. At the Rio Grande Valley Central Processing Center, my daughter and I were held in a processing cell for about five hours, and then taken to the other side of the building. On both sides of the building, we have been kept in pen,s divided by cyclone fencing, with a concrete floor.

4. While we have been here, we have been receiving three meals per day, consisting of a burrito or a sandwich, chips, and an apple plus water. For the kids, we can request cookies and artificial "juice" between meals.

5. This morning, they told me that my daughter and I would be released today. They also told me that I have to go to court in Houston on December 19. In the middle of being interviewed for this declaration (at about 1:00 p.m.), one of the guards took me away for a few minutes. During that time, an ankle bracelet was put on me. Apart from that, I don't know what is happening with my case.

6.  In my time here, no one has explained to me the rights that my daughter or I have as detainees. I was told that I could talk to the Guatemalan consulate, but I have not done so.

———————————————————————————————————————

I, Luis C▇▇▇▇▇▇▇▇▇▇▇ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇

Luis C▇▇▇▇▇▇▇▇

12/8 12077

Date

Certificate of Translation

I, Jay Martin Steinman, certify that I am fluent in English and Spanish and that I read
the above declaration to Luis C ████████████████████ in Spanish.

Jay Martin Steinman
1202 Hampshire Street #13
San Francisco, CA 94110

12 / 08 / 2017

Date

204

Exhibit 45

**Declaration of Veronica Y**████████████████
**A# unknown**

I, Veronica Y███████████████████ (date of birth █████████, A# unknown) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Veronica Y█████████████████ I am a citizen of El Salvador. I am being held at Rio Grande Valley Central Processing Center. Here with me are my sons Alex H██████ ██████████████, three years old (A# █████████) and Antonio E██████████████████, two years old (A# ████████. I am twenty years old.

2. Yesterday, I had an interview over a video link lasting 15 or 20 minutes. It was in an open space where there were several other people doing the same thing, each on a different screen. I could hear what the people near me were saying, and they could hear what I was saying. The person interviewing me asked for my personal information (my birth place, the names of my children, the names of my parents, the phone number of my mother in New York, etc.) and he asked me why I came. He did not explain the motive behind his questions.

3. Late last night or early this morning, when everyone in my cell was sleeping (or trying to sleep), I was asleep when I was woken up by a guard. He made me get up. He asked me if I wanted to sign for my deportation, or if I wanted to continue my case. He had in his hand a form for me to sign, and a pen. I asked him what signing my deportation would mean. He refused to tell me, and only said, "Do you want to sign or not?" I asked him if he had spoken with my family, and what they thought. He told me that he had spoken with them about twenty minutes ago, but he would not tell me what they said. He repeated, "Will you sign or not?" I told him that I would not sign. I was confused, since I didn't understand what signing the form implied and he would not give me any information related to that. He was speaking to me aggressively and angrily. The people sleeping nearby were woken up by our conversation and they were listening to what we were saying.

4. The first day my sons and I arrived, we got here around 7:00 p.m. We were rather hungry and tired. They gave each of us a small bottle of artificial "juice" and a small packet of cookies. That was the only food and drink we got until the next da. That same night, another woman in my cell was thirsty, and she requested water. The guard told her to drink from the sink that was in our cell. The woman declined to drink that way. There were no cups or anything like that.

5. Yesterday, for breakfast we were each given a burrito, an apple, a type of cookie called "nutrifruit" and milk. For lunch we were each given a burrito, an apple, water, and some chips. For dinner we were each given a sandwich consisting of a single slice of ham between slices of bread along with an apple, water, and chips. The sandwich seemed to have just been taken out of a freezer. Between meals we can request artificial juice and cookies.

206

6. I have access to diapers and a place to change diapers for my kids. Both are in diapers.

7. Early this morning, while everyone was sleeping, a guard roused me and my kids. The kids were brought for a kind of medical check. I'm not sure what it was for.

_____

I, Veronica Y███████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████                                    12/08/2017
Veronica Y████████████                             Date

207

Certificate of Translation

I, Jay Martin Steinman, certify that I am fluent in English and Spanish and that I read the above
declaration to Veronica Y █████████████████ in Spanish.

Jay Martin Steinman
1202 Hampshire Street #13
San Francisco, CA 94110

12 | 08 | 2017

Date

Page 1 of 1

208

Exhibit 46

**Declaration of**
**DENYS A█████████████, A NUMBER █████████**

I, **Denys A█████████** (A number █████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is █████████████    I am traveling with my mother.  Her name is Maria D█████████████ (DOB: █████████). My mother and I are from El Salvador.

2. My mother and I crossed the border between the United States and Mexico on December 6, 2017.  We crossed on a bridge.  We presented ourselves to customs and border protection agent at an office, who asked for our information, our documents, and whether we were afraid to return to El Salvador.  We were then taken to another interview where we were asked the same questions.  I explained why we had come to the United States and said that we were afraid to return El Salvador.  I received a medical examination at a hospital, and my mother was able to come with me.

3. After the medical exam, we were taken back to the first office.  We waited there until we got our photos and finger prints taken.  We signed some papers that were in English.  I'm not sure what they said and they weren't explained to us.  I also signed some papers in Spanish that explained that I would have a court date in the next year or so to see whether I can stay in this country.

