1
2
3
4
5
6
7
8                              UNITED STATES DISTRICT COURT
9                             CENTRAL DISTRICT OF CALIFORNIA
10                                      WESTERN DIVISION

| | |
|---|---|
| 11  JENNY LISETTE FLORES, et al., | Case No.: CV 85-4544-DMG (AGRx) |
| 12       Plaintiffs, | **ORDER RE *EX PARTE* APPLICATION FOR LEAVE TO FILE DECLARATIONS OF ASYLUM APPLICANTS AND MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL [387]** |
| 13       v. | |
| 14  JEFFERSON B. SESSIONS, Attorney General of the United States, et al., | |
| 15  Defendants. | |

Pursuant to the Plaintiffs' unopposed application for leave to file declarations of asylum-seekers and memoranda identifying such asylum-seekers under seal, and compelling reasons appearing therefor, it is hereby **ORDERED** as follows:

1. The Clerk shall seal Docket Entry No. 387-2.

2. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file under seal the unredacted documents found in Docket Entry Nos. 388-1, 388-2, and 388-3 within three (3) days of this Order.

3. Within three (3) days of the date of this Order, Plaintiffs shall refile the redacted versions of the documents found in Docket Entry Nos. 387-1, 387-2, and 387-3, with the following modifications to the redactions for Docket Entry No. 387-2:

    a. On page 79 of Docket Entry No. 387-2, Plaintiffs shall redact Declarant Aurelia's last name and insert in its place the capitalized initial letter only;

    b. On page 102 of Docket Entry No. 387-2, Plaintiffs shall redact Declarant Giovani's last name and insert in its place the capitalized initial letter only; and

    c. On page 130 of Docket Entry No. 387-2, Plaintiffs shall redact Declarant Luminita's last name and insert in its place the capitalized initial letter only.

**IT IS SO ORDERED.**

DATED: January 9, 2018

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE