CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>          Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>          Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>**[REDACTED]** EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 1 OF 2 **[FILED UNDER SEAL PURSUANT TO ORDER OF THE ) COURT DATED JANUARY 9, 2018]**<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: N/A<br>Time: N/A<br>Room: N/A |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

## INDEX OF EXHIBITS

**VOLUME ONE**

1.  Declaration of Peter Schey (not included)……………………....……………. 1

2.  Excerpts of Exhibits……………………………………………………………. 6

3.  Declaration of Virgina Corrigan (not included)……………………………….. 53

4.  Declaration of Bridget Cambria (not included)………..……………………….. 56

5.  Declaration of Darinel L█████████……………………………………….. 59

6.  Declaration of Alma S█████████████████………………………… 62

7.  Declaration of Ana B█████████████……………………..…………. 67

8.  Declaration of Aurelia D███████……………………..……………….. 71

9.  Declaration of Bessy L█████████……………………………………….. 75

10. Declaration of Blanca E██████████████…………………………….79

11. Declaration of Daili A███████████……………………………….. 82

12. Declaration of Dinora E████████████████…………………….. 86

13. Declaration of Ducesa B██████…………………………………………. 90

14. Declaration of Giovanni D████████…………………………………. 94

15. Declaration of Iris A██████████……………………………………. 98

16. Declaration of Mayra Jeanneth F██████████…………………………. 101

17. Declaration of Jessica N█████████…………………………………. 106

18. Declaration of Jozelia de Oliveira Rodrigues……………………………………. 110

19. Declaration of Karla T██████…………………………………………. 114

20. Declaration of Katherine G████████…………………………………. 118

21. Declaration of Luminita B██████…………………………………………. 122

22. Declaration of Maria D█████████………………………………………. 126

23. Declaration of Maria F██████████████…………………………. 130

24. Declaration of Maybelline Estrada Posada………………………………………. 133

1

1

## VOLUME TWO

2   25. Declaration of Mirna P███████…………………………………………   136

3   26. Declaration of Veronica M████████…………………………………   139

4   27. Declaration of Yamisleidy E████████…………………………………   142

5   28. Declaration of Candida R████████…………………………………   145

6   29. Declaration of Damaris C█████████…………………………………   149

7   30. Declaration of Dora S███████…………………………………………   152

8   31. Declaration of Dorca V██████████…………………………………   156

9   32. Declaration of Dulce O█████████…………………………………   160

10   33. Declaration of Elsa E███████…………………………………………   164

11   34. Declaration of Francis M████████…………………………………   168

12   35. Declaration of Francisca L███████…………………………………   171

13   36. Declaration of Maria V█████████…………………………………   174

14   37. Declaration of Roxana G█████████…………………………………   178

15   38. Declaration of Santos M█████████…………………………………   181

16   39. Declaration of Silvia S███████…………………………………………   185

17   40. Declaration of Wendy W██████████…………………………………   189

18   41. Declaration of Lourdes M███████…………………………………   192

19   42. Declaration of Katya J██████████…………………………………   194

20   43. Declaration of Wilmer A██████████…………………………………   197

21   44. Declaration of Luis C████████…………………………………………   201

22   45. Declaration of Veronica Y██████████…………………………………   205

23   46. Declaration of Denys A███████…………………………………………   209

24   47. Declaration of Maria d██████████…………………………………   212

25   48. Declaration of Nimsy J████████…………………………………………   215

26   49. Declaration of Dania D██████████…………………………………   218

27

28

2

50. Declaration of Irma T█████████…………………………………………… 222

51. Declaration of Juliana M██████████…………………………………… 226

52. Declaration of Cristina J███████…………………………………………… 229

53. Declaration of Fatima Y█████████…………………………………… 231

54. Declaration of Cindy J████████…………………………………………… 234

55. Declaration of Carlos C██████…………………………………………… 237

56. Declaration of Rigoberto L███████…………………………………… 240

57. Declaration of Gaspar M███████…………………………………………… 244

58. Declaration of Juan L████…………………………………………………… 247

59. Declaration of Ignacio B███████…………………………………………… 251

60. Declaration of Martin F█████████…………………………………… 255

61. Declaration of Mario S█████████…………………………………… 259

62. Declaration of Miguel P███████…………………………………………… 262

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

Exhibit 1

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    (213) 629-2020
Email: wharman@orrick.com
     egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| | ) |
| Plaintiffs, | ) EXHIBIT 1 IN SUPPORT OF PLAINTIFFS' MOTION |
| - vs - | ) TO ENFORCE SETTLEMENT AND FOR |
| | ) APPOINTMENT OF A SPECIAL MONITOR: |
| LORETTA E. LYNCH, Attorney | ) DECLARATION OF CLASS COUNSEL |
| General of the United States, *et al*., | ) |
| | ) |
| Defendants. | ) |
| | ) |

1

1

*Plaintiffs' counsel, continued*

2

LA RAZA CENTRO LEGAL, INC.

3

Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295

4

San Francisco, CA 94103
Telephone: (415) 575-3500

5

6

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH

7

PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

8

Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)

9

Annette Kirkham (Cal. Bar No. 217958)

10

152 North Third Street, 3rd floor
San Jose, CA 95112

11

Telephone:     (408) 280-2437
Facsimile:     (408) 288-8850

12

Email: jenniferk@lawfoundation.org

13

         kate.manning@lawfoundation.org
         kyrak@lawfoundation.org

14

         annettek@lawfoundation.org

15

*Of counsel:*

16

YOUTH LAW CENTER

17

Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)

18

832 Folsom Street, Suite 700
San Francisco, CA 94104

19

Telephone: (415) 543-3379 x 3903

20

21

*/ / /*

22

23

24

25

26

27

28

Plaintiffs Ex. 1 Plaintiffs' Motion to Enforce Settlement'

Plaintiffs' Exhibit 1 page 2

3

## DECLARATION OF PETER A. SCHEY

I, Peter A. Schey, depose and say:

1. This declaration is made in support of Plaintiffs' Response to Defendants' First Juvenile Coordinator Reports.

2. I am the Executive Director of the Center for Human Rights and Constitutional Law ("CHRCL") and serve as one of the Class Counsel in the instant litigation.

3. In order to monitor Defendants' efforts at complying with the Courts June 2017 Order, I, along with my staff at CHRCL, coordinated inspections of Customs and Border Protection's ("CBP") Ursula facility on December 8, 2017, the Immigration and Customs Enforcement ("ICE") facility in Dilley, Texas on December 6, 2017 and December 7, 2017, the ICE detention facility in Karnes, Texas, on December 7, 2017, and the ICE facility in Berks, Pennsylvania on December 20, 2017 and December 21, 2017. These inspections are authorized pursuant to Paragraph 33 of the *Flores* Settlement. In addition to inspecting the facilities, pursuant to Paragraph 33 inspection attendees interviewed numerous detained Class Members and their mothers.

4. Teams at each location were comprised of numerous volunteer attorneys and paralegals who fully participated in the inspections and interviews with Class Members and mothers. Before each site visit, teams participated in mandatory orientations to understand their duties and responsibilities. Of Counsel for Plaintiffs, Virginia Corrigan, was also present at several of these visits.

5. As typically done, Class Counsel provided Defendants' Counsel with advance notice of the inspections and the dates of the inspections were mutually agreed upon. Numerous Class Members and mothers of class members have tendered declarations regarding Defendants' compliance with the Settlement and this Court's June 2017 Order and those declarations are filed herewith.

6. Class Counsel was able to determine dates and locations of detention for Class Members apprehended before the end of November 2017 using the most recent monthly reports submitted to Plaintiffs by Defendants pursuant to the Court's August 2015 Order [Doc. # 189]. Due to the

voluminous nature of the report, Plaintiffs have not attached it as an exhibit to their response but can file a copy if the Court deems necessary.

7.  Class Counsel had limited availability and resources to conduct monitoring of Defendants' efforts at compliance. During the relatively short time that monitoring could be conducted, site visit volunteers were able to interview and collect declarations of 60 individuals total, nearly all of whom indicated that there continues to be non-compliance.

8.  After reviewing the Juvenile Coordinator's Reports and the Numerous Declarations Collected, the results do not indicate that Defendants are in or approaching substantial compliance with the Settlement, but rather substantial non-compliance.

I declare under penalty of the perjury that the foregoing facts are true and correct. Executed this 8th day of January, 2018, in Los Angeles, California.

Peter A. Schey

# Exhibit 2

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
T. Wayne Harman (Cal. Bar No. 254089)
Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: wharman@orrick.com
          egarcia@orrick.com
*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| | ) <u>EXHIBIT 2</u> IN SUPPORT OF PLAINTIFFS' |
| Plaintiffs, | ) RESPONSE TO DEFENDANTS' FIRST JUVENILE |
| | ) COORDINATOR REPORTS: EXCERPTS OF CLASS |
| - vs - | ) MEMBER AND ACCOMPANYING PARENT |
| LORETTA E. LYNCH, Attorney | ) DECLARATIONS |
| General of the United States, *et al.*, | ) |
| Defendants. | ) |
| | ) |
| | ) |
| | ) |

*Plaintiffs' counsel, continued*
LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500
THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Kyra Kazantzis (Cal. Bar No. 154612)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:     (408) 288-8850
Email: jenniferk@lawfoundation.org
           kate.manning@lawfoundation.org
           kyrak@lawfoundation.org
           annettek@lawfoundation.org
*Of counsel:*
YOUTH LAW CENTER
Alice Bussiere (Cal. Bar No. 114680)
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379 x 3903

*/ / /*

ii

8

## TABLE OF CONTENTS

A.   BORDER PATROL STATION CONDITIONS ............................................................... 1

1. ACCESS TO FOOD ........................................................................................... 1

2. ACCESS TO CLEAN DRINKING WATER ..................................................... 11

3. UNSANITARY CONDITIONS ........................................................................ 13

4. COLD TEMPERATURES ............................................................................... 20

5. SLEEPING CONDITIONS .............................................................................. 27

B.   FAILURE TO PROVIDE ADVISALS ....................................................................... 33

NOT ADVISED OF FLORES RIGHTS ........................................................................ 33

CBP ........................................................................................................................... 33

ICE ............................................................................................................................ 36

TELEPHONE ACCESS TO CONTACT LAWYERS .................................................. 37

CBP ........................................................................................................................... 37

ICE ............................................................................................................................ 39

C. EFFORTS TO RELEASE MINORS AND DETENTION IN SECURE, UNLICENSED FACILITIES ...... 40

1. FAILURE TO MAKE CONTINUOUS EFFORTS TO RELEASE MINORS .......................... 40

/ / /

A.   BORDER PATROL STATION CONDITIONS

1.   ACCESS TO FOOD

Romanian national Luminita B████ is detained wither her daughter, 12-year-old Flores Class Member, Ducesa B███, at the South Texas Family Residential Center in Dilley, TX. Luminita and her daughter were apprehended on November 18, 2017 after presenting themselves to Border Patrol Agents near McAllen, TX (Rio Grande Valley Sector) and then booked in to Dilley on November 21, 2017. They had been in DHS custody for 20 days when Luminita declared, "The food was awful. It made both my daughter and me nauseated. I vomited repeatedly. I suffer from gastritis and told the guards that I had medication, but they would not let me access it. When I vomited in the waste basket in my cell, they would leave it there until midnight so that the cell smelled like vomit." Declaration of Luminita B███, Ex. 21 ¶ 7.

Darinel L██████, an 18-year-old citizen of Guatemala, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 1-year-old Flores Class Member Daladier L██████. On December 4, 2017, Darinel presented himself and his son to Border Patrol agents at a port of entry near Tornillo, Texas (El Paso Sector) and were immediately taken into custody. Darinel and his son were then transferred to Berks 4 days later. After 18 days in custody, Darinel declared: "At both of these facilities, there was not enough food and my son suffered from hunger the whole time. At the CBP facility, they gave us a cup of soup each for every meal. The soup was just liquid, no solid food. My son was very hungry because he only drank one cup of soup for the first two days when where detained at that facility." Declaration of Darinel L██████, Ex. 5 ¶ 4.

Flores Class Member Maybelline E██████ is a 13-year-old national of El Salvador detained with her mother at the South Texas Family Residential Center in Dilley, TX. Maybelline and her mother were apprehended by Border Patrol Agents on November 18, 2017 near McAllen, TX (Rio Grande Valley Sector) and booked in to Dilley on or about November 21, 2017. After 20 days in detention, Maybelline declared, "The food at la perrera was terrible. We were given a flour tortilla with rice and beans twice a day. Although there was lettuce, the lettuce was spoiled." Declaration of Maybelline E██████, Ex. 24 ¶ 5.

Martin F██████, a citizen of Guatemala, is detained at the Berks County Family Residential Center in Berks, PA, with his daughter, 7-year-old Flores Class Member Juana F██████. On or about November 28, 2017, Martin and his daughter were apprehended by Border Patrol agents at the border near El Paso, Texas (El Paso Sector) and were immediately taken into custody. Martin and his daughter were not transferred to Berks until December 4, 2017, 6 dater. Martin had been in custody for 24 days when he declared, "We were very hungry the six days we were detained by CBP. Three times a day we were given cookies and the children were given some soup. My daughter would cry often because she was so hungry. A few times, I asked CBP officers for food and they said no because it's not time for food." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 6.

Maria V██████, a citizen of Honduras, is detained at the Karnes County Residential Center in Karnes City, Texas, with her son, 12-year-old Flores Class Member Jose A██████. On November 24, 2017 Maria presented herself at the Port of Entry between Juarez, Mexico and El Paso, Texas (El Paso Sector) and was immediately taken into custody. Maria and her son were then transferred to ICE custody on November 25, 2017 and arrived at Karnes two days later. After 14 days in custody, Maria declared, "[W]e had the same kind of food that we had at the previous facility. I was very hungry by

this point because I had not been given enough food to eat. My stomach also got sick and I got diarrhea from eating so much soup. This was difficult because the bathrooms were always full." Declaration of Maria V███████████████, Ex. 36 ¶ 7.

Dora S███████████, a citizen of El Salvador, is detained at the Karnes County Residential Center in Karnes City, Texas, with her daughter, 8-year-old Flores Class Member Katherine E██████████. On November 30, 2017 Dora and her daughter were apprehended after crossing near Brownsville, Texas (Rio Grande Sector), taken into custody, and transferred to Karnes 5 days later. After 8 days in custody, Dora declared, "The day I arrived, I wanted water but they only gave us juice and cookies. They did not give us dinner. We didn't get water or any other food until the next day. The meals in the ice box were ham sandwiches (that sometimes had ice on them) and cold burritos." Declaration of Dora S██████████, Ex. 30 § CBP ¶ 2.

Veronica Y████████████████, a citizen of El Salvador, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her Flores Class Member sons, 3-year-old Alex H█████████████ and 2-year-old Antonio E████████. While still in CBP custody, Veronica declared, "The first day my sons and I arrived, we got here around 7:00 p.m. We were rather hungry and tired. They gave each of us a small bottle of artificial "juice" and a small packet of cookies. That was the only food and drink we got until the next day. That same night, another woman in my cell was thirsty, and she requested water. The guard told her to drink from the sink that was in our cell. The woman declined to drink that way. There were no cups or anything like that." Declaration of Veronica Y███████████████, Ex. 45 ¶ 4.

Alma S███████████, a 17-year-old Flores Class Member and Honduran national detained with her mother at the South Texas Family Residential Center in Dilley, TX. On or about November 15, 2017, Alma and her mother presented themselves to Border Patrol agents after crossing the Rio Grande River into the U.S. Alma had been in DHS custody for 23 days when she declared, "[at la hielera we] got fed the same meal three times a day: a small, cold burrito. I got a bottle of juice with each meal. That was all I had to eat and drink; I was hungry and thirsty. My mother had the same diet, except that she was given no water to drink with any meal, nor between meals. She has told me that she was extremely thirsty. When it was meal time someone came into each cell and rudely gave us the food." Declaration of Alma S██████████, Ex. 6 ¶ 6.

Bessy L██████████ is a Honduran national and mother detained with her three children, Flores Class Members Katherine G█████████████ (14 years old), Dixie Y████████████ (11 years old), and Luis F████████████████ (9 years old), at the South Texas Family Residential Center in Dilley, TX. Bessy and her children were apprehended on November 14, 2017 after entering near Calexico, CA (El Centro Sector) and transferred to ICE's San Diego District Staging facility on November 16, 2017 before arriving at Dilley the following day. They had been in DHS custody for 24 days when Bessy declared, "[in CBP custody] [w]e were fed three times a day, but my daughter was given no snacks. My sons were given crackers and juice." Declaration of Bessy L██████████, Ex. 9 ¶ 3.

Candida R███████████, a citizen of Honduras, is detained at the Karnes County Residential Center in Karnes City, Texas, with her son, 6-year-old Flores Class Member Brian L█████████. On November 26, 2017 Candida presented herself at the Port of Entry between Juarez, Mexico and El Paso, Texas (El Paso Sector) and was immediately

taken into custody and transferred to Karnes 5 days later. After 12 days in custody, Candida declared, "My son lost 3 pounds and got very sick and it seemed like he needed to vomit but he wasn't vomiting. The immigration officials took us to the hospital. I think the reason he got sick was partially because of the food." Declaration of Candida R█████████████, Ex. 28 § CBP ¶ 5.

Class Member mother Jozelia d███████████ is a citizen of Brazil detained with her 1-year-old daughter, Evelyn d██████████, at the South Texas Family Residential Center in Dilley, TX. Jozelia and her daughter were taken into custody by Border Patrol Agents on November 22, 2017 after they presented themselves at the U.S. port of entry at Juarez, Mexico (El Paso Sector). They transferred Jozelia and her daughter to ICE's El Paso Hold Room on November 23, 2017 before arriving at Dilley two days later. They had been in DHS custody for 16 days when Jozelia declared, "[m]y daughter and I arrived in the evening, at about 6 p.m. They gave us nothing to eat when we arrived. My daughter was so hungry. The other mothers warned us not to tell the guards because they would get angry, so I tried to comfort my daughter with the breast. They did not feed us until 6:00 a.m. the next morning." Declaration of Jozelia d██████████, Ex. 18 ¶ 5.

Class Member Alma S████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "[t]he food situation was also similar to how it was in la hielera. The food was basically the same. The difference is that the food was heated a little (it was lukewarm, not hot) in la perrera and they brought me a bottle of juice with every meal, not just once a day. My mother was given a bottle of water with every meal once in the perrera, whereas she had received no water at all in la hielera." Declaration of Alma S█████████████, Ex. 6 ¶ 15.

Ana B███████████, a mother and Honduran national detained with her 6-year-old son and Flores Class Member, Deriz L████████████, at the South Texas Family Residential Center in Dilley, TX. On or about November 9, 2017, Ana and her son presented themselves to Border Patrol agents after crossing the Rio Grande River into the U.S. Ana had been in DHS custody for 29 days when she declared, "[a]t la perrera, we were fed the same food three times a day: a kind of lukewarm bean taco, a churro, an apple, and a bottle of water. Apart from that, there was no other chance to eat or drink. We were fed in the early morning, then again at about 11:00 a.m., then again about 4:00 p.m. We ate while sitting on our mattresses." Declaration of Ana B█████████████, Ex 7 ¶ 5.

Blanca E██████████████ is a citizen of El Salvador and mother detained with her three children, Fabio G████████ (8 years old), Diego G████████ (13 years old), and Leandro G████████ (11 years old), at the South Texas Family Residential Center in Dilley, TX. Blanca and her children were apprehended on October 26, 2017 after presenting themselves to Border Patrol Agents near McAllen, TX (Rio Grande Valley Sector) and booked in to Dilley on October 28, 2017. They had been in DHS custody for 43 days when Blanca declared, "[t]he first place we were in for a day was horrible. … They gave us a cookie and one little bottle of water." Declaration of Blanca E█████████████, Ex. 10 ¶ 4.

Honduran national Maria D████████ is detained wither her son, 1-year-old Flores Class Member, Edisson A██████████, at the South Texas Family Residential Center in Dilley, TX. Maria and her son were apprehended by Border Patrol Agents on November 25, 2017 near McAllen, TX (Rio Grande Valley Sector) and then booked in to Dilley on

3

November 29, 2017. They had been in DHS custody for 13 days when Maria declared, "The food at La Hielera was very bad. We got a little burrito for breakfast, a little burrito for lunch, and all we had for dinner was two pieces of white bread with a piece of fatty ham that was wet like it had been frozen." Declaration of Maria D██████ ██████, Ex. 22 ¶ 3.

Class Member mother Iris A████████████ is a citizen of Honduras detained with her son, 5-year-old Anderson L██████████, at the South Texas Family Residential Center in Dilley, TX. Iris and her son were apprehended by Border Patrol Agents on November 6, 2017 and taken to CBP's McAllen facilities before being booked in to Dilley on November 8, 2017. They had been in DHS custody for 32 days when Iris declared, "[w]e were held in the hielera for about one and a half days... We were provided a sandwich and water." Declaration of Iris A███████ ████████, Ex. 15 ¶ 3.

Ducesa B██████, a 12-year-old Flores Class Member and Romanian national detained with her mother at the South Texas Family Residential Center in Dilley, Tx. Ducesa was apprehended on November 18, 2017 after presenting themselves to Border Patrol Agents near McAllen, TX (Rio Grande Valley Sector) and booked in to Dilley on November 21, 2017. She had been in DHS custody for 20 days when Ducesa declared, "[w]e were given chips and sandwiches, along with water, while we were in this cell. We received only one meal during our time in the cell." Declaration of Ducesa B██████, Ex. 13 ¶ 5.

"The food was awful. It made me nauseated. They would feed us burritos and bad sandwiches three times a day, at 6 a.m., 11 a.m., and 4 p.m. At the same time, they would give us chips, an apple, and a bottle of water. We received nothing to eat for fourteen hours per day (from 4 p.m. to 6 a.m.). I was so hungry because I could not eat the burritos and the sandwiches. I asked for snacks, but they refused to give me any." Declaration of Ducesa B██████, Ex. 13 ¶ 7.

Dinora E████████████████████ is a citizen of El Salvador and mother detained with her daughter, 12-year-old Flores Class Member, Yanci I█████████████████████, at the South Texas Family Residential Center in Dilley, TX. Dinora and her daughter were apprehended on November 17, 2017 after presenting themselves to Border Patrol Agents and booked in to Dilley on November 20, 2017. They had been in DHS custody for 21 days when Dinora declared, "[a]t the holding center, we got the same food three times per day: a burrito, an apple, chips, and a bottle of water. It was the same diet for both kids and adults, with the one difference that the kids also got an extra bottle of juice and some cookies with each meal." Declaration of Dinora E████████████████████, Ex. 12 ¶ 10.

