CHAD A. READLER
Acting Assistant Attorney General, Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
      P.O. Box 868, Ben Franklin Station
      Washington, D.C. 20044
      Tel:  (202) 532-4824
      Email:  sarah.b.fabian@usdoj.gov
*Attorneys for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Hon. Dolly M. Gee |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Defendants Kirstjen Nielsen,[1] Secretary of Homeland Security, and the U.S. Department of Homeland Security and its subordinate entities U.S. Immigration and Customs Enforcement and U.S. Customs and Border Protection, hereby appeal the November 14, 2017 Order, ECF No. 383, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

//

//

---

[1] On December 6, 2017, Kirstjen Nielsen was sworn in as Secretary of the Department of Homeland Security, automatically substituting for John F. Kelly, former Secretary, as a party in accordance with Federal Rule of Civil Procedure 25(d).

DATED:    January 16, 2018          Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General,
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director,

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel,
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 16, 2018, I served the foregoing with attachment on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<u>/s/ Sarah B. Fabian</u>
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants