FILED

JAN 16 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, | No. 17-55208 |
| Plaintiff-Appellee, | D.C. No. 2:85-cv-04544-DMG-AGR |
| v. | Central District of California, Los Angeles |
| JEFFERSON B. SESSIONS III, Attorney General; THOMAS E. PRICE, M.D., Secretary of Health and Human Services; JOHN KELLY, Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT, | ORDER |
| Defendants-Appellants. | |

Before: REINHARDT, TASHIMA, and BERZON, Circuit Judges.

The parties' joint motion to stay proceedings and to refer the case to mediation (Dkt. 52) is GRANTED. Appellees' motion for attorneys' fees (Dkt. 48) is referred to the Ninth Circuit Mediation Office. The mediator shall report to the court every sixty days as to the status of the mediation.

Further briefing on Appellees' motion for attorneys' fees (Dkt. 48) is STAYED pending further order of this court.

The government's motion for an extension of time to file its response to Appellees' motion for attorneys' fees (Dkt. 53) is DENIED as moot.