# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

JENNY L FLORES

                                          Plaintiff(s),

           v.

EDWIN MEESE

                                          Defendant(s).

CASE NUMBER:

2:85–cv–04544–DMG–AGR

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __1/19/2018__

Document Number(s):   __395__

Title of Document(s):   __Notice of Appearance or Withdrawal of Counsel G123__

**ERROR(S) WITH DOCUMENT:**

Blank document attached

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _January 23, 2018_          By: _/s/ Andrea Kannike  Andrea_Kannike@cacd.uscourts.gov_
                                              Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(10/13) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS