

# READ THIS
## BEFORE YOU TAKE LEGAL ADVICE

If you have a case in immigration court, only take legal advice from:

    **†**    a licensed attorney

*An "attorney" is a person who has a valid license from a state to practice law.*

    **†**    an accredited representative

*An "accredited representative" is an individual who works with a recognized organization and has been given permission by the United States Government to help people in immigration court. A "recognized organization" is a nonprofit, religious, charitable, social service, or similar organization that has been given permission by the United States Government to help people in immigration court.*

If someone claims to be an attorney and you want to know if that person is allowed to represent you in immigration court:

    •    Ask in what state(s) he or she is licensed to practice law.

    •    Call the office that licenses attorneys in that state (this is usually the "state bar association" or the supreme court of that state) and ask that office if the attorney has a bar number and is in "good standing."

    **†**    Go to the EOIR Web site at www.justice.gov/eoir. Click on "Find Legal Representation," then click on "List of Attorneys and Representatives who are currently Ineligible to Practice Immigration Law" to find out who is not permitted to represent you in immigration court.

If someone claims to be an accredited representative and you want to know if that person is allowed to represent you in immigration court, go to the EOIR Web site at www.justice.gov/eoir. Click on "Find Legal Representation," click "Recognition and Accreditation Program," and then select "Accredited Representatives List," or call (703) 305-9029 for information.

If you think you have been a victim of immigration fraud, contact the EOIR Fraud and Abuse Prevention Program at: EOIR.Fraud.Program@usdoj.gov or (703) 305-0470.

*Ignacio*

12/21/17

58.1

452

( Miha Thilui



Nam[redacted]                    Alien No.: [redacted] 582

## Notice of Rights
### (Exhibit 6 of the Flores Settlement Agreement)

This notice is provided pursuant to the decision of the U.S. Court of Appeals for the Ninth
Circuit in *Flores v. Lynch*, No. 15-56434, --- F.3d --- (9th Cir. July 6, 2016), applying the Flores
Settlement Agreement (FSA) to accompanied minors. The notice is to inform persons under the
age of 18 in the custody of the Department of Homeland Security, U.S. Immigration and
Customs Enforcement (ICE), of rights they may have under the FSA.

## NOTICE OF RIGHT TO JUDICIAL REVIEW

The U.S. government usually houses persons under the age of 18 in an open setting, such as a
foster or group home, and not in detention facilities. If you believe that you have not been
properly placed or that you may have been treated improperly, you may ask a federal judge to
review your case. You may call a lawyer to help you do this. If you cannot afford a lawyer, you
may call one from the list of free legal services given you with this form.

---

### Certificate of Service

I hereby certify that the Notice of Rights was served by me on [redacted]
                                                            (Name of Alien)

and  *Ignacio* [redacted]                    12/22/17        , and the contents of
   (Name of Parent/Alien Age 14 or Older)        (Date of Service)

this notice were read to him/her/them in the  *Spanish*  language.
                                              (Language)

[redacted] 153910        USCIS [redacted]
Name and Signature of Officer        Name or Number of Interpreter (if applicable)

---

X

[redacted]                              12/21/17
*Ignacio* [redacted]  [redacted]        581
              *father of Child*

## Family Narrative



| Name | A# | Age | Relationship |
|------|-----|-----|-------------|
| • **Martin** ███ | ███ 914 | 24 | father |
| • ███ | ███ | 7 | daughter |

12/4/17   The family was admitted to the program.

12/5/17   4:30-5:00    I met with Martin. I explained my role as a caseworker. We reviewed the orientation paperwork. I informed him that the immigration officers are ███████████████████████. I gave him a tour of the facility and reviewed the information areas with him. He had no questions at this time.

12/6/17   Martin and ███ received winter coats.

**Martin participated in an LOP presentation with PIRC Attorney ███████.**



# Berks County Residential Center
## Legal Visit Register



Resident Name: Martin ▓▓▓▓▓▓▓▓▓▓          Resident A#: ▓▓▓▓▓ 714

| Date | Time In | Time Out | Visitor Name & Supervising attorney's name (if applicable) | Vistior's Address | Reason for Visit |
|------|---------|----------|---------------------------------------------------|-------------------|------------------|
| 12/6/17 | 1100 | 1140 | ▓▓▓ | | LOP |
| Staff Int. → | AH | AH | | | |
| 12/18/17 | 847 | 925 | ▓▓▓ | | legal |
| Staff Int. → | SB | SB | | | |
| 12/21/17 | 1853 | 1855 | ▓▓▓ | | Legal |
| Staff Int. → | CB | CB | | | |
| 12/23/17 | 0952 | 0959 | ▓▓▓ | | legal |
| Staff Int. → | JR | JR | | | |
| 12/31/18 | 1400 | 1420 | ▓▓▓ | | legal |
| Staff Int. → | MV | MV | | | |
|  |  |  | | | |
| Staff Int. → |  |  | | | |
|  |  |  | | | |
| Staff Int. → |  |  | | | |
|  |  |  | | | |
| Staff Int. → |  |  | | | |
|  |  |  | | | |
| Staff Int. → |  |  | | | |
|  |  |  | | | |
| Staff Int. → |  |  | | | |



U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*
3400 Concord Rd., Suite 2
PO Box 20370
York, PA 17402

## LIST OF FREE LEGAL SERVICE PROVIDERS-YORK

HIAS AND COUNSEL
Migration Services
2100 Arch Street, 3rd Floor
Philadelphia, PA 19103
(215) 832-0900
* Represent aliens seeking asylum
* May charge a nominal fee
* Representation limited to residents of Southeast Pennsylvania and Delaware

NATIONALITIES SERVICE CENTER
1300 Spruce Street
Philadelphia, PA 19107
(215) 893-8400
* Represent aliens seeking asylum
* May charge a nominal fee

