UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | March 12, 2018 |

Title   *Jenny L. Flores, et al. v. Jefferson B. Sessions III, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER RE JUVENILE COORDINATOR INSPECTIONS**

On October 18, 2017, the Court set deadlines for the Juvenile Coordinators to file their respective compliance reports. [Doc. # 380.] The Juvenile Coordinators' next compliance reports are due on June 1, 2018. *Id.* The Court **ORDERS** the Juvenile Coordinator for U.S. Customs and Border Protection, Henry A. Moakley, Jr., to conduct at least two inspections without providing advance notice to the facilities that he plans to visit. The results of those inspections shall be incorporated into the Juvenile Coordinator's June 1, 2018 compliance report.

**IT IS SO ORDERED.**