CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
         crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>        Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE<br><br>Hearing: None<br>Time: n/a<br>Room: n/a |

1

2   *Plaintiffs' counsel, continued:*

3

LA RAZA CENTRO LEGAL, INC.
4   Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
5   San Francisco, CA 94103
6   Telephone: (415) 575-3500

7
THE LAW FOUNDATION OF SILICON VALLEY
8   LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
9   Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
10   Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
11   152 North Third Street, 3rd floor
12   San Jose, CA 95112
Telephone:   (408) 280-2437
13   Facsimile:   (408) 288-8850
14   Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
15          annettek@lawfoundation.org
16
17   *Of counsel:*

18
YOUTH LAW CENTER
19   Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
20   San Francisco, CA 94104
21   Telephone: (415) 543-3379

22

23

24

25

26

27

28

On October 18, 2017, the Court ordered that the Plaintiffs file their response to Defendants' second set of compliance reports by Friday, March 16, 2018. Plaintiffs hereby apply for an order from this Court extending the due date on Plaintiffs' Response to the Compliance Reports executed by Juvenile Coordinators Henry Moak, Jr. and Deane Dougherty, [Docs. ##402-1, 402-2] by two weeks, from March 16, 2018 to March 30, 2018.

Good cause exists for the Court to grant the parties' request. Plaintiffs request this continuance and extension of time for the reasons set forth in the accompanying Declaration. Counsel for Plaintiffs' reached out to counsel for Defendants regarding their position on this Application and counsel for Defendants' responded that Defendants do not oppose this Application.

Dated: March 14, 2018                    Respectfully submitted,

                                         CENTER FOR HUMAN RIGHTS &
                                         CONSTITUTIONAL LAW
                                         Peter A. Schey
                                         Carlos Holguín

                                         ORRICK, HERRINGTON & SUTCLIFFE LLP
                                         Elena García

                                         LA RAZA CENTRO LEGAL, INC.
                                         Michael Sorgen

                                         LAW FOUNDATION OF SILICON VALLEY -
                                         LEGAL ADVOCATES FOR CHILDREN & YOUTH
                                         Jennifer Kelleher Cloyd
                                         Katherine H. Manning
                                         Annette Kirkham

1

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan


/s/*Peter Schey*
*Attorneys for Plaintiffs*

/ / /

2

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 14, 2018, I electronically filed the following document(s):

- UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

3

PLAINTIFFS' UNOPPOSED APPLICATION
FOR CONTINUATION  CV 85-4544-DMG (AGRX)