# DECLARATION OF CLASS COUNSEL, PETER A. SCHEY

I, PETER A. SCHEY, declare:

1. I am one of the lead Class Counsel for Plaintiffs in this case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Plaintiffs request the Court to continue the due date for Plaintiffs' Response to the Compliance Reports executed by Juvenile Coordinators, Henry Moak, Jr. and Deane Dougherty, ("Monitoring Reports") from March 16, 2018 to March 30, 2018. Plaintiffs require an extension of the dates for the following reasons.

3. Due to being ill with the flu, and despite due diligence, I have been unable to complete Plaintiffs' Response for the past two weeks and for the same reason was unable to complete and file a timely motion requesting an extension of time.

4. Plaintiffs therefore request that the due date for their response to Defendants' Monitoring Reports be continued from March 16, 2018 to March 30, 2018.

5. Counsel for Plaintiffs' reached out to counsel for Defendants, asking for their position on this Application to move Plaintiffs' response date to March 30, 2018. Counsel for Defendants' has informed the undersigned that Defendants do not oppose this application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 14, 2018 at Oak View, California.

                                                                                                                                                   s/Peter Schey
                                                                                                                                                   Peter Schey

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 14, 2018, I electronically filed the following document(s):

- **Declaration of Class Counsel, Peter Schey**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/__*Peter Schey*_____
*Attorney for Plaintiffs*