CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> **[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE** <br><br> Hearing: None |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

2

THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Application for Continuance of Plaintiffs' Compliance Report Response to March 30, 2018.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the due date on Plaintiffs' Response to the Compliance Reports executed by Juvenile Coordinators Henry Moak, Jr. and Deane Dougherty, [Docs. ##402-1, 402-2] be continued from March 16, 2018 to March 30, 2018.

IT IS SO ORDERED.

DATED: _____, 2018.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 14, 2018, I electronically filed the following document(s):

- **[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*

4