1
2
3
4
5
6
7

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **ORDER GRANTING UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE [404]** |
| vs. | |
| JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, et al., | |
| Defendants. | |

1  THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Application for
2 Continuance of Plaintiffs' Compliance Report Response to March 30, 2018.
3  UPON CONSIDERATION of the Application, and for the reasons set forth
4 therein, the Court hereby ORDERS that the due date on Plaintiffs' Response to the
5 Compliance Reports executed by Juvenile Coordinators Henry Moak, Jr. and Deane
6 Dougherty, [Docs. ##402-1, 402-2] be continued from March 16, 2018 to March 30,
7 2018.
8 IT IS SO ORDERED.

10 DATED: March 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE