**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General; et al., <br><br> Defendants-Appellants. | No. 17-56297 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before: TASHIMA, W. FLETCHER and BERZON, Circuit Judges.

The panel (reconfigured) has retained jurisdiction of this appeal. Oral argument, if any, will be set in due course.