CARLOS R. HOLGUÍN (CAL. BAR NO. 90754)
PETER A. SCHEY (CAL. BAR NO. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

LEECIA WELCH (CAL. BAR NO. 208741)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson B. Sessions, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> DECLARATION OF CARLOS HOLGUÍN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS <br><br> District Judge Dolly M. Gee |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (CAL. BAR NO. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (CAL. BAR NO. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

ii

DECLARATION OF CARLOS HOLGUÍN IN
SUPPORT OF PLAINTIFFS' EX PARTE
APPLICATION FOR LEAVE TO PROCEED
USING PSEUDONYMS
CV 85-4544-DMG (AGRx)

# DECLARATION OF CARLOS HOLGUÍN IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS

I, Carlos Holguín, declare and say as follows:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys for Plaintiffs. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057.

2. On April 12, I emailed Sarah Fabian, one of the attorneys for the Defendants in the above-entitled action. I advised Ms. Fabian of the substance of the attached ex parte application for leave to proceed using pseudonyms. I also informed her that this application would be filed on Monday, April 16, 2018. Ms. Fabian indicated that Defendants would not oppose the ex parte application for leave to use pseudonyms.

3. Ms. Fabian's contact information is as follows: Sarah Fabian, Senior Litigation Counsel, PO Box 868, Ben Franklin Station, Washington, DC 20044, (202) 532-4824, Sarah.B.Fabian@usdoj.gov.

4. Attachment A contains the true and correct names of the individual Class Members and their corresponding pseudonyms, which Plaintiffs propose to use in public filings.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 13th day of April, 2018, at Santa Clarita, California.

Respectfully submitted,

Carlos Holguín

/s/ Carlos Holguín

1

DECLARATION OF CARLOS HOLGUÍN IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS
CV 85-4544-DMG (AGRx)