CARLOS R. HOLGUÍN (CAL. BAR NO. 90754)
PETER A. SCHEY (CAL. BAR NO. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
      pschey@centerforhumanrights.org

LEECIA WELCH (CAL. BAR NO. 208741)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>    Plaintiffs,<br><br>  v.<br><br>Jefferson B. Sessions, Attorney General, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS<br><br>District Judge Dolly M. Gee |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (CAL. BAR NO. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (CAL. BAR NO. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

# [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS

Plaintiffs have requested permission for leave to proceed using pseudonyms for the individual Class Members whose declarations and other documents Plaintiffs submit in support of their motion to enforce the Settlement Agreement.

Having considered the papers submitted by Plaintiffs, the Court finds that Plaintiffs have demonstrated good cause to allow the individual Class Members to proceed using pseudonyms, which outweighs any prejudice to the opposing party or the public's interest in knowing their identities.

Accordingly, the Court:

A. GRANTS Plaintiffs leave to proceed in this matter with the use of pseudonyms for the individual Class Members;

B. ORDERS that Defendants will not publicly disclose the names or personal identifying information of the individual Class Members after Defendants learn their names and personal identifying information; and

C. ORDERS that all parties shall submit pleadings, briefing and evidence using the individual Class Members' pseudonyms instead of their real names, initials and other personally identifying information.

Dated: _____           _____
                                The Hon. Dolly M. Gee
                                United States District Judge