Leecia Welch
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
(510) 835-8098
lwelch@youthlaw.org

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores, et al. | CASE NUMBER |
| | 85-CV-4544 DMG (AGR-x) |
| v.                                Plaintiff(s) | |
| Jefferson Sessions, III, et al. | APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT |
| Defendant(s). | |

## INSTRUCTIONS FOR APPLICANTS

(1) *Complete Section I of this Application, sign the certification in Section II, and have your designated supervising attorney sign in in Section III; note that electronic signatures are not accepted. Space to supplement your responses is provided in Section IV.*

(2) *Have your supervising attorney e-file your Application, using the Court's CM/ECF System, and submit a Proposed Order (using Form CV-99 ORDER, available from the Court's website).*

## SECTION I - INFORMATION

Neha Desai

*Applicant's Name (Last Name, First Name & Middle Initial)*

National Center for Youth Law

*Qualifying Legal Services Provider*

405 14th Street, 15th Fl.

(510) 835-8098 ext. 3048        (510) 835-8099
*Telephone Number*              *Fax Number*

ndesai@youthlaw.org
*E-Mail Address*

*Street Address*

Oakland, CA 94612

803161

*City, State, Zip Code*         *Applicant's Cal. State Bar Number (if one been issued)*

**I will represent the following parties:**

| Jenny Lisette Flores, et al. | ☒ Plaintiff | ☐ Defendant | ☐ Other: |
|---|---|---|---|
| | ☐ Plaintiff | ☐ Defendant | ☐ Other: |

*Name(s) of Party(ies) Represented (list additional parties in Section IV if necessary)*

Have you previously registered as a CM/ECF user in the Central District of California ?   ☐ Yes   ☒ No

If yes, was your CM/ECF User account associated with the e-mail address provided above?   ☐ Yes   ☐ No:

_____
*Previous E-Mail Used (if applicable)*

*You must be registered to use the Court's Case Management/Electronic Case Filing ("CM/ECF") System to be admitted to practice in this Court as a Registered Legal Services Attorney. Submission of this Application will constitute your registration (or re-registration) to use CM/ECF. If the Court signs an Order granting your Application, you will either be issued a new CM/ECF login and password, or the existing account you identified above will be associated with your case. Pursuant to Local Rule 5-3.2.3, registering to use CM/ECF is deemed consent, for purposes of Fed. R. Civ. P. 5(b)(2)(E), to electronic service of documents through the CM/ECF System. You have the right to withhold or revoke your consent to electronic service at any time; simply complete and return a Central District Electronic Service Exemption Form (Form G-05, available from the Court's website). If the Court receives an Electronic Service Exemption Form from you, you will no longer receive notice by e-mail when Court orders or other documents are filed in cases in which you are counsel of record; instead, copies of such documents will be sent to you through the mail.*

<u>**SECTION II - CERTIFICATION**</u>

I declare under penalty of perjury that:

(1) All of the above information is true and correct.

(2) I am a Registered Legal Services Attorney authorized to practice law in the state courts of California pursuant to California Rules of Court, Rule 9.45.

(3) I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(4) I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court, as my supervising attorney pursuant to Local Rule 83-2.1.5(a)(4) and California Rules of Court, Rule 9.45.

Dated  4/17/2018              Neha Desai
_____              _____
                             *Applicant's Name (please type or print)*

                             _____
                             *Applicant's Signature*

<u>**SECTION III - DESIGNATION OF SUPERVISING ATTORNEY**</u>

Welch, Leecia J.
_____
*Designee's Name (Last Name, First Name & Middle Initial)*

National Center for Youth Law
_____
*Qualifying Legal Services Provider*

405 14th Street, 15th Fl.          (510) 835-8098        (510) 835-8099
_____          _____       _____
                                 *Telephone Number*      *Fax Number*

                                 lwelch@youthlaw.org
_____          _____
*Street Address*                 *E-Mail Address*

Oakland, CA 94612                208741
_____          _____
*City, State, Zip Code*          *Designee's California State Bar Number*

**I am employed by a Qualified Legal Services Provider, as defined in California Rules of Court, Rule 9.45(a)(1).  The Applicant will work, with or without pay, for this same Qualified Legal Services Provider.  I am a member in good standing of the State Bar of California and the Bar of the Central District of California.  I meet the requirements of California Rules of Court, Rule 9.45(h), and I hereby agree that I will provide direct supervision of the Applicant as required by Rule 9.45, and that I will assume professional responsibility for any work performed by the Applicant under that Rule.**

Dated  4/17/2018              Leecia Welch
_____              _____
                             *Designee's Name (please type or print)*

                             _____
                             *Designee's Signature*

<u>**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**</u>