Leecia Welch
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
(510) 835-8098
lwelch@youthlaw.org

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jenny Lisette Flores, et al. | CASE NUMBER |
|---|---|
| v.  Plaintiff(s) | 85-CV-4544 DMG (AGR-x) |
| Jefferson Sessions, III, et al.  Defendant(s). | (PROPOSED) ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT |

The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by

Neha Desai
*Applicant's Name (Last Name, First Name & Middle Initial)*

(510) 835-8098    (510) 835-8099    803161
*Telephone Number    Fax Number    Cal. State Bar No.*

ndesai@youthlaw.org
*E-Mail Address*

of National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612

*Qualifying Legal Services Provider Name & Address*

for permission to appear and participate in this case on behalf of

Jenny Lisette Flores, et al.

*Name(s) of Party(ies) Represented*    [X] Plaintiff   [ ] Defendant   [ ] Other: _____

and designating as Supervising Attorney

Welch, Leecia J.
*Designee's Name (Last Name, First Name & Middle Initial)*

(510) 835-8098    (510) 835-8099    208741
*Telephone Number    Fax Number    Cal. State Bar No.*

lwelch@youthlaw.org
*E-Mail Address*

of National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612

*Qualifying Legal Services Provider Name & Address*

hereby ORDERS the Application be:

[ ] GRANTED.

[ ] DENIED.

Dated _____

U.S. District Judge/U.S. Magistrate Judge