UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson B. Sessions, Attorney General, *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR LEAVE TO PROCEED USING PSEUDONYMS [410] |

Plaintiffs have requested permission for leave to proceed using pseudonyms for the individual Class Members whose declarations and other documents Plaintiffs submit in support of their motion to enforce the Settlement Agreement.

Having considered Plaintiffs' unopposed *ex parte* application, the Court finds that Plaintiffs have demonstrated good cause to allow the individual Class Members to proceed using pseudonyms, which outweighs any prejudice to the opposing party or the public's interest in knowing their identities.

Accordingly, the Court:

A. GRANTS Plaintiffs leave to proceed in this matter with the use of pseudonyms for the individual Class Members;

B. ORDERS that Defendants will not publicly disclose the names or personal identifying information of the individual Class Members after Defendants learn their names and personal identifying information; and

C. ORDERS that all parties shall submit pleadings, briefing and evidence using the individual Class Members' pseudonyms instead of their real names, initials and other personally identifying information.

DATED: April 18, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1