1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| Jenny Lisette Flores, *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF MOTION TO ENFORCE AND ATTACHMENT A TO APPLICATION TO USE PSEUDONYMS [411] |
| v. | |
| Jefferson B. Sessions, Attorney General, *et al.*, | |
| Defendants. | |

Plaintiffs seek to file under seal portions of the exhibits in support of their Motion to Enforce, as listed below:

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| 1 | Declaration of the Mother of Nicolás C., February 6, 2018 | Class Member's name<br>Class Member's Parent's name<br>Class Member's Parent's day and month of birth |
| 2 | Declaration of Nicolás C., February 4, 2018 | Class Member's name<br>Class Member's day and month of birth |
| 3 | Morrison Paso Case Review re: Nicolás C., September 17, 2017 | Class Member's name<br>Class Member's day and month of birth<br>Class Member's alien registration number<br>Bank account number (excluding last four digits)<br>Class Member's Parent's name<br>Class Member's Parent's day and month of birth<br>Class Member's Parent's phone number |
| 4 | Custody Order of the Immigration Judge re: Nicolás C., December 19, 2017 | Class Member's name<br>Class Member's alien registration number |
| 5 | Declaration of Leland Baxter-Neal, February 6, 2018 | Class Member's name |
| 6 | Email from Erich Corona re: Nicolás C., January 9, 2018 | Class Member's name and initials |
| 7 | Declaration of James M. Owens, February 7, 2018 | Class Member's initials |
| 9 | Declaration of Daniella Q., February 28, 2018 | Class Member's name |
| 10 | Declaration of Isabella M., December 1, 2017 | Class Member's name |
| 11 | Supplemental Declaration of Isabella M., February 28, 2018 | Class Member's name |
| 12 | Declaration of the Mother of Isabella M., February 28, 2018 | Class Member's name<br>Parent's name |

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| 13 | Declaration of Victoria R., February 28, 2018 | Class Member's name<br>Class Member's alien registration number |
| 14 | Declaration of David I., November 30, 2017 | Class Member's name |
| 15 | Supplemental Declaration of David I., February 28, 2018 | Class Member's name |
| 16 | Declaration of Eduardo A., March 1, 2018 | Class Member's name |
| 17 | Declaration of Rosa L., December 1, 2017 | Class Member's name |
| 18 | Supplemental Declaration of Rosa L., February 28, 2018 | Class Member's name |
| 19 | Declaration of Gabriela N., December 1, 2017 | Class Member's name |
| 20 | Supplemental Declaration of Gabriela N., February 28, 2018 | Class Member's name |
| 21 | Declaration of Arturo S., February 28, 2018 | Class Member's name |
| 27 | Letter from Leecia Welch to Office of Immigration Litigation re: Psychotropic Medications, and Attachments, January 16, 2018 | Class Members' names and initials<br>Class Members' days and months of birth<br>Class Member's alien registration number and case number<br>Names of Class Member's family members |
| 30 | Declaration of Javier C., November 15, 2017 | Class Members' names (including Declarant and other minors named in declaration) |
| 31 | Declaration of Carlos A., November 16, 2017 | Class Member's name |
| 32 | Declaration of Miguel B., November 16, 2017 | Class Member's name |
| 33 | Declaration of Luis D., November 15, 2017 | Class Member's name |
| 34 | Declaration of Andrés D., July 11, 2017 | Class Member's name |
| 35 | Declaration of Jorge E., July 11, 2017 | Class Member's name |

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| 36 | Declaration of Gustavo H., July 11, 2017 | Class Member's name |
| 37 | Declaration of Roberto F., July 11, 2017 | Class Member's name |
| 38 | Declaration of Natalia T., November 21, 2017 | Class Members' names and initials (including Declarant and other minors named in declaration) Class Member's alien registration number |
| 39 | Declaration of Ricardo U., November 21, 2017 | Class Member's name Class Member's alien registration number |
| 40 | Declaration of Sofia O., December 1, 2017 | Class Members' names and initials (including Declarant and other minors named in declaration) |
| 41 | Declaration of Gloria P., December 1, 2017 | Class Member's name |
| 42 | Declaration of Edwin B., March 1, 2018 | Class Member's name |
| 43 | Letter from Carlos Holguín to Cynthia Nunes Colbert, *et al.,* re: Legal Representation for Specified Class Members, March 12, 2018 | Class Members' names Class Members' alien registration numbers |
| 44 | Declaration of Samuel W., October 26, 2017 | Class Member's name |
| 45 | Declaration of Jaime V., October 26, 2017 | Class Member's name |
| 46 | Declaration of Mateo X., October 26, 2017 | Class Member's name |
| 47 | Declaration of Mario Y., October 26, 2017 | Class Member's name |
| 48 | Declaration of Maricela J., November 30, 2017 | Class Member's name Class Member's alien registration number |
| 49 | Declaration of Teresa K., November 30, 2017 | Class Member's name |
| 50 | Declaration of Diego E., January 16, 2018 | Class Member's name |
| 51 | Declaration of Daniel F., March 21, | Class Member's name |

