CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>**STIPULATION FOR EXTENSION OF HEARING DATE AND BRIEFING SCHEDULE;**<br><br>**[Proposed] Order** |

On April 16, 2018, Plaintiffs filed a Motion to Enforce in the above-captioned case (ECF No. 409). Plaintiffs set that motion for hearing before the Court on May 18, 2018. The parties have conferred, and stipulate to continue the hearing date for Plaintiffs' motion, and to set the briefing schedule as follows:

- Defendants' opposition to be filed on or before May 25, 2018.
- Plaintiffs' reply to be filed on or before June 15, 2018.
- Hearing reset for June 29, 2018.

Good cause exists for the Court to grant the parties' request. Plaintiffs' motion contains accounts by approximately forty declarants, and Defendants need time to review and evaluate each of Plaintiffs' claims and prepare a response. In addition, counsel for Defendants has multiple briefing deadlines over the next month, and requires the additional time to confer with her clients and prepare and file Defendants' response. Counsel for Plaintiffs also have a conflict on intervening hearing dates, making June 29, 2018 the preferred hearing date that works for both parties. Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

| | |
|---|---|
| DATED: April 19, 2018 | */s/ Carlos Holquin* (with permission)<br>CARLOS HOLQUIN<br>Center for Human Rights<br>    and Constitutional Law<br><br>*Attorney for Plaintiffs* |
| DATED:  April 19, 2018 | CHAD A. READLER<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Sarah B. Fabian*<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 532-4824<br>Fax: (202) 305-7000<br>Email: sarah.b.fabian@usdoj.gov<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on April 19, 2018, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants