CHAD A. READLER
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER RESETTING HEARING DATE AND SETTING BRIEFING SCHEDULE** <br><br> **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation for Extension of Hearing Date and Briefing Schedule.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the hearing date for Plaintiffs' Motion to Enforce (ECF No. 409) is reset, and the briefing schedule is set as follows:

- Defendants' opposition to be filed on or before May 25, 2018.
- Plaintiffs' reply to be filed on or before June 15, 2018.
- Hearing reset for June 29, 2018.

.**IT IS SO ORDERED.**

DATED: _____, 2018.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-