1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **ORDER RESETTING HEARING DATE AND SETTING BRIEFING SCHEDULE [418]** |
| v. | |
| ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the Parties' Stipulation for Extension of Hearing Date and Briefing Schedule.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the hearing date for Plaintiffs' Motion to Enforce [Doc. # 409] is reset, and the briefing schedule is set as follows:

- Defendants' opposition to be filed on or before May 25, 2018.
- Plaintiffs' reply to be filed on or before June 15, 2018.
- Hearing reset for June 29, 2018 at 10:00 a.m.

**IT IS SO ORDERED.**

DATED: April 20, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-