CARLOS R. HOLGUÍN (CAL. BAR NO. 90754)
PETER A. SCHEY (CAL. BAR NO. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

LEECIA WELCH (CAL. BAR NO. 208741)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>                    Plaintiffs,<br><br>         v.<br><br>Jefferson B. Sessions, Attorney General, *et al.*,<br><br>                    Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>NOTICE OF FILING OF REDACTED EXHIBITS IN SUPPORT OF MOTION TO ENFORCE<br><br>District Judge Dolly M. Gee |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (CAL. BAR NO. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (CAL. BAR NO. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

**NOTICE OF FILING OF REDACTED EXHIBITS**

Pursuant to the Court's Order of April 18, 2018, Docket No. 417, Plaintiffs hereby file in the public record the redacted versions of Exhibits 1-7, 9-21, 27, 30-52, 55-71, 83, 84, and 88 in support of the Motion to Enforce.

Dated: April 23, 2018                          Respectfully submitted,

                                               CARLOS R. HOLGUÍN
                                               PETER A. SCHEY
                                               Center for Human Rights &
                                               Constitutional Law

                                               LEECIA WELCH
                                               National Center for Youth Law

                                               HOLLY COOPER
                                               CARTER WHITE
                                               University of California Davis School of
                                               Law

                                                /s/
                                               _____
                                               Leecia Welch

NOTICE OF FILING OF
REDACTED EXHIBITS
CV 85-4544-DMG (AGRx)