# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores, et al., <br><br> Plaintiff(s) <br> v. <br><br> Jefferson Sessions, III, et al., <br><br> Defendant(s). | CASE NUMBER: <br><br> CV 85-4544-DMG (AGRx) <br><br> **ORDER ON APPLICATION OF REGISTERED LEGAL SERVICES ATTORNEY TO PRACTICE BEFORE THE COURT** |

**The Court, having reviewed the Application of Registered Legal Services Attorney to Practice Before the Court filed by**

<u>Neha Desai</u>   of   National Center for Youth Law
*Applicant's Name (Last Name, First Name & Middle Initial)*       405 14th Street, 15th Floor
                                                                                                   Oakland, CA 94612

<u>(510) 835-8098</u>   <u>510) 835-8099</u>   <u>803161</u>
*Telephone Number   Fax Number   Cal. State Bar No.*

<u>ndesai@youthlaw.org</u>
*E-Mail Address*                                *Qualifying Legal Services Provider Name & Address*

**for permission to appear and participate in this case on behalf of**
<u>Jenny Lisette Flores, et al.</u>

*Name(s) of Party(ies) Represented*        X *Plaintiff*   ☐ *Defendant*   ☐ *Other:*___

**and designating as Supervising Attorney**

<u>Welch, Leecia J.</u>   of   National Center for Youth Law
*Designee's Name (Last Name, First Name & Middle Initial)*       405 14th Street, 15th Floor
                                                                                                     Oakland, CA 94612

<u>(510) 835-8098</u>   <u>(510)835-8099</u>   <u>208741</u>
Telephone Number   Fax Number   *Cal. State Bar No.*

<u>welch@youthlaw.org</u>
*E-Mail Address*                                *Qualifying Legal Services Provider Name & Address*

**hereby ORDERS the Application be:**

**X GRANTED.**
☐ **DENIED.**

**Dated April 26, 2018**                         /s/ Dolly M. Gee
                                                             **Dolly M. Gee, U.S. District Judge**