FILED

APR 27 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General; et al.,<br><br>        Defendants-Appellants. | No.   18-55063<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Pursuant to the stipulation of the parties (Docket Entry No. 4), this appeal is voluntarily dismissed. Fed. R. App. P. 42(b). The parties shall bear their own costs and fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

FOR THE COURT

By: Claudia L. Bernard
Chief Circuit Mediator

CLB/Mediation