1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE CERTAIN DOCUMENTS UNDER SEAL [426]** |
| JEFFERSON B. SESSIONS, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On May 25, 2018, Defendants filed an Application for Leave to File Under Seal Exhibits B Through I in Support of Defendants' Opposition to Plaintiffs' Motion to Enforce. [Doc. # 426.] Defense Counsel represents that these documents contain personally identifiable information and other highly personal information regarding class members and their sponsors. *See* Fabian Decl. at ¶ 3 [Doc. # 427]. Defense Counsel further represents that, given the volume of the personal information in these documents, "Defendants cannot be sure which information, if disclosed, might allow identification of the individuals referenced in the documents, or cause stigma or embarrassment to the individuals referenced [therein]." *See id.* at ¶ 4.

Defendants have shown that compelling reasons exist for sealing these documents in their entirety. *See Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (quoting *Kamakana v. City & Cty. of Honolulu*, 447 F.3d 1172, 1178 (9th Cir. 2016)) (internal quotation marks omitted) ("[A] party seeking to seal a judicial record . . . bears the burden of . . . meeting the 'compelling reasons' standard."); *Tuscon Women's Clinic v. Eden*, 379 F.3d 531, 551 (9th Cir. 2004) (quoting *Whalen v. Roe*, 429 U.S. 589, 599 (1977)) ("Individuals have a constitutionally protected interest in avoiding 'disclosure of personal matters,' including medical information."). Accordingly, the Court **GRANTS** Defendants' Application. Pursuant to Local Rule 79-5.2.2(c), Defendant shall e-file the unredacted versions of the documents in question found in Docket Entry Nos. 427-1, 427-2, 427-3, 427-4, 427-5, 427-6, 427-7, and 427-8 under seal consistent with this Order within three (3) court days of this Order.

**IT IS SO ORDERED.**

DATED: May 29, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE