CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> UNOPPOSED APPLICATION FOR CONTINUANCE OF STATUS CONFERENCE AND DUE DATE FOR PLAINTIFFS' COMPLIANCE REPORT RESPONSE <br><br> Hearing: None <br> Time: n/a <br> Room: n/a |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

On October 18, 2017, the Court ordered that the Plaintiffs file their response to Defendants' third set of compliance reports by June 15, 2018. Plaintiffs hereby apply for an order from this Court continuing the status conference from June 29, 2018 to July 27, 2018, and extending the due date on Plaintiffs' Response to July 13, 2018.

Good cause exists for the Court to grant the parties' request. Plaintiffs request this continuance and extension of time for the reasons set forth in the accompanying Declaration. Counsel for Plaintiffs' reached out to counsel for Defendants regarding their position on this Application and counsel for Defendants' responded that Defendants do not oppose this Application.

Dated: June 8, 2018                    Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

/s/*Peter Schey* _____

1

PLAINTIFFS' UNOPPOSED APPLICATION
FOR CONTINUATION   CV 85-4544-DMG (AGRX)

DECLARATION OF CLASS COUNSEL, PETER A. SCHEY

I, PETER A. SCHEY, declare:

1. I am one of the lead Class Counsel for Plaintiffs in this case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.
2. Plaintiffs request the Court to continue the status conference from June 29, 2018 to July 27, 2018, and the due date for Plaintiffs' Response to the Compliance Reports executed by Juvenile Coordinators, Henry Moak, Jr. and Deane Dougherty, ("Monitoring Reports") from June 15, 2018 to July 13, 2018. Plaintiffs require an extension of the dates for the following reasons.
3. In order to effectively respond to the monitors' reports, Class Counsel wish to conduct on-site visits to detention facilities and interviews with class members which will require approximately 3 weeks to complete.
4. Counsel for Plaintiffs' reached out to counsel for Defendants, asking for their position on this Application to move Plaintiffs' response date to March 30, 2018. Counsel for Defendants' has informed the undersigned that Defendants do not oppose this application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 8, 2018 at Los Angeles, California.

                                          s/Peter Schey
                                          Peter Schey

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 8, 2018, I electronically filed the following document(s):

- UNOPPOSED APPLICATION FOR CONTINUANCE OF STATUS CONFERENCE AND PLAINTIFFS' COMPLIANCE REPORT RESPONSE

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*