UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE [431]** |

1     THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Application to continue the status conference scheduled for June 29, 2018 to July 27, 2018, and to continue the date for the filing of Plaintiffs' Compliance Report Response from June 15, 2018, to July 13, 2018.

    UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the status conference scheduled for June 29, 2018 be continued to **July 27, 2018 at 10:00 a.m.**, and date for the filing of Plaintiffs' Compliance Report Response be continued from June 15, 2018, to July 13, 2018.

    Plaintiffs' Motion to Enforce Settlement [Doc. # 409] shall remain as presently set on June 29, 2018 at 10:00 a.m.

IT IS SO ORDERED.

DATED: June 12, 2018

                                          DOLLY M. GEE
                                          UNITED STATES DISTRICT JUDGE


# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 8, 2018, I electronically filed the following document(s):

- **[PROPOSED] ORDER GRANTING UNOPPOSED APPLICATION FOR CONTINUANCE OF PLAINTIFFS' COMPLIANCE REPORT RESPONSE**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ *Peter Schey*
*Attorney for Plaintiffs*