```
 1  CHAD A. READLER
    Acting Assistant Attorney General
 2  AUGUST E. FLENTJE
 3  Special Counsel to the Assistant Attorney General
    Civil Division
 4  WILLIAM C. PEACHEY
 5  Director
    COLIN KISOR
 6  Deputy Director
 7  SARAH B. FABIAN
    Senior Litigation Counsel
 8  U.S. Department of Justice
 9  Office of Immigration Litigation
10  District Court Section
    Box 868, Ben Franklin Station
11  Washington, DC 20442
12  Telephone: (202) 532-4824
    Fax: (202) 616-8962
13
14  Attorneys for Defendants
```

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **DEFENDANTS' EX PARTE APPLICATION FOR LIMITED RELIEF FROM SETTLEMENT AGREEMENT;** |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | **MEMORANDUM OF POINTS AND AUTHORITIES;** |
| Defendants. | **DECLARATION.** |
| | **[HON. DOLLY M. GEE]** |

**Defendants' Ex Parte Application for
Limited Relief from Settlement Agreement**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for a limited relief from the Flores Settlement Agreement to (1) permit family units to be held together at ICE family residential centers pending the completion of removal proceedings and (2) exempt ICE family residential centers from the licensing provisions of the Agreement.

Counsel for Defendants, August E. Flentje, spoke with counsel for Plaintiffs, Peter Schey, by phone on June 20, 2018. *See* Declaration of August E. Flentje ¶ 3 (attached hereto). Mr. Flentje advised Mr. Schey of the relief that would be sought in this motion, and the timing for filing. *See id*.

This ex parte application is based upon this application, the attached memorandum of points and authorities, the attached declaration, and the records in this case.

DATED: June 21, 2018            Respectfully submitted,

CHAD A. READLER
Acting Assistant Attorney General

/s/ August E. Flentje
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
COLIN KISOR
Deputy Director

/s/ Jeffrey S. Robins
JEFFREY S. ROBINS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962


*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2018, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

August E. Flentje
Attorney for Defendants
