**DECLARATION OF AUGUST E. FLENTJE**

I, AUGUST E. FLENTJE, declare:

1. I am a Special Counsel with the U.S. Department of Justice. I am working in conjunction with Sarah Fabian, counsel of record for the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. On June 20, 2018, co-counsel Sarah Fabian advised counsel for Plaintiffs, Peter Schey, by email that the government would be seeking ex parte relief in this matter. In that email, she invited Mr. Schey to contact me to discuss the request.

3. Later in the evening on June 20, 2018, I had the opportunity to speak briefly with Mr. Schey. On that call, I explained the nature of the relief we would be seeking in our ex parte motion, and the fact that we would need to file for relief some time on June 21, 2018.

4. As our ex parte motion explains, the government is open to promptly discussing with Plaintiffs or the Court other options that will permit families to be kept together at residential facilities during the time needed to complete immigration proceedings. I am committed to continuing to engage Mr. Schey on these issues.

1

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 21, 2018 at Washington, DC.

*[signature]*
AUGUST E. FLENTJE