CHAD A. READLER
Acting Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
COLIN KISOR
Deputy Director
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442
Telephone: (202) 532-4824
Fax: (202) 616-8962

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER GRANTING LIMITED RELIEF FROM FLORES SETTLEMENT AGREEMENT** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon the Defendants' Ex Parte Application for Limited Relief From Settlement Agreement.

UPON CONSIDERATION of Defendants' Application, and for the reasons set forth therein, the Court hereby ORDERS that Defendants are granted limited relief from the *Flores* Settlement Agreement. Specifically, the Court:

1. Provides a limited exemption from its interpretation of the Flores Settlement Agreement's release provisions so that ICE may detain alien minors who have arrived with their parent or legal guardian together in ICE family residential facilities pending immigration proceedings;

2. Exempts ICE family residential facilities from the Agreement's state licensure requirement.

**IT IS SO ORDERED.**

DATED: _____, 2018.

						_____
						THE HONORABLE DOLLY M. GEE
						UNITED STATES DISTRICT JUDGE

-1-