1

2

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

3

4

5

6

7

8

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

9

10

11

12

*Attorneys for plaintiffs (listing continues on following page)*

13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

15

16   JENNY LISETTE FLORES, *et al.*,

17          Plaintiffs,

18   - vs -

19   JEFFERSON B. SESSIONS, ATTORNEY
     GENERAL OF THE UNITED STATES, *et al.*,

20

21          Defendants.

22

23

) Case No. CV 85-4544 DMG (AGRx)
)
) PLAINTIFFS' APPLICATION FOR
) EXTENSION OF TIME TO FILE
) RESPONSE TO DEFENDANTS' EX
) PARTE APPLICATION FOR
) LIMITED RELIEF FROM
) SETTLEMENT AGRREEMENT
)
) [HON. DOLLY M. GEE]

24

25

26

27

28

1

2    *Plaintiffs' counsel, continued:*

3

     LA RAZA CENTRO LEGAL, INC.
4    Michael S. Sorgen (Cal. Bar No. 43107)
     474 Valencia Street, #295
5    San Francisco, CA 94103
6    Telephone: (415) 575-3500

7

     THE LAW FOUNDATION OF SILICON VALLEY
8    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
9    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
10   Katherine H. Manning (Cal. Bar No. 229233)
     Annette Kirkham (Cal. Bar No. 217958)
11   152 North Third Street, 3rd floor
12   San Jose, CA 95112
     Telephone:   (408) 280-2437
13   Facsimile:    (408) 288-8850
14   Email: jenniferk@lawfoundation.org
             kate.manning@lawfoundation.org
15           annettek@lawfoundation.org

16

17   *Of counsel:*

18   YOUTH LAW CENTER
19   Virginia Corrigan (Cal. Bar No. 292035)
     200 Pine Street, Suite 300
20   San Francisco, CA 94104
     Telephone: (415) 543-3379
21

22

23

24

25

26

27

28

                                        ..

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Section 6 of this Court's Procedures (the "Procedures"), for the reasons set forth below, Plaintiffs respectfully request that the Court either (1) schedule a hearing on Defendants' Ex Parte Application to modify the 1997 *Flores* Agreement ("Exparte Application") [Dkt. 435-1] with a reasonable briefing schedule, or (2) grant Plaintiffs an extension of ten (10) days to respond to Defendants' ex parte application to modify the Agreement.

Initially, Plaintiffs note that Defendants failed to comply with the Procedures and to "serve the ex parte application on the opposing party by fax, email, or hand delivery and … notify the opposing party that any opposition must be filed not later than 24 hours after the service of the application. The moving party shall advise the Court in its application whether opposing counsel will be filing opposition."  The declaration of August E. Flentje complies only with certain but not the relevant portions of the Procedures set forth above.

The Procedures also require the moving party to advise the Court of, "what efforts, if any, have been made to confer with opposing counsel regarding the substance of the application and any potential resolution prior to the filing of the application." Procedures Section 6. While the Department of Justice informed the undersigned counsel by telephone the evening of Wednesday June 20, 2018, that pursuant to the instructions of President Trump, Defendant's intended to immediately file a request to modify the Agreement in a manner that would irreparably harm and

curtail the rights of class member children. The Department of Justice did not engage in meaningful and substantive meet and confer, offering no explanation for its position.

The Ex Parte Application seeks relief from two critical provisions of the *Flores* Agreement: (1) the general policy favoring release; and (2) the requirement that children be detained in licensed facilities.  These same or similar requests were previously made to this Court and rejected.  The broad relief Defendants seek cannot be granted without full consideration of the relevant factual and legal issues involved. It is impossible for Plaintiffs and their counsel to prepare such papers overnight.  They need a reasonable opportunity to submit opposition papers that address Defendants' arguments.

Plaintiffs also believe it is worth noting that Defendants appear to concede in their memorandum that the record as presented in the Ex Parte Application is insufficient for this Court to grant the relief requested.  *See* Defs.' Mem. at 19-20 ("The Government is prepared to make a more thorough showing, if necessary, in support of this request to amend the Flores Settlement Agreement").  Plaintiffs respectfully submit that Defendants should submit their application in full, Plaintiffs will then respond, and the Court can then decide the application.  Thus, Plaintiffs believe that this Court should establish an orderly briefing schedule to govern Defendants' application that avoids inefficient piece-mail briefing.

In light of President Trump's recent catastrophic and chaotic policy and practice, adopted without prior notice to Plaintiff's Class Counsel or this Court, of separating

class members from their parents without a rational and humane reunification plan in place, *Flores* counsel with the assistance of volunteer attorneys, paralegals, and interpreters are interviewing class members at facilities in California, Arizona, Texas, and Pennsylvania, in order to be fully informed about the experiences of class members and the extent to which these experiences may violate the Agreement. Depending on the facts gathered over the next several days, *Flores* counsel may conclude their responsibilities to the class require them to seek emergency relief from this Court.

A proposed Order is being submitted herewith.

Dated: June 22, 2018                     Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

/s/*Peter Schey*

3

1

*Attorneys for Plaintiffs*

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

4

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 22, 2018, I electronically filed the following document(s):

- APPLICATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED RELEIF FROM SETTLEMENT AGRREEMENT

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME   CV 85-4544-DMG (AGRX)