CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> ORDER GRANTING PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED RELIEF FROM SETTLEMENT AGRREEMENT <br><br> [PROPOSED] <br><br> [HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

UPON CONSIDERATION of Plaintiff's application for an extension of time to file a response to Defendants' Ex Parte Application for Limited Relief from Settlement Agreement and for the reasons set forth therein, the Court hereby ORDERS:

1) A hearing on this matter shall be held _____. Defendants shall file their request for modification of the Agreement with all pertinent evidence on or before _____. Plaintiffs shall file a response on or before _____. Defendants may file an optional reply on or before _____. [or]

2) Plaintiffs shall file their response to Defendant's Ex Parte application on or before _____.

IT IS SO ORDERED

Dated: _____, 2018          _____

　　　　　　　　　　　　　　　　　　　　　　　Dolly M. Gee
　　　　　　　　　　　　　　　　　　　　　　　United States District Judge

Presented by –

/s/ Peter Schey
Peter A. Schey
Counsel for Plaintiff
/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 22, 2018, I electronically filed the following document(s):

- PROPOSED ORDER GRANTING PLAINTIFF'S APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED RELEIF FROM SETTLEMENT AGRREEMENT

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*