UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544 DMG (AGRx) | Date | June 25, 2018 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Jefferson B. Sessions, III, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFFS' APPLICATION FOR EXTENSION OF TIME TO FILE RESPONSE TO DEFENDANTS' *EX PARTE* APPLICATION [437]**

On June 21, 2018, Defendants filed an *Ex Parte* Application seeking to modify certain aspects of the *Flores* Agreement. [Doc. # 435.] On June 22, 2018, Plaintiffs filed an Application requesting: (1) a hearing on Defendants' *Ex Parte* Application with a new briefing schedule, or (2) a ten-day extension in Plaintiffs' deadline to file a response to Defendants' *Ex Parte* Application. [Doc. # 437.] Good cause appearing, Plaintiffs' Application is **GRANTED IN PART** and **DENIED IN PART**. Plaintiffs may file a response to Defendants' *Ex Parte* Application by **no later than June 27, 2018.**

**IT IS SO ORDERED.**