I, Luis A. Cortes Romero, declare as follows:

1. I am an attorney admitted to practice law in the state of California. I am a partner at the law firm Immigrant Advocacy & Litigation Center and represent Ms. R.M. (Ms. M) and Ms. J.O. (Ms. O). I submit this declaration in support of Ms. M and Ms. O's Motion to Intervene and Complaint in Intervention in *Flores v. Sessions*, No. CV 85-4544-DMG.

2. Ms. M and Ms. O are currently detained at the Northwest Detention Center in Tacoma, Washington. They have been detained there since on or about June 20, 2018. Before then, they both were detained at the SeaTac Federal Prison in SeaTac, Washington due to lack of space at the Northwest Detention Center.

3. The Northwest Detention Center is a privately owned detention facility located on a contaminated "Superfund" site. According to the Environmental Protection Agency, industrial pollutants have been found in the soil and water near the Northwest Detention Center, and environmental remediation efforts at the site remain ongoing.

4. The Northwest Detention Center has a "volunteer work program" where detainees can earn money to pay the detention facility's fees to make phone calls to families and attorneys. However, the Northwest Detention Center pays detainees $1.00 per day, and the work includes many hours of cleaning the facility's walls and dirty laundry.

5. On June 22, 2018, the Northwest Detention Center suspended attorney visitation for clients, including Ms. M and Ms. O because of chickenpox exposure in the facility. The Northwest Detention Center anticipates resuming visitation for detainees on June 25, 2018.

6. I have personally interviewed Ms. M and Ms. O, and they both have recounted the following information to me. I plan to supplement my declaration with Ms. M and Ms. O's declaration once they are again available for visitation.

7. Ms. M is a non-U.S. citizen from Central America. Ms. M and her 15-year-old daughter, S.Q., entered the United States near Hidalgo, Texas on or about May 18, 2018. Ms. M and her daughter encountered U.S. Customs and Border Protection ("CBP") that same day and claimed fear of returning to their country of origin. Ms. M and her daughter fled El Salvador in fear of

her husband, a former military officer, who had severely beat them both and threatened their lives.

8. CBP immediately arrested and detained Ms. M and her daughter. CBP explained to Ms. M that she was being charged with illegal entry under 8 U.S.C. 1325(a)(1). CBP explained to Ms. M that she would be transferred to another facility for her criminal proceedings but that she would be reunited with her daughter after. Ms. M protested, and her daughter started crying. Ms. M states that CBP then began mocking her daughter's crying. Before being transferred for her criminal proceedings, Ms. M was detained in a cage at the opposite side of the facility of her daughter. CBP then interviewed Ms. M and started to process her in the immigration system, while CBP continued to mock Ms. M. Ms. M begged to see her daughter again, and CBP refused. Through the cages, Ms. M and her daughter were able to see each other, and her daughter kept crying because she wanted to be with Ms. M. Ms. M said that all she could do was smile, make hand gestures and mouth to her daughter that everything was going to be alright.

9. On or about May 19, 2018, a U.S. Customs and Border Patrol agent submitted a criminal complaint to the U.S. District Court for the Southern District of Texas McAllen Division.

10. On or about May 21, 2018, Ms. M was transferred to federal court for her criminal charges. As she was being transferred, Ms. M passed by her daughter's cage. Ms. M states that her daughter got on the floor, crawled on the floor to not be seen by CBP agents, and crawled towards Ms. M and gave Ms. M a small bottle of water. Ms. M said that during the time she was in CBP custody, that she would be fed a packet of crackers and water, and that CBP would make a point to throw it on the floor for the women to pick up. Ms. M refused to pick it up from the floor and stuck her hand out so that the CBP officer would hand it to her in her hand. Ms. M says that the CBP officer said something along the lines of "you want five-star treatment" and then threw crackers on the floor for Ms. M to pick up.

11. Ms. M mouthed to her daughter to be strong, that everything would be okay, and that they would see each other soon. However, Ms. M had a feeling that she would not see her daughter again. Ms. M was told that they would be reunited after her criminal case. However, they have

ACTIVE 233294750

not seen each other since. Ms. M's daughter is currently detained in Southwest Key Programs Inc. - Casa Antigua in San Benito, Texas. In my visits with Ms. M, she has broken down crying on multiple occasions and has explained that she wants to be reunited with her daughter.

12. Ms. O is a non-U.S. citizen from Central America. Ms. O and her 16-year-old daughter, T.B., entered the United States near Granjeno, Texas on or about May 18, 2018. Ms. O and her daughter encountered CBP that same day and claimed fear of returning to their country of origin. Ms. O and her daughter fled from Honduras after gangs had threatened the family for not paying extortion money, and for T.B.'s refusal to become involved with male gang members.

13. CBP immediately arrested and detained Ms. O and her daughter. CBP explained to Ms. O that she was being charged with illegal entry under 8 U.S.C. 1325(a)(1). CBP explained to Ms. O that she would be transferred to another facility for her criminal proceedings but that she would be reunited with her daughter after. While Ms. O was in CBP custody, she was detained in a cage away from her daughter.

14. On or about May 19, 2018, a U.S. Customs and Border Patrol agent submitted a criminal complaint to the U.S. District Court for the Southern District of Texas McAllen Division.

15. On or about May 21, 2018, Ms. O was transferred to federal court for her criminal charges and they have not seen each other since. In my interactions with Ms. O, she has difficulty speaking about her separation with her daughter and acts nervous and anxious. She has cried multiple times during my visits with her and has explained that she wants to be reunited with her daughter. Ms. O's daughter is currently detained in Southwest Key Programs Inc. - Casa Antigua in San Benito, Texas.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that I executed this Declaration on June 25, 2018 in Seattle, Washington.

_/s/ Luis Cortes Romero_
Luis Cortes Romero

Declaration of L. Cortes Romero 4

ACTIVE 233294750