# EXPERT DECLARATION OF DYLAN GEE

I, Dylan G. Gee, hereby declare as follows:

1.      I am an Assistant Professor of psychology at Yale University where I have been a faculty member since 2016. I earned my PhD in clinical psychology at the University of California, Los Angeles (UCLA) and completed a post-doctoral fellowship in developmental psychobiology at Weill Cornell Medical College. I earned my Bachelor's degree *summa cum laude* in Psychological & Brain Sciences at Dartmouth College. For over ten years I have conducted research on the developing brain as it relates to the impact of stress and psychiatric disorders in childhood.

2.      My research examines the psychological and neurobiological consequences of childhood trauma, with a specific focus on early caregiving adversity, including parental deprivation. I have published over 40 peer-reviewed scientific articles and delivered scientific talks at the field's national and international society meetings, including the American College of Neuropsychopharmacology, American Psychological Association, Anxiety and Depression Association of America, Association for Behavioral and Cognitive Therapies, Association for Psychological Science, International Society for Developmental Psychobiology, Society for Neuroscience, and Society of Biological Psychiatry. My current teaching at Yale University includes a focus on developmental neuroscience and child and adolescent psychopathology.

3.      Attached hereto as Exhibit A is my Curriculum Vitae, including a list of my scholarly publications.

4.      My declaration is based on a review of the scientific literature and of the plaintiffs' fact summaries (JO, JP, and RM), in addition to the knowledge accumulated during my education and career as described above. I have not interviewed or treated the individuals named here but provide this declaration based on my review of the fact summaries and knowledge as a psychologist who specializes in trauma.  The full citations for the works cited in my declaration are attached hereto as Exhibit B.

5.      Forcible separation of children from their parents is known to be a traumatic event that confers risk for both immediate and long-term psychological harm for both children and parents. The immediate psychological consequences of exposure to traumatic events involving caregivers include, but are not limited to, anxiety, distress, despair, and terror for both the child and the parent. Among children, the long-term consequences of forced separation from a parent may include, but are not limited to, psychiatric disorders including posttraumatic stress disorder, anxiety disorders, major depression, attention-deficit/hyperactivity disorder, substance use disorders, and conduct problems (e.g., Zeanah et al., 2009; Bos et al., 2011) and problems with physical growth (e.g., Smyke et al., 2007; Loman, Wiik, Frenn, Pollak, & Gunnar, 2009), cognitive functioning (e.g., Loman et al., 2009; Fox, Almas, Degnan, Nelson, & Zeanah, 2011), language development (e.g., Loman et al., 2009), executive functioning (e.g., Bos, Fox, Zeanah, & Nelson III, 2009; McDermott, Westerlund, Zeanah, Nelson, & Fox, 2012), attachment (e.g., Lieberman, 2004; Zeanah, Smyke, Koga, Carlson, & Bucharest Early Intervention Project Core Group, 2005), emotion regulation (e.g., Tottenham et al., 2010; Burkholder, Koss, Hostinar, Johnson, & Gunnar, 2016), and social functioning (e.g., Gleason et al., 2014; Lawler, Hostinar, Mliner, & Gunnar, 2014).

6.      Forcible family separation can also have devastating psychological and neurobiological consequences for parents. The traumatic nature of separation from the child is likely to be exacerbated when parents are not provided with information about their child's location or condition, or when parents do not have access to information in their native language (Kirmayer et al., 2011). In adults, psychological trauma is associated with elevated risk for psychiatric disorders including post-traumatic stress disorder (Breslau et al., 1998) and can induce physiological changes, including but not limited to dysregulated stress responding, amygdala hyperactivity, and deficits in prefrontal cortex control of the amygdala, which are associated with difficulty regulating fear (Rauch, Shin, & Phelps, 2006). Evidence suggests that individuals seeking asylum are particularly vulnerable to psychological distress, and levels of

EXPERT DECLARATION OF DYLAN GEE

depression, anxiety, and posttraumatic stress disorder symptomatology are elevated when asylum seekers are detained (Robjant, Robbins, & Senior, 2009).

7.      Children and parents seeking asylum are likely to be especially vulnerable to the immediate and long-term risks associated with forcible separation (Bronstein & Montgomery, 2011; Fortuna et al., 2016). Individuals exposed to multiple traumas are at heightened risk for psychiatric disorders including posttraumatic stress disorder, and adverse health outcomes (Felitti et al., 1998; Chapman et al., 2004; Cloitre et al., 2009; Kolassa et al., 2010). In cases of children and parents who have already experienced trauma or adversity (e.g., through adverse conditions in their country of origin or en route to the U.S.), forcible family separation further compounds their risk for mental health problems. The risks for psychological consequences may be exacerbated by the stress and uncertainty associated with immigration and when children or parents are placed in institutional settings such as detention centers (MacLean, 2003; Nelson, 2007; Bronstein & Montgomery, 2011; Young & Gordon, 2016).

8.      Forcible separation of children from their parents also carries risk for physiological and neurobiological changes that predispose individuals to mental and physical health problems. Children who were separated from their caregivers and initially reared in institutionalized care often show long-term physiological consequences of early parental deprivation, including alterations of the hypothalamic-pituitary-adrenal axis system (Fries, Shirtcliff, & Pollak, 2008; Gunnar, Frenn, Wewerka, & Ryzin, 2009; Koss, Mliner, Donzella, & Gunnar, 2016) and alterations in brain structure and function (Sheridan et al., 2012; Gee et al., 2013; McLaughlin et al., 2014; Hodel et al., 2015; Bick et al., 2015). These children exhibit reduced gray matter and white matter volumes in the brain (Bick et al., 2015; McLaughlin et al., 2014). Neural circuitry related to stress and threat responding appears to be especially influenced, with evidence of larger amygdala size and amygdala hyperactivity, which are associated with heightened anxiety (Tottenham et al., 2010, 2011; Gee et al., 2013). Children who experienced early separation from their parents can continue to exhibit

psychological and neurobiological consequences years following the trauma (Zeanah et al., 2009; McLaughlin et al., 2014).

9.      Caregivers serve as a fundamental regulator for children early in life (Hofer, 1994). Caregivers are essential for buffering against stress, as evidenced by studies showing that caregivers regulate the child's hypothalamic-pituitary-adrenal axis (Gunnar & Donzella, 2002) and amygdala reactivity (Gee et al., 2014). Thus, forcible separation of children from their parents also takes away the person who is likely to be the child's most important buffer against stress during a critical time of need, given the stressful conditions in detention centers for children. Particularly when forcible separation occurs early in life, this trauma can reprogram the child's biology in ways that lead to a dysregulated hypothalamic-pituitary-adrenal axis system and difficulty regulating stress and adapting to psychological challenges both immediately and later in life, with these consequences often persisting into adulthood (Pesonen et al., 2010; Koss, Hostinar, Donzella, & Gunnar, 2014; Kumari, Head, Bartley, Stansfeld, & Kivimaki, 2013; Kumsta et al., 2017).

10.      Despite the potential for long-term psychological and neurobiological consequences of forcible separation, evidence also suggests the potential for intervention to reduce the negative impact of early parental deprivation (Nelson et al., 2007; Fox et al., 2011; Sheridan, Fox, Zeanah, McLaughlin, & Nelson, 2012; Bick et al., 2015). A number of evidence-based treatments for childhood trauma exist, including trauma-focused cognitive behavioral therapy, child parent psychotherapy, parent-child interaction therapy for traumatized children, and cognitive behavioral intervention for trauma in schools, which have been shown to reduce symptoms of PTSD and other psychiatric disorders (e.g., Cohen, Mannarino, Berliner, & Deblinger, 2000; Lieberman, Ghosh Ippen, & Van Horn, 2006; Lieberman, Van Horn, & Ippen, 2005; Cicchetti, Rogosch, & Toth, 2006; Dozier, Peloso, Lewis, Laurenceau, & Levine, 2008). Longer durations of trauma exposure are consistently associated with poorer outcomes (e.g., O'Connor & Rutter, 2000; Loman et al., 2009), highlighting the importance of reunification and treatment at the earliest possible stage.

11.　　In the case of JO, JO was forcibly separated from her 15-year-old daughter TB. Given the psychological trauma and risk for ongoing long-term consequences associated with forcible separation, it is my opinion that JO and TB should be reunited immediately and released from detention to remediate any harm sustained and allow for healing to begin. JO and TB should both receive mental health assessment and evidence-based psychotherapy supported by research for its effectiveness in addressing trauma-related symptoms, provided in their native language. TB would likely benefit from trauma-focused treatment, such as trauma-focused cognitive behavioral therapy, provided by a clinician specializing in child and adolescent trauma. It is notable that both JO and TB have been exposed to prior trauma (e.g., threats from gangs in their country of origin), increasing their likelihood of developing posttraumatic stress disorder or other psychiatric disorders and the need for urgent reunification and psychological services provided in a setting that does not further exacerbate their exposure to trauma.

12.　　In the case of JP, JP was forcibly separated from her 16-year-old daughter LP, including a period of over one month with no contact or knowledge of each other's whereabouts. JP speaks a Mayan dialect and understands very little Spanish and no English. She cannot read or write. JP's trauma was likely further exacerbated by lack of communication, including the experience of guards who did not communicate supportively when she did not understand. Given the psychological trauma and risk for ongoing long-term consequences associated with forcible separation, it is my opinion that JP and LP should be reunited immediately and released from detention to remediate any harm sustained and allow for healing to begin. JP and LP should both receive mental health assessment and evidence-based psychotherapy supported by research for its effectiveness in addressing trauma-related symptoms, provided in their native language. LP would likely benefit from trauma-focused treatment, such as trauma-focused cognitive behavioral therapy, provided by a clinician specializing in child and adolescent trauma.

EXPERT DECLARATION OF DYLAN GEE

13.    In the case of RM, RM and her daughter SQ were forcibly separated and have had no contact since separation. Given the psychological trauma and risk for ongoing long-term consequences associated with forcible separation, it is my opinion that RM and SQ should be reunited immediately and released from detention to remediate any harm sustained and allow for healing to begin. RM and SQ should both receive mental health assessment and evidence-based psychotherapy supported by research for its effectiveness in addressing trauma-related symptoms, provided in their native language. SQ would likely benefit from trauma-focused treatment provided by a clinician specialized in working with children and adolescents. It is notable that RM and SQ expressed fear of returning to their country of origin. The likely experience of additional traumas prior to the forcible separation would increase their likelihood of developing posttraumatic stress disorder or other psychiatric disorders and the need for urgent reunification and psychological services provided in a setting that does not further exacerbate their exposure to trauma.

14.    In summary, based on extensive research and my own involvement with research and psychological services for children and their families who have experienced caregiver-related trauma, it is my opinion that children and parents who were forcibly separated should be reunited as quickly as possible and released from detention in order to mitigate any harm already sustained, prevent further damage, and reduce the risk of long-term psychological and neurobiological impairment to both the children and their parents. Following reunification, children and parents require immediate, intensive clinical intervention to support healing following trauma exposure.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on June 24, 2018, at New Haven, CT



_____

EXPERT DECLARATION OF DYLAN GEE

Dylan G. Gee

EXPERT DECLARATION OF DYLAN GEE

**Exhibit A**

# DYLAN GRACE GEE, Ph.D.

## ACADEMIC APPOINTMENTS

**Yale University,** New Haven, CT                                                July 2016 – present
    Assistant Professor, Department of Psychology

**Weill Cornell Medical College,** New York, NY                      Sept 2015 – June 2016
    Assistant Professor, Sackler Institute for Developmental Psychobiology, Department of Psychiatry

## EDUCATION

**Weill Cornell Medical College,** New York, NY                      July 2015 – Aug 2015
    Postdoctoral Fellow, Sackler Institute for Developmental Psychobiology

**New York Presbyterian Hospital/Weill Cornell Medical College,** New York, NY        2014 – 2015
    Clinical Psychology Predoctoral Internship

**University of California, Los Angeles,** Los Angeles, CA               2009 – 2015
    Ph.D. in Psychology, June 2015
    M.A. in Psychology, December 2010
    Major: Clinical Psychology; Minor: Behavioral Neuroscience

**Dartmouth College**, Hanover, NH                                            2003 – 2007
    B.A., Psychological and Brain Sciences, *summa cum laude*

## HONORS AND AWARDS

| | |
|---|---|
| Association for Psychological Science Rising Star Award | 2017 |
| World Economic Forum Young Scientist | 2016 |
| NIH Director's Early Independence Award | 2015 |
| NARSAD Young Investigator Award | 2015 |
| Payne Whitney Faculty Council Award for Outstanding Research, Weill Cornell Medical College | 2015 |
| Anxiety and Depression Association of America (ADAA) Career Development Leadership Fellow | 2015 |
| Samuel W. Perry III, M.D., Distinguished Award in Psychiatric Medicine, Weill Cornell Medical College | 2015 |
| APA Graduate Students and Early Career Psychologists Research Award, 1st Place | 2014 |
| Michael J. Goldstein Distinguished Dissertation Award, Honorable Mention | 2014 |
| National Psychologist Trainee Register Credentialing Scholarship | 2014 |
| UCLA Mautner Graduate Award | 2013 |
| Society for a Science of Clinical Psychology Dissertation Award | 2012 |
| APA Anne Anastasi Award for outstanding graduate student researcher | 2012 |
| Stanley Sue Distinguished Research Award, UCLA | 2011 |
| Graduate Research Mentorship Award, UCLA | 2010-2011 |
| Graduate Summer Research Mentorship Award, UCLA | 2010 |
| Edwin W. Pauley Fellowship, UCLA | 2009-2010 |
| University Distinguished Fellowship, UCLA | 2009-2010 |

*Specialized Training Fellowships and Travel Awards*

| | |
|---|---|
| American College of Neuropsychopharmacology (ACNP) Travel Award | 2016 |
| Anxiety and Depression Association of America (ADAA) Career Development Travel Award | 2015 |
| Society for Neuroscience Chapter Travel Award | 2014 |
| Sackler Summer Institute in Developmental Psychobiology (Weill Cornell Medical College) | 2013 |
| American Psychological Foundation Ungerleider/Zimbardo Travel Scholarship | 2013, 2014 |

| | |
|---|---|
| UCLA Brain Research Institute/Semel Institute Travel Award | 2011, 2012, 2013 |
| NIMH Summer Institute in Cognitive Neuroscience (UCSB) | 2011 |
| NeuroImaging Training Program (NITP) summer fellowship (UCLA) | 2010 |

*Undergraduate*

| | |
|---|---|
| Phi Beta Kappa Society | 2007 |
| Rufus Choate Scholar (top 5% of undergraduate class) | 2005-2007 |
| Benjamin G. Benner Award for Excellence in Research | 2007 |
| Highest honors awarded for undergraduate thesis | 2007 |
| Green Key Society (honorary service organization for juniors) | 2005-2006 |
| Dartmouth College Leadership Discovery Program | 2003 |

## RESEARCH FUNDING

NIH Director's Early Independence Award (DP5OD021370)                          2015-2020
   *Novel Mechanisms of Fear Reduction Targeting the Biological State of the Developing Brain*

NARSAD Young Investigator Award (Brain and Behavior Research Foundation)       2016-2018
   *Novel Mechanisms of Fear Reduction Targeting the Biological State of the Developing Brain*

APF Elizabeth Munsterberg Koppitz Child Psychology Graduate Fellowship         2013-2014
   *Amygdala-Prefrontal Brain Connectivity in Typically Developing Children and Adolescents and Following Early-Life Stress*

APF/COGDOP Harry and Miriam Levinson Scholarship                               2013-2014
   *Amygdala-Prefrontal Brain Connectivity in Typically Developing Children and Adolescents and Following Early-Life Stress*

APA Dissertation Research Award Grant                                          2012-2013
   *Amygdala-Prefrontal Function and Clinical Course among Adolescents and Young Adults at Clinical High Risk for Psychosis*

NSF Graduate Research Fellowship Award                                         2010-2013
   *Development of Emotion Regulation Networks from Adolescence through Young Adulthood*

APAGS Basic Psychological Science Research Grant                               2009-2010
   *Development of Emotion Regulation Networks from Adolescence through Young Adulthood*

## PUBLICATIONS

Lebowitz, E.R., **Gee, D.G.,** Pine, D.S., Silverman, W.K. (In press). Implications of the Research Domain Criteria Project for Childhood Anxiety and its Disorders. *Clinical Psychology Review.*

Cao, H., McEwen, S.C., Forsyth, J.K., **Gee, D.G.,** Bearden, C.E., Addington, J., Goodyear, B., Cadenhead, K.S., Mirzakhanian, H., Cornblatt, B.A., Carrion, R.A., Mathalon, D.H., McGlashan, T.H., Perkins, D.O., Belger, A., Seidman, L.J., Thermenos, H., Tsuang, M.T., van Erp, T.G.M., Walker, E.F., Hamann, S., Anticevic, A., Woods, S.W., Cannon, T.D. (In press). Toward leveraging human connectomic data in large consortia: Generalizability of fMRI-based brain graphs across sites, sessions, and paradigms. *Cerebral Cortex.*

Tanovic, E., **Gee, D.G.,** Joormann, J. (In press). Intolerance of Uncertainty: Neural and Psychophysiological Correlates of the Perception of Uncertainty as Threatening. *Clinical Psychology Review.*

Casey, B.J., Heller, A.S., **Gee, D.G.**, & Cohen, A.O. (In press). Development of the Emotional Brain. *Neuroscience Letters.*

Cannon, T.D., Cao, H., Mathalon, D.H., **Gee, D.G.**, on behalf of the NAPLS consortium. (2018). Multisite reliability of fMRI measures of brain activation during an emotion processing task: Clarification and implications for statistical power. *Human Brain Mapping, 39(1),* 599-601.

Meyer, H.C., Lee, F.S., **Gee, D.G.** (2018). The role of genetic variation and the endocannabinoid system in adolescent brain development. *Neuropsychopharmacology, 43(1),* 21-33.

Cohodes, E.M., & **Gee, D.G.** (2017). Developmental neurobiology of anxiety and related disorders. *Oxford Research Encyclopedia of Neuroscience.*

Fareri, D.S., Gabard-Durnam, L., Goff, B., Flannery, J., **Gee, D.G.,** Lumian, D.S., Caldera, C., Tottenham, N. (2017). Altered ventral striatal-medial prefrontal cortex resting-state connectivity mediates adolescent social problems after early institutional care. *Development and Psychopathology, 29(5),* 1965-1876.

Flannery, J., Gabard-Durnam, L., Shapiro, M., Goff, B., Caldera, C., Louie, J., **Gee, D.G.**, Telzer, E., Humphreys, K., Lumian, D., Tottenham, N. (2017). Diurnal cortisol and early institutional care – Age matters. *Developmental Cognitive Neuroscience, 25,* 160-166.

Silvers, J.A., Goff, B., Gabard-Durnam, L.J., **Gee, D.G.,** Fareri, D.S., Caldera, C., Tottenham, N. (2017). Vigilance, the amygdala, and anxiety in youth with a history of institutional care. *Biological Psychiatry: Cognitive Neuroscience and Neuroimaging, 2(6),* 493-501.

Aldao, A., **Gee, D.G.**, De Los Reyes, A., Seager, I. (2016). Emotion dysregulation as a transdiagnostic vulnerability to psychopathology: Current and future directions. *Development and Psychopathology, 28,* 927-946.

**Gee, D.G.** (2016). Sensitive periods of emotion regulation: Influences of parental care on frontoamygdala circuitry and plasticity. *New Directions for Child and Adolescent Development, 153,* 87-110.

Silvers, J.A., Lumian, D.S., Gabard-Durnam, L., **Gee, D.G.**, Goff, B., Fareri, D.S., Caldera, C., Flannery, J., Telzer, E., Humphreys, K., Tottenham, N. (2016). Early parental deprivation alters development of amygdala-hippocampal-prefrontal circuitry involved in fear learning. *Journal of Neuroscience, 36(24),* 6420-30.

Green, S.A., Goff, B., **Gee, D.G.**, Gabard-Durnam, L., Flannery, J., Telzer, E., Humphreys, K., Louie, J., Tottenham, N. (2016). Discrimination of amygdala response predicts future separation anxiety in youth with early deprivation. *Journal of Child Psychology and Psychiatry, 57(10),* 1135-44.

Gabard-Durnam*, L., **Gee*, D.G.**, Goff, B., Flannery, J., Telzer, E.H., Humphreys, K.L., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2016). Stimulus-elicited connectivity influences resting-state connectivity years later in human development: a prospective study. *Journal of Neuroscience, 36(17),* 4771-84.

**Gee*, D.G.**, Fetcho*, R., Jing*, D. Li*, A., Glatt, C.E., Drysdale, A.T., Cohen, A.O., Dellarco, D.V., Yang, R., Dale, A.M., Jernigan, T.L., Lee, F.S., Casey, B.J., and the PING Consortium. (2016). Individual differences in frontolimbic circuitry and anxiety emerge with adolescent changes in endocannabinoid signaling across species. *Proceedings of the National Academy of Sciences of the United States of America, 113(16),* 4500-5.

Humphreys, K.L., Telzer, E.H., Flannery, J., Goff, B., Gabard-Durnam, L., **Gee, D.G.**, Lee, S.S., Tottenham, N. (2016). Risky decision-making from childhood through adulthood: Contributions of learning and sensitivity to punishment. *Emotion, 16,* 101-9.

Fareri, D.S., Gabard-Durnam, L., Goff, B., Flannery, J., **Gee, D.G.,** Lumian, D.S., Caldera, C.J., Tottenham, N. (2015). Normative development of ventral striatal resting-state connectivity in humans. *NeuroImage, 118,* 422-37.

**Gee, D.G.** & Casey, B.J. (2015). The impact of developmental timing for stress and recovery. *Neurobiology of Stress, 1,* 184-194.

**Gee, D.G.**, McEwen, S., Forsyth, J.K., Haut, K.H., Bearden, C.E., Addington, J., Goodyear, B., Cadenhead, K.S., Mirzakhanian, H., Cornblatt, B.A., Olvet, D., Mathalon, D.H., McGlashan, T.H., Perkins, D.O., Belger, A., Seidman, L.J., Thermenos, H., Tsuang, M.T., Van Erp, T.G., Walker, E.F., Hamann, S., Woods, S.W., Constable, T., Cannon, T.D. (2015). Reliability of an fMRI paradigm for emotion processing in a multisite longitudinal study. *Human Brain Mapping, 36(7),* 2558-79.

Telzer, E.H., Flannery, J., Humphreys, K., Goff, B., Gabard-Durnam, L., **Gee, D.G.**, Tottenham, N. (2015). "The Cooties Effect": Amygdala response to opposite- versus same-sex faces declines from childhood to adolescence. *Journal of Cognitive Neuroscience, 27(9),* 1685-96.

Jann, K., **Gee, D.G.**, Kilroy, E., Schwab, S., Smith, R.X., Cannon, T.D., Wang, D.J. (2015). Functional connectivity in BOLD and CBF data: Similarity and reliability of networks. *NeuroImage, 106,* 111-22.

**Gee\*, D.G.**, Gabard-Durnam\*, L., Telzer, E.H., Humphreys, K.L., Goff, B., Flannery, J., Shapiro, M., Lumian, D.S., Fareri, D.S., Caldera, C., Tottenham, N. (2014). Maternal buffering of amygdala-prefrontal circuitry during childhood but not during adolescence. *Psychological Science, 25(11),* 2067-78.

Forsyth, J.K., McEwen, S., **Gee, D.G.**, Bearden, C.E., Addington, J., Goodyear, B., Cadenhead, K., Mirzakhanian, H., Cornblatt, B., Olvet, D., Mathalon, D., McGlashan, T., Perkins, D., Belger, A., Seidman, L., Thermenos, H., Tsuang, M., Van Erp, T., Walker, E., Hamann, S., Woods, S., Constable, T., Cannon, T.D. (2014). Reliability of fMRI activation during working memory in a multi-site study of youth at risk for psychosis: Analysis from the North American Longitudinal Prodrome Study. *NeuroImage, 97C,* 41-52.

Gabard-Durnam, L., Flannery, J., Goff, B., **Gee, D.G.**, Humphreys, K., Telzer, E., Hare, T.A., Tottenham, N. (2014). The development of human amygdala functional connectivity at rest from 4 to 23 years: a cross-sectional study. *NeuroImage, 95,* 193-207.

**Gee, D.G.**, Gabard-Durnam, L., Flannery, J., Goff, B., Humphreys, K., Telzer, E.H., Hare, T.A., Bookheimer, S.Y., Tottenham, N. (2013). Early developmental emergence of human amygdala-prefrontal connectivity after maternal deprivation. *Proceedings of the National Academy of Sciences of the United States of America, 110(39),* 15638-43.

Telzer, E.H., Shapiro, M., Flannery, J., Humphreys, K., Goff, B., Gabard-Durnam, L., **Gee, D.G.**, Tottenham, N. (2013). Infant experience shapes amygdala sensitivity to race. *Journal of Neuroscience, 33(33),* 13484-8.

**Gee, D.G.**, Humphreys, K., Flannery, J., Goff, B., Telzer, E.H., Shapiro, M., Hare, T.A., Bookheimer, S.Y., Tottenham, N. (2013). A developmental shift from positive to negative connectivity in human amygdala-prefrontal circuitry. *Journal of Neuroscience, 33(10),* 4584-4593.

Goff, B., **Gee, D.G.**, Telzer, E.H., Humphreys, K., Gabard-Durnam, L., Flannery, J., Tottenham, N. (2013). Reduced nucleus accumbens reactivity and emergent adolescent depression following early-life stress. *Neuroscience, 249,* 129-138.

**Gee, D.G.**, Karlsgodt, K.H., van Erp, T.G.M., Bearden, C.E., Lieberman, M.D., Belger, A., Perkins, D., Olvet, D., Cornblatt, B., Constable, T., Woods, S., Addington, J., Cadenhead, K., McGlashan, T., Seidman, L., Tsuang, M., Walker, E., Cannon, T.D. (2012). Altered age-related trajectories of amygdala-prefrontal circuitry in adolescents at risk for psychosis: A Preliminary Study. *Schizophrenia Research, 134,* 1-9.

**Gee, D.G.**, Cannon, T.D. (2011). Conversion to Psychosis: A Review of Prediction and Outcomes. *Revista Brasileira de Psiquiatria,* 33(sII), 129-135.

4

Kim, M.J., **Gee, D.G.**, Loucks, R.A., Davis, F.C., Whalen, P.J. (2011). Anxiety dissociates dorsal and ventral medial prefrontal cortex functional connectivity with the amygdala at rest. *Cerebral Cortex, 21(7)*, 1667-1673.

**Gee, D.G.**, Biswal, B.B., Kelly, A.M.C., Shehzad, Z., Uddin, L.Q., Stark, D.E., Margulies, D.S., Klein, D.F., Banich, M.T., Castellanos, F.X., Milham, M.P. (2011). Low frequency fluctuations reveal integrated and segregated cerebral processing. *NeuroImage, 54(1),* 517-527.

Dickstein, D.P., Gorrostieta, C., Ombao, H., Goldberg, L.D., Brazel, A.C., Gable, C.J., Kelly, C., **Gee, D.G.**, Zuo, X., Castellanos, F.X., Milham, M.P. (2010). Fronto-temporal resting state functional connectivity in pediatric bipolar disorder. *Biological Psychiatry, 68(9),* 839-846.

Zuo, X., Di Martino, A., Kelly, A.M.C., Shehzad, Z., **Gee, D.G.**, Klein, D.F., Castellanos, F.X., Biswal, B.B., Milham, M.P. (2010). The oscillating brain: Complex and reliable. *Cerebral Cortex, 49(2),* 1432-45.

Cullen, K., **Gee, D.G.**, Klimes-Dougan, B., Gabbay, V., Hulvershorn, L., Mueller, B.A., Camchong, J., Bell, C.J., Houri, A., Kumra, S., Lim, K.O., Castellanos, F.X., Milham, M.P. (2009). A preliminary study of functional connectivity in comorbid adolescent depression. *Neuroscience Letters, 460(3),* 227-31.

Di Martino, A., Shehzad, Z., Kelly, A.M.C., Roy, A.K., **Gee, D.G.**, Uddin, L.Q., Gotimer, K.F., Castellanos, F.X., Milham, M.P. (2009). Relationship between cingulo-insular functional connectivity and autistic traits in neurotypical adults. *American Journal of Psychiatry, 166(8),* 891-9.

Shehzad, Z., Kelly, A.M.C., Reiss, P.T., **Gee, D.G.**, Gotimer, K., Uddin L.Q., Lee, S.H., Margulies, D.S., Roy, A.K., Biswal, B.B., Petkova, E., Castellanos, F.X., Milham, M.P. (2009). The resting brain: Unconstrained yet reliable. *Cerebral Cortex, 19(10),* 2209-29.

Kelly, A.M.C., Di Martino, A., Uddin, L.Q., Shehzad, Z., **Gee, D.G.,** Margulies, D.S., Castellanos, F.X., Milham, M.P. (2009). Development of anterior cingulate functional connectivity from late childhood to early adulthood. *Cerebral Cortex, 19(3),* 640-57.

Stark, D.E., Margulies, D.S., Shehzad, Z., Reiss, P.T., Kelly, A.M.C., Uddin, L.Q., **Gee, D.G.**, Roy, A.K., Banich, M.T., Castellanos, F.X., Milham, M.P. (2008). Regional variation in interhemispheric coordination of intrinsic hemodynamic fluctuations. *Journal of Neuroscience, 28(51),* 13754-64.

## BOOK CHAPTERS

Cohodes, E.M., & **Gee, D.G.** (In press). Etiological factors: Basic neuroscience. In H. Kristensen, M. Villabo, S. Compton (Eds.), *Pediatric Anxiety Disorders.*

**Gee, D.G.,** & Casey, B.J. (2017). Neuroimaging and the Neuroanatomical Circuits Implicated in Anxiety, Fear, and Stress-related Disorders. In B.J. Sadock, V.A. Sadock, P. Ruiz (Eds.), *Kaplan & Sadock's Comprehensive Textbook of Psychiatry, Tenth Edition.*

**Gee, D.G.,** & Whalen, P.J. (2014). The Amygdala: Relations to Biologically Relevant Learning and Development. In M.S. Gazzaniga (Ed.), *The Cognitive Neurosciences, 5ᵗʰ Edition.*

Jimenez, A.M., **Gee, D.G.,** Cannon, T.D., Lieberman, M.D. (2013). The Social Cognitive Brain: A Review of Key Individual Difference Parameters with Relevance to Schizophrenia. In D. Roberts and D. Penn (Eds.). *Social Cognition in Schizophrenia: From Evidence to Treatment.*

## INVITED TALKS & SYMPOSIA

**Gee, D.G.,** Odriozola, P., Pruessner, L., Cohodes, E., Caballero, C., Spencer, H. (2018, November). *Novel mechanisms of fear reduction targeting the biological state of the developing brain.* Oral presentation at Association for Behavioral and Cognitive Therapies annual meeting, Washington, DC.

**Gee, D.G.,** Cohodes, E.M., Odriozola, P., Mandell, J.D., Smith, M., Caballero, C., Rogers, H., Haberman, J.T., Hartley, C.A. (2018, October). *Mechanisms of stressor controllability following early-life trauma in humans.* Oral presentation at International Society for Developmental Psychobiology annual meeting, San Diego, CA.

**Gee, D.G.** (2018, October). *Sensitive Periods of Frontoamygdala Development and Risk for Anxiety Disorders.* Oral presentation at American Academy of Child and Adolescent Psychiatry annual meeting, Seattle, WA.

**Gee, D.G.** (2018, September). *Childhood anxiety regulation: The Role of parents in buffering frontoamygdala circuitry.* Oral presentation at Society for Research in Psychopathology annual meeting, Indianapolis, IN.

**Gee, D.G.,** Odriozola, P., Pruessner, L., Haberman, J., Cohodes, E., Caballero, C. (2018, May). *Novel mechanisms of fear reduction targeting the biological state of the developing brain.* Oral presentation at Society of Biological Psychiatry annual meeting, New York, NY.

**Gee, D.G.,** Odriozola, P., Pruessner, L., Haberman, J., Cohodes, E. (2018, April). *Dynamic changes in frontolimbic interactions and safety learning across development.* Oral presentation at ADAA annual meeting, Washington, DC.

**Gee, D.G.** (2018, March). *Parental Influences on Frontoamygdala Circuitry and Emotional Development.* Invited talk at the Parenting and Family Dynamics Pre-conference at the SPSP annual convention, Atlanta, GA.

**Gee, D.G.** (2017, December). *Sensitive Periods of Frontoamygdala Development and Risk for Anxiety Disorders.* Invited talk at New York University.

**Gee, D.G.** (2017, December). *Sensitive periods of frontoamygdala development and risk for anxiety disorders.* Oral presentation (panel) at American College of Neuropsychopharmacology, Palm Springs, CA.

**Gee, D.G.** (2017, November). *Sensitive Periods of Neural Development and Risk for Anxiety Disorders.* Invited talk at the University of Massachusetts, Amherst.

**Gee, D.G.,** Goff, B., Gabard-Durnam, L., Caldera, C., Fareri, D.S., Lumian, D.S., Flannery, J., Tottenham, N. (2017, November). *Experimental manipulation of prefrontal cortex differentially affects amygdala reactivity following parental deprivation.* Oral presentation at International Society for Developmental Psychobiology, Washington, D.C.

**Gee, D.G.** (2017, October). *How understanding the development of the emotional brain in social context can lead to targeted intervention strategies and promotion of resilience in the face of adversity.* Invited panel at the Developmental Affective Neuroscience Symposium, University of Pittsburgh.

**Gee, D.G.** (2017, May). *Sensitive Periods of Neural Development and Risk for Anxiety Disorders.* Invited talk at the Association for Psychological Science annual meeting, Boston, MA.

**Gee, D.G.** (2017, May). *Sensitive Periods of Neural Development and Risk for Anxiety Disorders.* Invited talk at Yale Child Study Center Grand Rounds.

**Gee, D.G.** (2017, May). *Sensitive Periods in Frontolimbic Circuitry Development and Risk for Anxiety Disorders.* Invited talk at Dartmouth College.

**Gee, D.G.** (2017, April). *Sensitive Periods in Frontolimbic Circuitry Development and Risk for Anxiety Disorders.* Invited talk at Sackler Institute for Developmental Psychobiology, Weill Cornell Medicine.

**Gee, D.G.** (2017, March). *The Emotional Brain in Children and Adolescents*. Keynote address at Yale University Brain Education Day.

**Gee, D.G.** (2017, March). *Sensitive Periods in Frontolimbic Circuitry Development and Risk for Anxiety*. Invited talk at Brown University.

**Gee, D.G.** (2017, February). *Sensitive Periods in Frontolimbic Circuitry Development and Risk for Anxiety Disorders*. Invited talk at the Yale Magnetic Resonance Research Center.

**Gee, D.G.** (2017, February). *Sensitive Periods in Frontolimbic Circuitry Development and Risk for Anxiety Disorders*. Invited talk at the VA National Center for PTSD, West Haven, CT.

**Gee, D.G.** (2017, January). *Neurobiology of Maternal Attachment*. Invited talk at the American Museum of Natural History.

**Gee, D.G.,** Fareri, D.S., Gabard-Durnam, L., Caldera, C., Goff, B., Monti, M., Jovanovic, T., Casey, B.J., Tottenham, N. (2016, October). *Dynamic changes in safety learning and hippocampal-frontoamygdala interactions to reduce fear during adolescence*. Oral presentation at Association for Behavioral and Cognitive Therapies, New York, NY.

**Gee, D.G.,** Caglar, L.R., Mills-Finnerty, C., Goff, B., Gabard-Durnam, L., Fareri, D., Caldera, C., Lumian, D., Flannery, J., Hanson, C., Hanson, S.J., Tottenham, N. (2016, September). *Novel fMRI Approaches Reveal Developmental Changes in Frontoamygdala Circuitry with Implications for the Emergence of Psychiatric Disorders during Development*. Oral presentation at Society for Research in Psychopathology, Baltimore, MD.

**Gee, D.G.** (2016, April). *Sensitive Periods of Frontolimbic Circuitry Development and Risk for Anxiety*. Invited talk at Yale University Biological Sciences Training Program.

**Gee, D.G.** (2016, March). *Sensitive Periods of Neural Development and Risk for Psychopathology*. Invited talk at the Center for Autism and the Developing Brain, Weill Cornell Medical College.

**Gee, D.G.** (2015, September). *Effects of Parental Buffering on Emotion Regulation Circuitry and Function*. Invited talk at Infant Psychiatry Seminar, Weill Cornell Medical College.

**Gee, D.G.,** Fareri, D., Caldera, C., Goff, B., Gabard-Durnam, L., Monti, M., Jovanovic, T., Casey, B.J., Tottenham, N. (2015, September). *Safety signal learning as a novel mechanism for fear reduction during development*. Oral presentation at New York Social and Affective Neuroscience meeting, New York University, New York, NY.

**Gee, D.G.** (2015, June). *Sensitive Periods in Frontolimbic Circuitry Development and Risk for Psychopathology*. Invited talk at Weill Cornell Medical Center Psychiatry Grand Rounds.

**Gee, D.G.,** Gabard-Durnam, L., Flannery, J., Goff, B., Humphreys, K., Telzer, E.H., Hare, T.A., Bookheimer, S.Y., Tottenham, N. (2015, April). *Influences of Early Environmental Stressors on the Development of Anxiety and Emotion Regulation*. Oral presentation at Anxiety and Depression Association of America, Miami, FL.

**Gee, D.G.,** Goff, B., Gabard-Durnam, L., Flannery, J., Tottenham, N. (2015, April). *Developmental Timing of Normative Changes in Amygdala-Prefrontal Circuitry during Childhood and Adolescence*. Oral presentation at Anxiety and Depression Association of America, Miami, FL.

**Gee\*, D.G.,** Gabard-Durnam\*, L., Telzer, E.H., Humphreys, K.L., Goff, B., Shapiro, M., Flannery, J., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2015, April). *Parental buffering of human amygdala-prefrontal circuitry during childhood but not adolescence*. Invited talk at Social and Affective Neuroscience Society, Boston, MA.

7

**Gee, D.G.** (2015, March). *Neurodevelopmental Mechanisms of Social Regulation in Parent-Child Relationships.* Invited talk at Social Support TAT: Theory, Applications, and Technology meeting, Leiden, Netherlands.

**Gee, D.G.** (2015, January). *Sensitive Periods of Neural Development and Risk for Anxiety.* Keynote speaker at Advances in Understanding and Treating Neurodevelopmental Disorders Symposium, Mt. Sinai School of Medicine, Department of Psychiatry.

**Gee, D.G.** (2015, January). *Dynamic Pathways to Affective Psychopathology: A Clinical Developmental Neuroscience Approach.* Invited talk at Teachers College, Columbia University.

**Gee, D.G.** (2014, November). *Sensitive Periods of Neural Development and Risk for Anxiety.* Invited talk at Yale University.

**Gee, D.G.** (2014, November). *Amygdala-Prefrontal Circuitry Development and Risk for Stress-Related Disorders.* Invited talk at Weill Cornell Medical College Psychology Grand Rounds.

**Gee, D.G.** (2014, November). *Dynamic Pathways to Affective Psychopathology: A Clinical Developmental Neuroscience Approach.* Invited talk at Northwestern University.

**Gee, D.G.** (2014, August). *Development of Amygdala-Prefrontal Connectivity Following Early Life Stress.* Invited speaker at 1st International Conference on Human Brain Development, Beijing, China.

**Gee, D.G.** (2014, August). *Amygdala-Prefrontal Interactions in the Development of Psychopathology.* Invited speaker at "Rising Stars in Clinical Science" symposium, American Psychological Association, Washington, D.C.

**Gee, D.G.,** Tottenham, N. (2014, March). *Amygdala-Prefrontal Connectivity and Normative Anxiety in Typical Development.* Oral presentation at "The Neurobiology of Early-Life Anxiety" symposium, Anxiety and Depression Association of America, Chicago, IL.

**Gee, D.G.,** Tottenham, N. (2014, March). *Early Life Stress Accelerates the Development of Adult-Like Amygdala-Prefrontal Connectivity in Young Children.* Oral presentation at "The Effects of Prenatal and Postnatal Environment on Neurobiological Risk Factors during Development" symposium, Anxiety and Depression Association of America, Chicago, IL.

**Gee, D.G.,** Tottenham, N. (2012, November). *Early Adversity Alters the Development of Amygdala-mPFC Circuitry and Anxiety.* Oral presentation at "Early-Life Stress and Behavioral Development" symposium, Society for Neuroscience, New Orleans, LA.

**Gee, D.G.,** Karlsgodt, K.H., Jimenez, A.M., Lesh, T.A., Kushan, L., Xu, A., Torre, J., van Erp, T.G.M., Lieberman, M.D., Bearden, C.E., Cannon, T.D. (2010, November). *Altered Developmental Trajectories of Amygdala-Prefrontal Circuitry in Adolescents at Risk for Psychosis.* Oral presentation at "Subcortical-Prefrontal Interactions in Health and Disease" symposium, Society for Neuroscience, San Diego, CA.

## CONFERENCE PRESENTATIONS (SELECTED)

Odriozola, P., Pruessner, L., Haberman, J., Cohodes, E.M., Mandell, J.D., **Gee, D.G.** (2018, May). *Safety signal learning as a novel method of fear reduction in adolescents and young adults.* Poster presented at Social Affective Neuroscience Society, Brooklyn, NY.

**Gee, D.G.,** Fareri, D.S., Gabard-Durnam, L., Caldera, C., Goff, B., Monti, M., Jovanovic, T., Tottenham, N. (2017, December). *Dynamic changes in safety learning and hippocampal-frontoamygdala interactions to reduce fear during adolescence.* Poster presented at American College of Neuropsychopharmacology, Palm Springs, CA.

**Gee, D.G.,** Goff, B., Gabard-Durnam, L., Caldera, C., Fareri, D.S., Lumian, D.S., Flannery, J., Tottenham, N. (2017, November). *Experimental manipulation of prefrontal cortex differentially affects amygdala reactivity following early-life stress.* Poster presented at Society for Neuroscience, Washington, D.C.

Pruessner, L., Odriozola, P., Haberman, J., Cohodes, E.M., Silverman, M., Dellarco, D., **Gee, D.G.** (2017, November). *Safety signal learning: A Novel approach of targeting threat uncertainty in anxiety.* Poster presented at ABCT, San Diego, CA.

Cohodes, E.M., Mandell, J.D., Rogers, E., Haberman, J.T., Odriozola, P., Hartley, C.A., **Gee, D.G.** (2017, October). *Neural mechanisms of stressor controllability across human development: A novel developmentally-informed paradigm.* Poster presented at Developmental Affective Neuroscience Symposium, Pittsburgh, PA.

Odriozola, P., Pruessner, L., Haberman, J., Cohodes, E.M., **Gee, D.G.** (2017, September). *Safety signal learning as a novel method of fear reduction in adolescents and young adults.* Poster presented at Flux Congress, Portland, OR.

Cohodes, E.M., Mandell, J.D., Rogers, E., Haberman, J.T., Odriozola, P., Hartley, C.A., **Gee, D.G.** (2017, September). *Mechanisms of stressor controllability: A novel developmentally-informed paradigm.* Poster presented at Flux Congress, Portland, OR.

**Gee, D.G.,** Hanson, C., Caglar, L.R., Fareri, D.S., Gabard-Durnam, L.J., Mills-Finnerty, C., Goff, B., Caldera, C.J., Lumian, D.S., Flannery, J., Hanson, S.J., Tottenham, N. (2017, August). *Experimental evidence for a developmental switch in human amygdala-prefrontal cortex communication.* Poster presented at Gordon Research Conference: Amygdala Function in Emotion, Cognition, & Disease, Stonehill, MA.

.
Sodowick, L., Cohodes, E. M., **Gee, D. G.,** & Lieberman, A. F. (2017, May). *Prenatal substance exposure and prenatal violence victimization associated with offspring trauma exposure in early childhood.* Poster presented at Association for Psychological Science (APS), Boston, MA.

Odriozola, P., Dajani, D.R., Burrows, C.A., Gabard-Durnam, L.J., **Gee, D.G.,** Tottenham, N., Uddin, L.Q. (2017, April). *Atypical development of amygdala functional connectivity in autism: a cross-sectional study.* Poster presented at SRCD, Austin, TX.

**Gee, D.G.,** Caglar, L.R., Mills-Finnerty, C., Goff, B., Gabard-Durnam, L., Fareri, D., Caldera, C., Lumian, D., Flannery, J., Hanson, C., Hanson, S.J., Tottenham, N. (2016, December). *Novel fMRI Approaches Reveal Developmental Changes in Frontoamygdala Circuitry with Implications for the Emergence of Psychiatric Disorders during Development.* Poster presented at American College of Neuropsychopharmacology, Hollywood, FL.

Gabard-Durnam, L., Fareri, D., Goff, B., Flannery, **Gee, D.G.,** Caldera, C., Telzer, E., Humphreys, K., Shapiro, M., Tottenham, N. (2016, November). *Parental deprivation induced alterations in amygdala-cortical functional connectivity as risk and resilience factors for concurrent and long-term internalizing symptomatology.* Oral presentation at Society for Neuroscience, San Diego, CA.

Odriozola, P., Dajani, D.R., Burrows, C.A., Gabard-Durnam, L.J., **Gee, D.G.,** Tottenham, N., Uddin, L.Q. (2016, September). *Atypical development of amygdala functional connectivity in autism: a cross-sectional study.* Poster presented at Flux International Congress, St. Louis, MO.

**Gee*, D.G.,** Fetcho*, R., Jing*, D. Li*, A., Glatt, C.E., Drysdale, A.T., Cohen, A.O., Dellarco, D.V., Yang, R., Dale, A.M., Jernigan, T.L., Lee, F.S., Casey, B.J., and the PING Consortium. (2016, April). *FAAH genotypic differences in frontolimbic circuitry and anxiety emerge during adolescence in human and mouse.* Poster presented at Social Affective Neuroscience Society, New York, NY.

Callaghan, B., **Gee, D.G.,** Gabard-Durnam, L., Telzer, E., Humphreys, K., Goff, B., Shapiro, M., Flannery, J., Lumian, D., Tottenham, N. (2016, April). *Parental deprivation prematurely ends a sensitive period for amygdala*

*buffering by parents: Long-term anxiety associations.* Poster presented at Social Affective Neuroscience Society, New York, NY.

**Gee, D.G.,** Fareri, D., Gabard-Durnam, L., Caldera, C., Goff, B., Monti, M., Jovanovic, T., Casey, B.J., Tottenham, N. (2016, April). *Safety signal learning as a novel mechanism for fear reduction during adolescence.* Poster presented at Cognitive Neuroscience Society, New York, NY.

**Gee, D.G.,** Fareri, D., Gabard-Durnam, L., Caldera, C., Goff, B., Monti, M., Jovanovic, T., Casey, B.J., Tottenham, N. (2015, December). *Safety signal learning as a novel mechanism for fear reduction during adolescence.* Poster presented at the NIH High Risk High Reward Symposium, Bethesda, MD.

**Gee, D.G.,** Goff, B., Gabard-Durnam, L., Caldera, C., Fareri, D., Lumian, D., Flannery, J., Tottenham, N. (2015, October). *Experimental manipulation of prefrontal cortex differentially affects amygdala reactivity following early-life stress.* Poster presented at Society for Neuroscience, Chicago, IL.

Silvers, J.A., Lumian, D.S., Gabard-Durnam, L., **Gee, D.G.,** Goff, B., Fareri, D.S., Caldera, C., Flannery, J., Telzer, E., Humphreys, K., Tottenham, N. (2015, October). *Effects of early life stress on neural mechanisms of fear learning.* Oral presentation at Society for Neuroscience, Chicago, IL.

Gabard-Durnam*, L., **Gee*, D.G.,** Goff, B., Flannery, J., Telzer, E., Humphreys, K., Lumian, D., Fareri, D.S., Caldera, C., Tottenham, N. (2015, October). *Stimulus-elicited connectivity influences future resting-state connectivity in development.* Oral presentation at Annual Brain Imaging Center Symposium, Mt. Sinai Icahn School of Medicine, New York, NY.

**Gee, D.G.,** Fareri, D., Caldera, C., Goff, B., Gabard-Durnam, L., Monti, M., Jovanovic, T., Casey, B.J., Tottenham, N. (2015, September). *Safety signal learning as a novel mechanism for fear reduction during development.* Poster presented at Flux International Congress, Leiden, Netherlands.

**Gee, D.G.,** Goff, B., Gabard-Durnam, L., Caldera, C., Fareri, D., Lumian, D., Flannery, J., Tottenham, N. (2015, May). *Experimental manipulation of prefrontal recruitment has differential effects on amygdala reactivity in children and adolescents.* Poster presented at Association for Psychological Science, New York, NY.

Callaghan, B.L., **Gee, D.G.,** Gabard-Durnam, L., Telzer, E., Humphreys, K., Goff, B., Shapiro, M., Flannery, J., Lumian, D., Fareri, D., Caldera, C., Tottenham, N. (2015, May). *Amygdala buffering following early parental deprivation in human children and adolescents.* Poster presented at Association for Psychological Science, New York, NY.

Tottenham, N., **Gee, D.G.,** Gabard-Durnam, L., Callaghan, B. (2015, May). *Maternal modulation of the human amygdala-mPFC circuit.* Oral presentation at Society for Biological Psychiatry, Toronto, Ontario.

**Gee*, D.G.,** Gabard-Durnam*, L., Telzer, E.H., Humphreys, K.L., Goff, B., Shapiro, M., Flannery, J., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2015, April). *Parental buffering of human amygdala-prefrontal circuitry during childhood but not adolescence.* Poster presented at Anxiety and Depression Association of America, Miami, FL.

Gabard-Durnam*, L., **Gee*, D.G.,** Goff, B., Flannery, J., Telzer, E.H., Humphreys, K.L., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2014, November). *Hebbian-like mechanism for human amygdala-mPFC network development.* Oral presentation at New York Academy of Sciences, New York, NY.

**Gee*, D.G.,** Gabard-Durnam*, L., Telzer, E.H., Humphreys, K.L., Goff, B., Shapiro, M., Flannery, J., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2014, November). *Maternal buffering of human amygdala-prefrontal circuitry specifically during childhood.* Poster presented at Society for Neuroscience, Washington, D.C.

Gabard-Durnam*, L., **Gee*, D.G.**, Goff, B., Flannery, J., Telzer, E.H., Humphreys, K.L., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2014, November). *Hebbian-like mechanism for human amygdala-mPFC network development.* Oral presentation at Society for Neuroscience, Washington, D.C.

Goff, B., Gabard-Durnam, L., **Gee, D.G.**, Flannery, J., Lumian, D.S., Fareri, D.S., Caldera, C.J., Tottenham, N. (2014, November). *Human chromosomal modification associated with early-life stress induced adolescent depression and nucleus accumbens hyporeactivity.* Oral presentation at Society for Neuroscience, Washington, D.C.

**Gee, D.G.**, Bearden, C.E., McEwen, S.C., Addington, J., Cadenhead, K.S., Cornblatt, B.A., McGlashan, T.H., Perkins, D.O., Seidman, L.J., Walker, E.F., Woods, S.W., Cannon, T.D. (2014, May). *Amygdala-prefrontal circuitry predicts recovery and conversion to psychosis among at-risk adolescents.* Poster presented at Association for Psychological Science, San Francisco, CA.

Jann, K., **Gee, D.G.**, Kilroy, E, Schwab, S., Cannon, T.D., Wang, D.J. (2014, May). *Reliability of resting brain networks in BOLD and ASL fMRI across time and platforms.* Poster presented at International Society for Magnetic Resonance in Medicine, Milan, Italy.

**Gee, D.G.**, Bearden, C.E., McEwen, S.C., Addington, J., Goodyear, B., Cadenhead, K.S., Mirzakhanian, H., Cornblatt, B.A., Olvet, D., McGlashan, T.H., Perkins, D.O., Belger, A., Seidman, L.J., Thermenos, H., Tsuang, M.T., Van Erp, T.G., Walker, E.F., Hamann, S., Woods, S.W., Constable, T., Cannon, T.D. (2014, April). *Amygdala-prefrontal circuitry differentially predicts recovery and conversion to psychosis among adolescents and young adults at clinical high risk for psychosis.* Poster presented at Cognitive Neuroscience Society, Boston, MA.

**Gee, D.G.**, Goff, B., Gabard-Durnam, L., Flannery, J., Tottenham, N. (2013, November). *Experimental manipulation of prefrontal recruitment has differential effects on amygdala reactivity in children and adolescents.* Poster presented at Society for Neuroscience, San Diego, CA.

Flannery, J., Gabard-Durnam, L., **Gee, D.G.**, Humphreys, K.L., Goff, B., Lumian, D., Tottenham, N. (2013, November). *The impact of early life adversity on diurnal HPA axis function across development.* Poster presented at Society for Neuroscience, San Diego, CA.

Goff, B., **Gee, D.G.**, Gabard-Durnam, L., Flannery, J., Telzer, E.H., Humphreys, K.L., Louie, J., Tottenham, N. (2013, November). *Developmental changes in amygdala-insula connectivity mediate normative age-related increases in trust appraisals.* Poster presented at Society for Neuroscience, San Diego, CA.

Jann, K., **Gee, D.G.**, Kilroy, E., Cannon, T.D., Wang, D.J. (2013, September). *Reliability of Resting Brain Networks in BOLD and ASL fMRI across Time and Platforms.* Poster presented at International Conference on Basic and Clinical Multimodal Imaging, Geneva, Switzerland.

**Gee, D.G.**, Gabard-Durnam, L., Flannery, J., Goff, B., Humphreys, K., Telzer, E., Tottenham, N. (2013, July). *Early adversity alters the development of emotion regulation circuitry.* Poster presented at American Psychological Association, Honolulu, HI.

Tottenham, N., **Gee, D.G.** (2013, May). *Developmental Shift in Amygdala-Medial Prefrontal Cortex Connectivity to Fearful Faces.* Oral presentation at Association for Psychological Science, Washington, D.C.

Forsyth, J., McEwen, S., **Gee, D.G.**, Addington, J., Cadenhead, K., Cornblatt, B., Mathalon, D., McGlashan, T., Perkins, D., Seidman, L., Tsuang, M., Walker, E., Woods, S., Cannon, T.D. (2013, May). *Neural abnormalities during working memory predict conversion to psychosis in clinical high-risk youth: Preliminary analysis from North American Prodrome Longitudinal Study.* Poster presented at Society of Biological Psychiatry, San Francisco, CA.

Tottenham, N., **Gee, D.G.** (2013, April). *Developmental Shift in Amygdala-mPFC Response to Fear Faces.* Oral presentation at Society for Research in Child Development, Seattle, WA.

11

**Gee, D.G.,** Goff, B., Gabard-Durnam, L., Flannery, J., Tottenham, N. (2013, April). *Sustained effects of cognitive load on amygdala reactivity among children and adolescents.* Poster presented at Cognitive Neuroscience Society, San Francisco, CA.

Goff, B., **Gee, D.G.**, Telzer, E., Humphreys, K., Gabard-Durnam, L., Flannery, J., Tottenham, N. (2013, April). *Reduced nucleus accumbens reactivity and adolescent depression following early-life stress.* Poster presented at Cognitive Neuroscience Society, San Francisco, CA.

Gabard-Durnam, L., Flannery, J., Goff, B., **Gee, D.G.,** Telzer, E., Humphreys, K., Tottenham, N. (2013, April). *Development of amygdala-cortical functional connectivity at rest.* Poster presented at Cognitive Neuroscience Society annual meeting, San Francisco, CA.

Tottenham, N., **Gee, D.G.** (2012, November). *Human Amygdala and vmPFC Development Following Maternal Deprivation.* Oral presentation at International Society for Developmental Psychobiology, New Orleans, LA.

**Gee, D.G.,** Jacobson, S., Addington, J., Woods, S.W., Lieberman, M.D., Cannon, T.D. (2012, April). *Amygdala reactivity and its relationship with clinical course in adolescents at clinical high risk for psychosis.* Poster presented at Social and Affective Neuroscience Society, New York, NY.

**Gee, D.G.**, & Tottenham, N. (2011, November). *Developmental changes in functional connectivity of neural circuitry subserving emotion regulation.* Poster presented at Society for Neuroscience, Washington, D.C.

**Gee, D.G.**, Karlsgodt, K.H., Jimenez, A.M., Lesh, T.A., Kushan, L., Xu, A., Torre, J., van Erp, T.G.M., Lieberman, M.D., Bearden, C.E., Cannon, T.D. (2011, April). *Neural substrates of emotion processing in the psychosis prodrome.* Poster presented at International Congress on Schizophrenia Research, Colorado Springs, CO.

**Gee, D.G.**, Karlsgodt, K., Jimenez, A., Lesh, T., Kushan, L., Xu, A., Torre, J., van Erp, T., Lieberman, M., Bearden, C.E., Cannon, T.D. (2011, April). *Altered Age-Related Patterns of Amygdala-Prefrontal Circuitry in Adolescents at Risk for Psychosis.* Poster presented at International Prodromal Research Network, Colorado Springs, CO.

Kim, M.J., **Gee, D.G.,** Loucks, R.A., Davis, F.C., Whalen, P.J. (2010, November). *Anxiety dissociates dorsal and ventral medial prefrontal cortex functional connectivity with the amygdala at rest.* Oral presentation at "Subcortical-Prefrontal Interactions in Health and Disease" symposium, Society for Neuroscience, San Diego, CA.

Kim, M.J., **Gee, D.G.**, Loucks, R.A., Whalen, P.J. (2010, April). *Anxiety modulates resting state functional connectivity of the amygdala and the medial prefrontal cortex.* Poster presented at Cognitive Neuroscience Society, Montreal, Canada.

**Gee, D.G.**, Biswal, B.B., Kelly, A.M.C., Shehzad, Z., Uddin, L.Q., Stark, D.E., Margulies, D.S., Klein, D.F., Banich, M.T., Castellanos, F.X., Milham, M.P. (2009, June). *Low frequency fluctuations reveal integrated and segregated cerebral processing.* Poster presented at Advances in Resting-State fMRI (satellite meeting of Human Brain Mapping), Stanford University, Stanford, CA.

**Gee, D.G.**, Stark, D.E., Margulies, D.S., Shehzad, Z., Kelly, A.M.C., Uddin, L.Q., Banich, M.T., Castellanos, F.X., Milham, M.P. (2008, November). *A resting-state functional connectivity approach to interhemispheric interaction.* Poster presented at Society for Neuroscience, Washington, D.C.

## TEACHING EXPERIENCE

**Course Instructor,** Affective Bases of Behavior (PSYC 805)                          Spring 2018
    Department of Psychology, Yale University

**Lecturer,** Foundations of Neuroscience: Biological Bases of Human Behavior (PSYC 530)          Fall 2017
    Department of Psychology, Yale University

**Guest Lecturer,** Developmental Neuroscience of Emotion (Undergraduate Level)               Spring 2017
        Department of Psychological & Brain Sciences, Dartmouth College

**Course Instructor,** Statistics in Psychological Science (PSYC 200)               Spring 2017, Spring 2018
        Department of Psychology, Yale University

**Course Instructor,** Teaching in Psychology (PSYC 699)               Spring 2017, Spring 2018
        Department of Psychology, Yale University

**Faculty Coordinator,** Current Works in Clinical Psychology & Neuroscience (PSYC 720)  Fall 2016, Spring 2017
        Department of Psychology, Yale University

**Course Instructor,** Research Topics in Clinical Affective Neuroscience & Development (PSYC 754)   Fall 2016 -
        Department of Psychology, Yale University               Present

**Lecturer,** Developmental Neuroscience Series (Psychiatry fellows)               Spring 2016
        Weill Cornell Medical College

**Lecturer and Lab Instructor,** Brain and Mind (Medical students)               Fall 2015
        Weill Cornell Medical College

**Guest Lecturer,** Developmental Neurobiology of Fear (Undergraduate Level; 188A)               Spring 2014
        Department of Psychology, UCLA

**Guest Lecturer,** Foundations of Clinical Psychology Laboratory Course (Graduate Level; 271B)               Winter 2014
        Department of Psychology, UCLA

## PROFESSIONAL SERVICE (SELECTED)_____

Ad Hoc Reviewer: *American Journal of Psychiatry; Biological Psychiatry; Biological Psychiatry: Cognitive Neuroscience and Neuroimaging; Brain Connectivity; Brain and Neuroscience Advances; Brain Imaging and Behavior; Cerebral Cortex; Chronic Stress; Clinical Psychological Science; Cognitive Therapy and Research; Depression and Anxiety; Developmental Cognitive Neuroscience; Developmental Science; Emotion; Hormones and Behavior; Human Brain Mapping; International Journal of Developmental Neuroscience; JAMA Pediatrics; JAMA Psychiatry; Journal of Abnormal Psychology; Journal of Adolescence; Journal of Affective Disorders; Journal of the American Academy of Child and Adolescent Psychiatry; Journal of Child and Adolescent Psychopharmacology; Journal of Child Psychology and Psychiatry; Journal of Clinical Child and Adolescent Psychology; Journal of Clinical Psychiatry; Journal of Cognitive Neuroscience; Journal of Experimental Psychology: General; Journal of Neuroscience; Journal of Visualized Experiments; Molecular Psychiatry; Neurobiology of Stress; NeuroImage; NeuroImage: Clinical; Neuropsychopharmacology; NeuroReport; Perspectives on Psychological Science; PLOS ONE; Proceedings of the National Academy of Science; Psychiatry Research: Neuroimaging, Psychoneuroendocrinology; Revista Brasileira de Psiquiatria; Schizophrenia Bulletin; Schizophrenia Research; Social, Cognitive, and Affective Neuroscience; Social Neuroscience; Translational Psychiatry*

Program Committee, Society for Research in Psychopathology annual meeting (2018)

Program Committee, Social and Affective Neuroscience Society annual meeting (2018)

Graduate Program Advisory Committee, Yale Department of Psychology (2017-2018)

Conference Reviewer: Anxiety and Depression Association of America (2015, 2016), Society for Research in Child Development (2017)

Co-Director, Sackler Summer Institute in Developmental Psychobiology at Weill Cornell Medical College (2015)

**Exhibit B**

# WORKS CITED

Bick, J., Zhu, T., Stamoulis, C., Fox, N. A., Zeanah, C., & Nelson, C. A. (2015). Effect of Early Institutionalization and Foster Care on Long-term White Matter Development: A Randomized Clinical Trial. *JAMA Pediatrics*, *169*(3), 211–219. https://doi.org/10.1001/jamapediatrics.2014.3212

Bos, K., Fox, N., Zeanah, C. H., & Nelson III, C. A. (2009). Effects of Early Psychosocial Deprivation on the Development of Memory and Executive Function. *Frontiers in Behavioral Neuroscience*, *3*. https://doi.org/10.3389/neuro.08.016.2009

Bos, K., Zeanah, C. H., Fox, N. A., Drury, S. S., McLaughlin, K. A., & Nelson, C. A. (2011). Psychiatric Outcomes in Young Children with a History of Institutionalization. *Harvard Review of Psychiatry*, *19*(1), 15–24. https://doi.org/10.3109/10673229.2011.549773

Breslau, N., Kessler, R. C., Chilcoat, H. D., Schultz, L. R., Davis, G. C., & Andreski, P. (1998). Trauma and Posttraumatic Stress Disorder in the Community: The 1996 Detroit Area Survey of Trauma. *Archives of General Psychiatry*, *55*(7), 626–632. https://doi.org/10.1001/archpsyc.55.7.626

Bronstein, I., & Montgomery, P. (2011). Psychological distress in refugee children: a systematic review. *Clinical Child and Family Psychology Review*, *14*(1), 44–56. https://doi.org/10.1007/s10567-010-0081-0

Burkholder, A. R., Koss, K. J., Hostinar, C. E., Johnson, A. E., & Gunnar, M. R. (2016). Early Life Stress: Effects on the Regulation of Anxiety Expression in Children and Adolescents. *Social Development*, *25*(4), 777–793. https://doi.org/10.1111/sode.12170

Chapman, D. P., Whitfield, C. L., Felitti, V. J., Dube, S. R., Edwards, V. J., & Anda, R. F. (2004). Adverse childhood experiences and the risk of depressive disorders in adulthood. *Journal of Affective Disorders*, *82*(2), 217–225. https://doi.org/10.1016/j.jad.2003.12.013

Cicchetti, D., Rogosch, F. A., & Toth, S. L. (2006). Fostering secure attachment in infants in maltreating families through preventive interventions. *Development and Psychopathology*, *18*(3), 623–649.

Cloitre, M., Stolbach, B. C., Herman, J. L., Kolk, B. van der, Pynoos, R., Wang, J., & Petkova, E. (2009). A developmental approach to complex PTSD: Childhood and adult cumulative trauma as predictors of symptom complexity. *Journal of Traumatic Stress*, *22*(5), 399–408. https://doi.org/10.1002/jts.20444

Cohen, J. A., Mannarino, A. P., Berliner, L., & Deblinger, E. (2000). Trauma-focused cognitive behavioral therapy for children and adolescents: An empirical update. *Journal of Interpersonal Violence*, *15*(11), 1202–1223. https://doi.org/10.1177/088626000015011007

Dozier, M., Peloso, E., Lewis, E., Laurenceau, J.-P., & Levine, S. (2008). Effects

    of an attachment-based intervention on the cortisol production of infants and

    toddlers in foster care. *Development and Psychopathology*, *20*(3), 845–859.

    https://doi.org/10.1017/S0954579408000400

Felitti, V. J., Anda, R. F., Nordenberg, D., Williamson, D. F., Spitz, A. M.,

    Edwards, V., … Marks, J. S. (1998). Relationship of Childhood Abuse and

    Household Dysfunction to Many of the Leading Causes of Death in Adults:

    The Adverse Childhood Experiences (ACE) Study. *American Journal of*

    *Preventive Medicine*, *14*(4), 245–258. https://doi.org/10.1016/S0749-

    3797(98)00017-8

Fortuna, L. R., Álvarez, K., Ortiz, Z. R., Wang, Y., Alegría, X. M., Cook, B., &

    Alegría, M. (2016). Mental Health, Migration Stressors and Suicidal

    Ideation among Latino Immigrants in Spain and the United States. *European*

    *Psychiatry : The Journal of the Association of European Psychiatrists*, *36*,

    15–22. https://doi.org/10.1016/j.eurpsy.2016.03.001

Fox, N. A., Almas, A. N., Degnan, K. A., Nelson, C. A., & Zeanah, C. H. (2011).

    The effects of severe psychosocial deprivation and foster care intervention

    on cognitive development at 8 years of age: findings from the Bucharest

    Early Intervention Project. *Journal of Child Psychology and Psychiatry*,

    *52*(9), 919–928. https://doi.org/10.1111/j.1469-7610.2010.02355.x

Fries, A. B. W., Shirtcliff, E. A., & Pollak, S. D. (2008). Neuroendocrine

dysregulation following early social deprivation in children. *Developmental

Psychobiology*, *50*(6), 588–599. https://doi.org/10.1002/dev.20319

Gee, D. G., Gabard-Durnam, L. J., Flannery, J., Goff, B., Humphreys, K. L.,

Telzer, E. H., … Tottenham, N. (2013). Early developmental emergence of

human amygdala-prefrontal connectivity after maternal deprivation.

*Proceedings of the National Academy of Sciences of the United States of

America*, *110*(39), 15638–15643. https://doi.org/10.1073/pnas.1307893110

Gee, D. G., Gabard-Durnam, L., Telzer, E. H., Humphreys, K. L., Goff, B.,

Shapiro, M., … Tottenham, N. (2014). Maternal buffering of human

amygdala-prefrontal circuitry during childhood but not during adolescence.

*Psychological Science*, *25*(11), 2067–2078.

https://doi.org/10.1177/0956797614550878

Gleason, M. M., Fox, N. A., Drury, S. S., Smyke, A. T., Nelson, C. A., & Zeanah,

C. H. (2014). Indiscriminate behaviors in previously institutionalized young

children. *Pediatrics*, *133*(3), e657-665. https://doi.org/10.1542/peds.2013-

0212

Gunnar, M. R., & Donzella, B. (2002). Social regulation of the cortisol levels in

early human development. *Psychoneuroendocrinology*, *27*(1–2), 199–220.

Gunnar, M. R., Frenn, K., Wewerka, S. S., & Ryzin, M. J. V. (2009). Moderate

versus severe early life stress: Associations with stress reactivity and

regulation in 10–12-year-old children. *Psychoneuroendocrinology*, *34*(1),

62–75. https://doi.org/10.1016/j.psyneuen.2008.08.013

Hodel, A. S., Hunt, R. H., Cowell, R. A., Van Den Heuvel, S. E., Gunnar, M. R., &

Thomas, K. M. (2015). Duration of early adversity and structural brain

development in post-institutionalized adolescents. *NeuroImage*, *105*, 112–

119. https://doi.org/10.1016/j.neuroimage.2014.10.020

Hofer, M. A. (1994). Hidden Regulators in Attachment, Separation, and Loss.

*Monographs of the Society for Research in Child Development*, *59*(2–3),

192–207. https://doi.org/10.1111/j.1540-5834.1994.tb01285.x

Kirmayer, L. J., Narasiah, L., Munoz, M., Rashid, M., Ryder, A. G., Guzder, J., …

Pottie, K. (2011). Common mental health problems in immigrants and

refugees: general approach in primary care. *CMAJ*, *183*(12), E959–E967.

https://doi.org/10.1503/cmaj.090292

Kolassa, I.-T., Ertl, V., Eckart, C., Kolassa, S., Onyut, L. P., & Elbert, T. (2010).

Spontaneous remission from PTSD depends on the number of traumatic

event types experienced. *Psychological Trauma: Theory, Research,

Practice, and Policy*, *2*(3), 169–174. https://doi.org/10.1037/a0019362

Koss, K. J., Hostinar, C. E., Donzella, B., & Gunnar, M. R. (2014). Social

deprivation and the HPA axis in early development.

*Psychoneuroendocrinology*, *50*, 1–13.

https://doi.org/10.1016/j.psyneuen.2014.07.028

Koss, K. J., Mliner, S. B., Donzella, B., & Gunnar, M. R. (2016). Early adversity,

hypocortisolism, and behavior problems at school entry: A study of

internationally adopted children. *Psychoneuroendocrinology*, *66*, 31–38.

https://doi.org/10.1016/j.psyneuen.2015.12.018

Kumari, M., Head, J., Bartley, M., Stansfeld, S., & Kivimaki, M. (2013). Maternal

separation in childhood and diurnal cortisol patterns in mid-life: findings

from the Whitehall II study. *Psychological Medicine*, *43*(3), 633–643.

https://doi.org/10.1017/S0033291712001353

Kumsta, R., Schlotz, W., Golm, D., Moser, D., Kennedy, M., Knights, N., …

Sonuga-Barke, E. (2017). HPA axis dysregulation in adult adoptees twenty

years after severe institutional deprivation in childhood.

*Psychoneuroendocrinology*, *86*, 196–202.

https://doi.org/10.1016/j.psyneuen.2017.09.021

Lawler, J. M., Hostinar, C. E., Mliner, S. B., & Gunnar, M. R. (2014). Disinhibited

social engagement in postinstitutionalized children: differentiating normal

from atypical behavior. *Development and Psychopathology*, *26*(2), 451–464.

https://doi.org/10.1017/S0954579414000054

Lieberman, A. F. (2004). Traumatic stress and quality of attachment: Reality and

internalization in disorders of infant mental health. *Infant Mental Health

Journal*, *25*(4), 336–351. https://doi.org/10.1002/imhj.20009

Lieberman, A. F., Ghosh Ippen, C., & Van Horn, P. (2006). Child-parent

psychotherapy: 6-month follow-up of a randomized controlled trial. *Journal

of the American Academy of Child and Adolescent Psychiatry*, *45*(8), 913–

918. https://doi.org/10.1097/01.chi.0000222784.03735.92

Lieberman, A. F., Van Horn, P., & Ippen, C. G. (2005). Toward evidence-based

treatment: child-parent psychotherapy with preschoolers exposed to marital

violence. *Journal of the American Academy of Child and Adolescent

Psychiatry*, *44*(12), 1241–1248.

https://doi.org/10.1097/01.chi.0000181047.59702.58

Loman, M. M., Wiik, K. L., Frenn, K. A., Pollak, S. D., & Gunnar, M. R. (2009).

Postinstitutionalized Children's Development: Growth, Cognitive, and

Language Outcomes. *Journal of Developmental and Behavioral Pediatrics :

JDBP*, *30*(5), 426–434. https://doi.org/10.1097/DBP.0b013e3181b1fd08

MacLean, K. (2003). The impact of institutionalization on child development.

*Development and Psychopathology*, *15*(4), 853–884.

McDermott, J. M., Westerlund, A., Zeanah, C. H., Nelson, C. A., & Fox, N. A. (2012). Early adversity and neural correlates of executive function: Implications for academic adjustment. *Developmental Cognitive Neuroscience*, *2*, S59–S66. https://doi.org/10.1016/j.dcn.2011.09.008

McLaughlin, K. A., Sheridan, M. A., Winter, W., Fox, N. A., Zeanah, C. H., & Nelson, C. A. (2014). Widespread Reductions in Cortical Thickness Following Severe Early-Life Deprivation: A Neurodevelopmental Pathway to Attention-Deficit/Hyperactivity Disorder. *Biological Psychiatry*, *76*(8), 629–638. https://doi.org/10.1016/j.biopsych.2013.08.016

Nelson, C. A. (2007). A Neurobiological Perspective on Early Human Deprivation. *Child Development Perspectives*, *1*(1), 13–18. https://doi.org/10.1111/j.1750-8606.2007.00004.x

Nelson, C. A., Zeanah, C. H., Fox, N. A., Marshall, P. J., Smyke, A. T., & Guthrie, D. (2007). Cognitive Recovery in Socially Deprived Young Children: The Bucharest Early Intervention Project. *Science*, *318*(5858), 1937–1940. https://doi.org/10.1126/science.1143921

O'Connor, T. G., & Rutter, M. (2000). Attachment disorder behavior following early severe deprivation: extension and longitudinal follow-up. English and Romanian Adoptees Study Team. *Journal of the American Academy of Child and Adolescent Psychiatry*, *39*(6), 703–712.

Pesonen, A.-K., Räikkönen, K., Feldt, K., Heinonen, K., Osmond, C., Phillips, D. I. W., … Kajantie, E. (2010). Childhood separation experience predicts HPA axis hormonal responses in late adulthood: A natural experiment of World War II. *Psychoneuroendocrinology*, *35*(5), 758–767. https://doi.org/10.1016/j.psyneuen.2009.10.017

Rauch, S. L., Shin, L. M., & Phelps, E. A. (2006). Neurocircuitry models of posttraumatic stress disorder and extinction: human neuroimaging research-- past, present, and future. *Biological Psychiatry*, *60*(4), 376–382. https://doi.org/10.1016/j.biopsych.2006.06.004

Robjant, K., Robbins, I., & Senior, V. (2009). Psychological distress amongst immigration detainees: A cross-sectional questionnaire study. *British Journal of Clinical Psychology*, *48*(3), 275–286. https://doi.org/10.1348/014466508X397007

Sheridan, M. A., Fox, N. A., Zeanah, C. H., McLaughlin, K. A., & Nelson, C. A. (2012). Variation in neural development as a result of exposure to institutionalization early in childhood. *Proceedings of the National Academy of Sciences of the United States of America*, *109*(32), 12927–12932. https://doi.org/10.1073/pnas.1200041109

Smyke, A. T., Koga, S. F., Johnson, D. E., Fox, N. A., Marshall, P. J., Nelson, C. A., … BEIP Core Group. (2007). The caregiving context in institution-

reared and family-reared infants and toddlers in Romania. *Journal of Child Psychology and Psychiatry, and Allied Disciplines*, *48*(2), 210–218. https://doi.org/10.1111/j.1469-7610.2006.01694.x

Tottenham, N., Hare, T. A., Millner, A., Gilhooly, T., Zevin, J., & Casey, B. J. (2011). Elevated Amygdala Response to Faces Following Early Deprivation. *Developmental Science*, *14*(2), 190–204. https://doi.org/10.1111/j.1467-7687.2010.00971.x

Tottenham, N., Hare, T. A., Quinn, B. T., McCarry, T. W., Nurse, M., Gilhooly, T., … Casey, B. (2010). Prolonged institutional rearing is associated with atypically larger amygdala volume and difficulties in emotion regulation. *Developmental Science*, *13*(1), 46. https://doi.org/10.1111/j.1467-7687.2009.00852.x

Wickramage, K., Siriwardhana, C., Vidanapathirana, P., Weerawarna, S., Jayasekara, B., Pannala, G., … Sumathipala, A. (2015). Risk of mental health and nutritional problems for left-behind children of international labor migrants. *BMC Psychiatry*, *15*, 39. https://doi.org/10.1186/s12888-015-0412-2

Young, P., & Gordon, M. S. (2016). Mental health screening in immigration detention: A fresh look at Australian government data. *Australasian*

*Psychiatry: Bulletin of Royal Australian and New Zealand College of Psychiatrists*, *24*(1), 19–22. https://doi.org/10.1177/1039856215624247

Zeanah, C. H., Egger, H. L., Smyke, A. T., Nelson, C. A., Fox, N. A., Marshall, P. J., & Guthrie, D. (2009). Institutional rearing and psychiatric disorders in Romanian preschool children. *The American Journal of Psychiatry*, *166*(7), 777–785. https://doi.org/10.1176/appi.ajp.2009.08091438

Zeanah, C. H., Smyke, A. T., Koga, S. F., Carlson, E., & Bucharest Early Intervention Project Core Group. (2005). Attachment in institutionalized and community children in Romania. *Child Development*, *76*(5), 1015–1028. https://doi.org/10.1111/j.1467-8624.2005.00894.x