## JOINT EXPERT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL

**Preliminary Statement**

1.      I, Kenneth Berrick, have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation. My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy of which is attached as Exhibit A to this declaration.  I founded Seneca Center (now Seneca Family of Agencies) in 1985, and still serve as the organization's Chief Executive Officer. Seneca Family of Agencies ("Seneca") is a multi-state mental health, foster care, and education agency, incorporated in California, that serves over 8,000 vulnerable children and families each year.  I received my Bachelor of Arts degree in Psychology from California State University, Sacramento in 1982.  I have provided mental health services to clients since 1982, and have helped develop groundbreaking mental health legislation and policies in California for children and families experiencing significant mental health crises.  In 2010, I published *Unconditional Care: Relationship-based, behavioral intervention with vulnerable children and families*, with John Sprinson.

2.      I, John Sprinson, have been retained by counsel for Plaintiffs as an expert in connection with the above-captioned litigation.  My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy of which is attached as Exhibit B to this declaration. I have worked with Seneca since 1986, first as a consulting psychologist, and currently as the Clinical Director since 2002.  I have also run my own practice of clinical psychology since 1985, providing child, adolescent, and adult psychotherapy, psychological assessment, and custody evaluation.  I received my Bachelor of Arts in Psychology from Columbia University in 1974, and my PhD in Clinical Psychology from Duke University in 1980.

3.      I, Jill Duerr Berrick, have been retained as counsel for Plaintiffs as an expert in connection with the above-captioned litigation.  My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy of which is attached as Exhibit C to this declaration.  I am currently the Zellerbach Family Foundation Professor at the School of Social Welfare at the University of California, Berkeley. For over two decades I have conducted a range of studies examining child welfare services for vulnerable families. I have written or co-written 11 books and numerous articles on topics relating to family poverty, child maltreatment and child welfare. I received my Master's of Social Welfare and Ph.D. from the School of Social Welfare, University of California, Berkeley in 1987 and 1990, respectively.

4.      I, Kevin Campbell, have been retained as counsel for Plaintiffs as an expert in connection with the above-captioned litigation. My professional background, experience, and publications are detailed in my curriculum vitae, a true and accurate copy of which is attached as Exhibit D to this declaration. I am the founder of the Center for Family Finding and Youth Connectedness and developer of the Family Finding model, a set of strategies now utilized throughout the United States and Canada to establish lifelong supports for youth in foster care.  I have helped over 10,000 youth achieve permanency and have worked with over 200 jurisdictions across 40 states and Canada.

5.      For purposes of this declaration, "we" collectively references Kenneth Berrick, John Spinson, Jill Duerr Berrick, and Kevin Campbell.

6.      In preparing this declaration, we reviewed the facts provided to us regarding Plaintiffs' experiences, but have not provided them with any clinical or psychological evaluation or therapeutic services. We have relied on our years of experience in this field, as set out in our curriculum vitae, and on the materials listed therein. The materials we have relied upon in preparing this declaration are the same types of materials that experts in our field of study regularly rely upon when forming opinions on the subject.

JOINT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL

7.     We are not being compensated for the time devoted to providing expert advice or preparing declarations. The opinions we express, or testimony we provide, do not depend on any compensation.

8.     If our further testimony would be of benefit to the court, we would be available by telephone or in person to participate in the hearing on this matter.

**Impact of Child Separation from Biological Parents**

9.     Interest in the harmful effects of separating children from their parents is not new and has been actively pursued by research psychologists and psychiatrists, pediatricians and clinical interventionists from multiple disciplines.

10.     All of this research activity and clinical observation is in substantial agreement and confirms that children react to separation from their caregivers with significant emotional distress.  When the separation is sudden, unpredictable, or in a strange environment with no other familiar adult figures present then the response is likely to be extreme.

11.      Immediate reactions include obvious emotional suffering in the form of inconsolable crying, desperate efforts to pursue or search for the parent and anger. As the separation continues we see behavioral disorganization and regression, increasing signs of resignation, depression and emotional collapse. Children will lose developmental capacities they had gained such as toileting and independent play for younger children, or emotional dysregulation at all ages.  They will seem completely preoccupied with the whereabouts of the missing parent. At this point separated children seem to lose hope for a reunion with parents and may appear lethargic and have greatly reduced interest in what had been joyful, engaged play.  Ultimately, these children will become detached and show reduced pleasure and interest in connecting with others and when reunified with parents, they are likely to seem indifferent and aloof.

JOINT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL

12.     The rupture in the critical relationship between a child and the biological parent is often long lasting, and perpetuates even if and when reunification occurs. These reactions have been observed across many nations and cultures and across different settings and in many ways – in children enduring long term medical hospitalizations, in institutional settings for orphans, in research laboratories where children are briefly separated from parents and with children who have been placed in long-term foster care.

13.     By following separated children longitudinally evidence shows that this set of early reactions gives way to other, even more ominous problems: disrupted attention and concentration and other learning difficulties, behavioral problems with impulse control and self-regulation and, perhaps most importantly, in the capacity to rely on and make use of benign others who could otherwise support the young person's ongoing development.

14.     As the psychological and medical understanding of brain development has expanded in recent decades, the neurological mechanisms and changes in brain architecture that underpin these difficulties are now observable.  These emotional struggles are neither brief nor easily surmounted responses, nor are they a  superficial distress that a pleasant environment or well-meaning surrogate can soothe or relieve.

15.     Separations are not experienced simply as a painful absence or as only a loss of a reassuring, beloved figure.  Thinking of separations in terms of evolutionary biology, the loss of access to a protective, strong, wise adult also represents a grave danger for small children.  On some level these separations are experienced as a threat to survival, and this means that in almost all cases there is an activation of the child's stress response system.  Evidence of this activation and its complex, harmful physiological and psychological sequelae is now well established.

16.     Attachment science shows that the emotional and psychological ramifications of child separation from primary caregivers occur even if the separations are relatively brief.  Short term separations can interfere with a child's sense of safety,

and multiple critical capacities, including learning curiosity, social engagement, and emotional regulation.

17.     It is also important to note that the circumstances under which separations occur can have a profound impact on the both the degree of acute distress experienced by the child and on the longer-term effects observed later.  When the separation is sudden and frightening, when it is initiated by adults unknown to the child, when the parent has no opportunity to prepare the child and when it is done forcefully, then the distress will be greater and the effects significantly more damaging to the child.

18.     The setting to which the child is removed and the training and skillfulness of the substitute caretakers can also amplify the harm to the child.  When these new caretakers do not speak the child's native language they are unable to support the child, to explain what is happening and to answer inevitable questions about the whereabouts of parents.  Here again, the potential for harm is increased.

19.     Based on our review of the facts provided regarding Plaintiff children's' experiences, we believe that child S., the fifteen year old daughter of J.A., L.G., the sixteen year old daughter of J.P.C., and S.R.Q.M., the daughter of Ms. M.Q., have more likely than not experienced psychological trauma due to the forcible separation from their mothers and this trauma will more likely than not have long term consequences for their emotional and physical well-being.

**Need for Appropriate Therapeutic Services**

20.     Research evidence indicates that a range of trauma-focused interventions can be deployed to respond to the needs of children and parents who have experienced family separation.  These interventions, if delivered with fidelity to a research-based model, hold important promise to address the negative outcomes that otherwise accrue to children who have experienced trauma.  The goal is to strengthen or re-establish the family bond, to improve the parent's capacity to recognize, respond to, and support

5

symptoms of post-traumatic stress in the child, and to reduce symptoms of post-traumatic stress in the child.

21.     Research is clear that parental involvement in therapeutic interventions is critical to addressing the ramifications of trauma caused by childhood separation from biological parents. Although the models currently available for parent-child therapy vary in duration and intensity, there is uniformity in some core elements across programs.  Typically, parents are taught specific therapeutic skills to deploy with their children; parents are coached to these skills during in vivo sessions with their children; and parents are given "homework" to practice their developing therapeutic skills with their child.

22.     Evidence-supported treatment models are typically delivered in a child or caregiver's home, in an outpatient clinic, or community agency. Treatment providers are typically practicing mental health providers who have been trained to the model. A number of the evidence-informed approaches have also been tested with different socio- and cultural sub-populations with providers who offer culturally and linguistically responsive services. Therapeutic treatments designed to address the trauma associated with parent-child separation would therefore be most effective if delivered by culturally and linguistically appropriate providers of services.

23.     Based on our review of the facts provided regarding Plaintiff children's' experiences, we believe that child S., L.M.G., and S.R.Q.M would more likely than not benefit from culturally and linguistically-appropriate evidenced-based therapeutic interventions with their biological mothers in order to address the consequences of the trauma caused by their separations.

Pursuant to 28 U.S.C. § 1746, we declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 24, 2018.

6

JOINT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL

By:

_____

Kenneth Berrick

_____

John Sprinson, Ph.D.

_____

Jill Duerr Berrick, Ph.D.

_____

Kevin Campbell

JOINT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL

I, Kenneth Berrick, declare as follows:

1.      I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the following matters.


I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California on June 24, 2018

_____

Kenneth Berrick

JOINT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL

1    I, Jill Duerr Berrick, declare as follows:

2    1.    I make this declaration based on my own personal knowledge, and if

3          called as a witness, I could and would testify to the following matters.

4

5    I declare under penalty of perjury under the laws of the United States that the

6    foregoing is true and correct.

7    Executed at Oakland, California on June 24, 2018

8

9

10   _____

11   Jill Duerr Berrick

---

I, John Sprinson, declare as follows:

1.      I make this declaration based on my own personal knowledge, and if called as a witness, I could and would testify to the following matters.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed at Oakland, California on June 24, 2018

_____

John Sprinson

---

1

2          I, Kevin Campbell, declare as follows:

3          1.       Because of the exigency of the situation, I am unable to provide a scanned

4                    signature along with my declaration tonight.  I will submit it to counsel as

5                    early as feasible.

6

7          I declare under penalty of perjury under the laws of the United States that the

8    foregoing is true and correct.

9          Executed at London, United Kingdom on June 25, 2018

10

11         *Kevin A. Campbell*

12         _____

13         Kevin Campbell

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**

# KEN BERRICK

## SENECA FAMILY OF AGENCIES
### FOUNDER, PRESIDENT & CEO

(510) 507-4488 | ken@senecacenter.org | www.senecafoa.org

## ACCOMPLISHMENTS & AGENCY HIGHLIGHTS

- Led the team that founded Seneca Center (now Seneca Family of Agencies) in 1985; developed the agency from 12 staff serving 10 children to its current status: a multi-state agency employing over a thousand employees and serving over eight thousand children and their families annually in community-based, school-based, residentially-based, and crisis intervention programs. (1985)
- The Unconditional Care Model named as a Youth Thrive Exemplary Initiative by the Center for the Study of Social Policy. (2014)
- Received Investing in Innovation (i3) Development grant from the U.S. Department of Education to expand Unconditional Education programs – a whole-school, multi-tiered intervention program implemented in partnership with public and public charter schools in California. (2013)
- Awarded a three-year grant by the U.S. Department of Health and Human Services to implement the Lifelong Connections Initiative, which provides integrated Family Finding/Family Group Decision Making services for San Francisco County children and families. (2012)
- Merged with Kinship Center and formed Seneca Family of Agencies which expanded the organization's statewide presence to include Monterey, Orange, Riverside, San Benito, San Luis Obispo, Santa Clara and Los Angeles Counties as well as expanded the agency's continuum of care to include adoption and kinship care support services. (2011)
- Co-Authored Unconditional Care, documenting Seneca's treatment model for working with youth with intensive needs through relational, behavioral, and ecological streams of assessment and intervention.
- Partnered with national experts in Family Finding and permanency best-practices to create the internationally-recognized, National Institute for Permanent Family Connectedness. (2010)
- Piloted Residential Based Services, now the model for California's Continuum of Care Reform. (2010)
- Achieved Joint Commission accreditation. (2010)
- Opened Willow Rock Center, California's first unique children's Crisis Stabilization Unit providing 23-hour crisis response services for youth experiencing acute mental health crisis in Alameda County. (2007)
- Provided the first wraparound services in California, Project DESTINY, through SB 163 in Alameda County. (1997)
- Sponsored Intensive Treatment Foster Care legislation (California SB 2234), and implemented the pilot project for children and youth at risk of high-level group home placement. (1991)

# POLICY DEVELOPMENT

- Involved in many aspects of policy development with the California Department of Health Care Services, the California Department of Social Services, the California Department of Education, the Region 9 Office of the U. S. Department of Health and Human Services, the California Council of Behavioral Health Agencies, the Mental Health Services Oversight & Accountability Commission, and local county governments across the state.
- Represents service providers in the California Child Welfare Council, which is responsible for improving the collaboration and processes of the multiple agencies and courts which serve children and youth in the child welfare and foster care systems (2007-present)
- Assisted in the development of AB 403 in 2015, resulting in the implementation of Continuum of Care Reform.
- Supported the passing of AB 1453 in 2007, resulting in the implementation of Residentially Based Services (RBS) in 2010
- Participated in the development of the California Department of Mental Health Advisory Committee to establish regulations for Community Treatment Facilities to serve as alternative placements to psychiatric hospitalization. (1998)
- Participated on a statewide panel at the Rose Jenkins Conference addressing education reform and mental health systems of care in a managed care environment. (1998)
- Participated in the Wraparound Accreditation Committee in conjunction with the California Department of Social Services to develop and guide statewide legislation and standards for wraparound services under SB 163. (1998)
- Testified before the Little Hoover Commission regarding the current status and future directions of residential treatment for California children with emotional and behavioral challenges. (1998)
- Assisted in the preparation of California Senate Bill 969, which allows for the expansion of the intensive treatment foster care pilot throughout the state (1995).
- Developed and sponsored Senate Bill 2234 that funded pilot projects to provide Intensive Treatment Foster Care, a model for the reform of residential care for California children with serious emotional and behavioral issues (1990).

# PUBLICATIONS

Sprinson, John & Berrick, Kenneth. (2010). Unconditional Care: Relationship-Based, Behavioral Intervention with Vulnerable Children and Families. New York, NY: Oxford University Press.

Berrick, Ken., Detterman, Robin., Rosenthal, Lihi., & Ventura, Jenny. (Forthcoming). Unconditional Education. New York, NY: Oxford University Press.

## PROFESSIONAL EXPERIENCE

**TRUSTEE, AREA 3 |** ALAMEDA COUNTY OFFICE OF EDUCATION | 2008 - PRESENT

**PRESIDENT AND CHIEF EXECUTIVE OFFICER |** SENECA FAMILY OF AGENCIES | 1985 - PRESENT

**FAMILY COUNSELOR & STAFF TRAINER** | GROWING MIND CENTER  | 1984 - 1985

**PAROLE ASSISTANT |** CALIFORNIA YOUTH AUTHORITY | 1983 - 1984

## EDUCATION

**CALIFORNIA STATE UNIVERSITY, SACRAMENTO | 1982**

Bachelor of Arts in Psychology

## AWARDS

Leadership Award, The James Irvine Foundation, 2017.

Mental Health Achievement Award, Mental Health Association of Alameda County Certificate of Special Congressional Recognition, 2015.

Advocate of the Year, California Mental Health Advocates for Children and Youth, 2014.

City Funds Organization to Watch Award, New Schools Venture Fund, 2014.

Employee's Choice Best Medium Sized Company to Work, Glassdoor, 2014.

Exemplary Youth Program (Unconditional Care-Seneca Family of Agencies), Center for the Study of Social Policy, 2014.

## AFFILIATIONS

- Human Exploitation and Trafficking Institute (HEAT). Commissioner, Blue Ribbon Panel. 2015-present.
- Alliance for Strong Families and Communities. Member, CEO Advisory Council. 2015-present.
- Pahara-Aspen Education Fellowship. Fellow, Spring 2016 Cohort.
- East Bay Innovation Academy (EBIA) Charter School. Member, Board of Directors, 2014-present.
- Support, Opportunities, and Rapport (SOAR) for Youth. Member, Board of Directors, 2014-present.
- California County Boards of Education. Legislative Committee Chair, 2010-2011; Executive Committee, President-Elect, 2010-2011; President, 2011-2012.
- California School Boards Association. Board of Directors, 2011-2013.
- California Alliance of Child and Family Services. Board of Directors President, 2008; Education Committee Member, 1998-present.
- California Association of Children's Homes. President, 1999, 1989-1990; Chair, Government Affairs Committee, 1999. Chair, Legislative Affairs Committee, 1990-1991.
- Chabot Space and Science Education Center. Member, JPA Board of Directors, 2009-2011.
- California Child Welfare Council. Governor's Appointee, 2007-present.
- California Council of Community Mental Health Agencies. Member-at-Large, 2005-present; Board of Directors, 2009-2017.
- National Association of Private Special Education Centers, Member, 2009-2013.
- Alameda Council of Community Mental Health Agencies. Member, Children's Committee, 2007; Chair, Children's Committee, 2006; Member, 1994-present.
- Alameda County Mental Health Services Act Planning Commission. Member, Steering Committee, 2006; Member, Stakeholders Group, 2006-present.
- The Child Welfare Services Stakeholders Group, Flexible Funding Subcommittee 2001-2002.
- Alameda County Interagency Children's Policy Council. Member, 1994-1998.

**Exhibit B**

Curriculum Vitae

**John S. Sprinson, Ph.D.**
johnsprinson@comcast.net
john_sprinson@senecacenter.org
(510) 508-5034


EDUCATION:

Duke University, Durham, North Carolina.
Ph.D., 1980, Clinical Psychology

Columbia University, New York, New York.
B.A., 1974, Psychology.

FELLOWSHIPS:

| | |
|---|---|
| 1980-81 | Postdoctoral Fellow in Clinical Psychology<br>Langley Porter Psychiatric Institute<br>University of California at San Francisco |
| 1978-79 | National Institute of Mental Health<br>Pre-doctoral Fellow in Clinical Psychology<br>Mt. Zion Hospital and Medical Center<br>1600 Divisadero Street, San Francisco, CA |
| 1974-77 | U.S. Public Health Services, Fellow in Clinical Psychology<br>Duke University, Department of Clinical Psychology<br>Durham, North Carolina |

ADVANCED TRAINING:

| | |
|---|---|
| Summer 2013 | Adult Attachment Interview Scoring and Interpretation Institute.<br>Two week intensive training for senior clinicians and researchers in the use and application of the Adult Attachment Interview with Mary Main and Erik Hesse. University of California at Berkeley. |


EMPLOYMENT:

| | |
|---|---|
| 2002-Present | **Clinical Director**<br>Seneca Center for Children<br>Development of training materials for the clinical treatment of programs, oversight of and consultation to clinical supervisors, oversight and leadership of agency training functions. |

Training and consultation to various external children's organizations such Court Appointed Special Advocates (CASA) and Legal Services for Children on child development and trauma-informed practice.

| 1986-2002 | **Consulting Psychologist**<br>Seneca Center for Children<br>Clinical supervision and training, program supervision and consultation. |

| 1985-Present | **Private Practice of Clinical Psychology**<br>Child, adolescent and adult psychotherapy, psychological assessment, professional consultation, custody evaluation. |

| 1983-87 | **Adjunct Clinical Instructor**<br>Department of Clinical Psychology<br>University of California at Berkeley<br>Supervision of graduate interns in child, family and couples therapy. |

| 1981-86 | **Assistant Director**<br>Lincoln Child Center, Day Treatment Program<br>Supervision of milieu treatment program for children and their families, psychological assessment, clinical supervision, program planning and grant writing. |

| 1977-78 | **Consulting Psychologist**<br>Lee-Harnett Community Mental Health Center, Sanford, NC.<br>Intellectual and psychological assessment of children, consultation. |

TEACHING EXPERIENCE:

| 1975-76 | Duke University, Department of Psychology<br>Teaching Assistant, Introductory Statistics |

| 1976 | Duke University, Department of Psychology<br>Instructor: Psychology Tutorial – Psychology of Sex Roles |

RESEARCH EXPERIENCE:

1.  Unpublished Major Area Paper:
    "A qualitative Approach to Time Perspective", 1976.
    Unpublished Manuscript:
    "The Development of a Realistic Image of the Future During Adolescence", 1979
    Unpublished Dissertation:

"Realism of Adolescent Time Perspective", 1980.

2.      Research Fellow, Department of Psychology, Duke University
1979-80. Community mental health project.

LICENSURE: Clinical Psychology, California #PSY 8451, Granted 1984.

REFERENCES: Available upon request.

PROFESSIONAL AFFILIATIONS: American Psychological Association

PUBLICATIONS: Sprinson, J.S. and Berrick, K. (2010) *Unconditional Care:
Relationship-based, behavioral intervention with vulnerable children and families.* New
York, 2010.

CONFERENCE PRESENTATIONS:

California Mental Health Advocates for Children and Youth, Annual Conference, May 6
2010. Pacific Grove, CA. *Unconditional Care: An Integrated Approach to Relationship-
based, Behavioral Intervention with Vulnerable Children and Families.*

Foster Family-based Treatment Association Annual Conference, Baltimore Maryland.
August 3, 2010.  *Unconditional Care: Relationship-based, Behavioral Intervention with
Vulnerable Children and Families.*

University of California at Berkeley School of Social Welfare, Colloquium. November 8,
2010. *Unconditional Care: Integrating Diverse Approaches to Supporting Vulnerable
Children and Families.*

American Association of Children's Residential Centers Annual Conference, Seattle,
Washington. April 6, 2011. *Unconditional Care: Relationship-based, Behavioral
Intervention with Vulnerable Children and Families.*

Association for Treatment and Training in the Attachment of Children National
Conference. Baltimore, Maryland,  September 2012.  *Unconditional Care: Treatment as
Revision of the Internal Working Model.*

TRAINING PRESENTATIONS
(Regular training opportunities for clinicians, direct service staff, foster parents, CASA
volunteers, and child welfare workers.

Attachment and Relational Treatment: a review of the science and clinical lore of
attachment research and observation, application of this body of work to the treatment of
children in the child welfare, special education and juvenile justice systems.

<u>Positive Behavioral Intervention</u>: the use of behavioral assessment and intervention in supporting children and youth in both milieu settings and in their families and communities.

<u>Trauma and Its Effects on Child Development</u>: current science on exposure to traumatic stress, the convergence of trauma studies and attachment science, current thinking on support and treatment of traumatized children and adolescents.

<u>Curiosity and Relational Assessment</u>: a critique of current, problematic approaches to assessment and presentation of alternative schemas or assessment and evaluation based on resiliency theory, attachment science and trauma studies.

<u>Ecological Issues In Work With System-Involved Children and Families</u>: a presentation of the historic and current contextual challenges encountered by families and children living in poverty and facing racism and other forms of oppression. The entwined, synergistic effects of these challenges are discussed and engaging these issues in our interventions is discussed.

**Exhibit C**

# JILL DUERR BERRICK

Zellerbach Family Professor
School of Social Welfare
Co-Director, Center for Child and Youth Policy
University of California, Berkeley
120 Haviland Hall
Berkeley, California 94720-7400
(510) 643-7016
dberrick@berkeley.edu

## **Curriculum Vitae**

**PROFESSIONAL EXPERIENCE**

2008 - present     Zellerbach Family Foundation Professor, School of Social Welfare, University of California, Berkeley

2003 - 2008     Professor, School of Social Welfare, University of California, Berkeley

2000 - 2003     Associate Professor, School of Social Welfare, University of California, Berkeley

1996 - 2000     Adjunct Associate Professor, University of California, Berkeley

1990 - 1996     Research Specialist and Lecturer, Social Welfare, U.C. Berkeley

**EDUCATION**

1990     Ph. D.     Social Welfare, School of Social Welfare, University of California, Berkeley, California.

1987     M. S. W.     Social Welfare, School of Social Welfare, University of California, Berkeley, California.

1983     B. A.     History, University of California, Santa Cruz, California, with Honors.

**ADMINISTRATIVE EXPERIENCE**

2000 - Present     Co-Director, Center for Child and Youth Policy

2004 - 2006     Associate Dean for Academic Affairs

1994 - 2001     Director, Center for Social Services Research

1990 - 1994     Director, National Child Welfare Research Center

**RESEARCH EXPERIENCE**

2014 - Present     "California Child Welfare Leadership Training (Cal-CWLT)." National Child Welfare Workforce Institute.

| | |
|---|---|
| 2014 - Present | "Outcomes and experiences of children in family-based care settings."  Zellerbach Family Foundation and Walter S. Johnson Foundation. |
| 2013 - 2014 | "A cross country study of decision making."  Peder Sather funding. |
| 2011 - 2013 | "Promoting positive child welfare outcomes: A study of CASA effectiveness." Walter S. Johnson Foundation. |
| 2010 - 2012 | Principal Investigator, "What to expect when you're a foster parent." Funding from the Silberman Fund and the Fahs-Beck fund for Research. |
| 2007 - 2009 | Principal Investigator, "Partnering for Permanence." Funding from U. S. DHHS, Administration for Children and Families, passed through Contra Costa County. |
| 2006 - 2008 | Principal Investigator, "An Assessment of Differential Response: Implications for Social Work in Diverse Communities." Funding from the California Social Work Education Center. |
| 2002 - 2005 | Principal Investigator, "CalWORKs/Child Welfare Partnership Evaluation." Funding from California Center for Research on Women and Families. |
| 2001 - 2005 | Principal Investigator, "Child Welfare Reform in California." Funding from the David and Lucile Packard Foundation, the Stuart Foundations, and the California Endowment. |
| 1998 - 2002 | Co-Principal Investigator, "California's Child Welfare Waiver Demonstration Evaluation." Funding from California Department of Social Services. |
| 2000 | Principal Investigator, "Education for Foster Children." Funding from Bay Area Social Services Consortium. |
| 2001 | Co-Principal Investigator, "Daily Lives of Poor Families." Funding from Evelyn and Walter Haas Foundation. |
| 1999 - 2000 | Principal Investigator, "Outcomes of Concurrent Planning." Funding from the David and Lucile Packard Foundation. |
| 1999 - 2000 | Principal Investigator, "Studies of the Educational Placement of Children Residing in Group Homes. " Funding from California Department of Education, Subcontract to American Institutes for Research. |
| 1998 - 2001 | Principal Investigator, "Understanding Families in CalWorks and the Child Welfare System: Case Management for Public Child Welfare Workers." Funding from California Social Work Education Center. |
| 1998 - 2001 | Principal Investigator, "Assessing the Effects of Welfare Reform on California's Most Precarious Families." Funding from Urban Institute and Stuart Foundations. |
| 1998 - 2000 | Principal Investigator, "National Longitudinal Study of Children and Families in the Child Welfare System (NSCAW)." Subcontract from the Research Triangle Institute. Funding from the Children's Bureau, DHHS. |
| 1998 - 2000 | Co-Principal Investigator, "Best Practices in Concurrent Planning for Timely Permanency." Funding from San Mateo County Human Services Agency, Santa Clara County Social Services Agency, and Zellerbach Family Fund. |

| | |
|---|---|
| 1998 - 2001 | Principal Investigator, "Assessing Integrated Services to Promote Permanency for Infants and Toddlers." Funding from Stuart Foundations. |
| 1997 - 2000 | Principal Investigator, "Children's Experiences of Out-of-Home Care: Elements of a Successful Foster Care System." Funding from California Social Work Education Center and the David and Lucile Packard Foundation. |
| 1996 - 1998 | Principal Investigator, "Family Resource Centers: An Evaluation of the Family Cooperative Project." Funding from Stuart Foundations. |
| 1998 | Co-Principal Investigator, "Child Welfare Services in California: The Interface Between Private Philanthropy and Public Service." Funding from S. H. Cowell Foundation. |
| 1997 - 1998 | Co-Principal Investigator, "The Impact of Welfare Reform on California Grandparents Raising Grandchildren." Funding from the Public Policy Institute of California. |
| 1997 - 1998 | Co-Principal Investigator, "Understanding the Elements and Significance of Public-Private Partnerships in Family Resource Centers." Funding from S. H. Cowell Foundation. |
| 1996 - 1998 | Principal Investigator, "Assessing the Quality of Kin and Non-Kin Foster Care." Funding from California Social Work Education Center and the David and Lucile Packard Foundation. |
| 1996 - 1998 | Project Director, "Public Assistance, Child Abuse, and Child Welfare: Understanding the Connections for Families with Young Children." Funding from Smith Richardson Foundation. |
| 1995 - 1997 | Project Director, "California Children's Services Data Archive." Funding from Stuart Foundations and California Department of Social Services. |
| 1994 - 1997 | Project Director, "Child Abuse Prevention through Community Empowerment Evaluation." Funding from California Department of Social Services, Office of Child Abuse Prevention. |
| 1996 | Principal Investigator, "Evaluating the Strengthening Families Initiative." Funding from S. H. Cowell Foundation. |
| 1996 | Principal Investigator, "Factors Associated with Family Reunification Outcomes: Understanding Reentry to Care for Infants." Funding from Alameda County Social Services Agency. |
| 1990 - 1995 | Director, National Child Welfare Research Center, Family Welfare Research Group, School of Social Welfare, University of California, Berkeley. Funding from U. S. Department of Health and Human Services, Children's Bureau and Office of Planning and Evaluation. |
| 1995 - 1996 | Principal Investigator, "Kinship Care in Santa Clara County: Assessing Quality of Care." Funding from County of Santa Clara, Social Services Agency. |
| 1994 - 1995 | Project Director, "Kinship Care in California." Funding from California Social Work Education Center. |

| | |
|---|---|
| 1994 - 1995 | Project Director, "Child Welfare Services for Very Young Children." Funding from David and Lucile Packard Foundation. |
| 1992 - 1995 | Project Director, "Multi-State Data Archive." Funding from Chapin Hall Center for Children. |
| 1990 - 1994 | Co-Principal Investigator, "Evaluation of LEARN--A Child Neglect Prevention Program." Study conducted through Duerr Evaluation Resources, Chico, California. Funding from Office of Child Abuse Prevention, State Department of Social Services. |
| 1992 - 1993 | Principal Investigator, "Welfare Reform in Three Counties." Funding from County of Santa Clara Social Services Agency. |
| 1991 - 1993 | Principal Investigator, "Faces of Poverty Research Project." Funding from Smith Richardson Foundation. |
| 1991 - 1992 | Project Director, "Pathways Through Child Welfare Services." Funding from Office of Child Abuse Prevention, State Department of Social Services. |
| 1989 - 1992 | Project Director, "GAIN Child Care and Family Life Study." Funding from Walter S. Johnson Foundation and Smith Richardson Foundation. |
| 1989 - 1991 | Research Consultant, "Strategic Planning for Child Welfare Services in California." Funding from Irvine Foundation and Office of Child Abuse Prevention, State Department of Social Services. |
| 1989 - 1990 | Principal Investigator, "An Evaluation of School-Based Primary Prevention Services." Study conducted through East Bay Agency for Children, Oakland, California. Funding from Walter S. Johnson Foundation. |
| 1988 - 1990 | Project Director "Elementary School Child Abuse Prevention Evaluation." Funding from Conrad Hilton Foundation and Walter S. Johnson Foundation. |
| 1988 - 1989 | Research Consultant, "Cross-cultural Family Intimacy and Discipline: Implications for Child Abuse Prevention." Funding from Conrad Hilton Foundation. |
| 1986 - 1988 | Research Associate, "Evaluation of Preschool-Based Child Abuse Prevention." Funding from U. S. National Center on Child Abuse and Neglect. |
| 1985 - 1986 | Evaluation Intern, New Connections - Drug and Alcohol Abuse Counseling Center, Concord, California. |

**TEACHING EXPERIENCE**

| | |
|---|---|
| 1991 - Present | Taught the following courses for the School of Social Welfare, U. C. Berkeley: |
| | Social Problems and Social Welfare in the Community |
| | Social Work: Introduction to the Profession |
| | Introduction to Social Policy and Social Welfare |
| | Introduction to Social Welfare Research |
| | Social Welfare Policy Practice |
| | Social Policy: Children and Families |
| | Undergraduate Honors Thesis seminar |
| | Interdisciplinary Perspectives on the Young Child in Society |
| | Assisting Vulnerable Children and Families |

> Reflections on Contemporary Child Welfare Services: Child welfare through the eyes of the child.
> Doctoral seminar: Preparation for Qualifying papers and exams
> Navigating doctoral education and the academy beyond

| | |
|---|---|
| 1994 - 1997 | Instructor, "The Network of Services for Children and Families," University of California Extension. |
| 1984 - 1985 | Teacher, Friends Preschool and Day Care, Palo Alto, California. |
| 1983-1984 | Head Teacher, Menlo Montessori Preschool, Menlo Park, California. |
| 1983 | Teacher/Counselor, Battered Women's Shelter Preschool, San Diego, California. |
| 1983 | Teaching Assistant, English Literature, University of California, Santa Cruz, California. |

## PUBLICATIONS-BOOKS

Berrick, J.D. (in press).  The impossible imperative: Navigating the competing principles of child protection. New York, NY: Oxford University Press.

Berrick, J. D. (2008). Take me home: Protecting America's vulnerable children and families. New York, NY: Oxford University Press.

Berrick, J. D., & Gilbert N. (Eds. ) (2008). Raising children: Emerging needs, modern risks, and social responses. New York, NY: Oxford University Press.

Berrick, J. D., & Fuller, B. (Eds. ) (2005). Good parents or good workers? How policy shapes families' daily lives. New York, NY: Palgrave Macmillan.

Berrick, J. D., Needell, B., Barth, R. P., & Jonson-Reid, M. (1998). The tender years: Toward developmentally sensitive child welfare services for very young children. New York, NY: Oxford University Press.

Berrick, J. D., Barth, R. P., & Gilbert, N. (Eds. ) (1997). Child welfare research review (Vol. II). New York, NY: Columbia University Press.

Berrick, J. D. (1995). Faces of poverty: Portraits of women and children on welfare. New York, NY: Oxford University Press.

Barth, R. P., Berrick, J. D., & Gilbert, N. (Eds. ) (1994). Child welfare research review (Vol. I). New York, NY: Columbia University Press.

Barth, R. P., Courtney, M., Berrick, J. D., & Albert, V. (1994). From child abuse to permanency planning: Child welfare services, pathways, and placements. Hawthorne, NY: Aldine de Gruyter.

Berrick, J. D. & Gilbert, N. (1991). With the best of intentions: The child sexual abuse prevention movement. New York, NY: Guilford Press.

Gilbert, N., Berrick, J. D., LeProhn, N., & Nyman, N. (1989). Protecting young children from sexual abuse: Does preschool training work? Lexington, MA: Lexington.

**PUBLICATIONS-PEER REVIEW ARTICLES**

*In Press*

Berrick, J.D., Dickens, J., Poso, T., & Skivenes, M. (in press). Time and its relationship to quality decision making : A Cross-country analysis.  Human Service Organizations Management, Leadership, and Governance.

*In Review*

Berrick, J.D., Dickens, J., Poso, T., & Skivenes, M. (in review).  A cross-country comparison of child welfare systems responses to children appearing to be at risk or in need of help.

*In Preparation*

Berrick, J.D., Dickens, J., Poso, T., & Skivenes, M. (in preparation).  Child welfare workers' assessment of risk, consequences, and strategies: A cross-country analysis.

Lawson, J., Maynard, B., & Berrick, J.D. (in preparation).  Court Appointed Special Advocates (CASA) as an Intervention for Improving Key Child Welfare Case Outcomes: A Systematic Review.  *Campbell Collaboration.*

*Published*

Berrick, J.D. & Boyd, R. (2016).  The financial well-being of children in family-based foster care: Exploring variation in income supports for kin and non-kin caregivers. Children and Youth Services Review, 69, 166-173.

Berrick, J.D. & Hernandez, J. (2016).  Developing consistent and transparent kinship care policy and practice: State mandated, mediated, and independent care.  Children and Youth Services Review, 68, 24-33.

Dickens, J., Berrick, J.D., Poso, T., & Skivenes, M. (2016).  Social wokers and independent experts in child protection decision making : Messages from an inter-country comparative study. British Journal of Social Work.

Berrick, J.D., Dickens, J., Poso, T., & Skivenes, M. (2016).  Parents' involvement in care order decisions : A cross-country study of front line practice. Child and Family Social Work, 1-12.

Berrick, J.D., Dickens, J., Poso, T., & Skivenes, M. (2015).  Children's involvement in care order decision making : A cross-country comparison. Child Abuse and Neglect, 49, 128-141.

Wiegmann, W., Lery, B., & Berrick, J.D. (2015).  Building an evidence-driven child welfare workforce: A university-agency partnership. Journal of Social Work Education, 51(2), S283-S298.

Berrick, J.D., Peckover, S., Poso, T., & Skivenes, M. (2015).  The formalized framework for decision making in child protection care orders:  A cross-country comparison.  Journal of European Social Work, 25(4), 336-378.

Lee, C. & Berrick, J.D. (2014).  Experiences of youth who transition to adulthood out of care: Developing a theoretical framework. Children and Youth Services Review, 46, 78-84.

Berrick, J.D. & Durst, W.  (2014). Court appointed special advocate (CASA) volunteerism: Preparing MSW students for public child welfare practice. Journal of Social Work Education, 50(1), 176-183. doi:10.1080/10437797.2014.856247

Berrick, J.D. & Skivenes, M. (2013).  Fostering in the welfare states of the U.S.A. and Norway. Journal of European Social Policy, 23(4), 423-436.

Lawson, J. & Berrick, J.D. (2013). Establishing CASA as an evidence-based practice. Journal of Evidence-Based Practice, 10(4), 321-337, DOI: 10.1080/15433714.2012.663674

Berrick, J.D. & Skivenes, M. (2012).  Dimensions of high quality foster care: Parenting Plus.  Children and Youth Services Review, 34(9), 1956-1965.

Berrick, J.D., Cohen, E., & Anthony, E. (2011). Partnering with parents: Promising approaches to improve reunification outcomes for children in foster care. Journal of Family Strengths, 11(1), Article 14. Available at: http://digitalcommons.library.tmc.edu/jfs/vol11/iss1/14.

Berrick, J. D., Shauffer, C., & Rodriguez, J. (2011). Recruiting for excellence in foster care: Marrying child welfare research with brand marketing strategies. Journal of Public Child Welfare, 5(2), 271-281.

Berrick, J. D., Young, E. W., Cohen, E., & Anthony, E. (2011). "I am the face of success:" Peer mentors in child welfare. Child and Family Social Work, 16(2), 179-191.

Conley, A. & Berrick, J. D. (2010). Community-based child abuse prevention: Outcomes associated with a Differential Response program in California. Child Maltreatment, 15(4), 282-292.

Berrick, J. D., Choi, Y., D'Andrade, A., & Frame, L. (2008). Reasonable efforts? Implementation of the reunification exception provisions of ASFA. Child Welfare, 87(3),163-182.

Conley, A. & Berrick, J. D. (2008). Implementing Differential Response in ethnically diverse neighborhoods Protecting Children.

Fox, A., Berrick, J. D., & Frasch, K. (2008). Safety, family, permanency, and child well-being: What we can learn from children. Child Welfare, 87(1), 63-90.

Coakley, J. F. & Berrick, J. D. (2008). Research review: In a rush to permanency: Preventing adoption disruption. Journal of Child and Family Social Work, 13(1), 101-112.

Ayasse, R. H., Donahue, J., & Berrick, J. D. (2007). The school enrollment process for group home youth: An examination of interagency collaboration on behalf of youth transitioning into new group homes. Journal of Public Child Welfare, 1(3), 95-114.

Berrick, J. D. (2007). A response to David Crampton's response to: Neighborhood-based foster care: A critical examination of location-based placement criteria. Social Service Review, 81(2), 347-349.

Frame, L. C., Conley, A., & Berrick, J. D. (2006). "The real work is what they do together:" Peer support and child welfare services. Families in Society, 87(4), 509-520.

Berrick, J. D. (2006). Neighborhood-based foster care: A critical examination of location-based placement criteria. Social Service Review, 80(4), 569-583.

Fox, A. & Berrick, J. D. (2006). A response to *No one ever asked us:* A review of children's experiences in out-of-home care. Child and Adolescent Social Work Journal.

Frame, L., Berrick, J. D., & Coakley, J. F. (2006). Essential elements of implementing a system of concurrent planning. Journal of Child and Family Social Work, 357-367.

D'Andrade, A. & Berrick, J. D. (2006). When policy meets practice: The untested effects of permanency reforms in child welfare. Journal of Sociology and Social Welfare, 33(1), 31-52.

D'Andrade, A., Frame, L., & Berrick, J. D. (2006). Concurrent planning in public child welfare agencies: Oxymoron or work in progress? Children and Youth Services Review, 28(1), 78-95.

Berrick, J. D. (2005). Marriage, motherhood, and welfare reform. Social Policy and Society, 4(2), 133-146.

Mitchell, L., Barth, R. P., Green, R., Wall, A., Biemer, P., Berrick, J. D., et al. (2005). Child welfare reform in the United States: Findings from the NSCAW Local Agency Survey. Child Welfare, 84, 5-14.

Frame, L. & Berrick, J. D. (2003). The effects of welfare reform on families involved with public child welfare services: Results from a qualitative study. Children and Youth Services Review, 25(1-2), 113-138.

Barth, R. P., Biemer, P., Runyan, D., Webb, M. B., & Berrick, J. D. (2002). Methodological lessons from the National Survey of Child and Adolescent Well-Being: The First Three Years of the USA's First National Probability Study of Children and Families Investigated for Abuse and Neglect. Children and Youth Services Review, 24, 513-544.

Geen, R. & Berrick, J. D. (2002). Kinship care: An evolving service delivery option. Children and Youth Services Review, 24(1-2), 1-14.

Shlonsky, A. R. & Berrick, J. D. (2001). Assessing and promoting quality in kin and non-kin foster care. Social Service Review, 75(1), 60-83.

Frame, L., Berrick, J. D., & Brodowski, M. L. (2000). Understanding reentry to foster care for reunified infants. Child Welfare, 74(4), 339-369..

Berrick, J. D., Frasch, K., & Fox, A. (2000). Assessing children's experiences of out-of-home care: Methodological challenges and opportunities. Social Work Research, 24(2), 119-127.

Berrick, J. D. (1999). Entitled to what? Welfare and child welfare in a shifting policy environment. Children and Youth Services Review, 21(9/10), 709-718.

Berrick, J. D., Needell, B., & Minkler, M. (1999). The policy implications of welfare reform for older caregivers, kinship care, and family configuration. Children and Youth Services Review, 21(9/10), 843-864.

Austin, M. J., Martin, M., Carnochan, S., Goldberg, S., Berrick, J. D., Weiss, B., & Kelley, J. (1999). Building a comprehensive agency-University partnership: A case study of the Bay Area Social Services Consortium. Journal of Community Practice, 6(3), 89-106.

Minkler, M., Berrick, J. D., & Needell, B. (1999). Impacts of welfare reform on California grandparents raising grandchildren: Reflections from the field. Journal of Aging and Social Policy, 10(3), 45-64.

Berrick, J. D. (Spring, 1998). When children cannot remain home: Temporary foster care and kinship care. Future of Children, 8(1), 72-87.

Berrick, J. D. (1997). Assessing quality of care in kinship and foster family care. Family Relations, 46(3), 273-280.

Berrick, J. D., Barth, R. P., Needell, B., & Jonson-Reid, M. (1997). Group care and young children. Social Service Review, 71(2), 257-273.

8

Berrick, J. D. (Summer/1996). From mother's duty to personal responsibility: The evolution of AFDC. Hastings Women's Law Review Journal, 7(2), 257-274.

Courtney, M. E., Barth, R. P., Berrick, J. D., Brooks, D., Needell, B., & Park, L. (March/April, 1996). Race and child welfare services: Past research and future directions. Child Welfare, 75(2), 99-137.

Berrick, J. D. & Duerr, M. (January, 1996). Maintaining positive school relationships: The role of the school social worker vis-à-vis full-service schools. Social Work in Education, 18(1), 53-59.

Berrick, J. D. & Karski, R. L. (Fall, 1995). Emerging issues in child welfare: A state survey of child welfare administrators. Public Welfare, 53(4), 4-11.

Berrick, J. D. & Barth, R. P. (1994). Research on kinship foster care: What do we know? Where do we go from here? Children and Youth Services Review, 16(1-2), 1-6.

Berrick, J. D., Barth, R. P., & Needell, B. (1994). A comparison of kinship foster homes and foster family homes: Implications for kinship foster care as family preservation. Children and Youth Services Review, 16(1-2), 33-64.

Berrick, J. D., Courtney, M. E., & Barth, R. P. (1993). Specialized foster care and group home care: Similarities and differences of children in care. Children and Youth Services Review, 15, 453-473.

Berrick, J. D. (February, 1993). Group care for children in California: Trends in the '90s. Child and Youth Care Forum, 22(1), 7-22.

Berrick, J. D. & Barth, R. P. (December, 1992). Child sexual abuse prevention: Research review and recommendations. Social Work Research and Abstracts, 28(4), 6-15.

Berrick, J. D. (July, 1991). Welfare and child care: The intricacies of competing social values. Social Work, 36(4), 345-352.

Berrick, J. D. & Barth, R. (April, 1991). The role of the school social worker in child abuse prevention. Social Work in Education, 13(3), 195-202.

Berrick, J. D. (1991). Sexual abuse prevention training for preschoolers: Implications for moral development. Children and Youth Services Review, 3(1-2), 61-76.

Berrick, J. D. (Summer, 1989). Sexual abuse prevention education: Is it appropriate for the preschool child? Children and Youth Services Review, 11(2), 146-158.

Berrick, J. D. (Fall, 1988). Parental involvement in child abuse prevention training: What do they learn? International Journal of Child Abuse and Neglect, 12(4), 543-554.

## PUBLICATIONS-OTHER

Kimberlin, S. & Berrick, J.D. (2015).  Poor for how long?  Chronic vs. transient child poverty in the United States.  In E. Fernandez (Ed.).  Theoretical and empirical insights into child and family poverty: Cross national perspectives.  Springer Publisher.

Berrick, J.D. (2015).  Protecting children from maltreatment in the U.S. Arbor (Spanish journal). http://arbor.revistas.csic.es/index.php/arbor/issue/current

Berrick, J.D. (2015). Research and practice with families in foster care.  In S. Browning & K. Pasley.

Contemporary families: Translating research into practice.  Routledge Press.

Berrick, J. D. (2011). Trends and issues in the U. S. child welfare system. In N. Gilbert, N. Parton, & M. Skivnes (Eds. ) Child protection systems: International trends and orientations.  (17-35). New York: Oxford University Press.

Berrick, J. D. & Henry, C. (2011). Child welfare. Oxford Bibliographies Online. : Social Work. doi: 10.1093/obo/9780195389678-0011.

Berrick, J. D., Weissinger, E., & Lawson, J. (2011). Adoption. Oxford Bibliographies Online. : Social Work. doi: 10.1093/OBO/9780195389678-0010.

Frame, L. C., Berrick, J. D., & Knittel, J. (2010). Parent mentors in child welfare: A paradigm shift from traditional services. The Source., 20(1), 2-6.

Berrick, J. D. (2008). Kinship care. In T. Fitzpatrick, H. Kwon N. Manning, J. Midgley, & G. Pascall (Ed. ), International Encyclopedia of Social Policy. London: Routledge.

Berrick, J. D. (2008). Income maintenance and support: The changing face of welfare. In J. Midgley, M. B. Tracy, and M. Livermore (Eds. ), Handbook of social policy. (336-346). Revised edition. Thousands Oaks, CA: Sage Publications.

Berrick, J. D. (2008). From private to public: Paying grandparents as caregivers. In Berrick, J. D., & Gilbert, N. (Eds. ) Raising children: Emerging needs, modern risks, and social responses. (27-43). New York: Oxford University Press.

Berrick, J. D., Frame, L., Langs, J., & Varchol, L. (2006). Working together for children and families: Where TANF and child welfare meet. Journal of Policy Practice, 5 (2-3). Also published in R. Hoefer and J. Midgley (Eds. ), International perspectives on welfare to work policy. Haworth Press.

Thomas, K. L., Cohen, E., & Berrick, J. D. (2003). California's Waiver evaluation of FGDM: A unique opportunity. Protecting Children, 18(162), 52-56.

Berrick, J. D. (2001). Personal Responsibility, Private Behavior, and Public Benefits: Targeting social welfare in the United States. In N. Gilbert (Ed. ), Targeting social benefits. New York, NY: Transaction Books. (Translated into Chinese: China Labor and Social Security Publishing House (2004).

Berrick, J. D. (2000). The benefits of kinship care. In M. Kluger, G. Alexander, and P. Curtis (Eds. ), What works in child welfare? Washington, DC: Child Welfare League of America.

Berrick, J. D. (2000). Income maintenance and support: The changing face of welfare. In J. Midgley, M. B. Tracy, and M. Livermore (Eds. ), Handbook of social policy. Thousands Oaks, CA: Sage Publications. Second edition in press.

Berrick, J. D. & Needell, B. (1999). Recent trends in kinship care: Public policy, payments, and outcomes for children. In P. A. Curtis and G. Dale (Eds. ), The foster care crisis: Translating research into practice and policy. University of Nebraska Press.

Berrick, J. D., Needell, B., & Barth, R. P. (1998). Kin as a family and child welfare resource: The child welfare worker's perspective. In R. L. Hegar and M. Scannapieco (Eds. ), Kinship foster care: Policy, practice, and research. New York, NY: Oxford University Press.

Berrick, J. D. & Duerr, M. (1998). Maintaining positive school relationships: The role of the social worker vis-à-vis full-service schools. In E. M. Freeman, C. G. Franklin, R. Fong, G. L. Shaffer, and E. M. Timberlake

(Eds. ), <u>Multisystem skills and interventions in school social work practice</u>. Washington, DC: NASW Press.

Berrick, J. D. & Duerr, M. W. (1997). Preventing child neglect: A study of an in-home program for children and families. In J. D. Berrick, R. P. Barth, and N. Gilbert (Eds. ), <u>Child welfare research review</u> (Vol. II). New York, NY: Columbia University Press.

Berrick, J. D. & Gilbert, N. (1995). Prevention of child sexual abuse in American primary schools. In B. Marquardt-Mau (Ed. ), <u>Prevention of child sexual abuse in school: Between hope and reality. Background and experiences from different countries</u>. Kiel, Germany: Juventa Publishers.

Berrick, J. D. & Gilbert, N. (1994). Should children be required to participate in school programs designed to prevent child molestation? In M. A. Mason and E. Gambrill (Ed. ), <u>Debating children's lives: Current controversies on children and adolescents</u>. Thousand Oaks, CA: Sage.

Berrick, J. D., Barth, R. P., Needell, B., & Courtney, M. E. (1993). Relative foster care and the preservation of families. <u>Papers from the Sixth Annual Conference on Family Based Services</u>. Cedar Rapids, IA: National Association for Family Based Services.

**PUBLICATIONS-BOOK REVIEWS**

Berrick, J.D. (2011). [Review of Gainsborough, J.F., <u>Scandalous politics: Child welfare policy in the United States.</u>] <u>Social Service Review</u>, <u>85</u>(4), 667-670.

Berrick, J. D. (2009). [Review of Chaskin, R., & Rosenfeld, J., <u>Research for action: Cross-national perspectives on connecting knowledge, policy, and practice for children.</u>] <u>International Journal of Social Welfare</u>, <u>18</u>(3), 324-325.

Berrick, J. D. (2005). [Review of M. Rank, <u>One nation, underprivileged: Why American poverty affects us all.</u>] <u>International Journal of Social Welfare</u>, <u>14</u>(1), 69.

Berrick, J. D. (2002). [Review of J. Horwath (Ed. ), <u>The child's world: Assessing children in need.</u>] <u>European Journal of Social Work</u>, <u>5</u>(2), 244-246.

Berrick, J. D. (2002). [Review of J. P. Gleeson & C. F. Hairston (Eds. ), <u>Kinship care: Improving practice through research</u>.] <u>Children and Youth Services Review</u>.

Berrick, J. D. (2001). [Review of Rush, <u>Loving across the color line.</u>] <u>Journal of Sociology and Social Welfare</u>, <u>28</u>(3), 229-232.

Berrick, J. D. (1999). [Review of M. Harder and K. Pringle, <u>Protecting children in Europe: Towards a new millennium.</u>] <u>European Journal of Social Work</u>, <u>2</u>(1), 106-107.

Berrick, J. D. (1999). [Review of Hughes and Rycus, <u>Developmental disabilities and child welfare.</u>] <u>Child and Adolescent Social Work Journal</u>, <u>16</u>(4), 317-320.

Berrick, J. D. (1998). [Review of Holloway, Fuller, Rambaud, and Eggers-Pierola, <u>Through my own eyes: Single mothers and the culture of poverty.</u>] <u>Journal of Sociology and Social Welfare</u>.

Berrick, J. D. (1997). [Review of Gensler, <u>The American welfare system.</u>] <u>Journal of Social Service Research</u>, <u>23</u>(1).

Berrick, J. D. (1997). [Review of L. B. Costin, H. J. Karger and D. Stoesz, <u>The politics of child abuse in America.</u>] <u>Journal of Sociology and Social Welfare</u>, <u>24</u>(4), 161-164.

Berrick, J. D. (1994). [Review of V. Polokow, Lives on the edge.] Children and Youth Services Review, 17(1-2).

Berrick, J. D. (Spring, 1991). [Book review of National Conference of State Legislators The child care guarantee in welfare reform.] Children and Youth Services Review.

Berrick, J. D. (1991). [Review of J. J. Krivacska, Designing child sexual abuse prevention programs.] Children and Youth Services Review, 3(1-2), 61-76.

Berrick, J. D. (Summer, 1990). [Review of J. J. Krivacska, Designing child sexual abuse prevention programs.] Issues in Child Abuse Accusations, 2(3), 175-177.

**REPORTS**

Cohen, E., Fawley, K., & Berrick, J. D. (2009). Outcomes of the Contra Costa County Transition-Age Youth Survey. (University of California, Berkeley, Center for Social Services Research).

Anthony, E., Berrick, J. D., Cohen, E., & Wilder, E. (2009). Partnering with Parents: Promising Approaches to Improve Reunification Outcomes for Children in Foster Care. (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D. & Frame, L. (2005). CalWORKs/Child Welfare Partnership Project Evaluation (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D., D'Andrade, A., Frame, L., & Coakley, J. (2004). Child Welfare Permanency Reforms (University of California, Berkeley, Center for Social Services Research).

Sogar, C., Berrick, J. D., Frame, L., & Frasch, K. (2001). Experiences of Living Through Welfare Reform in One California County (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D. & Edelstein, S. (2001). Foster Care and Adoption: How Prop 10 Commissions Can Help California's Most Vulnerable Children (University of California, Los Angeles).

D'Andrade, A., Choice, P., Martin, M., Berrick, J., & Austin, M. (2000). Concurrent Planning: The Influence of Bypass and Poor Prognosis Indicators on Child Welfare Outcomes (University of California, Berkeley, Bay Area Social Services Consortium).

Martin, M., D'Andrade, A., Choice, P., Berrick, J., & Austin, M. (1999). Concurrent Planning for Timely Permanence: The Influence of Children's Characteristics, Prognosis Indicators, and Agency Staff Perceptions (University of California, Berkeley, Bay Area Social Services Consortium).

Brooks, D., Berrick, J. D., Webster, D., & Barth, R. P. (1998). An Overview of the Child Welfare System in California: Today's Challenges and Tomorrow's Innovations (University of California, Center for Social Services Research).

Ferguson, C., Berrick, J. D., & Barth, R. P. (1998). Strengthening Families Through Family Resource Centers: Understanding the Elements and Significance of Public and Private Partnerships (University of California, Center for Social Services Research).

Minkler, M., Berrick, J. D., & Needell, B. (1998). The Impact of Welfare Reform on California Grandparents Raising Grandchildren (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D., Brodowski, M. L., & Frame, L. (1997). Factors Associated with Family Reunification Outcomes: Understanding Reentry to Care (University of California, Bay Area Social Services Consortium).

Berrick, J. D., Jonson-Reid, M., Barth, R. P., & Lurkis, L. (1997). <u>Child Abuse Prevention Through Community Empowerment</u> (University of California, Child Welfare Research Center).

Berrick, J.D., Needell, B., Barth, R. P., & Jonson-Reid, M. (1996). <u>The Tender Years: Toward Developmentally-Sensitive Child Welfare Services for Very Young Children</u> (University of California, Berkeley, Child Welfare Research Center).

Berrick, J. D. (1996). <u>Assessing Quality of Care in Kinship and Foster Family Care</u> (University of California, Berkeley, Center for Social Services Research, Bay Area Social Services Consortium).

Jonson-Reid, M., Berrick, J. D., & Barth, R. P. (1996). <u>Roseville Family Cooperative Project</u> (University of California, Berkeley, Child Welfare Research Center).

Rogers, K., Berrick, J. D., & Barth, R. P. (1996). <u>Collaboration and Community Empowerment for Primary Prevention</u> (University of California, Child Welfare Research Center).

Berrick, J. D., Buchanan, S., & Barth, R. P. (1996). <u>Strengthening Families Through Family Resource Centers</u> (University of California, Child Welfare Research Center).

Rogers, K., Berrick, J. D., & Barth, R. P. (1996). <u>Auburn Greens' Family Cooperative Project: First Year Report</u> (University of California, Child Welfare Research Center).

Duerr, M., Berrick, J. D., & King, D. (1994). <u>Local Efforts to Address and Reduce Child Neglect LEARN</u> (Duerr Evaluation Resources).

Berrick, J. D., Barth, P., Needell, B., & Jonson-Reid, M. (1993). <u>Research Regarding Young Children in Group Care</u> (University of California, Berkeley, Child Welfare Research Center).

Berrick, J. D, & Adams, A. (1993). <u>Evaluation of SB 689--GAIN</u> (University of California, Berkeley, Family Welfare Research Group).

Gilbert, N., Berrick, J. D., & Meyers, M. K. (1992). <u>GAIN Family Life & Child Care Study</u> (University of California, Berkeley, Family Welfare Research Group).

Berrick, J. D., Barth, B., Courtney, M., & Albert, V. (1992). <u>Pathways Through Child Welfare Services</u> (University of California, Berkeley, Child Welfare Research Center).

Gilbert, N. & Berrick, J. D. (1990). <u>Evaluation of California's First and Third Grade Sexual Abuse Prevention Programs</u> (University of California, Berkeley, Family Welfare Research Group).

Barth, R. P., Berrick, J. D., Courtney, M., & Pizzini, S. (1990). <u>A Snapshot of California's Families and Children Pursuant to the Child Welfare Reforms of the 1980's</u> (University of California, Berkeley, Child Welfare Research Center).

Barth, R. P., Berrick, J. D., & Courtney, M. (1990). <u>A Second Snapshot of Families, Children and Child Welfare Services in California</u> (University of California, Berkeley, Child Welfare Research Center).

Barth, R. P., Berrick, J. D., & Courtney, M. (1990). <u>A Third Snapshot of California's Children and Families in the Context of the External and Internal Environment</u> (University of California, Berkeley, Child Welfare Research Center).

Barth, R. P., Berrick, J. D., & Courtney, M. (1990). <u>A Fourth Snapshot of Services to California's Children and Families</u> (University of California, Berkeley, Child Welfare Research Center).

Gilbert, N., Daro, D., Berrick, J. D., Le Prohn, & Nyman, N. (1988). <u>Child Sexual Abuse Prevention: Evaluation of Education Materials [Preschool Programs]</u> (University of California, Berkeley, Family Welfare Research Group).

## CURRICULA

Berrick, J. D., Helalian, H. S., Frame, L., Fabella, D., Lee, K., & Karpilow, K. (2010). <u>Child Welfare and CalWorks: Opportunities for Collaboration to Benefit Children and Families</u> (University of California, Berkeley, Center for Social Services Research).

Conley, A. & Berrick, J. D. (2008). <u>Differential Response: Implications for Social Work Practice in Diverse Communities</u> (University of California, Berkeley, Center for Child and Youth Policy).

Berrick, J. D. & Ayasse, R. (2004). <u>Improving Educational Services for Foster Youth Living in Group Homes: An Analysis of Interagency Collaboration</u> (University of California, Berkeley, Child Welfare Research Center).

Frame, L., Berrick, J. D., Sogar, C., Berzin, S. C., & Pearlman, J. (2001). <u>CalWORKs and Child Welfare: Case Management for Public Child Welfare Workers</u> (University of California, Berkeley, Center for Social Services Research).

Fox, A., Frasch, K., & Berrick, J. (2000). <u>Listening to Children in Foster Care</u> (University of California, Berkeley, Center for Social Services Research).

Berrick, J. D., Needell, B., Shlonsky, A., Simmel, C., & Pedrucci, C. (1999). <u>Assessment, Support, and Training for Kinship Care and Foster Care: An Empirically-Based Curriculum</u> (University of California, Berkeley, Center for Social Services Research).

Frame, L., Berrick, J. D., Lee, S., Needell, B., Cuccaro-Alamin, S., Barth, R. P., Brookhart, A., & Pernas, M. (1998). <u>Child Welfare in a CalWorks Environment: An Empirically-Based Curriculum</u> (University of California, Child Welfare Research Center).

Berrick, J. D., Needell, B., & Barth, R. P. (1995). <u>Kinship Care in California: An Empirically-Based Curriculum</u> (University of California, Berkeley, Child Welfare Research Center).

## SPECIAL ISSUES EDITOR

2002        Guest Editor, *Children and Youth Services Review*, Special Issue: Kinship Care

1999        Guest Editor, *Children and Youth Services Review,* Special Issue: Welfare Reform and Child Welfare

1994        Guest Editor, *Children and Youth Services Review,* Special Issue: Kinship Care

## OP-ED

2016        What have they got to lose? When will Black Americans win? *San Francisco Chronicle,* August 29, 2016.

2013        Government programs for the poor: Boondoggle or lifeline? *San Jose Mercury News,* November 5, 2013.

| 2012 | Time to treat child poverty as a public health disaster. *Oakland Tribune,* January 12, 2012 |
|---|---|
| 2010 | Without a safety net, teen foster kids need a lift into adulthood. *San Francisco Chronicle,* May 14, 2010. |
| 2008 | Who Claims the Family Policy Agenda? *San Francisco Chronicle,* October 10, 2008. |
| 2006 | Foster Youth's Eternal Quest for a 'Forever Family', *San Francisco Chronicle*, November 28, 2006. |
| 2006 | Kids in Care, Waiting for a Change. *San Francisco Chronicle*, May 30, 2006. |
| 2006 | Governor's Budget Shortchanges Children. *Oakland Tribune,* May 25, 2006. |
| 1994 | Welfare Grants: An Uncertain Future for the Poor. *San Francisco Examiner*, October 16, 1995. |

**WORKSHOPS AND PRESENTATIONS - INTERNATIONAL**

| February, 2017 | Fighting poverty: A case for investing in family oriented policies and programs. United Nations 55th Session of the Commission for Social Development.  United Nations Headquarters, New York, U.S.A. |
|---|---|
| September, 2016 | Poverty and child welfare outcomes for children, youth, and families: Chronic vs. transient child poverty in the U.S. (with Sara Kimberlin) European Scientific Association on Residential and Family Care for Children and Adolescents.  Oviedo, Spain. |
| September, 2016 | Children's and parents' decision making in child protection decision making (with Jonathan Dickens, Tarja Poso, & Marit Skivenes). European Scientific Association on Residential and Family Care for Children and Adolescents.  Oviedo, Spain. |
| September, 2016 | Working with peer mentors to support reunification. European Scientific Association on Residential and Family Care for Children and Adolescents.  Oviedo, Spain. |
| April, 2015 | Assessing the quality of decision making in child protection: A cross-country study. British Association for the Study and Prevention of Child Abuse and Neglect.  Edinburgh, Scotland. |
| September, 2014 | Decision making in child protection care orders: A cross-country analysis of practice around children's involvement.  European Scientific Association on Residential and Family Care for Children and Adolescents.  Copenhagen, Denmark. |
| December, 2013 | Protecting children from maltreatment in the U.S.  UNED Association, Segovia, Spain. |
| September, 2013 | A cross-country study of the qualities of decisions about care orders.  International Society for the Prevention of Child Abuse and Neglect, Dublin, Ireland. |
| August, 2012 | Keynote Address: Poverty, family, and social exclusion. Association of Children's Welfare Agencies National Conference, Sydney Australia. |
| August, 2012 | Master class: Recruitment, Training, and Support for high quality foster care. Association of Children's Welfare Agencies Conference.  Sydney, Australia. |

| | |
|---|---|
| July, 2012 | Keynote Address: <u>Foster care recruitment, retention, and support.</u> Japanese Society of Child Care Agencies. Tokyo, Japan. |
| September, 2011 | <u>Trends and issues in the U.S. child welfare system</u> and <u>Reuniting parents and children: The role of birth parents.</u> International Society for the Prevention of Child Abuse and Neglect, Tampere, Finland. |
| November, 2010 | <u>Transformations in child protection practice in the U.S.</u> University of Vechta, Germany. |
| June, 2009 | <u>Recent trends in child welfare</u>. Combatting Child Abuse seminar. London, England. |
| September, 2008 | <u>Trends and Issues in the U. S. Child Welfare System</u>. Combatting Child Abuse seminar. Bergen, Norway. |
| June, 2008 | <u>Child Welfare Past and Future: Innovations to Protect Vulnerable Children and Families</u>. Conference of the Korean Association of Group Homes. Seoul, Korea |
| September, 2005 | <u>From Private to Public: The Role of Grandparents in the Protection and Care of Children.</u> European Social Policy Analysis conference. University of Fribourg, Switzerland. |
| October, 2004 | <u>Integrating Welfare and Child Welfare Services</u>. University of Bath, United Kingdom. |
| August, 2002 | <u>Marriage, Motherhood, and Other Social Conventions: Welfare Reform and the Politics of Enforced Morality</u>. Keynote address. European Social Values, Social Policy Conference, Tilburg, Netherlands. |
| June, 2001 | <u>Social Policy, Programs, and Methods for Abused and Neglected Children in the U. S.</u> Social Services Summer School Program, Granada, Spain. |
| September, 1998 | <u>Child Maltreatment and Foster Care for Infants: Implications for the Cognitive, Affective, and Physical Development of the Child</u>. 12th International Congress on Child Abuse and Neglect, Auckland, New Zealand. |
| January, 1998 | <u>Targeting Social Welfare Benefits in the United States: Policy Opportunities and Pitfalls</u>. Second International Research Conference on Social Security, Jerusalem, Israel. |

**WORKSHOPS AND PRESENTATIONS - NATIONAL**

| | |
|---|---|
| March, 2014 | <u>The end of foster care as we know it: An analysis of the declining foster care census.</u> Invited lecture. University of Missouri. Columbia, MO. |
| January, 2014 | <u>Family poverty and the child welfare system.</u> Invited lecture. California Department of Social Services. Sacramento, CA |
| September, 2013 | <u>The promise of peer mentors in TANF: Lessons from child welfare</u>. Region IX TANF Technical Assistance Meeting. American Canyon, CA. |
| July, 2013 | <u>Peer mentors in child welfare</u>. North Dakota Children and Family Services Conference. Bismarck, ND. |
| May, 2013 | <u>Children whose parents have experienced childhood trauma.</u> Child and Family Policy Forum. Chapin Hall Center for Children. Chicago, IL. |
| November, 2012 | <u>Court Appointed Special Advocate (CASA) Volunteerism: Preparing students for practice.</u> Council on Social Work Education. Washington, D.C. |

May, 2012     <u>Timely permanence: What it looks like and why it matters</u>. 16th Reasonable Efforts Symposium. WA.

January, 2011     <u>Concurrent planning: Ideals and Realities.</u> Race and child welfare: Disproportionality, Disparity, Discrimination: Re-assessing the facts, Re-thinking the policy options. Invited speaker. Working conference at Harvard Law School.

October, 2010     <u>Differential Response: Maltreatment prevention or family support?</u> Council on Social Work Education, Portland, OR.

May, 2010     <u>Improving Foster Care Quality.</u> Keynote address. Graham-Windham Children's Services. New York, NY.

February, 2010     <u>Partnering with Parents in Child Welfare: A Promising Practice for Reunification</u>. Parent Leadership Conference, Ontario, CA.

January, 2010     <u>Differential Response: Maltreatment Prevention or Family Support</u>? Society for Social Work Research, San Francisco, CA.

February, 2009     <u>Poverty and its Implications for Child Neglect</u>.. Keynote speaker. California Child Abuse Prevention Summit. Long Beach, CA.

January, 2009     <u>Partnering with Parents to Improve Reunification Outcomes</u>. Society for Social Work Research, New Orleans, LA.

April, 2007     <u>Reunification Bypass Post-ASFA</u> and <u>Concurrent Planning: Program Development and Research Findings</u>. Harvard Law School and ABA Center on Children and the Law 12th National Conference on Children and the Law. Cambridge, MA.

October, 2004     <u>Lessons Learned from California's Partnership Project</u>. Linkages II conference, Sacramento, CA.

February, 2004     <u>Foster Care and Children</u>. "Difficult Dialogues" Symposium on the Changing Structure of the Family. Institute for Research on Women and Gender, Stanford, CA.

January, 2004     <u>Considerations in the Utilization of Reunification Bypass</u>. And <u>Quantifying and Understanding the Implementation of the KinGAP Program in California</u>. Society for Social Work and Research, New Orleans, LA.

May, 2002     <u>Neglect: California Data</u>. Within our reach: California 2nd Stakeholders Child Welfare Conference, Anaheim, CA.

June, 2001     <u>Identifying Children At Risk of Abuse and Neglect: Welfare Reform's Aftermath</u>. Child Welfare League of America Research Conference, Denver, CO.

May, 2001     <u>The Need For Change: Reflecting on Data from the CWS System</u>. Within our reach: California 1st Stakeholders Conference, Anaheim, CA.

April, 2001     <u>Children's Experiences of Kin and Non-Kin Foster Care</u>. Society for Research in Child Development, Minneapolis, MN.

December, 2000     <u>Child Welfare Trends in California</u>. Beyond the Bench Conference, Los Angeles, CA.

| | |
|---|---|
| August, 2000 | The Impact of Welfare Reform on Grandparents Raising Grandchildren. Western Conference on Kinship Care, Los Angeles, CA. |
| April, 2000 | The Tender Years: Implications for Pediatric Practice. Grand Rounds, University of Illinois, Chicago. Chicago. IL. |
| November, 1999 | Transitions from Welfare to Child Welfare: Implications for TANF Implementation. Panel presentation. Association for Public Policy Analysis and Management. Washington, DC. |
| August, 1999 | Assessment, Support, and Training for Kinship Care and Foster Care. National Kinship Care Conference, Atlanta, GA. |
| June, 1999 | Redesigning Services for Young Children in Foster Care. Keynote address. National Forum for Young Children in Care. Jane Addams School of Social Work, University of Illinois at Chicago, Chicago, IL. |
| June, 1999 | The Tender Years. Solutions for Children in Crisis Second National Forum, Los Angeles, CA. |
| April, 1999 | Assessing Children's Experiences of Out-of-Home Care: Methodological Challenges and Opportunities. Society for Research in Child Development, Albuquerque, NM. |
| November, 1998 | Evaluation Research and Family-Centered Practice: What Works? Plenary panel, National Association for Family-Based Services, San Diego, CA. |
| July, 1998 | Child Protection for Infants and Young Children: Implications for Changing Social Work Practice. 17th Annual Conference on Child Abuse and Neglect, Davis, California. |
| June, 1998 | Implementing Welfare Reform in California: How Will Children Fare? U. C. Berkeley Extension Public Forum. |
| March, 1998 | Factors Associated with Family Reunification Outcomes: Understanding Reentry to Care for Infants. Council on Social Work Education, Orlando, FL. |
| February, 1998 | Developing Research Based Child Welfare Curricula. Third Annual Child Welfare Conference, Washington, DC. |
| August, 1997 | Kinship Foster Care in California: Payment Levels and Outcomes. National Kinship Care Conference, San Francisco, CA. |
| July, 1997 | Predicting Re-Entry to Foster Care for Infants. Eleventh National Roundtable on Risk Assessment, San Francisco, CA. |
| October, 1996 | Barriers to Economic Security for Children in California. California Children's Policy Summit, Sacramento, CA. |
| September, 1996 | Child Abuse Prevention and Family Preservation Through Kinship Foster Care. 11th National Conference on Child Abuse and Neglect, Washington, DC. |
| August, 1996 | Out-of-Home Care Data: California. Out-of-Home Care for Children and Families Public Policy Forum, Berkeley, CA. |
| July, 1996 | The Effect of Payment Levels for Kinship Foster Parents on Outcomes for Children. National Welfare Research and Statistics Conference, San Francisco, CA. |

JILL DUERR BERRICK

| | |
|---|---|
| February, 1996 | <u>Research on Kinship Care in California</u>. Kinship care policy summit, Concord, CA. |
| February, 1996 | <u>From Mother's Duty to Personal Responsibility: An Evolution of AFDC</u>. Welfare reform symposium. <u>Hastings Women's Law Journal</u>, San Francisco, CA. |
| January, 1996 | <u>Considerations Regarding the Child-Only AFDC Caseload and Kinship Care</u>. Public Policy Institute of California, Welfare Forum, San Francisco, CA. |
| January, 1996 | <u>Research on Kinship Care</u>. Winter Conference. California Association of Children's Homes and California Association of Services for Children, San Diego, CA. |
| December, 1995 | <u>Impediments to Self-Sufficiency</u>. Public Policy Institute of California, The Role of Social Services in Welfare Programs, San Francisco, CA. |
| July, 1995 | <u>The Truth About Welfare Reform</u>. Queen's Bench Annual Meeting, San Francisco, CA. |
| June, 1995 | <u>Preserving Families: Kinship Care</u>. Keynote Address. Options for Recovery Kinship Care Conference, Sacramento, CA. |
| June, 1995 | <u>Permanency Planning for Very Young Children</u>. Child Welfare Director's Association Annual Conference, Asilomar, CA. |
| March, 1995 | <u>Planning for Welfare Reform</u>. Women and the Workplace Conference, Santa Rosa Junior College, Santa Rosa, CA. |
| February, 1995 | <u>Emerging Issues in Child Welfare</u>. Third National Child Welfare Conference, Children's Bureau, Administration for Children and Families, Washington, DC. |
| December, 1994 | <u>Kinship Care: Implications for Family Preservation and Family Support</u>. National Association of Public Child Welfare Administrators, American Public Welfare Association Conference, San Francisco, CA. |
| March, 1994 | <u>Welfare Reform: The Impact on Homeless Families</u>. The Robert Wood Johnson Foundation and U. S. Department of Housing and Urban Development Homeless Families Program Fourth Annual Meeting, Oakland, CA. |
| November, 1993 | <u>Preventing Child Neglect: Intervening in the Lives of Children and Families</u>. National Association of Social Workers Annual Conference, Orlando, FL. |
| November, 1993 | <u>Kinship Care in California</u>. Poster session. National Association of Social Workers Annual Conference, Orlando, FL. |
| October, 1993 | <u>Research on Kinship Care</u>. Teleconference presentation through the National Child Welfare Resource Center on Management and Administration. |
| June, 1993 | <u>Children at Risk</u>. Panel Presentation. Clinton Summer of Service Campaign, Treasure Island, CA. |
| March, 1993 | <u>Kinship Care: Taking Care of One's Own</u>. National Child Welfare Conference, Children's Bureau, Washington, DC. |
| December, 1992 | <u>Relative Foster Care and Family Preservation: What's the Difference?</u> National Association of Family Based Services Sixth Annual Empowering Families Conference, Seattle, WA. |

| | |
|---|---|
| November, 1992 | Kinship Foster Care: Rights and Responsibilities, Services and Standards. Child Welfare League of America North American Kinship Care Task Force, Washington, DC. |
| September, 1992 | GAIN: Impacts on the family. Welfare to Work: The Social, Economic, and Child Care Implications of GAIN, Berkeley, CA. |
| August, 1992 | An Early Intervention Program To Reduce Child Neglect. Ninth International Congress on Child Abuse and Neglect, Chicago, IL. |
| September, 1991 | Children and Sexual Abuse Prevention: What is Being Done, What Can Be Done? U. S. National Advisory Board on Child Abuse and Neglect, Denver, CO. |
| September, 1991 | The Experimental Nature of Child Abuse Prevention Programs. Ninth National Conference on Child Abuse and Neglect, Denver, CO. |
| November, 1990 | An Evaluation of a School-Based Mental Health Program. Annual Conference, National Association of Social Workers, Boston, MA. |
| November, 1989 | Child Abuse Prevention Training for Preschoolers: What Works and What Doesn't. Annual Conference, National Association for the Education of Young Children, Atlanta, GA. |
| October, 1989 | Child Abuse Prevention for First and Third Grade Children. Poster Session, Eighth National Conference on Child Abuse and Neglect, Salt Lake City, UT. |
| May, 1988 | Issues in Child Abuse Prevention Training for Preschool Children. Bay Area Coalition of Child Abuse Councils, Sausalito, CA. |
| May, 1988 | Child Abuse: Responding to the Problem. Child Abuse Workshop. Spectrum Management Consultants, Emeryville, CA. |
| April, 1988 | Preventing Child Abuse. University Open House. University of California, Berkeley, CA. |
| April, 1988 | Empowering Children or Parents? Child Abuse Prevention Education for Young Children. Policy Seminar. University of California, Berkeley, CA. |
| July, 1987 | Parents and Child Abuse Prevention. Imagine II Conference, Ann Arbor, MI. |
| April, 1987 | Evaluating Child Abuse Prevention Programs. Clinical conference of child and adolescent services, Langley Porter Psychiatric Institute, University of California, San Francisco, CA. |

**LEGISLATIVE BRIEFINGS**

| | |
|---|---|
| March, 2012 | Child Poverty in California.  Senate Committee on Budget and Fiscal Review. Sacramento, CA. |
| November, 2011 | Child Poverty in California. Assembly Budget Sub-Committee (1). Sacramento, CA. |
| June, 2003 | Child Care: How Research Can Inform a Short, Medium, and Long-Term Strategy. Legislative symposium |
| February, 2002 | Prevention Services for Vulnerable Children and Families. Joint Information Hearing of the Assembly Judiciary and Human Services Committees. Sacramento, CA. |

| | |
|---|---|
| February, 2001 | <u>Child Welfare Overview: California Caseload Dynamics and Pathways</u>. Joint Informational Hearing of the Assembly Human Services and Judiciary Committees. Sacramento, CA. |
| November, 1998 | <u>The Implications of Welfare Reform for Child Welfare Services</u>. 3rd Annual U. C. Briefing for the Latino Legislative Caucus. Los Angeles, CA. |
| August, 1998 | <u>Research on Children and Welfare Reform</u>. Briefing for the welfare reform legislative committee. Sacramento, CA. |
| May, 1996 | <u>Who Are Welfare Families? How Will They Likely Fare Under Proposed Welfare Reform?</u> The Job Connection, Joint Hearing of the Senate Health and Human Services Committee and Senate Industrial Relations Committee. Sacramento, CA. |
| May, 1996 | <u>What Do We Know About Welfare Recipients and What Does This Mean for Reform Strategies?</u> Making Welfare Reform Work, Legislative Policy Briefing sponsored by the California Budget Project. Sacramento, CA. |
| February, 1996 | <u>The Welfare Reform Challenge: The Transition From Welfare to Work</u>. Fourteenth Annual California Senate Fiscal Retreat. Berkeley, CA. |
| October, 1993 | <u>Child Care and the Implications of Welfare to Work Programs</u>. Testimony before the Clinton Task Force on Welfare Reform. Sacramento, CA. |

**EXPERT TESTIMONY**

| | |
|---|---|
| May, 2012 – Nov. 2013 | M.D. v. Perry for plaintiffs |
| August, 2012 | Lopez, et al., vs. Kalama, et al., (Civil case # 09-1-2-21-08 VLC) for plaintiffs |
| December, 2011 | Fresno County Department of Social Services v. E.S., Amici curiae brief (with Amy D'Andrade) |
| January, 2009 | Consultant to National Center for Youth Law: Clark K., et al., vs. Michael Willden, et al., |
| September, 2008 | Consultant to California State Foster Parent Association, California State Care Providers Association, and Legal Advocates for Permanent Parenting, v. John A. Wagner, Director of the California Department of Social Services |
| September, 2003 | In re: Rosaura Cabrera, Superior Court of California, San Francisco County Unified Family Court |

**HONORS**

| | |
|---|---|
| 2016 | Honorable mention, *Journal of Social Work Education* |
| 2014 | Fellow, American Academy of Social Work and Social Welfare |
| 2010 | Cal Alumni Association Excellence in Service Award |
| 2009 | Pro Humanitate Literary Award for *Take me Home* |

| | |
|---|---|
| 2004 | Teacher of the Year, Undergraduate Program, School of Social Welfare, University of California |
| 2002 | Teacher of the Year, School of Social Welfare, University of California, Berkeley |
| 1998 | University of California, School of Social Welfare Graduate Commencement Speaker |
| 1997 | Teacher of the Year, School of Social Welfare, University of California, Berkeley |
| 1992 | University of California, School of Social Welfare Undergraduate Commencement Speaker |
| 1989 | Distinction, Qualifying Examination, University of California, Berkeley |
| 1988 | Graduate Fellowship, University of California, Berkeley |
| 1983 | College Honors, University of California, Santa Cruz |
| 1981 | Education Abroad Participant, Leeds, United Kingdom |

## ADJUNCTIVE DUTIES

| | |
|---|---|
| 2017 – Present | Board member, European Scientific Association on Residential and Family Care for Children and Adolescents, EUSARF |
| 2014 - Present | Co-editor (with Ake Bergmark, Stockholm University), *International Journal of Social Welfare* |
| 2012 – Present | Advisory Council for the California Center for Infant-Family and Early Childhood Mental Health. |
| 2009 | Consultant to Youth Law Center, California Department of Social Services, and County Welfare Directors Association, "Foster Parent Recruitment Project." |
| 2008 - 2014 | Advisory Board Member, Child Welfare Initiative |
| 2007 - 2011 | Board Member, Alameda County Foster Youth Alliance |
| 2006 - 2012 | Member, California Blue Ribbon Commission on Children in Foster Care, Administrative Office of the Courts |
| 2004 | Member, Academic Advisory Committee, Joint legislative committee to develop a master plan to end poverty in California. |
| 2003 | Member, Blue Ribbon Task Force to Reform the Child Welfare System, San Mateo County, California |
| 2000 - 2003 | Member, Stakeholder Committee to Reform Child Welfare, California Department of Social Services |
| 1998 - 1999 | Member, Advisory Committee, Little Hoover Commission Abused & Neglected Children Study |

| | |
|---|---|
| 1992 - 1994 | Member, California Statewide Prevention Advisory Council |
| 1996 - 2002 | Member, California State Kinship Care Planning Committee |
| 1995 - 1996 | Ex-Officio Member, Governor's Steering Committee on Welfare Redesign |
| 1993 | "Panel of Experts" National Incidence Study of Child Abuse and Neglect, U. S. Administration for Children and Families |
| 1997 | Consultant, State of Illinois, Department of Children and Family Services |
| 1995 - 1997 | Consultant, National Clearinghouse on Child Abuse and Neglect Information and on Family Violence Information |
| 1992 - 1994 | Consultant, Office of Child Abuse Prevention, California Department of Social Services, Roundtable on Child Abuse Prevention Funding |
| 1990 | Consultant, Disney Educational Productions |
| 1990 | Consultant, Berkeley Academic Advisory Group |
| 1994 - 1995 | Consultant, California Court Appointed Special Advocate Association, Evaluation Project Advisory Committee |
| 1990 - 1992 | Consultant, Task Force on Homeless Assistance, Alameda County, California |
| 1995 - 1996 | Consultant, American Institutes for Research, Palo Alto, California |
| 1994 | Consultant, Berkeley Planning Associates |
| 2013 - Present | Editorial Board Member, *International Journal of Child Abuse and Neglect* |
| 2004 - Present | Editorial Board Member, *Journal of Public Child Welfare* |
| 1998 - Present | Editorial Board Member, *Children and Youth Services Review* |
| 2003 - 2008 | Editorial Board Member, *Social Policy and Society (UK)* |
| 2005 - Present | Editorial Board Member, *Social Service Review* |
| 2001 - 2008 | Consulting Editor, *Social Work Research* |
| 2002 - Present | Book Review Editor, *International Journal of Social Work* |
| 2004 - 2008 | *Social Work and Society* |
| 1999 - Present | Referee, *Social Service Review* |
| 1998 - Present | Referee, *Family Relations* |
| 1998 - Present | Referee, *Journal of Marriage and the Family* |
| 2001 - Present | Referee, *Infant Mental Health Journal* |
| 2000 - Present | Referee, *Journal of Policy Analysis and Management* |

| 1999 - 2004 | Referee, *European Journal of Social Work* |
|---|---|
| 1994, 1996, 1998 | Mentor, Summer Research Opportunities Program for Minority Undergraduates |
| 1994 | Career Mentor, University of California, Santa Cruz. |
| 1993 - 1994 | Field Work Supervisor, School of Social Work, California State University San Francisco, San Francisco, California |
| 1994, 1997 | Field Work Supervisor, School of Social Welfare, University of California, Berkeley, California |
| 1998 - 1999 | Advisory Board Member, Action Alliance for Children, Alameda County |
| 2001 - 2005 | Board Member, Western Child Welfare Law Center |

## U. C. BERKELEY PROGRAMS

Faculty leader
*Court Appointed Special Advocates at U. C. Berkeley*
Funding provided by the Stuart Foundations (2007-2014)

Co-organizer:
*Cal Independent Scholars Network (Berkeley Hope Scholars)*
A support and service initiative for former foster youth attending Cal.

Co-organizer and Faculty Advisor (2006-2009)
*Undergraduate minor in Interdisciplinary Early Childhood Studies*

Faculty leader (2006-2009)
*Jumpstart service learning program for Cal students serving in low-income community preschools*

Co-Chair, Cal Opportunity Scholarship Program
*A four-year scholarship designed to attract students of excellence who have overcome significant socio-economic disadvantages.  A sub-committee of CUSHFA* (2002-2015)

Chair, Committee on Undergraduate Scholarships, Honors, and Financial Aid (2015-present)

Co-Chair, Chancellor's Advisory Committee on Student Mental Health (CACSMH) (2011-2015)

## AFFILIATIONS

Member, Council on Social Work Education
Member, Society for Social Work Research
Member, International Society for the Prevention of Child Abuse and Neglect

**Exhibit D**

# Kevin A. Campbell

### Education

| | |
|---|---|
| 1983–85 | Lower Columbia College<br>Fine Arts Studies<br>Fine Arts Scholarship Theatrical Set Design |
| 1990-92 | University of Washington<br>School of Social Work<br>Social Services Administration |

### Employment

| | |
|---|---|
| December 06- Present | Founder and Director<br>Center for Family Finding and Youth Connectedness<br>Seneca Center for Children and Families<br><br>*Consultation and Training:*<br><br>Provided technical assistance regarding Family Finding model to over 40 states and many jurisdictions throughout the country and British Columbia.<br><br>Trainings: Family Finding, Emancipation, Permanency |
| December 02-Present | Campbell Houston Group, Inc<br>President, CEO<br>Child Welfare Permanency Planning Consultant<br>40 Child Welfare Jurisdictions in the United States |
| October 04-July 06 | Technical Assistance Provider<br>National Resource Center for Family Centered Practice and Permanency planning, Hunter College School of Social Work, New York, New York<br>*A Program of the Children's Bureau ACF/DHHS* |
| April 05- March 06 | Vice President of Strategic Planning and Service Innovation<br>EMQ Children and Family Services |
| July 97-April 05 | Director of Intensive Resources, Family Preservation System<br>Catholic Community Services of Western Washington |

*Areas of Responsibility for Catholic Community Services:*

F.A.S.T. (Family Access to Stabilization and Transition) Crisis Intervention teams serving five counties in Western Washington.  Jointly funded by Division of Children and Family Services and the Pierce County Regional Support Network. Primary mission to divert children and adolescents from acute psychiatric hospital admissions and prevent or end placement in out-home-care settings (E.g. foster care, group homes and residential facilities). The service responds to 450 to 500 crisis episodes annually. (4.5 million dollar annual budget)

Foster Care Licensing, Recruitment, Retention and Policy 90 active licensed beds, 300 placements per year.

Family Preservation System Administration: Policy, Development, Personnel (300 employees), Personnel Recruitment and Legislative Advocacy. (12 million dollar annual budget)

One of 70 employees in overall leadership position within an agency of 3000 employees and 12,000 volunteers.  (Annual budget of 80 Million dollars).


November 87- June 97      Family Services Administrator
                          Service Alternatives for Washington

Family Services Administrator for the State of Washington, 13 Group Home facilities, 5 regional administrative offices and 150 licensed foster homes in the State of Washington. The agency provided services to adolescents and children as a result of disruption from home or residential facilities. Four of the group homes specialized in the care of children and adolescents with severe autism or pervasive developmental disabilities.

The agency grew from services to six children/youth in one county in 1987 to 220 in 35 counties in 1997 while I was Family Services Administrator.

300 employees (annual budget of 14 million dollars)


**Articles/Publications and Presentations**

2

Central Washington University
WAFTS Washington State Foster Care Conference
<u>Integrated In-Home Services</u>
Ellensburg, Washington
October 2001

Office of the Director of Health and Human Services
Sacramento, County
<u>Family Access to Stabilization and Transition</u>
Sacramento, California
November 2001

Focal Point: Portland State University,
<u>"Who Am I, Why Family Really Matters"</u>
Barbara Boisvert; Gina Brimner; Kevin Campbell;
Don Koenig; John Rose, MD; Mary Stone Smith
Winter 2001/ Spring 2002

River Oak Children and Family Services
<u>Family Search and Connection</u>
Sacramento, CA
November 2002

Families for Kids Partnership
<u>Washington Permanency Report 2002</u>

Pierce County Mental Health, Managers Report
<u>"FAST Program Provides Connections for Youth and
Families:</u> Fall 2002

Catholic Charities USA
<u>"Who Am I, Why Family Really Matters"</u>
Barbara Boisvert; Gina Brimner; Kevin Campbell;
Don Koenig; John Rose, MD; Mary Stone Smith
Winter 2002

Stuart Foundation Permanency Convening I
<u>FAST, The Search for Relatives</u>
San Francisco, California
April 2002

Washington Behavioral Healthcare Conference

Family Access to Stabilization and Transition
Wenatchee, Washington
June 2002

***Articles/Publications and Presentations Continued***

Fourth Annual Permanency Conference
Families Forever: Supporting Lifelong Connections
Creative Strategies for Family Search
Using a Wraparound Process, Principles and Approaches to
Create Permanency for Adolescents
Minneapolis, Minnesota
October 2002

Families for Kids Partnership
Permanency Innovators
Family Access to Stabilization and Transition
Seattle, Washington

Stuart Foundation Permanency Convening II
FAST and EMQ Children and Family Services
Replication Efforts San Francisco, California
April 2003

Department of Health and Human Services
Permanency Convening VI
Early Identification of Relatives to Expedite
Permanency Planning
Washington, DC
May 2003

National Resource Center for Foster Care and  Permanency
Permanency Today,
"Lighting the Fire of Urgency: Families Lost and Found in
America's Child Welfare System"
Kevin Campbell, Sherry Castro, Nicole Houston, Don
Koenig, Terry Roberts, John Rose, MD and Mary Stone-
Smith
Summer 2003

University of Wisconsin
Western Wisconsin Partnership for Children and Families
Rice Lake and Lacrosse, Wisconsin
October 2003

The Loneliest People (Family Finding)
CBS 60 Minutes with Leslie Stahl
Produced by Denise Schrier Cetta
January 2007


*Legislative Committee/Sub-Committee Assignments*

Kinship Oversight Committee, Reports to the Washington State Legislature December 2004

Family Search Sub-Committee
Define diligent relative search standards for state social workers

Recommend definition of Relative of Specified Degree to State Legislature December 2004