NAME, ADDRESS, AND TELEPHONE NUMBER OF ATTORNEY(S)
OR OF PARTY APPEARING IN PRO PER

Amy P. Lally, Ellyce R. Cooper, SIDLEY AUSTIN LLP, 1999 Avenue of the Stars, 17th Floor, Los Angeles, CA 90067, (310) 595-9500

Mark Rosenbaum, Judy London, PUBLIC COUNSEL, 610 S. Ardmore Avenue, Los Angeles, CA 90005, (213) 385-2977

ATTORNEY(S) FOR: Plaintiff-Intervenors, Ms. P., Ms. O., and Ms. M.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores, et al.<br><br>Plaintiff(s),<br>v.<br>Jefferson B. Sessions III, Attorney General of the United States, et al.<br><br>Defendant(s) | CASE NUMBER:<br><br>CV 85-4544-DMG<br><br>**CERTIFICATION AND NOTICE OF INTERESTED PARTIES**<br>**(Local Rule 7.1-1)** |

TO:   THE COURT AND ALL PARTIES OF RECORD:

The undersigned, counsel of record for _Plaintiff Intervenors Ms. P., Ms. O., and Ms. M._ or party appearing in pro per, certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

(List the names of all such parties and identify their connection and interest. Use additional sheet if necessary.)

| PARTY | CONNECTION / INTEREST |
|---|---|
| | |

June 25, 2018                               /s/ Amy P. Lally
Date                                              Signature

Attorney of record for (or name of party appearing in pro per):

Plaintiff Intervenors Ms. P., Ms. O., and Ms. M.

CV-30 (05/13)                    NOTICE OF INTERESTED PARTIES