Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
Elizabeth Hadaway (SBN 308800)
ehadaway@publiccounsel.org
Malhar Shah (SBN 318588)
mshah@publiccounsel.org
Deena Tumeh (SBN 318573)
dtumeh@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiff-Intervenors*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; et al., | Case No.  CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION TO INTERVENE** |
| JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF | |

HOMELAND SECURITY; U.S.
DEPARTMENT OF HOMELAND
SECURITY, AND ITS SUBORDINATE
ENTITIES; U.S. IMMIGRATION AND
CUSTOMS ENFORCEMENT; U.S.
CUSTOMS AND BORDER
PROTECTION,

   Defendants.

Ms. J.P., Ms. J.O., Ms. R.M., and DOES 1-10,

   Plaintiff-Intervenors.

Additional counsel for Plaintiff-Intervenors:

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP

2

233303523

555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

*Application for admission pro hac vice to be submitted

** Institution listed for identification purposes only

3

233303523

1

2

**[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION TO INTERVENE**

3    This matter comes before this Court upon Plaintiff-Intervenors Ms. J.P.'s, Ms.

4  J.O.'s, Ms. R.M.'s, and DOES 1-10's (collectively, "Plaintiff-Intervenors") motion to

5  intervene as Plaintiffs in this action as a matter of right or, in the alternative,

6  permissively, pursuant to Rule 24 of the Federal Rules of Civil Procedure.

7    Having considered Plaintiff-Intervenor's motion and otherwise being advised,

8  the Court finds that it is well-taken and is hereby GRANTED.

9    It is ORDERED that Plaintiff-Intervenors, having satisfied the standards for

10  intervention as of right and by permission under Rule 24 of the Federal Rules of Civil

11  Procedure, shall be allowed to intervene in this proceeding.

12

13   Dated: _____, 2018

14
                                    _____
                                    DOLLY M. GEE
15                                   UNITED STATES DISTRICT JUDGE

16

17

18

19

20

21

22

23

24

25

26

27

28