Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
Elizabeth Hadaway (SBN 308800)
ehadaway@publiccounsel.org
Malhar Shah (SBN 318588)
mshah@publiccounsel.org
Deena Tumeh (SBN 318573)
dtumeh@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiff-Intervenors*
*Additional counsel on next page*

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; et al., | Case No.  CV 85-4544-DMG |
| Plaintiffs, | **PROOF OF SERVICE** |
| v. | |
| JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF HOMELAND SECURITY: U.S. | |

|   |   |
|---|---|
| DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants. | |
| Ms. J.P., Ms. J.O., Ms. R.M., and DOES 1-10, | |
| Plaintiff-Intervenors. | |

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

*Application for admission pro hac vice to be submitted

** Institution listed for identification purposes only

PROOF OF SERVICE

**PROOF OF SERVICE**

STATE OF CALIFORNIA ) 
) SS
COUNTY OF SAN FRANCISCO )

    I am employed in the County of San Francisco, State of California. I am over the age of 18 years and not a party to the within action. My business address is 555 California Street Suite 2000, San Francisco, CA 94104.

    On June 25, 2018, I served the foregoing document(s) described as:

NOTICE OF MOTION AND MOTION TO INTERVENE AS PLAINTIFFS; MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF;

EXPERT DECLARATION OF DYLAN GEE;

DECLARATION OF DR. JOSE HIDALGO;

EXPERT DECLARATION OF BRUCE D. PERRY;

EXPERT DECLARATION OF MARLEEN WONG;

EXPERT DECLARATION OF LUIS H. ZAYAS;

JOINT EXPERT DECLARATION OF KENNETH BERRICK, JOHN SPRINSON, JILL DUERR BERRICK, AND KEVIN CAMPBELL;

DECLARATION OF JUDY LONDON;

DECLARATION OF LUCERO CHAVEZ;

DECLARATION OF LUIS A. ROMERO;

NOTICE OF LODGING OF COMPLAINT IN INTERVENTION;

CERTIFICATE AND NOTICE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1; and

[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENOR'S MOTION TO INTERVENE

    on all interested parties in this action as follows:

**SEE ATTACHED SERVICE LIST**

☒ (BY CM/EDF NOTICE OF ELECTRONIC FILING) I electronically filed the document(s) with the Clerk of the Court by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June 25, 2018, at San Francisco, California.

*[signature]*
Thom Berninzoni

# SERVICE LIST

CHAD A. READLER
Acting Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
COLIN KISOR
Deputy Director
SARAH B. FABIAN
Senior Litigation Counsel
U.S. Department of Justice
Office of Immigration Litigation
District Court Section
Box 868, Ben Franklin Station
Washington, DC 20442

*Attorneys for Defendants*

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
256 South Occidental Boulevard
Los Angeles, CA 90057

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen
474 Valencia Street, #295
San Francisco, CA 94103

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham
152 North Third Street, 3rd floor
San Jose, CA 95112

*Attorneys for Plaintiffs*

YOUTH LAW CENTER
Virginia Corrigan
200 Pine Street, Suite 300
San Francisco, CA 94104