Amy P. Lally (SBN 198555)
alally@sidley.com
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
Los Angeles, CA 90067
Telephone: +1 310 595-9500
Facsimile: +1 310 595-9501

Mark Rosenbaum (SBN 59940)
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
lchavez@publiccounsel.org
Elizabeth Hadaway (SBN 308800)
ehadaway@publiccounsel.org
Malhar Shah (SBN 318588)
mshah@publiccounsel.org
Deena Tumeh (SBN 318573)
dtumeh@publiccounsel.org
PUBLIC COUNSEL
610 S. Ardmore Avenue
Los Angeles, CA 90005
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089

*Attorneys for Plaintiff-Intervenors*
*Additional counsel on next page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JENNY LISETTE FLORES; et al.,

Plaintiffs,

v.

JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF HOMELAND SECURITY; U.S.

Case No. CV 85-4544-DMG

**[PROPOSED] ORDER GRANTING PLAINTIFF-INTERVENORS' MOTION TO PROCEED USING PSEUDONYMS**

DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,

Defendants.

Ms. J.P., Ms. J.O., Ms. R.M., and DOES 1-10,

Plaintiff-Intervenors.

Carter G. Phillips*
cphillips@sidley.com
Jennifer J. Clark*
jennifer.clark@sidley.com
SIDLEY AUSTIN LLP
1501 K Street, N.W.
Washington, D.C. 20005
Telephone: +1 202 736-8000
Facsimile: +1 202 736-8711

Michael Andolina*
mandolina@sidley.com
Timothy Payne*
tpayne@sidley.com
Kevin Fee*
kfee@sidley.com
SIDLEY AUSTIN LLP
One South Dearborn
Chicago, IL 60603
Telephone: +1 312 853-7000
Facsimile: +1 312 853-7036

Sean A. Commons (SBN 217603)
scommons@sidley.com
SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600

Mark E. Haddad (SBN 205945)
markhadd@usc.edu
Part-time Lecturer in Law
USC Gould School of Law**
University of Southern California
699 Exposition Blvd.
Los Angeles, CA 90089
Telephone: +1 213 675-5957

Luis Cortes Romero (SBN 310852)
lcortes@ia-lc.com
Alma L. David (SBN 257676)
adavid@ia-lc.com
IMMIGRANT ADVOCACY &
LITIGATION CENTER, PLLC
19309 68th Avenue South, Suite R-102
Kent, WA 98032
Telephone: +1 253 872-4730
Facsimile: +1 253 237-1591

**Application for admission pro hac vice to be submitted*

*** Institution listed for identification purposes only*

Plaintiff-Intervenors have requested permission for leave to proceed using pseudonyms for Plaintiff-Intervenors whose private information is submitted in support of their Complaint in Intervention.

Having considered Plaintiff-Intervenors' motion, the Court finds that Plaintiff-Intervenors have demonstrated good cause to allow Plaintiff-Intervenors to proceed using pseudonyms, which outweighs any prejudice to the opposing party or the public's interest in knowing their identities.

Accordingly the Court:

1. GRANTS Plaintiff-Intervenors' leave to proceed in this matter with the use of pseudonyms for Plaintiff-Intervenors.

2. ORDERS that Defendants will not publicly disclose the names or personally identifying information of the Plaintiff-Intervenors after Defendants learn their names and personally identifying information; and

3. ORDERS that all parties shall submit pleadings, briefing and evidence using the Plaintiff-Intervenors' pseudonyms instead of their real names and other personally identifying information.

Dated: ____________, 2018

______________________
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE