CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org


ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>          Plaintiffs,<br><br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>          Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>STIPULATION REQUESTING EXTENSION OF PLAINTIFFS' RESPONSE DUE DATE<br><br>Hearing: N/A |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

On June 21, 2018, Defendants filed an Ex Parte Application seeking to modify certain aspects of the Flores Agreement. [Doc. # 435]. On June 25, 2018, the Court ordered that Plaintiffs may file a response to Defendants' Application by June 27, 2018. [Doc. # 439]

The parties stipulate and request that the Court continue the due date of Plaintiffs' response by two business days from Wednesday, June 27, 2018, to Friday, June 29, 2018. Counsel for Plaintiffs and Defendants have conferred and all parties join in this stipulation.

Good cause exists for the Court to grant the parties' request. Given the substantial dedication of time required for the monitoring efforts that Plaintiffs' counsel are engaging in, including overseeing and coordinating previously arranged site visits to CBP, ICE, and ORR facilities in California, Arizona, New Mexico, Texas, and Pennsylvania, Plaintiffs' counsel requires additional time to adequately prepare their opposition to Defendants' Ex Parte Application seeking to modify certain aspects of the Flores Agreement. [Doc. # 435.]

DATED: June 27, 2018                    Respectfully submitted,

                                        CENTER FOR HUMAN RIGHTS &
                                        CONSTITUTIONAL LAW
                                        Peter A. Schey
                                        Carlos Holguín

                                        ORRICK, HERRINGTON & SUTCLIFFE LLP
                                        Elena García

                                        LA RAZA CENTRO LEGAL, INC.

Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN &
YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

Dated: June 27, 2018          /s/__*Peter Schey*_____
                             *Attorneys for Plaintiffs*

Dated: June 27, 2018          /s/__Sarah B. Fabian (with permission)
                             SARAH B. FABIAN
                             Senior Litigation Counsel
                             District court Section
                             Office of Immigration Litigation
                             *Attorney for Defendants*

/ / /

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 27, 2018 I electronically filed the following document(s):

- **Stipulation Requesting Extension of Plaintiffs' Response Due Date**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/ _Peter Schey_
*Attorney for Plaintiffs*

5