UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., <br><br> Plaintiffs, <br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, et al., <br><br> Defendants. | ) Case No.: CV 85-4544-DMG (AGRx) <br> ) <br> ) ORDER CONTINUING PLAINTIFFS' <br> ) RESPONSE DUE DATE [443] <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

The parties have stipulated to a continuance of the submission date for Plaintiffs' response to Defendants' pending *Ex Parte* Application. *See* Minute Order [Doc. # 439].

UPON CONSIDERATION of the Parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that Plaintiffs shall file their response to Defendants' *Ex Parte* Application seeking to modify certain aspects of the *Flores* Agreement on or before June 29, 2018.

**IT IS SO ORDERED.**

DATED: June 28, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

2