1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES, et al.,

      *Plaintiffs,*

          v.

JEFFERSON B. SESSIONS, Attorney General, et al.,

      *Defendants.*

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. 85-4544-DMG (Px)

**[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO FILE BRIEF OF *AMICI CURIAE***

      **IT IS HEREBY ORDERED** that the *ex parte* application of the ACLU Immigrants' Rights Project and ACLU Foundation of Southern California to file a brief of *amici curiae* is **GRANTED**, and the proposed brief submitted with the motion is deemed filed and served.

Dated: June __, 2018

                            _____
                            Judge Dolly M. Gee
                            United States District Judge