MICHAEL N. FEUER, SBN 111529
  *City Attorney*
JAMES P. CLARK, SBN 64780
LEELA A. KAPUR, SBN 125548
VALERIE L. FLORES, SBN 138572
MICHAEL DUNDAS, SBN 226930
200 North Main St., City Hall East Suite 800
Los Angeles, California 90012
mike.dundas@lacity.org
Telephone: (213) 978-8130
Facsimile: (213) 978-8312


*Attorneys for Amicus Curiae City of Los Angeles*

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>             Plaintiffs,<br><br>v.<br><br>JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*,<br><br>             Defendants. | Case No.       2:85-cv-4544-DMG<br><br>**ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF CITY OF LOS ANGELES, CITY OF CHICAGO, CITY OF NEW YORK, CITY AND COUNTY OF SAN FRANCISCO AS AMICI CURIAE IN OPPOSITION TO DEFENDANTS' *EX PARTE* APPLICATION FOR RELIEF FROM THE FLORES SETTLEMENT** |

*Amici Curiae*, the City of Los Angeles, City of Chicago, City of New York, and City and County of San Francisco, hereby request leave to file the attached Proposed Brief of *Amici Curiae* in Opposition of Defendants' *Ex Parte* Application for Relief from the Flores Settlement. A copy of the proposed brief is attached to this motion as Attachment 1. Plaintiffs and Defendants both consent to *amici's* filing of this brief.

On June 26, 2018, Judge Dana M. Sabraw, in the District Court for the Southern District of California issued an order requiring the federal government to reunite many Plaintiffs in this instant case – those who have been cruelly and unnecessarily separated from their families by Defendants – with their parents.[1]  Because many, if not most, of Plaintiffs' parents remain in Defendants' custody, Defendants are asking this court for relief from critical child welfare protections set forth in the longstanding *Flores* Settlement Agreement.

The precipitating crisis, i.e. forced family separation, was a creation of Defendants' own doing, and *amici* assert that Defendants' *Ex Parte* Application for Relief from the Flores Settlement threatens the well-being of not just Plaintiffs and their families, but also *amici's* police power interests in seeing the state licensing requirements be properly applied and enforced within our respective jurisdictions.

Specifically, *amici*, by and through either our respective police departments or our prosecutors, enforce and prosecute violations of respective state child welfare laws.  *Amici* have a strong interest, therefore, in the continued licensed regulation of Defendants' child welfare programs, especially considering that thousands of unaccompanied minors have been placed with sponsors in our respective

---

[1] *Ms. L. v. U.S. Immigration & Customs Enf't*, No. 18-cv-0428 (DMS) (MDD), 2018 U.S. Dist. LEXIS 107365 (S.D. Cal. June 26, 2018).

jurisdictions in recent years and, separately, hundreds of children taken from their families by Defendants in recent weeks are currently being held in facilities located in our jurisdictions.

For the foregoing reasons, *amici* respectfully request the court's permission to file the attached brief.

Dated:        June 29, 2018                Respectfully submitted,

                                            By:*/s/    Michael Dundas*

                                            Michael N. Feuer
                                                *City Attorney*
                                            James P. Clark
                                            Leela Kapur
                                            Valerie Flores
                                            Michael Dundas
                                            200 North Main Street,
                                            Los Angeles, CA 90012

                                            *Attorneys for Amicus Curiae*
                                            *City of Los Angeles, California*

                                            EDWARD N. SISKEL
                                                *Corporation Counsel*
                                            30 N. LaSalle Street, Suite 800
                                            Chicago, IL 60602

                                            *Attorney for Amicus Curiae*
                                            *City of Chicago, Illinois*

                                            ZACHARY W. CARTER
                                                *Corporation Counsel*
                                            100 Church Street
                                            New York, NY 10007

                                            *Attorney for Amicus Curiae*
                                            *City of New York, New York*

                                            DENNIS J. HERRERA
                                                *City Attorney*
                                            City Hall Room 234
                                            One Dr. Carlton B. Goodlett Pl.
                                            San Francisco, CA 94102

                                            *Attorney for Amicus Curiae*
                                            *City and County of San Francisco,*
                                            *California*

1

2

### CERTIFICATE OF SERVICE

3

4    I hereby certify that on June 29, 2018, a copy of the foregoing

Administrative Motion for Leave to File Brief of City of Los Angeles,

5    City of Chicago, City of New York and City and County of San Francisco

6    as Amici Curiae in Opposition to Defendants' *Ex Parte* Application for

7    Relief from the *Flores* Settlement; and attached Proposed Brief were

8    filed and served pursuant to the Court's electronic filing procedures

9    using CM/ECF.

10

11                                              */s/    Michael Dundas*

12                                              Michael Dundas

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28