CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
       pschey@centerforhumanrights.org

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>         Plaintiffs,<br><br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>         Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>EXHIBIT 1 - DECLARATION OF WARREN BINFORD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED RELIEF FROM FLORES SETTLEMENT AGREEMENT<br><br>HON. DOLLY M. GEE<br><br>Hearing: N/A |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
         kate.manning@lawfoundation.org
         annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

/ / /

# DECLARATION OF WARREN BINFORD

1. My name is Wendi Warren H. Binford. I am a Professor of Law and Director of the Clinical Law Program at Willamette University College of Law in Salem, Oregon.

2. I have been on two teams of lawyers conducting facility inspections and Class Member Interviews at the South Texas Family Residential Center in Dilley, Texas ("Dilley Facility") pursuant to ¶¶ 32 and 33 of the Flores Settlement Agreement. The first visit was on December 7 and 8, 2015. The second visit is being conducted yesterday and today, June 28 and 29, 2018.

3. During both inspections, we were provided reports on the facility from ICE and staff at the facility. Those reports included current occupancy reports, which were provided by Michael Sheridan of ICE. We were also provided a roster of all individuals currently detained here.

4. During the December 7-8, 2017, inspection, Mr. Sheridan reported that there were 1,435 residents, including children then residing at the Dilley facility. During the June 27-28, 2018, inspection, he informed us that there were only 1,514 residents. We were provided rosters verifying that occupancy during both inspections. Mr. Sheridan told our team that the maximum occupancy is 2,400. These means that the largest family detention center in the country is currently operating at 63% capacity. During our December inspection, the Dilley facility was operating at less than 60% capacity.

5. Mr. Sheridan also told us that the contractor who operates Dilley is paid a flat rate of $3.1 million per month to operate the facility regardless of the number of residents, which means that the government saves no money in reducing the number of families processed at the facility.

I declare under penalty of perjury that the above facts are true and correct to the best of my knowledge. Executed this 29 day of June, 2018, in Dilley, Texas.

_____
Wendi Warren H. Binford

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 29, 2018, I electronically filed the following document(s):

- EXHIBIT 1 - DECLARATION OF WARREN BINFORD IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION FOR LIMITED RELIEF FROM FLORES SETTLEMENT AGREEMEN

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*