UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | July 3, 2018 |
| Title | *Jenny L. Flores, et al. v. Jefferson B. Sessions, III, et al.* | Page | 1 of 1 |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS - ORDER GRANTING *EX PARTE* APPLICATION TO FILE AN *AMICUS* BRIEF [449]**

　　On June 29, 2018, the City of Los Angeles, the City of Chicago, the City of New York, and the City & County of San Francisco ("the Cities") filed an *Ex Parte* Application seeking leave to file a brief as *amicus curiae*. [Doc. # 449.]  Pursuant to this Court's Initial Standing Order, any party intending to oppose the *Ex Parte* Application was required to file an opposition by July 2, 2018.  *See* Initial Standing Order at 9 [Doc. # 107].  No such opposition has been filed. Accordingly, the Court **GRANTS** the Cities' *Ex Parte* Application, and **ORDERS** the Cities to file the proposed *amicus* brief found in Docket Entry No. 451-1 **within three (3) days** of the date of this Order.  *See* C.D. Cal. L.R. 7-12 ("The failure to file any required document, or the failure to file it within the deadline, may be deemed consent to the granting or denial of [a] motion . . . .").

**IT IS SO ORDERED**.