1
Amy P. Lally (SBN 198555)
alally@sidley.com
2
Ellyce R. Cooper (SBN 204453)
ecooper@sidley.com
3
SIDLEY AUSTIN LLP
1999 Avenue of the Stars, 17th Floor
4
Los Angeles, CA 90067
Telephone: +1 310 595-9500
5
Facsimile: +1 310 595-9501

6
Mark Rosenbaum (SBN 59940)
7
mrosenbaum@publiccounsel.org
Judy London (SBN 149431)
8
jlondon@publiccounsel.org
Talia Inlender (SBN 253796)
9
tinlender@publiccounsel.org
Alisa Hartz (SBN 285141)
10
ahartz@publiccounsel.org
Lucero Chavez (SBN 273531)
11
lchavez@publiccounsel.org
Elizabeth Hadaway (SBN 308800)
12
ehadaway@publiccounsel.org
13
Malhar Shah (SBN 318588)
mshah@publiccounsel.org
14
Deena Tumeh (SBN 318573)
15
dtumeh@publiccounsel.org
PUBLIC COUNSEL
16
610 S. Ardmore Avenue
Los Angeles, CA 90005
17
Telephone: +1 213 385-2977
Facsimile: +1 213 385-9089
18

19
*Attorneys for Plaintiff-Intervenors*
20
*Additional counsel on next page*

21

22

23

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; et al., | Case No.  CV 85-4544-DMG |
| Plaintiffs, | **PLAINTIFF-INTERVENORS' NOTICE OF WITHDRAWAL OF MOTION TO INTERVENE AS PLAINTIFFS [DKT. 441] AND MOTION TO PROCEED USING PSEUDONYMS [DKT. 442]** |
| v. | |
| JEFFERSON B. SESSIONS III, ATTORNEY GENERAL OF THE UNITED STATES; KIRSTJEN NIELSEN, SECRETARY OF | |

24

25

26

27

28

---

PLAINTIFF-INTERVENORS' NOTICE OF WITHDRAWAL OF MOTIONS

<table>
<tr><td>1</td><td>HOMELAND SECURITY; U.S.<br>DEPARTMENT OF HOMELAND</td><td></td></tr>
</table>

| | |
|---|---|
| HOMELAND SECURITY; U.S. DEPARTMENT OF HOMELAND SECURITY, AND ITS SUBORDINATE ENTITIES; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, | Date: July 27, 2018 |
| | Time: 9:30 a.m. |
| Defendants. | Judge: Hon. Dolly M. Gee |
| | Courtroom: 8C, Los Angeles Courthouse |
| Ms. J.P., Ms. J.O., Ms. R.M., and DOES 1-10, | |
| Plaintiff-Intervenors. | |

Additional counsel for Plaintiff-Intervenors:

| | |
|---|---|
| Carter G. Phillips*<br>cphillips@sidley.com<br>Jennifer J. Clark*<br>jennifer.clark@sidley.com<br>SIDLEY AUSTIN LLP<br>1501 K Street, N.W.<br>Washington, D.C. 20005<br>Telephone: +1 202 736-8000<br>Facsimile: +1 202 736-8711 | Mark E. Haddad (SBN 205945)<br>markhadd@usc.edu<br>Part-time Lecturer in Law<br>USC Gould School of Law**<br>University of Southern California<br>699 Exposition Blvd.<br>Los Angeles, CA 90089<br>Telephone: +1 213 675-5957 |
| Michael Andolina*<br>mandolina@sidley.com<br>Timothy Payne*<br>tpayne@sidley.com<br>Kevin Fee*<br>kfee@sidley.com<br>SIDLEY AUSTIN LLP<br>One South Dearborn<br>Chicago, IL 60603<br>Telephone: +1 312 853-7000<br>Facsimile: +1 312 853-7036 | Luis Cortes Romero (SBN 310852)<br>lcortes@ia-lc.com<br>Alma L. David (SBN 257676)<br>adavid@ia-lc.com<br>IMMIGRANT ADVOCACY &<br>LITIGATION CENTER, PLLC<br>19309 68th Avenue South, Suite R-102<br>Kent, WA 98032<br>Telephone: +1 253 872-4730<br>Facsimile: +1 253 237-1591 |

Sean A. Commons (SBN 217603)
scommons@sidley.com

PLAINTIFF-INTERVENORS' NOTICE OF WITHDRAWAL OF MOTIONS

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

SIDLEY AUSTIN LLP
555 West Fifth Street
Los Angeles, CA 90013
Telephone: +1 213 896-6000
Facsimile: +1 213 896-6600


*Application for admission pro hac vice to be submitted

** Institution listed for identification purposes only

PLAINTIFF-INTERVENORS' NOTICE OF WITHDRAWAL OF MOTIONS

1   **TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

2       PLEASE TAKE NOTICE that, pursuant to Local Civil Rule 7-16, Ms. J.P., Ms.

3   J.O., Ms. R.M., and DOES 1-10 (collectively "Plaintiff-Intervenors"), by and through

4   their attorneys, hereby withdraw without prejudice their Motion to Intervene as

5   Plaintiffs (ECF Docket No. 441) and Motion to Proceed Using Pseudonyms (ECF

6   Docket No. 442), filed on June 25, 2018, in the above-captioned matter.

7       In light of recent events, including the Honorable Dana M. Sabraw's Order

8   Granting Plaintiffs' Motion for Classwide Preliminary Injunction in the action titled

9   *Ms. L v. U.S. Immigration and Customs Enforcement*, No. 18-428 (S.D. Cal. June 26,

10  2018), which, among other things, preliminarily enjoins defendants from detaining

11  class members in DHS custody without and apart from their minor children and orders

12  reunification of all class members with their minor children, Plaintiff-Intervenors have

13  decided to withdraw their motions so that they may revise their [Proposed] Complaint

14  in Intervention, lodged concurrently with their Motion to Intervene as Plaintiffs.

15      Ms. J.P., Ms. J.O., and Ms. R.M. intend to file a revised complaint next week.

16      Plaintiffs and Defendants have not yet filed responses to the motions, and the

17  Court has not yet acted on them. The withdrawal of Plaintiff-Intervenors' motions

18  obviates the need for hearing on these matters at this time, previously scheduled for

19  July 27, 2018, and August 3, 2018, at 9:30 a.m. in Courtroom 8C of the above-entitled

20  court, located at 350 West 1st Street, Los Angeles, California 90012.

21   Dated:  July 6, 2018                           Respectfully Submitted,

22                                                  /s/ *Amy P. Lally*
                                                    Amy P. Lally (CABN 198555)
23                                                  alally@sidley.com
                                                    SIDLEY AUSTIN LLP
24                                                  1999 Avenue of the Stars, 17th Floor
                                                    Los Angeles, CA 90067
25                                                  Telephone: +1 310 595-9500
                                                    Facsimile: +1 310 595-9501
26
                                                    Attorney for Plaintiff-Intervenors
27

28

1

**CERTIFICATE OF SERVICE**

2

3        I hereby certify that on July 6, 2018, I electronically filed the foregoing

4   document with the Clerk for the United States District Court for the Central District of

5   California by using the CM/ECF system. A true and correct copy of this brief has

6   been served via the Court's CM/ECF system on all counsel of record.

7
                                              */s/ Amy P. Lally*
8                                             Amy P. Lally (CABN 198555)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28