CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>        Defendants.<br>———————————————————— | Case No. CV 85-4544 DMG (AGRx)<br><br>EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 1 OF 12 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**]<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:     (408) 280-2437
Facsimile:      (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

/ / /

## INDEX OF EXHIBITS

**VOLUME 1**

1.  Declaration of Class Counsel, Peter Schey...................................... 1
2.  List of Licensed Group Homes and Homeless Youth Shelters.................. 5
3.  Declaration of Lidia S███████████ ............................................ 25
4.  Declaration of Dilsia R████ ................................................... 29
5.  Declaration of Josselin H██████ ............................................. 33
6.  Declaration of Keylin M██████ ...............................................37
7.  Declaration of Iris A███████ ................................................41
8.  Declaration of Dixiana S██████ ............................................. 46
9.  Declaration of Maria Angela A████████ .................................. 50
10. Declaration of Ana Vilma M██████ ....................................... 54

**VOLUME 2**

11. Excerpts of Exhibits............................................................58

**VOLUME 3**

12. Declaration of Cristobal R███████ ........................................224
13. Declaration of Delmis V██████ ............................................229
14. Declaration of Justin L████████ ..........................................233
15. Declaration of Mayra S█████ ............................................. 242
16. Declaration of Ruth M████████ ...........................................246
17. Ommitted
18. Declaration of Bridis F██████ ............................................ 250
19. Declaration of Lourdes R████████ ...................................... 254
20. Declaration of Blanca M█████ .............................................257
21. Declaration of Brandon S███████ ........................................ 262
22. Declaration of Fatima O███ ...............................................265
23. Declaration of Nohemi P██████ .......................................... 269
24. Declaration of Doris M███ ................................................272
25. Declaration of Karen B████████ .........................................276
26. Declaration of Jefferson A███████ ......................................281

1

27. Declaration of Daise M█████████ .................................................... 285

28. Declaration of Alejandra R███████████ ................................... 289

29. Declaration of Dinora C██████████ ........................................ 293

30. Declaration of Leydi X████████████ ....................................... 298

**VOLUME 4**

31. Declaration of Floridalma L█████████ ...................................... 302

32. Declaration of Anet M███████████ ........................................ 309

33. Declaration of Sindy S█████████ ............................................ 314

34. Declaration of Timofei F████████ ............................................. 318

35. Declaration of Cesar A██████████████ .................................. 323

36. Declaration of Kevin U██████████ ........................................ 329

37. Declaration of Ana P████████████ ........................................ 338

38. Declaration of Alma R████████████ ....................................... 342

39. Declaration of Marlyn E█████████████ .................................. 346

40. Declaration of Jeydi I██████████████ .................................... 353

41. Declaration of Tarino A██████ ............................................. 356

42. Declaration of Denia M███████████ ...................................... 361

43. Declaration of Manuel A██████████████ ............................... 367

44. Declaration of Alma S█████████ ............................................ 374

45. Declaration of Abidalia G███████████ ................................... 378

46. Declaration of Gladys I████████████ .................................... 382

47. Declaration of Baljit K█ .................................................... 385

48. Omitted

49. Declaration of Edgar R███████████ ...................................... 390

50. Declaration of Ermita M████████ ......................................... 394

**VOLUME 5**

51. Declaration of Fanny Damarys A██████████████ ................... 397

52. Declaration of Nery Baltazar M████████████ ....................... 401

53. Declaration of Selena B██████████ ....................................... 404

54. Declaration of Victor A██████████ ....................................... 408

55. Declaration of Yeimin B██████████ ...................................... 413

2

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

56. Declaration of Anghelo M███████████ .................................................419

57. Omitted

58. Declaration of Sergio C███████ ....................................................426

59. Declaration of Dennis M███████ ...................................................430

60. Declaration of Emilson E██████████ ...............................................434

61. Declaration of Erick L██████ ........................................................437

62. Declaration of Gladys I██████ .......................................................444

63. Declaration of Marcedonio P██████ ................................................447

64. Omitted

65. Declaration of Sandra M███████████ ..............................................451

66. Declaration of Elmer S████████ ....................................................455

67. Declaration of Yonain G███████ ....................................................460

68. Declaration of Juan M████████ .....................................................463

69. Declaration of Ivania L██████ ........................................................466

70. Declaration of Geovany D███████████ ...........................................469

**VOLUME 6**

71. Declaration of Ricardo  M████████ ................................................472

72. Declaration of Abilio I███████████ ................................................475

73. Declaration of Itzel C█████ ...........................................................478

74. Declaration of Dony  A███████ ......................................................481

75. Declaration of Bartolo  D████████ .................................................484

76. Declaration of Minta M██████████ ................................................487

77. Declaration of Noe R████████ .......................................................490

78. Declaration of Rony  E████████ .....................................................493

79. Declaration of Felipe G██████ ........................................................496

80. Declaration of Otoniel A██████████ ...............................................499

81. Declaration of Pedro V████████ .....................................................502

82. Declaration of Lester  Y████████ ...................................................505

83. Declaration of Carol V██████ ........................................................508

84. Declaration of Cindy J███████ .......................................................513

85. Declaration of Edwin A████████ ....................................................518

86. Declaration of Elvi O███████ .........................................................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████ .................................................. 532

88. Declaration of Denis J█████ ...................................................... 536

89. Declaration of Juan C█████ ...................................................... 542

90. Declaration of Lucia G█████ .................................................... 549

91. Declaration of Norin U█████ .................................................... 554

92. Declaration of Skarleth G█████ ................................................ 559

93. Declaration of Carol S█████ .................................................... 564

94. Declaration of David A█████ ................................................... 572

95. Declaration of Elry A█████ ..................................................... 579

**VOLUME 7**

96. Declaration of Eydi Y█████ ..................................................... 582

97. Declaration of Jesica Y█████ ................................................... 585

98. Declaration of Katherine B█████ ............................................. 591

99. Declaration of Kevin G█████ ................................................... 599

100. Declaration of Miguel A█████ ................................................ 606

101. Declaration of Rebecca Y█████ .............................................. 613

102. Declaration of Yender E█████ ................................................ 619

103. Declaration of Elmer V█████ .................................................. 626

104. Declaration of Deny N█████ ................................................... 630

105. Declaration of Juan A█████ ................................................... 634

106. Declaration of Horacio A█████ .............................................. 638

107. Declaration of Melannie O█████ ............................................ 642

108. Declaration of Vicenta P█████ ............................................... 647

109. Declaration of Miriam B█████ ............................................... 650

110. Declaration of Loida G█████ ................................................. 653

111. Declaration of Loida C█████ .................................................. 656

112. Declaration of Genoveva G█████ ........................................... 659

**VOLUME 8**

113. Declaration of Aurelia R█████ ............................................... 662

114. Declaration of Ana M█████ ................................................... 665

115. Declaration of Celestino A█████ ............................................ 668

116. Declaration of Jose L█████ .................................................... 671

4

117. Declaration of Braylin A█████████ .................................................674

118. Declaration of Ventura I█████████ .............................................677

119. Declaration of M███████ ........................................................680

120. Declaration of Christy F██████ ................................................683

121. Declaration of Graisy I████████ ..............................................686

122. Declaration of Martin H███████ ...............................................689

123. Declaration of Edras d██████ ..................................................692

124. Declaration of Elena C███████ ................................................695

125. Declaration of Heydi F█████████ ..............................................698

126. Declaration of Magdalena P███████ ..........................................701

127. Declaration of Jorge M████████ ...............................................704

128. Declaration of Manuel R███████ ..............................................708

129. Declaration of Mauricio B█████████ ..........................................711

130. Declaration of Rosalva P█ .....................................................716

131. Declaration of Owen E████████ ...............................................721

132. Declaration of Alexander T██████ ............................................725

133. Declaration of Serafin S█ ......................................................728

134. Declaration of Kimberly V███████ ............................................732

135. Declaration of Michelle T███████ .............................................736

**VOLUME 9**

136. Declaration of Orlando M█████████ ..........................................740

137. Declaration of Vanessa R█████████ ..........................................743

138. Declaration of Alexander G████████ ..........................................747

139. Declaration of Hazlyn D██████████ ...........................................751

140. Declaration of Eva B███████ ...................................................755

141. Declaration of Gladys E████████ ..............................................759

142. Declaration of Maria E██████████ ............................................763

143. Declaration of Lexyer B████████ ..............................................767

144. Declaration of Cesia B████████ ...............................................771

145. Declaration of Alan C██████ ...................................................775

146. Declaration of Juan A███████████ ............................................780

147. Declaration of Edwin Q████████ ..............................................784

5

148. Declaration of Leticia D█████████ ....................................................... 788

149. Declaration of Sandeep S███ ........................................................... 792

150. Declaration of Manish K███ ............................................................ 796

151. Declaration of Devis U████████ ................................................…..... 800

152. Declaration of Sachin K███ ............................................................. 803

153. Declaration of Raul P███████ .......................................................... 807

154. Declaration of Yasmin R████████ ..................................................... 810

155. Declaration of Dixia S█████ ............................................................ 813

156. Declaration of Angel A███████████ .................................................. 817

157. Declaration of Josue ██████████ ...................................................... 822

158. Declaration of Lesvia E█████████ ..................................................... 825

159. Declaration of Patricia H███████ ....................................................... 828

160. Declaration of Alba S███████ ........................................................... 833

161. Declaration of Blanca C████████ ....................................................... 838

162. Declaration of Jeydi M███████ ......................................................... 841

163. Declaration of Lizeth R██████ .......................................................... 844

164. Declaration of Maira S████████ ........................................................ 847

165. Declaration of Yenny F████████ ........................................................ 850

**VOLUME 10**

166. Declaration of Brenda M████████ ...................................................... 853

167. Declaration of Griselda B████████ ..................................................... 857

168. Declaration of Keila P████████ ......................................................... 861

169. Declaration of Rosa P█████ ............................................................. 865

170. Declaration of Saudi S███████ .......................................................... 869

171. Declaration of Santos A████████ ....................................................... 872

172. Declaration of Sandra M██████ ......................................................... 876

173. Declaration of Wendy P███████ .......................................................... 879

174. Declaration of Dulce M████████ ........................................................ 883

175. Declaration of Maria d███████ .......................................................... 887

176. Declaration of Herlinda C█████████ ................................................... 891

177. Declaration of Yojana R███████ ........................................................ 895

178. Declaration of Vilma M████████ ........................................................ 899

6

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P████████████ .......................................... 903

180. Declaration of Rocio M████████ .......................................... 907

181. Declaration of Iris E███████ .......................................... 911

182. Declaration of Mirza O███████ .......................................... 916

183. Declaration of David C███████ .......................................... 920

184. Declaration of Noliba C██████ .......................................... 924

185. Declaration of Bryseyda G██████████████ ...........................928

186. Declaration of Alba P██████ .......................................... 932

187. Declaration of Josue G██████ ...........................................936

188. Declaration of Sara P██████ ...........................................939

189. Declaration of Beysi M████████ .......................................... 943

190. Declaration of Besy J████████ .......................................... 947

**VOLUME 11**

191. Declaration of Blanca R████████ .......................................... 952

192. Declaration of Gladis B██████████ .......................................... 956

193. Declaration of Lucia R████████████ .......................................... 960

194. Declaration of Maria R██████ .......................................... 965

195. Declaration of Nora E████████ .......................................... 969

196. Declaration of Sonia Y███████ .......................................... 974

197. Declaration of Yerica F████████ .......................................... 979

198. Declaration of Esperanza C██████████ .......................................... 984

199. Declaration of Maria del S██████████ .......................................... 989

200. Declaration of Glenda D████████ .......................................... 992

201. Declaration of Maira L████████ .......................................... 996

202. Declaration of Jessica C████████ ..........................................1000

203. Declaration of Karla J████████ ..........................................1004

204. Declaration of Madelin Y██████████ ..........................................1007

205. Declaration of Claudia A██████████████ ..........................................1010

206. Declaration of Yaneth C████████████ ..........................................1013

207. Declaration of Daniel M██████ ..........................................1016

208. Declaration of Gabriel G████████ ..........................................1020

209. Declaration of Mateo A████████ ..........................................1024

7

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H███████ .................................................... 1027

**VOLUME 12**

211. Declaration of Felipe A██████ ...................................................... 1031

212. Declaration of Leonardo L██████ ................................................. 1035

213. Declaration of Maudin L█████ ..................................................... 1039

214. Declaration of Edwin G██████████ ............................................. 1042

215. Declaration of Victor V████████ ................................................. 1046

216. Declaration of Gustavo A█████████ ............................................ 1050

217. Declaration of Romeo N██████ ................................................... 1054

218. Declaration of Wilder D█████ ..................................................... 1058

219. Declaration of Jhony A███████████ ............................................ 1062

220. Declaration of Luis M██████ ....................................................... 1065

221. Declaration of Sayra O███████ .................................................... 1068

222. Declaration of Roger G███████ ................................................... 1071

223. Declaration of Diego M████ ........................................................ 1074

224. Declaration of Kevin Y███████ ................................................... 1078

225. Declaration of Elmer E████████ ................................................. 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller ............................. 1087

8

223. Declaration of Diego Mxx xxxxx

224. Declaration of Kevin Yxxxx xxxxx xxxxxx

225. Declaration of Elmer Exxxxxx xxxxx xxxxx

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

Exhibit 1

## DECLARATION OF PETER SCHEY

I, Peter Schey, depose and say:

1. I serve with Carlos Holguin as class counsel in the case entitled Flores v. Sessions, Case No. CV 85-4544 DMG (AGRx).

2. According to monthly data provided to Plaintiffs' class counsel by defendants, Casa Padre (operated by Southwest Key) is the largest facility operated by Defendants for unaccompanied children and currently holds approximately 900 class members for weeks or months. Based on a site inspection and class member  interviews conducted pursuant to Paragrapghs 32 and 33 of the Flores Agreement by 26 volunteer lawyers on July 12 and 13, 2018, and the statements of facility staff and numerous class members, class counsel is informed and believes that the facility is fully secure in violation of Paragraph 6 (licensed group home shall be "non-secure"). Class counsel has informed Defendants that they wish to conduct further site inspections and class member interviews at other facilities where the Office of Refugee Resettlement (ORR) houses detained unaccompanied minors (including recently separated minors) between July 23 and August 3, 2018. However, monitoring is always ongoing and Plaintiffs believe the current material breaches are so serious and jeopardizing class members' health, safety and the exercise of their rights under the Agreement, that the status conference scheduled for July 27, 2018, should not be postponed.

1

3. Per policy instruction, unaccompanied children are "provided the opportunity to make a minimum of two telephone calls per week (10 minutes each) to family members and/or sponsors …" Children Entering the United States Unaccompanied: Section 3.3.10 Telephone Calls, Visitation, and Mail (Jan. 28, 2015). Interviews with numerous separated class members at Casa Padre on July 12 and 13, 2018, indicate many are unable to contact their parents because they do not know where they are detained by Defendants, and many others are permitted only one 10 minute telephone call a week.

4. Under Paragraph 32, class counsel has the right to interview class members. Class counsel seek and obtain the consent of parents at a family detention facilities prior to interviewing class member children. By separating class members from their parents without a plan to maintain parental decision-making, Defendants made class members' parents unavailable to class counsel to seek consent to interview their children. Despite numerous requests over the past two weeks to meet and confer about being provided the names and locations of separated class members' parents, Defendants have declined, making obtaining consent for class member interviews under Paragraph 32 almost impossible. Because of the urgency of the situation caused by the family separations, and under objection, class counsel commenced interviews with separated class members at Casa Padre on July 12 and 13, 2018.

2

3

5. The over 200 declarations being filed with Plaintiffs' Memorandum as exhibits were gathered during monitoring inspections and class member interviews conducted in June and July 2018 at various CBP stations in several states and all three ICE family detention centers. Plaintiffs are submitting as exhibits _all_ declarations provided by class members or parents.

6. In a small number of cases, in different ways, class members or their parents commend Defendants for their treatment with regards edible food, clean drinking water, mats to sleep on, blankets, toiletries, soap, cells not being overcrowded, being told of their rights, or being treated with respect and dignity. However, the overwhelming majority of class members and parents interviewed in June and July 2018 -- probably about 90% -- provide testimony that is shocking and atrocious. It amounts to a picture not just of forcibly separating thousands of children from their parents, but on a much broader level of a program of forced hunger, forced thirst, forced sleep deprivation, coupled with routine insults, threats, and physical assault, that leave class member children crying, trembling, hungry, thirsty, sleepless, sick, and terrified. Mental health experts agree that many class members will never fully recover from the terror and humiliation they experienced in Defendants' custody.

Executed this 15th day of July, 2018, in Oak View, California.

Peter Schey

3

4

Exhibit 2

# List of Licensed Group Homes and Homeless Youth Centers

(last updated on July 12, 2018)

In July 2018, a small group of volunteers contacted licensed group homes and homeless youth centers across the country to identify locations that may have bed space for unaccompanied minors. We identified cities with large populations of Central American immigrants, and researched or called each individual center. The following questions were asked and captured during the conversation. This list is not exhaustive but is a first step is compiling a list of homes that unaccompanied minors may transition to.

1. Homeless shelter/licensed group home address, phone number. Include any info on the shelter- what's nearby, a picture, types of activities, special info, languages spoken, etc.
2. Specific POC, email and phone number of person that handles intake of unaccompanied minors
3. Any kind of demographic info on the shelter that can help an unaccompanied minor choose a shelter to go to.
   ● Are there restrictions on the # of boys vs. the # of girls?
   ● Is there an age restriction at the shelter?
   ● Are undocumented children OK? They may be applying for political asylum or special immigrant juvenile status but still need a shelter in the meantime.
4. Approx. # of total beds in the shelter in total
5. Approx. # of total beds available currently vs. # available next week July 16th, July 23rd, 30th, August 6th, August 13th?

| State | Facility | Website | POC | Conditions | Total # of Beds | # Beds Avail | Spanish Speaking |
|-------|----------|---------|-----|------------|-----------------|--------------|------------------|
| MN | The Bridge for Youth 1111 West 22nd Street Minneapolis, MN 55405 | http://www.bridgeforyouth.org/ | | Beds are first come first serve- call first (612) 230-6601 <br> - Youth ages 10-17 <br> - Do an assessment with the youth and go over history with the youth <br> - Would still face to face meet with them and see if | | | Y |

| | | | | you can provide | | | |
|---|---|---|---|---|---|---|---|
| GA | CARRIE STEELE PITTS HOME, INC. 667 Fairburn Road Atlanta, GA 30331 | http://csph.org/join-us/ | Evelyn A. Lavizzo PhD, Executive Director 404-691-9974 | 12-18 yr olds. The residential care program at the Home includes basic daily care up to 20 youth; therapeutic programming to meet the increased needs of adolescents in foster care, a fitness/nutrition program and adaptive supportive educational services.  The youth that live at CSPH are faced with greater psychological, educational, emotional and health challenges than in past years. | | | |
| IL | Mercy Home for Boys & Girls | | | Admission process- unable to provide bed numbers | | | |
| GA | Families First 80 Joseph E. Lowery Boulevard, NW Atlanta, GA 30314-3421 | https://www.familiesfirst.org/ | 404-853-2800 | Each cooperative can serve 6-7 teens at one time 2 Cooperatives Female and Male Ages 13-20 Weekly group counseling sessions. Goal is to ensure success in each child by the age of 25. | | | |
| IL | Access Points Puerto Rican Cultural Center 872-829-2654 (same as El Rescate) | www.csh.org | Milagros Perez- contact, not | Emergency shelter - 21 day stay - 14-17 year olds - point is to avoid foster care and promotes unification | | | Y |

2

7

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | necessarily minors | - If youth is locked out or kicked out of home generally<br>- Would need to discuss with funding/coordinator - family youth and services bureau<br>- 4 beds available<br>- Will call back | | | |
| IL | The Catholic Charities of Chicago | | | Left message for Vice-President of Child, Youth and Family Services Laura Rios | | | |
| IL | DCFS - Il department of children and family services | | | John Egan<br>312-328-2269<br>Dept of DCFS - housing and beds<br>- Left VM | | | |
| OR | **Janus Youth Programs, Inc.** | http://www.janusyouth.org | Use website for contact info 503-432-3986 | Beds are first come first served- call 503-432-3986 | 60 in summer | unknown | yes |
| OR | Station 7-Looking Glass | | | They will call me back | | | |
| N CA | Diamond Youth Shelter | https://larkinstreetyouth.org/ | 415-567-1020 | San Francisco<br>12-17<br>require subpoena for police entry<br>Do take pregnant teens<br>Contact for intake:<br>Monique Thomas<br>415-567-1020 | Up to 15 | 9 available as of Friday | Yes - 1 staff member, trying to get more |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| N CA | Huckleberry House | https://www.huck leberryyouth.org/ contact-us/ | (415) 621-2929 | San Francisco<br>12-17<br>Have taken kids from ORR before<br>Focus on family reunification (overall, not just in immigration context)<br>Patrick Buckaelw<br>Katie Reisinger | Up to 6 | Totally depends - 1 maybe 2 | Yes - 50% |
| N CA | Dreamcatcher | http://www.alame dafs.org/dreamc atcher/ | 510-522-8363<br>800-379-1114 | Alameda<br>13-18<br>Emergency short-term placement shelter only - 21 days max - don't get funding from state placement services - will receive referrals from anywhere/one for emergency safe shelter<br><br>Whoever answers phone | Up to 12<br>Up to 20 startin g in Octob er | Varies a lot - maybe 1 or 2 - maybe more in October | Sometim es - 1 right now |
| N CA | | | | San Jose<br><br>Deborah Pell at Bill Wilson Center - she didn't think they would be the right place to call, recommended:<br><br>Catholic Charities - have ORR contract - they have MOUs with Bill Wilson Center if needed<br><br>408-468-0100<br><br>Angela Albright - left message | | | |

4

| N CA | Social Advocates for Youth | https://www.saysc.org/programs/the-dr-james-e-coffee-house-emergency-teen-shelter/ | 707-546-3432 | Need a parent signature within 72 hours<br>12-17<br><br>Shauna Rundstrum | Up to 6 | Varies, probably 2-3 | Yes - usually at least 1 |
|---|---|---|---|---|---|---|---|
| N CA | Sanctuary Youth Shelter | http://www.fresnoeoc.org/sanctuary-youth-shelter | (559) 498-8543 | Fresno<br><br>No answer | | | |
| N CA | New Morning | https://www.newmorningyfs.org/24-hour-shelter | 530.626.4190 | Placerville<br>6 -17<br>Currently licensed as a level 4 group home, kids without behavioral/mental health<br><br>Changing license to runaway youth homeless shelter - once license switches - 30 day max<br><br>On site counselor<br><br>Annah Wilson<br>Shelter Director<br>annah@newmorningyfs.org | 12 | Varies a lot - currently have 4 (2 boy, 2 girl) | Yes - 1 clinician speaks Spanish but she needs to be brought in |
| N CA | Wind Youth Services | https://www.windyouth.org/programs/emergency-youth-shelter/ | (916) 504-3313 | Sacramento<br>13-24<br><br>Homeless youth shelter<br>This number is the right starting point. | 3 locations | Varies | Yes |
| N CA | Hutton House | https://www.cent | (209) | Modesto | Up to | Varies | Yes |

| | | erforhumanservices.org/what-we-do/shelter-services/hutton-house/ | 526-1623 | 13-17<br>Cannot take any children under CPS care<br><br>Family reunification, counseling<br><br>Anyone at the number - 24/7 | 8 | | |
|---|---|---|---|---|---|---|---|
| N CA | Genesis House | https://www.genesis-house.org/ | 559-280-4619 | Visalia<br><br>11-17<br><br>Left message | | | |
| N CA | Tahoe Youth and Family Services | | | South Tahoe<br><br>Host home - have a network of approved homes<br><br>Left message | | | |
| ?? | Casa Libre | www.casa-libre.org | | It is a licensed emergency and long-term 14-bed shelter for minors under the age of 18 without homes, including unaccompanied immigrant and refugee children. | 4 beds available currently | | |
| S CA | Covenant House CA East Hollywood | www.covenanthousecalifornia.org<br>323-461-3131 | Raymond (Shelter) | Shelter for youth ages 18-24, none under age of 18. Accept walk-ins. All genders accepted | 2 beds for males, Waitlist for | Unsure | Yes |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | | femal es (2-3 wk) | | |
| S CA | Covenant House CA Oakland | 200 Harrison St. www.covenantho usecalifornia.org gregol orio@ covca. org Quoca vib | 510-379-1010 | Males and females 18-24. Same as above | 4 mont h wait list. Emer gency bed situati on on coach es (3 nights ) | | Spanish |
| S CA | DMH Enhanced Emergency Shelter Program | LA County | 213-738-6194 "Nare" Admin "Willia m" Gatek eeper No websit e given | Network of emergency shelters throughout LA County for youth age 18-25. They offer a 36 day program for youth to access resources, case worker, helath, etc. *Must also have mental health concern Welcoming of Transgender community :) | Imme diate openi ngs | Unsure of future. Call and get put on list for a intake | Spanish Armenian Russian |
| S CA | Jovenes, Inc | LA | Luis Medin a 323- | Emergency and transitional housing for MALES only, 18-24 | ? (Left mess age) | ? | Spanish |

7

12

| | | | | | | |
|---|---|---|---|---|---|---|
| | | 260-8035 X 102 www.jovensinc.org | | | | |
| S CA | LA Youth (LAYN) | 1550 N. Gower St. LA | intake @layn.org | Emergency shelter for youth, 12-17 | Sent email | ? | |
| S CA | Homes For LIfe | San Gabriel CA (Housing Locations vary) | 310-337-7417 www.homesforlife.org | Mental health diagnosis required, chronic homeless Adults 18-59, registration with LA County referral program_Pasadena, CA Contact: 626-438-8776 Torrance, CA Contact: Harbor Interfaith 424-276-3609 | Yes-Group homes range 6-9 people | ? | |
| S CA | Salvation Army The Way In | | Kenji | Not an emergency shelter, transitional housing with case mangement services Females 18-21 (no beds) Males 18-25 available beds  Intake: call to do a screening, when something is open they call you back, things change by the hour so leave info.  Accepting of undocumented migrants | 5 | | Spanish |
| S CA | Angel's Flight | | 213-318-5732 Spanis | Housing for at-risk, Call for any assistane with immigration issues! House for Children 10-17 Spanish-speaking intake available | 16 Total  10 | | Spanish |

| | | | h Speaking Ask for Angie Lopez<br><br>213-318-5730 Gina Parker Rudy Trujillio | First step is to call intake! | beds now | | |
|---|---|---|---|---|---|---|---|
| TX | Catholic Charities Youth Shelter at Pearl Longbine Cottage | http://cctxp.org/emergency-youth-shelter/ | ssteelman@cctxp.org (806) 376-4571 | Emergency shelter for both genders, ages 5-17 for up to 90 days. Needs referrals. Operated by Catholic Charities. | Unable to leave a message. Information from CASA CARES site. | | |
| TX | ACH Tarrant County | | 682-432-1080 melissa.opheim@ac | Licensed full service agency; has an emergency shelter,can do foster care if funding available. | Needs more information; | | |

9

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | hservices.org Melissa Opheim | | willing to help if specific information provided. | | |
| MA | Crossroads Family Center | | Lauren Antonelli, M.A,Lantonelli@ebcrossroads.org, (617) 567-5926 ext. 21 | State funded family shelter so don't think they are permitted to take unaccompanied miors, but "desperately" wants to help and open to all ideas about how! | | | |
| TX | Assessment Center of Tarrant County | | ycastro@ccdofw.org; ics@ccdofw.org | Part of Catholic Charities. Unable to reach by phone; only between 8-12pm. Licensed shelter; intended primarily for assessment, no supervisors, 90 day limit | Sent emails to both. | | |
| TX | Azleway | | 903 566 8444 | Faith based; residential placement for neglected and abused kids only. Possible resource if there is | | | |

10

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | | a diagnosis--and funding. | | | |
| TX | BCFS, several sites | bcfs_tfc_intakes @bcfs.net | 210 208 5669 | Needs referrals from the centers. Already works with the State of Texas and ORR to house minors. Appears to be a foster care system, not emergency shelters. | No infor matio n on beds witho ut referr al infor matio n. | | |
| TX | RMYA, The Bridge | http://www.rmya. org/ | (210) 340-7933 | Co-ed facility that serves children between 5-17 years old on a temporary basis (1-30 days). Has a structured program. | Left VM for direct or to call back | | |
| NYC | Covenant House New York 460 West 41st Street, New York, NY 10036-6801 | https://ny.covena nthouse.org/crisi s-center | 212-613-0300, info@c ovena nthous e.org | Age 16-24 awaiting return call or email | | | |
| NYC | Ali Forney Center 321 W 125th Street New York, NY 10027 | https://www.alifor neycenter.org | (212) 222-3427 | LGBTQ, Emergency housing in homelike apartments (Queens & Brooklyn) can stay 1-6 months | 52 | | |

11

16

| | | | | waitlist (youth 16-20 wait 2 wks, 21-24 wait 6 months) left message for return call | | | |
|---|---|---|---|---|---|---|---|
| NYC | Trinity Place Shelter 164 W 100th Street New York, New York 10025 | http://trinityplaceshelter.org/ | (646) 580-7045 | LGBTQ, transitional shelter emailed for info- no phone staff until evening | 10 beds | | |
| NYC | Streetworks overnight NYC (confidential location, address not disclosed until referred) | https://www.safehorizon.org/streetwork/ | 917-507-1562, Lauren Manley, laurenmanley@streetworks.safehorizon.org | Referral required, form can be provided by email, Agees 16-20 with priority to 16/17 year olds Undocumented is ok, no ID requirements Provides housing up to 60 days | 24 (currently 16 male, 8 female) | Fluctuating availability, unable to confirm | Y and translation services for other languages |
| | | | | | | | |
| DC | Covenant House Washington DC  2001 Mississippi Ave SE Washington, DC | http://covenanthousedc.org/ | 202-610-9600 | Only serves 18-24yrs | | | |
| GA | Safe House Outreach 89 Ellis St. NE Atlanta, GA 30303 | www.safehouseoutreach.org | **Melissa Holcombe** {o}404. | Do not offer housing, but serve hot meals twice daily at 11:30am and 6:30pm. They would love to serve these children in any way we can. They could also help with clothing and possible job connections. | | | |

12

| | | | 523.2221 Ext:104 | | | | |
|---|---|---|---|---|---|---|---|
| DC | Sasha Bruce Youthwork (has Barracks Row Drop in Center) | sashabruce.org | 202-675-9340<br><br>plieber @sash abruce .org | Left voicemail | | | |
| DC | Washington DC Lines to call<br><br>DC Shelter Hotline: 202-399-7093<br><br>Emergency Hotline: 202-463-6211 | | | | | | |
| MA | ST Mary's Center for Women and Children | programs@stma ryscenterma.org | 617.436.8600 | Left VM; Bridge Home  program is short term crisis housing for children who have experienced trauma.  They have up to 12 beds at any one time and serve children newborn to 12. | | | |
| MA | Bridge Over Troubled Waters | | 617-423-9575 | Left VM; Emergency Residence is short-term transitional residential program for homeless youth ages 14-24. | | | |
| AZ | Tungland Corp | | 877-886- | Multiple locations; waiting to call back from Sterling Bartow | | | |

13

| | | | 4526 | | | | |
|---|---|---|---|---|---|---|---|
| AZ | Tumbleweed | Recommended by CASA | | Designed for homeless teenagers only | | | |
| AZ | Child Care Resource | | 800-308-9000 | Awaiting callback for "licensed or certified" providers | | | |
| AZ | Catholic Charities | Phoenix | 602-285-1999 | Awaiting call back | | | |
| AZ | Phoenix Rescue Mission | Phoenix | | Will not take single children; only w/mother; limited space | | | |
| AZ | Governor's office | Ombudsman | 602-364-0777 | Awaiting call back | | | |
| AZ | Angie's House | www.angieshouseaz.com | (928) 301-2169 | No Answer | | | |
| AZ | Child Crisis Arizona | https://childcrisisaz.org/ | Amy Holstein, Director, 480-969-2308 | 3 day emergency, assess for longer care, parents Age restrictions 0-10; beds 42 beds, one shelter; | 42 beds | Couldn't say | Yes |
| AZ | Arizona Dept. of Economic Security | https://des.az.gov/services/aging-and-adult/arizona- | Brett, no number given | They don't handle these issues only strict refugee settlement | | | |

14

19

| | | | | | | |
|---|---|---|---|---|---|---|
| | | refugee-resettlement-program | | | | |
| AZ | Cornerstone Mission Project, Inc. | http://www.cornerstonemissionaz.org/ | | They are a rural homeless shelter for persons over 18 | | |
| AZ | A New Leaf | http://www.turnanewleaf.org/ | Candy, volunteer coordinator, 480-969-4024 | She couldn't tell me whether they can definitely accomodate, however she was sympathetic and wanted to get us resources. | | |
| AZ | Lutheran Social Services of the Southwest | http://www.lss-sw.org/ | Connie, COO, 480-396-3795 Phone tree | Left voicemail | | |
| AZ | Catholic Social Service Migration & Refugee Services | www.ccs-soaz.org | Dawn Dishman | Left voicemail | | |
| MD | Loving Arms | http://lovingarmsinc.com/maryland-division/ | 443-415-1174 | Serves youth 12–18 years old; do not need to be documented | Beds are available, first | Beds are available |

15

| | | | | come first serve | | |
|---|---|---|---|---|---|---|
| MD | Kemp Mill Group Home (Hearts and Homes for Youth) | http://heartsandhomes.org/ | 301-679-1391 (left message) | Serves males 13-18 | | |
| MD | John C. Tracey Girls' Home (Hearts and Homes for Youth) | http://heartsandhomes.org/ | 301-679-1391 (left message) | Serves females 13-17 | 8 | |
| MD | Jump Start Semi-Independent Living Program for Boys (Hearts and Homes for Youth) | http://heartsandhomes.org/ | 301-679-1391 (left message) | Serves males 17-20 | 8 | |
| MD | YESS of Charles County | https://yessofcc.org/about/; | | Operate's Sonya's House https://yessofcc.org/sonyas-house/ | | |
| MD | Promise Place | http://www.sashabruce.org/programs/safehomes/promise-place/ | 202-547-7777, 240-764-8274 | Serves youth 12-24; must be documented resident of Prince George's County (referred through hotline at 888-731-0999) | 20 | |

16

| NYC | VERA Institute of Youth Justice | | Krista Larsen, 212-376-3110 | Large non-profit that handles Govt. contracts, Director.  Left voicemail. Additional contacts provided in email to Patrice. | | | |
|-----|-----|-----|-----|-----|-----|-----|-----|
| NYC | NYC Mayor's Office of Immigrant Affairs | | Sonia Lin, 212-788-2831, General Counsel & Policy Director | Left voicemail and exchanged emails. | | | |
| VA | Virginia Refugee Resettlement Service Providers | | IRC Director, Harriet Kuhr, 434-979-7772, x105 | Contacted 18 offices. Left voicemails. Ms. Kuhr advised US Conf. of Catholic Bishops and Lutheran Immigration and Refugee Services, place unaccompanied children in foster care. | | | |
| FL | Covenant House Florida - Fort Lauderdale | http://www.covenanthousefl.org/ | (954) 561-5559 | 80 youth including young mothers and their babies. | 80 | | |
| FL | Covenant House Florida - Orlando | http://www.covenanthousefl.org/ | (407) 482-0404 | 37 youth including young parents and their babies | 37 | | |

17

| FL | Interface Youth Shelter, Gainesville | http://www.cdsfl.org/youth/interface-youth-program-shelters/ | (352) 244-0618 | youth age 10-17 | 20 | | |
| --- | --- | --- | --- | --- | --- | --- | --- |
| FL | Interface Youth Shelter, Palatka | http://www.cdsfl.org/youth/interface-youth-program-shelters/ | (386) 385-0405 | youth age 10-17 | 20 | | |
| FL | Interface Youth Shelter, Lake City | http://www.cdsfl.org/youth/interface-youth-program-shelters/ | (386) 487-0190 | youth age 10-17 | 20 | | |
| FL | Youth Crisis Center (Jacksonville) | https://youthcrisiscenter.org/our-programs/residential-program/ | 904.725.6662 | children and teens ages 10-17 | | | |
| FL | Miami Bridge | http://miamibridge.org/emergency-shelter-care/ | 305-635-8953 | | 48 | | Y |
| FL | Arnette House | https://arnettehouse.org/what-we-do/#Residential-Services | (352) 622-6135 | 10-17 year olds | 20 | | |
| FL | Hidle House | http://www.anchoragechildrenshome.org/hidle-house.htm | (850) 784-1020 | 10-17. | 20 | | |

18

| FL | Bridge Transitional Living | http://www.anchoragechildrenshome.org/bridge-program.htm | (850) 481-8501 | ages 16-22 | | | |
|----|----|----|----|----|----|----|----|
| FL | Hannah's House | http://www.anchoragechildrenshome.org/hannahs-house.htm | (850) 481-8501 | pregnant mothers ages 16-22 and their infants | | | |
| FL | SafePlace2B | http://www.family-resources.org/contact-us/ | (727) 298-1606 | 10 to 17 | | | |
| FL | Someplace Else Crisis Shelter | http://www.ccys.org/programs-at-a-glance/someplace-else-crisis-shelter/ | 850-576-6000 | 10 to 17 | | | |

19

Exhibit 3

**Declaration of**

**LIDIA S███████████████████, A NUMBER ███████**

I, **LIDIA S███████████████████** (A number ███████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 3, 1996. My son's name is ███████████████████ (A number ███████). He is four years old and he was born on September 13, 2013. My son and I are from El Salvador.

2. I witnessed someone being decapitated, and I saw the faces of the murderers. The murderers threatened to kill me if I identified them. I was scared for my life and the life of my little boy. I was told the murderers have been asking about me, even as recently as last week.

3. We presented ourselves at the border about fifteen days ago. I believe that it was on or about June 13 2018.

4. My son and I were taken to the Ice Box for one day. We were not given food or water when we were apprehended. We were apprehended at 10 pm and were not given food or water until 6 am. We had to wait The Ice Box was so cold that my son and I shivered the entire time we were there and were unable to sleep. In addition, the only food we were given were sandwiches that were frozen and not able to be eaten. We went hungry the entire time we were there. My son was crying from hunger. My son was not able to eat the food and neither was I. The bathrooms at the facility were very dirty with a lot of trash everywhere – very filthy.

5. The next day we were transported a short distance to the Dog Pound for a day. The Dog Pound also was so cold that my son and I were shivering. The food at the Dog Pound was the same as at the Ice Box. The sandwiches were frozen and not able to be eaten. Again we went hungry and thirsty the entire time. The bathrooms again were overflowing and gross. Also again, my son and I did not drink water because of the conditions of the bathrooms and the sinks. The Dog Pound was so overcrowded that we could not walk around or sleep. The sinks in the port-o-potty did not have water, even after we pressed the pedal. The female guards were yelling at the mothers separated from their children not to look at their children in the separate cages. The female guards told the mothers and children that they would be punished for looking at each other.

6. The next day we were transported to the Dilley facility. We have been here about 13 days. I only have one kidney, and I developed a urinary tract infection while at the Dog Pound and unable to drink. My son also got very sick. We sought medical care four times at Dilley and were give only acetaminophen each time. At the fourth visit, the male nurse told me to go to the mental health facilities, because I was imagining my pain. He never gave me a physical examination and yelled at me that he had already given me medicine so what else did I want him to do. After my social worker found out I had been to the medical facilities four time without help, she insisted that a doctor see me. The doctor immediately sent me to the hospital where I found out my urinary tract infection had turned into a kidney infection, which

Page **1** of **3**

is very dangerous for me. While I was gone, my son was alone at Dilley. He developed a fever and threw up multiple times while I was away. However, he was not given any medicine.

7.  Despite the severe illness of me and my son, we were not given any help from the medical facilities at Dilley. The only ones who helped us were social workers who insisted that we see doctors and not the nurses who had been ignoring us.

8.  I was not told about my or my son's legal rights while at the Ice Box or the Dog Pound. Neither of us was given any written materials at either location.

9.  While at Dilley, I have not been given any written notices, except the rules of the facility.

10. I have had one hearing, but I did not understand what the hearing was for or what happened at the hearing. There are no plan for our release at this time.

I, Lidia S████████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████████          06-29-18
                                _____
                                     Date

Page **2** of 3

27

<u>Certificate of Translation</u>

I, LAURA M. FLORES, certify that I am fluent in English and Spanish and that I read the above declaration to Lidia S████████████ in Spanish.

LAURA M. FLORES
RAICES
4092 TPC PARKWAY, APT 953
SAN ANTONIO, TX 78261

06/29/18
Date

Exhibit 4

**Declaration of**

**DILSIA R** ███████████

I, Dilsia R ████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 23, 1981. My daughter's name is ████████████ She is 12 year old and was born on August 1, 2005. My daughter and I are from Honduras.

2. We forced to flee from Honduras due to extreme violence and insecurity. My husband and my two sons already reside in the United States.

3. We presented ourselves at the border about June 25, 2018. We were soaking wet and covered in mud from our journey across the river. The CBP officers that captured me yelled at me saying that he had kids himself and that in my position, he would never have put his children in this much risk. From that moment, we were taken to the "ice box" in our soaking wet clothes and covered in mud. We arrived at the ice box at 2am. When we arrived, we were searched and asked to take down our hair so that they could search our hair. We were later given a piece of bread with ham and a juice box in the ice box. We were starving but as we inspected the sandwich they took my daughter from me. I asked them where they took my daughter and they responded that she was in another room. She later told me that she was sent to a room by herself with another little girl.

4. The only other contact I had with the officer was to be moved to another cell in the ice box. I did not sleep at all that night, it was too cold. My daughter told me she was freezing as well. I sat there on the ground without any type of bed and shivered until the next day. I was reunited with my daughter the next morning in order to take a photograph picture and take our finger prints. Later, we were loaded on to a bus to be transported.

5. At 7 am the next day, we were taken to the "dog house." My daughter and I were again asked to let down our hair and lift our shirt to check our waists. Then they split us up again. However, this time I could actually see her through the metal fencing material. There we were given another sandwich with a water bottle and an apple. This time the sandwich was frozen. You could feel the ice when you bit into the sandwich. When they gave us sandwich for breakfast they put us in a cell. We were told to grab a thin mattress and throw it on the ground. We were given aluminum blankets.

6. I was finally able to sleep on the mattress but shortly after a tall woman officer that was dressed on brown woke me up by kicking me. She said "you are not in your own house…WAKE UP!" She ordered me to move to another room to answer questions. May daughter began to cry when I was taken away to another room. When she walked to the closest fence where I was taken, the official yelled at my daughter and said "What do you think you are doing over here? Do you want to get yourself deported right now?!" I found my daughter in tears when I saw her again.

Page 1 of 3

7.  We spent a day and a half in the dog house and the were transported to the ICE facilities in Dilley,
    Texas. I was officially reunited with my daughter when we loaded the bus to come to Dilley. My
    daughter, ███████, got really sick on the bus ride to Dilley. She thinks the food from the dog house made
    her sick and caused her to vomit repeatedly.

8.  We arrived in Dilley, Texas on or about June 27, 2018. Upon arrival, we received instructions and rules
    of the facility. After that a doctor took x-rays of our lungs and checked our blood pressure. In Dilley was
    the first time that we were able to shower. On June 28, 2018 at lunch was the first warm meal that we
    received. One June 29, 2018, my daughter has a medical appointment, she was told to drink lots of water
    because she is very dehydrated as a result of her stomach illness that caused her to vomit.

9.  To date, I have met with one person about mine or my daughter's legal rights. His advice was that we
    might or may not get approved for asylum but we do not have any information regarding the next steps
    yet. We are hoping to be reunited with my husband soon.

I, Dilsia R███████ swear under penalty of perjury that the above declaration is true and complete to the best of my
abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in
Spanish.

6/29/18
Date

Page **2** of **3**

31

Certificate of Translation

I, Luisa Muskus, certify that I am fluent in English and Spanish and that I read the above declaration to Dilsia R███ in Spanish.

Luisa Muskus
Orrick Herrington and Sutcliffe
609 Main Street
Houston, Texas 77002

06/29/2018
Date

Exhibit 5

**Declaration of**

**Josselin H**█████████████**, A NUMBER**██████████

I, Josselin H█████████████(A number ████████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 29th, 2005. I am 13 years old. My mother and I are from Honduras.

2. We left the country because my mom was working at a shop and they threatened her. She was really scared and did not know what to do. Eventually the place she worked shut down and so we were not able to afford living there anymore so we had to leave the country.

3. We presented ourselves at the border about June 25th, 2018. We were taken to what they call "The Freezer". There were no beds at all there any everyone had to sleep on the cold cement. I was able to have my mother with me the whole time but many mothers were not able to. It was so cold where we were staying that we could not sleep or rest. We were given small aluminum blankets. One blanket was for me and one was for my mother. We were not allowed to shower while we were there. The toilets were very dirty. Sometimes there was toilet paper but sometimes there was not. There was not usually water for us to wash our hands. We did not have toothbrushes.

4. There was a small container of juice and sandwiches that were very small. We were very hungry. It was painful how hungry we were. The sandwiches they gave us were still frozen and when I tried to eat it made me nauseous so I was not able to eat it and neither was my mother.

5. It was extremely cold at this place and we were not able to sleep because of how cold it was. The air conditioning was turned on very high and it was pointed right above where I was sleeping.

6. The lights were always on. We were not given anything to clean ourselves or allowed to shower. A lot of the times we could not wash our hands after going to the bathroom. Sometimes they would have a little water for us to wash our hands but not always.

7. After 5 hours my mother and I were taken to another place where we were held for two days.

8. In "La Perrera" I was separated from my mother as we arrived. I had to go to this other caged area where other children were. I do not understand why but whenever I would try to fall asleep a police would come and kick me in my feet to wake me up. Once I would wake up they would walk away. We had sandwiches and they were still frozen like in the first place. They gave us apples, a small cookie, and water bottles. They only gave us water when it was breakfast, lunch, or dinner. They only gave us small mats to sleep on and all of the mats were touching side-by-side so there was no room to relax my body. I was able to able to shower one time that I stayed there. They had towels and soap for us to use there. It was so cold and I only had one shirt on. After staying here for two days we were then transported in a bus. In the bus the police did not yell at us and they were nice. I was not able to be with my mother again until we were in the bus.

Page 1 of 3

9.  I have not yet received legal notice or access to counsel but I have an appointment to speak to someone in the visitor's center soon.

10. My mother and I were taken out of that facility on the 26th of June, 2018.

11. My mother and I have been at the location in Dilley for about 3 days. It was a four or five hour trip by bus. In this experience in this facility in Dilley I am treated very well and in comparison to where we stayed before I feel like I can finally relax. My mother and I can finally sleep. I have not been here for very long but the facility has beds and better food that we can eat.

12. We are planning to stay with my aunt in Florida.

13. My mom and I do not know anything about my case yet. I only know that they have told me that I will be able to meet with someone to discuss my case. I have plans to speak with them soon.


I, Josselin H███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


███████████████████          06/29/18
                              Date

Page **2** of **3**

Certificate of Translation

I, ███████████████, certify that I am fluent in English and Spanish and that I read the above declaration to Josselin H██████████ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

Page 3 of 3

36

Exhibit 6

**Declaration of**
**KEYLIN M███████████████, A NUMBER ████████████**

I, **KEYLIN M███████████████** (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 19, 2001, and I am sixteen years old. My mother's name is ████████ ██████, and her A number is ████████. Her date of birth is December 3, 1979. My mother and I are from Honduras.

2. We left our country, because my mother's life had been threatened, and she had been held up at gunpoint three times.

3. We presented ourselves at the border about eight days ago, June 21, 2018. We were taken to the Custom and Border Patrol Facility in McAllen, Texas, which we call the Ice Box.

4. The Ice Box was freezing, and my mother and I were shivering the entire time. I was miserable from the cold.

5. We were given food, but the food was frozen and not fit for consumption. It smelled so bad that we went hungry instead of eating it. My mother and I were hungry the entire time we were at the Ice Box.

6. After about one day, my mother and I were taken to another facility, known as the Dog House, where we held for four days. We were immediately separated at the Dog House and stayed separated the entire time. We were allowed to talk to each other only once for ten minutes in the four days we were there.

7. I was very frightened and depressed the entire time. I was scared of the guards and scared I would be deported without my mother. I did not know where she was. I am still depressed. I also have nightmares and a lot of anxiety because of the separation.

8. The female guards yelled at me and the other girls a lot. They called us names and made fun of us. The female guards would not let us and kicked us with their boots to keep us awake. They also called the some of the girls filthy and told them not to throw anything on the floor the way they would at home in their country. The female guards made me and the other girls strip naked in front of them and leered at us before their showers. It was very uncomfortable and caused me a lot of anxiety. I am still fearful of the guards today because of my treatment at the Dog Pound.

9. The guards were really angry all the time, and we tried to stay quiet and not attract their attention.

10. The Dog House is even colder than the Ice Box, and I was shivering the entire time. I was so cold that I had severe pain in my leg. I did not tell the guards, because they told us that if we said we were hurt that we would have to stay at the Dog House longer.

11. The guards also would not allow us to keep the mylar blankets that people gave use when they were leaving because they said we were only allowed one blanket. We received no mattress pads.

12. My leg hurt so bad form the cold that I hid one of the extra blankets so that I could wrap it around my leg. This made me very scared because the guards said they would punish us if we took extra blankets.

13. The food at the Dog House was the same as at the Ice House. It was frozen and smelled bad. I did not eat it, and I went hungry the entire time I was there.

14. I did not have any toothpaste or a toothbrush the entire time I was at the Dog House.

15. The bathrooms at the Dog House were dirty and disgusting. I was told to continue to use them and not to make the bathrooms dirtier, even though the toilets were already overflowing.

16. I was muddy and wet when I was apprehended, but I was not allowed to shower or change for five days. I was told that detainees were only allowed one shower the entire time they were at the facility.

17. I was housed in dog cages and I was constantly moved. This made me fearful for my safety and makes me scared today whenever a guard tells me I have to move.

18. After four days we were moved to another Ice Box, where I was reunited with my mother. We stayed there for one day, but we were not given food or water the entire day.

19. After one day, we were moved to another Dog House that was different than the first one. We stayed at this Dog House for one day and night. We were separated again immediately when we arrived at the second Dog House.

20. The second Dog House had the same gross food as the first – frozen sandwiches that smelled bad. Again, we did not eat much and went hungry the entire time.

21. After the second Dog House, we were moved to the Dilley facility.

22. There are no current plans for our release.


I, Keylin M███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.




06/29/18
_____
Date

Page **2** of **3**

39

Certificate of Translation

I, LAURA M. FLORES, certify that I am fluent in English and Spanish and that I read the above declaration to Keylin M████████ in Spanish.

_Laura M. Flores_

LAURA M. FLORES
RAICES
4092 TPC PARKWAY, APT 953
SAN ANTONIO, TX 78261

06/29/18

Date

# Exhibit 7

**Declaration of**

**Iris E̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶, A NUMBER̶̶̶̶̶̶̶̶̶̶̶**

I, Iris E̶̶̶̶̶̶̶̶̶̶̶̶, A number̶̶̶̶̶̶̶̶̶̶, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 22, 1990. My son's name is̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶̶ He is 10 years old and was born on September 15, 2007. My son and I are from El Salvador.

2. We left the country because of gangs. We used to own our own food business, but the gangs kept coming to us and demanding more and more money. When my son was in kindergarten, they threatened to kill him and so we eventually took him out of school. We paid them but they kept asking for more money and we paid because we were scared. We then shut down the store and we still paid them to stay safe, but could not pay anymore. Then my son and I left and they then threatened that my husband had 24 hours or they would kill him. We did not call the police because we knew of another family who went to the police and eventually that family went missing and no one knows what happened to them so we were scared and did not call the police.

3. We presented ourselves at the border about May 2, 2018. I believe that it was on or about May 2, 2018. We were not given water or food since arriving at the border and were not given water until we arrived at "La Perrera." When we arrived, I went to the bathroom and then my son who is 10 years of age was taken and put in another location because of his age. I was not told where my son had gone. I asked another woman and other people if they knew where my son was. I was very worried. Someone then told me that he is in the area where older kids go. I was separated from my son for 3 days. My son was able to shower only one time and I could not shower there at all for 3 days. The guards kicked adults and children to keep them awake, and would take blankets off children.

4. We were only given burritos to eat. We ate burritos in the morning, and for lunch and dinner. The burritos were spoiled. I knew that they were spoiled because they were very acidic and they tasted horrible. I knew that they were not good food to eat. They were very bitter. We were only given one extra pair of clothing.

Page **1** of 4

5. When we arrived, we slept on the floor, which was very cold. Twelve hours later, they gave us green mats that were just three inches thick, which we had to put on the floor. They would make us wait in line for an hour before starting to do roll call in "La Perrera." We had to sleep very close to everyone. We were all nearly touching everyone unless you slept sitting straight up.

6. "La Perrera" was very cold. When we complained that it was too cold, the guards said that they were keeping it cold for the guards who liked it that way.

7. The lights were on the entire time. It was hard to sleep.

8. After three days, my son and I were taken to another place, Dilley, where we have been held for 58 days.

9. This place has fruit and snacks. The beds are good at this place in Dilley. If I have to go to the Cara building (register building), we have to wait outside for a very long time outside in a long line that goes around the building and there is no shade. It makes my skin red. When my son and I arrived to this place in Dilley, my son became very sick. He was sick for 3 1/2 weeks. I went to the pharmacy and explained the situation and they gave me medicine. I had to go the next day and that time, they shut the window and said that they could not talk and I was told that there was no more medicine. Then I went back to my room because they told me that they would tell me when the medicine is ready. Then the next day they called and said that they were going to call ICE because "You don't care about your child because you didn't come" and "What do you care about more—you or your child?"

10. We were not given any legal information at all during the process before getting to Dilley.

11. My son and I are still at the facility in Dilley. I bring my case notes with me everywhere all of the time.

12. They say that my son can stay here but that I will not be able to and that I will have to go back to my country. My son is the only one now who can talk about the case, but he does not know how to explain all of the case by himself.

I, Iris E████████, swear under penalty of perjury that the above declaration is true and complete to the best

Page **2** of 4

43

of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

28-06-18

Date

44

Certificate of Translation

I, Amber Rieff, certify that I am fluent in English and Spanish and that I read the above declaration to Iris E█████████ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301

6/28/18
Date

Exhibit 8

**Declaration of**

**DIXIANA S**█████████████**, A NUMBER** ████████████

I, **DIXIANA S**████████████ (A number ███████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 25, 2008. I am from Honduras.

2. My mother says we crossed the Rio Grande near the Mexican city of Reynosa and were apprehended as we walked along the river near a bridge on our way to McAllen, Texas. My mother says that it was on or about May 23, 2018, and that we were taken to a facility called the "Hielera" or "Freezer."

3. Upon arrival at this facility, the officials separated me from my mother. I was placed with female girls from 5 to 6 years old to fifteen or 16 years old. There were large numbers of girls, some of whom had to sleep on concrete and sitting up because there wasn't sufficient room in the cell. I slept on the floor in a passage way were I could find room. It was around midnight, and I was given an aluminum blanket. There were no mattresses. I had difficulty reaching the bathroom, because I didn't want to push through other girls and wake them. When I did go to the bathroom, there was no door or separation between the toilets. The lights were on all night.

4. When I arrived, they gave me a cookie and juice. For breakfast, they gave me a frozen ham sandwich. The ham was black. I took one bite, but did not eat the rest because of the taste. They also gave me blue colored water. I saved this for later and someone stole it from me while I was sleeping.

5. I was very scared that I would never see my mother again. I cried. Most of the other girls with me were also crying. Another girl, who was about 16 or 17, had a baby and both her and the baby were crying.

6. Although there was a water dispenser in my cell, there was no water. Other girls requested water from an officer, and the officer said he would bring water, but never did. I was very thirsty.

7. After about twelve hours in the facility, I was put back with mother on a bus that took us to the facility called the "Perrera" or Dog House. We were there three or four days. When we arrived at the facility, they separated me again from my mother. I could see my mom far away in another cell.

8. When I arrived, I was put in the cell with girls who had not bathed who were 10 years or older. I bathed on the first day. There were separated showers, and I was given clean clothes. My dirty clothes were cleaned and returned to me.

9. While I was in the cell with the bathed girls, I was half asleep and they were calling a girl who had a similar first name as me. A male officer kicked me to wake me up to confirm whether or not I was the person they were looking for. I was not. The kick scared me and hurt, although I did not get a bruise.

10. They left a cookie jar full of cookies that we could eat at any time. For breakfast, I had a burrito with egg and rice, a granola bar, an apple, a cup of milk, a bottle of water and a bag of potato chips. For lunch, I had a burrito, an apple, a bottle of water, and another bag of potato chips. For dinner, I had a ham sandwich with lettuce, an apple, a bottle of water and a bag of potato chips. The food was the same every day. I saved my potato chips and someone stole them from me when I slept.

Page 1 of 3

11. I didn't cry the first day when I was at this facility, but I began crying all of the time on the second and third day because I missed my mother.  The majority of the other girls in my cell were also crying the whole time I was there.  A male officer told me I would be able to see my mother at 6 pm for an hour and to stop crying.

12. The lights were always on.  There were no windows, and I didn't know whether it was day or not.  I asked what time it was when the officer told me I could see my mom at 6 pm, but he said he was not permitted to tell me what time it was.  I never got to see my mom until we left the facility and I was put on a bus with my mom.

13. My mom says I left this facility on May 28, 2018 and that we have been at the ICE Dilley, Texas facility for over a month.  I got chicken pox at this facility.  They have given me medication for the chicken pox, as well as for an infection I had in my molar.

I, **DIXIANA S**█████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████

<u>06/29/18</u>_____
Date

Certificate of Translation

I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to **DIXIANA S**▮▮▮▮▮▮ in Spanish.

George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002

06/29/18
Date

Page **3** of **3**

49

Exhibit 9

**Declaration of**

**Maria A** ███████████████████████████

I, Maria A ███████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 15, 1985.  My son name is ████████████████████ He is four years old and he was born on March 15th, 2014.  My son and I are from Honduras.

2. I left because I was living in a house and a gang came to my house and asked me if they could store guns in my house and they asked me which political party I was in and they told me that I had to keep these guns in my house. I did not keep the guns in the house because I did not feel safe. I refused to and they put a gun to my head and I felt so scared. I did not know what to do.

3. We presented ourselves at the border about on June 4th, 2018. We were taken to the place that they call the Cold Place at 11:00 PM and we stayed there for about eight hours. It was very cold at this place and my child and me were not able to rest or sleep. The guards forced us to keep walking from place to place. They had one bottle of water for us to drink. I could not sleep at all and either could my child. There were people yelling and crying and it was very scary and my son was very worried.

4. They had crackers and juice only to give my child and us was very hungry and unable to eat.

5. It was extremely cold. It was hard to keep warm. When other people would leave there would be extra blankets so we would try to take them to have more to keep warm but then the guards would notice that we had more blankets and they would take them from us so that we only had one.

6. The lights were on all the time.

7. After eight hours, my son and I were taken to "La Perrera" another place where we were held for one day.

8. It was very cold here and we had to sleep on the floor, on the concrete. My son was cold. We were given ham sandwiches at this place but we could not eat the sandwiches because the ham looked green and it did not seem like it would be safe to eat. I think that my son is very sick now because of the experience of this and here because it was so cold and he was not able to get help from the doctors. You can see right now that my son is very sick. He coughs and he cries that his eyes and ears hurt. He has a lot of snot coming from his nose.

9. I was not given any legal notice or documents until I arrived at this place in Dilley.

10. My son and I were taken out of that facility the 6th of June, 2018.

Page 1 of 3

51

11. My son and I have been at the place in Dilley for about 23 days.  We are planning to leave from here. I hope that I can leave. I have a friend who lives in America who is waiting for me here and will help me.

12. I got a negative with my case but I hope that eventually I can stay here and that my case will be resolved.

I, **Maria A**███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████

29.06.2018
Date

Page **2** of **3**

52

Certificate of Translation

I, Amber Rieff, certify that I am fluent in English and Spanish and that I read the above declaration to **Maria
A**▮▮▮▮▮▮▮▮▮▮ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

Page **3** of **3**

Exhibit 10



**Declaration of**
**ANA V**███████████████████ **A NUMBER** █████████

I, **ANA V**█████████████████ (A number ████████), declare under penalty of perjury that
the following is true and correct to the best of my knowledge and recollection.



1.  My date of birth is April 7, 1992.  My daughter's name is ██████████████ Her A Number is ████
    ████. She is six years old and was born on August 4, 2011. My daughter and I are from El Salvador.

2.  I left El Salvador because I received death threats because I am gay. The same people who threatened
    me beat one of my transsexual friends to death. I was scared they also would beat me to death and would
    harm my daughter.

3.  My daughter and I presented ourselves at the border about 50 days ago. I believe that it was on or about
    May 4. We were taken to a Dog Pound. The Dog Pound was overcrowded and there was nowhere to lie
    down. We could not sleep while we were there. In addition, the Dog Pound was so cold ████ and I were
    shivering. The guards at the Dog Pound yelled at me and called me names. The guards called me and my
    daughter lazy and kicked me with their boots in order to keep me awake so that my daughter and I could
    not sleep. If the children did fall asleep, the guards would wake them up.

4.  The sandwiches at the Dog Pound were partially frozen and the lettuce was brown. My daughter would
    not eat much of the food and went hungry. I also was hungry because the food I was forced to take was
    frozen and bad. It was unable to be eaten.

5.  The Dog Pound was very, very cold. Both my daughter and I were shivering. Everyone was getting sick.
    When I arrived, my clothes were wet and muddy, but I was not allowed to change.

6.  My daughter and I were allowed to shower only once in the five days we were at the Dog Pound.

7.  After five days, my daughter and I were taken to Dilley where we have been held for about 45 days.

8.  Both my daughter and I got the flu at Dilley. I am still sick, and my daughter caught chicken pox about
    eight days ago, even though she received the chicken pox vaccination when she was here.

9.  My daughter and I cannot get access to adequate medical care at Dilley, because the lines are too long.
    Today I stood in line for three and a half hours to receive my medicine. In addition, there is a lot of lice
    and viruses in the facility that infect the children, including my daughter who got lice in addition to the
    stomach flu.

10. We are given so many papers that I am overwhelmed and unable to understand them.

11. I do not know my status and there are no current plans for my release, despite my having been in Dilley
    for 50 days.

I, Ana V████████████████, swear under penalty of perjury that the above declaration is true and complete to

Page 1 of 3

the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



<u>06-29-18</u>
Date

Certificate of Translation

I, LAURA M. FLORES, certify that I am fluent in English and Spanish and that I read the above declaration to
Ana V█████████████ in Spanish.


*Laura M. Flores*

LAURA M FLORES
RAICES
4092 TPC PARKWAY, APT 953
SAN ANTONIO, TX 78261


06/29/18
Date

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 1 OF 12 [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*