CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>        Defendants. | ) Case No. CV 85-4544 DMG (AGRx)<br>)<br>)<br>)<br>) **EXHIBITS IN SUPPORT OF<br>) PLAINTIFFS' RESPONSE TO<br>) DEFENDANTS' FIRST JUVENILE<br>) COORDINATOR REPORTS<br>) VOLUME 2 OF 12 [REDACTED<br>) VERSION OF DOCUMENT<br>) PROPOSED TO BE FILED UNDER<br>) SEAL]**<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
            kate.manning@lawfoundation.org
            annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

/ / /

# INDEX OF EXHIBITS

## VOLUME 1

1.  Declaration of Class Counsel, Peter Schey..................................................... 1
2.  List of Licensed Group Homes and Homeless Youth Shelters........................... 5
3.  Declaration of Lidia S█████████████ ............................................... 25
4.  Declaration of Dilsia R████ ............................................................... 29
5.  Declaration of Josselin H███████ ..................................................... 33
6.  Declaration of Keylin M██████ ........................................................ 37
7.  Declaration of Iris A███████ ...........................................................41
8.  Declaration of Dixiana S██████ ....................................................... 46
9.  Declaration of Maria Angela A█████████ ......................................... 50
10. Declaration of Ana Vilma M████████ .............................................. 54

## VOLUME 2

11. Excerpts of Exhibits....................................................................58

## VOLUME 3

12. Declaration of Cristobal R█████████ ............................................. 224
13. Declaration of Delmis V████████ ................................................... 229
14. Declaration of Justin L████████████ ............................................ 233
15. Declaration of Mayra S██████ ....................................................... 242
16. Declaration of Ruth M███████ ...................................................... 246
17. Ommitted
18. Declaration of Bridis F██████ ........................................................ 250
19. Declaration of Lourdes R█████████ ............................................... 254
20. Declaration of Blanca M██████ ..................................................... 257
21. Declaration of Brandon S███████ ................................................. 262
22. Declaration of Fatima O██ ............................................................. 265
23. Declaration of Nohemi P███████ ................................................... 269
24. Declaration of Doris M██ ............................................................... 272
25. Declaration of Karen B█████████ ................................................. 276
26. Declaration of Jefferson A████████ ............................................... 281

1

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

27. Declaration of Daise M ██████████ ............................................................ 285

28. Declaration of Alejandra R ███████████ ..................................................... 289

29. Declaration of Dinora C █████████ ............................................................ 293

30. Declaration of Leydi X ██████████████ ..................................................... 298

**VOLUME 4**

31. Declaration of Floridalma L █████████ ..................................................... 302

32. Declaration of Anet M ███████████ ......................................................... 309

33. Declaration of Sindy S ██████████ .......................................................... 314

34. Declaration of Timofei F █████████ ......................................................... 318

35. Declaration of Cesar A ████████████████ .............................................. 323

36. Declaration of Kevin U ████████████ ...................................................... 329

37. Declaration of Ana P ██████████ ............................................................ 338

38. Declaration of Alma R ████████████ ...................................................... 342

39. Declaration of Marlyn E ████████████ .................................................... 346

40. Declaration of Jeydi I ███████████ ......................................................... 353

41. Declaration of Tarino A ██████ ............................................................... 356

42. Declaration of Denia M ███████████ ...................................................... 361

43. Declaration of Manuel A ██████████████ .............................................. 367

44. Declaration of Alma S ████████ ............................................................. 374

45. Declaration of Abidalia G ██████████ .................................................... 378

46. Declaration of Gladys I ███████████ ...................................................... 382

47. Declaration of Baljit K █ ....................................................................... 385

48. Omitted

49. Declaration of Edgar R ████████████ ..................................................... 390

50. Declaration of Ermita M █████████ ........................................................ 394

**VOLUME 5**

51. Declaration of Fanny Damarys A ████████████████ .............................. 397

52. Declaration of Nery Baltazar M ██████████████ ................................... 401

53. Declaration of Selena B █████████ ........................................................ 404

54. Declaration of Victor A ██████████ ....................................................... 408

55. Declaration of Yeimin B ██████████ ...................................................... 413

2

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

56. Declaration of Anghelo M ........................................419

57. Omitted

58. Declaration of Sergio C .......................................426

59. Declaration of Dennis M .......................................430

60. Declaration of Emilson E ......................................434

61. Declaration of Erick L ........................................437

62. Declaration of Gladys I .......................................444

63. Declaration of Marcedonio P ..................................447

64. Omitted

65. Declaration of Sandra M .......................................451

66. Declaration of Elmer S ........................................455

67. Declaration of Yonain G .......................................460

68. Declaration of Juan M .........................................463

69. Declaration of Ivania L .......................................466

70. Declaration of Geovany D ......................................469

**VOLUME 6**

71. Declaration of Ricardo  M .....................................472

72. Declaration of Abilio I .......................................475

73. Declaration of Itzel C ........................................478

74. Declaration of Dony  A ........................................481

75. Declaration of Bartolo  D .....................................484

76. Declaration of Minta M ........................................487

77. Declaration of Noe R ..........................................490

78. Declaration of Rony  E ........................................493

79. Declaration of Felipe G .......................................496

80. Declaration of Otoniel A ......................................499

81. Declaration of Pedro V ........................................502

82. Declaration of Lester  Y ......................................505

83. Declaration of Carol V ........................................508

84. Declaration of Cindy J ........................................513

85. Declaration of Edwin A ........................................518

86. Declaration of Elvi O .........................................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████████ ............................................. 532

88. Declaration of Denis J█████████ ............................................. 536

89. Declaration of Juan C█████████ ............................................. 542

90. Declaration of Lucia G█████████ ............................................. 549

91. Declaration of Norin U█████████ ............................................. 554

92. Declaration of Skarleth G█████████ ............................................. 559

93. Declaration of Carol S█████████ ............................................. 564

94. Declaration of David A█████████ ............................................. 572

95. Declaration of Elry A█████████ ............................................. 579

**VOLUME 7**

96. Declaration of Eydi Y█████████ ............................................. 582

97. Declaration of Jesica Y█████████ ............................................. 585

98. Declaration of Katherine B█████████ ............................................. 591

99. Declaration of Kevin G█████████ ............................................. 599

100. Declaration of Miguel A█████████ ............................................. 606

101. Declaration of Rebecca Y█████████ ............................................. 613

102. Declaration of Yender E█████████ ............................................. 619

103. Declaration of Elmer V█████████ ............................................. 626

104. Declaration of Deny N█████████ ............................................. 630

105. Declaration of Juan A█████████ ............................................. 634

106. Declaration of Horacio A█████████ ............................................. 638

107. Declaration of Melannie O█████████ ............................................. 642

108. Declaration of Vicenta P█████████ ............................................. 647

109. Declaration of Miriam B█████████ ............................................. 650

110. Declaration of Loida G█████████ ............................................. 653

111. Declaration of Loida C█████████ ............................................. 656

112. Declaration of Genoveva G█████████ ............................................. 659

**VOLUME 8**

113. Declaration of Aurelia R█████████ ............................................. 662

114. Declaration of Ana M█████████ ............................................. 665

115. Declaration of Celestino A█████████ ............................................. 668

116. Declaration of Jose L█████████ ............................................. 671

4

117. Declaration of Braylin A ........................................................674
118. Declaration of Ventura I .........................................................677
119. Declaration of M .....................................................................680
120. Declaration of Christy F ..........................................................683
121. Declaration of Graisy I ...........................................................686
122. Declaration of Martin H ..........................................................689
123. Declaration of Edras d ............................................................692
124. Declaration of Elena C ...........................................................695
125. Declaration of Heydi F ...........................................................698
126. Declaration of Magdalena P ....................................................701
127. Declaration of Jorge M ...........................................................704
128. Declaration of Manuel R .........................................................708
129. Declaration of Mauricio B .......................................................711
130. Declaration of Rosalva P .........................................................716
131. Declaration of Owen E ............................................................721
132. Declaration of Alexander T ......................................................725
133. Declaration of Serafin S ..........................................................728
134. Declaration of Kimberly V .......................................................732
135. Declaration of Michelle T ........................................................736

**VOLUME 9**

136. Declaration of Orlando M ........................................................740
137. Declaration of Vanessa R ........................................................743
138. Declaration of Alexander G ......................................................747
139. Declaration of Hazlyn D ..........................................................751
140. Declaration of Eva B ...............................................................755
141. Declaration of Gladys E ..........................................................759
142. Declaration of Maria E ............................................................763
143. Declaration of Lexyer B ...........................................................767
144. Declaration of Cesia B ............................................................771
145. Declaration of Alan C .............................................................775
146. Declaration of Juan A .............................................................780
147. Declaration of Edwin Q ...........................................................784

5

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

148. Declaration of Leticia D█████████ ............................................................ 788

149. Declaration of Sandeep S█████ ................................................................. 792

150. Declaration of Manish K█████ ................................................................... 796

151. Declaration of Devis U██████████ ........................................................... 800

152. Declaration of Sachin K█████ .................................................................... 803

153. Declaration of Raul P████████ .................................................................. 807

154. Declaration of Yasmin R██████████ ......................................................... 810

155. Declaration of Dixia S███████ ................................................................... 813

156. Declaration of Angel A███████████████ ................................................ 817

157. Declaration of Josue ████████ ................................................................... 822

158. Declaration of Lesvia E███████████ ......................................................... 825

159. Declaration of Patricia H█████████ ........................................................... 828

160. Declaration of Alba S████████ .................................................................. 833

161. Declaration of Blanca C████████ ............................................................... 838

162. Declaration of Jeydi M████████ ................................................................ 841

163. Declaration of Lizeth R███████ ................................................................. 844

164. Declaration of Maira S████████ ................................................................ 847

165. Declaration of Yenny F████████████ ....................................................... 850

**VOLUME 10**

166. Declaration of Brenda M████████ ............................................................. 853

167. Declaration of Griselda B█████████ ......................................................... 857

168. Declaration of Keila P█████████ ............................................................... 861

169. Declaration of Rosa P██████ ..................................................................... 865

170. Declaration of Saudi S████████ ................................................................ 869

171. Declaration of Santos A█████████ ........................................................... 872

172. Declaration of Sandra M██████████ ........................................................ 876

173. Declaration of Wendy P████████ .............................................................. 879

174. Declaration of Dulce M███████████ ........................................................ 883

175. Declaration of Maria d█████████ .............................................................. 887

176. Declaration of Herlinda C██████████ ...................................................... 891

177. Declaration of Yojana R█████████ ........................................................... 895

178. Declaration of Vilma M██████████ .......................................................... 899

6

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

179. Declaration of Noredith P█████████ .................................................903

180. Declaration of Rocio M████████ ....................................................907

181. Declaration of Iris E██████ ..........................................................911

182. Declaration of Mirza O████████ ....................................................916

183. Declaration of David C███████ .......................................................920

184. Declaration of Noliba C███ .............................................................924

185. Declaration of Bryseyda G███████████ ...........................................928

186. Declaration of Alba P█████ ...........................................................932

187. Declaration of Josue G██████ .........................................................936

188. Declaration of Sara P██████ ...........................................................939

189. Declaration of Beysi M████████ .....................................................943

190. Declaration of Besy J████████ ........................................................947

**VOLUME 11**

191. Declaration of Blanca R███████ .....................................................952

192. Declaration of Gladis B██████████ .................................................956

193. Declaration of Lucia R███████████ ................................................960

194. Declaration of Maria R█████ .........................................................965

195. Declaration of Nora E████████ ......................................................969

196. Declaration of Sonia Y██████ ........................................................974

197. Declaration of Yerica F███████ ......................................................979

198. Declaration of Esperanza C████████ ...............................................984

199. Declaration of Maria del S████████ ................................................989

200. Declaration of Glenda D████████ ...................................................992

201. Declaration of Maira L███████ ......................................................996

202. Declaration of Jessica C██████ .....................................................1000

203. Declaration of Karla J██████ .......................................................1004

204. Declaration of Madelin Y█████████ .............................................1007

205. Declaration of Claudia A███████████ ...........................................1010

206. Declaration of Yaneth C█████████ ...............................................1013

207. Declaration of Daniel M████ ........................................................1016

208. Declaration of Gabriel G████████ ................................................1020

209. Declaration of Mateo A██████ .....................................................1024

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H█████████ ...................................................... 1027

**VOLUME 12**

211. Declaration of Felipe A█████████ ................................................... 1031

212. Declaration of Leonardo L█████████ ............................................... 1035

213. Declaration of Maudin L█████████ .................................................. 1039

214. Declaration of Edwin G█████████ .................................................. 1042

215. Declaration of Victor V█████████ .................................................. 1046

216. Declaration of Gustavo A█████████ ............................................... 1050

217. Declaration of Romeo N█████████ ................................................ 1054

218. Declaration of Wilder D█████████ ................................................. 1058

219. Declaration of Jhony A█████████ ................................................... 1062

220. Declaration of Luis M█████████ .................................................... 1065

221. Declaration of Sayra O█████████ .................................................. 1068

222. Declaration of Roger G█████████ .................................................. 1071

223. Declaration of Diego M█████████ ................................................. 1074

224. Declaration of Kevin Y█████████ .................................................. 1078

225. Declaration of Elmer E█████████ .................................................. 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller.......................... 1087

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

# Exhibit 11

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | |
| - vs - | EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM RE STATUS CONFERENCE AND RESPONSE TO THIRD GOVERNMENT MONITORS' REPORTS |
| JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | |
| Defendants. | |
| | [HON. DOLLY M. GEE] |
| | Hearing: July 27, 2018 |
| | Time: 10 AM |

1    *Plaintiffs' counsel, continued*

2    LA RAZA CENTRO LEGAL, INC.
     Michael S. Sorgen (Cal. Bar No. 43107)
3    474 Valencia Street, #295
     San Francisco, CA 94103
4    Telephone: (415) 575-3500

5
     THE LAW FOUNDATION OF SILICON VALLEY
6    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
7    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
     Katherine H. Manning (Cal. Bar No. 229233)
8    Annette Kirkham (Cal. Bar No. 217958)
     152 North Third Street, 3rd floor
9    San Jose, CA 95112
     Telephone:    (408) 280-2437
10   Facsimile:    (408) 288-8850
     Email: jenniferk@lawfoundation.org
11          kate.manning@lawfoundation.org
            annettek@lawfoundation.org
12

13   *Of counsel:*

14
     YOUTH LAW CENTER
15   Virginia Corrigan (Cal. Bar No. 292035)
     832 Folsom Street, Suite 700
16   San Francisco, CA 94104
     Telephone: (415) 543-3379
17

18
          */ / /*
19

20

21

22

23

24

25

26

27

28
     EXHIBIT 11 TO
     PLAINTIFFS' MEMORANDUM          ii          CV 85-4544-DMG (AGRX)

1

2

## EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM RE STATUS CONFERENCE AND RESPONSE TO MONITORS' REPORTS

3

4

5

6

7

8

9

For the convenience of the Court, in this exhibit Plaintiffs excerpt some of their exhibits divided into subject matters relevant to the Court's status conference regarding compliance with the *Flores* Agreement and Defendants' monitoring reports.

10

Dated: July15, 2018

Respectfully submitted,

11

12

13

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

14

15

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

16

17

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

18

19

20

21

LAW FOUNDATION OF SILICON VALLEY - LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

22

23

Of counsel:

24

25

YOUTH LAW CENTER
Virginia Corrigan

26

27

/s/*Peter Schey* _____
*Attorneys for Plaintiffs*

28

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM

iii

CV 85-4544-DMG (AGRX)

61

1

2

3

# TABLE OF CONTENTS

4

5   1.  DESPITE MANY CLASS MEMBERS HAVING PERSONS TO WHOM THEY COULD BE RELEASED
        UNDER PARAGRAPH 14, COMMENCING WITH CLASS MEMBERS' APPREHENSION DEFENDANTS
6       DO NOT MAKE AND RECORD PROMPT AND CONTINUOUS EFFORTS TOWARD FAMILY
        REUNIFICATION...................................................................................................I

7   2.  IF DEFENDANTS MADE PROMPT RELEASE EFFORTS AS REQUIRED PARAGRAPHS 14 AND 18,
        CLASS MEMBERS AND PARENTS WOULD LEARN ABOUT CLASS MEMBERS' RIGHTS UNDER
8       *FLORES*. PROMPT RELEASE EFFORTS ARE NOT BEING MADE NOR ARE CLASS MEMBERS OR
        THEIR PARENTS BEING INFORMED ABOUT THEIR *FLORES* RIGHTS.............................5

9   3.  CLASS MEMBERS OFTEN ARE NOT PROVIDED NOTICE OF THEIR RIGHT TO A BOND HEARING
        AND ARE NOT PROVIDED PROMPT BOND HEARINGS............................................27
10
    4.  CLASS MEMBER CHILDREN IN CBP CUSTODY OFTEN DO NOT HAVE ACCESS TO ADEQUATE OR
11      EDIBLE FOOD: CHILDREN ARE SICK AND CRYING FROM HUNGER...........................29

12  5.  CLASS MEMBER CHILDREN IN CBP CUSTODY ARE GOING THIRSTY AND GETTING SICK FROM
        THE WATER THEY ARE FORCED TO DRINK....................................................46
13
    6.  CLASS MEMBER CHILDREN ARE HELD FOR SEVERAL NIGHTS IN UNREASONABLY
14      OVERCROWDED AND UNSANITARY CBP CELLS, OFTEN WITHOUT BLANKETS AND SLEEPING
        MATS, DEPRIVING CHILDREN OF NECESSARY SLEEP..........................................55
15
    7.  CLASS MEMBERS IN CBP CUSTODY ARE OFTEN NOT PROVIDED BLANKETS OR MATS AND ARE
16      FORCED TO SLEEP ON COLD CONCRETE FLOORS OR BENCHES................................64

17  8.  CLASS MEMBER CHILDREN IN CBP CUSTODY ARE SHIVERING AND GETTING SICK FROM
        EXTREMELY LOW TEMPERATURES............................................................82
18
    9.  ENDANGER THEIR HEALTH, CLASS MEMBER CHILDREN ARE PRVIDED INADEQUATE SOAP,
19      TOWLES, SHOWERS AND TOILETRIES.........................................................99

20  10. CLASS MEMBER CHILDREN OFTEN SPEND THREE TO SIX DAYS IN OVERCROWDED, FREEZING,
        UNSANITARY AND UNHEALTHY CBP FACILITIES; DETENTION IN UNLICENSED ICE FACILITIES
21      CAN CONTINUE FOR SEVERAL MONTHS.......................................................123

22  11. CLASS MEMBER CHILDREN HAVE BEEN SEPARATED FROM THEIR PARENTS WITH MINIMUM
        OR NO FURTHER CONTACT WITH THEIR PARENTAL DECISION-MAKERS THEREBY
23      INTERFERING WITH CLASS MEMBERS' ABILITY TO EXERCISE THEIR RIGHTS UNDER THE
        FLORES AGREEMENT........................................................................128
24
    12. CLASS MEMBERS AND THEIR PARENTS ARE SUBJECTED TO HARSH AND ABUSIVE
25      TREATMENT MAKING IT LESS LIKELY CLASS MEMBERS WILL EXERCISE THEIR FLORES
        RIGHTS.....................................................................................139
26
    13. CLASS MEMBER CHILDREN ARE RECEIVING INADEQUATE MEDICAL CARE WHILE IN
        DEFENDANTS' CUSTODY, ENDANGERING THEIR HEALTH AND SAFETY.......................153
27

28

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM               iv          CV 85-4544-DMG (AGRX)

1

2     ///

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM              v          CV 85-4544-DMG (AGRX)

1. DESPITE MANY CLASS MEMBERS HAVING PERSONS TO WHOM THEY COULD BE RELEASED UNDER PARAGRAPH 14, COMMENCING WITH CLASS MEMBERS' APPREHENSION DEFENDANTS DO NOT MAKE AND RECORD PROMPT AND CONTINUOUS EFFORTS TOWARD FAMILY REUNIFICATION

"A Customs and Border Patrol ("CBP") agent called my brother in Florida. The CBP agent spoke with my brother himself while I listened. The CBP agent asked my brother if my brother had enough money to transport us to Florida and that releasing us to Florida would happen faster if he could afford our transportation. My brother stated that he could not afford our transportation." Declaration of Alma R█████████████ (Mother of M█████████████), Ex. 38 ¶ 10 (Chula Vista CBP).

"My mother and my thirty-six year old sister currently live in the United States…I believe both my mother and sister would be willing to provide me a place to live and support me." Declaration of Devis U███████████, Ex. 151 ¶¶ 22, 23 (Chula Vista CBP).

"We have a relative in nebraska who will help us establish ourselves in the United States. After I arrived here, the employees here helped me call my father's cousin, who lives in Nebraska. He answered and told them that me and my father could stay with him at his house. I have not been told anything about what will happen to me next." Declaration of Jeydi I█████████████ (daughter of Catalicio F███████████), Ex. 40 ¶ 2, 9 (El Centro CBP).

"I have not allowed to use the phone since I arrived. I have told the border patrol agent that I have a nephew in Chattanooga, Tennessee who I can stay with." █████████████████████████ 15 (El Centro CBP).

"As of today 6/15 she has not received any written notice of her daughter's legal right. Have not gone to court. Not access to a phone to make a call. They only asked her for contact info. of who will receive her & daughter in USA. She provided their contact info." Declaration of Eydi Y████████████ Ex. 96 ¶ 12 (El Centro CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    1              CV 85-4544-DMG (AGRX)

"My brother lives in Virginia. [He] came 5 years ago for similar reasons. Fleeing constant danger. We planned to go to him." Declaration of Norin U███████ Ex. 91 Page 2. (El Centro CBP)

"My mom talked to my uncle when we arrived, I have not talked to anyone." "No one has told me when I will get to leave this facility. I am afraid to go back to Michoacan because I don't want to me or my mom to get hurt." Declaration of Alexander G██████████, Ex. 138 ¶ 7, 9. (El Centro CBP)

"I came to join my sister Glenda Esmeralda Castro who is 26-27 years-old. They asked for my sister's address and she gave it to them. I don't know what else they asked her. They asked her for my info and whether she helped me to come. She knew I was coming, and helped me at home, but I came on my own." Declaration of Dinora C█████████ (mother of Rigoberto C██████████), Ex. 29 page 1 and 3. (El Centro CBP)

"I have become aware from others that we are not allowed to use the phone, and no one has provided me access. I have one aunt in the United States, she is a citizen, her name is Cecilia ███████████, and she lives in California. If I could, of course I would like to be released to my aunt. No one has asked me if there is an adult in the U.S. that I could go live with." Declaration of Alan C██████████, Ex. 138145 ¶ 15. (SanYsidro CBP)

"I am trying to take my children to my son's godmother in California. I have provided her phone number to the customs officers but I do not know if they have called her." Declaration of Alejandra R██████████. Ex. 28 ¶ 11. (SanYsidro CBP)

"They have not allowed me to contact any of my family in the US. They asked me about my sister's phone number and address because she is my sibling here with papers. Her name is Marleni █████. I gave them that information, but I don't know if they called my sister or not. I contacted my sister before I got here and my sister is expecting a call from me." Declaration of Rosalva P██████████ (mother of Ana, Daysi, Alexis, and Emilio P█████, Ex. 130 ¶ 17,18 (SanYsidro CBP).

"We are planning to contact my uncle who lives in California. No one has given us the opportunity to call him or otherwise contact him." Declaration of Alma

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    2              CV 85-4544-DMG (AGRX)

S███████, Ex. 44 ¶ 12 (SanYsidro CBP).

"Then the guards called us into a conference room and asked me my name and asked me why I was here. I told them that I was here to see my mother and the guard asked me why I would come here to live with someone I had never met." "An official called my mom yesterday, my grandmother and I were able to speak with her. No one has told me when I will be able to speak with her again. I don't know when I will be able to leave here." Declaration of Cesia B███████ ██████ Ex. 144 ¶ 5, 10 (SanYsidro CBP).

"I have a brother who lives in Salinas. I would like to be released to my brother. I was given the opportunity to call my brother and I talked to him for about two minutes." "Yesterday I was told that I was going to be moved but they did not say where I was to be moved." Declaration of Edwin Q███████████████, Ex. 147 ¶ 9 (SanYsidro CBP).

"My best friend lives in El Monte, California and has said that she will sponsor me. I have not been able to contact my friend yet." Declaration of Gladys E██████ ██████████, Ex. 141 ¶ 7 (SanYsidro CBP).

"My family is trying to reach my aunt in California. She is a U.S. citizen. We told her that we were coming before we left Mexico but I do not know that we have been able to contact her. I have not seen a telephone that I have access to." Declaration of Juan A████████████████████, Ex. 146 ¶ 15 (SanYsidro CBP).

" Then the guards called us into a conference room and asked me my name and asked me why I was here. I told them that I was here to see my mother and the guard asked me why I would come here to live with someone I had never met." Declaration of Lexyer B██████████, Ex. 143 ¶ 5 (SanYsidro CBP)

"My cousin and aunt live here in California. Once we are released, we are planning to live with my cousin, he is going to sponsor me. When I arrived, I gave a guard my cousin's name and number, no one has allowed me to call him." Declaration of Serafin S████ Ex. 133 ¶ 8 (SanYsidro CBP).

"An agent at this facility talked to my dad on the phone in English- I was with them but could not understand." Declaration of Martin H████████, Ex. 122 ¶ 6 (Yuma CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM

3

CV 85-4544-DMG (AGRX)

"My father lives in Florida, and I would like to go live with him when I leave here." Declaration of Magdalena P█████████, Ex. 126 ¶ 11 (Yuma CBP).

"I do not know where I will be taken next but I would like to go to my family in Florida." Declaration of Jose L█████████, Ex. 116 ¶ 9 (Yuma CBP).

"We are planning to go to our father in Virginia who is a pastor at Iglesia ████████." Declaration of Melannie O█████████, Ex. 107 ¶ 11(Yuma CBP).

"I was called into a room and had a video conference with an official ...He did not give me any information about our rights or tell me we could have an attorney. He asked whether anyone would sponsor us in the United States. I said that my sister and brother-in-law in the U.S. He did not ask for their contact information or offer me a phone call." Declaration of ███████████ ¶ 8. [(Dilley discussing La Hielera)

"My daughter and I have been at Dilley for about 24 days. We are planning to go live with a friend in Houston." Declaration of Yojana R█████████, (mother of Allison M█████████), Ex. 177 ¶ 11 (Dilley ICE).

"When I arrived here, I was able to speak for three minutes with my friend who is willing to receive my son and me.  I wanted to use my son's three minute call later, but it had already expired.  Since then, I have not been able to speak to my friend or to any other member of my family." Declaration of Nora E████████ (mother of Nery E█████████), Ex. 195 ¶ 13 (Karnes ICE).

I was never made aware of the Flores Settlement and my rights under the settlement ..." "I do not know what else I can do or need to do to get released from Casa Padre. I do not know whether I have the right to appeal my placement at Casa Padre or to find out about other placements that are better for me." Declaration of Elmer E█████████, Ex. 225 ¶ 8, 9.

"Nobody has ever talked about my legal rights as to my own case with me. I have never heard of the Flores case until today when attorneys spoken with me about it. I have never been told I have options to leave." Declaration of Sergio C█████████, Ex. 58 ¶ 7.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                4                CV 85-4544-DMG (AGRX)

"Up until today, nobody had explained my rights under the Flores Settlement. Before my meeting today [with Plaintiffs' monitors], center staff gave us a folder with documents in English that we did not understand ... They did not explain to us any of the documents or our rights. For instance, Center staff did not tell us that we had a right to reunify with our family without unnecessary delay. Declaration of Elmer S█████████ Ex. 67 ¶ 13 (Casa Padre).

"No one explained to me what I need to do if want to leave Casa Padre. I think the counselor and my case manager have talked to my father but they have not told me anything about how I can see him or leave here." Declaration of Diego M█████, Ex. 223 ¶ 8 (Casa Padre).

2. IF DEFENDANTS MADE PROMPT RELEASE EFFORTS AS REQUIRED PARAGRAPHS 14 AND 18, CLASS MEMBERS AND PARENTS WOULD LEARN ABOUT CLASS MEMBERS' RIGHTS UNDER *FLORES*. PROMPT RELEASE EFFORTS ARE NOT BEING MADE NOR ARE CLASS MEMBERS OR THEIR PARENTS BEING INFORMED ABOUT THEIR *FLORES* RIGHTS.

**Chula Vista CBP**

"I was not informed of any rights in regards to my daughter including the possibility of releasing her to my brother or responsible adult. Or any right to change my decision if I made one concerning my daughter..." Declaration of Alma R█████████████ (Mother of Maria F██████████████████), Ex. 38¶ 9, 11.

" I was not given any papers that told me about my rights or the ability to have a hearing in front of a judge.....I was not given a list of legal services providers or lawyers who might help me for free....I was not allowed to keep any of the papers shown to me. I was asked by the agents who questioned me to sign a paper written in English and could not understand what I was signing. They did not explain the contents of the papers I was signing." Declaration of Sandeep S████ Ex. 149 ¶ 4, 5, 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                5          CV 85-4544-DMG (AGRX)

"When I tried to ask a guard for information, he ignored me and closed the door in my face." Declaration of Devis U███████████, Ex. 151 ¶ 12.

"When I arrived yesterday, I received some paperwork for me to sign. There was an interpreter available to help me. I was told to sign the paperwork but I did not understand what I was signing. The interpreter did not explain the paperwork they just told me to sign it." Declaration of Manish K████ Ex. 150 ¶ 10.

**El Centro CBP**

"At the facility, I did not see any papers explaining my rights  or a list of lawyers to contact." Declaration of Denia M█████████ (Mother of Zoe V███████████), Ex. 42 ¶ 13.

"Since I arrived here no one has given me any paper to keep. I have not seen any written notice of my legal rights. I have signed a paper, but I did not understand it, because it was written in English, which I do not read. No one explained the paper to me. I have not been told or shown a list of free legal service." Declaration of Manuel A████████████, Ex. 43 ¶ 5.

" I was given two papers to sign. I do not in what language it was. I was told I would go through the legal process if I was going to be able to stay here. I was not told about free lawyers or that I could have a lawyer. I was not able to call anyone myself." Declaration of Abidalia G████████ (Mother of Osbelio B██████████████), Ex. 45 ¶ 9.

"During my time at the CBP facility, I was not provided any notice, legal or otherwise, of my rights to a hearing before an immigration judge, to free legal services, or to call an attorney" ████████████████████ ¶ 8.

"I have not been given information about obtaining a lawyer or access to a telephone to call a lawyer. I have not been advised of my children's rights while they are detained. They told Kevin that he did not have access to a lawyer or a chance to go in front of a judge." Declaration of Marlyn E███████████ (spouse of Kevin A████████ and mother of Claudia V███████ and Emerson Y████████████), Ex. 39 ¶ 11-15.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          6          CV 85-4544-DMG (AGRX)

"I have not received legal notice of my legal rights. I haven't seen any legal postings of my legal rights. I have not received verbal notice of my legal rights." Declaration of Baljit K███████ Mother of Lovepreet S███████ Ex. 47 ¶ 10.

"When I arrived, they made me sign some papers. They showed me a list of lawyers, but they didn't let me take the list or make any phone calls to any lawyer" ███████████████████████ 4.

"No legal notice at all. Something was given for me to sign it. I cannot read." ███████████████████████ 9.

"I signed papers put in front of me in English that I couldn't read. I was not given written notice of my child's legal rights. I was not provided a list of legal services. I was not given access to a telephone to call a lawyer." ██████████████████████ ¶ 3.

"There are no posted documents about the availability of lawyers or about our rights. I have not been given any papers regarding any rights we have or about lawyers." Declaration of Marcedonio P███████ (father of Brayan), Ex. 63 ¶ 9.

"The papers were written in English and I didn't understand them. I was told to sign the papers on my behalf and on behalf of my daughter. I did so." " I have not been given my notice regarding any right that my daughter and I may have. I have not seen any notice identifying lawyers or relating to access to counsel." ███████████████████████ 5,6.

"I did not receive any papers explaining my legal rights. I did not see any notices posted about my legal rights. I did not see any telephone or make any phone calls. I was not told I could have a lawyer or given information about speaking to a lawyer." Declaration of Tarino A███████, (Grandchild of Vicente A███████, brother of Claudia A███████). Ex. 41 ¶ 8,9.

"Since being at this facility, I have received no papers telling me about any rights I may have. I have not received any notices about lawyers I may contact. I have signed some papers, but I think they were papers reflecting the notes that the employees here took when they were asking us questions about how we

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                7        CV 85-4544-DMG (AGRX)

70

came to the border. My father has also not received any papers about legal rights." Declaration of Jeydi I███████████████ (daughter of Catalicio F███████████), Ex. 40 ¶ 8.

" I have not received any legal notice in writing. I have not received any verbal information about my rights and I have not seen any written notices posted on the wall about my rights." ████████████████████ 7.

"I did not receive a verbal, nor a written, description of my legal rights when I was apprehended. I have not received a verbal or written description of my legal rights since arriving at this facility. █████████████████████ ████ 4.

"No one talked to me about my rights, or said that i could go before an immigration judge. They gave me papers in English, maybe 15 pages, that i signed. I do not know what they said. I did not get to keep any of the papers. I did not receive any information about my son's rights while he is detained." Declaration of Floridalma L█████████ (mother of Broswin R█████████), Ex. 31 ¶ 12, 13.

"The officials gave some papers to sign. I said I would not sign because I did not want to go back. I want to know what my rights are. They said you have to sign someday. They did not explain the papers." "I did not receive any information about lawyers or legal services. I asked to speak to a lawyer and they said no" ████████████████████ ¶ 4,7.

"I have not been told that I have legal rights. I filled out a form that was in English. The guard told me it was for the judge or the lawyers. There was a spanish form but they did not give me the time to read it." ███████████ ████████████████ 9,10.

"I have been allowed to make one phone call at 1:00 a.m on Tuesday, June 26, 2018. I called my friend in Los Angeles. There was no list of legal services near the phone ... I was not told that I have legal rights. A female guard game me papers to sign. They were in English. I do not understand English."  Declaration of Erick L█████████, Ex. 61 ¶ 10, 11, 12.

"I have not been given any papers about any rights I may have. I have not been told about the availability of or right to an attorney. There are no postings of

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                8                CV 85-4544-DMG (AGRX)

71

1  any of these issues on the walls." Declaration of Dennis M█████████, Ex.
2  59 ¶ 6.

3  "There are no posters regarding our rights or the identification of an attorney."
4  ██████████████████████ 5.

**McAllen CBP**
5
6
7  "I haven't talked to my parents since I have been here. I really want to speak to
8  them. I haven't received any information about when we will leave and what
9  happens next." Declaration of Cesar A████████████, Ex. 35 ¶ 28, 33

10  "When I talked to the official, all he did was take my information and
    fingerprints. But no one gave me any papers or information about my
11  daughter's rights." Declaration of Leydi X███████████, Ex. 30 ¶ 7. [La
12  Hielera]

13  "I didn't get any papers with any information about my daughter's rights."
14  Declaration of Leydi X████████████, Ex. 30 ¶ 11. [La Perrera]

15  "I didn't receive any paperwork notifying me of my daughter's rights and
16  neither did my daughter. We weren't able to use the telephone to call an
    attorney, and we didn't receive a list of lawyers we could contact." Declaration
17  of Sindy S███████████, Ex. 33 ¶ 5. [La Hielera]

18  "We weren't given any papers or any explanation of our rights. I wasn't able to
19  make any phone calls, either to my family or to a lawyer." Declaration of Sindy
20  S██████████, Ex. 33 ¶ 7. [La Perrera]

21   "In the hielera, I never heard anything about what was happening in my case.
22  The only contact I had with immigration was when they asked me questions or
    took my fingerprints and took my photo. They didn't give me any information
23  in the hielera." "I have been here and in the hielera for four days, and I am
24  feeling very anxious and concerned because I have been locked up for so long.
    Here, nobody has given me any information about when I will be let out."
25  Declaration of Kevin G██████████████ Ex. 99 ¶ 5, 6, 14.
26
27
28

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    9          CV 85-4544-DMG (AGRX)

"The immigration police never explained anything to me. I never knew when they would call me. When they finally called me last night to leave the cell, I thought maybe they were letting me out and I might see my family." "I haven't been able to call my father since I was locked up. I want to tell him where I am, and I want to talk to him. Nobody from immigration has said anything to me about talking to my family. I'm afraid to ask because the officials aren't very nice." Declaration of ███████████████████████, Ex. 14 ¶ 15, 16.

"His son has not been given written legal notice of his son's legal rights." "No information has been given to him. No phone calls allowed to him." Declaration of Elry A███████████████ Ex. 95 ¶ 9, 11.

"They tried to get [me] to sign for deportation and explained I would be going to court - alone. They said that after court I would be reunified with my daughter. I refused to sign deportation and explained we could not go back." "While I was being interviewed, they took my daughter. They said they were sending her to a processing center. I cannot return to Honduras. Signing for deportation is signing my death sentence." Declaration of Norin U████████ Ex. 91 Pages 1-3.

"I haven't received any information about what happens next. They just took my photo and my prints. That's it. Immigration hasn't given me anything in writing to tell me what happens next with my case. The agents here haven't even told me what the stages in the process are here. They just call us periodically for something. We never know if they need more information or if we're waiting for something. We just don't know what the process is because they don't tell us anything." Declaration of Kevin U███████████, Ex. 36 ¶ 10, 11, 17, 18.

"Here in CBP they have not told me anything." Declaration of Karen B███████████████ Ex. 25 Page 1.

"I have not been provided with an explanation about legal rights or asylum. I do not known what will happen after our arrival here." Declaration of Lucia G███████████████ (mother of Jazmin L███████████), Ex. 90 ¶ 5.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                 10              CV 85-4544-DMG (AGRX)

73



"I have not been provided with any legal explanation or explanation of what is going to happen." Declaration of Gregorio Cipriano-Coxaj (father of Candelaria Cipriano-Morenta), Ex. 87 ¶ 5.

"I have not received any information about the next steps in my case. I have been given no written notice since I arrived here." Declaration of Denis J█████ ████████████ (father of Elkin A█████████████████), Ex. 88 ¶ 11.

"Nobody explained to me what is going to happen, or explain any legal options." Declaration of Carol V███████████████ (mother of Daniel J████ ███████), Ex. 83 page 2.

"They have not told me anything about my rights or my child's rights. They have not given me any info. They asked me if I had a contact here and where I was headed. I told them, and they called my sister. they let me talk to my sister. They have not told me anything about what will happen." Declaration of Dinora C███████████ (mother of Rigoberto C███████████), Ex. 29

"I have not received any information about what will happen next, where we will go, and when we will go. I have not received anything in writing- nothing about my case or why I am held, and no list of free lawyers." Declaration of Edwin A███████████████ (father of Edward A██████████████████), Ex. 85 ¶ 12.

**San Ysidro CBP**

"No one has told me about my legal rights. I have not seen any information about legal services available to me." "I have been given no written information about anything. I was given no instructions about anything. I have no idea about the status of my case." Declaration of Alan C███████████, Ex. 138 ████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████ ¶ 10.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          11          CV 85-4544-DMG (AGRX)

74

"No one has read my legal rights to me. In the first place where we were interviewed, I believe they gave my mom a paper that said our rights, they put it into the folder, they gave her the folder to take to the second place where they took our photo and fingerprints. At that place they took the folder away from her so my mom never had an opportunity to read it." Declaration of Vanessa R█████████████, Ex. 137 ¶ 16.

████████████████████████████████████████████████████████████ 7.

"I have not, and I don't think that my mother has, received any information regarding my legal rights. I have not been advised of my right to a hearing or my right to see a judge. I have not been given any information regarding free legal services that may be available to me." Declaration of Alma S███████, Ex. 44 ¶ 11.

"I was given one paper describing my legal rights and informing me that I have the right to see an attorney or a judge. The paper was in Spanish. I was not permitted to keep the paper." Declaration of Edwin Q████████████, Ex. 147 ¶ 8.

"Since arriving here I was not given any notice about access to counsel or about my child's legal rights or about my legal rights." Declaration of Eva B███████, Ex. 140 ¶ 9, 12.

"Since I have been here, I haven't been able to understand everything that the officials and guards have told me. I speak a Mayan dialect called Kanjobal. I understand most Spanish, but only when people speak very slowly. No one has talked to me about my rights or my daughter's rights since I've been here. An official told me that I have a right to have an attorney, but I don't know how to contact an attorney. No one has given me any information about how to contact an attorney." Declaration of Gladys E███████████, Ex. 141 ¶█

"I was given no instructions of any kind when I got here." "No one has told me anything about my daughter's rights. I haven't seen any information posted anywhere about legal services. No one told me my daughter could be released to her grandmother, or being released." Declaration of Hazlyn D████████████, Ex. 139 ¶████

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    12          CV 85-4544-DMG (AGRX)

"I do not think that my mother was given any information about my legal rights when we arrived. I have not been given any information about my legal rights since I arrived. There is no information posted in the facility that I can see that describes my legal rights." Declaration of Juan A███████████████, Ex. 146 ¶██

"No one has talked to me about my rights since I have been here." Declaration of Kimberly V████████, Ex. 134 ¶██

"We have not been provided with any information about the legal process. I have not been provided information regarding my daughter's legal rights. I have not been provided with the opportunity to use a phone to call an attorney." Declaration of Leticia D███████████, Ex. 148 ¶ 11.

"Since I have been here, no one has talked to me about my rights or my cousin's rights. The official who interviewed me when I got here told me that I will have to go in front of a judge. He also told me that I have a right to an attorney and he asked me to sign a paper. The form was in Spanish and it said that I had a right to an attorney and a right to call my mom in the United States. An official called my mom yesterday, I could hear my mother telling the official that she didn't understand everything that he was saying. I don't know if I have any other rights here." Declaration of Lexyer B█████████, Ex. 143 ¶█

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                13        CV 85-4544-DMG (AGRX)

1 "No one has talked to me about my rights since I arrived. I don't know if I can talk to an

2 attorney. There is a poster in the room, but it is in English. I cannot read English,

3 so I don't know what the posters say. I have not been able to speak with my father

4 and no one has asked me if I want to call my father." Declaration of Brandon

5

6 S███████████, Ex. 21 ██

7 "The officers haven't given me any information about how long I have to stay here and

8 I have not been read my rights." Declaration of Rosalva P████████ (mother

9

10 of Ana, Daysi, Alexis, and Emilio P██, Ex. 130 ¶ 19.

11 **Santa Teresa CBP**

12

13

14 "During the time I was detained in Santa Teresa, I was not advised of my legal

15 rights or those of Ximena. I was not allowed to communicate with anyone; I

16 was not allowed to call my family. I was not advised that I could contact a

17 lawyer." Declaration of Yerica F████████ (mother of Ximena C███

18 █████████), Ex. 197 ¶8.

19 "We were not provided any written materials regarding our rights at the Santa

20 Teresa site." Declaration of Romeo N████████ (father of Maria N████

21 █████), Ex. 217 ¶ 6.

22 **Tucson CBP**

23 "I was not told my rights or that I could have an attorney. I was not given any

24 paper when I was arrested." Declaration of Yonain G████████, Ex. 67 ¶ 5.

25 "Someone told us why we were arrested but they spoke a mixture of Spanish

26 and English so we didn't understand. We were not given any paper or told

27 anything about my rights." Declaration of Ivania L████████, Ex. 69 ¶ 3.

28

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    14              CV 85-4544-DMG (AGRX)

"I was not told my rights or given any paper describing them. I was not told I could consult a lawyer nor was I given a list of lawyers." Declaration of Geovany D█████████, Ex. 70 ¶ 4.

"I have not been told about my rights or about my rights to an attorney." Declaration of Ricardo M█████████, Ex. 71 ¶ 3.

"I was not told my rights or my daughter's rights or given any paper about my rights or about lawyers." Declaration of Itzel C█████ (daughter of Elsa F█████████), Ex. 73 ¶ 12.

"I was not told my rights nor that I could speak to a lawyer." Declaration of Dony A█████████, Ex. 74 ¶ 5.

"I was not given any papers when I was arrested. I was told that I could have a lawyer, but I was not given a list." Declaration of Minta M█████████ █████, Ex. 76 ¶ 6.

"I was also told I had the right to have a hearing before an Immigration Judge, but I never received any written notice. I told the agent I wanted to have a hearing, but the agent didn't respond to me or tell me when I would have the hearing. I was also not told or given a written notice of my legal rights at the CBP facility in Tucson." Declaration of Rony E█████████, Ex. 78 ¶ 6.

"The agents explained my right to see a judge but didn't give me a written notice of this right. I was not given any notice, written or oral, of my legal rights in this facility. I did not get a list of free legal services." Declaration of Declaration of Otoniel A█████████, Ex. 81 ¶ 7.

"Neither my son or I received any rights information or a list of free legal services. I was able to make a phone call to a friend, but was not informed of the right to call an attorney." Declaration of Flor P█████ (mother of Jefferson A█████████), Ex. 26 ¶ 4.

"I was given oral notice of my rights at the first facility, but not given a written notice of my rights. I was not told about my rights in front of the Immigration Judge, nor was I given a written notice. I never got a written notice of free legal services, nor was any notice posted on the walls." Declaration of Pedro V█████████, Ex. 81 ¶ 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                15        CV 85-4544-DMG (AGRX)

"I haven't received any written rights notices." Declaration of Lester Y█████████████, Ex. 82 ¶ 10.

**Yuma CBP**

"No legal notice of any kind was given or posted. No phone call was offered." Declaration of Elmer V██████████, Ex. 103 ¶ 9 [yuma cbp]

"We have not had access to a lawyer or a phone to call a lawyer. No one told us our legal rights. There is nothing posted about our rights." Declaration of Vicenta P████████ (mother of Moises D████████ and Henry P████████ ¶ 9.

"We have not heard anything about seeing a judge or being released. My brother lives in Oakland, California." Declaration of Vicenta P████████ (mother of Moises D████████ and Henry P████████ ¶ 12.

"I was not told about my legal rights, and I have not talked to a lawyer. I signed something when I arrived but I didn't understand what I was signing because it was in English." Declaration of Miriam B████████ (mother of Imar G████████), Ex. 109 ¶ 9.

"I have not received any information about my legal rights when I arrived they gave me a paper, but it was in English so I could not understand." Declaration of L████████ (mother of A████████████), Ex. 110 ¶ 9.

"I have not heard anything about being released. My sister lives in the United States and I would like to go live with her." Declaration of L████████ (mother of A████████), Ex. 110 ¶ 11.

"We have been at the facility since we were arrested. When I came in they had me sign a paper, but I'm not sure what it was because it was in English. I have not talked to a lawyer and did not know I had a right to see a judge. I am not aware of any upcoming hearings." Declaration of L████████ (mother of Melkin O████████), Ex. 111 ¶¶ 8,9.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    16               CV 85-4544-DMG (AGRX)

"They presented papers to me when I arrive, but I did not understand because they were in English. I do not know when I will see the judge and no one has told me anything about my rights." Declaration of Genoveva G███████ (mother of Mafi V███████), Ex. 112 ¶ 9.

"When I arrived, they had me sign a lot of papers but they were in English and I did no understand what they said. They told me I could talk to a lawyer but have not allowed me to yet." Declaration of Aurelia R███████ (mother of Emily J███████), Ex. 113 ¶ 9.

No one has told me my legal rights. They had me sign a paper that they told me was for the judge, but I have not heard about a hearing. I have not been able to talk to a lawyer." Declaration of Ana M███████ (mother of Evelin L███████), Ex. 114 ¶ 8.

"I have not received any papers or information about access to counsel. And I have not seen any signs posted about my rights." Declaration of Braylin A███████ Ex. 117 ¶ 7.

"I have not received any information or papers regarding my rights or access to counsel." Maria P███████ (mother of Lico E███████), Ex. 119 ¶ 7.

"I have not received any information or documents regarding the law or lawyers or my legal rights. All I know is that I will be taken to a shelter soon. But i do not know where." Declaration of Christy F███████, Ex. 120 ¶ 9-12.

"When I arrived I was yelled at to sign documents. I did not understand what I was signing because it was in English. I did not receive copies of any of the documents I signed." Declaration of Graisy I███████ (mother of Dairany L███████), Ex. 121 ¶ 4.

"I have not received any documents or information about my legal situation or access to legal counsel." Declaration of Graisy I███████ (mother of Dairany L███████), Ex. 121 ¶ 8.

"I was told to sign papers when I arrived at this facility, but I do not know what they were and did not receive copies. I did not receive any documents  or information about lawyers or my legal rights." Declaration of Martin H███████, Ex. 122 ¶ 8.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          17          CV 85-4544-DMG (AGRX)

"I was given no legal notice, oral or written, in english or spanish. I was asked to sign a 4 page document in english that I didn't understand and then given a list of __ in english." Declaration of Edras D███████, Ex. 123 ¶ 9.

"After the lawyer I met with to write this declaration asked for copies of lists of free lawyers, I receive a list of lawyers. This list is in English so I cannot understand. When I arrived I signed many documents in english, so I do not understand what I was signing. No one has advised me about my rights." Declaration of Elena C███████, Ex. 124 ¶ 9.

"No one has told us anything about our legal rights or gave us any papers. We have not talked to a lawyer or had access to a phone." Declaration of Heydi F███████ and Hector G███████ (siblings), Ex. 125 ¶ 9.

"No one told me anything about my legal rights ... When I arrived I signed a large stack of papers, but they were in english, so I do not know what they said." Declaration of Magdalena P███████, Ex. 126 ¶ 9-10.

"I was given no legal or factual information of any kind either written or oral. I gave them the phone number of my maternal uncle in Oxnard, CA." Declaration of Jorge M███████, Ex. 127 ¶ 9-10.

"We received no legal notice in spanish or english when we arrived and still have not." Declaration of Manuel R███████ and Carlos T███████ (siblings), Ex. 128 ¶ 9.

"I have not received any papers or information about my rights or about talking to a lawyer.  Only in preparing this declaration did I learn I was in Yuma, Arizona.  No one told me where I was." Declaration of Jose L███████, Ex. 116 ¶ 8.

"No notice was given of any legal rights or notice. About two hours later, I was given 5-6 pages of documents to sign. An officer explained they were for the person who would receive me to get a judge and get me out. They were in English." Declaration of Juan A███████, Ex. 105 ¶ 9.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    18                    CV 85-4544-DMG (AGRX)

"No legal notice of any kind was given to us or is posted. We were told to sign a 5 page document on Friday night. It was in English and we don't know what it said." Declaration of Melannie O███████████, Ex. 107 ¶ 9

"No legal notices were given but after being here, I was given a 6 page document in English to sign. I don't know what it was or what it said." Declaration of Deny N███████████, Ex. 104 ¶ 9.

**Berks ICE**

"After about two days of being at the Berks Facility I was given information regarding the legal process I would go through. They explained that I am here because I am seeking asylum. The explained to me that I would need to have an asylum interview which occurred after approximately eight days of my arrival. They explained that if I qualified for asylum, they would release me. Workers from the facility did not inform me of my ability to seek legal counsel. I learned about that from another resident of the facility. I then spoke with an attorney during their regular visits to the facility." Declaration of G███████████████ (father of Loveyli N███████████), Ex. 216 ¶ 7.

Facility prior to Berks: "At the end of our time at the first facility, we had a short interview where they asked me basic biographic information and why I came to the United States. The interview was in Spanish, even though my first language is Mam. They did not ask me what my first language was." Declaration of Wilder D███████ (father of Dayana D███████), Ex. 218 ¶ 9.

Facility prior to Berks: "We were handed a two page document in Spanish and were told we needed to sign them by an official who spoke only English. I signed because they made us sign, one by one. They gave us about five minutes to read it but I could not fully understand it because I have a limited education. We do not have a copy of this document. They only asked us for some information and locked us up. We were not provided a list of free legal services." Declaration of Cristobal R███████████ (father of Cristobal E███████████████), Ex. 12 ¶ 4, 13..

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    19          CV 85-4544-DMG (AGRX)

"We received a written notice about our rights in Spanish but it was not explained to my son who is under 14. We did not receive any written notice about our right to a hearing before an immigration judge. We did not receive any information about a hearing for my son nor any information about my bond opportunities. We were also not told about any possibilities to be released on certain conditions. They told us to sign a paper in Spanish that told us why we were being housed here but I do not have a copy of it." Declaration of Cristobal R█████████████ (father of Cristobal E█████████████████), Ex. 12 ¶ 22.

"I was given some papers, but I cannot read or write, so I am not quite sure what they say." Declaration of Daniel H█████████████ (Father of Osmani D█████████████), Ex. 210 ¶ 2.

"As far as I know, there was not access to a list of lawyers who I could call at the facility where I was for two days." Declaration of Daniel H█████████████ (Father of Osmani D█████████████), Ex. 210 ¶ 2.

Facility prior to Berks: "We were handed a two page document in Spanish and were told we needed to sign them by an official who spoke only English. I signed because they made us sign, one by one. They gave us about five minutes to read it but I could not fully understand it because I have a limited education. We do not have a copy of this document. They only asked us for some information and locked us up. We were not provided a list of free legal services." Declaration of Cristobal R█████████████ (father of Cristobal E█████████████), Ex. 12 ¶ 4.

Facility prior to Berks: "I received two sheets of paper that had my legal rights and my son's legal rights. They were written in Spanish and they gave us time to read it and sign it. However they did not give us a copy of either of these papers. We were not provided a list of free legal services." Declaration of Cristobal R█████████████ (father of Cristobal E█████████████), Ex. 12 ¶ 13.

"We did not receive any information about a hearing for my son nor any information about my bond opportunities. We were also not told about any possibilities to be released on certain conditions. They told us to sign a paper

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    20          CV 85-4544-DMG (AGRX)

in Spanish that told us why we were being housed here but I do not have a copy of it." Declaration of Cristobal R█████████ (father of Cristobal E█████████████), Ex. 12 ¶ 22.

"Our primary language is Qanjobal. I speak Spanish as a second language and do not read it. My son does not speak any Spanish...I received notice of legal services that are available to me, but I cannot read. I have not called or seen a lawyer yet." Declaration of Mateo A█████████ (father of Alonzo A██████), Ex. 209 ¶1, ¶9

**Dilley ICE**

"Up to this point, I was not given any sort of legal notice. We were not informed of any legal resources or rights." Declaration of Santos A██████, Ex. 171 ¶ 7.

"We were not provided any written legal information." Declaration of ████████████████████ ¶ 6.

"Up to this point, I was not given any sort of legal notice.  I was not informed of any legal resources or rights with respect to David Alejandro either." Declaration of Noliba C███████ (mother of David A████████████), Ex. 184 ¶ 5 (discussing CBP facilities)

"The next day, the officers took my mom to court. About a half an hour later, they pulled me out of my cell. They didn't tell me why, and I didn't sign anything. They put me in a van and took me and another kid to the Mexican consulate, where we picked up two other kids. They took us to the middle of the bridge, and the Mexican police picked us up there in the middle." Declaration of Angel A█████████, Ex. 156 ¶ 4. [Discussing treatment at a CBP facility before being transferred to Dilley]

"When we got here to Dilley, there was still no one who spoke Qeqchi to explain to us what was going on. I have no idea what I am doing here or what is going to happen next in my case." Declaration of Josue P██████, Ex. 157 ¶ 8.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    21          CV 85-4544-DMG (AGRX)

"I was called into a room and had a video conference with an official. He asked for our names and other information. He did not give me any information about our rights or tell me we could have an attorney. He asked whether anyone would sponsor us in the United States. I said that my sister and brother-in-law in the U.S. He did not ask for their contact information or offer me a phone call." Declaration of Ana P█████████, Ex. 37 ¶ 8. [Discussing La Hielera]

"Up to this point, I was not given any sort of legal notice. I was not informed of any legal resources or rights with respect to Britney either." Declaration of Blanca M█████████, Ex. 20 ¶ 6. [Discussing La Perrera]

"At the dog kennel, nobody told me about my rights or that I was allowed to have a lawyer." Declaration of Brenda M█████████, Ex. 166 ¶ 11. [Discussing La Perrera]

"I was not told about my or my son's legal rights while at the Ice Box or the Dog Pound. Neither of us was given any written materials at either location." Declaration of Lidia S█████████████████ (mother of Marcus M█████ █████████████), Ex. 3 ¶ 8

"While at Dilley, I have not been given any written notices, except the rules of the facility." Declaration of Lidia S█████████████████ (mother of Marcus M█████████████), Ex. 3 ¶ 9

"At the yelera I were asked questions and processed with fingerprints and pictures. I was not told my rights, not that I had a right to a lawyer or a phone call." Declaration of Bridis F█████████ (mother of Sander F█████████), Ex. 18 ¶ 4

"They did not tell me anything about my rights or that I had the right to a lawyer. They did not let me call anyone." Declaration of Griselda B████████████ █, Ex. 167 ¶ . [Discussing a CBP facility]

"Nobody at the doghouse ever told me anything about my legal rights." Declaration of Griselda B████████████, Ex. 167 ¶ 14. [Discussing the La Perrera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    22            CV 85-4544-DMG (AGRX)

"The officials did not tell us anything about our rights or give us a list of lawyers. We did not have an opportunity to use the phone. They did not ask whether my daughter was ok or if she needed a doctor." Declaration of Keila P████████, Ex. 168 ¶ 6. [Discussing a CBP facility]

"In the Perrera, they called me and I spoke with an official through a window. He asked if I had relatives in the US and got our information. He did not give me any information about our rights or tell me we had the right to a lawyer. We were not able to call anyone." Declaration of Keila P████████, Ex. 168 ¶ 15. [Discussing La Perrera]

"No legal notices were provided to me or my child." Declaration of Saudi S████████, Ex. 170 ¶ 10. [Discussing CBP facilities before being transferred to Dilley]

"My son and I were never given any documentation regarding the law or my legal rights. I was able to speak to a lawyer once I arrived to the place in Dilley." Declaration of Doris M████, Ex. 24 ¶ 8 [Discussing La Perrera]

" I was called out of the room to be processed. I was asked for my age and country. I was not informed of my legal rights or told that I could use a lawyer." Declaration of Herlinda C████████, mother of Gerson J████████, Ex. 176 ¶ 6 [Discussing the ice box]. "While I was at the perrera no officials notified me of any rights and they did not give a list of lawyers." Declaration of Herlinda C████████, mother of Gerson J████████, Ex. 176 ¶ 9 [Discussing the perrera].

"At the" Hielera" and" Perrera," I was not given a list of legal resources I could access. I received that when I was here at Dilley." Declaration of Yojana R████████, (mother of Allison M████████), Ex. 177 ¶ 9 [Discussing CBP facilities and Dilley].

"For the entire trip and while we were kept in "La Perrera" and "La Hielera," we were not given documentation about legal services or access to counsel issues." Declaration of Noredith P████████, Ex. 179 ¶ 9 [Discussing CBP facilities].

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM

23        CV 85-4544-DMG (AGRX)

**Karnes ICE**

"I have not seen a lawyer because no one told me that I could see a lawyer. I was not given any information about my procedure or what will happen to my claim. I did fill out a paper yesterday. I understood that this paper was to apply for asylum." Declaration of Madelin Y█████████ (mother of Breidy A███), Ex. 204 ¶ 6.

Facility prior to Karnes: "They gave me papers to sign but did not tell me what they were." 5.

Facility prior to Karnes: "In the first place we were held, they told me we could have a lawyer, but did not write it down.  We were never given anything in writing about Rolvin's legal rights at any of the facilities where we held in Arizona." Declaration of Beysi M█████████, Ex. 189 ¶ 5.

Facility prior to Karnes: "While in Arizona, I .... was never provided with a list of legal services that might be available to me. There was no list of free legal services posted on any walls near any phones – only instructions on how to use the phone." Declaration of Beysi M█████████, Ex. 189 ¶ 7.

"Neither my son or I ever received written notice of my son's legal rights at this facility.  They only told us we could talk to our relatives and bathe. We have not received any notices of any rights to a hearing or anything else."  Declaration of Beysi M█████████, Ex. 189 ¶ 19.

Facility prior to Karnes: "The officials told me that I could pay for an attorney but did not tell me anything about our rights or give me a list of lawyers. I do not have any money for a lawyer and they did not tell me I could get a lawyer for free." Declaration of Glenda D█████████ (mother of Cesar G█████ █████████), Ex. 200 ¶ 6.

"No one provided us with any information about reasons for housing my son in a detention facility.  The only information we received was information about what happens in the facility." Declaration of Beysi M█████████, Ex. 189 ¶ 30.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    24            CV 85-4544-DMG (AGRX)

Facility prior to Karnes:"When we arrived at La Hielera, an official told me I had to sign some papers. I didn't know what they said because I can't read and no one explained them to me. I was worried about signing them because I didn't understand what I was signing, but the official got annoyed with me and told me I had to, so I signed them. I was not provided with any information about my rights, my child's rights, about attorneys who were available to help us, or about the asylum process." Declaration of Nora E██████████████ (mother of Nery E██████████████), Ex. 195 ¶ 9.

Facility prior to Karnes: "No one told me anything about any rights I had. I didn't receive any papers or anything like that." Declaration of Blanca R██ ██████, Ex. 191 ¶ 9.

Facility prior to Karnes: "They asked me if I had money for a lawyer, that's all. When I told them I did not, they didn't say anything about any rights to a free lawyer or provide a list of any kind." Declaration of Maria R████████ (mother of Blanca R██████████), Ex. 194 ¶ 9.

"I've had the opportunity to meet with RAICES and they've explained my rights, and the process. Blanca wasn't with me when they explained our rights. No one has explained anything about Blanca's rights or if they might be different from any rights I have. I haven't received anything in writing either. I've only heard that children may have different rights, but no one has explained the difference to me."

Declaration of Maria R████████ (mother of Blanca R██████████), Ex. 194 ¶ 19.

Facility prior to Karnes: "After three days, I finally got to speak to an official and explain that I was in the United States to seek asylum. He just wrote something down and didn't say anything to me." Declaration of Lucia R██████████████ (mother of Ambrosia T██████████), Ex. 193 ¶ 11.

Facility prior to Karnes: "We were not advised about our legal rights at the hielera, and we were not advised that Gisela and I had the right to call an attorney." Declaration of Sonia Y██████████ (mother of Gisela N██████████), Ex. 196 ¶ 4.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                25            CV 85-4544-DMG (AGRX)



Facility prior to Karnes: "However, while at the perrera, we were not advised that we could have an attorney or that Gisela and I had legal rights." Declaration of Sonia Y█████████ █████████ (mother of Gisela N█████████ █████████), Ex. 196 ¶ 8.

"When we arrived [at Karnes] we were given some paperwork but it was not explained to me. We were interviewed regarding our basic information. We saw a medic who did a check up on us. I was advised that I could have an attorney and was provided a list of legal sources. I was given a list of attorney resources with phone numbers but I was not explained from where I could call." Declaration of Sonia Y█████████ █████████ (mother of Gisela N█████████ █████████), Ex. 196 ¶ 9.

"When we arrived at Karnes … No one explained to me that Ximena could request a bond hearing. I was provided a list of attorneys, but I did not call any of them. I was not advised at any moment that I should see an attorney." Declaration of Yerica F█████████ █████████ (mother of Ximena C█████████ █████████), Ex. 197 ¶10.

Facility prior to Karnes: I was not advised that I could call and attorney or advised that Eric and I had legal rights. Declaration of Esperanza C█████████ █████████ (mother of Eric R█████████ █████████), Ex. 198 ¶ 7.

Since my arrival, I have not been provided legal information regarding Eric's case and mine. I have been told that I will have a credible fear interview, but I have not been provided information about it or told when I will have to go. Declaration of Esperanza C█████████ █████████ (mother of Eric R█████████ █████████), Ex. 198 ¶ 9.

Facility prior to Karnes: "I approached an officer and told him that I came here because I am in danger and can't go back to my country. The immigration officer said that for crossing into the United States illegally they could take my child from me and put me in prison. We were taken into custody. I signed some papers. I was told that these papers were needed to move me to another place. We were then taken to a jail cell." Declaration of Maira L█████████ █████████ (mother of Leonardo A█████████ █████████), Ex. 201 ¶ 4.

EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM                26                CV 85-4544-DMG (AGRX)

89

Facility prior to Karnes: "No one talked to me about having a lawyer or my rights or the rights of my son. In fact, for the three days no officer talked to me at all. I was never given a list of lawyers, but I was told I could have one when I arrived in Karnes." Declaration of Maira L█████████ (mother of Leonardo A██████████), Ex. 201 ¶ 8.

Facility prior to Karnes: "Nobody at the refrigerator explained our rights. The officials did not tell me that we had a right to an attorney or to a phone call." Declaration of Jessica C█████████ (mother of Jeisel C█████████), Ex. 202 ¶ 8.

Facility prior to Karnes: "We were taken to court in a bus. I admitted that I entered the United States illegally but did not know that I was pleading guilty to a crime. They told me that they would deport me back to Honduras and my daughter would remain in the United States with her father in New York." Declaration of Jessica C█████████ (mother of Jeisel C█████████), Ex. 202 ¶ 11.

Facility prior to Karnes: "Afterwards, they brought me back to the dog houses. They gave me the phone number where my daughter was being held to use after I was deported. They didn't tell me where my daughter was. They told us we were not allowed to ask questions." Declaration of Jessica C█████████ (mother of Jeisel C█████████), Ex. 202 ¶ 12.

Facility prior to Karnes: "The next day, we took a long bus ride crowded with thirty people to Karnes and arrived in the late afternoon. We were up all night being processed. I was not told about a lawyer or my rights." Declaration of Jessica C█████████ (mother of Jeisel C█████████), Ex. 202 ¶ 15. Sleeping Conditions (including lights on 24/7)

3. CLASS MEMBERS OFTEN ARE NOT PROVIDED NOTICE OF THEIR RIGHT TO A BOND

HEARING AND ARE NOT PROVIDED PROMPT BOND HEARINGS

"I was not provided written notice of my legal rights here or about the right to see an Immigration Judge. I was not given a list of free legal services or was

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                27                CV 85-4544-DMG (AGRX)

any notice posted on the wall at the Tucson CBP." Declaration of Pedro V███ ███████, Ex. 81 ¶ 10 (Tucson CBP).

"I was never told that I could have access to free legal assistance, or that I could ask for a court hearing." Declaration of Manish K████ Ex. 150 ¶ 11 (Chula Vista CBP).

"No one has ever explained anything about the *Flores* settlement agreement to me. No one has told me that I can leave Casa Padre promptly." Declaration of Kevin Y███████████, Ex. 224 ¶ 17, 18 (Casa Padre, Southwest Key, ORR).

"I was told I was going to see an immigration judge. I was given a paper to sign about eight times. I think it was in english. I didn't know what it said. They took it after I signed it." Declaration of Marlyn E██████████████ (spouse of Kevin A████████████ and mother of Claudia V████ and Emerson Y██████████████), Ex. 39 ¶ 11 (El Centro CBP).

"They told Kevin that he did not have access to a lawyer or a chance to go in front of a judge." Declaration of Marlyn E██████████████ (spouse of Kevin A████████████ and mother of Claudia V████ and Emerson Y██████████████), Ex. 39 ¶ 15 (El Centro CBP).

"No one talked to me about my rights, or said that I could go before an immigration judge." Declaration of Floridalma L████████ (mother of Broswin R██████████), Ex. 31 ¶ 12 (El Centro CBP).

"I have not asked for a lawyer. I was told that I could see a judge or a lawyer. I was not told that I have legal rights." Declaration of Erick L██████████, Ex. 61 ¶ (El Centro CBP).

"No one has told me when I will be released or see judge." Declaration of Elena C███████, Ex. 124 ¶ 12 (Yuma CBP).

"No one has told us when we can be released or when we will see a judge." Declaration of Heydi F████████████ and Hector G████████ (siblings), Ex. 125 ¶ 12 (Yuma CBP).

"No one has told me anything about when I am leaving here or when I will see a judge." Declaration of Magdalena P████████, Ex. 126 ¶ 12 (Yuma CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    28                  CV 85-4544-DMG (AGRX)

"I have not received any papers or information about my rights or about talking to a lawyer.  Only in preparing this declaration did I learn I was in Yuma, Arizona.  No one told me where I was."  Declaration of Jose L████ ████, Ex. 116 ¶ 8 (Yuma CBP).

"At the moment I do not know the status of my case." Declaration of Victor V████████ (father of Carlos N███████), Ex. 215 ¶ 11 (Berks).

"While at the Berks Facility I have spoken with somebody from an organization ... We spoke for about ten minutes about my fear to return to my country. The officials at the facility say that I need to wait until someone from immigration comes and I can talk to them more about my situation. I do not know when I will have my interview." Declaration of Cristobal R████████ (father of Cristobal E█████████), Ex. 12 ¶ 23 (Berks).

"I do not recall receiving any information from the Berks officials about the possibility for a bond or any other conditions I must meet for the release of my daughter and me. I have met with a lawyer at Berks that explained possibilities for relief ... I am unaware of any pending interviews or hearings." Declaration of Romeo N████████ (father of Maria N████████), Ex. 217 ¶ 9-10.

"I have not yet received legal notice or access to counsel but I have an appointment to speak to someone in the visitor's center soon.  My mother and I do not know anything about my case yet.  I only know that they have told me that I will be able to meet with someone to discuss my case." Declaration of Josselin H████████, Ex. 5 ¶ 9, 13 (Dilley). _____

4. CLASS MEMBER CHILDREN IN CBP CUSTODY OFTEN DO NOT HAVE ACCESS TO

ADEQUATE OR EDIBLE FOOD: CHILDREN ARE SICK AND CRYING FROM HUNGER

"On the first day, Melannie asked for a juice for her little brother who was hungry. The female yelled at me and said 'just soup only.'" Declaration of Melannie O████████, Ex. 107 ¶ 8 (Yuma CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                29          CV 85-4544-DMG (AGRX)

"The food at the Border Patrol facility was very inadequate. We were given a small burrito each two or three times per day and a juice box. The officers verbally abused us and called us pigs ("marranos") when they gave us our food." Declaration of Gabriel G███████████ (father of Crecencio), Ex. 208 ¶ 4 (at Berks discussing previous CBP facility).

"At breakfast, I was given a frozen ham sandwich. The ham was black and horrible looking. Although I was hungry, I did not eat it." Declaration of ████ ██████████████ ¶ 6 (McAllen CBP).

"From 7am - 3pm [9 hours] we had just one bottle of water and one cookie and my daughter was given a small carton of milk." Declaration of Itzel C████████ (daughter of Elsa F████████████████), Ex. 73 ¶ 7 (Tucson CBP).

"My baby will not eat any food except my breast milk. He used to nurse and also eat solid food. He is listless and does not want to play. He clings to me constantly." Declaration of Glenda D████████████ (mother of Cesar G████████████████), Ex. 200 ¶ 12.

"There was a small container of juice and sandwiches that were very small. We were very hungry. It was painful how hungry we were. The sandwiches they gave us were still frozen and when I tried to eat it made me nauseous so I was not able to eat it and neither was my daughter." Declaration of Sara P██████ ████████, Ex. 188 ¶ 4. (CBP McAllen)

"We were given ham sandwiches at this place but we could not eat the sandwiches because the ham looked green and it did not seem like it would be safe to eat. I think that my son is very sick now because of the experience of this and here because it was so cold and he was not able to get help from the doctors." Declaration of Maria A████████████████, Ex. 9 ¶ 8. [CBP La Perrera]

"We were given food, but the food was frozen and not fit for consumption. It smelled so bad that we went hungry instead of eating it. My daughter and I were hungry the entire time we were at the Ice Box." Declaration of Daise M████████ (mother of Keylin M████████), Ex. 27 ¶ 4 (CBP McAllen)

"There is no food for my baby. Only formula/milk. At home he ate beans, mashed potatoes, rice. Here he has not had anything except formula. It is cold.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    30            CV 85-4544-DMG (AGRX)

93

For me there is food. They give me bread and juice for him but he only drinks the juice." Declaration of Dinora C████████ (mother of Rigoberto C████ ████), Ex. 29 page 2 (McAllen CBP).

"I did not receive any food for a full day after apprehension...The food I have received in the facility consist of one small burrito that is not hot enough, two crackers, a juice for every meal. I have not been offered any fruit or vegetables. The quantity is not enough, and I have been hungry since I arrived." Declaration of Devis U████████, Ex. 151 ¶¶ 20, 2 (Chula Vista CBP).

"We get soup two times a day, but it is not enough. We are always still hungry." Declaration of Miriam B████████ (mother of Imar G████ ████████), Ex. 109 ¶ 4 (Yuma CBP).

"We are fed two times per day. In the morning I am given a bean burrito, crackers, and a juice. At night I get a burrito and crackers. It is not enough food."████████████████████ 6 (El Centro CBP).

"I have not eaten because the soup makes me sick. My daughter eats soup 3 times a day, but it makes her sick too. They only give us soup." Declaration of Ana M████ (mother of Evelin L████████), Ex. 114 ¶ 4 (Yuma CBP).

"Today I have not eaten because there were too many people and when I asked they said there was not enough time. We get soup every day and it is becoming hard to eat because it is the same every day." Declaration of L████ ████████ (mother of Melkin O████████), Ex. 111 ¶ 4 (Yuma CBP).

"Every day we were fed instant soup for breakfast, lunch, and dinner. I do not believe it is right to only feed children instant soup." Declaration of Yerica F████████ (mother of Ximena C████████), Ex. 197 ¶ 5 (Santa Teresa CBP).

"We were given food, but the food was frozen and not fit for consumption. My daughter tried a few bites of the sandwich, but it made her sick. Both my daughter and I were hungry the entire time we were at the Ice Box."

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                31            CV 85-4544-DMG (AGRX)

Declaration of Iris A▮▮▮▮▮▮ (mother of Sherlyn A▮▮▮▮▮ ▮▮▮▮), Ex. 7 ¶ 5 (CBP McAllen).

"Since we arrived at the facility, we have been fed every 6 hours. I usually get either a sandwich or a burrito, the guards give me a container of pureed baby food for my daughter and a juice. I am breastfeeding my daughter. Even when I eat all of the food that I am given, I am still hungry. We are not given snacks between meals and are not allowed to take food back to our rooms. I am not producing enough breastmilk to feed my baby because I am not eating enough. My daughter cries a lot because she is hungry." Declaration of Serafin S▮▮ Ex. 133 ¶ 4.

"About 2 hours after I arrived I received a cookie and a small, sugary drink. For breakfast, I have been given a cookie and a small sugary drink at around 6 am. At around 9 pm I have been given a small burrito. I have not been given food aside these items and at these times." ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ▮▮▮▮ 5 (El Centro CBP).

"We received soup when we arrived, but it was cold. We got crackers in the morning. We received juice, but not water." Declaration of Heydi F▮▮▮▮ ▮▮▮▮▮▮ and Hector G▮▮▮▮▮▮▮▮ (siblings), Ex. 125 ¶ 4 (Yuma CBP).

"For food, all we got was a sandwich with two pieces of bread and a little slice of meat, plus juice. The sandwich was frozen. When we first arrived all we got was a cookie and some juice. There wasn't enough food, so we were very hungry. Declaration of ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ ¶ 5. (La Hielera)

Facility prior to Berks: "The New Mexico facility 'treated us like dogs'. We were given cold hot dog like food to eat and water at approximately 8am and at 3pm-only two meals per day. My daughter did not receive any special accommodations for food." Declaration of G▮▮▮▮▮▮▮▮▮▮ (father of Loveyli N▮▮▮▮▮▮), Ex. 216 ¶ 3.

"They feed us two burritos per day but it isn't enough. I have an allergy to gluten so I'm afraid to eat the burrito because it might make me sick .[I am] not eating enough, my milk is drying up, so my daughter is also hungry, and not

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    32                    CV 85-4544-DMG (AGRX)

getting enough to eat." Declaration of Denia M██████████████ (Mother of Zoe V██████████████), Ex. 42 ¶ 10 (El Centro CBP).

"When I came here, I did not get any food until midnight, about 17 hours after I was captured. I am hungry and I am not getting enough food. Since I came here, I have been given 3 small burritos to eat, over three days. I have also gotten salty crackers and 2 juice drinks. I feel weak because there is not enough to eat. Sometimes the burritos they give us are not warm, or not cooked. I eat the burritos because I am hungry but they make me feel terrible and sick." Declaration of Erick L██████, Ex. 61 ¶ 7, 8, 9, 22, 23, 24 (El Centro CBP).

"Since I arrived yesterday, I have had some food brought to my room. In the last 24 hours, I was fed cookies and juice only. There was nothing else provided. This morning I ate cookies and juice again." Declaration of Manish K████ Ex. 150 ¶ 7 (Chula Vista CBP).

"The food at both places was frozen sandwiches and the bologna looked like it was rotting, it was a dark color and the bread smelled very bad." Declaration of Sandra M████████ (mother of Yanela D██████████), Ex. 172 ¶ 4 [discussing CBP facilities in McAllen]

"The food at the Dog House [Ursula] was the same as at the Ice House [McAllenCBP]. It was frozen and smelled bad. We did not eat it and we went hungry the entire time we were there." Declaration of Daise M██████████ (mother of Keylin M██████████), Ex. 27 ¶ 11

"The first time I was given food at this facility was about 6 am this morning, 14.5 hours after I arrived. I was given a small burrito, some cookies and a juice. The burrito had been frozen and was not cooked enough. It was still frozen in the middle. The meal was not enough food for me I'm still hungry" Declaration of Manuel A████████████, Ex. 43 ¶ 4 (El Centro CBP).

"There we were given another sandwich with a water bottle and an apple. This time the sandwich was frozen. You could feel the ice when you bit into the sandwich." Declaration of Dilsia R████ Ex. 4 ¶ 5. (McAllen CBP)

"My children were given juice when they asked and some crackers. They did not receive a meal until around 11:00 P.M., eleven hours after we encountered border patrol … The water here smells strongly of chlorine, but there is nothing

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                33          CV 85-4544-DMG (AGRX)

I can do about it, so my children drink it. We have been offered food, bean burritos, three times a day. We are getting dinner around 11:00 P.M., when we are sleeping." Declaration of Marlyn E███████████████ (mother of Claudia V███████████████ and Emerson Y███████████████), Ex. 39 ¶ 4 (El Centro CBP).

"During this time we were only given a couple ounces of water each and my daughter received a couple of ounces of milk and one cracker." Declaration of G███████████████ (father of Loveyli N███████████), Ex. 216 ¶ 3 (Santa Teresa CBP).

"There are many, many people at the facility. They often do not have enough milk for the babies or juice. My son asked for juice and they said there was none." Declaration of L███████████████ (mother of Melkin O███████████ ███████), Ex. 111 ¶ 6 (Yuma CBP).

"I breastfeed my 9 month old daughter but I do not have enough milk and she will not take the soup. She is not eating enough." Declaration of Aurelia R███████████ (mother of ███████████████), Ex. 113 ¶ 4 (Yuma CBP).

"My girl does not like the food, so she only drinks the juice. Ate 3 times ham and bread sandwiches, a juice and one cookie. Two times they made the sandwiches without gloves on their hands." Declaration of C███████████████ ███████ (mother of Alexia P███████████), Ex. 84 page 1 (McAllen CBP).

"The night I arrived I was not given any food, drink, or even water. In the morning today, my first morning, I received a box of juice and a cup of noodle soup. The soup is not well cooked because the water is not hot." Declaration of ███████████████████ ¶ 4 (Yuma CBP).

"The food at Karnes is not very good; the meat here tastes funny. The water that we are provided tastes horrible, it has a chlorine taste. Ximena does not like the food at Karnes. She stopped eating about four days ago. She will only eat the beans that are served." Declaration of Yerica F███████████ (mother of Ximena C███████████), Ex. 197 ¶12 (Karnes ICE).

"The food at the facility consists of burritos made with beans...we get them twice a day. We are given crackers during the day. We are hungry and not

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    34              CV 85-4544-DMG (AGRX)

97

provided enough food." ███████████████████████████████████
████████████████████████████ 3 (El Centro CBP).

"[T]he only food we were given were sandwiches that were frozen and not able to be eaten. We went hungry the entire time we were there. My son was crying from hunger. My son was not able to eat the food and neither was I." Declaration of Lidia S████████████████████ (mother of Marcos M█████ █████████), Ex. 3 ¶ 4 (discussing the CBP McAllen).

"We were only given burritos to eat. We ate burritos in the morning, and for lunch  and dinner. The burritos were spoiled. I knew they were spoiled because they were very acidic  and they tasted horrible. I knew that they were not good food to eat. They were very bittter." Declaration of Iris E███████████, Ex. 181 ¶ 4 (CBP Ursula).

"For food, I am given a filled tortilla, a package of crackers and some juice. I am given the filled tortilla twice a day, but I receive the crackers and juice an additional one to two times a day...There is not enough food so I am always hungry and the filled tortilla does not taste good. I only eat it because I am so hungry. Declaration of Sandeep S████ Ex. 149 ¶ 17, 18 (Chula Vista CBP).

"I was offered food in the evening. I am hungry and have not been able to eat for the past 3 days. They offered me a burrito and juice and I can only take the juice, when I tried to eat the burrito I vomited." Declaration of Baljit K████ Mother of Lovepreet S████ Ex. 47 ¶ 4 (El Centro CBP).

"All I have been able to eat have been burritos. They give us burritos three times a day. My son gets juice and crackers, but no milk. They told me he cannot get milk because he is too old. We are both hungry." ██████████████ ████████████████████████████████████████████████████████████
7 (El Centro CBP).

"My daughters Angely A█████-Hernandez A████████ and Alisson A████-Hernandez are fed three times a day. They get a burrito, cracker and juice to eat at each meal. I only get to eat twice a day ... We are all hungry and thirsty." Declaration of Sandra M████████████████████ (mother of Angely A███ ████ and Alisson A██████████████████), Ex. 65 ¶ 4 (El Centro CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                35        CV 85-4544-DMG (AGRX)

"The food at this facility consists of only bean burrito, a cookie, and some juice for breakfast, lunch and dinner." Declaration of Alma R███████████████ (Mother of M██████████████████), Ex. 38 ¶ 4 (Chula Vista CBP).

"We are not allowed to take food from the cafeteria for the young children, including my one-year old daughter. I've had to sneak juice sometimes to make sure she has something to snack. She and the other children do not want to eat the food, and they are in distress because they are not eating." Declaration of Eva B████████████, Ex. 140 ¶ 4, 8 (Ursula).

"I have received 'cup of noodle' soup 3 times each day. it is not very warm. I received a juice box 3 times a day. Maria P████████ (mother of Lico E████ █████████), Ex. 119 ¶ 4 (Yuma CBP).

"I was offered two cookies and two juice boxes. Since then I have been given 1 burrito and 1 juice, three times a day. The burrito is small about the size of a pen. I'm hungry, I only eat a little. There are no apples or bananas." ████████████ ████████████ 4 (El Centro CBP).

"I was given a burrito and one juice... I was given another burrito at night. Today I have just eaten 1 burrito and a juice. Yesterday I was also given salty crackers as a snack but it gave stomach ache." Declaration ███████████ █████████████ 4 (El Centro CBP).

"When we arrived at El Centro around 9:00 a.m. my son got crackers and a juice. The only other food he was offered that day was a bean burrito. He was crying and wanted to eat. The next day he got cereal, milk, and a fruit squeeze for breakfast and lunch, and a burrito for dinner. Dinner was at 11:00 p.m. My son was crying because he was so hungry. He only ate one bite of his burrito because it makes him sick." Declaration of Floridalma L███████ (mother of Broswin R████████████), Ex. 31 ¶ 5 (El Centro CBP).

"Since I arrived they only gave me food this morning around 9 a.m. It was not enough and I am hungry." Declaration of Emilson E███████████████, Ex. 60 ¶ 4 (El Centro CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                36              CV 85-4544-DMG (AGRX)

"When I arrived on Tuesday morning. I did not get any food until that night. They gave me a burrito." ██████████████████████ ██ 17 (El Centro CBP).

"The food was white bread with a piece of meat like ham (bologna). They also gave us juice and sometimes some sweet crackers." Declaration of Jesica Y████████████, Ex. 97 ¶ ¶ 3, 33, 38 (McAllen CBP).

"The food we received in that jail was a sandwich and a drink a plastic bottle. They also gave us some crackers or cookies." "We only had food at certain times and I was hungry in between meals, and there were no snacks in between meals". Declaration of Justin L████████████, Ex. 14 ¶ 11

"The night we arrived at the detention site, my daughter told me she was hungry. The officials there only gave me cookies and water for her. We did not receive dinner. My daughter found the cookie too sweet and did not eat much. On the next day, we did receive more food. We were given a burrito at each meal and water and juice were available. The food was not sufficient. We were still hungry ... There were no other food options provided for my two-year-old daughter." Declaration of Romeo N████████ (father of Maria N███), Ex. 217 ¶ 4 (Santa Teresa CBP).

"That day the officers gave us instant soup to eat and water to drink. Declaration of Yerica F████████ (mother of Ximena C████████), Ex. 197 ¶3 (Santa Teresa CBP).

While we were in Santa Teresa we were fed instant soup and given water to drink. We were not fed more nutritious food, like fruits and vegetables." Declaration of Yerica F████████ (mother of Ximena C████████), Ex. 197 ¶4 (Santa Teresa CBP).

"I am not eating much. The burrito is too spicy and upsets my stomach. The cookie is peanut butter which I don't eat." Declaration of Juan M████████, Ex. 68 ¶ 4 (Tucson CBP).

"Itzel does not like the burritos and will not eat them. The first time Itzel ate one she got diarrhea. She would not eat them after that. So all she is eating are cookies and juice. I told this to the officer. She was given a small amount of

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          37          CV 85-4544-DMG (AGRX)

vegetables on Monday but wouldn't eat them." Declaration of Itzel C ██████ (daughter of Elsa F ██████████████), Ex. 73 ¶ 10 (Tucson CBP).

"Although I had been abandoned in the desert for 11 days I was only given water – no food. Five hours later I was first given food ..." Declaration of Minta M ██████████████, Ex. 76 ¶ 2 (Tucson CBP).

"We get soup three times a day." Declaration of L ██████████████ (mother of A ██████████████), Ex. 110 ¶ 4 (Yuma CBP).

"We are fed soup. One time we ate two times in a day and the other three." Declaration of Genoveva G ██████████ (mother of Mafi V ██████████), Ex. 112 ¶ 4 (Yuma CBP).

"I have been given a cup of noodle soup for breakfast, lunch, and dinner. I also receive a juice box with each meal. I have also received a bag of goldfish crackers when I arrived--no more since."  Declaration of Braylin A ██████████ ██████ Ex. 117 ¶ 4 (Yuma CBP).

"Ilsi gets a juice box three times a day; Ventura gets water only from faucet in the bathroom- no cups are offered. Soup is not warm so it does not cook the noodles. Ilsi offered one bag of goldfish on day she arrived." Declaration of Ventura I ██████████████ (mother of Ilsi M ██████████████), Ex. 118 ¶ 4 (Yuma CBP).

"I have received noodles soup, but it is not very warm water so the noodles are not always fully cooked. I have received juice boxes and some crackers. But I have not received any water since I arrived."  Declaration of Christy F ██████████ ██████, Ex. 120 ¶ 4 (Yuma CBP)..

"I have received soup but it's not cooked all the way through but there is nothing I can do. I am hungry so I have to eat it. I am still hungry; I have not received any water since I arrived. I have received boxes of juice to drink." Declaration of Martin H ██████████, Ex. 122 ¶ 4 (Yuma CBP).

"They gave me soup, but it is not filling. I am still hungry!" Declaration of Magdalena P ██████████, Ex. 126 ¶ 4 (Yuma CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          38          CV 85-4544-DMG (AGRX)

"We had soup like everyone else. One when they arrived and one this morning." Declaration of Manuel R█████████ and Carlos T██████████ (siblings), Ex. 128 ¶ 4 (Yuma CBP).

"When we arrived we received our first meal in approximately 3 hours. We were given only soup with instant noodles and water, box of juice, and packet of crackers at every meal at 7 a.m., 12-1 p.m., and 7 p.m. On Monday, June 25 we were given chips before coming to interview [with Plaintiffs' monitors]." Declaration of Melannie O█████████, Ex. 107 ¶ 4 (Yuma CBP).

Facility prior to Berks: "They did not give us food." Declaration of Cristobal R████████ (father of Cristobal E███████████████), Ex. 12 ¶ 8.

Facility prior to Berks: "They gave us three meals, which consisted of whatever food was left over in the facility. Sometimes it was bags of fish and cookies, sometimes it was burritos. Some of the burritos they gave us were reheated and very dry. My son and the other children would not be able to eat this food so they were always hungry. Some of the officials there would not feed the children if they were sleeping, so some children had to skip meals. This happened to my son and me. I tried to ask for his meal so I could give it to him later, but the officer refused. My son did not get to eat that meal." Declaration of Cristobal R████████ (father of Cristobal E███████████), Ex. 12 ¶ 17.

"We had food and water, but very little -just a small burrito for each meal and one water bottle that we could fill at the sink in the room." Declaration of Daniel M█████ (father of Lester M██████████), Ex. 207 ¶ 4 (CBP El Paso).

CBP facility prior to Berks: "At the facility where we spent 5-6 days, we were given only burritos and juice.  The children would get little cookies too. However, in general, all we were given were burritos, three times a day.  We were not given other foods to eat."  Declaration of Felipe A██████████ (father of Juan V███████████), Ex. 211 ¶ 5.

CBP facility prior to Berks: "We had very little food to eat. Every day we were given a small burrito and juice box for lunch and dinner, but no breakfast. We had some water and a small package of crackers." Declaration of Mateo A███████ (father of Alonzo A████████), Ex. 209 ¶ 5

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    39         CV 85-4544-DMG (AGRX)

"We were given an apple, a cold burrito and a bottle of water for breakfast and lunch, and a cold sandwich and a bottle of water for dinner. Despite asking for additional food because we were hungry, we were not provided with any." Declaration of Santos A█████████ (Mother of Geysel M█████████ █████), Ex. 171 ¶ 4.

"The food was limited to cold sandwich that was frozen and we stayed there for about 6 hours." Declaration of Noliba C█████████ (mother of David A█████████████), Ex. 184 ¶ 3 (discussing La Hielera)

"There was a small container of juice and sandwiches that were very small.  We were very hungry.  It was painful how hungry we were.  The sandwiches they gave us were still frozen and when I tried to eat it made me nauseous so I was not able to eat it and neither was my mother." Declaration of Josselin H█████████, Ex. 5 ¶ 4. [Discussing "The Freezer"]

"We had sandwiches and they were still frozenlike in the first place.  They gave us apples, a small cookie, and water bottles." Declaration of Josselin H███████ █████, Ex. 5 ¶ 8 [Discussing "La Perrera"]

"We were not given food or water the entire day." Declaration of Daise M█████ █████ (mother of Keylin M█████████), Ex. 27 ¶ 16 [Discussing the second Ice Box]

"The second Dog House had the same gross food as the first – frozen sandwiches that smelled bad. Again, we did not eat much and went hungry the entire time." Declaration of Daise M█████████ (mother of Keylin M█████ █████), Ex. 27 ¶ 19 [Discussing the second Dog House]

"We were given food, but the food was frozen and not fit for consumption. It smelled so bad that we went hungry instead of eating it. My mother and I were hungry the entire time we were at the Ice Box." Declaration of Keylin M█████ █████ (daughter of Daise M█████████), Ex. 6 ¶ 5 [Discussing the first Ice Box]

"The food at the Dog House was the same as at the Ice House. It was frozen and smelled bad. I did not eat it, and I went hungry the entire time I was there." Declaration of Keylin M█████████ (daughter of Daise M█████████), Ex. 6 ¶ 13 [Discussing the first Dog House]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                40            CV 85-4544-DMG (AGRX)

"We stayed there for one day, but we were not given food or water the entire day." Declaration of Keylin M███████ (daughter of Daise M███████), Ex. 6 ¶ 18 [Discussing the second Ice Box]

"The second Dog House had the same gross food as the first – frozen sandwiches that smelled bad. Again, we did not eat much and went hungry the entire time." Declaration of Keylin M███████ (daughter of Daise M███), Ex. 6 ¶ 20 (Discussing the CBP Hielera).

"We were not given food or water when we were apprehended. We were apprehended at 10 pm and were not given food or water until 6 am. We had to wait" Declaration of Lidia S███████████ (mother of Marcos M███), Ex. 3 ¶ 4 (Discussing apprehension)

"The food at the Dog Pound was the same as at the Ice Box. The sandwiches were frozen and not able to be eaten. Again we went hungry and thirsty the entire time." Declaration of Lidia S███████████ (mother of Marcos M███████), Ex. 3 ¶ 5 [Discussing the Dog Pound]

"We were given food, but the food was frozen and not fit for consumption. My daughter ate one sandwich the entire time we were there, and it made her sick. Both my daughter and I were hungry the entire time we were at the Ice Box." Declaration of Iris A███████ (mother of Sherlyn A███████), Ex. 7 ¶ 8 [Discussing the Dog Pound]

"They did provided us with juice only to drink and an alumn blanket, but no food at all." Declaration of Bridis F███████ (mother of Sander F███), Ex. 18 ¶ 4 [Discussing the Yelera]

"I once over slept and woke up late to get breakfast and was denied. Officer sent us back and told me to wake up on time next time." Declaration of Bridis F███████ (mother of Sander F███████), Ex. 18 ¶ 6 [Discussing the Perrera]

"Food was provided three times a day. Usually a nasty sandwich, water, and an apple. My son didn't eat much of it. The little he did it made him sick." Declaration of Bridis F███████ (mother of Sander F███████), Ex. 18 ¶ 7 [Discussing the Perrera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    41          CV 85-4544-DMG (AGRX)

"The sandwiches at the Dog Pound were partially frozen and the lettuce was brown. My daughter would not eat much of the food and went hungry. I also was hungry because the food I was forced to take was frozen and bad. It was unable to be eaten." Declaration of Ana V████████ (mother of Ashli D███████ Ex. 10 ¶ 4 [Discussing the Dog Pound]

"We were given a variety of foods to eat including burritos, tuna sandwiches, and ham sandwiches, which the majority of the time had a bitter taste to them. When the food was bitter tasting we knew it was spoiled and we would not eat it." Declaration of Josue G████████, Ex. 187 ¶ 4. [Discussing La Perrera]

"For breakfast, they gave me a frozen ham sandwich. The ham was black. I took one bite, but did not eat the rest because of the taste." Declaration of Dixiana S████████, Ex. 8 ¶ 4. [Discussing La Hielera]

"When we entered the ice box, they brought us each a cookie and juice, but no water. Two hours later, we each received a bad ham sandwich and a small juice." Declaration of Ana P████████, Ex. 37 ¶ 3. [Discussing La Hielera]

"They had crackers and juice only to give my child and us was very hungry and unable to eat." Declaration of Maria A████████████, Ex. 9 ¶ 3. [Discussing La Hielera]

"They gave me a cold sandwich with ham and water." Declaration of Blanca C████████, Ex. 160 ¶ 3. [Discussing La Hielera]

"They only they gave us crackers and juice the day and a half we were there. I asked an officer for more food because my son was starving." Declaration of Lizeth R████████, Ex. 163 ¶ 6. [Discussing La Hielera]

"We were taken to a facility known as the Perrera (Dog House). Conditions at this facility were deficient on various fronts; Food was scarce. We were fed a burrito, chips and one bottle of water for breakfast and lunch and one ham sandwich and a bottle of water for dinner. We were not fed anything else." Declaration of Lourdes R████████, Ex. 19 ¶ 3. [Discussing La Perrera]

"At 11 pm we were finally given water and juice. We also got two very cold ham sandwiches. My daughter only ate a few bites, even though we were very

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM            42            CV 85-4544-DMG (AGRX)

hungry." Declaration of Keila P█████████, Ex. 168 ¶ 4. [Discussing a CBP facility]

"The second place is what they call the 'Dog Cages'. We had sandwiches and they were still frozen like in the first place." Declaration of Sara P█████████, Ex. 188 ¶ 8. [Discussing La Perrera]

"My daughter, Ashley, got really sick on the bus ride to Dilley. She thinks the food from the dog house made her sick and caused her to vomit repeatedly." Declaration of Dilsia R████ Ex. 4 ¶ 7. [Discussing La Perrera]

"Afterwards, we were given a sandwich that was frozen. My son told me that he would press the sandwich between his hands to try and defrost it so that he could eat it." Declaration of Maria d█████████ (mother of Ever P█████ █████), Ex. 175 ¶ 3 [Discussing the Ice Box].

"We received a sandwich three times a day, but the meat was bad and made the children's stomachs hurt." Declaration of Ruth M█████████, Ex. 16 ¶ 7. [Discussing CBP facility]

"Food at the Perrera was cold and scarce. My daughter and I each were given an apple, a cold burrito and a bottle of water for breakfast and lunch and a cold sandwich, chips and a bottle of water for dinner. Sheily and I remained hungry after lunch and asked for additional food, but they were not given any." Declaration of Alba P█████████ (mother of Sheyli J█████████), Ex. 186 ¶ 4. (CBP Ursula).

"Food at the facility was scarce and cold. We were fed one cold burrito for breakfast, lunch and dinner and despite asking for more food, we were not given any." Declaration of █████████████████████████ ¶ 5 (CBP Ursula).

"We arrived in the evening and we did not receive any food until the following morning. We received water and a bread and a ham sandwich for all three meals. We only were given water during the meals." Declaration of Vilma M█████████ (mother of Ezra A█████████), Ex. 178 ¶ 4 (McAllen CBP). For breakfast, lunch and dinner, they would give us tortilla bread to make a taco with ham and eggs, an apple, some crackers and a small water bottle. Sometimes the eggs were very dark and old looking. Declaration of Vilma

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                43            CV 85-4544-DMG (AGRX)

M███████████ (mother of Ezra A███████████), Ex. 178 ¶ 8 [Discussing La Perrera].

"Children would get a small juice. I was given one. We got two pieces of white bread and a piece of ham for breakfast, lunch, and dinner." Declaration of Noredith P███████████, Ex. 179 ¶ 4 (McAllen CBP).

"To eat we were given one burrito which I share with my son. Food at the Hielera was scarce and cold.  My son and I received a burrito for breakfast, lunch and dinner. Melvin and I remained hungry after lunch and dinner." Declaration of Wendy P███████████, Mother of M███████████ ███████ Ex. 173 ¶ 5

Facility prior to Karnes: "In the morning they did not give us any food or water but told us to board a bus." Declaration of Claudia Alexandra Quintanilla-M█████ (mother of Fernando J███████████), Ex. 205 ¶ 3.

Facility prior to Karnes: "At the Perrera, we were kept in fence-cages and given frozen burritos, water, milk, and one cookie." Declaration of Claudia A███████ ███████████ (mother of Fernando J███████████), Ex. 205 ¶ 4.

"We were held there for four days and given only soup, juice, and cookies. The cookies and juice tasted very bad and we could not eat or drink it." Declaration of Madelin Yasmit A███████ (mother of Breidy A████), Ex. 204 ¶ 2.

"At lunchtime my daughter became ill from eating the food and she had to go to the bathroom. When we came back they had thrown out my food." Declaration of Madelin Yasmit A███████ r (mother of Breidy A████), Ex. 204 ¶ 3.

"The food and water is very bad and makes me and my child sick. I went to the doctor or nurse and I was given some medicine and told to return today at 6:30pm to get more medicine." Declaration of Madelin Yasmit A███████ (mother of Breidy A████), Ex. 204 ¶ 4.

Facility prior to Karnes: "On the first night we were given one burrito and two juices. They never gave us water. The next day they began to feed us two meals a day – at 8 and 3. The food was a burrito and juice. My daughter would not

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                44        CV 85-4544-DMG (AGRX)

eat the burrito because it was too spicy so she had only juice." Declaration of Karla J███████████ (mother of Litzy N██████████████), Ex. 203 ¶ 5.

Facility prior to Karnes: "For food, all we got was bean burritos, juice, and cookies for three meals a day. We just got one burrito, juice and cookie. The burritos were very small and we were hungry all the time. My son only ate a little bit of the burritos, but he would eat the cookies that we got. We weren't able to ask for more food – when someone asked for more juice, the officials didn't do anything." Declaration of Nora E████████████████ (mother of Nery E██████████████), Ex. 195 ¶ 7.

Facility prior to Karnes: "For a full day, they gave us each one juice and one cookie, but no water. They gave us cookie and juice and Mylar sheets." Declaration of Maria R█████████ (mother of Blanca R██████████████), Ex. 194 ¶ 8.

Facility prior to Karnes: "We weren't given food or water for 24 hours. At 10am I was given a juice and a small burrito. My child was given two small burritos and a juice. The burritos were frozen. At 7am was the next time we ate. We each had a burrito and two juices." Declaration of Maira L██████████████ (mother of Leonardo A████████████), Ex. 201 ¶ 7.

Facility prior to Karnes: "Sometimes I would ask for extra juice. Sometimes they would give it to us, but sometimes they refused and told us to drink the water. The only food we got to eat was soup, three times a day every day. The children also got juice. We were hungry all the time because there was never enough soup and we couldn't ask for more. Some people got ill and started vomiting from only eating soup." Declaration of Lucia R█████████████ ███████ (mother of Ambrosia T██████████████), Ex. 193 ¶ 8-9.

"The food at Karnes is not very good; the meat here tastes funny. The water that we are provided tastes horrible, it has a chlorine taste. Ximena does not like the food at Karnes. She stopped eating about four days ago. She will only eat the beans that are served." Declaration of Yerica F████████████ (mother of Ximena C██████████████), Ex. 197 ¶12.

Facility prior to Karnes: "For food they would only give us bean burritos, cookies, and they also gave us water but it tasted like it has chlorine in it.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                45          CV 85-4544-DMG (AGRX)

108

Sometimes the burritos were cold. Eric did not like the burritos or the cookies and he would not eat them. He also complained about the water and would not drink it. Eric also got a juice, which he would drink. We would be fed twice a day, the first meal was at about 11:00AM and then again at about 11:00PM." Declaration of Esperanza C█████████████ (mother of Eric R█████████ █████████), Ex. 198 ¶ 4.

Facility prior to Karnes: "They gave us ham sandwiches that were bad, and a container of foul-tasting water." Declaration of M█████████ (mother of Cristofher A█████████), Ex. 15 ¶ 9.

Facility prior to Karnes: "The morning of June 2, we were given sandwiches and nothing to drink." Declaration of M█████████ (mother of Cristofher A█████████), Ex. 15 ¶ 12.

"We were given a sandwich and water bottle. It was not enough water and we were very thirsty. It had a lot of chlorine." Declaration of M█████████ (mother of Cristofher A█████████), Ex. 15 ¶ 13.

5. CLASS MEMBER CHILDREN IN CBP CUSTODY ARE GOING THIRSTY AND GETTING SICK

FROM THE WATER THEY ARE FORCED TO DRINK

**McAllen CBP**

"We had to drink the water from the toilet to keep hydrated." Declaration of Yojana R█████████, (mother of Allison M█████████), Ex. 177 ¶ 4 (CBP McAllen). "We had water available to us outside of the cages and we were free to get some as long as the cage was open. The water smelled and tasted like bleach." Declaration of Yojana R█████████, (mother of Allison M█████████ █████), Ex. 177 ¶ 8 (Discussing Ursula CBP)].

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    46          CV 85-4544-DMG (AGRX)

1  "There was a thermos with water, but there was nothing in it when we got there. I

2    asked for some more and they gave it to us. The water tasted like chemicals. It

3    hurt my throat." Declaration of Leydi X███████████████, Ex. 30 ¶ 5.

4

5  "The water was in a plastic container in the room with us. I had one glass while I was

6    there. I had one glass while I was there. It had had a taste like chlorine."

7    Declaration of Yender E████████████████, Ex. 102 ¶ 10.

8

9  "There was water for drinking in the cell, in a large plastic Thermos. I drank from it

10   once. It tasted like chlorine, and I didn't like it." Declaration of Kevin G████

11   ████████████ Ex. 99 ¶ 10.

12

13

14 "There was water in the cell, in large plastic Thermos. It tasted funny, like chlorine,

15   like it came from a pool. I only drank from it twice because I didn't trust it. I

16   don't think people really believed that water was clean. A lot of other boys didn't

17   drink it. It made me feel funny in my stomach the times I drank it." Declaration

18   of Justin L███████████████, Ex. 14 ¶ 12.

19

20

21 "We only were given water during the meals." Declaration of Vilma M███████
   ████████ (mother of Ezra A███████████), Ex. 178 ¶ 4.

22

23 "We had a thermos of water but it tasted like chlorine." Declaration of Noredith
   P███████████████, Ex. 179 ¶ 4.

24

25 "They only gave us a small amount of water the size of one cup. The water
   tasted bitter and like bleach." Declaration of Rocio M████████████, Ex. 180 ¶ 4..

26

27

28

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM              47              CV 85-4544-DMG (AGRX)

**Chula Visa CBP**

"My access to drinking water is only from the tap but there are no cups." declaration of Sandeep S█████ Ex. 149 ¶ 15.

"The only water available is from a drinking fountain and no cups are available." Declaration of Alma R████████████████ (Mother of M███████████████████), Ex. 38 ¶ 4.

"In order to receive any water, I have to ask a guard in order to get a small cup of water." Declaration of Devis U████████████, Ex. 151 ¶ 19. [Discussion of Detention center]

"My access to drinking water is only from the tap but there are no cups." Declaration of Sandeep S█████ Ex. 149 ¶ 16.

**El Centro CBP**

**There is a cooler of water. The water tastes like clorox. There are no cups in the room I am staying to use for water. Declaration of Manuel A██████████████████, Ex. 43 ¶ 5.**

**"The water here smells strongly of chlorine, but there is nothing I can do about it, so my children drink it.." Declaration of Marlyn E████████████ (spouse of Kevin A████████████ and mother of Claudia V████████████ and Emerson Y████████████), Ex. 39 ¶ 4**

"The water is not good, it smell" ██████████████████████████████ ██████████████████████ 4.

"There are no cups. I share one or two cups with the other boys or I put my head under the spigot." ██████████████████████ 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    48          CV 85-4544-DMG (AGRX)

111

"There is a water container in our room. The water tastes bad and is salty- there are no cups." Declaration of Floridalma L███████ (mother of Broswin R██████████), Ex. 31 ¶ 6.

"Water is available but it seems bad and not clean. I haven't been drinking any water. There are no cups. I am dehydrated." ██████████████████████ ██████████████ 19.

"There is a water container in the room. It tastes bad- like chlorine. There are no cups. I use my juice container. When it's empty sometimes they don't fill it right away." Declaration of Erick L███████, Ex. 61 ¶ 17 (El Centro CBP).

"Water bottle from sink in cell. Water tastes bad. No cups ..." Declaration of Abel A███████, Ex. 44 ¶ 1.

**Yuma CBP Station**

"The only water we have is from the sink that we scoop with our hands." Declaration of Elmer V███████████, Ex. 103 ¶ 3 (Yuma CBP).

"The night I arrived I was not given any food, drink, or even water. In the morning today, my first morning, I received a box of juice and a cup of noodle soup... I still have received no water. Several hours ago I asked for water. They said they would bring some but I still have not received it." Declaration of ████████████████████████ ¶ 4 (Yuma CBP).

"I have access to a bathroom and sink, but no soap or towels or clean clothes to shower. There is a sign in the bathroom that says we can drink the water from faucets but we must use our hands- we are not given any cups. But we cannot wash our hands with soap." Declaration of Braylin A█████████ Ex. 117 ¶ 10 (Yuma CBP).

"Offered cup of noodles for their food three times a day. Ilsi gets a juice box three times a day; Ventura gets water only from faucet in the bathroom- no cups are offered." Declaration of Ventura I████████████ (mother of Ilsi M██████████████), Ex. 118 ¶ 4 (Yuma CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          49          CV 85-4544-DMG (AGRX)

112

"I am able to drink water from the bathroom faucet with my hands. They do not give us cups to drink the water. Maria P█████████ (mother of Lico E███ █████████), Ex. 119 ¶ 4 (Yuma CBP).

"I have not received any water since I arrived." Declaration of Christy F██████ █████, Ex. 120 ¶ 4 (Yuma CBP).

"We have to drink water from the bathroom sink and we use our hands- we do not receive cups to drink from." Declaration of Graisy I████████████████ (mother of Dairany L██████████), Ex. 121 ¶ 7 (Yuma CBP).

"I have not received any water since I arrived. I have received boxes of juice to drink." Declaration of Martin H████████████, Ex. 122 ¶ 4 (Yuma CBP).

"I was given soup, crackers, and juice at night and in the morning. I was not given water ..." Declaration of Edras D█████████, Ex. 123 ¶ 4 (Yuma CBP).

"There are no cups to drink water. I have to use my hands." Declaration of Elena C██████████, Ex. 124 ¶ 4  (Yuma CBP).

"They gave me soup, but it is not filling. I am still hungry! Also do not have drinking water or cups so I am thirsty." Declaration of Magdalena P████ █████, Ex. 126 ¶ 4 (Yuma CBP).

"There is drinking water in the sink, but no way to drink it. We must use our hands as cups." Declaration of Manuel R██████████ and Carlos T█████ █████ (siblings), Ex. 128 ¶ 4 (Yuma CBP).

"I have not had any water since I have arrived and have not been given a cup for water.  I have had some soup and two boxes of juice." Declaration of Jose L████████████, Ex. 116 ¶ 4 (Yuma CBP).

"Water is available in the sink but no cups and we drink with our hands." Declaration of Melannie O██████████, Ex. 107 ¶ 8 (Yuma CBP)

"The only water to drink is from the sink and I'm afraid to drink it because it could be infected." "I have never been given water though I was a whole date in the desert." Declaration of Deny N████████████, Ex. 104 ¶ ¶ 3, 4 (Yuma CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    50              CV 85-4544-DMG (AGRX)

**Other CBP stations:**

"The New Mexico facility "treated us like dogs". We were given ... water at approximately 8am and at 3pm. Declaration of G⬛⬛⬛⬛⬛⬛⬛⬛ (father of Loveyli N⬛⬛⬛⬛⬛⬛⬛), Ex. 216 ¶ 3 (New Mexico CBP).

**We have a water dispenser in our room that provides room temperature water."**

**Declaration of Vanessa R⬛⬛⬛⬛⬛⬛⬛, Ex. 137 ¶⬛San Ysidro CBP)**

"During this time we were only given a couple ounces of water each and my daughter received a couple of ounces of milk and one cracker." Declaration of G⬛⬛⬛⬛⬛⬛⬛⬛ (father of Loveyli N⬛⬛⬛⬛⬛), Ex. 216 ¶ 3 (Santa Teresa CBP).

"I was not given water." Declaration of Ricardo M⬛⬛⬛⬛⬛, Ex. 71 ¶ 2 (Tucson CBP).

"There is water available all day in our room but there is only one paper cup." Declaration of Itzel C⬛⬛⬛⬛ (daughter of Elsa F⬛⬛⬛⬛⬛⬛), Ex. 73 ¶ 8 (Tucson CBP).

"There was no water for us to drink. We were thirsty and we would ask for water and they would tell us to drink from the sink above the toilet. We did not get any clean water that entire time. My son only got one juice." Declaration of Cristobal R⬛⬛⬛⬛⬛ (father of Cristobal E⬛⬛⬛⬛⬛⬛), Ex. 12 ¶ 7 (facility prior to Berks)..

Facility prior to Berks: "The water tasted like it had a lot of bleach in it. It also smelled like bleach. I remember my son being very thirsty because he could not drink the water. He complained that it tasted too much like bleach to drink. I saw an official with pure water and my son and I begged him several times for water, but he refused and kept telling us to use the sink." Declaration of Cristobal R⬛⬛⬛⬛⬛ (father of Cristobal E⬛⬛⬛⬛⬛⬛), Ex. 12 ¶ 16 (facility prior to Berks).

"No water was provided." Declaration of Gabriel G⬛⬛⬛⬛⬛ (father of Crecencio), Ex. 208 ¶ 4 (discussing previous CBP facility).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    51          CV 85-4544-DMG (AGRX)

114

1  "We stayed there for one day, but we were not given food or water the entire
2  day." Declaration of Keylin M████████ (daughter of Daise M████████),
   Ex. 6 ¶ 18 (discussing a second Ice Box, possibly Ursula).
3
4  "We were not given food or water when we were apprehended. We were
   apprehended at 10 pm and were not given food or water until 6 am."
5  Declaration of Lidia S████████████ (mother of Marcos M███
6  ████████), Ex. 3 [Discussing apprehension]¶ 4
7  "Although there was a water dispenser in my cell, there was no water. Other
   girls requested water from an officer, and the officer said he would bring water,
8  but never did. I was very thirsty. Declaration of Dixiana S███████, Ex. 8 ¶ 6.
9  (Ursula CBP).
10  "[T]he worst thing was the water. I had to plug my nose to be able to drink it. It
    came out of the faucet and smelled terrible. I only drank a small amount of
11  water when really thirsty because the water tasted very bad and the smell was
12  terrible." Declaration of Delmis V███████, Ex. 13 ¶ 5. (Ursula CBP).
13  " Because there were so many people, there wasn't enough water." Declaration
14  of Keila P███████, Ex. 168 ¶ 8.  (Discussing a CBP facility)
15  "There was not regular water to drink." Declaration of Doris M███, Ex. 24 ¶ 3.
16  [Discussing CBP facility prior to being transferred to Dilley]
17  "We had a thermos of water, but it was bad quality and had too much chlorine.
    My son later told me that the water was nasty and he did not drink it. There
18  was not enough water for all of us." Declaration of Ruth M███████, Ex.
19  16 ¶ 7. [Discussing CBP facility prior to being transferred to Dilley]
20  "The water bottles were also not enough water and he was still thirsty."
21  Declaration of Herlinda C███████, mother of Gerson J████████
22  ████████, Ex. 176 ¶ 10. (Ursula CBP).
23  "We were not given any additional water if it was not during breakfast, lunch,
24  or dinner." Declaration of Noredith P████████, Ex. 179 ¶ 8. (Ursula
    CBP)..
25
26  "We were not given any additional water if it was not during breakfast, lunch,
    or dinner." Declaration of Rocio M███████, Ex. 180 ¶ 8. (Ursula CBP).
27
28
    EXHIBIT 11 TO
    PLAINTIFFS' MEMORANDUM              52          CV 85-4544-DMG (AGRX)

" We were not given water or food since arriving at the border and were not given water until we arrived at "La Perrera."". Declaration of Iris E█████████, Ex. 181 ¶ 3 [Discussing LaPerrera].

"Two days later, we were transferred to an ICE detention facility in Dilley, Texas. Upon arrival at the detention center was the first time we were given water to drink. My son was given juice at the Hielera but neither of us had water until we arrived in Dilley." Declaration of Wendy P█████████, Mother of Melvin F████████████ Ex. 173 ¶ 6.

"We were given water bottles of water to drink with every meal and we had gallons of water available for us at all times but the water smelled like bleach so we did not want to drink the water." Declaration of Dulce M█████████ █████ (mother of Esther A███████████) Ex. 174 ¶8. (discussing previous location  prior to arriving to Dilley)

"An hour later, we arrived at another office and were given water that smelled and tasted dirty. We did not drink it." Declaration of M█████████ (mother of Cristofher A███████████), Ex. 15 ¶ 8 (discussing previous location  prior to arriving at Karnes).

"I begged for water for my daughter, but the officials would not give us any. My daughter started crying. The officers told me to shut her up. They gave us ham sandwiches that were bad, and a container of foul-tasting water." Declaration of M█████████ (mother of Cristofher A███████████), Ex. 15 ¶ 9 (discussing previous location  prior to arriving at Karnes)..

"I asked for water and explained that the water in the container tasted bad. The officer brought more water but it tasted the same." Declaration of M██████ (mother of Cristofher A███████████), Ex. 15 ¶ 10 (discussing previous location  prior to arriving at Karnes)..

"We were given a sandwich and water bottle. It was not enough water and we were very thirsty. It had a lot of chlorine." Declaration of M█████████ (mother of Cristofher A███████████), Ex. 15 ¶ 13 (discussing previous location  prior to arriving at Karnes)..

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          53          CV 85-4544-DMG (AGRX)

" ... they also gave us water but it tasted like it has chlorine in it." Declaration of Esperanza C███████████████ (mother of Eric R█████████████████), Ex. 198 ¶ 4 (discussing previous location  prior to arriving at Karnes)..

"We were given water from a cooler, but we were not provided cups.  ...  When the cooler ran out of water, we were told that we could get water from the toilet-sink, the same place where the women were washing dirty diapers." Declaration of Esperanza C████████████████ (mother of Eric R████████ ██████████), Ex. 198 ¶ 5 (discussing previous location  prior to arriving at Karnes)..

Ambrosia T██████████████), Ex. 193 ¶ 8.

"The water here at Karnes is over chlorinated." Declaration of Karla J████ ███████████ (mother of Litzy N███████████████), Ex. 203 ¶ 12.

Facility prior to Karnes: "We asked for water, but they would not give it to us, the officers told us to drink it from the toilet-sink." Declaration of Sonia Y███████████ (mother of Gisela N████████████████), Ex. 196 ¶ 5.

Facility prior to Karnes: "We were fed twice at the hielera. Both times we were given a burrito, cookie, and juice. We were also given bottled water." Declaration of Sonia Y████████████ (mother of Gisela N███████████ ██████), Ex. 196 ¶ 3.

"The water that we are provided tastes horrible, it has a chlorine taste." Declaration of Yerica F███████████████ (mother of Ximena C█████████ ██████), Ex. 197 ¶12.

Facility prior to Karnes: "We drank from the sink. There was no cup. We used our hands." Declaration of Maira L███████████████ (mother of Leonardo A██████████████████), Ex. 201 ¶ 6.

Facility prior to Karnes: "We weren't given food or water for 24 hours." Declaration of Maira L████████████████ (mother of Leonardo A██████████), Ex. 201 ¶ 7.

"At the Perrera they collected our information and gave us some water." Declaration of Gladys I███████████████ (mother of Daniela A████████████), Ex. 46 ¶ 3.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    54              CV 85-4544-DMG (AGRX)

117

"We were not given water but told us to use the water we used to wash our hands. The water tasted very bad." Declaration of Gladys I███████████ (mother of Daniela A██████████████), Ex. 46 ¶ 3.

6. CLASS MEMBER CHILDREN ARE HELD FOR SEVERAL NIGHTS IN UNREASONABLY

OVERCROWDED AND UNSANITARY CBP CELLS, OFTEN WITHOUT BLANKETS AND

SLEEPING MATS, DEPRIVING CHILDREN OF NECESSARY SLEEP

**El Centro CBP**

"After my daughter and I were detained, we were brought to this building and put in a cell with about 10 other families. There were only seven mats for sleeping so some of us slept sitting up. We had paper blankets. It was very crowded and we have to step over others to get to the bathroom" Declaration of Denia M█████████████ (Mother of Zoe V██████████████), Ex. 42 ¶ 7.

" Eleven minors in tiny cell. 3 mattress [so] people sleep in shifts" Declaration of Abel A██████████, Ex. 44 ¶ 6.

"There are 10 mattresses, which we all share among 20 people. The room we are in is crowded. There are around 20 people in the room, mothers and children." Declaration of Marlyn E███████████████ (spouse of Kevin A███ ████████████ and mother of Claudia V██████████████ and Emerson Y████████████████), Ex. 39 ¶ 6-7.

"There are 10 mothers and 8 children in our room... There are not enough mattresses for all of the kids. The adults sleep on benches." Declaration of Sandra Marilu Hernandez-Mendez (mother of Angely A████████████ and Alisson A██████████████, Ex. 65 ¶ 4 and ¶ 5.

"I was placed into a room with about 25 other men. The room That I have been in does not have enough blankets for all of the men who are in the room." Declaration of Marcedonio P█████████ (father of Brayan), Ex. 63 ¶ 5,7.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          55          CV 85-4544-DMG (AGRX)

"In our room there are approximately 14 people about seven (7) mothers and daughters." ███████████████████████████ ██████████████████ 4.

"In my cell, there are 2 chairs for sitting and 4 cushions for sleeping. All shared between 10 women.." Declaration of Jeydi I████████████████████ (daughter of Catalicio F██████████████████), Ex. 40 ¶ 5, 6.

"Last night, there were ten of us kids in the room, but only 3 mattresses. We had to take turns sleeping" ███████████████████████████ 6.

"I am staying in a room that is about 15 feet by 10 feet with 10 other boys who are between 16 and 17 years old." █████████████████████████████ █ 7.

"The room we are in is crowded. We are eight people, four mothers and four children, in a small room. It is approximately 10 feet by 10 feet wide. We have two mattresses to share. There is no space in our room to move. The mats and people sleeping take up the space." Declaration of Floridalma L████████ (mother of Broswin R███████████), Ex. 31 ¶ 7, 10.

"When I came here I was kept in a small room with 12 boys for 5 hours. I am kept in a room that is about 3 meters by 3 meters. There are 13-15 teenage boys in the room at a time. There are 3 mattresses, but the boys from Honduras have taken them. All the other boys sleep on the floor. Declaration of Erick L████████, Ex. 61 ¶¶ 6, 14, 19.

"The room I am in has about 13 boys. There are not enough blankets for us all to use when we try to sleep." Declaration of Dennis M█████████████, Ex. 59 ¶ 4.

**McAllen CBP**

"The cell was filled with women, and it was very difficult to go to the bathroom because women were everywhere, blocking the entrance to the bathroom." Declaration of ███████████████████ ¶ 5.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    56            CV 85-4544-DMG (AGRX)

"At La Hielera, we were put in a crowded cell with about 25 people. There wasn't enough room for everyone to lay down except when the officials would take some people out to take their fingerprints. Then we could take a turn to lay down." Declaration of Leydi X▓▓▓▓▓▓▓, Ex. 30 ¶ 3. [La Hielera]

"[B]ecause the cell was so crowded there were people laying down in the bathroom area." Declaration of Leydi X▓▓▓▓▓▓, Ex. 30 ¶ 4. [Discussing La Hielera]

"When we arrived there were three completely full cells. They put us in the hallway to sleep. The next day there was enough room for us – there were about 30 or 35 people to a cell." Declaration of Leydi X▓▓▓▓▓▓, Ex. 30 ¶ 8. [La Perrera]

"At La Hielera, we were in a cell, and the floor was full of people. We were exhausted, and we had to wait for people to be taken out to have their fingerprints taken to get a chance to rest. And it wasn't just our cell – every cell was full." Declaration of Sindy S▓▓▓▓▓▓, Ex. 33 ¶ 4.

"The police put me in a cell with a lot of other kids. It was very crowded and very dirty. There was trash on the ground. They kept calling people to leave and putting others in, so the number changed all the time, but sometimes I counted 40 other kids, sometimes 32, and a few times fewer than that." Declaration of Justin L▓▓▓▓▓▓, Ex. 14 ¶ 6.

"I saw that there were 31 people in my cell, age 13 and up. All of us were under age 18." "In the first place it was so crowded that sometimes you had to sit up, it wasn't always possible to lie down." Declaration of David Alexander Delgado Romero Ex. 94 ¶ 5, 10.

"They put me in a cell with something like 26 people in it, all boys under age 18." "The cell was very crowded. There were so many of us that we could not stretch out on the ground or the benches. Most of us had to sit upright and stay in one place." Declaration of Kevin U▓▓▓▓▓▓, Ex. 36 ¶ 6, 7.

"There is not enough space, therefore I was unable to sleep, but my daughter was." Declaration of Lucia G▓▓▓▓▓▓ (mother of Jazmin L▓▓▓▓▓▓), Ex. 90 ¶ 2.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM            57            CV 85-4544-DMG (AGRX)

120

"There is no space at night but there is during the day." Declaration of Gregorio Cipriano-███ (father of Candelaria C█████████), Ex. 87 ¶ 4.

**San Ysidro CBP**

"I went into a separate room. They were nine other boys there already. The room was small. It is exactly 10 paces by 11 paces, by my footsteps." "Sometimes when we sleep, the room is so small that our bodies touch." Declaration of Alan C███████, Ex. 138 ¶ 5, 7, 8.

"When we arrived there were approximately 50 people in the room and there was not any additional room for more mats. The room was very crowded." Declaration of Dinora C███████ (mother of Rigoberto C█████████), Ex. 29 ¶ 9.

"I am in a room with my mother and my four siblings. The room is quite small. There are approximately 50 people in the room - 20 of them are adults. There is not enough room for everyone to put their mat down and sleep at the same time .... It is difficult to sleep because people are very close together." Declaration of Alma S███████, Ex. 44 ¶ 9.

"There are about fifty (50) to sixty (60) people in the room where I am staying. The room is very crowded and very cold." Declaration of Cesia B█████████ Ex. 144 ¶ 7.

"The room here is very crowded, there are about thirty-five adults and many children in the room. The room is approximately twenty-five (25) by fifteen (15) feet." Declaration of Gladys E█████████, Ex. 141 ¶ 3.

"There are at least 25 women and 10 children, boys and girls. The room is 20 foot paces long by 20 foot paces wide." Declaration of Hazlyn D█████████, Ex. 139 ¶ 3.

"There are about fifty (50) to sixty (60) people in the room where I am staying. The room is very crowded and very cold." Declaration of Lexyer B█████████, Ex. 143 ¶ 7.

"I am staying in a room with approximately thirty (30) or forty (40) other

EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM                    58              CV 85-4544-DMG (AGRX)

121

mothers and children. The room is very crowded." Declaration of Serafin S███ Ex. 133 ¶ 5.

"The reason my body hurts is that we're crowded and we have to sleep in uncomfortable positions ... it's very crowded. If people were standing with arms outstretched touching fingers, the room would be two people by three people in length/width." Declaration of Timofei F████████, Ex. 34 ¶ 7.

**Santa Teresa CBP**

"Then we were taken to a small room with four other people and a bench and plastic beds to sleep on without blankets." Declaration of G████████ ████████ (father of Loveyli N████████), Ex. 216 ¶ 3.

**Tucson CBP**

"We were in a room with 5 families – about 12 people. It was crowded." Declaration of Itzel C████████ (daughter of Elsa F████████████), Ex. 73 ¶ 3.

"I am housed in a room with 10-15 other boys. It is over-crowded. The mattresses take-up all the room. I am uncomfortable." Declaration of Bartolo D████████, Ex. 75 ¶ 5.

"I was in that room there were 20 women." Declaration of Minta M████ ████████, Ex. 76 ¶ 3.

"It is crowded in the cell where they put me with ten other people." Declaration of Felipe G████████, Ex. 79 ¶ 4.

"It was very crowded in the cell where they put me with five other women and all their kids." Declaration of Flor P████████ (mother of Jefferson A████ ████████), Ex. 26 ¶ 4.

"I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattresses and stayed warm." Declaration of Christy F████████, Ex. 120 ¶ 3.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                59          CV 85-4544-DMG (AGRX)

**Yuma CBP**

"There are about 15 others in the same room sleeping with them. It's loud because kids are crying because of cold." Declaration of Ventura █████ ████████ (mother of Ilsi M████████████████), Ex. 118 ¶ 8.

"We are in a cell with about 25 other people. It is crowded and we have to walk over one another to use the bathroom." Declaration of Graisy █████████ ████████ (mother of Dairany L█████████), Ex. 121 ¶ 7.

"I am in a cell with approximately 10-15 other boys. We share two mattresses. I also received a metal blanket." Declaration of Martin H████████████, Ex. 122 ¶ 3.

"We spent the first night in a large room with 20-25 people. We had a mattress. Then we were taken to a small room (10x10 approximately) with concrete brick walls, frosted windows, white with just us three ... The first night in the small room we had no mattress. Declaration of Melannie O████████, Ex. 107 ¶ 8

"The room has about 30 people and feels crowded." Declaration of Deny N████████████, Ex. 104 ¶ 3.

**Interviews at Berks ICE facility**

"It was small so we could not even really move." Declaration of Daniel H████ ████████ (Father of Osmani D████████████████), Ex. 210 ¶ 6.

"Everyone was jammed in together, almost touching each other." Declaration of Daniel H████████████ (Father of Osmani D████████████████), Ex. 210 ¶ 6.

Facility prior to Berks: "My son and I stayed together all the time, in the same cell with ten other people. We had a sink and toilet in the same room. We had to share the same bathroom and use it in front of everyone ... The room was about two by three meters. We did not have access to a shower." Declaration

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    60                    CV 85-4544-DMG (AGRX)

of Cristobal R███████████ (father of Cristobal E████████████████), Ex. 12 ¶ 6.

"We were held in a cell with about 10 adults and 10 children for five days. It was so crowded that people had to sleep around the toilet. We used dirty blankets that were left behind by others and slept on the bare floor." Declaration of Gabriel G████████████ (father of Crecencio), Ex. 208 ¶ 3.

Facility prior to Berks: "In El Paso, we had to share a cell with 12 others. There were seven fathers and seven sons altogether in one room and it was very crowded. There was a large plastic "canoe-like" structure to sleep in, but there were not enough for everyone, so we slept on the bare floor for a few nights. ... We did not have blankets until some of the others left and we had to use the dirty blankets left behind. We stayed here for six days. We never left this room and did not know if it was day or night." Declaration of Daniel M████ (father of Lester M████████), Ex. 207 ¶ 4. [discussing previous CBP]

"The place was over-crowded and there were not enough mats to sleep on." Declaration of Felipe A████████ (father of Juan V████████████), Ex. 211 ¶ 6 [discussing previous CBP facility]

Facility prior to Berks: "We stayed at the detention center for about 15 days. We slept in bunk beds with 10 other people in a small cell. We were crowded. We had no blankets." Declaration of Mateo A████████ (father of Alonzo A████████), Ex. 209 ¶ 4 [discussing previous CBP facility]

Facility prior to Berks: "The hygiene at the facility was terrible. We stayed in a large room that was overcrowded, with about 22 people (11 fathers with their children). The toilet was in the same room where we were eating." Declaration of Edwin G████████████ (father of Eduin O████████████), Ex. 214 ¶ 9 [discussing previous CBP facility]

"Conditions were extremely crowded at the Ice House." Declaration of Santos A████████, Ex. 171 ¶ 3. (Discussing facility prior to Dilley)

"There were large numbers of girls, some of whom had to sleep on concrete and sitting up because there wasn't sufficient room in the cell. I slept on the floor in a passage way were I could find room...I had difficulty reaching the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM              61              CV 85-4544-DMG (AGRX)

bathroom, because I didn't want to push through other girls and wake them." Declaration of Dixiana S█████████, Ex. 8 ¶ 3. [Discussing La Hielera]

"It was extremely crowded in the Ice House.  There was about 25 women and children in one large room." Declaration of Noliba C█████████ (mother of David A█████████████), Ex. 184 ¶ 3 (discussing La Hielera)

"At 7pm, they put us in an icy cold room with 40 people. They were all women and crying children. It was very crowded and not everyone was able to lie down." Declaration of Ana P█████████, Ex. 37 ¶ 3. [Facility prior to Dilley]

"The facility was overcrowded and there was no space to lie down." Declaration of Maira S█████████, Ex. 164 ¶ 4. [Discussing La Hielera]

"It was extremely crowded in the Ice House. There was about 35 women with children in one large room. I slept there for one night, sitting on the floor by the bathroom." Declaration of Blanca M█████████, Ex. 20 ¶ 4. [Discussing McAllen CBP]

"We were housed in dog cages which were grossly overcrowded." Declaration of Iris A█████████ (mother of Sherlyn A██████████████), Ex. 7 ¶ 11  [Discussing the Urusula CBP]

"The Dog Pound [Ursula CBP] was overcrowded and there was nowhere to lie down. We could not sleep while we were there." Declaration of Ana V█████████████████ (mother of Ashli D██████████), Ex. 10 ¶ 3

"We were put in a small room with about 25 other mother and children. There was no space to sit or lay. The room had two toilet seats with no privacy and no sink. Around the wall there was like a cement bench where people could sit but they were full and crowded." Declaration of Bridis F█████████ (mother of Sander F█████████), Ex. 18 ¶ 4. [Discussing La Yelera]

"We spent the night in the cold room and were freezing. It was a small room with around 20 people. There was nowhere to sit except the concrete floor." Declaration of Griselda B█████████████, Ex. 167 ¶ 5. [Discussing a CBP facility]

"There were 8 women in my cage at the dog house. It was very tight quarters because all eight women had their children with them as well." Declaration of Delmis V█████████, Ex. 13 ¶ 5. [Discussing La Perrera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                62        CV 85-4544-DMG (AGRX)

**Interviews at Karnes ICE facility**

Facility prior to Karnes: "We were put in a small cell with ten other people, all women and children. There were three benches and no room to move around." Declaration of M███████████ (mother of Cristofher A███████████), Ex. 15 ¶ 4.

Facility prior to Karnes: "On June 11, they brought more people into the cell and it was very crowded." Declaration of Maria d███████████ (mother of Kimberly A███████████), Ex. 199 ¶ 9.

Facility prior to Karnes:"In La Hielera, my son and I were held in a crowded cell. There were about 25 of us in the cell.  We only had enough room to lay out a blanket for us to sleep on, and we were also just given an aluminum sheet to cover us." Declaration of Nora E███████████ (mother of Nery E███████████), Ex. 195 ¶ 5.

Facility prior to Karnes:"The cell was so crowded that some people were laying near the toilet, which meant that it was impossible to use the bathroom in privacy." Declaration of Nora E███████████ (mother of Nery E███████████), Ex. 195 ¶ 6.

Facility prior to Karnes: "First they put us together in a "fridge" that held about 30 people." Declaration of Maria R███████████ (mother of Blanca R███████████), Ex. 194 ¶ 8.

Facility prior to Karnes: "We were there about a day, then they put us in cages like dog houses and were there for 4 days.  It was the same building as the other place, but in the cage I was there with about 20 women.  Blanca was in a cage too,  in a different part of the facility." Declaration of Maria R███████████ (mother of Blanca R███████████), Ex. 194 ¶ 10.

Facility prior to Karnes: "My daughter and I were held in a crowded cell in La Perrera for four days.  There were about 60 people in my cell.  We were very squeezed in and we couldn't all lie down to sleep at the same time – we had to sleep in shifts.  There were no men in our cell but I could tell that the men's

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                63              CV 85-4544-DMG (AGRX)

126

1   cells were even more crowded." Declaration of Lucia R██████████
2   ██████ (mother of Ambrosia T█████████████), Ex. 193 ¶ 6.

3   7. CLASS MEMBERS IN CBP CUSTODY ARE OFTEN NOT PROVIDED BLANKETS OR MATS AND

4       ARE FORCED TO SLEEP ON COLD CONCRETE FLOORS OR BENCHES

5       **Chula Vista CBP**

6

7   "I had to sleep on the ground for one night, but I have been given a bed to
8   sleep in the last two nights. I have not been provided with a pillow and only
9   have the thin metallic blanket to cover myself. The temperature is too cold to
    sleep and the lights are left on all night making it hard to sleep." Declaration of
10  Sandeep ████, Ex. 149 ¶ 23.

11  "I have only been provided a thin aluminum type blanket." "The first night, I
12  had to sleep on a bench without a pillow or blanket. The second night, I still
    had to sleep on the bench without a pillow but was given a thin metallic
13  blanket. … I am barely able to get any sleep because of the conditions." "My
14  first night in detention I asked a guard for a blanket and the guard simply
15  yelled no at me and told me to go to sleep."  Declaration of Devis U████
    ████████, Ex. 151 ¶ 5,6,7.
16

17  "The beds have a mattress and a plastic cover. There is no sheet, blankets or
    pillows. I just have a thin plastic cover to sleep under. It is really cold in this
18  room all the time. There is also a bright light that is on all the time, day and
19  night." Declaration of Manish K████ Ex. 150 ¶ 5.

20  **El Centro CBP**

21
22  "There were only seven mats for sleeping so some of us slept sitting up. We
    had paper blankets… we had to step over others in order to go to the
23  bathroom" Declaration of Denia M█████████████ (Mother of Zoe V████
    ████████), Ex. 42 ¶ 5.
24

25  "I am kept in a room with 12 other boys, ages 15-18 (approximately). We have
26  3 cushions and 4 or  5 blankets between us. I do not have a blanket. Five of us
    are able to sleep in the cushion at a time, because we push the cushions

27

28
    EXHIBIT 11 TO
    PLAINTIFFS' MEMORANDUM                64        CV 85-4544-DMG (AGRX)

together and sleep close together, Others sleep in the benches that are on the walls, or on the floor" Declaration of Manuel A█████████████████, Ex. 43 ¶ 6.

"The lights are on all night. There are usually around  3 mothers and 3 children in the room. There is one mattress for each mother to share with her children. " Declaration of Abidalia G███████████ (Mother of Osbelio B███████████ ██████), Ex. 45 ¶ 6.

"I have a sleeping mat and a blanket, and I share it with my son. All of the women have 1 mat and 1 blanket to share with their child. I did not receive a mat until my second day here. Everyone that arrives later in the day must share with the women already here." Declaration of Baljit K████Mother of Lovepreet S████ Ex. 47 ¶ 8.

"The temperature here is cold at night. The lights are kept on all night. it is difficult to sleep. We put our plastic sheet over our heads. There are 10 mattresses, which we all share among 20 people." Declaration of Marlyn E████ █████████████ (spouse of Kevin A███████████ and mother of Claudia V█████████████ and Emerson Y███████████), Ex. 39 ¶ 5-6.

"There are not enough mattresses for all of the kids. The adults sleep on benches. The last two days the temperature has been kept very low and we have been cold. There is nothing in the room for the kids to play with- no games, cards, or toys. None of us have had a shower since we have been here. The lights are on all the time. My daughters are not able to sleep very well because it is always light. We have not been outside of the room." Declaration of Sandra Marilu Hernandez-Mendez (mother of Angely A█████████ and Alisson A███████████), Ex. 65 ¶ 5-6.

"The lights are left on all night which makes it very hard to sleep. I am sleeping about 3 hours a day." ██████████████████████████████ █ 7.

"The room that I have been in does not have enough blankets for all the men who are in the room. The lights are kept on in the room at all times. I don't know whether it is night or day. We are not given soap to wash, I have not had

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    65          CV 85-4544-DMG (AGRX)

128

a shower since I arrived." Declaration of Marcedonio P███████ (father of Brayan), Ex. 63 ¶ 7, 8.

"In my cell, there are 2 chairs for sitting and 4 cushions for sleeping. All shared between 10 women." Declaration of Jeydi I████████████ (daughter of Catalicio F███████████), Ex. 40 ¶ 5, 6.

"The temperature at the facility is every cold. The lights are on all night. Last night, there were ten of us kids in the room, but only 3 mattresses. We had to take turns sleeping" ██████████████████████ 5,6.

████████████████████████████████████ ████████████████████████████████████ ████████████████████████████████████ ████████████████ 8,9,11.

"The room we are in is crowded ... We have two mattresses to share. We sleep with our heads on the mattresses and our bodies on the cement floor because there are only two mattresses for eight people. The floor is very cold. My son and I share one aluminum blanket ... I cannot sleep because it is too cold. The lights are on all night. We don't know what time it is because the lights are always on." Declaration of Floridalma L████████ (mother of Broswin ████████), Ex. 31 ¶ 7, 8.

"The room I am being has only three mattresses. 18 women are in this room. Three are teenager/minors. The other are women. We have 15 sheets of nylon. We asked for more mattresses but the officers said no. Some of us sleep on the benches, some of us in the mattresses, some on the cement floor. It was very cold." "The light stays on all night" Declaration of Anet M███████████████, Ex. 32 ¶ 9, 11.

"It was very cold. I don't have a sweater. I don't have a blanket and I borrowed my friends. I am afraid to ask for a blanket because the guard yelled at me when I asked for a phone call." █████████████████████████████ ██████ 12.

"There are 3 mattresses in my room but it's not enough. One time I slept on a bench and the other time in a mattress." "It's hard to sleep because there are

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM               66          CV 85-4544-DMG (AGRX)

129

1  lights always on" ███████████████████████████████ 13,
2  14.

3  "There are only 3 mattresses in my cell and about 8 people." Declaration of
4  Emilson E███████████████████, Ex. 60 ¶ 7.

5  "The room is always very cold. The guards took my sweater. I sleep on the floor.
6  There are 3 mattresses, but the boys from Honduras have taken them. All the
   other boys sleep on the floor. I have a nylon blanket but I am cold. I cannot
7  sleep because the lights are on all the time."  Declaration of Erick L██████████,
8  Ex. 61 ¶ 18, 19, 20.

9  "The room I am in has about 13 boys. There are not enough blankets for us all
   to use when we try to sleep. I was very cold at night and there was nowhere to
10 sleep. The lights are kept on all the time." Declaration of Dennis M████████
11 █████, Ex. 59 ¶ 4, 5.

**McAllen CBP**

13
   "Our clothes were still wet from crossing the river when we entered the
14 cell.Each of had a sheet that was sort of metallic, but I still felt cold because my
15 clothes were wet. There were no mats, so we sat either on the concrete ground
   or on the cement bench along the walls. We stayed there like that and slept
16 there." Declaration of Cesar A██████████████, Ex. 35 ¶ 28, 33
17
   "It was very cold, and that made it really difficult to sleep. And on top of that,
18 we kept getting woken up by officials. For some reason they didn't want to let
19 us sleep. I told an official that my daughter was asleep and I didn't want to
   wake her up to make her stand in line, but he yelled at me and made me wake
20 her." Declaration of Sindy S██████████, Ex. 33 ¶ 12. [La Perrera]
21
22 "While I was in the hielera, I managed to get a blanket from another boy when
   he left. There were no mattresses in the hielera." Declaration of Yender
23 E██████████, Ex. 102 ¶ 7. [La Hielera]

24 "I wasn't issued a blanket, and neither was a friend who entered at the same
25 time. We took some blankets that two boys left behind when they left. There
   were no mattresses in the cells." Declaration of Kevin Geovany Montiel
26 M█████ Ex. 99 ¶ 9 [La Hielera]
27

28
   EXHIBIT 11 TO
   PLAINTIFFS' MEMORANDUM          67        CV 85-4544-DMG (AGRX)

"I did not receive a blanket. There were no mattresses. We slept directly on the floor. I am not used to this. The dirt from our clothes was on the floor and it felt very uncomfortable to have to sit on the dirty ground." "I think I slept 3 hours in all out of the 17 hours I was there." Declaration of Justin L█████████ ████████, Ex. 14 ¶ 7, 10, 18. [Ursula Detention Center]

"Blankets provided only keep him warm for a period of time. Don't sleep much. They are crowded in the area." "Lights are on night & day." Declaration of Elry A███████████████████ Ex. 95 ¶ 12, 6.

"The lights were on in the cell the whole time. We each had a blanket. There were no mattresses in my cell." "It is much better here because we are sleeping on mats. You can sleep more. In the first place it was so crowded that sometimes you had to sit up, it wasn't always possible to lie down." Declaration of David A█████████████████ Ex. 94 ¶ 6, 10

"We managed to find a mat for the three of us to share for sleeping but most people and children were sleeping on the cold hard floor." "We sleep on this mattresses on the floor with metal blankets. The lights are on 24 hours a day and it is very very cold." Declaration of Carol S██████████████████, Ex. 93 Pages 4, 5.

"We sleep on the floor. It is cold...No cushions or blankets." Declaration of Norin U█████████ Ex. 91 Page 3.

"The cell was very crowded. There were so many of us that we could not stretch out on the ground or the benches. Most of us had to sit upright and stay in one place." "When I entered the cell I was not given a blanket. When some other boys left later a few of us who didn't have blankets at first took the opportunity to get the ones they had used. None of us had mats for sleeping." Declaration of Kevin U████████████, Ex. 36 ¶ 7, 8.

"I cannot sleep because I am so cold. I am in pain from the burn on my leg, my children cry from fear and from the cold. I can only hold one at a time to keep them warm. Whoever I am not holding is cold. The ground is hard and cold and that is how we sleep. No mattress or bed for the children." Declaration of Karen B█████████████ Ex. 25 Page 3.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                68        CV 85-4544-DMG (AGRX)

"We were each given a foil blanket but not mattresses. Nobody else in the cell has mattresses. We were able to sleep even though the lights were on all night."  Declaration of Juan C███████████ Ex. 89 ¶ 6, 10.

"The room is is quite cold, and at one point I was very cold. There is not much space, therefore I could not sleep but my daughter could. The silver blankets do not work. There is light." Declaration of Lucia G█████████████████ (mother of Jazmin L██████████████████), Ex. 90 ¶ 2, 3.

"They have treated us well. But there is nowhere to sleep. We sleep on the concrete floor. Me and my one-year old. It is not good for the children." Declaration of Dinora C██████████ (mother of Rigoberto C█████████), Ex. 29 page 2.

"After we ate, we were given foil sheets, one for each of us. Nobody was given a mattress in our cell. Not even the children. The temperature in the cell is very cold, but with the foil sheets it is okay, even for my son." Declaration of Edwin A████████████ (father of Edward A███████████), Ex. 85 ¶ 7.

"We were given one foil blanket for the  two of us. There were more blankets in the cell when we arrived, so we were able to use more than one. We slept on the floor, spreading blanket under us to sleep on. We did not receive mattresses and nobody else in the cell has mattresses. We were very tired, so we were able to sleep even though the lights were on all night."  Declaration of Elvi O███████████ (father of Enyi B██████████████), Ex. 86 ¶ 6.

**San Ysidro CBP**

"We are given a mat to sleep on that is six centimeters thick. The floor beneath is cold and hard. It is uncomfortable to sleep because the mat gets very cold and we are all crowded. I cannot stretch my arms out when I sleep. Sometimes when we sleep, the room is so small that our bodies touch. I am given a bed sheet to cover my body." Declaration of Alan C██████████, Ex. 138145 ¶ 8.

"We did not receive a mat for sleeping when we arrived. When we arrived there were approximately 50 people in the room and there was not any additional room for more mats. The room was very crowded. We have all received one blanket, including all of the children. It is very crowded in the room. On the first

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    69          CV 85-4544-DMG (AGRX)

night, my daughter Vanessa wet herself while she was sleeping because there were so many people on the floor that you would have to walk over people to get to the toilet. She couldn't step over everyone." Declaration of Alejandra R████████, Ex. 28 ¶ 9.

"I have no pillow. The cot is made from a tarp material with only a little bit of stuffing. I am sore, it is very hard to sleep on." Declaration of Mauricio B████ ████████, Ex. 129 ¶ 15.

"The lights are on all of the time and it makes it difficult to sleep." "There is not enough room for everyone to put their mat down and sleep at the same time - some people put their mats in the bathroom area because there is not enough room. It is difficult to sleep because people are very close together." Declaration of Alma S████████, Ex. 44 ¶ 7, 9.

"The children are cold at night, and my child and I have to huddle together to try to stay warm with two very thin blankets we were given." " Two lights are kept on throughout the night ..." Declaration of Eva B████████, Ex. 140 ¶ 3

"There is no sunlight in the room. The overhead light is always on. We are given a thin rubber mat to sleep on and only one blanket for both me and my baby." Declaration of Hazlyn D████████, Ex. 139 ¶ 3.

"We were given thin cushions and blankets, and were told to sleep on the floor." Declaration of Lexyer B████████, Ex. 143 ¶

**Santa Teresa CBP**

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          70          CV 85-4544-DMG (AGRX)

"However, our sleeping conditions were not comfortable. We were in a shared room with four other persons. We had space to lie down but there were no cushions or mattresses for us to sleep on. We had to sleep on the ground. We did not have pillows. We only had thin blankets. My two-year-old daughter also had to sleep on the hard floor without a cushion, mattress, or pillow." Declaration of Romeo N███████████ (father of Maria N███████████), Ex. 217 ¶ 5.

**Yuma CBP**

"I am in a cell with approximately 10-15 other boys. We share two mattresses. I also received a metal blanket." Declaration of Martin H███████████, Ex. 122 ¶ 3.

"The lights are on all the time." Declaration of Horacio A███████████, Ex. 106 ¶ 6

"I was not given a mattress or pillow. I sleep on the floor and it is cold. I was only give a sheet of aluminum to sleep with. It is still very cold so it is difficult to sleep. Also there are about 20 other kids in the room so it is crowded and loud." Declaration of ███████████████████████ ¶ 7.

"I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattresses and stayed warm. I also had a foil sheet to sleep with. The temperature at the facility is okay. The lights are kept on all night long." Declaration of Christy F███████████, Ex. 120 ¶ 5.

"It is also difficult to sleep because the lights stay on all night." Declaration of ███████████████████████ ¶ 6.

"The temperature feels cold in the middle of the night and the lights are on all night; this makes it difficult to sleep. The blanket they gave me is made of aluminum and does not keep me warm. That also makes it difficult to sleep." Declaration of Braylin A███████████ Ex. 117 ¶ 5.

"[T]he ground [we] sleep on is hard and cold. No pillows or mattresses offered." Declaration of Ventura I███████████ (mother of Ilsi M███████████ ███████), Ex. 118 ¶ 6.

EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM     71     CV 85-4544-DMG (AGRX)

"It is very cold to sleep at night and I only have one aluminum blanket to share with my baby. I also used a part of the aluminum to make shoelaces for myself because the agents took my shoelaces when I presented myself. The lights are left on all night." Declaration of Maria P███████ (mother of Lico E███████ ███), Ex. 119 ¶ 5.

"It is cold in the cell. I have to hug my daughter to me so that she can be warm enough to sleep. The light stays on all the time so we cannot tell if it is day or night." Declaration of Graisy I███████████ (mother of Dairany L█████ ███), Ex. 121 ¶ 5-6.

"The lights are on at all times, even when I am trying to sleep." Declaration of Elena C█████████, Ex. 124 ¶ 6.

"Hector was cold. Heydi slept in a different room. Hector was cold, and slept on the floor with only a sheet made out of aluminum. The light is always on, even when we are trying to sleep." Declaration of Heydi F███████████ and Hector G████████████ (siblings), Ex. 125 ¶ 5.

"I am very cold here because I do not have a sweater I only have a thin aluminum blanket. My first night here, I slept on the floor with only this thin blanket. The lights are always on even when I am trying to sleep. They keep us in rooms and lock the door, so we cannot leave." Declaration of Magdalena P███████, Ex. 126 ¶ 5-6.

"The temperature is alright. the lights are left on all night. He was given no blanket and he sleeps in his clothes." Declaration of Jorge M██████████, Ex. 127 ¶ 5-8.

"The temperature is normal, but we have only had aluminum blankets. We sleep in our clothes and did not receive a change of clothes. Our pants were wet. there is no soap to wash our hands. The lights are on at all times even when we are sleeping."  Declaration of Manuel R█████████ and Carlos T█████████ (siblings), Ex. 128 ¶ 5-6.

"I was given a three-inch mattress and one blanket made of aluminum foil.  It feels very cold in the room still."  Declaration of Jose L████████████, Ex. 116 ¶ 7.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    72          CV 85-4544-DMG (AGRX)

135

"The room is cold... I was given a silver blanket but no mattress." Declaration of Juan A███████████████, Ex. 105 ¶¶ 3, 5.

"We spent the first night in a large room  with 20-25 people. We had a mattress. Then we were taken to a small room (10x10 approximately) with concrete brick walls, frosted windows, white with just us three. Monday, June 25, 2 new females were put in the room. There are 2 benches on the sides. The first night in the small room we had no mattress. They took our backpacks and we have had only these clothes and had to sleep in them. " Declaration of Melannie O███████████, Ex. 107 ¶ 8

"I was never given a mattress and 2 of us share one mattress. We each have a blanket and so stay warm." Declaration of Deny N█████████████████, Ex. 104 ¶ 3.

**Berks**

Facility prior to Berks: "We were given foam mattresses and nylon blankets. We slept on the floor on top of the mattresses." Declaration of Victor V███████ ████████ (father of Carlos N██████████████████), Ex. 215 ¶ 3.

"At Berks we finally have our own beds to sleep on." Declaration of Romeo N████████ (father of Maria N███████████), Ex. 217 ¶ 8.

Facility prior to Berks: "We never left this room and did not know if it was day or night." Declaration of Daniel M██████ (father of Lester M████████████), Ex. 207 ¶ 4.

"At the place where I stayed for two days, the lights in the place did not go off all night. We did not know if it was daytime or nighttime. Osmani could not sleep because it was not dark." Declaration of Daniel H████████████ (Father of Osmani D█████████████████), Ex. 210 ¶ 8.

"The staff shines a flashlight in our room when we are sleeping." Declaration of Maudin L███████████ (father of Leonardo G████████████████), Ex. 213 ¶6.

Facility prior to Berks: "We slept with aluminum blankets. We slept on the hard floor and did not have mattresses. There were some rooms with mattresses and some with mats. The officers would not turn off the lights. We did not have a sense of what time of day it was, whether it was daytime or nighttime. I felt

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    73          CV 85-4544-DMG (AGRX)

136

very confused." Declaration of Cristobal R█████████████ (father of Cristobal E███████████████), Ex. 12 ¶ 11.

Facility prior to Berks: We all slept in the floor and cuddled up to each other for warmth." Declaration of G████████████████████ (father of Loveyli N███████████), Ex. 216 ¶ 3.

Facility prior to Berks: "We slept on the floor on mats. There were four of us in the room, which was about 3 meters by 5 meters. The lights were turned on all the time and there were no windows, so I'm not sure exactly how much time passed there, but I think it was around two or three days." Declaration of Wilder D█████████ (father of Dayana D█████████), Ex. 218 ¶ 6.

"It was so crowded that people had to sleep around the toilet. We used dirty blankets that were left behind by others and slept on the bare floor. They never turned the lights off for the entire five days so we did not know if was day or night." Declaration of Gabriel G██████████ (father of Crecencio), Ex. 208 ¶ 3 [Discussing previous CBP facility].

"The place was overcrowded and there were not enough mats to sleep on. Sometimes people had to share a mat on the floor or sleep on only one-half of the mat so at least their back could be off the floor, which was very cold. Some people just slept on the floor....At the facility where we stayed 5-6 days, we did not know what time it was because the lights were on all the time.  ...  The children are accustomed to sleeping without lights, so it is hard for the children to sleep." Declaration of Felipe A████████████ (father of Juan V████████████), Ex. 211 ¶ 6, 8 [discussing previous CBP facility]

Facility prior to Berks: "We slept in bunk beds with 10 other people in a small cell. We were crowded. We had no blankets ... The temperature was freezing cold and we were shivering because we had no blankets or sweatshirts..The lights were on all day and night. We never knew if it was daytime or nighttime." Declaration of Mateo A██████████ (father of Alonzo A██████████), Ex. 209 ¶ 4, ¶ 6, ¶ 7 [Discussing previous CBP facility].

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    74          CV 85-4544-DMG (AGRX)

**Dilley ICE**

" We were supposed to sleep on the floor without a mattress and it was uncomfortable and extremely cold. Neither my daughter nor I were able to sleep at all during our stay in this place." Declaration of Santos A███████ ██████, Ex. 171 ¶3. (discussing the McAllen CBP before Dilley)

"I had to lay on the concrete floor because there were no mattresses." Declaration of ████████████████ ¶ 5.

"The lights were always on and there were no windows." Declaration of ██ ████████████ ¶ 11.

"Laying on the floor gave me a bruise. We didn't get any type of cushion to sit or lie on. We were barely able to sleep – I couldn't sleep at all, and my daughter only slept a little bit leaning up against my lap. The lights were on at all times." Declaration of Leydi X█████████████, Ex. 30 ¶ 3 [Discussing CBP MCAllen]

"The lights were on all the time and it made it difficult to sleep." Declaration of Josue G███████, Ex. 187 ¶ 6. [Discussing La Perrera]

"I slept on the floor in a passage way were I could find room. It was around midnight, and I was given an aluminum blanket. There were no mattresses... The lights were on all night." Declaration of Dixiana S██████, Ex. 8 ¶ 3. [Discussing CBP MCAllen]

"It was really hard to sleep because the officials woke us up all the time. They wanted to do a list or take people here or there. The officials at La Perrera yell at you. If the children are doing anything, they yell at you. It is very uncomfortable there." Declaration of Lesvia E███████████, Ex. 158 ¶ 5. [Discussing Usula CBP]

"We were taken to the place that they call the Cold Place at 11 :00 PM and we stayed there for about eight hours. It was very cold at this place and my child and me were not able to rest or sleep. The guards forced us to keep walking from place to place... I could not sleep at all and neither could my child. There were people yelling and crying and it was very scary and my son was very

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          75          CV 85-4544-DMG (AGRX)

worried."  Declaration of Maria A██████████████, Ex. 9 ¶ 3. [Discussing McAllen CBP]

"At the Peirrera I contracted an infection of my skin and so did my daughter maybe because I have to sleep on the floor on a thin mattress of about two inches of thickness with one thin aluminum cover." Declaration of Yenny F██████████████, Ex. 165 ¶ 5. [Discussing La Perrera]

"I slept there for one night, sitting on the floor by the bathroom. It was very uncomfortable and extremely cold." Declaration of Blanca M██████████, Ex. 20 ¶ 4. [Discussing McAllen CBP]

"The Dog Pound was so overcrowded that we could not walk around or sleep." Declaration of Lidia S██████████████ (mother of  Marcos M██████ ██████████), Ex. 3 ¶ 5

"I was sent back to my cell where I was given two aluminum blankets and two mats.  There was a lot of crying in there too. We were not given food. Restrooms were overflowed and smelled terrible. I was there 4 days and couldn't sleep with the cold temperatures. Officers also told us to not sleep profoundly." Declaration of Bridis F██████████ (mother of Sander F████ ████████), Ex. 18 ¶ 4 [Discussing La Perrera]

"The female guards would not let us and kicked us with their boots to keep us awake." Declaration of Keylin M██████████ (daughter of Daise M██████ ████████), Ex. 6 ¶ 8 [Discussing La Perrera]

"We were housed in dog cages which were grossly overcrowded. We could lie down, but we did not sleep due to the officer threads that we could lose our children if didn't respond when our names were called if we were profoundly asleep." Declaration of Iris A██████████ (mother of Sherlyn A████ ████████████), Ex. 7 ¶ 11  [Discussing the Dog House]

"We were not able to sleep because it was so crowded and cold and we were repreatedly woken up with kicks by guards." Declaration of Sandra M██████ ████████ (mother of Yanela D██████████████), Ex. 172 ¶ 3 [Discussing La Perrera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                76            CV 85-4544-DMG (AGRX)

1    "We spent the night in the cold room and were freezing. It was a small room
2    with around 20 people. There was nowhere to sit except the concrete floor. We
3    had only a silver blanket." Declaration of Griselda B████████, Ex. 167 ¶ 5.
     [Discussing a CBP facility]

4    "It was impossible to sleep. The guard would come in and check on the people
5    at all hours of the night. They never turned the lights off so it was impossible to
6    get rest. The guards would come in every 1.5 hours. Some guards were better
7    than others. Certain guards would yell at us and lose their patience because we
     could not understand them." Declaration of Delmis V████████, Ex. 13 ¶ 4.
8    [Discussing Ursula CBP]

9    "We were taken to a border patrol facility that we call "la hielera". The facilities
10   were extremely cold, we were provided a small, thin nylon blanket and were
11   not able to shower. We had no mattress to sleep on." Declaration of Saudi
     S████████, Ex. 170 ¶ 3. [Discussing McAllen CBP]
12
13   "There were no beds at all there any everyone had to sleep on the cold cement.
     I was able to have my daughter with me the whole time but many mothers
14   were not able to. It was so cold where we were staying that we could not sleep
15   or rest." Declaration of Sara P████████, Ex. 188 ¶ 3. [Discussing McAllen
16   CBP]

17   "I could not sleep at all because the police were always yelling at all of us on
     the floor. They would kick us when we were on the floor to make sure that we
18   were not sleeping or resting. One time when I was sitting there and I did not
19   respond to them kicking me the guard grabbed me my by shirt and pulled me
20   back and forth only to make sure that I was awake."  Declaration of Sara
21   P████████, Ex. 188 ¶ 8. [Discussing Ursula CBP]

22   "People had to sleep on the floor without anything underneath. For blankets
     we had aluminum blankets. It was very cold." Declaration of Fatima ████████,
23   Ex. 22 ¶ 8. [Discussing McAllen CBP]

24   "It was very cold like a freezer. My child and I had to sleep on the floor. We all
25   had to sleep very close to each other and it was difficult to sleep."  Declaration
26   of Doris M████, Ex. 24 ¶ 2. [Discussing CBP facility prior to being transferred to
     Dilley]
27

28   EXHIBIT 11 TO
     PLAINTIFFS' MEMORANDUM          77          CV 85-4544-DMG (AGRX)

"The lights were on all of the time. In the middle of the night the lights were kept on." Declaration of Doris M▮▮▮, Ex. 24 ¶ 5. [Discussing CBP facility prior to being transferred to Dilley]

"It was very cold and they only gave us small blankets out of aluminum. We again had to sleep on the floor on very small mats. We both could not sleep because it was so cold. We had to keep moving our bodies. My son became very sick at this place and had a fever and was vomiting. He was vomiting for 4 days." Declaration of Doris M▮▮▮, Ex. 24 ¶ 7  [Discussing Ursula CBP]

"It was hard to sleep, we were always woken up throughout the day. It was always noisy. Either people were being yelled at or people were crying, especially children due to separation. The officials would also kick people if they did not wake up when they were called to go somewhere." Declaration of Ruth M▮▮▮▮▮▮▮, Ex. 16 ¶ 14. [Discussing CBP facility]

"On a couple of occasions, officials at the Perrera woke my daughter up by kicking her." Declaration of Alba P▮▮▮▮▮ (mother of Sheyli J▮▮▮▮▮), Ex. 186 ¶ 5. [Discussing La Perrera]

"At night they were on at all times making it difficult to sleep. We were not given any mats or blankets at La Perrera." Declaration of Yojana R▮▮▮▮▮▮▮, (mother of Allison M▮▮▮▮▮), Ex. 177 ¶ 8 [Discussing Urusla CBP]

"We did not receive blankets or mats at "La Hielera." It was very cold even with the sweatshirts. It was difficult to sleep. The lights were always on and that made it difficult to sleep." Declaration of Vilma M▮▮▮▮▮▮ (mother of Ezra A▮▮▮▮▮▮), Ex. 178 ¶ 6 [Discussing McAllen CBP].

"We were taken to "La Hielera." It was impossible to sleep there. It was very cold. There were no beds or mats. The light was always on and it was very bright and intense so it was impossible to sleep." Declaration of Noredith P▮▮▮▮▮▮▮, Ex. 179 ¶ 3 [Discussing La Hielera]."I was never able to sleep because I always felt worried that they would call my name or make me stand in the line. They had the mats on the floor so they were all touching and we were very close to each other and it made it impossible to sleep."

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                78            CV 85-4544-DMG (AGRX)

Declaration of Noredith P█████████████, Ex. 179 ¶ 8 [Discussing Ursula CBP].

"There were no beds or mats; we were to sleep on the concrete floor." Declaration of Rocio M█████████, Ex. 180 ¶ 3 [Discussing McAllen CBP].



Declaration of Dulce M█ ██████ (mother of Esther A████████████) Ex. 174 ¶6,8. (discussing previous locations prior to arriving to Dilley)

**Karnes ICE**

"After two hours they took us to the hielera that was very cold and we stayed the night sleeping on thin mattresss with one blanket each. It was still cold even with the blankets. After one night we were brough back to the Perrera where we had to sleep one night without mattresses, but with blankets." Declaration of Gladys I████████████ (mother of Daniela A████████ ██), Ex. 46 ¶ 3.

Facility prior to Karnes: "It was very cold and we had no blankets and we had to sleep on the cement floor. It was impossible to sleep. I had to wrap my son in my sweater but he was till cold, even when I wrapped him in my arms too." Declaration of Claudia A█████████████ (mother of Fernando J████████████), Ex. 205 ¶ 3.

Facility prior to Karnes: "We went to get mats to sleep on, but there was not enough and I was only able to get mats for my children." Declaration of M██ ████████ (mother of Cristofher A█████████████), Ex. 15 ¶ 4.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM        79        CV 85-4544-DMG (AGRX)

142

Facility prior to Karnes: "The room had a bench and open toilet, which meant there was not enough room to sleep." Declaration of M█████████ (mother of Cristofher A████████████), Ex. 15 ¶ 10.

Facility prior to Karnes:"We only had enough room to lay out a blanket for us to sleep on, and we were also just given an aluminum sheet to cover us. It was cold all the time and the blankets hardly helped.  Also, we weren't given a cushion and had to sleep on the hard floor." Declaration of Nora E█████ ████████ (mother of Nery E███████████), Ex. 195 ¶ 5.

Facility prior to Karnes: "We were each given an aluminum blanket, but we were still freezing. There was nothing between us and the cold floor. We could not sleep because it was so cold. My daughter would not lie down on the floor. The lights were on all day and night."  Declaration of Jessica C██████████ (mother of Jeisel C████████), Ex. 202 ¶ 6.

Facility prior to Karnes: "The second place didn't have beds or cots, just cement benches. They gave us blankets and we slept on the floor."  Declaration of Besy J████████ (mother of Amber-A████████), Ex. 190 ¶ 9.

"We arrived here on June 12 around 10 in the morning and stayed in a waiting area for almost 24 hours.  Amber couldn't sleep even though we had been travelling all night, there were no beds or mats there." "Declaration of Besy J████████ (mother of Amber-A████████), Ex. 190 ¶ 21.

Facility prior to Karnes: "People had to sleep sitting up. The lights were left on all the time. It was freezing. For both me and my son they gave me one cloth blanket to put on the floor and one aluminum blanket to cover us." Declaration of Maira L████████████ (mother of Leonardo A████████), Ex. 201 ¶ 5.

"Then they took us to a room that was full of women.  They gave us aluminum paper that the said was blanket and we slept on the concrete floor. I was scared."  Declaration of Blanca R████████, Ex. 191 ¶ 3.

"We arrived at Karnes at 1 or 2 in the morning on June 13, 2018.  We sat in a waiting room all night.  There was nowhere to lie down, so I stayed up all night with my son in my arms.  I got very tired and sleepy but I didn't have any other

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                80        CV 85-4544-DMG (AGRX)

143

options." Declaration of Nora E██████████████████ (mother of Nery E████████████████), Ex. 195 ¶ 12.

Facility prior to Karnes: "There weren't any beds, so we slept on the cold cement." Declaration of Maria R████████ (mother of Blanca R████████████), Ex. 194 ¶ 8.

Facility prior to Karnes: "We couldn't sleep, spent the whole time crying." Declaration of Maria R████████ (mother of Blanca R████████████), Ex. 194 ¶ 10.

"We arrived around 4 pm on June 1. ...We were taken to our room about 5 in the morning of June 2, by that time we hadn't slept in 24 hours. We wanted to sleep, but they woke us up to go have breakfast." Declaration of Maria R████ (mother of Blanca R████████████), Ex. 194 ¶ 14.

Facility prior to Karnes: "We were very squeezed in and we couldn't all lie down to sleep at the same time – we had to sleep in shifts. There were no men in our cell but I could tell that the men's cells were even more crowded. Some people got mattresses, but most people just had to sleep on the floor. My daughter and I had to sleep on the floor, and it was really difficult. It was really hard to sleep because they kept waking us up to do a count, because the lights were on all the time, and because we were always hungry. Also, we only got metallic blankets, and it was really cold in the facility. If you had two it helped keep you warm, but with only one it didn't help at all. Plus, the metallic blankets made it so noisy in the cell that it was even more difficult to sleep." Declaration of Lucia R████████████████ (mother of Ambrosia T████████████), Ex. 193 ¶ 6-7.

"We arrived around 11 at night to 1 in the morning on June 6, 2018. We spent the whole night in the waiting room after taking a shower. My daughter and I couldn't sleep until we were able to get into our room, around 5 in the morning." Declaration of Lucia R████████████████ (mother of Ambrosia T████████████), Ex. 193 ¶ 12.

Facility prior to Karnes: "Overnight, the officers gave Gisela and I a torn-up blanket and a small mattress to sleep on. The blankets had big holes in them.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    81            CV 85-4544-DMG (AGRX)

144

1  They did not turn off the lights for us. Declaration of Sonia Y█████████
2  (mother of Gisela N████████████████), Ex. 196 ¶ 6.

3  Facility prior to Karnes: "It was very cold. I was given one small sheet for both of
4  us. We slept on the floor on a carpet. My daughter was cold. Then she
   developed a fever. I didn't tell anyone because they would yell at me. They
5  were angry and yelled at me all the time." Declaration of Karla J███████████
6  ██████ (mother of Litzy N██████████████), Ex. 203 ¶ 6.

7  Facility prior to Karnes: "The cell had only thin mats and rough blankets that
8  were painful against my skin. My body hurt from the hard floor. We could not
   sleep because the lights were on." Declaration of Maria d██████████████
9  ██████ (mother of Kimberly A████████████████), Ex. 199 ¶ 7.

10 Facility prior to Karnes: "It had two narrow cots and very little room to move
11 around. The lights were on all the time. It was freezing. We had one rough
12 blanket. My son cried constantly. We were always cold." Declaration of Glenda
13 D██████████████ (mother of Cesar G████████████████), Ex. 200 ¶ 7.

14
15 8. CLASS MEMBER CHILDREN IN CBP CUSTODY ARE SHIVERING AND GETTING SICK FROM
16      EXTREMELY LOW TEMPERATURES
17
18
19 "The room is very crowded and very cold. When the kids in the room make a
   lot of noise, the guards turn down the temperature to make it even colder."
20 Declaration of Cesia B████████████ Ex. 144 ¶ 7 (San Ysidro CBP).

21 "The temperature where I am kept is too cold....I have only been given a thin
22 metallic blanket to keep warm, but I am still cold." Declaration of Sandeep
23 S████ Ex. 149 ¶ 21,22 (Chula Vista CBP)..

24 "We sleep with our heads on the mattresses and our bodies on the cement
   floor because there are only two mattresses for eight people. The floor is very
25 cold. My son and I share one aluminum blanket. My son sleeps a little on a
26 corner of the mattress, because the floor is too cold. I cannot sleep because it
27
28
EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    82         CV 85-4544-DMG (AGRX)

is too cold." Declaration of Floridalma L█████████ (mother of Broswin R███████ █████████), Ex. 31 ¶ 8 (El Centro CBP). .

"At the facility it is very very cold. Especially when we were wet from the river. There were no clean clothes or towels available." "I cannot sleep because I am so cold...my children cry from fear and from the cold. I can only hold one at a time to keep them warm. Whoever I am not holding is cold." Declaration of Karen B██████████████, Ex. 25 Pages 2, 3 [Ursula].

" ... [I]t's difficult to sleep because it is cold." Declaration of Devis U█████ ██████████, Ex. 151 ¶ 5, 8 (Chula Vista CBP).

"I just have a thin plastic cover to sleep under. It is really cold in this room all the time." Declaration of Manish K█████ Ex. 150 ¶ 5 (Chula Vista CBP)..

"The temperature is too cold, I asked for a jacket and they refused" ████████████████████████ 5 (El Centro CBP).

**"It is very cold for me in the room, without a blanket" Declaration of Manuel A████████ ████████████, Ex. 43 ¶ 6 (El Centro CBP)..**

"The temperature during the day is okay, but the temperature is cold at night. We need more blankets because it gets so cold at night. We have to stay close to stay warm." █████████████████████████ 8 (El Centro CBP).

████████████████████████████████ (El Centro CBP).

"There are not enough blankets for us all to use when we try to sleep. I was very cold at night and there was nowhere to sleep." Declaration of Dennis M██████████, Ex. 59 ¶ 4 (El Centro CBP)..

"It was very cold, and that made it really difficult to sleep." Declaration of Sindy S██████████, Ex. 33 ¶ 12. [Ursula]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    83          CV 85-4544-DMG (AGRX)

146



"It was cold, very cold. I only had a t-shirt, so I pulled my hands inside my shirt to try to keep warm." Declaration of Justin L█████████████████, Ex. 14 ¶ 8 [Ursula]

"Temperature at facility always cold" Declaration of Eydi Y██████████ ████ Ex. 96 ¶ 5 [Ursula]

"The Hielera was very cold." "It is even colder here [Ursula] than in the Hielera." Declaration of Jesica Y████████████████, Ex. 97 ¶ 3,33, 38 [Ursula]

"In the rooms you feel the cold. The silver blankets do not warm up." Declaration of Gregorio C████████ (father of Candelaria C████████), Ex. 87 ¶ 4 [Ursula].

"It is cold and there are many people in the rooms but the rest is not so bad. The temperature is cold, especially in the night. During the day it is bearable but cold." Declaration of Carol V████████ (mother of Daniel J████████), Ex. 83 page 1 and 2 [McCallen CBP].

"The rooms are cold, and at times colder than other times. The rooms are clean, but they have very little room. The lights do work and there is always light. My girl sleeps but I do not." Declaration of Cindy J████████ (mother of Alexia P████████), Ex. 84 page 1.

"After we ate, we were given foil sheets, one for each of us. Nobody was given a mattress in our cell. Not even the children." Declaration of Edwin A████████ (father of Edward A████████████), Ex. 85 ¶ 7 (McAllen CBP).

"I was cold last night even though I had a blanket. The AC is on all day." Declaration of Vanessa R████████, Ex. 137 ¶7 (San Ysidro CBP).

"It's always cold in our room. The AC is always on." Declaration of Rosalva P████████ (mother of Ana, Daysi, Alexis, and Emilio P████), Ex. 130 ¶ 7,8 (San Ysidro CBP).

"They never turn off the AC and he's very cold at night. Won't give him any extra blankets." Declaration of Mauricio B████████, Ex. 129 ¶ 8 (San Ysidro CBP).

"The temperature inside the room is very cold. No one asked for the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                84          CV 85-4544-DMG (AGRX)

147

temperature to be adjusted. It is difficult to sleep because of the temperature." Declaration of Alma S███████████, Ex. 44 ¶ 6 (San Ysidro CBP).

The A/C is always running, it's very cold." Declaration of Owen E███████████, Ex. 131 ¶ 6 (San Ysidro CBP).

"It is very cold in the room that I am kept. It feels like the air conditioning is always on. I always have my blanket on because I am always cold. The other people in the room with me are also cold. I do not want to tell anyone that I am too cold." Declaration of Edwin Q███████████, Ex. 147 ¶ 5.

"The temperature is very cold all the time, and last night my child and I had to sleep next to a vent from the AC system and it was very cold. Other children were uncomfortable and cold. One girl was alone and she had to borrow blankets from another family because she was very cold. A mother with five children was only given three blankets." Declaration of Eva B███████████, Ex. 140 ¶ 5.

"My baby only has a small dress and a thin sweater, but nothing to cover her legs, no shoes, no hat. The room very cold. I am worried the baby is uncomfortable because the room is very cold and she is getting sick, and I can hear the cold has caused her breathing to change and she is getting congested." Declaration of Hazlyn D███████████, Ex. 139 ¶ 3.

"The temperature in my room is a little cold. But I am comfortable because I am wearing a sweatshirt." Declaration of Juan A███████████, Ex. 146 ¶ 12.

"The room where we sleep is very cold. The air conditioning is always on, but it is even colder at night. Everyone in the room complains about how cold it is. The cafeteria is cold too. I usually eat standing up because the metal bench is too cold to sit on. Since there are no doors on the restroom, sometimes the room smells bad." Declaration of Kimberly V███████████, Ex. 134 ¶ 5.

"The room is very cold - it feels like the air conditioning is always on. My daughter has trouble sleeping she is too cold. We have only one blanket to share." Declaration of  Leticia D███████████, Ex. 148 ¶ 5.

"When the kids in the room make a lot of noise, the guards turn down the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                85              CV 85-4544-DMG (AGRX)

148

temperature to make it even colder." Declaration of Lexyer B████████████, Ex. 143 ¶ 7.

"The AC is on all of the time. The room is too cold." Declaration of Michelle T██████████, Ex. 135 ¶ 10.

"The air conditioning in the room is always on, so it is very cold in the room. There is little to no ventilation." Declaration of Serafin S████ Ex. 133 ¶ 5.

"I have a blanket, I think made of wool, but it barely fits my body. Thankfully I have four layers of clothing." "The ventilation here makes it very cold throughout the entire camp." Declaration of Timofei F████████, Ex. 34 ¶ 7, 10.

"There is air conditioning in the room and it is very cold all day. I have to use my blanket all of the time. I would like another blanket, but I am not comfortable asking for one." Declaration of Brandon S████████, Ex. 21 ¶ 5.

"I don't know if I can talk to an attorney." Declaration of Brandon S████████, Ex. 21 ¶ 7.

"████████████████████████████████████████ 5.

████████████████████████████████████████████████████████████████

**Tucson CBP**

"I sleep on a mattress on the floor with an aluminum blanket. I wear the blanket all the time and I'm still cold." Declaration of Yonain G████████, Ex. 67 ¶ 3.

"It was really cold in the room. I kept my blanket on all the time." Declaration of Ivania L████████, Ex. 69 ¶ 4.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    86              CV 85-4544-DMG (AGRX)

149

"It is very cold so I wear my blanket all the time. When I first get it it keeps me warm but pretty soon it doesn't anymore. It was the same exactly at the first place." Declaration of Ivania L█████████, Ex. 69 ¶ 7.

"The temperature is cold." Declaration of Geovany Demetrio Marcos-Ixcoy, Ex. 70 ¶ 3.

"Even with the aluminum blankets we were cold all night." Declaration of Itzel C█████ (daughter of Elsa F██████████████), Ex. 73 ¶ 3.

"It was very cold in the room." Declaration of Bartolo D████████████, Ex. 75 ¶ 3.

"The temperature is a little cold especially at night." Declaration of Minta M████████████, Ex. 76 ¶ 4.

"The temperature here is variable.  Some rooms are really cold and others are okay.  They give us aluminum blankets which are okay, but they don´t cover me completely, so the parts of me that are not covered are cold." Declaration of Declaration of Otoniel A████████████, Ex. 81 ¶ 5.

"It is extremely cold here.  They gave us aluminum blankets that are like paper and they don't keep you warm.  It was so cold that we were shivering." Declaration of Flor P████████ (mother of Jefferson A██████████████), Ex. 26 ¶ 10.

"We each have a blanket and so stay warm." Declaration of Deny N████ █████████████, Ex. 104 ¶ 3.

**Yuma CBP**

"It is cold. The blankets are made of aluminum. We do not have adequate clothing." Declaration of Vicenta P████████████ (mother of Moises D████████ and Henry P████████████████ ¶ 5.

"It is always cold in the facility. We only have a sheet made out of aluminum for warmth." Declaration of Miriam B██████████████ (mother of Imar G████████ █████████████████), Ex. 109 ¶ 5.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                87        CV 85-4544-DMG (AGRX)

It is always cold in the facility. We only have a sheet made out of aluminum for warmth." Declaration of L███████████ (mother of A███████████ ███████████), Ex. 110 ¶ 5.

"It is always cold in the facility and the sheet they gave us is made out of aluminum." Declaration of L███████████ (mother of Melkin O███████ ███████████), Ex. 111 ¶ 5.

"It is very cold in the facility. We only ave a sheet made out of aluminum." Declaration of Genoveva G███████████ (mother of Mafi V███████), Ex. 112 ¶ 5.

"It is very cold in the facility and we only have a aluminum sheet. I have not been able to shower or wash my baby because it is too cold and I do not want her to get sick." Declaration of Aurelia R███████████ (mother of Emily J███████ ███████████), Ex. 113 ¶ 4.

"The facility is very cold. They only give us a sheet made out of aluminum. My daughter is always cold too." Declaration of Ana M███████ (mother of Evelin L███████████), Ex. 114 ¶ 5.

"At night it is very cold. Difficult to Sleep." Declaration of ███████████ ███████████ ¶ 5.

"The temperature feels cold in the middle of the night and the lights are on all night; this makes it difficult to sleep. The blanket they gave me is made of aluminum and does not keep me warm. That also makes it difficult to sleep." Declaration of Braylin A███████████ Ex. 117 ¶ 5.

"Very cold all day. day not as bad because sun warms it up, but at night very cold. Light remains on day and night so it is difficult to sleep. Also, it is too cold to sleep. Also, the ground they sleep on is hard and cold. No pillows or mattresses offered. She and her daughter each get one foil blanket which does not keep them warm enough." Declaration of Ventura I███████████ (mother of Ilsi M███████████), Ex. 118 ¶ 6.

"It is very cold to sleep at night and I only have one aluminum blanket to share with my baby. I also used a part of the aluminum to make shoelaces for myself because the agents took my shoelaces when I presented myself. The lights are

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    88           CV 85-4544-DMG (AGRX)

left on all night." Maria P███████ (mother of Lico E███████████), Ex. 119 ¶ 5.

"I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattresses and stayed warm. I also had a foil sheet to sleep with. The temperature at the facility is okay. The lights are kept on all night long." Declaration of Christy F███████████, Ex. 120 ¶ 5.

"It is cold in the cell. I have to hug my daughter to me so that she can be warm enough to sleep. The light stays on all the time so we cannot tell if it is day or night." Declaration of Graisy I███████████ (mother of Dairany L███████), Ex. 121 ¶ 5-6.

"Hector was cold. Heydi slept in a different room. Hector was cold, and slept on the floor with only a sheet made out of aluminum. The light is always on, even when we are trying to sleep." Declaration of Heydi F███████████ and Hector G███████████ (siblings), Ex. 125 ¶ 5.

"I am very cold here because I do not have a sweater I only have a thin aluminum blanket. My first night here, I slept on the floor with only this thin blanket. The lights are always on even when I am trying to sleep. " Declaration of Magdalena P███████, Ex. 126 ¶ 5-6.

"The temperature is alright. the lights are left on all night. He was given no blanket and he sleeps in his clothes." Declaration of Jorge M███████████, Ex. 127 ¶ 5-8.

"The temperature is normal, but we have only had aluminum blankets. We sleep in our clothes and did not receive a change of clothes. Our pants were wet. there is no soap to wash our hands. The lights are on at all times even when we are sleeping."  Declaration of Manuel R███████ and Carlos T███████ (siblings), Ex. 128 ¶ 5-6.

"The room I am in is very, very cold." Declaration of Jose L███████████, Ex. 116 ¶ 4.

"I was given a three-inch mattress and one blanket made of aluminum foil.  It feels very cold in the room still." Declaration of Jose L███████████, Ex. 116 ¶ 7.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                89              CV 85-4544-DMG (AGRX)

"The room is cold." Declaration of Juan A██████████████, Ex. 105 ¶ 5

"Temperature is fine." Declaration of Melannie O████████, Ex. 107 ¶ 5

**Berks**

Facility prior to Berks: "The cell was very cold. The air conditioner was very strong so it was freezing in there." Declaration of Cristobal R███████████ (father of Cristobal E██████████████), Ex. 12 ¶ 10.

Facility prior to Berks: "The temperature was freezing, and we were shivering.We did not have blankets until some of the others left and we had to use the dirty blankets left behind." Declaration of Daniel M██████ (father of Lester M█████████), Ex. 207 ¶ 4.

"The temperature was very cold. We were shivering the whole time we were held there." Declaration of Gabriel G█████████ (father of Crecencio), Ex. 208 ¶ 5 [Discussing previous CBP facility]

"It was very, very cold at the facility.  I gave my son my jacket and also my blanket to try and keep him warm...Sometimes people had to share a mat on the floor or sleep on only one-half of the mat so at least their back could be off the floor, which was very cold....I had to give my son medicine for his throat because the cold was impacting his throat." Declaration of Felipe A████ ██████ (father of Juan V██████████████), Ex. 211 ¶ 6, 7 [discussing previous CBP facility]

Facility prior to Berks: "The temperature was freezing cold and we were shivering because we had no blankets or sweatshirts." Declaration of Mateo A█████████ (father of Alonzo A████████) Ex. 209 ¶ 6 [discussing previous CBP facility]

Facility prior to Berks: "he temperature at this facility was freezing. We only had aluminum blankets to warm ou." Declaration of Edwin G███████████ ██████ (father of Eduin O██████████████) Ex. 214 ¶ 7 [discussing previous CBP facility]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    90          CV 85-4544-DMG (AGRX)

**Dilley ICE**

"We were supposed to sleep on the floor without a mattress and it was uncomfortable and extremely cold" Declaration of Santos A█████████, Ex. 171 ¶3. (discussing previous CBP facility) "The Dog House was very cold as well but we were provided with a small mattress, so we could barely sleep,. Because of the cold conditions, both my daughter and I caught a cold while at this place." Declaration of Santos A█████████, Ex. 171 ¶ 4 (Discussing previous CBP facility)

"The facility was freezing, and they only gave me a thin, aluminum blanket. I did not have a jacket and shivered uncontrollably all night long." Declaration of █████████████████ ¶ 5. [Discussing La Hielera]

"It was very uncomfortable and extremely cold it was really hard to make my child stop crying and make him sleep." Declaration of Noliba C█████ (mother of David A██████████), Ex. 184 ¶ 3 (discussing La Hielera)

"It was extremely cold. All we got was a thin metallic blanket. It was very hard to wrap the blanket around my daughter and myself to keep warm. Plus, we had to sit directly on the cement floor, which was very cold. Declaration of Leydi X████████████, Ex. 30 ¶ 3 [Discussing La Hielera]

"La Perrera was very cold. When we complained that it was too cold, the guards said that they were keeping it cold for the guards who liked it that way." Declaration of Iris E███████████ Ex. 181 ¶ 6. [Discussion La Perrera].

"The temperature at the facility was very cold. I was separated from my mother and placed with other boys in a cage. It was very cold, so the other boys and I would put some of the sleeping mats and blankets up around the cage to block some of the cold air from getting to us. When officials noticed what we had done with the mats and the blankets, they took all of the blankets away from us. When I asked for another, they would not give me one." Declaration of Josue G███████, Ex. 187 ¶ 5. [Discussing La Perrera]

"I was put in a small jail cell. There were 12 mothers and children. It was absolutely freezing. So cold. They gave me a small mat and an aluminum

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                91              CV 85-4544-DMG (AGRX)

1   blanket. It was so cold I couldn't sleep." Declaration of Alba S█████████, Ex.
2   160 ¶ 7. [Discussing La Perrera]

3   "Because we were wet when we arrived, we were freezing. We did not receive
4   dry clothes or towels. We each had an aluminum blanket. I used both of them
    to wrap around my daughter. My daughter crying because she was so cold."
5   Declaration of Ana P█████████, Ex. 37 ¶ 3. [Discussing La Hielera]

6   "It was extremely cold. It was hard to keep warm. When other people would
7   leave there would be extra blankets so we would try to take them to have more
    to keep warm but then the guards would notice that we had more blankets and
8   they would take them from us so that we only had one." Declaration of Maria
9   A█████████████, Ex. 9 ¶ 5. [Discussing La Hielera]

10  "It was very cold here and we had to sleep on the floor, on the concrete. My
11  son was cold." Declaration of Maria A█████████████, Ex. 9 ¶ 6.
12  [Discussing La Perrera]

13  "At the heiliera they took my identification and asked me if the child with me
14  was my son, and took us into a very cold room where we had to sleep in the
    floor with blankets of aluminum." Declaration of Jeydi M█████████, Ex. 162
15  ¶ 4. [Discussing La Hielera]

16  "Temperature at this facility is extremely cold." Declaration of Maira S█████
17  █████████, Ex. 164 ¶ 4. [Discussing La Hielera]

18   "I was able to see my son twice that night. He was still wet and muddy. He
19  didn't have any soap or things to wash himself with. He told me that he was so
    cold that he couldn't sleep." Declaration of Brenda M█████████, Ex. 166 ¶ 8.
20  [Discussing La Hielera]

21  "We spent the night in the cold room and were freezing. It was a small room
22  with around 20 people. There was nowhere to sit except the concrete floor. We
    had only a silver blanket." Declaration of Griselda B█████████, Ex. 167 ¶ 5.
23  [Discussing a CBP facility]
24
25  "In addition, the Dog Pound was so cold Ashli and I were shivering."
    Declaration of Ana V█████████████ (mother of Ashli D█████████), Ex.
26  10 ¶ 3

27
28
    EXHIBIT 11 TO
    PLAINTIFFS' MEMORANDUM               92        CV 85-4544-DMG (AGRX)

155

"The Dog Pound was very, very cold. Both my daughter and I were shivering. Everyone was getting sick. When I arrived, my clothes were wet and muddy, but I was not allowed to change." Declaration of Ana V█████████████ (mother of Ashli D███████████), Ex. 10 ¶ 5

"The Ice Box was so cold that my son and I shivered the entire time we were there and were unable to sleep." Declaration of Lidia S████████████ ██████ (mother of Marcos M██████████████████), Ex. 3 ¶ 4

"The Dog Pound also was so cold that my son and I were shivering." Declaration of Lidia S████████████████████ (mother of Marcos M██████ ██████████), Ex. 3 ¶ 5

"The temperature was extremely cold. Children were crying at all times. A lot of children including mine were shivering. Human heat was not enough to warm the babies." Declaration of Bridis F███████████ (mother of Sander F█████ ██████), Ex. 18 ¶ 4 [Discussing the Ice Box]

"The Ice Box was freezing, and my daughter and I were shivering the entire time. We were so cold that my daughter was miserable." Declaration of Daise M███████████ (mother of Keylin M█████████), Ex. 27 ¶ 4

██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████
██████████████████████████████████████████████

Declaration of Daise M███████████ (mother of Keylin M██████████), Ex. 27 ¶ 10

"The Ice Box was freezing, and my mother and I were shivering the entire time. I was miserable from the cold." Declaration of Keylin M████████ (daughter of Daise M███████████), Ex. 6 ¶ 4

"The Dog House is even colder than the Ice Box, and I was shivering the entire time. I was so cold that I had severe pain in my leg. I did not tell the guards, because they told us that if we said we were hurt that we would have to stay at

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                93          CV 85-4544-DMG (AGRX)

156

the Dog House longer." Declaration of Keylin M███████████ (daughter of Daise M███████████), Ex. 6 ¶ 10

"The guards also would not allow us to keep the mylar blankets that people gave use when they were leaving because they said we were only allowed one blanket. We received no mattress pads." Declaration of Keylin M███████████ (daughter of Daise M███████████), Ex. 6 ¶ 11 [Discussing La Perrera]

"My leg hurt so bad form the cold that I hid one of the extra blankets so that I could wrap it around my leg. This made me very scared because the guards said they would punish us if we took extra blankets." Declaration of Keylin M███████████ (daughter of Daise M███████████), Ex. 6 ¶ 12 [Discussing La Perrera]

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

"The Dog House is even colder than the Ice Box, and my daughter and I were shivering the entire time. We were so cold that my daughter was miserable. Our scars hurt and we both got severe headaches." Declaration of Iris A███████████ (mother of Sherlyn A███████████), Ex. 7 ¶ 7

"We were not able to sleep because it was so crowded and cold and we were repeatedly woken up by kicks by guards. It was so cold in both places and all we were given was a mylar blanket." Declaration of Sandra M███████████ (mother of Yanela D███████████), Ex. 172 ¶ 3 [Discussing the Ice Box and the Dog Pound]

███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████
███████████████████████████████████████████████████

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    94              CV 85-4544-DMG (AGRX)

"It was extremely cold at this place and we were not able to sleep because of how cold it was." Declaration of Sara P███████, Ex. 188 ¶ 5. [Discussing La Hielera]

"In both places it was very, very cold. It was extremely cold in the "cold place."" Declaration of Fatima █████, Ex. 22 ¶ 5. [Discussing La Perrera and La Hielera]

"I did not sleep at all that night, it was too cold. My daughter told me she was freezing as well. I sat there on the ground without any type of bed and shivered until the next day." Declaration of Dilsia R████ Ex. 4 ¶ 4. [Discussing La Hielera]

"They put me in a room that was freezing. It had a concrete floor and cement benches... 6.      The children in our room couldn't sleep because of the cold. They were crying the whole time. We got aluminum blankets but they didn't help much. " Declaration of Ruth M█████████, Ex. 16 ¶¶ 5,6. [Discussing CBP facility]

"Temperature at the Perrera was very cold, and my daughter and I were provided a light aluminum blanket that was not adequate to keep us warm. For this reason, we could not sleep much during our stay at the Perrera... Due to the low temperature at the Perrera, Sheyli got a cold, which she is still suffering today." Declaration of Alba P████████ (mother of Sheyli J█████████), Ex. 186 ¶ 5. [Discussing La Perrera]

"The temperature at the Perrera was cold. My daughter and I were given one aluminum blanket, but it is not sufficiently warm and my daughter and I were not able to sleep much at this facility." Declaration of ████████████████████ ¶ 5. [Discussing La Perrera]

"She said that he told her that he had to sleep under a cold vent and the cold air was "too cold to sleep". He stayed awake most nights and could sleep well. The aluminum blanket was not warm enough." Declaration of Herlinda C██████████████, mother of Gerson J█████████████, Ex. 176 ¶ 10 [Discussing the perrera].

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    95          CV 85-4544-DMG (AGRX)

"It was very cold. They did not give us any mats or blankets, even though the other mothers who where already there with their children had some. With it being so cold, it was difficult to sleep. I would hold my daughter in my lap while covering her with my sweatshirt to keep her warm while she slept. Once she was awake and warm, I would put the sweatshirt back on to keep myself warm." Declaration of Yojana R███████████, (mother of Allison M██████ ███████), Ex. 177 ¶ 5 [Discussing La Hielera]. "During the day, we would sit on a bench to avoid the cold floor but at night, I would sleep on the floor with my daughter on top of me to try to keep her off the cold floor." Declaration of Yojana R███████, (mother of Allison M███████), Ex. 177 ¶ 8 [Discussing La Perrera].

"It was very cold, but luckily we each had a sweatshirt that we used to place on the floor to be able to lie down. We did not receive blankets or mats at "La Hielera." It was very cold even with the sweatshirts." Declaration of Vilma M██████████ (mother of Ezra A██████████), Ex. 178 ¶ 5 [Discussing La Hielera]. "It was also very cold. When it was time to eat, I could remember shaking because it was so cold. I heard guards yell "get your children to calm down, aren't you their mothers?" The younger children where crying." Declaration of Vilma M██████████ (mother of Ezra A██████████), Ex. 178 ¶ 8 [Discussing La Perrera].

"It was extremely cold, making it difficult to sleep." Declaration of Noredith P████████, Ex. 179 ¶ 5 [Discussing La Hielera]. "That place they called "La Perrera." It was extremely cold in this place as well." Declaration of Noredith P████████, Ex. 179 ¶ 8 [Discussing La Perrera].

"It was very cold. There was extreme wind and it was extremely cold." Declaration of Rocio M██████████, Ex. 180 ¶ 3 [Discussing La Hielera]. "It was extremely cold in this place as well." Declaration of Rocio M██████████, Ex. 180 ¶ 8 [Discussing La Perrera].



EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          96          CV 85-4544-DMG (AGRX)

159

"The temperature in the first location was very cold, causing both my daughter and me to get sick." "The temperature in the second location was very cold, causing us to get even more ill [...]."  Declaration of Dulce M████████████ (mother of Esther A███████████████) Ex. 174 ¶5,8. (discussing previous locations prior to arriving to Dilley)

**Karnes ICE**

"After two hours they took us to the hielera that was very cold and we stayed the night sleeping on thin mattresss with one blanket each. It was still cold even with the blankets. After one night we were brough back to the Perrera where we had to sleep one night without mattresses, but with blankets." Declaration of Gladys I████████████ (mother of Daniela A███████████ ████), Ex. 46 ¶ 3.

Facility prior to Karnes: "The cell was extremely cold. We were each given thin mats and rough, dirty blankets. We were still freezing." Declaration of M████ ███████ (mother of Cristofher A██████████████), Ex. 15 ¶ 10.

Facility prior to Karnes: "It was very cold and we had no blankets and we had to sleep on the cement floor." Declaration of Claudia Alexandra Quintanilla-M██████ (mother of Fernando J█████████████), Ex. 205 ¶ 4.

Facility prior to Karnes: "We had to sleep for three nights on very thin mattresses in the cold." Declaration of Claudia A████████████████ (mother of Fernando J█████████████), Ex. 205 ¶ 4.

Facility prior to Karnes: "It was very cold. I was given one small sheet for both of us." Declaration of Karla J██████████████ (mother of Litzy N████████ ████), Ex. 203 ¶ 6.

Facility prior to Karnes: "It was very cold in all of the facilities.  In the first place, it was just the two of us in a cold room, like a refrigerator.  We had blankets, and a mat to sleep on, no beds.  I caught the flu while we were there, but was not given any medicine" Declaration of Beysi M████████████████, Ex. 189 ¶ 13.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                97            CV 85-4544-DMG (AGRX)

160

Facility prior to Karnes: "It was freezing. We had one rough blanket. My son cried constantly. We were always cold." Declaration of Glenda D███████ ████ (mother of Cesar G██████████████), Ex. 200 ¶ 7.

Facility prior to Karnes: "We only had enough room to lay out a blanket for us to sleep on, and we were also just given an aluminum sheet to cover us. It was cold all the time and the blankets hardly helped.  Also, we weren't given a cushion and had to sleep on the hard floor." Declaration of Nora E██████ ██████████ (mother of Nery E█████████████), Ex. 195 ¶ 5.

Facility prior to karnes:  "It was extremely cold." "Declaration of Besy J████ ███████████ (mother of Amber-A████████████), Ex. 190 ¶ 9.

Facility prior to Karnes: "We were each given an aluminum blanket, but we were still freezing. There was nothing between us and the cold floor. We could not sleep because it was so cold."  Declaration of Jessica C████████████ (mother of Jeisel C████████████), Ex. 202 ¶ 6.

Facility prior to Karnes: "Also, we only got metallic blankets, and it was really cold in the facility.  If you had two it helped keep you warm, but with only one it didn't help at all." Declaration of Lucia R████████████████ (mother of Ambrosia T██████████), Ex. 193 ¶ 7.

Facility prior to Karnes: "It was very cold inside the perrera." Declaration of Sonia Y██████████ (mother of Gisela N████████████), Ex. 196 ¶ 6.

Facility prior to Karnes: We were not provided blankets even though the room was very cold. Eric complained about the cold, he would cry and could not sleep. Declaration of Esperanza C████████████ (mother of Eric R████ ████████), Ex. 198 ¶ 3.

Facility prior to Karnes: "It was freezing. For both me and my son they gave me one cloth blanket to put on the floor and one aluminum blanket to cover us. We were cold all the time. There were children in the cell who never stopped crying." Declaration of Maira L████████████ (mother of Leonardo A████████████), Ex. 201 ¶ 5.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                          98              CV 85-4544-DMG (AGRX)

9. ENDANGER THEIR HEALTH, CLASS MEMBER CHILDREN ARE PRVIDED INADEQUATE SOAP, TOWLES, SHOWERS AND TOILETRIES.

**Chula Vista**

"In the restrooms, there was toilet paper, but no soap or hot water. The restrooms out in the open where we sleep and are detained..... We were not provided a chance to shower.... We were not provided a toothbrush but only a sponge on a stick for dental hygiene." Declaration of Alma R█████████ ██████ (Mother of M████████████████████), Ex. 38¶ 6, 7, 8.

"The restrooms in this facility are not private and are in the open. The other five kids in my room can see when I use the toilet....There is a sink to wash my hands, but it does not have soap or hot water....I have been able to shower once since arriving at this facility. the shower is the only privacy I receive." Declaration of Sandeep S█████ Ex. 14914, 15, 19.

"The toilet and sink are not closed off from the rest of the room, so when any of the six of us use the toilet, there is no privacy." Declaration of Sachin K██████ Ex. 152 11.

"We were not given any towels or soap. I really wish we had some soap, but we were not given anything." Declaration of Sachin K██████ Ex. 152 12.

"In the restrooms we have access to toilet paper but not hot water or soap." After asking a guard if I could shower, I was told they do not have shower, soap, or towels available. I have not been able to shower once in the four days since I have been here." "I also have not been able to brush my teeth since I arrived four days ago." The restrooms are not private and are out in the open. The sinks do not have hot water, nor is soap available." Declaration of Devis U██████████, Ex. 151 ¶ 14, 15, 16, 18.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    99              CV 85-4544-DMG (AGRX)

162

**El Centro CBP**

"The bathroom in the room I'm staying is dirty. It has not been cleaned since I arrived. I have not given an opportunity to shower since I arrived." Declaration of Manuel A███████████████, Ex. 43 ¶ 7.

"The bathroom here is very dirty. The toilet was full of wine and it didn't flush" ████████████████████████ ¶ 4.

"The toilet is clean, but there is no soap and the room smells because of the trash in the bathroom. we have not showered, there is no place to shower. There are no hygiene products." Declaration of Baljit K███ Mother of Lovepreet S███ Ex. 47 ¶ 1.

"There is someone who has been here a week, who has her period, who has not been able to bathe, and my children have not bathed. There is a toilet in the corner of the room with a half-way wall and a sink with water. People wash bottles in the sink. There is a child here with diarrhea who is always using the bathroom. He is sick from the bean burritos. There are no toothbrushes, hairbrushes, or soaps or towels. The room is dirty now, they have not cleaned it today." Declaration of Marlyn E████████████████ (spouse of Kevin A███ and mother of Claudia V████████████ and Emerson Y███████████████), Ex. 39 ¶ 7-9.

"We have not been allowed to take a shower." █████████████████████████ 11.

"There is no soap in the room to wash our hands or brush our teeth...none of us have had a shower since we have been here." Declaration of Sandra Marilu Hernandez-Mendez (mother of Angely A███████████ and Alisson A███████ , Ex. 65 ¶ 4-5.

"I have not been able to take a shower and there is no soap" ████████████████████████████ 6.

"There is one toilet and I have been allowed to shower only one time" ████████████████████ 5.

"No soap has been provided to me. Neither myself nor my daughter have been given an opportunity to shower. My daughter has a rash from no showering.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                100        CV 85-4544-DMG (AGRX)

No privicy has been offered to me or my daughter" ███████████
█████████████████████████ ¶ 4.

There is a toilet in the room with a short wall and no door. There is a sink to wash our hands but no towels to dry them. We have not shower or changed clothes" ███████████████████████████████████
██████████████ 4.

We are not given soap to wash, I have not had a shower since I arrived." Declaration of Marcedonio P█████ (father of Brayan), Ex. 63 ¶ 8.

"On Wednesday afternoon, I was given my first opportunity to shower in this facility." Declaration of Jeydi I███████████ (daughter of Catalicio F████████████), Ex. 40 ¶ 10.

"There is a toilet in our room, with no walls around it. There is a sink above the toilet. We hold up our blankets to give privacy when someone is using the bathroom. There is a 12-year-old boy and a 10-year-old in the room with us. We have no toothbrushes, soap, towels, or hairbrushes. A woman in my room had her period and asked for a tampon. She received one but was denied a second. She did not get another for around 20 hours, so was using toilet paper. Later she was sent to shower and got more tampons." Declaration of Floridalma L██████ (mother of Broswin R███████████), Ex. 31 ¶ 8, 9.

"The bathroom is in our room. There is no privacy. It is dirty and they don't clean it. They come and clean the floors every day, but they don't clean the toilet. There is no soap to wash hands or face. I have not been offered clean clothes. I get a shower on Wednesday, two days after coming here. There was shampoo but no towel to dry off." Declaration of Erick L███████, Ex. 61 ¶ 15, 16.

"I have not been able to shower and I need one." Declaration of Dennis M█████████, Ex. 59 ¶ 5.

**McAllen CBP**

"We didn't get the chance to shower or change our clothes. My legs were wet and muddy from crossing the river, but I didn't get any dry clothes." Declaration of ██████████████████ ¶ 6. [La Hielera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          101          CV 85-4544-DMG (AGRX)

164

"We couldn't go to the bathroom whenever we wanted. I had to ask the guards to let us out of the cell because they had locked the door. Whenever we were woken up in the middle of the night, we weren't allowed to go to the bathroom." Declaration of Sindy S███████████, Ex. 33 ¶ 10. [La Perrera]

"It was not possible to bathe or shower in that place. I tried to rinse my face with water and wet my hair." "They also did not give us toothbrushes or toothpaste, so we went the whole time without brushing until I came to the place I am now." "The toilet was in the cell with us separated by a little wall. I felt ashamed to use it because there was no privacy. It was uncomfortable to use the toilet with people just on the other side of the wall." Declaration of Justin L██████████████, Ex. 14 ¶ 13, 14.

"We weren't able to take a shower until the third day we were there. I was embarrassed because we weren't able to wash or brush our teeth. We had brought toothpaste, soap, and deodorant with us, but they had taken them away." Declaration of Sindy S███████████, Ex. 33 ¶ 11. [La Perrera]

"I did not take a shower when I was in the hielera. I took a shower the day before yesterday when I arrived here." "The toilet in the hielera is in the cell with us, with a short wall between us and the toilet. There was soap in a dispenser. The toilet had toilet paper." Declaration of Yender E███████████, Ex. 102 ¶ 8, 9. [La Hielera]

"The toilet was right there in the cell with us. There was no soap, but I think there was some disinfectant for hands. There was toilet paper. Declaration of Kevin G████████████ Ex. 99 ¶ 11.

"There were toilet in the cells, some water - but no soap and no showers or clean clothes." "The conditions her at Ursula are not much better. They did let us take a shower" "There are toilets but they are not normal flushable toilets. They do not having running water and you cannot flush the paper. There is no real sink for washing hands - it is a basin of water and often runs out. There is no soap. Sometimes there is hand sanitizer but it usually has run out." Declaration of Carol S███████████, Ex. 93  Pages 4-6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          102          CV 85-4544-DMG (AGRX)

165

"Restrooms are dirty. Showers are clean. He needs to shower his son at the same time he showers." Declaration of Elry A███████████████ Ex. 95 ¶ 8

"We were not able to bathe in that place. We bathed once we reached this place. The first place we were in only had a toilet. It had toilet paper but no soap. We did not have toothbrushes or toothpaste in that cell." Declaration of David A██████████████████ Ex. 94 ¶ 7

"There is a toilet in our cell. There is a short wall in between it and the rest of the cell, but there are always people close to the entry because there are so many of us in the cell. We put the trash can in." Declaration of Kevin U██ ███████████ Ex. 36 ¶ 12

"The toilet is clean and private. There is paper but not soap." "We have not received toothbrushes or toothpaste and we have not showered since we arrived here. The lack of showers and toothbrushes and toothpaste is really the only thing that is lacking." Declaration of Juan C████████████ Ex. 89 ¶ 7, 8.

"While at El Centro, the bathrooms were clean, but they did not have any soap. Here (McAllen),  the bathrooms are private and clean, and there is soap to wash our hands. The men have not had a shower, but the girls have. There shower was once in the morning and it was private." Declaration of Miguel A█████████████ (father of Andry M████████████████), Ex.100 ¶ Pages 1-3.

"The bathrooms are clean. You can wash your hands but there is no soap. You have access to feminine products and pampers." Declaration of Lucia G██████████████ (mother of Jazmin L██████████████████), Ex. 90 ¶ 4.

"Access to bathrooms and they clean them and the floor daily. You can wash your hands." Declaration of Gregorio C██████████ (father of Candelaria C███████████), Ex. 87 ¶ 5.

"The toilet is in the cell. The wall gives us privacy when we use it. There is toilet paper but no water. We wash our hands with water only. We have not showered or bathed since we arrived in this facility. We have not been given toothpaste or toothbrushes. We are wearing the same clothes we arrived with.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          103          CV 85-4544-DMG (AGRX)

166

We have not been offered a change of clothes." Declaration of Denis J██████ (father of Elkin A████████████), Ex. 88 ¶ 6, 8, 10.

"The bathrooms are clean, and you can wash your hands." Declaration of Carol V████████ (mother of Daniel J████████), Ex. 83 page 2.

"The bathrooms are clean. You can wash your hands but there is no soap, only water." Declaration of Cindy J████████ (mother of Alexia Perdomo-Ardon), Ex. 84 page 2.

"There are diapers and now I know but at first no one told me and I did not know what to do." Declaration of Dinora C████████ (mother of Rigoberto C████████), Ex. 29 page 2.

"The cell has a toilet and clean drinking water. There is no soap to wash our hands. There is toilet paper. We have not had a chance to shower or bathe since we came here. We are wearing the only clothes we had, and we have not been offered a change of clothes or the opportunity to wash our clothes. We have not been given toothbrushes or toothpaste." Declaration of Edwin A████████ (father of Edward A████████████), Ex. 85 ¶ 8, 9.

"The toilet is separated from the cell by a low wall. It gives us privacy when we need to go to the bathroom. When the girls go to the bathroom, they ask us to move to the other side of the cell. There is no soap in the bathroom. We wash our hands with water only. We do not have toothbrushes or toothpaste. We have not had the opportunity to shower or bathe while we have been here." Declaration of Elvi O████████ (father of Enyi B████████), Ex. 86 ¶ 9, 10, 11.

**San Ysidro CBP**

"We share one bathroom with no door. The bathroom has a camera on the ceiling from a corner, and I think it can see me in the other. We take turns using the bathroom. But we are afraid to use the bathroom and try not to use it. We all hold it. I have only been to the bathroom twice but I wait until everyone is asleep, because it doesn't feel private and I am afraid someone will come in while I am using it." Declaration of Alan C████████, Ex. 138145 ¶ 5.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                104          CV 85-4544-DMG (AGRX)

"There are two toilets and one special needs toilet in the room. There is toilet paper available and there are feminine hygiene products. We are able to use baby wipes and diapers but there is no baby powder or anything to treat diaper rash, if it happens: There are four sinks in the room - three of them are built into the toilets and one is separate. There is no soap and no paper towels. No toothbrushes and no toothpaste. There is no door on the toilet and people in the room can see the person on the toilet. There are half walls between." Declaration of Alejandra R██████████, Ex. 28 ¶ 7.

"They gave us three little sticks with a sponge to clean our teeth, one for each person except my 2 year old sister. There is a little window you can knock on in the room for more things. We have a flush toilet in our room and toilet paper. I have used the restroom in our room. There is only one wall for the restroom and it is not private. There is a sink in our room, but there is no soap. We have a water dispenser in our room that provides room temperature water. We have paper cups to use. They have not offered us showers." Declaration of Vanessa R████████████, Ex. 137 ¶ 8.

"Once we were processed, they led us into the room we are staying in now. We were not offered a shower before going into the room." "We are not provided any dental hygiene items, apart from one mint stick we received when we first arrived. We are not provided hair brushes or hair bands." "My kids and I have not bathed since we've been there. We were offered a shower one time since Tuesday, but I had not accepted it." Declaration of Rosalva P██████████ (mother of Ana, Daysi, Alexis, and Emilio P████, Ex. 130 ¶ 7,11,16.

"there are kids that have been there for days so it smells really bad. There is no ventilation except the AC. The walls have a ton of graffiti. No privacy, in the corner there is a toilet with only two walls and it's about to fall apart. You have no privacy, everyone can see. None of the kids there want to use the restroom because of it. Declaration of Mauricio B██████████, Ex. 129 ¶ 7 "

"I was given a little stick with a blue square to brush my teeth. I was not given toothpaste. I thought it was a candy when I got it, but it is for my teeth. I haven't been asked to take a shower since I arrived. My clothes are in the suitcase but not in the room. The bathroom is in the room and it only has a small wall metal divider but it doesn't have a door. There is a sink in the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          105          CV 85-4544-DMG (AGRX)

bathroom but there is not soap to wash my hands." Declaration of Alexander G███████████, Ex. 138 ¶ 6.

"There are three bathrooms in the room. There is a half wall between the toilets but there is no door in front of the toilet. There is toilet paper. There is a sink to wash hands but there is no soap and there are no paper towels. There is access to feminine hygiene products. I have not been provided with a toothbrush or deodorant." Declaration of Alma S███████, Ex. 44 ¶ 5.

 "The bathroom is in the room and is not private. There is one sink. I have not seen any soap. They have not given me any dental, hair, or body hygiene products. I have not taken a shower and they have not offered me one." Declaration of Owen E███████, Ex. 131 ¶ 6.

"There are three toilets and two sinks in the room. The sleeping area and the restroom are separated by a thin metal wall. There is no soap in restroom. I want to take a shower, but no one has asked me if I want to take a shower yet. I met women who have gone three days without a shower, she said the guards told her that she could not take a shower. No one has told me when I will be able to take a shower." Declaration of Cesia B███████████ Ex. 144 ¶ 8

"There is a bathroom with a sink in the room. There is one toilet. There is no door to the toilet. There is a barrier but if someone is in front of the entrance, you can see into the toilet. There is toilet paper but there is no soap and no paper towels. I do not have a toothbrush - once during the time I was here I was given a single use toothbrush only. At midnight, after the meal, we are given the opportunity to shower if we want to. Ifwe shower, there is shampoo and soap. We are also given a towel to use in the shower." Declaration of Edwin Q█████████, Ex. 147 ¶ 6.

"There is no door in the bathroom. There is one sink. There is no soap. We have a water dispenser that you pump. They left two lights on last night. I do not have a pillow. I received one stick with a sponge for my teeth when I first arrived. There is one television on the other side of the window to the hallway. The television usually shows novellas and football. There is also one small window in the door. They have not offered us a shower." Declaration of Orlando M███████████, Ex. 136 ¶ 4

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                106          CV 85-4544-DMG (AGRX)

"Two lights are kept on throughout the night and the bathroom is not kept very clean, it's only cleaned once a day and there has not been any soap since I arrived. There is not even a soap dispenser there. I worry that the older children use the bathroom and cannot wash their hands and may spread germs throughout the larger room because they cannot wash hands with soap." Declaration of Eva B███████████, Ex. 140 ¶ 6.

"There is a restroom in the room where I am staying. There is a small metal wall separating the bathroom from the sleeping area. There is no soap in the restroom. This bothers me because I cannot wash my hands after using the restroom and no one in there can wash their hands. I am worried that I might get sick or my daughter might get sick." Declaration of Gladys E███████ ███████, Ex. 141 ¶█

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          107          CV 85-4544-DMG (AGRX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28



EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          108          CV 85-4544-DMG (AGRX)

**Santa Teresa CBP**

"While being held in Santa Teresa, the bedrooms did not have a place to shower. We were provided other necessities such as diapers, feminine products, soap, and toilet paper." Declaration of Yerica F█████████ (mother of Ximena C█████████████), Ex. 197 ¶7.

**Tucson CBP**

"The toilet has a short door. I cover myself with my aluminum blanket because there is a camera pointed right at the toilet." Declaration of Ivania L█████ █████, Ex. 69 ¶ 8.

"I had to be naked because I have only the clothes I am wearing. There is no shower curtain and the camera which points at the toilet also shows the shower. I did not have soap..." Declaration of Ivania L████████, Ex. 69 ¶ 9.

"I didn't have soap..." Declaration of Abilio I████████████, Ex. 72 ¶ 4.

"There were 3 toilets with toilet paper, a sink, but no soap. I was not offered a shower. I was given a toothbrush but no toothpaste." Declaration of Itzel C███ █████ (daughter of Elsa F█████████████), Ex. 73 ¶ 4.

"I have not had a shower nor have I been offered one." Declaration of Minta M█████████████, Ex. 76 ¶ 5.

"I have not been offered a shower." Declaration of Noe R█████████████, Ex. 77 ¶ 3,5.

"There is a security camera in the room which points to the bathroom. This makes me uncomfortable." Declaration of Noe R████████████, Ex. 77 ¶ 6.

"I haven't been offered a shower, but others have.  I don't know why I haven't been given a shower.  I would like to have a shower because I was walking in the desert for two days." Declaration of Rony E█████████████, Ex. 78 ¶ 8.

**Yuma CBP**

"there about thirty people in the room. There are three bathroom partitions. I can shut the door but it does not lock." Declaration of Elmer V████████████, Ex. 103 ¶ 3

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM           109           CV 85-4544-DMG (AGRX)

"I have not showered since I arrived here and I have not received a change of clothes." Declaration of L▆▆▆▆▆▆▆▆▆ (mother of A▆▆▆▆▆▆▆▆ ▆▆▆▆▆▆▆), Ex. 110 ¶ 6.

"There is no soap for us to wash our hands with in the bathroom." Declaration of L▆▆▆▆▆▆▆▆▆ (mother of Melkin O▆▆▆▆▆▆▆▆), Ex. 111 ¶ 7.

"We have not showered since we arrived." Declaration of Genoveva G▆▆▆▆▆ ▆▆▆ (mother of Mafi V▆▆▆▆▆), Ex. 112 ¶ 6.

"I have not been allowed to shower or even get soap to wash my hands. I also have not been given clan clothes." Declaration of ▆▆▆▆▆▆▆▆▆ ▆▆ ¶ 10.

"I have access to a bathroom and sink, but no soap or towels or clean clothes to shower. There is a sign in the bathroom that says we can drink the water from faucets but we must use our hands- we are not given any cups. But we cannot wash our hands with soap." Declaration of Braylin A▆▆▆▆▆▆ Ex. 117 ¶ 10.

"Also, we have not been able to shower because no clean clothes, no soap, no towels. At this point we have gone five days without a shower. Declaration of Ventura I▆▆▆▆▆▆▆ (mother of Ilsi M▆▆▆▆▆▆▆▆), Ex. 118 ¶ 8.

"I have access to a toilet and a sink with water next to the toilet. I have not been able to shower and there is no soap to wash my hands or body." Declaration of Christy F▆▆▆▆▆▆▆, Ex. 120 ¶ 8.

"We have not been allowed to bathe or shower. And there is no soap to wash our hands with." Declaration of Graisy I▆▆▆▆▆▆ (mother of Dairany L▆▆▆▆▆), Ex. 121 ¶ 6.

"I have access to a toilet and sink, btu no soap to wash my hands. I also I have not been able to take a shower." Declaration of Martin H▆▆▆▆▆▆, Ex. 122 ¶ 5.

"The lights are on all day and night.The doors are locked, and there is no soap in the bathroom. There is nothing to do in the room." Declaration of Edras D▆ ▆▆▆▆▆, Ex. 123 ¶ 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM               110          CV 85-4544-DMG (AGRX)

173

"I have not showered since I arrived. There is no soap in the bathroom. I have no toothbrush to brush my teeth."  Declaration of Elena C█████████, Ex. 124 ¶ 6.

"We have not showered since we arrived. There is no soap in the bathroom to wash our hands." Declaration of Heydi F█████████ and Hector G█████████ (siblings), Ex. 125 ¶ 6.

"I have not showered since I arrived. There is no soap in the bathroom to wash my hands after I pee. I have no toothbrush, so I can't brush my teeth." Declaration of Magdalena P█████████, Ex. 126 ¶ 6.

"There is no soap. He has not had a shower and they have not offered since he arrived." "The temperature is alright. the lights are left on all night. He was given no blanket and he sleeps in his clothes." Declaration of Jorge M█████████, Ex. 127 ¶ 6.

"The temperature is normal, but we have only had aluminum blankets. We sleep in our clothes and did not receive a change of clothes. Our pants were wet. there is no soap to wash our hands. The lights are on at all times even when we are sleeping."  Declaration of Manuel R█████████ and Carlos T█████████ (siblings), Ex. 128 ¶ 5-6.

"I have not been able to wash my hands with soap or my face or take a shower." Declaration of Jose L█████████, Ex. 116 ¶ 6.

"There is no soap in the bathroom and the lights remain on. I have no toothpaste or brush. They took my backpack." "I was not offered a shower." Declaration of Juan A█████████, Ex. 105 ¶ 3 (pg. 2), 6

"Their first shower was Sunday night when they were awoken at 2 a.m. Melannie was allowed to go with Alam and help. There was soap in the shower. We have access to a bathroom and there is paper but no soap to wash our hands. We had no toothbrushes until Sunday, June 24th and we still have no toothpaste." Declaration of Melannie O█████████, Ex. 107 ¶ 6

"I have not had a shower and there is no soap in the bathroom." Declaration of Deny N█████████, Ex. 104 ¶ 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                111                CV 85-4544-DMG (AGRX)

**Berks**

Facility prior to Berks: "We were given towels and soap to shower. We were not given toothpaste or toothbrushes. We had toilet paper." Declaration of Victor V███████████ (father of Carlos N███████████████), Ex. 215 ¶ 6.

Facility prior to Berks: "During the time we were at the first facility, we got to shower once. There wasn't a shower in the facility, so Dayana and I were driven 45 minutes to another place where we could shower." Declaration of Wilder D█████████ (father of Dayana D████████), Ex. 218 ¶ 7.

Facility prior to Berks: "At the place where I was held for two days, we were not given a shower." Declaration of Daniel H████████████ (Father of Osmani D█████████████████), Ex. 210 ¶ 8.

Facility prior to Berks: "My son and I stayed together all the time, in the same cell with ten other people. We had a sink and toilet in the same room. We had to share the same bathroom and use it in front of everyone. We had no privacy. The room was about two by three meters. We did not have access to a shower." Declaration of Cristobal R████████████████ (father of Cristobal E██████████████), Ex. 12 ¶ 6.

Facility prior to Berks: "We could not shower. We were not given clean clothes." Declaration of Cristobal R███████████████ (father of Cristobal E███████████████████), Ex. 12 ¶ 9.

Facility prior to Berks: "The room that we were in had a toilet and a sink in it, similar to the first facility we were at. There was very little privacy." Declaration of Cristobal R███████████████ (father of Cristobal E████████████████████), Ex. 12 ¶ 15.

Facility prior to Berks: "They did not let us shower for days. Before we were transferred to Berks, we were given five minutes to shower. We were not given clean clothes. Prior to this they took the toothpaste that I had from my journey and threw it in the trash. We could not brush our teeth." Declaration of Cristobal R█████████████ (father of Cristobal E██████████████████), Ex. 12 ¶ 18.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                112              CV 85-4544-DMG (AGRX)

Facility prior to Berks: "We all pitched in to keep the bathrooms clean at the facility.  We were only given 2-3 minutes to shower." Declaration of Felipe A████████ (father of Juan V████████████████), Ex. 211 ¶ 9 [discussing previous CBP facility]

**Dilley ICE**

"The toilets were partially visible to the public, so we felt very uncomfortable at using them." Declaration of Santos A████████, Ex. 171 ¶ 3.(Discussing the Ice House, previous CBP facility). " The toilets were extremely dirty and over flooding. The smell was so bad that my daughter and I felt nausea." Declaration of Santos A████████, Ex. 171 ¶4 (Discussing conditions in The Dog House CBP facility before Dilley)

"At this facility we were not permitted to bathe, even though we asked." Declaration of ████████████████ ¶ 5.

"I did not shower for 3 days but I met people who were there that had not showered for 8 days.  The only bathrooms were the small plastic bathrooms that do not flush with terrible smells." Declaration of Noliba C████████ (mother of David A████████████), Ex. 184 ¶ 4 (discussing La Perrera)

"There were no shower that I was given access to at this facility." Declaration of ████████████████ ¶ 7.

"The bathrooms were filthy. The portable bathrooms were filled with excrement." Declaration of ████████████████ ¶ 13.

"There were two bathrooms in the cell, but they weren't private. There was only a waist high wall. Also, because the cell was so crowded there were people laying down in the bathroom area." Declaration of Leydi X████████████, Ex. 30 ¶ 4 [Discussing La Hielera]

"I was able to take a shower once, on the last day, after I had been at the closed house for seven days." Declaration of Josue P████████, Ex. 157 ¶ 7. [Discussing treatment at a CBP facility before eventually being transferred to Dilley]

"I was only able to bathe once -this after crossing a river, being held captive in a sweltering house for eight days, spending two days in La Hielera, and

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          113          CV 85-4544-DMG (AGRX)

spending two days in La Perrera." Declaration of Patricia H█████████, Ex. 159 ¶ 18. [Discussing La Perrera]

"There were only two toilets in the ice box. There was only a short wall blocking us from view. There was a sink above each toilet but no soap. We did not receive toothbrushes or toothpaste." Declaration of Ana P█████████, Ex. 37 ¶ 7. [Discussing La Hielera]

"I stayed in the heiliera three days. There was no possibility to bath or take a shower." Declaration of Blanca C█████████, Ex. 160 ¶ 3. [Discussing La Hielera]

"I stayed in the heiliera one night I think, but because they never turn off the lights I am not sure. There was no possibility to bath or take a shower." Declaration of Jeydi M█████████, Ex. 162 ¶ 4. [Discussing La Hielera]

"Hygiene at his facility was very poor. We were not allowed to shower except for once in six days and toilets were dirty and over flooding every day." Declaration of Lourdes R█████████, Ex. 19 ¶ 4. [Discussing La Perrera]

"The toilets were full and were not in clean conditions." Declaration of Maira S█████████, Ex. 164 ¶ 4. [Discussing La Hielera]

"I did not shower for 5 days. The only bathrooms were the small plastic bathrooms that do not flush. The officials told us that there were too many people and we could only hower after we had been there for five days. I never showered at the ice house or the dog house. My daughter was also not permitted to shower. Both of us were covered in dirt and dust from our walk through the desert after we crossed the river." Declaration of Blanca M█████████, Ex. 20 ¶ 5. [Discussing La Perrera]

"I was able to see my son twice that night. He was still wet and muddy. He didn't have any soap or things to wash himself with." Declaration of Brenda M█████████, Ex. 166 ¶ 8. [Discussing La Hielera

"There was one toilet and sink for everyone in the cold room. We had toilet paper but no soap. We were covered with mud and did not have clean clothes. We were never offered a shower. We did not have toothbrushes, toothpaste, or

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                 114            CV 85-4544-DMG (AGRX)

towels." Declaration of Griselda B█████████████, Ex. 167 ¶ 6. [Discussing a CBP facility]

"I was only allowed to shower once, on the first day. We could only brush our teeth once per day. They gave us toothpaste to brush our teeth but would not let us keep it. There was one portable sink, but sometimes it didn't have any water and sometimes the soap would also run out." Declaration of Griselda B█████████, Ex. 167 ¶ 11. [Discussing the La Perrera]

"There were six plastic toilets outside of the caged area. They were filthy and never cleaned and full stray toilet paper. At one point they took three of the toilets away. Afterwards, there was always a very long line for the toilets." Declaration of Griselda B█████████, Ex. 167 ¶ 12. [Discussing the La Perrera]

"The conditions of the restrooms in The Perrera were disgusting, the port-o-johns were overflowing and my daughter got very sick with vomiting, fever, and diarrhea." Declaration of Sandra M█████████ (mother of Yanela D█████████████), Ex. 172 ¶ 3

"My daughter and I were allowed to shower only once in the five days we were at the Dog Pound." Declaration of Ana V█████████ (mother of Ashli D█████████), Ex. 10 ¶ 6

"We were in the cold room for two and a half days. We never had a shower or received any clean clothes. We did not get toothbrushes or toothpaste." Declaration of Keila P█████████, Ex. 168 ¶ 6. [Discussing a CBP facility]

"The mothers cleaned up the vomit on their own. We had some paper towels but nothing to sanitize with. The children would vomit on their clothing, and the officials would not give us new clothing. There was never enough soap to wash anything. There were six plastic toilets and three sinks."  Declaration of Keila P█████████, Ex. 168 ¶ 12. [Discussing La Perrera]

"We were dirty and could not wash ourselves because there was no soap or clean clothes. We could not even brush our teeth. There was one toilet with toilet paper and one sink." Declaration of Rosa P█████, Ex. 169 ¶ 6. [Discussing a CBP facility]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    115            CV 85-4544-DMG (AGRX)

"The bathrooms at the facility were very dirty with a lot of trash everywhere – very filthy." Declaration of Lidia S███████████ (mother of Marcos M███████████), Ex. 3 ¶ 4 [Discussing the Ice Box]

"The bathrooms again were overflowing and gross. Also again, my son and I did not drink water because of the conditions of the bathrooms and the sinks. The Dog Pound was so overcrowded that we could not walk around or sleep. The sinks in the port-o-potty did not have water, even after we pressed the pedal." Declaration of Lidia S███████████ (mother of Marcos M███████████), Ex. 3 ¶ 5 [Discussing the Dog Pound]

"Restrooms were overflowed and smelled terrible." Declaration of Bridis F███████ ████████ (mother of Sander F███████████), Ex. 18 ¶ 6 [Discussing La Perrera]

"The bathrooms at the Dog House were dirty and disgusting. The bathrooms were so bad that my daughter was afraid to go to the bathroom and did not go for the entire time we were there. This caused my daughter a lot of pain and caused my daughter to develop constipation." Declaration of Iris A███████ ████████ (mother of Sherlyn A███████████), Ex. 7 ¶ 9 [Discussing the Dog House]

"We were not allowed to shower until Wednesday, June 27 right before we were moved to Dilley." Declaration of Iris A███████ (mother of Sherlyn A███████████), Ex. 7 ¶ 10 [Discussing the Dog House]

"The female guards made my daughter and the other girls strip naked in front of them and ogled the girls before their showers. My daughter was scared of the guards, because they were really angry all the time." Declaration of Daise M███████ (mother of Keylin M███████████), Ex. 27 ¶ 9

"We did not have any toothpaste or a toothbrush the entire time we were at the Dog House." Declaration of Daise M███████ (mother of Keylin M███████ ████████), Ex. 27 ¶ 12

"The bathrooms at the Dog House were dirty and disgusting. We were told to continue to use them and not to make the bathrooms dirtier, even though the toilets were already overflowing." Declaration of Daise M███████ (mother of Keylin M███████████), Ex. 27 ¶ 13

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    116              CV 85-4544-DMG (AGRX)

"We were muddy and wet when were apprehended, but we were not allowed to shower or change for five days." Declaration of Daise M█████████ (mother of Keylin M████████), Ex. 27 ¶ 14 [Discussing La Perrera]

"The female guards made me and the other girls strip naked in front of them and leered at us before their showers." Declaration of Keylin M████████ (daughter of Daise M████████), Ex. 6 ¶ 8 [Discussing La Perrera]

"I did not have any toothpaste or a toothbrush the entire time I was at the Dog House." Declaration of Keylin M████████ (daughter of Daise M████) ███████, Ex. 6 ¶ 14

"The bathrooms at the Dog House were dirty and disgusting. I was told to continue to use them and not to make the bathrooms dirtier, even though the toilets were already overflowing." Declaration of Keylin M████████ (daughter of Daise M████████), Ex. 6 ¶ 15

"I was muddy and wet when I was apprehended, but I was not allowed to shower or change for five days. I was told that detainees were only allowed one shower the entire time they were at the facility." Declaration of Keylin M████████ (daughter of Daise M████████), Ex. 6 ¶ 16 [Discussing La Perrera]

"The facility was extremely crowded and the bathrooms were filthy with the toilets overflowing. During our four days there, our name was not called, so we were unable to bathe." Declaration of Saudi S████████████, Ex. 170 ¶ 8. [Discussing La Perrera]

"We were not allowed to shower while we were there. The toilets were very dirty. Sometimes there was toilet paper but sometimes there was not. There was not usually water for us to wash our hands. We did not have toothbrushes." Declaration of Sara P████████, Ex. 188 ¶ 3. [Discussing La Hielera]

"There was no access to showers... On the second or third day there, my daughter soiled herself from peeing and pooping and wanted to wash her private parts. She was used to cleaning her private parts every day. I asked if I could clean her because her underwear were soiled. The guards said, "No." They said that they only have 10 showers. She remained in her dirty underwear

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM

117        CV 85-4544-DMG (AGRX)

180

1   until we arrived at Dilley several days later." Declaration of Fatima ███████, Ex.
2   22 ¶ 3. [Discussing La Perrera]

3   "There was again no access to showers." Declaration of Fatima ██████, Ex. 22
4   ¶ 8. [Discussing La Hielera]

5   "I was only able to take one shower with my son in the 8 days that we were
    there." Declaration of Doris M████, Ex. 24 ¶ 2. [Discussing CBP facility prior to
6   being transferred to Dilley]

7   "We were not given the opportunity to shower at the ice house or the dog
8   house. Further, the bathrooms in the dog house were unbearably dirty. They
    were portable plastic bathrooms that did not flush and all we had to wash our
9   hands was a drop or two of water." Declaration of Maria d███████████
10  (mother of Ever P██████████), Ex. 175 ¶ 8 [Discussing the Dog House].

11  "We had toilet paper but no soap to wash ourselves. We had mud all over our
12  clothes, but were not given any new clothes or towels. We had no toothbrush
    or toothpaste to brush our teeth." Declaration of Herlinda C██████████,
13  mother of Gerson J████████████, Ex. 176 ¶ 5 [Discussing the ice
14  box]. "He took a shower once on the second day and he was given a
15  toothbrush once to brush his teeth. He was given sweat pants and a shirt while
16  they washed his clothes, but his clothes were not completely clean, they still
    had mud stains on them when it was returned to him." Declaration of Herlinda
17  C██████████, mother of Gerson J████████████, Ex. 176 ¶ 11
18  [Discussing the perrera].

19  "We were not permitted showers or hygiene items. The toilets where placed in
20  the same area we were being kept and when the toilets were used, we needed
21  to let a guard know, because the flush button was on the outside. When using
    the toilets, there was no privacy." Declaration of Yojana R█████████,
22  (mother of Allison M██████████), Ex. 177 ¶ 6 [Discussing La Hielera].

23  "We were not permitted showers or hygiene items. The toilets where placed
24  very closed to the area where we slept, making it very difficult to sleep with the
25  noise that was made when the toilets were being used. When using the toilets,
    there was no privacy. When my son needed to use the toilet, I would place
26  myself in front of him to cover him from the others while he went, and he

27

28
    EXHIBIT 11 TO
    PLAINTIFFS' MEMORANDUM                118        CV 85-4544-DMG (AGRX)

would do the same for me." Declaration of Vilma M█████████ (mother of Ezra A█████████), Ex. 178 ¶ 6 [Discussing La Hielera]. We were allowed to shower only once and provided with towels, shampoo, and toothbrush with toothpaste. After showering they took our clothes to wash and let us borrow some to wear while we waited for us. The toilets where made of plastic and they would get dumped out once they were filled. The toilets in this case had doors for privacy." Declaration of Vilma M█████████ (mother of Ezra A█████████), Ex. 178 ¶ 8 [Discussing La Perrera].

"There were toilets, but there was no privacy or doors. There were nothing to clean ourselves with like soap or toothpaste and we were never allowed to shower. We had only one pair of clothing to wear because the guards took away our other clothes." Declaration of Noredith P█████████, Ex. 179 ¶ 3 [Discussing La Hielera]. The toilets were not pushing buttons to flush, but we had to empty the buckets of waste after the buckets were full. We were not able to shower and we were not given anything to clean ourselves like soap or toothbrushes. I do not know why it seemed like some people got to shower. It seemed like some people were able to only have a very fast shower and had to get out quickly. Declaration of Noredith P█████████, Ex. 179 ¶ 8[Discussing La Perrera].

"There were toilets, but there was no privacy or doors. There were no things to clean ourselves like soap or toothpaste and we were never allowed to shower." Declaration of Rocio M█████████, Ex. 180 ¶ 3 [Discussing La Hielera]. "The toilets did not flush so we had to empty the buckets of waste after the buckets were full. We were not able to shower and we were not given anything to clean ourselves like soap or toothbrushes. I do not know why it seemed like some people got to shower, but others did not. It seemed like some people were able to only have a very fast shower and had to get out quickly." Declaration of Rocio M█████████, Ex. 180 ¶ 8[Discussing La Perrera].

"My son was able to shower only one time and I could not shower there at all for three days." Declaration of Iris E█████████, Ex. 181 ¶ 3 [Discussion La Perrera].

████████████████████████████████████████████████
████████████████████████████████████████████████

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    119            CV 85-4544-DMG (AGRX)

██████████████████████

████████████████████ Declaration of Dulce M █████████████ (mother of Esther A ████████████████) Ex. 174 ¶8. (discussing previous locations prior to arriving to Dilley)

**Karnes ICE**

Facility prior to Karnes: "There was a large trash can, but no toilet or sink." Declaration of M ███████████ (mother of Cristofher A ████████████), Ex. 15 ¶ 4.

Facility prior to Karnes: "We were taken to a room with an open toilet. There were cameras above it. My son used the toilet, but my daughter did not because she felt uncomfortable." Declaration of M ██████████ (mother of Cristofher A █████████████), Ex. 15 ¶ 8.

Facility prior to Karnes: "The room had a bench and open toilet, which meant there was not enough room to sleep." Declaration of M █████████ (mother of Cristofher A ██████████████), Ex. 15 ¶ 10.

Facility prior to Karnes: "I was menstruating and asked to shower alone, but the officer refused and forced us to shower together. There was some soap on the floor, but we were not given toothbrushes or toothpaste." Declaration of M ███ █████████ (mother of Cristofher A █████████████), Ex. 15 ¶ 11.

Facility prior to Karnes: "The room had a toilet. There were three cameras watching us. There was toilet paper, but we did not have toothpaste, toothbrushes, or soap."  Declaration of Jessica C █████████████ (mother of Jeisel C ██████████████), Ex. 202 ¶ 7.

Facility prior to Karnes: "At all of the facilities where we were held in Arizona we had access to toilets.   We did not have access to a shower until we arrived at the third facility. When we were there both my son and I had our first shower. They gave us clean clothes and they took our clothes to wash them.  We each had one shower only the whole time we were in Arizona." Declaration of Beysi M █████████████, Ex. 189 ¶ 10.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          120          CV 85-4544-DMG (AGRX)

183

Facility prior to Karnes: "The room had a toilet that was exposed, with no privacy. There was toilet paper but no soap and nothing to clean ourselves with. We were never offered a shower. The officials gave me diapers but took away the baby wipes I had. I had to wipe my baby with rough toilet paper and he got a rash. I told the officials, and they gave me baby powder and rough towels." Declaration of Glenda D███████████ (mother of Cesar G████████████), Ex. 200 ¶ 8.

Facility prior to Karnes:"The cell was so crowded that some people were laying near the toilet, which meant that it was impossible to use the bathroom in privacy.  Also, the toilet was only behind a short wall that anyone could look over. Because there were so many people in the cell and we didn't have any broom, the cell was always dirty." Declaration of Nora E████████████ (mother of Nery E████████████), Ex. 195 ¶ 6.

Facility prior to Karnes:"When we arrived at La Hielera, our feet and shoes were wet from crossing the river, and our clothes were dirty.  Despite that, we didn't get the chance to shower or receive clean, dry clothes."  Declaration of Nora E████████████ (mother of Nery E████████████), Ex. 195 ¶ 8.

Facility prior to Karnes: "My son and I were also able to take showers, but we had to put our soiled clothes back on afterwards.  The clothes were very dirty by that point, but we weren't give clean clothes." Declaration of Nora E████████████ (mother of Nery E████████████), Ex. 195 ¶ 10.

Facility prior to Karnes: "There were two restrooms for the thirty of us; they were separated fro the main area by a partition of some kind. We could wash our hands – the sink was above the toilet in a single piece of equipment.  They didn't allow us to take a shower, change clothes." Declaration of Maria R████ (mother of Blanca R████████████), Ex. 194 ¶ 8.

Facility prior to Karnes: The cell had no toilet, so the officers led us to the restroom when we needed them. The restroom had toilet paper and soap. Declaration of Maria d████████████ (mother of Kimberly A████████ ), Ex. 199 ¶ 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    121              CV 85-4544-DMG (AGRX)

Facility prior to Karnes: We never go to shower or wash ourselves. My daughter was always crying because she was dirty. Declaration of Maria d███████████ ██████████ (mother of Kimberly A██████████████), Ex. 199 ¶ 8.

Facility prior to Karnes: "Blanca also received a change of clean clothes and a clean towel and allowed her to bathe once on May 31. I wasn't given the chance to take a bath." Declaration of Maria R████████ (mother of Blanca R██████████), Ex. 194 ¶ 12.

Facility prior to Karnes: "The conditions in the cell were very unhygienic. There were 2 toilets for 60 people. The toilets were not that clean because there were so many people and so many children. There were people sleeping near the toilet and a low wall that everyone could look over. " Declaration of Lucia R██████████████████ (mother of Ambrosia T██████████), Ex. 193 ¶ 8.

Facility prior to Karnes: "Finally, after four days, they woke us at 2 in the morning and let us take a shower in another building and gave us some clean clothes." Declaration of Lucia R██████████████ (mother of Ambrosia T████████████), Ex. 193 ¶ 12.

Facility prior to Karnes: "The water in the shower was very hot; the water burned Gisela's skin. We complained that it was too hot, and Gisela did not want to get in. I did not feel that we were being given the option to shower or not, so we got in. We were only given three minutes to shower." Declaration of Sonia Y██████████ (mother of Gisela N████████████████), Ex. 196 ¶ 6.

"After we were interviewed we were allowed to shower and pick up clean clothing." Declaration of Yerica F████████████ (mother of Ximena C███████████████), Ex. 197 ¶9.

Facility prior to Karnes: We were woken up to take a shower at about midnight, but we did not take a shower because the water was too cold. This happened a few times. We complained about the water being too cold and they just told us there was nothing to do about it. Eric told me that he did not want to take a shower. We waited for a few days to shower, when we did it was out of necessity, but the water was still very cold. The restrooms did not have soap, even though some of the mothers would was their children's cloth diapers in

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    122            CV 85-4544-DMG (AGRX)

the bathroom. The bathrooms did not have doors. Declaration of Esperanza C█████████████████ (mother of Eric R███████████████), Ex. 198 ¶ 6.

After we ate we were able to shower. Declaration of Esperanza C███████ ███████ (mother of Eric R█████████████), Ex. 198 ¶ 8.

Facility prior to Karnes: "There was one toilet in the cell which was completely open to view. We got one roll of toilet paper a day. There was a sink but no soap." Declaration of Maira L██████████████ (mother of Leonardo A██████ ████████████), Ex. 201 ¶ 6.

Facility prior to Karnes: "On the last night in El Paso I was forced to take a shower at 10pm. They woke me up at 1am and said I had to shower again. I said I already had one and that my son was sleeping, and I didn't want to wake him up. They said wake him up and get in the shower. "Don't be a dirty pig." My son didn't want to take a shower because he was cold. When they weren't looking I just washed his hair and didn't wet his body. We were not given clean clothes. I had no toothbrush or toothpaste. I wasn't given a towel. I just got back into my clothes and returned to the freezing cell." Declaration of Maira L██████████████ (mother of Leonardo A█████████████), Ex. 201 ¶ 9.

"THERE WERE NO SHOWERS. TO GO TO THE BATHROOM, I HAD TO RING A BELL AND WAIT FOR AN OFFICER TO COME TAKE ME, WHICH SOMETIME TOOK TIME." DECLARATION OF YANETH C█████████████████ (MOTHER OF DAMARIS D█████ █████████████), EX. 206 ¶ 3.

10. CLASS MEMBER CHILDREN OFTEN SPEND THREE TO SIX DAYS IN OVERCROWDED, FREEZING, UNSANITARY AND UNHEALTHY CBP FACILITIES; DETENTION IN UNLICENSED ICE FACILITIES CAN CONTINUE FOR SEVERAL MONTHS

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          123          CV 85-4544-DMG (AGRX)

186

"My daughter and I presented ourselves at the border about 50 days ago." Declaration of Ana V████████████████ (mother of Ashli D███████████), Ex. 10 ¶ 3

"I do not know my status and there are no current plans for my release, despite my having been in Dilley for 50 days." Declaration of Ana V███████ ███████ (mother of Ashli D██████████), Ex. 10 ¶ 11

Facility prior to Berks: "After two days at the New Mexico facility my daughter and I were taken to the Berks Detention Facility where we have been held for 38 days." Declaration of G███████████████ (father of Loveyli N███ ███████), Ex. 216 ¶ 5.

"So far I have spent 30 days at the ICE facility in Dilley, Texas." Declaration of Blanca M██████, Ex. 20 ¶ 10. [Discussing La Perrera].

"After four days at the second customs facility, we were taken to the Dilley ICE facility, where we have been for 25 days." Declaration of Saudi S██████ ██████, Ex. 170 ¶ 9.

"My son and I have been at the current location in Dilley for about 32 days." Declaration of Doris M████, Ex. 24 ¶ 10.

"We were picked up by the Border Patrol and taken to a detention facility in El Paso, Texas, on about April 29, 2018. I felt traumatized and afraid. I just wanted to keep my son safe and with me...After six days, we were taken to a facility in New Mexico for one night...We then returned to the same facility in El Paso ...Then we were transferred to Berks...We have been held in Berks since approximately May 6, 2018." Declaration of Daniel M████ (father of Lester M█████████), Ex. 207 ¶ 3, ¶ 5, ¶ 6, ¶ 11

"My daughter and I have been at Dilley for about 24 days." Declaration of Yojana R███████████, (mother of Allison M██████████), Ex. 177 ¶ 11.

"My daughter and I have been at the Dilley location for about 38 days." Declaration of Fatima ████████, Ex. 22 ¶ 11.

"We presented ourselves at the border about fifteen days ago." Declaration of Lidia S████████████████ (mother of Marcos M█████████████), Ex. 3 ¶ 3

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    124          CV 85-4544-DMG (AGRX)

187

"[W]e have been here at the Santa Teresa Border Patrol Station for four days, and we don't know when or where we will be transferred or released." Declaration of Raul Pedro Andres (father of Caren LLemilet Andres), Ex. 153 ¶ 3.

"My family and I have been at the San Ysidro Pedestrian facility for about four days." Declaration of Timofei F█████████, Ex. 34 ¶ 15 (CBP San Ysidro).

"I spent four nights at the detention center in Santa Teresa." Declaration of Yerica F███████████ (mother of Ximena C██████████████), Ex. 197 ¶5.

"After four nights and five days in Santa Teresa, we were put on a bus and brought to the Karnes County Residential Center." Declaration of Yerica F██████████████ (mother of Ximena C██████████████), Ex. 197 ¶9.

"We stayed at the detention center for about 15 days … After 15 days, we were brought to Berks detention center. We arrived at 1:00 a.m. today, June 28, 2018. Declaration of Mateo A███████████ (father of Alonzo A██████████), Ex. 209 ¶4, ¶8

"After four nights and five days in Santa Teresa, we were put on a bus and brought to the Karnes County Residential Center. We arrived about midnight to Karnes and when we arrived we waited in a waiting room all night with about 11 other mothers and children." Declaration of Yerica F██████████████ (mother of Ximena C██████████████), Ex. 197 ¶9.

"I am not provided any books, magazines, entertainment, or any chance for exercise except one five- minute break in a cage area outside in the last five days." Declaration of Devis U██████████████, Ex. 151 ¶ 8.

"My daughter and I have been at the Yuma CBP for about 3 days. We do not know when we will leave or where we will go." Declaration of Graisy I██████████████ (mother of Dairany L████████████), Ex. 121 ¶ 9.

"We crossed the border near Mexicali/Calexico on Monday, June 25, 2018, at approximately 8 in the evening. it is now Thursday morning, June 28, 2018." Declaration of Jeydi I████████████████ (daughter of Catalicio F████████ █████████), Ex. 40 ¶ 3 (El Centro CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          125          CV 85-4544-DMG (AGRX)

"My mom and I have been at the San Ysidro Pedestrian Facility for about 2 days." Declaration of Alexander G███████, Ex. 138 ¶ 8(CBP San Ysidro)..

"My son and I have been at the Yuma CBP for about 3 days." Maria P████ ████ (mother of Lico E██████████), Ex. 119 ¶ 8.

"We have been here for 3.5 days. We have been together since we have been here." Declaration of Abidalia G████████ (Mother of Osbelio B████ ████████), Ex. 45 ¶ 7.

"There is no clock so we have no concept of time." Declaration of Melannie O██████, Ex. 107 ¶ 3

"After three days, my daughter and I were taken to another place, Berks Family Detention facility where we have been for almost seven days." Declaration of Romeo N██████ (father of Maria N████████), Ex. 217 ¶ 7.

"We presented ourselves at the border about 2:00am. I believe that it was on or about June 21, 2018. We were taken to an unknown facility...At the first facility, we just stayed from 2:00am until 7:00am. We didn't have to time to eat or shower. We were transferred to another facility about 20 minutes away...After three days, my son and I were taken to the original center where we were first held, and we stayed there for two more days...were taken out of that facility on June 27, 2018, and taken to Berks Family Detention Center." Declaration of Edwin G██████████ (father of Eduin O██████ ████), Ex. 214 ¶¶  3, 4, 10,  13.

"After 2 days, my son, and I were taken to "La Perrera," by bus, where we were held [there] for 4 days." Declaration of Vilma M██████████ (mother of Ezra A██████), Ex. 178 ¶ 7 "My son and I have been at Dilley for about 21 days." Declaration of Vilma M██████████ (mother of Ezra A██████), Ex. 178¶ 11.

"We presented ourselves at the border about May 2, 2018. I believe that it was on or about May 2, 2018." Declaration of Iris E██████████, Ex. 181 ¶ 3.

Facility prior to Karnes: "After 7 days, we were taken inside where someone talked with me. We were taken upstairs where we stayed for four days."

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                126            CV 85-4544-DMG (AGRX)

189

Declaration of Karla J█████████████ (mother of Litzy N████████████), Ex. 203 ¶ 5.

Facility prior to Karnes:"We stayed at La Hielera Friday night, Saturday night, and Sunday part of the night."  Declaration of Nora E██████████████ (mother of Nery E██████████████), Ex. 195 ¶ 9.

Facility prior to Karnes : :"We were there about a day, then they put us in cages like dog houses and were there for 4 days." Declaration of Maria R████████ (mother of Blanca R██████████), Ex. 194 ¶ 10.

Facility prior to Karnes: "After four days in the dog houses, they didn't say where we going, but they put us on a bus." Declaration of Maria R████████ (mother of Blanca R██████████), Ex. 194 ¶ 13.

Facility prior to Karnes: After we were detained we were taken to a building where I spent five days. Declaration of Esperanza C████████████ (mother of Eric R██████████), Ex. 198 ¶ 3.

Facility prior to Karnes: "We had to sleep for three nights on very thin mattresses in the cold." Declaration of Claudia A██████████████ (mother of Fernando J████████████), Ex. 205 ¶ 4.

I have been here and in the hielera for four days, and I am feeling very anxious and concerned because I have been locked up for so long." "I heard an official, one of the ones wearing a grey uniform, say that we could stay here up to seven days. I hope that isn't true." Declaration of Kevin G████████████ █████ Ex. 99 ¶ 14.

 "My family and I have been at the San Ysidro Pedestrian facility for about four days." Declaration of Timofei F██████████, Ex. 34 ¶ 15.

 "...we have been here at the Santa Teresa Border Patrol Station for four days, and we don't know when or where we will be transferred or released." Declaration of Raul P██████████ (father of Caren L██████████████), Ex. 153 ¶3.

"My daughter and I were taken out of that facility on the 6th day." Declaration of Sandra M██████████ (mother of Yanela D██████████████), Ex. 172 ¶ 6. (Ursula CBP)

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM
127          CV 85-4544-DMG (AGRX)

190

"My daughter and I were allowed to shower only once in the five days we were at the Dog Pound." Declaration of Ana V███████████ (mother of Ashli D███████████), Ex. 10 ¶ 6

"We spent a total of four days in the dog house. This has been the worst four days of my stay in the U.S." Declaration of Delmis V███████████, Ex. 13 ¶ 6. [Discussing La Perrera]

"The next morning, June 18, we were taken to new place called the pererra. We were there for five days." Declaration of Rosa P███████, Ex. 169 ¶ 9.

"We were taken to the "dog cage" for five days." Declaration of Fatima ███████, Ex. 22 ¶ 3. [La Perrera]

"At first we stayed at the cold facility. We stayed there for 8 days... After 8 days, my son and I were taken to another place where we were held for 9 days in the place they call the dog cage." Declaration of Doris M████, Ex. 24 ¶¶ 2, 6. [Discussing 17 days spent at La Hielera and La Perrera prior to being transferred to Dilley]

11. CLASS MEMBER CHILDREN HAVE BEEN SEPARATED FROM THEIR PARENTS WITH

MINIMUM OR NO FURTHER CONTACT WITH THEIR PARENTAL DECISION-MAKERS

THEREBY INTERFERING WITH CLASS MEMBERS' ABILITY TO EXERCISE THEIR RIGHTS

UNDER THE FLORES AGREEMENT

**El Centro CBP**

"I have been separated from my mom since being detained. No contact permitted" Declaration of Abel A███████████, Ex. 44 ¶ 7.

"My children are crying for Kevin and have seen him only one time, briefly, since we have been here." Declaration of Marlyn E███████████ (spouse of Kevin A███████████ and mother of Claudia V███████████ and Emerson Y███████████), Ex. 39 ¶ 16.

EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM                128                CV 85-4544-DMG (AGRX)

"When my son and I got to the facility I was separated from my son. I have not seen him since we were separated. I first saw him when this declaration was prepared." Declaration of Marcedonio P███████ (father of Brayan), Ex. 63 ¶ 4.

"We were together for 10 minutes and then separated, they did not tell me we would be separated. I was afraid when I was separated from my grandfather. We were not given an opportunity to say goodbye." █████████████ 3.

"When we came to the El Centro station, we were placed in separate rooms to stay. I was placed in a room with approximately 9 other women. While I have been here, I have known that my father was staying here too, in a different room. On Tuesday, the day after we came here, the men who work here put us in a room together so we could talk to each other. They have not done that since, but we have been able to see each other on Wednesday and Thursday, because the group of lawyers asking about the conditions here have been here to see us, and we have been put together for that." Declaration of Jeydi I████ ████████████ (daughter of Catalicio F████████████), Ex. 40 ¶ 5, 7.

"When we arrived at the facility I was separated from my father. I have not seen him since the separation. I saw him at the time the declaration [by Plaintiffs' monitors] was prepared." ████████████████ 5.

**McAllen CBP**

"The officials haven't told us anything. We haven't received any information about when we will leave. I know they have talked to our parents but we haven't been able to speak to our parents ourselves. We would like to know what is happening with our case, and we would very much like to talk to our parents." Declaration of David A████████████ Ex. 94 ¶ 11

"Other women had their children who were five or older taken from them when they were told the needed to go to court. When they returned from court, the children were not returned to them ...." Declaration of ███████████ ████████████ ¶ 5. [Separation occurred before arriving at Dilley]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM            129            CV 85-4544-DMG (AGRX)

192

"Also there are little kids here who are not being taken care of. There is a a little girl here who does not speak Spanish only Quiche- she only cries and there is no one to take care of her or comfort her." Declaration of Kathrine B███████ ███████, Ex. 98 ¶ 2, 25

"Upon arrival at this facility, the officials separated me from my daughter, Dixiana, who is ten years old. I asked that they not separate us, because my daughter has asthma and the facility was extremely cold ... They told me that my daughter was too old and that she needed to go with children her age. They then took her from me. We could not see each other." Declaration of ███████ ███████████ ¶ 4. [Separation occurred before arriving at Dilley]

"I pleaded with a male officer to see my daughter, and he told me I would be able to see her at 5 pm, but I was not reunited with my daughter until we left the facility a couple of days later." Declaration of █████████████████ ¶ 9. [Separation occurred before arriving at Dilley]

"On the third day I was at this facility, a female officer came by in the morning asking for the mother of Dixiana S███████. She told me to yell out to my daughter to stop her crying or she could get sick from all of her continuous crying. I asked if I could leave the cell to be with her, but the officer would not permit me to do so. I yelled to my daughter to try to comfort her and told her to stop crying, have patience, and that they would be leaving soon." Declaration of ██████████████████ ¶ 10. [Separation occurred before arriving at Dilley]

"In La Perrera, I saw children crying in a cage. Their mothers were in one cage, and their children were in another, crying for their mothers. The youngest children were about five or seven years old. I saw a very young girl crying for her father ... The mothers tried to reach their children, and I saw children pressing up against the fence of the cage to try to reach out. But officials pulled the children away and yelled at the mothers." Declaration of Leydi X███████████, Ex. 30 ¶ 9.

Facility prior to Karnes: "When our group reached La Perrera, three mothers were separated from their children.  One of the children was a six-year-old boy, another was a seven-year-old boy, and the third was a ten-year-old girl. The

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    130          CV 85-4544-DMG (AGRX)

mothers were crying and so were the children. I don't know where they took the children. There was a father who said that he wanted to talk to his son because he could hear his son crying. They let the boy out but then he wouldn't leave his father. Officials pushed the father out of the way, grabbed the child and dragged him away crying. I don't know what happened to the child after that. The next day the mothers asked what happened to their children and were told that they were taken to a home, but nothing else. The mothers were just crying from worrying about their children. They put handcuffs on the parents who had been separated from their children, and chains around their feet. Officials took them away, but I don't know where they were taken … All of the children over six or seven were being separated from their parents from what I can tell. Some children as young as three or four were also being separated." Declaration of Lucia R███████████ (mother of Ambrosia T███████████), Ex. 193 ¶ 4-5.

"When we arrived here they separated us after a quick medical intake. They just divided us into men and women ad she was off with another group. Never asked [me] anything or told [me] anything. [I] only saw her again when they did intake and took fingerprints…They said that after court I would be reunified with my daughter…We are kept in separate cells, my daughter and I…They told me I would go to court and that after that I would come back and be with my daughter. They told my daughter she would be sent to a shelter. While I was being interviewed, they took my daughter. They said they were sending her to a processing center." Declaration of Norin U███████████, Ex. 91 p. 1-3.

"When we arrived at El Centro, my daughter and I were separated immediately without an explanation. My daughter was placed in a room for only girls, but older young girls, one of them is pregnant. There were other fathers separated from their kids, in my room, and other girls separated from their parents in my daughter's room. We were finally reunited when they interviewed us at El Centro the next day since we were first separated. Here (McAllen), I am placed with other fathers but no one has their kid with them." Declaration of Miguel A███████████ (father of Andry M███████████), Ex.100 ¶ Pages 1-3.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    131              CV 85-4544-DMG (AGRX)

1       **San Ysidro CBP**

2   **I do not remember and I do not know if was provided writings about my legal rights. I**

3   **do not remember any documents. I am being kept separately from my mother**

4   **and from my father. The only banner I have seen is that the mats we sleep on**

5   **need to be organized, and I have received no other instructions." Declaration of**

6

7   **Timofei F**████████**, Ex. 34** ████

8

9

10  "I do not know why they seperated my mom, Johanna C██████████, from me and Brandon. I saw my mom today at the cafeteria when we were getting

11  breakfast and lunch. that was a surprise. Apart from that, I was not able to see

12  my mom. I don't know where in the facility my mom and my brother are being

13  kept." Declaration of Owen E████████, Ex. 131 ¶ 10.

14  "The van took me into this building and then my father and I were physically

15  separated into different cubicles in a security room." Declaration of Michelle

16  T████████, Ex. 135 ¶ 3.

17  "On my second day in this facility I met with my dad for fifteen minutes in an

18  unknown place inside this camp. We did not meet in a room, it was more like a

19  corridor, and there were chairs in that corridor. That was the only time I saw my

20  father in this facility. We got lucky yesterday and my mother and I were able to

21  eat together. I saw her several times, either eating together or she asks the

22  officer to come see me. Every time we see each other we eat together." "There

23  are two situations that I consider to be the worst here. The first is that I'm

24  separated from my mother and father. That really wears me down and weighs

25  on my soul." Declaration of Timofei F████████, Ex. 34 ¶ 6, 12.

26  "I was separated from my mother and youngest brother. The guards then

27  placed in a room with my older brother and about seven (6) other young men,

28  all under the age of eighteen." Declaration of Brandon S████████████, Ex. 21 ¶ 3.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    132              CV 85-4544-DMG (AGRX)

195

**Tucson CBP**

"I was arrested yesterday morning with my father at Sonoita. We were taken together to this Tucson CBP facility where I was separated from my father." Declaration of Yonain G███████████, Ex. 67 ¶ 1.

"I was with my mother until we came here late yesterday. I am housed with 8 other boys." Declaration of Juan M███████████, Ex. 68 ¶ 3.

"We were transported together to the Tucson CBP detention on Tuesday at 5am. It took 4-hours to go from the first place to here. Once we got here we were separated and I have not seen my mother until now. I asked where she was once and was told she was in court." Declaration of Ivania L███████████, Ex. 69 ¶ 6.

**Yuma CBP**

"They also did not believe me that my niece, who was also with me, my sister, and my daughter, was not my daughter. They told me to stop lying or I would not see my daughter again." Declaration of Graisy I███████████ (mother of Dairany L███████), Ex. 121 ¶ 4.

**Berks**

"At the facility where we stayed 5-6 days, the border control agents asked us why we came. I was afraid to respond because I do not speak English. Although I speak some Spanish, my native language is Kiche and I did not want to make any errors in Spanish and have it be misunderstood.  They asked me to sign something and I was afraid to sign it because I do not read or write.  I asked what the document was and I was told it was a deportation order, which mean that I would be deported and my son would stay here in the USA.  My son and I started to cry because I did not want to be separated from him.  I told my son that I was not going to sign the paper.  I did not sign any paper that

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    133         CV 85-4544-DMG (AGRX)

they gave me." Declaration of Felipe A█████████ (father of Juan V███████
█████████), Ex. 211 ¶ 4 [discussing prior CBP facility]

**Dilley ICE**

" I was separated from my daughter for the entire time without explanation." Declaration of Santos A█████████, Ex. 171 ¶4 (discussing la perrera prior to Dilley).

"After spending a day and a half at the Ice House, My daughter and I were taken back again to the facility known as the dog house (Perrera) and we were again separated from each other" Declaration of Santos A█████████, Ex. 171 ¶4 (discussing la perrera prior to Dilley)

"As soon as we got there, the officers separated me from my mother. The officers interviewed my mom and me together. They told us that they couldn't hold us together. They told me that they were going to keep my mom there in Brownsville and that they were either going to deport me or put me in a camp. I was sad. I started crying." Declaration of Angel A█████████, Ex. 156 ¶ 3. [Discussing treatment at a CBP facility before eventually being transferred to Dilley]

"The officers took us back to La Hielera. The separated me from my mother again. I was very scared because I thought I might be deported away from her again." Declaration of Angel A█████████, Ex. 156 ¶ 9. [Discussing treatment at a CBP facility before being transferred to Dilley]

"After two days, the officers drove my mom and me to La Perrera ("The Dog Cage") in McAllen. When we got there, they separated me from my mom again." Declaration of Angel A█████████, Ex. 156 ¶ 10. [Discussing treatment at a CBP facility before being transferred to Dilley]

"Upon arrival at this facility, the officials separated me from my mother. I was placed with female girls from 5 to 6 years old to fifteen or 16 years old." Declaration of Dixiana S█████████, Ex. 8 ¶ 3. [Discussing La Hielera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                 134            CV 85-4544-DMG (AGRX)

197

"I was very scared that I would never see my mother again. I cried. Most of the other girls with me were also crying." Declaration of Dixiana S██████████, Ex. 8 ¶ 5. [Discussing La Hielera]

"After about twelve hours in the facility, I was put back with mother on a bus that took us to the facility called the "Perrera" or Dog House. We were there three or four days. When we arrived at the facility, they separated me again from my mother. I could see my mom far away in another cell." Declaration of Dixiana S████████, Ex. 8 ¶ 7. [Discussing La Perrera]

"I didn't cry the first day when I was at this facility, but I began crying all of the time on the second and third day because I missed my mother. The majority of the other girls in my cell were also crying the whole time I was there. A male officer told me I would be able to see my mother at 6 pm for an hour and to stop crying.....I asked what time it was when the officer told me I could see my mom at 6 pm, but he said he was not permitted to tell me what time it was. I never got to see my mom until we left the facility and I was put on a bus with my mom." Declaration of Dixiana S████████, Ex. 8 ¶ ¶ 11, 12. [Discussing La Perrera]

"After two days we went to a closed house. The officials there were not able to speak Qeqchi. We were there for seven days. We were separated from each other. I couldn't speak to my mother, I could only see her from far away." Declaration of Josue P████████, Ex. 157 ¶ 5. [Discussing treatment at a CBP facility before eventually being transferred to Dilley]

"When we arrived, the officers separated me from my son. I asked why they had put me in one cell and him in another. They told me that the zero tolerance policy had started, and that they were going to separate mothers from their children. They told me I was going to go to court. I was told we would be separated because he couldn't go to court." Declaration of Patricia H████████, Ex. 159 ¶ 3. [Discussing La Hielera]

"The officers took us to another La Hielera, and I was separated from my son again. I was crying a lot when they separated me from my son. I was worried that they were going to deport him again without me." Declaration of Patricia H████████, Ex. 159 ¶ 14. [Discussing a CBP facility prior to Dilley]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    135        CV 85-4544-DMG (AGRX)

198

"On Sunday, May 25, 2018, they took us to McAllen-to La Perrera ("The Dog Cage"). We were together on the drive over but they separated us again at La Perrera. We were in La Perrera for six days, until May 30." Declaration of Patricia H████████, Ex. 159 ¶ 16. [Discussing La Perrera]

"For the whole six days we were in La Perrera, my son and I couldn't spend time with each other. We could only see each other from afar. I could see that my son felt ill, but the official told me that he had to ask for help, that I couldn't get help for him." Declaration of Patricia H████████, Ex. 159 ¶ 17. [Discussing La Perrera]

"At 12am on Friday June 22, my daughter and I were moved to a building called the doghouse. We were there for three days. When we arrived, they asked me for my daughter's age, and I told them that she was 11. They took her away and did not tell me where she was going." Declaration of Ana P████ ████, Ex. 37 ¶ 9. [Discussing La Perrera]

"I was held in a cage with 15-20 women. Everyone was always crying because we did not know where their children were. We had all been separated from them. The officials surveyed all of the women asking whether we had known that they were separating parents and children. They asked us why we were still willing to come to the United States. They did not give us any information about our legal rights or try to contact our sister in the United States." Declaration of Ana P████████, Ex. 37 ¶ 9. [Discussing La Perrera]

"On the second day in the doghouse, when we lined up to get our food, I saw my daughter in another line two cages away. She was crying. We made eye contact and I tried to comfort her with hand signs. We were not allowed near each other." Declaration of Ana P████████, Ex. 37 ¶ 11. [Discussing La Perrera]

"After about one day, my mother and I were taken to another facility, known as the Dog House, where we held for four days. We were immediately separated at the Dog House and stayed separated the entire time. We were allowed to talk to each other only once for ten minutes in the four days we were there." Declaration of Keylin M████████ (daughter of Daise M████ ████), Ex. 6 ¶ 6. [Discussing La Perrera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    136                    CV 85-4544-DMG (AGRX)

"I was very frightened and depressed the entire time. I was scared of the guards and scared I would be deported without my mother. I did not know where she was. I am still depressed. I also have nightmares and a lot of anxiety because of the separation." Declaration of Keylin M████████ (daughter of Daise M████████), Ex. 6 ¶ 7. [Discussing La Perrera]

"After one day, we were moved to another Dog House that was different than the first one. We stayed at this Dog House for one day and night. We were separated again immediately when we arrived at the second Dog House." Declaration of Keylin M████████ (daughter of Daise M████████), Ex. 6 ¶ 19. [Discussing La Perrera]

"After about one day, my daughter and I were taken to another facility, known as the Dog House, where we held for four days. We were immediately separated at the Dog House and stayed separated the entire time. We were allowed to talk to each other only once for ten minutes in the three days we were there." Declaration of Daise M████████ (mother of Keylin M████████), Ex. 27 ¶ 7. [Discussing La Perrera]

"At the pererra, they took my daughter away from me. I did not know where she was and could not ask. I was so afraid that something might have happened to her." Declaration of Rosa P████████, Ex. 169 ¶ 10. [Discussing the La Perrera]

"Right when we arrived I was separated from my daughter because they said that they had to separate children that were twelve years and older. They did not allow for me to hug my daughter or talk to her before they separated us. I could see my daughter from far away." Declaration of Sara P████████, Ex. 188 ¶ 8. [Discussing La Perrera]

"I saw my son a couple times at a distance but I never got to speak to him. I was terrified. I did not know if they would hit my son. I worried that he would not be able to sleep without me there... Later that day, I saw the officials leading my son somewhere. I asked where they were taking him, but they would not tell me. For 24 hours, I had no idea where he was or if he was ok. I was devastated." Declaration of Ruth M████████, Ex. 16 ¶¶ 10,11. [Discussing CBP facility]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                137          CV 85-4544-DMG (AGRX)

"Then they took my child away on Saturday, June 18th morning. He was crying and trembling. I tried to ask questions but the officials cut me off. Their behavior scared me so much that I didn't even ask where they were taking my child." Declaration of Herlinda C███████████████, mother of Gerson J██ ███████████████, Ex. 176 ¶ 7 [Discussing the Ice Box].

"I had to go to a different place than my mom where they put 15 and 16 year olds." Declaration of Noredith P███████████████, Ex. 179 ¶ 8 [Discussing La Perrera].

"When we arrived, I went to the bathroom and then my son who is 10 years of age was taken and put into another location because of his age. I was not told where my son had gone. I asked another women and other people if they knew where my son was. I was very worried. someone then told me that he is in the area where older kids go. I was separated from my son for 3 days." Declaration of Iris E███████████, Ex. 181 ¶ 3 [Discussion of La Perrera].

**Karnes ICE**

Facility prior to Karnes: "Four days later, on June 1, they took me and two other women to the place where the children were in cages. My daughter was in a cage at the end of the room. I ran to her crying. The officers laughed at me maliciously and called me a crybaby." Declaration of Jessica C██████████ ████ (mother of Jeisel C███████████), Ex. 202 ¶ 13.

Facility prior to Karnes: "They separated the men, women, and children. They took my daughter away and told me they would take her to another detention facility because I had to go to court." Declaration of Jessica C██████████ ████ (mother of Jeisel C███████████), Ex. 202 ¶ 10.

Facility prior to Karnes: "Afterwards, they brought me back to the dog houses. They gave me the phone number where my daughter was being held to use after I was deported. They didn't tell me where my daughter was. They told us we were not allowed to ask questions." Declaration of Jessica C██████████ ████ (mother of Jeisel C███████████), Ex. 202 ¶ 12.

"I didn't know exactly where my mother was, but knew that she was kind of far from me. They didn't allow me to be near my mother or talk to her." Declaration of Blanca R███████████, Ex. 191 ¶ 6.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    138              CV 85-4544-DMG (AGRX)

201

Facility prior to Karnes: "We crossed the river near McAllen and presented ourselves at the border to ICE on May 28, 2018 ... They thought Blanca wasn't really my daughter.  They threatened to take her away and actually did take her away for 4 days.  They told me to give my daughter all of her documents, that she was going to stay and they were going to deport me.  They told me not too cry.  Then they wrongly claimed that my paperwork for Blanca was false and claimed that she was not really 17. I kept saying she was born in 2001 and insisted she was 17.  . They wouldn't believe me and took her away." Declaration of Maria R██████████ (mother of Blanca R██████████████), Ex. 194 ¶ 7.

Facility prior to Karnes: "Sometimes they would let the kids out, if the kids tried to go the moms the officers would yell at the kids and wouldn't let them near the moms.  Blanca told me they kept telling her she was going to stay and her Mom was going to be deported. She said she didn't want to stay without her Mom.We were there for four days in the cage and  I didn't know where Blanca was.  I didn't see her.." Declaration of Maria R██████████ (mother of Blanca R██████████████), Ex. 194 ¶ 11-12.

Facility prior to Karnes: "After four days in the dog houses, they didn't say where we going, but they put us on a bus. That was the first time I saw Blanca since we had been separated ... Some of the women who rode on the bus with us went without their children." Declaration of Maria R██████████ (mother of Blanca R██████████████), Ex. 194 ¶ 13.

12. CLASS MEMBERS AND THEIR PARENTS ARE SUBJECTED TO HARSH AND ABUSIVE

   TREATMENT MAKING IT LESS LIKELY CLASS MEMBERS WILL EXERCISE THEIR

   FLORES RIGHTS


   Ursula CBP

"Every day, the guards told the boys in my cell that they were going to be adopted and that they would never see their parents again, that we were the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM             139          CV 85-4544-DMG (AGRX)

property of the United States because we were on their territory. The ones saying all the mean things were wearing gray. The ones wearing green would sometimes comfort children or ask why they were crying, but not the ones in grey. One of the ones in gray made sure that the Mexican boys always stayed in our corner and never were able to sit near the other children, even when we were all together for lunch. He told us not to bother the other children or start fights, because all Mexicans are like that. He treated everyone but the Mexicans well. I felt I was being discriminated against. I was told I would be deported by an official, and it didn't matter that I came with my mom." Declaration of Angel A███████████████████, Ex. 156 ¶ 10.

"While I was in the cell with the bathed girls, I was half asleep and they were calling a girl who had a similar first name as me. A male officer kicked me to wake me up to confirm whether or not I was the person they were looking for. I was not. The kick scared me and hurt, although I did not get a bruise." Declaration of Dixiana S███████, Ex. 8 ¶ 9.

"At the dog house, we were searched by another official, which triggered much anxiety for me.  My son had to go use the bathroom but was forced to wait on the threat that if we disrupted the process they would have to separate us.  My son is only three years old the idea of being separated was terrifying." Declaration of Noliba C███████ (mother of David A███████████), Ex. 184 ¶ 4

"While I was in the cell with the bathed girls, I was half asleep and they were calling a girl who had a similar first name as me. A male officer kicked me to wake me up to confirm whether or not I was the person they were looking for. I was not. The kick scared me and hurt, although I did not get a bruise." Declaration of Dixiana S███████, Ex. 8 ¶ 9.

"At the dog house, we were searched by another official, which triggered much anxiety for me.  My son had to go use the bathroom but was forced to wait on the threat that if we disrupted the process they would have to separate us.  My son is only three years old the idea of being separated was terrifying." Declaration of Noliba C███████ (mother of David A███████████), Ex. 184 ¶ 4

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    140            CV 85-4544-DMG (AGRX)

"When we arrived I had an interview with an immigration officer who asked me questions like why did I leave my country. I told him why. I also told him that I that I had an accident where I hit my head that causes me headaches and short term memory. He then screamed at me and told me I was lying and that he was going to deport me immediately. I started to freak out. I didn't want to go back to my country. I was frighten." Declaration of Bridis F████████ (mother of Sander F████████), Ex. 18 ¶ 6

"The female guards yelled at my daughter a lot, called her names and made fun of her and the other children. The female guards would not let her sleep and kicked her to keep her awake. They also called the children filthy and told them not to throw anything on the floor the way they would at home in their country. The female guards made my daughter and the other girls strip naked in front of them and ogled the girls before their showers. My daughter was scared of the guards, because they were really angry all the time." Declaration of Daise M████████ (mother of Keylin M████████), Ex. 27 ¶ 9

"The guards told [my daughter] that if she was hurt she would have to stay in the Dog House longer, so her daughter did not ask for medical care. The guards also would not allow the daughter to have an additional mylar blanket, so her daughter had to hide an extra blanket that someone who was leaving gave her to try and warm up her leg." Declaration of Daise M████████ (mother of Keylin M████████), Ex. 27 ¶ 10

"The female guards yelled at me and the other girls a lot. They called us names and made fun of us. The female guards would not let us and kicked us with their boots to keep us awake. They also called the some of the girls filthy and told them not to throw anything on the floor the way they would at home in their country. The female guards made me and the other girls strip naked in front of them and leered at us before their showers. It was very uncomfortable and caused me a lot of anxiety. I am still fearful of the guards today because of my treatment at the Dog Pound." Declaration of Keylin M████████ (daughter of Daise M████████), Ex. 6 ¶ 8

"The female guards would not let [my daughter] sleep and kicked her to keep her awake." Declaration of Daise M████████ (mother of Keylin M████████), Ex. 27 ¶ 9

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                 141              CV 85-4544-DMG (AGRX)

" The guards were really angry all the time, and we tried to stay quiet and not attract their attention." Declaration of Keylin M███████ (daughter of Daise M███████), Ex. 6 ¶ 9

"The Dog House is even colder than the Ice Box, and I was shivering the entire time. I was so cold that I had severe pain in my leg. I did not tell the guards, because they told us that if we said we were hurt that we would have to stay at the Dog House longer." Declaration of Keylin M███████ (daughter of Daise M███████), Ex. 6 ¶ 10

"The guards also would not allow us to keep the mylar blankets that people gave use when they were leaving because they said we were only allowed one blanket. We received no mattress pads." Declaration of Keylin M███████ (daughter of Daise M███████), Ex. 6 ¶ 11

"My leg hurt so bad form the cold that I hid one of the extra blankets so that I could wrap it around my leg. This made me very scared because the guards said they would punish us if we took extra blankets." Declaration of Keylin M███████ (daughter of Daise M███████), Ex. 6 ¶ 12

"I was housed in dog cages and I was constantly moved. This made me fearful for my safety and makes me scared today whenever a guard tells me I have to move." Declaration of Keylin M███████ (daughter of Daise M███████), Ex. 6 ¶ 17

"The guards were mean and cause the daughter to be in fear of them. The guards implied that if the daughter did not behave, the guards would separate the daughter from her mother." Declaration of Iris A███████ (mother of Sherlyn A███████), Ex. 7 ¶   12

"The female guards would yell at the detainees and kick them to wake them up. One of the female guards made fun of their nationalities and stated certain country's citizens were lazy." Declaration of Iris A███████ (mother of Sherlyn A███████), Ex. 7 ¶   13

"[W]e were repeatedly woken up with kicks by the guards." Declaration of Sandra M███████ (mother of Yanela D███████), Ex. 172 ¶ 3

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                   142              CV 85-4544-DMG (AGRX)

"The officials were yelling at us all the time. They made us wake up three times in the night to make us line up and go through a list. In the middle of the night, they would kick us to wake us up. There were women who asked the officials not to be rude, but the officials said that it wasn't their problem. The only thing the officials said was that it wasn't their fault that we came to this country illegally. They said they were just following orders. They would get angry when people would share food." Declaration of Leydi X██████████████, Ex. 30 ¶ 10.

"There are some officials at La Perrera wearing gray uniforms. They treated people poorly. These officials wake you up from your cushion in the middle of the night by kicking you – at least I think it was the middle of the night, because there were no windows and the light was on all the time. They also treat you poorly verbally. I heard them telling some women 'Why did you come to this country?' and to some men 'Why did you come to this country, and now I have to pay for you with my taxes?' I saw a woman take an apple from a box to give to her child, and an official told her 'What do you call that in your country? Don't you call that stealing?' There was a woman who was getting transferred to another facility, and I heard an official tell her 'get all of your filthy things and get out of here.'" Declaration of Sindy S██████████████, Ex. 33 ¶ 8.

**Chula Vista CBP**

"One border patrol agent told me they do not  want anymore Guatemala in this country which scares me and intimidated me. The second agent told me they would  send me right back to Guatemala. The third agent told me people like me are why Trump  has started this policies. All of the agents added to my fear and apprehension."  Declaration of Devis U████████████, Ex. 151 ¶ 4.

**El Centro CBP**

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                143         CV 85-4544-DMG (AGRX)

"The men who were here are very tough/mean. The same man also called me a "burro", which means a donkey or stupid person. They also told me they do not want stupid people like me here, bothering their country" Declaration of Manuel A███████████████, Ex. 43 ¶ 12.

"Several of the guards are very hostile. They said to me "why do you god damn Guatemalan come to invade our country?! you disgust me!" I asked another guard for toilet paper and he threw it at me." Declaration of Sandra M████ ███████████████ (mother of Angely A███████████ and Alisson A██ ███████), Ex. 65 ¶ 7.

"When I told the CPB officer that my mother was killed they made fun of me and said that I was 'weak'. I did not feel comfortable after that sharing my fear." ████████████████████████████ 8.

I was allowed to make a phone call to a friend, but I called really late. When my friend didn't pick up. A CBP officer said, 'this is it for you, you're fucked.'" ████████████████████████████ 9.

"The first person that interviewed me when I got here was wearing street clothes. I was cold and sleepy and I crossed my arms. The person said, 'You are lying to me! You're crossing your arms- that means you're lying! Why are you here?'" I was afraid." ████████████████████████████ 24.

"The guards call all the Guatemalans "burros" or stupid or they say we don't understand anything. They yell at us.." Declaration of Erick L████████, Ex. 61 ¶ 23.

"I try to behave well so that I don't suffer!" Declaration of Dennis M███████ ███████, Ex. 59 ¶ 7.

**McAllen CBP**

"My daughter was sick with a fever, so we opened the door to get a little air circulation. The guard came by and slammed it shut, and we couldn't open the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    144          CV 85-4544-DMG (AGRX)

door again after that." Declaration of ███████████████████ ¶ 6. [La Hielera].

"When I returned to La Hielera, the officials told me that they had already sent my son back to Mexico. I asked how they had done that if I hadn't signed any form, and the judge already told me that I could stay with my son. They told me I had two choices: either to stay in the United States because the judge had given me permission, or to be deported back to Mexico where my son was. I was so angry and confused. I said that I wanted to go with my son. They told me to sign my deportation. I said no, because I didn't have any reason to be deported. They told me I would be deported either way."  Declaration of Patricia H███████████, Ex. 159 ¶ 7. [Discussing McAllen CBP]

"Treatment by governmental officials was aggressive. A governmental official mocked my country of origin due to a volcano explosion and expressed that my country was 'done.'" Declaration of Maira S███████████, Ex. 164 ¶ 4. [Discussing La Hielera]

"We were taken to the Ice House. When we got there, they took our shoe laces, searched our hair and checked our entire bodies - backs and stomach. It was very uncomfortable for me particularly because I was searched by a man and I have suffered both physical and sexual abuse by men in the past."  Declaration of Blanca M███████████, Ex. 20 ¶ 4. [Discussing McAllen CBP]

**San Ysidro CBP**

We came from Uruapan asking for rides and it took us a month and a half to get here...We arrived at the border at Chapparal. It's the new gate in Tijuana. We waited for three weeks with a lot of people there. We took a number and waited to be called to apply for asylum. We checked every three days to see how close we were to our number being called. The list of numbers was organized by a group called Beta. When our number was called, Beta walked 20 of us over a bridge that was very crowded with people. From there, the US officers walked us to a place that looked like a warehouse where they took information from my mom. My mom wanted to tell them about all of the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          145          CV 85-4544-DMG (AGRX)

208

violence in Uruapan, but they only let my mother say three words, so she said, 'Insecurity, and they took away my children's father.'" Vanessa R███████ ███████, Ex. 137 ¶ 5

"The officers yelled at me because I was nervous when I was providing my children's birthdates." "We were not given any clothes. Emilio peed his pants earlier today ...We have no soap or laundry detergent to wash our clothes." Declaration of Rosalva P████████ (mother of Ana, Daysi, Alexis, and Emilio P████, Ex. 130 ¶ 5,12.

"The officers have been screaming at me today. I didn't know where the kitchen area was and they screamed at me that I was going the wrong way. I was walking with a woman with a small baby and trying to help her find diapers and they yelled at us." Declaration of Michelle T███████████, Ex. 135 ¶ 7, 11.

**Yuma CBP**

"When I arrived I was yelled at to sign documents. I did not understand what I was signing because it was in English. I did not receive copies of any of the documents I signed. They also did not believe me that my niece, who was also with me, my sister, and my daughter, was not my daughter. They told me to stop lying or I would not see my daughter again." Declaration of Graisy I███████████████ (mother of Dairany L███████████), Ex. 121 ¶ 4.

"I have no shoes because they took my shoes' laces and my shoes are too big so they won't stay on. They have not given me another pair of shoes." Declaration of Magdalena P████████████, Ex. 126 ¶ 8.

"On the first day, Melannie asked for a juice for her little brother who was hungry. The female agent yelled at me and said 'just soup only.' All three are afraid and no one will explain anything that is going to happen" Declaration of Melannie O████████, Ex. 107 ¶ 8

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                146        CV 85-4544-DMG (AGRX)

209

**Interviews at Berks**

Facility prior to Berks: "A male officer told my son Lester in Spanish that if he wanted to stay in the U.S., he would have to go into the military and fight in a war. He made my son agree that he would do that, and my son said he would be willing. I worried that Lester was going to be taken from me." Declaration of Daniel M██████, (father of Lester M████████████), Ex. 207 ¶ 5.

"The officers verbally abused us and called us pigs ("marranos") when they gave us our food." Declaration of Gabriel G████████████ (father of Crecencio), Ex. 208 ¶ 4 [discussing previous CBP facility].

Interviews at Dilley ICE

"Here. an official told me that I was going to be punished for crossing the border and coerced me into signing several documents which were all in English language." Declaration of Santos A████████████, Ex. 171 ¶ 5. (Discussing harsh treatment at 2nd Ice House)

"We were taken to the 'Ice House.' When we got there, they took our shoe laces, searched our hair, and checked our entire bodies -- backs and stomach. It was very uncomfortable and humiliating." Declaration of Noliba C████████ (mother of David A████████████), Ex. 184 ¶ 3

"The guards at the Dog Pound yelled at me and called me names. The guards called me and my daughter lazy and kicked me with their boots in order to keep me awake so that my daughter and I could not sleep. If the children did fall asleep, the guards would wake them up." Declaration of Ana V████████ ████████████ (mother of Ashli D████████████), Ex. 10 ¶ 3

"The female guards were yelling at the mothers separated from their children not to look at their children in the separate cages. The female guards told the

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM            147            CV 85-4544-DMG (AGRX)

mothers and children that they would be punished for looking at each other." Declaration of Lidia S██████████████████ (mother of Marcos M████ ██████████), Ex. 3 ¶ 5 [Discussing La Perrera]

"We sought medical care four times at Dilley and were give only acetaminophen each time. At the fourth visit, the male nurse told me to go to the mental health facilities, because I was imagining my pain. He never gave me a physical examination and yelled at me that he had already given me medicine so what else did I want him to do. After my social worker found out I had been to the medical facilities four time without help, she insisted that a doctor see me. The doctor immediately sent me to the hospital where I found out my urinary tract infection had turned into a kidney infection, which is very dangerous for me." Declaration of Lidia S█████████████████ (mother of Marcos M██████████████), Ex. 3 ¶ 6

"I could not sleep at all because the police were always yelling at all of us on the floor. They would kick us when we were on the floor to make sure that we were not sleeping or resting. One time when I was sitting there and I did not respond to them kicking me the guard grabbed me my by shirt and pulled me back and forth only to make sure that I was awake." Declaration of Sara P████████████, Ex. 188 ¶ 8. [Discussing La Perrera]

"On the second or third day there, my daughter soiled herself from peeing and pooping and wanted to wash her private parts. She was used to cleaning her private parts every day. I asked ifI could clean her because her underwear were soiled. The guards said, "No." They said that they only have 10 showers. She remained in her dirty underwear until we arrived at Dilley several days later." Declaration of Fatima ████████, Ex. 22 ¶ 3. [Discussing La Perrera]

"The CBP officers that captured me yelled at me saying that he had kids himself and that in my position, he would never have put his children in this much risk." Declaration of Dilsia R████ Ex. 4 ¶ 3. [Discussing treatment while being apprehended]

"I was finally able to sleep on the mattress but shortly after a tall woman officer that was dressed on brown woke me up by kicking me. She said "you are not in your own house ... WAKE UP!" She ordered me to move to another room to

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    148          CV 85-4544-DMG (AGRX)

answer questions. May daughter began to cry when I was taken away to another room. When she walked to the closest fence where I was taken, the official yelled at my daughter and said 'What do you think you are doing over here? Do you want to get yourself deported right now?!' I found my daughter in tears when I saw her again." Declaration of Dilsia R█████ Ex. 4 ¶ 6. [Discussing La Perrera]

"The guards were very rough with us and one of them came and told me and my son that we had no rights in this country because we entered the country illegally and that we needed to sign a piece of paper. I refused to sign it and the man yelled and made me and my son cry." Declaration of Maria d█████ █████ (mother of Ever P███████), Ex. 175 ¶ 5 [Discussing the Dog House].

"The officials would also kick people if they did not wake up when they were called to go somewhere." Declaration of Ruth M███████, Ex. 16 ¶ 14. [Discussing CBP facility]

"On a couple of occasions, officials at the Perrera woke my daughter up by kicking her. One morning, an official woke me up saying that I should stand up because the facility was not my home, but theirs. Due to the low temperature at the Perrera, Sheyli got a cold, which she is still suffering today. She was also hurting from a leg and asked for medical assistance, but she was denied any medical assistance during her stay." Declaration of Alba P█████ (mother of Sheyli J███████), Ex. 186 ¶ 5. [Discussing La Perrera]

"My daughter and I received very bad treatment at the Perrera. Upon my arrival to this facility, I was interviewed by an official, who informed me that my case was a lost case and that I would be deported in four days. On another occasion, an official with a tag that read "J. Loza" asked that all detainees from El Salvador raise our hands, and thereafter referred to those of us that raised our hands as the "Maras."" Declaration of █████████████████ ███████████████████████ ¶ 4. [Discussing La Perrera]

"In the early morning, officials at the facility would wake us up by kicking us in the ground. " Declaration of █████████████████ ███████████████████ ¶ 5. [Discussing La Perrera]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM          149          CV 85-4544-DMG (AGRX)

"The guards kicked adults and children to keep them awake and would take blankets off children." Declaration of Iris E███████, Ex. 181 ¶ 3 [Discussing La Perrera].

"They put me in a corner of the cell and separated me from the other boys because I am Mexican. We were all together in the same cell, but the guards made me and the other Mexican boys sit under the vent where it was coldest." Declaration of Angel A███████████, Ex. 156 ¶ 10. [Discussing treatment at a CBP facility before eventually being transferred to Dilley]

"The guards were always waking us up in the middle of the night to do the list. The ones who didn't want to get up, the guards would kick. There were children as young as 5 in the cell, but the guards would shake them hard to wake them up." Declaration of Angel A███████████, Ex. 156 ¶ 12. [Discussing treatment at La Perrera in McAllen before eventually being transferred to Dilley]

"The atmosphere in the cell was really hard. The children would cry constantly. Sometimes the mood would lighten – they would put on a movie – but then a guard would come by and say that the children would be sent away to live in a foster home and never see their parents again." Declaration of Angel A████████████, Ex. 156 ¶ 13. [Discussing treatment at La Perrera in McAllen before eventually being transferred to Dilley]

"They called the consulate, who asked for my information, where I was going and why. I asked him why this call was happening? The consulate said it was so I could be deported." Declaration of Angel A███████████, Ex. 156 ¶ 14. [Discussing treatment at La Perrera in McAllen before eventually being transferred to Dilley]

"In La Perrera, I could see that some of the other boys got to spend time with their parents, but only boys from Central America. I never got to speak with my mother, nor did any of the other boys from Mexico." Declaration of Angel A███████████, Ex. 156 ¶ 15. [Discussing treatment at La Perrera in McAllen before eventually being transferred to Dilley]

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    150              CV 85-4544-DMG (AGRX)

**Interviews at Karnes ICE**

"The CBP officer asked why I came to the U.S. I said because I feared returning to El Salvador. The officer began screaming at me and told me that I was a lying because "all El Salvadorans, Hondurans, and Guatemalans come with the same lie." The CBP officer said she did not make any more money for asking more questions." Declaration of Yaneth C███████████ (mother of Damaris D███████████), Ex. 206 ¶ 2.

Facility prior to Karnes: "Four days later, on June 1, they took me and two other women to the place where the children were in cages. My daughter was in a cage at the end of the room. I ran to her crying. The officers laughed at me maliciously and called me a crybaby." Declaration of Jessica C███████ ███ (mother of Jeisel C███████████), Ex. 202 ¶ 13.

Facility prior to Karnes: "In second place, they threatened to separate us, it was very frightening  They didn't hurt us, but threatened to send us back to Guatemala.  We are both very afraid to go back to Guatemala." Declaration of Beysi M███████████, Ex. 189 ¶ 17.

Facility prior to Karnes: "One time someone told my roommate that her son had to sleep in his own bed, not with her, or they were going to "take him away" and put her in prison.  This added to my own stress with my son, but I do my best to protect him." Declaration of Beysi M███████████, Ex. 189 ¶ 17.

Facility prior to Karnes: "I traveled with my daughter to the Mexican border at Calexico, CA. I presented myself to an immigration officer and asked for asylum. I was told to sit on a bench outside where we sat for seven days. We were not given food or water, nor were we allowed to use the bathroom. We were not given anything to clean ourselves up with." Declaration of Karla J███████████ (mother of Litzy N███████████), Ex. 203 ¶ 3-4.

Facility prior to Karnes: "The guards would wake up the children at 4 a.m. and telling them to walk around because 'these were the rules in the U.S.' and that 'here we do things the way we say, not like in your own country.'" Declaration

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    151          CV 85-4544-DMG (AGRX)

214

of Claudia Alexandra Quintanilla-M█████ (mother of Fernando Jose Hidalgo Quintanilla), Ex. 205 ¶ 4.

Facility prior to Karnes:"When we arrived at La Hielera, an official told me I had to sign some papers.  I didn't know what they said because I can't read and no one explained them to me.  I was worried about signing them because I didn't understand what I was signing, but the official got annoyed with me and told me I had to, so I signed them." Declaration of Nora E████████████████ (mother of Nery E████████████████), Ex. 195 ¶ 4.

Facility prior to Karnes: "They didn't want us to talk too much and I was afraid to say anything after they yelled at another woman who told them her daughter was sick." Declaration of Besy J████████████████ (mother of Amber-A██████████████), Ex. 190 ¶ 11.

"My pants were wet because of crossing the river, but they didn't give me a change of clothes." Declaration of Blanca R████████████, Ex. 191 ¶ 4.

Facility prior to Karnes: "The ICE officer asked us why we were there.  I was very nervous, and didn't say too much. They thought Blanca wasn't really my daughter.  They threatened to take her away and actually did take her away for 4 days.  They told me to give my daughter all of her documents, that she was going to stay and they were going to deport me.  They told me not too cry.  Then they wrongly claimed that my paperwork for Blanca was false and claimed that she was not really 17.    I kept saying she was born in 2001 and insisted she was 17. . They wouldn't believe me and took her away." Declaration of Maria R████████ (mother of Blanca R████████████), Ex. 194 ¶ 7.

Facility prior to Karnes: "People were desperate, hopeless, and sad.  They were crying all the time.  Some officials had a bad heart and wouldn't bring napkins or diapers for the children, so the children had to just sit in a dirty diaper.  I saw one child who was about two years old without any pants and no one gave him pants for three days." Declaration of Lucia R████████████████ (mother of Ambrosia T██████████████), Ex. 193 ¶ 10.

████████████████), Ex. 197 ¶13.

Facility prior to Karnes: "On the last night in El Paso I was forced to take a shower at 10pm. They woke me up at 1am and said I had to shower again. I

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    152            CV 85-4544-DMG (AGRX)

said I already had one and that my son was sleeping, and I didn't want to wake him up. They said wake him up and get in the shower. "Don't be a dirty pig." My son didn't want to take a shower because he was cold. When they weren't looking I just washed his hair and didn't wet his body. We were not given clean clothes. I had no toothbrush or toothpaste. I wasn't given a towel. I just got back into my clothes and returned to the freezing cell." Declaration of Maira L██████████████ (mother of Leonardo A██████████████), Ex. 201 ¶ 9.

Facility prior to Karnes: "One day I asked an officer for a juice for my baby. The officer didn't give it to me and said be grateful you are here. This isn't your country." Declaration of Maira L██████████████ (mother of Leonardo A██████████████), Ex. 201 ¶ 11.

 "At lunchtime my daughter became ill from eating the food and she had to go to the bathroom. When we came back they had thrown out my food. Then they yelled at me when I asked for more food. They told me, 'You can't go into the bathroom.' When I replied, 'Why not others did,' the officer kept yelling at me. Another officer asked her colleague to stop but she did not. This terrified my daughter who had just heard a story about how a border patrolman had killed a migrant woman. I was forced to leave without finishing my meal. My daughter had not eaten her meal either." Declaration of Madelin Y████ ██████████ (mother of Breidy A████), Ex. 204 ¶ 3.

"Today, around 1 p.m. after eating lunch I saw a paper on my bed that said that I had an appointment. But when I came out to go to the appointment one of the guards yelled at me to go back into my room. The guards forced me to back into my room. I told them I had an obligatory appointment with the psychologist, but they told me I could not leave the room. I missed the appointment." Declaration of Madelin Y██████████████ (mother of Breidy A████), Ex. 204 ¶ 5.


13. CLASS MEMBER CHILDREN ARE RECEIVING INADEQUATE MEDICAL CARE WHILE IN

   DEFENDANTS' CUSTODY, ENDANGERING THEIR HEALTH AND SAFETY

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM            153        CV 85-4544-DMG (AGRX)

216

CBO facility prior to Karnes: ".  Some people got ill and started vomiting from only eating soup.  There was one child there who had diharrea, had dry lips, he had a fever.  The officials didn't do anything to help the child and didn't give him anything.  They just told us that it was our fault the child was sick and slammed the door on us." Declaration of Lucia R█████████████████ (mother of Ambrosia T███████████), Ex. 193 ¶ 9.

"The children all got sick. My daughter was sick the whole time. She kept vomiting. I told an official that she was sick. He said, 'why did you come from your country?' They did not bring a doctor or any medicine." Declaration of Keila P███████████, Ex. 168 ¶ 11. [Discussing La Perrera]

"Both my daughter and I got the flu at Dilley. I am still sick, and my daughter caught chicken pox about eight days ago, even though she received the chicken pox vaccination when she was here." Declaration of Ana V██████████████████ (mother of Ashli V████████████████), Ex. 10 ¶ 8.

"My daughter and I cannot get access to adequate medical care at Dilley, because the lines are too long. Today I stood in line for three and a half hours to receive my medicine. In addition, there is a lot of lice and viruses in the facility that infect the children, including my daughter who got lice in addition to the stomach flu." Declaration of Ana V█████████████████ (mother of Ashli V████████████████), Ex. 10 ¶ 9.

"My son has had a fever for roughly 10 days on and off and it is very hard to get him medical attention.  The majority of kids and adults in Dilley are sick. They are running fevers and have coughs.  The lines are very long sometimes I have waited up to 2 hours in the sun in order to get medicine and sometimes there is only one person dispending [sic] medicine.  He started to get a rash 3 days ago and it is now spreading to his legs.  The doctors at the medical facility tell me it is viral and it will go away on its own.  I am very worried.  I don't know what else I can do for him." Declaration of Noliba C██████████ (mother of David A████████████████), Ex. 184 ¶ 6,7 (Dilley ICE)

"My son started to get sick at the dog house.  I experienced headaches.  I asked for medication for my son, but the officials told me there was no

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    154              CV 85-4544-DMG (AGRX)

217

medications on site." Declaration of Noliba C█████████ (mother of David A█████████████), Ex. 184 ¶ 4 (discussing La Perrera)

"There is another baby about three years old who has not had a bowel movement for four days and his stomach is very hard. The mother told the guards, and they did nothing," Declaration of Denia M█████████████████ (Mother of Zoe V██████████████), Ex. 42 ¶ 9.

"Medical care at Dilley are poor. Medical attention typically takes several hours. Lines to obtain medicine always take several hours. On one occasion, my daughter had fever and we visited the doctor's office. The first doctor that helped us said that Lourdes did not have a fever and dismissed us, but this finding was rejected by a second doctor that we saw on the same day. This doctor told me that Dilley does not prescribe antibiotics at the facility, so despite the fact that my daughter had an infection she was only prescribed ibuprofen to reduce the fever. After four days of having a fever, the doctors finally prescribed antibiotics. In my experience, other detainees has suffered from similar experiences." Declaration of Lourdes R████████████, Ex. 19 ¶ 6.

"The children in the room got sick. They vomited, coughed, and had fevers. The women with children were not allowed to bathe them. The officials asked if the children needed medical attention, but told their mothers that coughs and fevers were not real sicknesses. They would not provide medicine. I was so afraid that my son, who already had a fever, would get sicker due to the cold." Declaration of Ruth M████████████, Ex. 16 ¶ 8. [Discussing CBP facility]

"When my son and I arrived to this place in Dilley, my son became very sick. He was sick for 3 ½ weeks. I went to the Pharmacy and explained the situation and they gave me medication. I had to go the next day and that time they shut the window and said that they could not talk and I was told that there was no more medicine. Then I went back to my room because they told me they would tell me when the medication is ready. Then the next day they called and said that they were going to call ICE because 'you don't care about your child because you didn't come' and 'what do you care about more, you or your child?'" Declaration of Iris E███████████, Ex. 181 ¶ 8.

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM            155            CV 85-4544-DMG (AGRX)

218

"Since we arrived yesterday, my daughter is now having diarrhea... I don't want to ask for a doctor because I'm afraid the officials will retaliate and hurt my case if I do. My daughter also has a bad diaper rash" Declaration of Denia M███████████ (Mother of Zoe V███████████), Ex. 42 ¶ 8.

"I am weak because of lack of food and sleep." Declaration of Abel A██████████, Ex. 44 ¶ 4.

"I feel my child needs medical attention. She is severely constipated and might be feverish in addition to the rash." ███████████████████████ ¶ 5.

"Some of the young children were vomiting and having stomach problems. One of the women, whose child was vomiting and not eating, asked for medical help. They gave her some Gerber food and later brought some fluids for dehydration." Declaration of ████████████████ ¶ 14 (McAllen CBP).

"My girl has had a lung infection since before we arrived at this facility." Declaration of Cindy J███████████ (mother of A███████████), Ex. 84 page 1.

"I had to ask permission to take other things from the luggage, the teething biscuits which they let me have only two of, then asked to take ointment for her chest, a menthol ointment, they didn't let me take that. So I have nothing to give her for the cold." "I am worried the baby is uncomfortable because the room is very cold and she is getting sick, and I can hear the cold has caused her breathing to change and she is getting congested. No one has checked on us so I have not been able to tell anyone about my baby's medical condition." Declaration of Hazlyn D███████████, Ex. 139 ¶ 3, 5 (San Ysidro CBP).

"My daughter has not been able to see a doctor. Her stomach has been hurting her." Declaration of L███████████ (mother of A███████████), Ex. 110 ¶ 8 (Yuma CBP).

"My daughter has a cold from being in the facility and they have not brought a doctor." Declaration of Aurelia R███████████ (mother of Emily J███████████), Ex. 113 ¶ 8 (Yuma CBP).

EXHIBIT 11 TO PLAINTIFFS' MEMORANDUM          156          CV 85-4544-DMG (AGRX)

219

"I was taken to the hospital in the middle of the night--approx. 1AM - 3AM- because my stomach was hurting. I told them it was hurting when I first arrived at Yuma CBP. At the hospital, the doctor gave me 2 pills to swallow & one pill to dissolve under tongue. They gave other pills for me to the officer that accompanied me, but those have not been given to me since." Declaration of Braylin A█████████████ Ex. 117 ¶ 6 (Yuma CBP).

"I was given a silver blanket but no mattress. I was not offered a shower. I was not offered medical help though I need it for my elbow." Declaration of Juan A█████████████, Ex. 105 ¶ 3 (Yuma CBP).

"My daughter has a medical condition that makes it difficult for her to go to the bathroom. They took her medicine and did not replace it." Declaration of Lesvia E█████████████, Ex. 158 ¶ 6. (discussing La Perrera)

"My daughter has been having a lot of anxiety and trembles often. She has become withdrawn. She always wants to know where we are going next and when we will be able to leave and see her aunt." Declaration of Ana P██████████, Ex. 37 ¶ 15. (discussing La Perrera).

"I am disappointed by the medical services at Dilley. My son has been sick for one week he has been coughing and has a fever and was vomiting up until two days ago. The infirmary gave him antibiotics, but he is still coughing and has a fever. My son sleeps a little at night, but his fever spikes. I am not able to sleep because I am worried about my son's health. He does not eat, but drinks water and juice." Declaration of Blanca C█████████, Ex. 160 ¶ 5.

"The medical treatment in Dilley is not sufficient. The medicine that I received at Dilley for my leg injury did not stop the pain in my leg, although the medicine that I was taking in Honduras since August 2017 did stop the pain. ... I had to wait for five days to get treatment for my leg. I asked for crutches so I could walk but they would not give them to me ... My son was coughing, vomiting, and had a fever. They did not give him any medicine for his fever, cough or vomiting. About a week ago my child had a fever and was vomiting, and I went to the clinic, about six times in three days, and the nurses refused to admit my child or provide him any assistance. Only after he saw the doctor, and he confirmed the child had a fever, did my son receive treatment for a fever

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    157            CV 85-4544-DMG (AGRX)

and conjuctivitis. They gave me an armband that meant that I don't have to wait at the pharmacy because I had to wait for 2 or 3 hours to get medicine before they gave me the armband. They gave me this armband after 20 days." Declaration of Jeydi M███████, Ex. 162 ¶ 6.

"You see a lot of sick kids here at Dilley. You see kids with chicken pox and also some throwing up in the cafeteria. Britney caught a small cold after we arrived at Dilley. The conditions are better here than the dog house and ice house, however, it is hard to get medication." Declaration of Blanca M███████, Ex. 20 ¶ 8.

"I only have one kidney, and I developed a urinary tract infection while at the Dog Pound and unable to drink. My son also got very sick. We sought medical care four times at Dilley and were give only acetaminophen each time. At the fourth visit, the male nurse told me to go to the mental health facilities, because I was imagining my pain. He never gave me a physical examination and yelled at me that he had already given me medicine so what else did I want him to do. After my social worker found out I had been to the medical facilities four time without help, she insisted that a doctor see me. The doctor immediately sent me to the hospital where I found out my urinary tract infection had turned into a kidney infection, which is very dangerous for me. While I was gone, my son was alone at Dilley. He developed a fever and threw up multiple times while I was away. However, he was not given any medicine." Declaration of Lidia S█████████████ (mother of Marcos M███████), Ex. 3 ¶ 6

"Despite the severe illness of me and my son, we were not given any help from the medical facilities at Dilley. The only ones who helped us were social workers who insisted that we see doctors and not the nurses who had been ignoring us." Declaration of Lidia S█████████████ (mother of Marcos M███████), Ex. 3 ¶ 7

"The Dog House is even colder than the Ice Box, and my daughter and I were shivering the entire time. My daughter was so cold that she had severe pain in her leg. The guards told her that if she was hurt she would have to stay in the Dog House longer, so my daughter did not ask for medical care." Declaration

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                158        CV 85-4544-DMG (AGRX)

221

1    of Daise M█████████ (mother of Keylin M█████████), Ex. 27 ¶ 6 (Ursula
2    CBP)

3    "I also started to feel sick. I had chills and a cough. I asked for medicine about
4    1 pm but was sent away and told to come back 2 hours later. I returned and
     they said I need to come back later again. It was 9 pm before I was able to get
5    medication." Declaration of Maria d█████████ (mother of Ever P█████
6    █████), Ex. 175 ¶ 6 (Ursula CBP).

7    "I asked Gerson if he got sick and he said that his cough got worse and that
8    his nose was congested and that it was difficult to sleep." Declaration of
     Herlinda C█████████, mother of Gerson J█████████, Ex.
9    176 ¶ 11 [Discussing the perrera].

10   "Due to the low temperature at the Perrera, Sheyli got a cold, which she is still
11   suffering today. She was also hurting from a leg and asked for medical
12   assistance, but she was denied any medical assistance during her stay."
     Declaration of Alba P█████████ (mother of Sheyli J█████████), Ex. 186 ¶ 5.
13   [Discussing La Perrera]

14   "Medical attention at Dilley is deficient. I have attended the doctor's office
15   several times to treat my daughter, who has suffered a cold and a fever, but
16   lines typically take hours and we sometimes are not given medicine and are
17   asked to come again the following day. During the last few days I stopped by
     the doctor's office to make consultations on my pregnancy, as I have not being
18   feeling well, but medical staff have not attended me and have asked me to
19   come back in three days." Declaration of █████████████████████
20   █████████████████████████████ ¶ 7.

21   "My daughter fell ill on the third day we were here. I went to get medical
22   attention, but did not receive services for her because the lines were too long."
     Declaration of Rocio M█████████, Ex. 180 ¶ 11.

23
24   Facility prior to Karnes: "My son didn't eat for a couple of days and fainted. He
     woke up with some water but never saw a doctor or a nurse." Declaration of
25   Beysi M█████████, Ex. 189 ¶ 12.

26   Facility prior to Karnes: "I caught the flu while we were there, but was not given
27   any medicine. Thankfully, my son did not get the flu but he did develop an eye

28
     EXHIBIT 11 TO
     PLAINTIFFS' MEMORANDUM          159        CV 85-4544-DMG (AGRX)

infection. in the "refrigerators" where they held us in Arizona. He did not receive medical attention or medicine until we got to Karnes. They gave him some eye drops and it is getting better now."  Declaration of Beysi M█████ ██████████, Ex. 189 ¶ 13.

"Today, around 1 p.m. after eating lunch I saw a paper on my bed that said that I had an appointment. But when I came out to go to the appointment one of the guards yelled at me to go back into my room. The guards forced me to back into my room. I told them I had an obligatory appointment with the psychologist, but they told me I could not leave the room. I missed the appointment. The appointment was very important to me because it was to help me process the trauma of physical, mental, and sexual abuse from the father of my child." Declaration of Madelin Y██████████████ (mother of Breidy A████), Ex. 204 ¶ 5.

"There is someone who has been here a week, who has her period, who has not been able to bathe." Declaration of Marlyn E████████████ (spouse of Kevin A██████████ and mother of Claudia V███████████ and Emerson Y██████████), Ex. 39 ¶ 7 (El Centro CBP).

EXHIBIT 11 TO
PLAINTIFFS' MEMORANDUM                    160              CV 85-4544-DMG (AGRX)

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 2 OF 12 [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1