CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>          Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>          Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 5 OF 12 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**]<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

### INDEX OF EXHIBITS

**VOLUME 1**

1.  Declaration of Class Counsel, Peter Schey............................................... 1

2.  List of Licensed Group Homes and Homeless Youth Shelters......................... 5

3.  Declaration of Lidia S███████████ ............................................. 25

4.  Declaration of Dilsia R█████ .....................................................29

5.  Declaration of Josselin H████████ ..........................................33

6.  Declaration of Keylin M███████ ..............................................37

7.  Declaration of Iris A████████ ...............................................41

8.  Declaration of Dixiana S██████ .............................................. 46

9.  Declaration of Maria Angela A█████████ ................................. 50

10. Declaration of Ana Vilma M███████ ........................................ 54

**VOLUME 2**

11. Excerpts of Exhibits.................................................................58

**VOLUME 3**

12. Declaration of Cristobal R█████████ .....................................224

13. Declaration of Delmis V███████ ...........................................229

14. Declaration of Justin L██████████ .......................................233

15. Declaration of Mayra S█████ ............................................... 242

16. Declaration of Ruth M████████ ...........................................246

17. Ommitted

18. Declaration of Bridis F███████ ............................................250

19. Declaration of Lourdes R█████████ ..................................... 254

20. Declaration of Blanca M██████ ...........................................257

21. Declaration of Brandon S█████████ .....................................262

22. Declaration of Fatima O██ ...................................................265

23. Declaration of Nohemi P███████ .........................................269

24. Declaration of Doris M███ ..................................................272

25. Declaration of Karen B█████████ .........................................276

26. Declaration of Jefferson A████████ ......................................281

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

27. Declaration of Daise M███████████ .......................................................285

28. Declaration of Alejandra R████████ ...............................................289

29. Declaration of Dinora C████████ ..................................................293

30. Declaration of Leydi X████████████ .............................................298

**VOLUME 4**

31. Declaration of Floridalma L████████ ...........................................302

32. Declaration of Anet M████████ .................................................309

33. Declaration of Sindy S████████ ...............................................314

34. Declaration of Timofei F██████ .................................................318

35. Declaration of Cesar A████████████ .........................................323

36. Declaration of Kevin U████████ ...............................................329

37. Declaration of Ana P████████ .................................................338

38. Declaration of Alma R████████████ .........................................342

39. Declaration of Marlyn E████████████ .......................................346

40. Declaration of Jeydi I████████████ .......................................... 353

41. Declaration of Tarino A██████ .................................................356

42. Declaration of Denia M████████ ...............................................361

43. Declaration of Manuel A██████████████ .....................................367

44. Declaration of Alma S████████ ...............................................374

45. Declaration of Abidalia G████████ ........................................... 378

46. Declaration of Gladys I████████ .............................................382

47. Declaration of Baljit K███ .......................................................385

48. Omitted

49. Declaration of Edgar R████████████ .......................................390

50. Declaration of Ermita M██████ ...............................................394

**VOLUME 5**

51. Declaration of Fanny Damarys A████████████ .............................397

52. Declaration of Nery Baltazar M████████████ ............................401

53. Declaration of Selena B████████ ............................................ 404

54. Declaration of Victor A████████ ............................................408

55. Declaration of Yeimin B████████ ...........................................413

2

56. Declaration of Anghelo M███████████ ...................................419

57. Omitted

58. Declaration of Sergio C██████████ .............................................426

59. Declaration of Dennis M█████████ ...........................................430

60. Declaration of Emilson E███████████ ........................................434

61. Declaration of Erick L██████████ ...............................................437

62. Declaration of Gladys I█████████ ................................................444

63. Declaration of Marcedonio P██████ ............................................447

64. Omitted

65. Declaration of Sandra M████████████ .......................................451

66. Declaration of Elmer S██████████ ..............................................455

67. Declaration of Yonain G█████████ .............................................460

68. Declaration of Juan M██████████ ..............................................463

69. Declaration of Ivania L███████ ...................................................466

70. Declaration of Geovany D████████████ ....................................469

**VOLUME 6**

71. Declaration of Ricardo  M███████████ ......................................472

72. Declaration of Abilio I████████████ ..........................................475

73. Declaration of Itzel C██████ ......................................................478

74. Declaration of Dony  A██████████ .............................................481

75. Declaration of Bartolo  D███████████ .......................................484

76. Declaration of Minta M█████████████ ......................................487

77. Declaration of Noe R█████████ .................................................490

78. Declaration of Rony  E█████████ ...............................................493

79. Declaration of Felipe G███████ ..................................................496

80. Declaration of Otoniel A██████████ ...........................................499

81. Declaration of Pedro V█████████ ............................................... 502

82. Declaration of Lester  Y█████████ ..............................................505

83. Declaration of Carol V████████ ................................................... 508

84. Declaration of Cindy J███████ .................................................... 513

85. Declaration of Edwin A█████████ .............................................. 518

86. Declaration of Elvi O████████ ....................................................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS

CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████ .......................................................... 532

88. Declaration of Denis J█████ ..................................................................536

89. Declaration of Juan C█████ ....................................................................542

90. Declaration of Lucia G█████ ..................................................................549

91. Declaration of Norin U█████ .................................................................. 554

92. Declaration of Skarleth G█████ .............................................................. 559

93. Declaration of Carol S█████ ...................................................................564

94. Declaration of David A█████ ..................................................................572

95. Declaration of Elry A█████ .....................................................................579

**VOLUME 7**

96. Declaration of Eydi Y█████ .................................................................... 582

97. Declaration of Jesica Y█████ ...................................................................585

98. Declaration of Katherine B█████ ............................................................ 591

99. Declaration of Kevin G█████ ...................................................................599

100. Declaration of Miguel A█████ .................................................................606

101. Declaration of Rebecca Y█████ ..............................................................613

102. Declaration of Yender E█████ .................................................................619

103. Declaration of Elmer V█████ ..................................................................626

104. Declaration of Deny N█████ ....................................................................630

105. Declaration of Juan A█████ .....................................................................634

106. Declaration of Horacio A█████ ...............................................................638

107. Declaration of Melannie O█████ .............................................................642

108. Declaration of Vicenta P█████ ................................................................ 647

109. Declaration of Miriam B█████ .................................................................650

110. Declaration of Loida G█████ ...................................................................653

111. Declaration of Loida C█████ ...................................................................656

112. Declaration of Genoveva G█████ ...........................................................659

**VOLUME 8**

113. Declaration of Aurelia R█████ .................................................................662

114. Declaration of Ana M█████ ....................................................................665

115. Declaration of Celestino A█████ ............................................................. 668

116. Declaration of Jose L█████ .....................................................................671

4

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                          CV 85-4544-DMG (AGRX)

117. Declaration of Braylin A█████████ .................................................. 674

118. Declaration of Ventura I█████████ ................................................. 677

119. Declaration of M███████ .................................................. 680

120. Declaration of Christy F█████ .................................................. 683

121. Declaration of Graisy I████████ .................................................686

122. Declaration of Martin H███████ .................................................689

123. Declaration of Edras d████ .................................................. 692

124. Declaration of Elena C███████ .................................................695

125. Declaration of Heydi F██████████ .................................................. 698

126. Declaration of Magdalena P████████ .................................................. 701

127. Declaration of Jorge M████████ .................................................. 704

128. Declaration of Manuel R███████ .................................................708

129. Declaration of Mauricio B██████████ .................................................. 711

130. Declaration of Rosalva P█ .................................................716

131. Declaration of Owen E███████ .................................................. 721

132. Declaration of Alexander T████████ .................................................. 725

133. Declaration of Serafin S██ .................................................. 728

134. Declaration of Kimberly V████████ .................................................. 732

135. Declaration of Michelle T███████ .................................................. 736

**VOLUME 9**

136. Declaration of Orlando M██████████ .................................................. 740

137. Declaration of Vanessa R████████ .................................................. 743

138. Declaration of Alexander G█████████ .................................................. 747

139. Declaration of Hazlyn D██████████ .................................................. 751

140. Declaration of Eva B████████ .................................................755

141. Declaration of Gladys E██████ .................................................. 759

142. Declaration of Maria E██████████ .................................................. 763

143. Declaration of Lexyer B████████ .................................................. 767

144. Declaration of Cesia B███████ .................................................. 771

145. Declaration of Alan C██████ .................................................. 775

146. Declaration of Juan A██████████ .................................................780

147. Declaration of Edwin Q█████████ .................................................784

5

148. Declaration of Leticia D█████ .................................................................. 788

149. Declaration of Sandeep S█ ........................................................................ 792

150. Declaration of Manish K█ ......................................................................... 796

151. Declaration of Devis U██████ ................................................................. 800

152. Declaration of Sachin K█ .......................................................................... 803

153. Declaration of Raul P█████ ...................................................................... 807

154. Declaration of Yasmin R███████ ............................................................ 810

155. Declaration of Dixia S████ ....................................................................... 813

156. Declaration of Angel A█████████ ......................................................... 817

157. Declaration of Josue █████ ....................................................................... 822

158. Declaration of Lesvia E███████ .............................................................. 825

159. Declaration of Patricia H██████ .............................................................. 828

160. Declaration of Alba S█████ ...................................................................... 833

161. Declaration of Blanca C███████ ............................................................. 838

162. Declaration of Jeydi M██████ ................................................................. 841

163. Declaration of Lizeth R█████ .................................................................. 844

164. Declaration of Maira S██████ ................................................................. 847

165. Declaration of Yenny F████████ ........................................................... 850

**VOLUME 10**

166. Declaration of Brenda M█████ ............................................................... 853

167. Declaration of Griselda B██████ ............................................................ 857

168. Declaration of Keila P██████ .................................................................. 861

169. Declaration of Rosa P████ ........................................................................ 865

170. Declaration of Saudi S██████ ................................................................. 869

171. Declaration of Santos A███████ ............................................................. 872

172. Declaration of Sandra M██████ .............................................................. 876

173. Declaration of Wendy P█████ ................................................................ 879

174. Declaration of Dulce M███████ ............................................................. 883

175. Declaration of Maria d█████ ................................................................... 887

176. Declaration of Herlinda C████████ ....................................................... 891

177. Declaration of Yojana R██████ .............................................................. 895

178. Declaration of Vilma M██████ ............................................................... 899

6

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P███████████ .......................................903
180. Declaration of Rocio M██████████ ..............................................907
181. Declaration of Iris E████████ ...................................................911
182. Declaration of Mirza O█████████ ..............................................916
183. Declaration of David C█████████ ..............................................920
184. Declaration of Noliba C███ ........................................................924
185. Declaration of Bryseyda G███████████████ .............................928
186. Declaration of Alba P█████ ......................................................932
187. Declaration of Josue G███████ ................................................936
188. Declaration of Sara P███████ ..................................................939
189. Declaration of Beysi M█████████ .............................................943
190. Declaration of Besy J█████████ ...............................................947

**VOLUME 11**

191. Declaration of Blanca R████████ ..............................................952
192. Declaration of Gladis B███████████ .........................................956
193. Declaration of Lucia R█████████████ ........................................960
194. Declaration of Maria R████ ......................................................965
195. Declaration of Nora E█████████ ...............................................969
196. Declaration of Sonia Y███████ .................................................974
197. Declaration of Yerica F█████████ .............................................979
198. Declaration of Esperanza C██████████ ....................................984
199. Declaration of Maria del S█████████ .........................................989
200. Declaration of Glenda D████████ .............................................992
201. Declaration of Maira L█████████ ..............................................996
202. Declaration of Jessica C████████ ...........................................1000
203. Declaration of Karla J███████ .................................................1004
204. Declaration of Madelin Y██████████ .......................................1007
205. Declaration of Claudia A███████████████ ...............................1010
206. Declaration of Yaneth C███████████ .......................................1013
207. Declaration of Daniel M████ ....................................................1016
208. Declaration of Gabriel G███████ .............................................1020
209. Declaration of Mateo A██████ .................................................1024

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H█████████ ....................................................1027

**VOLUME 12**

211. Declaration of Felipe A███████ ...........................................................1031

212. Declaration of Leonardo L██████ ........................................................1035

213. Declaration of Maudin L██████ ..........................................................1039

214. Declaration of Edwin G████████████ .................................................1042

215. Declaration of Victor V██████████ .....................................................1046

216. Declaration of Gustavo A████████████ ...............................................1050

217. Declaration of Romeo N███████ ........................................................1054

218. Declaration of Wilder D█████ ............................................................1058

219. Declaration of Jhony A██████████████ ...............................................1062

220. Declaration of Luis M████████ ..........................................................1065

221. Declaration of Sayra O█████████ .......................................................1068

222. Declaration of Roger G█████████ .......................................................1071

223. Declaration of Diego M████ ...............................................................1074

224. Declaration of Kevin Y█████████ .......................................................1078

225. Declaration of Elmer E███████████ ....................................................1083

226. Supplemental Excerpts of the Deposition of Phillip Miller............................1087

8

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

Exhibit 51

Declaration of Fanny ███████████

I, Fanny ██████████████ declare under penalty of perjury of perjury that the following is true and correct to the best of my knowledge and recollection.

1) My date of birth is 8/19/97. My son's name is Otego S██████████ He is six years old and he was born on January 6, 2012. June 1, My son and I are from Honduras.

2) I left Honduras because I was threatened. They (gang members) told me they would kill me because I did not give them both the money and the tortillas from my tortilla business. They destroyed my house and left a note saying they would kill me. We left two days later.

3) We crossed the border at around 9:00 a.m. on June 27, 2018, near Mexicali. Border Patrol approached us and we were taken to El Centro. It took about an hour to get to El Centro. We crossed together without others

4) We received food at about 4:30 p.m., seven and a half hours after we were detained. My son received a small bean burrito, crackers and a fruit squeeze pouch. He was still hungry after eating the burrito and wanted another.

5) I did not receive any written notice of my legal rights or the legal rights of my son.

6) I did not receive notice of my right to a hearing before an immigration judge. I told the Border Patrol I was afraid to return to Honduras, and why. An officer took notes of what I said on his computer.

7) I did not receive notice of the availability of lawyers, or free legal services.

8) I did not receive notice of my son's rights while he is at CBP.

9) I do not have access to a telephone to call a lawyer.

10) Border Patrol called my Aunt in Oakland. I talked to my Aunt on the phone.

I, Fanny █████████████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my knowledge. This declaration was provided in Spanish a language in which I am fluent, and was read back to me in

399

6/27/18

Certificate of Translation

I, ESTELLA Galban, certify That I am fluent in English and Spanish and that I read the above declaration to Fenny L[redacted] in Spanish.

Estella Galvan
name

06-27-18
date

l

400

Exhibit 52

Declaration of Neny B███████████

I Neny B███████████ A# ██████████
declare under penalty of perjury that the
following is true and correct to the best
of my knowledge and recollection.

1. My date of birth is Nov. 7, 2001, and I
am from Jalapa, Guatemala

2. I left Guatemala because the gangs
in my neighborhood told me that they
would kill me and my father if I did
not join the gang. They threatened
me multiple times, so my father
and I left.

3. My father and I crossed the border near
Mexicali on Tuesday June 26, 2018., We
were taken directly to this facility

4. ~~While~~ On ~~our~~ my second day in custody
my father and I were interviewed ~~by~~ an
immigration officials who asked
questions about where we were born in
Guatemala, what school I attended and
what religion ~~they told us~~ we belonged
to. The official filled out papers
and told us that if ~~we~~ ~~he~~ signed ←my dad
the papers, we would be able to go   signed
to my father's friend in Tennessee.
We did not get copies of the papers.
There were about ten pages and
they asked me, to sign on each page
       my father

Page 2

5. While here, I have been in a room with three other young men about my age and We are not allowed to leave the room at all. There is one toilet and I have been allowed to shower only one time.

6. We are fed two times per day. In the morning I am given a bean burrito and cracker and juice. At night, we I get a burrito and cracker. It is not enough food.

7. The lights are left on all night which makes it very hard to sleep. I am sleeping about 3 hours a day.

I, Nery B██████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish

6-27-18
Date

Certificate of Translation

I FLOR SANCHEZ, certify that I Am Fluent in English and spanish and that I read the above declaration to Nery = B████████

Flor Sanchez = 1875 LoyoLA CT. CHULA VISTA CAL 91913

DATE 6/27/18

403

Exhibit 53

Declaration of Selena B█████ A:

I Selena B████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection

1. My birthdate is May 8, 1996. My daughters name is Adrianita █████ ████. She is (5) five years old. Her birthdate is July 26, 2012. My daughter and I are from Guatemala.

2. We were apprehended at the border on Monday night June 25, 2018. Upon capture we were brought to the Border Patrol facility at El Centro.

3. The food at the facility consists of burritos made with beans only for me and my daughter. ~~is given some crackers along~~ We get burritos twice a day. We are also given some crackers during the day. We are hungry and not provided enough food.

4. In our room there are approximately 14 people about seven (7) mothers and daughters.

405

The lights are kept on at all times making sleep difficult. We do not know whether it is day or night. We are not permitted outside the room except ~~for cleaning~~ when the room is being cleaned. There is a toilet in the room with a short wall and no door. There is a sink to wash our hands but no towels to dry them. We have not had a shower or change of clothes. There are no games in the room for my daughter to play with.

5. Last night, Tuesday, I was taken out of my room by a guard and brought to a larger area with other guards. The guard asked me questions about my family but didn't write down anything I said. He then placed a packet of papers in front of me ~~of about~~ of about five (5) pages. The papers were written in English and I didn't understand them. I was told to sign the papers on my behalf and on behalf of my daughter. I did so.

6. I have not been given any notices regarding any rights that my daughter and I may have. I have not seen any notices

406

identifying lawyers or relating to access to counsel.

We have been in this facility for three (3) days.

I swear under the penalty of perjury that the above declaration is true and correct to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████

Selena B█████████                    junio 27 2018
                                      Date

I Martha Ramirez certify that I am fluent in English and Spanish and that I read the above declaration to Selena B█████████ in Spanish.

Martha Ramirez                       6/27/18
Martha Ramirez
86 Melrose Drive
Mission Viejo, CA 92692

407

Exhibit 54

A #▮▮▮▮

<u>Declaration of Victor A▮▮▮▮</u>

I, Victor A▮▮▮▮, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 4, 2000. I am 17 years old. I am from Honduras.

2. I left Honduras because ~~I~~ my mother, Maria Orfelia Salazar, was killed on May 27. I cannot go back to Honduras because I am afraid. The person who killed my mother is still around, and my father is in jail. I have no protection.

3. I entered through a port of entry, by my self ~~with my grandmother~~. on the U.S Mexico border yesterday, June 26, 2018. Upon entry, I showed my papers to CBP. The papers included my mother's gov't - issued death certificate, and gov't issued document stating that I am an orphan. I was transferred directly to this facility.

4. When I arrived at approximately 7am, I was given 1 burrito and 1 juice. The burrito was small, and appeared to be a bean burrito with flour tortilla.

409

I was given another burrito at night. Today, I have only eaten 1 burrito and 1 juice cup. Yesterday, I was also given very salty crackers as a snack, but it gave me a stomach ache. Everyone got sick. I have access to water in the room, but it doesn't taste good. We don't have water cups so have to use the cups from our juice drink.

5.  The temperature at the facility is very cold.

6.  The lights are on all night. Last night, there were 90 of us kids in the room, but only 3 mattress pads available. ~~so~~ We had to take turns ~~and~~ sleeping.

7.  I have not received any legal notices in writing. I have not received any ~~info~~ verbal info. about my rights. I have not seen any written notices posted on the wall about my rights.

8.  I have not received any info. about ~~to~~ my current case or release status. I wonder what will happen to me. When I told the CBP officer that my mother ~~was~~ was killed, they made fun of me and said I was "weak." I didn't feel comfortable after that ~~to~~ sharing my fear.

410

3/3

9. I was allowed to make a phone call to a friend, but I called very late. When my friend didn't pick up, a CBP Officer said, "This is it for you. You're fucked."

I, Victor A███████ ████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████

27 de Junio del 2018

Name                                    Date

<u>Certificate of Translation</u>

I, Martha Ramirez, certify that I am fluent in English and Spanish and that I read the above declaration to Victor A▮▮▮▮▮▮▮ in Spanish.

<u>Martha Ramirez</u>                    <u>6/27/18</u>
    Name                                         Date

412

Exhibit 55

Declaration of

YEIMIN █████████

I, Yeimin █████████
declare under penalty of perjury that the following
is true and correct to the best of my knowledge
and recollection.

1. My date of birth is November 10, 2000. I am
from Guatemala.

2. I left Guatemala because I am afraid of
gang violence and there are no jobs.

3. I was apprehended at the border by border
patrol agents on Monday, June 25 around 11:00 pm.
I was taken to El Centro Border Patrol Facility.

4. I have not rec

4. I did not receive a verbal, nor a written,
description of my legal rights when I was
apprehended. I have not received a written
or verbal description of my legal rights since
arriving at this facility.

414

5. About 2 hours after I arrived I received a cookie and a small, sugary drink. For breakfast, I have been given a cookie and a small, sugary drink at around 6:00 a.m. At around 9:00 a.m. I have been given a small burrito. I have not been given food aside from these items and at those times.

6. There is drinking water available in the room I am kept in. There are no cups. I share one or two cups with the other boys or I put my head under the spigot.

7. I am staying in a room that is about 15 feet by 10 feet with 10 other boys who are between 16 and 17 years old.

8. There are 3 mattresses, about 6 inches thick, and twin-sized on the floor in our room. About 6 or 7 boys can fit on these mattresses. The others sleep on the ~~floor~~ ~~or~~ on a metal bench. There are no pillows. We have mylar blankets.

9. During the day our room is warm. At night it is a bit cold.

415

10. At present, and during the day my stomach growls or hurts because I am hungry.

11. The lights are on all day and night.

12. I have not been allowed outside since arriving.

13. I have access to a bathroom located in the room I am kept in. There is a short, approximately 4 foot, wall for privacy. There is a sink to wash hands. It's clean.

~~14. I recei~~

14. I had the first opportunity to shower today, Wednesday, June 27.

15. I have not been allowed to use the phone since I arrived. I have told border patrol agents that I have a nephew in Chattanooga, Tennessee who I can stay with.

16. I have not been offered access to a lawyer.



416

I, Yeimin B████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 27, 2018

417

I, CLARA LONG, certify that I am fluent
in English and Spanish and that I read the
above declaration to YEIMIN B███████████
in Spanish.


_____    Clara Long
CLARA LONG    350 Sansome St Ste 1000
    San Francisco CA 94104


6-27-2018

June 27, 2018

Exhibit 56

**Declaration of**

ANGHELO ███████████████ **A NUMBER** ███████████

I, ANGHELO M███████████████ (A number ████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is May 9, 2001 . I am from Guatemala . I am 17 years old.

2. I/We left Guatemala because I am afraid for my life because a gang kidnapped and killed my father in 2011. My brother, brother and I fled to Mexico about 2 or 2.5 years ago. My mom and brother come to the US. last November, about.

3. I/We presented ourselves at the border/were apprehended at around 6:00 a.m. (time). I believe that it was on or about June 26, 2018 (date). We were I was taken to El Centro Border Patrol Facility. (facility). I crossed the border through a hole in the wall our one wall and. The Border Patrol caught me when I crossed. They asked "What are you doing?" I said "Trying to get to my mom."

4. I have had one chance to try to contact my family. They called all 3 numbers I had. No one answered. When I asked again later to call again they told me they tried once and no one answered. They act very annoyed with me when I asked.

5. A guard told me he was going to try to call my mom but I haven't heard back. I am afraid and sad that I haven't been able to talk to my mom.

①

6. I told the guard in my interview that I am afraid to go back to Guatemala because a gang kidnapped and killed my father and I am afraid the gangs will kill me.

7. I do not speak English.

8. I have not been told that I have legal rights.

9. I filled out and signed a form that was in English. The guard told me it was for the judge or the lawyers. There was a Spanish form but they didn't give me time to read it.

10. I haven't asked for a lawyer because I filled out the forms.

11. My room is 5 meters by 4 meters and very small. There are 8 or 9 teenage boys there.

12. It is very cold. I don't have a sweater. I don't have a blanket and I borrow my friends. I am afraid to ask for a blanket because the guards yelled at me when I asked for a phone call.

421

②

13. There are 3 mattresses in my room but it's not enough. One time I slept on a bench and one time I slept on a mattress.

14. It's very hard to sleep because the lights are always on.

15. I get to shower on Wednesday morning. I think they let us shower because the lawyers came to talk to us.

16. I am afraid to ask for a blanket or anything else.

17. When I arrived on Tuesday, in the morning, I did not get any food until that night. They gave me a burrito.

18. On Wednesday, I ate 3 times. Each time I got a burrito and some crackers. Twice I got juice. The food is hot but it makes my stomach ache.

19. Water is available but it seems bad and not clean. I haven't been drinking any water. There are no cups. I am dehydrated.

③

20. I feel safe in my room but I am afraid of the guards.

21. There is a bathroom in the room but there is no privacy and it feels weird. I think it's dirty. There is no soap.

22. They clean the room every day.

. Said there are no cups.

23. When I first arrived I asked for a cup to drink water and the guard yelled at me and didn't give me a cup. I didn't drink any water.

24. The first person who interviewed me when I got here was wearing street clothes. I was cold and sleepy and I crossed my arms. The person said "You are lying to me! You're crossing your arms — that means you're lying! Why are you here?" I was afraid.

423

④

I, ANGHELO M███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 28, 2018
Date



424

### Certificate of Translation

I, FLOR SANCHEZ                     , certify that I am fluent in English and Spanish and that I read the above declaration to ANGHELO M█████████████████ in Spanish.


*Flor Sanchez*

Name: Flor Sanchez
Organization:
Address: 1875 Loyola Ct.
Chula Vista, CA 91913

June 28, 2018
Date

Exhibit 58

### Declaration of Sergio C█████████

1. My name is Sergio C███████████████████ my birthday is December 6, 2001. I am from Guatemala.

2. I came to the U.S. with my father. My mother passed away 8 years ago. We presented ourselves at the border in McAllen, Texas, in the night, approximately 45 days ago. After we had been in Texas for half an hour, my father and I were detained. Very soon after we were detained, we were taken to a facility. Within half an hour of arriving at that facility I was separated from my father. First, they took away all of our belongings that we had with us. Then, we were separated into groups. I could see my father but we were in different groups. I was worried when we weren't in the same group. Then they started putting us into vehicles. When I left, and my dad wasn't with me, they told me not to worry that he would be coming in a moment. I went in the car and felt very relieved and happy that he would follow. But it wasn't like that. He didn't come. I haven't seen him since then.

3. The second day, the put me in the "hielera." That is when I found out I would not be seeing my father. They told me that I was going to a better place than my father was – that where my father was going he they don't give you clothes and look after you like they do at Casa Padre. I was very sad when they told me this. I never knew I could be separated from my father. I am also very worried about him because I do not know where he is. I was also very worried because I did not know what the conditions are where he is located.

4. I was not able to speak with my father until I had been at Casa Padre for about one month. I have now spoken with him twice. Since I only have ten minutes to talk with him, it is not enough time to talk about what I can do to help him and myself. He told me Monday last week that he is miserable and all of his belongings are gone – he has nothing. The clothes he has left are torn and he is not given anything to eat. I worry about him every day and every night. I do not want him to suffer any longer. I can't sleep very well at all because I worry so much about my family. I have only spoken with my father a total of 20 minutes in these 45 days, and did not speak with any family at all for one month. I had absolutely no idea what was going on and have been very scared.

5. My grandmother is taking care of my four little brothers and sisters in Guatemala. I also have an aunt that lives in Guatemala. Because my grandmother does not have a telephone, I have to call my aunt to get in touch with my family. I have only spoken to my aunt once. For a long time, I had no contact with them because I didn't know their phone number. I cannot read or write. Remembering numbers is hard. Recently my case worker said they had my aunt's phone number, and I was very happy to talk to her. But I am also sad, because I found out that now my grandmother is sick and my little brothers and sisters are crying for me and our dad.

6. One night I was crying in the bathroom because I was so worried about my family and I didn't know where my dad was or how he was. A staff member here at Casa Padre came in and asked me why I was

427

being such a cry baby. Then he said some words in English that I didn't understand but other young men who where there told me he said swear words. It made me feel very bad and very ashamed.

7. Nobody has every talked about my legal rights as to my own case with me. I had never heard of the Flores case until today when attorneys spoke with me about it. I have never been told I have options to leave. I was given a folder with some papers in it after I agreed to speak with attorneys, but since I cannot read I did not understand any of it.

8. When I first got to Casa Padre, the food was not very good. Mostly beans and soup. After a week or so, we started having more variety of food to eat.

9. When I last spoke with my father, he told me that his case had not gone well. He told me that he was going to have to leave but he wants me to go with him. We want to leave the U.S. together. That conversation was last week and I have not heard anything new. I have no idea what is going on. I feel helpless and have no idea what to do. I just know that as soon as possible I want to be out of here and with my family. I do not want to be here anymore, especially since I know how much my father is suffering. The way I have been treated makes me feel like I don't matter, like I am trash.

I, Sergio C███████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



7/13/18
_____
Date

Certificate of Translation

I, LUZ E. HERRERA, certify that I am fluent in English and Spanish and that I read the above declaration to Sergio C███████ in Spanish.

Luz E. Herrera
1515 Commerce Street
Fort Worth, TX 76102

7/13/18

Date

Exhibit 59

A number not yet assigned

**Declaration of**

Dennis M███████ , A NUMBER ____-____-____

I, Dennis M███████ (number ____-____-____), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is 9/2/2002 . I am from Honduras . I want to continue with schooling and to ~~continue in my~~ ~~factor~~ help my uncle who is a painter.

2. I/~~We~~ left Honduras because I was being harassed by the gangs in the area. I have a tatoo of the name of my hometown ~~on~~ my arm. The gangs think that means I belong in a gang. I have not been in a gang and have no wish to be in one. I was afraid the gangs would kill me if I didn't join the gang.

3. We presented ourselves at the border/were apprehended at around Mexicali (time). I believe that it was on or about June 21, (date). We were taken to El Centro Border Patrol Station (facility).

4. I was not given any food when I arrived. The morning after I arrived I was given a burrito to eat. The burrito has only beans in it. There is not enough food. I am hungry. The room I am in has about 13 boys. There are not enough blankets for us all to ~~use~~ when we try to sleep. I was very cold at night and there was no where to sleep. ~~I~~

5. The lights are kept on all the time ~~which~~ I have not been able to shower and I need one.

6. I have not been given any papers about ~~any~~ any rights I may have. I have not been told about the availability of or right to an attorney. There are no postings of any of these issues on the walls.

431

7. "I try to be down's and I don't suffer."

I, _Dennis M_ ████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████

28/05/2018

Date

432

## Certificate of Translation

I, _Estella Galvan_ , certify that I am fluent in English and Spanish and that I read the
above declaration to _____ in Spanish.


ESTELLA GALVAN
Name:
Organization:
Address: 28132 Felion ct
Laguna Niguel Calif 92677


06-28-18
Date

# Exhibit 60

Emilson E [redacted]

**[FULL NAME], A NUMBER XXX-XXX-XXX**

Emilson E [redacted]

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH]. *10/8/2018*   *I am 16 years old.* My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].   *I am    Honduran.*

2. Describe Reason for leaving country of origin. *I left Honduras because gangs were threateing me.*   *15 hours ago*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY]   *I crossed June 27, 2018*   *El Centro, CBP*

4. [FOOD AT FACILITY] *Since I arrived they only gave me food this morning around 9am. It was not enough and I am*

5. [TEMPERATURE AT FACILITY] *hungry*

6. [LIGHTS, HYGENE ETC.] *The temperatre is okay but the lights are on all the time and there are not enough mattresses to sleep on. There are only 3 mattresses in my cell*

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.   *and about 8 people*

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]

10. My son and I were taken out of that facility on a [DAY].

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS].   *I do not know what will happen next. I want to go live*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]   *with my friend in Ohio, FL. I miss my family.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Sp[redacted]

Emilson E [redacted]

[redacted]

**6/28/2018.**

[NAME]                                                    Date

Page 1 of 2

## Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.

_____
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

Clara Long
350 Sansome St.  Ste 1000
San Francisco, CA 94104

_____
6/28/2018
Date

Page 2 of 2

436

Exhibit 61

**Declaration of**

ERICK [ REDACTED ], A NUMBER [ REDACTED ]

I, ERICK [ REDACTED ] (A number [ REDACTED ]), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 20, 2002. I am from Guatamala. I came to the United States alone. I am 16 years old.

2. I left Guatamala because I am afraid for my life because of gangs and La Mara. The gangs were trying to get me to join and hurting me. Two months ago I left my parents and 3 sisters and went to Mexico and then came here.

3. I presented ourselves at the border/were apprehended at around 7:00 am (time). I believe that it was on or about June 25, 2018 (date). We were taken to El Centro Border Patrol Facility (facility). This is the only location I have been in since arriving.

4. I came over the wall at the border and was captured by Border Patrol.

5. I told the Border Patrol that captured me that I am afraid to go back to Guatamala.

6. When I came here I was kept in a small room with 12 boys for 5 hours.

7. When I came here, I did not get any food until midnight, about 17 hours after I was captured.

1

438

8. I am hungry and I am not getting enough food.

9. Since I came here, I have been given 3 small burritos to eat, ~~for~~ three days. I have also gotten salty crackers and 2 juice drinks. ^over

10. I have been allowed to make one phone call at 1:00 a.m. ~on Tuesday, June 26, 2018.~ I called my ~aunt~ friend in Los Angeles. There was no list of legal services near the phone.

11. I have not asked for ~or been offered~ a lawyer. I was told that I could see a judge or a lawyer. I was not told that I have legal rights.

12. A female guard gave me papers to sign. They were in English. I do not understand English. She said "Don't worry. Sign this. You can see a judge or lawyer." I signed it.

13. I told the guard I am afraid to return to Guatemala.

2

439

14. I am kept in a room that is about 3 meters by 3 meters. There are 13-15 teenage boys in the room at a time.

15. The bathroom is in our room. There is no privacy. It is dirty and they don't clean it. They come and clean the floors every day, but they don't clean the toilet. There is no soap to wash hands or face.

16. I have not been offered clean clothes. I got a shower on Wednesday, two days after coming here. There was shampoo but no towel to dry off.

17. There is a water in a container in the room. It tastes bad — like chlorine. There are no cups. I use my juice container. When it's empty sometimes they don't fill it right away.

18. The room is always very cold. The guards took my sweater.

19. I sleep on the floor. There are 3 mattresses, but the boys from Honduras have taken them. All the other boys sleep on the floor. I have a nylon blanket but I am cold.

3

440

20. I cannot sleep because the lights are on all the time. The boys from Honduras talk at night and say "if you fall asleep we'll stab you." They don't like me because they are light skinned and I am dark.

21. I feel afraid of the other boys. They talk bad and say bad things. I don't talk to anyone. Some of them have tattoos like gang members.

22. I feel weak because there is not enough to eat.

23. The ~~other boys~~ guards call all the Guatamalans "burros" or stupid or they say we don't understand anything. They yell at us. They say "Get up!" or "Eat this!" Sometimes the burritos they give us are not warm, or not cooked.

24. I eat the burritos because I'm hungry but they make me feel terrible and sick.



I, ERICK L███████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



June 28, 2018
Date

442

⑤

## Certificate of Translation

I, _FLOR SANCHEZ_ certify that I am fluent in English and Spanish and that I read the
above declaration to _ERICK B L_ ███████████ in Spanish.


_Flor Sanchez_
Name:
Organization:
Address:


_June 28, 2018_
Date


5



443

Exhibit 62

## Declaration

GLADYS I█████████████████, A#████████

I, Gladys I█████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Gladys I█████████████ born November 11, 1988, A#████████ and my 5-year-old daughter ██████████████ (A#████████, born July 7, 2012, who was not interviewed and who is on my claim. I came from the Caserio de Duraznito, Durazno, Jalapa, Guatemala.

2. I arrived in the United States on June 8, 2018 at Juarez. I crossed the Rio Grande river and was approached by U.S. police. They said, "How can I help you." The one other woman crossing with me said, "We want asylum." The police told us that "just by being here you are committing a crime." The police then called a truck that took us away to a Perrera.

3. At the Perrera they collected our information and gave us some water. I was there for two hours. This place had no beds but I could sleep or sit on hard plastic mats. After two hours they took us to the hielera that was very cold and we stayed the night sleeping on thin mattresses with one blanket each. It was still cold even with the blankets. After one night we were brought back to the Perrera where we had to sleep one night without mattresses, but with blankets. We were not given water, but told to use the water we used to wash our hands. The water tasted very bad. In the Hielera and Perrera the officials were very intimidating. They would yell at us a lot. For example, they called one woman deaf for not understanding correctly what the wanted her to do. On the third day we were taken to Karnes in a bus.

4. I came to Karnes on June 11, 2018. And I had my interview last Tuesday, June 19, 2018. I told the officer I feared returning to my country because threats had been made against my life. I am still waiting to hear the outcome of my interview. I have a sponsor in Trenton, New Jersey, but the authorities have not called them yet. I have called my sponsor and they told me no one called. Calls are very expensive here. When I called my country, it costs me 9 USD for 15 minutes.

5. My child has had influenza with a fever and headache and we were put in isolation at the medical center for several days.

6. I stay at Karnes in a room with one other family. There are eight beds in the room. The other family has the mother and daughter.

7. The meals times are very early at Karnes. They wake us up at 6 a.m. and tell us we have to go to eat breakfast at 6:30 a.m., we have to eat lunch around 11 a.m., and dinner is at 5 p.m. This is difficult because the small children do not want to eat so early in the morning.

I, Gladys I█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ████████████████████       Date: ___6 / 25 / 2018.___

445

## Certificate of Translation

I, Julia Valero, certify that I am fluent in English and Spanish, and that I read the above declaration to Gladys
█████████████ in Spanish.

Julia Valero: _____          Date: ___6/25/18___
802 Kentucky House
San Antonio, Texas 78201

2

446

Exhibit 63

**Declaration of**

Marcedonio P█████████ , A NUMBER _____ - _____ - _____

I, Marcedonio P█████████ (A number _____ - _____ - _____), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 3, 1973. I am from Guatemala. My son is A# █████████

2. I/We left Guatemala with my ~~because~~ son Brayan because we had been threatened many times. The people who threatened us ~~at~~ we known ~~as~~ to us as part of a gang call Salvatucha. They said to us either join us or we will kill you. There were other people who threatened ~~at~~ to kill us if we didn't give them money. We left because of fear for our lives.

3. We presented ourselves at the border/were apprehended at around Mexicali (time). I believe that it was on or about Monday June 25, 2018 (date). We were taken to the El Centro Border Patrol facility (facility).

4. When ~~I~~ we, ~~I~~ my son and I, got to the facility I was separated from my son. I have not seen him since we were separated. I first saw him when this declaration was prepared.

5. I was placed into a room with about 25 other men, ~~I was not~~ I spoke to an officer and told him ~~of~~ the ~~circumstances of m~~ reasons that we left Guatemala. I then signed what I believe is a statement regarding the reasons we left Guatemala. Specifically the fear my son and I ~~felt had~~ for our safety and our lives.

6. ~~If~~ The following day another officer asked me a series of questions about why we left. I told this officer the same things.

7. The room that I have been in does not have enough blankets for all the men who are in the room.

448

8. ~~These~~ We are fed barritos~~l~~ and ~~or~~ water. We are
_with only beans_
hungry. The lights are kept on in the room at
all times. ~~It~~ I don't know whether it is
night or day. ~~There or is nothing in
the room.~~ The room is very short.
We are not given soap to wash, ~~or~~
~~It~~ I have not had a shower since
I arrived.

9. There are no posted documents about
~~the~~ availability of lawyers or about our
rights. I ~~have~~ have not been given
any papers regarding any rights we
have or about lawyers.

I, Marcedonio ███████████ swear under the
penalty of perjury that the above declaration
is true and complete to the best of
my abilities. This declaration was provided
in Spanish, a language in which I am fluent,
and was read back to me in Spanish.

███████████████                    6/28/18
███████████████
███████████████

449

<u>Certificate of Translation</u>

I, _Estela Galvan_____, certify that I am fluent in English and Spanish and that I read the above declaration to _Marcedonio ███████_ in Spanish.

_____

Name:
Organization:
Address:

_06-28-18_____
Date

450

Exhibit 65

Sandra M███████

**Declaration of**

███████ **NUMBER** ███████

I, Sandra M███████ ███████ ███████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is 11/2/91. I am from Guatemala

2. ~~We left~~ We left Guatemala with ~~because~~ my daughters because one of them had been kidnapped (we paid a ransom for her release) and the people who kidnapped her were following her around and trying to take her again. ~~We paid a ransom for her release~~

3. We presented ourselves at the border/were apprehended at around Mexicali (time). I believe that it was on or about June 25, 2018 in the ~~(date)~~ morning. We were taken to the El Centro Border Patrol facility. (facility).

4. There are 10 mothers and 8 children in ~~our~~ our room. ~~The~~ My daughters Angely A███████ A███████ and Alisson A███████ are fed three times a day. They get a burrito, and cracker and juice ~~at~~ to eat ~~at~~ each meal. I only get to eat twice a day. There is ~~no~~ drinking water in our room but the water is very bad. We are all hungry and thirsty. There is no soap in the room to wash our hands or brush our teeth.

5. There are not enough mattresses for all of the kids. The adults sleep on benches. The last two days the temperature has been kept very low and we have been cold. There is nothing in the room for the kids to play with.—no games, cards or toys. None of us have had a shower since we have been here.

452

6. The lights are on all the time. My daughters are not able to sleep very well because it is always light. We have not been outside our room. ~~until we met with the~~

7. Several of the guards are very hostile. ~~They~~ They have said to me "why do you god damn Guatemalan come to invade our country? You ~~asked for toilet paper and the guard threw it at me.~~ disgust me." I asked another guard for toilet paper and he threw it at me.

I, Sandra M██████████████ swear under penalty of perjury that the above declaration is true and correct to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████                    6/28/18

Sandra M████████

<u>Certificate of Translation</u>

I, _Estella Galvan_____, certify that **I am fluent in English and Spanish** and that **I read the**
**above declaration to** _Sandra M_ ████████████ Spanish.

_ESTELLA GALVAN_
Name:
Organization:
Address: 2 8 1 3 2  Teton Ct
Laguna Miguel, Calif 92677

_06-28-18_
Date

454

Exhibit 66

**Declaration of**

**Elmer S** ████████████████████████

I, **Elmer S** ████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 4, 2003, and I was born in Choluteca, Honduras. I am fifteen years old.

2. I arrived at the border by myself about January 20, 2018 and swam across the river into Brownsville, Texas. Twenty minutes after I crossed into the United States, an immigration official apprehended me and took me to a very cold facility. I spent the night there and then immigration officials took me to a facility where they put me in a cage. After some hours, immigration officials transferred me to IES Los Fresnos. I spent twenty-eight days in IES Los Fresnos, and then on about February 20, 2018, immigration officials transferred me to Casa Esperanza. On June 8, 2018, immigration officials brought me to Casa Padre.

3. Even though Casa Esperanza is a staff secure facility, the conditions at Casa Esperanza were better than the conditions here at Casa Padre. For example, here at Casa Padre, they do not give us enough food and I am always hungry. Also, here at Casa Padre, they do not let us go to the doctor when we ask. Today, I asked to go to the doctor at 7:30 a.m. during physical education because I have a sore throat, I had a headache and feel a cough coming. I didn't sleep last night because I felt sick, but they did not let me go to the doctor and made me continue exercising for an hour.

4. I have also needed to go to the dentist since I have gotten here because I have cavities on the right side of my mouth that have not been filled. Because of the cavities, I am not able to eat well because I can only chew on the left side of the mouth and the cavities are very painful. I had an appointment to see the dentist when I was at Casa Esperanza, but Casa Padre canceled it when I got here and have not rescheduled. I am still waiting to see the dentist since I got here over a month ago.

5. One reason that we get sick so much here at Casa Padre is because we are constantly being taken out of a very cold facility and then sent outside in the hot sun where there is no shade. We are taken out from 7:00 a.m. to 8:00 a.m., and then from 4:00 p.m. to 5:00 p.m. Though we should be able to spend more time outside for our wellbeing, the 2 hours that we do spend are unbearable because due to the scorching heat and lack of shade.  We are not provided any sunscreen and when we ask to stay inside to protect ourselves from the sun we are not allowed.

6. The clothes that we receive here are not suitable to the temperatures in the facility. Because I came to the United States in the winter, I have a sweat shirt, but most kids do not have sweaters. The blankets we have in our room are very think and not sufficient to keep us comfortable at night when the facility is the coldest.

7. Since I have been in detention, I have been able to speak to my mother for about ten minutes each call, twice a week. I speak to my mother in a small booth with a window. Although the door to the booth is closed, center staff wait outside, and I do not feel completely at ease speaking with my mother.

8. Speaking to my mother for ten minutes a week is not enough. It takes me four or five minutes just to ask her how she is doing, but then I do not have enough time to get to speak with my father.

9. If I go over the ten minutes I'm given to speak with my parents, I will get in trouble with the center staff. The center staff have told me that they will write me up.   The staff has told me that all write ups will

delay reunification with our relatives. All write ups are also placed in a portal, and center staff have told me that the immigration judge can see the reports in the portal. I am afraid that if I speak longer than 10 minutes or get any type of write up the immigration judge will see the write up in the portal and will not look favorable on my immigration case.

10. I am also able to speak with my sponsor, my uncle ███████████████ but I have to choose whether I speak to my parents or my sponsor. If I were able to speak more to my sponsor, I'd feel more at ease because I could speak to him about my reunification.

11. I have never tried to leave the facility because if you try to escape, center staff have said that you will not receive any help from ORR. This means that you will not receive help getting a job or other services that ORR offers. They also have told me that they will send you to a juvenile detention center that is not operated by ORR. We were told that if we escape we will be considered a criminal and that the police will come looking for us.

12. When I was at Casa Esperanza, they would take me to church on Sunday. Since I've been here, I have not been allowed to go to church, even though some of the other children have been allowed to go church.

13. Up until today, nobody had explained my rights under the Flores Settlement. Before my meeting today, center staff gave us a folder with documents in English that we did not understand and told us that the purpose for meeting today was to talk about the conditions in the center. They did not explain to us any of the documents or our rights. For instance, Center staff did not tell us that we had a right to reunify with our family without unnecessary delay.

14. Center staff can also be brusque. Many do not say "please" and they yell at us. They also write us up for any little thing when they are in a bad mood. One day, another kid in the facility told a member of the staff, "Next time, say 'please.'" The staff member replied, "shut up."

15. Center staff does not give me enough alone time before bed. I like to read the Bible, write in my diary, but staff only gives us thirty minutes of alone time before bedtime to engage in these kinds of activities.

16. I have asked center staff to give me more alone time—time to be by myself—but it is difficult. One day I did not feel emotionally well. I had just received news from my mother that my aunt had become very sick, and I was feeling lonely, anxious, and worried. I wanted to be alone to process what I was feeling so I asked the center staff that I wanted to go to my room to be alone. The center staff did not let me go to my room, so I started crying out of frustration. After I started crying, I had to speak to a supervisor to be allowed to go to my room accompanied by a staff member. They only allowed me to be in my room for 30 minutes which was not sufficient for my wellbeing. We should not have to get to tears before we are given space.

17. There is no freedom here. I understand that they have to follow a schedule, but they should give us alternatives of things to do, especially for those of us who have been locked up for so long. They are very rigid with the schedule they force us to follow and sometimes we just don't want to participate in the activities that they have for us, but they do not respect that. They do not allow us to pick which activities we would like to participate in or what areas of the facility we would like to spend time at.

I, Elmer S███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

07/13/18
Date

## Certificate of Translation

I, Adrian Enrique Alvarez, certify that I am fluent in English and Spanish and that I read the above declaration to Elmer S███████████ in Spanish.

Adrian Enrique Alvarez
4300 Nebraska Ave NW
Washington, DC 20016

7 - 13 - 18
Date

459

Exhibit 67

**Declaration of
Yonain G█████████ A█████**

I, **Yonain G███████████** (A██████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on August 9, 2004 in Guatemala. I was arrested yesterday morning with my father at Sonoita. We were taken together to this Tucson CBP facility where I was separated from my father.

2. I am staying with 12 other boys. The room is clean. There are two toilets, toilet paper, a sink, and soap. I used a toothbrush. I had a shower last night.

3. I sleep on a mattress on the floor with an aluminum blanket. I wear the blanket all the time and I'm still cold. The lights are never turned off.

4. I am fed at 8, 10, 12, 2, 4, and 8. Each meal is a burrito, a cookie, and juice. There is water with paper cups in the room I am held in.

5. I was not told my rights or that I could have an attorney. I was not given any paper when I was arrested.

I, **Yonain G█████████** swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



_0673 2078_
Date

Page 1 of 2

461

<u>Certificate of Translation</u>

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to ~~Iuliain G███████~~ in Spanish.

_____

Betsy Aguirre

Center for Human Rights & Constitutional Law

06·13·2018
Date

Page **2** of **2**

Exhibit 68

**Declaration of**

**Juan M**  **A**

I, Juan M█████████, (A███████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on February 19, 2001 in Colombia. I am 17 years old.

2. I was apprehended with my mother at about 7am on Tuesday June 12, 2018. We were taken to somewhere similar to this Tucson CBP, close to the place where we were arrested. When we arrived, I was given a burrito, cookie, juice, and bottled water. We spent 6-7 hours there.

3. I was with my mother until we came here late yesterday. I am housed with 8 other boys. The room has two toilets, toilet paper, sink, and soap. I have not been offered a shower.

4. I am not eating much. The burrito is too spicy and upsets my stomach. The cookie is peanut butter which I don't eat.

I, Juan Manuel Loiza Mejia, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



_06/13/2018_
Date

Page 1 of **2**

Certificate of Translation

I, Betsy Aguirre certify that I am fluent in English and Spanish and that I read the above declaration to Juan M█████████ in Spanish.

_____
Betsy Aguirre
Center for Human Rights & Constitutional Law

06 · 13 · 2018
Date

Page **2** of **2**

465

Exhibit 69

## Declaration of
**Ivania L███████████, A███████████**

I, **Ivania L███████████ A███████████** declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on September 16, 2002 in El Salvador. I came to the U.S fleeing gang violence.

2. I was apprehended with my mom close to Sonora on June 10th 2018, Sunday, at 11pm. We were taken to a facility about an hour away where we stayed together.

3. Someone told us why we were arrested but they spoke a mixture of Spanish and English so we didn't understand. We were not given any paper or told anything about my rights.

4. At the first place there were 8 other people in the same room as us. We had mattresses to sleep on and aluminum blankets. There was one bathroom that had a toilet a sink, toilet paper and soap. It was really cold in the room. I kept my blanket on all the time. The lights were left on all the time.

5. We were given a burrito, cookie, juice and water an hour after we arrived. We received a burrito, cookie and juice again at 7am, 10am, 1pm, 8pm, and 12am on Monday. We were given a juice before we left on Tuesday

6. We were transported together to the Tucson CBP detention on Tuesday at 5am. It took 4-hours to go from the first place to here. Once we got here we were separated and I have not seen my mother until now. I asked where she was once and was told she was in court.

7. I stay in a room with a woman and an 8-year old boy. We each have a mattress to sleep on and an aluminum blanket. It is very cold so I wear my blanket all the time. When I first get it it keeps me warm but pretty soon it doesn't anymore. It was the same exactly at the first place.

8. There is a bathroom with a toilet, toilet paper, a sink and soap. The toilet has a short door. I cover myself with my aluminum blanket because there is a camera pointed right at the toilet.

9. I took a shower yesterday in the early evening. The shower has 2 spouts- the top one cold and the bottom hot. They are operated with separate buttons. I had to be naked because I have only the clothes I am wearing. There is no shower curtain and the camera which points at the toilet also shows the shower. I did not have soap but I did have shampoo.

10. I get a burrito, cookie and juice an 7am, 10am, 1pm, 8pm, and 12am. There is a water dispenser with cups in the room where I stay.

I, Ivania L█████████swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.

██████████████████

06-15-2018
Date

Certificate of Translation

I, Betsy Aguirre certify that I am fluent in English and Spanish and that I read the above declaration to Ivania L█████████ in Spanish.

Betsy Aguirre
Center for Human Rights & Constitutional Law

06 · 18 · 2018
Date

Page 2 of 2

468

Exhibit 70

**Declaration of**
**Geovany D███████████, A████████**

I, **Geovany D███████████** (A███████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born in Guatemala on April 24, 2002. I am 16 years old.

2. I came alone. I got arrested last night in Altar around 9pm. I arrived at the Tucson CBP around 11pm. I was given a burrito, cookie, juice, and water. I am given the same meal periodically during the day.

3. I stay in a room with 7-8 other boys. It is clean. The temperature is cold. There are 2 toilets with toilet paper, sink, and soap. I was offered a shower but did not take it.

4. I was not told my rights or given any paper describing them. I was not told I could consult a lawyer nor was I given a list of lawyers.

I, Geovany D███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.

06 73 2018
Date

Page 1 of 2

470

Certificate of Translation

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to
Geovany D█████████████ in Spanish.

_____                              06.18.2018
Betsy Aguirre                                                    Dare
Center for Human Rights & Constitutional Law

Page **2** of **2**

471

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 5 OF 12 [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*