CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>           Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>           Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 6 OF 12 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**]<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

1

*Plaintiffs' counsel, continued*

2

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)

3

474 Valencia Street, #295

4

San Francisco, CA 94103
Telephone: (415) 575-3500

5

6

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM

7

Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

8

Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)

9

152 North Third Street, 3rd floor
San Jose, CA 95112

10

Telephone:     (408) 280-2437

11

Facsimile:     (408) 288-8850
Email: jenniferk@lawfoundation.org

12

        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

13

*Of counsel:*

14

15

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)

16

832 Folsom Street, Suite 700
San Francisco, CA 94104

17

Telephone: (415) 543-3379

18

19

*/ / /*

20

21

22

23

24

25

26

27

28

## INDEX OF EXHIBITS

**VOLUME 1**

1. Declaration of Class Counsel, Peter Schey..................................................... 1
2. List of Licensed Group Homes and Homeless Youth Shelters.................................... 5
3. Declaration of Lidia S███████████ ......................................... 25
4. Declaration of Dilsia R████ ......................................... 29
5. Declaration of Josselin H████████ ......................................... 33
6. Declaration of Keylin M███████ .........................................37
7. Declaration of Iris A████████ ..........................................41
8. Declaration of Dixiana S██████ ......................................... 46
9. Declaration of Maria Angela A█████████ ......................................... 50
10. Declaration of Ana Vilma M████████ ......................................... 54

**VOLUME 2**

11. Excerpts of Exhibits.................................................................58

**VOLUME 3**

12. Declaration of Cristobal R█████████ ......................................224
13. Declaration of Delmis V███████ ......................................229
14. Declaration of Justin L██████████ ......................................233
15. Declaration of Mayra S█████ ...................................... 242
16. Declaration of Ruth M████████ ......................................246
17. Ommitted
18. Declaration of Bridis F██████ ......................................250
19. Declaration of Lourdes R█████████ ...................................... 254
20. Declaration of Blanca M██████ ......................................257
21. Declaration of Brandon S█████████ ......................................262
22. Declaration of Fatima O████ ......................................265
23. Declaration of Nohemi P███████ ......................................269
24. Declaration of Doris M████ ......................................272
25. Declaration of Karen B█████████ ......................................276
26. Declaration of Jefferson A█████████ ......................................281

1

27. Declaration of Daise M█████████ ............................................ 285

28. Declaration of Alejandra R███████ ........................................ 289

29. Declaration of Dinora C████████ ........................................... 293

30. Declaration of Leydi X████████ ............................................ 298

**VOLUME 4**

31. Declaration of Floridalma L████████ ..................................... 302

32. Declaration of Anet M██████████ .......................................... 309

33. Declaration of Sindy S█████████ ........................................... 314

34. Declaration of Timofei F████████ .......................................... 318

35. Declaration of Cesar A██████████ ......................................... 323

36. Declaration of Kevin U█████████ .......................................... 329

37. Declaration of Ana P████████ ............................................... 338

38. Declaration of Alma R███████████ ........................................ 342

39. Declaration of Marlyn E██████████ ....................................... 346

40. Declaration of Jeydi I███████████ ......................................... 353

41. Declaration of Tarino A████ ................................................. 356

42. Declaration of Denia M█████████ .......................................... 361

43. Declaration of Manuel A████████████ ................................... 367

44. Declaration of Alma S███████ ............................................... 374

45. Declaration of Abidalia G█████████ ...................................... 378

46. Declaration of Gladys I██████████ ........................................ 382

47. Declaration of Baljit K██ ..................................................... 385

48. Omitted

49. Declaration of Edgar R█████████ .......................................... 390

50. Declaration of Ermita M███████ ........................................... 394

**VOLUME 5**

51. Declaration of Fanny Damarys A████████████ ....................... 397

52. Declaration of Nery Baltazar M███████████ .......................... 401

53. Declaration of Selena B████████ ........................................... 404

54. Declaration of Victor A████████ ........................................... 408

55. Declaration of Yeimin B████████ .......................................... 413

2

56. Declaration of Anghelo M███████████.............................419

57. Omitted

58. Declaration of Sergio C███████.............................426

59. Declaration of Dennis M███████.............................430

60. Declaration of Emilson E███████.............................434

61. Declaration of Erick L███████.............................437

62. Declaration of Gladys I███████.............................444

63. Declaration of Marcedonio P███████.............................447

64. Omitted

65. Declaration of Sandra M███████.............................451

66. Declaration of Elmer S███████.............................455

67. Declaration of Yonain G███████.............................460

68. Declaration of Juan M███████.............................463

69. Declaration of Ivania L███████.............................466

70. Declaration of Geovany D███████.............................469

**VOLUME 6**

71. Declaration of Ricardo  M███████.............................472

72. Declaration of Abilio I███████.............................475

73. Declaration of Itzel C███████.............................478

74. Declaration of Dony  A███████.............................481

75. Declaration of Bartolo  D███████.............................484

76. Declaration of Minta M███████.............................487

77. Declaration of Noe R███████.............................490

78. Declaration of Rony  E███████.............................493

79. Declaration of Felipe G███████.............................496

80. Declaration of Otoniel A███████.............................499

81. Declaration of Pedro V███████.............................502

82. Declaration of Lester  Y███████.............................505

83. Declaration of Carol V███████.............................508

84. Declaration of Cindy J███████.............................513

85. Declaration of Edwin A███████.............................518

86. Declaration of Elvi O███████.............................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C███████ ....................................................... 532

88. Declaration of Denis J███████ ........................................................536

89. Declaration of Juan C███████ ........................................................542

90. Declaration of Lucia G███████ .........................................................549

91. Declaration of Norin U███████ ......................................................554

92. Declaration of Skarleth G███████ ..................................................559

93. Declaration of Carol S███████ .......................................................564

94. Declaration of David A███████ ....................................................572

95. Declaration of Elry A███████ .......................................................579

**VOLUME 7**

96. Declaration of Eydi Y███████ ....................................................... 582

97. Declaration of Jesica Y███████ ...................................................585

98. Declaration of Katherine B███████ ............................................. 591

99. Declaration of Kevin G███████ ...................................................599

100. Declaration of Miguel A███████ ................................................606

101. Declaration of Rebecca Y███████ ..............................................613

102. Declaration of Yender E███████ ................................................619

103. Declaration of Elmer V███████ ..................................................626

104. Declaration of Deny N███████ ....................................................630

105. Declaration of Juan A███████ .....................................................634

106. Declaration of Horacio A███████ ...............................................638

107. Declaration of Melannie O███████ .............................................642

108. Declaration of Vicenta P███████ ............................................... 647

109. Declaration of Miriam B███████ ................................................650

110. Declaration of Loida G███████ ..................................................653

111. Declaration of Loida C███████ ..................................................656

112. Declaration of Genoveva G███████ ...........................................659

**VOLUME 8**

113. Declaration of Aurelia R███████ ..............................................662

114. Declaration of Ana M███████ ...................................................665

115. Declaration of Celestino A███████ ...........................................668

116. Declaration of Jose L███████ ....................................................671

4

117. Declaration of Braylin A█████████ ........................................................ 674

118. Declaration of Ventura I█████████ ........................................................ 677

119. Declaration of M███████ ........................................................ 680

120. Declaration of Christy F██████ ........................................................ 683

121. Declaration of Graisy I████████ ........................................................ 686

122. Declaration of Martin H████████ ........................................................ 689

123. Declaration of Edras d██████ ........................................................ 692

124. Declaration of Elena C███████ ........................................................ 695

125. Declaration of Heydi F█████████ ........................................................ 698

126. Declaration of Magdalena P███████ ........................................................ 701

127. Declaration of Jorge M████████ ........................................................ 704

128. Declaration of Manuel R███████ ........................................................ 708

129. Declaration of Mauricio B█████████ ........................................................ 711

130. Declaration of Rosalva P█ ........................................................ 716

131. Declaration of Owen E████████ ........................................................ 721

132. Declaration of Alexander T█████████ ........................................................ 725

133. Declaration of Serafin S██ ........................................................ 728

134. Declaration of Kimberly V████████ ........................................................ 732

135. Declaration of Michelle T███████ ........................................................ 736

**VOLUME 9**

136. Declaration of Orlando M███████████ ........................................................ 740

137. Declaration of Vanessa R█████████ ........................................................ 743

138. Declaration of Alexander G████████ ........................................................ 747

139. Declaration of Hazlyn D██████████ ........................................................ 751

140. Declaration of Eva B███████ ........................................................ 755

141. Declaration of Gladys E█████████ ........................................................ 759

142. Declaration of Maria E███████████ ........................................................ 763

143. Declaration of Lexyer B████████ ........................................................ 767

144. Declaration of Cesia B███████ ........................................................ 771

145. Declaration of Alan C██████ ........................................................ 775

146. Declaration of Juan A████████████ ........................................................ 780

147. Declaration of Edwin Q█████████ ........................................................ 784

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

148. Declaration of Leticia D██████ ........................................................ 788

149. Declaration of Sandeep S██ ........................................................ 792

150. Declaration of Manish K██ ........................................................ 796

151. Declaration of Devis U██████ .................................................... 800

152. Declaration of Sachin K██ ........................................................ 803

153. Declaration of Raul P██████ ..................................................... 807

154. Declaration of Yasmin R████████ .............................................. 810

155. Declaration of Dixia S█████ ..................................................... 813

156. Declaration of Angel A███████████ ........................................... 817

157. Declaration of Josue ██████ ..................................................... 822

158. Declaration of Lesvia E█████████ .............................................. 825

159. Declaration of Patricia H██████ ................................................. 828

160. Declaration of Alba S█████████ ................................................ 833

161. Declaration of Blanca C█████████ ............................................. 838

162. Declaration of Jeydi M███████ .................................................. 841

163. Declaration of Lizeth R██████ ................................................... 844

164. Declaration of Maira S███████ .................................................. 847

165. Declaration of Yenny F█████████ .............................................. 850

**VOLUME 10**

166. Declaration of Brenda M██████ ................................................. 853

167. Declaration of Griselda B████████ ............................................. 857

168. Declaration of Keila P████████ .................................................. 861

169. Declaration of Rosa P█████ ...................................................... 865

170. Declaration of Saudi S████████ ................................................ 869

171. Declaration of Santos A███████ ................................................ 872

172. Declaration of Sandra M██████ ................................................. 876

173. Declaration of Wendy P███████ ................................................ 879

174. Declaration of Dulce M█████████ ............................................. 883

175. Declaration of Maria d██████ .................................................... 887

176. Declaration of Herlinda C█████████ .......................................... 891

177. Declaration of Yojana R███████ ................................................ 895

178. Declaration of Vilma M████████ ............................................... 899

6

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P███████████ ........................................903

180. Declaration of Rocio M██████████ ...........................................907

181. Declaration of Iris E█████████ .............................................911

182. Declaration of Mirza O████████████ ..........................................916

183. Declaration of David C████████████ ..........................................920

184. Declaration of Noliba C███████ ...............................................924

185. Declaration of Bryseyda G████████████████ ..................................928

186. Declaration of Alba P██████ ...................................................932

187. Declaration of Josue G█████████ ................................................936

188. Declaration of Sara P████████ .................................................939

189. Declaration of Beysi M███████████ ............................................943

190. Declaration of Besy J██████████ ...............................................947

**VOLUME 11**

191. Declaration of Blanca R██████████ .............................................952

192. Declaration of Gladis B████████████ ..........................................956

193. Declaration of Lucia R█████████████ ..........................................960

194. Declaration of Maria R███████ .................................................965

195. Declaration of Nora E█████████████ ...........................................969

196. Declaration of Sonia Y██████████ ..............................................974

197. Declaration of Yerica F███████████ ............................................979

198. Declaration of Esperanza C████████████ .......................................984

199. Declaration of Maria del S██████████████ .....................................989

200. Declaration of Glenda D███████████ ...........................................992

201. Declaration of Maira L███████████ .............................................996

202. Declaration of Jessica C██████████ ...........................................1000

203. Declaration of Karla J██████████ .............................................1004

204. Declaration of Madelin Y███████████ ..........................................1007

205. Declaration of Claudia A███████████████ ......................................1010

206. Declaration of Yaneth C████████████ ..........................................1013

207. Declaration of Daniel M██████ ................................................1016

208. Declaration of Gabriel G███████████ ..........................................1020

209. Declaration of Mateo A██████████ .............................................1024

7

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H█████████ ............................................. 1027

**VOLUME 12**

211. Declaration of Felipe A█████████ ............................................. 1031

212. Declaration of Leonardo L█████████ ............................................. 1035

213. Declaration of Maudin L█████████ ............................................. 1039

214. Declaration of Edwin G█████████ ............................................. 1042

215. Declaration of Victor V█████████ ............................................. 1046

216. Declaration of Gustavo A█████████ ............................................. 1050

217. Declaration of Romeo N█████████ ............................................. 1054

218. Declaration of Wilder D█████████ ............................................. 1058

219. Declaration of Jhony A█████████ ............................................. 1062

220. Declaration of Luis M█████████ ............................................. 1065

221. Declaration of Sayra O█████████ ............................................. 1068

222. Declaration of Roger G█████████ ............................................. 1071

223. Declaration of Diego M█████████ ............................................. 1074

224. Declaration of Kevin Y█████████ ............................................. 1078

225. Declaration of Elmer E█████████ ............................................. 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller ............................. 1087

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

Exhibit 71

**Declaration of**
**Ricardo M**████████ **(A number not yet assigned)**

I, **Ricardo M**████████ (A number not yet assigned), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on September 7, 2000 in Guatemala. I am 17 years old.

2. I was arrested today at 8am at Altar. I was taken to the Tucson CBP facility arriving around 11. I was given food (a burrito, cookie, juice) when I arrived and again later. I was not given water.

3. The room where I am housed here has 7-9 and it is crowded. I have a mattress and an aluminum blanket. There is water and I have a cup. The temperature is ok. The lights are always on.

4. I have not been told about my rights or about my rights to an attorney.

5. My native language is Chuj.


I, Ricardo M████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



6-13-2018
_____
Date

Page **1** of **2**

473

### Certificate of Translation

I, Betsy Aguirre certify that I am fluent in English and Spanish and that I read the above declaration to Ricardo M█████████ in Spanish.

_____

Betsy Aguirre
Center for Human Rights & Constitutional Law

06 · 13 · 2018
Date

Page **2** of **2**

Exhibit 72

## Declaration of

**Abilio I**█████████████ A█████████

I, **Abilio I**████████████ (A████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on October 30, 2000 in Guatemala. I am 17 years old. I was arrested on Monday near Sonoita at 11am. I was traveling alone.

2. I was taken to a check point about 2 hours from where I was arrested. I was given two meals each of a Burrito, cookie and juice. I had water.

3. I was housed by myself. There was a toilet, toilet paper, sink, soap in the room and I was given a tooth brush. There was a mattress and a blanket.

4. I arrived at Tucson CBP around midnight on Monday. I am housed with 10 boys. The room is clean. There are two toilets, toilet paper, sink soap, and water. I showered on Tuesday. I didn't have soap but I had shampoo.

5. I have meals several times throughout the day. The food is always the same.

6. When I was arrested I was told I had the right to an attorney and to call my family.

I, Abilio I█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



06 · 13 · 2018
Date

Page 1 of **2**

476

<u>Certificate of Translation</u>

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to Abilio I████████████ in Spanish.

_____

Betsy Aguirre
Center for Human Rights & Constitutional Law

06 · 13 · 2018
Date

Page **2** of **2**

477

# Exhibit 73



**Declaration of**
**Elsa F**█████████████ mother of **Itzel C**███████ (A█████████████)

I, **Elsa F**█████████████ mother of **Itzel C**█████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My daughter's name is Itzel C███████ A█████████ She was born on December 29, 2015 and is 2 years old. We are from Guatemala.

2. I was arrested on Saturday June 9, 2018 at around 2pm. It was in Arizona just across the border from Mexico but I am not sure where. We were taken to a place about an hour and a half away where we stayed until Sunday at 7am.

3. The first place I was at was similar to this one (Tucson CBP). We were in a room with 5 families – about 12 people. It was crowded. I slept on a mattress with my daughter. Even with the aluminum blankets we were cold all night. The lights were on all the time.

4. There were 3 toilets with toilet paper, a sink, but no soap. I was not offered a shower. I was given a tooth brush but no toothpaste.

5. The first day at 4pm we were given a burrito, a cookie, juice and a bottle of water. We got the same thing at 9pm.

6. We left the first place at 7am on Sunday. We were taken to another station where along with 20 other people we were kept in a jail cell for 20 minutes. We were then transferred here. The trip took about 5 hours. We arrived around 3pm.

7. From 7am - 3pm we had just one bottle of water and one cookie and my daughter was given a small carton of milk. After we arrived we had three meals of burrito, cookie, juice, and water at 3:30, 6, and 9.

8. Beginning Monday we have been given the same meal at 7, 9, 1, and 6. At 9pm we are given juice. There is water available all day in our room but there is only one paper cup.

9. Sunday evening Itzel was crying and wouldn't eat. She had two very large white spots in her mouth. We were taken to the hospital where she saw a doctor and I was told that Itzel was dehydrated.

479

10. Itzel does not like the burritos and will not eat them. The first time Itzel ate one she got diarrhea. She would not eat them after that. So all she is eating are cookies and juice. I told this to the officer. She was given a small amount of vegetables on Monday but wouldn't eat them.

11. On Tuesday another mother asked for milk for her child. So I did the same thing. I got the milk but the officer was very nasty demanding to know why I didn't ask before. I didn't ask because I didn't know that I could get milk.

12. I was not told my rights or my daughter's rights or given any paper about my rights or about lawyers.

I, Elsa F██████████████ mother of Itzel C█████ A█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



06 - 13 - 2018

Date

Certificate of Translation



I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to E████ █████████████ in Spanish.

06 · 13 · 2018

Date

Betsy Aguirre
Center for Human Rights & Constitutional Law

Page 2 of 2

Exhibit 74

**Declaration of**
**Dony A** ████████████ **A** ██████████

I, **Dony A**████████████ **A**████████, declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 2, 2001.  I am 17 years old. I am from Guatemala.

2. I was traveling with a group and got separated from them. I looked around to see if I
   could find a Border Patrol car with the camera on top. I saw one and turned myself in at
   Nogales about 11am.

3. I waited at the Nogales checkpoint for about an hour and then was brought to Tucson
   CBP in the evening. We were kept outside the building for about 30 minutes and were
   given food. I was also fed at 6 and at 8.

4. I am in a room with 10 boys. It is clean. It has two toilets, toilet paper, soap, toothbrush,
   water, and plastic cups. We get meals at 7, 10, 1, 8, and 12am.

5. I was not told my rights nor that I could speak to a lawyer.

I, Dony A ████████████ swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was read to me in Spanish, a language in
which I am fluent.

██████████████████████

06 73 2078
Date

Page **1** of **2**

482

<u>Certificate of Translation</u>

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to Dony A███████████ in Spanish.

_____                        06·13·2018
Betsy Aguirre                                           _____
Center for Human Rights and Constitutional Law          Date

Page **2** of **2**

483

Exhibit 75

**Declaration of**
**Bartolo D** █████████ **(A** █████████

I, **Bartolo D** █████████ (A █████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on May 6, 2001 in Guatemala. I am 17 years old.

2. I turned myself in yesterday evening at Sonoita. I was escorted by Mexican soldiers who found me when I was lost in the desert.

3. I was kept in a room by myself. I had a mattress, and a blanket. It was very cold in the room. I was given water and a burrito, cookie, and juice. The food is too spicy.

4. I arrived at Tucson CBP this morning. I have had two meals each consisting of a burrito, cookie, juice, and water.

5. I am housed in a room with 10-15 other boys. It is over-crowded. The mattresses take-up all the room. I am uncomfortable. There are two toilets, toilet paper, sink, water to drink and cups. I have a blanket.  I have not been offered a shower.


I, Bartolo D █████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



6.14.18
_____
Date

Page **1** of **2**

485

<u>Certificate of Translation</u>

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to Bartolo D█████████ in Spanish.

_____
Betsy Aguirre
Center for Human Rights & Constitutional Law

06 · 14 · 2018
Date

Page **2** of **2**

Exhibit 76

### Declaration of
**Minta** 

I, **Minta M**███████████ (A███████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on February 28, 2002 in Guatemala. I am 17 years old.

2. I was arrested on Tuesday June 12, 2018 when I turned myself in to the Border Patrol near Sassabe at 10am. Although I had been abandoned in the desert for 11 days I was only given water – no food. Five hours later I was first given food (a burrito, cookie and juice). I ate twice on Tuesday (a burrito, cookie and juice). I had breakfast today

3. I arrived at Tucson CBP on Tuesday around 3pm. Ultimately, I was in that room there were 20 women. I had adequate water. I had a mattress and a blanket. There were three toilets, toilet paper, three sinks, and soap.

4. I was moved to another room last night where I am by myself. I have a mattress and a blanket. The room has a toilet, toilet paper, a sink, soap and a toothbrush. There is water and cups. The temperature is a little cold especially at night.

5. I have not had a shower nor have I been offered one.

6. I was not given any papers when I was arrested. I was told that I could have a lawyer, but I was not given a list.

7. I was allowed to call my father yesterday.

I, Minta M███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



6/14/18
Date

Page **1** of **2**

488

## Certificate of Translation

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above declaration to Minta M█████████████ in Spanish.

_____

06 · 14 · 2018

Betsy Aguirre                                                          Date
Center for Human Rights & Constitutional Law

Page 2 of 2

Exhibit 77

**Declaration of**

Noe R█████████████████ (A██████████

I, Noe R█████████████████ (A█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on December 8, 2000 in Guatemala. I am 17 years old.

2. I was arrested on June 13, 2018. I do not know where. I traveled for 35 minutes and arrived at a first CBP facility where I stayed for 5 hours.

3. When I arrived I was given a meal (burrito, cookie, juice). I stayed in a big room with two other people. There was a toilet, toilet paper, soap, water and cups. I was not offered a shower.

4. I arrived to Tucson CBP last night. I had a meal (burrito, cookie, juice) when I got here. I had breakfast today.

5. The room I am in has 13 boys. There are two toilets, toilet paper, soap, a toothbrush. There is enough water and cups for everyone. I have not been offered a shower.

6. There is a security camera in the room which points to the bathroom. This makes me uncomfortable.

7. I was allowed to call my sister.

8. I was not read my rights when I was arrested. I told I could have a lawyer and was given a list.

I, Noe R█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.



6  14  2018
_____
Date

Page **1** of **2**

491

## Certificate of Translation

I, Betsy Aguirre, certify that I am fluent in English and Spanish and that I read the above
declaration to Nos R█████████████ in Spanish.

_____

Betsy Aguirre
Center for Human Rights & Constitutional Law

06·14·2018
_____
Date

Page **2** of **2**

492

# Exhibit 78

**Declaration of**

**RONY E** ███████████████ **A#** ██████████

I, **Rony E** ████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My date of birth is August 9, 2000. I am from Guatemala.

2.  I left Guatemala because I could not survive financially there. I was often hungry even though my parents and I work full-time. I dropped out of school three years ago to help support my family in Guatemala.

3.  I crossed the border on Sunday, June 10, 2018 at Altar, Sonora. It was about three days ago. I was picked up by the Border Patrol about two days after I crossed the border. It was somewhere in Arizona, but I don't know where exactly.

4.  I was taken to the Tucson Border Patrol facility on June 12, 2018 about one hour away from where I had been picked up and arrived at about 9:00 a.m..

5.  I have not received any rights information (facility rights or right to see a judge) or a list of free legal services. I was told about being able to use a phone, but when I told the agent that my family's phone number was in my backback, he just told me to go back to the cell. I have not been able to contact my family since I got the Tucson CBP facility.

6.  I was told I could call an attorney, but I was never given a written list of free attorneys. I was never given any list of free attorneys. I was also told I had the right to have a hearing before an Immigration Judge, but I never received any written notice. I told the agent I wanted to have a hearing, but the agent didn't respond to me or tell me when I would have the hearing. I was also not told or given a written notice of my legal rights at the CBP facility in Tucson.

5.  The food here is okay. They offered me a burrito, crackers, and juice three times on the first day I got here. Today I was offered the same food at 6:00 a.m. and at 8:00 a.m. I had enough to eat.

6. The temperature here is fine. They gave us thin aluminum blankets to use; they were okay. I wasn't cold.

7.  The lights are on the whole time.

8.  I haven't been offered a shower, but others have. I don't know why I haven't been given a shower. I would like to have a shower because I was walking in the desert for two days.

Page 1 of **2**

494

I, Rony D█████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████                    06/13/18

## Certificate of Translation

I, Judy Flanagan,, certify that I am fluent in English and Spanish and that I read the above declaration to Rony D█████ in Spanish.

*Judy Flanag—*

Judy Flanagan
Center for Human Rights and Constitutional Law

6/13/18

Date

Page **2** of **2**

495

# Exhibit 79

**Declaration of**

**FELIPE G█████████  A#███████████**

I, Felipe G█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is November 20, 2000. I am from Guatemala.

2. I left Guatemala because I am need to work to support myself. I had to quit school after sixth grade to work even though my mother works also. My father abandoned our family four years ago and is in Mexico.

3. I crossed the border on Tuesday, June 12, 2018, one day ago. I was picked up by the Border Patrol within 15 minutes of crossing, so it was close to Altar, Sonora or Sasabe, Arizona.

4. I was taken to the Border Patrol facility in Tucson about one hour away from where I had been picked up. It is crowded in the cell where they put me with ten other people. I did not receive any rights information or a list of free legal services. I haven't been able to call my family either or to call a lawyer.

5. The food here is enough. They gave me a burrito, a cracker, and a juice. I got food when I came in at 8:00 p.m. on June 12th and this morning.

6. The temperature here is okay, not too cold, not too hot.

7. The lights are on the whole time but this doesn't really bother me.

8 . The food here is okay. They give us a burrito, crackers and juice, and they gave this to me when I came last night and in the morning too.

9. The temperature is okay for me here. They gave us aluminum blankets and they are fine for me.


I, Felipe G█████████ wear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████

6-13-18
_____
Date

Page  of

<u>Certificate of Translation</u>

I, Judy Flanagan, certify that I am fluent in English and Spanish and that I read the above declaration to Felipe G██████ in Spanish.

_Judy Flanagan_

Judy Flanagan
Center for Human Rights and Constitutional Law


6-13-18

Date

Page  of

Exhibit 80

**Declaration of**

**OTONIEL A**█████████████████   **A NUMBER** █████████

I, **Otoniel A**███████████████ A█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 15, 2000. I am 17 years old and I am from Guatemala.

2. I came to the United States for a better life. I´ve been working since I was 10 years old because my parents can´t provide for me without me working. I am almost blind in my left eye from an accident that happened when I was working when I was 10 years old.

3. I crossed the border near Altar, Sonora on June 8, 2018. I was arrested by the Border Patrol on June 11, 2018, and taken to the Tucson CBP facility, about a one hour drive. I arrived here at 9:00 or 10:00 a.m. on June 11th.

4. I have been given a burrito, a cracker, and juice 3 or 4 times a day since I got here, but it´s not enough for me. The water is sufficient, though.

5. The temperature here is variable. Some rooms are really cold and others are okay. They give us aluminum blankets which are okay, but they don´t cover me completely, so the parts of me that are not covered are cold.

6. The lights are on all the time, but it doesn´t really bother me.

7. The agents explained my right to see a judge but didn´t give me a written notice of this right. I was not given any notice, written or oral, of my legal rights in this facility. I did not get a list of free legal services. I was able to make a phone call to my family here in the United States, but wasn´t advised of any right to call an attorney.

8. I have been here at Tucson CBP for two and one-half days now. I hope to be released to my family in Minnesota.

9. The Border Patrol agent never asked me if I was afraid to return to Guatemala, but they gave me a sheet with pre-printed questions. I don´t remember all the questions, but some of them were whether I had left Guatemala because of murderers, and whether someone would hurt me if I returned home, and what family member would receive me here, and whether I came here to work or study?

500

I, Otoniel A███████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████████
█████████████████████
█████████████████████        _06/13/18_
█████████████████████        Date

Certificate of Translation

I, Judy Flanagan, certify that I am fluent in English and Spanish and that I read the above declaration to Otoniel A██████████ in Spanish.

_Judy Flanagan_
Judy Flanagan
Center for Human Rights and Constitutional Law

_6/13/18_
Date

Page **2** of **2**

501

Exhibit 81

Declaration of

**PEDRO V**█████████████████ **A NUMBER** ████████

I, **Pedro V**██████████████, **A**████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 10, 2001. I am 16 years old and I am from Guatemala.

2. I came to the United States for a better life. I´ve been working since I was 15 years old because my mother can´t provide for me without me working. My father abandoned our family when I was seven years old.

3. I crossed the border near Sonoita on June 8, 2018. I was arrested by the Border Patrol on June 11, 2018, and taken to an unknown CBP facility, about a one hour drive. I arrived there at 3:00 a.m. on June 11th.

4. I was given a burrito, a cracker, and juice 4 times on June 11, 2018. It was enough food for me. I also received plenty of water.

5. The temperature at the first place was okay, and the aluminum blankets were okay too. The mattresses were okay also.

6. I was given oral notice of my rights at the first facility, but not given a written notice of my rights. I was not told about my rights in front of the Immigration Judge, nor was I given a written notice. I never got a written notice of free legal services, nor was any notice posted on the walls.

7. The lights are on all the time, but it didn´t bother me.

8. I tried to call the Guatemalan Consulate when I was at the first facility, but they didn´t answer.

9. I have been here at Tucson CBP for two days now. The food is the same as in the other facility, a burrito, a cracker, and juice, and they offer it four times a day. It is enough food for me. The water is sufficient. The cells are pretty crowded.

10. I was able to call my family at the Tucson facility. I was not provided written notice of my legal rights here or about the right to see an Immigration Judge. I was not given a list of free legal services or was any notice posted on the wall at the Tucson CBP.

11. I have not been asked by the Border Patrol if I am afraid to return to Guatemala, but I am, because I was hungry in Guatemala and can´t survive working there. I´ve been working since the sixth grade, and my father abandoned our family when I was seven years old.

12. I hope to be released to my family in Arizona.

Page 1 of **2**

503

I, Pedro V███████████ swear under penalty of perjury that the above declaration is true and complete
to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was
read back to me in Spanish.



_6-13-18_
Date

## Certificate of Translation

I, Judy Flanagan, certify that I am fluent in English and Spanish and that I read the above declaration to Pedro
V███████████ in Spanish.

Judy Flanagan
Center for Human Rights and Constitutional Law

_6-13-18_
Date

504

Exhibit 82

**Declaration of**

**LESTER Y**█████████████████████ **A NUMBER (None provided)**

I, **Lester Y**███████████████ **A Number (Not provided yet)**, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 23, 2018. I am 17 years old and I am from Honduras.

2. I came to the United States to escape violence. In April, I was kidnapped, tied up and beaten by gang members when I refused to sell drugs for them.

3. I crossed the border near Altar, Sonora on June 11, 2018. I was arrested by the Border Patrol on June 13, 2018, and taken to the Tucson CBP facility, about a one hour drive. I arrived here about two hours ago.

4. I was given a burrito, a cracker, and juice when I got here, and it was enough. The water is sufficient, also.

5. The temperature here feels good because I just came from outside.

6. There hasn't been enough time for anyone to explain any rights to me because I was just taken to talk to the lawyers as soon as I came in. I haven't received any written rights notices.

7. The cells are pretty crowded with people.

8. Someone told me I can call my family after I finish with the lawyers.

9. In the Border Patrol van, when we were on a rough road, the van bumped up and down, and I hit my head hard and I have a bump on my head now. I have a headache, too. I haven't had a chance to tell anyone here, but I need aspirin and for someone to look at my head.

10. I hope to be released to my family in Virginia.

I, Lester Y█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/13/18
_____
Date

Page 1 of 2

Certificate of Translation

I, Judy Flanagan, certify that I am fluent in English and Spanish and that I read the above declaration to Lester
Y███████████████ in Spanish.


Judy Flanagan
Center for Human Rights and Constitutional Law


6/13/18
Date

Exhibit 83

6/14/18

9:20 AM

CBP Processing

**Carol V███████████ (33 years old – 23, June, '84)**
**Daniel J███████████ (3 years old – 13, September, '14)**

Guatemala

Reason for leaving: Threats of extortion against her business, one threat in particular against her son and for this they left.

Border Patrol found us after we crossed the river yesterday (6/13/18) in the afternoon. They brought us here (CBP).

It is cold and there are a lot of people in the room, but the rest isn't so bad.

For food, there are sandwiches of only baloney. There is some juice but there is also water. WE have eaten three times.

The temperature is especially cold at night. In the day it is manageable but still cold.

There is always light.

The bathrooms are clean, you can wash your hands.

From here I have a friend with papers who is going to help me.

I have only been in this one center.

No one has explained to me what is going to happen next or any legal options I may have.

No one has spoken to me about asylum.

I have not had any kind of interview with Border Patrol.

I haven't seen anything that has struck me as bad.

There were separations, yesterday when we arrived here. You do not see the kids and the moms I saw already left from here in the morning.

The health of myself and my child is good.

4

509

6/14/18
9:20

Carol ████████████ —33
    Son: Daniel J ██████████ —3
        (██████████████)

    23 Junio '84
13 ░░ ░░░ Sept. '20 1 4

Guatemala

Reason for leaving: Amanezas a su
negocio, un amaneza a su hijo poreso
elle se fue.

La migra encuentre con nosotros
despues del Rio ayer (6/13/18) en el
tarde. Trajaron a nosotros aqui (CBP).

Es frio y estan muchas persones
los
C(silver Blankets)
donativos en los quaurtos pero el resto no
estan tan mal.

Para comida, sandwhiches de solamente
jamon. Algunos jugos pero tambien
ayi un cosa de agua. Come 3
veces.

Elle tempiatura es frio especialmente
en el noche. En la dia es aguantable
pero frio.

510

Siempre hay Luz.

Los baños son limpios, pueden llavar los manos.

Despues de aqui yo tiene un amigo con papeles que me van a ayudar.

Solamente estuve aqui en este Centro.

Nadie me explico que va a pasar y no me explico opcions legal.

NO Hablaron de Asylum.

Ya no tienea un interevista con la migra.

NO me viston algo que me calti mal.

Si separon, ayer cuando llegamanos, los niños ya no se ven, los señoras yo vic se fue este mañana

El Salud de yo y mit hijo estan bien

6/14/18

511

## Certificate of Translation

I, Alexis Marie Bay, certify that I am fluent in English and Spanish and that I read the attached declaration to Carol V████████████ in Spanish.

Alexis Marie Bay
213 East Warbler Ave
McAllen, Texas
78504

7/11/18

Exhibit 84

6/14/18

**Alexia M** ████████████ **(DOB: 1/7/14)**
**Cindy J** ████████████    **(DOB: 10/12/97)**

Country of Origin: Honduras

1 Day in CBP -McAllen

The girl has an infection of the chest that she has had before arriving to the center.


I encountered Border Patrol under the bridge yesterday (6/13/18) around 12 PM. Then we went up to the checkpoint on the bridge, so they could take my name and my daughter's name. This was before ever coming here.

When we arrived at the center there was some trash on the floor. After breakfast today, a woman came and cleaned it up.

The rooms are very cold and at times it gets colder than other times. The rooms for the most part are clean but they have very little room.

My daughter does not like the food, she only drinks the juice. We have eaten three times since arriving – sandwiches made of bread and baloney. A juice and crackers. Two times they made and served the sandwiches without gloves.

The center has had consistent light, there has not been a time when we were without light.

My daughter slept but I did not.

We've been here for one day.

The bathrooms are clean, and you can wash your hands but there is no soap, only water.

No one has explained nothing about what is going to happen or any legal options.

I left my home country because of my child's father. He abused me and kidnapped her one time.

6/14/18 Alicia ███████████ 1/7/14

Cindy J ███████████ 10/12/97

███████ La niña tiene un infección de pecho antes dellegar al centro.

Honduras

Encontraste con la migra abojo del puente AYER (6/13/18) alas 12 pm. Deyspues fueron a punte para quel migra tome mi nombre y de mi hija. Despues llegaron aqui.

1 DAY

Cuando llegar al centro estuve un poco de basura en el piso. Despues de desyuno ya una senora limpio.

Los cuartos son frio, aveces mas frio una tiempo de otro. Los cuartos son limpios. tiene muy poquito espacio.

No ~~le gusta~~ La nina no'le gustan la comida, sola tome el jugo. Comeron 3 veces Sanduhiches de pan y Jamon. Un Jugo y un galletica. 2 veces se asian los santuhiches sin aguantes en los manos.

Los luzes Si trabajan; siempre hay luz.

La niña Si dormir pero yo no.

515

Estamos aquí por un día.

Los baños si estan limpios. Se puede
llavar los manos pero no hay Jabon, solamente
agua.

NADie explico Nada de que va a pasar
o opciones Cegal.

Fue de mi paíz por miedo del
el papa de mi hija. Él me abuso y
quito a mi niña.



6

**Certificate of Translation**

I, Alexis Marie Bay, certify that I am fluent in English and Spanish and that I read the attached
declaration to Cindy J█████████ in Spanish.

Alexis Marie Bay
213 East Warbler Ave
McAllen, Texas
78504

7/11/18

7/11/18

517

# Exhibit 85

Declaration of Edwin A███████
█████████████████████

I, Edwin A███████████████
declare that the following is
true and correct to the best
of my knowledge and recollection:

1. My name is Edwin A███████
███████████ My date of birth
is January 10, 1989. I am
25 years old. I lived in Trujillo
Colon, Honduras, Viva Rio, Colon,
Honduras, about an hour and
a half from Trujillo. I lived
there with my whole family, includ
my wife and 2 children.

2. On June 4, 2018, I left Viva Rio
together with my older son Edward
A███████████████████, for
the United States. My son Edward
is 3 years old, born December
08, 2014. There is an error on
the records of CBP that gives
his date of birth as December
18. I think they heard me badly.
His true date of birth is
December 8, 2014.

519

3. We crossed the river into the United States yesterday very early in the morning, June 13, 2018. We walked for about 40 minutes before we were picked up by an immigration patrol.

4. The immigration officers registered us and transported us in a bus about 25 minutes to the CBP immigration holding facility, where we are now held. We arrived at this holding cell in McAllen, Texas, at about 2:00 am, though I do not know the precise time.

5. The immigration officers asked us if we were hungry and offered us sandwiches and juice. The food we received was enough.

6. Neither my son nor I have any medical needs but I know we can see a doctor or a nurse if we need to. I know that others here have been seen immediately,

520

When they are sick.

7. After we ate, we were given foil sheets, one for each of us. Nobody was given a mattress in our cell, not even the children. The temperature in the cell is very cold, but with the foil sheets it is okay, even for my son.

8. The cell has a toilet and clean drinking water. There is no soap to wash our hands. There is toilet paper.

9. We have not had a chance to shower or bathe since we came here. We are wearing the only clothes we had, and we have not been offered a change of clothes or the opportunity to wash our clothes. We have not been given toothbrushes or toothpaste.

10. There were about 12 in all in the cell when we arrived, girls as well as boys. I don't know exactly how many girls. There was one other boy who was about the same age as my son so they were both 3 years old. They were the youngest children in the cell.

11. There are no special activities for children in this facility. There are no books or toys and no videos for children or anybody else. There is no special food for children — they eat what we eat. I am not sure if it is possible to ask for food outside mealtimes if a child is hungry.

12. I have not received any information about what will happen next, where we will go, and when we will go. I have not received anything in writing — nothing about my case or why I am held, and no list of free lawyers.

522

I swear that the foregoing is true and correct to the best of my knowledge and recollection, under penalty of perjury under the laws of the United States

June 14, 2018
McAllen, Texas

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ___Edwin A███████████████████████___ in Spanish.

_Michael Bochenek_
**Michael Bochenek**
**Human Rights Watch**
**350 Fifth Avenue, 34th Floor**
**New York, New York 10118**
**(718) 724 9016**

Dated:  McAllen, Texas

        June __14__, 2018

524

Exhibit 86

Declaration of Elvi O████

████████████████

I, Elvi O████████████ declare that the following is true and correct to the best of my knowledge and recollection.

1. My name is Elvi O████████ ████████ My date of birth is July 14, 1993. I am 34 years old. I lived in San Pedro Sula, Honduras with my daughter Enyi B████████████████ until May 30, 2018.

2. My daughter's date of birth is August 16, 2008. My wife and my two other daughters still live in Honduras. My wife and I are separated. I am currently detained in the CBP holding facility in McAllen, Texas, together with my daughter Enyi.

3. My daughter Enyi and I crossed into the United States yesterday, June 13, 2018, at about 8:00 pm

We were apprehended by
two immigration officials and
taken in a transport van about
10 minutes to the CBP facility
where we are now. We arrived
at about 9.00pm, although
I do not know the precise
time.

4. We were registered and our
belongings were stored. I received
a ticket for my belongings.
We were permitted to keep with
us a sweater in addition to
one shirt, as well as papers
money, and identification. All
other property is being held
for us.

5 When we arrived, after we
were registered, we received
2 sandwiches each and a
juice each. The sandwiches are
bread and ham or baloney.
The food we received was
sufficient for us. Since
that time, we have eaten four

times, given one sandwich each
after the first time we ate, along
with juice. They told us that
if my daughter needs more food,
they will give it to her.

6. We were given one foil blanket
for the two of us. There were
more blankets in the cell when
we arrived, so we were able
to use more than one. We
slept on the floor spreading
a ~~matte~~ blanket under us to
sleep on. We did not receive
mattresses, and nobody else in
the cell has mattresses. We
were very tired, so we were
able to sleep even though the
lights were on all night.

7. There were about 10 adults and
10 children in the cell when
we first arrived. The children
included about 5 other girls,
so my daughter was not the only
girl in the cell.

528

8. There is clean drinking water for us in the cell. It is always kept full. When we need cups, if they run out, we can ask for more

9. The toilet is separated from the cell by a low wall. It gives us privacy when we need to go to the bathroom. When the girls go to the bathroom they ask us to move to the other side of the cell.

10. There is no soap in the bathroom. We wash our hands with water only.

11. We do not have toothbrushes or toothpaste. We have not had the opportunity to shower or bathe while we have been here.

12. The temperature is not bad, it is normal. Neither my daughter nor I felt cold in the cell, including

529

at night. Maybe at night it
felt a little cold, but it was
not difficult for us to bear.

13. We have not received any infor-
mation about what will happen
next in our case. I have not
been told where we will go
or when. I have not been given
anything in writing about why
I am detained or what will
happen with my case

I swear under penalty of
perjury that the foregoing is
true and correct.

June 14, 2018

530

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ___Elvi o█████████████████████████___ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016

Dated: McAllen, Texas

June ___14___, 2018

Exhibit 87

6/14/18

1:50 PM

Guatemala

**Gregorio G**████████████ **(11/17/84)**
**Candelaria C**████████████ **(11/30/06)**

CBP Center

We encountered Border Patrol yesterday (6/13/18) under the bridge in the afternoon. Afterword's we came to this center at night.

I came here to improve our life and work in the United States.

Four times we have eaten the sandwiches of baloney and a juice. We have access to water.

The rooms are cold. The silver blankets do not give a lot of heat. The rooms are clean. At night there is not a lot of room but in the day time there is room.

The lights work.

We have access to the bathrooms and they are clean. They are cleaned daily, and you can wash your hands.

There were no explanations of legal options or what is going to happen.

6

533

Gregorio ▮  — 11/17/▮
Candelaria ▮  — 11/30/06

6/14/18
1:50pm

6/13/18

En contraste ayer con la migra en el
tarde abajo de ante. Despues aguien en
el centro en el noche.

Guatemala

Acer adelante y trabaja agui
en EEUU.

4 veces comeron los sandwiches de
Jamon y un Jugo. Accesso a agua.

Een los cuarto se tiene frio. The silver blankets
no se hacen tanto calor. Cuartos son limpio.
En la noche no tanto espacio pero en la dia si.

1 dia   cuartos son limpios.

Luzes se trabajan.

Asesso abaños y son limpios) limpio
diarios. Pueden llavar los manos.

No Estue expliaciones legales o
de que va a pasar.

6/14/18

534

## Certificate of Translation

I, Alexis Marie Bay, certify that I am fluent in English and Spanish and that I read the attached declaration to Gregorio C█████████ in Spanish.

_Alexis Marie Bay_
Alexis Marie Bay
213 East Warbler Ave
McAllen, Texas
78504

_7/11/18_
7/11/18

535

# Exhibit 88

# Declaration of Denis ████████

I, Denis ████████ declare that the following is true and correct to the best of my knowledge and belief:

1. My name is Denis ████████ ████████ My date of birth is November 30, 1986. I lived in Protección, Santa Barbara Honduras, together with my family until May 20 2018. I am now detained together with my 8-year-old son Elkin A█████ ████████ in the CBP holding facility in McAllen, Texas. My son's date of birth is February 26, 2010.

2. My son and I were apprehended by immigration agents at about 8:00 pm yesterday, June 13, 2018. They treated us very well. They took down our personal details and then took us to the CBP facility where we are

now held.

3. When we arrived, we were placed
in a cell with six other
people, 3 adults and 3 children.
The adults were all men. Some
of the children were girls,
some were boys. There are
now a few more people in the
cell with us.

4. The cell is clean. We were
allowed to wear a shirt
and a sweat shirt each. We
were not given metal blankets
or mattresses. The others who were
in the cell before us had
blankets, but we did not receive
more. Nobody had mattresses.

5. We were given sandwiches and
rice when we arrived. We have
also received sandwiches and
juice once more, first thing this
morning. I received 2 sandwiches
and my son received 1. The
food was sufficient for us

538

6. The toilet is in the cell. The wall gives us privacy when we use it. There is toilet paper but no water. We wash our hands with water only.

7. There is drinking water for all of us in the cell. There are clean cups for the water.

8. We have not showered or bathed since we arrived in this facility. We have not been given toothpaste or toothbrushes.

9. The temperatures was fine for me, but my son was cold, especially when he slept. We slept on a concrete bench, with no blanket or mattress.

10. We are wearing the same clothes we arrived with. We have not been offered a change of clothes.

11.   I have not received any information about the next step in my case. I have been given no written notices since I arrived here.

I swear that the foregoing is true and correct under penalty of perjury under the laws of the United States.

[redacted]

June 14, 2018

540

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ___Denis ███████████████████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016

Dated:  McAllen, Texas

June __14__, 2018

541

# Exhibit 89

Declaration of Juan
█████████████████

DOB: 12/30/1985

1, Juan C████████████████████
declare that the following is
true and correct to the best
of my knowledge and recollection:

1. My name is Juan C██████████
████████. My date of birth is
December 30, 1985. I am 32
years old. I was born in
Tela Atlántide, Honduras,
and lives with my wife, my
daughter, and my son in La Ceiba.
wife's name is Francis V█████
██████████████████ age 28. My
daughter is Jayiss ███████████
████████████. My son is
Carlos V██████████████████.
My children are twins, 8
years old. On June 19 2018,
they will turn 9. Their date
of birth is June 19, 2009.
We all lived together in
La Ceiba, Atlántida, Honduras,
until 16 days ago.

543

2.   I fled Honduras with my son 17 days ago because of death threats against my son and after my three cousins and brother were killed by the same people who made the threats against my son.

3.   We travelled through Mexico and entered the United States yesterday evening, at about 7:30 pm. After we had waited for about an hour and a half, we were apprended by immigration agents. The agents treated us very well, and acted very professionally.

4.   They brought my son and me to the CBP holding cell in McAllen, Texas, where we are now held. The journey was approximately 35 minutes by van.

5.   When we arrived here, the agents took our photos and our

544

fingerprints. They stored our belongings and gave me a ticket. They permitted each of us to keep one t-shirt and a sweatshirt with us in the cells.

6. There were about 15 of us in the cell when we arrived. Now about 10 of us remain. The cell is clean. We were each given a foil blanket but not mattresses. Nobody else in the cell has mattresses

7. The toilet is clean and private. There is paper but not soap. There is plenty of water to wash our hands with. We also drinking water in the cell in a large bottle, which agents regularly check to refill if necessary. There are paper cups, enough for all of us

8. We have not received toothbrush or toothpaste, and we have not showered since we arrived here

The lack of showers and tooth-brushes and toothpaste is really the only thing that is lacking.

9. We have eaten three times since yesterday evening, and it is now mid-morning. Each meal was 2 sandwiches, and a juice, and they told us that if my son wanted more they would give him more food. The food was sufficient for us, and I have no complaint about the quality of the food.

10. The temperature is normal. The air conditioning is not very strong. We were able to sleep even though the lights were on all night.

11. We have not received any information about what will happen next. I understand I will see a judge, but I do not know

540

when That will be.

I declare under penalty of perjury under the laws of the United States, that the foregoing is true and correct to the best of my knowledge and recollection.

June 14, 2018

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to Juan C███████████████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016

Dated:  McAllen, Texas

June 14, 2018

548

Exhibit 90

**Lucia G⬛⬛⬛⬛⬛⬛⬛ (1/23/95)**
**Jazmin L⬛⬛⬛⬛⬛⬛⬛(8/7/2013)**

El Salvador

CBP Center

6/14/18

We crossed in the afternoon and encountered Border Patrol at night. We arrived at this center the same night. This is the only center we have been to so far.

The rooms are really cold and at one point it was extremely cold. There is not a lot of room and I was not able to sleep but my daughter did sleep. The silver blankets do not work.

We have eaten three times. It was sandwiches of only baloney and a juice. We have access to water.

There is light.

The bathrooms are clean. You can wash your hands but there is no soap. You do have access to menstrual products and pampers.

I have not had any legal explanations or explanations about asylum or what is going to happen after arriving here.

I came here to work for my daughter. There is no work in my country that pays.

Lucia G ████████

Jazmin L ████████

8/7/2013

~~Encrera este la de la migra aquí en~~
~~el tarde~~ Cruzaste en el tarde y encontre
con la migra en la noche. llagaron a
centro el mismo noche. Solamente aqui
estamos en esto centro.

Los cuartos bien frio y an un punto estruvo
muy frio. No hay mucho espacio y no podia
dormir pero la nina si. Los silver blanket no
trabaja.

3 veces comiste. fue Sanduiche de solo
Jamon y un Jugo. tiene accesso a agua.

Hay Luz.

los banos son limpios. puedes llavarse
los manos pero no hay jabon. tiene
accesso a productos feminino y pamper.

No tienia explicaciones legal o de
asylo o que va pasar despues de llegar
aqui.

El Salvador

551

llego aqui para Trabajar para lludar a
mi Hija; no hay Trabajos que paganen
mi paiz.

6/14/8

## Certificate of Translation

I, Alexis Marie Bay, certify that I am fluent in English and Spanish and that I read the attached
declaration to Lucia G███████████████ in Spanish.

_Alexis Marie Bay_
Alexis Marie Bay
213 East Warbler Ave
McAllen, Texas
78504

7/11/18
7/11/18

Exhibit 91

Norin  U[REDACTED]                    A# [REDACTED]

DOB    12-14-1978

~~daughter~~

daughter - Belin  U[REDACTED]

A# [REDACTED]

We are from Honduras. Came fleeing
for our lives. I was robbed — stole some
animals. Demanded more.        Hildri
Lived with familia — wife [REDACTED]
2 more daughters  10, 3 y.o..
I came as quickly as possible —
My wife left later because she was
also threatened.
Thieves wanted everything + would kill us
for it.
Belin is the oldest - in most risk of the
thieves targeted. Everyone knows that is
how it works. If they don't find you they
go after your children. Belin goes to school
+ has friends — they know how to find
her.
      walked here. crossed the river —
met up w/ people. Didn't cross at
port of entry because it is too dangerous
Gangs are watching. People were turned
away. Some were sleeping on the bridge
but that seemed like a bad idea.

555

cussed on a raft. Then walked — it was a big group. Just walking with no idea where we were going. Had only the clothes on their backs — It ran out quickly

My brother lives in VA. Came 5 years ago for similar reasons. Fleeing constant danger. We planned to go to him.

When border patrol came — 2 trucks — They loaded us up. Brought us to the station — took our information

When we arrived here they separated us after a quick medical intake. They just decided us into men + women + she was off w/ another group. Never asked him anything or told him anything. Only saw her again when they did intake + took fingerprints 2nd interview. They tried to get him to sign for deportation + explained I would be going to court — alone. They said that after court I would be reunified w/ my daughter. I refused to sign deportation + explained we could not go back.

I.
We are kept in separate cells, my daughter +
We sleep on the floor. It is cold. No showers. No
cushions or blankets.

I spoke to my wife about 6 days ago —
from Mexico. I called her cell. She had
fled the house immediately after me —
with the children — she was planning
to stay w/ friends in a different
town hoping to lie low + be safe.

They told me I would go to
court + that after that I would
come back + be with my daughter.
They told my daughter she would
be sent to a shelter.
While I was being interviewed, they took my daughter
they said they were sending her to a processing center.
I cannot return to Honduras.
Signing for deportation is signing
my death sentence.

6-14-18
CBP McAllen

557

**Certificate of Translation**

I, Michelle Brané, am fluent in the English and Spanish languages and I certify under penalty of
perjury of the laws of the United States that I read the above statement back to  ‗‗Norin ▮▮▮
▮▮▮‗, who verified that it was true and correct.


_____

Michelle Brané
Women's Refugee Commission
1012 M Street, Suite 1100
Washington DC, 20005
(202) 750 − 8596

McAllen, Texas

# Exhibit 92

Skarleth G████████████    A #
mom= Cintia F█████████   ████ ████

My Name is Skarleth G███
██████████. ~~Born~~ Born in Honduras
06/09/2004. I ~~traveled~~ here with my
mother Cintia F██████████.

We had a good life in Honduras.
My mother worked part time, we had
a house where we lived with my
grandmother. My mother used to
~~One day~~ be a U.S. resident, My
grandfather is a resident + almost
a citizen. My mother ended up staying
in ~~Hond~~. w my dad + I was born.

One day coming home from school
a scary man started following
me. He said if I did not go out with
him he would kill my mother. — and
that he would kill her if I told
At first I did not say anything.
I was too scared. On mother's day
he called our house. This made me
very afraid because I do not know
how he found my number. He said
if I did not sell drugs for him
he would kill me. ~~He said that~~
I passed the phone to my mom
+ he threatened her saying something

560

about blood raining down on our house.
He said that —
if we went to the police — he would
kill even the dogs at my house.
(Again I was too afraid to tell.
I tried to avoid him + to never
be alone at school.

more up to ↓

There next day coming home from
school he cut me off in his truck.
He grabbed me + said it was my
last chance. I had to cooperate
or we would all die — starting
with my mom. I got away and
ran home crying.

My mom saw me + I told her
everything. At first she asked me
how I knew him. She thought
that maybe I had done something
to encourage him. I saw no way.
She finally believed me. My arm
was bruised + scratched.

That is when we left. The
terrible thing is that before that
when I was scared I kept suggesting
to my mom that we go to America
but she said no way.

Once she realized the danger
we left right away. Hoping
to get to my grandfather.

561

We paid 1000 pesos to get across
the river. Then we walked 3 1/2
hours to the bridge to turn ourselves
in. We had planned to go to
The Port of Entry but we saw
they were not letting people in
+ we were told that people waiting
were being kidnapped.

We turned ourselves in + were
brought here. They separated us.
I do not know why. We
sleep on the concrete floor. I don't know what
is happening. Now I found out my mother
will be charged with a crime +
I will be sent away to a shelter
I am very sad + afraid. I want
to be with my mom. I don't know
what will happen to her.

6/14/2018

562

**Certificate of Translation**

I, Michelle Brané, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that I read the above statement back to ___Skarleth G█████████ who verified that it was true and correct.

_____

Michelle Brané
Women's Refugee Commission
1012 M Street, Suite 1100
Washington DC, 20005
(202) 750 – 8596

McAllen, Texas

563

Exhibit 93

My name is "S███████ Carol ████████. I am from Guatemala, born 03-08-1979. ~~I~~ I was born and lived in the town of Tierra Nueva Uno. I traveled here and am currently detained with my grandson, Federick G███████ ██████████, d.o.b. 11/22/2013. He was born in Tierra Nueva Uno, Guatemala.

I was also traveling with my daughter is Carol S███████ ████████, born on 04/15/2000 I was separated from her at the border and I am not aware of where she is now. I am worried because she suffers from a medical condition related to her heart that causes her to pass-out when under stress + it is very dangerous.

We fled Guatemala on May 24, 2018 because of threats to our lives. The danger began 1 year ago when a man tried to force me to sell drugs in the neighbor-

565

I refused and he became very angry.
He came to my house, attacked me
physically, beat me & fired his gun.
He fled when he saw that the
neighbors were recording him. We
called the police & filed a complaint
— but within a day they dropped
the case. He sent me a message
saying I had better not get the
police enrolled ever again —
that he would go after my family
& target the children.

After that I barely left the
house. We tried to keep a very low
profile. My daughter went to school
& straight back — no talking to
anyone.

On May 18, 2018 he came back.
He said one way or another we would
work for him. The next day my
daughter said that there were
strange men hanging around
the school & following her.
I recieved a message that my
children would be the 1st targets.
I immediately took my daughter
out of school.

I sold the t.v. and borrowed some money and ~~was~~ we all left. My 16 y.o. son, Jonathan H████ ████ DOB -05/07/2002 went with his girlfriend. He was going to try to hide out at her house.

I fled w/ my 18 y.o. daughter Carol E████████, and my grandson Frederick. His mother - my older daughter, Kimberley M███████ ████ lives in Houston. She can be reached at ████████████ If I am separated from him I would like for him to be reunified with her.

We took buses + rides to the border and then crossed the river on a raft. Then we walked to the nearest road where we were apprehended. This was the only way I knew of how to cross. I followed migrants that I found along the way. We crossed on May 12, 2018.

When we were apprehended they took the three of us together to a place where we were put in a cell. I am not sure what it was called. It was about 30 min drive from where I am now (Ursula / McAllen). We managed to find a mat for the three of us to share for sleeping but most people — + children were sleeping on the cold hard floor. It was very cold in that facility. ~~Children~~ We arrived at about 9:00 pm. We did not get any food until about 3:00 am. My grandson was very hungry and ate the bologne sandwich but most kids could not eat it. They also gave him juice.

We recieved no information about our rights, the rights of the child, or any legal services information. There were toilet in the cells + some water — but no soap + no showers or clean clothes.

568

When they realized my daughter was 18, they separated us. On May 13 my grandson and I were transferred here to Ursula. I do not know what happened with my daughter.

I have been at Ursula 2 days — since Wed.

The conditions here at Ursula are not much better. They did let us take a shower. My grandson had vomited on his clothes so they gave him clean clothes when I asked, but they said there were no clean clothes for me.

We sleep on thin mattresses on the floor with metal blankets. The lights are on 24 hours a day and it is very very cold. There is no recress We are fed three times a day. Usually some kind of tortilla with eggs or beans. No snacks for the children. Occasionally, if at once at lunch they gave some of the children extra crackers.

569

There is no recreation of any kind
for the children. We are kept in
cages with nothing to do but worry.
No toys, no place to run or play —
with hundreds of frightened children.
Sometimes they make up games in
the cages/cells. But if they run
into the common area the mother
will be scolded.

There are toilets but they
are not normal flushable toilets.
They do not having running water
& you cannot flush the paper.
There is no real sink for washing
hands — it is a basin of water and
often runs out. There is no soap.
Sometimes there is hand sanitizer
but it usually has run out.

I swear that this is all true
and accurate to the best of my
knowledge. This declaration was
~~read to me~~ translated and read to
me in Spanish which is my
preferred language

6-15-18

**Certificate of Translation**

I, Michelle Brané, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that I read the above statement back to   Carol S█████

█████████████ , who verified that it was true and correct.


_____

Michelle Brané
Women's Refugee Commission
1012 M Street, Suite 1100
Washington DC, 20005
(202) 750 – 8596

McAllen, Texas

Exhibit 94

Declaration of David
A█████████████████████

I, David A████████████████████████
declare under penalty of perjury
that the following is true and
complete to the best of my knowledge
and recollection.

1   My name is David A███████████████████
████████████ My date of birth is June
29, 2002. I am 15 years old.
I lived with my brother and
my grandmother in San Vicente,
El Salvador, until my brother and
I decided to leave on our own for
the United States

2   My brother's name is Cesar A██████
████████████████████ His date of birth
is September 28, 2005. He is 12
years old

3   We left El Salvador together on
May 28, 2018. We crossed the river
into the United States on June 13,
2018, at about 5:00 pm. After we
crossed, we walked about 30 minutes
looking for an immigration patrol.

We wanted to turn ourselves in
to get protection.

4  When we found an immigration
patrol, they had us enter the
vehicle and drove us about one
hour to another place, not the
place we are now. I do not
know the name of that place. I
know that there were cells with
cement floors and cement benches
along the walls. When we left
the cells for cleaning, I saw that
the cells were arranged in a
semicircle with a group of
immigration officials in the middle
looking out over us from behind
a group of Computers.

5  We stayed in that place about
24 hours. My brother and I were
placed in separate cells, next
to each other. When I went in,
I saw that there were 31 people
in my cell, age 13 and up. All
of us were under age 18.

574

6. The lights were on in the cell the whole time. We each had a blanket. There were no mattresses in my cell.

7. We were not able to bathe in that place. We bathed once we reached this place. The first place we were in only had a toilet. It had toilet paper but no soap. We did not have toothbrushes or toothpaste in that cell.

8. There was water to drink in a large recepticle in the cell. There were enough cups for all of us. I drank about three times, but I thought the water was strange because it tasted of chlorine. There was something strange about the way it tasted.

9. Here we are in a place that is twenty minutes or less from the first place. I don't know the name, but it has chain link fencing dividing the sleeping areas. My brother and I are together. We

575

have been here since yesterday evening, so we arrived there on June 14, 2018.

10   It is much better here because we are sleeping on mats. You can sleep more. In the first place it was so crowded that sometimes you had to sit up, it wasn't always possible to lie down.

11   The officials haven't told us anything. We haven't received any information about when we will leave. I know they have talked to our parents, but we haven't been able to speak to our parents ourselves. We would like to know what is happening with our case, and we would very much like to talk to our parents.

I swear that this declaration is true and complete to the best of my ability, under penalty of perjury. I gave this declaration in Spanish, a language I speak

Fluently, and a lawyer read
it back to me line by line in
Spanish before I signed it.

June 15, 2018

577

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to David A ███████████████████████ n Spanish.


Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016


Dated:  McAllen, Texas

June ___15___, 2018

Exhibit 95

Elry A███████████████ , A NUMBER ██████████

I, Elry A████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [ 3/29/1988 ]. My son/daughter's name is Daniel A██████████. He is [_____] and he was born on [DOB 4/28/13. My son and I are from [ Guatemala ].

2. Describe Reason for leaving country of origin.
No opportunities, better quality of life for his family. Also, left because of delinquency. He fears to go back to Guatemala.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION early 6/12/18 late 6/11/18 or]. I believe that it was on or about [APPROXIMATE DATE _____]. We were taken to [ a station ]. [DESCRIBE CONDITIONS AT THIS FACILITY facility → then transferred to Ursula facility the same day.

4. [FOOD AT FACILITY Burrito for Breakfast, Sandwich, Water

5. [TEMPERATURE AT FACILITY Always Cold.

6. [LIGHTS, HYGENE ETC. Lights are on night & day

7. After [LENGTH OF TIME AT FACILITY _____], my son, my sister-in-law, and I were taken to another place where we were held for _____ days.

8. [DESCRIBE CONDITIONS LIKE ABOVE Restrooms are dirty. Showers are clean. He needs to shower his son at the same time he showers.

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES No. Also, his son hasn't been given written legal notice of his son's legal rights.

10. My son and I were taken out of that facility on a [DAY 6/11/18, 6/12/18 ].

580

11. My son and I have been at the [CURRENT FACILITY

for about _____3_____ days, We are planning to [DECRIBE RELEASE

PLANS *No information has been given to him*

*no phone cads allowed to him.*                          ].

12. [DESCRIBE CURRENT CASE AND RELEASE

STATUS *No information has been provided Regarding*

*court. Blankets provided only Keep him warm*

*for a period of time. Don't sleep much. They are*

*crowded in the area.*

I, [ *Elry A* ██████████████████████ ], swear under penalty of perjury

that the above declaration is true and complete to the best of my abilities. This declaration was provided in

Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████████        *6-15-18*
                                       Date

Certificate of Translation

I, [ *Georgina Guzman* ], certify that I am fluent in English and Spanish and that I

read the above declaration to [NAME] in Spanish.

[ *Georgina Guzman* ]

[ORGANIZATION *Texas Civil Rights Project*

[ADDRESS *PO Box 219, Alamo, TX 78516*

_____*6-15-18*_____

Date

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am

employed in the County of Los Angeles, State of California. My business address is

256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS'
  THIRD JUVENILE COORDINATOR REPORTS VOLUME 6 OF 12
  [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED
  UNDER SEAL]

with the United States District Court, Central District of California by using the

CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents

to the interested parties by sending copies to the email address of Defendants' Counsel,

Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1