1

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)

2

256 South Occidental Boulevard
Los Angeles, CA  90057

3

Telephone: (213) 388-8693
Facsimile: (213) 386-9484

4

Email: crholguin@centerforhumanrights.org

5

       pschey@centerforhumanrights.org

6

ORRICK, HERRINGTON & SUTCLIFFE LLP

7

Elena Garcia (Cal. Bar No. 299680)

8

777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017

9

Telephone:    (213) 629-2020
Email: egarcia@orrick.com

10

11

*Attorneys for plaintiffs (listing continues on following page)*

12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

15

JENNY LISETTE FLORES, *et al.*,

        Plaintiffs,

16

- vs -

17

JEFFERSON B. SESSIONS, ATTORNEY GENERAL
OF THE UNITED STATES, *et al.*,

18

19

        Defendants.

20

21

22

23

24

25

26

27

28

)
)
)
)
)
)
)
)
)
)
)
)
)
)

Case No. CV 85-4544 DMG (AGRx)

EXHIBITS IN SUPPORT OF
PLAINTIFFS' RESPONSE TO
DEFENDANTS' FIRST JUVENILE
COORDINATOR REPORTS
VOLUME 7 OF 12 [**REDACTED
VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER
SEAL**]

[HON. DOLLY M. GEE]

Hearing: July 27, 2018
Time: 10 AM

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:      (408) 280-2437
Facsimile:      (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

**INDEX OF EXHIBITS**

**VOLUME 1**

1. Declaration of Class Counsel, Peter Schey............................................... 1
2. List of Licensed Group Homes and Homeless Youth Shelters.................................. 5
3. Declaration of Lidia S███████████ ............................................. 25
4. Declaration of Dilsia R███ ............................................. 29
5. Declaration of Josselin H███████ ............................................. 33
6. Declaration of Keylin M██████ ............................................. 37
7. Declaration of Iris A████████ ............................................. 41
8. Declaration of Dixiana S██████ ............................................. 46
9. Declaration of Maria Angela A████████ ............................................. 50
10. Declaration of Ana Vilma M██████ ............................................. 54

**VOLUME 2**

11. Excerpts of Exhibits............................................. 58

**VOLUME 3**

12. Declaration of Cristobal R████████ ............................................. 224
13. Declaration of Delmis V██████ ............................................. 229
14. Declaration of Justin L█████████ ............................................. 233
15. Declaration of Mayra S████ ............................................. 242
16. Declaration of Ruth M██████ ............................................. 246
17. Ommitted
18. Declaration of Bridis F██████ ............................................. 250
19. Declaration of Lourdes R████████ ............................................. 254
20. Declaration of Blanca M█████ ............................................. 257
21. Declaration of Brandon S████████ ............................................. 262
22. Declaration of Fatima O███ ............................................. 265
23. Declaration of Nohemi P██████ ............................................. 269
24. Declaration of Doris M███ ............................................. 272
25. Declaration of Karen B███████ ............................................. 276
26. Declaration of Jefferson A███████ ............................................. 281

1

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

27. Declaration of Daise M█████████ .................................................. 285

28. Declaration of Alejandra R████████ .............................................. 289

29. Declaration of Dinora C████████ ................................................ 293

30. Declaration of Leydi X█████████ ................................................ 298

**VOLUME 4**

31. Declaration of Floridalma L█████████ .......................................... 302

32. Declaration of Anet M████████ ................................................. 309

33. Declaration of Sindy S████████ ................................................. 314

34. Declaration of Timofei F████████ ............................................... 318

35. Declaration of Cesar A█████████ ............................................... 323

36. Declaration of Kevin U█████████ ............................................... 329

37. Declaration of Ana P█████████ ................................................. 338

38. Declaration of Alma R██████████ .............................................. 342

39. Declaration of Marlyn E█████████ ............................................. 346

40. Declaration of Jeydi I██████████ ............................................... 353

41. Declaration of Tarino A████ ..................................................... 356

42. Declaration of Denia M█████████ .............................................. 361

43. Declaration of Manuel A██████████ ........................................... 367

44. Declaration of Alma S██████ .................................................... 374

45. Declaration of Abidalia G████████ .............................................. 378

46. Declaration of Gladys I████████ ................................................ 382

47. Declaration of Baljit K█ ........................................................... 385

48. Omitted

49. Declaration of Edgar R█████████ .............................................. 390

50. Declaration of Ermita M██████ ................................................. 394

**VOLUME 5**

51. Declaration of Fanny Damarys A███████████ ............................... 397

52. Declaration of Nery Baltazar M██████████ .................................. 401

53. Declaration of Selena B████████ ............................................... 404

54. Declaration of Victor A████████ ............................................... 408

55. Declaration of Yeimin B████████ ............................................... 413

2

56. Declaration of Anghelo M███████████████████.................419

57. Omitted

58. Declaration of Sergio C███████████.........................426

59. Declaration of Dennis M███████████........................430

60. Declaration of Emilson E█████████████.....................434

61. Declaration of Erick L████████████........................437

62. Declaration of Gladys I█████████████......................444

63. Declaration of Marcedonio P████████.......................447

64. Omitted

65. Declaration of Sandra M████████████.......................451

66. Declaration of Elmer S██████████..........................455

67. Declaration of Yonain G█████████..........................460

68. Declaration of Juan M███████████...........................463

69. Declaration of Ivania L██████████...........................466

70. Declaration of Geovany D████████████........................469

**VOLUME 6**

71. Declaration of Ricardo  M█████████.........................472

72. Declaration of Abilio I██████████████.......................475

73. Declaration of Itzel C████████..............................478

74. Declaration of Dony  A██████████...........................481

75. Declaration of Bartolo  D████████████.......................484

76. Declaration of Minta M████████████.........................487

77. Declaration of Noe R██████████..............................490

78. Declaration of Rony  E██████████...........................493

79. Declaration of Felipe G███████.............................496

80. Declaration of Otoniel A█████████████.......................499

81. Declaration of Pedro V████████████.........................502

82. Declaration of Lester  Y█████████████.......................505

83. Declaration of Carol V██████████...........................508

84. Declaration of Cindy J██████████...........................513

85. Declaration of Edwin A██████████████........................518

86. Declaration of Elvi O███████████...........................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████████ .................................................... 532

88. Declaration of Denis J█████████ ........................................................ 536

89. Declaration of Juan C██████████ ........................................................ 542

90. Declaration of Lucia G█████████████████ ............................................ 549

91. Declaration of Norin U██████████ ....................................................... 554

92. Declaration of Skarleth G████████████ ............................................... 559

93. Declaration of Carol S███████████ ..................................................... 564

94. Declaration of David A██████████████ ............................................... 572

95. Declaration of Elry A██████████████ ................................................. 579

**VOLUME 7**

96. Declaration of Eydi Y███████████ ...................................................... 582

97. Declaration of Jesica Y████████████ ................................................. 585

98. Declaration of Katherine B███████████ .............................................. 591

99. Declaration of Kevin G████████████ .................................................. 599

100. Declaration of Miguel A██████████ ................................................... 606

101. Declaration of Rebecca Y████████████ ............................................ 613

102. Declaration of Yender E████████████████ ...................................... 619

103. Declaration of Elmer V███████████ .................................................. 626

104. Declaration of Deny N█████████████ ............................................. 630

105. Declaration of Juan A████████████ .................................................. 634

106. Declaration of Horacio A█████████ .................................................. 638

107. Declaration of Melannie O███████████ ............................................ 642

108. Declaration of Vicenta P██████████ ................................................. 647

109. Declaration of Miriam B█████████████ .......................................... 650

110. Declaration of Loida G█████████ ..................................................... 653

111. Declaration of Loida C███████████ ................................................. 656

112. Declaration of Genoveva G████████████ ........................................ 659

**VOLUME 8**

113. Declaration of Aurelia R███████████ .............................................. 662

114. Declaration of Ana M█████████ ..................................................... 665

115. Declaration of Celestino A███████████ ........................................... 668

116. Declaration of Jose L█████████████ ............................................. 671

4

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

117. Declaration of Braylin A▓ .................................................... 674

118. Declaration of Ventura I▓ ................................................... 677

119. Declaration of M▓ ................................................................ 680

120. Declaration of Christy F▓ ................................................... 683

121. Declaration of Graisy I▓ ....................................................686

122. Declaration of Martin H▓ ...................................................689

123. Declaration of Edras d▓ .....................................................692

124. Declaration of Elena C▓ .....................................................695

125. Declaration of Heydi F▓ .................................................... 698

126. Declaration of Magdalena P▓ .......................................... 701

127. Declaration of Jorge M▓ .................................................... 704

128. Declaration of Manuel R▓ ..................................................708

129. Declaration of Mauricio B▓ ............................................... 711

130. Declaration of Rosalva P▓ .................................................716

131. Declaration of Owen E▓ .................................................... 721

132. Declaration of Alexander T▓ ............................................. 725

133. Declaration of Serafin S▓ ................................................. 728

134. Declaration of Kimberly V▓ .............................................. 732

135. Declaration of Michelle T▓ ............................................... 736

**VOLUME 9**

136. Declaration of Orlando M▓ ............................................... 740

137. Declaration of Vanessa R▓ ............................................... 743

138. Declaration of Alexander G▓ ............................................ 747

139. Declaration of Hazlyn D▓ .................................................. 751

140. Declaration of Eva B▓ ........................................................755

141. Declaration of Gladys E▓ .................................................. 759

142. Declaration of Maria E▓ .................................................... 763

143. Declaration of Lexyer B▓ .................................................. 767

144. Declaration of Cesia B▓ .................................................... 771

145. Declaration of Alan C▓ ...................................................... 775

146. Declaration of Juan A▓ ...................................................... 780

147. Declaration of Edwin Q▓ ....................................................784

5

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                     CV 85-4544-DMG (AGRX)

148. Declaration of Leticia D██████████ ............................................................. 788

149. Declaration of Sandeep S█████ ............................................................. 792

150. Declaration of Manish K█████ ............................................................. 796

151. Declaration of Devis U████████ ............................................................. 800

152. Declaration of Sachin K█████ ............................................................. 803

153. Declaration of Raul P████████ ............................................................. 807

154. Declaration of Yasmin R██████████ ............................................................. 810

155. Declaration of Dixia S██████ ............................................................. 813

156. Declaration of Angel A████████████████ ............................................................. 817

157. Declaration of Josue ████████ ............................................................. 822

158. Declaration of Lesvia E██████████ ............................................................. 825

159. Declaration of Patricia H█████████ ............................................................. 828

160. Declaration of Alba S████████ ............................................................. 833

161. Declaration of Blanca C██████████ ............................................................. 838

162. Declaration of Jeydi M████████ ............................................................. 841

163. Declaration of Lizeth R███████ ............................................................. 844

164. Declaration of Maira S█████████ ............................................................. 847

165. Declaration of Yenny F██████████ ............................................................. 850

**VOLUME 10**

166. Declaration of Brenda M█████████ ............................................................. 853

167. Declaration of Griselda B████████ ............................................................. 857

168. Declaration of Keila P█████████ ............................................................. 861

169. Declaration of Rosa P██████ ............................................................. 865

170. Declaration of Saudi S█████████ ............................................................. 869

171. Declaration of Santos A█████████ ............................................................. 872

172. Declaration of Sandra M████████ ............................................................. 876

173. Declaration of Wendy P████████ ............................................................. 879

174. Declaration of Dulce M██████████ ............................................................. 883

175. Declaration of Maria d████████ ............................................................. 887

176. Declaration of Herlinda C██████████ ............................................................. 891

177. Declaration of Yojana R█████████ ............................................................. 895

178. Declaration of Vilma M█████████ ............................................................. 899

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P██████████.................................…..………903

180. Declaration of Rocio M█████████..........................................…..907

181. Declaration of Iris E█████████...................................…...………911

182. Declaration of Mirza O█████████.....................................………916

183. Declaration of David C█████████.......................................……920

184. Declaration of Noliba C███████.................................................924

185. Declaration of Bryseyda G██████████████.......................928

186. Declaration of Alba P███████.........................................………932

187. Declaration of Josue G████████....................................………936

188. Declaration of Sara P████████...........................................……939

189. Declaration of Beysi M██████████.......................…...………943

190. Declaration of Besy J██████████...............................………947

**VOLUME 11**

191. Declaration of Blanca R█████████..........................................952

192. Declaration of Gladis B████████████.................................956

193. Declaration of Lucia R████████████.............................960

194. Declaration of Maria R████████............................…...……965

195. Declaration of Nora E██████████.................................…....969

196. Declaration of Sonia Y████████.............................…..........974

197. Declaration of Yerica F█████████.......................................979

198. Declaration of Esperanza C██████████................................984

199. Declaration of Maria del S████████████.......................989

200. Declaration of Glenda D██████████................................992

201. Declaration of Maira L██████████.......................…..........996

202. Declaration of Jessica C██████████................….....…......1000

203. Declaration of Karla J█████████.................................…......1004

204. Declaration of Madelin Y███████████.........................1007

205. Declaration of Claudia A█████████████...................1010

206. Declaration of Yaneth C████████████.....................1013

207. Declaration of Daniel M███████......................….............1016

208. Declaration of Gabriel G██████████.........................….1020

209. Declaration of Mateo A█████████.................................1024

7

210. Declaration of Daniel H█████████ .................................................... 1027

**VOLUME 12**

211. Declaration of Felipe A███████ ........................................................ 1031

212. Declaration of Leonardo L███████ .................................................... 1035

213. Declaration of Maudin L██████ ....................................................... 1039

214. Declaration of Edwin G█████████ ................................................... 1042

215. Declaration of Victor V███████ ........................................................ 1046

216. Declaration of Gustavo A████████ .................................................. 1050

217. Declaration of Romeo N██████ ....................................................... 1054

218. Declaration of Wilder D█████ ......................................................... 1058

219. Declaration of Jhony A████████ ...................................................... 1062

220. Declaration of Luis M██████ .......................................................... 1065

221. Declaration of Sayra O████████ ...................................................... 1068

222. Declaration of Roger G████████ ..................................................... 1071

223. Declaration of Diego M███ ............................................................ 1074

224. Declaration of Kevin Y███████ ....................................................... 1078

225. Declaration of Elmer E█████████ ................................................... 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller............................ 1087

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

Exhibit 96

[ Eydi █████████ ], A NUMBER ███████

I, Eydi ████████ (A number ███████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [ 4/23/1982 ]. My son/daughter's name is Kensy P ████████. He is [ 5 yrs ] and he was born on [DOB 9/19/2012. My son and I are from [ Honduras ]. She

2. Describe Reason for leaving country of origin.
   Left my country for a better life for my daughter (. Kensy P ████████

3. We presented ourselves at the border about [TIME SINCE APPREHENSION 6-11-18 ]. I believe that it was on or about [APPROXIMATE DATE 6-11-18 ]. We were taken to [ Ursula facility ]. [DESCRIBE CONDITIONS AT THIS FACILITY conditions are ok. Have little time to shower because of the long lines ]
                                                          (bologna, lettuce)
4. [FOOD AT FACILITY 3 meals (same) sandwich, apples, chips Daughter gets same food as mother. Daughter only eats apples

5. [TEMPERATURE AT FACILITY always cold ]

6. [LIGHTS, HYGENE ETC. always on ]

7. After [LENGTH OF TIME AT FACILITY 1 day ], my son, my sister-in-law, and I were taken to another place where we were held for _____ days.

8. [DESCRIBE CONDITIONS LIKE ABOVE There is overcrowding. She feels that they can't ask anything because they fear the people in charge. She doesn't sleep because is afraid to be called at any moment. People are randomly called 24 hours a day.

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES No

10. My son and I were taken out of that facility on a [DAY Detained on 6/11/18 & Brought to this facility (Ursula) the same day

583

11. My son and I have been at the [CURRENT FACILITY _____]

for about _____4_____ days. We are planning to [DECRIBE RELEASE

PLANS _____

_____

_____ ].

12. [DESCRIBE CURRENT CASE AND RELEASE

STATUS As of today 6/15 she has not received any written
notice of her daughter's legal right. Have not gone to court. No
access to a phone to make a call. They only asked her for contact
info of who will receive her & daughter in USA. She provided their
contact info. Doctor comes by to check up on people when needed.

I, [ Eydi Y⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛ ], swear under penalty of perjury

that the above declaration is true and complete to the best of my abilities. This declaration was provided in

Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

6-15-18

Date

Certificate of Translation

I, [ _Georgina Guzman_ ], certify that I am fluent in English and Spanish and that I

read the above declaration to [NAME] in Spanish.

_Georgina Guzman_

[ _Georgina Guzman_ ]

[ORGANIZATION _Texas Civil Rights Project_ ]

[ADDRESS _P O Box 219, Alamo, Tx 78516_ ]

6-15-18

Date

# Exhibit 97

My name is Jesica Y███████
███████████████. I was born in
Comayagua Honduras on 12/14/2001.
I traveled here with my brother
Minor ██████████████ born
4/26/2005 and my father
Ifrain H████████.

I don't know exactly why
we came but my father wanted
to give us a better life. My
mother abandoned us when
I was little.

We crossed the river on a raft
and walked looking for border patrol
We ~~were caught~~ found them about
an hour after crossing — on
6-12-18 (I think). We were
taken to a place called the
"hielera" - ice box.

We were held in the hielera
for 2 days. They separated us
all when we got there. My father
was with adult men, my brother

586

with the boys and I was with girls. We had no chance to speak to each other since then except when they took me for fingerprinting at the same time as my father.

The hielera was very cold. We slept on mats on the floor. The food was white bread w/ a piece of meat like ham (bologna). They also gave us juice a sometime some sweet crackers. There were toilets and water in the cells but no soap and no showers or clean clothes. I was afraid because I did not know what would happen + couldn't talk to my dad. They did not give us any information about what would happen.

After two days, ~~they~~ my father told ~~me~~ that ~~my father~~ he was going to court. + that me and my brother would go to a shelter. ~~They to to~~ ~~them take them away then~~ (~~while~~ He told me while they were fingerprinting)

587

My brother and I were brought here to Ursula on Thursday 06/14/18. It is really hard to keep the days straight because in both places there are no windows and the lights are always on.

Here they treat us okay. The food is still not good but I eat it because I am hungry. At least here there is hot food twice a day.

It is even colder here than in the hielera. They let me take a shower + gave me clean clothes and a sweatshirt. There are toilets – than are fine. There is no water for washing hands right now – it ran out, but there was water yesterday. Still no soap. – just in the shower that they let us use one time.

I am just waiting to hope my dad is able to come back here and that they reunite us.

588

~~I have~~ My brother is here too but in a different cage and we are not able to communicate.

There is nothing to do here but wait all day!

I swear that the above is true + correct to the best of my knowledge. This declaration was translated and read to me in Spanish – which is my preferred language.



6 - 15 - 18
Ursula, McAllen

**Certificate of Translation**

I, Michelle Brané, am fluent in the English and Spanish languages and I certify under penalty of perjury of the laws of the United States that I read the above statement back to   Jessica Y█████
███████████, who verified that it was true and correct.


_____

Michelle Brané
Women's Refugee Commission
1012 M Street, Suite 1100
Washington DC, 20005
(202) 750 - 8596

Exhibit 98

My name is Katherine B███████
████████████, DOB 07/02/2001,
I am from El Salvador. My A#
is A# ████████████. ▓ I traveled
here with my mother Sylvia
B███████████████.

I first came to the United States
when I was three years old. My mother
brought me here + we applied for asylum
because there was a gang looking for
my mom + threatening her. I was too
young to know all the details.

I grew up in Detroit Michigan
I lived with my mom, step dad, grandfather,
and U.S. citizen sister.

In Sept. 2017 we recieved a letter
that our asylum case was denied + we
had to go to immigration for an
appointment. We went. They put a
bracelet on my mom. They told us
that we might be deported or we
might not - to stay in touch.

592

We wanted to follow the rules so we did. Then ~~they to~~ at the last appointm ~~they~~ told us we were being deported the next day at 4:30 am. They said not to think about running away because id would be worse. My mom thought about going to a church ~~for~~ sanctuary but then decided she did not want to hide. I had to leave school. My principal & everyone was sad and wanted to help. But it was too late.

This was all a shock because a year before our lawyer had told us we won our case. My mom even had work authorization and a social security number. We went & bought suitcases & packed. The next day ~~we~~ were deported ~~to~~ to El Salvador. My sister came with us.

We spent 4 months in El Salvador but it ~~was not~~ good. It is dangerous we thought about ~~were going to~~ opening a shop but the gangs require protection ~~money~~ 59

And if you don't pay — they are violent. Also we were living in the Zona 18 which is the gang that controls it. The school where we wanted to go was in the MS-13 controlled area. I wanted to go to highschool w/ my cousin but crossing from one side to the other makes you a target.

Finally my mom tried to take us to Mexico to get Mexican residency because her husband is Mexican — but she could not do that + they threatened to deport her. That is when we decided to try to get home to the U.S. She sent my U.S. sister got sent to be w/ her dad + in Detroit.

K█

We crossed in Reynosa on a raft.
*we stayed Then we walked + were caught by
in Reynosa   border patrol. That was on Monday
walked & did   or Tues  06-11 or 12-2018. They
not get caught put me in a separate cell from my
we went to a house.
a week later   mom. The next day they were
we were put
in a trailer   taking me away. One officer stopped
and at the   just before taking me and said
checkpoint border
patrol caught us.

594

"Did you get a chance to say goodbye to your mom?" I said I had not spoken to her since we arrived & asked please to see her one last time. He got her and we were able to say goodbye. That was the last time I saw her. ~~She told me~~ ~~So that you need to go~~"

I want to go to be with my grandfather in Detroit. His number is. Before that there was a lot of confusion about my case because I had been here before. They asked if I wanted to speak to the consul but I did not understand what that would do. ~~there~~ First the officer told me it was not worth it so I said "OK, No" but then later they said I should check a different box & say I want to talk to a judge. They said that I would be transferred to a shelter & could go be with my grandfather.

595

I have been at Ursula since Tuesday 6-12-18. First they told me that I would go to a shelter with the other girls in my cage. But they took the other girls + not me. It seems now that my mother is coming back here + I will go to family detention with her.

My grandfather is in Detroit (TPS) His number is ▆▆▆▆▆ ~~they~~ ~~✗~~ I got to speak to him. They let me have one phone call each day. He said that he is filling out papers for me to go there.

The treatment here is okay but not a good place for a long time. Also there are little kids here who are not being taken care of. There is one little girl who does not speak Spanish only Quiche. — She only cries + there is no one to take care of her ~~✗~~ or comfort her.

She responds when guards call
her name. But other than that she
just cries and asks for her
"papi". Only us other girls in
the cage take care of her &
comfort her.

There is another little girl
2 y.o. — they tell me her name
is Bethany. She does not talk.
She is in diapers & asks us
to change her & to feed her.
She is alone. When I arrived
there was a girl "Paola" who
was taking care of her — but
she did not know her. When Paola
left I took over because the
little girl follows me & asks
me for help. One time I was
called away & when I came back
the little girl was crying & needed
a new diaper. No one was helping
her. The guards treat her
like any other older kid.
~~She~~ They call her name & expect
her to get in line.

597

~~Afte~~

I swear under oath that all that I have said here is true to the best of my knowledge. I speak English + Spanish.

███████████████

6 - 15 - 18

Ursula

Exhibit 99

Declaration of Kevin G█████████

I, Kevin G█████████, declare under penalty of perjury that the following is true and complete to the best of my knowledge and recollection.

1. My name is Kevin G█████████. My date of birth is October 26, 2000. I am 17 years old. I lived in La Unión, El Salvador, until I left for the United States on my own, several weeks ago.

2. I entered the United States by crossing the river on ~~Monday~~ Tuesday morning very early in the morning. I understand from the lawyer taking this declaration that today is Friday, June 15, 2018, so I entered on June 12, 2018. After I crossed, I walked until I found an immigration patrol so I could turn myself in.

3. The immigration patrol took me in a car to the hielera right here

McAllen, Texas, a few blocks from the detention center where I am now.

4. I was in the hielera from the early morning on Tuesday until about 3:00 pm, when immigration transfered me to the detention center where I am now. I don't know the name of it. They tell me I am in a cell in McAllen, Texas, in a large place with a lot of cages where we sleep.

5. In the hielera, I never heard anything about what was happening in my case. The only contact I had with immigration was when they asked me questions or took my fingerprints and took my photo. They didn't give me any information in the hielera.

6. In the place where I am now, somebody told me they will send me to a shelter, and from there maybe I can join my family member

601

in the United States, and I will have a hearing with a judge. They gave this information in a group presentation to everybody here on Wednesday. They also gave another group presentation on Thursday for people who had just arrived.

7   I was not able to call my family from the hielera. I was able to call my sister on Wednesday from this place. Before that, I was feeling very bad because I hadn't been able to contact her and tell her where I was.

8.   In the hielera, I was placed in a cell with about 10 other boys. Some were my age, but some were younger, like 13 or 14 years old. Sometimes there were more people and sometimes less.

9.   I wasn't issued a blanket, and neither was a friend who entered at the same time. We took some
602

blankets that two boys left behind when they left. There were no mattresses in the cells.

10. There was water for drinking in the cell, in a large plastic Thermos. I drank from it once. It tasted like chlorine, and I didn't like it.

11. The toilet was right there in the cell with us. There was no soap, but I think there was some disinfectant for hands. There was toilet paper.

12. The food in the hielera was a sandwich, a juice and some crackers. I ate twice while I was in the hielera. The truth is it wasn't enough for me. I was hungry in between meals.

13. I was not able to shower in the hielera. I finally showered yesterday, here.

603

14. I have been here and in the
hielera for four days, and
I am feeling very anxious and
concerned because I have been
locked up for so long. Here,
nobody has given me my information
about when I will be let out.
I heard an official, one of the
ones wearing a grey K.G.M uniform,
say that we could stay here up
to seven days. I hope that isn't
true.

I swear under penalty of perjury that
███████████ it true to the best
███████████ of my ability.

June 15, 2018
McAllen, Texas

604

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ___Kevin G███████████████████████___ Spanish.


___[signature]___
Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016


Dated:  McAllen, Texas

   June ___15___, 2018

Exhibit 100

6/15/18

10:49 AM

Ursula Detention Center – McAllen

**Miguel A** ███████████
**Andry M** ███████████

We encountered Border Patrol on Wednesday (6/13/18) at midnight. It was under the bridge and it was there we encountered them. From there we got on a bus and ended up at the center and that is where I was separated from my daughter. There were no explanations for the separation.

The rooms were very cold. The bathrooms were inside the cells, behind a small wall. They were clean in the men's room. Also, the girl's bathroom in their room was clean. My daughter went into a room only for girls. There were girls of her age and one was pregnant. There was no soap in the bathrooms. In the room for men, there was no room and no room in the girl's room. We don't think there were many people in the rooms who were sick. The girl's room was clean. At times the men's room was dirty, but then would be cleaned. The silver blankets sometimes warm you up.

5 times we ate the sandwiches of baloney with the juice and crackers. In the men's room there was a water cooler with plastic cups and there was always water. There was light all of the time we were there at that center.

There were other dads separated from their kids and there were other girls separated from their dads.

Last night we arrived here to this center. This interview is the first time we have been together since the moment we were separated.

In the original center there were no explanations about anything.

It was when I got here that I did have an interview through a camera and computer with a man. He wanted to know why I came here, how I got here, where I was going, and know about my parents, and who was going to receive us.

In the original center, they took photos of us.

Here we have a small mat to sleep on. The center before we didn't have anything. Here we also have the silver blankets. The room where the men are kept, there are fathers, and of the ones I've spoken to, none have their kids. In the room where the girls are, they are older girls, and some of them have parents here, others don't.

The temperature here is normal. We are not cold here.

2

Here there is hot food. We ate one time. It was a burrito of rice and beans, a milk, an apple, and a chocolate chip cookie, and water. All of the food was in good condition.

The rooms are clean, and they have already cleaned them once. The bathrooms are private and clean. There is soap to wash your hands. There are no showers for the men but for the girls yes. My daughter took a shower this morning and it was a private shower.

The lights here work, there has not been a time without light.

I left my home country to protect my daughter. We are going to Miami.

6/15/18
10:49AM

Encontre con la migra el miercoles en el 12 AM del noche. Fue abajo del punte y alli lo encontre. De alli entro en el wawa y llegaron al centro, y alli fue que separaron de mi hija. No estuve explicacions de la separacion.

En los cuartos estuve mucho frio. Los baños estuve adentro de los cuartos. Los banos si fue limpios del hombres y de las niñas. Mi hija fue en un cuarto solamente de niñas. Fue niñas grandesitas y una fue embarazada. Los baños no tenia jabon. En los cuartos de hombres no hauia espacio y de los niñas si. No pensia que alguin en los cuartos estue enferma. De las niñas fue limpia, de los hombres a veces estue muy sucio pero dos veces alguin limpio. Los de nylon se calenterno.

Comeron 5 veces los sanduiches de Jamon con el Jugito y galleticas. En el cuarto de los hombres estue un "cooler" de agua con copitas plasticas y siempre tenia agua.

609

Estube lizes todo el tiempo que nosotros
estamos en eso centro.

Estube otros padres separados de sus hijos y tambien
niñas separados de sus padres.

Anoche llegaron aquí a este centro.
Es ahora que es primera vez estamos
(nuevos) Juntos de el momento que separon.
(en la entrevista)

* Een el centro original no estube nigun
explicaciones de nada.

Es aquí que estuve un entrevista
por camera y computadora con un hombre.
El quierda saber el rason pa venir, como
llegaste, donde va, los padres de mí, que va
a reciver.

* En el centro origanal tomava fotos.

Aquí tenemos un colchonsito. Een el centro
antes no tienia nada. Y tambaen aquí tenemos
el Nylon. En el cuneto de hombres que
de los que Yo hablo son padres pero nadie
se tienesu hijo. En el canto de la niñas, solamente
niñas grandesitas. Es un grupo de niñas que
se tiene padres aquí y algunas no.

El temperatura aqui es normal.
No tenemos tanto frio.

La comida es caliente. ⊘ Comeron aqui
una vez. fue Burrito de arroz y frijol, leche,
manzana, galletia con chocolate, y agua. Todo
en bien condicion.

Los cuartos son limpios y se limpian ya
una vez. Y se tiene espacio. Los baños
ya esta privada y limpio. Esta Jabon
para llevar manos. Los hombres no hay
bañado pero los niñas si. Una vez
en la manana estve banarolls ~~ los baños~~ y fue
privadado.

Los luzes siempre trabaja, nunca hido
un momento de oscuridad.

Fue de mi pais para protejer a
mi hija. Vamos a miami.

611

## Certificate of Translation

I, Alexis Marie Bay, certify that I am fluent in English and Spanish and that I read the attached declaration to Miguel A███████████████ in Spanish.

Alexis Marie Bay
213 East Warbler Ave
McAllen, Texas
78504

7/11/18

Exhibit 101

Declaration of Rebeca Y███████
████████████████

I, Rebeca Y███████████████
declare under penalty of perjury
that the following is true and
complete to the best of my knowledge
and recollection:

1. My name is Rebeca Y███████████
My date of birth is November 4,
1996. I am 21 years old. I lived
in Comayagua, Honduras, until
I left for the United States. I am
detained in McAllen, Texas, in
the Ursula detention center.

2. I left Honduras together with
my niece, Brittany M████████████
age 4, a little over 2 weeks ago.
We crossed the river into the
United States on Tuesday, June
12, 2018, sometime in the afternoon.
I walked with my niece for a
while, and when I stopped to
ask directions to find immigration
to turn myself in, I saw the
patrol.

614

3   The immigration patrol took
me to the hielera together with
my niece. I was put in the
same cell with her. When I
was registered, three people
questioned me at different times,
and I told each one who my
niece was and how we were
related.

4.   Some time the same day, Immigration
agents pulled me out of my cell.
They left my niece sleeping in
the cell. They didn't tell me why
they had pulled me out or whether
I would go back to the cell.
They didn't give me any information.
They just asked for the ticket
for my belongings, but gave me
no explanation why.

5   They took me to the place I am
now, alone. I told the agents
here that my niece was still in
the hielera. I kept asking
everybody about her to get
them to help me find her, but

nobody responded or gave me any information. They just told me she could be in a shelter for children, but I do not know that they ever bothered to take her name and search for her to reunite us

6. I have been in this detention center all week, since Tuesday night, with no information until this afternoon about my niece. I only found out she was here after a lawyer asked the girl who was caring for my niece to explain how she came to care for a girl she wasn't related to.

7. I felt terrible to be separated from my niece. I cannot explain what it felt like not to know where she was and not to have anybody take me seriously when I asked ~~for~~ help.

616

8. I hope that other women, especially the mothers here never have to go through the same experience.

I swear under penalty of perjury that this statement is true and complete to the best of my ability. I gave this statement in Spanish, a language I speak fluently, and it was read back to me in Spanish before I signed it.

June 15, 2018
McAllen, Texas

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to _Rebeca Y_ ███████████████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016


Dated:  McAllen, Texas

June __15__, 2018

Exhibit 102

Declaration of Yender
█████████████████████████████

I, Yender E████████████████████████
declare under penalty of perjury
that the following is true and
complete to the best of my
knowledge and recollection:

1. My name is Yender E██████████
████████████████████ My date of
birth is September 9, 2000. I
am 17 years old. I grew up
in Comapa, Jutiapa, Guatemala,
and stayed ~~lived~~ in the capital of
Guatemala just before I left on
my own for the United States.

2. I arrived in the United States on
June 12, 2018, at about 10:00 or
11:00 pm. I crossed the river and
then walked to a road. An
immigration patrol came by and
saw me and called me over, and
had me get in the car. They
did not ask me any questions.

3. They took me to the place I am
detained now, where I spent 5 or

10 minutes waiting to be registered. Then they took me to the place we call the hielera, which is about 5 minutes away in a police vehicle. I stayed in the hielera for about 12 hours, after which I was transferred back to this place.

4. I don't know the exact name of this place. It is about 5 minutes from the hielera. I know we are in McAllen, Texas.

5. When I arrived at the hielera, they placed me in a room with other boys. I don't know the exact number, because the officials constantly took people out and brought new ones in. There were boys of about 15 to 17 years of age in the room with me.

6. I was placed in the cell at about 11:00 pm. When I entered, I didn't receive a blanket or anything to

621

eat. I didn't eat until about 5am the next morning, when I received a sandwich and a soft drink. I only ate once while I was in the hielera.

7. While I was in the hielera, I managed to get a blanket from another boy when he left. There were no mattresses in the hielera.

8. I did not take a shower when I was in the hielera. I took a shower the day before yesterday, when I arrived here.

9. The toilet in the hielera is in the cell with us, with a short wall between us and the toilet. There was soap in a dispenser. The toilet had toilet paper.

10. The water was in a plastic container in the room with us. I had one glass while I was there. It had a taste like chlorine.

622

11. I have spent 50 hours in all in detention. I came to this place at 11:00 am the day before yesterday.

12. While I was in the hielera immigration officials did not give me any information about what the next steps were in my case. The only thing they did was to ask me what the contact information for my relatives here was. They did not say when they would contact my relatives or when I would be released to them.

13. Here I have been given more information. I received a group presentation that explained a little about the process. They told me when I leave depends on the process. I hear I could be here two or three days more. I heard this from the consular officer of my country. Immigration officials haven't told me this directly.

It was also the Consular officer
who gave the presentation, not
immigration officers.

I swear that this statement is
true and Complete, under penalty
of perjury, to the best of my
ability.

June 15, 2018
McAllen, Texas

624

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ___Yender E_____nish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016

Dated:  McAllen, Texas

     June 15 , 2018

Exhibit 103

Declaration of
**[FULL NAME], A NUMBER XXX-XXX-XXX**

Elmer V[REDACTED]

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true
and correct to the best of my knowledge and recollection.

June 27, 2001                                                                    12

1. My date of birth is [DATE OF BIRTH]. ~~My son/daughter's name is XXXX.~~ He is [YEARS OLD] and
   he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN]. Guatemala

2. Describe Reason for leaving country of origin. Searching for my father in
   The U.S. He lives in Hovido.   14 days ago

③ We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on
   June 29 or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT
   THIS FACILITY] 10 p.m   Yuma   we came over at St. Luis.
   CBP

4. [FOOD AT FACILITY] from The time I arrived unto Sunday
   morning all I got was soup. The soup had no meat or vegetables.

5. [TEMPERATURE AT FACILITY] On Sunday I got soup, crackers &
   et is too cold at night. The floor is very cold & no one wants
   to sleep on it.

6. [LIGHTS, HYGENE ETC.] The lights are on all the time & it interferes with my sleep.
   I have not been offered a had a shower & sleep in my clothes.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place
   where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] No legal notice of
   any kind was given or posted. No phonecall was offered. I gave

10. My son and I were taken ~~out of that facility~~ on a [DAY] my dads phone number to
    an officer.

11. My son and I have been at the [CURRENT FACILITY] for about ~~XXX~~ 3 days. We are planning to
    [DECRIBE RELEASE PLANS]. go to Florida when released.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] I have been given no
    information about when I will be released.

I, **[NAME]**, swear under penalty of perjury that the above declaration is true and complete to the best of my
abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in
Spanish.

[NAME]

June 25, 2018
Date

**Page 1 of 2**

627

(3) When I arrived I was given soup
Within about 2 hours I was given a
silver blanket but to this day I have
no mattress + have to share with another
boy. There are about 30 people in the
room. There are 3 bathroom partitions. I
can shut the door but it does not lock.
The only water we have is from the sink
That we scoop with our hands. There is
no soap in the bathroom. We can only sleep
on the benches or cold floor. There is a TV
in the room but it is not turned on.
There is nothing else to do and we
are not allowed out. The officer asked
if I needed medical assistance. The room
has cameras + we can see the guards in
The control room facing us.

628

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_LUIS SANDOVAL_

_____
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


_June 25, 2018_
Date

629

Exhibit 104

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

Deny N ████████████████████████████

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

*18 February 2002*

1. My date of birth is [DATE OF BIRTH]. ~~My son/daughter's name is XXXX. He is~~ [YEARS OLD] and ~~he was born on~~ [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN]. *Guatemala*

2. Describe Reason for leaving country of origin. *I was stopped on my way home ~~from said~~ & Tald to join a gang by Friday. This was Wednesday. They said I must join by Friday or they would kill me. So I fled.*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] *24 hours ago June 24 2018  Yuma CBP*

4. [FOOD AT FACILITY] *When I arrived I was given soup with only noodles + no meat or vegetables. I have never been*

5. [TEMPERATURE AT FACILITY] *given water though I was a whole day in the desert. We get soup crackers + juice about every 6*

6. [LIGHTS, HYGENE ETC.] *hours. The lights are on all the time. I have not had a shower + there is no soap in the bathroom.*

7. After [LENGTH OF TIME AT FACILITY], my son, ~~my sister-in-law,~~ and ~~I were~~ taken to another place ~~where we were held for XXX days.~~

8. ~~[DESCRIBE CONDITIONS LIKE ABOVE]~~

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *No legal notices were given but after 30' after being here, I was given a 6 page*

10. ~~My son and I were taken out of that facility~~ on a [DAY]. *document in English to sign, I don't know what it was or what it said.*

11. ~~My son and~~ I have been at the [CURRENT FACILITY] for about ~~XXX~~ days. We are planning to [DECRIBE RELEASE PLANS]. *go to my cousins in Greenfield, Mass. I have talked to them yesterday + they said ok.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *I know nothing about when I might be released or the procedure.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████

*June 25, 2018*
_____
Date

Page **1** of 2

631

(3) when I was asked to sign document. The only water to drink is from the sink and I'm afraid to drink it because it could be infected. They took my book pack & laces but gave me a receipt.

I was never given a mattress & 2 of us share one mattress. We each have a blanket & so stay warm.

The room has about 30 people & feels crowded. I have to sleep in my clothes.

The doors are locked & we cannot leave but we cannot lock the bathroom doors.

I was a junior in high school & wants to be a professional like an electrical engineer.

## Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_Luis Sandoval_

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

_June 25, 2018_

Date

Page **2** of **2**

633

Exhibit 105

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

*Ivan A[redacted]*

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

*8 September 2003*

1. My date of birth is [DATE OF BIRTH]. ~~My son/daughter's name is XXXX.~~ He is [YEARS OLD] and he was born on [SON'S DOB]. ~~My son and I are~~ from [COUNTRY OF ORIGIN]. *Guatamela*

2. Describe Reason for leaving country of origin. *My mother broke her foot + I had to leave school to work + help support my 2 younger siblings.*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] *June 25, 2018    Yuma CBP*

4. [FOOD AT FACILITY] *I was brought soup + crackers about 20 minutes after I arrived + juice. I have been fed the same one since.*

5. [TEMPERATURE AT FACILITY] *The room is cold.*

6. [LIGHTS, HYGENE ETC.] *There is no soap in the bathroom + I the light remain on. Have no toothpaste or brush. They took my backpack.*

7. ~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~

8. ~~[DESCRIBE CONDITIONS LIKE ABOVE]~~

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *No notice was given of any legal rights or notice. about 2 hours later, I was*

10. ~~My son and I were taken out of that facility on a [DAY].~~ *given 5-6 pages of documents to sign. An officer explained they were for the person who would*

11. ~~My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DESCRIBE RELEASE PLANS].~~ *receive me to get a judge + get me out. They are in English.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *My plans are to go to my god mothers son in Virginia.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

*July 25, 2018*
Date

(3) in a room with 3 others. They took my backpack. He was moved to another room + then into a large room with about 15 others. I feel its crowded, There is nothing to do, even a TV. I was given a silver blanket but no mattress, I was not offered a shower. I was not offered medical help Though I need it for my elbow. I would like to go to church & do other outside activities.

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_____  *Lois Sandoval*

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

*June 25, 2018*

Date

Page **2** of **2**

Exhibit 106

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

*Hortensia*

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

*Isabel        15 November 2001        Angel DoB = 2 August 2005*

1. ~~My~~ date of birth is [DATE OF BIRTH]. My ~~son/daughter~~'s name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN]. *Guatanelo*

2. Describe Reason for leaving country of origin. *We were pressured 2-3 times by people to join a violent or drug gang and we did not want to do that. They were threatening to kill us.*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] *4 a.m. Monday June 25. Yuma CBP.* *They were not given a matt or blanket.*

4. [FOOD AT FACILITY] *We were only given soup + crackers + juice. We were not given water though.*

5. [TEMPERATURE AT FACILITY] *Que were 3 hours in the desert. The Temperature is fine.*

6. [LIGHTS, HYGENE ETC.] *The lights are on all the time. We have no hygiene products and there is no soap on the toilet.*

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days. *N/a*

8. [DESCRIBE CONDITIONS LIKE ABOVE] *The doors are locked so we cannot get out. There is nothing to do even TV in the room.*

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *No legal notices of any kind were given. No one asked about fear. They asked us if we had American contact + our father's phone number.*

10. ~~My son and I were taken out of that facility on a [DAY].~~ *We said yes + gave the father's phone number.*

11. ~~My son and~~ I have been at the [CURRENT FACILITY] for about ~~XXX days~~. We are planning to →[DECRIBE RELEASE PLANS]. *go to Georgia less than a day to our father when released. Our older + younger brothers already live*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *in GA with our father.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

*June 25, 2018*
Date

Page **1** of 2

639

(3) at the four-hour we were Angel put into a room of 15-20 boys. Isobel had 20 or so mixed boys & girls. When we arrived, They Took our back packs & shoe laces. They gave us a soup To eat That was noodles & water, juice & crackers. Isobel was given crackers just before coming To The interview. No one explained anything. An agent asked if we wanted To call anyone & we said yes.

Just before The interview They were on The phone To Their dad. He said To be good in The facility. He said he would come & pick Them up when They are released. They spoke less Than Two minutes.

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

LUIS SANDOVAL

_____

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

June 25, 2018

_____

Date

Page **2** of **2**

641

Exhibit 107

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

*xhelAnxie, SuaRdLi, aAAnA O [redacted]*

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true
and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and
   he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].

*XhelAnxie = DoB = 30 MAy 2006; SuaRdLi, March 27, 2004; Alam,*

2. Describe Reason for leaving country of origin. *Nov 10, 2008. GuaTemela*
   *FRIdAyNISAT JVNe22, 2018*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on
   or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT
   THIS FACILITY] *Yuma CBP to Tme.*
   *TheRe is no clock so me have no conept to Tme.*

4. [FOOD AT FACILITY] *when we arrived we Received our first
   meal in approximately 3 horus, we are given only sores with
   instant noodles & water, box of juice +*

5. [TEMPERATURE AT FACILITY] *pocket of crackers at every meal
   at 7a.m, 12-1p.m + 7p.m, on Monday June 25 we were
   given chip before comez to interview*

6. [LIGHTS, HYGENE ETC.] *Lights are never off, They do sleep*

7. After [LENGTH OF TIME AT FACILITY], ~~my son~~ my sister-~~in-law, and~~ I ~~were~~ was taken to another place
   where ~~we were held~~ for XXX days.
   *On Sunday 24th, She is Elica + she is 23,*

8. [DESCRIBE CONDITIONS LIKE ABOVE] *Water is available in The sink
   but no cups and we drenk from our hands,*

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *No legal notice
   of any kind was given To us or is posted. We were Told To*

10. My son and I were taken out of that facility on a [DAY]. *sign a 5 page document
    on Friday night. It was in English + we don't know what it said.*

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to
    [DECRIBE RELEASE PLANS], *Yuma CBP*
    *go To our faTher in Virgenauldo is a pastor at Tglesis Vida
    Abundate.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *We have no idea.*

I, **[NAME]**, swear under penalty of perjury that the above declaration is true and complete to the best of my
abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in
Spanish.

[black redaction box]

*June 25, 2018*
Date

Page **1** of **2**

643

⑧ Continued

They removed our shoelaces. They were each given one silver blanket.

Melonnie is a Junior in high school and wants to be a neuro-surgeon. Svardli is a freshman and wants to work in robotics. Alorn is in first grade & wants to be a firefighter. They were very articulate and their hand writing was excellent.

On the first day, Melonnie asked for a juice for her little brother who was hungry. The female ~~auto~~ agent yelled at me & said "just soup only." All three are afraid and no one will explain anything that is going to happen.

The left Guatamela 25 days ago approximately.

On Saturday night, all the girls were taken but we don't know where or why.

older sister got legal custody of us.
Because of my mothers violence, we could
not live with her. The government wanted
to separate us and we did not want to
be separated. Our father lives in
Richmond Virginia so we wanted to go
there with him. We are afraid to return
for both reasons above. If we returned
our sister & caretaker would be arrested.

⑤ Temperature = fine

⑥ Their first shower was Sunday nite when
they were awoken at 2 a.m. Melanie
was allowed to go with alone & help. There
was soap in the shower. We have access
to a bathroom & there is paper but no
soap to wash our hands. We had no tooth-
brushes until Sunday June 24 & we still have
no toothpaste.

⑧ The children are hungry because the soup
doe not fill them up. Her sister was told she
would have a hearing on June 25, Monday. We spent
the first night in a large room with 20-25
people. We had a mattress. Then we were taken
to a small room (10 x 10 approximate) with concrete
brick walls, frosted window, white with just us 3.
Monday June 25, 2 new females were put into
the room. There are 2 benches on the sides.
First night in the small room we had no
mattress. They took our backpacks & we
have had only these clothes & had to sleep in
them. The doors lock when closed & we cannot
get out. They never take us out. There are no
toys, games or books. No TV. No Taxi to go
all day. Svaldi feels so desperate he cries. 645

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_____
[NAME OF TRANSLATOR]
[ORGANIZATION]     LUIS   SANDOVAL
[ADDRESS]


_____
JUNE 25, 2018
Date

646

Exhibit 108

Interview Tues #4

## Declaration of
## [FULL NAME], A NUMBER XXX-XXX-XXX

Vicenta [REDACTED]

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

January 22, 1984

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].
   Son - Moises D [REDACTED] - 15 years   Son - Henry [REDACTED]

2. Describe Reason for leaving country of origin.   Son - Marcelino A [REDACTED] - UNO   3 years
   My father used to beat me. When   June 20, 2018   left and Didn't want to Bring us.
   he Died, the father of My Child

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on I came or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT   to look
   THIS FACILITY]. CBP   for him, too   It is not a citz

4. [FOOD AT FACILITY] - Eat Four times A Day At 6A, 12P, 7PM, And 1AM
   Food is Medium temperature.

5. [TEMPERATURE AT FACILITY] - It is cold. The Blankets Are made of Aluminum.
   We Do Not have Adequate clothing.

6. [LIGHTS, HYGENE ETC.] - We have Not showered Since we Arrived. We
   have Not received other clothing.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE] - We have A Brother In Oakland Ano would
   like to call.

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] We have Not had
   Access to A Lawyer or A phone to call A lawyer. No one told us our

10. My son and I were taken out of that facility on a [DAY]. Legal Rights. There is Nothing
    CBP - Yuma   Posted About our Rights.

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to   Five Days. No one has told
    [DECRIBE RELEASE PLANS]   us Any thing About leaving.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] We have Not heard Anything
    About seeing A Judge or Being Released. My Brother lives in Oakland.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my California
Vicenta [REDACTED]
abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in
Spanish.   I cannot Be separated from My children. They Are too young to survive without Me
   I want us All to go live with my Brother.

_06/25/2018_
Date

Page 1 of 2

648

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.


_Toni Lambert_
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


_6/25/2018_
Date

649

Exhibit 109

*Interview Test #4*

### Declaration of
### [FULL NAME], A NUMBER XXX-XXX-XXX

*MIRIAM E▮▮▮*

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

*DECEMBER 20, 1993*     *ELMAR G▮▮▮*

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].
   *FEBRUARY 3, 2012*     *GUATEMALA.*

2. Describe Reason for leaving country of origin.
   *My town is full of robbers who order money from me and threaten to kill my son because I don't have any. It is not safe there. I came here to give him*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY] [DESCRIBE CONDITIONS AT THIS FACILITY]
   *two DAys Ago*     *SAFETY AND*
   *June 23, 2018*     *custom & Border Patrol.*     *EDUCATION*

4. [FOOD AT FACILITY] *- We get soup two times A day, but it is not enough. We Are Always still hungry.*

5. [TEMPERATURE AT FACILITY] *- It is Always cold in the freility. We only have A sheet made out of Aluminum for warmth.*

6. [LIGHTS, HYGENE ETC.] *- We have Not showered since we Arrived.*

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *- I was Not told About my legal rights, and I have Not talked to A lawyer. I signed something*

10. My son and I were taken out of that facility on a [DAY]. *when I Arrived, but I didn't understand what I was signing Because it was in English.*

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS]. *They have Not given us Any information on when we will be Released or see the judge. My family lives in Oakland. I would like to*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *go live with them. I Do Not want to Be Sepinated from my son.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

*06/25/2018*
Date

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME]  in Spanish.


*Toni Lambert*

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


*06/25/2018*

Date

652

# Exhibit 110

Interview Test #4

### Declaration of
### [FULL NAME], A NUMBER XXX-XXX-XXX

LOIDA G[redacted]

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true
and correct to the best of my knowledge and recollection.

July 1, 1988                    Anolcisy C[redacted]

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and
   she was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].
   November 10, 2010              Guatemalan

2. Describe Reason for leaving country of origin.
   I came here to work, we don't have FOOD AND I could not FEED my
   Daughter.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on
   or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT
   THIS FACILITY]    two days ago
   June 23, 2018            Customs + Border Patrol.

4. [FOOD AT FACILITY] - We get soup three times A DAY.

5. [TEMPERATURE AT FACILITY] - It is Always cold in the Facility. We only have
   A sheet made out of Aluminum For warmth.

6. [LIGHTS, HYGENE ETC.] - I have NOT showered since I Arrived here AND I have
   NOT received A change of clothes.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place
   where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE] My Daughter has not been Able to see A
   Doctor. Her stomach has been hurting her.

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] I have NOT Recieved Any
   Information About my legal Rights When I Arrived, they gave me A paper, but it

10. My son and I were taken out of that facility on a [DAY]. was in English, So I could Not understand.
    I have NOT Spoken to A lawyer.

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to
    [DECRIBE RELEASE PLANS] → I have NOT heard Anything About Being Released. My
    sister lives in the United States And I would like to go live with her. I would Not
    like to be separated from my Daughter.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my
abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in
Spanish.

[redacted]

06/25/2018
Date

654

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME]  in Spanish.

_Toni Lombert_

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

_06/25/2018_

Date

655

Exhibit 111

Interview (cont) #4

## Declaration of
## [FULL NAME], A NUMBER XXX-XXX-XXX

LOIDA C██████████

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

Aug. 20, 1986 ~~ooo~~          Melkin C██████

1. My date of birth is [DATE OF BIRTH]. My ~~son/daughter~~'s name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].   Twelve years
   June 25, 2006

2. Describe Reason for leaving country of origin. THERE WERE volcano eruptions in my hometown, so it was not safe. I came here and left my baby because I could not afford to bring here. He is 1 and a half. I send

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY]   June 22, 2018   3 days   more fees   to my   grandma   who is   caring for   him.

4. [FOOD AT FACILITY] Too many I have not eaten because there were too many people and when I asked, they said there was not enough time. We get soup everyday and it is becoming hard to eat because it is

5. [TEMPERATURE AT FACILITY] the same everyday. It is always very cold in the facility and the sheet they give us is

6. [LIGHTS, HYGENE ETC.] made out of aluminum. There are many, many people at the facility. They often do not have enough milk for the babies or juice. My son asked for juice and they said there was

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place none. where we were held for XXX days. There is no soap for us to wash our hands with in the bathroom.

8. [DESCRIBE CONDITIONS LIKE ABOVE] We have been at this facility since we were arrested. When I came in, they had me sign a paper, but I'm not sure what it

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] was because it was in English. I have not talked to a lawyer and did not know I had a right to see a

10. My son and I were taken out of that facility on a [DAY]. judge. I am not aware of any upcoming hearings.

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DESCRIBE RELEASE PLANS]. I have not heard anything about being released. I have a friend in the United States that is willing to take in me and my son. I would not like to be separated from my son.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] My son has a ~~reddish~~ allergic reaction, and I asked to see a doctor, but

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

it hasn't happened. it hurts him and there are marks.

06/25/2018
Date

Page 1 of **2**

657

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.

*Toni Lambert*

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

*06/25/2018*
Date

658

Exhibit 112

Interview Top #4

### Declaration of
### [FULL NAME], A NUMBER XXX-XXX-XXX

GENOVEVA G[BLACKED OUT]

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

FEBRUARY 23, 1988                          MAFI Y[BLACKED OUT]

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and   Eleven
   he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].
   MAY 24, 2007                          GUATEMALA.

2. Describe Reason for leaving country of origin.
   THERE IS NO WORK IN MY COUNTRY AND WE ARE homeless. IT IS poor AND there is no
   WORK. I CAME to pROvIde A BETTER LIFE FOR MY DAughteR.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on
   or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT
   two days ago.
   THIS FACILITY] June 23, 2018          CUSTOM + BOARDER PATROL.

4. [FOOD AT FACILITY]
   WE ARE FED Soup, One time we Ate two times in A day AND the other
   three.

5. [TEMPERATURE AT FACILITY]
   It is very very cold in the facility. We only have A sheet made out of
   Aluminum.

6. [LIGHTS, HYGENE ETC.]
   We have not showered since we Arrived.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place
   where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] They presented papers to
   me when I Arrive, but I did not undeRstand Because they were in English.

10. My son and I were taken out of that facility on a [DAY]. I do not know when I will see the
    judge And No one has told me

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to Anything
    two                                         About
    [DECRIBE RELEASE PLANS]. I do Not know when we will be          my lights.
    Released. My Cousin lives in Ohio. I would like

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] to go live with her. I would Not like
    to be separated from my DAughteR.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

[BLACKED OUT]

06/25/2018
Date

660

<u>Certificate of Translation</u>

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME]  in Spanish.


_Toni K. Lambert_

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


06/25/2018

Date

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 7 OF 12 [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1