1
2
3
4
5

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

6
7
8
9
10

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

11

*Attorneys for plaintiffs (listing continues on following page)*

12
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>          Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>          Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 8 OF 12 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**]<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:      (408) 280-2437
Facsimile:      (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

**INDEX OF EXHIBITS**

**VOLUME 1**

1. Declaration of Class Counsel, Peter Schey……………………...……………..…………   1
2. List of Licensed Group Homes and Homeless Youth Shelters……………………………   5
3. Declaration of Lidia S███████████ …………………………………………… 25
4. Declaration of Dilsia R████ ……………………………………………………… 29
5. Declaration of Josselin H██████████ …………………………………………… 33
6. Declaration of Keylin M█████████ …………………………………………………37
7. Declaration of Iris A██████████ …………………………………………………41
8. Declaration of Dixiana S█████████ ……………………………………………… 46
9. Declaration of Maria Angela A███████████ ……………………………………… 50
10. Declaration of Ana Vilma M█████████ ………………………………………… 54

**VOLUME 2**

11. Excerpts of Exhibits…………………………………………………………………58

**VOLUME 3**

12. Declaration of Cristobal R███████████ ……………………………………....224
13. Declaration of Delmis V█████████ ……………………………………………229
14. Declaration of Justin L██████████████ ……………………………………233
15. Declaration of Mayra S██████ ……………………………………………… 242
16. Declaration of Ruth M██████████ ……………………………………………246
17. Ommitted
18. Declaration of Bridis F█████████ ……………………………………………250
19. Declaration of Lourdes R████████████ ……………………………………… 254
20. Declaration of Blanca M████████ ……………………………………………257
21. Declaration of Brandon S██████████ …………………………………………262
22. Declaration of Fatima O█████ ………………………………………………265
23. Declaration of Nohemi P██████████ …………………………………………269
24. Declaration of Doris M████ ……………………………………………………272
25. Declaration of Karen B███████████ ……………………………………… 276
26. Declaration of Jefferson A███████████ ……………………………………… 281

1

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

27. Declaration of Daise M█████████ .......................................................... 285

28. Declaration of Alejandra R███████ ....................................................... 289

29. Declaration of Dinora C███████ ........................................................... 293

30. Declaration of Leydi X████████ ........................................................... 298

**VOLUME 4**

31. Declaration of Floridalma L███████ ...................................................... 302

32. Declaration of Anet M████████ ........................................................... 309

33. Declaration of Sindy S████████ ........................................................... 314

34. Declaration of Timofei F██████ ...........................................................318

35. Declaration of Cesar A████████████ .....................................................323

36. Declaration of Kevin U████████████ ....................................................329

37. Declaration of Ana P████████ ..............................................................338

38. Declaration of Alma R███████████ ......................................................342

39. Declaration of Marlyn E██████████ .....................................................346

40. Declaration of Jeydi I██████████ .......................................................... 353

41. Declaration of Tarino A████ ................................................................356

42. Declaration of Denia M█████████ ........................................................ 361

43. Declaration of Manuel A██████████████ ............................................. 367

44. Declaration of Alma S██████ ............................................................... 374

45. Declaration of Abidalia G████████ ...................................................... 378

46. Declaration of Gladys I████████████ .................................................. 382

47. Declaration of Baljit K█ ......................................................................385

48. Omitted

49. Declaration of Edgar R█████████ ........................................................390

50. Declaration of Ermita M██████ ............................................................394

**VOLUME 5**

51. Declaration of Fanny Damarys A████████████ ................................... 397

52. Declaration of Nery Baltazar M███████████ .......................................401

53. Declaration of Selena B███████ ...........................................................404

54. Declaration of Victor A████████ ..........................................................408

55. Declaration of Yeimin B███████ ...........................................................413

2

56. Declaration of Anghelo M███████████ ............................419

57. Omitted

58. Declaration of Sergio C███████ ............................426

59. Declaration of Dennis M███████ ............................430

60. Declaration of Emilson E█████████ ............................434

61. Declaration of Erick L████████ ............................437

62. Declaration of Gladys I████████ ............................444

63. Declaration of Marcedonio P██████ ............................447

64. Omitted

65. Declaration of Sandra M██████████ ............................451

66. Declaration of Elmer S███████ ............................455

67. Declaration of Yonain G██████ ............................460

68. Declaration of Juan M████████ ............................463

69. Declaration of Ivania L██████ ............................466

70. Declaration of Geovany D██████████ ............................469

**VOLUME 6**

71. Declaration of Ricardo  M███████ ............................472

72. Declaration of Abilio I██████████ ............................475

73. Declaration of Itzel C█████ ............................478

74. Declaration of Dony  A████████ ............................481

75. Declaration of Bartolo  D██████████ ............................484

76. Declaration of Minta M████████ ............................487

77. Declaration of Noe R███████ ............................490

78. Declaration of Rony  E████████ ............................493

79. Declaration of Felipe G██████ ............................496

80. Declaration of Otoniel A██████████ ............................499

81. Declaration of Pedro V███████ ............................502

82. Declaration of Lester  Y█████████ ............................505

83. Declaration of Carol V███████ ............................508

84. Declaration of Cindy J███████ ............................513

85. Declaration of Edwin A█████████ ............................518

86. Declaration of Elvi O███████ ............................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████ ................................................ 532

88. Declaration of Denis J█████ ................................................ 536

89. Declaration of Juan C█████ ................................................ 542

90. Declaration of Lucia G█████ ................................................ 549

91. Declaration of Norin U█████ ................................................ 554

92. Declaration of Skarleth G█████ ................................................ 559

93. Declaration of Carol S█████ ................................................ 564

94. Declaration of David A█████ ................................................ 572

95. Declaration of Elry A█████ ................................................ 579

**VOLUME 7**

96. Declaration of Eydi Y█████ ................................................ 582

97. Declaration of Jesica Y█████ ................................................ 585

98. Declaration of Katherine B█████ ................................................ 591

99. Declaration of Kevin G█████ ................................................ 599

100. Declaration of Miguel A█████ ................................................ 606

101. Declaration of Rebecca Y█████ ................................................ 613

102. Declaration of Yender E█████ ................................................ 619

103. Declaration of Elmer V█████ ................................................ 626

104. Declaration of Deny N█████ ................................................ 630

105. Declaration of Juan A█████ ................................................ 634

106. Declaration of Horacio A█████ ................................................ 638

107. Declaration of Melannie O█████ ................................................ 642

108. Declaration of Vicenta P█████ ................................................ 647

109. Declaration of Miriam B█████ ................................................ 650

110. Declaration of Loida G█████ ................................................ 653

111. Declaration of Loida C█████ ................................................ 656

112. Declaration of Genoveva G█████ ................................................ 659

**VOLUME 8**

113. Declaration of Aurelia R█████ ................................................ 662

114. Declaration of Ana M█████ ................................................ 665

115. Declaration of Celestino A█████ ................................................ 668

116. Declaration of Jose L█████ ................................................ 671

4

117. Declaration of Braylin A█████████ ........................................................... 674

118. Declaration of Ventura I██████████ ........................................................ 677

119. Declaration of M█████████ ................................................................... 680

120. Declaration of Christy F████████ ........................................................... 683

121. Declaration of Graisy I█████████ ...........................................................686

122. Declaration of Martin H████████ ........................................................... 689

123. Declaration of Edras d██████ ................................................................ 692

124. Declaration of Elena C████████ ............................................................. 695

125. Declaration of Heydi F███████████ ........................................................ 698

126. Declaration of Magdalena P████████ ..................................................... 701

127. Declaration of Jorge M█████████ ........................................................... 704

128. Declaration of Manuel R████████ ...........................................................708

129. Declaration of Mauricio B██████████ ..................................................... 711

130. Declaration of Rosalva P██ .................................................................... 716

131. Declaration of Owen E████████ ............................................................. 721

132. Declaration of Alexander T████████ ...................................................... 725

133. Declaration of Serafin S██ ..................................................................... 728

134. Declaration of Kimberly V████████ ....................................................... 732

135. Declaration of Michelle T████████ ........................................................ 736

**VOLUME 9**

136. Declaration of Orlando M███████████ ................................................... 740

137. Declaration of Vanessa R███████████ ................................................... 743

138. Declaration of Alexander G████████ ...................................................... 747

139. Declaration of Hazlyn D██████████ ....................................................... 751

140. Declaration of Eva B███████ ..................................................................755

141. Declaration of Gladys E█████████ ......................................................... 759

142. Declaration of Maria E████████████ ...................................................... 763

143. Declaration of Lexyer B█████████ ......................................................... 767

144. Declaration of Cesia B████████ ............................................................. 771

145. Declaration of Alan C███████ ................................................................ 775

146. Declaration of Juan A███████████ ........................................................ 780

147. Declaration of Edwin Q██████████ ........................................................784

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

148. Declaration of Leticia D█████ .......................................... 788

149. Declaration of Sandeep S█ .......................................... 792

150. Declaration of Manish K█ .......................................... 796

151. Declaration of Devis U████ .......................................... 800

152. Declaration of Sachin K█ .......................................... 803

153. Declaration of Raul P████ .......................................... 807

154. Declaration of Yasmin R█████ .......................................... 810

155. Declaration of Dixia S███ .......................................... 813

156. Declaration of Angel A███████ .......................................... 817

157. Declaration of Josue ████ .......................................... 822

158. Declaration of Lesvia E██████ .......................................... 825

159. Declaration of Patricia H█████ .......................................... 828

160. Declaration of Alba S███ .......................................... 833

161. Declaration of Blanca C████ .......................................... 838

162. Declaration of Jeydi M████ .......................................... 841

163. Declaration of Lizeth R████ .......................................... 844

164. Declaration of Maira S█████ .......................................... 847

165. Declaration of Yenny F███████ .......................................... 850

**VOLUME 10**

166. Declaration of Brenda M█████ .......................................... 853

167. Declaration of Griselda B█████ .......................................... 857

168. Declaration of Keila P█████ .......................................... 861

169. Declaration of Rosa P███ .......................................... 865

170. Declaration of Saudi S█████ .......................................... 869

171. Declaration of Santos A█████ .......................................... 872

172. Declaration of Sandra M█████ .......................................... 876

173. Declaration of Wendy P█████ .......................................... 879

174. Declaration of Dulce M██████ .......................................... 883

175. Declaration of Maria d█████ .......................................... 887

176. Declaration of Herlinda C██████ .......................................... 891

177. Declaration of Yojana R█████ .......................................... 895

178. Declaration of Vilma M█████ .......................................... 899

6

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P███████████████...................................…..…..........903

180. Declaration of Rocio M█████████.......................................…...........907

181. Declaration of Iris E████████.................................................…..........911

182. Declaration of Mirza O██████████.........................................…..........916

183. Declaration of David C██████████.........................................…..........920

184. Declaration of Noliba C██████.................................................…..........924

185. Declaration of Bryseyda G███████████████..........................…............928

186. Declaration of Alba P████████.............................................…...........932

187. Declaration of Josue G████████.............................................…...........936

188. Declaration of Sara P████████..............................................…...........939

189. Declaration of Beysi M██████████..........................................…...........943

190. Declaration of Besy J██████████..........................................…...........947

**VOLUME 11**

191. Declaration of Blanca R██████████..........................................…...........952

192. Declaration of Gladis B███████████..........................................…...........956

193. Declaration of Lucia R███████████..........................................…...........960

194. Declaration of Maria R██████.............................................…...........965

195. Declaration of Nora E██████████..........................................…...........969

196. Declaration of Sonia Y████████..........................................…...........974

197. Declaration of Yerica F█████████..........................................…...........979

198. Declaration of Esperanza C███████████.....................................…...........984

199. Declaration of Maria del S███████████..................................…...........989

200. Declaration of Glenda D█████████..........................................…...........992

201. Declaration of Maira L█████████..........................................…...........996

202. Declaration of Jessica C█████████.......................................…...........1000

203. Declaration of Karla J████████.......................................…...........1004

204. Declaration of Madelin Y██████████.....................................…...........1007

205. Declaration of Claudia A████████████.....................................…...........1010

206. Declaration of Yaneth C███████████.....................................…...........1013

207. Declaration of Daniel M██████.......................................…...........1016

208. Declaration of Gabriel G█████████.......................................…...........1020

209. Declaration of Mateo A█████████.......................................…...........1024

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H███████ .................................................................1027

**VOLUME 12**

211. Declaration of Felipe A███████ ................................................................1031

212. Declaration of Leonardo L███████ ...........................................................1035

213. Declaration of Maudin L███████ ..............................................................1039

214. Declaration of Edwin G███████ ...............................................................1042

215. Declaration of Victor V███████ ...............................................................1046

216. Declaration of Gustavo A███████ ............................................................1050

217. Declaration of Romeo N███████ ..............................................................1054

218. Declaration of Wilder D███████ ...............................................................1058

219. Declaration of Jhony A███████ .................................................................1062

220. Declaration of Luis M███████ ..................................................................1065

221. Declaration of Sayra O███████ .................................................................1068

222. Declaration of Roger G███████ ................................................................1071

223. Declaration of Diego M███████ ...............................................................1074

224. Declaration of Kevin Y███████ ................................................................1078

225. Declaration of Elmer E███████ ................................................................1083

226. Supplemental Excerpts of the Deposition of Phillip Miller...........................1087

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

Exhibit 113

Interview Tool #4

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

Aurelia

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH] January 9, 1995. My son/daughter's name is XXXX Emily. He is [YEARS OLD] and he was born on [SON'S DOB] September 9, 2017. My son and I are from [COUNTRY OF ORIGIN] Guatemala.

2. Describe Reason for leaving country of origin.
My husband left us and I did not know where he went. I was living with my mom, but she died. My daughter and I had nothing, so we came here. I have found my husband

Am afraid to go back to Guatemala because I cannot survive there with my son.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] June 23, 2018   two days ago.   Custom + Border Patrol

and want to go live with him in California to make a better life for my daughter.

4. [FOOD AT FACILITY] I breastfeed my 9 month old daughter, but I do not have enough milk, and she will not take the soup. She is not eating enough. They gave me Gerber, but she will only eat very little. She has not seen a doctor.

5. [TEMPERATURE AT FACILITY] It is very cold in

6. [LIGHTS, HYGENE ETC.] The facility and we only have aluminum sheet. I have not been able to shower or wash my baby because it is too cold and I don't want her to get sick.

They physically kicked us out of our home in Guatemala so we cannot return.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE] My daughter has a cold from being in the facility and they have not brought a doctor.

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] I did not receive any information about court, and I have not talked to a lawyer. When I

10. My son and I were taken out of that facility on a [DAY] arrived, they have me sign a lot of papers, but they were in English and I did not understand what they said. They told me I could talk to a lawyer, but have not allowed me to yet.

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS]. My husband lives in Oakland. My daughter and I would like to go live with him. I do not want to be separated from my daughter.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____   06/25/2018
                           Date

Page **1** of **2**

663

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.


_Toni Lamoong_

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


_06/25/2018_
Date

664

# Exhibit 114

Interview test #4

## Declaration of
## [FULL NAME], A NUMBER XXX-XXX-XXX

ANA M[redacted]

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

MAY 20, 1987           EVELIN L[redacted]

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN]. GUATEMALA
   Daughter   FEb. 27, 2010

2. Describe Reason for leaving country of origin. I AM A single MOTHER AFTER having My Daughter. I lEFT to try to provide FOR her.   3 DAYS Ago.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY]   JUNE 22/2018

4. [FOOD AT FACILITY]  I HAVE NOT EATEN bECAUSE the SOUP MAKES ME SICK. My DAUGHTER EATS Soup 3 times A DAY, but it MAKES her SICK too. THEY ONLY gIVE US SOUP.

5. [TEMPERATURE AT FACILITY] THE FACILITY IS VERY COLD. THEY ONLY gIVE US A sheet MADE OUT OF Aluminum. My DAUTER IS AlWAYS VERY COLD too.

6. [LIGHTS, HYGENE ETC.] WE showered A RECEIVED toWELS AND WERE AbLE to BRUSH OUR tEETH.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days. WE WERE BROUGHT to THIS fACILITY FIRST, AND HAVE BEEN HERE FOR 3 DAYS. No one HAS told ME My lEgAl Rights. THEY HAD

8. [DESCRIBE CONDITIONS LIKE ABOVE] ME SIGN A pApER tHAT they told ME WAS FOR the JUDGE, but I have NOT hEARD AbOUT A HEARING. I have NOT bEEN AblE

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] to tAlk to A lAWYER.

10. My son and I were taken out of that facility on a [DAY].

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS]. WE HAVE bEEN HERE FOR 3 DAYS AND NO ONE HAS tAlkED to US AboUT bEING RElEASED. I HAVE A COUSIN IN CERRITA, CAlifORNIA tHAT My DAughter AND I WANT to gO liVE WITH. I WOULD NOT LIKE to bE SEPARATED

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] FROM My DAUGHTER. SHE DOES NOT KNOW
    ANA M[redacted]           My COUSIN.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

[black redaction box]

06/25/2018
_____
Date

Page **1** of 2

666

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME]  in Spanish.


_Toni Lambert_

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


_06/25/2018_

Date

667

Exhibit 115

*Interview*

**Declaration of**

**[FULL NAME], A NUMBER XXX-~~XXX~~**

Celestino A~~[redacted]~~

I, [NAME] (A number ~~[redacted]~~X), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ~~[DATE OF BIRTH]~~ April 6, 2002. My son/daughter's name is XXXX. He is [YEARS OLD] and ~~he was born on [SON'S DOB]. My son and I are~~ am from ~~[COUNTRY OF ORIGIN]~~ Guatemala.

5. Describe Reason for leaving country of origin. I am scared of the situation in Guatemala. It is very bad - poor, unsafe. the gangs are taking over more and more towns. ~~I and I~~ live in fear of gangs every day - so does my family.

3. ~~We~~ I myself presented ~~ourselves~~ at the border about ~~[TIME SINCE APPREHENSION]~~ one day ago. I believe that it was on ~~or about [APPROXIMATE DATE].~~ June 24 around 11:00PM. We were taken to ~~[FACILITY]~~ Yuma, Arizona ~~[DESCRIBE CONDITIONS AT THIS FACILITY]~~ 2018 CBP

4. [FOOD AT FACILITY] ~~XX~~ The night I arrived, I was not given any food, drink, or even water. In the morning today my first morning, I received a box of juice & a cup of noodle soup. the soup is not well cooked because the water is not hot. I had another box

5. [TEMPERATURE AT FACILITY] of juice & soup for lunch. Today I've also received to At night, it is very cold. Difficult to small bags of crackers. I still have received no

6. [LIGHTS, HYGENE ETC.] sleep. water. Several hours ago I asked for water. They Its Also difficult to sleep because the lights stay said they would bring the same but I still have not in all night received it

7. ~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~

7. ~~8.~~ [DESCRIBE CONDITIONS LIKE ABOVE] I was not given a mattress or pillow. I sleep on the ~~bay~~ floor and it is cold. I was only give a sheet of aluminum to sleep with. It is still very cold

8. ~~9.~~ [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] so it is difficult to sleep I have not received any information about legal right or access to counsel. Also, there are about ~~10.~~ ~~My son and I were taken out of that facility on a [DAY].~~ 20 other kids in the room so it is crowded & loud.

9. ~~9.~~ ~~My son and~~ I have been at the ~~[CURRENT FACILITY]~~ Yuma CBP Facility for about ~~XXX~~ days. ~~We are planning to~~ ~~[DESCRIBE RELEASE PLANS.]~~ I would like to get to my Aunt in Delaware.

10. ~~[NUMBER]~~ I have not been allowed to shower or even get soap to wash my hands. I also have not been given clean clothes. ~~12. [DESCRIBE CURRENT CASE AND RELEASE STATUS.]~~

Celestino ~~[redacted]~~

I, ~~[NAME],~~ swear under ~~penalty of~~ perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06 25 18
Date

Page 1 of 2

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.

Esmeralda Cisneros

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

06/25/10
Date

670

Exhibit 116

Interview no. #4

**[FULL NAME], A NUMBER XXX-XXX-XXX**

Jose L ▮▮▮▮▮▮

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. ~~He is [YEARS OLD]~~ and ~~he~~ was born on ~~[SON'S DOB].~~ ~~My son and I~~ are from ~~[COUNTRY OF ORIGIN].~~
   I am 16 years old
   and I November 15, 2001. Guatemala.

2. Describe Reason for leaving country of origin. There was a volcano eruption where I live and since then, conditions have been very bad. I am scared to go back to Guatemala because there is poverty and sickness since the volcano ▮▮▮▮▮▮

3. ~~We presented ourselves~~ at the border about ~~[TIME SINCE APPREHENSION].~~ I believe that it was on myself 12 hours ago to the or about ~~[APPROXIMATE DATE].~~ ~~We were~~ taken to ~~[FACILITY]. [DESCRIBE CONDITIONS AT~~ June 25, 2018. I was ~~THIS FACILITY]~~ Yuma, Arizona CBP facility after they took ~~my~~ belt, shoe laces, and backpack at the border in San Luis, Arizona.

4. [FOOD AT FACILITY] I have not had any water since I have arrived & have not been given a cup for water. I have had some soup and ~~two~~ two boxes of juice.

5. [TEMPERATURE AT FACILITY] The room I am in is very, very cold. There about 20 other boys under 18 in the same room — so it ~~feels~~ crowded.

6. [LIGHTS, HYGENE ETC.]
   I have not been able to wash my hands with soap or my face or ~~take~~ a shower.

7. ~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~

7. ~~[DESCRIBE CONDITIONS LIKE ABOVE]~~ — I was given a three-inch mattress and one blanket made of aluminium foil. It feels very cold in the room still

8. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] I have not received any papers or information about my rights or about talking to a lawyer. Only in preparing this declaration did I learn I was in Yuma, Arizona. No one told me where I was. ▮▮▮▮▮▮ Yuba CBP

9. ~~My son and~~ I have been at the ~~[CURRENT FACILITY]~~ for about ~~XXX days.~~ ~~We are planning to~~ half a day ~~[DESCRIBE RELEASE PLANS].~~ I do not know where I will be taken next but I would like to go to my family in Florida. ▮▮▮▮▮▮

10. ~~[DESCRIBE CURRENT CASE AND RELEASE STATUS]~~ This facility feels like a prison so I worry that the police here might hit me.

Jose

I, ~~[NAME], swear under penalty of perjury~~ that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06 25 18
Date

Page **1** of **2**

672

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

Esmeralda Cisneros

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

06/25/16
Date

Exhibit 117

Interview Tape #4

Braylin ~~~~~~~~ eclaration of
**[FULL NAME], A NUMBER XXX-XXX-XXX**

Braylin A~~~~~~~~

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

*I am 17 years old.*

March 3, 2001

(1) My date of birth is [DATE OF BIRTH]. ~~My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I *am* are from~~ [COUNTRY OF ORIGIN]. *Guatemala.*

(2) Describe Reason for leaving country of origin. *My father died and my mom is getting old. I do not have the opportunity to get an education, work, or help support her in Guatemala.*

(3) ~~I We~~ presented *myself* ou~~rselves~~ at the border about [TIME SINCE APPREHENSION]. ~~I believe that it was on~~ *around 8AM on June 24, 2018.* or about [APPROXIMATE DATE]. ~~We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY]~~ *My luggage, belt, shirt, and shoelaces were taken from me when I presented myself in San Luis, Arizona. Approximately one half hour later, I was put on a truck and brought to the Yuma CBP.*

~~4. [FOOD AT FACILITY]~~
(4) *I have been given a cup of noodle soup for breakfast, lunch, and dinner. I also receive a juice box with each meal. I have received a bag of gold fish crackers when I arrived - no more since*

~~5. [TEMPERATURE AT FACILITY]~~
(5) *The temperature feels cold in the middle night and the lights are on all night; this makes it difficult to sleep. the blankets they gave me is made of aluminum and does not keep me warm. That also makes it difficult to sleep.*

~~7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~
(6) *I was taken to the hospital in the middle of the night - apprx. 1AM - 3AM - because my stomach*

~~8. [DESCRIBE CONDITIONS LIKE ABOVE]~~ *was hurting. I told them it was hurting when I first arrived at Yuma CBP. At the hospital, the doctor gave me 2 pill to swallow & one pill to dissolve under tongue. They gave other*

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]
(7) *I have not received an papers or information about access to counsel. And I have not seen any signs posted about my right. pills for ~~~~ to the other that accompanied ~~~~, but those have not been given*

~~10. My son and I were taken out of that facility on a [DAY].~~

~~11. My son and I have been at the [CURRENT FACILITY]~~ *Yuma CBP* for about ~~XXX~~ *1.5* days. ~~We are planning to~~ *to have me* 
~~[DESCRIBE RELEASE PLANS].~~ *since.*
(8) *I would like to go to my family friend in New York. But I have not been told by any officer or agent about what will happen to me next.*

~~12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]~~
(9) *I have not been given the opportunity to make a phone call. I told an agent here at Yuma CBP when I first arrived the name and*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

*number of my family friend in New York but I was not permitted to call that person or anyone else.*

06-25-78
Date

(10) *I have access to a bathroom and sink, but no soap or towels or clean clothes to shower. There is a sign in the bathroom that says we can drink the water from faucets but we must use our hands - We are not given any cups. But we cannot wash our hands with soap.*

Page **1** of 2

675

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

Esmeralda Cisneros

_____
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


06/25/10
Date

676

# Exhibit 118

Interview No. #4

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

Ventura [redacted]    Ventura Ilsi [redacted]

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true
and correct to the best of my knowledge and recollection.

November 16, 2009 1996        Ilsi M. [redacted]

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. She is [YEARS OLD] and
s he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].   6 years old
   March 17, 2012  daughter                                Guatemala

2. Describe Reason for leaving country of origin.  Her        approximately
   Father of Ilsi has kidnapped her several times since separating from me two years
   ago. Mother Ilsi tried to live with Ilsi's grandparents (maternal), but grandfather was violent with
   the child
3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on  is an
   one day ago - 9:30 am on 6/29/2018
   or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT  alcoholic.
   THIS FACILITY]      June 29, 2018      Yuma CBP
   I spoke with someone when I first arrived to give my name and other information. She also
   stated she was scared to return to Guatemala because of her husband, and they
4. [FOOD AT FACILITY]  told her this is the same story they have heard countries of
   offered "cups of noodle" for their food three times a day. Ilsi gets a juice box three times
   times a day; Ventura gets water only from faucet in the
5. [TEMPERATURE AT FACILITY]  a day. Ventura gets water only from faucet in the
   Very cold, all day and not as bad b/c  bathroom - no cup is offered. Soup is not warm so it
   sun warms it up. But at night very cold.  does not cook the noodles. Ilsi offered one bag of
6. [LIGHTS, HYGENE ETC.]  gold fish crackers on day she arrived.
   Lights remain on day & night so it is
   hard to sleep.
7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place
   Also,  where we were held for XXX days.
   It is too cold to sleep. Also, the ground they sleep on is hard and cold. No pillows or mattresses offered.
   She & her daughter each get one foil
8. [DESCRIBE CONDITIONS LIKE ABOVE]  blanket which does not keep them
   Also we have not been able to shower because no clean clothes  warm enough. There are about 15
   no soap, no towels. At this point they we have gone 5 days without shower  others in same room
9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]  sleeping with them. It's
   Ventura received one piece of paper with a list of attorneys in the area  loud because kids are
10. My son and I were taken out of that facility on a [DAY].  crying because of cold.
   daughter                    Yuma CBP              1.5
11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to
   [DECRIBE RELEASE PLANS]. We do not know when we will be released.
   We are scared to return to Guatemala and would like to go to my brother-in-law
   in Virginia. His name Odenilson Merida and phone number is 804-309-7968
12. [DESCRIBE CURRENT CASE RELEASE STATUS]
   Ventura

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my
abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in
Spanish.

[signature redacted]

06/25/18
Date

Page 1 of 2

678

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_____
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


06/25/18
Date

Page **2** of **2**

679

Exhibit 119

Interview Tool #4

**[FULL NAME]** Declaration of XXR XXX-XXX XXX

Maria

I, **[NAME]** (A number _____, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

November 5, 2000                                                  Lico E

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB] My son and I are from [COUNTRY OF ORIGIN]. 9 months old
   September 16, 2017                                    Guatemala

2. Describe Reason for leaving country of origin.
   I lived in a poor part of Guatemala and do not have much money. There are a lot kidnappings where I live so I was scared to stay there. My baby son is 9 months old.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on
   three days ago
   or about [APPROXIMATE DATE]. We were taken to [FACILITY] [DESCRIBE CONDITIONS AT
   THIS FACILITY] June 23, 2018.
                        Yuma CBP
                        Arizona

4. [FOOD AT FACILITY] I have received "cup of noodle" soup 3 times each day - It is
   not very warm. I recieve juice box 3 times a day. I am able to drink water from
   the bathroom faucet with my hands. They do not give us cups to drink the water

5. [TEMPERATURE AT FACILITY]
   It is very cold to sleep at night and I only have one aluminum blanket to share with
   my baby. I also used a part of the aluminum to make shoelaces for myself because

6. [LIGHTS, HYGENE ETC.] the agents took my shoelaces when I presented myself.
   The lights are left on all night.

~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place
where we were held for XXX days.~~

2. I left Guatemala because my babys own father joined a gang and he and the gang members
   are involved in the kidnappings. So I left for
   [DESCRIBE CONDITIONS LIKE ABOVE] the United States to get away from him. My parents
   ran away and are hiding in the mountains of Guatemala.

7. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]
   I have not received any information or papers regarding my rights or access to counsel.

~~10. My son and I were taken out of that facility on a [DAY]~~

8. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to
   Yuma CBP                                    3
   [DESCRIBE RELEASE PLANS]. go to Tennessee where I have a friend.

~~12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]~~

Maria P

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06 25 18
Date

Page **1** of **2**

681

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME] in Spanish.

*Esmeralda Cisneros*

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

06/25/16
Date

Page **2** of **2**

682

Exhibit 120

**Declaration of**
**[FULL NAME], A NUMBER XXX-XXX-XXX**

Christy F~~[redacted]~~

I, ~~[NAME]~~ Christy F~~[redacted]~~ (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.          Christy F~~[redacted]~~   I am 13 years

May 28, 2005

1. My date of birth is ~~[DATE OF BIRTH]~~. My ~~son/daughter's~~ name is ~~XXXX~~. ~~He is [YEARS OLD]~~ and old. ~~He~~ I was born on ~~[SON'S DOB]~~. ~~My son and I are~~ she is from ~~[COUNTRY OF ORIGIN]~~ Guatemala.

2. Describe Reason for leaving country of origin. I ~~was~~ am afraid of ~~different~~ members of my father's family. My mother is not in Guatemala so I have had to ~~live with my~~ one day ago. still see father's and spend time with fam.

3. We presented ourselves at the border about ~~[TIME SINCE APPREHENSION]~~. I believe that it was on or about ~~[APPROXIMATE DATE]~~. We were taken to ~~[FACILITY]~~. ~~[DESCRIBE CONDITIONS AT THIS FACILITY]~~ June 25, 2018.          Yuma CBP.

4. ~~[FOOD AT FACILITY]~~ I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattress and stayed warm. ~~We~~ I also had a foil sheet to sleep w.

5. ~~[TEMPERATURE AT FACILITY]~~ I have received noodles soup, but it is not very warm water so the noodles are not always fully cooked. I have received juice boxes and some crackers. But I have not received any water since I arrived. The temperature at the facility is okay.

6. ~~[LIGHTS, HYGENE ETC.]~~ The lights are kept on all night long.

7. ~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~ I was brought to Yuma CBP on June 25, 2018 around in the evening after being apprehended and driven here in a white car with a green logo.

8. ~~[DESCRIBE CONDITIONS LIKE ABOVE]~~ I/We have access to a toilet and a sink with water in next to the toilet. I have not been able to shower and there is no soap.

9. ~~[DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]~~ to wash my hands or body. I have ~~not~~ received any information or documents regarding the law or lawyers or my legal rights.

10. ~~My son and I were taken out of that facility on a [DAY].~~ I have not received any documentation.

11. ~~My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS].~~

12. ~~[DESCRIBE CURRENT CASE AND RELEASE STATUS]~~ All I know is that I will be taken to a shelter soon. But I do not know where.

I, ~~[NAME]~~ Christy Francisco Mateo, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

26/06/18
Date

Page 1 of 2

Certificate of Translation

Clara Long

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

[NAME OF TRANSLATOR]    Clara Long
[ORGANIZATION]          Human Rights Watch
[ADDRESS]               350 Sansome St. Ste 1000
                        San Francisco, CA 94104

6/26/2018

Date

Page **2** of **2**

685

Exhibit 121

**Declaration of**
[FULL NAME] A NUMBER XXX-XXX-XXX

Graciy

Graisy

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH] December 29, 1996. My son/daughter's name is XXXX. SHe is [YEARS OLD] Dairany 1 years old and She was born on [SON'S DOB] September 13, 2013. My son and I are from [COUNTRY OF ORIGIN] daughter Guatemala.

2. Describe Reason for leaving country of origin. I am afraid to return to Guatemala because my daughter's father has been threatening that he/she will do something bad to me and her daughter because I will not get back into a relationship with him. 3 days ago

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE] June 23, 2018. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] Yuma CBP.

4. When I arrived, I was yelled at to sign documents. I did not understand what I was signing because it was in English. I did not receive copies of any of the documents I

~~4. [FOOD AT FACILITY]~~ signed. They also did not believe me that my niece, who was also with me, my sister, and my daughter, was not my daughter. They told me to stop lying or I would not see my daughter again

5. [TEMPERATURE AT FACILITY] It is cold in our cell. I have to hug my daughter to me so that she can be warm enough to sleep. The lights stay on all the time so we cannot tell if it is day or night.

6. [LIGHTS, HYGIENE ETC.] We have not been allowed to bathe or shower. And there is no soap to wash our hands with.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days. We are in a cell with about 25 other people. It is crowded and we have to walk over one another to use the bathroom.

7½. [DESCRIBE CONDITIONS LIKE ABOVE] We receive food, and my daughter receives juice. We have to drink water from the bathroom sink and we use our hands — we do not receive cups to drink from.

8½. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] I have not received any documents or information about my legal situation or access to legal counsel.

10. My son and I were taken out of that facility on a [DAY].

9½. My son and I have been at the [CURRENT FACILITY] Yuma CBP for about XXX 3 days. We are planning to daughter [DECRIBE RELEASE PLANS]. We do not know when we will leave or where we will go.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] There are kids in the cell where we are being held and they do not get anything to play with so they are very bored.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my Graisy abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6-26-2018
_____
Date

Page **1** of **2**

687

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME]  in Spanish.

Clon Lang

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

Clon Lang
Human Rights Watch (R30
350 Sansome st Ste
San francisco   CA   94104

6-26-2018

Date

Page **2** of **2**

Exhibit 122

[FULL NAME], A NUMBER XXX-XXX-XXX

I, Martin H~~~~~

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

Martin H~~~~~

1. My date of birth is ~~[DATE OF BIRTH]~~ August 4, 2003. My ~~son/daughter's~~ name is ~~XXXX~~. ~~We are XXXX years old and~~ I am ~~We are from~~ ~~[COUNTRY OF ORIGIN]~~ Guatemala.
   I am 14 years old. I left Guatemala because kids in my school were harassing me.

2. ~~Describe Reason for leaving country of origin.~~ An agent here at Yuma CBP asked if I was being threatened in Guatemala and I told them that people in my school have been harassing me. two days ago

3. We presented ourselves at the border about ~~[TIME SINCE APPREHENSION]~~. I believe that it was on or about ~~[APPROXIMATE DATE]~~. ~~We were~~ taken to ~~[FACILITY]~~. ~~[DESCRIBE CONDITIONS AT THIS FACILITY]~~ June 24, 2018. I was Yuma, Arizona ~~Customs~~ Border Patrol facility. I am in a cell with approximately 15 other boys. We share two mattresses. ~~and we~~ I also received a metal blank et

4. ~~[FOOD AT FACILITY]~~ I have received soup but it's not cooked all the way through but there is nothing I can do. I am hungry so I have to eat it. I am still hungry; the soup is not enough. I have not received any water since I arrived. ~~5. [TEMPERATURE AT FACILITY]~~ I have received boxes of juice to drink.

5. ~~[LIGHTS, HYGENE ETC]~~ I have access to a toilet and sink, but no soap to wash my hands. I also I have not been able to take a shower.

6. ~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~ An agent at this facility talked to my Dad on the phone in English – I was with them but could not understand.

7. ~~[DESCRIBE CONDITIONS LIKE ABOVE]~~ I am so tired. I am tired with the stress, what of being here locked up. I am afraid of the other boys in my cell, that they will find out

8. ~~[DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]~~ I was told to sign some I am. papers when I arrived at this facility, but I do not know what they were and ~~10. My son and I were taken out of that facility on a [DAY].~~ did not receive copies. I did not receive any documents or ~~information~~ information about lawyers or my legal rights. ~~11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to~~

9. ~~[DESCRIBE RELEASE PLANS]~~. I do not know where I am going from here – they have not told me.

~~12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]~~

Martin H~~~~~

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/26/2018
Date

Page 1 of 2

690

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above
declaration to [NAME]  in Spanish.

_____

[NAME OF TRANSLATOR]      Clara Long
[ORGANIZATION]            Human Rights Watch
[ADDRESS]                 350 Sansome St  Ste 1000
                          San Francisco, CA 94104

_6/26/2018_
Date

Exhibit 123

Declaration of

[FULL NAME, A NUMBER XXX-XXX-XXX]

*Edras d*

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

*10 JUN 2002*        *15*

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN]. *Gua Temala, Los paz.*

2. Describe Reason for leaving country of origin. *Ets very dangerous, especially at negit. His money has been stolen on the staet.*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] *JUNE 25, 2018          YUMA CBP*

4. [FOOD AT FACILITY] *I was given soup, crackers + juce at negit and in the morning. I was not given water. Prevace soup.*

5. [TEMPERATURE AT FACILITY] *It is a little cold.*

6. [LIGHTS, HYGENE ETC.] *The lights are on all day + negit, The doors are locked, There is no soap in the batroom, There is notning to do in The room.*

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *I was given no legal notices oral or written in Exgleish or sponish. I was asked*

10. My son and I were taken out of that facility on a [DAY]. *To sign a 4 page document in English That I didn't undustand + then given a list of Hygens in Englieh.*

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DESCRIBE RELEASE PLANS]. *stay with my 15 yeas brother who has been here 5 years + lives in Arizona.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *I have no exformaton.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____
6/26/2018
Date

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_____
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

Clara Long
Human Rights Watch
350 Sansome St Ste 1000
San Francisco, CA 94104

_____
6/26/2018
Date

694

Exhibit 124

Interview [illegible] #4

[FULL NAME], A NUMBER XXX-XXX-XXX

ELENA C[redacted]

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH] *November 15, 2002*. My son/daughter's name is XXXX. He is [YEARS OLD] *15 years* and She was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN]. *Santa Cruz Barillas, Guatemala*

2. Describe Reason for leaving country of origin.
*My Mother And Brothers And Sisters Are Here. My sister was coming for me but she left And came Here. It is Dangerous to be on the streets Alone As A woman. There is A lot of*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on *violen* or about [APPROXIMATE DATE] *June 23, 2018 At 10p*. We were taken to [FACILITY] *CBP - Yuma* [DESCRIBE CONDITIONS AT THIS FACILITY] *from Gangs, Robber[?]*
*There is nothing to Do Here. I sit All Day And stare At the wall.*

4. [FOOD AT FACILITY] - *There Are no cups to Drink water. I have to use my hands.*

5. [TEMPERATURE AT FACILITY]

6. [LIGHTS, HYGENE ETC.] - *I have not showered since I arrived. There is no soap in the Bathroom. I have no toothbrush to Brush my teeth. The lights Are on At All times, even when I am trying to sleep.*

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] - *After [illegible] the lawyer I met with to write this Declaration Asked for copies of lists of Free lawyers, I received A list of lawyers. [illegible] The list of english so I cannot understand. When I Arrive*

10. My son and I were taken out of that facility on a [DAY]. *I signed many Documents in English, so I did not understand what I was signing. No one has Advised Me About my rights.*

11. My son and I have been at the [CURRENT FACILITY] *one Day At CBP-Yuma.* for about XXX days. We are planning to [DESCRIBE RELEASE PLANS].
*When I am Released, I will go To my Mother And siblings in Virginia. I want to sh[illegible] to be A Doctor.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] - *No one has told me when I will be Released or see A Judge.*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/26/2018
Date

Page 1 of 2

[NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_Tony Larroeal_
[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

_06/26/2018_
Date

697

Exhibit 125

Interview last - #4

Declaration of

**[FULL NAME], A NUMBER XXX-XXX-XXX**

HEYDI F~~[redacted]~~ Amo Hector G~~[redacted]~~

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].
   Heidi: February 7, 2001 - 17 years old - Aguacatan, Guatimala
   Heidi: December 30, 2002 - 15 years old - Aguacatan, Guatimala

2. Describe Reason for leaving country of origin.
   We presented ourselves at the border at about 11p. Honway, June 25, 2018. There were gangs, gun shots, and dead people in the streets. We are afraid [strikethrough] to be.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on June 25, 2018 the stm or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] CBP Yuma. but we have walk. It is say specially Dangerous After Dark Don Hector left when we were here And we Do

4. [FOOD AT FACILITY] - We [strikethrough] Received Soup when we Arrived, but [strikethrough] it was cold. We got crackers in the morning. We received juice, but no water. [strikethrough] Since we didn't have water, we [strikethrough] were thirsty. We also Do

5. [TEMPERATURE AT FACILITY] - [strikethrough] as cold, Hector, was cold. It cyps, sleep not have cups to drink water. in a different room. I, Hector was cold, and slept on the floor with only a sheet made out of Aluminum.

6. [LIGHTS, HYGENE ETC.] - The lights are Always on, Even when we are trying to sleep. We have not showered since we Arrived, There is No soap in the bathroom to wash our hands.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place know where we were held for XXX days. our fathe

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] - No one told us Anything About our legal rights or gave us Any [strikethrough] We have not talked to A lawyer on had Access to A phone.

10. My son and I were taken out of that facility on a [DAY].

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DESCRIBE RELEASE PLANS]. CBP Yuma. Twelve hours call our mother And find [strikethrough] her. We want to stay technology.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] - No one has told us when we can be released or when we will see A judge.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/26/2018
Date

Page 1 of 2

699

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

Toni Lambert

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


06/26/2018

Date

700

Exhibit 126

**Declaration of**

**[FULL NAME], A NUMBER XXX-XXX-XXX**

MAGDALENA F

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

I AM 15 YEARS old

1. My date of birth is [DATE OF BIRTH]. SUMMER, 2002 My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].
Santa Cruz barillos, Guatemala.

2. Describe Reason for leaving country of origin.
There is A 45-year old man that is trying to kidnap her. He has threatened rape her. Also, there is A woman there that tried to kill me because she thinks I

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on hunt or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] June 25, 2018 in the Appranvau CBP - Yuma. dog.
There, there no books or Anything to Do. I just sit in the room All Day.

4. [FOOD AT FACILITY] – They gave me Soup, but it is Not Filling. I Am spill hungry. I Also Do Not have Drinking water or cups, so I Am thirsty.

5. [TEMPERATURE AT FACILITY] – I Am very cold here because I do not have A sweater. I only have A thin Aluminum blanket. My first night here, I slept on the floor with only this thin blanket.

6. [LIGHTS, HYGENE ETC.] – The lights Are Always on, even when I'm trying to sleep. I have not showered since I Arrived. There is No soap in the Bathroom to wash My Hands After I pee. I have No toothbrush, so I can't brush my teeth.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days. They keep us in rooms And lock the Door, so we Cannot leave.

8. [DESCRIBE CONDITIONS LIKE ABOVE] I have No shoes because they took my shoes here And my shoes Are too big, so they won't stay on. They have not given me Another pair of shoes.

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] – No one told me Anything About my legal rights. After the lawyer that I met with to write this Declaration Asked, I received A list of free legal services. However, the list is in English, so I cannot

10. My son and I were taken out of that facility on a [DAY]. ynders amo. When I Arrived, I signed A large stack of papers, but they were in English, so I Do Not know they say.

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS]. I Day - CBP - Yuma.
My Father lives in Floridm, And I would like to go live with him when I leave here

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] – No one has told me Anything About when I Am leaving here or when I will see A judge.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



06/26/2018.

Date

Page 1 of 2

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_Tam Consent_

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]

_06/26/2018_

Date

703

Exhibit 127

**Declaration of [FULL NAME], A NUMBER XXX-XXX-XXX**

JoRge X~

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH]. *May 14, 2001* ~~My son/daughter's name is XXXX. He is [YEARS OLD]~~ and ~~he was born on [SON'S DOB]. My son and~~ I are from [COUNTRY OF ORIGIN] *Guatemala, SAN Pedro*

2. Describe Reason for leaving country of origin. *after The Government imposed Taxes That made it difficult To I Stud, and my father Itself,*

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] *Saturday, June 23, 2018, at nightime. One Officer apprehended and put in SUV + brought to This Boat*

4. [FOOD AT FACILITY] *Station which Took about 30 minute.*

5. [TEMPERATURE AT FACILITY] *The Temperature is all right. The lights are left on all night. There is no soap. He has*

6. [LIGHTS, HYGENE ETC.] *not had a shower & They have not offered since he arrived.*

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days. *He came alone. He left Guatemala on The previous Monday.*

8. [DESCRIBE CONDITIONS LIKE ABOVE] *He was given no blanket and he sleeps in his clothes.*

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *I was given no legal or factual information of any kind either written or oral. I gave Them The phone number of my maternal uncle in Oxnard, Ca.*

10. My son and I were taken out of that facility on a [DAY].

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DESCRIBE RELEASE PLANS]. *I have no information about my release.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]

I, **[NAME]**, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____
Date

Page **1** of **2**

705

I wanted to come to US to work + send home ~~medical~~ money for medical care. There are seven in the household

4. Food — He got his first meal Saturday night after arriving at the facility, it was soup with noodles. They are given food @ 9 a.m., 12 noon and 4 p.m. but it is the same soup every time— noodles + liquid. He was given no water. There is a separate bathroom with a sink. He drinks water out of sink with his hands. No cups are given to them. They bring a little bag juice occasionally. When he gets soup, he gets juice.

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

_____

[NAME OF TRANSLATOR]
[ORGANIZATION]    *Luis   Sandoval*
[ADDRESS]


*June 25, 2018*
Date

Page **2** of **2**

707

Exhibit 128

Interview 10+#4

Declaration of

**[FULL NAME], A NUMBER XXX-XXX-XXX**

MANUEL ~~R~~ AND CARLOS ~~T~~

I, ~~[NAME]~~ (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is {DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and he was born on [SON'S DOB]. My son and I are from [COUNTRY OF ORIGIN].

   CARLOS ~~MANUEL~~: MAY 28, 2001   - 17 YEARS OLD.  WE ARE FROM GUATEMALA.
   MANUEL: MAY 22, 2002   - 16 YEARS OLD.

2. Describe Reason for leaving country of origin.
   WE ARE YOUNG. WE HAVE NO FATHER. WE WANT TO UNIFY WITH OUR BROTHER HERE IN THE STATES AND STUDY.

3. We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on or about [APPROXIMATE DATE]. We were taken to [FACILITY]: [DESCRIBE CONDITIONS AT THIS FACILITY]   ONE DAY   JUNE 25, 2018.   CBP YUMA

4. [FOOD AT FACILITY]- THERE IS DRINKING WATER IN THE SINK, BUT NO WAY TO DRINK IT. WE MUST USE OWN HANDS AS CUPS. WE HAD SOUP LIKE EVERYONE ELSE - ONE WHEN THEY ARRIVED AND GAVE THIS MORNING.

5. [TEMPERATURE AT FACILITY] - THE TEMPERATURE IS NORMAL, BUT WE HAVE ONLY HAD Aluminum blankets. WE SLEEP IN OUR CLOTHES AND DID NOT RECEIVE ~~NEW~~ A Change of Clothes OUR PANTS WERE WET.

6. [LIGHTS, HYGENE ETC.]- THERE IS NO SOAP TO WASH OUR HANDS. THE lights ARE ON AT ALL TIMES, EVEN WHEN WE'RE SLEEPING.

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.

8. [DESCRIBE CONDITIONS LIKE ABOVE]

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] - WE RECEIVED NO LEGAL NOTICE IN SPANISH OR English WHEN WE ARRIVED AND STILL HAVE NOT.

10. My son and I were taken out of that facility on a [DAY].

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS]. ~~WE WANT~~ WE WANT TO GO FIND OUR BROTHER IN NEW YORK, STUDY.

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] WE HAVE NOT BEEN TOLD ANYTHING ABOUT OUR RELEASE STATUS.

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language which I am fluent, and was read back to me in Spanish.



06/26/2018
Date

Page **1** of **2**

709

Certified Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME] in Spanish.

*Teri Lamoret*

[NAME OF TRANSLATOR]
[ORGANIZATION]
[ADDRESS]


06/30/2018
Date

# Exhibit 129

**Declaration of**

**MAURICIO B** ████████████████████

I, **MAURICIO B** ████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 11, 2000. I am 17 years old. I am from Leon Guanajuato, Mexico. I was born in Leon Guanajuato, Mexico.

2. My parents are still in Leon Guanajuato, Mexico. I came here because my grandmother is sick. My cousin ██████████ lives in Kansas City, Kansas and I came here to ask him for money to help my grandmother. It took me a day and a half to get to the border and I had no contact with his parents during that time. My parents knew I was coming here. Before I came here I researched about asylum on the internet.

3. I came here by foot to the San Ysidro border crossing. When I got to the border I asked for a passport, but they told me it would take 4-6 weeks. I saw a group of 3 officers and asked them for a green card. I told them I am here for political asylum. They told me to wait there and that he would check my documents.

4. I got to contact my parents this morning at 4am because they were reviewing my case. I had a phone in my backpack when I was detained but it didn't have service. This morning they called my mom from the office and then after a little time I was able to talk to my mom.

5. When they were checking docs they took me to a separate place and said, "I don't think we can help you." Then they said, "Yes, we are going to help." They took me into a big room with other people being questioned. I came here with my birth certificate, my mom's proof of voting with him and he talked to two officers and they were nice but the third officer – female – objected. She would just laugh. They took me to a room where there were sinks and diapers. They asked me to empty my pockets and then to take my shoelaces off. My jacket had a hoodie and they cut the metal grommets out of it. They put gloves on, and then they had me stand with my legs and feet apart and touched him, and then they took my shoes off and they took apart the soles of the shoes.

6. Then I passed into another room. There were some handcuffs but they didn't put them on me, they were just there in front of me. They took my fingerprints and I think they took a photo of me. Then a woman walked in and she thought. I didn't understand English so she said they had a kid there that was trying to play games with them and she said that now he looks like he didn't know what was going on but she said she would play a game on him. I thought maybe I was going to be deported, but two guys walked me to the place before the jails. The guy took my documents asked what he intended to do here and I said I was asking for asylum and I wanted to learn English. So on the paperwork they just wrote that I came here to learn English so I thinks that's why they were laughing. Then I was asked to stand in front of a wall and read it, and the wall listed different diseases (i.e. Zika). I went into a room where there were 3 separate cubbies. I saw a woman in cubby 3 crying and she had a blanket on. I was still thinking they might let me pass, I did not want to spend the night. They told me to walk forward and grab a cot and a blanket. And I asked, "Why am I here? I haven't done anything wrong." They were laughing at me. I asked how long I am going to be here and the officer said, "A very very long time." They treated me like a criminal.

712

7. I then went into a room where there were like 10 kids sleeping on the floor. It's like a jail. In the room there are kids that have been there for days so it smells really bad. There is no ventilation except the AC. The walls have a ton of graffiti. No privacy, in the corner there is a toilet with only two walls and it's about to fall apart. You have no privacy, everyone can see. None of the kids there want to use the restroom because of it. I felt like I was in shock, the officer said, "Move! I'm not going to wait for you all day." The room is about 6x6 meters. In the room, I was first very reluctant to talk to anyone, but the kids started talking to me, from all different parts of the world, one African kid, and then they checked to see if I spoke English. Of all of them, I think only 2 crossed illegally and the rest came here asking for asylum. The kids range from 12-17 year olds. I was very scared, I thought I would break into tears. After I started to relax, I started helping a Russian kid because he was having a really hard time. The kids all feel like, "Why are they treating us this way? We don't even know if it's day or night. One window into a hallway and some of the rooms have a tv. No window into the outside. My room does not have a tv. One container with water that you pump for water and you have paper cups. Some of the rooms have 30 kids and those rooms are only a little bigger than his room. They compare amongst other kids. I have the aluminum thermal blankets which are nicer than the blankets in the rooms with televisions. They never turn off the AC and he's very cold at night. Won't give him any extra blankets.

8. At 6am they wake us up, and we have a choice between burritos or cereal and milk. Sometimes the kitchen is so packed you have to stand and eat. Around 10:50am is lunch. Chicken nuggets or hamburgers, and a juice boxes. Then at 4pm, it's the same food. Dinner is at midnight Chicken nuggets or hamburgers, and a juice boxes. Again, so the last 3 meals are the same. One day there was a different meal for lunch, it was vegetables or a sandwich. Generally I'm sleepy and tired so I don't have an appetite. No snacks in between meals.

9. So cold, two of the kids their feet hurt because it's so cold in there. No clothes given to them. They don't wash their clothes.

10. Once, the day after he came in, they gave him a small stick with mint on the end to brush his teeth, so they do not have toothbrushes. The first day I came they asked if I wanted to shower and I said no because I thought they would let me leave. Only 3 of the kids in his room had said yes. But I have not been allowed to shower since then.

11. There were 11 kids when I first arrived, but 3 have been removed. There was a 13 year old that always wanted attention so they created a game with a blanket that smelled terrible. But then the 13 year old said that someone hit him. So that 13 year old kid was removed.

12. The lights are on all the time. There's a big camera in the corner so I think it's because they want to keep the lights on for the camera feed.

13. I came here on Monday. My parents didn't know until yesterday where I was.

14. In the kitchens, there are children and adults. 12 and above, they are separate, but 11 and below are with their mothers. In the same hallway, there are children's cells and adult's cells. But you can't really hear through the walls. The adults are in cells with mixed gender. Families with little kids are only held for 3 days.

15. I have no pillow. The cot is made from a tarp material with only a little bit of stuffing. I am sore, it is very hard to sleep on.

16. Cousin ███████ ives in Kansas City. They called my cousin this morning at 4am but the cousin thought the officer was joking. They asked the cousin to come pick him up. They wouldn't let the cousin talk to me directly.

713

17. They don't give me books or games or anything.  We feel like we're going crazy.

18. An officer gave me a piece of paper that spelled out his rights in Spanish. But the paper was for people that are here illegally.  I didn't understand why because I came legally.

19. I feel my rights have been violated.  I don't care if I go into the United States or Mexico now, I just want this to be over.

20. We were so happy to see the light to come to this interview.

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.

_Rocio Herbert_

[NAME OF TRANSLATOR]     ROCIO HERBERT
[ORGANIZATION]     ORRICK, HERRINGTON & SUTCLIFFE
[ADDRESS]     1000 MARSH ROAD
     MENLO PARK, CA 94025

_7/5/18_

Date

I, Mauricio G█████ , swear under penalty of perjury
that the above declaration is true and complete
to the best of my abilities. This declaration was
provided in Spanish, a language in which I am
fluent, and was read back to me in Spanish.

█████████████████

05/07/18
Date

Page **2** of **2**

715

Exhibit 130

**Declaration of**



**ROSALVA P**

I, **ROSALVA P**⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛, declare under penalty of perjury that
the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is May 11, 1986. My son/daughter's name is ⬛⬛⬛⬛⬛⬛⬛
⬛⬛⬛⬛ He is 1 years old and he was born on March 17, 2017. My son and I are from
Michoacan, Mexico.

2. We came here on Tuesday, July 2ⁿᵈ. We came here seeking political asylum because there is a lot of
violence in Michoacan. It's very bad. Very often the groups kill people with guns. There are these
groups that come in and try to take over the town, and the ones that are already in the town fight those
groups off. There is always violence in the streets. I felt like I couldn't send my kids to school and
couldn't go to work. Everyone stays home.

3. I separated a year and two months ago with the father of my children. There was domestic violence in
the household. After we separated, he started taking the children away from me and taking them to a
remote ranch where I can't contact them. For example, when ⬛⬛⬛ was 5 months old, his father took
him, then returned when he was 7 months old. And then he took him away again when he was 11
months old, and then returned him when he was 1 year and 1 month old. No one would go with me to
get the children because they were afraid of the children's father. He doesn't know that I am here with
the kids now.

4. My plan is to go to San Jose and live with my sister. She will support us while I put the kids in school
and wait for my permission to work. My oldest child is just learning to read and my kids have missed a
lot of school during the times their father took them away from me.

5. When I arrived at San Ysidro, I walked through the doorway into a room. I took a number and waited.
When the officers called my number, they brought us to a place where they took my information. I told
them I was here seeking asylum. They wrote that down, took our fingerprints, and then sent us to
another room. The officers yelled at me because I was nervous when I was providing my children's
birthdates. We were patted down and they took my suitcases and my earrings.

6. I came here with my 4 children. I am sitting here with my youngest son, ⬛⬛⬛ and I left my other 3
children with another woman in the room. My oldest daughter ⬛⬛ is 12, my second oldest daughter
⬛⬛⬛ is 10, my son ⬛⬛⬛ is 7, and my son ⬛⬛⬛ is 1.

7. Once we were processed, they led us into the room we are staying in now. We were not offered a
shower before going into the room. The room is about 20 feet by 20 feet. We have 2.5 inch thick mats
on the floor to sleep on. The mats are made of vinyl with foam inside. We have one blanket per person.
The blankets are made of very thin wool. We do not have any pillows. The room has hard laminate
flooring.

8. It's always cold in our room. The AC is always on. They dim the lights at night, but they never turn
them off all the way.

9. In our room there are 10-15 mothers and each of us has 1-4 kids. My 12 year old daughter is the oldest
in the room, and the other kids range in age. The younger kids make it very difficult to sleep.

717

10. I think breakfast is at 5am, but I don't know for sure because we are not told ahead of time. They just come get us for the meal. Some of the people that have been here longer can predict that a meal is coming up. There is no clock in the room. There are 4 meals a day. Our last meal is at 10:30pm.

11. We go to the kitchen to eat and it's crowded. It's usually only women and children. The line starts from the time we leave our room and the line ends when we get to the food counter in the kitchen. Eat at the kitchen. There are seats and tables to eat at. Breakfast is a choice between cornflakes and milk or a burrito. The other three meals are a choice between a burrito or torta, with one option for fruit juice. I am always hungry. I don't like the food here. My kids are also hungry. They gave ▇▇▇ one baby bottle. In the room we're in they have the powder for the formula, so I just rinse the bottle with water in the room and then refill it for him as needed. We also have disposable diapers and baby wipes, but we do not have baby powder. We are not provided any pacifiers, so we have to use water bottle caps for the babies. There are no teething rings for babies. We are provided tampons. We are not provided any dental hygiene items, apart from one mint stick we received when we first arrived. We are not provided hair brushes or hair bands.

12. There are no games or books for the kids. We were not given any clothes. ▇▇▇ peed in his pants earlier today, so as they were bringing us in for this interview, they gave him these clean pants. We have no soap or laundry detergent to wash our clothes.

13. We have pregnant women in our room too, one is 5 months pregnant. They've offered medical visits.

14. I haven't heard about moms being separated, but there are couples that come and they put the men and women in separate rooms. They don't let the men and women see each other. Not in kitchen or anything.

15. In our room, you can see into the bathroom, but not very well. We don't have complete privacy, just aluminum doors. There are no windows. We only have a window into the hallway. We have a television outside the window. The television only plays cartoons and you can't hear it at all. We have a water cooler in our room. The cooler is one where the water jug is upside down, but the water is not cooled. We also have a sink, but no soap.

16. My kids and I have not bathed since we've been there. We were offered a shower one time since Tuesday, but I had not accepted it. At the kitchen they have hand sanitizer.

17. I have 4 sisters and 3 brothers in the US. All of them are adults, all older than me. They've been in the US for over ten years. One had papers and one got asylum 3 years ago. I have nieces and nephews that were born in the US. They have not allowed me to contact any of my family in the US.

18. They asked me about my sister's phone number and address because she is my sibling here with papers. Her name is ▇▇▇▇▇ I gave them that information, but I don't know if they called my sister or not. I contacted my sister before I got here and my sister is expecting a call from me. My sister lives in San Jose, California and is about 40 years old.

19. The officers haven't given me any information about how long I have to stay here and I have not been read my rights. They don't tell us anything, but there's a pattern that if they check your luggage then you'll be processed soon. My luggage was checked this morning.

20. The kids are not allowed to go outside. They are indoors 24/7. They don't have a sense of day or night.

## Certificate of Translation

I, _Rocio Herbert_, certify that I am fluent in English and Spanish and that I read the above declaration to _Rosalva P_ ███ in Spanish.

Name: _Rocio Herbert_

Orrick, Herrington & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025

_7/5/18_
Date

I, ROSALVA 7 ███ — swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

7.5 - 18
Date

5 of 3

Certificate of Translation

I, _Rocio Herbert_____, certify that I am fluent in English and Spanish and that I read the
above declaration to _Rosalva ▉▉▉▉▉▉▉▉▉▉▉▉_ ish.

Name: Rocio Herbert
Organization: Orrice, Herrington & Sutcliffe
Address: 1000 Marsh Rd.
        Menlo Park, CA 94025

_7/5/18_
Date

I, Rosalva ▉▉▉▉, swear under penalty of perjury
that the above declaration is true and complete to the best
of my abilities. This declaration was provided in Spanish,
a language in which I am fluent, and was read back
to me in Spanish.

▉▉▉▉▉▉▉▉▉▉▉▉▉

_7.5.18_
Date

Exhibit 131

**Declaration of**

**OWEN E** ███████████████████████████████████

I, **OWEN E** ████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 3, 2000. I am 17 years old. I am from Guastatoya, El Progreso, Guatemala.

2. I left Guatemala because my life and the lives of my family are at risk there. I came with my two brothers and my mom. We are all here at San Ysidro. My brother who is 14 years old, ███████ ███████ is in the room with me and my other brother is 6 years old, ████████████ and he is with my mom, ███████

3. Yesterday we arrived at the border around 1pm. We came directly to the gate at San Ysidro and presented ourselves. We came on a bus from Guatemala, it took us about one week to get to the border. The officers took us to register. They asked us for information and then they brought us here. We came with Guatemalan passports. My mom told the officers that we are here looking for political asylum. She brought evidence that our lives are at risk in Guatemala. She brought photo images from the Pubilc Ministry of Guatemala. It was a signed declaration from the agency that their lives were in danger in Guatemala. The officer sent people and shot into our house with guns. My father works in the municipality and he didn't like how business was run in the municipality. My father saw a lot of corruption, so he started criticizing the municipality through social media, and once he did the officers coordinated the attack on his family's house to kill them. But at this time, his father was already in the United States. The attack happened at 5am and my brother, mother, and I were all home. After that incident my father asked someone to put cameras all around our house. We didn't feel safe. My mother would take us to school and pick us up. We couldn't live at peace.

4. My father, ████████████████████ is in either Oakland, California or Los Angeles, California. We last spoke to my father 4 days ago. My father moved to the US one year ago. He came illegally to the US. In Oakland, my father was the victim of a shootout. The police then helped my father apply for a green card, that is still being processed. Since we've been here, we haven't asked about using the phone to call him. We have not received any information about our rights or how long we are going to be here.

5. My uncle ██████████ my aunt ████████████ and my grandmother ███████████ are also here in the US. My father and uncle live together in Oakland, CA. My grandmother and aunt live in Los Angeles, CA. None of these 3 have residency here. My uncle has been here for over 10 years. My grandmother and aunt have been here about 30 years.

6. Right now there are 9 of us in one room but there used to be 12. They did not give me a pillow, just a blanket and a mat. The mat is a thick cotton material with a sponge inside. The blanket is thick cotton. I got the blanket and mat just before I entered the room. The bathroom is in the room and is not private. There is one sink. I have not seen any soap. They have not given me any dental, hair, or body hygiene products. I have not taken a shower and they have not offered me one. We have one window in the room that faces the hallway and we do not have television. The lights are always fully on, 24/7. The AC is always running, it's very cold.

7. We do not have a television or a clock. We don't know what time it is inside. No books or games in the room.

722

8. I had a hamburger and juice for dinner last night. It was just the kids from my room at the cafeteria for
   dinner last night, so I don't know if my mother and brother got dinner. This morning I had a burrito for
   breakfast. For lunch today I had a torta with some type of white ham, some carrots, some animal shaped
   cookies, and a fruit juice. It tasted alright. There are no snacks between meals. There is no soap in the
   room, but they have hand sanitizer at the cafeteria. We have a 5-gallon water dispenser in the room that
   we pump for water. It's about half full and I don't know how often they replenish it.

9. The room is all male. I am in the room with my 14 year old brother ████████ and the rest of the boys
   range between 14 and 16.

10. I do not know why they separated my mom, ████████████████████ from me and ██████ I saw my
    mom today at the cafeteria when we were getting breakfast and lunch. That was a surprise. Apart from
    that, I was not able to see my mom. I don't know where in the facility my mom and brother are being
    kept. There are other children in his room who have also been separated from their moms.

11. If we are allowed to stay in the US, we will go to Oakland. My brothers and I plan to go to school and
    my mother will wait for her permission to work.

<u>Certificate of Translation</u>

I, _Rocio Herbert_____, certify that I am fluent in English and Spanish and that I read the above declaration to _Owen ██████████████_____ in Spanish.

Name: _Rocio Herbert_
Organization: _Orrick, Herrington & Sutcliffe_
Address: _1000 Marsh Road_
_Menlo Park, CA 94025_

_7/5/18_
Date

I, Owen ██████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_05/07/2018_
Date.

724

Exhibit 132

**Declaration of**

**ALEXANDER T**██████████████████████████

I, **ALEXANDER T**██████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am nine (9) years old and I was born in Lazaro, Cardenas, Mexico.

2. My mom and I left Mexico because we were scared. My mom and dad are divorced and sometimes my dad would hit me and my mom. He would leave bruises and marks and hurt my mom very bad. Other bad things happened to my mom too. My mom and I got on a plane with my aunt and cousin in Michoacán and flew to Tijuana. My mom and I stayed in Tijuana for a few days with one of my mom's friends.

3. My mom, aunt, cousin and I presented ourselves at the border one or two days ago. I believe that it was on or about July 4, 2018. We were taken to San Ysidro. The facility is clean. Sometimes the officers yell at us if we don't understand or don't follow the directions. No one is telling us what will happen next. We don't know how long we will be here. I am scared because I feel like something bad is happening and sometimes I feel upset. I don't know if someone might do something to me or my mom.

4. When we got to the facility in San Ysidro, I was given a sandwich, cookies, carrots and juice. My mom and I were put in a group and the officers took us to the room where they slept. After some time, we were given chicken nuggets for lunch. Later that day, we were given dinner but I was very tired and don't remember what we had. The next morning, the officers gave my mom a burrito for breakfast and I got cereal and milk. Even if I am hungry, no one gives me snacks. I am hungry, but I have to wait until a meal time. There is a gallon of water in the room with paper cone cups for all of the women and children.

5. My mom and I are staying in a room with many other mothers and children. We sleep next to each other on mattresses that are the floor, we each have a blanket. At night time, it can get very hot in the room where we are staying. In the mornings, it is very cold. There is a bathroom in the room where we are staying, a wall separates the bathroom from the sleeping area. There is no soap in the bathroom, and there are no showers.

6. My mom and I have not taken a shower since we got here. No one has asked us if we want to take a shower.

7. My mom has a cell phone but they won't let us use it. I don't think anyone has let us use a phone.

8. My mom and I have been in San Ysidro for about 2 days. My mom is planning to work after we leave here.

Page **1** of **1**

726

<u>Certificate of Translation</u>

I, _Hector Rivera_ , certify that I am fluent in English and Spanish and that I read the above declaration to _Alexander_ ███████ in Spanish.

Name: _Hector Rivera_
Orrick, Herrington & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025

_July 5th, 2018_
Date

I, Alexander T██████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

05 Julio 2018
Date

Page **3** of **3**

Exhibit 133

**Declaration of**

**SERAFIN S** ██████████████

I, **SERAFIN S** ████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My date of birth is October 12, 1992. My daughter's name is ████████████ ██████████████████ She is 11 months and she was born on August 16, 2017. My daughter and I are from Mexico.

2.  I am from a small town called San Miguelito in Guerrero, Mexico. About four (4) years, cartel members established a presence in my town. Many of the people in the town were scared, so they abandoned their homes. The cartel members moved in to the abandoned homes. My family owns a small wheat farm, so we stayed. Since the cartel came to my town, my family has tried to stay quiet so we don't get hurt. I have seen the cartel beat or kill people who refuse to obey them. About once every other month, the cartel will make an announcement over the loudspeaker and demand that all of the men in the town present themselves at a sports field. The cartel will tell all of the men that there is going to be more cartel members there and demand that the women of the town feed the cartel. The other women and I are then forced to cook for one-hundred or more cartel members. About two months ago, a cartel member began to express interest in me and asked me to be his lover. I refused. He saw me a few days later and told me that if I didn't become his lover, he would ask his boss for permission to take me by force. He also told me that if I left he would find me and kill my daughter. I was scared for my life and my daughters life. The next morning, I took a shuttle to Tlacotepec. From there I took a van to Iguala and a bus to Mexico City. Then flew to Tijuana.

3.  We presented ourselves at the border on July 4, 2018. We were taken to the San Ysidro Pedestrian West Facility immediately. When we arrived, all of my personal items were taken from me. My baby's blanket would not fit in my bag. An officer yelled at me and made me throw it in the garbage.

4.  Since we arrived at the facility, we have been fed every 6 hours. I usually get either a sandwich or a burrito, the guards give me a container of pureed baby food for my daughter  and a juice. I am breastfeeding my daughter. Even when I eat all of the food that I am given, I am still hungry. We are not given snacks between meals and are not allowed to take food back to our rooms. I am not producing enough breastmilk to feed my baby because I am not eating enough. My daughter cries a lot because she is hungry.

5.  I am staying in a room with approximately thirty (30) or forty (40) other mothers and children. The room is very crowded. The air conditioning in the room is always on, so it

is very cold in the room. There is little to no ventilation. Since the guards only take out the trash once a day, the room usually smells like sewage and dirty diapers.

6. The room that we are being held in has no windows to the outside. The lights are on all day and we cannot tell what time it is. It is very hard for me and my daughter to sleep because of the lights. Other children have trouble sleeping too, so there are always children crying. We are sleeping on a very thin mattress on the floor and have been given one scratchy blanket. I use the blanket to cover my daughter at night, but it has given her a rash on her face.

7. No one has talked to me about seeing a lawyer since we've gotten here. There are signs in the cafeteria, but they are all in English, so I don't know what they say.

8. My daughter and I have been at the San Ysidro Pedestrian West Facility for about one day. My cousin and aunt live here in California. Once we are released, we are planning to live with my cousin, he is going to sponsor me. When I arrived, I gave a guard my cousin's name and number, no one has allowed me to call him.

9. No one has told me anything about being released or what will happen next.

<u>Certificate of Translation</u>

I, _Hector Rivera_____, certify that I am fluent in English and Spanish and that I read the above declaration to _Serafin█████████_ in Spanish.

Name:
Orrick, Herrington & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025

July 6th, 2018
Date

I, Serafin S█████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



Julio 05 2018
Date

Page **3** of **3**

731

Exhibit 134

**Declaration of**

**KIMBERLY V** ███████████████████████████

I, **KIMBERLY V** ████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 4, 2008. I am ten (10) years old. I am from Lazaro Cardenas, Michoacán in Mexico.

2. My mom sister and I left Mexico because we are scared. My father disappeared in 2017, I don't know what happened to him. Since then, bad people tried to break into our house twice. A friend of my neighbor always says nasty things to my mom and wants to be her boyfriend, but my mother never wants to talk to him. In February 2018, the neighbor's friend tried to break into our house. I saw him try to open our door. I told my mom and she saw him, then he drove away. In June 2018, another man tried to break into our house. Our neighbor saw him in the bushes near our house, and called my mom to warn her. Then the man ran away. My mom called the police and the neighbor gave the police a description of the man. The police never caught him. I am afraid to go back to our house in Michoacán because someone might break in and hurt us. The neighborhood is very dark and there are a lot of shootings. My uncle called my mom and told him that someone was killed in our neighborhood right after we left. I don't want to go back to Michoacán because I am afraid that my sister, mom and I might get hurt.

3. My mom, sister and I presented ourselves at the border about two days. I believe that it was on or about July 4, 2018 around 8:00AM. We were taken directly to the San Ysidro Pedestrian West Facility. When we arrived, we waited for a long time in a waiting room. Then, the officers moved us to another room where there were a lot of women and children. My mom, sister and I were only given two blankets that all three of us share. We sleep with a lot of other women and children on cushions on the floor. Every day they bring more people in to the room. It is very crowded.

4. I am very hungry all of the time. The guards wake us up around 5:00AM for breakfast, I know that it is early because I can see a clock in the cafeteria. They give us cereal, cookies, juice and veggies for breakfast. We each lunch in the afternoon. We can have either a sandwich or a burrito. I don't eat lunch because the sandwiches and the burritos are cold. They don't taste good. Later on, we can have either chicken nuggets with ketchup or a cheeseburger. We also get a juice, cookies and vegetables. Late at night, around 10:00PM or 11:00PM, we can have chicken nuggets with ketchup or a cheeseburger with juice, cookies and vegetables. I am very hungry between meals, but there are no snacks. We are not allowed to have any food in the rooms.

5. The room where we sleep is very cold. The air conditioning is always on, but it is even colder at night. Everyone in the room complains about how cold it is. The cafeteria is cold too. I usually eat standing up because the metal bench is too cold to sit on. Since there are no doors on the restroom, sometimes the room smells bad.

6. There are six bright lights in the room where we sleep. At night time, the guards turn off four of the lights, but it is still very bright in the room. I have trouble sleeping because the lights are always on. There is a television outside of the room, we can see it through the window. There are always cartoons on the television, but we can't hear them.

7. No one has talked to me about my rights since I have been here.

8. My mom, sister and I have been at the San Ysidro Pedestrian West Facility for about two (2) days. We are planning to go to Washington to stay with my Aunt ▮▮▮▮

I, **KIMBERLY V**▮▮▮▮▮▮▮▮▮▮ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

▮▮▮▮▮▮▮▮▮▮

6 Junio 2018

Date

734

## Certificate of Translation

I, HECTOR RIVERA, certify that I am fluent in English and Spanish and that I read the above declaration to KIMBERLY V████████████ n Spanish.

_____

HECTOR RIVERA
ORRICK
1000 Marsh Road
Menlo Park, CA 94025

JULY 6ᵗʰ, 2018
Date

Exhibit 135

**Declaration of**

**MICHELLE T** ███████████████████████████████

I, **MICHELLE T**████████████████████████████████ declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 9, 2001. I am 16 years old. I am from Iguala, Guerrero, Mexico.

2. I was born in Mexico and then my father, who is from the US, came to Mexico and adopted me. Then
   when I was a few months old, my father brought me illegally into the US without any paperwork. I was
   lived in the US until I was 7 years old, but I was undocumented. My father brought me back to Mexico
   because he wanted to do things legally. But he worked in the US as a truck driver so he had to stay in
   the US, so for the last 10 years I have been living with my father's mother in Mexico.

3. Yesterday my father and I came to the Mesa De Otai gate at 4pm and presented ourselves. We showed
   them our passports. My father has a US passport and I have a Mexican passport. They handcuffed and
   arrested us. They then separated us, we were still in the same room, but we were physically separated.
   The officers removed my handcuffs. I asked if I could sit next to my dad because I was afraid, but they
   said no. They offered me food and made me sign a receipt saying that I had received food. The meal
   was a sandwich (I do not know what kind of meat was in it), carrots, animal crackers, and juice. They
   told us they would come back in 30 minutes, but it was about 6 hours before they came back. When
   they came back they handcuffed me again and led us to a van. The van took me into this building and
   then my father and I were physically separated into different cubicles in a security room. While we
   were in this security room they brought us a meal at 3am.

4. At 4am they took me to a different room to sleep. I slept for 1 hour, then they woke me up at 5am to go
   eat breakfast. I ate Lucky Charms.

5. They then told me that they were going to release my father so I asked to see my father and they let me
   talk to him for a little bit. Then they told me that because they can't verify that he is my father, they will
   keep me in this detention center for a few days until ICE picks me up. Then they said ICE will put me
   in a house/foster home. My father left the facility today and went back to Victorville, California.

6. I am now in limbo, they won't let me go back to Mexico and they won't let me be free here.

7. The officers have been screaming at me today. I didn't know where the kitchen area was and they
   screamed at me that I was going the wrong way. I was walking with a woman with a small baby and
   trying to help her find diapers and they yelled at us.

8. I am staying in a room with 30 people. The room is filled with only women and children of all ages.
   The room is rectangular and about 20 feet by 25 feet. I have one thick cotton blanket and a mat that is
   on the floor. There is one bathroom in the room but I haven't used it because it is not private and I do
   not feel comfortable using it. I haven't noticed if there is a sink. The toilet does flush. I haven't seen
   any dental hygiene products or feminine products. They have not offered me a shower.

9. I asked for asylum because my grandmother started being extorted for money to keep me alive. I don't
   know who is extorting her but there is a lot of delinquency in the town and that's what they do. We did
   not report this to the police in Iguala because the men extorting us told us not to talk to the police.
   When we crossed we told the officers about everything going on in Iguala and that we were seeking
   asylum. But then the officers asked my dad, "Why didn't you just take her to another state in Mexico?"

Page **1** of **3**

I felt like I had to defend my father so I said, "He did take me to another state. He took me to Toluca, Mexico. But the extortion calls to my grandmother continued." I have been interviewed in this facility several times and I have told each person I am seeking asylum.

10. There are no windows to the outside in my room. I never know what time it is. The AC is on all of the time. The room is too cold. There is one television, but it is on the other side of the window that looks into the hallway. You can't hear it, you can only see it. It only plays the Disney channel. I have not had water, I did not notice if there is water in my room. When we were waiting in different security rooms, my father asked for water and they always gave him juice instead. I have only slept one hour since yesterday. I can't shower, I can't change my clothes, I don't have any access to face creams or hygiene products. I feel dirty. I feel tired. I have a stomach ache.

11. The officers moving us from place to place are rude and rough. There is a woman in my room that sounds like she is sick.

12. I do not like being here. At this point I'd rather go back to Mexico and be with my grandma and my aunt than be in a foster home for a month or longer. Plus I will be in detention for my birthday because it is on July 9th.

I, MICHELLE T████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████

_6th of July 2018_
Date

## Certificate of Translation

I, ROCIO HERBERT, certify that I am fluent in English and Spanish and that I read the above declaration to MICHELLE T███████████ in Spanish.

ROCIO HERBERT

7/6/18

Date

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 8 OF 12 [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1