CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>        Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Case No. CV 85-4544 DMG (AGRx)<br><br>EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 9 OF 12 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**]<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:    (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

## **INDEX OF EXHIBITS**

**VOLUME 1**

1.  Declaration of Class Counsel, Peter Schey.................................................... 1
2.  List of Licensed Group Homes and Homeless Youth Shelters................................ 5
3.  Declaration of Lidia S███████████ ............................................... 25
4.  Declaration of Dilsia R███ .........................................................29
5.  Declaration of Josselin H████████ ............................................33
6.  Declaration of Keylin M██████ ...............................................37
7.  Declaration of Iris A████████ ...........................................41
8.  Declaration of Dixiana S██████ ...........................................46
9.  Declaration of Maria Angela A█████████ ..............................50
10. Declaration of Ana Vilma M████████ ..................................54

**VOLUME 2**

11. Excerpts of Exhibits................................................................58

**VOLUME 3**

12. Declaration of Cristobal R█████████ .................................224
13. Declaration of Delmis V████████ .....................................229
14. Declaration of Justin L██████████ ...................................233
15. Declaration of Mayra S██████ ..........................................242
16. Declaration of Ruth M████████ ........................................246
17. Ommitted
18. Declaration of Bridis F███████ ........................................250
19. Declaration of Lourdes R█████████ ..................................254
20. Declaration of Blanca M███████ ......................................257
21. Declaration of Brandon S█████████ ..................................262
22. Declaration of Fatima O████ ............................................265
23. Declaration of Nohemi P████████ ....................................269
24. Declaration of Doris M███ ..............................................272
25. Declaration of Karen B████████ .....................................276
26. Declaration of Jefferson A█████████ ...............................281

1

27. Declaration of Daise M█████████ .................................................285

28. Declaration of Alejandra R███████ ...........................................289

29. Declaration of Dinora C██████ ...................................................293

30. Declaration of Leydi X████████ .................................................298

**VOLUME 4**

31. Declaration of Floridalma L███████ ..........................................302

32. Declaration of Anet M████████ ...............................................309

33. Declaration of Sindy S█████████ ..............................................314

34. Declaration of Timofei F██████ ................................................318

35. Declaration of Cesar A█████████ ............................................323

36. Declaration of Kevin U█████████ ............................................329

37. Declaration of Ana P████████ ..................................................338

38. Declaration of Alma R████████ ...............................................342

39. Declaration of Marlyn E█████████ ...........................................346

40. Declaration of Jeydi I██████████ .............................................353

41. Declaration of Tarino A██████ ..................................................356

42. Declaration of Denia M████████ ..............................................361

43. Declaration of Manuel A███████████ .......................................367

44. Declaration of Alma S███████ .................................................374

45. Declaration of Abidalia G████████ ..........................................378

46. Declaration of Gladys I██████████ ..........................................382

47. Declaration of Baljit K█ ...........................................................385

48. Omitted

49. Declaration of Edgar R████████ ...............................................390

50. Declaration of Ermita M███████ ..............................................394

**VOLUME 5**

51. Declaration of Fanny Damarys A███████████ .........................397

52. Declaration of Nery Baltazar M███████████ ...........................401

53. Declaration of Selena B███████ ...............................................404

54. Declaration of Victor A████████ ...............................................408

55. Declaration of Yeimin B███████ ...............................................413

2

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

56. Declaration of Anghelo M█████████████.................................................419

57. Omitted

58. Declaration of Sergio C█████████...........................................426

59. Declaration of Dennis M█████████.................................................430

60. Declaration of Emilson E█████████████.....................434

61. Declaration of Erick L████████████..........................437

62. Declaration of Gladys I██████████...........................444

63. Declaration of Marcedonio P████████.................................447

64. Omitted

65. Declaration of Sandra M█████████████.....................451

66. Declaration of Elmer S███████████.................................455

67. Declaration of Yonain G██████████.................................460

68. Declaration of Juan M███████████.................................463

69. Declaration of Ivania L███████.................................466

70. Declaration of Geovany D█████████████.................................469

**VOLUME 6**

71. Declaration of Ricardo  M███████████.................................472

72. Declaration of Abilio I████████████.................................475

73. Declaration of Itzel C██████.................................478

74. Declaration of Dony  A█████████.................................481

75. Declaration of Bartolo  D██████████.................................484

76. Declaration of Minta M████████████.................................487

77. Declaration of Noe R██████████.................................490

78. Declaration of Rony  E██████████.................................493

79. Declaration of Felipe G████████.................................496

80. Declaration of Otoniel A█████████████.................................499

81. Declaration of Pedro V██████████.................................502

82. Declaration of Lester  Y██████████.................................505

83. Declaration of Carol V████████.................................508

84. Declaration of Cindy J█████████.................................513

85. Declaration of Edwin A██████████.................................518

86. Declaration of Elvi O█████████.................................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                 CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████ .................................................... 532

88. Declaration of Denis J█████ ........................................................ 536

89. Declaration of Juan C█████ ......................................................... 542

90. Declaration of Lucia G█████ ........................................................ 549

91. Declaration of Norin U█████ ........................................................ 554

92. Declaration of Skarleth G█████ .................................................... 559

93. Declaration of Carol S█████ ........................................................ 564

94. Declaration of David A█████ ........................................................ 572

95. Declaration of Elry A█████ ......................................................... 579

**VOLUME 7**

96. Declaration of Eydi Y█████ ........................................................ 582

97. Declaration of Jesica Y█████ ...................................................... 585

98. Declaration of Katherine B█████ .................................................. 591

99. Declaration of Kevin G█████ ....................................................... 599

100. Declaration of Miguel A█████ ..................................................... 606

101. Declaration of Rebecca Y█████ ................................................... 613

102. Declaration of Yender E█████ .................................................... 619

103. Declaration of Elmer V█████ ...................................................... 626

104. Declaration of Deny N█████ ....................................................... 630

105. Declaration of Juan A█████ ....................................................... 634

106. Declaration of Horacio A█████ ................................................... 638

107. Declaration of Melannie O█████ ................................................. 642

108. Declaration of Vicenta P█████ .................................................... 647

109. Declaration of Miriam B█████ ..................................................... 650

110. Declaration of Loida G█████ ...................................................... 653

111. Declaration of Loida C█████ ...................................................... 656

112. Declaration of Genoveva G█████ ................................................ 659

**VOLUME 8**

113. Declaration of Aurelia R█████ .................................................... 662

114. Declaration of Ana M█████ ........................................................ 665

115. Declaration of Celestino A█████ ................................................. 668

116. Declaration of Jose L█████ ........................................................ 671

4

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS

CV 85-4544-DMG (AGRX)

117. Declaration of Braylin A█████████ ...................................................... 674

118. Declaration of Ventura I█████████ ...................................................... 677

119. Declaration of M███████ ...................................................... 680

120. Declaration of Christy F███████ ...................................................... 683

121. Declaration of Graisy I███████ ...................................................... 686

122. Declaration of Martin H███████ ...................................................... 689

123. Declaration of Edras d███████ ...................................................... 692

124. Declaration of Elena C███████ ...................................................... 695

125. Declaration of Heydi F█████████ ...................................................... 698

126. Declaration of Magdalena P███████ ...................................................... 701

127. Declaration of Jorge M███████ ...................................................... 704

128. Declaration of Manuel R███████ ...................................................... 708

129. Declaration of Mauricio B█████████ ...................................................... 711

130. Declaration of Rosalva P██ ...................................................... 716

131. Declaration of Owen E███████ ...................................................... 721

132. Declaration of Alexander T█████████ ...................................................... 725

133. Declaration of Serafin S██ ...................................................... 728

134. Declaration of Kimberly V███████ ...................................................... 732

135. Declaration of Michelle T███████ ...................................................... 736

**VOLUME 9**

136. Declaration of Orlando M█████████ ...................................................... 740

137. Declaration of Vanessa R█████████ ...................................................... 743

138. Declaration of Alexander G███████ ...................................................... 747

139. Declaration of Hazlyn D█████████ ...................................................... 751

140. Declaration of Eva B███████ ...................................................... 755

141. Declaration of Gladys E███████ ...................................................... 759

142. Declaration of Maria E█████████ ...................................................... 763

143. Declaration of Lexyer B███████ ...................................................... 767

144. Declaration of Cesia B███████ ...................................................... 771

145. Declaration of Alan C███████ ...................................................... 775

146. Declaration of Juan A█████████ ...................................................... 780

147. Declaration of Edwin Q███████ ...................................................... 784

5

148. Declaration of Leticia D███████ .................................................... 788

149. Declaration of Sandeep S██ ....................................................... 792

150. Declaration of Manish K██ ........................................................ 796

151. Declaration of Devis U████████ ................................................ 800

152. Declaration of Sachin K██ ......................................................... 803

153. Declaration of Raul P██████ ..................................................... 807

154. Declaration of Yasmin R████████ .............................................. 810

155. Declaration of Dixia S█████ ..................................................... 813

156. Declaration of Angel A███████████ ........................................... 817

157. Declaration of Josue ██████ ..................................................... 822

158. Declaration of Lesvia E█████████ .............................................. 825

159. Declaration of Patricia H███████ ................................................ 828

160. Declaration of Alba S██████ ..................................................... 833

161. Declaration of Blanca C████████ ............................................... 838

162. Declaration of Jeydi M███████ .................................................. 841

163. Declaration of Lizeth R██████ ................................................... 844

164. Declaration of Maira S███████ .................................................. 847

165. Declaration of Yenny F██████████ ............................................ 850

**VOLUME 10**

166. Declaration of Brenda M███████ ............................................... 853

167. Declaration of Griselda B████████ ............................................. 857

168. Declaration of Keila P███████ ................................................... 861

169. Declaration of Rosa P█████ ..................................................... 865

170. Declaration of Saudi S██████ .................................................... 869

171. Declaration of Santos A███████ ................................................. 872

172. Declaration of Sandra M██████ ................................................. 876

173. Declaration of Wendy P██████ .................................................. 879

174. Declaration of Dulce M████████ ............................................... 883

175. Declaration of Maria d██████ .................................................... 887

176. Declaration of Herlinda C████████ ............................................ 891

177. Declaration of Yojana R███████ ................................................ 895

178. Declaration of Vilma M████████ ............................................... 899

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P█████████.......................................................903

180. Declaration of Rocio M████████.......................................................907

181. Declaration of Iris E████████..........................................................911

182. Declaration of Mirza O████████.......................................................916

183. Declaration of David C████████.......................................................920

184. Declaration of Noliba C█████..........................................................924

185. Declaration of Bryseyda G███████████..........................................928

186. Declaration of Alba P██████...........................................................932

187. Declaration of Josue G████████......................................................936

188. Declaration of Sara P████████.......................................................939

189. Declaration of Beysi M█████████..................................................943

190. Declaration of Besy J██████████...................................................947

**VOLUME 11**

191. Declaration of Blanca R█████████...............................................952

192. Declaration of Gladis B███████████.............................................956

193. Declaration of Lucia R███████████.............................................960

194. Declaration of Maria R████████...................................................965

195. Declaration of Nora E██████████.................................................969

196. Declaration of Sonia Y████████....................................................974

197. Declaration of Yerica F█████████.................................................979

198. Declaration of Esperanza C██████████.........................................984

199. Declaration of Maria del S██████████.........................................989

200. Declaration of Glenda D████████.................................................992

201. Declaration of Maira L█████████.................................................996

202. Declaration of Jessica C████████................................................1000

203. Declaration of Karla J███████....................................................1004

204. Declaration of Madelin Y█████████...........................................1007

205. Declaration of Claudia A████████████.......................................1010

206. Declaration of Yaneth C██████████...........................................1013

207. Declaration of Daniel M██████....................................................1016

208. Declaration of Gabriel G█████████...........................................1020

209. Declaration of Mateo A████████.................................................1024

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H█████████ ...................................................... 1027

**VOLUME 12**

211. Declaration of Felipe A███████ ........................................................ 1031

212. Declaration of Leonardo L████████ ................................................... 1035

213. Declaration of Maudin L███████ ...................................................... 1039

214. Declaration of Edwin G██████████ .................................................. 1042

215. Declaration of Victor V████████ ...................................................... 1046

216. Declaration of Gustavo A█████████ ................................................. 1050

217. Declaration of Romeo N███████ ...................................................... 1054

218. Declaration of Wilder D██████ ......................................................... 1058

219. Declaration of Jhony A███████████ ................................................. 1062

220. Declaration of Luis M████████ ........................................................ 1065

221. Declaration of Sayra O█████████ .................................................... 1068

222. Declaration of Roger G█████████ .................................................... 1071

223. Declaration of Diego M██████ ......................................................... 1074

224. Declaration of Kevin Y████████ ...................................................... 1078

225. Declaration of Elmer E█████████ .................................................... 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller............................. 1087

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS

CV 85-4544-DMG (AGRX)

Exhibit 151

**DECLARATION OF**

**DEVIS U**███████████████ **, A NUMBER** ██████████

I, DEVIS U████████████ (A number ██████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 30, 2000 in Guatemala. I am from Guatemala and traveled to the United by myself. I only speak Spanish and do not speak any English.

2. I left my home country because of the threatened violence against myself. I did not even tell my own mother I was leaving for the United States until I after left.

3. I was apprehended by presenting myself to Border Patrol agents near the border in San Diego on Monday June 11, 2018.

4. When I presented myself to the border patrol agents, there were three agents together. They instructed me to take off my shoes and belt and sit on the floor. I told them I didn't want to return to my home country because of threats I received. One border patrol agent told me they do not want any more Guatemalans in this country which scared and intimidated me. The second agent told me they would send me right back to Guatemala. The third agent told me people like me are why Trump has started his policies. All of the agents added to my fear and apprehension.

5. The temperature in this facility is too cold to be comfortable. I have only been provided a thin aluminum type blanket.

6. The first night, I had to sleep on a bench without a pillow or blanket. The second night, I still had to sleep on the bench without a pillow but was given a thin metallic blanket. Starting the third night, I was provided an uncomfortable bed, a blanket but still no pillow and the lights are left on all night. I am barely able to get any sleep because of the conditions.

7. My first night in detention I asked a guard for a blanket and the guard simply yelled no at me and told me to go to sleep.

8. I am not provided any books, magazines, entertainment, or any chance for exercise except one five-minute break in a caged area outside in the last five days. I spend the days trying to sleep but it's difficult to sleep because it is so cold.

9. The guards almost solely speak English to me and I cannot understand what they are saying.

10. I do not know what will happen to me next because the guards don't speak Spanish and that is adding to my fear. I miss my mother and am very worried about when I will get to see her.

11. The detention area does not have supervision and I am scared for my safety because all detainees are in the same area and I do not have anyone with me.

12. When I tried to ask a guard for information, he ignored me and closed the door in my face.

13. I have only been able to have one short conversation with my mother who lives in the United States when I arrived at the facility. There is not a telephone available in the facility.

14. In the restrooms, we have access to toilet paper but not hot water or soap.

15. After asking a guard if I could shower, I was told they do not have showers, soap, or towels available. I haven't been able to shower once in the four days since I've been here.

16. I also have not been able to brush my teeth since I arrived four days ago.

17. The border patrol agents told me about my right to have an attorney but only provided a list of attorneys in English. I wasn't given a copy of the list. I signed three documents when I arrived that were in English. An agent briefly described them to me in Spanish. One was about having a

1

hearing before a judge, another was about getting a free attorney, and I don't remember exactly what the third was about, but it had something to do with a judge. I didn't receive copies of the documents – they put everything into a folder.

18. The restrooms are not private and are out in the open. The sinks do not have hot water, nor is soap available.

19. In order to receive any water, I have to ask a guard in order to get a small cup of water.

20. I did not receive any food for a full day after apprehension.

21. The food I have received in the facility consists of one a small burrito that is not hot enough, two crackers, and juice for every meal. I have not been offered any fruit or vegetables. The quantity is not enough, and I have been hungry since I arrived.

22. My mother and my thirty-six-year-old sister currently live in the United States.

23. I believe both my mother and sister would be willing to provide me a place to live and support me.

I, DEVIS U██████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish

15/06/18.

Date

Certificate Of Translation

I, Daffne Jimenez, certify that I am fluent in English and Spanish and that I read the above declaration to DEVIS U██████████ in Spanish.

6-15-2018

Daffne Jimenez

256 S Occidental Blvd

Los Angeles, CA 90057

2

802

# Exhibit 152

**Declaration of**
**SACHIN K███████, A NUMBER ██████████**

I, Sachin K██████ (A number ██████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 2, 2001. I am from a village called Pangala, Haryana Province in India.

2. I left my village because it had become dangerous there. My father works for a political party called INLD.  In December 2017, my father and I were returning home from an INLD meeting and four men from the BJP party stopped us. They beat me and my father. The four men told my father, "If you continue to work for the INLD party, we are going to murder you and your son."  In February 2018, my father and I were returning from another INLD meeting. This time we were stopped by six men from the BJP party on our way home.  The men beat me and my father with wooden sticks.  They tried to kill me and my father.  I saw some houses in the fields, so I ran towards those houses. When I started running towards the houses, the men who were beating my father ran away. We were both injured, and we were able to get some help from the people in those houses.

3. My father has not been able to return back to the village and now lives in the INLD office.  He cannot leave because his life is in danger.

4. My mother and father are still in India, but it is dangerous for them too.

5. I left India on March 28, 2018. My father arranged for me to go to Delhi, India and take a flight from there to leave India. I passed through many places on my way to the United States.  I passed from India to Addis Ababa, Ethiopia. From Addis Ababa I went to Sao Palo, then to Lima, then to a city in Peru which I think was called Ovito, then to Ecuador, then to Columbia, then through the Panama jungle, then to Costa Rica, then through the Nicaraguan jungle, then to Honduras, then to Guatemala, and then to Mexico.  It was a very long journey and I was all by myself. It was dangerous and I was very scared.

6. I crossed into the United States yesterday, June 14, 2018, by climbing over the wall.  Within seconds, the police had apprehended me.  The police asked me my name and my birthday and where I came from. Then they put me on a bus and took me here.

7. When I got to this place, they took all my things and put them in a plastic bag. They told me that I could take one thing from the bag, so I took a t-shirt. The clothes I am wearing today are the clothes that I arrived in.

8. I slept last night in a room with five other kids.  There are about ten beds in the room. I was given a bed and a two blankets.  There were no sheets on the mattress, so I used one of the blankets as a sheet and slept underneath the other blanket. I was not given a pillow.

9. There is a light in the room. There is no way to turn the light on or off, but it doesn't bother me.

10. The temperature in the room was fine.  I was very tired from my travels so I was able to sleep.

11. There is a toilet and a sink in the corner of the room. The toilet and sink are not closed off from the rest
of the room, so when any of the six of us use the toilet, there is no privacy.

12. We were not given any towels or soap. I really wish we had some soap, but we were not given anything.

13. I saw some of the other kids going to take a shower. I haven't been able to take a shower yet since I
arrived. I really want to take a shower, but I don't know how to ask.

14. Since I've gotten here, I was given one hot meal.  I've also been given juice and cookies.

15. I don't have access to a drinking fountain or drinking water. I have just been drinking water from the
sink in our room.  I don't have a cup, so I drink water from the sink by cupping it in my hands.

16. This morning, we were allowed to go outside for a short period of time. There is a small fenced in area
that is outside.  I don't know exactly how long I was there for, but I think it was about an hour.  We all
just sat outside on a bench because there was nothing to do outside.

17. When I arrived here, they told me that in two days, I would be able to talk to a lawyer or a judge about
my case.

18. Yesterday when I arrived, I was given a chance to call home. I tried the number for my parents, but
nobody answered.

19. I came here to the United States for the purpose of saving my life. I don't have any firm plans, but I
would like to go to school.

20. I think my father might have a friend who lives here in the United States.  I hope that if I am able to talk
with my parents, that I can get information about that friend and that they can help me.

I, Sachin K⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of
my abilities. This declaration was provided in English, and was read back to me in Hindi, a language in which I
am fluent.



June 15, 2018

Page **2** of **3**

805

Certificate of Translation

I, Taiyaba Husain, certify that I am fluent in English and Hindi and that I read the above declaration to Sachin
K███ in Hindi.

_Taiyaba H___

Taiyaba Husain
3014 West 4th Street
Los Angeles, CA 90020

_June 15, 2018_
June 15, 2018

Page **3** of **3**

806

Exhibit 153

Declaration

I, Raul ████████████████████████, declare under penalty of perjury that the following is ~~true~~ true and correct to the best of my knowledge and recollection:

1. My date of birth is April 8, 1990. My daughter's name is ████████████████████ She is one and a half years old, and she was born on January 21, 2017. My daughter and I are from Guatemala.

2. We were apprehended at the border on June 28, 2018, on or about 11pm at night. We were taken to the Santa Teresa Border Patrol Station.

3. In general, our treatment has been fine. However, we have been here at the Santa Teresa Border Patrol Station for four days, and we don't know when or where we will be transferred or released.

* 4. (cont'd on back)

I, Raul ████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided to me in Spanish, a language in which I have some fluency and was read back to me in Spanish.

████████████████████████

7/2/2018

808

I, Leah Chavla, certify that I am fluent in English and Spanish and that I have read the above declaration to Raul P█████ in Spanish.

_Leah Chavla_                                    7/2/2018

Leah Chavla

Women's Refugee Commission

1012 14th St NW, Suite 1100

Washington, DC 20011

4. Spanish is not our first language. We speak an indigenous language called Canjobal (Qanjobal). Since we arrived at the Border Patrol Station, it was assumed that we speak Spanish fluently. We have not been provided with an interpreter.

# Exhibit 154

**Declaration of**
**YASMIN R**███████████████**, A NUMBER**█████████

I, **YASMIN R**█████████████ (A number ████████), declare under penalty of perjury that
the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is May 9, 1995. My daughter's name is ████████████ She is three years
   old and she was born on January 8, 2015. My daughter and I are from El Salvador.

2. The gang Mara Salva Trucha threatened us with death because my husband is a police officer

3. We crossed the Rio Grande near Los Reinos MX about 25 days ago on the road to McAllen, TX.   I
   believe that it was on or about June 3, 2018. They took one of the women in our group to the hospital
   and left me with the woman's one and four year old children, who they then took from me at the
   custom's facility that we call "Los Hiellera" or freezer. We were only at this facility two hours and the
   facilities were fine.

4. After this facility, my daughter and I were taken to the facility we call the "Perrera" or doghouse, where
   we were held for three days.

5. At this facility we were not permitted to bathe, even though we asked. Other women had their children
   who were five or older taken from them when they were told the needed to go to court. When they
   returned from court, the children were not returned to them until they were reunited at the ICE Dilley,
   TX facility.

6. We were not provided any written legal information.

7. My daughter and I were taken out of this facility on a June 6, 2018 and transported to the ICE Dilley,
   TX facility.

8. We have been at the ICE Dilley, TX facility for about 22 days. I was provided a lawyer on June 20,
   2018 and I have been told that I will be released tomorrow to go to North Carolina to join up with my
   husband.

I, **YASMIN R**███████████ swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent,
and was read back to me in Spanish.

06/28/18
Date

811

## Certificate of Translation

I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to **YASMIN R**▬▬▬▬▬▬▬ in Spanish.

George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002

06/28/18
Date

812

# Exhibit 155

**Declaration of**
**DIXIA S**███████████**, A NUMBER**██████

I, **DIXIA S**███████████ (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 6, 1989. My daughter's name is ████████████████ She is ten years old and was born on January 25, 2008. My daughter and I are from Honduras.

2. I left Honduras because I was threatened with death by the gang MS. MS had killed a man in front of her house, which I heard from within my house. MS threatened me two times to leave my neighborhood or would kill me. I did not report this to the police because I was afraid of the gang and believed that the gang has members in the police force. I also left because the boyfriend of my mother also threatened to kill me after I confronted him for abusing my mother.

3. We crossed the Rio Grande near the Mexican city of Reynosa and were arrested, around May 23, 2018, as we walked along the river near a bridge on our way to McAllen, Texas. We were taken to a facility called the "Hielera" or "Freezer."

4. Upon arrival at this facility, the officials separated me from my daughter, ████████ who is ten years old. I asked that they not separate us, because my daughter has asthma and the facility was extremely cold. I was worried that my daughter would have an asthma attack. They told me that my daughter was too old and that she needed to go with children her age. They then took her from me. We could not see each other. They told me they were in different parts of the facility. It was around midnight when I arrived in my cell.

5. The facility was freezing, and they only gave me a thin, aluminum blanket. I did not have a jacket and shivered uncontrollably all night long. I missed my daughter desperately. I had to lay on the concrete floor because there were no mattresses. The cell was filled with women, and it was very difficult to go to the bathroom because women were everywhere, blocking the entrance to the bathroom.

6. When I arrived, I received a cookie and juice. At breakfast, I was given a frozen ham sandwich. The ham was black and horrible looking. Although I was hungry, I did not eat it. It wasn't rotten, however.

7. There were no shower that I was given access to at this facility.

8. After about twelve hours in the facility, I was put back with daughter on a bus that took us to the facility called the "Perrera" or Dog House. We were there about three and half days. When we arrived at the facility, they separated me again from my daughter. This time, they placed my daughter in a cell far away, but we could see each other. She was about a half a soccer field away.

9. I pleaded with a male officer to see my daughter, and he told me I would be able to see her at 5 pm, but I was not reunited with my daughter until we left the facility a couple of days later.

10. On the third day I was at this facility, a female officer came by in the morning asking for the mother of ██████████████ She told me to yell out to my daughter to stop her crying or she could get sick from all of her continuous crying. I asked if I could leave the cell to be with her, but the officer would not permit me to do so. I yelled to my daughter to try to comfort her and told her to stop crying, have patience, and that they would be leaving soon.

Page **1** of **3**

11. They gave me an aluminum blanket at this facility, and it was cold, but not as cold as the first facility. The lights were always on and there were no windows.

12. I asked to be able to have a shower on the first day and a male officer told me there were many others that needed to bathe. On the second day, I was able to bathe, but they weren't allowing any mothers in my cell to bathe that had young children with them. One of those mothers told me she and her child hadn't bathed in 8 days. Others told me they hadn't bathed in 3, 4 and 5 days.

13. The bathrooms were filthy. The portable bathrooms were filled with excrement. There were only six toilets for all of us.

14. Some of the young children were vomiting and having stomach problems. One of the women, whose child was vomiting and not eating, asked for medical help. They gave her some Gerber food and later brought some fluids for dehydration.

15. My daughter and I left this facility on May 28, 2018, and we were taken to the ICE Dilley, TX facility. We have been at this facility for over a month.

16. My daughter contracted chicken pox at this facility, but she has received good medical treatment. She also received antibiotics for an infection she had in one of her molars.

17. My asylum request is under appeal.

I, **DIXIA S**                          swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/29/2018
Date

Certificate of Translation

I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to **DIXIA S** ▮▮▮▮▮▮▮▮▮▮ in Spanish.

_____

George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002

06/29/2018_____
Date

Page **3** of **3**

816

Exhibit 156

**Declaration of**

**ANGEL A**█████████████████████████████    **A NUMBER**█████████

I, **Angel A**████████████████████ (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 30, 2004. I am thirteen years old. My mother's name is ████████████ █████ (A number ████████). My mother and I are from Mexico. We left Mexico to flee death threats from cartels who were demanding money from my mother.

2. My mother and I first crossed the border on May 7, 2018. We crossed a river, and immigration officers were on the other side waiting for us.

3. The immigration officers took my mother and me to La Hielera ("The Icebox") in Brownsville. As soon as we got there, the officers separated me from my mother. The officers interviewed my mom and me together. They told us that they couldn't hold us together. They told me that they were going to keep my mom there in Brownsville and that they were either going to deport me or put me in a camp. I was sad. I started crying.

4. The next day, the officers took my mom to court. About a half an hour later, they pulled me out of my cell. They didn't tell me why, and I didn't sign anything. They put me in a van and took me and another kid to the Mexican consulate, where we picked up two other kids. They took us to the middle of the bridge, and the Mexican police picked us up there in the middle.

5. The Mexican police took our information down and then they took us to a juvenile detention facility (DIF) in Matamoros. They put us in a room and took our photo and our information. We went to see a doctor and a psychologist. From there, they put us in a dormitory, where there were about six other boys from Central America. They were waiting to be deported. I was the youngest. I was able to bathe and they gave me food and clothes. They gave us a chat about drugs and STDs. In that place they hold kids who help people cross the border, and those children use drugs. No one explained to me how long I would be there, but they just told me I would be there until my mom or dad came to pick me up. Otherwise I would be sent to be adopted. I was very afraid.

6. When my mom came to pick me up, I was so relieved that I cried. I was so happy to see her.

7. My mother and I were still afraid for our lives, so we had to cross the border again on May 16, 2018. When we crossed the border, we were kidnapped by armed men, who held us in a house with about 120 other people for eight days. It was very scary. I didn't know what was going to happen to my mom and me.

8. Eventually the police came and shot the door of the house down so that we could all leave. They put us in a van and drove us about half an hour to the Rio Grande.

818

9.  The officers took us back to La Hielera. The separated me from my mother again. I was very scared because I thought I might be deported away from her again.

10. After two days, the officers drove my mom and me to La Perrera ("The Dog Cage") in McAllen. When we got there, they separated me from my mom again. When we arrived to La Perrera, they made us sit on some benches. They gave us food, a cushion, and a metal blanket. They put me in a corner of the cell and separated me from the other boys because I am Mexican. We were all together in the same cell, but the guards made me and the other Mexican boys sit under the vent where it was coldest.

11. Every day, the guards told the boys in my cell that they were going to be adopted and that they would never see their parents again, that we were the property of the United States because we were on their territory. The ones saying all the mean things were wearing gray. The ones wearing green would sometimes comfort children or ask why they were crying, but not the ones in grey. One of the ones in gray made sure that the Mexican boys always stayed in our corner and never were able to sit near the other children, even when we were all together for lunch. He told us not to bother the other children or start fights, because all Mexicans are like that. He treated everyone but the Mexicans well. I felt I was being discriminated against. I was told I would be deported by an official, and it didn't matter that I came with my mom.

12. The guards were always waking us up in the middle of the night to do the list. The ones who didn't want to get up, the guards would kick. There were children as young as 5 in the cell, but the guards would shake them hard to wake them up.

13. The atmosphere in the cell was really hard. The children would cry constantly. Sometimes the mood would lighten – they would put on a movie – but then a guard would come by and say that the children would be sent away to live in a foster home and never see their parents again.

14. They called the consulate, who asked for my information, where I was going and why. I asked him why this call was happening? The consulate said it was so I could be deported.

15. In La Perrera, I could see that some of the other boys got to spend time with their parents, but only boys from Central America. I never got to speak with my mother, nor did any of the other boys from Mexico.

16. My mother and I were at La Perrera for six days. I don't know why we were there for so long. Every day I saw people leave and I didn't understand why we were still stuck there. No one explained to me what was going on.

17. After six days, my mother and I were brought here to Dilley on May 30, 2018. I don't know why we have been here for so long. Last week, my mom and I signed a paper to be released, and my family bought us tickets. But then we found out that we couldn't leave after all. We have been here for another eight days. When I found out we couldn't leave yet, it was really hard on me. It is making it difficult for me to sleep at night. I just want to know what is going to happen to us.

18. Today I found out that we received a positive credible fear determination. Soon we be released to go live with a friend in Houston. I am excited to get out of here and get past this nightmare.

I, Angel A███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/29/18
Date

820

Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Angel A███████████████████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94107

6/29/16

Date

821

Exhibit 157

**Declaration of**
**JOSUE P████████ A NUMBER ████████**

I, **Josue P████** (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 5, 2003. I am fourteen years old. I am from Guatemala. I came here with my mother. We both speak Qeqchi. I speak some Spanish, and my mother only speaks a very little Spanish.

2. We arrived in Dilley three days ago. Before this we were in a closed house for seven days. And before that we were in an office for two days and two nights. Before that we had crossed a river to come to the United States. We walked about two hours looking for officials. Then we found the officers. They stopped us and told us to wait. They asked for our names, where we were from, and they took all of our things.

3. We went to an office with rooms. They separated me from my mom and put us in different rooms. My mom was in a room with only women, and I was in a room with only boys. I was in the room with boys thirteen and over. There was another room that had boys from about five years old to about twelve.

4. We had an interview, but they just asked our names and where we were from. I had trouble understanding what they were asking me because I don't speak very much Spanish.

5. After two days we went to a closed house. The officials there were not able to speak Qeqchi. We were there for seven days. We were separated from each other. I couldn't speak to my mother, I could only see her from far away.

6. They called my mom for an interview two times. She told me later that all they asked was how old she was, where she was from, and where she was from in Guatemala. They asked if she wanted to return to Guatemala. She said no, that she was scared to.

7. I was able to take a shower once, on the last day, after I had been at the closed house for seven days.

8. When we got here to Dilley, there was still no one who spoke Qeqchi to explain to us what was going on. I have no idea what I am doing here or what is going to happen next in my case.

I, Josue P████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language that I am partially able to speak, and was read back to me in Spanish.



6/29/18
Date

823

<u>Certificate of Translation</u>

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to
Josue P█████████ in Spanish.


_(signature)_
_____
Virginia Corrigan
832 Folsom Street, Suite 700
San Francisco, CA 94107


_6/29/18_
_____
Date

824

Exhibit 158

**Declaration of**

**LESVIA E** ███████████████ **, A NUMBER** ██████████

I, **Lesvia E** ████████████ (A number ██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 11, 1995. My daughter's name is ████████████████ She is five and she was born on December 19, 2012. My daughter and I are from Guatemala.

2. My daughter and I left Guatemala because we have been being threatened for some time, ever since ██████'s uncle and his girlfriend we killed.

3. We crossed the border on June 24, 2018. We crossed a river and walked for about a half an hour, looking for officials. Finally we found them. We were standing there and they took down our information. They took our identification, and we put our belongings in a bag, which they took. Then we got on a bus.

4. We went to a place called "La Hielera" ("The Icebox"). We got in line and they reviewed a list to make sure we were all there. We were there for about eight hours. We got there in the afternoon and left around midnight. It was very cold.

5. After La Hielera, we were taken to La Perrera ("The Dog Cage"). We were in La Perrera for one day, just on Monday. It was cold there, although not as cold as La Hielera. It was really hard to sleep because the officials woke us up all the time. They wanted to do a list or take people here or there. The officials at La Perrera yell at you. If the children are doing anything, they yell at you. It is very uncomfortable there.

6. My daughter has a medical condition that makes it difficult for her to go to the bathroom. They took her medicine and did not replace it.

7. We arrived here on Tuesday, I think. I'm not sure what time it was. We did paperwork, which took hours. They told us that we had another process to go through here and that we would have a lawyer.

8. I would like to go live with my daughter's father, who is pursuing his asylum case in San Rafael, California.

I, Lesvia ████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



29/06/18
_____
Date

Page **1** of **2**

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to
Lesvia ███████ in Spanish.

Virginia Corrigan
Youth Law Center
832 Folsom Street, Suite 700
San Francisco, CA 94107

6/29/18
Date

Exhibit 159

**Declaration of**
**PATRICIA H███████████████, A NUMBER████████████**

I, **Patricia H███████████** (A number███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 24, 1975. My son's name is████████████████████████(A number███████████). He is thirteen years old and he was born on July 30, 2004. My son and I are from Mexico. We fled Mexico because we were being extorted by the drug cartels and the cartels threatened our lives.

2. On May 7, 2018, my son and I crossed the river and crossed the border into the United States, and there were agents waiting for us on the other side. The agents put us in a van. They asked us our names and where we from but did not ask why we were coming to the United States. They took all of our things from us.

3. We were taken to some immigration offices in Brownsville. I think it was called "La Hielera" ("The Icebox"). When we arrived, the officers separated me from my son. I asked why they had put me in one cell and him in another. They told me that the zero tolerance policy had started, and that they were going to separate mothers from their children. They told me I was going to go to court. I was told we would be separated because he couldn't go to court.

4. They took my son and I out of our cells, and we were interviewed by officials side by side. I was able to tell the official that we had come to the United States in order to ask for asylum because we were in danger. He told me that he would put it down in his file, but that Mexicans can't get asylum. He said he would put it down in his file anyway, so I told him my whole story.

5. The next day, on May 8, I was taken to another building about half an hour away. I was wearing handcuffs and chains on my feet. A lawyer came to us to explain what was going to happen. The lawyer told me that the judge would ask me if I knew that crossing the border was illegal, and the lawyer told me to say yes. The lawyer told me that the judge would decide whether to pardon us or whether to give us 3 to 6 days in jail.

6. There were about 30 of us there in front of the judge. First, the judge asked whether we knew it was a crime to cross into the United States. We said yes and then he pardoned us, I think. I said yes because that is what the lawyer had told me to say. Then he asked each of us a question and let me explain a little of my case. I told him that I had fled from Mexico for my safety, and that they had separated me from my son. The judge got angry that we had been separated. He told me that we would be put in a camp together while our immigration process happened. He gave me permission to stay in the country, but a lot of the other people in court with me were deported, and some were given 10 days in jail.

7. When I returned to La Hielera, the officials told me that they had already sent my son back to Mexico. I asked how they had done that if I hadn't signed any form, and the judge already told me that I could stay with my son. They told me I had two choices: either to stay in the United States because the judge had

829

given me permission, or to be deported back to Mexico where my son was. I was so angry and confused. I said that I wanted to go with my son. They told me to sign my deportation. I said no, because I didn't have any reason to be deported. They told me I would be deported either way.

8. The officers took me to the bridge. They left me there. Then I heard another immigration official calling my name. He told me that I had permission to stay in the United States. I replied that they had deported my son, and that I wanted to be with my son, because my son only has me – I knew my son was afraid and alone, so how could I leave him? The official told me that if I crossed the bridge it would be like a deportation. He told me to go with him and said that immigration would make it as if my son hadn't been deported.

9. The officers took me back to the immigration facility, and after some hours of waiting, they told me again that I had two choices: to stay in the United States or to be deported with my son. They told me that it was their error that he was deported but they couldn't bring him back.

10. The officers took me back to the bridge. I called the Mexican consulate and told them I didn't want to be deported and I wanted my son to be returned to me in the United States. The consular officer said that there was nothing they could do. He asked why we had crossed by the river and why we hadn't brought proof of the threats against us. I said we came fleeing for our lives and we didn't have time to bring proof. I said we my son had been deported by mistake. The official spoke rudely to me. He told me to shut up and not to talk about things I shouldn't talk about.

11. I crossed the bridge and went to find my son. I found him in the juvenile detention facility (D.I.F.) in Matamoros – the consulate had told me that was where to find him. They let him leave with me because I could prove he was my son.

12. We crossed the river again later in May, probably May 16, 2018. After we crossed the border we were kidnapped by a cartel. At first, we thought it was immigration officers again, but they took us prisoner. Next, I thought it was maybe the people who had threatened us in Mexico. They carried guns and they covered their faces. They held us in a house for eight days with about 120 other people. It was so hot, we sweated through our clothes. They left us some food but they locked us in. They only came back twice in those eight days to drop off food. They called the person who helped us cross the river to tell him that he needed to get money from my family to get us out.

13. On May 23, 2018 (I think it was a Friday) the police came by. We couldn't open the door, so the police told us to get down and shot the door open. We left the house. They gave us bags to put our things in and put us all in a van to immigration at Rio Grande. We had been on a ranch about half an hour outside of the city.

14. The officers took us to another La Hielera, and I was separated from my son again. I was crying a lot when they separated me from my son. I was worried that they were going to deport him again without me.

15. On the first day that we were at La Hielera for the second time, I had another discussion with an immigration official. I explained my whole situation to her again, including the fact that we had been deported and everything that had happened to us since we crossed the river again. I told her, again, that I was afraid to return to Mexico. I saw that she was taking notes, and then she went back to talk to other officials. I saw here come out again and take all the notes she had taken on my case and throw them away. Then they interviewed me again. We went back and forth, I was interviewed about four times, and each time the official went back to speak with the supervisor. I think they were confused about my

830

case. I could see that they weren't taking down all of the information about my case, including the ways that I had been hurt when I fled my home and when I was kidnapped. They told me I had to explain it all to the judge.

16. We were in La Hielera for two days. On Sunday, May 25, 2018, they took us to McAllen – to La Perrera ("The Dog Cage"). We were together on the drive over but they separated us again at La Perrera. We were in La Perrera for six days, until May 30.

17. For the whole six days we were in La Perrera, my son and I couldn't spend time with each other. We could only see each other from afar. I could see that my son felt ill, but the official told me that he had to ask for help, that I couldn't get help for him.

18. I was only able to bathe once – this after crossing a river, being held captive in a sweltering house for eight days, spending two days in La Hielera, and spending two days in La Perrera.

19. The officials were rude to me and the other women at La Perrera. The guards told us that our children were going to be adopted and that we were going to be deported. There was another woman there in La Perrera with us who came with us to Dilley. That mother told me that immigration had called her and told her that her son had already been adopted. She started hitting her head against the wall. Because she was being held in a different area of La Perrera, behind a black door, she couldn't see that her son was still there.

20. While I was at La Perrera, I wasn't able to use the telephone to call a lawyer or my family. I wanted to call my family because I knew they would be worried that they hadn't heard from us.

21. After six days, we were taken to Dilley. No one explained to us where we were going. We have been at Dilley since May 30, 2018. I am not sure why we have been here for so long. After eight days, we still hadn't had our credible fear interview scheduled. We asked a lawyer what was going on, and they said the case was still in process.

22. Last Thursday, we signed a form to be released, even though we had not yet had a credible fear interview. Our family bought us tickets. But then we were told that we couldn't leave on Saturday because we hadn't had our interview yet.

23. We had a credible fear interview on Wednesday. This morning, we received a positive determination. The uncertainty and stress has been very difficult for me and my son. We do not understand why this is happening and why our case is taking so long to process. We just want to leave this place and go to live with my friend in Houston.

I, Patricia H█████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/29/18
Date

Page **3** of **5**

831

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to
Patricia H█████████in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94014

6/29/F6
Date

# Exhibit 160

## Declaration of
**Alba S██████████ A███████**

I, **Alba S██████████**, A███████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on March 31, 1987. I am a citizen of Honduras. My son ███████████████ was born on January 1, 2016.

2. I left Honduras because my son and I were threatened with death by a criminal gang. They killed my brother in law. I ran to the United States seeking protection from murder.

3. On June 5, 2018, I entered the United States somewhere along the Texas border. I'm not sure where. I wanted to surrender myself to immigration. I crossed a river with another family. There was an immigration car and we went up to it and I presented myself and my son.

4. They asked me if we were the only ones traveling or if there were more. Then we were put in a car and taken to "la yelera" with other immigrants they picked up on their way. I arrived around 6. After they did all the paperwork around 8 I was given a ham sandwich, juice and a cookie. They gave me the same thing for my son. He only ate a tiny bit of the juice and a bite of the cookie.

5. Shortly after I arrived they called a woman into the office. She was sobbing. When she came out I asked what happened. She said she was being separated from her 10-year-old son. After that I was terrified that they were going to take my son. I began to pray and to cry. I wished I had stayed in Honduras and been killed. I saw other incidents of abuse – evil laughing at people for no reason

6. Sometime late in the night they took me by car sometime late in the night they took me by car to the "la perrera."

7. I was put in a small jail cell. There were 12 mothers and children. It was absolutely freezing. So cold. They gave me a small mat and an aluminum blanket. It was so cold I couldn't sleep. I constantly thinking about them taking my son. I am terrified even now that we will be separated.

8. In the middle of the night they moved me to a larger cell with about 30 women and children. There were 2 or 3 portapotties outside. There was one sink that would run out of water at times with a soap dispenser. There was no towel, toothbrush or comb.

834

9. We were roused about 6am for breakfast after they called role. For breakfast, they gave me a bean burrito, an apple, a cookie and water. They gave the same thing for the baby. He ate a bite from the apple and one from the burrito but he didn't like it. He ate the cookie. When they gave us food we only had an hour to eat. When that time was up they threw the food away and search to make sure they don't sneak food in but if so they will throw it away in front of them with anger. This meant I couldn't keep anything to feed my son who wasn't eating much at all, any food until whenever they served the next meal.

10. There was a mom preparing a bottle for her son and a female officer demanded to know who' bottle it was. The guard said the baby had teeth and was too old to have a bottle. She grabbed the bottle and threw it in the trash in front of the baby and everyone else. The woman was humiliated and afraid and didn't try to take the bottle from the garbage can.

11. They offered me a shower. I misunderstood and thought they asked if I already showered and I said yes so I didn't get one.

12. After breakfast, I had a phone interview. They asked me about myself and about what happened to me at home. They asked about my schooling, parents names and other biographic information. Then they sent me back to the cell.

13. I lost track of the time. I was so scared I couldn't think. I don't exactly know the time.

14. . On Thursday, I was taken with a group of women and children. We had told us we were going to be moved to a detention center 4 hours away. We went in two buses.

15. That's when I came to Dilley.

16. From the time we were arrested my son cried constantly. He was scared, he was cold, he was hungry. I couldn't comfort him because I was so upset myself.

17. I got to Dilley on June 7 mid afternoon. First thing we got a shower and new clothes and shoes. The we had a meal. We were each given a box with a sandwich, apple, water and a cookie. The we had an intake interview, and medical checkup. I was asked who was going to pick me up in the US and I was allowed to call that friend.

18. I was then taken to my room. I have enough blankets. There is a community shower and restrooms. There is shampoo, soap, towel, toothbrush and toothpaste.

19. I have bad cough due to change of climate. Cool inside and hot outside. The baby has been sick for two weeks. We've been to see the doctor twice. He has diarrhea, a cold, cough, red itchy eyes, a rash and fever. They gave me liquid baby Tylenol and something for the diarrhea. There is also a virus going around. Yesterday I was told it would be cleared in three days. With respect to the pharmacy, it's not uncommon to have to wait as long as two hours to get medicine. There's a high demand of medication.

20. I was never told anything about lawyers or rights until I got to Dilley. I saw a lawyer here and had a credible fear interview and went before a judge. I am waiting for the results.

I, **Alba S**⬛⬛⬛⬛, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛

6/28/18

Date

Certificate of Translation

I certify that I am fluent in English and Spanish and that I read the above declaration to **Alba S**▉▉▉▉
in Spanish.

Ana Bueno

6/28/18

Date

Exhibit 161

This is a confidential legal document and the work product of a attorney-client relationship.

## Declaration

Blanca C██████   A#██████

I, Blanca C██████   declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Blanca C██████ born October 30, 1992, A#██████ and my 2-year-old son ██████ (A#██████), born September 19, 2015, who was not interviewed and who is on my claim. I am from Congo, Santa Ann, El Salvador.

2. I entered the United States on about June 12, 2018 near Reynosa (MacAllen), Texas. After I crossed into the United States on a boat we were detained by U.S. officials about 7 minutes later. The officers demanded my shoelaces, jewelry, and told me to get into a car. He asked for my identification, but the officer did not ask me any other questions. Then we drove about 30 minutes to a heiliera.

3. At the heiliera they took my finger prints, but not my son's, and they took photos of both of us. They also asked me questions about why I came to the US and if I had a fear of returning to El Salvador. I told them I feared harm in my country. They gave me a cold sandwich with ham and water; they gave my son cookies and juice and a burrito. I stayed in the heiliera three days. There was no possibility to bath or take a shower.

4. After three days we were taken to the Peirrera in a bus. They gave us a sandwich, an apple, cookies, juice, and water and my son milk and a burrito and potato chips. I was at the Peirrera for one night, then I was taken to Dilley.

5. I am disappointed by the medical services at Dilley. My son has been sick for one week he has been coughing and has a fever and was vomiting up until two days ago. The infirmary gave him antibiotics, but he is still coughing and has a fever. My son sleeps a little at night, but his fever spikes. I am not able to sleep because I am worried about my son's health. He does not eat, but drinks water and juice. He stopped his antibiotics one day ago.

6. At Dilley, I was interviewed on Monday, June 25, 2018, and explained that I was fleeing my country because I feared harm. I am awaiting my asylum decision.

I, Blanca C██████   swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: _____█████████_____          Date: 28 - Junio - 2018

839

Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Blanca
C███████ in Spanish.

Casey Miller: _____   Date: 6/28/2018
802 Kentucky House
San Antonio, Texas 78201

2

Exhibit 162

This is a confidential legal document and the work product of an attorney-client relationship.

### Declaration

Jeydi M█████████, A#█████████

I, Jeydi M█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Jeydi M█████████ born, March 23, 1989, A#█████████ and my 4-year-old son █████████ (A#█████████), born February 16, 2014, who was not interviewed and who is on my claim. I am from Progresso Lloro, Honduras.

2. In October 2017, my partner left Honduras taking my daughter with him to the United States.

3. I entered the United States on about June 4, 2018 near Brownsville, Texas. After I crossed into the United States we were detained by U.S. officials about 15 minutes later. The officers demanded my shoelaces, jewelry, and told me to get into a truck. The officer asked me questions about when I came and made me sign several papers. I asked if any of the papers were for my deportation and they said 'no'. Then they drove us to a heiliera.

4. At the heiliera they took my identification and asked me if the child with me was my son, and took us into a very cold room where we had to sleep in the floor with blankets of aluminum. They also took my finger prints, but not my son's. They also asked me questions about why I came to the US and if I had a fear of returning to Honduras. I told them I feared persecution They also gave us a cookie and juice five times in 24 hours. Four times they gave me a sandwich. I stayed in the heiliera one night I think, but because they never turn off the lights I am not sure. There was no possibility to bath or take a shower.

5. The next day we were taken to the Peirrera in a bus. They gave us an apple, sandwich, cookies, juice, and water. I was taking medicine for an injury to my leg. There was no possibility to bath or take a shower, even though there was a shower there. I was at the Peirrera for one night, I think, then I was taken to Dilley.

6. The medical treatment in Dilley is not sufficient. The medicine that I received at Dilley for my leg injury did not stop the pain in my leg, although the medicine that I was taking in Honduras since August 2017 did stop the pain. There are long waits and the medicine they give us is not good. I had to wait for five days to get treatment for my leg. I asked for crutches so I could walk but they would not give them to me. They told me that I could only get crutches if I was admitted in to the medical unit here. My son was coughing, vomiting, and had a fever. They did not give him any medicine for his fever, cough or vomiting. About a week ago my child had a fever and was vomiting, and I went to the clinic, about six times in three days, and the nurses refused to admit my child or provide him any assistance. Only after he saw the doctor, and he confirmed the child had a fever, did my son receive treatment for a fever and conjuctivitis. They gave me an armband that meant that I don't have to wait at the pharmacy because I had to wait for 2 or 3 hours to get medicine before they gave me the armband. They gave me this armband after 20 days.

7. The nurse who first saw my child wrote that my child did not have a fever, but the next person who saw my child, and said he was a doctor, said my son did have a fever.

8. At Dilley, I was interviewed on Monday, June 7, 2018, and explained that I was fleeing my country because I feared harm. I am awaiting my asylum decision.

I, Jeydi M█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ████████████████████   Date: 6/28/18

## Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Jeydi M█████████ in Spanish.

Casey Miller: _____     Date: 6/28/2018

802 Kentucky House
San Antonio, Texas 78201

2

Exhibit 163

**Declaration of**

**Lizeth R██████████ A██████████**

I, **Lizeth R██████** (A██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on July 17th, 1994 in El Salvador. My son's name is ██████████████ He is 5 years old and he was born on September 17th, 2012. My son and I are from El Salvador.

2. I fled spousal abuse to come to the US. My husband threatened to kill me and my son. I fled immediately after he made this threat. I know he intended to carry it out.

3. My plan was to go to the United States, surrender myself to immigration and ask for asylum. When I got to the border I heard that they were separating mothers from their children. I was so desperate to take my son away from his dangerous father that I took this horrific chance and came anyway.

4. At the beginning of June my son and I entered the US at Laredo. I got caught by immigration at night at the first check point. I was held there with my son and we spent the night there. There were no other people held with us. I couldn't sleep trying to help my sun sleep in a hard piece of break/cement like a bench in a room with a toilet with no toilet paper and sink with no soap. I had only one aluminum blanket for both of us so I used it to wrap my son. It was freezing. They left the lights on all night.

5. We each got a burrito but nothing to drink when we were brought to Laredo..

6. Early in the morning they took us to "la yelera" center. We were not given any food before we were taken there, I was held in a room by myself with my son. There was a toilet, sink with no soap. They gave us crackers, and juice. They only they gave us crackers and juice the day and a half we were there. I asked an officer for more food because my son was starving. The officer brought a small burrito and juice which ██████ate.

7. I was not told I had the right to a lawyer or anything else about my right or those of my son until I got to Dilley.

8. Midday on June 9, we were put on a mini-bus with a couple of mothers and their children and taken to Dilley. When we arrived, we were given a box with a sandwich, apple, a cookie, a small rice and crispy and water. After not eating for a day and a half this was quite a treat. The people here explained how things work here. We had medical exams. I had a pregnancy test, x-rays and an exam. My son got vaccinations, x-rays and a checkup. I was told I had a right to a lawyer, was given a list of lawyers and a paper explaining ██████s rights under Flores.

9. Compared to my early experience this is great. I have enough food. My son is still adapting to the food after starving at la yelera and he is starting to eat.

Page 1 of 2

10. I've met with a lawyer and had my credible fear interview. I've been in the court and am waiting for the decision.

I, **Lizeth R**████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████

_6/28/18._
Date

### Certificate of Translation

I, Ana Bueno, certify that I am fluent in English and Spanish and that I read the above declaration to ████ ████████ in Spanish.

Ana Bueno

_6/28/18_
Date

846

Exhibit 164

**Declaration of**

**MAIRA S**███████████████ **A NUMBER**███████████

I, Maira S████████████ (A number████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 8, 1985.  My daughter's name is ██████████████████ She is three and she was born on August 2, 2014.  My son and I are from Guatemala.

2. We left our country of origin due to death threats to myself and my daughter as well as threats to kidnap my daughter, which were made by Mara 18 gang members due to the fact that I was opposed to the political regime and the Mara's authority in my neighborhood.

3. We presented ourselves at the border approximately on or about June 3, 2018, approximately at 2:00 pm.  We were taken to a facility known as the "Ice House (Hielera)."

4. Food conditions at the Ice House were poor, ████████ and I were fed only one bottle of water and 1 ham sandwich during our stay. Temperature at this facility is extremely cold. The facility was overcrowded and there was no space to lie down. Hygiene conditions at the Ice House were poor. The toilets were full and were not in clean conditions. Treatment by governmental officials was aggressive. A governmental official mocked my country of origin due to a volcano explosion and expressed that my country was "done."

5. After about one day at the Ice House, my daughter and I were taken to another place, known as the Dog House (*La Perrera*) where we were held for one day.  Conditions at this Facility were equally as poor. We were fed an apple, a plain ham sandwich and a bottle water at night and the same food the next morning. My daughter and I were taken out of that facility for one day.

6. My daughter and I have been at the Dilley, Texas for approximately 22 days.  When released, we are planning to meet with my husband, who is currently living in Boston, Massachusetts.

7. My next hearing is scheduled for June 29, 2018.

I, Maira S████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████████

6/28/18

Date:

## Certificate of Translation

I, Emilio Grandio Urrea, certify that I am fluent in English and Spanish and that I read the above declaration to
Maira S███████████ in Spanish.


_Emilio_ _Urrea_

Emilio Grandio Urrea
Orrick, Herrington & Sutcliffe
609 Main, Houston, Texas, 77002


6-28-2018
Date

849

# Exhibit 165

This is a confidential legal document and the work product of a attorney-client relationship.

**Declaration**

Yenny F███████████████ A#███████

I, Yenny F███████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Yenny F████████████ born, June 13, 1991, A#████████, and my 4-year-old daughter ███████, born March 22, 2014, who was not interviewed and who is on my claim. I am from Barrio el Bosque, Tegucigalpa, Honduras.

2. I entered the United States on June 6, 2018 at MacAllen, Texas. After I crossed into the United States they were detained by U.S. officials about 10 minutes later. I gave the officers my shoelaces and got in the car. The officer did not ask us questions, but drove us for about a half hour to an heiliera.

3. At the heiliera they took my photo and finger prints and give us an aluminum cover. They also gave us a cookie and juice twice in 24 hours and a sandwich with bread and ham.

4. The next day we were taken to the Peirrera in a bus. They gave us one corn tortilla with beans and rice. There was also a video call with an immigration official. I told him that I was afraid to go back to Honduras. I just replied 'yes' to most of the questions, saying I was afraid to return to Honduras because of persecution by me husband that the government would not protect me from. I stayed in the Peirrera two days.

5. At the Peirrera I contracted an infection of my skin and so did my daughter maybe because I had to sleep on the floor on a thin mattress of about two inches of thickness with one thin aluminum cover.

6. My daughter is not eating at Dilley. She eats almost nothing, only drinks water. At breakfast I have to buy cereal for my daughter since she will not eat the food in the cafeteria. My daughter has lost 5 kilograms since leaving Honduras.

7. I have had to take my daughter to the doctor several times and I have to wait 30 to 40 minutes in the morning, 15 to 20 minutes in the afternoon, and about 20 minutes in the evening.

8. I received a positive decision and will leave tomorrow.

I, Yenny F███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ████████████████    Date: _28- Junio- 18_

Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Yenny
F███████████████ in Spanish.

Casey Miller: _____ Date: _6/28/2018_

802 Kentucky House
San Antonio, Texas 78201

2

Exhibit 166

**Declaration of**
**BRENDA M██████████, A NUMBER█████████**

I, Brenda M████████ (A number████████), declare under penalty of perjury that the following is
true and correct to the best of my knowledge and recollection.

1. My date of birth is April 18, 1988. My son's name is████████████████ (A Number
   ████████). He is12 and he was born on November 7, 2005. My son and I are from El Salvador.

2. We came to the United States because my country is very dangerous. There are many gangs. A person
   came to my house and told me to pay money every month for our protection. I couldn't afford to pay
   and refused. They told me that if I didn't pay, they would take revenge on my son.

3. We entered the United States on June 25 at Reynosa and found immigration officials. We were thirsty.
   They told us to stand next to our kids. They did not ask us any questions. They asked if we were thirsty
   and gave us water as they put us in a vehicle.

4. I do not know where we were taken, but the other women called it the ice box. We received a piece of
   bread and there was a thermos of water we could drink from.

5. My son was taken away from me to another room. The officials told me that he was too old to remain
   with me. They gave me the cell number where he would be held. They told me that if I wanted to see
   him, I should tell them and they would let me.

6. I was put in a large room with only one small window. It had two cement benches and one bathroom.
   There were three other women but no kids. I saw other cells that had women with small children, as well
   as rooms with men and small children.

7. After two hours, the officials pulled me out of the room. They asked me for more information, including
   why I came to the United States. They asked if there was anyone here who would receive us. I gave
   contact information for my brother-in-law, ██████'s uncle. The official filled out paperwork and asked
   if I would sign, but did not show them to me and would not tell me clearly they said, so I refused. He did
   not tell me that I have a right to a lawyer or give me a list of lawyers.

8. I was able to see my son twice that night. He was still wet and muddy. He didn't have any soap or things
   to wash himself with. He told me that he was so cold that he couldn't sleep. I asked whether he had
   eaten, and he told me that he had only received a ham sandwich and was still very hungry. He told me
   that he wanted to cry but was trying to be strong. I was scared that the officials would take him
   somewhere else where I could not find him.

9. Later, I asked to see him again so I could find out whether he had slept. He still had not slept. I asked for
   another aluminum blanket for him, which I gave him. I told him to try to sleep and told him that I would
   try to sleep also.

854

10. The next day, June 26, they took us to another location called the dog kennel. They took my son away again. They told me that he was too old to stay with me. I watched them put my son in another cell and I wanted to cry. I felt so helpless. I told him that if they tried to take them somewhere else, he needed to say that he couldn't leave because his mother was here. He said, yes mama.

11. I was in a hallway cage with six other women. I believe the bigger cages were too full. It was just as cold as the ice box and the lights were on all the time. I was anxious the whole time about my son, because I didn't know what would happen to my son or how long we would be there. I was afraid he would get sick.

12. Later, they brought me my son to talk to me for ten minutes. He was very dirty and still wearing the same clothes. I knew he had not showered. His nose was running a lot because of the cold. I asked if he was ok and whether he was hungry. He said he had potato chips and a hot burrito but it was mostly rice and he was still hungry and cold. He asked me if I was cold, and I lied and told him no. I wanted to comfort him.

13. At the dog kennel, nobody told me about my rights or that I was allowed to have a lawyer.

14. On June 27, we left the dog kennel. When I saw my son, I have him a huge hug and was very happy. We were on the bus for a very long time. My son started to feel a little better and was sniffling less.

15. When we arrived in Dilley, they let us take a shower, gave us clothes and shoes, and had a medical screening. They told us that we had the right to a lawyer and a phone call. They told us that our family could hire us a lawyer too.

16. My son has gotten sick again. But he keeps telling me that we need to be strong and have faith. He is trying to make me strong. We have an appointment with the doctor today.

17. Today, I had an appointment with pro bono lawyers to prepare for our hearing. I don't know when the hearing will be.

I, Brenda M███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████            _06/29/18_
                               Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Brenda M███████ in Spanish.

_____
Yolanda Rodriguez

_____
6/29/18
Date

856

# Exhibit 167

**Declaration of**
**Griselda B███████████, A NUMBER████████**

I, **Griselda B███████████** (A number████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on May 24, 2002 in Guatemala. I am 16 years old. My mother is ████ ████████ (A████████).

2. My mother and I came to the United States because our father had lived in America for 14 years and we were all alone. In our indigenous culture, it is not good to be living without a man. We were vulnerable.

3. We entered the United States at McAllen on Sunday June 17. We walked across the bridge and turned ourselves in to the immigration officials.

4. They took us a building and gave us water, a cookie, and juice. Then they put us in an extremely cold room. One by one, they called us out to ask for our information. They asked my age and where I was from. They did not tell me anything about my rights or that I had the right to a lawyer. They did not let me call anyone.

5. We spent the night in the cold room and were freezing. It was a small room with around 20 people. There was nowhere to sit except the concrete floor. We had only a silver blanket.

6. There was one toilet and sink for everyone in the cold room. We had toilet paper but no soap. We were covered with mud and did not have clean clothes. We were never offered a shower. We did not have toothbrushes, toothpaste, or towels.

7. The next morning, on June 18, we were taken to a location called the doghouse. We were there for five days.

8. At the doghouse, I was separated from my mother and put in a large caged area. There were sixty to one hundred girls there. Some of the girls were only 7 years old. It was very crowded. We were given sleeping mats and had to push them flush against each other to make enough room for everyone.

9. I was scared because I didn't know where my mother was. A lot of the girls were crying because they were afraid and missed their mothers. I saw girls ask where their mothers were, but the guard would not tell them. One girl kept yelling that

she wanted her mother. The guards screamed at her and asked her what she was doing here in this country.

10. In the five days at the doghouse, I never went outside for fresh air. The lights were on all the time and I didn't know if it was day or night. I started feeling very anxious and desperate.

11. I was only allowed to shower once, on the first day. We could only brush our teeth once per day. They gave us toothpaste to brush our teeth but would not let us keep it. There was one portable sink, but sometimes it didn't have any water and sometimes the soap would also run out.

12. There were six plastic toilets outside of the caged area. They were filthy and never cleaned and full stray toilet paper. At one point they took three of the toilets away. Afterwards, there was always a very long line for the toilets.

13. One very young girl had a very bad cough. She felt so sick that she did not line up to get food. I don't know whether she got medicine.

14. Nobody at the doghouse ever told me anything about my legal rights.

15. On June 23, the officials called me and made me go into another cage, where I saw my mother. I was so happy that I cried. We both cried.

16. We arrived by bus in Dilley on the afternoon of June 23.


I, Griselda B███████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.


███████████████████████████                    6/29/78
                                                _____
                                                Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Griselda B███████████ in Spanish.

_____
Yolanda Rodriguez

6|29|18
_____
Date

Exhibit 168

**Declaration of**
Keila P█████████, A NUMBER █████████

I, **Keila P**█████████ (A number █████████), declare under penalty of
perjury that the following is true and correct to the best of my knowledge and
recollection.

1. I was born on May 12, 1985 in Honduras. My daughter is █████████
   █████ (A █████████). She was born on May 30, 2009 in Honduras. She is 9
   years old.

2. My daughter and I traveled to the United States alone. On Friday June 22, we
   crossed a river near McAllen and walked 3 hours to try to find immigration
   authorities. We found them at 6pm and turned ourselves in.

3. I asked the immigration officials for water. They asked for our identification and
   shoelaces. They did not give us water. They radioed for someone to pick us up.

4. We were taken to a freezing room that had more than 30 people. They were all
   mothers and children. At 11pm we were finally given water and juice. We also
   got two very cold ham sandwiches. My daughter only ate a few bites, even though
   we were very hungry.

5. The officials called me out of the ice box and asked me why I left Honduras and if
   I was afraid to return. They also asked why I was going and if I had any relatives
   who would receive us in the United States. They asked me if I was guilty of
   entering the country and I said yes.

6. The officials did not tell us anything about our rights or give us a list of lawyers.
   We did not have an opportunity to use the phone. They did not ask whether my
   daughter was ok or if she needed a doctor.

7. We were in the cold room for two and a half days. We never had a shower or
   received any clean clothes. We did not get toothbrushes or toothpaste.

8. We received 3 meals day but it was not enough and we were still hungry all the
   time. There was a pitcher of water. I refilled the juice container with water and
   that is how we drank. Because there were so many people, there wasn't enough
   water.

9. My daughter clung to me to keep warm. She was crying the whole time and felt
   desperate and frustrated. She hardly ate any of the food.

10. On the afternoon of Sunday June 24, we were taken to the "perrera" or doghouse.
    My daughter and I were in one large cage with 30-35 people. They were all

women with children. Some of the children were small babies. There was a woman with a 17-day-old baby.

11. The children all got sick. My daughter was sick the whole time. She kept vomiting. I told an official that she was sick. He said, "why did you come from your country?" They did not bring a doctor or any medicine.

12. The mothers cleaned up the vomit on their own. We had some paper towels but nothing to sanitize with. The children would vomit on their clothing, and the officials would not give us new clothing. There was never enough soap to wash anything. There were six plastic toilets and three sinks.

13. We got three cold burritos, one milk, and three water bottles per day.

14. We had a mat to sleep on. The light was always on and we didn't know if it was day or night.

15. In the Perrera, they called me and I spoke with an official through a window. He asked if I had relatives in the US and got our information. He did not give me any information about our rights or tell me we had the right to a lawyer. We were not able to call anyone.

16. My daughter cried the whole time. She begged God to let us go see my sister.

17. On Tuesday June 26, we left the Perrera and took a bus to Dilley. It took more than four hours. They let us take a shower before we left and gave us food and water on the bus.

18. At Dilley, I was able to call my sister. They have not explained our legal rights or been given a list of lawyers. I have a credible fear hearing on July 3.

19. When we arrived in Dilley, we had a medical exam. Two days ago, I took my daughter to the doctor, but he did not give her any medicine because she did not have a fever. But my daughter still felt sick to her stomach all the time. Yesterday she had a fever so we went back to the doctor and got medicine. I think it is partly because she is so traumatized.

I, Keila P█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



6 29 18
Date

Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the
above declaration to Keila P█████████ in Spanish.

Yolanda Rodriguez

6/29/18

Date

Exhibit 169

**Declaration of**
**ROSA P███████, A NUMBER███████**

I, **Rosa P██████** (A ██████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. I was born on May 27, 1984 in Guatemala. My daughter is ██████████
██ (A ██████████). She was born on May 24, 2002 in Guatemala and is 16
years old.

2. My daughter and I came to the United States because my husband left us alone to
come to America 14 years ago. Our indigenous community treated me badly
because we did not have a man in the house. I felt vulnerable and afraid.

3. We traveled with a friend and her 11-year old son. We entered the United States
at McAllen on the night of June 17, 2018. We walked across a bridge and
presented ourselves to immigration officials.

4. The officials gave us water, juice, and cookies. They took my friend's 11-year-old
son from her and would not tell her where they were taking him. She and her son
were both distraught. I was terrified they might also take my daughter.

5. The officers put us in a frozen room with other women and children. We were so
cold. It was crowded, without anywhere to sit except the cold floor. The lights
were always on.

6. We were dirty and could not wash ourselves because there was no soap or clean
clothes. We could not even brush our teeth. There was one toilet with toilet paper
and one sink.

7. I did not understand anything that happened to us in the cold room. Nobody
translated into Qeq'chi.

8. We had thin mylar blankets but they did not help. It made me extremely anxious
to be in this situation.

9. The next morning, June 18, we were taken to new place called the pererra. We
were there for five days.

10. At the pererra, they took my daughter away from me. I did not know where she
was and could not ask. I was so afraid that something might have happened to her.

Certificate of Translation

I, Griselda B███████████, certify that I am fluent in Qeq'chi and Spanish and that I
read the above declaration to Rosa P██████ in Spanish.

███████████████████████

6/29/ 78
Date

Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the
above declaration to Griselda B███████████ in Spanish.

Yolanda Rodriguez

6/29/18
Date

11. The five days were terrible. I was in a large caged area with my friend and a lot of
    other women. We were only fed twice per day. It was light all the time and we did
    not know if it was day or night. There was nothing to do. I felt anxious and
    frustrated.

12. At the pererra, they called me to ask questions, but I could not understand most of
    them. They did not speak Qeq'chi. The only questions I understood were where I
    was going and if there was anyone to receive us. I said that my husband lives in
    the United States and gave his contact information. They allowed me to call him.

13. On June 23, we finally reunited. I was overjoyed to see her. She has not wanted to
    tell anything about what she experienced when we were separated.

14. We went by bus to Dilley. Now, there is a phone translator sometimes. We had
    some medical screenings.

15. Two days ago I had a hearing. They asked me where I was from and my name.
    There was nobody to translate into Qeq'chi so I was not able to answer most of
    the questions. I have not received any information about my rights or told that I
    can use a lawyer.

I, Rosa F██████ swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was provided in Qeq'chi, a language
in which I am fluent, and was read back to my daughter in Spanish, which she translated
to me in Qeq'chi.

6/29/78

Date

# Exhibit 170

**Declaration of**
**SAUDÍ S**████████████████**, A NUMBER** ████████

    I, **SAUDÍ S**████████████████(A number ████████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is May 20, 1990. My son's name is ████████████████ He is two years old, and
   he was born on May 6, 2016. My son and I are from Honduras.

2. I left Honduras to escape an abusive and drug using spouse who the police would not arrest.

3. We crossed the border about May 29, 2018. After my son was taken to a hospital for asthma, we were
   taken to a border patrol facility that we call "la hielera". The facilities were extremely cold, we were
   provided a small, thin nylon blanket and were not able to shower. We had no mattress to sleep on.

4. We were provided sufficient food, including hot meals.

5. The temperature of the facility was very cold.

6. We weren't able to shower.

7. After one day, my son and I were taken to another place that we call the "perrera" where we were held
   for four days.

8. The facility was extremely crowded and the bathrooms were filthy with the toilets overflowing. During
   our four days there, our name was not called, so we were unable to bathe.

9. After four days at the second customs facility, we were taken to the Dilley ICE facility, where we have
   been for 25 days. The conditions at this facility have been good.

10. No legal notices were provided to me or my child. After 26 days in custody, I was provided an attorney
    and had my hearing the next day. It has been 5 days since the hearing, and I am currently waiting for the
    decision from such hearing.

I, **SAUDÍ S**████████████████, swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent,
and was read back to me in Spanish.

06/28/2018
Date

<u>Certificate of Translation</u>

I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to
**SAUDÍ S**█████████████ in Spanish.


George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002


06/28/2018
Date

871

Exhibit 171

Declaration of

SANTOS A███████████ A NUMBER██████

I, Santos A███████ (A number ███████ , declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 27, 1970. My daughter's name is ███████████████ She is 13 years old and she was born on September 17, 2004. My daughter and I are from Honduras.

2. My daughter and I left Honduras because my brother and nephew were recently killed by a group of drug dealers that have threatened to kill me and the rest of my family for no reason. Despite pressing charges against these group of people, the police has not acted on these crimes because they are afraid of their own lives. I feel like I have no choice but to flee the country with my youngest daughter.

3. We presented ourselves at the border about June 13, 2018. When I crossed the border, my daughter and I walked for about 5 minutes when the police stopped us and apprehended us. We were then taken to a facility known as the Hielera (Ice House). When we got there, they took our shoe laces, searched our hair and checked our entire bodies – backs and stomach. Conditions were extremely crowded at the Ice House. We were supposed to sleep on the floor without a mattress and it was uncomfortable and extremely cold. Neither my daughter nor I were able to sleep at all during our stay at this place. The toilets were partially visible to the public, so we felt very uncomfortable at using them.

4. We were then transferred (about a 45 minute drive) to a facility known as the Dog House (*Perrera*) on or about June 15, 2018. I was separated from my daughter for the entire time without any explanation. The Dog House was very cold as well but we were provided with a small mattress, so we could barely sleep. Because of the cold conditions, both my daughter and I caught a cold while at this place. The toilets were extremely dirty and over flooding. The smell was so bad that my daughter and I felt nausea. We remained in this facility for four days. We were given an apple, a cold burrito and a bottle of water for breakfast and lunch, and a cold sandwich and a bottle of water for dinner. Despite asking for additional food because we were hungry, we were not provided with any.

5. My daughter and I were then reunited and transported together (about a 30 minute drive) to a separate facility known as the Ice House (which is different than the Ice House mentioned in Numeral 3 above). We were held here for a day and a half. Here, an official told me that I was going to be punished for crossing the border and coerced me into signing several documents which were all in English language. Nobody explained what these documents related to (or translated them in to Spanish), but I felt nervous and intimidated by the official, so I signed the documents after he asked me to do so for the third time.

6. After spending a day and a half at the Ice House, my daughter and I were taken back again to the facility known as the Dog House (*Perrera*) and we were again separated from each other. I remained there for three days under the same conditions.

Page **1** of 3

7. Up to this point, I was not given any sort of legal notice. We were not informed of any legal resources or rights.

8. Finally, my daughter and I were reunited again and taken to the ICE facility in Dilley, Texas. When we arrived, my daughter was given medical attention, although we were required to wait for several hours. My daughter and I have remained at Dilley for eight days. We had our credible fear interview today and hope to hear on a resolution by July 2, 2018.

9. Upon our release, I am hoping to join my brother, who is living in New Jersey and has expressed a willingness to sponsor us.

I, Santos A████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████

Date: 6-29-2018

Page **2** of **3**

Certificate of Translation

I, Emilio Grandio Urrea, certify that I am fluent in English and Spanish and that I read the above declaration to Santos A██████████ in Spanish.

Emilio Grandio URREA
Orrick, Herrington & Sutcliffe
609 Main St, floor 40, Houston, Texas, 77002

6-29-18
Date

875

Exhibit 172

**Declaration of**

**SANDRA M** ███████████ **, A NUMBER** ███████████

I, **SANDRA M** ███████████ (A number ███████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 15, 1985. My daughter's name is ███████████████████ She is 2 years old and she was born on July 1, 2016. My daughter and I are from Honduras.

2. We left Honduras because my husband was a government employee and he was very physically and emotionally abusive. He beat me while I was pregnant and caused my daughter to be born blind in one eye. I was told by the doctor in Honduras it was because I cried a lot when I was pregnant. I obtained several restraining orders but he never listened to them. He would still physically abuse me, rape, and emotionally abuse me. He also physically and emotionally abuse my children.

3. We presented ourselves at the border about June 12, 2018. When I was apprehended by Border Patrol I was patted down and my daughter was separated from me momentarily. She began crying frantically because she has very bad PTSD because of the abuse from her father. A photographer asked us to take a photo and ███████████████████████████████ We were taken to La Hielera and then the perrera. The condition of the restrooms in The Perrera were disgusting, the port-o-johns were overflowing and my daughter got very sick with vomiting, fever, and diarrhea. We were not able to sleep because it was so crowded and cold and we were repeatedly woken up with kicks by guards. It was so cold in both places and all we were given was a mylar blanket.

4. The food at both places was frozen sandwiches and the bologna looked like it was rotting, it was a dark color and the bread smelled very bad.

5. The lights were always on and very bright.

6. My daughter and I were taken out of that facility on the 6th day.

7. My daughter and I have been at the Dilley facility for about 13 days. We are planning to be released.

I, SANDRA M ███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_29 - 6 - 18_
Date

**Page 1 of 2**

<u>Certificate of Translation</u>

I, LAURA FLORES, certify that I am fluent in English and Spanish and that I read the above declaration to
SANDRA M█████████████ in Spanish.


_Laura Flores_ (signature)
LAURA FLORES
RAICES
4092 TPC PARKWAY, APT 953
SAN ANTONIO, TX 78261


06/29/18
Date

Page **2** of **2**

878

Exhibit 173



Declaration of
**Wendy P**██████████, **A NUMBER** ████████

I, **Wendy P**████████ (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 31, 1994. My son's name is ████████████████████. He is 1 years old and he was born on February 3, 2017. My son and I are from Honduras.

2. My son and I left Honduras because of the constant threats from the local gangs. In several instances we were victims break in and intimidate my family in our home with death threats.

3. We crossed the border on or about June 25 2018 and immigration picked us up almost immediately. We were then taken to a facility known as the Ice House (Hielera). I was freezing because my clothing was still wet from crossing the river and fearful that my son would fall ill because he was also in wet clothes. Officials took our pictures and fingerprints at this location right after we were captured.

4. At the Hielera the officials gave us a very thin mattress. The temperature at the Hielera was very cold, and my son and I were provided a light aluminum blanket that was not adequate to keep us warm. The Heilera was extremely crowded and full of women and children.

5. To eat we were given one burrito which I share with my son. Food at the Hielera was scarce and cold. My son and I received a burrito for breakfast, lunch and dinner.████and I remained hungry after lunch and dinner. We did not sleep much during our stay at the Hielera. In addition, the lights were always on, so we were not able to tell whether it was daytime or nighttime, which further complicated our ability to sleep. We didn't even know the time and some officials refused to tell us what time it was.

6. Two days later, we were transferred to an ICE detention facility in Dilley, Texas. Upon arrival at the detention center was the first time we were given water to drink. My son was given juice at the Hielera but neither of us had water until we arrived in Dilley. In Dilley, we were also permitted to shower for the first time.

7. In Dilley, we were given a medical check and a warm meal. Further, we were allowed a phone call which I used to call my cousin who lives in the United States.

8. We were also given a written document stating our legal right in Spanish. Our interview with the CARA attorney is scheduled for July 3, 2018.

I, **Wendy P**████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Page **1** of **3**

880

6 / 29 / 2018

Date

881

Certificate of Translation

I, Luisa Muskus, certify that I am fluent in English and Spanish and that I read the above declaration to Wendy P███████ in Spanish.

— Luisa Muskus

Orrick
609 Main St.
Houston, Texas 77002

06/29/18
Date

Page 3 of 3

882

Exhibit 174

**Declaration of**

**Dulce M****, A**

I, **Dulce M** declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is April 30, 1996. My daughter's name is ███████████ She is 6 years old and she was born on December 25, 2011. My daughter and I are from Honduras. My daughter's A number is ███████

2. I fled Honduras due to domestic violence. The father of ████ has attempted to murder me multiple times.

3. We presented ourselves at the border about 9 days ago. I believe that it was on or about June 20,2018. We were taken to "Hielera" which was near Reynosa where my daughter and I entered the United States by boat.

4. The food was horrible. We received just pieces of "Bimbo" bread and plain ham. We did not receive showers, hygiene items, or water at the first location.

5. The temperature in the first location was very cold, causing both my daughter and me to get sick. We are still sick.

6. In the first location, the lights were kept on all night, which made it difficult to sleep. There were no mats provided and my daughter and I had to sleep on the concrete floors with nothing but an aluminum blanket. It was very crowded and there was not enough space to lie down. We had to curl into the fetal position.

7. After 1½ days, my daughter and I were taken to another place where we were held for 5 days.

8. In the second location we were given burritos for breakfast and lunch and a bread and ham sandwich for dinner. They kept the lights on all night, making it difficult to sleep. The toilets in the second location were plastic and dirty and needed to be dumped after each use. In the second location we slept on mats on a concrete floor with nothing but aluminum blankets. The temperature in the second location was very cold, causing us to get even more ill, in the second location, we were allowed to shower once. We were given bottles of water to drink what every meal and we had gallons of water available for us at all time but the water smell like bleach so we did not want to drink the water,.

9. We were not given legal notice about our rights when we first were apprehended. It was not until we arrived in Dilley that we were told about legal services. I was informed about legal services for out family, but not individually.

I, Dulce M███████████, swear under penalty of perjury that the above declaration is true and complete to

the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

29 junio 2018
Date

885

Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to ███████ in Spanish.

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301

6/29/2018
Date

Page **3** of **3**

Exhibit 175

## Declaration of
**Maria d, A**

I, Maria d███████ (A███████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 22, 1987. My son's name is ███████ He is 9 year old and was born on July 26, 2008. My son and I are from Honduras.

2. We forced to flee from Honduras due to extreme violence and insecurity. My two brothers and my sister-in-law already live in the United States.

3. We presented ourselves at the border about June 25, 2018. We were soaking wet and covered in mud from our journey across the river and were met by a CBP officer after about three and one half hours of walking after we crossed the border. We were taken in the patrol car to the "ice box" where we were searched by the officials at the ice box. It made me and my son both uncomfortable. Afterwards, we were given a sandwich that was frozen. My son told me that he would press the sandwich between his hands to try and defrost it so that he could eat it.

4. I was then immediately separated from my 9 year old son in the ice box. I pleaded that the official not take my son but I was told that I was not in my country anymore. We were separated from each other until 6 a.m. when they asked us to take a picture together. Right before the picture, I saw my son laying on the concrete floor, wrapped in an aluminum blanket and shaking. When he stood up to take the picture with me, he was shaking because he was so cold. The ice box was terribly cold and all we had was an aluminum sheet. I was not able to sleep at all that night. I was just watching for the next opportunity to see my son. After we took the picture, we were separated again until 2 pm when we were transported over to the "dog house."

5. At the dog house, we were given a thin mattress and another aluminum blanket. We were kicked by the officials several times and asked to move and get up because they need us to move to different rooms so that they could take roll call and get a headcount. The guards were very rough with us and one of them came and told me and my son that we had no rights in this country because we entered the country illegally and that we needed to sign a piece of paper. I refused to sign it and the man yelled and made me and my son cry.

6. We ate cold tortillas with beans and rice, apples and water at the dog house. I also started to feel sick. I had chills and a cough. I asked for medicine about 1 pm but was sent away and told to come back 2 hours later. I returned and they said I need to come back later again. It was 9 pm before I was able to get medication.

7. At the dog house, an official told me that my son could go with my brothers and my sister-in-law but that I would have no chance of staying and would be deported back.

8. We were in the dog house for two days but we were not able to sleep because the guards never turned the lights off and there were a lot of people in the dog house. There were about 2-4 inches between every mattress; it was very crowded. We were not given the opportunity to shower at the ice house or the dog house. Further, the bathrooms in the dog house were unbearably dirty. They were portable plastic bathrooms that did not flush and all we had to wash our hands was a drop or two of water.

9. We were not very informed on the process. In fact, one morning we were all woken up to be brought to the ICE detention facility center in Dilley, Texas, and none of us knew where we were being taken. We arrived at the ICE detention facility in Dilley, Texas, on June 27, 2018.

10. Upon arrival, we received instructions and rules of the facility. After that a doctor took x-rays of our lungs and asked for a urine sample. In Dilley, was the first time that we were able to shower. It was the best shower of my life after being dirty for 4 days straight. Dilley was also the first time that we were given a warm meal. The day we arrived my son started feeling sick to his stomach but it seems to have passed.

11. On the morning of June 29, 2018, I met with a person about mine or my son's legal rights. He advised us that we would get notification of our appointment to come to asylum. We are hoping to have some news soon. When asked about the entire experience, my son says that the "ice box" was the worst. He was so worried when they separated us that we would stay apart and be taken to different places. He is so happy that we are now together.

I, Maria d█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████

06/29/18

Date

Certificate of Translation

I, Luisa Muskus, certify that I am fluent in English and Spanish and that I read the above declaration to Maria
d███████ in Spanish.

Luisa Muskus
Orrick Herrington and Sutcliffe
609 Main Street
Houston, Texas 77002

06/20/18
Date

890

# Exhibit 176



**Declaration of**

**Herlinda C██████████████,** ████████████

I, **Herlinda C██████████████** (A████████████), declare under penalty of
perjury that the following is true and correct to the best of my knowledge and
recollection.

1. I was born on December 28, 1984 in Guatemala. My son is ████████████
   ██████████████ (A████████████). He was born on March 6, 2007 and is 11
   years old.

2. My son and I came to the United States because I was badly mistreated by my
   husband's family and did not feel safe. They eventually kicked me out of our
   home and made me homeless. We also faced poverty and discrimination because
   we are indigenous Maya.

3. We traveled with a friend and her 16-year-old daughter. My friend does not speak
   any Spanish. We entered the United States at McAllen on the night of Sunday,
   June 17, 2018. We walked across a bridge and presented ourselves to immigration
   officials.

4. They transported us in a bus, there were 26 people also in our group and they took
   all of us in the same bus. We were processed in McAllen. After processing, the
   officials gave us water, juice, and cookies. They put me and my friend and both
   children in the "icebox" room.

5. There was one toilet and sink for everyone in the icy room. We had toilet paper
   but no soap to wash ourselves. We had mud all over our clothes, but were not
   given any new clothes or towels. We had no toothbrush or toothpaste to brush our
   teeth.

6. I was called out of the room to be processed. I was asked for my age and country.
   I was not informed of my legal rights or told that I could use a lawyer. I did not
   have the opportunity to make a phone call, even though my brother lives in
   America and I would have called him. The officials did not offer medical
   attention or ask if my son was ok.

7. Then they took my child away on Saturday, June 18th morning. He was crying and
   trembling. I tried to ask questions but the officials cut me off. Their behavior
   scared me so much that I didn't even ask where they were taking my child. I told
   him, "Stay calm. Don't say anything". After taking my son, the officials put us

me and my friend in the perrera and both children were taken to a different cage in the perrera.

8. I saw ▊ twice on Monday, June 18 and Tuesday, June 19th late afternoon on both days. I saw him for only 15 minutes each day. I asked for him on the Wednesday but they told me he was fine. I was concerned because he had a cough and I was worried he would get worse. I did not see him for three days nor did they give me any more reports on him. I thought that maybe they had taken him somewhere else and had not notified him.

9. While I was at the perrera no officials notified me of any rights and they did not give a list of lawyers. There was a group of lawyers that came to the perrera and these lawyers talked to some people. I got to meet with one for five minutes. He took my name, date of birth, asked me where I came from and if I had family that I could be released to. I told him that my brother, ▊▊▊, lived in Minnesota and would receive me, if released.

10. ▊ says that she has spoken to her child about how things were for him while he was separated from her. She said that they gave him one sandwich, 2 burritos a day, milk, apples, water bottle, and a cookie. He did not like the food and he would go hungry. The water bottles were also not enough water and he was still thirsty. She said that he told her that he had to sleep under a cold vent and the cold air was "too cold to sleep". He stayed awake most nights and could sleep well. The aluminum blanket was not warm enough. No one asked him if he was sick or if he felt well. She said that ▊ did ask to see her but that he was told to wait that someone would come to get him but then no one showed up to take him to see her.

11. I asked ▊ if he got sick and he said that his cough got worse and that his nose was congested and that it was difficult to sleep. He took a shower once on the second day and he was given a toothbrush once to brush his teeth. He was given sweat pants and a shirt while they washed his clothes, but his clothes were not completely clean, they still had mud stains on them when it was returned to him. He was not allowed to go outside and play or get some fresh air.

12. She says that ▊ saw other children in his cage that were 6 years-old and they did not eat because they did not get in line to get food. These little kids only drank their water.

13. I have talked to ▇▇▇▇ and feel that his staying in the perrera was difficult because he was not allowed to see me for three days and I knew he was sick.

14. I have not had a hearing nor have I seen a judge as of June 29th.

15. I did have an asylum meeting and was approved. However, I don't know when we will be released.

I, Herlinda C▇▇▇▇▇, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

▇▇▇▇▇▇▇▇▇▇▇

6/28/18
Date

Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Herlinda C▇▇▇▇▇ in Spanish.

Yolanda Rodriguez

6 | 28 | 18
Date

# Exhibit 177

**Declaration of**

**Yojana R**████████████ (A████████████)

I, **Yojana R**████████████ (A████████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 4, 1986. My daughter name is ████████████ She is 4 years old and was born on January 22, 2014. My daughter and I are from Honduras.

2. I left my country because my brother in-law had threatened to kill my daughter and me because I went to the police after he hit my mother. He was apprehended but then released that same day. The following day, after he was released, my brother in-law and two other men, who were armed, followed me around. They attempted to take my daughter but I was able to fight back and take her from them. The next day they followed me again and I decided to leave the country. I did not go to the police because I saw from the incident involving my mother that nothing would be done.

3. We presented ourselves at the border about June 4, 2018. We were taken to "La Hielera" near Laredo. When we first arrived at the "Hielera," they took everything that I was holding including my daughter's jacket. They had me and my daughter put our ponytails down and took our shoelaces. They took our picture and asked us a few questions about why we were there and how we got there.

4. When we arrived at La Hielera, they offered us some rice and meat tacos but they did not offer us any water. We had to drink the water from the toilet to keep hydrated.

5. It was very cold. They did not give us any mats or blankets, even though the other mothers who where already there with their children had some. With it being so cold, it was difficult to sleep. I would hold my daughter in my lap while covering her with my sweatshirt to keep her warm while she slept. Once she was awake and warm, I would put the sweatshirt back on to keep myself warm. The lights were kept on at all times making it difficult to sleep through out the night.

6. We were not permitted showers or hygiene items. The toilets where placed in the same area we were being kept and when the toilets were used, we needed to let a guard know, because the flush button was on the outside. When using the toilets, there was no privacy.

7. After 1 1/2 days, my daughter and I were taken to "La Perrera" by bus, where we were held for 1 1/2 days.

8. For breakfast, lunch and dinner, they would give us the same tacos with rice and meat. My daughter was occasionally offered a juice. We had water available to us outside of the cages and we were free to get some as long as the cage was open. The water smelled and tasted like bleach. The lights where turned on and off periodically throughout the day. At night they were on at all times making it difficult to sleep. We were not given any mats or blankets at La Perrera. During the day, we would sit on a bench to avoid the cold floor but at night, I would sleep on the floor with my daughter on top of me to try to keep her off the cold floor.

9.  At the " Hielera" and " Perrera," I was not given a list of legal resources I could access. I received that when I was here at Dilley.

10. My daughter and I were taken out of La Perrera on June 6, 2018.

11. My daughter and I have been at Dilley for about 24 days. We are planning to go live with a friend in Houston.

12.  Ten days ago, I received a positive response to my case and I am not waiting to sign my exit paperwork.

13. I, **Yojana R**▮▮▮▮▮▮▮▮, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

▮▮▮▮▮▮▮▮▮▮▮▮

29/06/18
Date

Certificate of Translation

I, Brenda Ulloa , certify that I am fluent in English and Spanish and that I read the above declaration to **Yojana R**████████ in Spanish.

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301

6/29/18
Date

Page **3** of **3**

# Exhibit 178

**Declaration of**

**Vilma M**  ▓▓▓▓▓▓ (A▓▓▓▓▓▓▓

I, **Vilma M**▓▓▓▓▓▓▓▓ (A-▓▓▓▓▓▓), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 19, 1981. My son name is ▓▓▓▓▓▓▓▓ He is 9 years old and he was born on May 18, 2009. My son and I are from El Salvador.

2. I left my country because of domestic violence against my children and me.

3. We presented ourselves at the border about June 5, 2018. We were taken to "La Hielera" near Reynosa. When I first entered the facility I was given a sheet of paper that, in Spanish, explained that I was being accused of crossing into the United States illegally and because of that it was probable that my son was going to be separated from me.

4. We arrived in the evening and we did not receive any food until the following morning. We received water and a bread and a ham sandwich for all three meals. We only were given water during the meals.

5. It was very cold, but luckily we each had a sweatshirt that we used to place on the floor to be able to lie down. We did not receive blankets or mats at "La Hielera." It was very cold even with the sweatshirts. It was difficult to sleep.

6. We were not permitted showers or hygiene items. The toilets where placed very closed to the area where we slept, making it very difficult to sleep with the noise that was made when the toilets were being used. When using the toilets, there was no privacy. When my son needed to use the toilet, I would place myself in front of him to cover him from the others while he went, and he would do the same for me. The lights were always on and that made it difficult to sleep. The children waiting for food would knock on the door to see when the food was coming because sometimes they would take a long time to bring the food, and when the guards would show up they would yell "the food is coming" and slam the door on the children's faces.

7. After 2 days, my son, and I were taken to "La Perrera," by bus, where we were held for 4 days.

8. For breakfast, lunch and dinner, they would give us tortilla bread to make a taco with ham and eggs, an apple, some crackers and a small water bottle. Sometimes the eggs were very dark and old looking. We were allowed to shower only once and provided with towels, shampoo, and toothbrush with toothpaste. After showering they took our clothes to wash and let us borrow some to wear while we waited for us. The toilets where made of plastic and they would get dumped out once they were filled. The toilets in this case had doors for privacy. We received mats and aluminum blankets for sleeping. It was difficult to sleep because the light was always on. When they would roll call for those who were going to leave the facilities, they came in yelling "get up, get up." It was also very cold. When it was

900

time to eat, I could remember shaking because it was so cold. I heard guards yell "get your children to calm down, aren't you their mothers?" The younger children where crying.

9.  At the " Hielera" and " Perrera," I was not given a list of legal resources I could access. I received that when I was here at Dilley.

10. My son and I were taken out of La Perrera on June 8, 2018.

11. My son and I have been at Dilley for about 21 days. We are planning to go live with my brothers in-law in New York.

12. My case received one negative response, but when I went back to appeal I received a positive and now I am just waiting for when I can sign my exit.

13. I, **Vilma M**▮▮▮▮▮▮▮▮ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

▮▮▮▮▮▮▮▮▮▮▮▮

_6-29-2,18_
Date

## Certificate of Translation

I, Brenda Ulloa , certify that I am fluent in English and Spanish and that I read the above declaration to **Vilma M**█████████ in Spanish.

_Brenda Ulloa_ (signature)

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301

6/29/2018

Date

# Exhibit 179

**Declaration of**

Noredith P████████████████ (A███████████)

I, **Noredith P**████████████████ (A███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 16, 2002. My mom and I are from Mexico.

2. We left because my mom started to receive threats that they would kidnap me. My mom and I have seen other young girls be kidnapped before. We think it is usually the Cartels. We were both very scared and did not know what to do because we knew the police would not do anything.

3. We presented ourselves at the border around June 6, 2018. We were taken to "La Hielera." It was impossible to sleep there. It was very cold. There were no beds or mats. We had to sleep on the concrete floor. There were toilets, but there was no privacy or doors. There were nothing to clean ourselves with like soap or toothpaste and we were never allowed to shower. We had only one pair of clothing to wear because the guards took away our other clothes. There was extreme wind and it was extremely cold.

4. Children would get a small juice. I was given one. We got two pieces of white bread and a piece of ham for breakfast, lunch, and dinner. We had a thermos of water but it tasted like chlorine.

5. It was extremely cold, making it difficult to sleep.

6. The light was always on and it was very bright and intense so it was impossible to sleep.

7. After two days, my mother and I were taken to another place where we were held for 2 days.

8. That place they called "La Perrera." It was extremely cold in this place as well. We were given one apple, one small bottle of water, a bag of chips, and a sandwich made of ham and two pieces of bread for each of the three meals. We were not given any additional water if it was not during breakfast, lunch, or dinner. The toilets were not pushing buttons to flush, but we had to empty the buckets of waste after the buckets were full. We were not able to shower and we were not given anything to clean ourselves like soap or toothbrushes. I do not know why it seemed like some people got to shower. It seemed like some people were able to only have a very fast shower and had to get out quickly. I was never able to sleep because I always felt worried that they would call my name or make me stand in the line. They would have us stand in line by our countries. The lights were always on, very bright and there was a breeze. I had to go to a different place than my mom where they put 15 and 16 year olds. They had the mats on the floor so they were all touching and we were very close to each other and it made it impossible to sleep. I did not know where my mother was or for how long I would be away from her.

9. For the entire trip and while we were kept in "La Perrera" and "La Hielera," we were not given documentation about legal services or access to counsel issues.

10. My mother and I were taken out of that facility on June 10, 2018.

904

11. My mother and I have been at the location in Dilley for about 19 days.  The experience here is better with food and sleep. We are planning to stay with my aunt who lives in Los Angeles, California.

12. I, **Noredith P**█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████

29-06-18
Date

Page **2** of **3**

905

Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to **Noredith P**████████████ in Spanish.

*[signature]*

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

906

Exhibit 180

907

**Declaration of**

**Rocio M⬛⬛⬛ A⬛⬛⬛**

I, **Rocio M⬛⬛⬛**, A⬛⬛⬛, declare under penalty of perjury that the following is true and   correct to the best of my knowledge and recollection.

1. My date of birth is July 18, 1984.  My daughter's name is⬛⬛⬛⬛ She is 15 years old and was born on July 16, 2002.  My daughter and I are from Mexico.

2. We left our home because I was receiving threats over the phone and people coming to me and telling me that they would kidnap my daughter. I have seen that happen to other people I know who have daughters. Most of the time, it is the Cartels, but I do not know for certain. We did not call the police because we know that they will not do anything to help and it might be more dangerous if we call attention to ourselves by calling the police.

3. We presented ourselves at the border on around June 6, 2018.  We were taken to "La Llerera." It was impossible to sleep there. It was very cold. There were no beds or mats; we were to sleep on the concrete floor. There were toilets, but there was no privacy or doors. There were no things to clean ourselves like soap or toothpaste and we were never allowed to shower. They took all of our clothes except one layer. There was extreme wind and it was extremely cold.

4. They only gave us a small amount of water the size of one cup. Children would get a small juice. We got two pieces of white bread and a piece of ham for breakfast, lunch, and dinner. The water tasted bitter and like bleach.

5. It was extremely cold, making it difficult to sleep.

6. The light was always on and it was very bright and intense so it was impossible to sleep.

7. After two days, my daughter and I were taken to another place where we were held for 2 days.

8. This place is what they call "La Perrera." When we got to the "Perrera," my daughter was separated from me and placed in a separate area.  It was extremely cold in this place as well. We were given one apple, one small bottle of water, a bag of chips, and a sandwich made of ham and two pieces of bread for each of the 3 meals. We were not given any additional water if it was not during breakfast, lunch, or dinner. The toilets did not flush so we had to empty the buckets of waste after the buckets were full. We were not able to shower and we were not given anything to clean ourselves like soap or toothbrushes. I do not know why it seemed like some people got to shower, but others did not. It seemed like some people were able to only have a very fast shower and had to get out quickly. I was never able to sleep because I always felt worried that they would call my name or make me stand in the line. They would have us stand in line by our countries. The lights were always on and were very bright. We were at this place for two days. When I asked, "Where is my child?" the guards said, "Everyone asks the same question and wants to know where their children are, we will tell you," but they never told me. It was not until I was reunited with my daughter that I finally knew where she was.

9.  For the entire trip and stay in "La Perrera" and "La Hielera," we were not given documentation about legal services or access to counsel issues.

10. My daughter and I were taken out of that facility on a June 10, 2018.

11. My daughter and I have been at the location in Dilley for about 19 days.  The experience here is better with food and sleep. We are planning to stay with my sister who lives in Los Angeles, California. My daughter fell ill on the third day we were here. I went to get medical attention, but did not receive services for her because the lines were too long.

12. I, **Rocio M**▮▮▮▮▮▮▮▮, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

29-06-18
Date

Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to Rocio M███████████ in Spanish.

_Brenda Ulloa_
Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

910

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 9 OF 12 [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1