CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br> - vs - <br><br> JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, <br><br> Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 11 OF 12 [**REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL**] <br><br> [HON. DOLLY M. GEE] <br><br> Hearing: July 27, 2018 <br> Time: 10 AM |

1

*Plaintiffs' counsel, continued*

2

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)

3

474 Valencia Street, #295
San Francisco, CA 94103

4

Telephone: (415) 575-3500

5

THE LAW FOUNDATION OF SILICON VALLEY

6

LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM

7

Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

8

Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)

9

152 North Third Street, 3rd floor
San Jose, CA 95112

10

Telephone:     (408) 280-2437
Facsimile:     (408) 288-8850

11

Email: jenniferk@lawfoundation.org

12

        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

13

*Of counsel:*

14

15

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)

16

832 Folsom Street, Suite 700
San Francisco, CA 94104

17

Telephone: (415) 543-3379

18

19

*/ / /*

20

21

22

23

24

25

26

27

28

### INDEX OF EXHIBITS

**VOLUME 1**

1. Declaration of Class Counsel, Peter Schey..................................................... 1
2. List of Licensed Group Homes and Homeless Youth Shelters................................ 5
3. Declaration of Lidia S█████████████ ............................................... 25
4. Declaration of Dilsia R█████ ........................................................ 29
5. Declaration of Josselin H█████████ ................................................. 33
6. Declaration of Keylin M███████ ...................................................... 37
7. Declaration of Iris A██████████ ....................................................41
8. Declaration of Dixiana S████████ ................................................... 46
9. Declaration of Maria Angela A███████████ ........................................... 50
10. Declaration of Ana Vilma M████████████ ............................................ 54

**VOLUME 2**

11. Excerpts of Exhibits...............................................................58

**VOLUME 3**

12. Declaration of Cristobal R████████████ ..........................................224
13. Declaration of Delmis V█████████ ................................................229
14. Declaration of Justin L███████████████ ..........................................233
15. Declaration of Mayra S████████ ................................................. 242
16. Declaration of Ruth M████████████ ...............................................246
17. Ommitted
18. Declaration of Bridis F█████████ ................................................250
19. Declaration of Lourdes R█████████████ ........................................... 254
20. Declaration of Blanca M████████ .................................................257
21. Declaration of Brandon S█████████████ ...........................................262
22. Declaration of Fatima O██████ ...................................................265
23. Declaration of Nohemi P███████████ ..............................................269
24. Declaration of Doris M██████ ....................................................272
25. Declaration of Karen B████████████ ..............................................276
26. Declaration of Jefferson A███████████ ...........................................281

1

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

27. Declaration of Daise M███████████ ...........................................285

28. Declaration of Alejandra R███████████ ........................289

29. Declaration of Dinora C███████████ ...........................293

30. Declaration of Leydi X███████████ ...............................298

**VOLUME 4**

31. Declaration of Floridalma L███████████ ...........................302

32. Declaration of Anet M███████████ ...............................309

33. Declaration of Sindy S███████████ ..............................314

34. Declaration of Timofei F███████████ ............................318

35. Declaration of Cesar A███████████ ...........................323

36. Declaration of Kevin U███████████ .............................329

37. Declaration of Ana P███████████ ................................338

38. Declaration of Alma R███████████ ...........................342

39. Declaration of Marlyn E███████████ ...........................346

40. Declaration of Jeydi I███████████ .............................353

41. Declaration of Tarino A███████████ ...............................356

42. Declaration of Denia M███████████ ...........................361

43. Declaration of Manuel A███████████ .........................367

44. Declaration of Alma S███████████ ...........................374

45. Declaration of Abidalia G███████████ ...........................378

46. Declaration of Gladys I███████████ ...........................382

47. Declaration of Baljit K███████████ ...............................385

48. Omitted

49. Declaration of Edgar R███████████ ...........................390

50. Declaration of Ermita M███████████ .............................394

**VOLUME 5**

51. Declaration of Fanny Damarys A███████████ .........397

52. Declaration of Nery Baltazar M███████████ ...........401

53. Declaration of Selena B███████████ ...........................404

54. Declaration of Victor A███████████ ...........................408

55. Declaration of Yeimin B███████████ ...........................413

2

56. Declaration of Anghelo M███████████..................................419

57. Omitted

58. Declaration of Sergio C████████...................................426

59. Declaration of Dennis M███████...................................430

60. Declaration of Emilson E████████...................................434

61. Declaration of Erick L██████...................................437

62. Declaration of Gladys I██████...................................444

63. Declaration of Marcedonio P█████...................................447

64. Omitted

65. Declaration of Sandra M██████████...................................451

66. Declaration of Elmer S████████...................................455

67. Declaration of Yonain G███████...................................460

68. Declaration of Juan M████████...................................463

69. Declaration of Ivania L██████...................................466

70. Declaration of Geovany D██████████...................................469

**VOLUME 6**

71. Declaration of Ricardo  M█████████...................................472

72. Declaration of Abilio I█████████...................................475

73. Declaration of Itzel C█████...................................478

74. Declaration of Dony  A███████...................................481

75. Declaration of Bartolo  D█████████...................................484

76. Declaration of Minta M████████...................................487

77. Declaration of Noe R██████...................................490

78. Declaration of Rony  E███████...................................493

79. Declaration of Felipe G██████...................................496

80. Declaration of Otoniel A█████████...................................499

81. Declaration of Pedro V███████...................................502

82. Declaration of Lester  Y█████████...................................505

83. Declaration of Carol V███████...................................508

84. Declaration of Cindy J████████...................................513

85. Declaration of Edwin A██████████...................................518

86. Declaration of Elvi O███████...................................525

3

87. Declaration of Gregorio C█ ................................................. 532
88. Declaration of Denis J█ ................................................ 536
89. Declaration of Juan C█ ............................................... 542
90. Declaration of Lucia G█ ........................................... 549
91. Declaration of Norin U█ ....................................... 554
92. Declaration of Skarleth G█ ..................................... 559
93. Declaration of Carol S█ ...................................... 564
94. Declaration of David A█ ...................................... 572
95. Declaration of Elry A█ ....................................... 579

**VOLUME 7**

96. Declaration of Eydi Y█ ........................................ 582
97. Declaration of Jesica Y█ ....................................... 585
98. Declaration of Katherine B█ .................................. 591
99. Declaration of Kevin G█ ....................................... 599
100. Declaration of Miguel A█ .................................... 606
101. Declaration of Rebecca Y█ .................................. 613
102. Declaration of Yender E█ ..................................... 619
103. Declaration of Elmer V█ ...................................... 626
104. Declaration of Deny N█ ...................................... 630
105. Declaration of Juan A█ ...................................... 634
106. Declaration of Horacio A█ ................................... 638
107. Declaration of Melannie O█ ................................. 642
108. Declaration of Vicenta P█ .................................... 647
109. Declaration of Miriam B█ .................................... 650
110. Declaration of Loida G█ ..................................... 653
111. Declaration of Loida C█ ..................................... 656
112. Declaration of Genoveva G█ ................................ 659

**VOLUME 8**

113. Declaration of Aurelia R█ ................................... 662
114. Declaration of Ana M█ ...................................... 665
115. Declaration of Celestino A█ ................................. 668
116. Declaration of Jose L█ ...................................... 671

4

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

117. Declaration of Braylin A ███████ ...................................................674

118. Declaration of Ventura I ███████ ...................................................677

119. Declaration of M ██████ ...................................................680

120. Declaration of Christy F ██████ ...................................................683

121. Declaration of Graisy I ███████ ...................................................686

122. Declaration of Martin H ██████ ...................................................689

123. Declaration of Edras d ██████ ...................................................692

124. Declaration of Elena C ██████ ...................................................695

125. Declaration of Heydi F ████████ ...................................................698

126. Declaration of Magdalena P ██████ ...................................................701

127. Declaration of Jorge M ███████ ...................................................704

128. Declaration of Manuel R ██████ ...................................................708

129. Declaration of Mauricio B ███████ ...................................................711

130. Declaration of Rosalva P █ ...................................................716

131. Declaration of Owen E ██████ ...................................................721

132. Declaration of Alexander T ██████ ...................................................725

133. Declaration of Serafin S █ ...................................................728

134. Declaration of Kimberly V ███████ ...................................................732

135. Declaration of Michelle T ██████ ...................................................736

**VOLUME 9**

136. Declaration of Orlando M ████████ ...................................................740

137. Declaration of Vanessa R ███████ ...................................................743

138. Declaration of Alexander G ███████ ...................................................747

139. Declaration of Hazlyn D ████████ ...................................................751

140. Declaration of Eva B █████ ...................................................755

141. Declaration of Gladys E ██████ ...................................................759

142. Declaration of Maria E ████████ ...................................................763

143. Declaration of Lexyer B ██████ ...................................................767

144. Declaration of Cesia B ██████ ...................................................771

145. Declaration of Alan C █████ ...................................................775

146. Declaration of Juan A ████████ ...................................................780

147. Declaration of Edwin Q ███████ ...................................................784

5

148. Declaration of Leticia D███████ ................................................ 788

149. Declaration of Sandeep S███ .................................................... 792

150. Declaration of Manish K███ ..................................................... 796

151. Declaration of Devis U███████ ................................................. 800

152. Declaration of Sachin K███ ...................................................... 803

153. Declaration of Raul P███████ .................................................... 807

154. Declaration of Yasmin R█████████ ............................................ 810

155. Declaration of Dixia S██████ .................................................... 813

156. Declaration of Angel A█████████████ ......................................... 817

157. Declaration of Josue ████████ .................................................. 822

158. Declaration of Lesvia E██████████ ............................................. 825

159. Declaration of Patricia H████████ .............................................. 828

160. Declaration of Alba S████████ ................................................... 833

161. Declaration of Blanca C█████████ .............................................. 838

162. Declaration of Jeydi M████████ ................................................. 841

163. Declaration of Lizeth R███████ .................................................. 844

164. Declaration of Maira S████████ ................................................. 847

165. Declaration of Yenny F██████████ ............................................. 850

**VOLUME 10**

166. Declaration of Brenda M███████ ................................................ 853

167. Declaration of Griselda B█████████ ............................................ 857

168. Declaration of Keila P████████ .................................................. 861

169. Declaration of Rosa P██████ ..................................................... 865

170. Declaration of Saudi S████████ .................................................. 869

171. Declaration of Santos A█████████ .............................................. 872

172. Declaration of Sandra M███████ ................................................. 876

173. Declaration of Wendy P████████ ................................................ 879

174. Declaration of Dulce M██████████ ............................................. 883

175. Declaration of Maria d████████ .................................................. 887

176. Declaration of Herlinda C██████████ .......................................... 891

177. Declaration of Yojana R████████ ................................................ 895

178. Declaration of Vilma M█████████ ............................................... 899

6

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS

CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P███████████ .........................................903

180. Declaration of Rocio M███████████ ...........................................907

181. Declaration of Iris E███████████ ...............................................911

182. Declaration of Mirza O███████████ ..........................................916

183. Declaration of David C███████████ ...........................................920

184. Declaration of Noliba C███████ .................................................924

185. Declaration of Bryseyda G████████████████ ..........................928

186. Declaration of Alba P██████ ......................................................932

187. Declaration of Josue G██████ ....................................................936

188. Declaration of Sara P██████ .......................................................939

189. Declaration of Beysi M████████ ................................................943

190. Declaration of Besy J████████ ..................................................947

**VOLUME 11**

191. Declaration of Blanca R██████████ ...........................................952

192. Declaration of Gladis B████████████ ........................................956

193. Declaration of Lucia R████████████ .........................................960

194. Declaration of Maria R████████ ...............................................965

195. Declaration of Nora E█████████ ...............................................969

196. Declaration of Sonia Y███████ .................................................974

197. Declaration of Yerica F████████ ...............................................979

198. Declaration of Esperanza C██████████ ....................................984

199. Declaration of Maria del S██████████ .....................................989

200. Declaration of Glenda D█████████ ..........................................992

201. Declaration of Maira L█████████ .............................................996

202. Declaration of Jessica C█████████ ........................................1000

203. Declaration of Karla J█████████ ............................................1004

204. Declaration of Madelin Y██████████ .....................................1007

205. Declaration of Claudia A████████████ ..................................1010

206. Declaration of Yaneth C███████████ .....................................1013

207. Declaration of Daniel M█████ ................................................1016

208. Declaration of Gabriel G█████████ .......................................1020

209. Declaration of Mateo A████████ ...........................................1024

7

210. Declaration of Daniel H███████ ...................................................... 1027

**VOLUME 12**

211. Declaration of Felipe A███████ ...................................................... 1031

212. Declaration of Leonardo L███████ .................................................. 1035

213. Declaration of Maudin L███████ .................................................... 1039

214. Declaration of Edwin G███████ ..................................................... 1042

215. Declaration of Victor V███████ ..................................................... 1046

216. Declaration of Gustavo A███████ ................................................. 1050

217. Declaration of Romeo N███████ ................................................... 1054

218. Declaration of Wilder D███████ .................................................... 1058

219. Declaration of Jhony A███████ ..................................................... 1062

220. Declaration of Luis M███████ ....................................................... 1065

221. Declaration of Sayra O███████ ..................................................... 1068

222. Declaration of Roger G███████ ..................................................... 1071

223. Declaration of Diego M███████ ................................................... 1074

224. Declaration of Kevin Y███████ ..................................................... 1078

225. Declaration of Elmer E███████ ..................................................... 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller ............... 1087

8

# Exhibit 191

**Declaration of**

Blanca R, A

I, Blanca R⬛⬛⬛⬛⬛, A⬛⬛⬛⬛, declare under penalty of perjury that the following is true
and correct to the best of my knowledge and recollection.

1. My name is Blanca R⬛⬛⬛⬛, A⬛⬛⬛⬛ She was born on March 1, 2001, and is 17 years
   old. My mother and I are both from Honduras.

2. We left Honduras because of a threat. A man came to our house about 5:00 pm one day. He had tattoos
   all over. Mom asked him if he needed anything and he seemed to know that we were alone. You too
   are very pretty and I know you are alone. He said "one way or another the two of you will be mine."
   The man made threats like he was going to kidnap and rape us. I was there and heard everything.

3. We crossed the river near McAllen and went to an office that was very cold, we call it an icebox. When
   we got there, a man told us we had to put our hands out and lift our shirts. He didn't touch us, but he
   said he was checking us. We sat in the icebox they gave us juice and one cookie. Then they took us to a
   room that was full of women. They gave us aluminum paper that the said was blanket and we slept on
   the concrete floor. I was scared.

4. While were there they gave us what they called a sandwich but there wasn't anything in between. My
   pants were wet because of crossing the river, but they didn't give me a change of clothes. They didn't
   ask me if I needed any medical care or even if I needed any water.

5. The next day, we were picked up together to go to the dog houses. Later they separated us into different
   cages. They took my Mom into one with other women. I was in a cage with about 10 other girls, ages
   from 14 to 17. There were about 3 cages, some of them had women with their children. They kept the
   men in ones that were really far away.

6. I knew that my mother was in a cage somewhere with other ladies because I saw a woman being taken
   somewhere. I didn't know exactly where my mother was, but knew that she was kind of far from me.
   They didn't allow me to be near my mother or talk to her.

7. I was there for 4 days. The second day, two men came to take me to an office to interview me. There
   were no women in the room. They didn't explain why I was separated from my Mom, they only told me
   that my Mom wasn't my mother and that she had false documents. He asked questions about our home
   life, where we lived, if we had any pets, things like that. He asked me where we were going and who
   was going to receive us. I told him that we were going with my father.

8. No one ever asked me anything else, where I needed medical attention, asked how I felt. No one told me
   anything about any rights I had. I didn't receive any papers or anything like that.

9. After the interview, they took me back to the cage and didn't ask me about that again.

953

10. While I was in the cage, I could get water if I asked. They gave us food three times a day. In the
morning, they gave me a bottle water, and some very cold, round salted, toasted potatoes. At lunchtime,
we would have burrito with ground beef and beans and an apple. The burrito was also cold. At
dinnertime, another bottle of water they gave us potatoes like we had at breakfast, a ham sandwich and
an apple. We never had any hot food. It was only cold, even the burrito.

11. We had blankets like we had in the other place, I call them aluminum sheets. We had cushions to put on
the floor to sleep, but the lights were on all the time. They never turned off the lights. It was hard to
sleep because they would wake us up 4 or 5 times a night to take roll or look for a particular girl.
Sometimes they brought ladies to clean, but we had to clean also.

12. There were four portable restrooms for everyone and two sinks to wash our hands. The toilets were
smelly. f I had to go the bathroom, I could go on my own, but at night they would go as a group
because had to unlock the cages.

13. It was noisy in the cages because all the kids were crying. I cried too. With the crying and the lights it
was hard to sleep at night. We never went outside and there were no windows so we couldn't tell if it
was day or night. Sometimes if staff left and we could see an open door, we could tell if it was day or
night.

14. The last day we were there, they called me to another cell and when I got there, my mother was there. I
was very happy to see my mother. There were other women with their kids but didn't tell us anything
about where we were going. They put us on a bus we were able to sit together on the bus, although we
didn't know where we were or where we were going.

15. We arrived in Karnes in the afternoon, but didn't get to our room until the next day. They told us they
would help us and explained all the rules. They gave us some food, a fruit, sandwich, cookies, a bottle of
water. After we were finished with all the paperwork we finally had a chance to have a shower when we
got to our room.

16. None of the employees explained our rights to us They gave us some papers about our rights. They were
in Spanish I read them and understood some things but not others.

17. We have 3 meals a day, sometimes there is hot food, a variety. Some hot, some cold. I've had a chance
to see a dentist here. I go with my mother to the doctor to her visits. I receive proper feminine products
here. I also go to school here and I like being in school.

18. I don't want to go back to Honduras. I'm afraid to go back of being raped, kidnapped or sold. I want to
be a lawyer when I grow up.

954

I, Blanca R█████████ , A█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

27 /06 / 18
Date

Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to
█████████ in Spanish.

Yolanda Rodriguez

6 27 18
Date

955

Exhibit 192

**Declaration of**

**GLADIS B**                                              **A NUMBER**

I, **Gladis B**                         (A number               , declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 19, 1984. My daughter's name is                                    She is twelve years old and she was born on August 13, 2005. My daughter and I are from Guatemala.

2. I left Guatemala with my daughter, my sister, and my sister's son, who is thirteen. We are fleeing to the United States to seek asylum because our lives and our children's lives are at risk. I have come to this country because I need to protect my daughter and save her life.

3. We first presented ourselves at the border in Nogales about a month ago. When we first arrived at the port of entry, we told the officials there that we wanted to come into the United States and ask for asylum. I told the official that I was afraid to return to Guatemala and why I was afraid to return. At the port, we were told that we couldn't cross because there was a waiting list. There were a lot of people waiting to cross the border in Nogales. We waited in Nogales for our turn to cross for twelve days, until one morning finally our number was called and we were able to cross through the port.

4. Right after we crossed through the port of entry, we went to a place called "La Perrera." The four of us were held in a space that was surrounded by metal wire along with another woman and her daughter. We weren't given any paperwork informing us of my daughter's rights under *Flores* or of lawyers that we could contact for help on our case. I could see that the officials had paperwork, but I didn't know what it said and they didn't show it to me.

5. When I arrived at La Perrera, I spoke with an official and told him that I was afraid to return to Guatemala. He asked me why and I explained some of my experiences and my daughter's experiences in Guatemala that led me to seek asylum in the United States. The official asked me whether I was afraid that my child would be taken away from me in the United States. I told him that I felt very secure in God that everything would be OK and that my daughter would stay with me because I had been praying and praying to God to keep us together and to keep her safe. The official told me he would take my case.

6. The next morning, my family and I were taken to another facility about four hours away by car. I'm not sure what it was called but I heard that it was in Arizona. When we arrived, they put my sister and her son in a different room from us, and I was afraid that I would not see them again. I also signed some forms, but I don't know what they said. They were in English, which I cannot speak, and no one explained the forms to me.

7. The next morning, we were taken on a plane to Karnes, where the four of us are now. My daughter, sister, nephew, and I arrived on June 16, 2018. We arrived around 6 in the evening. We had to wait in

957

the waiting room for many hours, and finally we were able to go to our rooms after filling out some forms and having a medical examination. We didn't get into our rooms until about three in the morning.

8. The next morning, I spoke to some of the other women here and learned that there was a form that I could fill out to request asylum. Even though I had already told officials that I was requesting asylum and was afraid to return to Guatemala, I filled out the form and put it in a box. The staff here took the form from the box and told me I had already requested asylum and didn't need to speak to an official.

9. I was able to speak to my aunt, who lives in San Francisco, when I first arrived at Karnes. But I have not been able to speak to her since then, because it costs money to make calls and I don't have any money. My daughter and I would like to live with my aunt in San Francisco. My aunt's name is ▇▇ ▇▇▇ she is a United States citizen and has lived in the United States for fourteen or fifteen years.

10. I had a credible fear interview on Monday, June 25, 2018. My daughter was in the interview with me and we both answered the official's questions with the help of a telephone translator. I told the official that we wanted to live with my aunt, and I gave him her information. I have just heard that my daughter and I can be released to go live with my aunt once tickets are bought for me.

11. My daughter and I are not able to leave this facility. It would be uncomfortable to be here for longer, even though the treatment I've received has been decent. We don't deserve to be locked up here for any longer because we came here to be safe and free. We didn't do anything wrong to anyone, and we don't deserve to be stuck in here.

12. I, **Gladis B**▇▇▇ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/27/18
Date

## Certificate of Translation

I, Virginia, certify that I am fluent in English and Spanish and that I read the above declaration to Gladis B█████
██████████████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94107

6/27/18

6/27/18

959

Exhibit 193

**Declaration of**

**LUCIA R** ███████████████                            **A NUMBER** ████████

I, **Lucia R** ████████████████ (A number ████████ , declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is April 5, 1998. My daughter's name is ████████████████ She is nearly two
   years old and she was born on July 24, 2016. My daughter and I are from Guatemala. I also have a son,
   ████████████████ who is almost five years old (DOB August 27, 2013) and is currently in
   Texas with my husband.

2. My family fled Guatemala because we were receiving death threats from gang members and from
   family members who were trying to get us to give them money and land. Gang members came to our
   door multiple times to threaten my husband and family, and they knew where we lived. We wanted to
   come to the United States so that we could be safe from these threats and so that we could raise our
   children safely.

3. At the border, my daughter and I crossed a river in a group with about ten adults and their children. I
   don't know where we were, exactly, but I heard that we were somewhere near San Luis. Agents were
   waiting for us on the other side of the river. They put us in a car for about half an hour or an hour. I'm
   not sure where they took us, but I think it was called La Perrera ("The Dog Cage").

4. When our group reached La Perrera, three mothers were separated from their children. One of the
   children was a six-year-old boy, another was a seven-year-old boy, and the third was a ten-year-old girl.
   The mothers were crying and so were the children. I don't know where they took the children. There
   was a father who said that he wanted to talk to his son because he could hear his son crying. They let
   the boy out but then he wouldn't leave his father. Officials pushed the father out of the way, grabbed the
   child and dragged him away crying. I don't know what happened to the child after that. The next day
   the mothers asked what happened to their children and were told that they were taken to a home, but
   nothing else. The mothers were just crying from worrying about their children. They put handcuffs on
   the parents who had been separated from their children, and chains around their feet. Officials took
   them away, but I don't know where they were taken.

5. They didn't separate me from my daughter because she hadn't turned two yet. All of the children over
   six or seven were being separated from their parents from what I can tell. Some children as young as
   three or four were also being separated. It seemed to be on a case by case basis.

6. My daughter and I were held in a crowded cell in La Perrera for four days. There were about 60 people
   in my cell. We were very squeezed in and we couldn't all lie down to sleep at the same time – we had to
   sleep in shifts. There were no men in our cell but I could tell that the men's cells were even more
   crowded.

7. Some people got mattresses, but most people just had to sleep on the floor. My daughter and I had to sleep on the floor, and it was really difficult. It was really hard to sleep because they kept waking us up to do a count, because the lights were on all the time, and because we were always hungry. Also, we only got metallic blankets, and it was really cold in the facility. If you had two it helped keep you warm, but with only one it didn't help at all. Plus, the metallic blankets made it so noisy in the cell that it was even more difficult to sleep.

8. The conditions in the cell were very unhygienic. There were 2 toilets for 60 people. The toilets were not that clean because there were so many people and so many children. There were people sleeping near the toilet and a low wall that everyone could look over. The only water was from the sink right about the toilet and it tasted like chemicals. I didn't want to drink that water. Nor did my daughter. She would only drink juice. Sometimes I would ask for extra juice. Sometimes they would give it to us, but sometimes they refused and told us to drink the water.

9. The only food we got to eat was soup, three times a day every day. The children also got juice. We were hungry all the time because there was never enough soup and we couldn't ask for more. Some people got ill and started vomiting from only eating soup. There was one child there who had diharrea, had dry lips, he had a fever. The officials didn't do anything to help the child and didn't give him anything. They just told us that it was our fault the child was sick and slammed the door on us.

10. People were desperate, hopeless, and sad. They were crying all the time. Some officials had a bad heart and wouldn't bring napkins or diapers for the children, so the children had to just sit in a dirty diaper. I saw one child who was about two years old without any pants and no one gave him pants for three days.

11. After three days, I finally got to speak to an official and explain that I was in the United States to seek asylum. He just wrote something down and didn't say anything to me.

12. Finally, after four days, they woke us at 2 in the morning and let us take a shower in another building and gave us some clean clothes. Then we were given some food and water on the way to the airplane to come here. We also got to have a drink on the plane. The flight was three hours long and we landed in San Antonio. We arrived around 11 at night to 1 in the morning on June 6, 2018. We spent the whole night in the waiting room after taking a shower. My daughter and I couldn't sleep until we were able to get into our room, around 5 in the morning.

13. When we arrived the officials gave us some papers about asylum. I can't remember what they said. It didn't stay in my head. I just remembered that the officials told us that we could ask for asylum, and I did.

14. I had my credible fear interview last Thursday. I tried to explain my situation, but I didn't have the chance to speak with a lawyer before the interview. I received a credible fear denial for me and my daughter on Tuesday. I have spoken to a lawyer from RAICES and I am planning to appeal to an immigration judge. I want to be able to stay in the United States with my husband and children, where we can be safe from the people who are threatening us in Guatemala. My husband and son have already been released and are in Texas. I would like for my daughter and I to join them.

15. My daughter is sad to be in this facility and to be away from her father. She was very close to him and she cries for him often. I try to distract her but she is having a hard time. Recently, I bought her a coke from the store. She said "uno Papi" (one for dad) because she misses him and is used to sharing everything with him. Being detained for so long has also been difficult for me, as I haven't been able to talk to family. And I think my daughter feels my stress. It makes me feel bad because she is locked up in here too.

I, ███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/27/18

Date

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to **Lucia R**                     in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom, Suite 700
San Francisco, CA 94107

6/27/18

Date

964

# Exhibit 194



**Declaration of**

**Maria R**▮▮▮▮▮▮

I, **Maria R**▮▮▮▮▮ , A ▮▮▮▮▮ , declare under penalty of perjury that the following is true and
correct to the best of my knowledge and recollection.

1. My date of birth is June 24, 1982. My daughter's name is ▮▮▮▮▮▮▮▮▮▮ A ▮▮▮▮ She
   was born on March 1, 2001, and is 17 years old. My daughter and I are both from Hondras.

2. We lived in a colonia near Cuyamer. I worked as a housekeeper for a very angry, bitter woman. She hit
   me often and once she burned my hand. She told me that if I called the police they wouldn't do anyting
   for me. I think she also paid the police officer to go away.

3. On April 1, 2018, a man came to our house about 5 in the afternoon and made threats to rape▮▮▮ and
   me. I didn't know who he was, he was stranger. He said he knew that we lived alone, and that he
   thought we were both pretty. He said that one way or another he was going to rape us both. My
   daughter heard all of this also, and started to cry. He was wearing black and red and had tattoos like he
   was in the Mara gang.

4. After that we were afraid to come out. He returned two more times after April 1st, but we weren't
   home. My neighbors told me he asked my neighbors for me, but they told him I wasn't home. My
   neighbor▮▮▮ told me the man was bad and she suspected he was the one who killed her son about a
   year earlier. She had gone to the police but the police didn't do anything about it. I left on Honduras on
   May 23, 2018.

5. I didn't go to the police because they didn't do anything when they killed ▮▮▮▮'s son. I knew another
   woman who was a victim of domestic abuse and they didn't do anything for her either. All they did was
   give her appointment after appointment, but they didn't do anything about her either.

6. After we left were traveling for about 3 days, my neighbor told me the same man, dressed the same way
   with tattoos came back two more times looking for me.

7. We crossed the river near McAllen and presented ourselves at the border to ICE on May 28, 2018. The
   ICE officer asked us why we were there. I was very nervous, and didn't say too much. They thought
   ▮▮▮▮ wasn't really my daughter. They threatened to take her away and actually did take her away for
   4 days. They told me to give my daughter all of her documents, that she was going to stay and they
   were going to deport me. They told me not too cry. Then they wrongly claimed that my paperwork for
   ▮▮▮▮ was false and claimed that she was not really 17. I kept saying she was born in 2001 and
   insisted she was 17.They wouldn't believe me and took her away.

8. First they put us together in a "fridge" that held about 30 people. For a full day, they gave us each one
   juice and one cookie, but no water. There were two restrooms for the thirty of us; they were separated
   from the main area by a partition of some kind. We could wash our hands – the sink was above the toilet

966

in a single piece of equipment. They didn't allow us to take a shower, change clothes. They gave us cookie and juice and Mylar sheets. There weren't any beds, so we slept on the cold cement.

9. While we were there, they took pictures of us and took other information. I asked if I could use the phone, and was told no, that I wasn't permitted to use it. They asked me if I had money for a lawyer, that's all. When I told them I did not, they didn't say anything about any rights to a free lawyer or provide a list of any kind.

10. We were there about a day, then they put us in cages like dog houses and were there for 4 days. It was the same building as the other place, but in the cage I was there with about 20 women. ███ was in a cage too, in a different part of the facility. They didn't allow me to see her. They told me I didn't have a right to see my child. We couldn't sleep, spent the whole time crying. I asked twice to use the phone but they wouldn't let me.

11. Sometimes they would let the kids out, if the kids tried to go the moms the officers would yell at the kids and wouldn't let them near the moms. ███ told me they kept telling her she was going to stay and her Mom was going to be deported. She said she didn't want to stay without her Mom.

12. We were there for four days in the cage and I didn't know where ███ was. I didn't see her. I learned after we were reunited that they kept the older kids ages 15-17 and girls separate from boys. separately. ███ told me they were given food 3 times a day, either burritos with beans or a ham sandwich. She had the same food three times a day, with one apple a day. They gave us bottled water. ███ also received a change of clean clothes and a clean towel and allowed her to bathe once on May 31. I wasn't given the chance to take a bath. No one asked me if we needed medical attention.

13. After four days in the dog houses, they didn't say where we going, but they put us on a bus. That was the first time I saw ███ since we had been separated. Thankfully, we were together. Some of the women who rode on the bus with us went without their children.

14. We were on the bus about three hours and taken directly to Karnes. We arrived around 4 pm on June 1. First, they gave us sandwiches and bottled water and a piece of fruit. They took our pictures, sign some paperwork. We stayed there all night, until everything was finished. We were taken to our room about 5 in the morning of June 2, by that time we hadn't slept in 24 hours. We wanted to sleep, but they woke us up to go have breakfast. When we got to our room was the first time I could use the phone.

15. My husband lives in St. Louis, Missouri, he is ███ father and has been here for two years. I've asked for my husband to send money and they put it on account for me to use the phone

16. There are four people total in our room, another woman and daughter from Honduras. They other girl is 15. We have a blankets in our room and we've gotten used to the temperature.

17. We don't like a lot of the food, but we have plenty of it. We have hygiene supplies and pretty much what we need.

967

18. I've developed panic attacks and I see a psyhcologist. ████ cries and wants to know when we are leaving from her. ████ has gone to the psychologist also. She likes school. She never wanted to miss school in Honduras and doesn't want to miss it here either. We've been able to schedule the appointments after school. Other than anxiety, we haven't had any other health problems.

19. They told us about our rights after we had been processed. I've had the opportunity to meet with RAICES and they've explained my rights, and the process. ████ wasn't with me when they explained our rights. No one has explained anything about ████ rights or if they might be different from any rights I have. I haven't received anything in writing either. I've only heard that children may have different rights, but no one has explained the difference to me.

20. I was interviewed by Immigration on June 12. for about an hour and a half. I learned the next day that it has been denied. Yesterday RAICES told me I would have an appointment with them. I don't know when it will be or what will happen next. The only thing they said is that I would have a hearing with a judge within 7 days, but it's already been 15 days. The lawyer told me they asked the judge if we could be released before the hearing and have the hearing wherever we go next. We are waiting to hear if that proposal will be accepted.

I, **Maria R**████ **A number** ████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████

_6 27 /8_
Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to ████ in Spanish.

Yolanda Rodriguez

_6|27|18_
Date

Page **3** of **3**

Exhibit 195

**Declaration of**

**NORA E** █████████████████████ **A NUMBER** ██████

I, **Nora E** ██████████████████ (A number ██████████ ), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 24, 1994. My son's name is ████████████████████ (A# ████████
   ). He is two years old and he was born on June 8, 2016. My son and I are from Honduras.

2. My son and I fled from Honduras because I had been threatened for years by criminals. After trying
   twice to move to different places in Honduras to escape these threats, I was assaulted by several men on
   my way home from work. They asked me for money and threatened to kill me if I didn't pay them. I
   feared for my life because I knew that I wasn't going to be able to pay them (I didn't owe them any
   money) and I knew that they would be able to find me again. I knew that I needed to seek safety for
   myself and my son in the United States. I am here to request asylum.

3. We crossed the border in Ciudad Juarez on June 8, 2018. My son and I crossed the river, and when we
   got out Customs and Border Patrol agents were waiting for us on the other side. We were taken
   immediately to La Hielera ("The Icebox"), which was about twenty minutes away by car. The officials
   did not ask me why I had come to the United States.

4. When we arrived at La Hielera, an official told me I had to sign some papers. I didn't know what they
   said because I can't read and no one explained them to me. I was worried about signing them because I
   didn't understand what I was signing, but the official got annoyed with me and told me I had to, so I
   signed them. I was not provided with any information about my rights, my child's rights, about
   attorneys who were available to help us, or about the asylum process. In fact, no one asked me why I
   had come to the United States, so I did not have the opportunity to explain that I was seeking asylum.

5. In La Hielera, my son and I were held in a crowded cell. There were about 25 of us in the cell. We only
   had enough room to lay out a blanket for us to sleep on, and we were also just given an aluminum sheet
   to cover us. It was cold all the time and the blankets hardly helped. Also, we weren't given a cushion
   and had to sleep on the hard floor. My son was throwing tantrums because he was so uncomfortable and
   not used to the situation.

6. The cell was so crowded that some people were laying near the toilet, which meant that it was
   impossible to use the bathroom in privacy. Also, the toilet was only behind a short wall that anyone
   could look over. Because there were so many people in the cell and we didn't have any broom, the cell
   was always dirty.

7. The only water available was from the sink directly above the toilet. I didn't want to drink that water,
   but because there was no other option, I didn't have a choice: my son and I drank the water. It tasted
   unpleasant. For food, all we got was bean burritos, juice, and cookies for three meals a day. We just got
   one burrito, juice and cookie. The burritos were very small and we were hungry all the time. My son

only ate a little bit of the burritos, but he would eat the cookies that we got. We weren't able to ask for more food – when someone asked for more juice, the officials didn't do anything.

8. When we arrived at La Hielera, our feet and shoes were wet from crossing the river, and our clothes were dirty. Despite that, we didn't get the chance to shower or receive clean, dry clothes.

9. We stayed at La Hielera Friday night, Saturday night, and Sunday part of the night. Very early in the morning – before sunrise – on Monday, June 11, 2018, we were woken up and told to get in a line. Everyone in the cell with us were taken to a different facility about twenty minutes away. The sun was just rising when we arrived.

10. At this second facility, I was able to call a friend of mine who lives in Los Angeles and is willing to have my son and I come live with him. My son and I were also able to take showers, but we had to put our soiled clothes back on afterwards. The clothes were very dirty by that point, but we weren't give clean clothes. No one at the second facility asked me what I had come to the United States with my son.

11. Very early on Tuesday morning – again before the sun came up – we were all made to line up again. We returned to La Hielera, ate breakfast, and then got on a bus and drove for nine hours to arrive here at Karnes.

12. We arrived at Karnes at 1 or 2 in the morning on June 13, 2018. We sat in a waiting room all night. There was nowhere to lie down, so I stayed up all night with my son in my arms. I got very tired and sleepy but I didn't have any other options. Finally, someone asked me if I wanted to request asylum, and I responded that I did, and they told me I needed to sign a paper to ask for asylum, so I did.

13. When I arrived here, I was able to speak for three minutes with my friend who is willing to receive my son and me. I wanted to use my son's three minute call later, but it had already expired. Since then, I have not been able to speak to my friend or to any other member of my family. I have started to work to earn some money so that I can make phone calls. I make $3 a day and I usually work for about an hour and a half.

14. Yesterday, my tooth started to hurt. I went to the doctor and they told me that the tooth needed to be removed, but that they wouldn't do it here and I had to wait until I was released to get it fixed. Instead they are just giving me some pills to help with the pain.

15. I had my credible fear interview yesterday, and have not yet heard about a determination. I haven't been informed that my son can be released to a sponsor in the United States or to a bond hearing in front of an immigration judge. I also don't know about the possibility of being released on bond or on parole. I think I received a list of lawyers I could consult, but I'm not certain as I cannot read the paper.

971

I, Nora E███████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/27/18

Date

Exhibit 196

**Declaration of Sonia Y**

I, Sonia Y█████ (A████), declare under penalty of perjury that the

following is true and correct to the best of my knowledge and recollection.

1. My name is Sonia Y████ I am 43 years old. My date of birth, March 29, 1975.

I am currently detained at the Karnes County Residential Center with my daughter, ███

███████ (A████). She is eight old and was born on September 23,

2009. My daughter and I are from Honduras.

2. We fled from our country because we had been receiving threats from a local gang that I

needed to leave my house because it now belonged to them. I was afraid that the gang would kill

me if I did not leave my house.

3. We presented ourselves at the border in Nogales, Arizona, on June 15, 2018, about 6:00

AM. We were detained at the "hielera" until the following morning. We were fed twice at the

hielera. Both times we were given a burrito, cookie and juice. ███ did not eat the burritos,

only the cookies and drank the juice. We were also given bottled water. While we were there, we

slept on a small mattress and we were given an aluminum blanket. ███ did not like the blanket

because it made too much noise. The lights were not turned off during the night.

4. I was asked if I was afraid to return to Honduras and I was able to make a phone call, I

called my niece. We were not advised about our legal rights at the hielera, and we were not

advised that ███ and I had the right to call an attorney.

5. We left the hielera around noon, were transferred to the "perrera". We were at the perrera

for one night. We arrived at 4:00 PM, we left about 9:00 AM the following day. When we

arrived we were given a sandwich, an apple, and a cookie. ███ did not eat the sandwich

because she does not like bologna. We were given orange juice to drink. We asked for water but

975

they would not give it to us, the officers told us to drink it from the toilet-sink. We were fed again at 11:00 PM, we had the same meal, bologna sandwich, apple, cookie and juice. ▮▮▮▮ again did not eat the sandwich. The following day, we were given a bologna sandwich, apple, cookie and juice for breakfast. ▮▮▮▮ did not eat the breakfast.

6.  Overnight, the officers gave ▮▮▮▮ and I a torn up blanket and a small mattress to sleep on. The blankets had big holes in them. They did not turn off the lights for us. It was very cold inside the perrera. At 11:30 PM, we were woken up so that we could take a shower. The water in the shower was very hot; the water burned ▮▮▮▮ skin. We complained that it was too hot, and ▮▮▮▮ did not want to get in. I did not feel that we were being given the option to shower or not, so we got in. We were only given three minutes to shower.

7.  The perrera was not clean. There was trash everywhere, including dirty diapers. I did not notice that anyone was cleaning the common room. In the perrera, the officers were very angry all the time. Some of the officers would talk to us in very angry voices. I overheard one officer telling a mother that he was not going to give her water so that she could prepare her child's milk bottle.

8.  In the perrera I was also able to make a phone call, I also called my niece. However, while at the perrera, we were not advised that we could have an attorney or that ▮▮▮▮ and I had legal rights.

9.  ▮▮▮▮ and I arrived at the Karnes County Residential Center on June 15, 2018, about 4:00 PM. When we arrived we were given some paperwork but it was not explained to me. We were interviewed regarding our basic information. We saw a medic who did a check up on us. I was advised that I could have an attorney and was provided a list of legal sources. I was given a list of attorney resources with phone numbers but I was not explained from where I could call.

10. The bedroom at Karnes is clean; I have no complaints. My roommate and I take turns cleaning the bedroom, the officers told us it was our duty to keep them clean. The food here is also good. ▬▬ has started school at Karnes, and sometimes she says that she does not want to go because she says the teacher is too mean.

I, Sonia Y▬▬▬▬, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06-25-18
Date

977

Certificate of Translation

I, Maria Osornio, certify that I am fluent in English and Spanish and that I read the above
declaration to Sonia Y██████████ in Spanish.


Maria Osornio
802 Kentucky Ave
San Antonio, Texas 78201


06/25/18
Date

978

# Exhibit 197

**Declaration of Yerica F**[REDACTED] **(A**[REDACTED]

I,      Yerica F[REDACTED]      (A[REDACTED]   , declare under penalty of perjury that

the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 4, 1998. My daughter, [REDACTED] , is

three years old and was born on August 27, 2014. My daughter and I are from Mexico.

2. We fled our country because [REDACTED] father would threaten that he wanted to take

[REDACTED] away from me as retaliation for having separated from him. [REDACTED] father was

abusive towards me during our relationship. He continued to harass me after we separated.

3. [REDACTED] and I presented ourselves at the border in Santa Teresa, New Mexico, about

noon, on or about June 11, 2018. When I presented myself at the border I told the officers that I

needed asylum. They told me to go into a waiting room. We were in the waiting room for about

eight hours that day. That day, the officers gave us instant soup to eat and water to drink. [REDACTED]

ate the food. The conditions of the waiting room were all right. The restrooms were not the

cleanest, they smelled very bad and the toilet was dirty.

4. After waiting in the waiting room we were taken to some bedrooms, a few minutes drive

away. The rooms were clean, but [REDACTED] and I slept on the floor with a thin mattress. We were

given blankets. While we were in the bedrooms in Santa Teresa we were fed instant soup to and

given water to drink. We were not fed more nutritious food, like fruits or vegetables.

5. I spent four nights at the detention center in Santa Teresa. Every day we were fed instant

soup for breakfast, lunch and dinner. I do not believe it is right to only feed children instant soup.

After the third day, [REDACTED] did not want to eat more instant soup.

6. After breakfast, we were transported back to the waiting room where we arrived. No one

explained to us why we were transferred back and forth, this happened for a few days. We would

arrive at the waiting room at 7:30 – 8:00 AM and were there until 9:00 PM. During the day we would just sit in waiting room. While we were waiting in the waiting room, no one helped me or attended to us. As far as I remember, I was spoken to when I first arrived. The waiting room did not have any toys or a television for          . We just had to sit waiting.

7.   While being held in Santa Teresa, the bedrooms did not have a place to shower. We were provided other necessities such as diapers, feminine products, soap and toilet paper. On my last day in Santa Teresa, I was just told to get my things because I was leaving. No one explained to me where we were going.

8.   During the time I was detained in Santa Teresa, I was not advised of my legal rights or those of          I was not allowed to communicate with anyone; I was not allowed to call my family. I was not advised that I could contact a lawyer.

9.   After four nights and five days in Santa Teresa, we were put on a bus and brought to the Karnes County Residential Center. We arrived about midnight to Karnes and when we arrived we waited in a waiting room all night with about 11 other mothers and children. The officers at Karnes interviewed me and we also saw a doctor. The doctor listened to our breathing and heartbeat.          received vaccines, they told me which ones, but I do not remember. After we were interviewed we were allowed to shower and pick up clean clothing.

10.   When we arrived at Karnes, I watched an orientation video about our legal rights but I did not really understand it. No one explained to me that          could request a bond hearing. I was provided a list of attorneys but I did not call any of them. I was not advised at any moment that I should see an attorney.

11.   The bedrooms at Karnes have small beds; in my room there is another mother and daughter. I did not know them before arriving to Karnes. When we arrived we were advised the

981

GEO guards told us that we needed to clean our own bedrooms and they gave us cleaning supplies.

12. The food at Karnes is not very good; the meat here tastes funny. The water that we are provided tastes horrible, it has a chlorine taste. ████ does not like the food at Karnes. She stopped eating about four days ago. She will only eat the beans that are served.

13. While at Karnes, ████ and I have been reprimanded when ████ lost her temper. The guard told me that very rudely and angrily that I needed to pick up my daughter. When ████ strays from me, the guards have also reprimanded me for letting her stray too far, but she is never very far.

I, Yerica F████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

25-06-18
June 25, 2018

982

**Certificate of Translation**

I, Maria R. Osornio certify that I am fluent in English and Spanish and that I read the attached declaration
to Yerica F                    in Spanish.

Maria R. Osornio
802 Kentucky Ave.
San Antonio, TX 78210

Date

Exhibit 198

**Declaration of Esperanza C**████████████ **(A**████████ **)**

I, Esperanza C██████████████, declare under penalty of perjury that the following is
true and correct to the best of my abilities and recollection:

1. My name is Esperanza C██████████████ I am 29 years old; I was born on March
17, 1989, in Guatemala. I am currently detained at the Karnes County Residential Center with
my son, ███████████████ (A████████ ). ███ is eight years old, his birthday is
June 28, 2009; he was also born in Guatemala.

2. I am fleeing Guatemala because ████ father and his new partner have been threatening
to kill ████ and me. I am also feeling extreme poverty. There are no jobs for women in
Guatemala.

3. ████ and I entered the United States on about June 20, 2018, at 10:00 PM, by walking
over the border and waited for Customs and Border Patrol to find us. When they found us, the
officers asked me why I had arrived; I told them that I had fled because ████ father had
abandoned us. The officers told us that they did not believe us, that everyone from Guatemala
said the same thing. After we were detained we were taken to a building where I spent five days.
During these five days ████ and I slept on the floor in a small, thin mattress. We were not
provided blankets even though the room was very cold. ████ complained about the cold, he
would cry and could not sleep.

4. The officers were very rude to us, we would ask if we could go outside to get some air
and they would tell us no. For food they would only give us bean burritos, cookies and they also
gave us water but it tasted like it has chlorine in it. Sometimes the burritos were cold. ████ did
not like the burritos or the cookies and he would not eat them. He also complained about the

water and would not drink it.     also got a juice, which he would drink. We would be fed twice
a day, the first meal was at about 11:00 AM and then again at about 11:00 PM.

5.  We were given water from a cooler, but we were not provided cups. We had to recycle
the juice boxes to hold water. When the cooler ran out of water, we were told that we could get
water from the toilet-sink, the same place where the women were washing dirty diapers.

6.  We were woken up to take a shower at about midnight, but we did not take a shower
because the water was too cold. This happened a few times. We complained about the water
being too cold and they just told us there was nothing to do about it.     would tell me that the
did not want to take a shower. We waited a few days to shower, when we did it was out of
necessity but the water was still very cold. The facility was dirty, there was trash everywhere and
the room was only cleaned twice in the five days that     and I were in the detention. The
restrooms did not have soap, even though some of the mothers would wash their children's cloth
diapers in the bathroom. The bathrooms did not have doors.

7.  They allowed me to make only one phone call and I called my sponsor in the United
States. I was not advised that I could call an attorney or advised that     and I had legal rights.

8.  I arrived at the Karnes County Residential Center on June 24, 2018, at 10:00 PM. I was in
the waiting room for two hours.     and I were given a sandwich and chips;     ate them. After
we ate we were able to shower.     and I saw a medic, we got an x-ray done, and they checked
our breathing and our heartbeat. We got our pictures taken and received some paperwork. They
told us the paperwork was to show me how to call my family, and some other information. After
this they took us to our rooms. We share our room with another mother and her child. I do not
know my roommate; I have never met her before.

986

9.   Since my arrival, I have not been provided legal information regarding ████ case and mine. I have been told that I will have a credible fear interview but I have not been provided information about it or told when I will have to go.

10. At Karnes, my bedroom and bathroom are fine. The guards at Karnes told me that I needed to make my bed. ████ and I have been provided all of our toiletries and other necessities. The food here is better than it was at the border and so far, ████ and I have been comfortable at Karnes.

I, Esperanza C████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06 / 25 / 18
Date

Certificate of Translation

I, Maria Osornio, certify that I am fluent in English and Spanish and that I read the above declaration to Esperanza O█████████████ in Spanish.

Maria Osornio
802 Kentucky Ave
San Antonio, Texas 78201

06/25/18
Date

Exhibit 199

## Declaration of

**Maria d**  **A NUMBER**

I, Maria d  (A number     ), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. I was born April 30, 1993. My daughter's name is             She was born on
   August 6, 2014 and is 3 years old. My daughter and I are from Mexico.

2. I came to the United States because a gang kidnapped my husband and threatened to kidnap my
   daughter and me. My family was living in Zacatecas. My husband was kidnapped on June 2. I do not
   know why. The kidnappers then told my family that they were going to kidnap my daughter and me as
   well.

3. My daughter and I traveled by bus for 22 hours to Juarez. On June 9 in the early afternoon, we crossed
   the bridge and requested asylum.

4. An immigration official interviewed us. He told me that we had the right to a lawyer. He gave us some
   papers.

5. We were placed in a large cell with four mothers and their children. We received noodle soup, burritos,
   water, juice, and cookies for the children.

6. The cell had no toilet, so the officers led us to the restroom when we needed them. The restroom had
   toilet paper and soap.

7. The cell had only thin mats and rough blankets that were painful against my skin. My body hurt from the
   hard floor. We could not sleep because the lights were always on.

8. We never got to shower or wash ourselves. My daughter was always crying because she was dirty.

9. On June 11, they brought more people into the cell and it was very crowded.

10. On June 12, they finally gave us wipes to clean ourselves before they took us to the airport. Then we
    flew to Karnes. We arrived at midnight and were sent for a medical exam. We received new clothes and
    personal items, including toothbrushes and toothpaste.

990

11. As time goes by, my daughter has eaten less and less. She has become much more irritable and cries all the time. She is always uncomfortable. Although she likes the school, she desperately wants to get out of here and keeps asking when we can leave.

12. I had a credible fear interview and have been informed that I will be released. I have been in contact with a friend's husband, who will receive me. I cannot wait to leave.

I, Maria d, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/27/18
Date

## Certificate of Translation

I, Ana Bueno, certify that I am fluent in English and Spanish and that I read the above declaration to Maria d▉ ▉ in Spanish.

Ana Bueno

6/27/18
Date

Exhibit 200

**Declaration of**

**Glenda D**███████████  **A NUMBER** ███████

I, Glenda D██████████ (A number ████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is April 7, 1987. My son's name is ████████████████ He was born on July 17, 2016 and is almost two years old. We are from El Salvador.

2. We left El Salvador because my husband and I and my three brothers received death threats from gang members who wanted our livestock and demanded that my brothers join their gang. When we refused, the gang demanded money to leave my brothers alone. We tried to move to a new city, but the gang members found our family and threatened us again. My husband fled to the US in an attempt to keep the rest of the family safe. But the gang continued to threaten to kill us and demand money.

3. My son and I arrived in the United States at Juarez on June 17, 2018. The coyote who led us told us to walk a short distance into the US and immigration officials would find us. We wanted to present ourselves and request asylum.

4. However, immigration was not anywhere and my son and I got lost for about 9 hours. During that time, I fell and cut myself. I was walking on the road and some people came by and offered to help us. Instead, they abducted us and took us to a hotel where we were held hostage for a week. The kidnappers demanded money from my husband for our release. They did not feed us. On June 23, I was able to call my husband who told me to call 911. The police arrived, questioned me about the kidnapping, and then turned my son and I over to immigration officials in El Paso.

5. We arrived at the immigration office at 12pm. They gave us two burritos, a water bottle for me, and juice for the baby. They let me call my husband in California. The immigration officer talked with him and told him where I was.

6. The officials told me that I could pay for an attorney, but did not tell me anything about our rights or give me a list of lawyers. I do not have any money for a lawyer and they did not tell me I could get a lawyer for free.

7. My son and I were held in a very small room with another woman and child, who was about five years old. It had two narrow cots and very little room to move around. The lights were on all the time. It was freezing. We had one rough blanket. My son cried constantly. We were always cold.

8. The room had a toilet that was exposed, with no privacy. There was toilet paper but no soap and nothing to clean ourselves with. We were never offered a shower. The officials gave me diapers but took away the baby wipes I had. I had to wipe my baby with rough toilet paper and he got a rash. I told the officials, and they gave me baby powder and rough towels.

9. The room was not cleaned all week. We had a box for trash but it was never collected.

10. We received food three times a day. It was usually a burrito and juice, but twice we got a cookie instead of a burrito for breakfast. They told us to flush the food down the toilet if we did not like it. They did not offer milk for my baby and he lost weight.

11. On June 26, we were brought to Karnes.

12. My baby will not eat any food except my breast milk. He used to nurse and also eat solid food. He is listless and does not want to play. He clings to me constantly.

13. I am depressed. I just feel flat. And listless. I may have cried all my tears but in any event I don't want to cry more in front of my son because it upsets him so much. The baby doesn't want to play.

14. The journey for us has been very hard. Despite all the difficulties, the worst part by far is watching my baby suffer and knowing that he is forever scarred.

I, **Glenda D**▮▮▮▮▮▮▮▮▮, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/27/18
Date

Page **2** of **3**

994

## Certificate of Translation

I, Ana Bueno, certify that I am fluent in English and Spanish and that I read the above declaration to Glenda
D         in Spanish.

Ana Bueno

$6/27/18$

Date

# Exhibit 201

**Declaration of**
**Maira L**████████████████**A**████████

I, **Maira L**████████████████████████ declare under penalty of perjury that the following is
true and correct to the best of my knowledge and recollection.

1. I am a citizen of El Salvador born on October 1, 1992. My son, Leonardo Antonio Escobar-Rivera A
   215 805 5325, was born on March 15, 2015. He is three.

2. On January 21, 2018 gang members killed my father in front of me and my sister. We knew the gang
   members. The gang was robbing my father. He didn't have any money so they killed him.

3. I came here with my sister and her 6-year-old son. We were separated when we were arrested. My sister
   and her son were released after one day to my uncle. My nephew has medical problems. He had had four
   surgeries on his eye. The eye is completely white. He also had surgery on the back of his head to relieve
   water.

4. I left El Salvador on June 4, 2018 traveling with a coyote. We arrived in El Paso on June 14 at 11 pm.
   We entered the US where we knew there would be immigration trucks. I approached an officer and told
   him that I came here because I am in danger and can't go back to my country. The immigration officer
   said that for crossing into the Unites States illegally they could take my child from me and put me in
   prison. We were taken into custody. I signed some papers. I was told that these papers were needed to
   move me to another pace. We were then taken to a jail cell.

5. They were eight mothers with about 12 children. The cell was very small. People had to sleep sitting up.
   The lights were left on all the time. It was freezing. For both me and my son they gave me one cloth
   blanket to put on the floor and one aluminum blanket to cover us. We were cold all the time. There were
   children in the cell who never stopped crying. We were there three days. We never left the cell.

6. There was one toilet in the cell which was completely open to view. We got one roll of toilet paper a
   day. There was a sink but no soap. We drank water from the sink. There was no cup. We used our hands.

7. We weren't given food or water for 24 hours. At 10 am I was given a juice and a small bean burrito. My
   child was given two small burritos and a juice. The burritos were frozen. At 7 am was the next time we
   ate. We each had a burrito and two juices.

8. No one talked to me about having a lawyer or my rights or the rights of my son. In fact, for the three
   days no officer talked to me at all. I was never given a list of lawyers but I was told I could have one
   when I arrived at Karnes.

9. On the last night in El Paso I was forced to take a shower at 10 pm. They woke me up at 1 am and said I
   had to shower again. I said I already had one and that my son was sleeping and I didn't want to wake
   him up. They said wake him up and get in the shower. "Don't be a dirty pig." My son didn't want to

Page 1 of 3

997

take a shower because he was cold. When they weren't looking I just washed his hair and didn't wet his body. We were not given clean clothes. I had no toothbrush or toothpaste. I wasn't given a towel. I just got back into my clothes and returned to the freezing cell.

10. My son kept saying mommy I'm hungry – I'm cold –let's go back home. My son was frightened.

11. One day I asked an officer for a juice for my baby. The officer didn't give it to me and said be grateful you are here. This isn't your country.

12. We had food at 8 pm – a burrito and two juices. At around 9am the following day I was told to wake up because "they were leaving." We were put on a bus with about eight mothers with their children. From my cell I was the only person taken out. We were brought to Karnes.

13. We were on the bus three hours. We were given a toasted cheese sandwich and two juices. Then we got on an airplane with only one other lady and her baby. We were on the plane an hour and a half. Then we got on another airplane and flew for about an hour. This was a regular plane with normal people and me and the other lady and child who were traveling with us.

14. When we arrived, we were put in a mini bus and brought to Karnes. We got here June 17.

15. At Karnes I was asked to sign papers for myself and my child saying that I was asking for asylum. Then my son and I each had a medical exam – x-rays and an examination for contagious rashes. We took a shower in a private shower. We had shampoo, a toothbrush and toothpaste, comb, towel and clean clothes. For the first time since I came here I am allowed to use a telephone.

16. I had my credible fear interview on Monday. I have not had a decision.


I, Maira L███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



_06/27/18_
Date

Certificate of Translation

I, Ana Bueno, certify that I am fluent in English and Spanish and that I read the above declaration to in Spanish to Maira L█████████

Ana Bueno

6/27/18
Date

# Exhibit 202

**Declaration of**
**Jessica C**█████████ **, A NUMBER** █████████

I, **Jessica C**█████████ (A number █████████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 18, 1985. My daughter's name is █████████ She was born
   November 5, 2010 on and is 7 years old. My daughter and I are from Honduras.

2. I came to the United States because I was afraid for my life because of threats from gangs.

3. A coyote led my daughter and I to the border. I entered the United States at McAllen on May 28 or 29.
   After walking for about 30 minutes, we found an immigration truck and presented ourselves.

4. They took us to an office called the "La Yelera" by detainees. We arrived at noon and the officials gave
   each of us a ham sandwich and juice. We had the same meal again at dinnertime.

5. We were placed in a very crowded room. There were around thirty women and their children. Only one
   woman did not have a child with her.

6. We were each given an aluminum blanket, but we were still freezing. There was nothing between us and
   the cold floor. We could not sleep because it was so cold. My daughter would not lie down on the floor.
   The lights were on all day and night.

7. The room had a toilet. There were three cameras watching us. There was toilet paper, but we did not
   have toothpaste, toothbrushes, or soap.

8. Nobody at the refrigerator explained our rights. The officials did not tell me that we had a right to an
   attorney or to a phone call.

9. At midnight, the officials took us to another location called the " La perrera" or doghouse. It's called
   that because the walls are lined with very small cages and there is no room to walk. Women slept on the
   floor. The children had small beds in their cells.

10. They separated the men, women, and children. They took my daughter away and told me they would
    take her to another detention facility because I had to go to court.

11. We were taken to court in a bus. I admitted that I entered the United States illegally but did not know
    that I was pleading guilty to a crime. They told me that they would deport me back to Honduras and my
    daughter would remain in the United States with her father in New York.

Page 1 of 3

1001

12. Afterwards, they brought me back to the dog houses. They gave me the phone number where my daughter was being held to use after I was deported. They didn't tell me where my daughter was. They told us we were not allowed to ask questions.

13. Four days later, on June 1, they took me and two other women to the place where the children were held in cages. My daughter was in a cage at the end of the room. I ran to her crying. The officers laughed at me maliciously and called me a crybaby.

14. My daughter told me that she missed me a lot, cried often, and was afraid when we were separated. She would not talk to the officials there. They did give her food.

15. The next day, we took a long bus ride crowded with thirty people to Karnes and arrived in the late afternoon. We were up all night being processed. I was not told about a lawyer or my rights.

16. I had a credible fear interview 12 days after arriving to Karnes, and was denied.

I, Jessica C██████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_6 /27/18_
Date

Page **2** of **3**

1002

## Certificate of Translation

I, Ana Bueno, certify that I am fluent in English and Spanish and that I read the above declaration to Jessica
C[                    ] in Spanish.

Ana Bueno

6/27/18
Date

Exhibit 203

## Declaration of
### Karla J███████████ A█████

I, **Karla J**███████████ **A**████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am an Honduran citizen born on January 4, 1985. My daughter ███████████████, A██ ████████ is 15 and was born on April 20, 2003.

2. I came to the United States after receiving death threats when I refused to pay gang members to protect my daughter. They burned both of her wrists with a lighter. I was afraid they would rape or kill her.

3. I traveled with my daughter to the Mexican border at Calexico, CA. I presented myself to an immigration officer and asked for asylum. I was told to sit on a bench outside where we sat for seven days. We were not given food or water, nor were we allowed to use the bathroom. We were not given anything to clean ourselves up with.

4. Eventually on what turned out to be the last two days I made a sign asking for water. Some passersby's who were commuters from Mexico gave me water and eventually some food. The man who swept the street let us use the toilet

5. After 7 days, we were taken inside where someone talked with me. We were taken upstairs where we stayed for four days. On the first night we were given one burrito and two juices. They never gave us water. The next day they began to feed us two meals a day – at 8 and 3. The food was a burrito and juice. My daughter would not eat the burrito because it was too spicy so she had only juice.

6. It was very cold. I was given one small sheet for both of us. We slept on the floor on a carpet. My daughter was cold. Then she developed a fever. I didn't tell anyone because they would yell at me. They were angry and yelled at me all the time.

7. After 4 days we were taken at 2am to San Diego by truck. We arrived around 8am. I was given two bags each containing a sandwich with a slice of ham, a bag of carrots and water. We were there about three hours.

8. Then we were taken by truck to an airport. Two people gave us clothes and sandals. We were allowed to go to the restroom and given towels, a comb and deodorant. They said we were being allowed to do this because we were going to an inspection. We each received a chicken sandwich with lettuce. My daughter would not eat the sandwich.

9. We were then brought by plane to San Antonio where we were taken to the Karnes facility. We have been here three days.

10. We were never given a notice of the right to a lawyer, to a bond hearing or anything else legal until we arrived at Karnes.

11. I was not allowed to use the telephone at Calexico or San Diego.

12. The water here at Karnes is over chlorinated. My daughter does not like the food and eats fruit, cereal and beans and rice.

13. I have told USCIS the reasons why I want asylum. I have not had a decision yet.

I, Karla J██████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



$6 - 25 - 2018$

Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Karla J██████████ in Spanish.

Yolanda Rodriguez

6|25|8

Date

1006

# Exhibit 204

## Declaration

MADELIN Y███████████████, A#███████

I, Madelin Y███████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Madelin Y███████████ born, October 9, 1999, A#███████ and my 3-year-old daughter ███████ (A#███████, born November 7, 2014, who was not interviewed and who is on my claim. I am from Azucenas, Jalapa, Guatemala.

2. I entered the United States on June 20, 2018 at Sonora. There was an officer in a truck who told us to come to the entry and open the gate for us to cross into the United States. I think because he saw that we were dehydrated and gave us cold water. We were then taken by truck to a place were they took all our belongings and then gave use soup, juice, and cookies. We were held there for four days and given only soup, juice, and cookies. The cookies and juice tasted very bad and we could not eat or drink it. They took declarations from us at this place. They asked my name and took my details. I said that I feared sexual abuse and violence from the father of my child.

3. I arrived at Karnes on June 24, 2018. At lunchtime my daughter became ill from eating the food and she had to go to the bathroom. When we came back they had thrown out my food. They then yelled at me when I asked for more food. They told me, "You can't go into the bathroom." When I replied, "Why not others did," the officer kept yelling at me. Another officer asked her colleague to stop but she did not. This terrified my daughter who had just heard a story about how a border patrolman had killed a migrant woman. I was forced to leave without finishing my meal. My daughter had not eaten her meal either.

4. The food and water is very bad and makes me and my child sick. I went to the doctor or nurse and I was given some medicine and told to return today at 6:30 pm to get more medicine.

5. Today, around 1 p.m. after eating lunch I saw a paper on my bed that said that I had an appointment. But when I came out to go to the appointment one of the guards yelled at me to go back into my room. The guards forced me to go back into my room. I told them I had an obligatory appointment with the psychologist, but they told me I could not leave my room. I missed my appointment. The appointment was very important to me because it was to help me process the trauma of physical, mental, and sexual abuse from the father of my child.

6. I have not seen a lawyer because no one told me that I could see a lawyer. I was not given any information about my procedure or what will happen to my claim. I did fill out a paper yesterday. I understood that this paper was to apply for asylum.

I, Madelin Y███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name:███████████                    ate: _6/25/12,078_

<u>Certificate of Translation</u>

I, Julia Valero, certify that I am fluent in English and Spanish, and that I read the above declaration to Madelin
Y███████████ in Spanish.

Julia Valero: _____  Date: __6|25|18__

802 Kentucky House
San Antonio, Texas 78201

2

Exhibit 205

**Declaration**

CLAUDIA A███████████████████        A#██████

I, Claudia A███████████        declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Claudia A██████████        born April 10, 1996, A#███████ and my 3-year-old son ███████ (A#██████), born August 27, 2014, who was not interviewed and who is on my claim. I am from La Libertad, El Salvador.

2. I entered the United States on June 14, 2018 by crossing the Rio Grande near Reynosa near El Paso, I am not sure where. I was detained by the river by U.S. officers. They took all of our documents, the shoelaces from our shoes, and all our belongings. This took about three hours. Then they took us to the hielera that was about one and half hours away.

3. At the hielera, I was given some food and water that tasted like chemicals, but I drank the water because I was so thirsty. I was kept there one night. It was very cold and we had no blankets and we had to sleep on the cement floor. It was impossible to sleep. I had to wrap my son in my sweater but he was still cold, even when I wrapped him in my arms too. In the morning they did not give us any food or water, but told us to board a bus.

4. We took a small bus for about 2-hours to the Perrera. When we arrived, we were checked by people who looked like doctors, but we were not given any food or water. At the Perrera, we were kept in fence-cages and given frozen burritos, water, milk, and one cookie. We had to sleep for three nights on very thin mattresses in the cold. The guards would wake up the children at 4 a.m. and telling them to walk around because "these were the rules in the U.S." And that "here we do things the way we say, not like in your own country." They would check us at 3 a.m. each night. At 4 a.m. or 5 a.m. they would sometimes take people out of the cages.

5. I was interviewed by an officer at the Perrera and I told that I was scared to go back to my country. I said I feared threats to my son and to myself from my child's father.

6. I arrived at Karnes 8 days ago on June 18, 2018. My son does not like the food, but he eats it because he has no choice. The food is not the food that we are used to eating.

7. At Karnes I live in a room with another mother and her son and we take turns cleaning our room.

8. Tomorrow, I will have my interview.

I, Claudia A███████████        swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ███████        Date: 06-25-2018

## Certificate of Translation

I, Julia Valero, certify that I am fluent in English and Spanish, and that I read the above declaration to Claudia
A███████████████████ in Spanish.

Julia Valero: _____ Date: $06/25/18$

802 Kentucky House
San Antonio, Texas 78201

2

Exhibit 206

## Declaration

YANETH C███████████████████████     A#███████████

I, Yaneth C███████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  I am Yaneth C██████████████████ born May 10, 1990, A#███████ and my 8-year-old daughter
    ███████████████ (A#███████, born November 3, 2009, who was not interviewed
    and who is on my claim. I came with one child and I have another one back in Potrero Sula, Nueva
    Conception in Chalate, El Salvador. The one child in El Salvador is with my mother-law.

2.  I arrived at Karnes 15 days ago. I had entered the United States on June 11, 2018 at Santa Teresa bridge. I
    went through immigration control. When entered at the border and I told the immigration official that I
    feared returning to El Salvador and then two officers asked me to wait to speak to another officer. I told the
    interviewing female CBP officer I fear returning to El Salvador. The CBP officer asked why I came to US.
    I said because I feared returning to El Salvador. The officer began screaming at me and told me that I was a
    lying because "all El Salvadorans, Hondurans, and Guatemalans come with the same lie." The CBP officer
    said she did make any more money asking more questions.

3.  I was at the border only for one day and then sent to a Perrera for 48-hours where I was kept for 48-hours.
    There were no showers. I was given soup and water and a mattress to lie on. To go to the bathroom, I had
    to ring a bell and wait for an officer to come take me, which sometimes took time.

4.  I came to Karnes on June 11, 2018. I have gastritis and has seen a nurse and a doctor. They gave her
    medicine and then asked her to go to pharmacy where she get her free medicine. She goes twice a day to
    get medicine.

5.  I stay at Karnes in a room with one other family. There are six beds in the room. The other family has the
    mother and daughter. I can make phone calls from my room, but I don't know how much they cost as my
    husband pays for the phone calls.

6.  Last Friday I had my first interview. The interviewer said that the CBP officer had not written down any
    claim for asylum. I do not know the outcome of their consideration of my asylum claim, but I have never
    received copies of any papers concerning my interviews since arriving.

7.  I was able to speak to an attorney, but I decided to do the interview alone. I was told about the legal advice
    during orientation and give a piece of paper about RAICES. I thought it was better to do the interview
    myself as the interviewer used a Spanish interpreter on the telephone and I know my story well. I though
    my interview went fine. I told the officer that I wanted to claim asylum and why I feared returning to El
    Salvador. The interview took less than one hour and then the officer read back a summary to me. I have
    none of the papers that I had signed.

8.  I clean my room own with my roommate. The people from GEO come into the room, about three or four
    times a day. They check day and night. Sunday through Thursday I have to be in my room by 8 pm, Friday
    through Saturday and other days after 10 pm.

9.  While I was at Karnes I attended a town-hall meeting in which they told us that the law was changing but
    that the changes would not affect my case and that I did not need to speak to my lawyer, unless I wanted to.
    There were many people in the room so it was hard to hear. The people speaking said they wanted to clarify
    the situation and calm the gossip that they were going to throw everyone out. Some mothers were crying.

1014

I, Yaneth C███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████████████

6/25/2018
Date

## Certificate of Translation

I, Julia Valero, certify that I am fluent in English and Spanish and that I read the above declaration to Yaneth C███████████████ in Spanish.

Julia Valero
RAICES
802 Kentucky Ave
San Antonio, Texas 78201

6/25/2018
Date

Exhibit 207

Declaration of

**DANIEL M** ████████████████████

I, **Daniel M** ████ ██████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 3, 1970. My son's name is █████████████████ ███████████ He is 15 years old and was born on January 24, 2003. My son and I are from Honduras.

2. I left Honduras out of fear for my and my son's life. My cousin, ████████████ was in a store in Santa Barbara where we are from. A young man, ████████████ entered the store with a gun, and tried to force him to drink with him, use cocaine, and sell cocaine. Later that same day, ██████ followed my cousin as he was going home and murdered him in the town square. He shot him dead in the plaza, which is in the area where I live. I witnessed this happening with my son and my older brother. I called 911, but the police did not come. My brother made a police report and the police finally came about six hours later. The police arrested █████ and put him jail for about a year and a half. Then █████ posted 150,000 lempiras bail because he is part of an organized crime group. When █████ was freed, he came to my house with a pistol and threatened to kill me and my son, █████ We were afraid to leave the house. Eight days later, we left for the United States.

3. █████ and I came to the United States. We were picked up by the Border Patrol and taken to a detention facility in El Paso, Texas, on about April 29, 2018. I felt traumatized and afraid. I just wanted to keep my son safe and with me.

4. In El Paso, we had to share a cell with 12 others. There were seven fathers and seven sons altogether in one room and it was very crowded. The temperature was freezing, and we were shivering. We had food and water, but very little – just a small burrito for each meal and one water bottle that we could fill at the sink in the room. There was a large plastic "canoe-like" structure to sleep in, but there were not enough for everyone, so we slept on the bare floor for a few nights. These canoes were very narrow and when we finally got one we had to share it by huddling together. We did not have blankets until some of the others left and we had to use the dirty blankets left behind. We stayed here for six days. We never left this room and did not know if it was day or night.

5. After six days, we were taken to a facility in New Mexico for one night. A male officer told my son █████ in Spanish that if he wanted to stay in the U.S., he would have to go into the military and fight in a war. He made my son agree that he would do that, and my son said he would be willing. I worried that █████ was going to be taken from me.

Page **1** of 3

1017

6.  We then returned to the same facility in El Paso.  The conditions in El Paso were the same as before and we had to share a bed again for two nights.  Then we were transferred to Berks.

7.  At Berks, we were not provided with access to a lawyer. My son and I had a credible fear interview over the phone with an officer without talking to a lawyer first.  I was very traumatized by our journey and was not able to tell the whole story of why we had come to the United States.  We received a negative credible fear decision.

8.  We then had a hearing with an Immigration Judge over a video.  I told the judge the story of my cousin who had been killed before our very eyes and the threats we had received. He asked me why I had not told these facts in the first credible fear interview and I explained how traumatized I had been.  However, he did not change the negative credible fear decision.

9.  My son and I did not meet with an attorney before our credible fear interview.  A general group meeting was held at Berks, and we attended that, but we never had a one-on-one meeting with a lawyer because by the time we were notified of the meeting, the time was up.

10. I did not meet with an attorney before I saw the Immigration Judge. ██████████ ██████ from Aldea, a lawyer, was present for the hearing, but I had never met her before and she does not speak Spanish.  I do not speak any English.  After the hearing, I was able to talk with ████████ through an interpreter.  She is appealing the decision for us.

11.  We have been held in Berks since approximately May 6, 2018.

    I, DANIEL M████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 28, 2018
Date

## CERTIFICATE OF TRANSLATION

I, _MATTHEW A. CAMPANELLA_, hereby certify that I am

proficient in both English and Spanish and am competent to translate the attached declaration

from English to Spanish.  I further certify that I have translated the attached declaration and read

it back in its entirely in Spanish to the declarant, _Daniel N_ ███████ ,

to the best of my abilities.

_[signature]_
Signature of Translator

_MATTHEW A. CAMPANELLA_
Printed Name of Translator

_479 Naples St., San Francisco, CA 94112_
Address of Translator

███████████████████

1019

Exhibit 208

**Declaration of**

**GABRIEL G**████████████████████████████████

I, **GABRIEL G**████████████████████████████████████ declare under penalty
of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 23, 1986.  My son's name is ████████ He is seven (7) years
   old and he was born on July 23, 2010.  My son and I are from Guatemala.

2. My family and I are Catholic and we practice our religion.  I am the music minister in
   my Church, and I sing.  I was threatened by a group of 15 Evangelical Christians, who
   threatened to kill me if I did not join their religion and stop practicing mine.  The second
   time, this same group told me that if I did not stop my music ministry at my Church,
   they would kill me and my son. I knew that I have the right to participate in the religion
   of my choice and that it was not their decision to tell me how to practice my religion.
   There is no authority in my town to report to them, so I went to another town, Varias,
   where I reported the threats to the police, but they did not do anything to protect me.
   Three days later, I took my young son and left the country.

3. We crossed a dry river bed into the United States, and I believe this was in Texas, but I
   am not sure. We approached a Border Patrol car on approximately June 10, 2018 and
   told them that we were seeking refuge in the United States and were afraid to return
   home.  We were taken to a Border Patrol facility near where we were picked up, but I do
   not know the name of the place or where it was. We were held in a cell with about 10
   adults and 10 children for five days. It was so crowded that people had to sleep around
   the toilet. We used dirty blankets that were left behind by others and slept on the bare
   floor. They never turned the lights off for the entire five days so we did not know if was
   day or night.

4. The food at the Border Patrol facility was very inadequate. We were given a small
   burrito each two or three times per day and a juice box.  The officers verbally abused us
   and called us pigs ("marranos") when they gave us our food.  No water was provided.

5. The temperature was very cold.  We were shivering the whole time we were held there.

6. We had a toilet and toilet paper, but the sink barely worked. It only dripped water.
   Twenty people had to share the one toilet.

7. After five days, my son and I were sent to the detention center in Berks County, PA.  I
   have no complaints about the conditions or treatment at the Berks detention center.

1021

8. We have been here since June 19, 2018.  I have had two credible fear interviews.  The first one was with a legal representative who translated from our primary language, Qanjobal, but we did not have a lawyer.  The second interview was on June 26, 2018, and we had a lawyer, ███████████ from Aldea, with us.  We are waiting for a decision.

I, **GABRIEL G**█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████

06/29/2018
Date

# CERTIFICATE OF TRANSLATION

I, Matthew A. Campanella, hereby certify that I am proficient in both English and Spanish and

am competent to translate the attached declaration from English to Spanish.  I further certify that

I have translated the attached declaration and read it back in its entirely in Spanish to the

declarant, Gabriel G█████████ to the best of my abilities.

06/29/18

Signature of Translator

**Matthew A. Campanella**
Printed Name of Translator

**479 Naples Street, San Francisco, CA 94112**
Address of Translator

1023

Exhibit 209

**Declaration of**

**MATEO A** ████████████████████████████

I, **Mateo A** ████████████████████████ declare under penalty of perjury that
the following is true and correct to the best of my knowledge and recollection.

1. I was born on July 25, 1990. My son's name is ████████████████████████
   He is six (6) years old and he was born on December 11, 2011. My son and I are from
   Guatemala. Our primary language is Qanjobal. I speak Spanish as a second language
   and do not read it. My son does not speak any Spanish.

2. We left Guatemala at the end of May 2018. We arrived at the U.S.- Mexico border in the
   middle of June 2018.

3. We met two U.S. border patrol on the Mexico side of a fence at the border near Juarez.
   They were wearing green uniforms and were in two different vehicles. We had not
   crossed into the United States. The border patrol approached us on the Mexican side and
   asked me if we wanted to cross. I said that we were seeking help and could not cross here
   because the fence is too high. They took our shoelaces, belts, papers, and money and put
   us in one of their vehicles. They used a key and opened a gate to the U.S. side and drove
   us through. They took us to a detention center, but I do not know where it was located.
   This was in approximately the middle of June.

4. We stayed at the detention center for about 15 days. We slept in bunk beds with 10 other
   people in a small cell. We were crowded. We had no blankets.

5. We had very little food to eat. Every day we were given a small burrito and juice box for
   lunch and dinner, but no breakfast. We had some water and a small package of crackers.

6. The temperature was freezing cold and we were shivering because we had no blankets or
   sweatshirts.

7. The lights were on all day and night. We never knew if it was daytime or nighttime.

8. After 15 days, we were brought to Berks detention center. We arrived at 1:00 a.m. today,
   June 28, 2018.

9. I received notice of legal services that are available to me, but I cannot read. I have not
   called or seen a lawyer yet.

1025

I, **MATEO A**⬛⬛⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

_06/29/18_
Date

## Certificate of Translation

I, Matthew A. Campanella, certify that I am fluent in English and Spanish and that I read the above declaration to Mateo A⬛⬛⬛⬛ in Spanish.

Matthew A. Campanella
479 Naples Street
San Francisco, CA 94112
213-479-3066

_06/29/18_
Date

Page **2** of **2**

# Exhibit 210

**Declaration of**

Daniel H███████████████████████

I, Daniel H███████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 1, 1985. My son's name is ██████████████████ He is 3 years old and he was born on September 19, 2014 ██████████ My son and I are from Honduras.

2. I left Honduras because I received threats from a gang.

3. We were detained at the border about six days ago. I believe that it was on or about June 23, 2018. We were taken to a place for a couple of hours. After that, we were brought to a place for two days. I am not sure where the place was, but it was about 30 minutes by bus from the border. I was not explained my right to appear before an immigration judge to review my bond situation or release. I was given some papers, but I cannot read or write, so I am not quite sure what they say.

4. At the place where we were detained for two days, we were only given juice, water, and burritos. We were not given any other type of food.

5. As far as I know, there was not access to a list of lawyers who I could call at the facility where I was for two days.

6. We could not do anything there. We could not leave, we were just in the room the entire time. It was small so we could not even really move.

7. At the place where I stayed for two days, it was freezing. It was so cold that we covered ourselves with aluminum, which we felt helped us stay slightly warmer. It was even colder because we had to sleep on the floor. A few people slept on mats, but most of us slept on the floor without a mat. Everyone was jammed in together, almost touching each other. I was cold and ████████ was very cold.

8. At the place where I stayed for two days, the lights in the place did not go off all night. We did not know if it was daytime or nighttime ████████ could not sleep because it was not dark.

9. At the place where I was held for two days, we were not given a shower.

10. After two days, my son and I were taken to Berks. We arrived in the middle of the night. Here, I have no complaints.

11. Here at Berks, they told me about my rights and my son's rights but I do not understand.

Page **1** of 3

1028

12. I,  Daniel H█████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 29, 2018
Date

1029

<u>Certificate of Translation</u>

I, Sarah Baranik, certify that I am fluent in English and Spanish and that I read the above declaration to Daniel H█████████ in Spanish.

_Sarah Baranik_
Sarah Baranik
1030 E Lancaster Avenue
Bryn Mawr, PA 19010

June 29, 2018
Date

Page **3** of **3**

1030

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Nora
E███████████████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94017

_6/27/18_
Date

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS'
  THIRD JUVENILE COORDINATOR REPORTS VOLUME 11 OF 12
  [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED
  UNDER SEAL]

with the United States District Court, Central District of California by using the CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents to the interested parties by sending copies to the email address of Defendants' Counsel, Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1