1
2
3
4
5

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

6
7
8
9
10

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

11

*Attorneys for plaintiffs (listing continues on following page)*

12
13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14
15
16
17
18
19
20
21

JENNY LISETTE FLORES, *et al.*,

      Plaintiffs,

- vs -

JEFFERSON B. SESSIONS, ATTORNEY GENERAL
OF THE UNITED STATES, *et al.*,

      Defendants.

      )
      )
      )
      )
      )
      )
      )
      )
      )
      )
      )

Case No. CV 85-4544 DMG (AGRx)

EXHIBITS IN SUPPORT OF
PLAINTIFFS' RESPONSE TO
DEFENDANTS' FIRST JUVENILE
COORDINATOR REPORTS
VOLUME 12 OF 12 [**REDACTED
VERSION OF DOCUMENT
PROPOSED TO BE FILED UNDER
SEAL**]

[HON. DOLLY M. GEE]

Hearing: July 27, 2018
Time: 10 AM

22
23
24
25
26
27
28

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:      (408) 280-2437
Facsimile:      (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

/ / /

**INDEX OF EXHIBITS**

**VOLUME 1**

1. Declaration of Class Counsel, Peter Schey.................................................... 1
2. List of Licensed Group Homes and Homeless Youth Shelters.......................... 5
3. Declaration of Lidia S█████████████ ............................................... 25
4. Declaration of Dilsia R███ ............................................................... 29
5. Declaration of Josselin H█████████ ............................................... 33
6. Declaration of Keylin M████████ ...................................................37
7. Declaration of Iris A████████ ........................................................41
8. Declaration of Dixiana S███████ ...................................................... 46
9. Declaration of Maria Angela A█████████ ......................................... 50
10. Declaration of Ana Vilma M█████████ ........................................... 54

**VOLUME 2**

11. Excerpts of Exhibits..........................................................................58

**VOLUME 3**

12. Declaration of Cristobal R█████████ .............................................224
13. Declaration of Delmis V████████ ...................................................229
14. Declaration of Justin L███████████ ................................................233
15. Declaration of Mayra S██████ .........................................................242
16. Declaration of Ruth M████████ .....................................................246
17. Ommitted
18. Declaration of Bridis F███████ .......................................................250
19. Declaration of Lourdes R█████████ ...............................................254
20. Declaration of Blanca M██████ .......................................................257
21. Declaration of Brandon S█████████ ...............................................262
22. Declaration of Fatima O████ ...........................................................265
23. Declaration of Nohemi P████████ ..................................................269
24. Declaration of Doris M█████ ..........................................................272
25. Declaration of Karen B█████████ ...................................................276
26. Declaration of Jefferson A█████████ ..............................................281

1

27. Declaration of Daise M████████ ..................................... 285

28. Declaration of Alejandra R████████ ................................. 289

29. Declaration of Dinora C████████ ................................... 293

30. Declaration of Leydi X████████ ................................... 298

**VOLUME 4**

31. Declaration of Floridalma L████████ ............................... 302

32. Declaration of Anet M████████ ................................... 309

33. Declaration of Sindy S████████ .................................. 314

34. Declaration of Timofei F████████ ................................314

35. Declaration of Cesar A████████ ................................. 323

36. Declaration of Kevin U████████ ................................. 329

37. Declaration of Ana P████████ .................................... 338

38. Declaration of Alma R████████ ................................. 342

39. Declaration of Marlyn E████████ ................................ 346

40. Declaration of Jeydi I████████ .................................. 353

41. Declaration of Tarino A████ ......................................356

42. Declaration of Denia M████████ ................................ 361

43. Declaration of Manuel A████████ ............................... 367

44. Declaration of Alma S████████ .................................. 374

45. Declaration of Abidalia G████████ ............................... 378

46. Declaration of Gladys I████████ ................................ 382

47. Declaration of Baljit K████ .....................................385

48. Omitted

49. Declaration of Edgar R████████ ................................. 390

50. Declaration of Ermita M████████ ...............................394

**VOLUME 5**

51. Declaration of Fanny Damarys A████████ ........................ 397

52. Declaration of Nery Baltazar M████████ ........................ 401

53. Declaration of Selena B████████ ............................... 404

54. Declaration of Victor A████████ ............................... 408

55. Declaration of Yeimin B████████ .............................. 413

2

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

56. Declaration of Anghelo M█████████████ ......................419

57. Omitted

58. Declaration of Sergio C███████ .............................426

59. Declaration of Dennis M██████ ..............................430

60. Declaration of Emilson E███████ ............................434

61. Declaration of Erick L██████ ...............................437

62. Declaration of Gladys I█████ ...............................444

63. Declaration of Marcedonio P███ .............................447

64. Omitted

65. Declaration of Sandra M██████████ .........................451

66. Declaration of Elmer S██████ ...............................455

67. Declaration of Yonain G█████ ...............................460

68. Declaration of Juan M███████ ...............................463

69. Declaration of Ivania L████ ................................466

70. Declaration of Geovany D███████ ............................469

**VOLUME 6**

71. Declaration of Ricardo  M████████ .........................472

72. Declaration of Abilio I███████████ ........................475

73. Declaration of Itzel C████ ................................478

74. Declaration of Dony  A██████ ..............................481

75. Declaration of Bartolo  D██████ ...........................484

76. Declaration of Minta M██████████ ..........................487

77. Declaration of Noe R███████ ...............................490

78. Declaration of Rony  E██████ ..............................493

79. Declaration of Felipe G█████ ..............................496

80. Declaration of Otoniel A██████████ ........................499

81. Declaration of Pedro V████████ ............................502

82. Declaration of Lester  Y████████ ..........................505

83. Declaration of Carol V███████ .............................508

84. Declaration of Cindy J███████ .............................513

85. Declaration of Edwin A████████ ............................518

86. Declaration of Elvi O██████ ...............................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C██████ .................................................. 532

88. Declaration of Denis J██████ ...................................................536

89. Declaration of Juan C██████ ....................................................542

90. Declaration of Lucia G██████ ...................................................549

91. Declaration of Norin U██████ ...................................................554

92. Declaration of Skarleth G██████ ................................................559

93. Declaration of Carol S██████ ...................................................564

94. Declaration of David A██████ ...................................................572

95. Declaration of Elry A██████ ....................................................579

**VOLUME 7**

96. Declaration of Eydi Y██████ ....................................................582

97. Declaration of Jesica Y██████ ..................................................585

98. Declaration of Katherine B██████ ...............................................591

99. Declaration of Kevin G██████ ...................................................599

100. Declaration of Miguel A██████ .................................................606

101. Declaration of Rebecca Y██████ ...............................................613

102. Declaration of Yender E██████ .................................................619

103. Declaration of Elmer V██████ ..................................................626

104. Declaration of Deny N██████ ...................................................630

105. Declaration of Juan A██████ ...................................................634

106. Declaration of Horacio A██████ ................................................638

107. Declaration of Melannie O██████ ...............................................642

108. Declaration of Vicenta P██████ ................................................ 647

109. Declaration of Miriam B██████ .................................................650

110. Declaration of Loida G██████ ..................................................653

111. Declaration of Loida C██████ ..................................................656

112. Declaration of Genoveva G██████ ...............................................659

**VOLUME 8**

113. Declaration of Aurelia R██████ ................................................662

114. Declaration of Ana M██████ ....................................................665

115. Declaration of Celestino A██████ ..............................................668

116. Declaration of Jose L██████ ...................................................671

4

117. Declaration of Braylin A█████████ .................................................................674

118. Declaration of Ventura I█████████ ................................................................677

119. Declaration of M████████ .............................................................................680

120. Declaration of Christy F█████████ .................................................................683

121. Declaration of Graisy I█████████ ..................................................................686

122. Declaration of Martin H█████████ .................................................................689

123. Declaration of Edras d███████ ........................................................................692

124. Declaration of Elena C████████ .....................................................................695

125. Declaration of Heydi F██████████ .................................................................698

126. Declaration of Magdalena P█████████ ...........................................................701

127. Declaration of Jorge M█████████ ..................................................................704

128. Declaration of Manuel R████████ ..................................................................708

129. Declaration of Mauricio B██████████ ............................................................711

130. Declaration of Rosalva P█ ..............................................................................716

131. Declaration of Owen E█████████ ..................................................................721

132. Declaration of Alexander T█████████ ............................................................725

133. Declaration of Serafin S█ ...............................................................................728

134. Declaration of Kimberly V█████████ ............................................................732

135. Declaration of Michelle T█████████ ..............................................................736

**VOLUME 9**

136. Declaration of Orlando M██████████ ............................................................740

137. Declaration of Vanessa R█████████ ..............................................................743

138. Declaration of Alexander G█████████ ...........................................................747

139. Declaration of Hazlyn D██████████ ..............................................................751

140. Declaration of Eva B████████ ........................................................................755

141. Declaration of Gladys E█████████ ................................................................759

142. Declaration of Maria E██████████ ................................................................763

143. Declaration of Lexyer B█████████ ................................................................767

144. Declaration of Cesia B████████ .....................................................................771

145. Declaration of Alan C███████ ........................................................................775

146. Declaration of Juan A██████████ ..................................................................780

147. Declaration of Edwin Q█████████ ................................................................784

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

148. Declaration of Leticia D █████████ .................................................................. 788

149. Declaration of Sandeep S ████ ..................................................................... 792

150. Declaration of Manish K ████ ....................................................................... 796

151. Declaration of Devis U ██████████ ............................................................. 800

152. Declaration of Sachin K ████ ........................................................................ 803

153. Declaration of Raul P ████████ ................................................................... 807

154. Declaration of Yasmin R █████████ .......................................................... 810

155. Declaration of Dixia S ██████ ...................................................................... 813

156. Declaration of Angel A ████████████ ....................................................... 817

157. Declaration of Josue ███████ ...................................................................... 822

158. Declaration of Lesvia E ██████████ .......................................................... 825

159. Declaration of Patricia H █████████ .......................................................... 828

160. Declaration of Alba S ███████ ..................................................................... 833

161. Declaration of Blanca C ████████ .............................................................. 838

162. Declaration of Jeydi M ████████ ............................................................... 841

163. Declaration of Lizeth R ███████ ................................................................ 844

164. Declaration of Maira S █████████ .............................................................. 847

165. Declaration of Yenny F ███████████ ........................................................ 850

**VOLUME 10**

166. Declaration of Brenda M █████████ .......................................................... 853

167. Declaration of Griselda B ██████████ ....................................................... 857

168. Declaration of Keila P ██████████ .............................................................. 861

169. Declaration of Rosa P █████ ........................................................................ 865

170. Declaration of Saudi S █████████ .............................................................. 869

171. Declaration of Santos A █████████ ............................................................ 872

172. Declaration of Sandra M ████████ ............................................................. 876

173. Declaration of Wendy P █████████ ............................................................ 879

174. Declaration of Dulce M ██████████ .......................................................... 883

175. Declaration of Maria d █████████ .............................................................. 887

176. Declaration of Herlinda C ██████████ ...................................................... 891

177. Declaration of Yojana R █████████ ........................................................... 895

178. Declaration of Vilma M █████████ ............................................................ 899

6

179. Declaration of Noredith P████████████...............................903

180. Declaration of Rocio M██████████........................................907

181. Declaration of Iris E████████████..........................................911

182. Declaration of Mirza O██████████...........................................916

183. Declaration of David C██████████...........................................920

184. Declaration of Noliba C███████..............................................924

185. Declaration of Bryseyda G████████████████....................928

186. Declaration of Alba P████████.............................................932

187. Declaration of Josue G████████...........................................936

188. Declaration of Sara P████████.............................................939

189. Declaration of Beysi M██████████.......................................943

190. Declaration of Besy J██████████..........................................947

**VOLUME 11**

191. Declaration of Blanca R██████████.....................................952

192. Declaration of Gladis B████████████..................................956

193. Declaration of Lucia R████████████....................................960

194. Declaration of Maria R████████.........................................965

195. Declaration of Nora E██████████.......................................969

196. Declaration of Sonia Y████████.........................................974

197. Declaration of Yerica F████████.........................................979

198. Declaration of Esperanza C██████████..............................984

199. Declaration of Maria del S████████████............................989

200. Declaration of Glenda D██████████...................................992

201. Declaration of Maira L██████████......................................996

202. Declaration of Jessica C█████████....................................1000

203. Declaration of Karla J█████████.......................................1004

204. Declaration of Madelin Y██████████................................1007

205. Declaration of Claudia A████████████.............................1010

206. Declaration of Yaneth C████████████...............................1013

207. Declaration of Daniel M██████.........................................1016

208. Declaration of Gabriel G█████████..................................1020

209. Declaration of Mateo A█████████....................................1024

7

210. Declaration of Daniel H███████ ........................................................ 1027

**VOLUME 12**

211. Declaration of Felipe A███████ .......................................................... 1031

212. Declaration of Leonardo L███████ ..................................................... 1035

213. Declaration of Maudin L███████ ......................................................... 1039

214. Declaration of Edwin G███████ ........................................................... 1042

215. Declaration of Victor V███████ ............................................................ 1046

216. Declaration of Gustavo A███████ ........................................................ 1050

217. Declaration of Romeo N███████ .......................................................... 1054

218. Declaration of Wilder D███████ ........................................................... 1058

219. Declaration of Jhony A███████ ............................................................. 1062

220. Declaration of Luis M███████ .............................................................. 1065

221. Declaration of Sayra O███████ ............................................................ 1068

222. Declaration of Roger G███████ ............................................................ 1071

223. Declaration of Diego M███████ ........................................................... 1074

224. Declaration of Kevin Y███████ ............................................................ 1078

225. Declaration of Elmer E███████ ............................................................ 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller ........................ 1087

8

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

# Exhibit 211

**Declaration of**

Felipe A ████████████████████

I, Felipe A ███████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is September 21, 1980. My son's name is ███████████████ We call him ██████ He is 9 years old and he was born on October 30, 2008 ███████████ My son and I are from Guatemala.

2. I left Guatemala because I received death threats. I came here to protect myself and my son, ██████

3. We presented ourselves at the border in Ciudad Juarez several weeks ago. I am not sure what date it was. We were taken to a place for 2-3 hours and then we were taken to another facility, where we stayed for 5-6 days.

4. At the facility where we stayed 5-6 days, the border control agents asked us why we came. I was afraid to respond because I do not speak English. Although I speak some Spanish, my native language is Kiche and I did not want to make any errors in Spanish and have it be misunderstood. They asked me to sign something and I was afraid to sign it because I do not read or write. I asked what the document was and I was told it was a deportation order, which mean that I would be deported and my son would stay here in the USA. My son and I started to cry because I did not want to be separated from him. I told my son that I was not going to sign the paper. I did not sign any paper that they gave me.

5. At the facility where we spent 5-6 days, we were given only burritos and juice. The children would get little cookies too. However, in general, all we were given was burritos, three times a day. We were not given other foods to eat.

6. It was very, very cold at the facility. I gave my son my jacket and also my blanket to try and keep him warm. The place was over-crowded and there were not enough mats to sleep on. Sometimes people had to share a mat on the floor or sleep on only one-half of the mat so at least their back could be off the floor, which was very cold. Some people just slept on the floor.

7. I had to give my son medicine for his throat because the cold was impacting his throat.

8. At the facility where we stayed for 5-6 days, we did not know what time it was because the lights were on all the time. No one knew whether it was day or night. The lights are bothersome, but we can do nothing. The children are accustomed to sleeping without lights, so it is hard for the children to sleep.

9. We all pitched in to keep the bathrooms clean at the facility. We were only given 2-3 minutes to shower.

10. I was not given access to a phone. Supposedly they tried to call my friend here but the call did not work. At the first facility I was at for 5-6 days, I was not told of my rights.

11. After 5-6 days, my son and I were taken to Berks. At Berks, I was given some papers but I do not know what the papers say.

1032

12. My son and I have been at Berks for 14 days. I do not know when we will be released.

13. Here, we clean the bathroom, but I feel like we should contribute since the people are giving us food and place to sleep.

I, Felipe A████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████

_____
Date

1033

## Certificate of Translation

I, Sarah Baranik, certify that I am fluent in English and Spanish and that I read the above declaration to Felipe A▮▮▮▮▮▮▮ n Spanish.


_____
Sarah Baranik

1030 E Lancaster Ave
Bryn·Mawr PA 19010


_____
June 29, 2018
Date

1034

Exhibit 212

**Declaration of**
**Leonardo L███████████████████**

I, Leonardo G███████████████████████ declare under penalty of perjury that
the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 28, 2002. I am from Guatemala.

2. My father was receiving threats of extortion. He owned a shop in Gautemala, where he
   painted cars. He never told me what was happening, but I noticed that extorionists were
   calling his cell phone every time a job finished.

3. We presented ourselves at the border at Mexicali about 1 week ago.  I believe that it was
   on or about June 22, 2018.  We were taken to a facility in California. There was access
   to toilets, and food and water there, but no showers, and we had to sleep on the floor
   with only a bed sheet. There was no ventilation and no windows.  There were 5 children
   and 5 adults – all males.

4. After 3-4 days, we were brought out of the facility and taken somewhere where we had
   to put our possessions in bags. We were then taken to a police station and we slept
   there for the night, on mattresses on the floor.

5. Next my father and I were taken to Berks where we are currently being held. When we
   arrived here, they made us throw out our bags with our personal possessions. My bag
   contained a sweater, shoes and pants.

6. At Berks, my father and I are kept together. We have access to toilets and sinks, we are
   fed three times per day, we can have fruit at anytime day or night, and shower at
   anytime. When I take a shower there's someone at the door, making sure everything is
   fine. There is medical assistance, the temperature is satisfactory, they have beds, and
   get 1 blanket per person, which is adequate.

7. My father was given documents with our rights, but received nothing about legal
   services.

8. My father has a close friend named ███████████████ in West Palm Beach Florida, who
   we were supposed to stay with after crossing the border.

9. We had our interview for credible fear yesterday and we don't know the case or release status yet.

I, Leonardo G███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████████                    6/28/2018
                                          **Date**

<u>Certificate of Translation</u>

I, Fabiola Castellanos-Gaspar certify that I am fluent in English and Spanish and that I read the above declaration to Leonardo Gabriel Lopez Herrera in Spanish.

Fabiola Castellanos-Gaspar
Welcoming Center for New Pennsylvanians
1617 JFK Blvd.
Suite 555
Philadelphia, PA 19103

June 28, 2018

Exhibit 213

**Declaration of**

**MAUDIN L** ███████████████

I, **Maudin L** ████████████████ declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is 22 March 1978.  My son/daughter's name is █████████
   ████████ He is 16 years old and he was born on 28 February 2002.  My son and I are
   from Guatemala.

2. We left Guatemala after suffering threats of violence from extortionists. I have told 4
   people at the Berks facility about the threats, a staff member, a psychologist, an officer
   and an immigration official on the phone.

3. We presented ourselves at the border on or about June 22.  We entered through Mexicali
   and were held in a facility in California.

4. Water and food was available but we had no access to showers, it was overcrowded and
   we had to sleep on the floor. Everyone slept on the floor. There was no problem with the
   temperature and medical assistance was available.

5. After three days, my son and I were taken to the Berks facility, arriving June 25.

6. Conditions at Berks are satisfactory. The staff shines a flashlight in our room when we
   are sleeping.

7. My son and I have been at the current facility for about 4 days.


I, Maudin L ███████████ swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was provided in Spanish, a language in
which I am fluent, and was read back to me in Spanish.


████████████████████
████████████████████          *6-28- 0018*
████████████████████          _____
████████████████████          June 28, 2018

<u>Certificate of Translation</u>

I, Fabiola Castellanos-Gaspar, certify that I am fluent in English and Spanish and that I read the
above declaration to Maudin L█████████ in Spanish.


*Fabiola L. Castellanos-Gaspar*

Fabiola Castellanos-Gaspar
Welcoming Center for New Pennsylvanians
1617 JFK Blvd.
Suite 555
Philadelphia, PA 19103

June 28, 2018

Exhibit 214

**Declaration of**

**Edwin G** ████████████████████████████████

I, **Eduin G**████████████████████████████████████ declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 31, 1992. My son's name is ████████████████████ He is 7 years old
   and he was born on April 27, 2011. My son and I are from Honduras.

2. We left Honduras because we were afraid. I received death threats. I was riding on my motorcycle with
   my son, ████ On May 9th, we were stopped by gang members who wanted the motorcycle, but I
   refused and then I left. Three days later, on May 12th, I received an anonymous letter underneath the
   door of my house. My wife read it, and told me that it said they were either going to kill me or my son. I
   had thought about leaving before, but when they threatened ████ that is when I finally decided to
   leave. We left Honduras on May 19, 2018.

3. We presented ourselves at the border about 2:00am.  I believe that it was on or about June 21, 2018.  We
   were taken to an unknown facility.

4. At the first facility, we just stayed from 2:00am until 7:00am. We didn't have to time to eat or shower.
   We were transferred to another facility about 20 minutes away.

5. We were at this facility for about three days, until June 25, 2018.

6. At this facility, this facility was terrible. We ate three burritos per day, we never got any healthy food.

7. The temperature at this facility was freezing. We only had aluminum blankets to warm ourselves.

8. They never turned the lights off. The lights were on day and night.

9. The hygiene at the facility was terrible. We stayed in a large room that was overcrowded, with about 22
   people (11 fathers with their children). The toilet was in the same room where we were eating.

10. After three days, my son and I were taken to the original center where we were first held, and we stayed
    there for two more days.

11. At the facility, the conditions were just the same. We had the same unhealthy food, overcrowding, and
    temperature issues. My son, ████ never got sick, but one child was taken to the hospital. I do not know
    why.

12. At both facilities, we were never given a list of our rights or a list of free attorneys. At the second
    facility, we had a brief interview to take biographical information. We were not told that we had access
    to attorneys or legal services, and were not given access to a telephone to call attorneys. At this
    interview, I tried to tell the officer that I was afraid to return to Honduras, but he told me that I would be

1043

able to share my story once I got to the next place. I was allowed to speak with my brother-in-law in New York, who is willing to take in me and ███████ if we are released.

13. My son and I were taken out of that facility on June 27, 2018, and taken to Berks Family Detention Center. We traveled by plane.

14. My son and I have been at Berks for about 2 days.  I have not received an interview with an officer here yet, but they told me that I would have one within 48 hours of arriving.

15. The situation at Berks is much better than the situation at the other two facilities. I have been given a list in Spanish of free legal counsel, as well as an explanation of my rights, as well as my son's rights.

16. At Berks, the food is very good, and the temperature is moderate. I know we have access to medical treatment—I have gotten cough medicine since I arrived. Our children have 2 and a half hours of school every day, in Spanish. I have met with two attorneys, who explained my rights to me and what will happen. I am still waiting for my credible fear interview.

I, Eduin G███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████████

29 de Junio
_____
Date

1044

Certificate of Translation

I, _CHRISTINE FLOWERS_ , certify that I am fluent in English and Spanish and that I read the above declaration to ████████████████████████ in Spanish.


_Christine Flowers_

Name:
Organization:
Address:


6-29-18
Date

1045

Exhibit 215

Declaration of

**VICTOR V** ███████████████████████████████

I, **VICTOR V** ██████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is DECEMBER 13, 1990.  My son's name is ██████████████████████████
██████████ He is NINE years old and he was born on NOVEMBER 2, 2008.  My son and I are from HONDURAS.

2. We left because the local narcotics traffickers started recruiting him. The majority of the people in that area work for the local traffickers. I returned from work as a fisherman to my mother's house approximately on May 20, 2018. There were three men there. My mom was afraid, they had already spoken to her by the time I got there. She told me that these men were looking for me. The men told her that I could do move drugs for them through the water because I am a fisherman. At the moment I told them I would think about it because those were dangerous men but I had no intention of working for them. They told me that they would not tell me when they would come back, but that it would be soon and that they wanted an answer.

   After that, I gathered some of my belongings and went to my wife's house who I have a three year old with. I told her that it would be best if I left with my older son because I was afraid that the gang members would take him while he was on his way to school. My boss gave me a small bonus so that I could make the journey.

3. We presented ourselves at the border around Juarez, on or about June 20, 2018.  We were taken to a detention house. The facility personnel spoke Spanish to me. Upon arrival we were given water and a cracker. The first question I was asked was if I was afraid of going back to my country. I told them that I was and explained to them the reason I left. They took my fingerprints and had me sign. Then they told me that I would wait there until they could send me to Berks.

   Then I was placed in the detention room. I was in the room with 10-12 people. We were given foam mattresses and nylon blankets. We slept on the floor but on top of the mattresses.

4. We were given burritos, juice, crackers, and water. We were given food three times per day.

5. The temperature was fine.

6. We had plenty of light and windows. We were given towels and soap to shower. We were not given toothpaste or toothbrushes. We had toilet paper.

7. After three days, my son, and I arrived at the BERKS DETENTION FACILITY.

8. We arrived to Berks at approximately 3 am. We were taken in, they took our picture, gave us toiletries, toothbrushes, dinner, a bath, and then a room to sleep in.

1047

9. The first person that told me about my ability to call a lawyer was another resident. He told me what number to call, so I did that and got a hold of an attorney. I spoke with the attorney, she told me that she would help me get a hearing with the judge. She explained to me that I would have to explain my situation to the judge.

I had my first appointment with the Judge scheduled for June 27, 2018. The judge called me at Berks with an interpreter on June 27, 2018 at 10:30 AM. My lawyer was not with me during the call because she was not informed about the appointment. So I spoke to the Judge by myself. The Judge asked me why I left the country. I started telling him my story. He cut me off and asked if my lawyer was present. I told him "no." He asked if an officer from ICE was with me, I told him "no." He asked me if I was okay to continue the hearing by myself, I said "yes." So a Berks employee brings me a form to sign saying that it was okay for me to talk to the Judge without a lawyer present. The form that I signed was in English. The Judge's interpreter via the phone translated the form for me. I signed the form. Then we continued the hearing. After another 30 minutes of talking the Judge said that they cannot continue the hearing and to not sign the document. The Judge did not tell me why he was ending the hearing. He just told me to talk to my lawyer.

My lawyer said she spoke with the Judge and we are now waiting for another hearing to be scheduled.

10. My son and I have been in this Facility (Berks) for FIVE days.  We are planning to live in Virginia because we have friends of the family there. My son can go to school and I would work to support us and my family.

I recently spoke with my mom and she told me that I should not come back because they are looking for me. The same three men have come back to my mom's house three times already looking for me. My mom tells them that I not there. They tell her that I am a liar and if I go back they will make me pay. I can't go to the police either because those same men pay off the police. In fact, I have a friend that went to the police for help and the police shot and killed him. I am very afraid of the police in Honduras.

11. At the moment I do not know the status of my case.

I, **VICTOR V**⬛⬛⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛⬛  _JUNIO: 28. 6/28./2018_
                              Date

Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to **VICTOR V** ████████████████ in Spanish.

JORGE PESOK PICHARDO
ORRICK
1152 15th Street N.W.
Washington, D.C. 20005


June 28, 2018
Date

1049

Exhibit 216

**Declaration of**

**GUSTAVO A** ███████████████████████

I, **GUSTAVO A** ████████████████████████████ declare under penalty of
perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is DECEMBER 8, 1990.  My daughter's name is ████████████████████
   She is THREE YEARS OLD and she was born on MARCH 12, 2015.  My daughter and I are from
   GUATEMALA.

2. I left Guatemala out of fear for daughter's life. My 16 year old sister was "taken" by ███████ a 24
   year old man, and is being forced to live with him. I confronted the ███████ who physically
   assaulted me, and threatened to kill my daughter. After that I sold all my belongings in Guatemala to
   gather enough money to come to the U.S. in search of safety for my daughter.

3. My daughter and I presented ourselves at the border at or about Friday, May 18, 2018. We were taken to
   a detention facility in Sante Teresa, New Mexico. I surrendered myself at approximately 2 pm. I was
   questioned in Spanish, they took all the documents I was carrying. Both our pictures were taken. Then
   we were taken to a small room with four other people and a bench and plastic beds to sleep on without
   blankets. They were there for approximately 4 hours. During this time they were only given a couple of
   ounces of water each and his daughter received a couple of ounces of milk and one cracker.

   After that they were transported to another unknown detention facility in New Mexico to continue to
   process him. There he was fingerprinted. He was at this facility for two days. He and his daughter were
   held in small approximately 7' x 7' room, with ten other individuals. The room was locked. The room
   did not have windows. The only furniture was a bench. We all slept in the floor and cuddled up to each
   other for warmth.

4. The New Mexico facility "treated us like dogs." We were given cold hot dog like food to eat and water
   at approximately 8 am and at 3 pm—only two meals per day. My daughter did not receive any special
   accommodations or food. She did not receive any diapers even when she urinated herself because she
   was so cold. My daughter would not eat. I complained about her wet diapers and that she would not eat
   and they did not do anything to help us.

5. After 2 days at the New Mexico facility my daughter and I were taken to the Berks Detention Facility
   where we have been held for 38 days.

6. When we arrived at Berks, approximately at 10 pm. During the intake process we were told that facility
   employees do not work for immigration so he should speak freely and not to be afraid. We were given
   dinner that night, a shower, and showed to our room where we slept for the night. The next day we were
   processed through medical where I received treatment for leg wounds he had.

7. After about two days of being at the Berks Facility I was given information regarding the legal process I
   would go through. They explained that I am here because I am seeking asylum. They explained to me

1051

that I would need to have an asylum interview which occurred after approximately eight days of my arrival. They explained that if I qualified for asylum, they would release me.

Workers from the facility did not inform me of my ability to seek legal counsel. I learned about that from another resident of the facility. I then spoke with an attorney during their regular visits to the facility.

8.  I was told yesterday that I would be deported. I do not have any more information other than being told that I am going to be deported.

I, GUSTAVO A ███████████████ , swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████████████

June 28, 2018
Date

Certificate of Translation

I, Jorge Pesok-Pichardo, certify that I am fluent in English and Spanish and that I read the above declaration to GUSTAVO A ███████████████ in Spanish.

_____

Jorge Pesok-Pichardo
Orrick
1152 15th Street N.W.
Washington, D.C. 20017


June 28, 2018
Date

Exhibit 217

## Declaration of
### Romeo N██████████████

I, **Romeo N**████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  My date of birth is May 15, 1994.  My daughter's name is ████████████████████ She is two years old and she was born on October 17, 2015.  My daughter and I are from Guatemala.

2.  My daughter and I had to leave Guatemala because individuals threatened my daughter and me with harm.

3.  After a difficult journey through Mexico, we entered the United States.  We were apprehended in Santa Teresa, Texas on June 20, 2018.  We were then detained at a facility in Santa Teresa, Texas.

4.  The night we arrived at the detention site, my daughter told me she was hungry.  The officials there only gave me cookies and water for her.  We did not receive dinner.  My daughter found the cookie too sweet and did not eat much.  On the next day, we did receive more food.  We were given a burrito at each meal and water and juice were available.  The food was not sufficient.  We were still hungry.  My daughter found the burrito to be too spicy and did not eat much.  There were no other food options provided for my two-year-old daughter.

5.  I was happy that I was allowed to be together with my daughter, we were not separated.  However, our sleeping conditions were not comfortable.  We were in a shared room with four other persons.  We had space to lie down but there were no cushions or mattresses for us to sleep on.  We had to sleep on the ground.  We did not have pillows.  We only had thin blankets.  My two-year-old daughter also had to sleep on the hard floor without a cushion, mattress, or pillow.

6.  We were not provided any written materials regarding our rights at the Santa Teresa site.

7.  After three days, my daughter and I were taken to another place, Berks Family Detention facility, where we have been for almost seven days.

8.  At Berks, we finally have our own beds to sleep on.  We have been allowed to stay together throughout our detention here.

9.  I do not recall receiving any information from the Berks officals about the possibility for a bond or any other conditions I must meet for the release of my daughter and me.  I have met with a lawyer at Berks that explained possibilities for relief.

10. My attorney is exploring legal options for me.  I have expressed our fear to return to Guatemala to officials at this site and also my attorney.  I am unaware of any pending interviews or hearings.


I, Romeo N⬛⬛⬛⬛⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

06/29/2018
_____
Date

## Certificate of Translation

I, Steven Larin, certify that I am fluent in English and Spanish and that I read the above declaration to Romeo N█████████ in Spanish.


Steven Larin
Nationalities Service Center
1216 Arch St., 4th Floor
Philadelphia, PA 19107
████████████


06/29/2018
Date

Exhibit 218

**Declaration of**

**Wilder D**

I, **Wilder D**████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 19, 1993. My daughter's name is ██████████ She is 6 years old and she was born on September 7, 2011. My daughter and I are from Guatemala.

2. ████ and I left Guatemala on June 7, 2018. A car ran over █████ foot, and I borrowed money to help pay for her medical treatment. Now, the person who I borrowed money from wants to kill me, so I took █████ and traveled from Guatemala through Mexico and crossed into the United States on June 20, 2018.

3. We presented ourselves at the border at about 7:30 pm. I believe that it was on June 20, 2018. We were taken to a facility. I do not know the name of the facility.

4. I was able to call my cousins who live in Georgia, and tell them that I made it safely.

5. The food at the facility was pretty bad. We were fed twice per day, but it was not a lot of food. We each got a small burrito, some cookies, and water. ████ was hungry. They would give us water with meals, but we had to ask if we wanted more water.

6. We slept on the floor on mats. There were four of us in the room, which was about 3 meters by 5 meters. The lights were turned on all the time and there were no windows, so I'm not sure exactly how much time passed there, but I think it was around two or three days.

7. During the time we were at the first facility, we got to shower once. There wasn't a shower in the facility, so █████ and I were driven 45 minutes to another place where we could take a shower.

8. ██████ did not have access to any toys at the first facility, and she didn't go to school. We just sat in our room. There were no other children her age there, just one who was younger, so there wasn't a whole lot for her to do. We were not allowed to go outside, so we just sat in our room all day.

9. At the end of our time at the first facility, we had a short interview where they asked me basic biographic information and why I came to the United States. The interview was in Spanish, even though my first language is Mam. They did not ask me what my first language was.

10. After four days, ██████ nd I were taken to the Berks Family Detention Center, where we have been held for the past 6 days, since June 24, 2018.

11. We arrived at Berks at 3:30am, and we were vaccinated. I had my vaccination records with me, and they vaccinated me and ██████ The employees at Berks gave me a packet of papers with information about

Page **1** of **3**

my and ████ rights, which they also explained to me. However, it was so late in the night that I do not remember a whole lot from when I first arrived. After this, ████ nd I went to our room to go to sleep.

12. ████ got lice when we were traveling through Mexico, and she was given a treatment on her hair once we arrived at Berks.

13. At Berks, we have our own room, and eat three times per day. ████ also has access to extra things, like cereal and bananas. We can always shower, and we have access to water. We sleep in a bed, and we are allowed to go outside. ████ has school every day from 9am until 11:45am.

14. Since we arrived at Berks, I have met with an attorney twice, once for 45 minutes and once for 20 minutes. I began my Credible Fear Interview on June 27, and it lasted for a little more than an hour. The Mam interpreter had to go though, so we resumed the interview on the morning of June 29. Some employees of the facility told me that we would finish my interview in an hour when I was at the doctor this morning. We started at 8:30 am, and finished around noon. An attorney was present on the phone. ████ was asleep in our room for the first part, but she joined around 11. They asked her if she wanted to speak, and she told them that she wanted me to speak for her. They asked me if I wanted to separate our claims, and I told them that I wanted to keep them together. At the end of the interview, they told me to wait for my result for the Credible Fear Interview.

I, Wilder D████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

24 Junio 2018
_____
Date

1060

## Certificate of Translation

I, Amina Malik, certify that I am fluent in English and Spanish and that I read the above declaration to Wilder
D█████████ in Spanish.

_____
Amina Malik

29 June 2018

_____
Date

1061

Exhibit 219

**Declaration of**

Jhony A█████████████████, A NUMBER█████████

I, **Jhony A**█████████████, A number█████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am sixteen years old. My date of birth is October 19, 2002. I am from Guatemala.

2. I was living with my grandparents in Guatemala because my mother is in the United States and my father is irresponsible and could not take care of me. My mother is ill and I want to live with her.

3. I crossed the border with three other youth. We crossed the border early in the morning and we were apprehended in Arizona early this morning, on July 11, 2018. We were found by park rangers and they offered us a bottle of water. The border patrol officers came to pick us up shortly after that.

4. When I first arrived at the CBP station I was given a burrito and a cookie and juice box. I was given a cup for water. About an hour after arriving they offered me another burrito and juice box for lunch. I was told I will be taken to Tucson shortly after lunch today.

5. I was a little hot on the car ride to the station. When I arrived I was placed in a room that was air conditioned. The temperature was ok. I was given a mat and a metallic blanket but I did not need the blanket.

6. The bathroom was clean and I had access to a sink with soap.

7. I was given a folder with some papers. I did not have any time to look through the folder to see what was inside. I was allowed to call the consulate and I was also able to call my mother to talk to her.

I, Jhony A█████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



7/11/2018

July 11, 2018

Page **1** of **2**

1063

Certificate of Translation

I, Nadia Vargas, certify that I am fluent in English and Spanish and that I read the above declaration to Jhony Alexander S█████████████ in Spanish.

*[signature]*

Nadia Vargas
The Law Foundation of Silicon Valley
152 North Third Street, 3rd floor
San Jose, CA 95112

*7|11|2018*

July 11, 2018

1064

Exhibit 220

**Declaration of**

**LUIS M** ███████████████████ **A NUMBER** ███████████

I, **LUIS M** ████████████████ (A number ███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is April 16, 2001. I am from Quezaltengo, Guatemala.

2. I came in group of 4 without parents. I came to look for a job so I could help my mom and my two brothers.

3. I was found by park rangers at about 6 or 7 am. I believe that it was on or about July 11, 2018. I had been travelling for about 1 week. I left my home on July 4, 2018. The park ranger offered me water. We were taken to Ajo CBP Station in Why, Arizona. I was kept with 3 other people, 2 boys and 1 girl. We were kept in a room with walls and a door. I was asked if I had a phone number for anyone who lived in the United States. I have an aunt who lives in South Carolina and I have her phone number. I have not been able to call her yet. I came with a backpack with a hat.

4. I was given food, I think it was a sandwich, cookies, and juice.

5. The temperature was cool which felt good because it was hot outside.

6. The room was clean with lights. I was able to wash my hands with soap and dry them with a towel before we were given food. I was also allowed to use a bathroom. The room had 1 mat for each person. The room only had the 2 other boys in it. The girl was in a different room.

7. I was not given any information about my legal rights. I was not told what would happen next or where I would be taken. There was no list of legal services posted by the phone. I was able to call the consulate but not a lawyer. I was not asked if I wanted to speak to a lawyer.

I, LUIS M ████████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████

7-11-2018
Date

1066

Certificate of Translation

I, NADIA VARGAS, certify that I am fluent in English and Spanish and that I read the above declaration to Luis M███████████ in Spanish.

NADIA VARGAS
Law Foundation of Silicon Valley
152 North 3rd Street, 3rd Floor
San Jose, CA 95112

7/11/2018
Date

1067

Exhibit 221

### Declaration of
### [FULL NAME], A NUMBER XXX-XXX-XXX

I,   Sayra O████████████ (A number:████████, declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is _1/6/2002_____. I am from Quezaltenago, Quezaltenago,
   Guatemala.

2. I left Guatemala on Tuesday of last week by bus. I fled Guatemala because while I was in school there
   was a boy who was older than I that would always follow me and would try to sexually assault me. It
   became such a big issue that I no longer went to school. The situation started when I was in 3rd grade
   and has not stopped. He would follow me into the bathroom and try to touch me. I would run away. I
   know he belongs to a gang but not sure which one. He has told me that if I tell anyone that he will kill
   me. Even though I am not in school anymore he still follows me around and tries to touch me.

3. I was apprehended on the US side in Arizona at about 8 or 9am. It looked like a soldier. He brought me
   to Customs and Border Protection in Ajo, Arizona (Why, AZ).  I believe that it was on or about July 11,
   2018.

4. I was given a warm burrito, water, a cookie and a juice.

5. The room where I was brought into was somewhat cold. But I wasn't there long enough.

6. Regular lighting. I was given a toothbrush but no toothpaste. I was able to use the restroom. The
   restroom is in the same room I was in with a half wall. I was able to wash my hands but there was no
   soap.

7. I have not been given any legal notice or access to counsel.

I, Sayra O████████████ swear under penalty of perjury that the above declaration is true and complete
to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was
read back to me in Spanish.

11/7 2018

Date

Certificate of Translation

I, Nuemi Guzman, certify that I am fluent in English and Spanish and that I read the above declaration to Sayra
O███████████████   in Spanish.


_____
Nuemi Guzman
Law Foundation of Silicon Valley
152 N. Third Street, 3rd Floor
San Jose, CA 95112


_____
Date

1070

Exhibit 222

## Declaration of

**Roger G**[REDACTED] **A NUMBER** [REDACTED]

I, **Roger G**[REDACTED], A number [REDACTED] declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am sixteen years old. My date of birth is May 26, 2002. I came here from Guatemala without my parents. I was with a group of three other minors.

2. I left Guatemala because of my fear of the 13 gang.

3. I left Mexico around 3:00 in the morning to cross the border. I was apprehended at the border of Arizona on the morning of July 11, 2018. We were taken to the Ajo CBP facility. I was located in the desert by park officers. The park officers offered us water. They called CBP officers and two officers came to pick us up. We waited about five minutes to be picked up. When we were picked up, we were driven to the CBP station. I don't know how long it took to get there because I fell asleep in the car.

4. When we arrived the took my things and then brought us into the facility. We were given a mattress and then sent to a room with the two other boys I came with. The girl we were with was sent to another room. We stayed in the room about 30 minutes. The room temperature was ok during the time we were there. I have long pants and a long sleeve shirt on. I was also given a metallic blanket which I did not need.

5. I was given a burrito, a cookie and juice as soon as I arrived. I was provided a cup to drink water from the bathroom sink.

6. In the room I was held in, there was a bathroom with a sink & toilet. The sink had soap and I was able to wash my hands.

7. I was not provided any paperwork explaining my rights or a list of legal services. I did meet with an attorney on the Flores case who explained my rights under Flores. I was allowed to call the Guatemalan consulate from the CBP station. I was not given the opportunity to call my family.

I, Roger G[REDACTED] swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

7/11/18

July 11, 2018

Page **1** of **2**

1072

Certificate of Translation

I, Lucy Carlos, certify that I am fluent in English and Spanish and that I read the above declaration to Roger G███████████████ in Spanish.

Luserito Carlos
The Law Foundation of Silicon Valley
152 North Third Street, 3rd floor
San Jose, CA 95112

7/11/18

July 11, 2018

1073

Exhibit 223

**Declaration of**

**DIEGO M**████████

1.      I, Diego M████████ A 215 767316  declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

2.      My date of birth is 10/17/2003   I was born in Cacerio, Paculam  Solola, Guatemala.  I came to America to join my father in Texas.

3.      I traveled through Mexico to the US with Guatemalan boys I met in Mexico.  We were arrested by the migra almost as soon as we entered the U.S.  I was exhausted so I do not remember a lot but a medical person looked at us and especially our arms.  I don't know what they were looking for but maybe to see if we were sick or maybe they were looking for tattoos.  I do not have any tattoos.  Then, they put us back in a van and took us to a place they call La Hielera.  My clothes were wet.

4.      I said to join my father.  They put me I in a room for about three days with seven people.  There were men and younger children and three boys my age who I crossed the river with.  They gave us water in a large bottle with paper cups.

5.      I was hungry.  Then much later they gave us a dry sandwich with something like meat.  It was really cold there and very hard to sleep.  We only got a sort of cape made of aluminum and we had to sleep on the floor.  It was really hard to sleep.  I could only sleep about a half hour at a time.  I didn't know what time it was because we could not see the sun or sky at all.   I was not too scared but I was feeling very sad and I felt a little sick.

6.      After three days they brought all three boys including me in a van to Casa Pedro.  We were taken to the medical unit immediately and then I was placed in a room by myself for eight days.  I stayed there almost all the time.   Sometimes I was able to talk to other boys if they passed in the hall.  I was let out for a short time each day.   I asked them why I had to stay in the room.  I think it was because they thought I was sick but I told them I was not sick.  I did not want to be alone.

Page **1** of **3**

7.       Since I arrived here at Casa Padre I have been able to talk to my mother in Guatemala and my father who is in Houston, but only for ten minutes, which is not enough time. I need to talk about what I should do and about all the things that I need to decide. I want to see my father. My father said he will see me when I am released but I don't know when that will be. I don't know if there is a plan to help me leave. No one will tell me. I cannot leave. All the doors are locked and I would be in trouble if I left.

8.       I do not remember being given a paper about my rights. No one explained to me what I need to do if I want to leave Casa Padre. I think the counselor and my case manager have talked to my father but they have not told me anything about how I can see him or leave here. No one explained that I could request a hearing before a judge. I was given a piece of paper with a list but I didn't really know what to do with it. I don't know what happened to it. I did not understand I could talk to an attorney. I do not remember anyone telling me I had any rights

9.       I think I have been here for about 23 or 24 days. I do meet with a counselor about once a week by myself. She said she hopes I will be able to leave soon but I do not know what I have to do or what my father has to do for me to leave. I do not have group sessions with the counselor. The food is OK but sometimes there is not enough. We cannot get a second plate of food.

10.      I, Diego M███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



July 13, 2018
Date

Page **2** of **3**

1076

## Certificate of Translation

I, Christine Brigagliano,  certify that I am fluent in English and Spanish and that I read the above declaration to
I translated the above declaration to Diego M█████ in Spanish, and that he understood its contentss before
signing.


*Christine Brigagl*

Christine Brigagliano, Attorney at Law




07/13/2018

Date

1077

Exhibit 224

**Declaration of**

**KEVIN Y**█████████████████████████████████

    I, Kevin Y█████████████████████████ declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

1.  My date of birth is October 24, 2000. I am 17-years old. I was born in Honduras.

2.  I arrived in the United States on or about June 26, 2018.

3.  After crossing the border, I walked for a while and then encountered immigration
    officers. The immigration officers first took me to a *hielera* in Texas, where I was held
    for about nine hours. I was cold, I had no blanket, and no way to warm myself. There
    were open toilets with no privacy. I was given a sandwich to eat – just two pieces of
    bread with bologna. There was no soap and no showers and no chance to brush my teeth.
    The bright lights were on all the time.

4.  From the *hielera*, I was taken to *la perrera* on a bus. *La perrera* was very ugly and bad.
    I had to spend two terrible days there. The officers treated us worse than dogs. They
    yelled at us, and kept us locked in cages. I was in a cage. It felt like there were a ton of
    people in the cage with me. My guess is that there were 40 to 50 children in the cage
    with me. Some of them were teenagers like me. Others were much younger, including
    children only four and five years old. The little children were crying and crying. They
    did not have their parents with them. There was no one to care for them. The guards did
    not care that the little kids were crying. We were only given very cold food in *la perrera*
    – food that is supposed to be eaten warm – and we were given the same food at every
    meal. I felt so very cold in *la perrera*. I was given only a very thin blanket. This was
    not enough to keep me warm. I was only allowed to brush my teeth once in *la perrera*
    and take one shower there.

5.  From *la perrera*, I was taken to Casa Padre. No one told me why I was being taken here.
    Since I entered Casa Padre on June 28, 2018, I have never left, not even for a minute.

6.  I feel very sad and anxious here at Casa Padre because I want to leave. I really want to
    leave. But I do not know how to leave.

7.  I would like more time to talk on the phone. Until yesterday, I was permitted to only
    make one phone call each week, for just 8 to 10 minutes. Until yesterday, all of my
    phone calls at Casa Padre have been in the presence of a case manager without any
    privacy. I do not feel comfortable having a full conversation in a case manager's

presence. Yesterday, for the first time, I was brought to a booth where I was permitted to make a private call for only 8 minutes.

8. I need more time to make private phone calls to my cousin in the United States. I need to talk with him about how to leave this place and how I am feeling about being here. I need to talk with my cousin about my legal situation and my immigration questions.

9. I really need to talk with my cousin because I do not have a lawyer or anyone else to guide me. But I cannot speak to my cousin on the phone when I need to.

10. My father raised me and he is still in Honduras. I miss him dearly. But I am afraid to call my father because it will be interpreted as me wanting to return to Honduras.

11. All the misters and misses and the staff who work here tell us, "You cannot touch the phones. You'll get in trouble if you touch even one button. Don't touch that."

12. I know about one boy who put a phone to his ear. He didn't even make a call, but he got written up with a disciplinary report. This will affect his case, meaning that he will have to stay at Casa Padre longer. The misses and the misters and the staff tell us that all reports go into the computer, and that boys with reports are detained at Casa Padre longer, even though their release paperwork may be ready. This is how discipline works at Casa Padre.

13. I know another boy who went to a door, just to try to look outside. He didn't want to escape, he just wanted to see the other side of the door. He was punished. The staff designated him as an escape risk. He was given a one-to-one, meaning a mister needs to accompany him and monitor him at all times, all throughout the facility.

14. If any child tries to leave Casa Padre without permission, the misses and the misters and the staff will make a report. The report will go into the computer, and the child will be detained at Casa Padre even longer.

15. If a child does manage to escape Casa Padre, immigration will be called, and the child will be put in prison and deported. The staff and misters and misses tell us this every few days. They told me this yesterday.

16. If a child says that he wants to leave Casa Padre without permission, he is not permitted to go outside at all.

17. No one has ever explained anything about the *Flores* settlement agreement to me.

1080

18. No one has ever told me that a lawyer or an immigration judge can help me leave this place.

19. No one has told me that I can leave Casa Padre promptly.

20. Last week, my teacher asked us if anyone would like to talk with lawyers. I raised my hand.

21. At some point last week, after I raised my hand for a lawyer, I was brought to the cafeteria with seven other children. There a lady wearing regular clothes – not a uniform like the misses and misters and staff at Casa Padre – told us that we had to sign a paper for something about lawyers. I did not really understand what she meant. But after I signed the paper, I was given a yellow folder. The folder had a packet of paper inside, all of which were in English. The packet had a list with phone numbers for lawyers. This is the first time I was given a list with the phone numbers for lawyers. I received a separate piece of paper in Spanish too.

22. All of my movements at Casa Padre are monitored. I cannot do anything freely here.

23. I cannot go anywhere in Casa Padre alone. I need to have seven other children with me at nearly all times.

24. I cannot move from one part of Casa Padre to another, unless I am escorted by a staff member and have permission to do so.

25. During my time at Casa Padre, I have needed medication several times. No one in my family was consulted before I was given medication.

26. Sometimes the food here is not good. After eating the meals, I sometimes feel hungry. Sometimes there is not sufficient food, and I wish I could have more to eat. Dinner is served around 5 p.m. By about 9 p.m. I am hungry again. Although we are permitted snacks like crackers, there is just not enough food for me.

I, Kevin Y████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

**Page 3 of 4**

1081



13 / 7 / 18
July 13, 2018

## Certificate of Translation

I, Jocelyn Duarte, certify that I am fluent in English and Spanish and that I read the above declaration to Kevin Y████████████ in Spanish.

Jocelyn Duarte
Salvadoran American Leadership and Educational Fund
421 S. Bixel St. Suite A
Los Angeles, CA 90017

07|13|2018
Date

1082

Exhibit 225

**Declaration of**

Elmer E███████████████████████████

I, Elmer E███████████████████████████ declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 5, 2002. I am from Guatemala.

2. I traveled without any family or friends. I was arrested by myself near the Rio Grande in Texas in late
   January 2018. I was taken to the Border Patrol station warehouse. The border patrol station was very
   cold and I was only given an aluminum blanket that did not keep me warm. I was very scared because I
   did not know what was going to happen to me. I was not able to talk to any of my family at the border
   patrol station. I was there for about a day.

3. I was then transferred to Casa Padre, where I am currently held. I have been here for six months. I do not
   know how long I will be kept here and when I will be able to leave.

4. I am not able to leave Casa Padre. If I try to leave Casa Padre, I am afraid that they will send the police
   or Border Patrol after me and it will affect my immigration case.

5. At Casa Padre, they write reports on children acting up and breaking rules. I am afraid that if I get any
   report on me, I will not be released and it will affect my immigration status. They will also take away
   my play activities. These kind of rules make me feel like I cannot act like a kid like I used to. I have
   discussed this with other children here and they feel the same way.

6. When I first got to Casa Padre, I was then given about nine injections. I am not sure what they were but I
   think they were vaccinations. They also took blood from me. I do not think that they got permission
   from my parents to give me the shots or to take blood. And I did not have the option to refuse to get the
   shots or for them to take my blood.

7. I have a toe injury from playing soccer. I have received treatment for it but my parents did not consent to
   the treatment. They did not know about my injury until I was able to speak to them during my weekly
   call.

8. I do not know what else I can do or need to do to get released from Casa Padre. I have not spoken to an
   attorney who can help me or advise me and my mother about my legal rights. I want to and need to talk
   to an attorney about my legal rights. I do not know whether I have the right to appeal my placement at
   Casa Padre or to find out about other placements that are better for me. I do not know whether I have the
   right to file a grievance with an immigration judge or what any of my legal rights are to help me.

9. I was never made aware of the Flores Settlement and my rights under the settlement until I spoke with
   the volunteer attorneys in the Flores case today. After I said I would see the lawyers, I thought I was
   going to see attorneys who could help me get out of Casa Padre and reunite with my family in the U.S.

1084

10. I do not presently have access to an attorney, but I need one right now to help advise me and my family about next steps I need to take. I previously went to immigration court without an attorney. I was told I needed to find an attorney because I need to go back to Court on August 15, 2018. I have not been given a list of attorneys and I do not know how to contact one for help.

11. I have no idea when I will be reunited with my family here in the U.S.

I, Elmer E                          swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

July 13, 2018
Date

## Certificate of Translation

I, Terry Maroney, certify that I am fluent in English and Spanish and that I read the above declaration to Elmer
E███████████████████

_____

Terry Maroney
Vanderbilt University Law School
Nashville TN USA

7- 13 -18

Date

Exhibit 226

1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES,        )
et al.,                      )
                             )
                             )
              Plaintiffs,    )
VS.                          )  Case No. CV 85-4544 DMG
                             )
                             )
LORETTA E. LYNCH,            )
Attorney General of the      )
United States, et al.,       )
                             )
                             )
              Defendants.    )
--------------------------x

DEPOSITION OF PHILIP MILLER

WASHINGTON, D.C.

SEPTEMBER 28, 2016

1:01 p.m.

Reported by:
Misty Klapper, CRR, RPR, CMR
Job No. 46539

2

1

2

3

4              PHILIP MILLER

5              SEPTEMBER 28, 2016

6              1:01 p.m.

7

8         Deposition of Philip Miller,

9     held at the Department of Justice,

10    450 5th Street, N.W., Washington,

11    D.C., pursuant to Notice, before

12    Misty Klapper, RPR, CRR, CMR and

13    Notary Public within and for the

14    District of Columbia.

15

16

17

18

19

20

21

22

23

24

25

3

1

2      APPEARANCES:

3      FOR THE PLAINTIFFS:
               Center for Human Rights & Constitutional L
4               256 South Occidental Boulevard
               Los Angeles, California  90057
5               (213) 388-8693
               BY:  Peter A. Schey, Esq. (via telephone)
6                    pschey@centerforhumanrights.org

7

       FOR THE DEFENDANTS:
8               UNITED STATES DEPARTMENT OF JUSTICE
               District Court Section
9               P.O. Box 868
               Ben Franklin Station
10              Washington, D.C.  20044
               (202) 307-4693
11              BY:  William Silvis, Esq.
                    william.silvis@usdoj.gov

12

13     ALSO PRESENT:

14               Tom Zimmerman

15               Wendy Wallace

16

17

18

19

20

21

22

23

24

25

19

1          PHILIP MILLER

2    understanding of what in 236(a) permits

3    their release?

4          MR. SILVIS:  Object, asked

5       and answered.

6          THE WITNESS:  When someone is

7       put in Section 240 proceedings,

8       it's part of our responsibility to

9       set -- set custody conditions.  If

10      we don't have the capacity for the

11      person to be detained, then we

12      make a determination on what their

13      conditions of release will be.

14          BY MR. SCHEY:

15      Q.   And do you understand why in

16   2014 the decision was made to start

17   detaining mothers and children?

18          MR. SILVIS:  Object to the

19      form.

20          THE WITNESS:  In response to

21      the surge on the southern border,

22      we were asked to increase our

23      capacity so as to, you know,

24      re-establish a secure border.

25          BY MR. SCHEY:

177

1

2      STATE OF _____ )

3                                ) :ss

4      COUNTY OF _____)

5

6

7              I, PHILIP MILLER, the

8      witness herein, having read the foregoing

9      testimony of the pages of this deposition,

10     do hereby certify it to be a true and

11     correct transcript, subject to the

12     corrections, if any, shown on the attached

13     page.

14

15                    _____

16                         PHILIP MILLER

17

18

19

20     Sworn and subscribed to before

21     me, this          day of

22                          , 2016.

23

24     _____

25           Notary Public

178

CERTIFICATE OF NOTARY

I, MISTY KLAPPER, the officer before whom the

foregoing deposition was taken, do hereby certify

that the witness whose testimony appears in the

foregoing deposition was duly sworn by me; that the

testimony of said witness was taken by me in

shorthand and thereafter reduced to typewriting by

me; that said deposition is a true record of the

testimony given by said witness; that I am neither

counsel for, related to, nor employed by any of the

parties to the action in which this deposition was

taken; and, further, that I am not a relative or

employee of any attorney or counsel employed by the

parties hereto, nor financially or otherwise

interested in the outcome of this action.


_____
Misty Klapper
Notary Public in and for the
District of Columbia

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am

employed in the County of Los Angeles, State of California. My business address is

256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 16, 2018, I electronically filed the following document(s):

- EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS'
  THIRD JUVENILE COORDINATOR REPORTS VOLUME 12 OF 12
  [REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED
  UNDER SEAL]

with the United States District Court, Central District of California by using the

CM/ECF system.

On July 16, 2018, I also served true and correct copies of the above documents

to the interested parties by sending copies to the email address of Defendants' Counsel,

Sarah Fabian.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1