UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>     Plaintiffs, <br><br> - vs - <br><br> JEFFERSON B. SESSIONS, Attorney General of the United States, *et al.*, <br><br>     Defendants. | Case No. CV 85-4544 DMG (AGRx) <br><br> ORDER RE PLAINTIFFS' APPLICATIONS FOR LEAVE TO FILE DECLARATIONS AND CORRECTED MEMORANDA IDENTIFYING ASYLUM APPLICANTS UNDER SEAL [457][459] |

On July 14, 2018 and July 16, 2018, Plaintiffs filed Applications for Leave to File Declarations of Asylum-Seekers and a Corrected Memorandum Identifying Such Asylum-seekers Under Seal.  [Doc. ## 457, 459.]  The Court **GRANTS** Plaintiffs' Applications because they have shown that compelling reasons warrant sealing these documents.  The Court issues the following rulings:

1. The Clerk shall seal Docket Entry No. 459-3.

2. Pursuant to Local Rule 79.5.2.2(c), Plaintiffs shall e-file under seal the unredacted documents found in Docket Entry Nos. 460-1, 460-2, 460-3, 460-4, 460-5, 460-6, 460-7, 460-8, 460-9, and 460-10.

3. Within three (3) days of the date of this Order, Plaintiffs shall refile the redacted versions of the documents found in Docket Entry Nos. 459-1, 459-2, 459-3, 459-4, 459-5, 459-6, 459-7, 459-8, 459-9, 459-10, 459-11, 459-12, and 459-13, with the following modifications to the redactions for Docket Entry No. 459-3:

    a. On lines 19 to 20 on page 73 of Docket Entry No. 459-3, Plaintiffs shall redact Declarant David's middle and surnames; and

    b. On pages 123 to 124 of Docket Entry No. 459-3, Plaintiffs shall remove the redactions from the text except for any that are required to conceal the identities of asylum-seekers.

4. Within three (3) days of the date of this Order, Plaintiffs shall file redacted versions of Exhibits 136 to 150, which are missing from Docket Entry No. 459-10 but are included in Docket Entry No. 460-8.  The publicly filed version of Exhibits 136 to 150 shall be redacted in conformance with the proposed redactions found in Docket Entry No. 460-8.

IT IS SO ORDERED.

DATED:  July 16, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE