CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
           pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>　　　　Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>**[REDACTED]** EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 4 OF 12 **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2018]**<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:     (408) 280-2437
Facsimile:     (408) 288-8850
Email: jenniferk@lawfoundation.org
            kate.manning@lawfoundation.org
            annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

/ / /

## **INDEX OF EXHIBITS**

**VOLUME 1**

1.  Declaration of Class Counsel, Peter Schey……………………...………...…………… 1
2.  List of Licensed Group Homes and Homeless Youth Shelters…………………………. 5
3.  Declaration of Lidia S███████████ …………………………………… 25
4.  Declaration of Dilsia R████ ………………………………………………29
5.  Declaration of Josselin H████████ …………………………………… 33
6.  Declaration of Keylin M██████ ………………………………………37
7.  Declaration of Iris A████████ …………………………………………41
8.  Declaration of Dixiana S██████ …………………………………………… 46
9.  Declaration of Maria Angela A█████████ …………………………… 50
10. Declaration of Ana Vilma M█████████ ……………………………… 54

**VOLUME 2**

11. Excerpts of Exhibits………………………………………………………………58

**VOLUME 3**

12. Declaration of Cristobal R████████ ………………………………....224
13. Declaration of Delmis V███████ …………………………………………229
14. Declaration of Justin L██████████ ………………………………………233
15. Declaration of Mayra S██████ ………………………………………… 242
16. Declaration of Ruth M████████ ………………………………………246
17. Ommitted
18. Declaration of Bridis F███████ …………………………………………250
19. Declaration of Lourdes R█████████ ……………………………………… 254
20. Declaration of Blanca M███████ ………………………………………257
21. Declaration of Brandon S█████████ …………………………………… 262
22. Declaration of Fatima O████ …………………………………………………265
23. Declaration of Nohemi P████████ …………………………………………269
24. Declaration of Doris M█████ ………………………………………………272
25. Declaration of Karen B█████████ …………………………………… 276
26. Declaration of Jefferson A█████████ ……………………………………281

1

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

27. Declaration of Daise M█████ .................................................... 285

28. Declaration of Alejandra R█████ ............................................ 289

29. Declaration of Dinora C█████ ............................................... 293

30. Declaration of Leydi X█████ ................................................. 298

**VOLUME 4**

31. Declaration of Floridalma L█████ ......................................... 302

32. Declaration of Anet M█████ .................................................. 309

33. Declaration of Sindy S█████ ................................................. 314

34. Declaration of Timofei F█████ ............................................... 318

35. Declaration of Cesar A█████ ................................................ 323

36. Declaration of Kevin U█████ ................................................ 329

37. Declaration of Ana P█████ .................................................. 338

38. Declaration of Alma R█████ ................................................ 342

39. Declaration of Marlyn E█████ .............................................. 346

40. Declaration of Jeydi I█████ ................................................. 353

41. Declaration of Tarino A█████ ............................................... 356

42. Declaration of Denia M█████ ............................................... 361

43. Declaration of Manuel A█████ ............................................. 367

44. Declaration of Alma S█████ ................................................ 374

45. Declaration of Abidalia G█████ ............................................ 378

46. Declaration of Gladys I█████ ............................................... 382

47. Declaration of Baljit K█████ ................................................ 385

48. Omitted

49. Declaration of Edgar R█████ ............................................... 390

50. Declaration of Ermita M█████ ............................................. 394

**VOLUME 5**

51. Declaration of Fanny Damarys A█████ .................................. 397

52. Declaration of Nery Baltazar M█████ ................................... 401

53. Declaration of Selena B█████ .............................................. 404

54. Declaration of Victor A█████ ............................................... 408

55. Declaration of Yeimin B█████ .............................................. 413

2

56. Declaration of Anghelo M█████████ ...............................419

57. Omitted

58. Declaration of Sergio C██████ ..............................426

59. Declaration of Dennis M████████ ..............................430

60. Declaration of Emilson E█████████ ..............................434

61. Declaration of Erick L███████ ..............................437

62. Declaration of Gladys I██████ ..............................444

63. Declaration of Marcedonio P██████ ..............................447

64. Omitted

65. Declaration of Sandra M█████████ ..............................451

66. Declaration of Elmer S███████ ..............................455

67. Declaration of Yonain G███████ ..............................460

68. Declaration of Juan M████████ ..............................463

69. Declaration of Ivania L██████ ..............................466

70. Declaration of Geovany D█████████ ..............................469

**VOLUME 6**

71. Declaration of Ricardo  M████████ ..............................472

72. Declaration of Abilio I█████████ ..............................475

73. Declaration of Itzel C█████ ..............................478

74. Declaration of Dony  A███████ ..............................481

75. Declaration of Bartolo  D███████ ..............................484

76. Declaration of Minta M█████████ ..............................487

77. Declaration of Noe R████████ ..............................490

78. Declaration of Rony  E███████ ..............................493

79. Declaration of Felipe G███████ ..............................496

80. Declaration of Otoniel A█████████ ..............................499

81. Declaration of Pedro V███████ ..............................502

82. Declaration of Lester  Y████████ ..............................505

83. Declaration of Carol V███████ ..............................508

84. Declaration of Cindy J███████ ..............................513

85. Declaration of Edwin A████████ ..............................518

86. Declaration of Elvi O███████ ..............................525

3

87. Declaration of Gregorio C█████ ........................................................ 532

88. Declaration of Denis J█████ ........................................................ 536

89. Declaration of Juan C█████ ........................................................ 542

90. Declaration of Lucia G█████ ........................................................ 549

91. Declaration of Norin U█████ ........................................................ 554

92. Declaration of Skarleth G█████ ........................................................ 559

93. Declaration of Carol S█████ ........................................................ 564

94. Declaration of David A█████ ........................................................ 572

95. Declaration of Elry A█████ ........................................................ 579

**VOLUME 7**

96. Declaration of Eydi Y█████ ........................................................ 582

97. Declaration of Jesica Y█████ ........................................................ 585

98. Declaration of Katherine B█████ ........................................................ 591

99. Declaration of Kevin G█████ ........................................................ 599

100. Declaration of Miguel A█████ ........................................................ 606

101. Declaration of Rebecca Y█████ ........................................................ 613

102. Declaration of Yender E█████ ........................................................ 619

103. Declaration of Elmer V█████ ........................................................ 626

104. Declaration of Deny N█████ ........................................................ 630

105. Declaration of Juan A█████ ........................................................ 634

106. Declaration of Horacio A█████ ........................................................ 638

107. Declaration of Melannie O█████ ........................................................ 642

108. Declaration of Vicenta P█████ ........................................................ 647

109. Declaration of Miriam B█████ ........................................................ 650

110. Declaration of Loida G█████ ........................................................ 653

111. Declaration of Loida C█████ ........................................................ 656

112. Declaration of Genoveva G█████ ........................................................ 659

**VOLUME 8**

113. Declaration of Aurelia R█████ ........................................................ 662

114. Declaration of Ana M█████ ........................................................ 665

115. Declaration of Celestino A█████ ........................................................ 668

116. Declaration of Jose L█████ ........................................................ 671

4

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

117. Declaration of Braylin A ███████ .................................................................674

118. Declaration of Ventura I ███████ .............................................................677

119. Declaration of M ███████ .........................................................................680

120. Declaration of Christy F ███████ ..............................................................683

121. Declaration of Graisy I ███████ ................................................................686

122. Declaration of Martin H ███████ ...............................................................689

123. Declaration of Edras d ███████ .................................................................692

124. Declaration of Elena C ███████ .................................................................695

125. Declaration of Heydi F ███████ .................................................................698

126. Declaration of Magdalena P ███████ .........................................................701

127. Declaration of Jorge M ███████ .................................................................704

128. Declaration of Manuel R ███████ ..............................................................708

129. Declaration of Mauricio B ███████ ...........................................................711

130. Declaration of Rosalva P █ ........................................................................716

131. Declaration of Owen E ███████ .................................................................721

132. Declaration of Alexander T ███████ .........................................................725

133. Declaration of Serafin S █ ..........................................................................728

134. Declaration of Kimberly V ███████ ...........................................................732

135. Declaration of Michelle T ███████ ............................................................736

**VOLUME 9**

136. Declaration of Orlando M ███████ ............................................................740

137. Declaration of Vanessa R ███████ .............................................................743

138. Declaration of Alexander G ███████ ..........................................................747

139. Declaration of Hazlyn D ███████ ...............................................................751

140. Declaration of Eva B ███████ ....................................................................755

141. Declaration of Gladys E ███████ ...............................................................759

142. Declaration of Maria E ███████ .................................................................763

143. Declaration of Lexyer B ███████ ...............................................................767

144. Declaration of Cesia B ███████ .................................................................771

145. Declaration of Alan C ███████ ..................................................................775

146. Declaration of Juan A ███████ ..................................................................780

147. Declaration of Edwin Q ███████ ...............................................................784

5

148. Declaration of Leticia D███████ ................................................................ 788

149. Declaration of Sandeep S███ ................................................................ 792

150. Declaration of Manish K███ ................................................................ 796

151. Declaration of Devis U███████ ................................................................ 800

152. Declaration of Sachin K███ ................................................................ 803

153. Declaration of Raul P███████ ................................................................ 807

154. Declaration of Yasmin R████████ ................................................................ 810

155. Declaration of Dixia S██████ ................................................................ 813

156. Declaration of Angel A██████████ ................................................................ 817

157. Declaration of Josue ███████ ................................................................ 822

158. Declaration of Lesvia E█████████ ................................................................ 825

159. Declaration of Patricia H███████ ................................................................ 828

160. Declaration of Alba S███████ ................................................................ 833

161. Declaration of Blanca C████████ ................................................................ 838

162. Declaration of Jeydi M████████ ................................................................ 841

163. Declaration of Lizeth R██████ ................................................................ 844

164. Declaration of Maira S███████ ................................................................ 847

165. Declaration of Yenny F█████████ ................................................................ 850

**VOLUME 10**

166. Declaration of Brenda M███████ ................................................................ 853

167. Declaration of Griselda B████████ ................................................................ 857

168. Declaration of Keila P███████ ................................................................ 861

169. Declaration of Rosa P████ ................................................................ 865

170. Declaration of Saudi S████████ ................................................................ 869

171. Declaration of Santos A███████ ................................................................ 872

172. Declaration of Sandra M██████ ................................................................ 876

173. Declaration of Wendy P██████ ................................................................ 879

174. Declaration of Dulce M████████ ................................................................ 883

175. Declaration of Maria d██████ ................................................................ 887

176. Declaration of Herlinda C████████ ................................................................ 891

177. Declaration of Yojana R██████ ................................................................ 895

178. Declaration of Vilma M███████ ................................................................ 899

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P█████████ ...................................................903

180. Declaration of Rocio M████████ .......................................................907

181. Declaration of Iris E██████ ...............................................................911

182. Declaration of Mirza O██████ ...........................................................916

183. Declaration of David C█████ .............................................................920

184. Declaration of Noliba C████ .............................................................924

185. Declaration of Bryseyda G███████████ ..........................................928

186. Declaration of Alba P████ .................................................................932

187. Declaration of Josue G██████ ...........................................................936

188. Declaration of Sara P██████ .............................................................939

189. Declaration of Beysi M██████ ..........................................................943

190. Declaration of Besy J███████ ..........................................................947

**VOLUME 11**

191. Declaration of Blanca R█████ ...........................................................952

192. Declaration of Gladis B████████ .......................................................956

193. Declaration of Lucia R█████████ .....................................................960

194. Declaration of Maria R██████ ..........................................................965

195. Declaration of Nora E███████ ..........................................................969

196. Declaration of Sonia Y██████ ..........................................................974

197. Declaration of Yerica F███████ ........................................................979

198. Declaration of Esperanza C████████ ...............................................984

199. Declaration of Maria del S█████████ ...............................................989

200. Declaration of Glenda D███████ ......................................................992

201. Declaration of Maira L███████ .........................................................996

202. Declaration of Jessica C██████ .......................................................1000

203. Declaration of Karla J██████ ..........................................................1004

204. Declaration of Madelin Y████████ .................................................1007

205. Declaration of Claudia A█████████ ...............................................1010

206. Declaration of Yaneth C███████ .....................................................1013

207. Declaration of Daniel M████ ..........................................................1016

208. Declaration of Gabriel G███████ ...................................................1020

209. Declaration of Mateo A██████ .......................................................1024

7

210. Declaration of Daniel H███████ ............................................... 1027

**VOLUME 12**

211. Declaration of Felipe A███████ ............................................... 1031

212. Declaration of Leonardo L███████ ............................................ 1035

213. Declaration of Maudin L███████ ............................................. 1039

214. Declaration of Edwin G███████ ............................................... 1042

215. Declaration of Victor V███████ ............................................... 1046

216. Declaration of Gustavo A███████ ............................................. 1050

217. Declaration of Romeo N███████ ............................................... 1054

218. Declaration of Wilder D███████ ............................................... 1058

219. Declaration of Jhony A███████ ............................................... 1062

220. Declaration of Luis M███████ ............................................... 1065

221. Declaration of Sayra O███████ ............................................... 1068

222. Declaration of Roger G███████ ............................................... 1071

223. Declaration of Diego M███████ ............................................... 1074

224. Declaration of Kevin Y███████ ............................................... 1078

225. Declaration of Elmer E███████ ............................................... 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller............................. 1087

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS

CV 85-4544-DMG (AGRX)

Exhibit 31

Declaration of _Floridalma C_____, A NUMBER ▮▮▮▮

I, _Floridalma C_____ A number ▮▮▮▮ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is _4/20/94_. I am from _Guatemala_. My son's name is Broswin R▮▮▮▮ He is 3 years old and he was born on 6/7/15.

2. We left _Guatemala_ because we were afraid. My husband hits me and the courts would not protect me. I was afraid they would take my son away. I showed them a scar from where my husband burned me with a cigarette. The Border Patrol official did not believe me.

3. We presented ourselves at the border/were apprehended at around _9:00 a.m_ (time). I believe that it was on or about, _6/26/18_ (date). We were taken to _El Centro Border Patrol facility_ (facility).

4. When we arrived at El Centro around 9:00 am. my son got crackers + a juice. The only other food he was offered that day was a bean burrito. He was crying + wanted to ~~eat~~ eat.

5. The next day he got cereal, milk, + a fruit squeeze for breakfast and lunch, and a burrito for dinner. Dinner was at ~11:00 p.m. My son was crying because he was so hungry. He only ate one bite of his burrito because it makes him sick. Later I asked for milk for him and ~~got it~~ they brought him a milk. I have received three small bean burritos a day and water.

303

6. There is a water container in our room. The water tastes bad and is salty — There are no cups. We are drinking from the containers used for juice that was given to the kids.

7. The room we are in is crowded. We are eight people, four mothers and four children, in a small room. It is approximately 10ft x 10feet. We have two mattresses to share.

8. We sleep with our heads on the mattresses and our bodies on the cement floor, because there are only two mattresses for eight people. The floor is very cold. My son and I share one aluminum blanket. My son sleeps a little on a corner of the mattress, because the floor is too cold. I cannot sleep because it is too cold. The lights are on all night.

7. We don't know what time it is because the lights are always on.

8. There is a toilet in our room, with no walls around it. There is a sink above the toilet. We hold up our blankets to give privacy when some one is using the bathroom. There is a 12-year-old boy and a 10-year old in the room with us.

9. We have no tooth brushes, soap, towels, or hair brushes. A woman in my room had her period and asked for te a tampon. She received one, but was denied a second. She did not get another for around 20 hours, so was using toilet paper. Later she was sent to shower and got more tampons.

10. There is no space in our room to move. The mats and people sleeping take up the space.

11. When I was interviewed by Border Patrol near I told them I was afraid to return to Guatemala because of my husbands violence + threats.

12. No one talked to me about my rights, or said that I could go before an immigration judge. They gave me papers

12(cont'd) in English, maybe 15 pages, that I signed. I do not know what they said. I did not get to keep any of the papers.

13. I did not receive any information about my son's rights while he is detained. I did no receive, or see posted anywhere, information about lawyers or legal services to help with my case.

14. The Border Patrol Official called my family in Indiana, who said they would help us.

/// 

/// 

/// 

//

I, _Floridalma_ ████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████

6/28/18
Date

307

## Certificate of Translation

I, _Tasha Wilson_ certify that I am fluent in English and Spanish and that I read the above declaration to _Floridalma L_ ████████ in Spanish.

_[signature]_

Name: Tasha Wilson

Organization: Center for Human Rights and Constitutional Law

Address:

6-28-18

Date

308

Exhibit 32

_Anet M_ ████████ ...ion of ████████, **A NUMBER** _____-_____-_____

I, _Anet M_ ████████ (A number _____-_____-_____), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is _7/24/2002_. I am from _Mexico, Chiapas_. I am 15 years old.

2. I/We left _Mexico_ because _the gangs wanted me to be with them. I said no. They said they would kill me. There are lots of gangs in Chiaps._

3. I/We presented ~~ourselves~~ myself at the border/we~~re~~ apprehended at around _2:00 a.m_ (time). I believe that it was on or about _6/28/18_ (date). We we~~re~~ taken to _El centro Border Bhrd facility_ (facility).

4. This morning around 9:00, the officials here gave me some papers to sign. I said I would not sign because I did not want to go back. I want to know what my rights are. They said you have to sign someday. They did not explain the papers.

5. I told the officials I wanted to seek asylum. They told me I could not get asylum because I am a minor. The said that when I get back to Mexico, I can go to the U.S. consulate and tell them that I need asylum.

6. I am two months pregnant. I told the officials I am pregnant.

310

7. I did not receive any information about lawyers or legal services. I asked to speak to a lawyer + they said no.

8. At 9:00 am. I was given a bean burrito. This was the first food I received. I was told I would get another burrito at night. I did not get any juice or milk.

9. The room I am being held in has only three mattresses. 18 women are in this room. Three are teenagers/minors. The others are women. We have 15 sheets of nylon. We asked for more mattresses, but the officials said no. Some of us sleep on the benches, some on the mattresses, some on the cement floor. I slept on the floor. It was very cold.

10 There is a toilet and sink in the room, with half-walls. There is no privacy.

11. The lights stayed on all night.

12. No one asked me if I had family here. I was not offered a chance to call any one.

311

I, _Anet M_____, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/28/18
Date

## Certificate of Translation

I, _Tasha Wilson_ ▮▮▮▮▮ certify that I am fluent in English and Spanish and that I read the
above declaration to _Anet M_ ▮▮▮▮▮▮▮▮ in Spanish.


Name: Tasha Wilson
Organization: Center for Human Rights and Constitutional Law
Address:


6-28-18
Date

Exhibit 33

**Declaration of**
**SINDY S**███████████████ **A NUMBER**███████████

I, **Sindy S**███████████ (A number███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 16, 1991. My daughter's name is ███████████████████ (A number███████). She is eight years old and she was born on October 30, 2009. My daughter and I are from Honduras.

2. We crossed the river in a group in Reinosa on June 2, 2018. There were no agents on the other side of the river, so we walked for about an hour to get to the bridge. I wasn't quite sure where to go, but I followed the tracks of others. When we got to the bridge, I saw Customs and Border Patrol so I knew we were in the right place. We got in line to turn ourselves in to border patrol. All the agents asked were our names. They took our shoelaces, hair ties, and jewelry.

3. We got on to the bus with the officials and they took us to McAllen – to La Hielera ("The Icebox"). They took my watch, but I think we were there for two or three hours. It was very cold there. I heard there are some people who have to stay in there for longer. But God has been with me and we didn't have to spend much time there.

4. At La Hielera, we were in a cell, and the floor was full of people. We were exhausted, and we had to wait for people to be taken out to have their fingerprints taken to get a chance to rest. And it wasn't just our cell – every cell was full. They only gave us a juice and a cookie to eat.

5. An official took my photo and fingerprints. I didn't receive any paperwork notifying me of my daughter's rights and neither did my daughter. We weren't able to use the telephone to call an attorney, and we didn't receive a list of lawyers we could contact. The official also didn't ask why I had left Honduras.

6. After a couple of hours, we were taken to La Perrera ("The Dog Pound") in the middle of the night. Inside, it's a big box with chain link enclosures. Those enclosures were full of people.

7. We weren't given any papers or any explanation of our rights. I wasn't able to make any phone calls, either to my family or to a lawyer.

8. There are some officials at La Perrera wearing gray uniforms. They treated people poorly. These officials wake you up from your cushion in the middle of the night by kicking you – at least I think it was the middle of the night, because there were no windows and the light was on all the time. They also treat you poorly verbally. I heard them telling some women "Why did you come to this country?" and to some men "Why did you come to this country, and now I have to pay for you with my taxes?" I saw a woman take an apple from a box to give to her child, and an official told her "What do you call that in your country? Don't you call that stealing?" There was a woman who was getting transferred to another facility, and I heard an official tell her "get all of your filthy things and get out of here."

9. I didn't come here to be a charge on anyone. I came here fleeing for my life and my daughter's life. I'm willing to work to take care of myself and take care of my daughter – I just want to be here in the United States where we can be safe.

315

10. We couldn't go to the bathroom whenever we wanted.  I had to ask the guards to let us out of the cell
because they had locked the door.  Whenever we were woken up in the middle of the night, we weren't
allowed to go to the bathroom.

11. We weren't able to take a shower until the third day we were there.  I was embarrassed because we
weren't able to wash or brush our teeth.  We had brought toothpaste, soap, and deodorant with us, but
they had taken them away.

12. It was very cold, and that made it really difficult to sleep.  And on top of that, we kept getting woken up
by officials.  For some reason they didn't want to let us sleep.  I told an official that my daughter was
asleep and I didn't want to wake her up to make her stand in line, but he yelled at me and made me wake
her.

13. After three days, they didn't tell us where we were going, but they put us in a bus and brought us here to
Dilley on June 5, 2018.  On the bus, an official asked if the temperature was OK.  A woman responded
that she couldn't feel the air conditioning.  The official said, "Oh, you can't feel the air?  More air
conditioning for me up here."

14. I had my credible fear interview last Thursday.  It was delayed because no official was available.  I
brought my daughter with me, because the form told me to bring her.  But the official let me leave her
outside for the interview.  I received a positive credible fear determination.  My family is buying us
tickets and we hope to leave for Los Angeles tomorrow to go live with my uncle.


I, Sindy S████████████, swear under penalty of perjury that the above declaration is true and complete to
the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was
read back to me in Spanish.

███████████████

6/28/18
Date

Page **2** of **3**

316

<u>Certificate of Translation</u>

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Sindy S███████████ in Spanish.

_Virginia Corrigan_
Virginia Corrigan
823 Folsom Street, Suite 700
San Francisco, CA 94107

6/28/18
Date

Page **3** of **3**

317

Exhibit 34

Declaration of

**TIMOFEI F** █████████████████████████

I, **TIMOFEI F** ██████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 5th, 2003.  I am from Russia. My mother's name is ████████ ███████████  and my father's name is ████████████████████  I do not know of any other relatives I may have here in the United States, but I know of an organization, Jehovah's Witnesses, that operates all over the world.

2. I am a Jehovah's Witness, as is my family, and the government prohibits my organization from existing in Russia. If anyone finds out I am a Jehovah's Witness I believe I will be jailed for ten years. I am very afraid of that. I do not remember when we left Russia, but it was approximately a month ago.  I just learned that it is July, 6, but I thought it was still June.

3. I am detained here with my mother, who's in a different room and my father also arrived here with us. I believe my father is also here, not in the same room with me, but in the last four days I saw him once, when the officer let us meet.

4. My mother and I took a plane to New York. My father went to Tijuana by himself, and we were planning to reunite as a family once we were all in the U.S. My father was waiting in a long line to cross the border. From New York, my mother and I flew to either San Diego or San Ysidro. My mother and I decided to meet him in Tijuana, where he was in line, so we could be together as a family. My father did not have a visa, and my mother and I had tourist visas.  They told us once we entered the San Ysidro Pedestrian facility, the visas my mother and I had was no longer valid.

5. We were waiting in line and our number was 320. We waited for several days in this line, however during that time, my mother, who speaks English, went back to San Ysidro several times during the waiting period and eventually we crossed the border by foot.  When we crossed we explained that my mother and I have tourist visas. I can barely remember dates about the crossing or about the trip, I haven't looked at the calendar, and do not know even what the date is today.

6. We all three of us are Jehovah's Witnesses and are being prosecuted in Russia, and we're all asking for asylum. On my second day in this facility I met with my dad for fifteen minutes in an unknown place inside this camp. We did not meet in a room, it was more like a corridor, and there were chairs in that corridor. That was the only time I saw my father in this facility.  We got lucky yesterday and my mother and I were able to eat together. I saw her several times, either eating together or she asks the officer to come see me. Every time we see each other we eat together.

7. My body hurts because we have to sleep on hard mats. The reason my body hurts is that we're crowded and we have to sleep in uncomfortable positions. It's really hard for me to measure, I cannot really think about it in meters or feet right now, but it's very crowded. If people were standing with arms outstretched touching fingers, the room would be two people by three people in length/width. There are only teenagers in my room, but recently there have been two new boys aged 12 and 13. I believe it's a mistake they were placed in our room. I asked the ages from some of the teenagers and the oldest was 17 years old. I have a blanket, I think made of wool, but it barely fits my body. Thankfully I have four layers of clothing. The cafeteria is about eight by twelve people outstretched. There are 50 people at a time in there and there are not enough seats for everybody. Some people stand and some people sit on the floor. Approximately 15 people do not have seats.

8. I eat four times a day. The first time between 5:00-7:00 am, the second time around noon, the third time around 4:00 pm, and finally around 10:00 pm. The food is not freshly made, it's likely frozen. The food is lukewarm, it's not really warm and it's not really cold, it's room temperature. For breakfast there are usually burritos or cereal, but they do not taste good. I cannot eat them. For lunch there's usually a sandwich and then there are hamburgers for the other two meals and with all meals there is a juice, either a mixed juice or apple juice. One time we ate breakfast without juice. We do not get a choice of juice, we just get any one. Because we are not doing any physical activity here, I have enough food.

9. All day we are in a locked room. However, twice a day our room gets cleaned and we're moved to the kitchen. All I do is eat, sleep, and try to learn Spanish. There is only one window in the room and all we see is an empty corridor. I have not seen sunlight since I have been staying in the camp.

10. The ventilation here makes it very cold throughout the entire camp.

11. Twenty-four hours a day there are one or two big light panels turned on all the time. I cannot tell the difference between night and day. I can only estimate time of day based on what I eat. In my room there is one bathroom and it has no door and the sides are shaky, and they're not really walls. There is one bathroom with one toilet and no shower. There are from five to twelve people, depending on how many people arrive at night and how many people leave in the morning. There is no soap in the bathroom. Sometimes I'm provided a single-use toothbrush that has a tiny bit of toothpaste on it, but I don't always get that. On the second day I did not get a toothbrush at all. The toothbrush is only a sponge on a stick. On the first day I they offered us the opportunity to take a shower but not on the second or third day. I have not taken a shower since I arrived at the camp. I'm still wearing the clothes I came in with. I never imagined in my entire life that I would find myself in these circumstances, in this type of place.

12. There are two situations that I consider to be the worst here. The first is that I'm separated from my mother and father. That really wears me down and weighs on my soul. The other situation that has been really difficult for me was that yesterday a teenager who crossed the border illegally was put into my room and he was very angry and when he found out that I was from Russia he started to bully me in Spanish. He did not let me sleep. He did not try to hurt me physically but he was making fun of the fact that I was Russian and laughing at me. Nobody supervises us. Sometimes, very rarely, officers will walk through the hallways. There are also cameras in the room. The only word that people around me know in Russian is how to say 'Hi.' I do not talk to anyone in my room, and only one of them speaks English.

Page **2** of **4**

320

13. My family and I have not been in other facilities.

14. I do not remember and I do not know if I was provided writings about my legal rights. I do not remember any documents. I am being kept separately from my mother and from my father. The only banner I have seen is that the mats we sleep on need to be organized, and I have received no other instructions.

15. My family and I have been at the San Ysidro Pedestrian facility for about four days.

16. I have not been told when I will be released from here. I want to add that the circumstances for the men are much worse. They sleep on blankets and have to cover themselves with plastic bags. I walked by their room and there was a window into the room for the men. Also, when they clean our rooms and we're moved to the kitchen I saw men in their room holding their rugs or blankets and plastic bags with them. Only 10 of the 50 people in there have the mats.

Because I am a Jehovah's witness, I am prohibited from swearing. Therefore, I must provide an oath to tell the truth, but put it in a different phrasing than is usually used by the Court. I am allowed to promise but not swear. I take a promise to tell the truth very seriously. I, **TIMOFEI** ███████████ promise under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, a language in which I am not fluent, but was read back to me in Russian, a language in which I am fluent.



6/7/2018
Date

Certificate of Translation

I, Yekaterina Reyzis, certify that I am fluent in English and Russian and that I read the above declaration to Timofei F███████ in Russian.

YEKATERINA REYZIS
Orrick, Herrington & Sutcliffe LLP
The Orrick Building
405 Howard Street
San Francisco, CA 94105

July 6, 2018
Date

Page **4** of **4**

322

Exhibit 35

Declaration of Cesar A ██████

██████████████

I, Cesar A ███████████████
declare under penalty of perjury
that the following statement is
true and complete to the best of
my knowledge and recollection:

1. My name is Cesar A ████████
   ███████. My date of birth is
   September 28, 2005. I am 12 years
   old. I am from El Salvador and
   I lived in San Vicente, El Salvador,
   with my grandmother and my
   15-year-old brother David A █████
   ██████████████, until he and I
   decided to leave El Salvador on
   our own for the United States.

2. We left on May 28, 2018, and
   reached the United States on
   June 13, 2018. We entered the
   United States by crossing the
   river. We wanted to turn ourselves
   in to an immigration patrol,
   so we walked until we saw
   a vehicle that was white with
   green marks, and we approached it

324

3   The immigration agents called a small s—s to come and take us to a place where we were registered and placed in cells. My brother and I were separated, and I went into a cell for younger boys. My cell had boys ages 6 to 12. There were about 11 kids in my cell, all boys.

4   Our clothes were still wet from crossing the river when we entered the cell. Each of us had a sheet that was sort of metallic, but I still felt cold because my clothes were wet. There were no mats, so we sat either on the concrete ground or on cement benches along the walls. We stayed there like that and slept there.

5   My brother and I spent 24 hours in that place. For food, we had a sandwich, some juice, and I also received some crackers. It

325

really wasn't enough food for me.
I was hungry in between meals,
even though I ate every time the
food came. There were no snacks
in between meals.

6  Here the food is much better. Here
we get apples, and the other food is
much better.

7  The place I am now with my brother
has chain dividers like cages.
My brother and I are together.
We have been here since sometime
yesterday evening.

8  I haven't talked to my parents
since I have been here. I really
want to speak to them.

9  I haven't received any information
about when we will leave and
what happens next.

I swear under penalty of perjury
that this statement is true and
complete to the best of my ability.

326

This declaration was read to me in Spanish, a language I speak fluently and the language I gave my declaration in.

June 15, 2018

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ⟨Cesar A̲̅ ██████████████████ in Spanish.

Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016

Dated:  McAllen, Texas

June ____15____, 2018

328

Exhibit 36

Declaration of
Kevin V ███████████

I, Kevin V ███████████,
declare that the following is
true to the best of my knowledge
and recollection:

1. My name is Kevin V ███████
███████ I was born on October
14, 2000, in San Salvador El
Salvador. I am 17 years old.
I lived in San Salvador until
May 29, 2018, when I left
on my own to come to the
United States

2  I spent about 13 days in transit.
I crossed the river into the
United States yesterday, June 13,
2018, at about 6:00 or 7:00
pm.  I walked for about an
hour and a half before
I was apprehended by US immigra
tion officials.

3. The immigration agents had us
take off our shoes and show
our documents. They had us   330

most of our belongings into a
plastic bag. They let me keep
my birth certificate and a
ticket they gave me as a receipt
for my belongings. The belongings
they took and stored for me
were a necklace with a religious
emblem on it, my wallet with
about 50 mexican pesos my
shoelaces, and a photo of my father
showing injuries he sustained
at the hands of gang members
who stabbed him, ~~every teeth~~

4 | Then they called a bus and took
us to the CBP holding facility
in McAllen, Texas, where I am
now. I arrived at the CBP
facility at about 10:00 pm.

5 | Here they searched us again.
Somebody searched our bodies.
They had us raise our shirts so
they could see our chests and
backs. They patted us down
below the waist. They said this
was for security and also to
check if we had any injuries.

331

6. They put me in a cell with something like 26 people in it, all boys under age 18. Most of us were 16 or 17, but there were also some boys who were 13 and 14. They didn't seem to make any special effort to separate the older boys from the younger ones.

7. The cell was very crowded. There were so many of us that we could not stretch out on the ground or the benches. Most of us had to sit upright and stay in one place.

8. When I entered the cell, I was not given a blanket. When some other boys left later, a few of us who didn't have blankets at first took the opportunity to get the ones they had used. None of us had mats for sleeping.

332

9. The temperature in the cell is cold, especially with out a blanket, I only have a t-shirt. But you get used to the chill.

10. I didn't sleep most of the night. I wasn't sure if I would be called by the immigration agents, so I spent most of the night alect in case I was called.

11. There are two boys in my cell who don't understand Spanish. They don't understand us when we speak to them. When they were going through the registration process, we saw them using head gestures to be able to communicate with immigration officials.

12. There is a toilet in our cell. There is a short wall in between it and the rest of the cell, but there are always people close to the entry because there are so many of us in the cell. We get the trash cans in

333

the entry to give a bit of
a barrier between the rest
of the cell and the toilet
It doesn't feel very comfortable
but we manage as best we can.
It feels uncomfortable to use
the toilet, and we also are
conscious that we are making
the person who is using the
toilet feel uncomfortable

13. There was no toilet paper in
the toilet when I arrived in
the cell, but then after I
woke up at about 1:00 or
2:00 am I saw that there
was paper. There is no soap.
We wash our hands just with
water.

14. I don't have a toothbrush or
toothpaste, and I haven't
been given any since I arrived
I have not been allowed to
shower or bathe since I have
been here

334

15. The food we receive is a sandwich with ham and a juice. Last night we also received a cracker with our meal, but not for the other meals. The food isn't really sufficient. It makes me less hungry for a while, but it's not really enough. In between meals, I get hungry. From 7:00am to 1:00pm, I have had to wait with no food — it's not possible to get a snack in between meals. I just had to wait.

16. I have not been able to call my family while in this detention facility. I would like to tell them where I am. I'm sure they're waiting to hear from me and are worried about me.

17. I haven't received any information about what happens next. They just took my photo and my prints. That's it. Immigration

335

hasn't given me anything in
writing to tell me what happens
next with my case. The agents
here haven't even told me
what the stages in the process
are here. They just call us
periodically for something. We
never know if they need more
information or if we're waiting
for something. We just don't
know what the process is
because they don't tell us anything

18 That's why its hard to sleep.
We don't want to fall asleep
until we're sure the paperwork
is completed, because we're
worried we'll miss something.

I swear under Penalty of
perjury under the laws of the
United States that this
declaration is true and correct
to the best of my ability.

June 14, 2018

**Certificate of Translation**

I, Michael Bochenek, certify that I am fluent in English and Spanish and that I read the attached

declaration to ___Kevin U█████████████████████___ in Spanish.


Michael Bochenek
Human Rights Watch
350 Fifth Avenue, 34th Floor
New York, New York 10118
(718) 724 9016


Dated:  McAllen, Texas

June ___15___ 2018

337

Exhibit 37

**Declaration of**
**ANA P███████████, A NUMBER███████████**

I, **Ana P███████** (A number ███████), declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

1. I was born July 8, 1981 in Honduras. My daughter is ███████████ (A ███
   ███████). She was born on September 16, 2006. She is 11 years old.

2. We came to the United States because we were afraid. Our house was destroyed
   by flooding and the landlord began to extort us. We paid him some money but he
   kept demanding more. He threatened to send gang members after my family if we
   did not pay. Later that day, gang members came asking around for us and saying
   that they were going to take revenge on us.

3. We entered the United States at Reynosa. We were apprehended by immigration
   officials on Wednesday, June 20, 2018 at 5:30pm.

4. At 7pm, they put us in an icy cold room with 40 people. They were all women
   and crying children. It was very crowded and not everyone was able to lie down.

5. When we entered the ice box, they brought us each a cookie and juice, but no
   water. Two hours later, we each received a bad ham sandwich and a small juice.
   They also brought a thermos of water and small cups. It was not enough water.
   We asked for more and a half hour later they brought more.

6. Because we were wet when we arrived, we were freezing. We did not receive dry
   clothes or towels. We each had an aluminum blanket. I used both of them to wrap
   around my daughter. My daughter crying because she was so cold.

7. There were only two toilets in the ice box. There was only a short wall blocking
   us from view. There was a sink above each toilet but no soap. We did not receive
   toothbrushes or toothpaste.

8. I was called into a room and had a video conference with an official. He asked for
   our names and other information. He did not give me any information about our
   rights or tell me we could have an attorney. He asked whether anyone would
   sponsor us in the United States. I said that my sister and brother-in-law in the U.S.
   He did not ask for their contact information or offer me a phone call.

9. At 12am on Friday June 22, my daughter and I were moved to a building called
   the doghouse. We were there for three days. When we arrived, they asked me for
   my daughter's age, and I told them that she was 11. They took her away and did
   not tell me where she was going.

10. I was held in a cage with 15-20 women. Everyone was always crying because we did not know where their children were. We had all been separated from them. The officials surveyed all of the women asking whether we had known that they were separating parents and children. They asked us why we were still willing to come to the United States. They did not give us any information about our legal rights or try to contact my sister in the United States.

11. On the second day in the doghouse, when we lined up to get our food, I saw my daughter in another line two cages away. She was crying. We made eye contact and I tried to comfort her with hand signs. We were not allowed near each other.

12. On Sunday June 24 at 11am, they called some of the mothers' names. Then they began calling the children's names. When I saw my daughter, we both cried and hugged each other.

13. My daughter said that she really needed me and missed me badly. She told me that when she was alone, she was cold and that her food was bad. She felt alone and often did not eat. She had stomach pain. She only had one shower, on the first day, and had to put on her dirty clothes again. They did give her a toothbrush and toothpaste.

14. We boarded a bus and arrived at Dilley on Sunday afternoon. When we arrived, we had showers and gave a urine sample. We received clothing and a medical screening. An official explained our legal rights and allowed me to call my sister.

15. My daughter has been having a lot of anxiety and trembles often. She has become withdrawn. She always wants to know where we are going next and when we will be able to leave and see her aunt.

16. We are waiting for our appointment with a lawyer. We have a hearing on July 2.

I, Ana P███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/28/18
Date

Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Ana P███████ in Spanish.

Yolanda Rodriguez

6/28/18

Date

Exhibit 38

**Declaration of**
**Alma R███████████   A NUMBER XXX-XXX-XXX**

I, **Alma R███████████** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 10, 1980.  My daughter's name is Maria F███████████ She is thirteen years old and she was born on February 20, 2018.  My daughter and I are from Guatemala.
   2005 A R M L

2. We left my home and country to offer a better life to my daughters, one left in Guatemala with my mother. In Guatemala there is no possibilities or opportunities to survive.

3. We were apprehended after walking approximately one hour north of the border.  I believe that it was on or about June 10, 2018 at 5:00 PM.  We were taken to the San Ysidro CBP station.

4. The food at this facility consists of only bean burrito, a cookie, and some juice for breakfast, lunch and dinner. The only water available is from a drinking fountain and no cups are available.

5. The temperature at this facility is colder than comfortable.

6. In the restrooms, there was toilet paper, but no soap or hot water. The restrooms out in the open where we sleep and are detained.

7. We were not provided a chance to shower. We were given a comfortable to sleep in and a thermal blanket but still felt cold. The lights were left on but it was not crowded.

8. We were not provided a toothbrush but only a sponge on a stick for dental hygiene.

9. I was not informed of any rights in regard to my daughter including the possibility of releasing her to my brother or responsible adult. Or of any right to change my decision if I made one concerning my daughter.

10. A Customs and Border Patrol ("CBP") agent called my brother in Florida.  The CBP agent spoke with my brother himself while I listened. The CBP agent asked my brother if my brother had enough money to transport us to Florida and that releasing us to Florida would happen faster if he could afford our transportation. My brother stated he could not afford our transportation. The CBP agent then stated he would be back in touch.  I was asked by the CBP agent if I wanted to say something to my brother and I told him yes.  Told my brother that we were ok and not to worry

11. We were not allowed to read our declaration written by the CBP agent when we were first apprehended but were told just to sign it.

Page **1** of **3**

I, , swear under penalty of perjury that the above declaration is true and complete to the best of my abilities.
This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 11, 2018
Date

344

<u>Certificate of Translation</u>

I, Rosa Zuniga, certify that I am fluent in English and Spanish and that I read the above declaration to Alma
R██████████ in Spanish.


Rosa Zuniga
8310 Miramar Mall
Suite A
San Diego, CA 92121



_____June 11, 2018_____
Date

345

Exhibit 39

Marlyn E███████  **Declaration of** ██████████, A NUMBER ██████████

I, Marlyn E█████████ A number ██████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is 7/9/95 I am from Honduras. My daughter's name is Claudia V███████. She is 7 years and was born on 11/22/10. My son's name is Emerson Y██████. He is 5 years old and was born on 9/23/12. My children's stepfather, who has been a father to them for five years, is Kevin A███████ born on 6/12/95.

2. I/We left Honduras because we were afraid for our lives. We came here to save our children's lives. My children's biological father is violent and in a gang. He attacked my children's stepfather and cut his arm, so he can no longer use it. He trapped us and robbed us and threatened our lives. He has killed people + has been to prison for that.

3. We presented ourselves at the border/were apprehended at around 12:00 pm (time). I believe that it was on or about 6/27/18 (date). We were taken to El Centro Border Patrol facility (facility).

4. My children ~~receive~~ were given juice when they asked and some crackers. They did not receive a meal until around 11:00 p.m., Eleven hours after we encountered Border Patrol. They have been offered small bean burritos, but they don't like them. The water here smells strongly of chlorine, but there is nothing I can do about it, so my children drink it. We have been offered food, bean burritos, three times a day. We are getting dinner around 11:00 p.m, when we are sleeping.

347

5. The temperature here is cold at night.

6. The lights are kept on all night. It is difficult to sleep. We put our plastic sheet over our heads. There are 10 mattresses, which we all share among 20 people.

7. The room we are in is crowded. There are around 20 people in the room, mothers and children. There is someone who has been here a week, who has her period, who has not been able to bathe. I have not bathed and my children have not bathed. There is a ~~toi~~ toilet in the corner of the room with a halfway wall and a sink with water. People wash ~~bottles~~ in the sink. ~~without privacy.~~

8. There is a child here with diarrea who is always using the bathroom. He is sick from the bean burritos.

9) There are no toothbrushes hair brushes, or soap or towells. The room is dirty now, they have not cleaned it today.

10. I was interviewed together with Kevin and
the children, for about an hour. I told them
we were afraid to return to Honduras. Kevin
also told them he was afraid and that he would
rather stay in custody here than return to
Honduras. He showed them he cannot use his
right arm because he was attacked by
my children's biological father. He was
told he would be sent back to Honduras.
It did not matter to them that we are
a family.

11. I was told I was going to see an
immigration judge. I was given a paper to
sign, about eight times. I think it was in English.
I don't know what it said. They took it
after I signed it.

12. I have not been given information about
obtaining a lawyer or access to a telephone
to call a lawyer.

13. I have not been advised of my children's
rights while they are detained.

349

14. The interviewer called my ~~grandmother~~ mother-in-law, who said ~~that she could~~ her son's name is Kevin. ~~~~~~~~~. This was the mother of Kevin, who lives in Kansas. We did not get to speak with her. They hung up the phone.

15. They told Kevin that he did not have access to a lawyer or a chance to go in front of a judge.

16. My children are crying for Kevin and have seen him only one time, briefly, since we have been here.

// /

/// .

///

350

I, Marlyn ███████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Signature

Date

351

<u>Certificate of Translation</u>

I, _____Tasha Wilson_____ , certify that I am fluent in English and Spanish and that I read the above declaration to ___Marlyn E█████████████████ in Spanish.


_Tashulle_____
Name: Tasha Wilson
Organization: Center for Human Rights and Constitutional Law
Address:


6-28-18_____
Date

352

Exhibit 40

This is a confidential legal document and the work product of a attorney-client relationship.

### Declaration

Jeydi M███████████, A# ███████

I, Jeydi M███████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Jeydi M███████████ born, March 23, 1989, A# ███████ and my 4-year-old son ███████████ (A# ███████), born February 16, 2014, who was not interviewed and who is on my claim. I am from Progresso Lloro, Honduras.

2. In October 2017, my partner left Honduras taking my daughter with him to the United States.

3. I entered the United States on about June 4, 2018 near Brownsville, Texas. After I crossed into the United States we were detained by U.S. officials about 15 minutes later. The officers demanded my shoelaces, jewelry, and told me to get into a truck. The officer asked me questions about when I came and made me sign several papers. I asked if any of the papers were for my deportation and they said 'no'. Then they drove us to a heiliera.

4. At the heiliera they took my identification and asked me if the child with me was my son, and took us into a very cold room where we had to sleep in the floor with blankets of aluminum. They also took my finger prints, but not my son's. They also asked me questions about why I came to the US and if I had a fear of returning to Honduras. I told them I feared persecution They also gave us a cookie and juice five times in 24 hours. Four times they gave me a sandwich. I stayed in the heiliera one night I think, but because they never turn off the lights I am not sure. There was no possibility to bath or take a shower.

5. The next day we were taken to the Peirrera in a bus. They gave us an apple, sandwich, cookies, juice, and water. I was taking medicine for an injury to my leg. There was no possibility to bath or take a shower, even though there was a shower there. I was at the Peirrera for one night, I think, then I was taken to Dilley.

6. The medical treatment in Dilley is not sufficient. The medicine that I received at Dilley for my leg injury did not stop the pain in my leg, although the medicine that I was taking in Honduras since August 2017 did stop the pain. There are long waits and the medicine they give us is not good. I had to wait for five days to get treatment for my leg. I asked for crutches so I could walk but they would not give them to me. They told me that I could only get crutches if I was admitted in to the medical unit here. My son was coughing, vomiting, and had a fever. They did not give him any medicine for his fever, cough or vomiting. About a week ago my child had a fever and was vomiting, and I went to the clinic, about six times in three days, and the nurses refused to admit my child or provide him any assistance. Only after he saw the doctor, and he confirmed the child had a fever, did my son receive treatment for a fever and conjuctivitis. They gave me an armband that meant that I don't have to wait at the pharmacy because I had to wait for 2 or 3 hours to get medicine before they gave me the armband. They gave me this armband after 20 days.

7. The nurse who first saw my child wrote that my child did not have a fever, but the next person who saw my child, and said he was a doctor, said my son did have a fever.

8. At Dilley, I was interviewed on Monday, June 7, 2018, and explained that I was fleeing my country because I feared harm. I am awaiting my asylum decision.

I, Jeydi M███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ███████████████    Date: _6/28/18_____

354

Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Jeydi
M█████████ in Spanish.

Casey Miller: _____   Date: 6/28/2018 _____
802 Kentucky House
San Antonio, Texas 78201

2

Exhibit 41

Declaration of Tarino A█

I, Tarino A█, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 2, 2002. I am 15 years old. I am from Mexico.

2. I left Mexico to find work.

3. ~~it were~~ I was apprehended by CBP with my grandfather, Vincento A█, my sister, Claudia A█ (18 y.o.), ~~brother~~, Leonesio A█ (1█ y.o.), and a family friend. I ~~believe~~ that it was on Monday (June 25, 2018) We were ~~taken to~~ El Centro. We were together for 10 min. and then separated. They did not tell us we would be separated. I was afraid when I was separated from my grandfather. We were not given an opportunity to say goodbye.

4. At the facility, I have access to water. The water is not good. It smells. I have my own cup. I was offered 2 cookies and 2 juice boxes when I arrived. Since then, I have been given 1 burrito and 1 juice, 3 times a day. The burrito is only bean, and is

357

small, about the length of a pen. I'm hungry, but I only eat a little bit. There are no apples or bananas.

5. The temperature at the facility is a bit cold. I don't know if I have access to a shower.

6. The lights are on bright all night. I have to put my blanket over my head to sleep. I am in a room with 3 other kids. There are 4 of us, and only 3 sleeping pads. The room is approx. 8 x 10 feet. It's cold at night

②

7. My grandfather, uncle (friend), sister and brother arrived here on Monday June 25 2018. My brother and uncle (family friend) left yesterday

8. I did not receive any papers explaining my legal rights. I did not see any notices posted about my legal rights

9. I did not see any telephone or make any phone calls. I was not told I could have a lawyer or given information about speaking with a lawyer.

10. I am being returned to Mexico today. They told me I am going to Mexicali. I do not know if my grandfather or sister are being returned to Mexico also, or if I will go alone.

I, Taurino ▇▇▇ swear under penalty of perjury that the above declaration is true and complete to the best of my knowledge. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/27/2018    359

▇▇▇▇▇▇▇

## Certificate of Translation

I, _____Clara Long_____, certify that I am fluent in English and Spanish and that I read the above declaration to Tariro A█████ in Spanish.

_____

(Name of translator)

Clara Long
350 Sansome St
Ste. 1000
San Francisco, CA 94104

6/27/2018

Date

# Exhibit 42

Denia M███████████ ████tion of ████, A NUMBER _____-_____-_____

I, Denia M███████████ _____ (A number _____-_____-_____), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is Sep 10, 1997. I am from Honduras. My daughter is Zoe V████████████ Her date of birth is February 16, 2017. Her A# is ████████.

2. I/We left Honduras because a gang killed my husband and threatened my and my daughter's lives.

3. We presented ourselves at the border/were apprehended at around Mid-day (time). I believe that it was on or about June 27, 2018 (date). We were taken to El Centro Border Patrol Station (facility).

4. My husband and I owned a small store in Atlantida, Honduras. The gangs were forcing us to pay an Impuesto de guerra, or War Tax. My husband had stopped paying and they were threatening him. When I was pregnant, we decided not to register her with his name because he was being threatened

5. About 3 months ago, they killed him and burned down our store. I was there and they told me I should run away or they would kill me and my daughter. We fled the same night, with just the clothes we were wearing.

362

6. I went to my mom when paid for us to take a bus to Guatemala and then we went to Mexico. I wasn't able to attend my husband's funeral.

7. After my daughter and I were detained, we were brought to this building and put in a cell with about 10 other families. There were only seven mats for sleeping so some of us slept ~~standing up~~ sitting up We had paper blankets. ~~and~~ It is very crowded, and we have to step over others to get to the bathroom.

8. Since we arrived yesterday, my daughter is now having diarrhea. It started this morning. I don't want to ask for a doctor ~~because~~ I am afraid the officials will retaliate and hurt my case if I do. My daughter also ~~is getting~~ has a bad diaper rash from the diapers.

9. There is another baby about 3 years old who has not ~~been able to so~~ had a bowel movement for four days and his stomach is very hard. The mother told the guards, and they did nothing This mom said she has been here for 5 days.

363

Declaration of Denia Til
page 2

10. They feed us two burritos per day
but it isn't enough. I have an allergy
to gluten so I am afraid to eat
the burrito. because it may make
me sick. I am worried because
I am not making enough milk
now to feed my baby. Since
I have been here and am not
eating enough, my milk is drying
up, so my daughter also is
hungry, and not getting enough
to eat.

12. My daughter feels shut in in the
cell all day. There are no toys or
games. She goes up to the locked
door and bangs on it.

13. At the facility, I did not get any
papers explaining my rights or
a list of lawyers to contact

I, Denia M████████ ████ ████ ear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Denia ████████

Signature

6-28-2018

Date

365

Certificate of Translation

I, _____Clara Long_____, certify that I am fluent in English and Spanish and that I read the above declaration to _____Denia M_██████████_____ in Spanish.

_____
Name:
Organization:
Address:

Clara Long
350 Sansomest  Ste 1000
San Francisco, CA 94104

_6-29-2018_____
Date

366

Exhibit 43



Declaration of

Manuel A███████████████  A NUMBER  ████████████

I, Manuel A████████████████ (A number ██████████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is _10/9/2000_. I am from Roatan, Honduras. I am 17 years old.

2. I/We left _Honduras_ because of the drug dealers there. They were threatening me and my grandparents. They told my grandparents to give me to them to work for them, and said that if I did not work for them, they would kill my grandparents. I left Honduras less than a month after the drug dealers started to bother my grandparents about me. It took me approx. 6 months to get here.

~~3. We presented ourselves at the border/were apprehended at around _____ (time). I believe that it was on or about _____ (date). We were taken to _____ (facility).~~

3. I crossed the border near Mexicali on Wednesday, 6/27, at approximately 2 pm. I arrived in this CBP facility at El Centro approximately an hour and a half later, driven by border patrol agents. It is now just after noon on Thursday, 6/28/18. I have been in the El Centro CBP facility for approximately 20.5 hours.

4. The first time I was given food in this facility was at approximately 6 am this morning, 14.5 hours after I arrived. I was given a small burrito, some cookies, and a juice. The burrito had been frozen, and was not cooked enough. It was still frozen in the middle. The meal was not enough food for me. I am still hungry.

368

①

5. In the room where I am staying, there is a cooler of water. The water tastes like Clorox. There are no cups in the room where I am staying to use for water. The people in the room use old juice bottles to drink from, after they are given those juice bottles for a meal. I recieved my first juice bottle at approximately 6 am this morning, and did not drink any water before then.

6. I am being kept in a room with 12 other boys, ages 15 - 18 (approximately). We have 3 cushions and 4 or 5 blankets between us. I do not have a blanket. Five of us are able to sleep on the cushions at a time, because we push the cushions together and sleep close together. Others sleep on the two benches that are on the walls, or on the floor. It is cold for me in the room, without a blanket. There is nothing to do in the room: no books or games. The room is approximately 12ft by 7 or 8ft. The cushions are approximately 3 feet wide. I understand feet as a unit of measurement because I worked as a carpenter in Honduras.

7. The bathroom in the room where I am staying is dirty. It has not been cleaned since I arrived. I have not been given an opportunity to shower since I arrived.

369

②

8. Since I arrived here, no one has given me any papers to keep. To my knowledge, I have not seen any written notice of my legal rights. I have signed a paper, but I did not understand it, because it was written in English, which I do not read. No one explained the paper to me. I have not been told or shown a list of free legal services.

9. I don't think I am allowed to use a phone here. I did give the people who work here the phone number of my aunt who lives in Florida. A man who works here called her in my presence. She told him that I could go to her.

10. I have not been told anything about what will happen to me next.

11. I told a man here that I was afraid to return to my country because of the drug dealers threatening my grandparents and me. He told me that he didn't care what happened to me in my country, and that those problems were my country's problems. I think that man's name was W. Menendez (or Melendez).

12. The men who work here are very tough/mean. The same man also called me a "burro", which means a donkey or stupid person. He also told me that they don't want stupid people like me here bothering their court

370

③

statement.

13. I feel ~~very th~~ lonely here and I want to speak with my aunt.

I, *Manuel A.* ████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████

Signature

6/23/2018

Date

## Certificate of Translation

I, _Clara Long_____, certify that I am fluent in English and Spanish and that I read the above declaration to _Manuel G████████_____ in Spanish.


_Clara Long_____

Name: Clara Long
Organization: Human Rights Watch
Address: 350 Sansome St. Ste 1000
         San Francisco, CA 94104

6-28-2018
Date

373

# Exhibit 44

**Declaration of**

**ALMA S** ███████████████████████

I, **ALMA S** ██████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 25, 2002. I am 16 years old. I am from Mexico.

2. Describe Reason for leaving country of origin.

   There is a lot of crime and kidnapping in the area where I am from. Six months ago, my cousin was kidnapped for ransom and our family could not pay. May aunt had to flee her home and my cousin has not been found. We believe that he is probably dead. My family and I are afraid to return.

3. We presented ourselves at the border on July 4, 2018 at approximately 10 am. We were taken to the San Ysidro – Pedestrian West Facility.

4. In the time that I have been here, I have had four meals per day. For lunch, we have had a cold ham and cheese or cold cheese sandwich. The sandwich is served with carrots and juice. At midnight last night, I was offered cold cereal and milk. On July 5th, we were given breakfast at 8 in the morning. Breakfast was a burrito with beans, ham and potatoes – the burrito was room temperature. When the burrito was served, there were not any carrots or juice served at the same time. I have not had any hot meals since arriving yesterday. I am often hungry.

5. There are three bathrooms in the room. There is a half wall between the toilets but there is no door in front of the toilet. There is toilet paper. There is a sink to wash hands but there is no soap and there are no paper towels. There is access to feminine hygiene products. I have not been provided with a toothbrush or deodorant.

6. The temperature inside the room is very cold. No one asked for the temperature to be adjusted. It is difficult to sleep because of the temperature.

7. The lights are on all of the time and it makes it difficult to sleep.

8. There is no window to the outside. There is a window in the door to the room but no window to the outside.

9. I am in a room with my mother and my four siblings. The floor is concrete. There is no window other than a small window in the door. The room is quite small. There are approximately 50 people in the room – 20 of them are adults. There is not enough room for everyone to put their mat down and sleep at the same time - some people put their mats in the bathroom area because there is not enough room. It is difficult to sleep because people are very close together. The door is locked and I do not feel free to leave.

10. I have not had the opportunity to shower since I arrived. I have not been given the opportunity to clean my clothes and I have not been given the opportunity to change into the clean clothes that I have brought with me.

Page **1** of 4

11. I have not, and I don't think that my mother has, received any information regarding my legal rights. I have not been advised of my right to a hearing or my right to see a judge. I have not been given any information regarding free legal services that may be available to me.

12. My family and I have been at the San Ysidro – Pedestrian West Facility for about 2 days. We are planning to contact my uncle who lives in California. No one has given us the opportunity to call him or otherwise contact him. No one has asked me if I am afraid to return to my home country. They took my fingerprints.

376

Certificate of Translation

I, Robert Perez, certify that I am fluent in English and Spanish and that I read the above declaration to Alma S██████████ in Spanish.

Name:

7/5/18

I, Alma S██████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

7/05/18

377

Exhibit 45

I, Abidalia G[REDACTED] declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1) My date of birth is ~~March 13~~, April 16 1993. My son's name is [REDACTED] He is 3 years old and was born on March 13, 2015. My son and I are from Guatemala.

2) I left Guatemala because there is much violence there. I wanted to give my son a better life. They asked me if I had a fear of returning to Guatemala and I said I did.

3) We ~~were~~ presented ourselves at the border near Mexicali on Saturday night, near midnight. I believe this was on June 23rd near midnight. We were taken to El Centro Border Patrol facility.

4) In the morning after we arrived, we received cookies, juice, and a burrito. This was around 6:00 am. At around 3:00 pm we received the same thing, the same food. ~~The~~ My son is not familiar with that food. He became constipated. We asked for milk for the children, which was provided. Today we asked for food more appropriate for children. Some cereal and bottles of fruit was provided. The children were not eating

379

enough before. I hope the food they started providing today will be better!

5. The temperature at the facility is sometimes cold at night - but is all right.

6. The lights are on all night. There is a bathroom in our room, with a half wall. There are different numbers of people in the room, because people come and go. There are usually around 3 mothers and 3 children in the room. There is one mattress for each ~~the~~ mothers to share with her children.

7. We have been here for 3.5 days. We have been together since we have been here.

8. There are not toys for the children. The children were fighting over 2 balls, which were thrown away.

9. I ~~did not~~ was given a paper to sign. I do not know what language it was. I was told I would go through a legal process if I was going to be able to stay here.

380

I was not told about free lawyers or that I could have a lawyer. I was not able to call anyone, ~~or told I had access to a phone~~ myself. The first day I was here, CBP called my uncle, but he did not answer. I do not know if they have called him again.

I, Abidalia ████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████

6-27-78
date

I Flor Sanchez, certify that I am fluent in English and Spanish and that I read the above declaration to Abidalia ████████ in Spanish

████████████
name, organization address

6/27/18
date

381

Exhibit 46

angel V█████

Declaration of

[FULL NAME], A NUMBER XXX-XXX-XXX

angel V█████████████

I, [NAME] (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true
and correct to the best of my knowledge and recollection.

3/27/2002. I am 15.

1. My date of birth is [DATE OF BIRTH]. My son/daughter's name is XXXX. He is [YEARS OLD] and
he was born on [SON'S DOB]. My son and I am from [COUNTRY OF ORIGIN]. Mexico.

2. Describe Reason for leaving country of origin. I left Mexico because my grandparents
are not home very much & I wanted a better life.

3. I entered the U.S. yesterday this day morning at 6 am. I was apprehended
We presented ourselves at the border about [TIME SINCE APPREHENSION]. I believe that it was on
or about [APPROXIMATE DATE]. We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT
THIS FACILITY]. immediately five minutes later and taken to the El Centro CBP
facility.

4. [FOOD AT FACILITY] The bathroom here is very dirty. The toilet
was full of urine and it didn't flush.

5. [TEMPERATURE AT FACILITY]

6. [LIGHTS, HYGENE ETC.]

7. After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place
where we were held for XXX days. During my time at the CBP facility, I
was not provided any notice, legal or otherwise,

8. [DESCRIBE CONDITIONS LIKE ABOVE] of my rights to a hearing before an
immigration judge, to free legal services, or to call an attorney

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES]

10. My son and I were taken out of that facility on a [DAY].
I understand that CBP will send me back to Mexico soon.

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to
[DECRIBE RELEASE PLANS].

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS]

angel V█████████

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my
abilities. This declaration was provided in Spanish, a language which I am fluent, and was read back to me in
Spanish.

06/27/18
Date

[NAME]
angel V█████

Page **1** of **2**

## Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.

_____

[NAME OF TRANSLATOR]        Clara Long

[ORGANIZATION]              Human Rights Watch

[ADDRESS]                   350 Sansome St. Ste 1000

                            San Francisco CA 94104

_____        6/27 2018

Date

Page **2** of **2**

Exhibit 47

C/3

## Declaration of Baljit K████

I, Baljit K████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

A # ████████

1. ~~My~~ My date of birth is January 2, 1988. My son's name is Lovepreet S████ He is 8 years old and was born on July 5, 2010. My son and I are Punjab, India. I speak Punjabi.
   *state* *from*

2. The reason I left is because I fear for my life ~~over there~~ in India. I expressed ~~I~~ my fear of returning to a CBP officer.

3. My son and I were apprehended on Monday, June 25, 2018 after 10 AM. We were taken to this facility [El Centro].

4. I arrived around 2-3pm, and was offered food in the evening. I'm hungry and have not been able to eat for the past 3 days. They offered me a burrito and juice, and I can only take the juice. When I tried to eat a burrito, I vomitted. I would like to have Indian food.

5. I am in a room w/ 9-10 other women. All of us have a child, so there are 9-10 children in the room. The approximate size of the room 18 x 20



6. There is a bathroom with a sink and toilet. The toilet is clean, but there is no soap and the room smells because of the trash in the bathroom. We have not showered. There is no place to shower. There are no hygiene products.

7. The water does not taste good. We do not have our own cup so we reuse the container from the juice.

8. I have a sleeping mat and a mylar blanket I share with my son. All of the women have 1 mat and 1 blanket to share with their child. I did not receive a mat until my second day here. Anyone who arrives later in the day must share with the women already here.

9. The lights are on all night. I have to cover my head with the blanket to sleep. I wake up often.

10. I have not recived written notice of my legal rights. I have not seen any wall postings of my legal rights. I have not recived verbal notice of my legal rights.

387

3/3

11. I have had access to an interpreter two times. They try, but only speak Spanish here.

12. I was allowed to ~~talk~~ speak with my husband after asking the second time to speak with him.

I, Baljit K█████ swear under perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Punjabi, a language in which I am fluent, and was read back to me in Punjabi.

█████████████████████               6/27/18

Name                                            Date

388

## Certificate of Translation

I, Damandeep Khokhar, certify that I am fluent in English and Punjabi and that I read the above declaration to Baljit K███ in Punjabi. I interpreted ths document to Baljit K███ on the phone.


*Damandeep Khokhar*

Damandeep Khokhar
Language Line


06/29/18
Date

**Scanned with CamScanner**

Exhibit 49

Declaration of EDGAR R ████████████████

my son, YIMS F ██████████████████ has

A # ████████

I, Edgar R ████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1) My date of birth is July 10, 1978. My son's name is ██████ ████ Yims F ████████████████. My son and I are from Guatamala.

2) We left our county because the gang members near where we live were leaving notes for us. They said they were going to take my son. There was no opportunity for us there.

3) I have been here since Monday. The immigration guards caught us in the desert and brought us here.

4) When I arrived, they made me sign some papers. They showed me a list of lawyers, but they did not let me take the list or make any phone calls to any lawyers.

5) I was not told anything about my release or condition of my release. I was not given information about being released on bond or on notification.

391

6) I was able to make one phone call to my ~~uncle~~ uncle to get his address of where I can go if I am ~~will be~~ released.

7) All I have been able to eat here are burritos. They give us burritos three times a day. My son gets juice and crackers, but no milk. They tell me that he cannot get milk because he is too old. We are both hungry.

8) The temperature in the room during the day is okay, but the temperature is cold at night. We need more blankets because it gets so cold at night. We have to ~~stay close~~ be close to stay warm.

9) We have not gotten new clothes and we have not been allowed to change.

10) There is nothing for us to do all day, but to stay in the room. We are allowed to leave the room only when they clean the room.

11) We have not been allowed to take a shower.

I, Edgar ████████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was proved in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████   6 7 7 2 0 1 8   392

I, Tasha Wilson, certify that I am fluent in
Spanish and that I read the above declaration to
Edgar R████████████████████ in Spanish.

████████████████   6-27-18

Exhibit 50

**Declaration of**

**[FULL NAME], A NUMBER XXX-XXX-XXX**

*Ermita M̶_____*

I, **[NAME]** (A number XXX-XXX-XXX), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is [DATE OF BIRTH] *1/15/1984*. My son/~~daughter~~'s name is ~~XXXX~~ *Jayson S_____*. He is [YEARS OLD] *twelve* and he was born on [SON'S DOB] *2/17/2006*. My son and I are from [COUNTRY OF ORIGIN] *Guatemala.*

2. Describe Reason for leaving country of origin: *Lived here for eleven years and left after grandmother was murdered in Guatemala for ransom. were apprehended two days ago.*

3. ~~We presented ourselves at the border about [TIME SINCE APPREHENSION].~~ I believe that it was on or about ~~[APPROXIMATE DATE].~~ *6/25/18* We were taken to [FACILITY]. [DESCRIBE CONDITIONS AT THIS FACILITY] *El Centro, CBP.*

4. ~~[FOOD AT FACILITY]~~

5. [TEMPERATURE AT FACILITY] *The facility is too cold. I asked for a jacket but was refused.*

6. [LIGHTS, HYGENE ETC.] *We have not been able to take a shower and there is no soap. The lights are too bright and I can't sleep*

7. ~~After [LENGTH OF TIME AT FACILITY], my son, my sister-in-law, and I were taken to another place where we were held for XXX days.~~

8. ~~[DESCRIBE CONDITIONS LIKE ABOVE]~~

9. [DESCRIBE LEGAL NOTICE AND ACCESS TO COUNSEL ISSUES] *No legal notice at all. Something was put before me and I signed it. I can't read.*

10. ~~My son and I were taken out of that facility on a [DAY].~~

11. My son and I have been at the [CURRENT FACILITY] for about XXX days. We are planning to [DECRIBE RELEASE PLANS]. *I don't know what will happen now.*

12. [DESCRIBE CURRENT CASE AND RELEASE STATUS] *Ermito M̶_____*

I, [NAME], swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____                    *6/27/18*
[NAME]                                      Date

Page **1** of **2**

395

## Certificate of Translation

I, [NAME OF TRANSLATOR], certify that I am fluent in English and Spanish and that I read the above declaration to [NAME]  in Spanish.

_____

[NAME OF TRANSLATOR]        Clara Long
[ORGANIZATION]             Human Rights Watch
[ADDRESS]                  350 Sansome St, Ste 1000
                           San Francisco, CA 94104

6-27-2018
_____

Date

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 19, 2018, I electronically filed the following document(s):

- **[REDACTED]** EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 4 OF 12 **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2018]**

with the United States District Court, Central District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*