1

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:    (213) 629-2020
Email: egarcia@orrick.com

2

3

4

5

6

7

8

9

10

11

*Attorneys for plaintiffs (listing continues on following page)*

12

13

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>          Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>          Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>**[REDACTED]** EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' FIRST JUVENILE COORDINATOR REPORTS VOLUME 9 OF 12<br>**[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2018]**<br><br>[HON. DOLLY M. GEE]<br><br>Hearing: July 27, 2018<br>Time: 10 AM |

*Plaintiffs' counsel, continued*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:     (408) 280-2437
Facsimile:     (408) 288-8850
Email: jenniferk@lawfoundation.org
            kate.manning@lawfoundation.org
            annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

*/ / /*

# **INDEX OF EXHIBITS**

## **VOLUME 1**

1.  Declaration of Class Counsel, Peter Schey.................................................... 1
2.  List of Licensed Group Homes and Homeless Youth Shelters................................... 5
3.  Declaration of Lidia S███████████ ............................................... 25
4.  Declaration of Dilsia R████ .....................................................29
5.  Declaration of Josselin H█████████ ...........................................33
6.  Declaration of Keylin M████████ ...............................................37
7.  Declaration of Iris A█████████ ...............................................41
8.  Declaration of Dixiana S███████ .............................................. 46
9.  Declaration of Maria Angela A██████████ .................................... 50
10. Declaration of Ana Vilma M████████ ........................................ 54

## **VOLUME 2**

11. Excerpts of Exhibits.................................................................58

## **VOLUME 3**

12. Declaration of Cristobal R██████████ .......................................224
13. Declaration of Delmis V████████ ...........................................229
14. Declaration of Justin L████████████ ......................................233
15. Declaration of Mayra S██████ ............................................. 242
16. Declaration of Ruth M█████████ ...........................................246
17. Ommitted
18. Declaration of Bridis F████████ ..........................................250
19. Declaration of Lourdes R██████████ ...................................... 254
20. Declaration of Blanca M███████ ...........................................257
21. Declaration of Brandon S█████████ .......................................262
22. Declaration of Fatima O███ ..............................................265
23. Declaration of Nohemi P█████████ ........................................269
24. Declaration of Doris M████ ..............................................272
25. Declaration of Karen B█████████ .........................................276
26. Declaration of Jefferson A█████████ .....................................281

1

27. Declaration of Daise M███████ .......................................... 285

28. Declaration of Alejandra R█████████ .......................................... 289

29. Declaration of Dinora C███████ .......................................... 293

30. Declaration of Leydi X█████████ .......................................... 298

**VOLUME 4**

31. Declaration of Floridalma L████████ .......................................... 302

32. Declaration of Anet M████████ .......................................... 309

33. Declaration of Sindy S████████ .......................................... 314

34. Declaration of Timofei F██████ .......................................... 318

35. Declaration of Cesar A███████████ .......................................... 323

36. Declaration of Kevin U██████████ .......................................... 329

37. Declaration of Ana P████ .......................................... 338

38. Declaration of Alma R█████████ .......................................... 342

39. Declaration of Marlyn E█████████ .......................................... 346

40. Declaration of Jeydi I█████████ .......................................... 353

41. Declaration of Tarino A████ .......................................... 356

42. Declaration of Denia M███████ .......................................... 361

43. Declaration of Manuel A██████████ .......................................... 367

44. Declaration of Alma S██████ .......................................... 374

45. Declaration of Abidalia G████████ .......................................... 378

46. Declaration of Gladys I████████ .......................................... 382

47. Declaration of Baljit K██ .......................................... 385

48. Omitted

49. Declaration of Edgar R█████████ .......................................... 390

50. Declaration of Ermita M███████ .......................................... 394

**VOLUME 5**

51. Declaration of Fanny Damarys A██████████ .......................................... 397

52. Declaration of Nery Baltazar M██████████ .......................................... 401

53. Declaration of Selena B███████ .......................................... 404

54. Declaration of Victor A███████ .......................................... 408

55. Declaration of Yeimin B███████ .......................................... 413

2

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

56. Declaration of Anghelo M███████████ ...................................419

57. Omitted

58. Declaration of Sergio C██████████ .....................................426

59. Declaration of Dennis M█████████ .....................................430

60. Declaration of Emilson E████████████ .................................434

61. Declaration of Erick L███████████ .....................................437

62. Declaration of Gladys I██████████ ......................................444

63. Declaration of Marcedonio P███████ .....................................447

64. Omitted

65. Declaration of Sandra M███████████ ...................................451

66. Declaration of Elmer S██████████ ......................................455

67. Declaration of Yonain G███████ .........................................460

68. Declaration of Juan M█████████ .........................................463

69. Declaration of Ivania L███████ ..........................................466

70. Declaration of Geovany D███████████ ..................................469

**VOLUME 6**

71. Declaration of Ricardo  M██████████ ....................................472

72. Declaration of Abilio I████████████ .....................................475

73. Declaration of Itzel C████ ................................................478

74. Declaration of Dony  A████████ .........................................481

75. Declaration of Bartolo  D█████████ ......................................484

76. Declaration of Minta M████████████ ....................................487

77. Declaration of Noe R█████████ ..........................................490

78. Declaration of Rony  E█████████ ........................................493

79. Declaration of Felipe G███████ ..........................................496

80. Declaration of Otoniel A████████████ ...................................499

81. Declaration of Pedro V█████████ ........................................502

82. Declaration of Lester  Y█████████ .......................................505

83. Declaration of Carol V███████ ...........................................508

84. Declaration of Cindy J█████████ .........................................513

85. Declaration of Edwin A█████████ ........................................518

86. Declaration of Elvi O███████ .............................................525

3

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS        CV 85-4544-DMG (AGRX)

87. Declaration of Gregorio C█████ ....................................... 532

88. Declaration of Denis J█████ ......................................... 536

89. Declaration of Juan C█████ ......................................... 542

90. Declaration of Lucia G█████ ........................................ 549

91. Declaration of Norin U█████ ....................................... 554

92. Declaration of Skarleth G█████ .................................... 559

93. Declaration of Carol S█████ ........................................ 564

94. Declaration of David A█████ ....................................... 572

95. Declaration of Elry A█████ ......................................... 579

**VOLUME 7**

96. Declaration of Eydi Y█████ ........................................ 582

97. Declaration of Jesica Y█████ ...................................... 585

98. Declaration of Katherine B█████ .................................. 591

99. Declaration of Kevin G█████ ...................................... 599

100. Declaration of Miguel A█████ ................................... 606

101. Declaration of Rebecca Y█████ ................................. 613

102. Declaration of Yender E█████ ................................... 619

103. Declaration of Elmer V█████ ................................... 626

104. Declaration of Deny N█████ ..................................... 630

105. Declaration of Juan A█████ ..................................... 634

106. Declaration of Horacio A█████ ................................ 638

107. Declaration of Melannie O█████ ............................... 642

108. Declaration of Vicenta P█████ .................................. 647

109. Declaration of Miriam B█████ .................................. 650

110. Declaration of Loida G█████ .................................... 653

111. Declaration of Loida C█████ .................................... 656

112. Declaration of Genoveva G█████ .............................. 659

**VOLUME 8**

113. Declaration of Aurelia R█████ ................................. 662

114. Declaration of Ana M█████ ..................................... 665

115. Declaration of Celestino A█████ .............................. 668

116. Declaration of Jose L█████ ..................................... 671

4

117. Declaration of Braylin A███████████ .................................................... 674

118. Declaration of Ventura I███████████ .................................................... 677

119. Declaration of M███████████ .................................................... 680

120. Declaration of Christy F███████████ .................................................... 683

121. Declaration of Graisy I███████████ ....................................................686

122. Declaration of Martin H███████████ .................................................... 689

123. Declaration of Edras d███████████ .................................................... 692

124. Declaration of Elena C███████████ .................................................... 695

125. Declaration of Heydi F███████████ .................................................... 698

126. Declaration of Magdalena P███████████ .................................................... 701

127. Declaration of Jorge M███████████ .................................................... 704

128. Declaration of Manuel R███████████ ....................................................708

129. Declaration of Mauricio B███████████ .................................................... 711

130. Declaration of Rosalva P███████████ ....................................................716

131. Declaration of Owen E███████████ .................................................... 721

132. Declaration of Alexander T███████████ .................................................... 725

133. Declaration of Serafin S███████████ .................................................... 728

134. Declaration of Kimberly V███████████ .................................................... 732

135. Declaration of Michelle T███████████ .................................................... 736

**VOLUME 9**

136. Declaration of Orlando M███████████ .................................................... 740

137. Declaration of Vanessa R███████████ .................................................... 743

138. Declaration of Alexander G███████████ .................................................... 747

139. Declaration of Hazlyn D███████████ ....................................................751

140. Declaration of Eva B███████████ ....................................................755

141. Declaration of Gladys E███████████ .................................................... 759

142. Declaration of Maria E███████████ .................................................... 763

143. Declaration of Lexyer B███████████ .................................................... 767

144. Declaration of Cesia B███████████ .................................................... 771

145. Declaration of Alan C███████████ .................................................... 775

146. Declaration of Juan A███████████ ....................................................780

147. Declaration of Edwin Q███████████ ....................................................784

5

148. Declaration of Leticia D███████ ............................................ 788

149. Declaration of Sandeep S█████ ............................................. 792

150. Declaration of Manish K████ ............................................... 796

151. Declaration of Devis U███████████ ....................................... 800

152. Declaration of Sachin K████ .............................................. 803

153. Declaration of Raul P███████ ............................................. 807

154. Declaration of Yasmin R█████████ ....................................... 810

155. Declaration of Dixia S███████ ............................................. 813

156. Declaration of Angel A██████████████ .................................. 817

157. Declaration of Josue ████████ ........................................... 822

158. Declaration of Lesvia E███████████ ..................................... 825

159. Declaration of Patricia H█████████ ..................................... 828

160. Declaration of Alba S███████████ ....................................... 833

161. Declaration of Blanca C████████ ........................................ 838

162. Declaration of Jeydi M████████ ......................................... 841

163. Declaration of Lizeth R██████ ........................................... 844

164. Declaration of Maira S████████ ......................................... 847

165. Declaration of Yenny F████████████ .................................. 850

**VOLUME 10**

166. Declaration of Brenda M███████ ....................................... 853

167. Declaration of Griselda B█████████ ................................... 857

168. Declaration of Keila P████████ ......................................... 861

169. Declaration of Rosa P██████ ........................................... 865

170. Declaration of Saudi S████████ ........................................ 869

171. Declaration of Santos A█████████ ..................................... 872

172. Declaration of Sandra M████████ ..................................... 876

173. Declaration of Wendy P████████ ...................................... 879

174. Declaration of Dulce M███████████ .................................. 883

175. Declaration of Maria d█████████ ...................................... 887

176. Declaration of Herlinda C███████████ ............................... 891

177. Declaration of Yojana R█████████ .................................... 895

178. Declaration of Vilma M██████████ ................................... 899

6

179. Declaration of Noredith P███████████ ....................................903

180. Declaration of Rocio M████████ .........................................907

181. Declaration of Iris E███████ ............................................911

182. Declaration of Mirza O████████ ..........................................916

183. Declaration of David C████████ ..........................................920

184. Declaration of Noliba C█ ................................................924

185. Declaration of Bryseyda G█████████████ ..................................928

186. Declaration of Alba P█████ ..............................................932

187. Declaration of Josue G██████ ............................................936

188. Declaration of Sara P██████ .............................................939

189. Declaration of Beysi M████████ ..........................................943

190. Declaration of Besy J████████ ...........................................947

**VOLUME 11**

191. Declaration of Blanca R█████████ .........................................952

192. Declaration of Gladis B███████████ ......................................956

193. Declaration of Lucia R████████████ ......................................960

194. Declaration of Maria R██████ ............................................965

195. Declaration of Nora E█████████ ..........................................969

196. Declaration of Sonia Y█████ .............................................974

197. Declaration of Yerica F██████ ...........................................979

198. Declaration of Esperanza C█████████ .....................................984

199. Declaration of Maria del S███████████ ...................................989

200. Declaration of Glenda D█████████ ........................................992

201. Declaration of Maira L███████████ .......................................996

202. Declaration of Jessica C█████████ .......................................1000

203. Declaration of Karla J█████████ .........................................1004

204. Declaration of Madelin Y█████████ .......................................1007

205. Declaration of Claudia A██████████████ ..................................1010

206. Declaration of Yaneth C███████████ ......................................1013

207. Declaration of Daniel M████ .............................................1016

208. Declaration of Gabriel G█████████ .......................................1020

209. Declaration of Mateo A████████ ..........................................1024

7

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

210. Declaration of Daniel H█████████ ........................................................ 1027

**VOLUME 12**

211. Declaration of Felipe A█████████ ........................................................ 1031

212. Declaration of Leonardo L█████████ ..................................................... 1035

213. Declaration of Maudin L█████████ ....................................................... 1039

214. Declaration of Edwin G█████████████ ................................................. 1042

215. Declaration of Victor V███████████ ..................................................... 1046

216. Declaration of Gustavo A████████████ ................................................ 1050

217. Declaration of Romeo N██████████ ...................................................... 1054

218. Declaration of Wilder D█████████ ........................................................ 1058

219. Declaration of Jhony A███████████████ ............................................... 1062

220. Declaration of Luis M█████████ ........................................................... 1065

221. Declaration of Sayra O████████████ .................................................... 1068

222. Declaration of Roger G████████████ .................................................... 1071

223. Declaration of Diego M███████ ............................................................ 1074

224. Declaration of Kevin Y██████████ ....................................................... 1078

225. Declaration of Elmer E███████████ ...................................................... 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller............................. 1087

8

Exhibit 136

**Declaration of**

**ORLANDO M** ██████████████████████████████

I, **ORLANDO M** ████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am 9 years old. I am from Patzingan, Catalinas, Michoacan, Mexico.
2. I have two sisters, ████ s 8 years old and ████ is 4 years old. My mother's name is ████████.
3. We came here yesterday. We took a bus from Michoacan to Morelia to Tijuana. The bus ride took two days and one night. Then we took a bus from Tijuana to the US. When we arrived here, they asked my mom some questions and they took my fingerprints and photo. They took my shoelaces away and threw them away. They also took my belt, but they did not throw that away, they put my belt in my suitcase. They gave me a burrito and a juice box. From there they took me to the room.
4. Today I ate breakfast and lunch. For breakfast I ate cereal with a juice box. For lunch I had a burrito with a juice box. The lunch burrito was smaller than yesterday's burrito. There is no door in the bathroom. There is one sink. There is no soap. We have a water dispenser that you pump. They left two lights on last night. I do not have a pillow. I received one stick with a sponge for my teeth when I first arrived. There is one television on the other side of the window to the hallway. The television usually shows novellas and football. There is also one small window in the door. They have not offered us a shower.
5. There are 63 people, a lot of people, in our room. There is no place for us to run and play because there is not enough space in the room. They never let me outside to play. I have not asked to go play outside, but I feel like I cannot ask. I like to run. My favorite sport is soccer, but I can't play soccer here. We don't have any games or books here.
6. We are going to see my mom's aunt ████ in San Antonio, Texas. They have not let us use the telephone to call ████
7. I have not seen my suitcase since yesterday. It is hard to walk without my shoelaces on my shoes. We take our shoes off when we're playing because it's too hard to keep them on.
8. I was tired when they woke us up for breakfast this morning. Everyone has to wake up when they come get us for breakfast. The officers said I am not allowed to stay in bed and skip breakfast.

I, **ORLANDO M** ████████████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, a language in which I am not fluent, but was read back to me in Spanish, a language in which I am fluent.



7/6/18
_____
Date

Page **1** of **2**

741

Certificate of Translation

I, ROCIO HERBERT, certify that I am fluent in English and Spanish and that I read the above declaration to ORLANDO M ███████████████ in Spanish.

Name: ROCIO HERBERT
Orrick, Herrington, & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025

Date 7/6/18

742

# Exhibit 137

**Declaration of**

**VANESSA R** ██████████████████████████

I, **VANESSA R** ████████████████     ████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 7, 2004. I am 13 years old. I am from Uruapan, Michoacan, Mexico.

2. We crossed yesterday at 2:30PM in the afternoon. I crossed with my mom and siblings. My mom's name is ███████████ My siblings' names are ██████

3. We left Uruapan because there is a lot of violence there. About two months ago, four men came to our house with masks on just after my father arrived home from work. Three men came into our house and one stayed in the car. My mother, siblings, and I all ran and hid. Then they took my father and left. My father disappeared and we have no idea where he is. The day after they took my father, the people that took him called us and threatened us to not go to the police and they told us that they would not bring him back. They told us to leave town or they would kill us, too.

4. Then soon after, where I go to school, some masked men came and took 10 ninth grade girls from my school. The masks covered everything but their eyes. I was in the restroom next door to the classroom they went into so I was very scared. This happened about two months ago and I don't know if the girls were ever found. In the past they have been waiting for the girls right outside of my school, girls used to get kidnapped outside walking to and from school, but now they've started coming into the classrooms. The girls that get kidnapped never come back. Because of my father's kidnapping and the fact that I was going to start ninth grade in September, my mom said we can't stay anymore.

5. We came from Uruapan asking for rides and it took us a month and a half to get here. We were coming here with our neighbors hitchhiking from Uruapan. We arrived at the border at Chapparal. It's the new gate in Tijuana. We waited for three weeks with a lot of people there. We took a number and waited to be called to apply for asylum. We checked every three days to see how close we were to our number being called. The list of numbers was organized by a group called Beta. When our number was called, Beta walked 20 of us over a bridge that was very crowded with people. From there, the US officers walked us to a place that looked like a warehouse where they took information from my mom. My mom wanted to tell them about all of the violence in Uruapan, but they only let my mother say three words, so she said, "Insecurity, and they took away my children's father." We only had our birth certificates and showed them to the officers. Then from that place they took us to another place that is closer to the front, and there they took our photo, fingerprints, and then gave us food. The meal was chicken nuggets and juice. They separated my neighbors at this point. My neighbor's two older sons and husband were separated from her. Then the two sons, the husband, the mother and youngest daughter, and my family were separated into four separate rooms. It was about 10:00PM by the time I arrived at my room. They gave each of us a blanket. The mats were already on the floor. The room was very very crowded. They did not offer us dinner.

6. This morning I had cereal with milk and juice for breakfast. For lunch I had a sandwich with cut up carrots and celery, and a juice box. It was enough food.

7. I was cold last night even though I had a blanket. The AC is on all day. I slept alone, my mom was with the kids. Because the lights are dimmed, but never turned off, and they come through the night to call people, I only slept a little bit last night. I did not have a pillow. We just use a sweater or a blanket.

Page **1** of **3**

744

8. They gave us three little sticks with a sponge to clean our teeth, one for each person except my 2 year old sister. There is a little window you can knock on in the room for more things. We have a flush toilet in our room and toilet paper. I have used the restroom in our room. There is only one wall for the restroom and it is not private. There is a sink in our room, but there is no soap. We have a water dispenser in our room that provides room temperature water. We have paper cups to use. They have not offered us showers.

9. There are only women and children in our room. The children are all ages.

10. The women with babies try very hard to make sure their kids don't pee their pants. But when it does happen, they knock on the door to get a guard's attention to ask for clothes from their suitcase. But it's very hard to get the guard's attention. She saw one woman wait for ten minutes.

11. We have not had access to our suitcases and belongings since we've been here.

12. I have not made friends with any of the other kids in the room, I just stay with my siblings. There is a television in the room but the programs are not for kids. They always play football.

13. There are three windows in the room. There is a little window in the door. There is a window out to the hallway that faces the TV. There is a third small window into the hallway, it's about three feet tall, but all but 5 inches of it are covered up.

14. We track the time by when they take us to eat. There is no clock in the room. And they took everyone's watches and jewelry. They took my hairband and my shoelaces and my earrings. We tore off part of the metal blanket to tie my hair up in a ponytail.

15. I am very tired and sleepy. I am happy that I am with my mom. I think they separated the sons from my neighbors because their sons are older than me.

16. No one has read my legal rights to me. In the first place where we were interviewed, I believe they gave my mom a paper that said our rights, they put it into the folder, they gave her the folder to take to the second place where they took our photo and fingerprints. At that place they took the folder away from her so my mom never had an opportunity to read it.

17. They took my cell phone away and they have not let my mom use the telephone. My brother's godmother lives here in the US.

I, VANESSA R█████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, a language in which I am not fluent, but was read back to me in Spanish, a language in which I am fluent.

6/07/2018

Date

Certificate of Translation

I, ROCIO HERBERT, certify that I am fluent in English and Spanish and that I read the above declaration to VANESSA R███████████████ in Spanish.

Name: ROCIO HERBERT
Orrick, Herrington, & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025

7/6/18
Date

Page 3 of 3

Exhibit 138

**Declaration of**
G█████████, **Alexander,** ██████████

I, **Alexander G**████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is 08/12/2009.  I am 8 years old. I am from Michocan, Mexico.

2. I came from Michocan with my mom. My uncle called my mom and told her to stop by the United States. There is a lot of crime in the ranch, La Batea, were I live. There was a man whose father and son were killed.  My uncle told me that he saw the men being killed. There are daily shootings in my home. A man named ████████ is the one that shoots people daily. My mom and I left La Batea on a bus and went to an airport. We took a plane from there to Tijuana. We waited in Tijuana for between fifteen and seventeen days before it was our turn to present ourselves at the border.

3. We presented ourselves at the border about the afternoon time.  I believe that it was on or about 07/04/2018.  We came to a long, winding line and my mom was given a number. I have been ok here with my mom. The room is sometimes clean and sometimes dirty.  In the room that I am at sometimes a boy brings trash from the place we eat. In the room there are also wet baby wipes and lots of paper towels. The room smells sometimes because of the bathroom because it is in the same room were we sleep and spend the day.

4. I eat 3 times a day, breakfast, lunch and dinner. I have been given burritos with eggs, beans and ham. I have been given little pieces of chicken with cheese. I also have been given fruit juice. I have been given cereal in a round container. I generally like the food, but I am always hungry between breakfast and lunch, but there are no snacks. When it is time to eat, my mom always gets two burritos or sandwiches, but I only take one because I don't want to get in trouble.

5. The temperature in the room is cold more at night. During the day I don't feel anything. I cover myself with my blanket at night. My mom has one blanket and I have my own. I sleep in a soft red mat/cushion. I do not have  a pillow.

6. The lights in the room are similar to the ones in this room. The lights are strong/ bright. I don't really pay attention to the lights because I am just playing. I was given a little stick with a blue square to brush my teeth. I was not given toothpaste. I thought it was a candy when I got it, but it is for my teeth. I haven't been asked to take a shower since I arrived. My clothes are in the suitcase but not in the room. The bathroom is in the room and it only has a small wall metal divider but it doesn't have a door. There is a sink in the bathroom but there is not soap to wash my hands.

7. Since I have been here, no one told me anything about my rights or about calling a lawyer. My mom talked to my uncle when we arrived, I have not talked to anyone.

8. My mom and I have been at the San Ysidro Pedestrian Facility for about 2 days. If we get to leave here, we want to live in the United States. My uncle lives in the United States already, but I am not sure where.

9. No one has told me when I will get to leave this facility. I am afraid to go back to Michoacán because I don't want to me or my mom to get hurt.

I, Alexander G███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, then translated and written into English, a language in which I am not fluent. The declaration was read back to me in Spanish, a language in which I am fluent.

7/6/18
Date

749

Certificate of Translation

I, Jocelyn Duarte, certify that I am fluent in English and Spanish and that I read the above declaration to Alexander G███████████ in Spanish.


Jocelyn Duarte
Salvadoran American Leadership and Educational Fund
421 S. Bixel St. Suite A
Los Angeles, Ca 90017


07/02/2018
Date

Exhibit 139

**Declaration of**

**HAZLYN D** ████████████████████████████████

I, **HAZLYN D** ████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 30, 1996. My daughter's name is ████████████████████ ████████████ She is seven months old and was born on November 13, 2017. My daughter and I are from Nicaragua.

2. I left my country because it is a war right now. The president is killing a lot of people, including killings of children. The police are going around wearing hoods completely covering their heads with AK-47s, they come to the civilian houses. If people refuse to open the door, they come through anyway. They are cracking down on students protesting there are shooting everywhere. They don't aim their guns, they just shoot all around, with no concern for the neighborhoods, or that the houses are flimsy and made of thin wood, where the bullets go right through. Lots of babies are being killed like this. They are shooting indiscriminately without aiming, just shoot the guns all around when they are confronting students or any protestors. I don't remember exactly when I left Nicaragua with my child, it was less than one month ago, but I know I was in Mexico for about seventeen days with friends. I left Mexico because I have no family there and because my daughter's grandmother is a U.S. citizen, her name is ████████████████████ She lives in Ontario, California. I have her address and telephone number written down on a piece of paper that was confiscated from me when I was detained at this facility. We also have other relatives of my daughter that are U.S. citizens, for example her grandmother's sister, who lives in Victorville. They are all U.S. citizens.

3. I went to the Mexican Embassy in Nicaragua to get what I think was a tourist VISA. I got it and went to Mexico by plane. I came across the border from Mexico in a car with my daughter's aunt and drove to this facility yesterday afternoon asking for asylum and the officer told me to return today in the morning. We were trying to turn around to get a hotel for the night, so we could come back in the morning as instructed. When we tried to turn around, we were pulled over by the U.S. police, and everyone was arrested. They didn't believe that my daughter's aunt was a citizen, and that we were just turning around, they thought she was trying to smuggle me into the country. Everyone was taken to the police station, the aunt and her husband were released because they are citizens and my child and I were brought here from the station. I explained to the police officers that arrested us in U.S., that I am seeking asylum, but did not have the chance to tell the border officers in this facility. No one allowed me the opportunity, no one asked me questions. They just brought me into a room, gave me a blanket, and did not inform me of anything. I was given no instructions of any kind when I got here. I was just put in a room with a locked door with my daughter. There are at least 25 women and 10 children, boys and girls. The room is 20 foot paces long by 20 foot paces wide. There is no sunlight in the room. The overhead light is always on. There is one window leading to a corridor. There is one television. There are no chairs. We are given a thin rubber mat to sleep on and only one blanket for both me and my baby. My baby only has a small dress and a thin sweater, but nothing to cover her legs, no shoes, no hat. The room very cold. I am worried the baby is uncomfortable because the room is very cold and she is

752

getting sick, and I can hear the cold has caused her breathing to change and she is getting congested. No one has checked on us so I have not been able to tell anyone about my baby's medical condition.

4. There are three bathrooms in the room. The bathroom is only separated by a hip-high wall, there are no doors on anywhere. It is very dirty. The trash cans are always overflowing, there is always water all over the floor. There is no soap anywhere. There is one sink outside of the bathroom where we rinse the bottles. There is no soap. I can only rinse the bottle, but there is no way to wash the bottle.

5. I ate last night, I don't know what time it was. Today I ate twice. I was allowed to bring in my formula from my luggage, to get it back from my luggage that was confiscated when I came in. The food doesn't taste good but I have to eat it anyways because I am breastfeeding my child. I had to ask permission to take other things from the luggage, the teething biscuits which they let me have only two of, then asked to take ointment for her chest, a menthol ointment, they didn't let me take that. So I have nothing to give her for the cold.

6. No one has told me anything about my daughter's rights. I haven't seen any information posted anywhere about legal services. No one told me my daughter could be released to her grandmother, or being released.

7. I need help to stay in this country. I am very concerned because I cannot go back to Nicaragua because I am afraid of returning.

I, **HAZLYN D**███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, translated and written into English and was read back to me in Spanish.

██████████████

06-07-2018.

**Date**

Page **2** of **3**

753

## Certificate of Translation

I, Lydia Lopez, certify that I am fluent in English and Spanish and that I read the above declaration to **HAZLYN D**█████████████████ in Spanish.

_____

Lydia Lopez
La Raza **Centro Legal**
474 Valencia St., Ste. 295
San Francisco, CA 94103

_____07/06/2018_____
Date

Page **3** of **3**

Exhibit 140

**Declaration of**

**EVA B** █████████████████████████

I, **EVA B** █████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 20, 1995. My daughter's name is ███████████████ She is one year old and she was born on November 15, 2016. My daughter and I are from Mexico.

2. My daughter and I were threatened in May 2018. A man they call ████████ threatened me and my baby because he wanted me to go live with him. Later the same day, two men tried to kidnap me and said they would take me to go live with ████████ Some neighbors saw what happened and I managed to run away. The men threatened to return and said they would take away my child instead, or come back for me.

3. We presented ourselves at the border about 8:30am on July 4, 2018.  We were detained at the same port of entry where we presented ourselves, at the San Ysidro Pedestrian facility. We were in a waiting room all day while they took fingerprints and photos, and collected our documents. We were then taken to another room with about 55 other people and the room is kept at very cold temperatures. The children are cold at night, and my child and I have to huddle together to try to stay warm with two very thin blankets we were given. There is a schedule for eating that starts at 6am, and the last meal is served at midnight. There are interviews throughout the night and throughout the day. It's difficult to sleep because I do not know when the interviews are taking place.

4. The food is always the same, either a sandwich or a small burger. Sometimes we get a warm burrito, this is the only warm meal we've got so far.

5. The temperature is very cold all the time, and last night my child and I had to sleep next to a vent from the AC system and it was very cold. Other children were uncomfortable and cold. One girl was alone and she had to borrow blankets from another family because she was very cold. A mother with five children was only given three blankets.

6. Two lights are kept on throughout the night and the bathroom is not kept very clean, it's only cleaned once a day and there has not been any soap since I arrived. There is not even a soap dispenser there. I worry that the older children use the bathroom and cannot wash their hands and may spread germs throughout the larger room because they cannot wash hands with soap.

7. Since crossing the border yesterday, we have only been kept in this facility. We cannot hear the officers outside and they cannot hear us, through very thick glass, and they give us no information about our rights, our children's rights, or about when we can get released. We do not know when we're being called for interviews, but they told us it could be at any time of the day or night, and some women are called for interviews at 2 or 3am.

8. I have to ask for diapers and for a bottle for my child to drink milk. I was given a bottle upon entering, but when I lost it at the cafeteria I had to ask for a second bottle. I had to knock on the door five times

756

and wait up to 20 minutes before I could get the second bottle. I have no clothes to change and neither does my daughter. We have not been offered a shower since we arrived here at 8:30 yesterday. Only a couple of women got a change of pants for their children. We are not allowed to take food from the cafeteria for the young children, including my one-year old daughter. I've had to sneak juice sometimes to make sure she has something to snack. She and the other children do not want to eat the food, and they are in distress because they are not eating. One child could not eat for many days, and mother was told by an officer they would start injecting food in her daughter if she did not eat, because she was here for five days without eating.

9. Since arriving here I was not given any notice about access to counsel or about my child's legal rights or about my legal rights. There has only been fingerprinting and pictures taken, and I have not had an interview yet.

10. My daughter and I are still held at the same facility where we entered, San Ysidro Pedestrian.

11. My daughter and I have been at the current facility for one day and a half.  We are planning to join our sponsor if we are able to leave this facility.

12. My current state and release status is uncertain because I have not had an interview with CBP officers yet. I was not given any information about a release date or about filing a case, and have not been given any referrals to get any advice from an attorney.

I, Eva B▮▮▮▮▮▮▮▮▮▮▮ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



05/07/18
Date

Certificate of Translation

I, Lydia Lopez, certify that I am fluent in English and Spanish and that I read the above declaration to Eva B██████████████ in Spanish.

Lydia Lopez
La Raza Centro Legal
474 Valencia St., Ste. 295, San Francisco CA 94103

July 5, 2018
Date

758

Exhibit 141

**Declaration of**

**GLADYS E** ████████████████████

I, **GLADYS E** ███████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 24, 1992. My daughter's name is ████████████ ███████████████████. She is two (2) years old and she was born on July 8, 2015. My daughter and I are Santa Eulalia, a town in Huehuetenango, Guatemala.

2. I left Guatemala for many reasons. I have been married to my husband for four years. Two years ago, he began drinking every day. Approximately three times per week, he hits me and calls me bad names in front of my daughter. My husband forces me to stay in the house. He refuses to let me leave the house to work or get food. It has become very hard to feed myself or my daughter. I am scared of my husband, I think he might kill me and my daughter. I also left Guatemala because I am discriminated against because I am indigenous. I am a member of the Kanjobal tribe, we are descendants of Mayans. The Hispanic Guatemalan people won't hire me. This makes it impossible for me to support my daughter and myself.

3. We presented ourselves at the border about three days ago. I believe that it was on or about July 4, 2018 around 9:00PM. We were taken to a room very close to the border with eight other people. We spent the night there and then were moved to a room in the San Ysidro Pedestrian West Facility. The room here is very crowded, there are about thirty-five adults and many children in the room. The room is approximately twenty-five (25) by fifteen (15) feet.

4. We were given food upon arrival and have been feed approximately every six hours. My daughter gets hungry between meals, but there are no snacks for her to have between meals. There is water in the room at all times.

5. There is a restroom in the room where I am staying. There is a small metal wall separating the bathroom from the sleeping area. There is no soap in the restroom. This bothers me because I cannot wash my hands after using the restroom and no one in there can wash their hands. I am worried that I might get sick or my daughter might get sick.

6. Since I have been here, I haven't been able to understand everything that the officials and guards have told me. I speak a Mayan dialect called Kanjobal. I understand most Spanish, but only when people speak very slowly. No one has talked to me about my rights or my daughter's rights since I've been here. An official told me that I have a right to have an

760

attorney, but I don't know how to contact an attorney. No one has given me any information about how to contact an attorney.

7.   My best friend lives in El Monte, California and has said that she will sponsor me. I have not been able to contact my friend yet.

I, **GLADYS** ███████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, a language in which I am not fluent. The declaration was read back to me in Spanish, a language in which I am fluent.

06 Julio 2018
Date

761

<u>Certificate of Translation</u>

I, HECTOR RIVERA, certify that I am fluent in English and Spanish and that I read the above declaration to GLADYS █████████████████████ in Spanish.


HECTOR RIVERA
ORRICK
1000 Marsh Road
Menlo Park, CA


July 6th, 2018
Date

Exhibit 142

**Declaration of**

**MARIA E** ████████████████████████████████████

    I, **MARIA E** ████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 24, 1992.  My daughter's name is ████████████ ████████ She is two (2) years old and she was born on July 8, 2015. My daughter and I are Santa Eulalia, a town in Huehuetenango, Guatemala.

2. I left Guatemala for many reasons. I have been married to my husband for four years. Two years ago, he began drinking every day. Approximately three times per week, he hits me and calls me bad names in front of my daughter. My husband forces me to stay in the house. He refuses to let me leave the house to work or get food. It has become very hard to feed myself or my daughter. I am scared of my husband, I think he might kill me and my daughter. I also left Guatemala because I am discriminated against because I am indigenous. I am a member of the Kanjobal tribe, we are descendants of Mayans. The Hispanic Guatemalan people won't hire me. This makes it impossible for me to support my daughter and myself.

3. We presented ourselves at the border about three days ago. I believe that it was on or about July 4, 2018 around 9:00PM.  We were taken to a room very close to the border with eight other people. We spent the night there and then were moved to a room in the San Ysidro Pedestrian West Facility. The room here is very crowded, there are about thirty-five adults and many children in the room. The room is approximately twenty-five (25) by fifteen (15) feet.

4. We were given food upon arrival and have been feed approximately every six hours. My daughter gets hungry between meals, but there are no snacks for her to have between meals. There is water in the room at all times.

5. There is a restroom in the room where I am staying. There is a small metal wall separating the bathroom from the sleeping area. There is no soap in the restroom. This bothers me because I cannot wash my hands after using the restroom and no one in there can wash their hands. I am worried that I might get sick or my daughter might get sick.

6. Since I have been here, I haven't been able to understand everything that the officials and guards have told me. I speak a Mayan dialect called Kanjobal. I understand most Spanish, but only when people speak very slowly. No one has talked to me about my rights or my daughter's rights since I've been here. An official told me that I have a right to have an

attorney, but I don't know how to contact an attorney. No one has given me any information about how to contact an attorney.

7.   My best friend lives in El Monte, California and has said that she will sponsor me. I have not been able to contact my friend yet.

I, **MARIA** █████████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, a language in which I am not fluent. The declaration was read back to me in Spanish, a language in which I am fluent.

█████████████████████████

06 Julio 2018

Date

765

<u>Certificate of Translation</u>

I, HECTOR RIVERA, certify that I am fluent in English and Spanish and that I read the above declaration to MARIA E ███████████████████████ in Spanish.

HECTOR RIVERA
ORRICK
1000 Marsh Road
Menlo Park, CA

JULY 06th, 2008
Date

Exhibit 143

**Declaration of**

**LEXYER B** ███████████████████████████████

I, **LEXYER B** ████████████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am 17 years old. My date of birth is March 3, 2001. My cousin's name is ███████ and I were raised as sisters. She is 9 and she was years old and was born on June 18, 2009. We are from small village in Honduras called Lomas de Peniel.

2. In Honduras, my cousin and I lived with my grandmother and my aunt. My mother was raped by drug dealers when she was nineteen (19). I was born as a product of that rape. My mother left Honduras and came to the United States when I was five (5) days old to save me and my grandmother from embarrassment and shame. She believed coming to the United States would to give me a better future. Unfortunately, she was caught by the Zetas, a drug cartel in Mexico, and was raped again while trying to escape. I didn't hear from my mother very much after that, but I knew that she made it to the United States. She lives in Alabama now.

3. The small town where I am from is surrounded by hills and a forest, there are only about fifteen (15) or sixteen (16) homes in the town. Many drug dealers live in the hills. In October 2017, my grandmother and aunt told ██████ and I that we had to leave Honduras. Five (5) days later, my grandmother told me that drug dealers told her that I was old enough to be used as a woman and that they would take me like they took my mother. My grandmother feared for our safety, so we had to leave. I was scared too because the drug dealers had beaten my uncle, ██████ father, when he refused to work with them. My uncle was covered in blood and was hurt badly, he fled to Mexico after he was beaten.

4. We took a bus from Honduras to Guatemala in October 2017. We stayed in Guatemala for five (5) months cleaning houses and saving money for two months. During that five months we moved slowly through Guatemala towards Mexico. Sometimes we walked, sometimes we took a bus. When we got to the Mexican border, we paid someone to take us to Mexico on a boat. Once in Mexico, we cleaned houses to save money. Some of the families that we cleaned for let us stay in their houses. When we had enough money, truck driver took us Tijuana, Mexico. We were in Tijuana for two (2) months before our number was called and we were allowed to present ourselves at the border.

5. We presented ourselves at the border about one (1) day ago on July 5, 2018 around 12:00PM. We were taken to San Ysidro. The guards took our fingerprints and photos and made us wait. Then the guards called us into a conference room and asked me my name and asked me why I was here. I told them that I was here to see my mother and the guard asked me why I would come here to live with someone I had never met. Then, the guards took us to a room full of other women and children. We were given thin cushions and blankets, and were told to sleep on the floor.

6. Shortly after we arrived, we were given juice, a sandwich and vegetables. We ate again in the evening around 6:00PM, we were given chicken nuggets, crackers and juice. The food was cold and hard. I fell

asleep after dinner and I don't know if they offered us food again that night. In the morning, we were given cereal, milk and juice. My cousin doesn't like cereal, so she only had juice. We were told that we will eat every six hours.

7. There are about fifty (50) to sixty (60) people in the room where I am staying. The room is very crowded and very cold. When the kids in the room make a lot of noise, the guards turn down the temperature to make it even colder. The room is cleaned once a day.

8. There are three toilets and two sinks in the room. The sleeping area and the restroom are separated by a thin metal wall. There is no soap in restroom. I want to take a shower, but no one has asked me if I want to take a shower yet. I met women who have gone three days without a shower, she said the guards told her that she could not take a shower.. No one has told me when I will be able to take a shower.

9. I am very worried about my grandmother. She is seventy (70) years old. My grandmother has heart problems and high pressure, she was prescribed medication in Mexico. My grandmother brought her medication, but the guards took it when we arrived. She has to ask the guards every twelve hours to bring her medication. My grandmother's condition is getting worse, she cannot move her left arm.

10. Since I have been here, no one has talked to me about my rights or my cousin's rights. The official who interviewed me when I got here told me that I will have to go in front of a judge. He also told me that I have a right to an attorney and he asked me to sign a paper. The form was in Spanish and it said that I had a right to an attorney and I right to call my mom in the United States. An official called my mom yesterday, I could hear my mother telling the official that she didn't understand everything that he was saying. I don't know if I have any other rights here.

11. No one has told me when I will get to see my mom or when I will leave here. I am nervous here because no one is telling me what will happen next, but I am more scared to go back to Honduras.

I, **LEXYER B**▇▇▇▇▇▇▇▇▇▇▇▇▇ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/Julio/2018
Date

Page **2** of 3

769

Certificate of Translation

I, HECTOR RIVERA certify that I am fluent in English and Spanish and that I read the above declaration to LEXYER B█████████████████ in Spanish.

*[signature]*

HECTOR RIVERA

ORRICK

1000 Marsh Road

Menlo Park, CA 94025

July 6th, 2018

Date

Page **3** of **3**

770

Exhibit 144



## Declaration of

**CESIA B** ████████████████████████████████████

I, **CESIA B** ████████████████████████████████ declare under penalty of
perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am 9 years old and I was born on June 18, 2009.  I came here with my cousin ██████
   ████████████████ We are from small village in Honduras called Lomas de Peniel.

2. In Honduras, my cousin and I lived with my grandmother and my aunt. My aunt was
   raped by drug dealers when she was nineteen (19). My cousin, ██████ was born as a
   product of that rape. My mother left me with my grandmother when I was a baby. My
   mother lives in Louisiana now.

3. The small town where I am from is surrounded by hills and a forest, there are only about
   fifteen (15) or sixteen (16) homes in the town.  Many drug dealers live in the hills. In
   October 2017, my grandmother and aunt told ██████ and I that we had to leave
   Honduras. Five (5) days later, my grandmother told ██████ that drug dealers told my
   grandmother that ██████ was old enough to be used as a woman and that they would take
   her like they took her mother. My grandmother feared for our safety, so we had to leave. I
   was scared too because the drug dealers had beaten my father, when he refused to work
   with them. My cousin saw my father covered in blood after the attack, he was hurt badly.
   My father fled to Mexico after he was beaten.

4. We took a bus from Honduras to Guatemala in October 2017. We stayed in Guatemala
   for five (5) months cleaning houses and saving money for two months. During that five
   months we moved slowly through Guatemala towards Mexico. Sometimes we walked,
   sometimes we took a bus. When we got to the Mexican border, we paid someone to take
   us to Mexico on a boat. Once in Mexico, we cleaned houses to save money. Some of the
   families that we cleaned for let us stay in their houses. When we had enough money,
   truck driver took us Tijuana, Mexico. We were in Tijuana for two (2) months before our
   number was called and we were allowed to present ourselves at the border.

5. We presented ourselves at the border about one (1) day ago on July 5, 2018 around
   12:00PM.  We were taken to San Ysirdro. The guards took our fingerprints and photos
   and made us wait. Then the guards called us into a conference room and asked me my
   name and asked me why I was here. I told them that I was here to see my mother and the
   guard asked me why I would come here to live with someone I had never met. Then, the
   guards took us to a room full of other women and children. We were given thin cushions
   and blankets, and were told to sleep on the floor.

6. Shortly after we arrived, we were given juice, a sandwich and vegetables. We ate again in the evening around 6:00PM, we were given chicken nuggets, crackers and juice. The food was cold and hard. I fell asleep after dinner and I don't know if they offered us food again that night. In the morning, we were given cereal, milk and juice. My cousin doesn't like cereal, so she only had juice. We were told that we will eat every six hours.

7. There are about fifty (50) to sixty (60) people in the room where I am staying. The room is very crowded and very cold. When the kids in the room make a lot of noise, the guards turn down the temperature to make it even colder. The room is cleaned once a day.

8. There are three toilets and two sinks in the room. The sleeping area and the restroom are separated by a thin metal wall. There is no soap in restroom. I want to take a shower, but no one has asked me if I want to take a shower yet. I met women who have gone three days without a shower, she said the guards told her that she could not take a shower. No one has told me when I will be able to take a shower.

9. I am very worried about my grandmother. She is seventy (70) years old. My grandmother has heart problems and high pressure, she was prescribed medication in Mexico. My grandmother brought her medication, but the guards took it when we arrived. She has to ask the guards every twelve hours to bring her medication. My grandmother's condition is getting worse, she cannot move her left arm.

10. An official called my mom yesterday, my grandmother and I were able to speak with her. No one has told me when I will be able to speak with her again. I don't know when I will be able to leave here. I don't want to be separated from my cousin or grandmother.

I, **CESIA B** ▇▇▇▇▇▇▇▇ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



6 Julio 2018
Date

06/Julio/2018
DATE

773

<u>Certificate of Translation</u>

I, HECTOR RIVERA, certify that I am fluent in English and Spanish and that I read the above declaration to CESIA B█████████████ in Spanish.

HECTOR RIVERA
ORRICK
1000 Marsh Road
Menlo Park, CA 94025

July 6th, 2018
Date

774

# Exhibit 145

**Declaration of**

**ALAN O** ███████████████████████

I, **ALAN O** ████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 1, 2005. I am thirteen. I came here with my mother and my brother. My mother's name is ███████████████ and my brother's name is ███████████████ My mom is thirty five years old. My brother is ten months. We came here from Michoacán, Mexico.

2. I don't know why we left Mexico, but we left because my mom told me we had problems and had to leave.

3. We got to this facility by bus, and have only been in this facility. We are requesting asylum. We presented ourselves to an agent. My mom said that we have problems and cannot live in Mexico. What I know personally is that my father mistreated all of us. He beat us, my mother, and me. He hit me with a belt. He hit my mom with his fist. I feel safe now that I have escaped him and am in the United States.

4. We presented ourselves at the border on Wednesday. I don't know what the date was. We got here in the morning. They checked us, took our luggage, and asked for our basic information. They searched us, and we have been kept in what I think is a jail ever since. They took our fingerprints and a picture. It took five hours to process us. Then they took us to separate rooms. My mom went into one room with my brother.

5. I went into a separate room. They were nine other boys there already. The room was small. It is exactly 10 paces by 11 paces, by my footsteps. The other boys are from 12-18 years old, I am the youngest. The other boys told me there age. The older boys are much bigger than me. We share one bathroom with no door. The bathroom has a camera on the ceiling from a corner, and I think it can see me in the other. We take turns using the bathroom. But we are afraid to use the bathroom and try not to use it. We all hold it. I have only been to the bathroom twice but I wait until everyone is asleep, because it doesn't feel private and I am afraid someone will come in while I am using it. So I have only used it twice in 2 days. The officers do not watch over us. They do not ever come in to ask if we are okay or if we need anything.

6. In the three days I have been here, I was only given one mini-sponge on a stick to brush my teeth. I have not used it because one of the other boys used it, and said something was very strange about it, and he didn't like it, so I don't trust it. None of the other boys used.

7. They keep us in a room behind a locked door. I am not allowed to leave. They only bring us outside at mealtimes. There is a window where we can the officers inside, but there is no sunlight getting to where we are. There is no television, no books, we are very bored. We try to speak to each to keep busy. There is no room to exercise. No room to play games. We have no chairs. All we have to do all day is to sit on the floor or stand up. There is nothing else.

8. The room is cold enough that most of the time I wear my thick jacket. We are given a mat to sleep on that is six centimeters thick. The floor beneath is cold and hard. It is uncomfortable to sleep because the mat gets very cold and we are all crowded. I cannot stretch my arms out when I sleep. Sometimes when we sleep, the room is so small that our bodies touch. I am given a bed sheet to cover my body.

9. I cannot tell on my own if it is night or day, the only way we know is if we ask the officers.

10. There always is at least on light kept on, it is never dark in the room, not even for sleeping.

11. The room is cleaned once or twice a day. The bathroom does not have soap and no paper towels. There is only toilet paper. We have not been offered a shower since I got here. I have not been offered other clothes. The other children are all wearing the same clothes.

12. I feel bad because I can't be with my mom and my brother. I don't know what it going to happen to us. I feel bad to be locked in the room. I have never been separated from my mother. I have never been separated from my brother before. I used to help take care of my brother. I am worried about my mom and brother, about how they are treated and where.

13. I have seen my mom and my brother when we eat. The only hot food we get is the burrito, but I don't eat it because I don't like it. I only eat juice and crackers. The sandwich is cold, and I didn't like it, but I ate it because it is better than the burrito. It has a slice bread, one slice of ham, and another slice of bread. There is nothing on the bread, it is very dry. We are taken to eat four times per day. At six is the earliest, the latest is midnight. We have to go to the café when we are told, whether or not we are hungry. I can't eat at six in the morning. I eat at noon, six pm and midnight. I feel hungry in the morning because I missed the six am.

14. What is very difficult here is holding up to go to the bathroom. It is very uncomfortable.

15. No one has told me about my legal rights. I have not seen any information about legal services available to me. I have become aware from others that we are not allowed to use the phone, and no one has provided me access. I have one aunt in the United States, she is a citizen, her name is ███████████ and she lives in California. If I could, of course I would like to be released to my aunt. No one has asked me if there is an adult in the U.S. that I could go live with. No one has interviewed me about why I left Mexico. I think my mom did because she told me she did.

16. I have been given no written information about anything. I was given no instructions about anything.

17. I have no idea about the status of my case.

I, **ALAN C**████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided by me in Spanish, translated and written in English, a language in which I am not fluent, and was read back to me in Spanish, a language in which I am fluent.

6/ Julio / 18
Date

<u>Certificate of Translation</u>

I, Lydia Lopez, certify that I am fluent in English and Spanish and that I read the above declaration to **ALAN C**▬▬▬▬▬ in Spanish.

Lydia Lopez
La Raza Centro Legal
474 Valencia St., Ste. 295
San Francisco, CA 94103

7/6/2018
Date

779

Exhibit 146

**Declaration of**

**JUAN A** ███████████████████████████

I, **JUAN A** ████████████████████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is September 19, 2004. I am 13 years old. I am from Mexico.

2. Describe Reason for leaving country of origin.

   I arrived with my mother, my stepfather, my brother and my sister. We left because of the violence in Mexico. 12 years ago, my father was taken and we haven't seen him since. Three months ago, they took my uncle. My mother has lost 3 uncles. I believe that they threatened my mother and that she couldn't report the disappearance to the police. Immediately after my uncle was taken, we fled. We hitchhiked to Tijuana to cross the border. It took about three months to get to the border.

   I am afraid that I or a member of my family will be killed if we return.

3. We presented ourselves at the border at about 1 pm in the afternoon on July 5, 2018. We were taken to the San Ysidro Pedestrian West Detention Center.

4. I arrived around 1 to 2 in the afternoon. My first meal was at 7 pm and I received hot chicken nuggets and juice. The second meal was at approximately 11 pm and it was chicken sandwich with yellow cheese. The sandwich was room temperature. It was served with juice. I was given the option to have a second sandwich and I did. This morning for breakfast I was given a choice between a burrito and a sandwich. It seems to be a cheese sandwich but I wasn't sure even though I ate it. It was served with carrots and juice. I am able to eat with my mother, my brother and my younger sister.

5. I have seen my step father in passing.

6. I have one mat to sleep on that is around 3 to 4 inches thick. I also have one blanket. I have not asked for more than one because yesterday there was a person with two mats and they took one of the mats away from him.

7. I am in a room with boys that are 16 and 17, including my older brother who is 16. I am the youngest person in the room. There were 12 people when I first arrived and there are 5 today. When there were 12 people, there was enough room to put all of our mats on the floor at the same time to sleep but we were very close together.

8. There is one toilet in the room that I am staying in. It is in the corner of the room and there are half walls and there is no door. People in the room can see into the toilet. There is a sink. It is above the toilet and cannot be used when someone is using the toilet. There is no soap and there are no paper towels. I have not gotten a toothbrush or toothpaste.

9. I have not been given a chance to shower. There has been no chance to wash my clothes and I haven't been allowed to change into clean clothes that I have brought

Page **1** of 3

10. There is a jug of water in the room but we have not been drinking it because we ran out of paper cups yesterday.  They haven't asked for more cups because we think that they will replace them when the room is cleaned.

11. No one has needed medical attention since I arrived but it is hard to get the attention of the staff.  We have called to them to ask the time of day and they have not responded.  They may not hear us but I do not know.

12. The temperature in my room is a little cold.  But I am comfortable because I am wearing a sweatshirt.

13. There are two lights in the room.  Both of the lights are on during the day and one of them is turned off during the evening.  There is a light on all of the time.  I have to cover my head with my blanket to sleep but I am able to sleep if I cover my head.

14. I do not think that my mother was given any information about my legal rights when we arrived.  I have not been given any information about my legal rights since I arrived.  There is no information posted in the facility that I can see that describes my legal rights.

15. My family is trying to reach my aunt in California.  She is a U.S. citizen.  We told her that we were coming before we left Mexico but I do not know that we have been able to contact her.  I have not seen a telephone that I have access to.

16. The door is locked and I am not free to leave.

I, Juan A█████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, a language in which I am not fluent, and was read back to me in Spanish, a language in which I am fluent.

█████████████████████████████

7618
Date

Page **2** of **3**

782

Certificate of Translation

I, Robert Perez, certify that I am fluent in English and Spanish and that I read the above declaration to Juan A█████████████████ in Spanish.

_____

Robert Perez
Orrick Herrington & Sutcliffe
405 Howard Street
San Francisco, CA 94105


7/6/16
_____
Date

Page **3** of 3

783

Exhibit 147

**Declaration of**

**Edwin Q** ██████████████████████████

I, **Edwin Q** ████████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 15, 2000. I am seventeen years old. I am from El Salvador.

2. I left El Salvador because gang members from MS-13 were threatening me. When I would try to go to school, members of the gang would threaten me if I did not give them money. I was supposed to go to middle school but I was afraid to go. Two years ago, an acquaintance who was going to the same middle school was beaten to death on the road from my town to the school so I was afraid to go to the school. If I return to El Salvador, I am afraid that the gang members in my area will believe that I was in the territory of a different gang and will harm me.

   I am afraid to return to El Salvador and I have told an officer in the facility that I am afraid to return. I have not been asked for any other information.

3. I presented myself at the border about 7 pm on July 3, 2018. I was taken to the San Ysidro Detention Center.

4. We are fed four times a day at this facility. At six in the morning, we receive a choice of a cold bean and egg burrito or cornflakes with milk. At noon, we are given a sandwich with one piece of meat between two slices of bread. I do not know what kind of meat it is and it is often frozen. At six in the evening, we are given a hamburger – it is just a bun and a patty and the hamburger is usually warm but not hot. At midnight, we are given another hamburger. Every meal comes with juice and a small bag of baby carrots. The food is not much and I am often hungry.

   I have access to water in a jug in the room that I am kept – there is plenty of water. There are paper cups to drink the water.

5. It is very cold in the room that I am kept. It feels like the air conditioning is always on. I always have my blanket on because I am always cold. The other people in the room with me are also cold. I do not want to tell anyone that I am too cold.

6. The room that I am staying in is cleaned every other day and is clean. The lights are on all of the time. We are provided with a mat that is three to four inches thick to sleep on and a blanket. The mattress is not comfortable but I am able to sleep from time to time. There have been seven to twelve people total in the room including me and they appear to be around my age. We are able to all put our mats down and sleep. The floor is concrete. The door is locked and we are not free to leave.

7. There is a bathroom with a sink in the room. There is one toilet. There is no door to the toilet. There is a barrier but if someone is in front of the entrance, you can see into the toilet. There is toilet paper but there is no soap and no paper towels.

Page **1** of **4**

I do not have a toothbrush – once during the time I was here I was given a single use toothbrush only

At midnight, after the meal, we are given the opportunity to shower if we want to.  If we shower, there is shampoo and soap.  We are also given a towel to use in the shower.

We are given deodorant when we take a shower.

I have not had the opportunity to launder my clothes and I am wearing the clothes that I was apprehended in.

8.  I was given one paper describing my legal rights and informing me that I have the right to see an attorney or a judge.  The paper was in Spanish.  I was not permitted to keep the paper.
When I arrived at the border, they told me that I had the ability to ask for asylum or to voluntarily return to my home country.

I do not have access to a phone during the day – the only time I was able to use the phone was the second day (Tuesday) to call my brother.  On the same day, I was able to call my parents in El Salvador.

9.  I have a brother who lives in Salinas.  I would like to be released to my brother.  I was given the opportunity to call my brother and I talked to him for about two minutes.

10. We have not been given the opportunity to go outside.  There is a window in the room that I am in but the window faces a wall.

11.  Yesterday I was told that I was going to be moved but they did not say where I was to be moved.

12. Most of the officers have been professional but two officers have made comments to me.  Both were men and one of them had black hair with a black beard who spoke Spanish without an accent and the other one had a goatee and was bald who spoke Spanish with an American accent.  The first officer said that everyone who was coming to the US was looking for a free ride and we were just all lying.  The second officer said that we were all gang members and that the gang members in the US would kill me anyway.

786

<u>Certificate of Translation</u>

I, _Robert Perez_____, certify that I am fluent in English and Spanish and that I read the above declaration to _Edwin Q███████████_ in Spanish.

Name: _____

Orrick, Herrington & Sutcliffe
1000 Marsh Rd.
Menlo Park, CA 94025

_7/5/18_____
Date

I, Edwin Q██████████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



7-5-18

Page **3** of 3

# Exhibit 148

**Declaration of**

**LETICIA D** ███████████████████████

I, **LETICIA D** ███████████████████████████, declare under penalty of
perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 5, 1989.  My daughter's name is ███████████████  She is 11 months old and
   she was born on August 16, 2017.  My daughter and I are from El Salvador.

2. Describe Reason for leaving country of origin.

   I left El Salvador with my husband, my two daughters (including ███████ and my son.  When we were
   living in El Salvador my husband was working away from the house and I was home with my children.
   A member of the gang 18 told me that he wanted me to be his "woman".  I said no.  While I was
   walking with my children, including ███████, the man took ███████ from my arms, grabbed me off the
   street with my children and took me to a house.  He let me go because my six year old daughter was
   screaming and a police car just happened to go by the house.  He told me that if I reported the attack, he
   would kill me and my children.  My husband and I determined that we had to leave.  We know that
   after we left, the gang has gone to our house and kicked the door down looking for us.

   In addition, my husband was required to pay extortion payments to MS-13 on his earnings.

   My husband, son and older daughter crossed the border before us.  My daughter and I crossed the
   border about a week after they did.

   I am afraid to return to El Salvador.

3. We presented ourselves at the border about 8 am on July 4, 2018.  We were taken to the San Ysidro
   Detention Facility – the Pedestrian West Facility.

4. I arrived with my daughter at 8 in the morning.  We were first offered food around noon.  It was a bean
   and egg burrito for me that was hot.  My daughter was offered fruit juice.  My daughter is provided with
   pureed food (carrots or potatoes) at 6 am and at noon.  Otherwise, I have access to a bottle and formula
   at all times of the day.

   Mostly she is having formula and breast milk.

   There is water available in the room and disposable cups to drink.

5. The room is very cold – it feels like the air conditioning is always on.  My daughter has trouble sleeping
   because she is too cold.  We have only one blanket to share.

6. There are three toilets in the room where we are held.  It is closed to the side but you can see out the
   front.  There is toilet paper.  There is a sink in each toilet area, but there is no soap and no paper to dry
   hands.  We have access to diapers as needed and I have access to feminine hygiene products.

Page **1** of 4

7. I have not been offered an opportunity take a shower or to bathe my daughter. I have not been given the opportunity to clean our clothes. This morning, my daughter's diaper leaked. We were provided with a replacement pair of pants for the dirty pants but have otherwise not received any clean clothes.

8. We are housed in a room with approximately 15 women and approximately 18 children. We have received a mat to sleep on that was about 3-4 inches thick. There is enough room for everyone but people are right next to you when you are sleeping. The door is locked all of the time and we are not able to leave.

9. The lights are on all of the time – they are turned down during the evening but the lights are still bright. We both have trouble sleeping and have to put the blankets over our heads in order to sleep.

10. We have not had a medical emergency but we know that it is difficult to get the attention of the facility staff. When we want something, we knock on the door but they often do not come quickly, if at all.

11. We have not been provided with any information about the legal process. I have not been provided with information regarding my daughter's legal rights. I have not been provided with the opportunity to use a phone to call an attorney.

12. My daughter and I have been at the San Ysidro – Pedestrian West Facility for about 2 days.

13. My husband has been released with my older daughter and son. He is in Virginia with his aunt. We are planning to join the rest of our family in Virginia once we are released.

## Certificate of Translation

I, Robert Perez, certify that I am fluent in English and Spanish and that I read the above declaration to Leticia d█████████████ in Spanish.

_Robert Perez_
Orrick, Herrington + Sutcliffe
405 Howard St
San Francisco, CA
94105

_7/5/19_
Date

I, Leticia d█████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



_07/05/2018_

791

Exhibit 149

**DECLARATION OF**

**Sandeep S█████, A NUMBER** ██████████

I, Sandeep S█████ (A number ██████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 27, 2001 and I was born in India. I am from India and traveled to the United States by myself. I speak Punjabi and do not speak any English other than a few phrases and words.

2. I crossed the border with the help of a "coyote" on June 12, 2018. In the vehicle crossing the border, the coyote was helping myself and someone else who is a stranger to me. After crossing the border, the coyote dropped me off. A border patrol agent stopped me while I was walking along the road. After being apprehended by the border patrol agent, I was brought to this border patrol detention facility.

3. When I was brought to this location, I was asked questions on a paper about what country I crossed from and how much I paid the "coyote."

4. I was not given any papers that told me about my rights or the ability to have a hearing in front of a judge.

5. I was not given a list of legal services providers or lawyers who might help me for free.

6. I was not allowed to keep any of the papers shown to me. I was asked by the agents who questioned me to sign a paper written in English and could not understand what I was signing. They did not explain the content of the papers I was signing to me.

7. I have been able to use the phone and was able to speak with my cousin. The only phone is kept in another room and you have to ask an agent to use it. The cousin I spoke with lives in New Jersey.

8. The only postings in the facility are in Spanish and I cannot read them, so I'm not sure if there are any legal advisals or lists of free legal services posted.

9. I do have a fear of returning to India because I fear for my safety.

10. The fear for my safety in India is because my father would get drunk and beat me up.

11. This domestic abuse is why I left India and came to the United States.

12. When I told the agent this, he told me they would send me back to India.

1

793

13. I left India on January 19, 2018. I travelled through seven or eight countries in order to come to the United States. Some of these countries include Columbia, Costa Rica, Honduras, Nicaragua, Panama, Guatemala, and Mexico.

14. The restrooms in this facility are not private and are in the open. The other five kids in my room can see when I use the toilet.

15. There is a sink to wash my hands, but it does not have soap or hot water.

16. My access to drinking water is only from the tap but there are no cups.

17. For food, I am given a filled tortilla, a package of crackers and some juice. I am given the filled tortilla twice a day, but I receive the crackers and juice an additional one to two times a day.

18. There is not enough food so I am always hungry and the filled tortilla does not taste good. I only eat it because I am so hungry. The filled tortilla is warm but not hot.

19. I have only been able to shower once since arriving at this facility. The shower is the only privacy I receive.

20. I have not seen a doctor since arriving here and wish to see one because I have a lot of phlegm, get cold at night, and do not feel well. But I have not asked to see a doctor.

21. The temperature where I am kept is too cold.

22. I have only been given a thin metallic blanket to keep warm, but I am still cold.

23. I had to sleep on the ground for one night, but I have been given a bed to sleep in the last two nights. I have not been provided with a pillow and only have the thin metallic blanket to cover myself. The temperature is too cold to sleep and the lights are left on all night making it hard to sleep.

24. I am detained in the same area as adults but kept in a separate room. The guards do not come around except to give us food.

25. I do not have access to anything to read or for entertainment. I have only been permitted to go outside about one to two hours the last two days.

I, Sandeep ▮▮▮▮ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Punjabi, a language in which I am fluent, and was read back to me in Punjabi.

_6/15/18_
**Date**

## Certificate Of Translation

I, Navpreet Thandi, certify that I am fluent in English and Punjabi and that I read the above declaration to SANDEEP ▮▮▮▮ in Punjabi.

Navpreet Thandi

2921 Fulton Ave.

Sacramento, CA 95821

3

795

Exhibit 150

**Declaration of Manish K█████**

**A NUMBER █████████**

I, **Manish K█████** (A No. █████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is 07/25/2000. I am 17 years old. I was born in Karnal, Harayana State, India. I left my home town because there was a political problem there for me and my family. I am a member of the INLD party along with my family. On December 24, 2017, my father and I were putting up posters of the INLD political party around my town when members of the BJP political party attacked and beat us. On February 15, 2018, we were attacked again so I had to leave my hometown for my safety.

2. Because I feared for my life, I left and flew to Ecuador to make my long journey into the United States. My trip was long and dangerous. I initially spent 10-15 days in Ecuador and then took a bus to Colombia. I then made my journey through the Panama jungle, Costa Rica, and Nicaragua. In Nicaragua I walked in the jungle for 3-4 hours until I could find another bus. I took another bus from Nicaragua to Guatemala and then Mexico.

3. In Mexico, I stayed in a camp and from that camp I took a plane to Tijuana. In Tijuana I stayed in a hotel but it was very dangerous there and there were a lot of gangs around.  The gangs beat me up so I escaped and ran to the border of the United States yesterday. The gang was chasing me so I climbed the border wall and jumped over it. Once I jumped over the wall yesterday, the United States police arrested me around 11AM.

4. I do not have any family in the United States. The only person that I know is my father's friend who is here in US but I don't think he knows where I am. The detention facility I am staying in contacted my father's friend for me but they did not receive a response.

5. In the facility I am staying in, there is one large room with four beds. The beds have a mattress and a plastic cover. There is no sheet, blankets or pillows. I just have a thin plastic cover to sleep under. It is really cold in this room all the time. There is also a bright light that is on all the time, day and night.

6. There is a bathroom in the room but there is no door to it.  If I use the bathroom, the other detainees can see me. There is a sink to wash my hands but there is no toothpaste, toothbrush, or soap for me to use. There is only cold water coming out of the faucet.

7. Since I arrived yesterday, I have had some food brought to my room. In the last 24 hours, I was fed cookies and juice only. There was nothing else provided. This morning I ate cookies and juice again.

8. I have been offered access to a telephone but I had no one to call.

9. Right now I feel sick and have fever and aches. I have pain in my back and body but I have not told anyone about that because I am scared. I also have not had a shower since I arrived yesterday.

10. When I arrived yesterday, I received some paperwork for me to sign. There was an interpreter available to help me. I was told to sign the paperwork but I did not understand what I was signing. The interpreter did not explain the paper work they just told me to sign it.

11. I was never told that I could have access to free legal assistance, or that I could ask for a court hearing.

12. No one has talked to me about my release.

I, Manish K███ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was interpreted to me in Hindi, a language in which I am fluent, and was read back to me in Hindi.



06/15/2018
Date

<u>Certificate of Translation</u>

I, Anuradha Mangalagiri certify that I am fluent in English and Hindi and that I read the above declaration to Manish K█████ in Hindi.

_Anuradhee_

Anuradha Mangalagiri

_06/18/2018_

Date

Page **3** of **3**

Exhibit 151

**DECLARATION OF**

**DEVIS U**███████████████, **A NUMBER** ███████

I, DEVIS U██████████████ (A number ████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 30, 2000 in Guatemala. I am from Guatemala and traveled to the United by myself. I only speak Spanish and do not speak any English.

2. I left my home country because of the threatened violence against myself. I did not even tell my own mother I was leaving for the United States until I after left.

3. I was apprehended by presenting myself to Border Patrol agents near the border in San Diego on Monday June 11, 2018.

4. When I presented myself to the border patrol agents, there were three agents together. They instructed me to take off my shoes and belt and sit on the floor. I told them I didn't want to return to my home country because of threats I received. One border patrol agent told me they do not want any more Guatemalans in this country which scared and intimidated me. The second agent told me they would send me right back to Guatemala. The third agent told me people like me are why Trump has started his policies. All of the agents added to my fear and apprehension.

5. The temperature in this facility is too cold to be comfortable. I have only been provided a thin aluminum type blanket.

6. The first night, I had to sleep on a bench without a pillow or blanket. The second night, I still had to sleep on the bench without a pillow but was given a thin metallic blanket. Starting the third night, I was provided an uncomfortable bed, a blanket but still no pillow and the lights are left on all night. I am barely able to get any sleep because of the conditions.

7. My first night in detention I asked a guard for a blanket and the guard simply yelled no at me and told me to go to sleep.

8. I am not provided any books, magazines, entertainment, or any chance for exercise except one five-minute break in a caged area outside in the last five days. I spend the days trying to sleep but it's difficult to sleep because it is so cold.

9. The guards almost solely speak English to me and I cannot understand what they are saying.

10. I do not know what will happen to me next because the guards don't speak Spanish and that is adding to my fear. I miss my mother and am very worried about when I will get to see her.

11. The detention area does not have supervision and I am scared for my safety because all detainees are in the same area and I do not have anyone with me.

12. When I tried to ask a guard for information, he ignored me and closed the door in my face.

13. I have only been able to have one short conversation with my mother who lives in the United States when I arrived at the facility. There is not a telephone available in the facility.

14. In the restrooms, we have access to toilet paper but not hot water or soap.

15. After asking a guard if I could shower, I was told they do not have showers, soap, or towels available. I haven't been able to shower once in the four days since I've been here.

16. I also have not been able to brush my teeth since I arrived four days ago.

17. The border patrol agents told me about my right to have an attorney but only provided a list of attorneys in English. I wasn't given a copy of the list. I signed three documents when I arrived that were in English. An agent briefly described them to me in Spanish. One was about having a

1

hearing before a judge, another was about getting a free attorney, and I don't remember exactly what the third was about, but it had something to do with a judge. I didn't receive copies of the documents – they put everything into a folder.

18. The restrooms are not private and are out in the open. The sinks do not have hot water, nor is soap available.

19. In order to receive any water, I have to ask a guard in order to get a small cup of water.

20. I did not receive any food for a full day after apprehension.

21. The food I have received in the facility consists of one a small burrito that is not hot enough, two crackers, and juice for every meal. I have not been offered any fruit or vegetables. The quantity is not enough, and I have been hungry since I arrived.

22. My mother and my thirty-six-year-old sister currently live in the United States.

23. I believe both my mother and sister would be willing to provide me a place to live and support me.

I, DEVIS U█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish

15/06/18

**Date**

Certificate Of Translation

I, Daffne Jimenez, certify that I am fluent in English and Spanish and that I read the above declaration to DEVIS U█████████████ in Spanish.

6-15-2018

Daffne Jimenez

256 S Occidental Blvd

Los Angeles, CA 90057

2

802

Exhibit 152

**Declaration of**

**SACHIN K████, A NUMBER ████████**

I, Sachin K████ (A number ████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 2, 2001. I am from a village called Pangala, Haryana Province in India.

2. I left my village because it had become dangerous there. My father works for a political party called INLD.  In December 2017, my father and I were returning home from an INLD meeting and four men from the BJP party stopped us. They beat me and my father. The four men told my father, "If you continue to work for the INLD party, we are going to murder you and your son." In February 2018, my father and I were returning from another INLD meeting. This time we were stopped by six men from the BJP party on our way home.  The men beat me and my father with wooden sticks.  They tried to kill me and my father.  I saw some houses in the fields, so I ran towards those houses. When I started running towards the houses, the men who were beating my father ran away. We were both injured, and we were able to get some help from the people in those houses.

3. My father has not been able to return back to the village and now lives in the INLD office.  He cannot leave because his life is in danger.

4. My mother and father are still in India, but it is dangerous for them too.

5. I left India on March 28, 2018. My father arranged for me to go to Delhi, India and take a flight from there to leave India. I passed through many places on my way to the United States.  I passed from India to Addis Ababa, Ethiopia. From Addis Ababa I went to Sao Palo, then to Lima, then to a city in Peru which I think was called Ovito, then to Ecuador, then to Columbia, then through the Panama jungle, then to Costa Rica, then through the Nicaraguan jungle, then to Honduras, then to Guatemala, and then to Mexico.  It was a very long journey and I was all by myself. It was dangerous and I was very scared.

6. I crossed into the United States yesterday, June 14, 2018, by climbing over the wall.  Within seconds, the police had apprehended me.  The police asked me my name and my birthday and where I came from. Then they put me on a bus and took me here.

7. When I got to this place, they took all my things and put them in a plastic bag. They told me that I could take one thing from the bag, so I took a t-shirt. The clothes I am wearing today are the clothes that I arrived in.

8. I slept last night in a room with five other kids.  There are about ten beds in the room. I was given a bed and a two blankets.  There were no sheets on the mattress, so I used one of the blankets as a sheet and slept underneath the other blanket. I was not given a pillow.

9. There is a light in the room. There is no way to turn the light on or off, but it doesn't bother me.

804

10. The temperature in the room was fine.  I was very tired from my travels so I was able to sleep.

11. There is a toilet and a sink in the corner of the room. The toilet and sink are not closed off from the rest of the room, so when any of the six of us use the toilet, there is no privacy.

12. We were not given any towels or soap. I really wish we had some soap, but we were not given anything.

13. I saw some of the other kids going to take a shower. I haven't been able to take a shower yet since I arrived. I really want to take a shower, but I don't know how to ask.

14. Since I've gotten here, I was given one hot meal.  I've also been given juice and cookies.

15. I don't have access to a drinking fountain or drinking water. I have just been drinking water from the sink in our room.  I don't have a cup, so I drink water from the sink by cupping it in my hands.

16. This morning, we were allowed to go outside for a short period of time. There is a small fenced in area that is outside.  I don't know exactly how long I was there for, but I think it was about an hour.  We all just sat outside on a bench because there was nothing to do outside.

17. When I arrived here, they told me that in two days, I would be able to talk to a lawyer or a judge about my case.

18. Yesterday when I arrived, I was given a chance to call home. I tried the number for my parents, but nobody answered.

19. I came here to the United States for the purpose of saving my life. I don't have any firm plans, but I would like to go to school.

20. I think my father might have a friend who lives here in the United States.  I hope that if I am able to talk with my parents, that I can get information about that friend and that they can help me.

I, Sachin K█████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in English, and was read back to me in Hindi, a language in which I am fluent.



June 15, 2018

Certificate of Translation

I, Taiyaba Husain, certify that I am fluent in English and Hindi and that I read the above declaration to Sachin K███████ in Hindi.

_Taiyaba H____

Taiyaba Husain
3014 West 4th Street
Los Angeles, CA 90020

_June 15, 2018_
June 15, 2018

Page **3** of **3**

806

Exhibit 153

Declaration

I, Raul P█████████████████████████, declare under penalty of perjury that the following is ~~true~~ true and correct to the best of my knowledge and recollection:

1. My date of birth is April 8, 1990. My daughter's name is █████████████ She is one and a half years old, and she was born on January 21, 2017. My daughter and I are from Guatemala.

2. We were apprehended at the border on June 28, 2018, on or about 11pm at night. We were taken to the Santa Teresa Border Patrol Station.

3. In general, our treatment has been fine. However, we have been here at the Santa Teresa Border Patrol Station for four days, and we don't know when or where we will be transferred or released.

\* 4. (cont'd on back)

I, Raul P█████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided to me in Spanish, a language in which I have some fluency and was read back to me in Spanish.

████████████████████

7/2/2018

I, Leah Chavla, certify that I am fluent in English and Spanish
and that I have read the above declaration to Raul P[REDACTED]
in Spanish.

_Leah Chavla_                              7/2/2018

Leah Chavla

Women's Refugee Commission

1012 14th St NW, Suite 1100

Washington, DC 20011


4. Spanish is not our first language. We speak an indigenous
language called Canjobal (Qanjobal). Since we arrived at
the Border Patrol station, it was assumed that we speak Spanish
fluently. We have not been provided with an interpreter.

Exhibit 154

## Declaration of
**YASMIN R**████████████████**, A NUMBER**████████

I, **YASMIN R**██████████████ (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is May 9, 1995. My daughter's name is ████████████████ She is three years old and she was born on January 8, 2015. My daughter and I are from El Salvador.

2. The gang Mara Salva Trucha threatened us with death because my husband is a police officer

3. We crossed the Rio Grande near Los Reinos MX about 25 days ago on the road to McAllen, TX. I believe that it was on or about June 3, 2018. They took one of the women in our group to the hospital and left me with the woman's one and four year old children, who they then took from me at the custom's facility that we call "Los Hiellera" or freezer. We were only at this facility two hours and the facilities were fine.

4. After this facility, my daughter and I were taken to the facility we call the "Perrera" or doghouse, where we were held for three days.

5. At this facility we were not permitted to bathe, even though we asked. Other women had their children who were five or older taken from them when they were told the needed to go to court. When they returned from court, the children were not returned to them until they were reunited at the ICE Dilley, TX facility.

6. We were not provided any written legal information.

7. My daughter and I were taken out of this facility on a June 6, 2018 and transported to the ICE Dilley, TX facility.

8. We have been at the ICE Dilley, TX facility for about 22 days. I was provided a lawyer on June 20, 2018 and I have been told that I will be released tomorrow to go to North Carolina to join up with my husband.

I, **YASMIN R**██████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

██████████████████
06/28/18
Date

811

<u>Certificate of Translation</u>

I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to **YASMIN R** ████████████ in Spanish.

George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002

06/28/18
Date

812

Exhibit 155

**Declaration of**
**DIXIA S_____, A NUMBER_____**

I, **DIXIA S_____** (A number_____), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 6, 1989. My daughter's name is_____ She is ten years old and was born on January 25, 2008. My daughter and I are from Honduras.

2. I left Honduras because I was threatened with death by the gang MS. MS had killed a man in front of her house, which I heard from within my house. MS threatened me two times to leave my neighborhood or would kill me. I did not report this to the police because I was afraid of the gang and believed that the gang has members in the police force. I also left because the boyfriend of my mother also threatened to kill me after I confronted him for abusing my mother.

3. We crossed the Rio Grande near the Mexican city of Reynosa and were arrested, around May 23, 2018, as we walked along the river near a bridge on our way to McAllen, Texas. We were taken to a facility called the "Hielera" or "Freezer."

4. Upon arrival at this facility, the officials separated me from my daughter,_____ who is ten years old. I asked that they not separate us, because my daughter has asthma and the facility was extremely cold. I was worried that my daughter would have an asthma attack. They told me that my daughter was too old and that she needed to go with children her age. They then took her from me. We could not see each other. They told me they were in different parts of the facility. It was around midnight when I arrived in my cell.

5. The facility was freezing, and they only gave me a thin, aluminum blanket. I did not have a jacket and shivered uncontrollably all night long. I missed my daughter desperately. I had to lay on the concrete floor because there were no mattresses. The cell was filled with women, and it was very difficult to go to the bathroom because women were everywhere, blocking the entrance to the bathroom.

6. When I arrived, I received a cookie and juice. At breakfast, I was given a frozen ham sandwich. The ham was black and horrible looking. Although I was hungry, I did not eat it. It wasn't rotten, however.

7. There were no shower that I was given access to at this facility.

8. After about twelve hours in the facility, I was put back with daughter on a bus that took us to the facility called the "Perrera" or Dog House. We were there about three and half days. When we arrived at the facility, they separated me again from my daughter. This time, they placed my daughter in a cell far away, but we could see each other. She was about a half a soccer field away.

9. I pleaded with a male officer to see my daughter, and he told me I would be able to see her at 5 pm, but I was not reunited with my daughter until we left the facility a couple of days later.

10. On the third day I was at this facility, a female officer came by in the morning asking for the mother of _____ She told me to yell out to my daughter to stop her crying or she could get sick from all of her continuous crying. I asked if I could leave the cell to be with her, but the officer would not permit me to do so. I yelled to my daughter to try to comfort her and told her to stop crying, have patience, and that they would be leaving soon.

814

11. They gave me an aluminum blanket at this facility, and it was cold, but not as cold as the first facility. The lights were always on and there were no windows.

12. I asked to be able to have a shower on the first day and a male officer told me there were many others that needed to bathe. On the second day, I was able to bathe, but they weren't allowing any mothers in my cell to bathe that had young children with them. One of those mothers told me she and her child hadn't bathed in 8 days. Others told me they hadn't bathed in 3, 4 and 5 days.

13. The bathrooms were filthy. The portable bathrooms were filled with excrement. There were only six toilets for all of us.

14. Some of the young children were vomiting and having stomach problems. One of the women, whose child was vomiting and not eating, asked for medical help. They gave her some Gerber food and later brought some fluids for dehydration.

15. My daughter and I left this facility on May 28, 2018, and we were taken to the ICE Dilley, TX facility. We have been at this facility for over a month.

16. My daughter contracted chicken pox at this facility, but she has received good medical treatment. She also received antibiotics for an infection she had in one of her molars.

17. My asylum request is under appeal.

I, **DIXIA S**⬛⬛⬛⬛⬛⬛⬛, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/29/2018
Date

Certificate of Translation


I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to **DIXIA S**█████████████ in Spanish.


_____

George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002


06/29/2018_____
Date

816

# Exhibit 156

**Declaration of**

**ANGEL A**████████████████████████████ **A NUMBER**████████████

I, **Angel A**███████████████████████ (A number ████████), declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 30, 2004. I am thirteen years old. My mother's name is ████████████
   ████ (A number ████████). My mother and I are from Mexico. We left Mexico to flee death
   threats from cartels who were demanding money from my mother.

2. My mother and I first crossed the border on May 7, 2018. We crossed a river, and immigration officers
   were on the other side waiting for us.

3. The immigration officers took my mother and me to La Hielera ("The Icebox") in Brownsville. As soon
   as we got there, the officers separated me from my mother. The officers interviewed my mom and me
   together. They told us that they couldn't hold us together. They told me that they were going to keep
   my mom there in Brownsville and that they were either going to deport me or put me in a camp. I was
   sad. I started crying.

4. The next day, the officers took my mom to court. About a half an hour later, they pulled me out of my
   cell. They didn't tell me why, and I didn't sign anything. They put me in a van and took me and
   another kid to the Mexican consulate, where we picked up two other kids. They took us to the middle of
   the bridge, and the Mexican police picked us up there in the middle.

5. The Mexican police took our information down and then they took us to a juvenile detention facility
   (DIF) in Matamoros. They put us in a room and took our photo and our information. We went to see a
   doctor and a psychologist. From there, they put us in a dormitory, where there were about six other boys
   from Central America. They were waiting to be deported. I was the youngest. I was able to bathe and
   they gave me food and clothes. They gave us a chat about drugs and STDs. In that place they hold kids
   who help people cross the border, and those children use drugs. No one explained to me how long I
   would be there, but they just told me I would be there until my mom or dad came to pick me up.
   Otherwise I would be sent to be adopted. I was very afraid.

6. When my mom came to pick me up, I was so relieved that I cried. I was so happy to see her.

7. My mother and I were still afraid for our lives, so we had to cross the border again on May 16, 2018.
   When we crossed the border, we were kidnapped by armed men, who held us in a house with about 120
   other people for eight days. It was very scary. I didn't know what was going to happen to my mom and
   me.

8. Eventually the police came and shot the door of the house down so that we could all leave. They put us
   in a van and drove us about half an hour to the Rio Grande.

818

9. The officers took us back to La Hielera. The separated me from my mother again. I was very scared because I thought I might be deported away from her again.

10. After two days, the officers drove my mom and me to La Perrera ("The Dog Cage") in McAllen. When we got there, they separated me from my mom again. When we arrived to La Perrera, they made us sit on some benches. They gave us food, a cushion, and a metal blanket. They put me in a corner of the cell and separated me from the other boys because I am Mexican. We were all together in the same cell, but the guards made me and the other Mexican boys sit under the vent where it was coldest.

11. Every day, the guards told the boys in my cell that they were going to be adopted and that they would never see their parents again, that we were the property of the United States because we were on their territory. The ones saying all the mean things were wearing gray. The ones wearing green would sometimes comfort children or ask why they were crying, but not the ones in grey. One of the ones in gray made sure that the Mexican boys always stayed in our corner and never were able to sit near the other children, even when we were all together for lunch. He told us not to bother the other children or start fights, because all Mexicans are like that. He treated everyone but the Mexicans well. I felt I was being discriminated against. I was told I would be deported by an official, and it didn't matter that I came with my mom.

12. The guards were always waking us up in the middle of the night to do the list. The ones who didn't want to get up, the guards would kick. There were children as young as 5 in the cell, but the guards would shake them hard to wake them up.

13. The atmosphere in the cell was really hard. The children would cry constantly. Sometimes the mood would lighten – they would put on a movie – but then a guard would come by and say that the children would be sent away to live in a foster home and never see their parents again.

14. They called the consulate, who asked for my information, where I was going and why. I asked him why this call was happening? The consulate said it was so I could be deported.

15. In La Perrera, I could see that some of the other boys got to spend time with their parents, but only boys from Central America. I never got to speak with my mother, nor did any of the other boys from Mexico.

16. My mother and I were at La Perrera for six days. I don't know why we were there for so long. Every day I saw people leave and I didn't understand why we were still stuck there. No one explained to me what was going on.

17. After six days, my mother and I were brought here to Dilley on May 30, 2018. I don't know why we have been here for so long. Last week, my mom and I signed a paper to be released, and my family bought us tickets. But then we found out that we couldn't leave after all. We have been here for another eight days. When I found out we couldn't leave yet, it was really hard on me. It is making it difficult for me to sleep at night. I just want to know what is going to happen to us.

819

18. Today I found out that we received a positive credible fear determination.  Soon we be released to go
live with a friend in Houston.  I am excited to get out of here and get past this nightmare.

I, Angel A████████████████ swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent,
and was read back to me in Spanish.

██████████████████

6/29/18
Date

820

Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to
Angel A█████████████████████ in Spanish.


Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94107


_6/29/16_
Date

821

Exhibit 157

**Declaration of**
**JOSUE P█████████ A NUMBER █████████**

I, **Josue P**█████ (A number█████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 5, 2003. I am fourteen years old. I am from Guatemala. I came here with my mother. We both speak Qeqchi. I speak some Spanish, and my mother only speaks a very little Spanish.

2. We arrived in Dilley three days ago. Before this we were in a closed house for seven days. And before that we were in an office for two days and two nights. Before that we had crossed a river to come to the United States. We walked about two hours looking for officials. Then we found the officers. They stopped us and told us to wait. They asked for our names, where we were from, and they took all of our things.

3. We went to an office with rooms. They separated me from my mom and put us in different rooms. My mom was in a room with only women, and I was in a room with only boys. I was in the room with boys thirteen and over. There was another room that had boys from about five years old to about twelve.

4. We had an interview, but they just asked our names and where we were from. I had trouble understanding what they were asking me because I don't speak very much Spanish.

5. After two days we went to a closed house. The officials there were not able to speak Qeqchi. We were there for seven days. We were separated from each other. I couldn't speak to my mother, I could only see her from far away.

6. They called my mom for an interview two times. She told me later that all they asked was how old she was, where she was from, and where she was from in Guatemala. They asked if she wanted to return to Guatemala. She said no, that she was scared to.

7. I was able to take a shower once, on the last day, after I had been at the closed house for seven days.

8. When we got here to Dilley, there was still no one who spoke Qeqchi to explain to us what was going on. I have no idea what I am doing here or what is going to happen next in my case.

I, Josue P█████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language that I am partially able to speak, and was read back to me in Spanish.



6/29/18
Date

Page **1** of **2**

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Josue P█████████ in Spanish.


Virginia Corrigan
832 Folsom Street, Suite 700
San Francisco, CA 94107


6/29/18
Date

824

# Exhibit 158

### Declaration of

**LESVIA E** ███████████████, **A NUMBER** ███████████

I, **Lesvia E**███████████ (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 11, 1995. My daughter's name is ██████████████████ She is five and she was born on December 19, 2012. My daughter and I are from Guatemala.

2. My daughter and I left Guatemala because we have been being threatened for some time, ever since ████████'s uncle and his girlfriend we killed.

3. We crossed the border on June 24, 2018. We crossed a river and walked for about a half an hour, looking for officials. Finally we found them. We were standing there and they took down our information. They took our identification, and we put our belongings in a bag, which they took. Then we got on a bus.

4. We went to a place called "La Hielera" ("The Icebox"). We got in line and they reviewed a list to make sure we were all there. We were there for about eight hours. We got there in the afternoon and left around midnight. It was very cold.

5. After La Hielera, we were taken to La Perrera ("The Dog Cage"). We were in La Perrera for one day, just on Monday. It was cold there, although not as cold as La Hielera. It was really hard to sleep because the officials woke us up all the time. They wanted to do a list or take people here or there. The officials at La Perrera yell at you. If the children are doing anything, they yell at you. It is very uncomfortable there.

6. My daughter has a medical condition that makes it difficult for her to go to the bathroom. They took her medicine and did not replace it.

7. We arrived here on Tuesday, I think. I'm not sure what time it was. We did paperwork, which took hours. They told us that we had another process to go through here and that we would have a lawyer.

8. I would like to go live with my daughter's father, who is pursuing his asylum case in San Rafael, California.

I, Lesvia ████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



29/06/18
Date

Page **1** of **2**

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Lesvia ███████ in Spanish.

Virginia Corrigan
Youth Law Center
832 Folsom Street, Suite 700
San Francisco, CA 94107

6/29/18
Date

Exhibit 159

**Declaration of**
**PATRICIA H**████████████**, A NUMBER**████████

I, **Patricia H**████████ (A number████████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 24, 1975. My son's name is████████████████████(A
   number████████). He is thirteen years old and he was born on July 30, 2004. My son and I are
   from Mexico. We fled Mexico because we were being extorted by the drug cartels and the cartels
   threatened our lives.

2. On May 7, 2018, my son and I crossed the river and crossed the border into the United States, and there
   were agents waiting for us on the other side. The agents put us in a van. They asked us our names and
   where we from but did not ask why we were coming to the United States. They took all of our things
   from us.

3. We were taken to some immigration offices in Brownsville. I think it was called "La Hielera" ("The
   Icebox"). When we arrived, the officers separated me from my son. I asked why they had put me in one
   cell and him in another. They told me that the zero tolerance policy had started, and that they were
   going to separate mothers from their children. They told me I was going to go to court. I was told we
   would be separated because he couldn't go to court.

4. They took my son and I out of our cells, and we were interviewed by officials side by side. I was able to
   tell the official that we had come to the United States in order to ask for asylum because we were in
   danger. He told me that he would put it down in his file, but that Mexicans can't get asylum. He said he
   would put it down in his file anyway, so I told him my whole story.

5. The next day, on May 8, I was taken to another building about half an hour away. I was wearing
   handcuffs and chains on my feet. A lawyer came to us to explain what was going to happen. The
   lawyer told me that the judge would ask me if I knew that crossing the border was illegal, and the lawyer
   told me to say yes. The lawyer told me that the judge would decide whether to pardon us or whether to
   give us 3 to 6 days in jail.

6. There were about 30 of us there in front of the judge. First, the judge asked whether we knew it was a
   crime to cross into the United States. We said yes and then he pardoned us, I think. I said yes because
   that is what the lawyer had told me to say. Then he asked each of us a question and let me explain a
   little of my case. I told him that I had fled from Mexico for my safety, and that they had separated me
   from my son. The judge got angry that we had been separated. He told me that we would be put in a
   camp together while our immigration process happened. He gave me permission to stay in the country,
   but a lot of the other people in court with me were deported, and some were given 10 days in jail.

7. When I returned to La Hielera, the officials told me that they had already sent my son back to Mexico. I
   asked how they had done that if I hadn't signed any form, and the judge already told me that I could stay
   with my son. They told me I had two choices: either to stay in the United States because the judge had

829

given me permission, or to be deported back to Mexico where my son was. I was so angry and confused. I said that I wanted to go with my son. They told me to sign my deportation. I said no, because I didn't have any reason to be deported. They told me I would be deported either way.

8. The officers took me to the bridge. They left me there. Then I heard another immigration official calling my name. He told me that I had permission to stay in the United States. I replied that they had deported my son, and that I wanted to be with my son, because my son only has me – I knew my son was afraid and alone, so how could I leave him? The official told me that if I crossed the bridge it would be like a deportation. He told me to go with him and said that immigration would make it as if my son hadn't been deported.

9. The officers took me back to the immigration facility, and after some hours of waiting, they told me again that I had two choices: to stay in the United States or to be deported with my son. They told me that it was their error that he was deported but they couldn't bring him back.

10. The officers took me back to the bridge. I called the Mexican consulate and told them I didn't want to be deported and I wanted my son to be returned to me in the United States. The consular officer said that there was nothing they could do. He asked why we had crossed by the river and why we hadn't brought proof of the threats against us. I said we came fleeing for our lives and we didn't have time to bring proof. I said we my son had been deported by mistake. The official spoke rudely to me. He told me to shut up and not to talk about things I shouldn't talk about.

11. I crossed the bridge and went to find my son. I found him in the juvenile detention facility (D.I.F.) in Matamoros – the consulate had told me that was where to find him. They let him leave with me because I could prove he was my son.

12. We crossed the river again later in May, probably May 16, 2018. After we crossed the border we were kidnapped by a cartel. At first, we thought it was immigration officers again, but they took us prisoner. Next, I thought it was maybe the people who had threatened us in Mexico. They carried guns and they covered their faces. They held us in a house for eight days with about 120 other people. It was so hot, we sweated through our clothes. They left us some food but they locked us in. They only came back twice in those eight days to drop off food. They called the person who helped us cross the river to tell him that he needed to get money from my family to get us out.

13. On May 23, 2018 (I think it was a Friday) the police came by. We couldn't open the door, so the police told us to get down and shot the door open. We left the house. They gave us bags to put our things in and put us all in a van to immigration at Rio Grande. We had been on a ranch about half an hour outside of the city.

14. The officers took us to another La Hielera, and I was separated from my son again. I was crying a lot when they separated me from my son. I was worried that they were going to deport him again without me.

15. On the first day that we were at La Hielera for the second time, I had another discussion with an immigration official. I explained my whole situation to her again, including the fact that we had been deported and everything that had happened to us since we crossed the river again. I told her, again, that I was afraid to return to Mexico. I saw that she was taking notes, and then she went back to talk to other officials. I saw here come out again and take all the notes she had taken on my case and throw them away. Then they interviewed me again. We went back and forth, I was interviewed about four times, and each time the official went back to speak with the supervisor. I think they were confused about my

830

case. I could see that they weren't taking down all of the information about my case, including the ways that I had been hurt when I fled my home and when I was kidnapped. They told me I had to explain it all to the judge.

16. We were in La Hielera for two days. On Sunday, May 25, 2018, they took us to McAllen – to La Perrera ("The Dog Cage"). We were together on the drive over but they separated us again at La Perrera. We were in La Perrera for six days, until May 30.

17. For the whole six days we were in La Perrera, my son and I couldn't spend time with each other. We could only see each other from afar. I could see that my son felt ill, but the official told me that he had to ask for help, that I couldn't get help for him.

18. I was only able to bathe once – this after crossing a river, being held captive in a sweltering house for eight days, spending two days in La Hielera, and spending two days in La Perrera.

19. The officials were rude to me and the other women at La Perrera. The guards told us that our children were going to be adopted and that we were going to be deported. There was another woman there in La Perrera with us who came with us to Dilley. That mother told me that immigration had called her and told her that her son had already been adopted. She started hitting her head against the wall. Because she was being held in a different area of La Perrera, behind a black door, she couldn't see that her son was still there.

20. While I was at La Perrera, I wasn't able to use the telephone to call a lawyer or my family. I wanted to call my family because I knew they would be worried that they hadn't heard from us.

21. After six days, we were taken to Dilley. No one explained to us where we were going. We have been at Dilley since May 30, 2018. I am not sure why we have been here for so long. After eight days, we still hadn't had our credible fear interview scheduled. We asked a lawyer what was going on, and they said the case was still in process.

22. Last Thursday, we signed a form to be released, even though we had not yet had a credible fear interview. Our family bought us tickets. But then we were told that we couldn't leave on Saturday because we hadn't had our interview yet.

23. We had a credible fear interview on Wednesday. This morning, we received a positive determination. The uncertainty and stress has been very difficult for me and my son. We do not understand why this is happening and why our case is taking so long to process. We just want to leave this place and go to live with my friend in Houston.

I, Patricia H████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

6/29/18
Date

Page **3** of **5**

831

## Certificate of Translation

I, Virginia Corrigan, certify that I am fluent in English and Spanish and that I read the above declaration to Patricia H███████████ in Spanish.

Virginia Corrigan
Youth Law Center
823 Folsom Street, Suite 700
San Francisco, CA 94014

6/29/F6

Date

Exhibit 160

**Declaration of**

**Alba S███████ A████████**

I, **Alba S███████**, A████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on March 31, 1987. I am a citizen of Honduras. My son ████████████████ was born on January 1, 2016.

2. I left Honduras because my son and I were threatened with death by a criminal gang. They killed my brother in law. I ran to the United States seeking protection from murder.

3. On June 5, 2018, I entered the United States somewhere along the Texas border. I'm not sure where. I wanted to surrender myself to immigration. I crossed a river with another family. There was an immigration car and we went up to it and I presented myself and my son.

4. They asked me if we were the only ones traveling or if there were more. Then we were put in a car and taken to "la yelera" with other immigrants they picked up on their way. I arrived around 6. After they did all the paperwork around 8 I was given a ham sandwich, juice and a cookie. They gave me the same thing for my son. He only ate a tiny bit of the juice and a bite of the cookie.

5. Shortly after I arrived they called a woman into the office. She was sobbing. When she came out I asked what happened. She said she was being separated from her 10-year-old son. After that I was terrified that they were going to take my son. I began to pray and to cry. I wished I had stayed in Honduras and been killed. I saw other incidents of abuse – evil laughing at people for no reason

6. Sometime late in the night they took me by car sometime late in the night they took me by car to the "la perrera."

7. I was put in a small jail cell. There were 12 mothers and children. It was absolutely freezing. So cold. They gave me a small mat and an aluminum blanket. It was so cold I couldn't sleep. I constantly thinking about them taking my son. I am terrified even now that we will be separated.

8. In the middle of the night they moved me to a larger cell with about 30 women and children.  There were 2 or 3 portapotties outside. There was one sink that would run out of water at times with a soap dispenser. There was no towel, toothbrush or comb.

834

9. We were roused about 6am for breakfast after they called role. For breakfast, they gave me a bean burrito, an apple, a cookie and water. They gave the same thing for the baby. He ate a bite from the apple and one from the burrito but he didn't like it. He ate the cookie. When they gave us food we only had an hour to eat. When that time was up they threw the food away and search to make sure they don't sneak food in but if so they will throw it away in front of them with anger. This meant I couldn't keep anything to feed my son who wasn't eating much at all, any food until whenever they served the next meal.

10. There was a mom preparing a bottle for her son and a female officer demanded to know who' bottle it was. The guard said the baby had teeth and was too old to have a bottle. She grabbed the bottle and threw it in the trash in front of the baby and everyone else. The woman was humiliated and afraid and didn't try to take the bottle from the garbage can.

11. They offered me a shower. I misunderstood and thought they asked if I already showered and I said yes so I didn't get one.

12. After breakfast, I had a phone interview. They asked me about myself and about what happened to me at home. They asked about my schooling, parents names and other biographic information. Then they sent me back to the cell.

13. I lost track of the time. I was so scared I couldn't think. I don't exactly know the time.

14. . On Thursday, I was taken with a group of women and children. We had told us we were going to be moved to a detention center 4 hours away. We went in two buses.

15. That's when I came to Dilley.

16. From the time we were arrested my son cried constantly. He was scared, he was cold, he was hungry. I couldn't comfort him because I was so upset myself.

17. I got to Dilley on June 7 mid afternoon. First thing we got a shower and new clothes and shoes. The we had a meal.  We were each given a box with a sandwich, apple, water and a cookie. The we had an intake interview, and medical checkup. I was asked who was going to pick me up in the US and I was allowed to call that friend.

835

18. I was then taken to my room. I have enough blankets. There is a community shower and restrooms.
There is shampoo, soap, towel, toothbrush and toothpaste.

19. I have bad cough due to change of climate. Cool inside and hot outside. The baby has been sick for two
weeks. We've been to see the doctor twice. He has diarrhea, a cold, cough, red itchy eyes, a rash and
fever. They gave me liquid baby Tylenol and something for the diarrhea. There is also a virus going
around. Yesterday I was told it would be cleared in three days. With respect to the pharmacy, it's not
uncommon to have to wait as long as two hours to get medicine. There's a high demand of medication.

20. I was never told anything about lawyers or rights until I got to Dilley. I saw a lawyer here and had a
credible fear interview and went before a judge. I am waiting for the results.

I, **Alba S**▮▮▮▮▮▮▮▮▮, swear under penalty of perjury that the above declaration is true and complete to the
best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read
back to me in Spanish.

6/28/18

Date

836

## Certificate of Translation

I certify that I am fluent in English and Spanish and that I read the above declaration to **Alba S**██████
in Spanish.

Ana Bueno

6/28/18

Date

837

Exhibit 161

This is a confidential legal document and the work product of an attorney-client relationship.

## Declaration

Blanca C████████  A#████████

I, Blanca C████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Blanca C████████ born October 30, 1992, A#████████ and my 2-year-old son ████████ (A#████████), born September 19, 2015, who was not interviewed and who is on my claim. I am from Congo, Santa Ann, El Salvador.

2. I entered the United States on about June 12, 2018 near Reynosa (MacAllen), Texas. After I crossed into the United States on a boat we were detained by U.S. officials about 7 minutes later. The officers demanded my shoelaces, jewelry, and told me to get into a car. He asked for my identification, but the officer did not ask me any other questions. Then we drove about 30 minutes to a heiliera.

3. At the heiliera they took my finger prints, but not my son's, and they took photos of both of us. They also asked me questions about why I came to the US and if I had a fear of returning to El Salvador. I told them I feared harm in my country. They gave me a cold sandwich with ham and water; they gave my son cookies and juice and a burrito. I stayed in the heiliera three days. There was no possibility to bath or take a shower.

4. After three days we were taken to the Peirrera in a bus. They gave us a sandwich, an apple, cookies, juice, and water and my son milk and a burrito and potato chips. I was at the Peirrera for one night, then I was taken to Dilley.

5. I am disappointed by the medical services at Dilley. My son has been sick for one week he has been coughing and has a fever and was vomiting up until two days ago. The infirmary gave him antibiotics, but he is still coughing and has a fever. My son sleeps a little at night, but his fever spikes. I am not able to sleep because I am worried about my son's health. He does not eat, but drinks water and juice. He stopped his antibiotics one day ago.

6. At Dilley, I was interviewed on Monday, June 25, 2018, and explained that I was fleeing my country because I feared harm. I am awaiting my asylum decision.

I, Blanca C████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ████████████          Date: 28 - Junio - 2018

Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Blanca
C███████ in Spanish.

Casey Miller: _____   Date: 6/28/2018
802 Kentucky House
San Antonio, Texas 78201

2

840

Exhibit 162

This is a confidential legal document and the work product of an attorney-client relationship.

**Declaration**

Jeydi M▮▮▮▮▮▮▮, A#▮▮▮▮▮▮

I, Jeydi M▮▮▮▮▮▮, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am Jeydi M▮▮▮▮▮▮ born, March 23, 1989, A#▮▮▮▮▮ and my 4-year-old son ▮▮▮▮▮▮ (A#▮▮▮▮▮▮), born February 16, 2014, who was not interviewed and who is on my claim. I am from Progresso Lloro, Honduras.

2. In October 2017, my partner left Honduras taking my daughter with him to the United States.

3. I entered the United States on about June 4, 2018 near Brownsville, Texas. After I crossed into the United States we were detained by U.S. officials about 15 minutes later. The officers demanded my shoelaces, jewelry, and told me to get into a truck. The officer asked me questions about when I came and made me sign several papers. I asked if any of the papers were for my deportation and they said 'no'. Then they drove us to a heiliera.

4. At the heiliera they took my identification and asked me if the child with me was my son, and took us into a very cold room where we had to sleep in the floor with blankets of aluminum. They also took my finger prints, but not my son's. They also asked me questions about why I came to the US and if I had a fear of returning to Honduras. I told them I feared persecution They also gave us a cookie and juice five times in 24 hours. Four times they gave me a sandwich. I stayed in the heiliera one night I think, but because they never turn off the lights I am not sure. There was no possibility to bath or take a shower.

5. The next day we were taken to the Peirrera in a bus. They gave us an apple, sandwich, cookies, juice, and water. I was taking medicine for an injury to my leg. There was no possibility to bath or take a shower, even though there was a shower there. I was at the Peirrera for one night, I think, then I was taken to Dilley.

6. The medical treatment in Dilley is not sufficient. The medicine that I received at Dilley for my leg injury did not stop the pain in my leg, although the medicine that I was taking in Honduras since August 2017 did stop the pain. There are long waits and the medicine they give us is not good. I had to wait for five days to get treatment for my leg. I asked for crutches so I could walk but they would not give them to me. They told me that I could only get crutches if I was admitted in to the medical unit here. My son was coughing, vomiting, and had a fever. They did not give him any medicine for his fever, cough or vomiting. About a week ago my child had a fever and was vomiting, and I went to the clinic, about six times in three days, and the nurses refused to admit my child or provide him any assistance. Only after he saw the doctor, and he confirmed the child had a fever, did my son receive treatment for a fever and conjuctivitis. They gave me an armband that meant that I don't have to wait at the pharmacy because I had to wait for 2 or 3 hours to get medicine before they gave me the armband. They gave me this armband after 20 days.

7. The nurse who first saw my child wrote that my child did not have a fever, but the next person who saw my child, and said he was a doctor, said my son did have a fever.

8. At Dilley, I was interviewed on Monday, June 7, 2018, and explained that I was fleeing my country because I feared harm. I am awaiting my asylum decision.

I, Jeydi M▮▮▮▮▮▮ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ▮▮▮▮▮▮▮▮▮▮   Date: 6/28/18

842

## Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Jeydi
M███████████ in Spanish.

Casey Miller: _____    Date: 6/28/2018
802 Kentucky House
San Antonio, Texas 78201

2

843

Exhibit 163

**Declaration of**

**Lizeth R██████████ A██████████**

I, **Lizeth R██████** (A██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on July 17th, 1994 in El Salvador.  My son's name is ██████████████ He is 5 years old and he was born on September 17th, 2012.  My son and I are from El Salvador.

2. I fled spousal abuse to come to the US. My husband threatened to kill me and my son. I fled immediately after he made this threat. I know he intended to carry it out.

3. My plan was to go to the United States, surrender myself to immigration and ask for asylum. When I got to the border I heard that they were separating mothers from their children. I was so desperate to take my son away from his dangerous father that I took this horrific chance and came anyway.

4. At the beginning of June my son and I entered the US at Laredo. I got caught by immigration at night at the first check point. I was held there with my son and we spent the night there. There were no other people held with us. I couldn't sleep trying to help my sun sleep in a hard piece of break/cement like a bench in a room with a toilet with no toilet paper and sink with no soap. I had only one aluminum blanket for both of us so I used it to wrap my son. It was freezing. They left the lights on all night.

5. We each got a burrito but nothing to drink when we were brought to Laredo..

6. Early in the morning they took us to "la yelera" center. We were not given any food before we were taken there, I was held in a room by myself with my son. There was a toilet, sink with no soap. They gave us crackers, and juice. They only they gave us crackers and juice the day and a half we were there. I asked an officer for more food because my son was starving. The officer brought a small burrito and juice which ████ ate.

7. I was not told I had the right to a lawyer or anything else about my right or those of my son until I got to Dilley.

8. Midday on June 9, we were put on a mini-bus with a couple of mothers and their children and taken to Dilley. When we arrived, we were given a box with a sandwich, apple, a cookie, a small rice and crispy and water. After not eating for a day and a half this was quite a treat. The people here explained how things work here. We had medical exams. I had a pregnancy test, x-rays and an exam. My son got vaccinations, x-rays and a checkup. I was told I had a right to a lawyer, was given a list of lawyers and a paper explaining ████ s rights under Flores.

9. Compared to my early experience this is great. I have enough food. My son is still adapting to the food after starving at la yelera and he is starting to eat.

Page 1 of 2

10. I've met with a lawyer and had my credible fear interview. I've been in the court and am waiting for the decision.

I, **Lizeth R**███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



_6/28/18._
Date

## Certificate of Translation

I, Ana Bueno, certify that I am fluent in English and Spanish and that I read the above declaration to ███ ███████ in Spanish.

Ana Bueno

_6/28/18_
Date

846

Exhibit 164

**Declaration of**
**MAIRA S████████████████ A NUMBER████████████**

I, Maira S███████████ (A number███████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 8, 1985. My daughter's name is ████████████████ She is three and she was born on August 2, 2014. My son and I are from Guatemala.

2. We left our country of origin due to death threats to myself and my daughter as well as threats to kidnap my daughter, which were made by Mara 18 gang members due to the fact that I was opposed to the political regime and the Mara's authority in my neighborhood.

3. We presented ourselves at the border approximately on or about June 3, 2018, approximately at 2:00 pm. We were taken to a facility known as the "Ice House (Hielera)."

4. Food conditions at the Ice House were poor, █████ and I were fed only one bottle of water and 1 ham sandwich during our stay. Temperature at this facility is extremely cold. The facility was overcrowded and there was no space to lie down. Hygiene conditions at the Ice House were poor. The toilets were full and were not in clean conditions. Treatment by governmental officials was aggressive. A governmental official mocked my country of origin due to a volcano explosion and expressed that my country was "done."

5. After about one day at the Ice House, my daughter and I were taken to another place, known as the Dog House (*La Perrera*) where we were held for one day. Conditions at this Facility were equally as poor. We were fed an apple, a plain ham sandwich and a bottle water at night and the same food the next morning. My daughter and I were taken out of that facility for one day.

6. My daughter and I have been at the Dilley, Texas for approximately 22 days. When released, we are planning to meet with my husband, who is currently living in Boston, Massachusetts.

7. My next hearing is scheduled for June 29, 2018.

I, Maira S███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████████         6/28/18
                                 Date:

848

## Certificate of Translation

I, Emilio Grandio Urrea, certify that I am fluent in English and Spanish and that I read the above declaration to
Maira S███████████ in Spanish.


_Emilio Grandio Urrea_

Emilio Grandio Urrea
Orrick, Herrington & Sutcliffe
609 Main, Houston, Texas, 77002


 6 - 28 - 2018
Date

849

Exhibit 165

This is a confidential legal document and the work product of an attorney-client relationship.

**Declaration**

Yenny F█████████████████  A#█████████

I, Yenny F█████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  I am Yenny F█████████████ born, June 13, 1991, A#█████████, and my 4-year-old daughter █████████, born March 22, 2014, who was not interviewed and who is on my claim. I am from Barrio el Bosque, Tegucigalpa, Honduras.

2.  I entered the United States on June 6, 2018 at MacAllen, Texas. After I crossed into the United States they were detained by U.S. officials about 10 minutes later. I gave the officers my shoelaces and got in the car. The officer did not ask us questions, but drove us for about a half hour to an heiliera.

3.  At the heiliera they took my photo and finger prints and give us an aluminum cover. They also gave us a cookie and juice twice in 24 hours and a sandwich with bread and ham.

4.  The next day we were taken to the Peirrera in a bus. They gave us one corn tortilla with beans and rice. There was also a video call with an immigration official. I told him that I was afraid to go back to Honduras. I just replied 'yes' to most of the questions, saying I was afraid to return to Honduras because of persecution by me husband that the government would not protect me from. I stayed in the Peirrera two days.

5.  At the Peirrera I contracted an infection of my skin and so did my daughter maybe because I had to sleep on the floor on a thin mattress of about two inches of thickness with one thin aluminum cover.

6.  My daughter is not eating at Dilley. She eats almost nothing, only drinks water. At breakfast I have to buy cereal for my daughter since she will not eat the food in the cafeteria. My daughter has lost 5 kilograms since leaving Honduras.

7.  I have had to take my daughter to the doctor several times and I have to wait 30 to 40 minutes in the morning, 15 to 20 minutes in the afternoon, and about 20 minutes in the evening.

8.  I received a positive decision and will leave tomorrow.

I, Yenny F█████████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Name: ███████████████████  Date: 28- Junio- 18

## Certificate of Translation

I, Casey Miller, certify that I am fluent in English and Spanish, and that I read the above declaration to Yenny
F█████████████████ in Spanish.

Casey Miller: _____   Date: _6/28/2018_____
802 Kentucky House
San Antonio, Texas 78201

2

852

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 19, 2018, I electronically filed the following document(s):

- **[REDACTED]** EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 9 OF 12 **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2018]**

with the United States District Court, Central District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1