4. After that, we got into a van.  We drove for about an hour and we were brought to the Rio Grande Valley Central Processing Center.  We arrived here yesterday around 4 p.m.  We were asked to sit on benches in a large room.  A nurse looked us over.  They gave us an apple, a cookie, a burrito, chips, and a water.

5. After that I was separated from my mother.  I went to stay with other young women in a cage, and my mother went to another.  We can see each but are too far away to talk to each other.  We were able to speak with each other for an hour yesterday.  It's hard to be separated because we are in a place that we don't know and we have no one to talk to.

6. After we were separated, I went to sleep.  In the morning I was able to take a shower, brush my teeth and get clean clothes.  I also had breakfast.  It is cold here.

7. I have not received any information about my rights or about attorneys that I could contact.  I have not been able to make a phone call to my family.  My mother and I are hoping to live with my aunt in Houston.  No one has told me why we are waiting here or what's going to happen next.

I, Denys Aguilar Reyes, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



DENYS A█████████                                    12/8/17
                                                     Date

<u>Certificate of Translation</u>

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Denys A█████████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017

12/8/17
Date

Exhibit 47

**Declaration of Maria d█████████████**

I, Maria d█████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Maria d███████████████ I was born on███████████ in ██████████, El Salvador. I am currently detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, Texas with my daughter, Lesly S████ ████████████ (DOB: ████████████), who is 1 year old.

2. I entered the United States on Wednesday, December 6th by crossing the river near McAllen, Texas. I was detained by immigration and was brought directly to this center around 6 P.M.

3. We were kept in a cell for two days without anything to sleep on so I had to hold my daughter while sleeping on the cement floor. I had to use a diaper as a pillow for her. It was very difficult for her to sleep. We only had aluminum blankets. It was also very cold. Sometimes they would wake us up while we were sleeping to call everyone's names. After two days, they brought us to a new area that had thin mats for us to sleep on.

4. My daughter does not like the food here. I think that the food should be more targeted for children. Here they only give burritos and ham sandwiches but since my daughter won't eat that she eats mostly cookies and juice.

5. My daughter has a large scab on her nose because she scratched herself. She does this if I do not cut her nails frequently but they have been getting very long. I was traveling with nail clippers but I could not enter here with them so I cannot cut her nails to stop her from scratching at the scab more.

6. We have not received a phone call here even though I would like to talk to my aunt or my brother. We have not showered or brush our teeth since we arrived. My daughter cries a lot here because she is closed up with a lot of other people. There isn't space for her to walk around. She gets very bored.

I, Maria d████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████ _____        12/8/17
Maria d████████████                     Date

213

<u>Certificate of Translation</u>

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Maria d███████████████████████ in Spanish.


_____

Katherine Murdza
American Immigration Council


_____

12/8/17

Date

Exhibit 48

## Declaration of Nimsy J ████████████

I, Nimsy J ████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Nimsy J ████████████ I was born on ████████████ in ██ ████████████ Guatemala. I am currently detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, Texas with my son, Jose C ████ ████ (DOB: ████████████), who is 2 years old.

2. On Monday, December 4th at 8 at night, my son and I presented ourselves at the Miguel Aleman bridge to seek asylum. We spent two nights there. It was difficult to sleep because it was so hot. My son would cry at night because he didn't want to sleep because it was so hot. They did not give us toothbrushes or pillows.

3. On Wednesday, December 6th we were transferred her to this processing center. We were put into a very cold cell with a lot of people. I had to use a toilet that was behind a short wall with no door. People could see me using the bathroom. I felt very uncomfortable. My son is still in diapers but there were a lot of other children there that I imagine felt very uncomfortable not having privacy went they used the bathroom.

4. After 4 hours, we were transferred to another room where we were given thin mats to sleep on the cement floor. It is difficult to sleep and my back hurts from sleeping on the floor. The fact that the lights are on all night also makes it difficult to sleep.

5. It is difficult for my son to be detained because he is very young and is used to being able to play outside. Here, he hasn't seen any sunlight at all, except for one time when they briefly opened the door and saw that it was snowing.

6. It makes me feel very bad to be detained and to see my 2-year-old son detained. I don't think children like him should be detained because it is not his fault that we are here. He has not done anything wrong.

I, Nimsy J ████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████

NAME

12/8/17

Date

216

<u>Certificate of Translation</u>

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Nimsy J█████████████ in Spanish.


_____
Katherine Murdza
American Immigration Council


_____
12/8/17
Date

Exhibit 49

**Declaration of Dania D**

**A# unknown**

I, Dania D██████████████████████████ (date of birth ████████, A# unknown) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Dania D████████████████████ I am a citizen of Guatemala. My son and I are currently detained at Rio Grande Valley Central Processing Center in in McAllen, Texas. My son is Josue J████████████████ A# ██████████ Jose is two years old. I am nineteen years old.

2. Yesterday around midday, I was picked up with my son after crossing the Rio Grande. The person who picked us up treated us well. It was very cold and drizzling, and he put the heat on in his car. We drove around and picked up some more people who had been caught. At least some of them were adults traveling with kids. I don't know if every adult in there was accompanied by a child.

3. When my son and I first arrived, I was given sanitary items for him: some diapers, and some moist towelettes. He was given a cursory inspection by a woman. I have no idea if she had medical training or not.

4. When my son and I first arrived here, I had to lift my shirt and show my arms and hands to someone, so that she could check if I had tattoos and to see if I had any rashes. (I don't have either.) She also checked my hair and neck.

5. Last night, a lot of the people I was with complained that they could not sleep due to the cold. The aluminum blankets they give out here don't do much. Fortunately, my son and I were better off, since the guards let us bring in the poncho he was wearing outside and we used that as an extra blanket. I was also exhausted since I had spent the three previous nights with barely any sleep. It was very uncomfortable since we had to sleep on a bare concrete floor.

6. I had an interview by video link which lasted about 30 minutes.

7. No one here has so far explained to me my rights, or what to expect in the case of me and my son, or where we will go next. I have not received any written information.

8. When my son and I were on the other side of the facility, being processed, we were kept in a fenced-in cage with women and children. Some of the women had kids with them, and others didn't. On the side where we are now, we are in a cage with exclusively mothers and kids. The cage is approximately 12 meters on a side. When all the people

put down mattresses to sleep, we cover the whole floor. There are a lot of people in there.

9. Today, my son and I are getting our clothes washed at the time I am giving this declaration. We are wearing clothes that were lent to us. It has been a little over 24 hours since we got here.

I, Dania D███████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Dania D███████████

12 08 2077

Date

Certificate of Translation

I, Jay Martin Steinman, certify that I am fluent in English and Spanish and that I read the above declaration to Dania D███████████████████████ in Spanish.

Jay Martin Steinman
1202 Hampshire Street #13
San Francisco, CA 94110

12 / 28 / 2017
Date

221

Exhibit 50

## DECLARATION OF IRMA T██████████████

## A██████████

I, Irma T██████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection:

1. My name is Irma T██████████, A██████████ I was born on██████████ in ██████████, Guatemala. I speak Kiche and have been in the United States for 10 days. I arrived to the United States around November 29th, 2017, and crossed the border by wall at Reynosa.

2. After I crossed the border with another person, the officers came and grabbed us. They took us to a house and we spent four nights there. It had mattresses and sheets. There were about 20-25 people of everything - children, adults, and babies. We were all women. They fed us three times a day. It was always the same thing – Lay's, meat hamburger, apples, and bottles water. I didn't like it. In my country we don't that. In that place, they asked me a few questions like who did I come with and my father's number. We were enclosed there and couldn't leave. I didn't do anything during the days.

3. On Tuesday, December 5th, 2017, they took all of us to another center. There were no mattresses. Only aluminum blankets. It was cold and concrete. I was there for 2 hours. They called me in for questions. I told them I speak Kiche and they asked if I speak Spanish. I said yes and they said that they'll speak to me in Spanish. An older man asked me questions. He didn't believe me when I told him I was 17. He said I had 18 or 19 years. After a while, I think he believed me because he let me go with the other children.

4. They brought me to another center. I am in a room with I believe 20 girls of 17, 16 years. We are enclosed here. They just let us out to eat and use the bathroom. We pass our days sitting, doing nothing. I'm bored here.

5. The day I arrived, they told us that it was our turn to shower. We went in a group and there were about 10 bathrooms. I could shower and brush my teeth. I could watch tv while waiting. That was the only time I showered.

6. Here they feed us Lay's, hamburgers, apples and water. The same for breakfast, lunch, dinner, in the morning and the afternoon. I eat when they tell me to. There are cookies and juice but I hardly eat them.

7. They give us a sheet and small mattress in the night. No pillow. I can sleep.

8. We don't know what time it is here. They don't tell us. The lights are on all day long. One time, we thought it was the day but someone opened the door and it was night.

9. It was only on Wednesday that the consulate explained our rights, that we're going to leave from here and go to the Home House ("la casa de hogar") and there we can play ball, do everything we want, go to school, it's not like here and that I was able to call my

223

dad. They gave us a paper. No one else has given me anything and no one has spoken to me in Kiche since I have arrived.

10. I was told that I leave today at 2pm. I want to leave. We don't do anything, just sit on the mattress, doing nothing. I'm bored and want to leave.

I, IRMA T███████████████ DECLARE UNDER PENALTY OF PERJURY THAT THE PRECEEDING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

████████████████                 12/8/2017

Signature                          Date

I, Jillian Severinski certify that I am fluent in English and Spanish and that I read the above declaration to Irma ███████ in Spanish

Jillian Severinski                 12/8/17

Jillian Severinski                 Date

1305 N. Flores St.
San Antonio, TX 78212

225

Exhibit 51

**Declaration of Juliana M██████████**

I, Juliana M█████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Juliana M████████████████. I was born on ███████████ in ████████, Guatemala. I am currently detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, Texas with my two daughters, Elisa P████████ (A#: █████████, DOB: ████████████), who is 6 years old, and Yasmin P████████ (A#: █████████, DOB: ████████████) who is 5 years old.

2. I entered on Wednesday, December 6th relatively close to here. We were detained by immigration officials and brought to this center. We were put in a cell with other people.

3. After 4 hours, we were moved to a large room separated into sections by fences. We were put into one of the sections.

4. It is difficult for my daughters to be here because they are closed up and they do not like the food. We also can't sleep well here. We have to sleep on thin mattresses on a cement floor. It is always cold. The lights are always on. Sometimes they wake us up when we are sleeping to ask us questions or do paperwork.

5. We received only one chance for a phone call. The phone call did not go through and I have not had another chance to call. We want to tell our family that we are here and doing okay.

I, Juliana M█████████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____
Juliana M████████████

12/8/17
_____
Date

<u>Certificate of Translation</u>

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Juliana M███████████ in Spanish.


Katherine Murdza
American Immigration Council


12/8/17
Date

228

Exhibit 52

**Declaration of**

**CRISTINA J█████████████     A NUMBER** ████████████

████████████

    I, **Cristina J███████** (A number), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████ I have two children, but I am here with only one of my sons. His name is Sebastian E██████████████. He is ten and he was born on ██████. My son and I are from Guatemala. I primarily speak Quiche but I speak some Spanish as well.

2. My son and I crossed the border between the United States and Mexico through the Rio Grande on Wednesday. We presented ourselves to customs and border protection agent and we were taken to a room in a building, where we waited for about an hour before taken to the place where we are now, the Rio Grande Valley Central Processing Center. We arrived here on Wednesday at 6 p.m. When we got here they took our photos and I was asked whether I was afraid to return to my country. I said that I was afraid to return to my country.

I, Cristina J███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language ~~in~~ *I am able to speak* ~~which I am fluent~~, and was read back to me in Spanish.

_____     _12/8/17_____
CRISTINA J████████                    Date

**Certificate of Translation**

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to █████████████████ *Cristina J█████████* in Spanish.

_____
Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017

_12/8/17_____
Date

Page 1 of 1

Exhibit 53

**Declaration of Fatima Y█████████**
**A# unknown**

I, Fatima Y█████████ (date of birth ████ A# unknown) declare under penalty of
perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My name is Fatima Y█████████ I am a citizen of El Salvador. Presently, I am at
    the Rio Grande Valley Central Processing Center. With me is my child Amy Y████
    █████ (A#█████████). She is also a citizen of El Salvador.

2.  My daughter and I crossed the border on November 6, 2017 (two days ago). We
    presented ourselves to the border patrol and were brought directly to the Rio Grande
    Valley Central Processing Center. We spent a few hours being processed, and then were
    moved over to the detention side in the same building. We have been here for about 40
    hours so far. Soon, we will be moved out. No one has told me where we are going to.

3.  The same day we arrived here, I was interviewed by a video link asking some
    information about me, and asking why I had come. I told them that I was being
    threatened in El Salvador and I was fearful for myself and my daughter. He told me that
    we would be protected. Apart from that, I have not received any information about what
    to expect or what will happen to me and my daughter.

---

I, Fatima Y█████████ swear under penalty of perjury that the above declaration is true
and complete to the best of my abilities. This declaration was provided in Spanish, a language in
which I am fluent, and was read back to me in Spanish.


████████████                                   12 | 8 | 2017

Fatima Y█████████                              Date


232

Certificate of Translation

I, Jay Martin Steinman, certify that I am fluent in English and Spanish and that I read the above declaration to Fatima Y██████████████ in Spanish.

Jay Martin Steinman
1202 Hampshire Street #13
San Francisco, CA 94110

12 / 08 / 2017

Date

233

Exhibit 54

**Declaration of Cindy J████████**

I, Cindy J████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Cindy J████████ I was born on ████████, in ████ Honduras. I am currently detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, Texas with my son, Axel S████████ (DOB: ████ ████), who is 2 years old.

2. I came to the United States with the intention of seeking asylum. I entered the United States yesterday on December 7, 2017 by crossing the river. I was detained and brought to this facility.

3. We were put into a cell with a lot of other people where we spent one night. The toilet was only hidden by a short wall and had no door so people could see me using the bathroom. I was very embarrassed.

4. My son has eaten very little here. They only give us burritos and sandwiches and he does not like them. They woke us up in the middle of the night to call everyone's names.

5. At 4 or 5 in the morning, they brought us into an area that had thin mats for us to sleep on.

6. We have not been given a phone call since I arrived. We have not been provided any written information, including about free legal services, my children's legal rights at this facility, or my children's right to a bond hearing.

7. It is difficult for me son to be closed by inside this center. He is 2 so he has a lot of energy and needs to be running around. Here there is nothing for him to play with.

I, Cindy J████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

| | |
|---|---|
| ████████████████ | 12/8/17 |
| Cindy J████████ | Date |

235

<u>Certificate of Translation</u>

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Cindy J█████████████ in Spanish.


Katherine Murdza
American Immigration Council


12/8/17
Date

# Exhibit 55

### Declaration of Carlos C███████

I, Carlos C████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Carlos C███████. I was born on ████████████████, in ████████████ Guatemala. I am currently detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, Texas with my daughter, Miria C█████ (DOB: █████████ ████████, who is 10 years old.

2. I entered the United States with my daughter on Wednesday, December 6th by crossing the river near McAllen, Texas. We spent 2 hours in another facility and then were brought here.

3. My daughter was separated from me when we arrived at this processing center. She has to sleep alone in a cell with other girls, which is very difficult for her. They barely let me see her.

4. It is difficult for us to sleep because it is so cold. The lights are on all night. I do not know whether it is day or night because there are no windows. They have not given us pillows.

5. My daughter was allowed to shower once since we arrived but I have not been allowed to. They also gave my daughter a toothbrush but have not given me one.

I, Carlos C█████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████          12/8/17
Carlos C█████                          Date

238

## Certificate of Translation

I, Katherine Murdza, certify that I am fluent in English and Spanish and that I read the above declaration to Carlos C█████████ in Spanish.


*Katherine Murdza (signature)*
_____
Katherine Murdza
American Immigration Council


12/8/17
_____
Date

Exhibit 56

**Declaration of**
**RIGOBERTO L**████████████ **A#** ███████████

I, **Rigoberto L**████████ (A#███████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on ████████████████ My son's name is Gregorio L████████ He is four years old and he was born on ████████████ My son and I are from Guatemala.

2. We left Guatemala because someone is threatening to kill me in my village.

3. We presented ourselves at the border near El Paso about ten days ago.  I believe that it was on or about December 13, 2017. We were taken to a holding facility in El Paso. We spent two nights at the first facility and then were driven three hours away to another CBP facility.

4. I believe we were given notice of our rights, a list of lawyers, and information about immigration hearings, but it was all written in Spanish. My first language is K'iche and I cannot read Spanish well. It was very difficult to communicate with the CBP officers in Spanish.

5. No one ever spoke to me in K'iche' while I was detained by CBP even though I told them it is my first language.

6. In the first CBP station, an officer asked me if I was afraid to return to Guatemala. I said yes and he wrote it on his computer and didn't ask me any more questions.

7. My son and I were very hungry while we were detained by CBP. We were each given a really bad sandwich and a juice two times a day. It was not enough food for us and it was bad food.

8. The temperature in both CBP facilities was very, very cold. My son was crying. I had to put a towel over him that I brought from Guatemala because he was so cold. My son said his body hurt from the cold. It was very hard to sleep with that temperature.

9. The CBP facilities were overcrowded. We had to share a blanket and it was very uncomfortable to sleep.

10. At both facilities, there was only one toilet for about eight people. There was no soap to wash our hands. There were showers but we were not given any soap or shampoo to shower.

11. On December 20, 2017, my son and I were transferred to the Berks County Residential Center (BCRC). My son refuses to eat the food at BCRC because he is accustomed to eating tortillas and beans and rice. He only eats cookies and rice sometimes. It hurts me to see him eat so little.

12. The entire day every day at BCRC my son and I are commingled with adults with children we don't know.

13. No one at BCRC ever explained to us how to find a lawyer.

14. My son and I are waiting on our Credible Fear Interview and plan to seek asylum in the United States.

I, Rigoberto L███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided to me in Spanish and read back to me in Spanish and I understand its contents.

Date: December 23, 2017

Certificate of Translation

I, Rachel Smith, certify that I am fluent in English and Spanish and that I read the above declaration to Rigoberto L█████████ in Spanish.

_____

Rachel Smith
Aldea – The People's Justice Center
532 Walnut Street, Reading, PA 19601


Date: December 23, 2017

Exhibit 57

**Declaration of**
**Gaspar M**█████████ **A NUMBER** ███████

I, **Gaspar M**████████ (A number ██████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████ My son's name is Tomas A████████████ He is 14 years old and he was born on ████████████ My son and I are from Guatemala.

2. We presented ourselves at the border about 21 days ago. I believe that it was on or about November 30, 2017. We were taken to El Paso, Texas.

3. My son and I were together during our stay in El Paso. We slept in thin mattress pads on the ground next to each other. The lights were kept on during the night making it difficult to sleep.

4. I do not know if I was provided written notice of rights for my son because I cannot read well. Officials at the center did not verbally tell me about his rights in a language I could understand. I was not told anything about immigration hearings or bonds. I did not express a fear of return to the official who interviewed me at the facility.

5. At the El Paso facility, we were only provided access to the bathrooms during three scheduled periods per day. We did not have access to showers until the last day before we were moved to Berks.

6. We were provided sufficient bottled water. However, the food was not enough. We were only given a cup of soup for breakfast, a cup of soup for lunch, and a burrito for dinner.

7. After five days, my son, and I were taken to the Berks Family Detention center in Pennsylvania. We traveled together.

8. At Berks, I was provided paperwork about my son's legal rights. The paperwork was in Spanish but the officials provided a telephonic interpreter to explain the contents in my indigenous language. However, I do not recall if there was information about bond or immigration proceedings.

9. Within a day or two after arrival at Berks, I was provided a list of legal service providers. I have contacted an office and am waiting for an interview with their staff. A phone was made available at the center for me to make the call and it was free of charge.

10. I do not recall being told my son could be released to a family member. I do not want my son released without me at this time. We are waiting to speak with an attorney about our options.

11. The Berks facility has provided us with sufficient water. We get three meals a day and options for hot food at each meal.

12. The older children have a different shower time than the adults. Adults with small children do shower at the same time as other unrelated adults with small children.

245

13. My son and I have been at Berks for about 15 days.  We are planning to speak to an attorney to discuss our options.

I, Gaspar M████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



[NAME] Gaspar M

_12-21-2017_
Date

## Certificate of Translation

I, Steven Larin, certify that I am fluent in English and Spanish and that I read the above declaration to Gaspar M████████ in Spanish.

Steven Larin
Nationalities Service Center
1216 Arch St., 4th Floor
Philadelphia, PA 19107

12-21-2017
Date

Exhibit 58

**Declaration of**

**Juan L⬛⬛⬛   A#⬛⬛⬛**

I, **Juan L⬛⬛⬛** declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ⬛⬛⬛ My son's name is Nolberto L⬛⬛⬛ A#⬛⬛⬛ He is 15 years old and he was born on⬛⬛⬛ My son and I were both born in Guatemala.

2. We left Guatemala because members of the gang Mara 18 threatened us. They came to our house many times and threatened us. They constantly bothered my son and threatened him. We are afraid that the gang will act on their threats and hurt or kill us.

3. We presented ourselves at the border about 24 days ago. I believe that it was on or about November 27, 2017. We were taken to a facility in El Paso, Texas. I do not know the name of the facility.

4. At the El Paso facility, I was provided a set of papers in both English and Spanish. My son was not provided the same papers. I am not sure what the papers said. I speak some Spanish but do not read well. No official explained what the documents said to me in Spanish. I was not provided written information in my indigenous language. I am not sure if I was provided documents regarding my son's legal rights or any information about the bond or court process because I could not read the documents.

5. My son and I were provided three meals a day. There were hot meal options during each meal. We had access to bottled water.

6. We slept on thin mattress pads on the floor. We were provided sheets and blankets. We were allowed to sleep next to each other and were not separated during our stay. The room we stayed felt overcrowded when there were approximately 15 people in there.

7. We had access to bathrooms and sinks. We did not have access to showers until the last day we were there and were told we were being moved to another facility. At that time, we were allowed to shower before departing.

8. After 3 days at the El Paso facility, my son, and I were taken to Berks Family Detention center in Pennsylvania.

9. We arrived on a Friday and were provided with information about legal assistance. I contacted an attorney a local legal services organization on the Monday after arrival. Phones are available and we are able to call attorneys free of charge. I also am able to make three calls per week for up to 10 minutes each call.

10. Officials at Berks also provided me with papers about my rights and they provided an interpreter by telephone. The interpreter was able to tell me what the documents said in my indigenous language.

11. We have access to water and three meals day.  We have hot meal options for each meal.  We sleep on regular beds in a room with two other families.  I feel secure here and there is adequate supervision to make sure there are no problems amongst detainees.

12. My son and I have been at the Berks for about 21 days.  We are represented by an attorney and are awaiting our credible fear interviews.  We will seek asylum protection.

I, Juan L████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


_____████████_____                    ___12-21-2017___
Juan L███                                               Date

Certificate of Translation

I, Steven Larin, certify that I am fluent in English and Spanish and that I read the above declaration to Juan L█████ in Spanish.

_____

Steven Larin
Nationalities Service Center
1216 Arch St., 4th Floor
Philadelphia, PA 19107

_____
Date

250

Exhibit 59

**Declaration of**

**IGNACIO B**████████████ **A#**████████████

I, Ignacio B█████████ (A#████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is █████████ My son's name is Westin B███████████ He is five years old and he was born on █████████ My son and I are from Guatemala.

2. We were detained six days ago after climbing over a wall at the border.  I believe that it was on or about December 17, 2017. We were taken to a facility near Presidio, Texas. The next day, December 18, 2017, we were driven three hours to another CBP station and on December 19 we were driven two hours to another CBP station.

3. My son was never given any information about his rights in detention or rights to a hearing and neither was I. We were not given a list of lawyers we could call and did not have any phone access.

4. The officer at the first CBP station asked me if I was afraid to return to my home country and I told him I was. He didn't ask me any me any more questions.

5. In the CBP stations, we were given very little food. They gave us some burritos and sandwiches but my son and I were hungry because it was not enough food for both of us.

6. My son and I did not have access to a shower for three days until we were moved to the last CBP facility.

7. The CBP stations were very cold and my son often cried because of the cold. The last CBP station we went to did not have blankets to sleep with, just mattresses, so we were very cold.

8. My child and I were transferred to the Berks County Residential Center (BCRC) on December 20, 2017. One of the workers here asked me if I am afraid to return to my country and I am. I am awaiting a Credible Fear Interview.

9. My son eats very little food here at BCRC.

10. I don't think I was given a list of lawyers to call. No one explained to me how to find a lawyer.

I, Ignacio B█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



_____

Ignacio B█████████

Date: December 21, 2017

<u>Certificate of Translation</u>

I, Rachel Smith, certify that I am fluent in English and Spanish and that I read the above declaration to Ignacio B█████████ in Spanish.

_____

Rachel Smith
Aldea – The People's Justice Center
532 Walnut Street, Reading, PA 19601


Date: December 21, 2017

Page **3** of **3**

Exhibit 60

**Declaration of**

**Martin F**  **A#**

I, **Martin F**_____ (A#_____ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is _____ My daughter's name is Juana F_____ She is seven years old and she was born on _____ My daughter and I are from Guatemala. We speak Akateco.

2. We were apprehended at the border 25 days ago.  I believe that it was on or about November 28, 2017. We were taken to a facility near El Paso, TX.

3. We spent six days at the CBP station. We were never given any notice of our legal rights or received any paperwork. I had to sign papers I did not understand because I cannot read Spanish well. No one in the CBP station spoke to me in Akateco.

4. There was no telephone access at the facility.

5. When I was interviewed about my fear to return to Guatemala, I was the last in line and I had not slept in a long time. I couldn't talk because I was so hungry and tired. I said I wasn't afraid even though I am.

6. We were very hungry the six days we were detained by CBP. Three times a day we were given cookies and the children were given some soup. My daughter would cry often because she was so hungry. A few times, I asked CBP officers for food and they said no because it's not time for food.

7. They only have us one blanket to sleep with. We slept directly on the floor. My daughter was very cold as was I. My daughter got sick from being at the facility.

8. My daughter and I were detained in the facility with four adult men with four sons and one other young girl.

9. We were not given access to shower until the very last day. I asked for toothpaste to brush me and my daughter's teeth but it was not given to us.

10. On December 4, my daughter and I were transferred to the Berks Country Residential Center (BCRC).

11. On December 8, BCRC staff separated my daughters' bed from mine. They said we can't sleep close to each other.

12. When my daughter needs to take a shower at BCRC, she showers alone after I go in and turn the water on for her, and a male staff waits outside the door for her to finish showering.

13. At BCRC, my daughter is commingled the entire day with adults and people she doesn't know. She is one of very few girls detained at BCRC.

14. At BCRC we were given lots of paperwork about our rights and about immigration but it is all written in Spanish and my first language is Akateco. I can't read most of it. They explained a few things to me with an Akateco interpreter on the phone.

15. Someone interviewed me about my fear to return to Guatemala for 15 minutes but I don't know if that was my Credible Fear Interview because I did not understand the Akateco interpreter very well.

16. Four days after I arrived at BCRC, a legal assistant came to speak with new families from Aldea – The People's Justice Center. Before she called me down, I had no idea about how to find a lawyer or how to ask for asylum.

17. We have been detained at BCRC for 19 days. I am still waiting on information about my Credible Fear Interview and plan to seek asylum.


I, Martin F█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish and was read back to me in Spanish. I understand its contents.


████████████████

Martin F██████████

Date: December 23, 2017

Page **2** of **3**

257

<u>Certificate of Translation</u>

I, Rachel Smith, certify that I am fluent in English and Spanish and that I read the above declaration to Martin F███████████ in Spanish.

Rachel Smith
Aldea – The People's Justice Center
532 Walnut Street, Reading, PA 19601

Date: December 23, 2017

Page **3** of **3**

Exhibit 61

**Declaration of**

**MARIO S**
**A NUMBER**

I, MARIO S█████████████ (A number █████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████ My son/daughter's name is ROBERTO S████████ ████████ (A NUMBER███████ He is 8 YEARS OLD and he was born on ██████████ My son and I are from GUATEMALA. I SPEAK ATATEKO BUT CAN UNDERSTAND SOME SPANISH.

2. I LEFT GUATEMALA WAS THREATENED AND TORTURED BY GANG MEMEBRS. I HAVE SCARES ON MY BODY FROM THE ABUSE.

3. We presented ourselves at the border about A MONTH AGO. I believe that it was on or about DECEMBER 4, 2017. We were taken to A FACILITY IN TEXAS. I WAS GIVEN PAPERS BUT DID NOT UNDERSTAND THEM BECAUSE I DO NOT KNOW HOW TO READ. I DO NOT KNOW IF THEY WERE WRITTEN IN SPANISH OR ENGLISH, AND NO ONE AT THE FACILITY IN TEXAS EXPLAINED WHAT THEY MEANT.

4. THERE WERE 16 MEN IN ONE ROOM THAT WAS APPROXIMATELY 8 BY 15 FEET. WE HAD NO ROOM TO LAY DOWN BECAUSE THERE WERE SO MANY PEOPLE THERE.

5. WE WERE GIVEN WATER AND A BURRITO IN THE MORNING, LUNCH AND DINNER. WE DID NOT HAVE ACCESS TO A SHOWER AND THERE WAS ONE TOILET FOR 16 PEOPLE.

6. THE TEMPERATUR IN THE FACILITY WAS COOL. THE LIGHTS WERE CONTROLLED BY THE OFFICERS AND WAS TURNED OFF AT NIGHT.

7. After 4 DAYS my son and I were taken to BERKS COUNTY FAMILY DETENTION.

8. AT BERKS, THERE ARE FOUR PEOPLE IN ONE ROOM THAT IS VERY LARGE AND SPACIOUS. THE OTHER TWO PEOPLE ARE ALSO A FATHER AND SON WHO ARE FROM GUATEMALA. THEY DO NOT SPEAK THE SAME LANGUAGE. ROBERTO IS SCARED ABOUT WHAT IS GOING TO HAPPEN NEXT BUT HE IS OKAY. WE SHARE A BATHROOM WITH OTHER MEN IN THE FACILITY. WE HAVE ACCESS TO A SHOWER. THE OFFICERS CALL OUR NAME WHEN ITS OUR TURN. MY SON AND I HAVE NEVER SHARED A SHOWER WITH ANYONE ELSE. THE OFFICERS WAIT OUTSIDE THE BATHROOM UNTIL WE ARE DONE.

9.  I WAS GIVEN PAPERWORK HERE BUT I DO NOT KNOW WHAT THE PAPER SAYS BECAUSE I DO NOT KNOW HOW TO READ IN ENGLISH OR SPANISH.  NO ONE HAS EXPLAINED WHAT THE DOCUMENTS MEAN. I HAVE SPOKEN TO A LAWYER'S ASSISTANT BUT I HAVE NOT HAD MY INTERVIEW WITH THE IMMIGRATION OFFICER YET TO TELL THEM WHAT HAPPENED TO ME.

10. My son and I have been at the BERKS COUNTY FAMILY DETENTION CENTER for about 14 DAYS.

11. I WANT TO BE RELEASED BUT I HAVE NOT HAD AN INTERVIEW WITH AN IMMIGRATION OFFICER YET TO TELL THEM WHY I FLED GUATEMALA.

I MARIO S███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████

MARIO S███████████

_12 21 17_
Date

### Certificate of Translation

I, STEVEN LARIN certify that I am fluent in English and Spanish and that I read the above declaration to MARIO S███████████ in Spanish.

STEVEN LARIN

12-21-2017
Date

Exhibit 62

**Declaration of**
**Miguel P███████   A Number ██████**

I, Miguel P███████   A Number ██████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is██████████ My son's name is Heber P███████, A Number ██████ He is five years old and he was born on███████ My son and I are from Guatemala.

2. My son and I came to the United States to find a better life. We were very poor in Guatemala. I had a hard time finding a job in my small village. I often did not have enough money to buy corn and my son went hungry.

3. I tried to find work in Guatemala City, but I was robbed by gang members there. They told me to give them all my money or else they would kill me. I was afraid. The last time this happened was about five months before I came to the United States. Gang members bound my hand with rope and threatened to kill me if I did not give them my money. They threatened to kill me if I told anyone about what happened. After this I knew I had to leave Guatemala with my son Herber to survive.

4. My son and I presented ourselves at the United States border near Juarez, Mexico in early December 2017. I believe it was the afternoon. The immigration officials gave us food. They took me and my son to a room and asked questions. I had a really hard time understanding what was going on. I speak a dialect called Akateko. I cannot read. I have a hard time understanding Spanish unless someone speaks very slowly. The officer spoke to me in Spanish, but I could not understand him. I told the officer I had difficulty understanding and that I speak Akateko. However, they did not give me an interpreter.

5. Early in the morning my son and I were sent to another facility. I do not remember what it was called. It was only about a fifteen-minute drive away. There we were fed three meals a day. I do not have any complaints about the conditions there. We had a place to sleep and there were clean bathrooms. We were only at this place for a few days.

6. After this my son and I came to Berks. My son really wants to leave because he is not used to being inside all the time and the place is strange to him. They give us food here three times a day. The bathrooms are clean. My son goes to school here. The temperature inside is not too hot or too cold. My only complaint is that everyone is sick here. They give us medicine for our colds.

7. While at Berks, someone gave me papers. They did not explain to me in Spanish or Akateko what these papers were. I cannot read and, so I do not know what the papers said. I put the papers in my jacket. One day when I came back from taking a shower the papers were gone.

8. There is a paper on the wall. I cannot read what it says. I do not know if I received a list of lawyers. I do not remember any immigration officials or people from the shelter telling me that my son and I can talk

Page 1 of 3

to lawyers. It was only when I went to a talk with a free lawyer that I learned about a place nearby that helps people with their cases.

9. Someone here at Berks asked me in Spanish if I have family in the United States and whether I wanted my son to stay here. I told them I want my son to stay in the United States because I am afraid for him to go back to Guatemala. I told them I have an uncle who lives in Los Angeles. When I realized my son would have to go alone, I told the person that I wanted my son to stay with me.

10. Honestly, I am really confused about what is happening to me and my son. I do not understand why we are here at Berks. I want to know when I get to leave. Nobody has talked to me and my son about our rights or what is happening in Akateko. There are other people here that speak Akateko and they seem confused too.

11. I spoke with an immigration official on the phone about why I came to the United States. We used an Akateko interpreter. I told this person about my hard life in Guatemala and why I am afraid for my son to go back there. There is nothing for us in Guatemala. If we return, I am worried my family will starve. I am worried about my family's safety because of the violent gangs in my country. The person on the phone did not ask my son any questions. They said I must wait to see if I get to stay here or if I must go back. I do not know when I will find out what is happening to us.

I, Miguel P██████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I understand, and was read back to me in Spanish.

████████████

Miguel P███████

12-27-2017
Date

Page **2** of 3

## Certificate of Translation

I, Nickole Miller, certify that I am fluent in English and Spanish and that I read the above declaration to Miguel
P████████ in Spanish.

_____

Nickole Miller
University of Baltimore School of Law
1401 N. Charles St.
Baltimore, MD 21201

12/21/2017
_____

Date

Page **3** of **3**

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On January 8, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 2 OF 2 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**]

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1