Iris A████████████ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "[W]e were taken to a different holding facility that is referred to as the dog pen-la perrera. We were held there for about a day… We were given a burrito with rice and beans and water." Declaration of Iris A████████████, Ex. 15 ¶ 4.

Class Member mother Jessica N████████████ is a citizen of Honduras detained with her 1-year-old daughter, Briana S█████████████, at the South Texas Family Residential Center in Dilley, TX. Jessica and her daughter were taken into custody by Border Patrol Agents on November 4, 2017 after she entered through Juarez, Mexico (El Paso Sector) and presented herself at a CBP station. They transferred Jessica and her daughter to ICE's El Paso Hold Room on November 6, 2017 before arriving at Dilley the following day. They had been in DHS custody for 34 days when Jessica declared, "[t]o eat, we were given some

4

soups and burritos; we were not given any snacks." Declaration of Jessica N███████, Ex. 17 ¶ 3.

Veronica M█████████ is a citizen of Guatemala and mother detained with her son, 1-year-old Flores Class Member, Adiel R█████████████, at the South Texas Family Residential Center in Dilley, TX. On November 7, 2017 Veronica and her son were apprehended by Border Patrol Agents in Arizona (Tucson Sector) and then transferred to ICE's Phoenix District Office on November 9, 2017 before arriving at Dilley the next day. They had been in DHS custody for 31 days when Veronica declared, "The food at the hielera was bad." Declaration of Veronica M████████, Ex. 26 ¶ 4.

Mexican national Maria F██████████ is detained wither her son, 4-year-old Flores Class Member, Christopher C█████████, at the South Texas Family Residential Center in Dilley, TX. On December 3, 2017 Maria, Christopher, and her two older sons, who happen to be U.S. Citizens, presented themselves to Border Patrol Agents near McAllen, TX (Rio Grande Valley Sector) and were immediately taken into custody. Her U.S. citizen children were released to a family friend and Maria and Christopher were then booked in to Dilley the next day. They had been in DHS custody for 5 days when Maria declared, "We arrived to 3:30 am. We were put in a cell… At 6:00, they came in and kicked us to wake up… They put some food on the floor, some bread, water and an apple. They talked to us harshly." Declaration of Maria F████████████████, Ex. 23 ¶ 5.

Daili A██████████████ is a citizen of Guatemala and mother detained with her daughter, 4-year-old Flores Class Member, Heyssell Z██████████████, at the South Texas Family Residential Center in Dilley, TX. Daili and her daughter were apprehended by Border Patrol Agents on November 10, 2017 after entering through Sonora, Mexico (Tucson Sector) and transferred to ICE's Phoenix District Staging facility on November 13, 2017 before arriving at Dilley the following day. They had been in DHS custody for 28 days when Daili declared, "[at la hielera] [w]e were given a burrito, a cookie and a juice. My daughter wouldn't eat. The whole time we were there, she only had juice. I didn't like it, but I ate so I wouldn't get sick." Declaration of Daili A██████████████, Ex. 11 ¶ 4.

Salvadorian national Mirna P██████████ is detained wither her son, 7-year-old Flores Class Member, Carlos M█████████, at the South Texas Family Residential Center in Dilley, TX. On November 4, 2017 Mirna and her son were apprehended by Border Patrol Agents near Brownsville, TX (Rio Grande Valley Sector) and then booked in to Dilley the next day. They had been in DHS custody for 34 days when Maria declared, "The food at la perrera was bad. My son only ate an apple the two days that we were there." Declaration of Mirna P██████████, Ex. 25 ¶ 4.

Aurelia D██████████ is a mother and Romanian national detained with her 13-year-old son and Flores Class Member, Giovani D█████████, at the South Texas Family Residential Center in Dilley, Tx. Aurelia was apprehended with her son on December 2, 2017 after presenting themselves to Border Patrol Agents near Brownsville, TX (Rio Grande Valley Sector) and booked in to Dilley on or about December 5, 2017. She had been in DHS custody for 5 days when Aurelia declared, "They did not give him enough food. They gave him no breakfast, a frozen sandwich cut in triangles and chips for lunch. Most of the meals were like this (a frozen sandwich and chips). All of the meals were cold except one. That meal was macaroni, which was served a little warm. My son was so hungry that he asked for snacks. They saw

he was just a boy so they gave him some snacks." Declaration of Aurelia D█████████, Ex. 8 ¶ 8.

Flores Class Member Giovanni D██████ is a 13-year-old Romanian national detained with his mother at the South Texas Family Residential Center in Dilley, TX. Giovanni and his mother were apprehended by Border Patrol Agents on December 2, 2017 near Brownsville, TX (Rio Grande Valley Sector) and booked in to Dilley on or about December 5, 2017. After 5 days in detention Giovani declared, "They did not give me enough food. They gave me no breakfast, a frozen sandwich cut in triangles and chips for lunch. Most of the meals were a frozen sandwich and chips. All of the meals were cold except one. That meal was macaroni, which was served a little warm. I was so hungry I asked for snacks, which they gave me." Declaration of Giovanni D████████, Ex. 14 ¶ 8.

Mayra J███████████████ is a citizen of Guatemala and mother detained with her son, 4-year-old Flores Class Member, Dayron F█████████, at the South Texas Family Residential Center in Dilley, TX. On November 14, 2017 Mayra and her son presented themselves to Border Patrol at the port of entry in San Luis Colorado, Arizona (Tucson Sector) and were immediately taken into custody. They were then transferred to ICE's Phoenix District Staging facility on November 15, 2017 before arriving at Dilley on November 17, 2017. They had been in DHS custody for 24 days when Mayra declared, "We were fed three times a day. Sometimes we had cold burritos and other times we were given very cold sandwiches. We were also given bags of chips and apples. There were no snacks in between meals, not even for the children, except for one snack of cookies for my son right when he arrived." Declaration of Mayra J████████████████████, Ex. 16 ¶ 12.

Roxana G██████████████, a citizen of El Salvador, is detained at the Karnes County Residential Center in Karnes City, Texas, with one her three children, 11-year-old Flores Class Member Daniela A████████. On November 26, 2017, Roxana and Daniela presented themselves to Border Patrol agents near El Paso, Texas (El Paso Sector) and were immediately taken into custody. Roxana and her daughter were then transferred to ICE custody on November 27, 2017 and arrived at Karnes the next day. After 12 days in custody, Roxana declared, "For the three days we were there, we were fed only soup for all three meals. The children were given a small packet of animal crackers at dinner and juice whenever the guards felt like it. One of the guards once gave us an extra soup and napkins, but he had to hide it so he wouldn't get in trouble. Once my daughter asked for an extra juice. The guard said that it wasn't a supermarket where she could have whatever she wanted. My daughter was hungry the whole time. She also became sick with diarrhea from eating so much soup and juice that was expired. The guards said that there were a lot of sick children, but there was no medical treatment available." Declaration of Roxana G████████████████, Ex. 37 ¶ 5.

Francis M██████████████, a citizen of Honduras, is detained at the Karnes County Residential Center in Karnes City, Texas, with his son, 6-year-old Flores Class Member Dani E████████. On December 1, 2017, Francis and his son were apprehended by Border Patrol agents after crossing into the United States. They were then taken into custody and transferred to Karnes 4 days later on December 4, 2017. After 7 days in custody, Francis declared, "We were fed a small taco for breakfast and for lunch. For dinner we were given a sandwich. With every meal we were given an apple and some chips." Declaration of Francis M████████████, Ex. 34 ¶ 5.

6

Maria V█████████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "In the first building… [a]ll we were given to eat was three instant soups per day, and occasionally a bean burrito. Some people asked for more food, but we weren't allowed to have more food. The children were given juice and a cookie, but only at mealtimes. Some children were crying very loudly because they didn't have any milk to drink, and sometimes the guards would give those children an extra juice." Declaration of Maria V█████████████, Ex. 36 ¶ 3.

Flores Class Member mother Damaris C█████████████, a citizen of Guatemala, is detained at the Karnes County Residential Center in Karnes City, Texas, with her two children, 3-year-old Missrai I█████████ and 9-year-old Linney S█████████████. On November 16, 2017 Damaris and her children presented themselves to Border Patrol Agents and were immediately taken into custody. After about three days in CBP custody, they were transferred to ICE's Phoenix District Office before arriving at Karnes the following day. They had been in DHS custody for 22 days when Damaris declared, "For breakfast, lunch, and dinner every day we had instant soup. Beyond that all we were given to eat was juice, milk, and cookies." Declaration of Damaris C█████████████, Ex. 29 ¶ 3.

Flores Class Member mother Francisca L█████████, a citizen of Guatemala, is detained at the Karnes County Residential Center in Karnes City, Texas, with her daughter, 4-year-old Meylin R████████. On November 14, 2017, Francisca and her daughter were apprehended by Border Patrol Agents and were immediately taken into custody. After about two days in CBP custody, they were transferred to ICE's Phoenix District Office on November 16, 2017 before arriving at Karnes the following day. They had been in DHS custody for 24 days when Francisca declared, "For food we were given instant soup three times a day. The children got juice and one cookie." Declaration of Francisca L█████████, Ex. 35 ¶ 2.

Silvia S█████████, a citizen of Guatemala, is detained at the Karnes County Residential Center in Karnes City, Texas, with her daughter, 10-year-old Flores Class Member Arlin G████████. On November 17, 2017, Silvia and her daughter were apprehended by Border Patrol agents after crossing the Rio Grande River into the United States. They were then taken into custody and transferred to Karnes on November 19, 2017. After 21 days in custody, Silvia declared, "We did not receive any food when we arrived. We were really hungry because we didn't eat anything that day. We arrived at 2 pm and they gave me food at 5 pm. They provided me and my daughter with a burrito, a small bottle of water and a metallic blanket.

At the CBP facility, we were fed at 7 am, 1 pm, and 5 pm. At breakfast and lunch we were each given a bean burrito and an apple and for dinner we were each given a ham sandwich, an apple and a bag of potato chips. We were given bottled water and snacks." Declaration of Silvia S█████████, Ex. 39 ¶¶ 2, 3.

Dorca V█████████████, a citizen of Honduras, is detained at the Karnes County Residential Center in Karnes City, Texas, with her son, 16-year-old Flores Class Member Alex T█████. On November 16, 2017, Dorca and her son were apprehended after crossing near McAllen, Texas (Rio Grande Sector), taken into custody, and transferred to Karnes on November 19, 2017. After 22 days in custody, Dorca declared, "They gave us a burrito and an apple to eat for breakfast, lunch and dinner." Declaration of Dorca V█████████████, Ex. 31 § CBP ¶ 8.

7

Elsa E█████████████████, a citizen of El Salvador, is detained at the Karnes County Residential Center in Karnes City, Texas, with her daughter, 17-year-old Flores Class Member Kathya E████████████. On November 25, 2017 Elsa presented herself at the Port of Entry between Juarez, Mexico and El Paso, Texas (El Paso Sector) and was immediately taken into custody and transferred to Karnes 7 days later. After 13 days in custody, Elsa declared,"We were very hungry at the port of entry facility. There was not enough food. They just gave us soup and crackers, and once in a while a burrito. We did not get any fruit or vegetables when we were there." Declaration of Elsa E████████████████, Ex. 33 § CBP ¶ 4.

Candida R██████████████ was detained with her 6-year-old son at a CBP facility near McAllen, TX and declared that while there, "We only were given instant soup cups three times a day and sometimes hard animal crackers or burrito. Later they gave us instant soup cups two times a day. Some people wouldn't eat it because it was so bad. I did not eat at all for five days. I only drank water. I lost 8 pounds." Declaration of Candida R███████ ████████, Ex. 28 § CBP ¶ 4.

Flores Class Member Dulce O███████████████, a 16-year-old citizen of Honduras, is detained at the Karnes County Residential Center in Karnes City, Texas, with her mother. On December 1, 2017, Dulce and her mother were apprehended by Border Patrol agents after crossing near Brownsville, Texas (Rio Grande Sector), taken into custody, and transferred to Karnes 4 days later on December 4, 2017. After 7 days in custody, Dulce declared, "Breakfast and lunch was always a burrito an apple and a potato chips in both the ice box and the dog pound. Dinner was always a ham sandwich, an apple and a potato chips." Declaration of Dulce O█████████████, Ex. 32 § CBP ¶ 2.

Class Member Dulce O█████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "They gave us milk that was expired." Declaration of Dulce O█████████████, Ex. 32 § CBP ¶ 4.

Santos M██████████████, a citizen of Honduras, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her Flores Class Member sons, 17-year-old Luis F████████████ and 10-year-old Cristopher G██████████. On December 6, 2017, Santos and her sons were apprehended and taken into custody by Border Patrol agents after crossing the Rio Grande River into the United States near McAllen, TX. After 2 days in CBP custody, Santos declared, "For breakfast and lunch we are given an apple and a burrito with rice, eggs, and beans. For dinner, we are given a ham sandwich and an apple. The sandwich has only a thin slice of ham and a slice of lettuce with no condiments. I don't think it's right to give my sons the same food over and over. They don't want to eat it anymore." Declaration of Santos M██████████████, Ex. 38 ¶ 7.

Rigoberto L██████████, a citizen of Guatemala, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 4-year-old Flores Class Member Gregorio L███. On or about December 10, 2017, Rigoberto and his son presented themselves to Border Patrol agents at the border near El Paso, Texas (El Paso Sector) and were immediately taken into custody. Rigoberto and his son were not transferred to Berks until December 20, 2017, 10 later. Rigoberto had been in custody for 12 days when he declared, "My son and I were very hungry while we were detained by CBP. We were each given a really bad sandwich

and a juice two times a day. It was not enough food for us and it was bad food." Declaration of Rigoberto L▓▓▓▓▓, Ex. 56 ¶ 7.

Rigoberto L▓▓▓▓▓ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there, "On December 20, 2017, my son and I were transferred to the Berks County Residential Center (BCRC). My son refuses to eat the food at BCRC because he is accustomed to eating tortillas and beans and rice. He only eats cookies and rice sometimes. It hurts me to see him eat so little." Declaration of Rigoberto L▓▓▓▓▓, Ex. 56 ¶ 11.

Gaspar M▓▓▓▓▓, a Guatemalan citizen, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 14-year-old Flores Class Member Tomas A▓▓▓▓▓▓▓▓▓▓. On or about November 30, 2017, Gaspar and his son presented themselves to Border Patrol agents at a port of entry and immediately taken into a CBP facility in El Paso, TX. Gaspar and his son were not transferred to Berks until 5 days later. After 22 days in custody, Gaspar declared: "[t]he food was not enough. We were only given a cup of soup for breakfast, a cup of soup for lunch, and a burrito for dinner." Declaration of Gaspar M▓▓▓▓▓, Ex. 57 ¶ 6.

Ignacio B▓▓▓▓▓, a Guatemalan citizen, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 5-year-old Flores Class Member Westin B▓▓▓▓▓▓. On or about December 17, 2017, Ignacio and his son were apprehended by Border Patrol agents after climbing over a wall at the U.S. border and immediately taken to a CBP facility near Presidio, TX (El Paso Sector). Ignacio and his son were not transferred to Berks until December 20, 2017. After 5 days in custody, Ignacio declared, "In the CBP stations, we were given very little food. They gave us some burritos and sandwiches but my son and I were hungry because it was not enough food for both of us." Declaration of Ignacio B▓▓▓▓▓, Ex. 59 ¶ 5.

Mario S▓▓▓▓▓▓▓▓, a citizen of Guatemala, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 8-year-old Flores Class Member Roberto S▓▓▓▓▓▓. On or about December 4, 2017, Mario and his son presented themselves to Border Patrol agents at the Southwest border and were immediately taken to a CBP facility in Texas. Mario and his son were transferred to Berks 4 days later. After 18 days in custody, Mario declared: "We were given water and a burrito in the morning, lunch, and dinner. We did not have access to a shower and there was one toilet for 16 people." Declaration of Mario S▓▓▓▓▓▓▓▓, Ex. 61 ¶ 5.

Darinel L▓▓▓▓▓ is detained at the Berks County Family Residential Center in Berks, PA, with his 1-year old son and while there declared, "At this second facility, they also did not give us enough food. We got some cereal for breakfast, then some solid food for lunch and just liquid soup for dinner. My son continued to suffer from hunger during the time we were detained there." Declaration of Darinel L▓▓▓▓▓, Ex. 5 ¶ 7.

17-year-old Flores Class Member Katya J▓▓▓▓▓▓▓▓▓▓▓, a citizen of El Salvador, was detained with her father at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX. On December 6, 2017, Katya and her father presented themselves to Border Patrol agents after crossing the Rio Grande River into the United States. Katya had been in custody for two days when she declared, "I ate some tortillas with rice and beans, an apple, some chips, juice and a water.  They asked me whether I had come with my father and they took me to

9

see him for about 15 minutes.  It wasn't enough time – I was crying because I was scared to leave him again.  I went back to the large room and we were fed again but I didn't eat because the food is always the same.  The taco is the only warm food we get." Declaration of Katya J█████████████████████, Ex. 42 ¶ 4.

Wilmer Alexis A█████████████, a citizen of Honduras, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with his son, 8-year-old Flores Class Member Wilmer A█████████████. On December 6, 2017, Wilmer and his son presented themselves to Border Patrol agents crossing the Rio Grande River into the U.S. near Roma, TX. Wilmer had been in CBP custody for 2 days when he declared, "When we were taken here, they gave me and my son each a churro and a bottle of water. We were put in a fenced -in cell just for men with kids. My son and I were patted down. After about six hours, we were taken to the other side of the building." Declaration of Wilmer Alexis A█████████████, Ex. 43 ¶ 3.

Wilmer Alexis A█████████████ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "While we were on the processing side of the building, we were given no food of water." Declaration of Wilmer Alexis A██████████, Ex. 43 ¶ 4.

Wilmer Alexis A█████████████ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "On the detention side, we get three meals per day. I don't know what times the meals are. A meal consists of a lukewarm burrito, an apple, some cookies, and a bottle of water. We also have received juice (both fathers and sons). Between meals, I have been able to ask for water and cookies for my son." Declaration of Wilmer Alexis A█████████████, Ex. 43 ¶ 5.

Luis C█████████████, a citizen of Guatemala, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with his daughter, 3-year-old Flores Class Member Darolin A█████████████. On December 6, 2017, Luis and his daughter presented themselves to Border Patrol agents after crossing the Rio Grande River into the United States near McAllen, TX. After 2 days in custody, Luis declared, "While we have been here, we have been receiving three meals per day, consisting of a burrito or a sandwich, chips, and an apple plus water. For the kids, we can request cookies and artificial "juice" between meals." Declaration of Luis C█████████████, Ex. 44 ¶ 4.

Veronica Y█████████████ was detained with her two class member children at a CBP facility near McAllen, TX and declared that while there, "Yesterday, for breakfast we were each given a burrito, an apple, a type of cookie called "nutrifruit" and milk. For lunch we were each given a burrito, an apple, water, and some chips. For dinner we were each given a sandwich consisting of a single slice of ham between slices of bread along with an apple, water, and chips. The sandwich seemed to have just been taken out of a freezer. Between meals we can request artificial juice and cookies." Declaration of Veronica Y█████████████, Ex. 45 ¶ 5.

Maria d█████████████, a citizen of El Salvador, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her daughter, 1-year-old Flores Class Member Lesly S█████████████. On December 6, 2017, Maria and her daughter were apprehended and taken into custody by Border Patrol agents after crossing the Rio

10

Grande River into the United States near McAllen, TX. After 2 days in CBP custody, Maria declared, "My daughter does not like the food here. I think that the food should be more targeted for children. Here they only give burritos and ham sandwiches but since my daughter won't eat that she eats mostly cookies and juice." Declaration of Maria d████████ ████████████, Ex. 47 ¶ 4.

17-year-old Flores Class Member Irma T█████████████, a citizen of Guatemala, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX. On November 29, 2017, Irma was apprehended and taken into custody by Border Patrol agents after crossing into the U.S. near McAllen, TX. After 10 days in custody, Irma declared, "They fed us three times a day. It was always the same thing- Lay's, meat hamburger, apples, and bottles water. I didn't like it. In my country we don't that." Declaration of Irma T█████████████, Ex. 50 ¶ 2.

Class Member Irma T█████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "Here they feed us Lay's, hamburgers, apples and water. The same for breakfast, lunch, dinner, in the morning and the afternoon. I eat when they tell me to. There are cookies and juice but I hardly eat them." Declaration of Irma T█████ ████████, Ex. 50 ¶ 6.

Cindy J█████████████, a citizen of Honduras, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her son, 2-year-old Flores Class Member Axel S█████████████. On December 7, 2017, Cindy and her son were apprehended and taken into custody by Border Patrol agents after crossing the Rio Grande River into the United States. After 1 day in custody, Cindy declared: "My son has eaten very little here. They only give us burritos and sandwiches and he does not like them. They woke us up in the middle of the night to call everyone's names." Declaration of Cindy J█████████████, Ex. 54 ¶ 4.

2.   Access to Clean Drinking Water

Bessy L█████████ was detained with her three class member children at a CBP facility near McAllen, TX and declared that while there, "We were not given clean water to drink. We had to drink water from the bathroom sink with our bare hands, which were dirty since we were not able to wash them after toileting because there was no soap." Declaration of Bessy L█████████, Ex. 9 ¶ 5.

Mayra J█████████████ was detained with her 4-year-old son at a CBP facility near McAllen, TX and declared that while there, "The only water we had to drink was from the tap on the sink in the bathrooms. There were no cups to drink from, so we had to use our hands to drink. There was no soap for us to use to wash our hands, so we were drinking from our dirty hands. This was all very strange and uncomfortable for us." Declaration of Mayra J█████████████, Ex. 16 ¶ 13.

Damaris C█████████████ was detained with her two class member children at a CBP facility near McAllen, TX and declared that while there, "We drank water out of the sink and it tasted like it had chlorine." Declaration of Damaris C█████████████, Ex. 29 ¶ 3.

Francisca L█████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "We drank water out of the sink." Declaration of Francisca L█████████, Ex. 35 ¶ 2.

11

Flores Class Member Katherine G████████ is a 15-year-old Guatemalan national detained with her mother, Bessie Lorena Nunez Escobar, and two younger brothers, Luis Fernando Gutierrez Nunez (9-years-old) and Dixie Voel Gutierrez Nunez (11-years-old), at the South Texas Family Residential Center in Dilley, TX. Katherine and her family were apprehended by Border Patrol Agents on November 14, 2017 near Calexico, CA (El Centro Sector) and transferred to ICE's San Diego District Staging facility on November 16, 2017 before arriving at Dilley the following day. They had been in DHS custody for 24 days when Katherine declared, "We were not given clean water to drink. We had to drink water from the bathroom sink with our bare hands, which were dirty since we were not able to wash them after toileting because there was no soap." Declaration of Katherine G████████, Ex. 20 ¶ 5.

Class Member Alma S████████ was detained at a CBP facility near McAllen, TX and declared that while there, "[at la hielera] I got a bottle of juice with each meal. That was all I had to eat and drink; I was hungry and thirsty. My mother had the same diet, except that she was given no water to drink with any meal, nor between meals. She has told me that she was extremely thirsty. When it was meal time. someone came into each cell and rudely gave us the food." Declaration of Alma S████████, Ex. 6 ¶ 6.

Maria V████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "In the first building where we were held, we were only given one small bottle water at mealtimes - three times a day." Declaration of Maria V████████, Ex. 36 ¶ 3.

Maria V████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "[At the second CBP facility] [w]e were only given water at mealtimes…" Declaration of Maria V████████, Ex. 36 ¶ 7.

Dorca V████████ was detained with her 16-year-old son at a CBP facility near McAllen, TX and declared that while there, "They gave us bottled water." Declaration of Dorca V████████, Ex. 31 § CBP ¶ 8.

Elsa E████████ was detained with her 17-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "We did get bottled water." Declaration of Elsa E████████, Ex. 33 § CBP ¶ 4.

Wendy W████████, a citizen of Honduras, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her Flores Class Member sons, 10-year-old Hector Emmanuel Sanchez-Martinez and 4-year-old Josue Eduardo Antunez-Martinez. On December 6, 2017, Wendy and her sons presented themselves to Border Patrol agents after crossing into the United States and were immediately taken into custody. Wendy had been in custody for two days when she declared, "At one in the morning this morning, they took my younger son and I to another room.  My older son is being held on the other side of the room from me; I can see him sometimes but not talk to him.  My younger son and I have not been able to shower or brush our teeth, but my older son has.  We have not been provided with clean clothing.  We get bottled water with our meals.  Between our meals, we are able to drink water from a big thermos, but it tastes like chlorine." Declaration of Wendy W████████, Ex. 40 ¶ 5.

12

Wilmer Alexis A████████████ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "While we were on the processing side of the building, we were given no food of water." Declaration of Wilmer Alexis A████████, Ex. 43 ¶ 4.

Wilmer Alexis A████████████ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "On the detention side, we get three meals per day. I don't know what times the meals are. A meal consists of a lukewarm burrito, an apple, some cookies, and a bottle of water. We also have received juice (both fathers and sons). Between meals, I have been able to ask for water and cookies for my son." Declaration of Wilmer Alexis A████████████, Ex. 43 ¶ 5.

Veronica Y████████████ was detained with her two class member children at a CBP facility near McAllen, TX and declared that while there, "The first day my sons and I arrived, we got here around 7:00 p.m. We were rather hungry and tired. They gave each of us a small bottle of artificial "juice" and a small packet of cookies. That was the only food and drink we got until the next day. That same night, another woman in my cell was thirsty, and she requested water. The guard told her to drink from the sink that was in our cell. The woman declined to drink that way. There were no cups or anything like that." Declaration of Veronica Y████████████████, Ex. 45 ¶ 4.

3.   UNSANITARY CONDITIONS

Jozelia d████ Oliveira Rodriguez was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "After we went to the immigration authorities, they took us in a police vehicle, similar to a paddy wagon, to a facility that was damp, cold, and dirty. The toilet was inside the cell with us. No one could bathe. The smell was very bad. One woman had been there for four days with her one-year-old daughter, without being able to bathe. There were eight people in the cell with us, women and children from babies to a girl who was 16 years of age." Declaration of Jozelia d████ Oliveira Rodriguez, Ex. 18 ¶ 3.

Aurelia D████████ was detained with her 13-year-old son at a CBP facility near McAllen, TX and declared that while there, "Prior to arriving at the Dilley Center, we were detained at another facility for approximately three days where there were no hygiene products. There was no soap, no water for washing our hands or face, no toothbrushes or toothpaste." Declaration of Aurelia D████████, Ex. 8 ¶ 3.

Damaris C████████████ was detained with her two class member children at a CBP facility near Phoenix, AZ and declared that while there, "We were not able to bath or wash ourselves. We were not given soap or toothpaste. We were not able to wash ourselves the whole time we were there. The toilet was in the cell and the short wall allowed everyone to see us use the bathroom and the smell was bad sometimes." Declaration of Damaris C████████████████, Ex. 29 ¶ 3.

Rigoberto L████████ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there, "At both facilities, there was only one toilet for about eight people. There was no soap to wash our hands.  There were showers but we were not given any soap or shampoo to shower." Declaration of Rigoberto L████████, Ex. 56 ¶ 10.

13

Bessy L███████ was detained with her three class member children at a CBP facility near San Diego and declared that while there, "Prior to arriving at the Dilley Center, we were detained at another facility for three days where there were no hygiene products. There was no soap to wash our hands, no toothbrushes or toothpaste. We went the whole time without washing or bathing. We had no clean clothes." Declaration of Bessy L██████ ████, Ex. 9 ¶ 3.

Class Member Maybelline E██████████ was detained at a CBP facility near McAllen, TX and declared that while there, "[W]e were taken to a holding facility that is referred to [as] the *hielera* – the freezer, for about 6 hours. The conditions were very crowded and the sanitation system was not working well…". Declaration of Maybelline E████████, Ex. 24 ¶ 3. (detained 20 days)

Class Member Alma S█████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "When we first got to the perrera, we were finally given a chance to shower. When we showered, they gave us a change of clothes to wear for a few hours while they washed the clothes we had come in. After that shower, we had no access to running water (no soap, no toothpaste, no sink) for the rest of our time there. For when people had to go to the bathroom, there was a porta-potty accessible from each cage." Declaration of Alma S████████████, Ex. 6 ¶ 9.

Bessy L███████ was detained with her three class member children at a CBP facility near McAllen, TX and declared that while there, "We were not given clean water to drink. We had to drink water from the bathroom sink with our bare hands, which were dirty since we were not able to wash them after toileting because there was no soap." Declaration of Bessy L█████████, Ex. 9 ¶ 5.

Jozelia d█████████████ was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "Because there were several babies, there were dirty diapers. We had to ask the officers for clean diapers. We had to throw the dirty diapers in the trashcan inside the cell, which made it smell even worse. I never saw them take the dirty diapers away the entire time I was there. The smell was intensely powerful." Declaration of Jozelia d████████████, Ex. 18 ¶ 4.

Jozelia d█████████████ was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "There was no soap, no toothbrushes, no toothpaste. When someone went to the toilet, others could see that she was going to the bathroom." Declaration of Jozelia d████████████, Ex. 18 ¶ 9.

Ana B███████████ and her 6 year old son were detained at a CBP facility near McAllen, TX and declared, "While my son and I were at la perrera, there were no sanitary facilities to use except a porta-potty which was in each cell. When we first got there, we were led to take a shower, and at that time they washed our clothes. (They gave us some clothes to wear for a few hours until our own clothes came back from the laundry.) In our cell, there was no place to wash and no soap, toothbrushes or toothpaste." Declaration of Ana B██████████████, Ex 7 ¶ 6.

Blanca E█████████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "The first place we were in for a day was horrible… There were no private bathrooms. We were packed in a cell with at least

forty other women, plus their children." Declaration of Blanca E███████████████, Ex. 10 ¶ 4.

Maria D████████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared that while there, "[At la hielera t]here were no showers or any way to wash up. Everyone in the cell could see the toilet. There was no door. We tried to cover it with a garbage can, so there was no privacy to use the bathroom." Declaration of Maria D████████, Ex. 22 ¶ 3.

"[W]e were taken to a different holding facility that is referred to as the dog pen-la perrera. We were held there for about a day… We were able to shower, but we were not provided with any toothbrushes or toothpaste." Declaration of Iris A████████████, Ex. 15 ¶ 4.

Class Member Ducesa B██████ was detained at a CBP facility near McAllen, TX and declared that while there, "There were no hygiene products available for us in this cell. There was no soap to wash our hands, no toothbrushes or toothpaste. There was a toilet in the cell, right there in the room with us. A short wall went up halfway, meaning we had no privacy when we used it. We were not allowed to shower while we were in the cell." Declaration of Ducesa B██████, Ex. 13 ¶ 3.

Class Member Ducesa B██████ was detained at a CBP facility near McAllen, TX and declared that while there, "We were not allowed to shower until November 20. We had no clean clothes until the day we were allowed to shower, when they gave my mother and me a change of clothing and washed and returned the clothes we had been wearing." Declaration of Ducesa B██████, Ex. 13 ¶ 6.

Luminita B██████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "There were no hygiene products available for us in this cell. There was no soap to wash our hands, no toothbrushes or toothpaste. There was a toilet in the cell, right there in the room with us. A short wall went up halfway, meaning we had no privacy when we used it. We were not allowed to shower while we were in the cell." Declaration of Luminita B██████, Ex. 21 ¶ 3.

Luminita B██████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "We were not allowed to shower until November 20. We had no clean clothes until the day we were allowed to shower, when they gave my mother and me a change of clothing and washed and returned the clothes we had been wearing." Declaration of Luminita B██████, Ex. 21 ¶ 6.

Luminita B██████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "The food was awful. It made both my daughter and me nauseated. I vomited repeatedly. I suffer from gastritis and told the guards that I had medication, but they would not let me access it. When I vomited in the waste basket in my cell, they would leave it there until midnight so that the cell smelled like vomit." Declaration of Luminita B██████, Ex. 21 ¶ 7.

Luminita B██████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "They had us go to the bathroom in roofless portable toilets. There was only half a door, and if I stood up, everybody would be able to see me and I would be able to see them. There was no privacy. This is not good for us. There were men

15

around, and I never knew if they were watching as we used the toilet. I wanted a place to change my clothes, but there was no place I could do it. It was a humiliating experience." Declaration of Luminita B████, Ex. 21 ¶ 11.

Dinora E███████████████ was detained with her 12-year-old daughter at a CBP facility near McAllen, TX and declared while there, "The second day we were there, we got to take a shower. At that time they lent each of us a change of clothes while they washed and dried our own clothes. The day that we were allowed to shower, we were able to brush our teeth. Apart from that we had no access to running water (no shower, no sink) and no toiletries of any kind for the whole time we were at the holding center." Declaration of Dinora E███████████████, Ex. 12 ¶¶ 12, 13.

Jessica N████████ and her 1-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "I was able to take a shower one day, but some of the other women there said they had spent four or five days without bathing." Declaration of Jessica N████████, Ex. 17 ¶ 3.

Veronica M████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared while there, "We were not provided with any toothbrushes or toothpaste." Declaration of Veronica M████████, Ex. 26 ¶ 4.

Daili A████████ and her 4-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "[At la hielera] [t]here were 4 or 5 toilets in the same room. There's no door. We were never given water, but rather told to drink from the toilet. We bathed twice, but we had to put our dirty clothes back on." Declaration of Daili A████████, Ex. 11 ¶ 5.

Mirna P████████ and her 7-year-old son were detained at a CBP facility near McAllen, TX and declared while there, "We were able to shower, but we were not provided with any toothbrushes or toothpaste." Declaration of Mirna P████████, Ex. 25 ¶ 4.

Yamisleidy E████████ is a citizen of Cuba and mother detained with her daughter, 3-year-old Flores Class Member, Anyeli M████████████, at the South Texas Family Residential Center in Dilley, TX. On November 27, 2017 Yamisleidy and her daughter presented themselves to Border Patrol Agents at the port of entry in Laredo, TX (Laredo Sector) and were immediately taken into custody. They were then transferred to Dilley on November 28, 2017. They had been in DHS custody for 11 days when Yamisleidy declared, "There was no water, nowhere to wash." Declaration of Yamisleidy E████████, Ex. 27 ¶ 2.

Yamisleidy E████████ and her 3-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "There was no bathroom there. The bathroom was outside and open and there was no privacy." Declaration of Yamisleidy E████████, Ex. 27 ¶ 3.

Class Member Giovanni D████████ was detained at a CBP facility near McAllen, TX and declared that while there, "Prior to arriving at the Dilley Center, we were detained at another facility for approximately three days where there were no hygiene products. There was no soap, no water for wasng our hands or face, no toothbrushes or toothpaste." Declaration of Giovanni D████████, Ex. 14 ¶3.

16

25

Class Member Katherine G█████████ was detained at a CBP facility near McAllen, TX and declared that while there, "Prior to arriving at the Dilley Center, we were detained at another facility for three days ere there were no hygiene products. There was no soap to wash our hands, no toothbrushes or toothpaste. We went the whole time without washing or bathing. We had no clean clothes." Declaration of Katherine G█████████, Ex. 20 ¶ 3.

Mayra J█████████ was detained with her 4-year-old son at a CBP facility near McAllen, TX and declared that while there, "We were allowed to shower. I remember that the water was first extremely hot and then very, very cold. We were given a change of clothes and a snack of potato chips, juice, and an apple. We turned over our own clothes, which were laundered and returned to us the following day." Declaration of Mayra J█████████, Ex. 16 ¶ 7.

Mayra J█████████ was detained with her 4-year-old son at a CBP facility near McAllen, TX and declared that while there, "There were no toothbrushes and no toothpaste for us to use in the hielera. The toilet was an open-air toilet in the same room with us. There was a partial wall, but It didn't reach the floor and only went about waist-high when we stood, so there was very little privacy. Some of us had to hold up sheets while one of us used the toilet so that everybody else, including men in the hallway, couldn't see us as we used the toilet." Declaration of Mayra J█████████, Ex. 16 ¶¶ 14, 15.

Flores Class Member Karla T█████ is a 15-year-old Guatemalan national detained with her mother and 5-year-old niece at the South Texas Family Residential Center in Dilley, TX. Karla and her family were apprehended by Border Patrol Agents on November 10, 2017 near McAllen, TX (Rio Grande Valley Sector) and booked in to Dilley on or about November 15, 2017. After 28 days in detention, Karla declared, "[t]hey took us to the hielera for two days… There was no soap, no toothpaste, and no toothbrushes." Declaration of Karla T█████, Ex. 19 ¶ 5.

"We weren't given clean clothes and we had no chance to bathe. We weren't given a toothbrush, toothpaste, or soap except to wash our hands in the bathroom. There was only one bathroom, and we often had to wait." Declaration of Maria V█████████, Ex. 36 ¶ 5.

Maria V█████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "We didn't get any hygiene items or clean clothes, and we didn't have the chance to take a shower." Declaration of Maria V█████████, Ex. 36 ¶ 9.

Francisca L█████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "For the whole 3 days we were not given soap or toothpaste or clean clothing. We were not able to bath or wash ourselves." Declaration of Francisca L█████████, Ex. 35 ¶ 2.

Dorca V█████████ was detained with her 16-year-old son at a CBP facility near McAllen, TX and declared that while there, "In the first room I was in, there was a toilet in the cell. There was only a short half wall. People could see you using the toilet. In the second area I was in, there were portable toilets. It was really dirty. They didn't clean it often and a lot of people were using it." Declaration of Dorca V█████████, Ex. 31 ¶ 3.

17

Dorca V█████████████ was detained with her 16-year-old son at a CBP facility near McAllen, TX and declared that while there, "We were very wet and muddy from the river when we arrived. They did not let us change until Saturday. Then they let us shower, change and wash our clothes but until then we were wet and muddy… The only day we were allowed to shower was Saturday." Declaration of Dorca V███████████████, Ex. 31 ¶ 6.

Elsa E████████████ was detained with her 17-year-old daughter at a CBP facility near McAllen, TX and declared that while there "We did not have the opportunity to shower a single time while we were at the port of entry. They did not give us toothbrushes and did not allow us to change or wash our clothes." Declaration of Elsa E███████ ███, Ex. 33 § CBP ¶ 6.

Candida R█████████████ was detained with her 6-year-old son at a CBP facility near McAllen, TX and declared that while there, "I only showered once the whole time I was there. Neither of us got toothbrushes until Tuesday." Declaration of Candida R████████ █████, Ex. 28 § CBP ¶ 7.

Class Member Dulce O████████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "There was a toilet in the cell protected by only a small wall. I was very embarrassed." Declaration of Dulce O█████████████, Ex. 32 § CBP ¶ 1.

Class Member Dulce O████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "I was only able to shower one time in the 4 days I was there. That was also the only day I was able to brush my teeth." Declaration of Dulce O██████████, Ex. 32 § CBP ¶ 4.

Dora S████████████ was detained with her 8-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "I did not get a toothbrush and I did not have the opportunity to shower." Declaration of Dora S███████████, Ex. 30 § CBP ¶ 4.

Dora S████████████ was detained with her 8-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "There were portable toilets. My daughter and I didn't take a shower the whole time we were there. They lined us up in groups of ten to shower. When it was my turn, I was called to do an interview so I was not able to go in. They did not give us a toothbrush or a pillow. We only had the aluminum blanket." Declaration of Dora S██████████████, Ex. 30 § CBP ¶ 8.

Santos M████████████ was detained with his two class member sons at a CBP facility near McAllen, TX and declared while there, "My sons have now showered once in the new area. They were given toothbrushes when they went to shower but it they had to throw it away and could not use it again. At home I make them brush their teeth three times a day. The immigration officials threw away the toothbrush that I brought, along with my toothpaste, comb, and shampoo. I have not been allowed to brush my teeth or shower since we entered the United States." Declaration of Santos M██████████████, Ex. 38 ¶ 8.

Gaspar M█████████ was detained with his 14-year-old son at the Berks County Family Residential Center in Berks, PA and declared that while there, "At the El Paso facility, we were only provided access to the bathrooms during three scheduled periods per day. We

did not have access to showers until the last day before we were moved to Berks."
Declaration of Gaspar M███████, Ex. 57 ¶ 5.

Juan L█████, a citizen of Guatemala, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 15-year-old Flores Class Member Nolberto L███████. On or about November 27, 2017, Juan and his son presented themselves to Border Patrol agents at the border near El Paso, Texas (El Paso Sector) and were immediately taken into custody. Juan and his son were transferred to Berks 3 days later. After 25 days in custody, Juan declared, "We had access to bathrooms and sinks. We did not have access to showers until the last day we were there and were told we were being moved to another facility. At that time, we were allowed to shower before departing." Declaration of Juan L█████, Ex. 58 ¶ 7.

Ignacio B███████ was detained at the Berks County Family Residential Center in Berks, PA with his 5-year-old son and while there declared, "My son and I did not have access to a shower for three days until we were moved to the last CBP facility." Declaration of Ignacio B███████, Ex. 59 ¶ 6.

Martin F███████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "We were not given access to shower until the very last day. I asked for toothpaste to brush me and my daughter's teeth but it was not given to us." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 9.

Martin F███████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "When my daughter needs to take a shower at BCRC, she showers alone after I go in and turn the water on for her, and a male staff waits outside the door for her to finish showering." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 12.

Mario S███████ was detained at the Berks County Family Residential Center in Berks, PA, with his 8-year-old Flores Class Member son and declared while there, "We were given water and a burrito in the morning, lunch, and dinner. We did not have access to a shower and there was one toilet for 16 people." Declaration of Mario S███████, Ex. 61 ¶ 5.

Darinel L███████ is detained at the Berks County Family Residential Center in Berks, PA, with his 1-year old son and while there declared, "The conditions were not good. There were 8 adults and all of our children in the same small locked room… The toilet was in the same room with all of us." Declaration of Darinel L███████, Ex. 5 ¶ 5.

Wendy W███████ was detained with her two class member sons at a CBP facility near McAllen, TX and declared while there, "My younger son and I have not been able to shower or brush our teeth, but my older son has. We have not been provided with clean clothing." Declaration of Wendy W███████, Ex. 40 ¶ 5.

"We arrived to the Rio Grande Valley Central Processing Center yesterday afternoon. We got wet from the river and we have not yet received clean clothes or the opportunity to take a shower." Declaration of Lourdes M███████, Ex. 41 ¶ 3.

19



Wilmer Alexis A▮▮▮▮▮▮▮▮▮ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "While we were on the processing side of the building, we were given no food or water. In our cell, there was a toilet behind a low wall which we could use." Declaration of Wilmer Alexis A▮▮▮▮▮▮▮▮▮, Ex. 43 ¶ 4.

Nimsy J▮▮▮▮▮▮▮▮▮▮, a citizen of Guatemala, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her son, 2-year-old Flores Class Member Jose C▮▮▮▮▮▮. On December 4, 2017, Nimsy and her son presented themselves to Border Patrol agents at the port of entry at Roma, TX. Nimsy had been in CBP custody for 4 days when she declared, "On Wednesday, December 6th we were transferred her to this processing center. We were put into a very cold cell with a lot of people. I had to use a toilet that was behind a short wall with no door. People could see me using the bathroom. I felt very uncomfortable. My son is still in diapers but there were a lot of other children there that I imagine felt very uncomfortable not having privacy went they used the bathroom." Declaration of Nimsy J▮▮▮▮▮▮▮▮▮, Ex. 48 ¶ 3.

Class Member Irma T▮▮▮▮▮▮▮▮▮ was detained at a CBP facility near McAllen, TX and declared that while there, "The day I arrived, they told us that it was our turn to shower. We went in a group and there were about 10 bathrooms. I could shower and brush my teeth. I could watch tv while waiting. That was the only time I showered." Declaration of Irma T▮▮▮▮▮▮▮▮, Ex. 50 ¶ 5.

Cindy J▮▮▮▮▮▮▮▮ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared while there, "We were put into a cell with a lot of other people where we spent one night. The toilet was only hidden by a short wall and had no door so people could see me using the bathroom. I was very embarrassed." Declaration of Cindy J▮▮▮▮▮▮▮▮▮, Ex. 54 ¶ 3.

Carlos C▮▮▮▮▮, a citizen of Guatemala, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with his daughter, 10-year-old Flores Class Member Miria C▮▮▮▮▮. On December 6, 2017, Carlos and his daughter were apprehended and taken into custody by Border Patrol agents after crossing the Rio Grande River into the United States near McAllen, TX. After 2 days in custody, Carlos declared: "My daughter was allowed to shower once since we arrived but I have not been allowed to. They also gave my daughter a toothbrush but have not given me one." Declaration of Carlos C▮▮▮▮▮, Ex. 55 ¶ 5.

4.   COLD TEMPERATURES

Class Member Alma S▮▮▮▮▮▮▮▮▮▮ was detained at a CBP facility near McAllen, TX and declared that while there, "[l]a hielera was extremely cold. Since we had crossed the Rio Grande on inner tubes our clothes were wet when we were taken into detention. We were not offered any dry clothes for the two days and two nights we were there; they just gave us each a space blanket, which barely helped at all." Declaration of Alma S▮▮▮▮▮▮▮▮▮▮, Ex. 6 ¶ 3.

Dinora E▮▮▮▮▮▮▮▮▮▮▮▮ was detained with her 12-year-old daughter at a CBP facility near McAllen, TX and declared while there, "[i]t was very cold in there. Everyone detained there complained about the temperature. We each got a space blanket, but that was not nearly sufficient. When we arrived, our clothes were wet, which made the

20

situation worse for us." Declaration of Dinora E███████████████████, Ex. 12 ¶ 11.

Aurelia D█████████ and her 13-year-old son were detained at a CBP facility near McAllen, TX and declared that while there, "[i]t was so cold that our teeth would hurt and our throats would hurt. We were given nothing but a plastic blanket to keep us warm. I asked the guards to please turn down the air conditioner, but they refused." Declaration of Aurelia D█████████, Ex. 8 ¶ 5.

Mayra J████████████████████ was detained with her 4-year-old son at a CBP facility near McAllen, TX and declared that while there, "It was very, very cold in this cell and many of the children were sick. Some had fevers, but they did not receive medical care... I asked them to turn down the temperature, but they refused." Declaration of Mayra J███████████████, Ex. 16 ¶ 9.

Rigoberto L████████ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there "The temperature in both CBP facilities was very, very cold.  My son was crying. I had to put a towel over him that I brought from Guatemala because he was so cold. My son said his body hurt from the cold. It was very hard to sleep with that temperature." Declaration of Rigoberto L████████, Ex. 56 ¶ 8.

Class Member Alma S███████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "it was very cold in the perrera. They gave us space blankets, but they were not sufficient to keep ourselves warm. In the perrera, I saw a number of small children who were having respiratory problems due to the cold air. They had colds and were coughing a lot." Declaration of Alma S███████████████, Ex. 6 ¶ 14.

Iris A███████████ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "[a]fter we were apprehended, we were taken to a holding cell, one of those places that we call a hielera, meaning "freezer," because it was so cold. The cold was unbearable. We were held in the hielera for about one and a half days." Declaration of Iris A███████████, Ex. 15 ¶ 3.

Bessy L████████████ was detained with her three class member children at a CBP facility near McAllen, TX and declared that while there, "[i]t was very cold and we had to sleep on the cement floor. We were given nothing to keep us warm except one aluminum blanket each, with no mats, and the immigration officials took my sweater when they put us in this cell. My children was so cold that I gave them my blanket to put on the floor underneath them to keep warm, with the other blankets on top of them. I remained awake and sitting up most of the night." Declaration of Bessy L████████████, Ex. 9 ¶ 4.

Jozelia d███████████████ was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "[t]he facility was so full that there were no mattresses or blankets for me or my daughter. I spent the night on a concrete bench sitting upright with my daughter in my arms. It was cold, very cold. It was cold all night. The light was always on. It was impossible for me to sleep. I might have dozed off, but barely." Declaration of Jozelia d███████████████, Ex. 18 ¶¶ 6, 7.

21

Ana B████████████ and her 6 year old son were detained at a CBP facility near McAllen, TX and declared while there, "[i]t was very cold in [la perrera], with concrete floors. We each got a foil 'blanket', which helped, but only a little... It was hard to sleep due to the cold... Many young children were coughing throughout the night because of the cold" Declaration of Ana B████████████, Ex 7 ¶ 4.

Blanca E████████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "[t]he first place we were in for a day was horrible. It was very, very cold... There were no mats or blankets, although they gave us sweatshirts." Declaration of Blanca E████████████, Ex. 10 ¶ 4.

Iris A████████ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "we were taken to a different holding facility that is referred to as the dog pen-la perrera. We were held there for about a day. It was also very cold there." Declaration of Iris A████████, Ex. 15 ¶ 4.

Class Member Ducesa B████ was detained at a CBP facility near McAllen, TX and declared that while there, "[i]t was very cold in this cell. We were each given a metallic blanket, but no mats. We had to sleep on the concrete floor." Declaration of Ducesa B████, Ex. 13 ¶ 4.

Luminita B████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "It was very cold. We had no jackets, and only the clothing on our backs. They gave us just one little plastic blanket each." Declaration of Luminita B████, Ex. 21 ¶ 9.

Jessica N████████ and her 1-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "[i]t was very cold the whole time I was there, day and night, and all we were given was a thin blanket, which was not enough to keep us warm. We needed jackets, but none of the other women I was with were allowed to bring in their belongings, including any warm clothing. There was a child with a fever in my room and the officials wouldn't let him have his coat from his mother's bag." Declaration of Jessica N████████, Ex. 17 ¶ 3.

Veronica M████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared while there, "After we were apprehended, we were taken to a holding facility that is referred to as the hie/era-the freezer. It was unbearably cold, and we re held there for about 4 days." Declaration of Veronica M████████, Ex. 26 ¶ 3.

Daili A████████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared while there, "[la hielera] was a terrible place. It was very cold. I remember we were all so cold." Declaration of Daili A████████, Ex. 11 ¶ 4.

Mirna P████████ and her 7-year-old son were detained at a CBP facility near McAllen, TX and declared while there, "After we were apprehended, we were taken to a holding facility that is referred to as the dog pen-la perrera. It was very cold there." Declaration of Mirna P████████, Ex. 25 ¶ 3.

Jessica N████████ and her 1-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "[a]fter about two days, I was taken to another facility. That facility was also very cold." Declaration of Jessica N████████, Ex. 17 ¶ 5.

22

31

Class Member Ducesa B███████ was detained at a CBP facility near McAllen, TX and declared that while there, "[t]his second facility … was very cold" Declaration of Ducesa B█████, Ex. 13 ¶ 8.

Yamisleidy E██████████ and her 3-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "It was very, very cold there. My daughter had a cough and I asked them to please turn the air conditioner down. Someone did, but then 20 minutes later, someone else turned it right back up." Declaration of Yamisleidy E████████ █████, Ex. 27 ¶ 3.

Class Member Giovanni D█████████ was detained at a CBP facility near McAllen, TX and declared that while there, "[i]t was so cold that our teeth would hurt and our throats would hurt. We were given nothing but a plastic blanket to keep us warm. My mother asked the guards to please turn down the air conditioner, but they refused." Declaration of Giovanni D████████, Ex. 14 ¶¶ 4, 5.

Class Member Katherine G████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "[i]t was very cold and we had to sleep on the cement floor. We were given nothing to keep us warm except one aluminum blanket." Declaration of Katherine G████████████, Ex. 20 ¶ 4.

Mayra J████████████████████ was detained with her 4-year-old son at a CBP facility near McAllen, TX and declared that while there, "We spent one and a half days in this hie/era. We had other clothes, but they had taken them away from us and only permitted us to wear one layer of clothing, a t-shirt. The cold was so bad that my son told me his bones were aching, and he became sick. I asked to be able to get the children's medication I had in my purse, but the immigration officers refused to give me access to it. I also asked for an extra cover to try to keep him warm, but they said they could not give me another one." Declaration of Mayra J████████████████████, Ex. 16 ¶ 10.

Class Member Karla T██████ was detained at a CBP facility near McAllen, TX and declared that while there, "[t]hey took us to the hielera for two days. It was very cold. They gave us a metal blanket and made us sleep on the floor." Declaration of Karla T██████, Ex. 19 ¶ 5

Maria V████████████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "It was very cold in the building. We just had to put up with it. The officials had taken all of our extra clothes and belongings and some women said that the officials had taken their sweaters and left them with only a blouse in the cold room. Some of the officials told us that we would be sorry for coming to the United States when we looked cold." Declaration of Maria V████████████████████, Ex. 36 ¶ 4.

Maria V████████████████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "It was very cold at this facility as well." Declaration of Maria V████████████████████, Ex. 36 ¶ 8.

Francisca L████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "It was very cold there and sometimes it would get even colder. They gave us aluminum sheets that helped a little but I was still cold." Declaration of Francisca L████████, Ex. 35 ¶ 2.

23

Francisca L█████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "When we arrived here it was very cold but the officials took my sweater and my child's sweater from us leaving us very cold. We were given a blanket." Declaration of Francisca L█████████, Ex. 35 ¶ 3.

Silvia S█████████ was detained with her 10-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "The air conditioning was very cold in the CBP facility. We did not have any sweaters or jackets so everyone was very cold. My daughter was cold all of the time. She would never get warm. She would shiver from the cold because she did not have a jacket." Declaration of Silvia S█████████, Ex. 39 ¶ 6.

Dorca V█████████ was detained with her 16-year-old son at a CBP facility near McAllen, TX and declared that while there, "We were very wet and muddy from the river when we arrived. They did not let us change until Saturday. Then they let us shower, change and wash our clothes but until then we were wet and muddy. We were wet and it was very cold. There were children shivering. My son said there was a boy in his cell who passed out." Declaration of Dorca V█████████, Ex. 31 § CBP ¶ 6.

Dora S█████████ was detained with her 8-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "My daughter was extremely cold so I wore my wet sweater so I could try to dry it and put it over her. I was so cold that I felt like the cold was reaching my bones. They had the air conditioning on very high." Declaration of Dora S█████████, Ex. 30 § CBP ¶ 4.

Santos M█████████ was detained with his two class member sons at a CBP facility near McAllen, TX and declared while there, "We are very cold here, both in our original cell and in the new area that we are in. It is snowing outside but it does not feel like there is heat on. While I am separated from my sons, I am worried about them because of the cold. It is difficult to sleep because it feels even colder on the floor where we are sleeping." Declaration of Santos M█████████, Ex. 38 ¶ 6.

Ignacio B█████████ was detained at the Berks County Family Residential Center in Berks, PA with his 5-year-old son and while there declared, "The CBP stations were very cold and my son often cried because of the cold. The last CBP station we went to did not have blankets to sleep with, just mattresses, so we were very cold." Declaration of Ignacio B█████████, Ex. 59 ¶ 7.

Martin F█████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "They only have us one blanket to sleep with. We slept directly on the floor. My daughter was very cold as was I. My daughter got sick from being at the facility." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 7.

Mario S█████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 8-year-old Flores Class Member son and declared while there, "The temperature in the facility was cool. The lights were controlled by the officers and was turned off at night ." Declaration of Mario S█████████, Ex. 61 ¶ 6.

Miguel P█████████, a citizen of Guatemala, is detained at the Berks County Family Residential Center in Berks, PA, with his son, 5-year-old Flores Class Member Heber



P███████████. Miguel and his son were taken into custody in early December, 2017 after they presented themselves to Border Patrol Agents at the U.S. port of entry at Juarez, Mexico (El Paso Sector). They then transferred Miguel and his son to Berks. While still at the Berks facility, Miguel declared: "After this my son and I came to Berks. My son really wants to leave because he is not used to being inside all the time and the place is strange to him. They give us food here three times a day. The bathrooms are clean. My son goes to school here. The temperature inside is not too hot or too cold. My only complaint is that everyone is sick here. They give us medicine for our colds." Declaration of Miguel P███████████, Ex. 62 ¶ 6.

Wendy W████████████████ was detained with her two class member sons at a CBP facility near McAllen, TX and declared while there, "After that we were taken inside and given cookies, juice, and a metallic blanket. We sat in a cell for about five hours to wait. There were a lot of people in the cell that we were waiting in. It was difficult to find a place to sit with my four-year-old, and there were no mattresses. When someone would leave we would use their discarded aluminum blankets as a type of mattress to try to keep warm because we were very cold. I wish that we were able to keep all of our warm clothing for our children, because it's been so cold. I also wish that we had mattresses during this time, because it's very hard to sleep on the cement floor." Declaration of Wendy W████████████████, Ex. 40 ¶ 3.

Francisca L████████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "We were apprehended by border control agents. They drove us in a cold car, asked us for documents, and took us to a border patrol station. It was a place that looked like a jail. It had cells. I told the officials that we wanted to go live with my husband who is in Florida. We were placed in a cell with many other people. There was no room for me to lie down. I had to wait for someone to leave to have room to lie down. I think we were there for 3 days but I am not sure because I could not see the sky. For the whole 3 days we were not given soap or toothpaste or clean clothing. We were not able to bath or wash ourselves. It was very cold there and sometimes it would get even colder. They gave us aluminum sheets that helped a little but I was still cold. For food we were given instant soup three times a day. The children got juice and one cookie. We drank water out of the sink. In the border patrol station they asked me why I came to this country and I stated that I had fear in Guatemala. After 3 days they gave us backpacks and we realized we were going somewhere though we were not told anything." Declaration of Francisca L████████████, Ex. 35 ¶ 2.

Francisca L████████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "We were taken to another border patrol station where we were permitted to shower. When we arrived here it was very cold but the officials took my sweater and my child's sweater from us leaving us very cold. We were given a blanket. They woke us up very early, I think 2:00 a.m. or 4:00 a.m., to shower and go to the airport." Declaration of Francisca L████████████, Ex. 35 ¶ 3.

15-year-old Flores Class Member Denys A████████████, a citizen of El Salvador, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, her mother. On December 6, 2017, Denys and her mother presented themselves to Border Patrol agents after crossing into the United States. After 2 days in custody, Denys declared, "After we were separated, I went to sleep. In the morning I was able to take a shower, brush my teeth and

get clean clothes.  I also had breakfast.  It is cold here." Declaration of Denys A█████████, Ex. 46 ¶ 6.

Maria d█████████████████████ was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "We were kept in a cell for two days without anything to sleep on so I had to hold my daughter while sleeping on the cement floor. I had to use a diaper as a pillow for her. It was very difficult for her to sleep. We only had aluminum blankets. It was also very cold. Sometimes they would wake us up while we were sleeping to call everyone's names. After two days, they brought us to a new area that had thin mats for us to sleep on." Declaration of Maria d█████████ █████████, Ex. 47 ¶ 3.

Nimsy J█████████████████ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared that while there, "[w]e were put into a very cold cell with a lot of people." Declaration of Nimsy J██████████████████, Ex. 48 ¶ 3.

Dania D█████████████████████, a citizen of Guatemala, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her son, 2-year-old Flores Class Member Josue J████████████████. On December 7, 2017, Dania and her son were apprehended and taken into custody by Border Patrol agents after crossing the Rio Grande River into the United States. After 1 day in custody, Dania declared, "Last night, a lot of the people I was with complained that they could not sleep due to the cold. The aluminum blankets they give out here don't do much. Fortunately, my son and I were better off, since the guards let us bring in the poncho he was wearing outside and we used that as an extra blanket. I was also exhausted since I had spent the three previous nights with barely any sleep. It was very uncomfortable since we had to sleep on a bare concrete floor." Declaration of Dania D█████████████████, Ex. 49 ¶ 5.

Class Member Irma T█████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "On Tuesday, December 5th, 2017, they took all of us to another center. There were no mattresses. Only aluminum blankets. It was cold and concrete. I was there for 2 hours. They called me in for questions. I told them I speak Kiche and they asked if I speak Spanish. I said yes and they said that they'll speak to me in Spanish. An older man asked me questions. He didn't believe me when I told him I was 17. He said I had 18 or 19 years. After a while, I think he believed me because he let me go with the other children." Declaration of Irma T█████████████, Ex. 50 ¶ 3.

Juliana M█████████████████, a citizen of Guatemala, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her two Flores Class Member daughters, 6-year-old Elisa P█████████ and 5-year-old Yasmin P█████████. On December 6, 2017, Juliana and her daughters were apprehended and taken into custody by Border Patrol agents after entering into the United States. After 2 days in custody, Juliana declared: "It is difficult for my daughters to be here because they are closed up and they do not like the food. We also can't sleep well here. We have to sleep on thin mattresses on a cement floor. It is always cold. The lights are always on. Sometimes they wake us up when we are sleeping to ask us questions or do paperwork." Declaration of Juliana M█████████████████, Ex. 51 ¶ 4.

Carlos C█████████ was detained with her 10-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "It is difficult for us to sleep because it is so cold.



26

The lights are on all night. I do not know whether it is day or night because there are no windows. They have not given us pillows." Declaration of Carlos C▮▮▮▮▮▮, Ex. 55 ¶ 4.

### 5.  SLEEPING CONDITIONS

Class Member Maybelline E▮▮▮▮▮▮▮▮▮ was detained at a CBP facility near McAllen, TX and declared that while there, "At la perrera… I could not sleep in part because a woman official kept screaming at detainees. The fact that the lights were kept on for 24- hours a day also made it impossible to sleep." Declaration of Maybelline E▮▮▮▮▮▮▮▮▮, Ex. 24 ¶ 4.

Class Member Alma S▮▮▮▮▮▮▮▮▮▮▮▮ was detained at a CBP facility near McAllen, TX and declared that while there, "[i]t was extremely difficult to sleep [at la hielera]. Everyone had to sleep on the floor, which was made of cement and was both hard and cold. They kept the lights on full strength all night long." Declaration of Alma S▮▮▮▮▮▮▮▮▮▮▮▮, Ex. 6 ¶ 6.

Jozelia d▮▮▮▮▮▮▮▮▮▮▮▮▮ was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "[t]he facility was so full that there were no mattresses or blankets for me or my daughter. I spent the night on a concrete bench sitting upright with my daughter in my arms. It was cold, very cold. It was cold all night. The light was always on. It was impossible for me to sleep. I might have dozed off, but barely." Declaration of Jozelia d▮▮▮▮▮▮▮▮▮▮▮▮▮, Ex. 18 ¶¶ 6, 7.

Class Member Ducesa B▮▮▮▮ was detained at a CBP facility near McAllen, TX and declared that while there, "[i]t was very cold in this cell. We were each given a metallic blanket, but no mats. We had to sleep on the concrete floor. There were many of us in a very small space. I can't count how many there were. We were all sitting right next to each other, touching shoulder to shoulder." Declaration of Ducesa B▮▮▮▮, Ex. 13 ¶ 4.

Silvia S▮▮▮▮▮▮▮▮ was detained with her 10-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "Every night at 11 pm and 3 am we were woken up and required to get out of bed. They called everyone's name to confirm everyone was still there. They took pictures of us one time in the middle of the night. If one of the adults did not get up or wake up her children, an immigration official would kick her and yell at her so that she would have to wake up her children. I saw one woman trying to hold all four of her children who were crying from having been woken up." Declaration of Silvia S▮▮▮, Ex. 39 ¶ 4.

Bessy L▮▮▮▮▮▮ was detained with her three class member children at a CBP facility near McAllen, TX and declared that while there, "[i]t was very cold and we had to sleep on the cement floor. We were given nothing to keep us warm except one aluminum blanket each, with no mats, and the immigration officials took my sweater when they put us in this cell. My children was so cold that I gave them my blanket to put on the floor underneath them to keep warm, with the other blankets on top of them. I remained awake and sitting up most of the night." Declaration of Bessy L▮▮▮▮, Ex. 9 ¶ 4.

Ana B▮▮▮▮▮▮▮▮▮ and her 6 year old son were detained at a CBP facility near McAllen, TX and declared while there, "[w]e were kept in a fenced-in space with about ten other families. (My area was just for mothers with young kids.) It was very cold in there, with concrete floors. We each got a foil "blanket", which helped, but only a little. For sleeping, each of us got a thin mattress, which we would put on the floor. It was hard to

27

sleep due to the cold, the fact that they kept the lights shining full strength all night, and the noise. Many young children were coughing throughout the night because of the cold." Declaration of Ana B█████████████████, Ex 7 ¶ 4.

Blanca E█████████████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "[t]he first place we were in for a day was horrible. It was very, very cold. … We were packed in a cell with at least forty other women, plus their children. There were two benches; whoever was there first got a seat. My son had to sleep by the garbage can. There were no mats or blankets, although they gave us sweatshirts." Declaration of Blanca E█████████████████, Ex. 10 ¶ 4.

Maria D█████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared that while there, "At La Pererra, they frequently made us line up by our countries of origin, and I had to wake my child up to line up. I also saw officials kicking mattresses or pulling plastic blankets off of people to wake them." Declaration of Maria D█████████, Ex. 22 ¶ 4.

Iris A█████████ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "[t]he lights were left on night and day, making it difficult to sleep." Declaration of Iris A█████████, Ex. 15 ¶ 5.

Class Member Ducesa B█████ was detained at a CBP facility near McAllen, TX and declared that while there, "[t]he lights were always on and we did not know what time it was. I could not sleep." Declaration of Ducesa B█████, Ex. 13 ¶ 8.

Luminita B█████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "It was very cold in this cell. We were each given a metallic blanket, but no mats. We had to sleep on the concrete floor." Declaration of Luminita B█████, Ex. 21 ¶ 4.

Luminita B█████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "The light was always on in the cell. We did not know whether it was night or day. We did not know what time it was. The only way we could find out was if a guard told us." Declaration of Luminita B█████, Ex. 21 ¶ 10.

Veronica M█████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared while there, "The lights were left on night and day, making it difficult to sleep." Declaration of Veronica M█████████, Ex. 26 ¶ 5.

Maria F█████████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared while there, "We arrived to 3:30 am. We were put in a cell. Gave us a mat and an aluminum blanket to put on the floor. At 6:00, they came in and kicked us to wake up. They grabbed the blanket. They put some food on the floor, some bread, water and an apple. They talked to us harshly. They wanted to confirm where we were from." Declaration of Maria F█████████████, Ex. 23 ¶ 5.

Daili A█████████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared while there, "[w]e slept on the floor in a room with about 15 people. We had a mat and an aluminum blanket. It was very cold." Declaration of Daili A█████████████, Ex. 11 ¶ 5.

Mirna P███████████ and her 7-year-old son were detained at a CBP facility near McAllen,
TX and declared while there, "The lights were left on night and day, making it difficult to
sleep." Declaration of Mirna P███████████, Ex. 25 ¶ 5.

Aurelia D███████ and her 13-year-old son were detained at a CBP facility near McAllen,
TX and declared that while there, "[t]hey left the lights on all day and night. We lost track of
day and night. We did not see sunlight for days and could not sleep." Declaration of Aurelia
D███████, Ex. 8 ¶ 6.

Class Member Giovanni D███████ was detained at a CBP facility near McAllen, TX and
declared that while there, "[t]hey left the lights on all day and night. We lost track of day
and night. We did not see sunlight for days and could not sleep." Declaration of Giovanni
D███████, Ex. 14 ¶ 6.

Mayra J████████████████ was detained with her 4-year-old son at a CBP facility near
McAllen, TX and declared that while there, "It was so crowded that some of us had to sleep
partially in the toilet stall." Declaration of Mayra J████████████████, Ex. 16 ¶ 8.

Maria V████████████ was detained with her 12-year-old son at a CBP facility near
McAllen, TX and declared that while there, "The lights were on in the building all night.
The room was very full so it was hard to find a place to lie down and the room smelled very
bad." Declaration of Maria V████████████, Ex. 36 ¶ 5.

Maria V████████████ was detained with her 12-year-old son at a CBP facility near
McAllen, TX and declared that while there, "It was very cold at this facility as well. We slept
on thin mattresses on the floor and we didn't get any pillows. The lights were often on. The
room was very full so it was hard to find a place to sleep." Declaration of Maria V███████
███████, Ex. 36 ¶ 8.

Damaris C███████████ was detained with her two class member children at a CBP
facility near McAllen, TX and declared that while there, "There were mattresses but I had to
share three mattresses with four other women and their four children. We received an
aluminum paper for a blanket." Declaration of Damaris C███████████, Ex. 29 ¶ 2.

Silvia S███████ was detained with her 10-year-old daughter at a CBP facility near
McAllen, TX and declared that while there, "The lights are left on all night. You could not
tell if it was day or night. We were not given pillows." Declaration of Silvia S███████████,
Ex. 39 ¶ 5.

Dorca V███████████ was detained with her 16-year-old son at a CBP facility
near McAllen, TX and declared that while there, "The cell was also very cold and they kept
the lights on so we could not tell if it was day or night." Declaration of Dorca V███████
███████████, Ex. 31 ¶ 2.

Elsa E██████████████ was detained with her 17-year-old daughter at a CBP facility
near McAllen, TX and declared that while there, "We could barely sleep. There were so
many people in the facility and the children were crying (one child only ate by bottle and
was crying because he did not have a bottle). There were six families in a very small room.
When everyone lay down we were right next to each other. We were not allowed to turn the
lights off ourselves. If we tried to the immigration officials would get angry. The

immigration officials turned off the lights really late." Declaration of Elsa E▮▮▮▮▮▮▮▮▮ ▮▮▮▮, Ex. 33 § CBP ¶ 5.

Candida R▮▮▮▮▮▮▮▮▮▮▮ was detained with her 6-year-old son at a CBP facility near McAllen, TX and declared that while there, "I never saw the sunlight so I lost track of day and night. My room had a window into the room the immigration officials were using to interview people, which they did day and night. We did not get pillows. We didn't get much sleep." Declaration of Candida R▮▮▮▮▮▮▮▮▮▮▮, Ex. 28 § CBP ¶ 6.

Class Member Dulce O▮▮▮▮▮▮▮▮▮▮▮ was detained at a CBP facility near McAllen, TX and declared that while there, "They did not give me a pillow and only gave me an aluminum blanket. The lights were always on. They would wake us up at 3 am to see if anyone had escaped, even though I don't know how anyone could escape. The doors can only be opened with a card that the employees have. If you didn't get up, they would pull the blanket off us with our feet, yell at us and call us lazy even though it was the middle of the night." Declaration of Dulce O▮▮▮▮▮▮▮▮▮▮▮, Ex. 32 § CBP ¶ 4.

Dora S▮▮▮▮▮▮▮▮▮▮▮ was detained with her 8-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "There were so many people in the cell in the ice box that we had to take turns lying down. They didn't give us a mattress or pillow, they only gave each of us one aluminum blanket. I couldn't sleep because I was so cold because the air conditioning was very high and blowing on me. They never turned off the lights. The immigration officials would come in the middle of the night to check who was there. Ifl didn't get up, they would bang on the wall and yell at me. My daughter would wake up and be scared because of all the yelling." Declaration of Dora S▮▮▮▮▮▮▮▮▮▮▮, Ex. 30 § CBP ¶ 3.

Dora S▮▮▮▮▮▮▮▮▮▮▮ was detained with her 8-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "On Friday, they took me to a different part of the same facility that is called the dog pound. There was no sunlight there. They never turned off the lights. It was like a bunch of cells all next to each other. The immigration officials would also wake us up in the middle of the night to see if we were there. If you didn't wake up, they would kick or shake the mattress." Declaration of Dora S▮▮▮▮▮▮▮▮▮▮▮, Ex. 30 § CBP ¶ 5.

Santos M▮▮▮▮▮▮▮▮▮▮▮ was detained with his two class member sons at a CBP facility near McAllen, TX and declared while there, "We spent two nights in these cells, without pillows or anything to sleep on. I tried to sleep on the cement floor with only an aluminum blanket but I barely slept because it was so uncomfortable because I was so worried about my sons. I don't think my sons slept at all." Declaration of Santos M▮▮▮▮▮▮▮▮▮▮▮, Ex. 38 ¶ 4.

Rigoberto L▮▮▮▮▮▮▮ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there "The temperature in both CBP facilities was very, very cold. My son was crying. I had to put a towel over him that I brought from Guatemala because he was so cold. My son said his body hurt from the cold. It was very hard to sleep with that temperature." Declaration of Rigoberto L▮▮▮▮▮▮▮, Ex. 56 ¶ 8.

Rigoberto L█████████ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there "The CBP facilities were overcrowded. We had to share a blanket and it was very uncomfortable to sleep." Declaration of Rigoberto L█████████, Ex. 56 ¶ 9.

Gaspar M█████████ was detained with his 14-year-old son at the Berks County Family Residential Center in Berks, PA and declared that while there, "My son and I were together during our stay in El Paso. We slept in thin mattress pads on the ground next to each other. The lights were kept on during the night making it difficult to sleep." Declaration of Gaspar M█████████, Ex. 57 ¶ 3.

Juan L█████ is detained at the Berks County Family Residential Center in Berks, PA, with his 15-year-old son and declared while there, "We slept on thin mattress pads on the floor. We were provided sheets and blankets. We were allowed to sleep next to each other and were not separated during our stay. The room we stayed felt overcrowded when there were approximately 15 people in there." Declaration of Juan L█████, Ex. 58 ¶ 6.

Ignacio B█████████ was detained at the Berks County Family Residential Center in Berks, PA with his 5-year-old son and while there declared, "The CBP stations were very cold and my son often cried because of the cold. The last CBP station we went to did not have blankets to sleep with, just mattresses, so we were very cold." Declaration of Ignacio B█████████, Ex. 59 ¶ 7.

Martin F█████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "They only have us one blanket to sleep with. We slept directly on the floor. My daughter was very cold as was I. My daughter got sick from being at the facility." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 7.

Darinel L█████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 1-year old son and while there declared, "The conditions were not good. There were 8 adults and all of our children in the same small locked room. There was not enough room even to sleep. I asked for two blankets so that I could put one on the floor for my son to sleep on and one to cover him. The toilet was in the same room with all of us." Declaration of Darinel L█████████, Ex. 5 ¶ 5.

Wilmer Alexis A█████████ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "It is difficult to sleep here. They keep the lights on all night. There are some benches in my cell, but we all sleep on the floor, on mattresses that they give us." Declaration of Wilmer Alexis A█████████, Ex. 43 ¶ 7.

Maria d█████████ was detained with her 1-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "We were kept in a cell for two days without anything to sleep on so I had to hold my daughter while sleeping on the cement floor. I had to use a diaper as a pillow for her. It was very difficult for her to sleep. We only had aluminum blankets. It was also very cold. Sometimes they would wake us up while we were sleeping to call everyone's names. After two days, they brought us to a new area that had thin mats for us to sleep on." Declaration of Maria d█████████, Ex. 47 ¶ 3.

31

Nimsy J███████████████ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared that while there, "On Monday, December 4th at 8 at night, my son and I presented ourselves at the Miguel Aleman bridge to seek asylum. We spent two nights there. It was difficult to sleep because it was so hot. My son would cry at night because he didn't want to sleep because it was so hot. They did not give us toothbrushes or pillows." Declaration of Nimsy J████████████████, Ex. 48 ¶ 2.

Nimsy J███████████████ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared that while there, "After 4 hours, we were transferred to another room where we were given thin mats to sleep on the cement floor. It is difficult to sleep and my back hurts from sleeping on the floor. The fact that the lights are on all night also makes it difficult to sleep." Declaration of Nimsy J████████████████, Ex. 48 ¶ 3.

Dania D██████████████████████ and her 2-year-old son were detained at a CBP facility near McAllen, TX and declared while there, "Last night, a lot of the people I was with complained that they could not sleep due to the cold. The aluminum blankets they give out here don't do much. Fortunately, my son and I were better off, since the guards let us bring in the poncho he was wearing outside and we used that as an extra blanket. I was also exhausted since I had spent the three previous nights with barely any sleep. It was very uncomfortable since we had to sleep on a bare concrete floor." Declaration of Dania D████████████████████, Ex. 49 ¶ 5.

Class Member Irma T██████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "They give us a sheet and small mattress in the night. No pillow. I can sleep." Declaration of Irma T████████████, Ex. 50 ¶ 7.

Juliana M█████████████ was detained with her two class member daughters at a CBP facility near McAllen, TX and declared while there, "It is difficult for my daughters to be here because they are closed up and they do not like the food. We also can't sleep well here. We have to sleep on thin mattresses on a cement floor. It is always cold. The lights are always on. Sometimes they wake us up when we are sleeping to ask us questions or do paperwork." Declaration of Juliana M████████████████, Ex. 51 ¶ 4.

Cindy J███████████ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared while there, "At 4 or 5 in the morning, they brought us into an area that had thin mats for us to sleep on." Declaration of Cindy J████████████, Ex. 54 ¶ 5.

Carlos C███████ was detained with her 10-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "It is difficult for us to sleep because it is so cold. The lights are on all night. I do not know whether it is day or night because there are no windows. They have not given us pillows." Declaration of Carlos C██████, Ex. 55 ¶ 4.

32

## B.   FAILURE TO PROVIDE ADVISALS

NOT ADVISED OF FLORES RIGHTS

### CBP

Class Member Katya J█████████████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "Since arriving at this facility, no one has given me information about my rights as a *Flores* class member.  I have not received a list of attorneys.  I have not had the opportunity to call an attorney or to call any family members.  My father was not able to speak with a family member.  But he had a phone call with an official who told him that his next step was to talk to a judge.  He was not able to speak to an attorney before or after this call.  We would like to be able to call our family members because we don't know if they know that we have arrived and we would like them to be able to buy us tickets to go stay with them.  We have not been able to tell anyone that we are afraid to return to our country.  We want to be able to tell our story because we are afraid to return" Declaration of Katya J█████████████████████, Ex. 42 ¶ 6.

Class Member Alma S█████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "[at la hielera] [m]y mother and I were told nothing about any rights that we had. I did not see any written notice of our rights, and my mother tells me that she did not see any written notice either." Declaration of Alma S█████████████ ████, Ex. 6 ¶ 8.

Blanca E███████████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "[d]uring both days, nobody gave us any explanation of any rights whatsoever. Nor could I make a call." Declaration of Blanca E███████████████, Ex. 10 ¶ 5.

Jessica N███████████ and her 1-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "[a]t the Customs and Border Protection facility, I wasn't provided any information about my legal rights or those of my child, any list of attorneys we could contact for legal advice, or any opportunity to use the telephone." Declaration of Jessica N███████████, Ex. 17 ¶ 4.

Maria V███████████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "We did not receive any information about our rights or my child's rights; there were no lists of free attorneys posted; and I was not able to make any calls to an attorney." Declaration of Maria V███████████████, Ex. 36 ¶ 6.

Ana B███████████████ and her 6 year old son were detained at a CBP facility near McAllen, TX and declared while there, "[a]t the perrera, no one told us about any rights we had. I don't remember seeing any written advisals of rights either. No one gave us any written information about rights." Declaration of Ana B███████████████, Ex 7 ¶ 3.

Daili A███████████████ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared while there, "[t]hey asked me why I came and where my daughter's father was, but that is it. They didn't explain anything or ask me about being

afraid. They never said anything to me about having any kind of rights. I was only able to call my relatives once to ask their address." Declaration of Daili A████████████, Ex. 11 ¶ 7.

Francis M████████████ was detained with her 6-year-old son at a CBP facility near McAllen, TX and declared while there, "My son and I were picked up by border patrol on December 1, 2017. We were taken to a station and put into a cell. We were in the cell for three days. I was not given any information about my rights or my son's rights; I was not given a list of pro bona attorneys. I didn't have the opportunity to speak with an attorney in person or by phone." Declaration of Francis M████████████, Ex. 34 ¶ 2.

Maria V████████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "At that building, I was not given any notice of my rights or my child's rights." Declaration of Maria V████████████, Ex. 36 ¶ 2.

Damaris C████████████ was detained with her two class member children at a CBP facility near McAllen, TX and declared that while there, "We were not advised of our rights or our rights under Flores. We did not receive a list of attorneys." Declaration of Damaris C████████████, Ex. 29 ¶ 3.

Rigoberto L████████ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there, "I believe we were given notice of our rights, a list of lawyers, and information about immigration hearings, but it was all written in Spanish. My first language is K'iche and I cannot read Spanish well. It was very difficult to communicate with the CBP officers in Spanish." Declaration of Rigoberto L████████, Ex. 56 ¶ 4.

Rigoberto L████████ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there, "No one at BCRC ever explained to us how to find a lawyer." Declaration of Rigoberto L████████, Ex. 56 ¶ 13.

Gaspar M████████ was detained with his 14-year-old son at the Berks County Family Residential Center in Berks, PA and declared that while there, "I do not know if I was provided written notice of rights for my son because I cannot read well. Officials at the center did not verbally tell me about his rights in a language I could understand. I was not told anything about immigration hearings or bonds. I did not express a fear of return to the official who interviewed me at the facility." Declaration of Gaspar M████████, Ex. 57 ¶ 4.

Juan L████ is detained at the Berks County Family Residential Center in Berks, PA, with his 15-year-old son and declared while there, "At the El Paso facility, I was provided a set of papers in both English and Spanish. My son was not provided that same papers. I am not sure what the papers said. I speak some Spanish but do not read well. No official explained what the documents said to me in Spanish. I was not provided written information in my indigenous language. I am not sure if I was provided documents regarding my son's legal rights or any information about the bond or court process because I could not read the documents." Declaration of Juan L████, Ex. 58 ¶ 4.

Ignacio B████████ was detained at the Berks County Family Residential Center in Berks, PA with his 5-year-old son and while there declared, "My son was never given any information about his rights in detention or rights to a hearing and neither was I. We were

not given a list of lawyers we could call and did not have any phone access." Declaration of Ignacio B███████████, Ex. 59 ¶ 3.

Martin F█████████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "We spent six days at the CBP station. We were never given any notice of our legal rights or received any paperwork. I had to sign papers I did not understand because I cannot read Spanish well. No one in the CBP station spoke to me in Akateco." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 3.

Wilmer Alexis A███████████████ was detained with his 8-year-old son at a CBP facility near McAllen, TX and declared that while there, "No one here has asked me so far why my son and I came to the United States. I have not been advised of our rights. They have told me that my son and I will have court in Florida (our destination) on December 19." Declaration of Wilmer Alexis A████████████████, Ex. 43 ¶ 8.

Luis C███████████████ was detained with his 3-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "In my time here, no one has explained to me the rights that my daughter or I have as detainees. I was told that I could talk to the Guatemalan consulate, but I have not done so." Declaration of Luis C████████████ ████████, Ex. 44 ¶ 6.

Class Member Denys A██████████ was detained at a CBP facility near McAllen, TX and declared that while there, "After the medical exam, we were taken back to the first office. We waited there until we got our photos and finger prints taken.  We signed some papers that were in English.  I'm not sure what they said and they weren't explained to us.  I also signed some papers in Spanish that explained that I would have a court date in the next year or so to see whether I can stay in this country." Declaration of Denys A██████████, Ex. 46 ¶ 3.

Class Member Denys A██████████ was detained at a CBP facility near McAllen, TX and declared that while there, "I have not received any information about my rights or about attorneys that I could contact.  I have not been able to make a phone call to my family.  My mother and I are hoping to live with my aunt in Houston.  No one has told me why we are waiting here or what's going to happen next." Declaration of Denys A██████████, Ex. 46 ¶ 7.

Dania D█████████████████████ and her 2-year-old son were detained at a CBP facility near McAllen, TX and declared while there, "No one here has so far explained to me my rights, or what to expect in the case of me and my son, or where we will go next. I have not received any written information." Declaration of Dania D███████████████ ████████, Ex. 49 ¶ 7.

Class Member Irma T█████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "It was only on Wednesday that the consulate explained our rights, that we're going to leave from here and go to the Home House ("la casa de hogar") and there we can play ball, do everything we want, go to school, it's not like here and that I was able to call my dad. They gave us a paper. No one else has given me anything and no one has spoken to me in Kiche since I have arrived." Declaration of Irma T█████████ █████████, Ex. 50 ¶ 9.

35

44

Fatima Y███████████████, a citizen of El Salvador, was detained at the Rio Grande Valley Central Processing Center on Ursula Road in McAllen, TX, with her daughter, Flores Class Member Amy Y███████████. On December 6, 2017, Fatima and her daughter crossed into the United States presented themselves to Border Patrol agents, who immediately took them into custody. After 2 days in custody, Fatima declared: "The same day we arrived here, I was interviewed by a video link asking some information about me, and asking why I had come. I told them that I was being threatened in El Salvador and I was fearful for myself and my daughter. He told me that we would be protected. Apart from that, I have not received any information about what to expect or what will happen to me and my daughter." Declaration of Fatima Y███████████, Ex. 53 ¶ 3.

Cindy J███████████ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared while there, "We have not been given a phone call since I arrived. We have not been provided any written information, including about free legal services, my children's legal rights at this facility, or my children's right to a bond hearing." Declaration of Cindy J███████████, Ex. 54 ¶ 6.

**ICE**

Blanca E███████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "I never heard that my kids could have left before me. I wish that someone had because I would have let them go to my family here." Declaration of Blanca E███████████, Ex. 10 ¶ 10.

Iris A███████ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "I have been in detention since November 6. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option." Declaration of Iris A███████, Ex. 15 ¶ 7.

Class Member Karla T█████ was detained at a CBP facility near McAllen, TX and declared that while there, "[w]e have been at the Dilley detention center for 23 days. At no point have we been provided a list of legal rights or service providers. We have not been given an interview with an attorney, asked to appear before a judge, or met with an ICE official for an interview." Declaration of Karla T██-Pop, Ex. 19 ¶ 8.

Mirna P███████ and her 7-year-old son were detained at a CBP facility near McAllen, TX and declared while there, "I have been in detention since November 5. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option." Declaration of Mirna P█████ Giron, Ex. 25 ¶ 7.

Gaspar M███████ was detained with his 14-year-old son at the Berks County Family Residential Center in Berks, PA and declared that while there, "I do not recall being told my son could be released to a family member. I do not want my son released without me at this time. We are waiting to speak with an attorney about our options." Declaration of Gaspar M███████, Ex. 57 ¶ 10.

Ignacio B███████ was detained at the Berks County Family Residential Center in Berks, PA with his 5-year-old son and while there declared, "I don't think I was given a list

of lawyers to call. No one explained to me how to find a lawyer." Declaration of Ignacio B██████████, Ex. 59 ¶ 10.

Mario S██████████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 8-year-old Flores Class Member son and declared while there, "I was given paperwork here but I do not know what the paper says because I do not know how to read in English or Spanish. No one has explained what the documents mean. I have spoken to a lawyer's assistant but I have not had my interview with the immigration officer yet to tell them what happened to me." Declaration of Mario S██████████████, Ex. 61 ¶ 9.

Miguel P██████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared, "While at Berks, someone gave me papers. They did not explain to me in Spanish or Akateko what these papers were. I cannot read and, so I do not know what the papers said. I put the papers in my jacket. Once day when I came back from taking a shower the papers were gone." Declaration of Miguel P██████████, Ex. 62 ¶ 7.

Miguel P██████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared "There is a paper on the wall. I cannot read what it says. I do not know if I received a list of lawyers. I do not remember any immigration officials or people from the shelter telling me that my son and I can talk to lawyers. It was only when I went to talk with a free lawyer that I learned about a place nearby that helps people with their cases." Declaration of Miguel P██████████, Ex. 62 ¶ 8.

Miguel P██████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared "Someone here at Berks asked me in Spanish if I have family in the United States and whether I wanted my son to stay here. I told them I want my son to stay in the United States because I am afraid for him to go back to Guatemala. I told them I have an uncle who lives in Los Angeles. When I realized my son would have to go alone, I told the person that I wanted my son to stay with me." Declaration of Miguel P██████████, Ex. 62 ¶ 9.

Miguel P██████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared "Honestly, I am really confused about what is happening to me and my son. I do not understand why we are here at Berks. I want to know when I get to leave. Nobody has talked to me and my son about our rights or what is happening in Akateko. There are other people here that speak Akateko and they seem confused too." Declaration of Miguel P██████████, Ex. 62 ¶ 10.

TELEPHONE ACCESS TO CONTACT LAWYERS

### CBP

Blanca E██████████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "[d]uring both days, nobody gave

us any explanation of any rights whatsoever. Nor could I make a call." Declaration of Blanca E███████████████████, Ex. 10 ¶ 5.

Iris A██████████ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "[a]t no time while we were in the hielera or la perrera was I given permission to make any phone calls." Declaration of Iris A██████████, Ex. 15 ¶ 5.

Cindy J██████████ was detained with her 2-year-old son at a CBP facility near McAllen, TX and declared while there, "We have not been given a phone call since I arrived. We have not been provided any written information, including about free legal services, my children's legal rights at this facility, or my children's right to a bond hearing." Declaration of Cindy J██████████, Ex. 54 ¶ 6.

Maria V██████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "We were not given a list of attorneys we could contact or the opportunity to make a phone call to an attorney." Declaration of Maria V██████████, Ex. 36 ¶ 2.

Veronica M██████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared while there, "At no time while we were in the hielera was I given permission to make any phone calls." Declaration of Veronica M██████████, Ex. 26 ¶ 5.

Mirna P██████████ was detained with her 7-year-old son at a CBP facility near McAllen, TX and declared while there, "At no time while we were in the la perrera was I given permission to make any phone calls." Declaration of Mirna P██████████, Ex. 25 ¶ 5.

Gaspar M██████████ was detained with his 14-year-old son at the Berks County Family Residential Center in Berks, PA and declared that while there, "I do not know if I was provided written notice of rights for my son because I cannot read well. Officials at the center did not verbally tell me about his rights in a language I could understand. I was not told anything about immigration hearings or bonds. I did not express a fear of return to the official who interviewed me at the facility." Declaration of Gaspar M██████████, Ex. 57 ¶ 4.

Juan L█████ is detained at the Berks County Family Residential Center in Berks, PA, with his 15-year-old son and declared while there, "At the El Paso facility, I was provided a set of papers in both English and Spanish. My son was not provided that same papers. I am not sure what the papers said. I speak some Spanish but do not read well. No official explained what the documents said to me in Spanish. I was not provided written information in my indigenous language. I am not sure if I was provided documents regarding my son's legal rights or any information about the bond or court process because I could not read the documents." Declaration of Juan L█████, Ex. 58 ¶ 4.

Martin F██████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "There was no telephone access at the facility." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 4.

Miguel P██████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared "My son and I presented ourselves at the United States border near Juarez, Mexico in early December

38

2017. I believe it was the afternoon. The immigration officials gave us food. They took me and my son to a room and asked questions. I had a really hard time understanding what was going on. I speak a dialect called Akateko. I cannot read. I have a hard time understanding Spanish unless someone speaks very slowly. The officer spoke to me in Spanish, but I could not understand him. I told the officer I had difficulty understanding and that I speak Akateko. However, they did not give me an interpreter." Declaration of Miguel P██████████, Ex. 62 ¶ 4.

Class Member Katya J████████████████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "Since arriving at this facility, no one has given me information about my rights as a *Flores* class member.  I have not received a list of attorneys.  I have not had the opportunity to call an attorney or to call any family members.  My father was not able to speak with a family member.  But he had a phone call with an official who told him that his next step was to talk to a judge.  He was not able to speak to an attorney before or after this call.  We would like to be able to call our family members because we don't know if they know that we have arrived and we would like them to be able to buy us tickets to go stay with them.  We have not been able to tell anyone that we are afraid to return to our country.  We want to be able to tell our story because we are afraid to return" Declaration of Katya J██████████████████████, Ex. 42 ¶ 6.

Class Member Denys A█████████ was detained at a CBP facility near McAllen, TX and declared that while there, "I have not received any information about my rights or about attorneys that I could contact.  I have not been able to make a phone call to my family.  My mother and I are hoping to live with my aunt in Houston.  No one has told me why we are waiting here or what's going to happen next." Declaration of Denys A█████████, Ex. 46 ¶ 7.

Juliana M████████████████ was detained with her two class member daughters at a CBP facility near McAllen, TX and declared while there, "We received only one chance for a phone call. The phone call did not go through and I have not had another chance to call. We want to tell our family that we are here and doing okay." Declaration of Juliana M█████████████████████, Ex. 51 ¶ 5.

Silvia S██████████████ was detained with her 10-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "I was not allowed to use a phone at the CBP facility." Declaration of Silvia S█████████, Ex. 39 ¶ 7.

   **ICE**

Blanca E████████████████████ and her three class member children were detained at a CBP facility near McAllen, TX and declared while there, "[t]his was also the first time I was told that I had a right to call someone." Declaration of Blanca E████████████████, Ex. 10 ¶ 7.

Rigoberto L██████████ was detained with his 4-year-old son at Berks County Family Residential Center in Berks, PA and declared that while there, "No one at BCRC ever explained to us how to find a lawyer." Declaration of Rigoberto L█████████, Ex. 56 ¶ 13.

Ignacio B██████████ was detained at the Berks County Family Residential Center in Berks, PA with his 5-year-old son and while there declared, "I don't think I was given a list

of lawyers to call. No one explained to me how to find a lawyer." Declaration of Ignacio B█████████, Ex. 59 ¶ 10.

Martin F███████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "Four days after I arrived at BCRC, a legal assistant came to speak with new families from Aldea – The People's Justice Center. Before she called me down, I had no idea about how to find a lawyer or how to ask for asylum." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 16.

Martin F███████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 7-year-old daughter and declared while there, "At BCRC we were given lots of paperwork about our rights and about immigration but it is all written in Spanish and my first language is Akateco. I can't read most of it. They explained a few things to me with an Akateco interpreter on the phone." Declaration of Martin Francisco-Miguel, Ex. 60 ¶ 14.

Mario S███████████ was detained at the Berks County Family Residential Center in Berks, PA, with his 8-year-old Flores Class Member son and declared while there, "I was given paperwork here but I do not know what the paper says because I do not know how to read in English or Spanish. No one has explained what the documents mean. I have spoken to a lawyer's assistant but I have not had my interview with the immigration officer yet to tell them what happened to me." Declaration of Mario S███████████████, Ex. 61 ¶ 9.

Miguel P███████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared "There is a paper on the wall. I cannot read what it says. I do not know if I received a list of lawyers. I do not remember any immigration officials or people from the shelter telling me that my son and I can talk to lawyers. It was only when I went to talk with a free lawyer that I learned about a place nearby that helps people with their cases." Declaration of Miguel P███████████, Ex. 62 ¶ 8.

Miguel P███████████ is detained at the Berks County Family Residential Center in Berks, PA, with his 5-year-old Flores Class Member son. While there Miguel declared "Honestly, I am really confused about what is happening to me and my son. I do not understand why we are here at Berks. I want to know when I get to leave. Nobody has talked to me and my son about our rights or what is happening in Akateko. There are other people here that speak Akateko and they seem confused too." Declaration of Miguel P███████████, Ex. 62 ¶ 10.

## C. Efforts to Release Minors and Detention in Secure, Unlicensed Facilities

### 1. Failure to Make Continuous Efforts to Release Minors

Jessica N███████████ and her 1-year-old daughter were detained at a CBP facility near McAllen, TX and declared while there, "[a]round November 20, 2017 I received and signed a positive fear determination. Since then I do not believe that anything has happened in my case. I hope to live with my sister, Blanca Azucena Nunez Ochoa, in Virginia. I gave her name and phone number to officials at the first CBP station I was held at and I provided it

again when I arrived at Dilley. I have spoken to my sister many times since I arrived at Dilley. She informed me that ICE called and spoke to her the day after I received my positive fear determination. She was told that ICE would be in contact to tell her how to buy my daughter and me tickets to go to her, but they have not provided my sister with that information. I spoke with my sister most recently on December 6, 2017. According to my sister, ICE told her that they would call soon to explain how to buy tickets for my daughter and me, but that they couldn't tell her how to do it that day because I was not in ICE's files. I went to ICE officials the same day, December 6, 2017, to ask what was happening with my case and why there was such a delay. The only answer I received was that I would have to wait. They gave me no information about the reasons for the delay. I have been at Dilley for 31 days at this point, and received a positive fear determination 17 days ago. No one has explained to me why I have not yet been released." Declaration of Jessica Nunez Ochoa, Ex. 17 ¶¶ 6-10.

Class Member Maybelline Estrada Posada was detained at a CBP facility near McAllen, TX and declared that while there, "At no time has anyone asked me or my mother whether I would like to be released to my father or older sister who live in the United States. My father lives in Arkansas and [m]y 23-year old sister lives in New Jersey. Neither my mother nor I have been informed that that is an option." Declaration of Maybelline E_____, Ex. 24 ¶ 6.

Francisca L_____ was detained with her 4-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "I have been in touch with my husband but I do not know why we have not been released. No one has informed me what is necessary for my daughter and I to be released." Declaration of Francisca L_____, Ex. 35 ¶ 4.

Damaris C_____ was detained with her two class member children at a CBP facility near McAllen, TX and declared that while there, "We told ICE that my husband was in New York and we wanted to go to live with him. No one has asked if I would like for my children to be released without me to go to NY to live with my husband." Declaration of Damaris C_____, Ex. 29 ¶ 5.

Silvia S_____ was detained with her 10-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "I am planning to live with my brother in Louisiana after I am released. No one has asked me if I would want my daughter to be released to him or anyone else instead of continuing to be detained." Declaration of Silvia Sana Alvarado, Ex. 39 ¶ 3.

Iris A_____ was detained with her 5-year-old son at a CBP facility near McAllen, TX and declared that while there, "I have been in detention since November 6. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option." Declaration of Iris A_____, Ex. 15 ¶ 7.

Ana B_____ and her 6 year old son were detained at a CBP facility near McAllen, TX and declared while there, "I am very stressed out by my continued detention; I do not have the desire to do anything and I have no appetite. I spend most of the day in my room, depressed and anxious. My son is equally distressed. He tells me constantly about how much he wants to leave this place and how sad he is to be here. He is barely eating, and I am very worried about his health. Today he just had a bowl of cereal for breakfast; he

declined to eat lunch and dinner. He tells me he does not want to return to Honduras. He only wants to be released from this place and join his father, who lives in Texas." Declaration of Ana B████████████████, Ex 7 ¶ 8.

Veronica M████████ was detained with her 1-year-old son at a CBP facility near McAllen, TX and declared while there, "I have been in detention since November 7. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option." Declaration of Veronica Matias-Carrillo, Ex. 26 ¶ 6.

Class Member Karla T████ was detained at a CBP facility near McAllen, TX and declared that while there, "[m]y brother and my uncle are waiting for us, but we have been given no information for over three weeks." Declaration of Karla Txi-Pop, Ex. 19 ¶ 9.

Francis M████████ was detained with her 6-year-old son at a CBP facility near McAllen, TX and declared while there, "We were not asked whether we were afraid to return to Honduras and were not asked whether we had any friends or relatives in the United States who we wanted to stay with." Declaration of Francis Mabel Dueñas Meza, Ex. 34 ¶ 6.

Maria V████████ was detained with her 12-year-old son at a CBP facility near McAllen, TX and declared that while there, "My son and I have been at the Karnes Residential Facility for about eleven days. We are planning to go to live with a sister-in-law in Tennessee. I told officials that I want to stay with my son." Declaration of Maria Victoria Castro Barrera, Ex. 36 ¶ 11.

Dorca V████████ was detained with her 16-year-old son at a CBP facility near McAllen, TX and declared that while there, "They have not asked me if I want my son released to my friend who is going to receive us or anything else." Declaration of Dorca Veronica Tabora Membrano, Ex. 31 § Karnes ¶ 3.

Elsa E████████████ was detained with her 17-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "They have not asked if I want my daughter to go with my brother." Declaration of Elsa Estela Linares de Diaz, Ex. 33 § Karnes ¶ 3.

Candida R████████ was detained with her 6-year-old son at a CBP facility near McAllen, TX and declared that while there, "I am going to live with a cousin. No one has asked if I want my son to be released to my cousin or to anyone else instead of being detained." Declaration of Candida Rosa Rios Villalobos, Ex. 28 § Karnes ¶ 2.

Class Member Dulce O████████████ was detained at a CBP facility near McAllen, TX and declared that while there, "They did not give us a phone call to anyone, including the friend that we were going to live with." Declaration of Dulce Osmaris Rivera Andino, Ex. 32 § CBP ¶ 6.

Dora S████████ was detained with her 8-year-old daughter at a CBP facility near McAllen, TX and declared that while there, "My daughter has a hard time here because she wants to be with her family. No one has asked me if I want her to be released to her father

or anyone else instead of being detained." Declaration of Dora S▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, Ex. 30
§ Karnes ¶ 2.

Exhibit 3

## DECLARATION OF VIRGINIA CORRIGAN

I, Virginia Corrigan, declare and say as follows:

1. I am an attorney licensed to practice in the states of New York and California. I am a staff attorney at the Youth Law Center in San Francisco, California. I participated in Plaintiffs' December 2017 monitoring visits to United States Immigration and Customs Enforcement (ICE) facilities in Dilley, Texas and Karnes City, Texas.

2. On December 6, 2017, I participated in a site visit to the ICE detention facility located in Dilley, Texas. In the course of that site visit, I spoke with *Flores* class members and their mothers, as well as with ICE employees, regarding conditions at the facility. I also participated in a tour of the facility.

3. During the tour of the Dilley facility, I observed that the facility was surrounded by fences and that there was only one door through which it was possible to leave the facility. I passed through this door multiple times and observed that the exit was staffed by at least two individuals at all times. When I enquired of the ICE staff who were conducted the tour what would happen if a detainee attempted to exit the facility through that door, I was told that ICE officers would immediately apprehend the detainee and return her to the facility.

4. On December 7, 2017, I participated in a site visit to the ICE detention facility located in Karnes City, Texas. In the course of that site visit, I spoke with *Flores*

1

class members and their mothers, as well as with ICE employees, regarding conditions at the facility.  I also participated in a tour of the facility.

5.  During the tour of the Karnes City facility, I observed that the facility was fully enclosed and that there was only one door through which it was possible to leave the facility.  Based on my observations, it did not appear that class members had access to that door.  When I enquired of the ICE staff who were conducted the tour what would happen if a detainee attempted to exit the facility through that door, I was told that detainees are not permitted to leave the facility and that ICE officers would immediately apprehend the detainee and return her to the facility.

6.  Based on my personal observations and conversations with facility staff and *Flores* class members and their parents, I am aware that both Dilley and Karnes are secure facilities. Based on these observations and conversations, my understanding is that class members are not permitted to leave these facilities, and that any class member who left the facility, unless with facility or ICE consent and a facility or ICE escort, would be immediately returned to the facility.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2018 in San Francisco, California.

_____
Virginia Corrigan, Esq.

2

55

Exhibit 4

## DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, declare and say as follows:

1. I am an attorney licensed to practice in the state of Pennsylvania. I am a partner in the law firm of Cambria & Kline, P.C. My practice includes regular representation of immigrant and refugee children and their parents detained pursuant to the Immigration and Nationality Act and housed at the Berks County Residential Center, a detention center located in Leesport, Pennsylvania.

2. I have practiced immigration law for ten years and have represented immigrants, children and families before the Immigration Courts, the Board of Immigration Appeals, Federal District Courts and the Third Circuit Court of Appeals. I am a graduate of the Roger Williams School of Law, wherein my studies focused on immigration and public interest law. Prior to law school, on or about 2002, I was employed by the County of Berks wherein I was a staff member for one year of what is now called the "Berks County Residential Center" (hereinafter "BCRC" , previously and alternatively known as the "Berks County Youth Center", "Berks Family Shelter", or the "Berks Family Detention Center" ). In the course of my practice I have regular occasion to observe, and therefore am familiar with, the policies and practices of United States Immigration and Customs Enforcement (ICE) toward the detention, release, and treatment of children and

1

mothers detained at BCRC. I have also had the opportunity to observe how those policies and practices have changed over time.

3. In the course of my representation of over 100 individuals in the Berks County Residential Center since June of 2014, I have also had occasion to observe and interact with families and children. I am aware of ICE's decisions on detention and have observed its continued refusal to follow requirements of the *Flores* Settlement.

4. On December 21, 2017 I attended a site visit to the Berks facility to interview Flores Class Members.

5. Based on my personal observations, and numerous discussions with facility staff and Flores class members and their parents, I am aware that Berks is a secure facility. Any class member who left the facility, unless with facility or ICE consent and a facility or ICE escort, would be immediately arrested.

I declare under the penalty of perjury that the foregoing is true and correct.

Executed this 8th day of January, 2018 in Reading, PA.

Bridget Cambria, Esq.

Exhibit 5

**Declaration of**
**Darinel L█████████, A NUMBER █████████**

I, **Darinel L█████████** (A number █████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is █████████ My son's name is Daladier L█████████ (A# █████████). He is almost two years old and he was born on █████████ My son and I are from Guatemala.

2. We left Guatemala because I wanted to seek a better life for my son, and to escape the poverty of our home town.

3. We presented ourselves at the border about one month ago. I believe that it was on or about December 4, 2017. We were taken to a Border Patrol facility where we stayed for about two days. We were then transferred to another facility, called El Tornillo de Texas, where we stayed for another four days.

4. At both of these facilities, there was not enough food and my son suffered from hunger the whole time. At the first CBP facility, they gave us a cup of soup each for every meal. The soup was just liquid, no solid food. My son was very hungry because he only drank one cup of soup for the first two days when where detained at that facility.

5. The conditions were not good. There were 8 adults and all of our children in the same small locked room. There was not enough room even to sleep. I asked for two blankets so that I could put one on the floor for my son to sleep on and one to cover him. The toilet was in the same room with all of us.

6. After two days, my son and I were taken to another place where we were held for about 4 days.

7. At this second facility, they also did not give us enough food. We got some cereal for breakfast, then some solid food for lunch and just liquid soup for dinner. My son continued to suffer from hunger during the time we were detained there.

8. My son and I were taken out of that facility after about 4 days.

9. My son and I have been at the Berks Family Detention Center for about 12 days. We are waiting for a decision after our credible fear interview to find out whether we will be released to live with my father in Mississippi or whether we will be sent back to Guatemala.

I, Darinel L█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Darinel L█████████

_12/21/2017_
Date

Page 1 of 2

60

## Certificate of Translation

I, Rebecca Wolozin, certify that I am fluent in English and Spanish and that I read the above declaration to Darinel L███████ in Spanish.

*Rebecca Wolozin*

Rebecca Wolozin
Legal Aid Justice Center
6066 Leesburg Pike, Suite 520
Falls Church, VA 22041

12/21/2017

Date

Exhibit 6

## Declaration of Alma S█████████████
### A#█████████

I, Alma S█████████████ (date of birth █████████, A#█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Alma Suyapa Sanchez Ruiz. I am a citizen of Honduras. Presently, I am at the South Texas Family Residential Center. With me is my mother Suyapa B████████ █████ (A#█████████ She is also a citizen of Honduras.

2. My mother and I crossed the border on about November 15, 2017. We were in a group of about 15 or 16 people, all of them parents and their children traveling together. We crossed the Rio Grande on inner tubes and then turned ourselves in to the border patrol.

3. Before we came to the South Texas Family Residential Center, my mother and I were taken to two places – first one which was called "la hielera" (the icebox) and then one which was called "la perrera" (the dog pen). My mother and I stayed at la hielera for 2 nights, and at the perrera for 2 more nights.

4. My mother and I were separated when we got to the hielera. Each of us was taken to a separate room. I shared my room with one other girl the first day, and with four other girls the second day. In my mother's room, there was just her and another woman.

5. La hielera was extremely cold. Since we had crossed the Rio Grande on inner tubes, our clothes were wet when we were taken into detention. We were not offered any dry clothes for the two days and two nights we were there; they just gave us each a space blanket, which barely helped at all.

6. We got fed the same meal three times a day: a small, cold burrito. I got a bottle of juice with each meal. That was all I had to eat and drink; I was hungry and thirsty. My mother had the same diet, except that she was given no water to drink with any meal, nor between meals. She has told me that she was extremely thirsty. When it was meal time, someone came into each cell and rudely gave us the food.

7. It was extremely difficult to sleep. Everyone had to sleep on the floor, which was made of cement and was both hard and cold. They kept the lights on full strength all night long.

8. My mother and I were told nothing about any rights that we had. I did not see any written notice of our rights, and my mother tells me that she did not see any written notice either.

9. I was not motivated to let the guards know about how uncomfortable we were, since the guards had made it very clear that they did not care if we were suffering. Guards were

frequently yelling at us, insulting us, and telling us that we were going to be deported. Their overall aspect was demeaning and contemptuous.

10. After two days and two nights in the hielera, my mother and I were taken together to the second facility, which we called la perrera. Once arriving there, we were separated again. We stayed there another two days and two nights.

11. Each of us was kept in a separate fenced-in cage. In my cage, everyone was a minor, but there were no small childen in there. The cages measured about 40 square meters. In my cage, there were a lot of people; I don't remember the exact number, but it was crowded. My mother estimates that there were about 30 people in her cage.

12. When we first got to the perrera, we were finally given a chance to shower. When we showered, they gave us a change of clothes to wear for a few hours while they washed the clothes we had come in. After that shower, we had no access to running water (no soap, no toothpaste, no sink) for the rest of our time there. For when people had to go to the bathroom, there was a porta-potty accessible from each cage.

13. Like the hielera, the guards in the perrera were also cruel to us. They would rouse us in the middle of the night (at 2:00 a.m.) to do a detainee count or something like that. Many of the minors in my case were groggy and did not get up immediately when the guards came into our cage. The guards would shove those kids with their feet, or grab their sweater and yank them hard, in order to get them up quickly.

14. The perrera was similar to the hielera in many other respects, too. Among other things, it was very cold in the perrera. They gave us space blankets, but they were not sufficient to keep ourselves warm. In the perrera, I saw a number of small children who were having respiratory problems due to the cold air. They had colds and were coughing a lot.

15. The food situation was also similar to how it was in la hielera. The food was basically the same. The difference is that the food was heated a little (it was lukewarm, not hot) in la perrera and they brought me a bottle of juice with every meal, not just once a day. My mother was given a bottle of water with every meal once in the perrera, whereas she had received no water at all in la hielera.

16. About 20 days ago, my mother and I were transferred to the South Texas Family Residential Center.

17. Conditions are much better here at South Texas Family Residential Center. However, my mother and I have experienced slow and inadequate service at the center's medical clinic. Recently, I had a bad cough and my mother had a bad cold. We got to the clinic at 1:00 in the afternoon. At 4:00, we were called to see a nurse. She just told both of us to drink some water. At another time, we went in for vaccinations with the clinic, but there was no problem with that.

---------------------------------------------------------------------------------

I, Alma S█████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Alma ███████████

Alma S████████████

12|07|17

Date

65

**Certificate of Translation**

I, Jay Martin Steinman, certify that I am fluent in the English and Spanish languages and that I read the above statement back to Alma S█████████████ in Spanish.

_____          12/07/2017 _____

Jay Martin Steinman                                    Date

Exhibit 7

**Declaration of Ana ███████ M███████**
**(A# ███████**

I, Ana M███████ (date of birth ███████ A# ███████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Ana M███████ At this moment I am at the South Texas Family Residential Center in Dilley, Texas, together with my son Deriz L███████ (date of birth ███████). My son and I are citizens of Honduras.

2. My son and I came across the Rio Grande on about November 9, 2017 and then presented ourselves to the border patrol. At first, we were taken to a place called "la perrera" for three days. After that, we were brought to the South Texas Family Residential Center.

3. When we were first detained, I was told to sign a number of forms. I did not understand what they were for. At the perrera, no one told us about any rights we had. I don't remember seeing any written advisals of rights either. No one gave us any written information about rights.

4. Conditions in la perrera were very uncomfortable. It was crowded. We were kept in a fenced-in space with about ten other families. (My area was just for mothers with young kids.) It was very cold in there, with concrete floors. We each got a foil "blanket", which helped, but only a little. For sleeping, each of us got a thin mattress, which we would put on the floor. It was hard to sleep due to the cold, the fact that they kept the lights shining full strength all night, and the noise. Many young children were coughing throughout the night because of the cold.

5. At la perrera, we were fed the same food three times a day: a kind of lukewarm bean taco, a churro, an apple, and a bottle of water. Apart from that, there was no other chance to eat or drink. We were fed in the early morning, then again at about 11:00 a.m., then again about 4:00 p.m. We ate while sitting on our mattresses.

6. While my son and I were at la perrera, there were no sanitary facilities to use except a porta-potty which was in each cell. When we first got there, we were led to take a shower, and at that time they washed our clothes. (They gave us some clothes to wear for a few hours until our own clothes came back from the laundry.) In our cell, there was no place to wash and no soap, toothbrushes or toothpaste.

7. The guards at la perrera were mixed in how they treated us. Some of them were reasonable, but others were very impatient and rude. They would make us line up in the middle of the night, while we were sleeping, to make sure everyone was there. They would kick people who were sleeping in order to get them up.

8. I have been at South Texas Family Residential Center for just under one month. I am currently waiting for my immigration case to be resolved. I am very stressed out by my continued detention; I do not have the desire to do anything and I have no appetite. I spend most of the day in my room, depressed and anxious. My son is equally distressed. He tells me constantly about how much he wants to leave this place and how sad he is to be here. He is barely eating, and I am very worried about his health. Today he just had a bowl of cereal for breakfast; he declined to eat lunch and dinner. He tells me he does not want to return to Honduras. He only wants to be released from this place and join his father, who lives in Texas.

---------------------------------------------------------------------------------

I, Ana M[redacted] swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

*Ana* [redacted]                    12 / 07 / 2017
Ana M[redacted]                     Date

69

### Certificate of Translation

I, Martin Steinman, certify that I am fluent in the English and Spanish languages and that I read the above statement to Ana M ████████ in Spanish.

_____                                    12/07/2017

Martin Steinman                                                Date

Exhibit 8

**Declaration of**
**Aurelia D██████, A#██████████**

I, Aurelia D██████, (A#████████) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Aurelia D██████. My alien registration number is A████████. I was born in Romania. My date of birth is ██████████ I am 39 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my 13-year-old son, Giovanni D██████, A████████ date of birth ██████████

2. We entered the United States near Matamoros, across from Brownsville, Texas, on December 2, 2017.

3. Prior to arriving at the Dilley Center, we were detained at another facility for approximately three days where there were no hygiene products. There was no soap, no water for washing our hands or face, no toothbrushes or toothpaste.

4. We were alone in a cell together and they gave my son and me one bed to sleep in together. We were not able to make phone calls to tell our family where we were.

5. It was so cold that our teeth would hurt and our throats would hurt. We were given nothing but a plastic blanket to keep us warm. I asked the guards to please turn down the air conditioner, but they refused.

6. They left the lights on all day and night. We lost track of day and night. We did not see sunlight for days and could not sleep.

7. They would not let my son go outside or get any exercise. They only let him watch television.

8. They did not give him enough food. They gave him no breakfast, a frozen sandwich cut in triangles and chips for lunch. Most of the meals were like this (a frozen sandwich and chips). All of the meals were cold except one. That meal was macaroni, which was served a little warm. My son was so hungry that he asked for snacks. They saw he was just a boy so they gave him some snacks.

I, Aurelia D██████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Romani, a language in which I am fluent, and was read back to me in Romani.

72

_____                    _12-05-2017_
Aurelia D███                                        Date

2

## Certificate of Translation

I, Michael Bochenek, certify that I read the above declaration to Aurelia D█████ in Italian, a
language she understood, before she executed it. In addition, I translated the document into
Romani using Google Translate and prior to executing the declaration Aurelia D█████
affirmed its accuracy. I further certify that I am proficient in Italian.

*(signature)*

Michael Bochenek

*(handwritten: 5 Dec 2017)*

Date

74

Exhibit 9

**Declaration of**

**Bessy L**█████████████████ **A**█████████████

I, Bessy L█████████████████ (A█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Bessy L█████████████████ My alien registration number is A█████████ I was born in █████████████████ Honduras. My date of birth is █████████████ I am 35 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my daughter, Katherine G█████████████ A█████████ and my sons, Dixie Y█████████████ A█████████ and Luis F█████ █████ A█████████ who are fourteen, eleven, and nine years of age, respectively.

2. We entered the United States near Calexico together as a family unit.

3. Prior to arriving at the Dilley Center, we were detained at another facility for three days where there were no hygiene products. There was no soap to wash our hands, no toothbrushes or toothpaste. We went the whole time without washing or bathing. We had no clean clothes.

4. It was very cold and we had to sleep on the cement floor. We were given nothing to keep us warm except one aluminum blanket each, with no mats, and the immigration officials took my sweater when they put us in this cell. My children was so cold that I gave them my blanket to put on the floor underneath them to keep warm, with the other blankets on top of them. I remained awake and sitting up most of the night.

5. We were not given clean water to drink. We had to drink water from the bathroom sink with our bare hands, which were dirty since we were not able to wash them after toileting because there was no soap.

6. We were fed three times a day, but my daughter was given no snacks. My sons were given crackers and juice.

7. The children were never allowed to go outside to play or get exercise. They had to stay inside the entire time.

8. Even though the conditions are better here at the Dilley detention center, we have been here for 22 days thus far, and my daughter's nails are chewed down to the quick because she is so anxious from being locked up for so long.

I, Bessy L█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████ █████ ██ █ ████ ██████

Bessy L██████████████

Date: December 7, 2017

2

77

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in the English and Spanish languages and that I read the above statement back to Bessy L█████████ in Spanish.

_Michael Bochenek_           7 Dec 2017

**Michael Bochenek**
**Human Rights Watch**

**Date**

350 Fifth Ave., 34th Floor

New York,  NY 10118-3299

78

Exhibit 10

**Declaration of Blanca** 

I, Blanca █████████████████ (A██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Blanca █████████████████ (A██████████). I was born on ████████████ ████ in ████████, El Salvador.

2. I came to the United States with my three children, Diego G███████████ (13), Leandro G███████████ (11), and Fabio G███████████ (8) on October 26, 2017.

3. We entered through Reynosa. Right after entering, immigration officials made us get two lines. They separated me from my two oldest children. I was left with my youngest for the next two days. They took us to cell. The kids had to sleep in another part of the pererrera with other kids. I saw them the next day, but only for an hour to talk and then they had to go back to their area.

4. The first place we were in for a day was horrible. It was very, very cold. They gave us a cookie and one little bottle of water. There were no private bathrooms. We were packed in a cell with at least forty other women, plus their children. There were two benches; whoever was there first got a seat. My son had to sleep by the garbage can. There were no mats or blankets, although they gave us sweatshirts.

5. During both days, nobody gave us any explanation of any rights whatsoever. Nor could I make a call.

6. We arrived to the Family Detention Center in Dilley, Texas on October 28th in the evening, around 8 pm.

7. It was definitely better because we were given clothes and a place to shower and food. This was also the first time I was told that I had a right to call someone.

8. Most days are routine regarding when and where we eat, but when the kids have to go to the or daycare or when I have to go to court or the clinic, they're not allowed to leave by themselves and nobody gets them to eat.

9. While conditions were better here, after some time, the pressure of being incarcerated started to affect my children. Their behavior has changed. They've asked me to just sign something so they can leave here and go back. They don't understand the danger that we are all in and so they've gotten angry at me when I've tried to explain my reasons.

10. I never heard that my kids could have left before me. I wish that someone had because I would have let them go to my family here.

11. My kids act depressed and angry; I think they are losing their patience with here and with me. It's very hard to watch. But I know that we have no other choice but to wait due to the threats that we face in El Salvador.

I, Blanca E▓▓▓▓▓▓▓▓▓▓▓▓  swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Blanca E▓▓▓▓▓▓▓▓▓                                                    12 / 07 / 17

                                                                              Date

## Certificate of Translation

I, Jacqueline Brown Scott, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that the above statement was read back to Blanca E▓▓▓ ▓▓▓▓▓▓▓▓▓▓▓▓ in Spanish and she verified that it was true and correct.

Jacqueline Brown Scott                                                12 | 7 | 2017

                                                                              Date

81

Exhibit 11

**Declaration of Daili A▮▮▮▮▮▮▮▮ (A▮▮▮▮▮▮▮)**

1. My name is Daili A▮▮▮▮▮▮▮▮ (A▮▮▮▮▮▮▮) and I was born in▮▮▮▮▮▮▮▮ Guatemala on ▮▮▮▮▮▮▮▮ I turned 25 in detention.

2. I have one daughter, Heyssell Z▮▮▮▮▮▮▮▮▮▮▮ who will be 4 next week, on the ▮▮▮▮▮▮▮▮ I came to the United States with my daughter, I am separated from her father and I don't know where he is.

3. My daughter and I fled violence in Guatemala. We entered the United States through the desert, I think near Sonora, on November 10th. We crossed the border around 9 or 10 pm on a Friday night. We were in a group and we were caught by immigration officials pretty soon after crossing. They separated the men from women and children and a patrol took us to the hielera.

4. It was a terrible place. It was very cold. I remember we were all so cold. We were given a burrito, a cookie and a juice. My daughter wouldn't eat. The whole time we were there, she only had juice. I didn't like it, but I ate so I wouldn't get sick.

5. We slept on the floor in a room with about 15 people. We had a mat and an aluminum blanket. It was very cold. There were 4 or 5 toilets in the same room. There's no door. We were never given water, but rather told to drink from the toilet. We bathed twice, but we had to put our dirty clothes back on. Luckily we were not sick, but other people were. They were coughing and complaining of stomach pains.

6. We couldn't leave the room unless they wanted to talk to us. My daughter once went by the door and they yelled at her.

7. They asked me why I came and where my daughter's father was, but that is it. They didn't explain anything or ask me about being afraid. They never said anything to me about having any kind of rights. I was only able to call my relatives once to ask their address.

8. We were taken from the hielera to Dilley that Tuesday, 4 days later. They said it would be really nice there.

9. In Dilley I feel desperate. At first I did think it was nice. There was food, we had beds, and there was a place for my daughter to play. But after a little time, I felt the pressure of being imprisoned.

10. I mostly worry for my daughter. She says to me often, "come on momma, let's leave, let's go." She doesn't want to do anything anymore and I believe the is depressed. We have been here 23 days.

11. About a week ago, she got sick with a cough and for four days she didn't eat anything. She had sores on her mouth. I went to the medical clinic. We got there are 10 am and were seen by the doctor at 4. It was quick. They told me that she needed to drink water and they gave us honey and Vics. I didn't think they took it seriously.

12. She's gotten better, but she only eats pizza and french fries! She doesn't sleep well and she doesn't want to watch TV or play anymore. Sometimes she'll say, "let's eat," but then when she gets there, she doesn't want to eat anything.

13. The room situation is complicated. There are twelve of us in a room, six bunkbeds. Sometimes the kids fight over the TVs, some don't want it on, some want to change the channel.

14. Count is taken at 8:30 at night and then again at 6:30 when we have to get up. The kitchen closes at 7:45 so we have to get up and out fast, but my daughter doesn't want to get up. At night the kitchen closes at 6:30. Later in the evening you get hungry. There is a store with snacks, but it is really just chips and sweets. There's barely anything healthy. The little glasses of fruit cost $6. I think this is expensive. I mostly buy bottles of water because the faucet water tastes like chemicals.

15. I haven't had any problems with the guards, but I am a little scared of them because I don't know how they could affect my case. I do whatever they say- put on your coat, don't touch that, go here.

16. Everyday everything is the same and I feel sad and desperate for myself and for my daughter.

17. I hope that the judge will consider our experience so that other families do not have to go through what we have experienced both here and in the *hielera*. It's only worth it because of the danger we are fleeing.

I, Daili A█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____          72-07-17
Daili A████████                           Date

84

**Certificate of Translation**

I, Jacqueline Brown Scott, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that the above statement was read back to Daili A███████ in Spanish and she verified that it was true and correct.

----------------------------------------
Jacqueline Brown Scott

December 7, 2017

Exhibit 12

**Declaration of Dinora E█████████████████ (A# ████████**

I, Dinora E████████████████ (date of birth ████████, A# ████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Dinora E███████████████████ I was born in El Salvador. I am currently being held at the South Texas Family Residential Center (STFRC) together with my daughter, Yanci ████████████████ (date of birth ████████ A# ████████

2. My daughter and I have been detained here at the STFRC for approximately 19 days.

3. At the STFRC, the long waits at the medical clinic have been a cause for concern. When my daughter was getting vaccinated, she had to wait for five hours. Another time, she had an appointment at clinic for 8:00 in the morning. She and I had to wait from 8:00 a.m. until 6:00 p.m. to be seen.

4. After my daughter and I crossed the border and turned ourselves in to the Border Patrol, we were first brought to a different detention center (referred to below as the "holding center"). I don't remember the name of that center. We spent three nights there before we were transferred to the STFRC.

5. Conditions in the holding center were very uncomfortable for both of us. We were kept in cages, surrounded by fences.

6. The first night, my daughter and I were kept together. After that, we were separated. We were finally reunited when it was time for us to be transferred to STFRC.

7. It was extremely crowded at the holding center. My daughter and I were first brought to a cell measuring about 40 square meters. I estimate there were about 60 people in that small area. There was not enough space for everyone to lie down, so some people had to try to sleep while seated.

8. When my daughter and I were separated, we each went to a new cell – only adults in my cell, only girls in my daughter's cell. In my cell there were about 20 people – still very crowded, though not as bad as the first one. It was the same size as the first cell.

9. My daughter has told me that there were many girls in her cell. It was able about the same size as the first cell. The girls were aged approximately 9 years old to 17 years old.

10. At the holding center, we got the same food three times per day: a burrito, an apple, chips, and a bottle of water. It was the same diet for both kids and adults, with the one difference

that the kids also got an extra bottle of juice and some cookies with each meal. In between
meals we could drink water from a cooler.

11. It was very cold in there. Everyone detained there complained about the temperature. We
each got a space blanket, but that was not nearly sufficient. When we arrived, our clothes
were wet, which made the situation worse for us.

12. The second day we were there, we got to take a shower. At that time they lent each of us a
change of clothes while they washed and dried our own clothes.

13. The day that we were allowed to shower, we were able to brush our teeth. Apart from that
we had no access to running water (no shower, no sink) and no toiletries of any kind for the
whole time we were at the holding center.

14. The same night that I was detained at the border, I was briefly interviewed for about five
minutes over a video link. As I recall, I was asked basic questions like my name, my
birthplace, who my parents were, my destination, and the phone number of a contact in the
U.S. I remember the official asking if I was afraid of returning to El Salvador, and I remember
answering yes. I was going to tell him the story of why I left El Salvador, but he did not want
to hear it. Later, when I had a credible fear interview at the STFRC, I was told that the official
who had asked me those questions had written notes saying that I had no fear of returning
to El Salvador. I don't know why he wrote that in the notes, because that is not what I said
and it is not the truth.

-------------------------------------------------------------------------------------

I, Dinora E███████████████████████ swear under penalty of perjury that the above
declaration is true and complete to the best of my abilities. This declaration was provided in
Spanish, a language in which I am fluent, and was read back to me in Spanish.

12/7/17

Dinora Elizabeth Camacho de Hernandez                    Date

Certificate of Translation

I, Bill Hing, certify that I am fluent in English and Spanish and that I read the above declaration to Dinora E█████████████████████ in Spanish.

_____
Bill Hing


___January 5, 2018_____
Date

Exhibit 13

**Declaration of**
**Ducesa B████, A ████████████**

I, Ducesa B████, (A ████████████) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Ducesa B████. My alien registration number is A ████████████ I was born in Romania. My date of birth is ████████████ I am 12 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my mother, Luminata B████, A ████████████.

2. We entered the United States by crossing the river near Reynosa on November 18, 2017.

3. We were apprehended the same day and taken to a cell for about 15 hours. There were no hygiene products available for us in this cell. There was no soap to wash our hands, no toothbrushes or toothpaste. There was a toilet in the cell, right there in the room with us. A short wall went up halfway, meaning we had no privacy when we used it. We were not allowed to shower while we were in the cell.

4. It was very cold in this cell. We were each given a metallic blanket, but no mats. We had to sleep on the concrete floor. There were many of us in a very small space. I can't count how many there were. We were all sitting right next to each other, touching shoulder to shoulder.

5. We were given chips and sandwiches, along with water, while we were in this cell. We received only one meal during our time in the cell.

6. On November 19, we walked to another part of the same facility, where we spent three nights. We were not allowed to shower until November 20. We had no clean clothes until the day we were allowed to shower, when they gave my mother and me a change of clothing and washed and returned the clothes we had been wearing.

7. The food was awful. It made me nauseated. They would feed us burritos and bad sandwiches three times a day, at 6 a.m., 11 a.m., and 4 p.m. At the same time, they would give us chips, an apple, and a bottle of water. We received nothing to eat for fourteen hours per day (from 4 p.m. to 6 a.m.). I was so hungry because I could not eat the burritos and the sandwiches. I asked for snacks, but they refused to give me any.

8. This second facility had hundreds of people and it was very crowded. There were 30 to 40 children in the children's area, where I was. It was very cold. All the walls were metal fences, like a kennel for animals. We were not allowed to exercise or go outside. The lights were always on and we did not know what time it was. I could not sleep.

9. They separated me from my mother. She asked them not to separate us, but they ignored her. I would try to talk to my mom across the cells, but the guards would get mad at us. I let my mom know that I was getting sick, but there was nothing she could do.

10. I kept crying and felt very depressed. It was the worst experience of my life.

I, Ducesa B████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Romani, a language in which I am fluent, and was read back to me in Romani.

████_____

Ducesa B████

12/02/17

Date

92

## Certificate of Translation

I, Michael Bochenek, certify that I read the above declaration to Ducesa B██████ in Italian, a
language she understood, before she executed it. In addition, I translated the document into
Romani using Google Translate and prior to executing the declaration Ducesa Briceag affirmed
its accuracy. I further certify that I am proficient in Italian.

Michael Bochenek

7 Dec 2017

Date

Exhibit 14

**Declaration of**
**Giovanni D███████, A ████████**

I, Giovanni D████████, (A ████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Giovanni D████████. My alien registration number is A ████████ I was born in Romania. My date of birth is ████████ I am 13 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my mother, Aurelia D████████, A ████████

2. We entered the United States near Matamoros, across from Brownsville, Texas.

3. Prior to arriving at the Dilley Center, we were detained at another facility for approximately three days where there were no hygiene products. There was no soap, no water for washing our hands or face, no toothbrushes or toothpaste.

4. It was so cold that our teeth would hurt and our throats would hurt. We were given nothing but a plastic blanket to keep us warm.

5. My mother asked the guards to please turn down the air conditioner, but they refused.

6. They left the lights on all day and night. We lost track of day and night. We did not see sunlight for days and could not sleep.

7. They would not let me go outside or get any exercise. I asked to go outside, but the guards ignored me. They only let me watch television. It was very stressful to be locked up alone with my mother and not to be able to speak to anyone else or do anything but watch television.

8. They did not give me enough food. They gave me no breakfast, a frozen sandwich cut in triangles and chips for lunch. Most of the meals were a frozen sandwich and chips. All of the meals were cold except one. That meal was macaroni, which was served a little warm. I was so hungry I asked for snacks, which they gave me.

I, Giovanni D████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Romani, a language in which I am fluent, and was read back to me in Romani.

95

Giovanni D████

12 - 05 - 2017

**Date**

<u>Certificate of Translation</u>

I, Michael Bochenek, certify that I read the above declaration to Giovani D⬛⬛⬛ in Italian, a
language he understood, before he executed it. In addition, I translated the document into
Romani using Google Translate and prior to executing the declaration Giovani D⬛⬛⬛
affirmed its accuracy. I further certify that I am proficient in Italian.

*[signature]*

Michael Bochenek

5 Dec. 2017
_____
Date

97

Exhibit 15

**Declaration of**
**Iris A**  **A**

I, Iris A  (A_____) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Iris A_____ My alien registration number is A_____. I was born in Honduras. I am 23 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my 5-year-old son, Anderson L_____ A_____.

2. We entered the United States by crossing the river on or about November 6, 2017, with a group of about 18 others.

3. We were apprehended by immigration officials soon after entering. After we were apprehended, we were taken to a holding cell, one of those places that we call a *hielera,* meaning "freezer," because it was so cold. The cold was unbearable. We were held in the *hielera* for about one and a half days. We were held with dozens of others there. We were provided a sandwich and water.

4. After a day and a half, we were taken to a different holding facility that is referred to as the dog pen—*la perrera.* We were held there for about a day. It was also very cold there. We were given a burrito with rice and beans and water. We were able to shower, but we were not provided with any toothbrushes or toothpaste.

5. At no time while we were in the *hielera* or *la perrera* was I given permission to make any phone calls. We were not allowed to go outside or to get any exercise. It was very stressful to be locked up. The lights were left on night and day, making it difficult to sleep.

6. We were brought to the Dilley detention facility on November 8, 2017.

7. I have been in detention since November 6. At no time has anyone asked me whether I would like my son to be released to a relative or friend in the United States. I have not been informed that that is an option.

I, Iris A_____ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in

which I am fluent, and was read back to me in Spanish.

████████████████████████                              12-7-17
[NAME]                                                 Date

### Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above declaration to Iris A████████████, in Spanish.

Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117


12-7-17
Date

Exhibit 16

**Declaration of Mayra ██████████**
**A ████████**

I, Mayra ██████████████ (A ████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Mayra ██████████████ My alien registration number is A ████████
   ██ I was born in ████████ Guatemala. My date of birth is ████████ I am 27
   years old. I am currently detained in the South Texas Family Residential Facility (the
   Dilley detention center), in Dilley, Texas, together with my son, Dayron ████████
   A ████████ date of birth ████████

2. I entered the United States on or about November 14, 2017, between 4 and 6 p.m.,
   together with my son, Dayron. We went to the port of entry in San Luis Colorado,
   Arizona, and spoke to immigration officials there to request asylum in the United States.

3. After I was interviewed by immigration officials at the port of entry, at about 4 a.m. my
   son and I were taken to a room about a block from the border post. We stayed there
   until 1 p.m.

4. In the evening, we were then taken to another place before we were put on a bus for
   about 45 minutes to one hour.

5. I asked where we were going, but the officer didn't answer me; he just told me to hurry
   up and board the bus. I remember somebody saying the name Tucson, but I am not sure
   if that is the place where we were held.

6. We arrived at about 8 p.m. at a holding cell, a place that we called by the Spanish word
   *hielera,* meaning "freezer." I do not know the name of the place where the holding cell
   was located.

7. We were allowed to shower. I remember that the water was first extremely hot and
   then very, very cold. We were given a change of clothes and a snack of potato chips,
   juice, and an apple. We turned over our own clothes, which were laundered and
   returned to us the following day.

8. My son and I were placed in a cell with about 17 other families, about thirty people in
   total, all women and children. This room was very small, about a quarter of the size of

the room I have now in the Dilley detention center, with concrete benches along the walls. We were all lined up on the floor, with just a little space to walk by. It was so crowded that some of us had to sleep partially in the toilet stall.

9.  Many of these children were very, very young, as young as one year old. Other children were as old as 17, boys as well as girls. It was very, very cold in this cell and many of the children were sick. Some had fevers, but they did not receive medical care. One of the other mothers was very sick with a fever. I asked them to turn down the temperature, but they refused. I asked them if I could get her some medicine from my purse to help bring down her fever, but they would not let me. Neither she nor the children received any medical assistance.

10. We spent one and a half days in this *hielera.* We had other clothes, but they had taken them away from us and only permitted us to wear one layer of clothing, a t-shirt. The cold was so bad that my son told me his bones were aching, and he became sick. I asked to be able to get the children's medication I had in my purse, but the immigration officers refused to give me access to it. I also asked for an extra cover to try to keep him warm, but they said they could not give me another one.

11. Both the children and their mothers slept on mats on cement floors.

12. We were fed three times a day. Sometimes we had cold burritos and other times we were given very cold sandwiches. We were also given bags of chips and apples. There were no snacks in between meals, not even for the children, except for one snack of cookies for my son right when he arrived.

13. The only water we had to drink was from the tap on the sink in the bathrooms. There were no cups to drink from, so we had to use our hands to drink. There was no soap for us to use to wash our hands, so we were drinking from our dirty hands. This was all very strange and uncomfortable for us.

14. There were no toothbrushes and no toothpaste for us to use in the *hielera.*

15. The toilet was an open-air toilet in the same room with us. There was a partial wall, but It didn't reach the floor and only went about waist-high when we stood, so there was very little privacy. Some of us had to hold up sheets while one of us used the toilet so that everybody else, including men in the hallway, couldn't see us as we used the toilet.

16. My son and I were transferred to the Dilley detention center on November 15, 2017. We have been here for 22 days. We are scheduled to leave tomorrow to live with my brother in Huntington, New York, while our asylum claims are processed.

17. I hope that the court will take our experiences into account and will make sure that other families do not have to go through what we experienced in the *hielera*.

I, Mayra J██████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

7 - 12 - 77

Date

<u>Certificate of Translation</u>

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the above declaration to Mayra J███████████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118-3299

7 Dec 2017

Date

Exhibit 17

**Declaration of Jessica N█████**
**A █████ ███ █**

I, Jessica N█████ hereby declare under penalty of perjury that the following is true and correct to the best of my ability and recollection:

1. My name is Jessica N███████. My A Number is █ ████████. My daughter, Briana S████████ was born on ████████. Her A Number is ████████ ██ ███. My daughter and I are from Honduras.

2. I believe that my daughter and I came to the United States in early November and that we crossed the border in or near Juarez. When I crossed the border, I went to a Customs and Border Protection office to present myself.

3. The Customs and Border Protection office where I presented myself and my daughter was large and had many rooms. First, I was held in a room alone with my daughter for one day and a night. Then they put me in another room with about four other women and eight children. I think I was there for two days. I was able to take a shower one day, but some of the other women there said they had spent four or five days without bathing. To eat, we were given some soups and burritos; we were not given any snacks. It was very cold the whole time I was there, day and night, and all we were given was a thin blanket, which was not enough to keep us warm. We needed jackets, but none of the other women I was with were allowed to bring in their belongings, including any warm clothing. There was a child with a fever in my room and the officials wouldn't let him have his coat from his mother's bag.

4. At the Customs and Border Protection facility, I wasn't provided any information about my legal rights or those of my child, any list of attorneys we could contact for legal advice, or any opportunity to use the telephone.

5. After about two days, I was taken to another facility. That facility was also very cold. My daughter and I were held in a cell with another woman for about a day, and then I was brought to Dilley on two planes and a bus.

6. I arrived at Dilley on November 6, 2017. I believe that I had my first asylum interview on November 16, 2017. Around November 20, 2017 I received and signed a positive fear determination. Since then I do not believe that anything has happened in my case.

7. I hope to live with my sister, Blanca A███████████ in Virginia. I gave her name and phone number to officials at the first CBP station I was held at and I provided it again when I arrived at Dilley. I have spoken to my sister many times since I arrived at Dilley. She informed me that ICE called and spoke to her the day after I received my positive fear determination. She was told that ICE would be in contact to tell her how to

buy my daughter and me tickets to go to her, but they have not provided my sister with that information.

8. I spoke with my sister most recently on December 6, 2017. According to my sister, ICE told her that they would call soon to explain how to buy tickets for my daughter and me, but that they couldn't tell her how to do it that day because I was not in ICE's files.

9. I went to ICE officials the same day, December 6, 2017, to ask what was happening with my case and why there was such a delay. The only answer I received was that I would have to wait. They gave me no information about the reasons for the delay.

10. I have been at Dilley for 31 days at this point, and received a positive fear determination 17 days ago. No one has explained to me why I have not yet been released.

11. My daughter is very depressed. She doesn't want to go outside and play; she just wants to stay in the room and sleep all day. She is frequently ill, she doesn't eat, and she has lost a lot of weight. I am very worried about her.

I, Jessica N███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████

Jessica N████████

Date  07-Dic-17   ████████

108

## Certificate of Translation

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the above declaration to Jessica N█████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118-3299

12/7/17

Date

Exhibit 18

**Declaration of Jozelia d**

**A** ███████████

I, Jozelia d███████████████ (A ████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Jozelia d█████████████ My alien registration number is A █████████ I was born in █████████████████ Brazil. My date of birth is ████████████ ████. I am 33 years old. I am currently detained in the South Texas Family Residential Facility (the Dilley detention center), in Dilley, Texas, together with my daughter, Evellyn d███████████(██████████ Her date of birth is █████████ She is one year old.

2. I entered the United States on or about November 22, 2017, together with my daughter, Evellyn. We entered the United States at the El Paso border station across from Juárez.

3. After we went to the immigration authorities, they took us in a police vehicle, similar to a paddy wagon, to a facility that was damp, cold, and dirty. The toilet was inside the cell with us. No one could bathe. The smell was very bad. One woman had been there for four days with her one-year-old daughter, without being able to bathe. There were eight people in the cell with us, women and children from babies to a girl who was 16 years of age.

4. Because there were several babies, there were dirty diapers. We had to ask the officers for clean diapers. We had to throw the dirty diapers in the trashcan inside the cell, which made it smell even worse. I never saw them take the dirty diapers away the entire time I was there. The smell was intensely powerful.

5. My daughter and I arrived in the evening, at about 6 p.m. They gave us nothing to eat when we arrived. My daughter was so hungry. The other mothers warned us not to tell the guards because they would get angry, so I tried to comfort my daughter with the breast. They did not feed us until 6:00 a.m. the next morning.

6. The facility was so full that there were no mattresses or blankets for me or my daughter. I spent the night on a concrete bench sitting upright with my daughter in my arms.

7. It was cold, very cold. It was cold all night. The light was always on. It was impossible for me to sleep. I might have dozed off, but barely.

8. Another girl was sick all night with pain all over her body. The mother asked the officers for medical help, but the officers said no medical care was possible.

9. There was no soap, no toothbrushes, no toothpaste. When someone went to the toilet, others could see that she was going to the bathroom.

10. After one day, they transferred us to another facility by bus. It was about one hour away. We slept on mats on the floor. We were there for three days before they brought us to the Dilley detention center. We arrived on November 22, 2017.

11. I hope that the court will take our experiences into account and will make sure that other families do not have to go through what we experienced in the *hielera.*


I, Jozelia d█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


█████████████████████
Jozelia d█████████████

12 07 2017
Date

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in the English and Portuguese languages and that I read the above statement to Jozelia d[REDACTED] in Portuguese.

_Michael Bochenek_                                                    7 Dec 2017

Michael Bochenek                                                      Date
Human Rights Watch

350 Fifth Ave., 34th Floor

New York, NY 10118-3299

Exhibit 19

**Declaration of Karla T█████,**
**A █████████**

I, Karla T█████ (A █████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection:

1. My name is Karla T█████. My alien registration number is A█████████. I was born in █ █████████ Guatemala. My date of birth is █████████. I am 15 years old. I am currently detained in the South Texas Family Residential Facility (the Dilley detention center), in Dilley, Texas, together with my mother, Lucia P█████, A█████████. My mother and I speak Q'eqchi'. I also speak and read Spanish.

2. We fled Guatemala because a group of men threatened to rape me unless my mother paid them money. We did not have any money and so we fled to the United States, where my brother and my uncle live.

3. My mother and I entered the United States on or about November 10, 2017, together with my niece, Elisa E█████████ who is five years old. We crossed the river near Reynosa at night and looked for immigration authorities to present our claim for asylum, but we could not find any immigration authorities. We were afraid of accidentally returning to Mexico and so when we found a fountain, we decided to stay there for the night.

4. At 6 a.m., we woke up and started walking again. We saw three men who were immigration officials and tried to tell them why we were afraid to return to Guatemala.

5. They took us to the *hielera* for two days. It was very cold. They gave us a metal blanket and made us sleep on the floor. There were twenty people in the room where they kept us. There was no soap, no toothpaste, and no toothbrushes. During our entire time at the icebox, they never let us go outside or get any exercise.

6. On the second day we were at the *hielera*, they took my mother away from me and had her speak to someone on the phone, but they were speaking Spanish to her and my mother does not speak Spanish. I tried to go to her to translate for her, but they would not let me help my mom. They kept me away from her so she could not communicate our claim for asylum.

7. After we left the *hielera*, we were taken to another facility for two days. They separated me from my mother and put me in a room alone with about ten girls between the ages of five and 17 years of age, including my niece. My mother slept in a different room. I could not see my mother, but I could hear her through the ventilation ducts. I tried to speak to my mother through the grill, but the immigration official got mad at me and made me stop. I started to cry and the immigration official told me to go take care of my five-year-old niece. During our entire time at the second facility, they never let my niece or me go outside or get any exercise. There were no officials at the second facility who spoke Q'eqchi'.

8. Next we were taken to the Dilley detention center. We have been at the Dilley detention center for 23 days. At no point have we been provided a list of legal rights or service providers. We have not been given an interview with an attorney, asked to appear before a judge, or met with an ICE official for an interview. We just sit here and wait day after day without explanation. We have still not had the opportunity to present our claim for asylum.

9. There have been other Q'eqchi' speakers who have been released, but not us. My brother and my uncle are waiting for us, but we have been given no information for over three weeks.

10. During our time at the Dilley detention center, we have not been offered any treatment for the trauma we experienced in Guatemala.

11. I hope that the court will take our experiences into account and will make sure that other families do not have to go through what we have experienced.

I, Karla T███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


Karla T███████

Date: 12 07 77

116

### Certificate of Translation

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the above declaration to Karla T███████ in Spanish.


Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118-3299


12/7/17
Date

Exhibit 20



**Declaration of**
Katherine G████████, A████ ████

I, Katherine G████████, (A████ ████ ███ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Katherine G████████ My alien registration number is
   ████████ I was born in Honduras. My date of birth is ████████. I am 14
   years old. I am currently detained at the South Texas Family Residential Center (the
   Dilley detention center) with my mother, Bessie L████████
   A████████, and my two younger brothers, Luis F████████
   A████████ and Dixie Y████████ A████████ who are nine and
   eleven years of age, respectively.

2. We entered the United States near Calexico together as a family unit.

3. Prior to arriving at the Dilley Center, we were detained at another facility for three days
   where there were no hygiene products. There was no soap to wash our hands, no
   toothbrushes or toothpaste. We went the whole time without washing or bathing. We
   had no clean clothes.

4. It was very cold and we had to sleep on the cement floor. We were given nothing to
   keep us warm except one aluminum blanket.

5. We were not given clean water to drink. We had to drink water from the bathroom sink
   with our bare hands, which were dirty since we were not able to wash them after
   toileting because there was no soap.

6. We were fed three times a day, but were given no snacks, except for my little brothers,
   who were given crackers and juice a few times.

7. We were never allowed to go outside to play or get exercise. We had to stay inside the
   entire time. I was really becoming desperate from being locked up inside the whole
   time, without any chance to get outdoors and move around.

8. Even though the conditions are better here the Dilley detention center, I have been here
   for 22 days so far. My mother keeps telling me to stop chewing my nails. I have been
   biting them because I am so anxious from being locked up.

119

I, Katherine G██████████, swear under penalty of perjury that the above declaration is true
and complete to the best of my abilities. This declaration was provided in Spanish, a language in
which I am fluent, and was read back to me in Spanish.

Katherine G██████████                          Date: December 7, 2017

2

<u>Certificate of Translation</u>

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the above declaration to Katherine G███████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118-3299

7 Dec 2017
Date

3

# Exhibit 21

**Declaration of**
**Luminita B██████, A█████████████**

I, Luminita B██████ (A█████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Luminita B██████. My alien registration number is A█████████ I was born in Romania. My date of birth is █████████████ I am 26 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my 12-year-old daughter, Ducesa B█████, A█████████████

2. We entered the United States near Reynosa on November 18, 2017.

3. Immigration officials took us into custody that day. They took us to a cell where we spent 15 hours. There were no hygiene products available for us in this cell. There was no soap to wash our hands, no toothbrushes or toothpaste. There was a toilet in the cell, right there in the room with us. A short wall went up halfway, meaning we had no privacy when we used it. We were not allowed to shower while we were in the cell.

4. It was very cold in this cell. We were each given a metallic blanket, but no mats. We had to sleep on the concrete floor. There were very many of us in a very small space, I think maybe 50 or 60 We had no space to move.

5. We were given chips and sandwiches, along with water, while we were in this cell. We received only one meal during our time in the cell.

6. On November 19, we walked to another part of the same facility, where we spent three nights. We were allowed to shower on November 20. We had no clean clothes until the day we were allowed to shower, when they gave us a change of clothing and washed and returned the clothes we had been wearing.

7. The food was awful. It made both my daughter and me nauseated. I vomited repeatedly. I suffer from gastritis and told the guards that I had medication, but they would not let me access it. When I vomited in the waste basket in my cell, they would leave it there until midnight so that the cell smelled like vomit.

8. The second facility had hundreds of people and it was very crowded. They separated me from my daughter and placed me in a cell with 40 other women. I objected to the separation, but they ignored my requests. I would try to see if my daughter was ok by

calling out to her across the cells, but the guards would get mad at us and order me to stop it. My daughter was sick and could not eat the food or she would become ill immediately. I was very worried about her.

9. It was very cold. We had no jackets, and only the clothing on our backs. They gave us just one little plastic blanket each.

10. The light was always on in the cell. We did not know whether it was night or day. We did not know what time it was. The only way we could find out was if a guard told us.

11. They had us go to the bathroom in roofless portable toilets. There was only half a door, and if I stood up, everybody would be able to see me and I would be able to see them. There was no privacy. This is not good for us. There were men around, and I never knew if they were watching as we used the toilet. I wanted a place to change my clothes, but there was no place I could do it. It was a humiliating experience.

12. My four days at that facility were the worst experience of my life.

I, Luminata B███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Romani, a language in which I am fluent, and was read back to me in Romani.

_____                    _12, 07, 17_
Lumin██████████                                      Date

124

<u>Certificate of Translation</u>

I, Michael Bochenek, certify that I read the above declaration to Luminita B█ in Spanish, a
language she understood, before she executed it. In addition, I translated the document into
Romani using Google Translate and prior to executing the declaration Luminita B█ affirmed
its accuracy. I further certify that I am fluent in Spanish.

Michael Bochenek

7 Dec 2017

Date

Exhibit 22

**Declaration of Maria D**

**A █████████**

I, Maria D█████████ hereby declare under penalty of perjury that the following is true and correct to the best of my ability and recollection:

1. My name is Maria D█████████ and my A Number is █████████. My son, Edisson A█████████ was born on █████████ He is almost 14 months old. My son and I are from Honduras.

2. About two weeks ago, my son and I were apprehended and taken to a facility that I know as "the cold place" (La Hielera) with about 25 other people. My son and I were placed in a small cell, where we stayed for approximately two days and two nights.

3. We shared our cell in La Hielera with about thirty to forty people. There was barely any room to lay down, and we were not given any mattresses or blankets while we were there. There were no showers or any way to wash up. Everyone in the cell could see the toilet. There was no door. We tried to cover it with a garbage can, so there was no privacy to use the bathroom. The food at La Hielera was very bad. We got a little burrito for breakfast, a little burrito for lunch, and all we had for dinner was two pieces of white bread with a piece of fatty ham that was wet like it had been frozen.

4. After two days and two nights, my son and I were transferred to a facility that I know as "the dog cage" (La Pererra). We stayed in La Pererra for three days and two nights. My baby was sick and had diarrhea and vomiting. I asked for medicine for my son but all they gave me was a hydrating drink, which I wasn't allowed to bring on the bus with me when we left for Dilley. At La Pererra, they frequently made us line up by our countries of origin, and I had to wake my child up to line up. I also saw officials kicking mattresses or pulling plastic blankets off of people to wake them.

5. After leaving La Pererra, I was taken to Dilly. I arrived in Dilly eight days ago.

6. My baby had a bad cough for five days when we first arrived in Dilly and was almost fainting. I went to the infirmary two or three times a day asking for cough medicine, but I was denied cough medicine. I was offered for my baby only ibuprofen and a hydrating drink. I requested a nebulizer for my son because when he had been sick before he had been give a nebulizer twice a day and that helped. But here in Dilly the doctor only allowed a nebulizer one time. At one point, I took my baby to the doctor because he had a temperature of 103 or 104 degrees Fahrenheit, which was scary. He was given some ibuprofen and cold compresses. After that they finally gave me some medicine for him.

I, Maria D█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in

which I am fluent, and was read back to me in Spanish.

Maria D███████

7/12/17
Date

## Certificate of Translation

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the above declaration to Maria D███████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, NY 10118-3299

12/7/2017
Date (7 Dec 2017)

# Exhibit 23

**Declaration of Maria F█████████████**

**(A█████████)**

I, Maira L████████ (A████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My name is Maria Francisca Guerrero Mancera, A██████████, and I was born on █████████████ in Mexico. I came to the United States on December 3, 2017 with my three children: Miguel A████ ████████ (12), Gabriel C████████████ (8) and Christopher C████████ (4). Miguel and Gabriel are US citizens.

2.  We arrived at the bridge in McAllen and asked for asylum at 10 am.  I turned in the birth certificates of my USC kids.  They took me to another room and questioned us. They told me my kids couldn't be here because they were US citizens and that I would have to call someone to take them.  I didn't have any family to call. I called my friend in Austin at around noon, after a long interview about my husband.  My friend agreed to take them.

3.  I didn't think they would take my kids away from me, I thought they would let me enter with them. I told them all about the father of my kids, how he is a narco trafficker, and how we are fleeing from him.  I asked that we not be separated.  They said it wasn't possible.  We waited 5 hours for my friend in the same room.  During that time, gave us water and a piece of bread.

4.  After my kids were taken away from me, around 7 pm, my youngest son Christopher and I waited until 3 am to be taken to a perrera, the jail. There they treated us worse

5.  We arrived to 3:30 am.  We were put in a cell.  Gave us a mat and an aluminum blanket to put on the floor.  At 6:00, they came in and kicked us to wake up.  They grabbed the blanket.  They put some food on the floor, some bread, water and an apple.  They talked to us harshly.  They wanted to confirm where we were from.  Later that morning, they put us in a bus and sent us here, to the Family Detention Center in Dilley, TX.

6.  My friend brought my children to visit Christopher and I yesterday.  They were here for about an hour and a half.  They didn't really understand that we wouldn't be able to leave with them.  They were upset and so is Christopher for being separated from them.  I'm worried about how long I will be here, and how they are.

7.  I hope the court will take my story into consideration.  I asked for asylum legally, and my kids were unnecessarily separated from me.  This shouldn't happen.  I only hope to be with my kids in a place where none of us are in danger.

I, Maria F███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Maria F███████

07-12-12

**Date**

## Certificate of Translation

I, Jacqueline Brown Scott, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that the above statement was read back to Maria F████ ███████████ in Spanish and she verified that it was true and correct.

Jacqueline Brown Scott

12-7-2017

**Date**

132

Exhibit 24

**Declaration of**
**Maybeline E███████████ A███████████**

I, Maybeline E███████████ A███████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is Maybeline E███████████ My alien registration number is A███████████. Iwas born in El Salvadaor. I am 13 years old. I am currently detained at the South Texas Family Residential Center (the Dilley detention center) with my mother, Marian P███████ █████████ A███████████.

2. We entered the United States by crossing on November 18, 2017.

3. We were apprehended by immigration officials soon after entering. After we were apprehended, we were taken to a holding facility that is referred to the *hielera*—the freezer, for about 6 hours. The conditions were very crowded and the sanitation system was not working well, to we were transported to another holding facility known as the dog pen—*la perrera.*

4. At *la perrera,* I was separated from mother over our objections. I was very very worried and frightened because I was put with strangers. I could not sleep in part because a woman official kept screaming at detainees. The fact that the lights were kept on for 24-hours a day also made it impossible to sleep.

5. The food at *la perrera* was terrible. We were given a flour tortilla with rice and beans twice a day. Although there was lettuce, the lettuce was spoiled.

6. My mother and I were brought to Dilley on or about November 21, 2017. Although there is better food at Dilley, I am not happy here. I do not have the freedom to leave or to do many things I want to do. I also have no privacy.

7. At no time has anyone asked me or my mother whether I would like to be released to my father or older sister who live in the United States. My father lives in Arkansas and My 23-year old sister lives in New Jersey. Neither my mother nor I have been informed that that is an option.

I, Maybeline E███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in

134

which I am fluent, and was read back to me in Spanish.

_____   _____12-7-17_____

[NAME]                             Date

## Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above
declaration to Maybeline ████████, in Spanish.

_____

Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117

_____12-7-17_____

Date

135

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On January 12, 2018, I electronically filed the following document(s):

• [REDACTED] EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 1 OF 2 [FILED UNDER SEAL PURSUANT TO ORDER OF THE ) COURT DATED JANUARY 9, 2018]

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*