PENNSYLVANIA IMMIGRATION RESOURCE CENTER (PIRC)
EO-MT, Zien Rd
York, PA 17402
(T) (717) 600-8099
(F) (717) 600-8044
* Represent aliens in detention
* Represent aliens seeking asylum, CAT
* Represents aliens with mental and physical disabilities

ECUMENICAL COMMITMENT TO REFUGEES - PRIME
129 Owen Ave., P.O. Box 6
Lansdowne, PA 19050-0005
(T) (610) 259-4600
(F) (610) 259-4515
    And
701 N Lime St.
Lancaster, PA 17602
(T) (717) 399-9500
(F) (717) 399-6374

*914*

## Disclaimer

As required by 8 C.F.R. § 1003.61, the Office of the Chief Immigration Judge (OCIJ) maintains a list of organizations and attorneys qualified under the regulations who provide free legal services. The information posted on this list is provided to OCIJ by the Free Legal Services Providers. The Executive Office for Immigration Review (EOIR) does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

*REVISED: 10/01/2011*



U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*
3400 Concord Rd., Suite 2
PO Box 20370
York, PA 17402

## LIST OF FREE LEGAL SERVICE PROVIDERS-YORK

HIAS AND COUNSEL
Migration Services
2100 Arch Street, 3rd Floor
Philadelphia, PA 19103
(215) 832-0900
* Represent aliens seeking asylum
* May charge a nominal fee
* Representation limited to residents of Southeast Pennsylvania and Delaware

NATIONALITIES SERVICE CENTER
1300 Spruce Street
Philadelphia, PA 19107
(215) 893-8400
* Represent aliens seeking asylum
* May charge a nominal fee

PENNSYLVANIA IMMIGRATION RESOURCE CENTER (PIRC)
SO MT. Zion Rd.
York, PA 17402
(T) (717) 600-8099
(F) (717) 600-8044
* Represent aliens in detention
* Represent aliens seeking asylum, CAT
* Represents aliens with mental and physical disabilities

ECUMENICAL COMMITMENT TO REFUGEES - PRIME
129 Owen Ave., P.O. Box 5
Lansdowne, PA 19050-0005
(T) (610) 259-4500
(F) (610) 259-4515
    And
701 N. Lime St.
Lancaster, PA 17602
(T) (717) 396-9300
(F) (717) 396-9374



915

## Disclaimer

As required by 8 C.F.R. § 1003.61, the Office of the Chief Immigration Judge (OCIJ) maintains a list of organizations and attorneys qualified under the regulations who provide free legal services. The information posted on this list is provided to OCIJ by the Free Legal Services Providers. The Executive Office for Immigration Review (EOIR) does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

REVISED: 10/01/2011



Name _____ ien No.: _____

### Notice of Rights
### (Exhibit 6 of the Flores Settlement Agreement)

This notice is provided pursuant to the decision of the U.S. Court of Appeals for the Ninth
Circuit in *Flores v. Lynch*, No. 15-56434, --- F.3d --- (9th Cir. July 6, 2016), applying the Flores
Settlement Agreement (FSA) to accompanied minors. The notice is to inform persons under the
age of 18 in the custody of the Department of Homeland Security, U.S. Immigration and
Customs Enforcement (ICE), of rights they may have under the FSA.

### NOTICE OF RIGHT TO JUDICIAL REVIEW

The U.S. government usually houses persons under the age of 18 in an open setting, such as a
foster or group home, and not in detention facilities. If you believe that you have not been
properly placed or that you may have been treated improperly, you may ask a federal judge to
review your case. You may call a lawyer to help you do this. If you cannot afford a lawyer, you
may call one from the list of free legal services given you with this form.

---

**Certificate of Service**

I hereby certify that the Notice of Rights was served by me _____
(Name of Alien)

and _Martin_____  on  _12/5/17_____ , and the contents of
(Name of Pare          (Date of Service)

this notice were read to him/her/them in the _Kateko_ language.
(Language)

_____                    _____
                               Name or Number of Interpreter (if applicable)

---

_Morris_

## Family Narrative

| Name: | A# | Age: | Relationship |
|---|---|---|---|
| • Miguel ▇▇▇▇ | ▇▇ 011 | 37 | Father |
| • ▇▇▇▇▇▇▇ | | 5 | Son |

12/10/17   The family was admitted to the Residential Center.  Case opened.

12/12/17   1:35-2:20      I met with Miguel to introduce myself and explain my role as a
Caseworker.  We reviewed the orientation paperwork. I informed him that ▇▇▇▇▇▇▇,
▇▇▇▇▇▇▇▇▇▇▇▇▇▇ are the D.O.'s.  We took a tour of the facility and
reviewed the information board.  He had no questions at this time.

12/13/17   **Miguel met with PIRC for the LOP presentation.**



# Berks County Residential Center
## Legal Visit Register



Resident Name: MiGUEL ███████ ████    Resident A#: ████████ ⬤11

| Date | Time In | Time Out | Visitor Name & Supervising attorney's name (if applicable) | Vistior's Address | Reason for Visit |
|---|---|---|---|---|---|
| 12-12-17 | 0920 | 1000 | ████████████ | ████████████ | ⌐ᵒⁿ⸍ |
| Staff Int. → | RR | CU | | | |
| 12-12-17 | 1631 | 1647 | ████████████ | ████████████ | legal |
| Staff Int. → | KK | KK | | | |
| 12-13-17 | 10:05 | 1149 | ████████████ | ████████████ | LOP |
| Staff Int. → | R | R | | | |
| | | | | | |
| Staff Int. → | | | | | |
| | | | | | |
| Staff Int. → | | | | | |
| | | | | | |
| Staff Int. → | | | | | |
| | | | | | |
| Staff Int. → | | | | | |
| | | | | | |
| Staff Int. → | | | | | |
| | | | | | |
| Staff Int. → | | | | | |

(Revised 6/16) Form 37.010B



U.S. Department of Justice
Executive Office for Immigration Review
*Immigration Court*
3400 Concord Rd., Suite 2
PO Box 20370
York, PA 17402

## LIST OF FREE LEGAL SERVICE PROVIDERS-YORK

HIAS AND COUNSEL
Migration Services
2100 Arch Street, 3rd Floor
Philadelphia, PA 19103
(215) 532-0900
* Represent aliens seeking asylum
* May charge a nominal fee
* Representation limited to residents of Southeast Pennsylvania and Delaware

NATIONALITIES SERVICE CENTER
1300 Spruce Street
Philadelphia, PA 19107
(215) 893-8400
* Represent aliens seeking asylum
* May charge a nominal fee

PENNSYLVANIA IMMIGRATION RESOURCE CENTER (PIRC)
60 M.T. Zien Rd.
York, PA 17402
(T) (717) 600-8099
(F) (717) 600-8044
* Represent aliens in detention
* Represent aliens seeking asylum, CAT
* Represents aliens with mental and physical disabilities

ECUMENICAL COMMITMENT TO REFUGEES - PRIME
129 Owen Ave., P.O. Box 5
Lansdowne, PA 19050-0005
(T) (610) 259-4500
(F) (610) 259-4515
     And
701 N. Lime St.
Lancaster, PA 17602
(T) (717) 396-9300
(F) (717) 396-9374



### Disclaimer

As required by 8 C.F.R. § 1003.61, the Office of the Chief Immigration Judge (OCIJ) maintains a list of organizations and attorneys qualified under the regulations who provide free legal services. The information posted on this list is provided to OCIJ by the Free Legal Services Providers. The Executive Office for Immigration Review (EOIR) does not endorse any of these organizations or attorneys. Additionally, EOIR does not participate in, nor is it responsible for, the representation decisions or performance of these organizations or attorneys.

*REVISED: 10/01/2011*



# READ THIS
## *BEFORE* YOU TAKE LEGAL ADVICE

**If you have a case in immigration court, only take legal advice from:**

♦ **a licensed attorney**

An "attorney" is a person who has a valid license from a state to practice law.

♦ **an accredited representative**

An "accredited representative" is an individual who works with a recognized organization and has been given permission by the United States Government to help people in immigration court. A "recognized organization" is a nonprofit, religious, charitable, social service, or similar organization that has been given permission by the United States Government to help people in immigration court.

**If someone claims to be an attorney** and you want to know if that person is allowed to represent you in immigration court:

♦ Ask in what state(s) he or she is licensed to practice law.

♦ Call the office that licenses attorneys in that state (this is usually the "state bar association" or the supreme court of that state) and ask that office if the attorney has a bar number and is in "good standing."

♦ Go to the EOIR Web site at www.justice.gov/eoir/discipline.htm to find out who is *not* permitted to represent you in immigration court.

**If someone claims to be an accredited representative** and you want to know if that person is allowed to represent you in immigration court, go to the EOIR Web site at www.justice.gov/eoir/ra.html and select "Accredited Representatives List" or call (703) 305-9029 for information.

**If you think you have been a victim of immigration fraud,** contact the EOIR Fraud and Abuse Prevention Program at: EOIR.Fraud.Program@usdoj.gov or (703) 305-0470.



*θ 1/*

d by the Executive Office for Immigration Review (EOIR)



Name: ███████████  Alien No.: ██████ *012*

### Notice of Rights
(Exhibit 6 of the Flores Settlement Agreement)

This notice is provided pursuant to the decision of the U.S. Court of Appeals for the Ninth Circuit in *Flores v. Lynch*, No. 15-56434, --- F.3d --- (9th Cir. July 6, 2016), applying the Flores Settlement Agreement (FSA) to accompanied minors. The notice is to inform persons under the age of 18 in the custody of the Department of Homeland Security, U.S. Immigration and Customs Enforcement (ICE), of rights they may have under the FSA.

### NOTICE OF RIGHT TO JUDICIAL REVIEW

The U.S. government usually houses persons under the age of 18 in an open setting, such as a foster or group home, and not in detention facilities. If you believe that you have not been properly placed or that you may have been treated improperly, you may ask a federal judge to review your case. You may call a lawyer to help you do this. If you cannot afford a lawyer, you may call one from the list of free legal services given you with this form.

---

### Certificate of Service

I hereby certify that the Notice of Rights was served by me on ███████████
(Name of Alien)

and ███████████ 12/11/17 , and the contents of
(Name of Parent) (Date of Service)

this notice were read to him/her/them in the AKateKo language.
(Language)

#278201
Name or Number of Interpreter (if applicable)

Exhibit 2
BFRC License Documents



# pennsylvania
## DEPARTMENT OF HUMAN SERVICES

# CERTIFICATE OF COMPLIANCE

This certificate is hereby granted to **BERKS COUNTY COMMISSIONERS**
<span style="font-size:smaller">LEGAL ENTITY</span>

To operate **BERKS COUNTY RESIDENTIAL CENTER**
<span style="font-size:smaller">NAME OF FACILITY OR AGENCY</span>

Located at **1040 BERKS ROAD, LEESPORT, PA 19533**
<span style="font-size:smaller">(COMPLETE ADDRESS OF FACILITY OR AGENCY)</span>

| | |
|---|---|
| ADDRESS OF SATELLITE SITE | ADDRESS OF SATELLITE SITE |
| ADDRESS OF SATELLITE SITE | ADDRESS OF SATELLITE SITE |
| ADDRESS OF SATELLITE SITE | ADDRESS OF SATELLITE SITE |

To provide **Residential Services - Community based, dependent & delinquent**
<span style="font-size:smaller">TYPE OF SERVICE(S) TO BE PROVIDED</span>

The total number of persons which may be cared for at one time may not exceed **96**
or the maximum capacity permitted by the Certificate of Occupancy, whichever is smaller.
<span style="font-size:smaller">(MAXIMUM CAPACITY)</span>

Restrictions: _____

This certificate is granted in accordance with the Public Welfare Code of 1967, P.L. 31, as amended, and Regulations

**55 Pa.Code Chapter 3800: Child Residential and Day Treatment Facilities**
<span style="font-size:smaller">(MANUAL NUMBER AND TITLE OF REGULATIONS)</span>

and shall remain in effect from **February 21,** **2016** until **February 21,** **2017**
unless sooner revoked for non-compliance with applicable laws and regulations.

No: **224580**

*Robert E. Robinson*
<span style="font-size:smaller">ISSUING OFFICER</span>

_____
<span style="font-size:smaller">DIRECTOR</span>

<span style="font-size:smaller">NOTE: This certificate is issued for the above site(s) only and is not transferable and should be posted in a conspicuous place in the facility.</span>

HS 628 – 12/14



**pennsylvania**
DEPARTMENT OF HUMAN SERVICES

NOV 0 9 2015

Ms. Diane Edwards, Executive Director
Berks County Commissioners
633 Court Street
Reading, Pa.  19601

RE: Berks County Residential Center
1040 Berks Road
Leesport, Pa. 19533
# 224580

Dear Ms. Edwards:

The Department has received your November 9, 2015 renewal application to operate the above Residential Services pursuant to Title 55, PA Code, Chapter 3800. A regular license is being issued in response to your application.  Your license is enclosed.

Please be advised that, pursuant to 55 Pa. Code § 20.31 (relating to annual inspection), the Department is required to conduct an onsite inspection of the above Residential Services at least once every twelve months.  The Department will conduct an inspection of Berks County Residential Center within the next twelve months.  If evidence of noncompliance with Title 55, PA Code, Chapter 3800. is found during the inspection, the Department will take appropriate enforcement action.

If you have any questions about the Department's revised process, please contact the Bureau of Human Services Licensing's Provider Support Hotline at 1-866-503-3926 or by electronic mail at ra-pwarlheadquarters@state.pa.us.

Sincerely,

Matthew J. Jones
Director

Enclosure
License

## IN THE COMMONWEALTH COURT OF PENNSYLVANIA

THE COUNTY OF BERKS,      :
                          :

      Plaintiff/Petitioner,  :
                          :

         v.           :    Docket No. 8 MD 2017
                          :

TED DALLAS, SECRETARY OF  :
THE COMMONWEALTH OF    :
PENNSYLVANIA, THE          :
DEPARTMENT OF HUMAN     :
SERVICES, IN HIS OFFICIAL   :
CAPACITY, THE            :
COMMONWEALTH OF        :
PENNSYLVANIA, DEPARTMENT :
OF HUMAN SERVICES,      :
                          :

    Defendants/Respondents.  :

## STIPULATION AND ORDER

On January 6, 2017, the County of Berks ("County"), filed a Complaint in

Mandamus seeking a Judgment directing that the Department of Human Services

("DHS") act on the County's application for a Certificate of Compliance, pursuant

to 55 Pa. Code 3800, for 2017-2018 to operate the Berks County Residential

Center ("BCRC"). Also on January 6, 2017, the County filed an Application for

Relief Seeking a Preliminary Injunction requesting an Order from this Court that

would prevent any action from DHS that would impact the current (2016-2017)

Certificate of Compliance under which the BCRC currently operates and which is

set to expire as of February 21, 2017. The request for an injunction sought an

1

Order that would maintain the status quo of the Certificate of Compliance and operation of the BCRC pending the outcome of this Mandamus action and appeal pending before the Bureau of Hearings and Appeals.

An appeal is currently pending before the Bureau of Hearings and Appeals (case no. 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; "BHA Appeal") concerning the 2016-2017 Certificate of Compliance. The purpose of this Stipulation and Order is to maintain the status quo of the Certificate of Compliance during the pendency of that appeal before the BHA and this Mandamus action. Therefore, the parties, The County of Berks, Ted Dallas and the Commonwealth of Pennsylvania, Department of Human Services, by and through their undersigned counsel, HEREBY STIPULATE AND AGREE, and it is ORDERED by the Court, that this Mandamus action and the decision on the Plaintiff/Petitioner's Application for Relief Seeking a Preliminary Injunction are stayed. It is further ORDERED that during the pendency of this action and the BHA appeal:

1. The BCRC shall be permitted to continue to provide a residential family program to undocumented immigrant families seeking asylum with the Department of Homeland Security, Immigration Customs Enforcement;

2. The BCRC shall be permitted to continue to operate pursuant to the regulations of 55 Pa. Code § 3800 et. seq;

2

3.  This Stipulation is intended to maintain the status quo and permit the BCRC to continue to operate pursuant to the 2016-2017 Certificate of Compliance despite the expiration of the Certificate of Compliance on February 21, 2017.

4.  This Stipulation is in no way intended to limit or inhibit DHS' rights to take action on the Certificate of Compliance of the BCRC pursuant to 55 Pa. Code § 20.37, which reads in pertinent part that, if the Department finds evidence of gross incompetence, negligence, misconduct in operating the facility or agency, or mistreatment or abuse of clients, likely to constitute an immediate and serious danger to the life or health of the clients, the Department will take immediate action to remove the clients from the facility or agency. It is further acknowledged by the parties that the County retains all applicable appeal rights related to such action.

5.  This Stipulation is no way intended to limit or inhibit the BCRC's rights to appeal any adverse decision of the BHA and/or seek a stay and/or supersedeas of any adverse order of the BHA with regard to the operation of the BCRC.

3

Respectfully Submitted,

_____
Matthew J. Connell, Esquire
The MacMain Law Group LLC
101 Lindenwood Drive
Suite 160
Malvern, PA 19355
Counsel for Plaintiff/Petitioner

_____
Daniel M. Fellin, Esquire
Department of Public Welfare
Office of General Counsel
3rd Floor West,
Health & Welfare Bld
Harrisburg, PA 17120
Counsel for Defendant/
Respondent


As ORDERED on this _3rd_ day of

_Februam_____, 2017,

_____
HON. BONNIE BRIGANCE
LEADBETTER, J.

Certified from the Record

FEB 0 3 2017

And Order Exit

4

IN THE COMMONWEALTH COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| The County of Berks, | : | |
| Petitioner | : | |
| | : | |
| v. | : | No. 13 M.D. 2018 |
| | : | |
| Teresa D. Miller, Acting | : | |
| Secretary of The Commonwealth | : | |
| of Pennsylvania, The Department | : | |
| of Human Services, In Her Official | : | |
| Capacity, The Commonwealth of | : | |
| Pennsylvania, Department of | : | |
| Human Services, | : | |
| Respondents | : | |

## ORDER

NOW, January 22, 2018, upon consideration of the joint application for stay it is hereby Ordered:

1. This matter is stayed pending further Order of this Court. The parties shall file a joint report on the status of this matter on or before April 16, 2018.

2. The hearing on petitioner's application for special relief seeking a preliminary injunction set for January 23, 2017 at 11:00 a.m. in Courtroom 3001, Third Floor, Pennsylvania Judicial Center, 601 Commonwealth Avenue, Harrisburg, Pennsylvania is cancelled.

3. Respondents shall file a response to petitioner's complaint in mandamus and request for special relief within 30 days of an order lifting the stay.

4. The Berks County Residential Center (BCRC) shall be permitted to continue to provide a residential family program to undocumented immigrant families seeking asylum with the Department of Homeland Security, Immigration Customs Enforcement;

5. The BCRC shall be permitted to continue to operate pursuant to the regulations of 55 Pa. Code §3800 et. seq.;

6. The joint stay is intended to maintain the status quo and permit the BCRC to continue to operate pursuant to the 2016-2017 Certificate of Compliance despite the expiration of the Certificate of Compliance and Department of Human Services'(DHS) failure to act on BCRC application for the 2018-2019 Certification of Compliance;

7. This joint stay is in no way intended to limit or inhibit DHS's rights to take action on the Certificate of Compliance of the BCRC pursuant to 55 Pa. Code §20.37, which reads, in pertinent part that, if DHS finds evidence of gross incompetence, negligence, misconduct in operating the facility or agency, or mistreatment or abuse of clients, likely to constitute an immediate and serious danger to the life or health of the clients, DHS will take immediate action to remove the clients, DHS will take immediate action to remove the clients from the facility or agency. It is further acknowledged by the parties that the County retains all applicable appeal rights related to such action;

8. The joint stay is in no way intended to limit or inhibit the BCRC's rights to appeal any adverse decision of the Bureau of Hearings and Appeals (BHS) and/or seek a stay and/or supersedeas of any adverse order of the BHA with regard to the operation of the BCRC;

9. This joint stay is no way intended to limit or inhibit the BCRC's rights to appeal any adverse decision of DHS with regard to their application for the 2018-2019 Certificate of Compliance.

P. Kevin Brobson, Judge

Certified from the Record

JAN 2 2 2018

And Order Exit

**COMMONWEALTH OF PENNSYLVANIA**
**DEPARTMENT OF HUMAN SERVICES**

**APPEAL OF:**                                    **DOCKET NO.:** 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
Berks County Residential Center
Attn: Executive Director
1040 Berks Road
Leesport, PA 19533

## ORDER OF REMAND

**AND NOW**, having granted the Department's application for reconsideration of the decision entered into by the Bureau of Hearings and Appeals in this matter, it is hereby **ORDERED** and **DECREED** that the Order entered by the Bureau of Hearings and Appeals in this matter on April 20, 2017 is **SET ASIDE** and the appeal is **REMANDED** to the Bureau of Hearings and Appeals.

The findings of fact in this adjudication are inadequate to address the long and unique history of this facility. Furthermore, the adjudication does not address any of the Department's exhibits and apparently does not take into consideration the post-hearing briefs. Perhaps of even greater concern is that in his conclusion the ALJ states that the hearing record is unclear whether Berks County Residential Center ("BCRC") is a type of facility that is required to be licensed by the Commonwealth but does not include any detailed discussion of Chapter 3800 or the services that BCRC is licensed for within the adjudication. Had he done so, the ALJ may very well have been able to come to a determination on this matter.

This appeal is remanded to the Bureau of Hearings and Appeals in accordance with the aforementioned to correct these issues.

The Bureau of Hearings and Appeals is directed to:

- Include sufficient findings of fact supported by substantial evidence to adequately describe the long licensing and operating history of this facility;

- Explain any credibility determinations;

- Examine and discuss the licenses issued to the facility, which were submitted for the hearing record by both parties, including a discussion of the types of services the facility is licensed to provide;

- Compare the types of services actually provided at the facility to the description of services listed on the license;

- Compare the types of services actually provided at the facility to the spirit of Chapter 3800 and the definition of a child residential facility;

- Include all applicable statutes, regulations and Departmental policy considered during the creation of the adjudication under the "Applicable Law" section of the adjudication;

- Discuss the post-hearing briefs, and incorporate a breakdown and analysis of their arguments in a new adjudication; and,

- Include a detailed discussion of the Department's licensing powers under Chapter 3800 and the extent to which the Department can or cannot change its interpretation on matters or correct errors.

The BHA may, but is not required to, reconvene the hearing to accept additional testimony and exhibits to clarify these points and to support new findings of fact. The BHA is to issue a new and comprehensive adjudication.


**JAN 3 0 2018**
_____
Deputy Secretary's Review and
Mailing Date

_____
Cathy Utz, Deputy Secretary
Department of Human Services

cc: Berks County Residential Center
    Matthew J Connell Esq
    Human Services Licensing
    Dan Feltin, Esq.
    Tricia A Ambrose Esq
    David Dudley, ALJ
    Matt McFadden, Supervisor

## VISITORS LOG

| DATE | BADGE # | TIME IN | NAME OF VISITOR | COMPANY | PERSON / DEPARTMENT VISITING | TIME OUT |
|------|---------|---------|-----------------|---------|------------------------------|----------|
| 1/15/18 | N/A | 7:20 AM/PM | | | | |
| 1/16/18 | N/A | 09 AM/PM | | | | |
| 1/16/18 | N/A | 09 AM/PM | | | | |
| 1/16/18 | N/A | 20 AM/PM | | | | |
| 1/17/18 | N/A | 820 AM/PM | | | | |
| 1/17/18 | N/A | 2:00 AM/PM | | | | |
| 1/17/18 | N/A | 630 AM/PM | | | | |
| 1/18/18 | N/A | 647 AM/PM | | | | |
| 1/20/18 | N/A | 1597 AM/PM | | | | |
| 1/20/18 | N/A | 15 47 AM/PM | | | | |
| 1/20/18 | N/A | 3:50 AM/PM | | | | |
| 1/22/18 | N/A | 1:00 AM/PM | | | | |
| 1/22/18 | N/A | 1842 AM/PM | | | | |
| 1/23/18 | N/A | 115 AM/PM | | | | |
| 1/24/18 | N/A | 915 AM/PM | | | | |
| 1/24/18 | N/A | 9:40 PM | Mark Piazze | OCYF | Director | 1210 AM/PM |
| 1/24/18 | N/A | 9:40 AM/PM | Erin Ramon | OCYF | Director | 1210 AM/PM |
| 1/24/18 | N/A | 9:45 AM/PM | | | | |
| 1/24/18 | N/A | 11:00 AM/PM | | | | |
| 1/24/18 | N/A | 12:55 AM/PM | | | | |

©2001 REDIFORM. 9G620

# VISITORS LOG

| DATE | BADGE # | TIME IN | NAME OF VISITOR | COMPANY | PERSON / DEPARTMENT VISITING | TIME OUT |
|------|---------|---------|-----------------|---------|------------------------------|----------|
| 12/14/17 | | 8:30 AM/PM | | | | |
| 12/14/17 | | 18:36 AM/PM | | | | |
| 12/16/17 | | 10:0 AM/PM | | | | |
| 12/1/17 | | 3:20 AM/PM | | | | |
| 12/1/17 | N/A | 2:3 AM/PM | | | | |
| 12/18/17 | VP | 2:0 AM/PM | | | | |
| 12/20 | N/A | 9:27 AM/PM | | | | |
| 12/20 | N/A | 9:30 AM/PM | | | | |
| 12/20 | N/A | 9:30 AM/PM | | | | |
| 12/20 | N/A | 1:02 AM/PM | | | | |
| 12/20 | N/A | 10:14 AM/PM | ERIN ROMAN | OCVT | Diane Edwards | 1325 AM/PM |
| 3/20 | N/A | 10:14 AM/PM | Mark Piazza | OCVT | Diane Edwards | 1325 AM/PM |
| 4/20 | N/A | 11:15 AM/PM | | | | |
| 12/20 | N/A | 1:05 AM/PM | | | | |
| 12/20 | N/A | 1:30 AM/PM | | | | |
| 12/20 | N/A | 1:30 AM/PM | | | | |
| 12/20 | N/A | 1:30 AM/PM | | | | |
| 12/20 | N/A | 845 AM/PM | | | | |
| 12/20 | N/A | 845 PM | | | | |
| 12/21 | N/A | 0845 AM/PM | | | | |

©2001 REDIFORM. 9G620

# VISITORS LOG

| DATE | BADGE # | TIME IN | NAME OF VISITOR | COMPANY | PERSON / DEPARTMENT VISITING | TIME OUT |
|------|---------|---------|-----------------|---------|------------------------------|----------|
| 11/20/17 | N/A | 12:15 AM/PM | | | | |
| 11/20/17 | N/A | 134 AM/PM | | | | |
| 11/20 | — | 9:08 AM/PM | | | | |
| 11/21 | — | 10:00 AM/PM | ERIN Roman | OCYF | Diane Edwards | 1455 AM/PM |
| 11/21 | — | 10:00 AM/PM | Mark Piazza | OCYF | Diane Edwards | 1455 AM/PM |
| 11/21 | — | 12:10 AM/PM | | | | |
| 11/21 | — | 6:30 PM | | | | |
| 11/22 | N/A | 5:12 AM/PM | | | | |
| 11/22/17 | N/A | 1000 AM/PM | Erin Roman | OCYF | Diane Edwards | 1140 AM/PM |
| 11/22/17 | N/A | 1000 PM | Mark Piazza | OCYF | Diane Edwards | 1140 AM/PM |
| 11/24/17 | N/A | 4:00 AM/PM | | | | |
| 11/25/17 | N/A | 1335 AM/PM | | | | |
| 11/26/17 | N/A | 10:00 AM/PM | | | | |
| 11/26/17 | N/A | 12:50 AM/PM | | | | |
| 11/26/17 | N/A | 1831 AM/PM | | | | |
| 11/27/17 | N/A | 120 AM/PM | | | | |
| 11/28/17 | N/A | 8:35 AM/PM | | | | |
| 11/28 | — | 1004 AM/PM | | | | |
| 11/28 | N/A | 1:55 AM/PM | | | | |
| 11/28 | N/A | 1855 PM | | | | |

©2001 REDIFORM. 9G620

## VISITORS LOG

| DATE | BADGE # | TIME IN | NAME OF VISITOR | COMPANY | PERSON / DEPARTMENT VISITING | TIME OUT |
|------|---------|---------|-----------------|---------|------------------------------|----------|
| 10/21 | N/A | 1:30 PM | | | | |
| 10/21 | N/A | 620 | | | | |
| 10/22 | N/A | 835 | | | | |
| 10/22 | N/A | 1:00 | | | | |
| 10/23 | N/A | 5:00 PM | | | | |
| 10/24 | N/A | 0830 | | | | |
| 10/24 | N/A | 905 | ERIN Roman | OCXF. | Diane Edwards | 1132 PM |
| 10/24 | N/A | 925 | Maric Piazza | OCYF | Dione Edwards | 1132 PM |
| 10/24 | N/A | 1607 | | | | |
| 0/24 | N/A | 635 | | | | |
| 24 | N/A | 635 | | | | |
| 20 | N/A | 9:40 PM | | | | |
| S | N/A | 940 PM | | | | |
| | N/A | 1445 | | | | |
| | N/A | 1834 | | | | |
| | N/A | 1834 | | | | |
| | A | 1445 | | | | |
| | A | 845 | | | | |
| | A | 1145 | | | | |
| | | 1210 | | | | |

©2001 REDIFORM. 9G620

Exhibit 3
Interpreter Documents



### COUNTY OF BERKS, PENNSYLVANIA
### Residential Center
### Family Residential Program

## Resident Language Service Verification Form

*\*Language Service must be used for this form.*

By signing this form I am verifying that _____ **Qaqchi Kiche** _____ is my primary language.

Resident Name: ___Rigoberto ▇▇▇▇___                          A# ▇▇▇▇ _____

Resident Signature / Firma: ___R.L.G.___ ▇▇▇▇                  Date: ___12 17 17___

Staff Signature: ▇▇▇▇                                          Date: ___12 17 17___

| | |
|---|---|
| Language Services Used: Yes _x_ No _____ | Service Used: ___interpretalk___ |
| Interpreter Number: ___701614___ | Language: ___Qaqchi Kiche___ |

# Language Services Usage Log

Date: _12 17 17_

**Name of Juvenile:** RIGOBERTO

Circle one: (F (Family)) U (Unaccompanied) or _____

**A Number:** ▮▮ _5269_

**Dialect:** _Kiche_ SPanish _____

Telephonic In Person: _____ _Rachel_ ____

**Interpreter Number:** _700162_ _____

**Name of Officer/BCYC using service:** ▮▮▮ ____

Start Time: _03:35_    Start Time: _____

End Time: _03:36_    End Time: _____

Start Time: _____    Start Time: _____

End Time: _____    End Time: _____

**Reason service was not used:** _____
(I.e.: person not home, phone busy, disconnected, etc.)

# Language Services Usage Log

**Date:** _12-17-2017_

**Name of Juvenile:** _RIGOBERTO_ ▮

Circle one: (F (Family)) U (Unaccompanied)  or  _____

**A Number:** ▮▮ _564_

**Dialect:** _KICHE_

**Telephonic/ In Person:** _INTERPRETALK_

**Interpreter Number:** _701614_

**Name of Officer/BCYC using service:** ▮▮▮

**Start Time:** _1354_          **Start Time:** _____

**End Time:** _1430_          **End Time:** _____

**Start Time:** _____          **Start Time:** _____

**End Time:** _____          **End Time:** _____

**Reason service was not used:** _____
**(I.e.: person not home, phone busy, disconnected, etc.)**

*White Copy – Resident's File*          *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*

# Language Services Usage Log

**Date:**___12/18/2017_____

**Name of Juvenile:**____Rigoberto__ [redacted]

Circle one:   (F)(Family)    U (Unaccompanied)   or   _____

**A Number:**__[redacted] 569

**Dialect:**_____Kiche_____

**Telephonic/In Person:**_____

**Interpreter Number:**_____447003_____

**Name of Officer/BCYC using service:**_[redacted]____

**Start Time:**_____2:31 pm____      **Start Time:**_____

**End Time:**_____3:15 pm____      **End Time:**_____

**Start Time:**_____      **Start Time:**_____

**End Time:**_____      **End Time:**_____

**Reason service was not used:** _____
**(i.e.: person not home, phone busy, disconnected, etc.)**



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

---

## Resident Language Service Verification Form

*\*Language Service must be used for this form.*

By signing this form I am verifying that _____ *Akateko* _____ is my primary language.

Resident Name: Martin ████████  A# ████████ 9/4

Resident Signature / Firma:- ▁▁ ████████  Date: _____

Staff Signature ████████████  Date: 12/5/17
████████████                    12  5  17

| | |
|---|---|
| Language Services Used: Yes __ ✓ No | Service Used: In Person interpretalk or |
| Interpreter Number: ████████ | 00582  Language: Spanish Akateko |

# Language Services Usage Log

Date: 12 5 17

Name of Juvenile: Martin ▮ ▮

Circle one: F (Family)  U (Unaccompanied)  or _____

A Number: ▮ 914

Dialect: AKAtcKo

Telephonic/ In Person: _____ Domingo

Interpreter Number: _____ 2oo582

Name of Officer/BCYC using service: ▮

Start Time: 01:42          Start Time: _____

End Time: 02:17            End Time: _____

Start Time: _____     Start Time: _____

End Time: _____       End Time: _____

Reason service was not used: _____
(i.e.: person not home, phone busy, disconnected, etc.)

*White Copy – Resident's File*          *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*

# Language Services Usage Log

Date: 12/5/2017

Name of Juvenile: Martin

Circle one: F (Family)    U (Unaccompanied)   or _____

A Number: _____ 914

Dialect: Acateco

Telephonic/In Person: _____

Interpreter Number: 278201

Name of Officer/BCYC using service: _____

Start Time: 4:40 pm (1640)   Start Time: _____

End Time: 5:20 pm (1720)   End Time: _____

Start Time: _____   Start Time: _____

End Time: _____   End Time: _____

Reason service was not used: _____
(i.e.: person not home, phone busy, disconnected, etc.)

*White Copy – Resident's File*        *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*

800 ⁻⁷⁵    ex/. 2 

# Language Services Usage Log

**Date:** 12/28/17

**Name of Juvenile:** Martin

Circle one:   F (Family)   U (Unaccompanied)   or   _____

**A Number:** _____ 914

**Dialect:** Akateko

**Telephonic/ In Person:** _____

**Interpreter Number:** 278201   Maria

**Name of Officer/BCYC using service**

**Start Time:** ~~1020~~ 80  1020          **Start Time:** _____

**End Time:** 1027                          **End Time:** _____

**Start Time:** _____            **Start Time:** _____

**End Time:** _____              **End Time:** _____

**Reason service was not used:** _____
**(i.e.: person not home, phone busy, disconnected, etc.)**

*White Copy – Resident's File*        *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*



**COUNTY OF BERKS, PENNSYLVANIA**
**Residential Center**
**Family Residential Program**

## Resident Language Service Verification Form

*\*Language Service must be used for this form.*

By signing this form I am verifying that ___(HH) Mario AKA-TEKO ████████████ is my primary language.

Resident Name: __Mario ████████████__         A# ██ 613

Resident Signature / Firma: ✗ ℓ⁴⁴ₙₑₑ ████████████         Date: 12/5/17

Staff Signature: ████████████         Date: 12/5/17

Language Services Used: Yes ✓  No ____         Service Used: ___INTERPRETALIC___

Interpreter Number: ___130004___         Language: ___AKATEKO___

# Language Services Usage Log

**Date:** 1/4/18

**Name of Juvenile:** Mario ▮

Circle one: ~~F (Family)~~ U (Unaccompanied) or _____

**A Number:** ▮ 613

**Dialect:** A Ka te Ko

**Telephonic** In Person: _____

**Interpreter Number:** 63000 ▮

**Name of Officer/BCYC using service:** ▮

*interpreter*

**Start Time:** 1035          **Start Time:** _____

**End Time:** 1045          **End Time:** _____

**Start Time:** _____          **Start Time:** _____

**End Time:** _____          **End Time:** _____

**Reason service was not used:** _____
(i.e.: person not home, phone busy, disconnected, etc.)

*White Copy – Resident's File*          *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*



# COUNTY OF BERKS, PENNSYLVANIA
## Residential Center
## Family Residential Program

## Resident Language Service Verification Form

### *Language Service must be used for this form.*

By signing this form I am verifying that ___IXIL_____ is my primary language.

Resident Name: _GASPAR_ ▮▮▮▮▮▮▮   A# ▮▮▮▮▮ _385_

Resident Signature / Firm ▮▮▮▮▮▮▮   Date: |2/11/17

Staff Signature: ▮▮▮▮▮▮▮   Date: |2/11/17

| | |
|---|---|
| Language Services Used: Yes _✕_ No ____ | Service Used: _Language Services_ |
| Interpreter Number: _56 4001_ | Language: _IXil_ |

# Language Services Usage Log

Date: _12  11  17_

Name of Juvenile: _Gaspar_ ███ █

Circle one:  (F (Family))   U (Unaccompanied)   or   _____

A Number: ██ ██ _385_

Dialect: _Ixil_

~~Telephonic~~ / In Person: _____

Interpreter Number: _564001_

Name of Officer/BCYC using service: ███ ███

Start Time: _0930_                    Start Time: _____

End Time: _0957_                     End Time: _____

Start Time: _____          Start Time: _____

End Time: _____            End Time: _____

Reason service was not used: _____
(i.e.: person not home, phone busy, disconnected, etc.)

*White Copy – Resident's File*          *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*

# Language Services Usage Log

**Date:** _____ 12/13/2017 _____

**Name of Juvenile:** _____ Gaspar _____ ▮▮▮▮

Circle one:   (F) (Family)   U (Unaccompanied)   or   _____

**A Number:** ▮▮▮ ▮▮▮ 385

**Dialect:** _____ Ixil _____

**Telephonic/ In Person:** _____

**Interpreter Number:** _____ 564001 _____

**Name of Officer/BCYC using service:** ▮▮▮▮▮▮

**Start Time:** ____ 10:45 am ____        **Start Time:** _____

**End Time:** ____ 11:28 am ____          **End Time:** _____

**Start Time:** _____          **Start Time:** _____

**End Time:** _____            **End Time:** _____

**Reason service was not used:** _____
(i.e.: person not home, phone busy, disconnected, etc.)

*White Copy – Resident's File*          *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*



**COUNTY OF BERKS, PENNSYLVANIA**
**Residential Center**
**Family Residential Program**

## Resident Language Service Verification Form

*\*Language Service must be used for this form.*

By signing this form I am verifying that  *Akateko*  is my primary language.

Resident Name: Miguel ▇▇▇     A# ▇▇▇ 011

Resident Signature / Firma: ▇▇▇     Date: 12/10/17

Staff Signature: ▇▇▇     Date: 12/10/17

Language Services Used: Yes __X__ No _____     Service Used: *Interpretalk*

Interpreter Number: 630002     Language: Akateko

# Language Services Usage Log

Date: _12/10/17_

Name of Juvenile: _Miguel_ ███████

Circle one: (F (Family))   U (Unaccompanied)   or   _____

A Number: ███ _011_

Dialect: _Akateko_

(Telephonic) In Person: _____

Interpreter Number: _630002_

Name of Officer/BCYC using service: ████████████████

Start Time: _0214_          Start Time: _____

End Time: _0244_           End Time: _____

Start Time: _____        Start Time: _____

End Time: _____          End Time: _____

Reason service was not used: _____
(i.e.: person not home, phone busy, disconnected, etc.)

Revised 09/16/2003

# Language Services Usage Log

Date: _12/12/17_

Name of Juvenile: _Miguel_ ███████

Circle one:    F (Family)    U (Unaccompanied)  or    _____

A Number: ███████ _011_

Dialect: _Akateko_

Telephonic/ In Person: _____

Interpreter Number: _671001_

Name of Officer/BCYC using service ██████████████

Start Time: _1335_              Start Time: _____

End Time: _1420_               End Time: _____


Start Time: _____     Start Time: _____

End Time: _____      End Time: _____


**Reason service was not used:** _____
(i.e.: person not home, phone busy, disconnected, etc.)

*White Copy – Resident's File*          *Yellow Copy – Language Services Bind*

*Revised 09/16/2003*