3

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
|  | 2018 |  |
| 52 | Declaration of Alejandro G., March 21, 2018 | Class Member's name |
| 55 | Declaration of Camila G., April 3, 2018 | Class Member's name<br>Class Member's Aunt's name |
| 56 | Patient Profile – Active Medications of Victoria R., January 9, 2018 | Class Member's name |
| 57 | Patient Profile – Active Medications of David I., November 27, 2017 | Class Member's name |
| 58 | Patient Profile – Active Medications of Rosa L., July 31, 2017 | Class Member's name |
| 59 | Medication Information and Reconciliation and Over-the-Counter Medication Release Forms for Isabella M., September 28-29, 2017 | Class Member's name |
| 60 | Medication Information and Reconciliation Form for Gabriela N., September 7, 2017 | Class Member's name<br>Class Member's day and month of birth<br>Class Member's alien registration number |
| 61 | Medication Information and Reconciliation Form for Sofia O., September 18, 2017 | Class Member's name |
| 62 | Yolo County Juvenile Detention Facility Parental Medical Authorization Form for Julio Z., December 14, 2016 | Class Member's name<br>Class Member's day and month of birth<br>Class Member's alien registration number |
| 63 | Patient Profile – Active Medications of Julio Z., December 12, 2016 | Class Member's name |
| 64 | Declaration of Julio Z., November 13, 2017 | Class Member's name<br>Class Member's day and month of birth |
| 65 | Declaration of Sister of Victoria R., March 13, 2018 | Class Member's name<br>Class Member's Sister's name |
| 66 | Declaration of Proposed Sponsor of Victoria R., March 13, 2018 | Class Member's name<br>Class Member's Sister's name<br>Class Member's Potential Sponsor's |

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| | | name |
| 67 | Declaration of Grandfather of Gabriela N., March 15, 2018 | Class Member's name<br>Class Member's Grandfather's name |
| 68 | Custody Order of the Immigration Judge re: Santiago H., February 21, 2018 | Class Member's name<br>Class Member's alien registration number |
| 69 | Order of the Immigration Judge with Respect to Custody re: Santiago H., March 20, 2018 | Class Member's name<br>Class Member's alien registration number and file number |
| 70 | Email from Toby Biswas re: Santiago H. Follow Up, February 23, 2018 | Class Member's initials |
| 71 | Case Review re: Santiago H., November 29, 2017 | Class Member's name<br>Class Member's day and month of birth<br>Class Member's alien registration number |
| 83 | Letter from James De La Cruz to Flores Counsel re: Psychotropic Medications, April 2, 2018 | Class Members' names |
| 84 | Individual Service Plan – Residential Treatment for Victoria R., Shiloh Treatment Center, Inc., December 26, 2017 | Class Member's name<br>Class Member's day and month of birth<br>Class Member's alien registration number and case number |
| 88 | ORR Authorization for Medical, Dental, and Mental Health Care for Carlos A., July 31, 2017 | Class Member's name<br>Class Member's day and month of birth<br>Class Member's alien registration number |

Plaintiffs also seek leave to file under seal Attachment A to their Application to Use Pseudonyms, which contains a list of proposed pseudonyms and the corresponding true names of the Class Members proposed to be filed as a reference list.

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

1. Plaintiffs are granted leave to file in the public record the redacted versions of Exhibits 1-7, 9-21, 27, 30-52, 55-71, 83, 84, and 88 in support of the Motion to Enforce that are found in Doc. ## 411-1, 411-2, 411-3, 411-4, and 411-5. Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 1-7, 9-21, 27, 30-52, 55-71, 83, 84, and 88 and Attachment A to the Application to Use Pseudonyms that are found in Doc. ## 412-1, 412-2, 412-3, 412-4, 412-5, and 412-6. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file these documents under seal within three (3) days of the date of this Order.

IT IS SO ORDERED.

DATED: April 18, 2018

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE