CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP

Elena Garcia (Cal. Bar No. 299680)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:     (213) 629-2020
Email: egarcia@orrick.com

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | ) |
| - vs - | ) |
| | ) **[REDACTED]** EXHIBITS IN |
| JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | ) SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' |
| Defendants. | ) FIRST JUVENILE COORDINATOR REPORTS VOLUME 10 OF 12 |
| | ) **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2018]** |
| | [HON. DOLLY M. GEE] |
| | Hearing: July 27, 2018 |
| | Time: 10 AM |

1    *Plaintiffs' counsel, continued*

2    LA RAZA CENTRO LEGAL, INC.
     Michael S. Sorgen (Cal. Bar No. 43107)
3    474 Valencia Street, #295
     San Francisco, CA 94103
4    Telephone: (415) 575-3500

5
     THE LAW FOUNDATION OF SILICON VALLEY
6    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
7    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
     Katherine H. Manning (Cal. Bar No. 229233)
8    Annette Kirkham (Cal. Bar No. 217958)
9    152 North Third Street, 3rd floor
     San Jose, CA 95112
10   Telephone:   (408) 280-2437
     Facsimile:   (408) 288-8850
11   Email: jenniferk@lawfoundation.org
12           kate.manning@lawfoundation.org
             annettek@lawfoundation.org
13
     *Of counsel:*
14
15   YOUTH LAW CENTER
     Virginia Corrigan (Cal. Bar No. 292035)
16   832 Folsom Street, Suite 700
     San Francisco, CA 94104
17   Telephone: (415) 543-3379

18

19   / / /

20

21

22

23

24

25

26

27

28

## INDEX OF EXHIBITS

**VOLUME 1**

1.  Declaration of Class Counsel, Peter Schey..................................................... 1
2.  List of Licensed Group Homes and Homeless Youth Shelters............................ 5
3.  Declaration of Lidia S█████████████ ................................. 25
4.  Declaration of Dilsia R████ ...........................................29
5.  Declaration of Josselin H███████ ...................................33
6.  Declaration of Keylin M██████ ......................................37
7.  Declaration of Iris A███████ ........................................41
8.  Declaration of Dixiana S██████ .....................................46
9.  Declaration of Maria Angela A████████ ...........................50
10. Declaration of Ana Vilma M████████ ...............................54

**VOLUME 2**

11. Excerpts of Exhibits..................................................................58

**VOLUME 3**

12. Declaration of Cristobal R████████ ..................................224
13. Declaration of Delmis V███████ .....................................229
14. Declaration of Justin L██████████ ...................................233
15. Declaration of Mayra S██████ .......................................242
16. Declaration of Ruth M███████ .......................................246
17. Ommitted
18. Declaration of Bridis F██████ ........................................250
19. Declaration of Lourdes R████████ ..................................254
20. Declaration of Blanca M██████ .....................................257
21. Declaration of Brandon S████████ ..................................262
22. Declaration of Fatima O████ .........................................265
23. Declaration of Nohemi P███████ ....................................269
24. Declaration of Doris M████ ..........................................272
25. Declaration of Karen B████████ ....................................276
26. Declaration of Jefferson A████████ .................................281

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS          CV 85-4544-DMG (AGRX)

27. Declaration of Daise M███████ .............................................. 285

28. Declaration of Alejandra R████████ .......................................... 289

29. Declaration of Dinora C██████ ............................................. 293

30. Declaration of Leydi X████████ ............................................ 298

**VOLUME 4**

31. Declaration of Floridalma L██████ ........................................... 302

32. Declaration of Anet M██████ .............................................. 309

33. Declaration of Sindy S██████ ............................................. 314

34. Declaration of Timofei F█████ ............................................ 318

35. Declaration of Cesar A██████████ .......................................... 323

36. Declaration of Kevin U█████████ .......................................... 329

37. Declaration of Ana P████ ............................................... 338

38. Declaration of Alma R█████████ ........................................... 342

39. Declaration of Marlyn E█████████ .......................................... 346

40. Declaration of Jeydi I█████████ ........................................... 353

41. Declaration of Tarino A███ ............................................... 356

42. Declaration of Denia M██████ ............................................. 361

43. Declaration of Manuel A██████████ .......................................... 367

44. Declaration of Alma S█████ .............................................. 374

45. Declaration of Abidalia G███████ ........................................... 378

46. Declaration of Gladys I█████████ .......................................... 382

47. Declaration of Baljit K█ .............................................. 385

48. Omitted

49. Declaration of Edgar R████████ ............................................ 390

50. Declaration of Ermita M██████ ............................................. 394

**VOLUME 5**

51. Declaration of Fanny Damarys A██████████ ..................................... 397

52. Declaration of Nery Baltazar M█████████ ...................................... 401

53. Declaration of Selena B██████ ............................................. 404

54. Declaration of Victor A███████ ............................................ 408

55. Declaration of Yeimin B██████ ............................................. 413

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

2

56. Declaration of Anghelo M█████████████ .......................................419

57. Omitted

58. Declaration of Sergio C███████ .......................................426

59. Declaration of Dennis M███████ .......................................430

60. Declaration of Emilson E█████████ .......................................434

61. Declaration of Erick L████████ .......................................437

62. Declaration of Gladys I████████ .......................................444

63. Declaration of Marcedonio P██████ .......................................447

64. Omitted

65. Declaration of Sandra M█████████ .......................................451

66. Declaration of Elmer S███████ .......................................455

67. Declaration of Yonain G██████ .......................................460

68. Declaration of Juan M████████ .......................................463

69. Declaration of Ivania L██████ .......................................466

70. Declaration of Geovany D█████████ .......................................469

**VOLUME 6**

71. Declaration of Ricardo  M███████ .......................................472

72. Declaration of Abilio I█████████ .......................................475

73. Declaration of Itzel C█████ .......................................478

74. Declaration of Dony  A███████ .......................................481

75. Declaration of Bartolo  D████████ .......................................484

76. Declaration of Minta M█████████ .......................................487

77. Declaration of Noe R███████ .......................................490

78. Declaration of Rony  E███████ .......................................493

79. Declaration of Felipe G██████ .......................................496

80. Declaration of Otoniel A█████████ .......................................499

81. Declaration of Pedro V████████ .......................................502

82. Declaration of Lester  Y█████████ .......................................505

83. Declaration of Carol V███████ .......................................508

84. Declaration of Cindy J███████ .......................................513

85. Declaration of Edwin A█████████ .......................................518

86. Declaration of Elvi O██████ .......................................525

3

87. Declaration of Gregorio C ███████ .................................................... 532

88. Declaration of Denis J ███████ .................................................... 536

89. Declaration of Juan C ███████ .................................................... 542

90. Declaration of Lucia G ███████ .................................................... 549

91. Declaration of Norin U ███████ .................................................... 554

92. Declaration of Skarleth G ███████ .................................................... 559

93. Declaration of Carol S ███████ .................................................... 564

94. Declaration of David A ███████ .................................................... 572

95. Declaration of Elry A ███████ .................................................... 579

**VOLUME 7**

96. Declaration of Eydi Y ███████ .................................................... 582

97. Declaration of Jesica Y ███████ .................................................... 585

98. Declaration of Katherine B ███████ .................................................... 591

99. Declaration of Kevin G ███████ .................................................... 599

100. Declaration of Miguel A ███████ .................................................... 606

101. Declaration of Rebecca Y ███████ .................................................... 613

102. Declaration of Yender E ███████ .................................................... 619

103. Declaration of Elmer V ███████ .................................................... 626

104. Declaration of Deny N ███████ .................................................... 630

105. Declaration of Juan A ███████ .................................................... 634

106. Declaration of Horacio A ███████ .................................................... 638

107. Declaration of Melannie O ███████ .................................................... 642

108. Declaration of Vicenta P ███████ .................................................... 647

109. Declaration of Miriam B ███████ .................................................... 650

110. Declaration of Loida G ███████ .................................................... 653

111. Declaration of Loida C ███████ .................................................... 656

112. Declaration of Genoveva G ███████ .................................................... 659

**VOLUME 8**

113. Declaration of Aurelia R ███████ .................................................... 662

114. Declaration of Ana M ███████ .................................................... 665

115. Declaration of Celestino A ███████ .................................................... 668

116. Declaration of Jose L ███████ .................................................... 671

4

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

117. Declaration of Braylin A█████████ ..................................................... 674

118. Declaration of Ventura I█████████ ................................................... 677

119. Declaration of M█████████ ...................................................... 680

120. Declaration of Christy F█████ .................................................... 683

121. Declaration of Graisy I█████████ ..................................................686

122. Declaration of Martin H█████████ ............................................... 689

123. Declaration of Edras d█████ .................................................. 692

124. Declaration of Elena C█████ .................................................. 695

125. Declaration of Heydi F█████████ ................................................. 698

126. Declaration of Magdalena P█████ .............................................. 701

127. Declaration of Jorge M█████ ................................................... 704

128. Declaration of Manuel R█████ ..................................................708

129. Declaration of Mauricio B█████████ ............................................ 711

130. Declaration of Rosalva P█ ......................................................716

131. Declaration of Owen E█████ ................................................... 721

132. Declaration of Alexander T█████ ............................................... 725

133. Declaration of Serafin S█ ....................................................... 728

134. Declaration of Kimberly V█████ .............................................. 732

135. Declaration of Michelle T█████ .............................................. 736

**VOLUME 9**

136. Declaration of Orlando M█████████ ............................................. 740

137. Declaration of Vanessa R█████████ ............................................. 743

138. Declaration of Alexander G█████ .............................................. 747

139. Declaration of Hazlyn D█████████ ............................................. 751

140. Declaration of Eva B█████ .....................................................755

141. Declaration of Gladys E█████ ................................................. 759

142. Declaration of Maria E█████████ ............................................... 763

143. Declaration of Lexyer B█████ ................................................. 767

144. Declaration of Cesia B█████ .................................................. 771

145. Declaration of Alan C█████ .................................................... 775

146. Declaration of Juan A█████████ ................................................780

147. Declaration of Edwin Q█████ ..................................................784

5

148. Declaration of Leticia D█████████ ......................................................... 788

149. Declaration of Sandeep S████ ......................................................... 792

150. Declaration of Manish K████ ......................................................... 796

151. Declaration of Devis U███████████ ......................................................... 800

152. Declaration of Sachin K████ ......................................................... 803

153. Declaration of Raul P█████████ ......................................................... 807

154. Declaration of Yasmin R███████████ ......................................................... 810

155. Declaration of Dixia S████████ ......................................................... 813

156. Declaration of Angel A███████████████ ......................................................... 817

157. Declaration of Josue ███████████ ......................................................... 822

158. Declaration of Lesvia E█████████████ ......................................................... 825

159. Declaration of Patricia H██████████ ......................................................... 828

160. Declaration of Alba S█████████ ......................................................... 833

161. Declaration of Blanca C████████████ ......................................................... 838

162. Declaration of Jeydi M███████████ ......................................................... 841

163. Declaration of Lizeth R█████████ ......................................................... 844

164. Declaration of Maira S██████████ ......................................................... 847

165. Declaration of Yenny F████████████ ......................................................... 850

**VOLUME 10**

166. Declaration of Brenda M█████████ ......................................................... 853

167. Declaration of Griselda B██████████ ......................................................... 857

168. Declaration of Keila P███████████ ......................................................... 861

169. Declaration of Rosa P██████ ......................................................... 865

170. Declaration of Saudi S██████████ ......................................................... 869

171. Declaration of Santos A██████████ ......................................................... 872

172. Declaration of Sandra M████████ ......................................................... 876

173. Declaration of Wendy P████████ ......................................................... 879

174. Declaration of Dulce M████████████ ......................................................... 883

175. Declaration of Maria d███████████ ......................................................... 887

176. Declaration of Herlinda C████████████ ......................................................... 891

177. Declaration of Yojana R██████████ ......................................................... 895

178. Declaration of Vilma M██████████ ......................................................... 899

6

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS                    CV 85-4544-DMG (AGRX)

179. Declaration of Noredith P█████████ .................................................903

180. Declaration of Rocio M███████ ......................................................907

181. Declaration of Iris E███████ ..........................................................911

182. Declaration of Mirza O█████████ .................................................916

183. Declaration of David C████████ ...................................................920

184. Declaration of Noliba C██████ ......................................................924

185. Declaration of Bryseyda G███████████████ ..............................928

186. Declaration of Alba P████████ .......................................................932

187. Declaration of Josue G███████ ......................................................936

188. Declaration of Sara P██████████ ...................................................939

189. Declaration of Beysi M████████ ....................................................943

190. Declaration of Besy J██████████ ...................................................947

**VOLUME 11**

191. Declaration of Blanca R███████████ ............................................952

192. Declaration of Gladis B█████████████ .........................................956

193. Declaration of Lucia R████████████ ............................................960

194. Declaration of Maria R███████ .....................................................965

195. Declaration of Nora E█████████ ...................................................969

196. Declaration of Sonia Y████████ ....................................................974

197. Declaration of Yerica F████████ ....................................................979

198. Declaration of Esperanza C███████████ ......................................984

199. Declaration of Maria del S████████████ ......................................989

200. Declaration of Glenda D██████████ .............................................992

201. Declaration of Maira L█████████ ..................................................996

202. Declaration of Jessica C█████████ .............................................1000

203. Declaration of Karla J█████████ .................................................1004

204. Declaration of Madelin Y█████████ ...........................................1007

205. Declaration of Claudia A██████████████ ..................................1010

206. Declaration of Yaneth C█████████████ ......................................1013

207. Declaration of Daniel M██████ ...................................................1016

208. Declaration of Gabriel G█████████ ............................................1020

209. Declaration of Mateo A████████ .................................................1024

7

210. Declaration of Daniel H█████████ ........................................................ 1027

**VOLUME 12**

211. Declaration of Felipe A█████████ ........................................................ 1031

212. Declaration of Leonardo L█████████ ................................................... 1035

213. Declaration of Maudin L█████████ ...................................................... 1039

214. Declaration of Edwin G█████████ ....................................................... 1042

215. Declaration of Victor V█████████ ........................................................ 1046

216. Declaration of Gustavo A█████████ ..................................................... 1050

217. Declaration of Romeo N█████████ ...................................................... 1054

218. Declaration of Wilder D█████████ ....................................................... 1058

219. Declaration of Jhony A█████████ ......................................................... 1062

220. Declaration of Luis M█████████ ........................................................... 1065

221. Declaration of Sayra O█████████ .......................................................... 1068

222. Declaration of Roger G█████████ ......................................................... 1071

223. Declaration of Diego M█████████ ........................................................ 1074

224. Declaration of Kevin Y█████████ ......................................................... 1078

225. Declaration of Elmer E█████████ ......................................................... 1083

226. Supplemental Excerpts of the Deposition of Phillip Miller ............................ 1087

8

PLAINTIFFS' RESPONSE TO FIRST
JUVENILE COORDINATOR REPORTS

CV 85-4544-DMG (AGRX)

# Exhibit 166

**Declaration of**
**BRENDA M**███████████**, A NUMBER**███████████

I, Brenda M███████ (A number ███████ ), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is April 18, 1988. My son's name is ███████████████ (A Number ███████ ). He is12 and he was born on November 7, 2005. My son and I are from El Salvador.

2. We came to the United States because my country is very dangerous. There are many gangs. A person came to my house and told me to pay money every month for our protection. I couldn't afford to pay and refused. They told me that if I didn't pay, they would take revenge on my son.

3. We entered the United States on June 25 at Reynosa and found immigration officials. We were thirsty. They told us to stand next to our kids. They did not ask us any questions. They asked if we were thirsty and gave us water as they put us in a vehicle.

4. I do not know where we were taken, but the other women called it the ice box. We received a piece of bread and there was a thermos of water we could drink from.

5. My son was taken away from me to another room. The officials told me that he was too old to remain with me. They gave me the cell number where he would be held. They told me that if I wanted to see him, I should tell them and they would let me.

6. I was put in a large room with only one small window. It had two cement benches and one bathroom. There were three other women but no kids. I saw other cells that had women with small children, as well as rooms with men and small children.

7. After two hours, the officials pulled me out of the room. They asked me for more information, including why I came to the United States. They asked if there was anyone here who would receive us. I gave contact information for my brother-in-law, ███████ 's uncle. The official filled out paperwork and asked if I would sign, but did not show them to me and would not tell me clearly they said, so I refused. He did not tell me that I have a right to a lawyer or give me a list of lawyers.

8. I was able to see my son twice that night. He was still wet and muddy. He didn't have any soap or things to wash himself with. He told me that he was so cold that he couldn't sleep. I asked whether he had eaten, and he told me that he had only received a ham sandwich and was still very hungry. He told me that he wanted to cry but was trying to be strong. I was scared that the officials would take him somewhere else where I could not find him.

9. Later, I asked to see him again so I could find out whether he had slept. He still had not slept. I asked for another aluminum blanket for him, which I gave him. I told him to try to sleep and told him that I would try to sleep also.

854

10. The next day, June 26, they took us to another location called the dog kennel. They took my son away again. They told me that he was too old to stay with me. I watched them put my son in another cell and I wanted to cry. I felt so helpless. I told him that if they tried to take them somewhere else, he needed to say that he couldn't leave because his mother was here. He said, yes mama.

11. I was in a hallway cage with six other women. I believe the bigger cages were too full. It was just as cold as the ice box and the lights were on all the time. I was anxious the whole time about my son, because I didn't know what would happen to my son or how long we would be there. I was afraid he would get sick.

12. Later, they brought me my son to talk to me for ten minutes. He was very dirty and still wearing the same clothes. I knew he had not showered. His nose was running a lot because of the cold. I asked if he was ok and whether he was hungry. He said he had potato chips and a hot burrito but it was mostly rice and he was still hungry and cold. He asked me if I was cold, and I lied and told him no. I wanted to comfort him.

13. At the dog kennel, nobody told me about my rights or that I was allowed to have a lawyer.

14. On June 27, we left the dog kennel. When I saw my son, I have him a huge hug and was very happy. We were on the bus for a very long time. My son started to feel a little better and was sniffling less.

15. When we arrived in Dilley, they let us take a shower, gave us clothes and shoes, and had a medical screening. They told us that we had the right to a lawyer and a phone call. They told us that our family could hire us a lawyer too.

16. My son has gotten sick again. But he keeps telling me that we need to be strong and have faith. He is trying to make me strong. We have an appointment with the doctor today.

17. Today, I had an appointment with pro bono lawyers to prepare for our hearing. I don't know when the hearing will be.

I, Brenda M███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████████

_06/29/18_
Date

<u>Certificate of Translation</u>

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Brenda M███████ in Spanish.

Yolanda Rodriguez

6/29/18

Date

856

Exhibit 167

**Declaration of**
**Griselda B██████████, A NUMBER ████████**

I, **Griselda B██████████** (A number ████████), declare under penalty of
perjury that the following is true and correct to the best of my knowledge and
recollection.

1.  I was born on May 24, 2002 in Guatemala. I am 16 years old. My mother is ████
    ████████ (A ████████).

2.  My mother and I came to the United States because our father had lived in
    America for 14 years and we were all alone. In our indigenous culture, it is not
    good to be living without a man. We were vulnerable.

3.  We entered the United States at McAllen on Sunday June 17. We walked across
    the bridge and turned ourselves in to the immigration officials.

4.  They took us a building and gave us water, a cookie, and juice. Then they put us
    in an extremely cold room. One by one, they called us out to ask for our
    information. They asked my age and where I was from. They did not tell me
    anything about my rights or that I had the right to a lawyer. They did not let me
    call anyone.

5.  We spent the night in the cold room and were freezing. It was a small room with
    around 20 people. There was nowhere to sit except the concrete floor. We had
    only a silver blanket.

6.  There was one toilet and sink for everyone in the cold room. We had toilet paper
    but no soap. We were covered with mud and did not have clean clothes. We were
    never offered a shower. We did not have toothbrushes, toothpaste, or towels.

7.  The next morning, on June 18, we were taken to a location called the doghouse.
    We were there for five days.

8.  At the doghouse, I was separated from my mother and put in a large caged area.
    There were sixty to one hundred girls there. Some of the girls were only 7 years
    old. It was very crowded. We were given sleeping mats and had to push them
    flush against each other to make enough room for everyone.

9.  I was scared because I didn't know where my mother was. A lot of the girls were
    crying because they were afraid and missed their mothers. I saw girls ask where
    their mothers were, but the guard would not tell them. One girl kept yelling that

she wanted her mother. The guards screamed at her and asked her what she was
doing here in this country.

10. In the five days at the doghouse, I never went outside for fresh air. The lights
were on all the time and I didn't know if it was day or night. I started feeling very
anxious and desperate.

11. I was only allowed to shower once, on the first day. We could only brush our
teeth once per day. They gave us toothpaste to brush our teeth but would not let us
keep it. There was one portable sink, but sometimes it didn't have any water and
sometimes the soap would also run out.

12. There were six plastic toilets outside of the caged area. They were filthy and
never cleaned and full stray toilet paper. At one point they took three of the toilets
away. Afterwards, there was always a very long line for the toilets.

13. One very young girl had a very bad cough. She felt so sick that she did not line up
to get food. I don't know whether she got medicine.

14. Nobody at the doghouse ever told me anything about my legal rights.

15. On June 23, the officials called me and made me go into another cage, where I
saw my mother. I was so happy that I cried. We both cried.

16. We arrived by bus in Dilley on the afternoon of June 23.


I, Griselda B̶̶̶̶̶̶̶̶̶, swear under penalty of perjury that the above declaration is
true and complete to the best of my abilities. This declaration was provided in Spanish, a
language in which I am fluent, and was read back to me in Spanish.


██████████████████████

_6/29/78_
Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Griselda B██████████ in Spanish.

_____
Yolanda Rodriguez

_____
Date

Exhibit 168

**Declaration of**
**Keila P███████████, A NUMBER ████████**

I, **Keila P**█████████ (A number ██████████), declare under penalty of
perjury that the following is true and correct to the best of my knowledge and
recollection.

1. I was born on May 12, 1985 in Honduras. My daughter is ████████████
   ████████ (A ██████████). She was born on May 30, 2009 in Honduras. She is 9
   years old.

2. My daughter and I traveled to the United States alone. On Friday June 22, we
   crossed a river near McAllen and walked 3 hours to try to find immigration
   authorities. We found them at 6pm and turned ourselves in.

3. I asked the immigration officials for water. They asked for our identification and
   shoelaces. They did not give us water. They radioed for someone to pick us up.

4. We were taken to a freezing room that had more than 30 people. They were all
   mothers and children. At 11pm we were finally given water and juice. We also
   got two very cold ham sandwiches. My daughter only ate a few bites, even though
   we were very hungry.

5. The officials called me out of the ice box and asked me why I left Honduras and if
   I was afraid to return. They also asked why I was going and if I had any relatives
   who would receive us in the United States. They asked me if I was guilty of
   entering the country and I said yes.

6. The officials did not tell us anything about our rights or give us a list of lawyers.
   We did not have an opportunity to use the phone. They did not ask whether my
   daughter was ok or if she needed a doctor.

7. We were in the cold room for two and a half days. We never had a shower or
   received any clean clothes. We did not get toothbrushes or toothpaste.

8. We received 3 meals day but it was not enough and we were still hungry all the
   time. There was a pitcher of water. I refilled the juice container with water and
   that is how we drank. Because there were so many people, there wasn't enough
   water.

9. My daughter clung to me to keep warm. She was crying the whole time and felt
   desperate and frustrated. She hardly ate any of the food.

10. On the afternoon of Sunday June 24, we were taken to the "perrera" or doghouse.
    My daughter and I were in one large cage with 30-35 people. They were all

women with children. Some of the children were small babies. There was a woman with a 17-day-old baby.

11. The children all got sick. My daughter was sick the whole time. She kept vomiting. I told an official that she was sick. He said, "why did you come from your country?" They did not bring a doctor or any medicine.

12. The mothers cleaned up the vomit on their own. We had some paper towels but nothing to sanitize with. The children would vomit on their clothing, and the officials would not give us new clothing. There was never enough soap to wash anything. There were six plastic toilets and three sinks.

13. We got three cold burritos, one milk, and three water bottles per day.

14. We had a mat to sleep on. The light was always on and we didn't know if it was day or night.

15. In the Perrera, they called me and I spoke with an official through a window. He asked if I had relatives in the US and got our information. He did not give me any information about our rights or tell me we had the right to a lawyer. We were not able to call anyone.

16. My daughter cried the whole time. She begged God to let us go see my sister.

17. On Tuesday June 26, we left the Perrera and took a bus to Dilley. It took more than four hours. They let us take a shower before we left and gave us food and water on the bus.

18. At Dilley, I was able to call my sister. They have not explained our legal rights or been given a list of lawyers. I have a credible fear hearing on July 3.

19. When we arrived in Dilley, we had a medical exam. Two days ago, I took my daughter to the doctor, but he did not give her any medicine because she did not have a fever. But my daughter still felt sick to her stomach all the time. Yesterday she had a fever so we went back to the doctor and got medicine. I think it is partly because she is so traumatized.

I, Keila P███████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



6 29 18
Date

Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Keila P███████████ in Spanish.

Yolanda Rodriguez

6/29/18

Date

Exhibit 169

**Declaration of**
**ROSA P▮▮▮▮▮▮, A NUMBER▮▮▮▮**

I, **Rosa P▮▮▮▮** (A▮▮▮▮▮), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I was born on May 27, 1984 in Guatemala. My daughter is ▮▮▮▮▮▮▮ ▮▮ (A▮▮▮▮▮). She was born on May 24, 2002 in Guatemala and is 16 years old.

2. My daughter and I came to the United States because my husband left us alone to come to America 14 years ago. Our indigenous community treated me badly because we did not have a man in the house. I felt vulnerable and afraid.

3. We traveled with a friend and her 11-year old son. We entered the United States at McAllen on the night of June 17, 2018. We walked across a bridge and presented ourselves to immigration officials.

4. The officials gave us water, juice, and cookies. They took my friend's 11-year-old son from her and would not tell her where they were taking him. She and her son were both distraught. I was terrified they might also take my daughter.

5. The officers put us in a frozen room with other women and children. We were so cold. It was crowded, without anywhere to sit except the cold floor. The lights were always on.

6. We were dirty and could not wash ourselves because there was no soap or clean clothes. We could not even brush our teeth. There was one toilet with toilet paper and one sink.

7. I did not understand anything that happened to us in the cold room. Nobody translated into Qeq'chi.

8. We had thin mylar blankets but they did not help. It made me extremely anxious to be in this situation.

9. The next morning, June 18, we were taken to new place called the pererra. We were there for five days.

10. At the pererra, they took my daughter away from me. I did not know where she was and could not ask. I was so afraid that something might have happened to her.

## Certificate of Translation

I, Griselda B███████████, certify that I am fluent in Qeq'chi and Spanish and that I read the above declaration to Rosa P██████ in Spanish.

███████████████████████

6/29/ 78

Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Griselda B███████████ in Spanish.

Yolanda Rodriguez

6/29/18

Date

11. The five days were terrible. I was in a large caged area with my friend and a lot of other women. We were only fed twice per day. It was light all the time and we did not know if it was day or night. There was nothing to do. I felt anxious and frustrated.

12. At the pererra, they called me to ask questions, but I could not understand most of them. They did not speak Qeq'chi. The only questions I understood were where I was going and if there was anyone to receive us. I said that my husband lives in the United States and gave his contact information. They allowed me to call him.

13. On June 23, we finally reunited. I was overjoyed to see her. She has not wanted to tell anything about what she experienced when we were separated.

14. We went by bus to Dilley. Now, there is a phone translator sometimes. We had some medical screenings.

15. Two days ago I had a hearing. They asked me where I was from and my name. There was nobody to translate into Qeq'chi so I was not able to answer most of the questions. I have not received any information about my rights or told that I can use a lawyer.

I, Rosa ████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Qeq'chi, a language in which I am fluent, and was read back to my daughter in Spanish, which she translated to me in Qeq'chi.

6/29/18
Date

Exhibit 170

**Declaration of**

**SAUDÍ S███████████, A NUMBER** █████████

I, **SAUDÍ S███████████** (A number █████████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is May 20, 1990.  My son's name is ██████████████ He is two years old, and
   he was born on May 6, 2016.  My son and I are from Honduras.

2. I left Honduras to escape an abusive and drug using spouse who the police would not arrest.

3. We crossed the border about May 29, 2018. After my son was taken to a hospital for asthma, we were
   taken to a border patrol facility that we call "la hielera". The facilities were extremely cold, we were
   provided a small, thin nylon blanket and were not able to shower.  We had no mattress to sleep on.

4. We were provided sufficient food, including hot meals.

5. The temperature of the facility was very cold.

6. We weren't able to shower.

7. After one day, my son and I were taken to another place that we call the "perrera" where we were held
   for four days.

8. The facility was extremely crowded and the bathrooms were filthy with the toilets overflowing.  During
   our four days there, our name was not called, so we were unable to bathe.

9. After four days at the second customs facility, we were taken to the Dilley ICE facility, where we have
   been for 25 days.  The conditions at this facility have been good.

10. No legal notices were provided to me or my child.  After 26 days in custody, I was provided an attorney
    and had my hearing the next day.  It has been 5 days since the hearing, and I am currently waiting for the
    decision from such hearing.

I, **SAUDÍ S███████████**, swear under penalty of perjury that the above declaration is true and
complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent,
and was read back to me in Spanish.

06/28/2018
Date

870

<u>Certificate of Translation</u>

I, George Humphrey, certify that I am fluent in English and Spanish and that I read the above declaration to **SAUDÍ S**█████████████ in Spanish.

George Humphrey
Orrick, Herrington & Sutcliffe LLP
609 Main Street, 40th Floor
Houston, TX  77002

06/28/2018
Date

871

Exhibit 171

**Declaration of**

**SANTOS A‾‾‾‾‾‾‾‾‾ A NUMBER‾‾‾‾‾‾**

I, Santos A‾‾‾‾‾‾ (A number‾‾‾‾‾‾‾), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 27, 1970. My daughter's name is‾‾‾‾‾‾‾‾‾‾‾‾‾‾‾ She is 13 years old and she was born on September 17, 2004. My daughter and I are from Honduras.

2. My daughter and I left Honduras because my brother and nephew were recently killed by a group of drug dealers that have threatened to kill me and the rest of my family for no reason. Despite pressing charges against these group of people, the police has not acted on these crimes because they are afraid of their own lives. I feel like I have no choice but to flee the country with my youngest daughter.

3. We presented ourselves at the border about June 13, 2018. When I crossed the border, my daughter and I walked for about 5 minutes when the police stopped us and apprehended us. We were then taken to a facility known as the Hielera (Ice House). When we got there, they took our shoe laces, searched our hair and checked our entire bodies – backs and stomach. Conditions were extremely crowded at the Ice House. We were supposed to sleep on the floor without a mattress and it was uncomfortable and extremely cold. Neither my daughter nor I were able to sleep at all during our stay at this place. The toilets were partially visible to the public, so we felt very uncomfortable at using them.

4. We were then transferred (about a 45 minute drive) to a facility known as the Dog House (*Perrera*) on or about June 15, 2018. I was separated from my daughter for the entire time without any explanation. The Dog House was very cold as well but we were provided with a small mattress, so we could barely sleep. Because of the cold conditions, both my daughter and I caught a cold while at this place. The toilets were extremely dirty and over flooding. The smell was so bad that my daughter and I felt nausea. We remained in this facility for four days. We were given an apple, a cold burrito and a bottle of water for breakfast and lunch, and a cold sandwich and a bottle of water for dinner. Despite asking for additional food because we were hungry, we were not provided with any.

5. My daughter and I were then reunited and transported together (about a 30 minute drive) to a separate facility known as the Ice House (which is different than the Ice House mentioned in Numeral 3 above). We were held here for a day and a half. Here, an official told me that I was going to be punished for crossing the border and coerced me into signing several documents which were all in English language. Nobody explained what these documents related to (or translated them in to Spanish), but I felt nervous and intimidated by the official, so I signed the documents after he asked me to do so for the third time.

6. After spending a day and a half at the Ice House, my daughter and I were taken back again to the facility known as the Dog House (*Perrera*) and we were again separated from each other. I remained there for three days under the same conditions.

873

7. Up to this point, I was not given any sort of legal notice. We were not informed of any legal resources or rights.

8. Finally, my daughter and I were reunited again and taken to the ICE facility in Dilley, Texas. When we arrived, my daughter was given medical attention, although we were required to wait for several hours. My daughter and I have remained at Dilley for eight days. We had our credible fear interview today and hope to hear on a resolution by July 2, 2018.

9. Upon our release, I am hoping to join my brother, who is living in New Jersey and has expressed a willingness to sponsor us.

I, Santos A█████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████████

Date: 6-29-2018

Page **2** of **3**

874

## Certificate of Translation

I, Emilio Grandio Urrea, certify that I am fluent in English and Spanish and that I read the above declaration to Santos A███████████ in Spanish.

Emilio Grandio URREA
Orrick, Herrington & Sutcliffe
609 Main St, floor 40, Houston, Texas, 77002

6-29-18
Date

875

Exhibit 172

**Declaration of**
**SANDRA M**█████████**, A NUMBER** █████████

I, **SANDRA M**█████████ (A number █████████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is October 15, 1985. My daughter's name is █████████████████
   She is 2 years old and she was born on July 1, 2016. My daughter and I are from Honduras.

2. We left Honduras because my husband was a government employee and he was very physically and
   emotionally abusive. He beat me while I was pregnant and caused my daughter to be born blind in one
   eye. I was told by the doctor in Honduras it was because I cried a lot when I was pregnant. I obtained
   several restraining orders but he never listened to them. He would still physically abuse me, rape, and
   emotionally abuse me. He also physically and emotionally abuse my children.

3. We presented ourselves at the border about June 12, 2018. When I was apprehended by Border Patrol I
   was patted down and my daughter was separated from me momentarily. She began crying frantically
   because she has very bad PTSD because of the abuse from her father. A photographer asked us to take a
   photo and ██████████████████████████ We were taken to La Hielera and then the
   perrera. The condition of the restrooms in The Perrera were disgusting, the port-o-johns were
   overflowing and my daughter got very sick with vomiting, fever, and diarrhea. We were not able to sleep
   because it was so crowded and cold and we were repeatedly woken up with kicks by guards. It was so
   cold in both places and all we were given was a mylar blanket.

4. The food at both places was frozen sandwiches and the bologna looked like it was rotting, it was a dark
   color and the bread smelled very bad.

5. The lights were always on and very bright.

6. My daughter and I were taken out of that facility on the 6th day.

7. My daughter and I have been at the Dilley facility for about 13 days. We are planning to be released.

I, SANDRA M█████████ swear under penalty of perjury that the above declaration is true and complete
to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was
read back to me in Spanish.

29-6-18
Date

Page **1** of **2**

877

Certificate of Translation

I, LAURA FLORES, certify that I am fluent in English and Spanish and that I read the above declaration to
SANDRA M█████████████ in Spanish.

*[signature]*

LAURA FLORES

RAICES

4092 TPC PARKWAY, APT 953

SAN ANTONIO, TX 78261

06/29/18

Date

Page **2** of **2**

Exhibit 173



**Declaration of**

**Wendy P**████████**, A NUMBER** ████████

I, **Wendy P**████████ (A number ████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is March 31, 1994. My son's name is ████████████████, He is 1 years old and he was born on February 3, 2017. My son and I are from Honduras.

2. My son and I left Honduras because of the constant threats from the local gangs. In several instances we were victims break in and intimidate my family in our home with death threats.

3. We crossed the border on or about June 25 2018 and immigration picked us up almost immediately. We were then taken to a facility known as the Ice House (Hielera). I was freezing because my clothing was still wet from crossing the river and fearful that my son would fall ill because he was also in wet clothes. Officials took our pictures and fingerprints at this location right after we were captured.

4. At the Hielera the officials gave us a very thin mattress. The temperature at the Hielera was very cold, and my son and I were provided a light aluminum blanket that was not adequate to keep us warm. The Heilera was extremely crowded and full of women and children.

5. To eat we were given one burrito which I share with my son. Food at the Hielera was scarce and cold. My son and I received a burrito for breakfast, lunch and dinner. ████████and I remained hungry after lunch and dinner. We did not sleep much during our stay at the Hielera. In addition, the lights were always on, so we were not able to tell whether it was daytime or nighttime, which further complicated our ability to sleep. We didn't even know the time and some officials refused to tell us what time it was.

6. Two days later, we were transferred to an ICE detention facility in Dilley, Texas. Upon arrival at the detention center was the first time we were given water to drink. My son was given juice at the Hielera but neither of us had water until we arrived in Dilley. In Dilley, we were also permitted to shower for the first time.

7. In Dilley, we were given a medical check and a warm meal. Further, we were allowed a phone call which I used to call my cousin who lives in the United States.

8. We were also given a written document stating our legal right in Spanish. Our interview with the CARA attorney is scheduled for July 3, 2018.

I, **Wendy P**████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

Page **1** of **3**

6 / 29 / 2018

Date

881

Certificate of Translation

I, Luisa Muskus, certify that I am fluent in English and Spanish and that I read the above declaration to Wendy P█████ in Spanish.

█████████████████ — Luisa Muskus

Orrick
609 Main St.
Houston, Texas 77002

06/29/18
Date

882

Exhibit 174

**Declaration of**



I, **Dulce M**  A declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is April 30, 1996. My daughter's name is She is 6 years old and she was born on December 25, 2011. My daughter and I are from Honduras. My daughter's A number is

2. I fled Honduras due to domestic violence. The father of has attempted to murder me multiple times.

3. We presented ourselves at the border about 9 days ago. I believe that it was on or about June 20,2018. We were taken to "Hielera" which was near Reynosa where my daughter and I entered the United States by boat.

4. The food was horrible. We received just pieces of "Bimbo" bread and plain ham. We did not receive showers, hygiene items, or water at the first location.

5. The temperature in the first location was very cold, causing both my daughter and me to get sick. We are still sick.

6. In the first location, the lights were kept on all night, which made it difficult to sleep. There were no mats provided and my daughter and I had to sleep on the concrete floors with nothing but an aluminum blanket. It was very crowded and there was not enough space to lie down. We had to curl into the fetal position.

7. After 1½ days, my daughter and I were taken to another place where we were held for 5 days.

8. In the second location we were given burritos for breakfast and lunch and a bread and ham sandwich for dinner. They kept the lights on all night, making it difficult to sleep. The toilets in the second location were plastic and dirty and needed to be dumped after each use. In the second location we slept on mats on a concrete floor with nothing but aluminum blankets. The temperature in the second location was very cold, causing us to get even more ill, in the second location, we were allowed to shower once. We were given bottles of water to drink what every meal and we had gallons of water available for us at all time but the water smell like bleach so we did not want to drink the water,.

9. We were not given legal notice about our rights when we first were apprehended. It was not until we arrived in Dilley that we were told about legal services. I was informed about legal services for out family, but not individually.

I, Dulce M , swear under penalty of perjury that the above declaration is true and complete to

Page **1** of 3

the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

29 junio 2018

Date

Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to ▇▇▇▇▇ in Spanish.


Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301


6/29/2017
Date

# Exhibit 175

**Declaration of**



**Maria d⬛⬛⬛⬛⬛⬛, A⬛⬛⬛⬛⬛⬛**

I, Maria d⬛⬛⬛⬛⬛ (A⬛⬛⬛⬛⬛), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 22, 1987. My son's name is ⬛⬛⬛⬛⬛⬛ He is 9 year old and was born on July 26, 2008. My son and I are from Honduras.

2. We forced to flee from Honduras due to extreme violence and insecurity. My two brothers and my sister-in-law already live in the United States.

3. We presented ourselves at the border about June 25, 2018. We were soaking wet and covered in mud from our journey across the river and were met by a CBP officer after about three and one half hours of walking after we crossed the border. We were taken in the patrol car to the "ice box" where we were searched by the officials at the ice box. It made me and my son both uncomfortable. Afterwards, we were given a sandwich that was frozen. My son told me that he would press the sandwich between his hands to try and defrost it so that he could eat it.

4. I was then immediately separated from my 9 year old son in the ice box. I pleaded that the official not take my son but I was told that I was not in my country anymore. We were separated from each other until 6 a.m. when they asked us to take a picture together. Right before the picture, I saw my son laying on the concrete floor, wrapped in an aluminum blanket and shaking. When he stood up to take the picture with me, he was shaking because he was so cold. The ice box was terribly cold and all we had was an aluminum sheet. I was not able to sleep at all that night. I was just watching for the next opportunity to see my son. After we took the picture, we were separated again until 2 pm when we were transported over to the "dog house."

5. At the dog house, we were given a thin mattress and another aluminum blanket. We were kicked by the officials several times and asked to move and get up because they need us to move to different rooms so that they could take roll call and get a headcount. The guards were very rough with us and one of them came and told me and my son that we had no rights in this country because we entered the country illegally and that we needed to sign a piece of paper. I refused to sign it and the man yelled and made me and my son cry.

6. We ate cold tortillas with beans and rice, apples and water at the dog house. I also started to feel sick. I had chills and a cough. I asked for medicine about 1 pm but was sent away and told to come back 2 hours later. I returned and they said I need to come back later again. It was 9 pm before I was able to get medication.

7. At the dog house, an official told me that my son could go with my brothers and my sister-in-law but that I would have no chance of staying and would be deported back.

Page **1** of **3**

8. We were in the dog house for two days but we were not able to sleep because the guards never turned the lights off and there were a lot of people in the dog house. There were about 2-4 inches between every mattress; it was very crowded. We were not given the opportunity to shower at the ice house or the dog house. Further, the bathrooms in the dog house were unbearably dirty. They were portable plastic bathrooms that did not flush and all we had to wash our hands was a drop or two of water.

9. We were not very informed on the process. In fact, one morning we were all woken up to be brought to the ICE detention facility center in Dilley, Texas, and none of us knew where we were being taken. We arrived at the ICE detention facility in Dilley, Texas, on June 27, 2018.

10. Upon arrival, we received instructions and rules of the facility. After that a doctor took x-rays of our lungs and asked for a urine sample. In Dilley, was the first time that we were able to shower. It was the best shower of my life after being dirty for 4 days straight. Dilley was also the first time that we were given a warm meal. The day we arrived my son started feeling sick to his stomach but it seems to have passed.

11. On the morning of June 29, 2018, I met with a person about mine or my son's legal rights. He advised us that we would get notification of our appointment to come to asylum. We are hoping to have some news soon. When asked about the entire experience, my son says that the "ice box" was the worst. He was so worried when they separated us that we would stay apart and be taken to different places. He is so happy that we are now together.

I, Maria d ███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████

06/29/18
Date

Page **2** of **3**

889

Certificate of Translation

I, Luisa Muskus, certify that I am fluent in English and Spanish and that I read the above declaration to Maria ███████████ in Spanish.

Luisa Muskus
Orrick Herrington and Sutcliffe
609 Main Street
Houston, Texas 77002

06/20/18
Date

890

# Exhibit 176



**Declaration of**
**Herlinda C** ▊▊▊▊▊▊▊▊ **,** ▊▊▊▊▊▊

 I, **Herlinda C** ▊▊▊▊▊▊▊▊ (A ▊▊▊▊▊▊ ), declare under penalty of
perjury that the following is true and correct to the best of my knowledge and
recollection.

1. I was born on December 28, 1984 in Guatemala. My son is ▊▊▊▊▊▊▊
   ▊▊▊▊▊▊▊▊▊ (A ▊▊▊▊▊ ). He was born on March 6, 2007 and is 11
   years old.

2. My son and I came to the United States because I was badly mistreated by my
   husband's family and did not feel safe. They eventually kicked me out of our
   home and made me homeless. We also faced poverty and discrimination because
   we are indigenous Maya.

3. We traveled with a friend and her 16-year-old daughter. My friend does not speak
   any Spanish. We entered the United States at McAllen on the night of Sunday,
   June 17, 2018. We walked across a bridge and presented ourselves to immigration
   officials.

4. They transported us in a bus, there were 26 people also in our group and they took
   all of us in the same bus. We were processed in McAllen. After processing, the
   officials gave us water, juice, and cookies. They put me and my friend and both
   children in the "icebox" room.

5. There was one toilet and sink for everyone in the icy room. We had toilet paper
   but no soap to wash ourselves. We had mud all over our clothes, but were not
   given any new clothes or towels. We had no toothbrush or toothpaste to brush our
   teeth.

6. I was called out of the room to be processed. I was asked for my age and country.
   I was not informed of my legal rights or told that I could use a lawyer. I did not
   have the opportunity to make a phone call, even though my brother lives in
   America and I would have called him. The officials did not offer medical
   attention or ask if my son was ok.

7. Then they took my child away on Saturday, June 18th morning. He was crying and
   trembling. I tried to ask questions but the officials cut me off. Their behavior
   scared me so much that I didn't even ask where they were taking my child. I told
   him, "Stay calm. Don't say anything". After taking my son, the officials put us

me and my friend in the perrera and both children were taken to a different cage in the perrera.

8. I saw ███████ twice on Monday, June 18 and Tuesday, June 19th late afternoon on both days. I saw him for only 15 minutes each day. I asked for him on the Wednesday but they told me he was fine. I was concerned because he had a cough and I was worried he would get worse. I did not see him for three days nor did they give me any more reports on him. I thought that maybe they had taken him somewhere else and had not notified him.

9. While I was at the perrera no officials notified me of any rights and they did not give a list of lawyers. There was a group of lawyers that came to the perrera and these lawyers talked to some people. I got to meet with one for five minutes. He took my name, date of birth, asked me where I came from and if I had family that I could be released to. I told him that my brother, ████████████████, lived in Minnesota and would receive me, if released.

10. ███████ says that she has spoken to her child about how things were for him while he was separated from her. She said that they gave him one sandwich, 2 burritos a day, milk, apples, water bottle, and a cookie. He did not like the food and he would go hungry. The water bottles were also not enough water and he was still thirsty. She said that he told her that he had to sleep under a cold vent and the cold air was "too cold to sleep". He stayed awake most nights and could sleep well. The aluminum blanket was not warm enough. No one asked him if he was sick or if he felt well. She said that ███████ did ask to see her but that he was told to wait that someone would come to get him but then no one showed up to take him to see her.

11. I asked ███████ if he got sick and he said that his cough got worse and that his nose was congested and that it was difficult to sleep. He took a shower once on the second day and he was given a toothbrush once to brush his teeth. He was given sweat pants and a shirt while they washed his clothes, but his clothes were not completely clean, they still had mud stains on them when it was returned to him. He was not allowed to go outside and play or get some fresh air.

12. She says that ███████ saw other children in his cage that were 6 years-old and they did not eat because they did not get in line to get food. These little kids only drank their water.

13. I have talked to ▇▇▇▇ and feel that his staying in the perrera was difficult because he was not allowed to see me for three days and I knew he was sick.

14. I have not had a hearing nor have I seen a judge as of June 29th.

15. I did have an asylum meeting and was approved. However, I don't know when we will be released.

I, Herlinda C▇▇▇▇, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

_6/28/18_
Date

### Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Herlinda C▇▇▇▇ in Spanish.

Yolanda Rodriguez

6|28|18

Date

Exhibit 177

**Declaration of**

**Yojana R███████████** (A███████████)

I, **Yojana R███████████** (A███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is December 4, 1986. My daughter name is ███████████████ She is 4 years old and was born on January 22, 2014. My daughter and I are from Honduras.

2. I left my country because my brother in-law had threatened to kill my daughter and me because I went to the police after he hit my mother. He was apprehended but then released that same day. The following day, after he was released, my brother in-law and two other men, who were armed, followed me around. They attempted to take my daughter but I was able to fight back and take her from them. The next day they followed me again and I decided to leave the country. I did not go to the police because I saw from the incident involving my mother that nothing would be done.

3. We presented ourselves at the border about June 4, 2018. We were taken to "La Hielera" near Laredo. When we first arrived at the "Hielera," they took everything that I was holding including my daughter's jacket. They had me and my daughter put our ponytails down and took our shoelaces. They took our picture and asked us a few questions about why we were there and how we got there.

4. When we arrived at La Hielera, they offered us some rice and meat tacos but they did not offer us any water. We had to drink the water from the toilet to keep hydrated.

5. It was very cold. They did not give us any mats or blankets, even though the other mothers who where already there with their children had some. With it being so cold, it was difficult to sleep. I would hold my daughter in my lap while covering her with my sweatshirt to keep her warm while she slept. Once she was awake and warm, I would put the sweatshirt back on to keep myself warm. The lights were kept on at all times making it difficult to sleep through out the night.

6. We were not permitted showers or hygiene items. The toilets where placed in the same area we were being kept and when the toilets were used, we needed to let a guard know, because the flush button was on the outside. When using the toilets, there was no privacy.

7. After 1 1/2 days, my daughter and I were taken to "La Perrera" by bus, where we were held for 1 1/2 days.

8. For breakfast, lunch and dinner, they would give us the same tacos with rice and meat. My daughter was occasionally offered a juice. We had water available to us outside of the cages and we were free to get some as long as the cage was open. The water smelled and tasted like bleach. The lights where turned on and off periodically throughout the day. At night they were on at all times making it difficult to sleep. We were not given any mats or blankets at La Perrera. During the day, we would sit on a bench to avoid the cold floor but at night, I would sleep on the floor with my daughter on top of me to try to keep her off the cold floor.

9. At the " Hielera" and " Perrera," I was not given a list of legal resources I could access. I received that when I was here at Dilley.

10. My daughter and I were taken out of La Perrera on June 6, 2018.

11. My daughter and I have been at Dilley for about 24 days. We are planning to go live with a friend in Houston.

12. Ten days ago, I received a positive response to my case and I am not waiting to sign my exit paperwork.

13. I, **Yojana R**█████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████

29 /06 /18
Date

Page **2** of **3**

897

<u>Certificate of Translation</u>

I, Brenda Ulloa , certify that I am fluent in English and Spanish and that I read the above declaration to **Yojana R█████████** in Spanish.

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301

6/29/18
Date

Exhibit 178

Declaration of

**Vilma M**  (A

I, **Vilma M** (A- ), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 19, 1981. My son name is He is 9 years old and he was born on May 18, 2009. My son and I are from El Salvador.

2. I left my country because of domestic violence against my children and me.

3. We presented ourselves at the border about June 5, 2018. We were taken to "La Hielera" near Reynosa. When I first entered the facility I was given a sheet of paper that, in Spanish, explained that I was being accused of crossing into the United States illegally and because of that it was probable that my son was going to be separated from me.

4. We arrived in the evening and we did not receive any food until the following morning. We received water and a bread and a ham sandwich for all three meals. We only were given water during the meals.

5. It was very cold, but luckily we each had a sweatshirt that we used to place on the floor to be able to lie down. We did not receive blankets or mats at "La Hielera." It was very cold even with the sweatshirts. It was difficult to sleep.

6. We were not permitted showers or hygiene items. The toilets where placed very closed to the area where we slept, making it very difficult to sleep with the noise that was made when the toilets were being used. When using the toilets, there was no privacy. When my son needed to use the toilet, I would place myself in front of him to cover him from the others while he went, and he would do the same for me. The lights were always on and that made it difficult to sleep. The children waiting for food would knock on the door to see when the food was coming because sometimes they would take a long time to bring the food, and when the guards would show up they would yell "the food is coming" and slam the door on the children's faces.

7. After 2 days, my son, and I were taken to "La Perrera," by bus, where we were held for 4 days.

8. For breakfast, lunch and dinner, they would give us tortilla bread to make a taco with ham and eggs, an apple, some crackers and a small water bottle. Sometimes the eggs were very dark and old looking. We were allowed to shower only once and provided with towels, shampoo, and toothbrush with toothpaste. After showering they took our clothes to wash and let us borrow some to wear while we waited for us. The toilets where made of plastic and they would get dumped out once they were filled. The toilets in this case had doors for privacy. We received mats and aluminum blankets for sleeping. It was difficult to sleep because the light was always on. When they would roll call for those who were going to leave the facilities, they came in yelling "get up, get up." It was also very cold. When it was

Page **1** of **3**

time to eat, I could remember shaking because it was so cold. I heard guards yell "get your children to calm down, aren't you their mothers?" The younger children where crying.

9. At the " Hielera" and " Perrera," I was not given a list of legal resources I could access. I received that when I was here at Dilley.

10. My son and I were taken out of La Perrera on June 8, 2018.

11. My son and I have been at Dilley for about 21 days. We are planning to go live with my brothers in-law in New York.

12. My case received one negative response, but when I went back to appeal I received a positive and now I am just waiting for when I can sign my exit.

13. I, **Vilma M**⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛⬛

_6 - 29 - 2,18_
Date

### Certificate of Translation

I, Brenda Ulloa , certify that I am fluent in English and Spanish and that I read the above declaration to **Vilma M** ████████ in Spanish.

_Brenda Ulloa_ (signature)

**Brenda Ulloa**
**Willamette University Clinical Law Program**
**245 Winter Street SE**
**Salem, OR 97301**

6/29/2018
**Date**

Exhibit 179

**Declaration of**

**Noredith P**███████████ **(A**█████████**)**

I, **Noredith P**███████████ **(A**█████████**)**, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 16, 2002. My mom and I are from Mexico.

2. We left because my mom started to receive threats that they would kidnap me. My mom and I have seen other young girls be kidnapped before. We think it is usually the Cartels. We were both very scared and did not know what to do because we knew the police would not do anything.

3. We presented ourselves at the border around June 6, 2018.  We were taken to "La Hielera." It was impossible to sleep there. It was very cold. There were no beds or mats. We had to sleep on the concrete floor. There were toilets, but there was no privacy or doors. There were nothing to clean ourselves with like soap or toothpaste and we were never allowed to shower. We had only one pair of clothing to wear because the guards took away our other clothes. There was extreme wind and it was extremely cold.

4. Children would get a small juice. I was given one. We got two pieces of white bread and a piece of ham for breakfast, lunch, and dinner. We had a thermos of water but it tasted like chlorine.

5. It was extremely cold, making it difficult to sleep.

6. The light was always on and it was very bright and intense so it was impossible to sleep.

7. After two days, my mother and I were taken to another place where we were held for 2 days.

8. That place they called "La Perrera." It was extremely cold in this place as well. We were given one apple, one small bottle of water, a bag of chips, and a sandwich made of ham and two pieces of bread for each of the three meals. We were not given any additional water if it was not during breakfast, lunch, or dinner. The toilets were not pushing buttons to flush, but we had to empty the buckets of waste after the buckets were full. We were not able to shower and we were not given anything to clean ourselves like soap or toothbrushes. I do not know why it seemed like some people got to shower. It seemed like some people were able to only have a very fast shower and had to get out quickly. I was never able to sleep because I always felt worried that they would call my name or make me stand in the line. They would have us stand in line by our countries. The lights were always on, very bright and there was a breeze. I had to go to a different place than my mom where they put 15 and 16 year olds. They had the mats on the floor so they were all touching and we were very close to each other and it made it impossible to sleep. I did not know where my mother was or for how long I would be away from her.

9. For the entire trip and while we were kept in "La Perrera" and "La Hielera," we were not given documentation about legal services or access to counsel issues.

10. My mother and I were taken out of that facility on June 10, 2018.

904

11. My mother and I have been at the location in Dilley for about 19 days.  The experience here is better with food and sleep. We are planning to stay with my aunt who lives in Los Angeles, California.

12. I, **Noredith P** ███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████

29-06-18
Date

Page **2** of **3**

905

Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to **Noredith P**█████████████ in Spanish.

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

Exhibit 180

**Declaration of**

**Rocio M███████████ A████████**

I, **Rocio M███████████**, A████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is July 18, 1984. My daughter's name is ███████████████ She is 15 years old and was born on July 16, 2002. My daughter and I are from Mexico.

2. We left our home because I was receiving threats over the phone and people coming to me and telling me that they would kidnap my daughter. I have seen that happen to other people I know who have daughters. Most of the time, it is the Cartels, but I do not know for certain. We did not call the police because we know that they will not do anything to help and it might be more dangerous if we call attention to ourselves by calling the police.

3. We presented ourselves at the border on around June 6, 2018. We were taken to "La Llerera." It was impossible to sleep there. It was very cold. There were no beds or mats; we were to sleep on the concrete floor. There were toilets, but there was no privacy or doors. There were no things to clean ourselves like soap or toothpaste and we were never allowed to shower. They took all of our clothes except one layer. There was extreme wind and it was extremely cold.

4. They only gave us a small amount of water the size of one cup. Children would get a small juice. We got two pieces of white bread and a piece of ham for breakfast, lunch, and dinner. The water tasted bitter and like bleach.

5. It was extremely cold, making it difficult to sleep.

6. The light was always on and it was very bright and intense so it was impossible to sleep.

7. After two days, my daughter and I were taken to another place where we were held for 2 days.

8. This place is what they call "La Perrera." When we got to the "Perrera," my daughter was separated from me and placed in a separate area. It was extremely cold in this place as well. We were given one apple, one small bottle of water, a bag of chips, and a sandwich made of ham and two pieces of bread for each of the 3 meals. We were not given any additional water if it was not during breakfast, lunch, or dinner. The toilets did not flush so we had to empty the buckets of waste after the buckets were full. We were not able to shower and we were not given anything to clean ourselves like soap or toothbrushes. I do not know why it seemed like some people got to shower, but others did not. It seemed like some people were able to only have a very fast shower and had to get out quickly. I was never able to sleep because I always felt worried that they would call my name or make me stand in the line. They would have us stand in line by our countries. The lights were always on and were very bright. We were at this place for two days. When I asked, "Where is my child?" the guards said, "Everyone asks the same question and wants to know where their children are, we will tell you," but they never told me. It was not until I was reunited with my daughter that I finally knew where she was.

908

9. For the entire trip and stay in "La Perrera" and "La Hielera," we were not given documentation about legal services or access to counsel issues.

10. My daughter and I were taken out of that facility on a June 10, 2018.

11. My daughter and I have been at the location in Dilley for about 19 days.  The experience here is better with food and sleep. We are planning to stay with my sister who lives in Los Angeles, California. My daughter fell ill on the third day we were here. I went to get medical attention, but did not receive services for her because the lines were too long.

12. I, **Rocio M**⬛⬛⬛⬛⬛, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛

29-06-18
Date

## Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to Rocio M[REDACTED] in Spanish.

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

Page **3** of **3**

# Exhibit 181

**Declaration of**

**Iris E██████████     A NUMBER ██████████**

I, Iris E██████████   A number ██████████   declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is February 22, 1990.  My son's name is Josue G██████████   He is 10 years old and was born on September 15, 2007.  My son and I are from El Salvador.

2. We left the country because of gangs. We used to own our own food business, but the gangs kept coming to us and demanding more and more money. When my son was in kindergarten, they threatened to kill him and so we eventually took him out of school. We paid them but they kept asking for more money and we paid because we were scared. We then shut down the store and we still paid them to stay safe, but could not pay anymore. Then my son and I left and they then threatened that my husband had 24 hours or they would kill him. We did not call the police because we knew of another family who went to the police and eventually that family went missing and no one knows what happened to them so we were scared and did not call the police.

3. We presented ourselves at the border about May 2, 2018.  I believe that it was on or about May 2, 2018. We were not given water or food since arriving at the border and were not given water until we arrived at "La Perrera."  When we arrived, I went to the bathroom and then my son who is 10 years of age was taken and put in another location because of his age. I was not told where my son had gone. I asked another woman and other people if they knew where my son was. I was very worried. Someone then told me that he is in the area where older kids go. I was separated from my son for 3 days. My son was able to shower only one time and I could not shower there at all for 3 days. The guards kicked adults and children to keep them awake, and would take blankets off children.

4. We were only given burritos to eat. We ate burritos in the morning, and for lunch and dinner. The burritos were spoiled. I knew that they were spoiled because they were very acidic and they tasted horrible. I knew that they were not good food to eat. They were very bitter. We were only given one extra pair of clothing.

Page **1** of **4**

5.  When we arrived, we slept on the floor, which was very cold. Twelve hours later, they gave us green
    mats that were just three inches thick, which we had to put on the floor. They would make us wait in line
    for an hour before starting to do roll call in "La Perrera." We had to sleep very close to everyone. We
    were all nearly touching everyone unless you slept sitting straight up.

6.  "La Perrera" was very cold. When we complained that it was too cold, the guards said that they were
    keeping it cold for the guards who liked it that way.

7.  The lights were on the entire time. It was hard to sleep.

8.  After three days, my son and I were taken to another place, Dilley, where we have been held for 58 days.

9.  This place has fruit and snacks. The beds are good at this place in Dilley. If I have to go to the Cara
    building (register building), we have to wait outside for a very long time outside in a long line that goes
    around the building and there is no shade. It makes my skin red. When my son and I arrived to this place
    in Dilley, my son became very sick. He was sick for 3 1/2 weeks. I went to the pharmacy and explained
    the situation and they gave me medicine. I had to go the next day and that time, they shut the window
    and said that they could not talk and I was told that there was no more medicine. Then I went back to my
    room because they told me that they would tell me when the medicine is ready. Then the next day they
    called and said that they were going to call ICE because "You don't care about your child because you
    didn't come" and "What do you care about more—you or your child?"

10. We were not given any legal information at all during the process before getting to Dilley.

11. My son and I are still at the facility in Dilley. I bring my case notes with me everywhere all of the time.

12. They say that my son can stay here but that I will not be able to and that I will have to go back to my
    country. My son is the only one now who can talk about the case, but he does not know how to explain
    all of the case by himself.

I, Iris E█████████  swear under penalty of perjury that the above declaration is true and complete to the best

913

of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



28-06-18

Date

914

Certificate of Translation

I, Amber Rieff, certify that I am fluent in English and Spanish and that I read the above declaration to Iris
F███████ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97301

6/28/18
Date

915

Exhibit 182



**Declaration of**

**Mirza O███████████, A███████████**

I, Mirza O███████████ (A███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is August 8, 1989. My son name is ███████████ He is 11 years old and he was born on September 5, 2006. My son and I are from Honduras.

2. My son was going to school and a gang tried to force him to carry drugs with him into the school and threatened to kill him if he refused. He told me what was happening and when I went to speak with them they attacked me. I have a scar on my face now from this experience. I went to the police but they told me that I could not prove that my son was being threatened so we fled.

3. We presented ourselves at the border about June 22, 2016. We were taken to the place that they call "The Freezer". We had to take photos and put our names there. It was so cold--way too cold. We had to sleep on the concrete floor, which was very cold. They only gave us each one aluminum blanket and it did not do anything to keep us warm. We were not able to shower while we were there and they did not give us any extra clothing. We did not receive anything to clean ourselves. My son was separated from me and I was so scared and sad. They did not tell me where he was going or if he would be in the same facility as me. I was worried that he had been taken away. I did not know if he would be deported or what would happen. We were finally able to be together again and my son asked me where I was and I told him that I was right here the whole time but the guards did not tell us that we were so close to each other, even when all of us mothers had asked.

4. We were given one sandwich for breakfast, lunch and dinner and one small container of juice. The sandwiches were frozen. I tried to eat the sandwiches but I was not able to. I could not even eat the bread from the sandwiches because they were frozen and hard.

5. They had air conditioning and it was so cold and we could not sleep and we were shivering. It was horrible. We stayed here for a day and a half like this.

6. They had lights and they were bright and always turned on. The toilets were very dirty and the toilet paper was on the floor. There were no doors for privacy. We had to go to the bathroom in front of everyone.

7. After one and a half days, my son and I were taken to another place where we were held for two days.

8. They gave us two burritos and one apple each day. They also gave us one small container of milk to drink. It was impossible to sleep because there were about 1,000 people there and they would make us all stand up about every 2 hours to tell them that we are there when they called our names. There were small mats for us to sleep on and the mats were right next to each other so that we were crowded

Page 1 of 3

917

together. The bathrooms were portable toilets. We were not able to shower the entire time that we were at this place. I was separated from my son but in this facility I could see where he had been placed. If I stood in one corner and he stood in the corner of his cage we could both see each other. I would yell to him that everything will be okay. At this place I saw children and babies vomiting and children that were very sick. I became very sick after staying in La Perrera but was able to get medicine to help.

9. I was not given legal notice or access to counsel services until I arrived in the facility in Dilley. The food here is very good and the beds are nice. The people here are very kind and treat us better than in Le Perrera.

10. My son and I were taken out of La Perrera on June 26th, 2018.

11. My son and I have been at the facility in Dilley for about three days.  We are planning to go to Dallas, Texas, and stay with my aunt.

12. I do not know anything about my current case because I have been here for only three days.

I, Mirza O███████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

29 /6 /18
Date

918

Certificate of Translation

I, Amber Rieff, certify that I am fluent in English and Spanish and that I read the above declaration to Mirza
O█████████ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

Date

919

Exhibit 183

**Declaration of**

**David C** ~~████████~~ **, A NUMBER** ~~████████~~

I, David C ~~████████~~ (A number ~~████████~~), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is September 5th, 2006. I am 11 years old. My son and I are from Honduras.

2. I was going to school and a gang tried to force me to carry drugs into the school and threatened to kill me if I refused. I told my mother what was happening and when my mother went to speak with them they attacked her. She has a scar on her face now from this experience. She went to the police but they told her that she could not prove that I was being threatened so we fled.

3. We presented ourselves at the border about June 22, 2016. We were taken to the place that they call "The Freezer". We had to take photos and put our names there. It was so cold--way too cold. We had to sleep on the cold concrete, which was very cold. They only gave us each one aluminum blanket and it did not do anything to keep us warm. We were not able to shower while we were there and they did not give us any extra clothing. We did not receive anything to clean ourselves. I was really worried being separated from my mom and I could not stop thinking about her all of the time. There were so many children with me in the place there that I could not lay down and I had to try to sleep sitting straight up but I was not able to. I was very sad and I kept crying. The food was okay but I ate it because I was very hungry and when I am very hungry I can eat something even if it does not taste good. I was very worried because I saw all of these other children there without mothers and I thought that my mom was taken to another place.

4. We were given one sandwich for breakfast, lunch and dinner and one small container of juice. The sandwiches were frozen but I was able to eat it.

5. They had air conditioning and it was so cold and we could not sleep and we were shivering. It was horrible. It felt like a freezer and I could not sleep because I was so cold. I wanted to sleep but I was scared because the guards would come by and kick us with their feet to wake us up if we would sleep. I was very tired.

6. They had lights and they were bright and always turned on. The toilets were very dirty and the toilet paper was on the floor. There were no doors for privacy. We had to go to the bathroom in front of everyone.

7. After one and a half days, my mother and I were taken to another place where we were held for two days.

8. They gave us two burritos per day and one apple each day. They also gave us one small container of milk to drink. I was able to sleep at this place because it was a little better to sleep on mats instead of the floor. The bathrooms were portable toilets. We were not able to shower the entire time that we were at

Page **1** of **3**

this place. I was separated from my mother but in this facility I could see my mother in the other cage so I thought that everything would be okay.

9.  I was not given legal notice or access to counsel services until I arrived in the facility in Dilley. The food in the center in Dilley is very good and the beds are nice. The people here are very kind and treat us better than in Le Perrera.

10. My mother and I were taken out of that facility on June 26th 2018.

11. My mother and I have been at the facility in Dilley for about three days.  We are planning to go to Dallas, Texas and stay with my mother's aunt.

12. I do not know anything about my current case because I have been here for only three days.

I, David C[        ] swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

29/6/2018
Date

922

## Certificate of Translation

I, Amber Rieff, certify that I am fluent in English and Spanish and that I read the above declaration to David C█████████ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

923

Exhibit 184

**Declaration of**

**NOLBIA C███████████, A██████**

I, **NOLBIA C███████████** (A██████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is September 20, 1972. My son's name is ███████████████████████ He is 3 years old and was born on January 17, 2015. My son and I are from Honduras, where we fled because of death threats and extreme violence.

2. Earlier this year, I was being forced to start selling drugs by the Maras, specifically Mara 18. Some local gang members approached me in the streets asking me to sell some drugs for them after my refusal a few days later they approached my house and gave me 12 hours to leave the house or they would kill me. These events caused me to leave Honduras in a rush with only about 100 $us dollars in my pocket. It took me about 45 days to arrive to the border from Honduras.

3. We presented ourselves at the border about June 15, 2018. When I crossed the border, my son and I walked for about 2 hours and a man stopped us and told us he would take us to safe place. We were taken to the "Ice House." When we got there, they took our shoe laces, searched our hair and checked our entire bodies – backs and stomach. It was very uncomfortable and humiliating. It was extremely crowded in the Ice House. There was about 25 women with children in one large room. I slept there for one night, sitting on the floor. It was very uncomfortable and extremely cold it was really hard to make my child stop crying and to make him sleep. The food was limited to cold sandwich that was frozen and we stayed there for about 6 hours.

4. The day after I was taken to the "dog house." At the dog house, we were searched by another official, which triggered much anxiety for me. My son had to go use the bathroom but was forced to wait on the threat that if we disrupted the process they would have to separate us. My son is only three years old the idea of being separated was terrifying. At the dog house, it was also very cold and we had only a mattress to lay on but no blankets during the day, the officials would get upset if we used blankets during the day. My son started to get sick at the dog house. I experienced headaches. I asked for medication for my son, but the officials told me there was no medications on site. I did not shower for 3 days but I met people who were there that had not showered for 8 days. The only bathrooms were the small plastic bathrooms that do not flush with terrible smells.

5. Up to this point, I was not given any sort of legal notice. I was not informed of any legal resources or rights with respect to ███████████ either.

6. After 3 days after I was apprehended by border patrol, I was taken to the ICE facility in Dilley, Texas. When I arrived, I was given medical attention. We were required to wait there all morning. My son has had a fever for roughly 10 days on and off and it is very hard to get him medical attention. The majority of kids and adults in the Dilley are sick. They are running fevers and have coughs. The lines are very

925

long sometimes I have waited up to 2 hours in the sun in order to get medicine and sometimes there is only one person dispending medicine.

7. He started get a rash 3 days ago and it is now spreading to his legs. The doctors at the medical facility tell me that it is viral and it will go away on its own. I am very worried. I don't know what else I can do for him.

8. I have been given meeting with a lawyer in CARA and have been to one hearing before the judge.

I, **NOLBIA C**⬛⬛⬛⬛⬛⬛, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛⬛

29- 06 - 18
Date

## Certificate of Translation

I, Luisa Muskus, certify that I am fluent in English and Spanish and that I read the above declaration to Nolbia C████████ in Spanish.

Luisa **Muskus**
Orrick, Herrington **and Sutcliffe**
609 Main St. Houston, Texas 77002

06|28|2018
Date

927

Exhibit 185

**Declaration of**

**BRISEYDA G** ███████████████████████████**, A NUMBER** ███████████

I, **BRYSEYDA G** ████████████████████ (A number ███████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 12, 1996. My daughter's name is ████████████████ She is 2 years and he was born on December 3, 2015. My daughter and I are from El Salvador. I am currently three months pregnant of my second child.

2. I left El Salvador for fear of losing my life and my daughter's life, as I suffered have suffered constant physical and sexual abuse by ████████████████ who is a gang member in El Salvador. ████████████ also assaulted my daughter on several occasions, and threatened to kill us on several occasions, and assaulted me when he found out that I was pregnant of my second child (I am currently three months pregnant). Despite my attempts to have him arrested on several occasions, the police in El Salvador informed me that they are not willing to arrest him given that (as they have expressed to me), they do not arrest gang members. I fear that if I am deported back to El Salvador, ████████████ or other gang members will try to kill me and my family and the police will not protect me.

3. We presented ourselves at the border about 5:00 pm on or about June 15, 2018. Upon apprehension, we were then taken to a facility known as the *Hielera* (the Ice House). I was held at the Ice House for only two hours and was then taken to another facility known as the *Perrera* (Dog House).

4. My daughter and I received very bad treatment at the *Perrera*. Upon my arrival to this facility, I was interviewed by an official, who informed me that my case was a lost case and that I would be deported in four days. On another occasion, an official with a tag that read "J. Loza" asked that all detainees from El Salvador raise our hands, and thereafter referred to those of us that raised our hands as the "Maras."

5. The temperature at the *Perrera* was cold. My daughter and I were given one aluminum blanket, but it is not sufficiently warm and my daughter and I were not able to sleep much at this facility. In the early morning, officials at the facility would wake us up by kicking us in the ground. Food at the facility was scarce and cold. We were fed one cold burrito for breakfast, lunch and dinner and despite asking for more food, we were not given any.

6. After 5 days, my daughter and I were taken to Dilley, where we have been for 11 days. Here, my family has not been able to deposit money into my personal account despite trying to do so for several days. Several other detainees have had the same experience.

7. Medical attention at Dilley is deficient. I have attended the doctor's office several times to treat my daughter, who has suffered a cold and a fever, but lines typically take hours and we sometimes are not given medicine and are asked to come again the following day. During the last few days I stopped by the doctor's office to make consultations on my pregnancy, as I have not being feeling well, but medical staff have not attended me and have asked me to come back in three days.

Page 1 of 3

8. My credible fear interview took place on June 28. Upon our release, my daughter and I intend to live with my sister and her husband ████████████████████████████, who currently live in Los Angeles.

I, Bryseyda G████████████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████

Date: June 29, 2018

930

## Certificate of Translation

I, Emilio Grandio Urrea, certify that I am fluent in English and Spanish and that I read the above declaration to
Briseyda G███████████████████ in Spanish.

_Emilio A_____

Emilio Grandio Urrea
Orrick, Herrington & Sutcliffe
609 Main St., Floor 40, Houston, TX, 77002

_6/29/18_____

Date

Page **3** of **3**

931

Exhibit 186



**Declaration of**
**ALBA P**███████████████████████

I, **Alba P**██████████████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is June 7, 1984. My daughter's name is ████████████ He is 11 years old and she was born on June 6, 2007. My daughter and I are from Guatemala.

2. My daughter and I left Guatemala for fear of risk to our lives by my partner ███████████ who has physically and psychologically abused me and my children for years and has threatened to kill me if I turn him to the police. Despite the death threats, I sought help from the police on more than one occasion and even sought charges against him (including a restraining order), but the police has informed me that they are not able to help, among other reasons, because they "are located too far from my neighborhood." In addition, we left Guatemala for fear to our lives due to general insecurity and the lack of police enforcement in Guatemala. To this point, my family has been assaulted in the past, and the police has not investigated the facts or made arrests due to fear of gangs and other felons.

3. We crossed the border on or about June 23, 2018 at approx. 7:30 pm and turned ourselves in immediately. We were then taken to a facility known as the Ice House (Hielera). Officials took our pictures and fingerprints at this location and about three hours later we were transported to another facility known as the Dog House (Perrera).

4. Food at the Perrera was cold and scarce. My daughter and I each were given an apple, a cold burrito and a bottle of water for breakfast and lunch and a cold sandwich, chips and a bottle of water for dinner. ████████ and I remained hungry after lunch and asked for additional food, but they were not given any.

5. Temperature at the Perrera was very cold, and my daughter and I were provided a light aluminum blanket that was not adequate to keep us warm. For this reason, we could not sleep much during our stay at the Perrera. In addition, lights at the Perrera were always on, so we were not able to tell whether it was daytime or nighttime, which further complicated our ability to sleep. On a couple of occasions, officials at the Perrera woke my daughter up by kicking her. One morning, an official woke me up saying that I should stand up because the facility was not my home, but theirs. Due to the low temperature at the Perrera, ████ got a cold, which she is still suffering today. She was also hurting from a leg and asked for medical assistance, but she was denied any medical assistance during her stay.

6. After three days at the Perrera, my daughter and I were taken to Dilley, where we have remained for three days. Upon release, we plan to live with my cousin in New York.

7. Our credible fear interview is scheduled for July 3, 2018.

I, Alba P██████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

**Page 1 of 3**



29- 06- 2018
Date

934

Certificate of Translation

I, Emilio Grandio Urrea, certify that I am fluent in English and Spanish and that I read the above declaration to
Alba █████Mendez in Spanish.


_Emilio_ (signature)

Emilio Grandio Urrea
Orrick, Herrington & Sutcliffe
609 Main, St, Houston, TX, 77002


6-29-18

Date

Page **3** of **3**

Exhibit 187

**Declaration of**

**Josue G**█████████████

I, **Josue G**█████████████ declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am 10 years old and I was born on September 15, 2007. I am from El Salvador.

2. I left El Salvador with my mother because of fear that the gangs were trying to kill us.

3. We presented ourselves at the border about May 2, 2018. I was taken to the "Perrera."

4. We were given a variety of foods to eat including burritos, tuna sandwiches, and ham sandwiches, which the majority of the time had a bitter taste to them. When the food was bitter tasting we knew it was spoiled and we would not eat it. With every meal we would get a bottle of water, I would store the water bottles to drink later because that was the only water that was provided to us.

5. The temperature at the facility was very cold. I was separated from my mother and placed with other boys in a cage. It was very cold, so the other boys and I would put some of the sleeping mats and blankets up around the cage to block some of the cold air from getting to us. When officials noticed what we had done with the mats and the blankets, they took all of the blankets away from us. When I asked for another, they would not give me one. My friend went to go ask for one and they gave it to him. He then shared that one with me.

6. The lights were on all the time and it made it difficult to sleep. We would use the blankets to cover ourselves to try to sleep. I was able to shower on the second day I was there. At first I wanted to shower, but when we I was given the opportunity to do so, I chose not to. The guards told another boy to tell me that I needed to shower, because I hadn't showered in a long time. They gave me liquid soap to wash, a toothbrush, and toothpaste to use just that one time. They took my clothes and washed them and while I waited for my clothes they let me borrow clothing that was too tight and uncomfortable.

7. After three days, I was reunited with my mom and we were both taken to where we are now. I have been here at Dilley for 54 days.

8. I have a liver condition and need to eat healthy foods like fruit and vegetables. There are not enough servings of fruit and vegetables to eat at Dilley. Although I enjoy eating the cafeteria food like pizza pockets, I know that they are not healthy for me and I wish that I had healthier food because of my liver condition.

I, Josue E█████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████

28/6/18
Date

Page **1** of **3**

937

## Certificate of Translation

I, Brenda Ulloa, certify that I am fluent in English and Spanish and that I read the above declaration to Josue ██████████ in Spanish.

Brenda Ulloa
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 97302

06/28/2018
Date

938

Exhibit 188

**Declaration of**

**Sara P**████████████████

I, **Sara P**████████████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is January 21st 1987. My daughter's name is ████████████████ She is 13 years old and she was born on June 29th, 2005. My daughter and I are from Honduras.

2. I was working in a commercial shop in Honduras and the government told my boss that they had to pay more money or else they would force our shop to close. My boss was not able to pay the money. They threatened him. He had to shut down the store. This was happening to many of the stores around this area and they told us that we would have to leave. I was scared and thought that they would come to threaten me while I was working. The place that I worked shut down and I had no way to make money so we left.

3. We presented ourselves at the border about June 25th, 2018. We were taken to what they call "The Freezer". There were no beds at all there any everyone had to sleep on the cold cement. I was able to have my daughter with me the whole time but many mothers were not able to. It was so cold where we were staying that we could not sleep or rest. We were given small aluminum blankets. One blanket was for me and one was for my daughter. We were not allowed to shower while we were there. The toilets were very dirty. Sometimes there was toilet paper but sometimes there was not. There was not usually water for us to wash our hands. We did not have toothbrushes.

4. There was a small container of juice and sandwiches that were very small. We were very hungry. It was painful how hungry we were. The sandwiches they gave us were still frozen and when I tried to eat it made me nauseous so I was not able to eat it and neither was my daughter.

5. It was extremely cold at this place and we were not able to sleep because of how cold it was.

6. They had light on all of the time. They were always turned on and they never turned them off.

7. After five hours, my daughter and I were taken to another place where we were held for two days.

8. The second place is what they call the "Dog Cages". We had sandwiches and they were still frozen like in the first place. They gave us an apple, a small cookie, and water bottles. They only gave us water when it was breakfast, lunch, or dinner. Right when we arrived I was separated from my daughter because they said that they had to separate children that were twelve years and older. They did not allow for me to hug my daughter or talk to her before they separated us. I could see my daughter from far away. I could not sleep at all because the police were always yelling at all of us on the floor. They would kick us when we were on the floor to make sure that we were not sleeping or resting. One time when I was sitting there and I did not respond to them kicking me the guard grabbed me my by shirt and pulled

me back and forth only to make sure that I was awake. He did not do anything to me once I woke up but he only wanted to make sure that I was not sleeping. For sleeping there were no beds. They only gave us small mats to sleep on and all of the mats were touching side-by-side so there was no room to relax my body. It was the same for where the children were staying. I could see this through the cage. I was able to able to shower each day that I stayed there. They had towels and soap for us to use there. It was so cold and only had a short-sleeved shirt on. My daughter was wearing a long sleeved shirt but she was so cold. After staying here for two days we were then transported in a bus. In the bus the police did not yell at us and they were nice. I was not able to be with my daughter again until we were in the bus.

9. I have not yet received legal notice or access to counsel but I have an appointment to speak to someone in the visitor's center soon.

10. My daughter and I were taken out of that facility on the 26th of June 2018.

11. My daughter and I have been at the location in Dilley for about three days. It was a four or five hour trip by bus. In this experience in this facility in Dilley I am treated very well and in comparison to where we stayed before I feel like I can finally relax. My daughter and I can finally sleep. I have not been here for very long but the facility has beds and better food that we can eat.

12. We are planning to stay with my daughter's aunt. She lives in Florida. She is the sister of her father. She will let us stay with her.

13. I do not know anything about my case yet. I only know that they have told me that I will be able to meet with someone to discuss my case. I have plans to speak with them soon.

14. I, **Sara P**⬛⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/29/18
Date

Page **2** of **3**

941

<u>Certificate of Translation</u>

I, Amber Rieff, certify that I am fluent in English and Spanish and that I read the above declaration to Sara
P_____ ███████ in Spanish.

Amber Rieff
Willamette University Clinical Law Program
245 Winter Street SE
Salem, OR 9301

6/29/18
Date

942

# Exhibit 189

## Declaración of

**Beysi M**

**I, Beysi M**              **declare under penallty of perjury that the
following is true and correct to the best of my knowledge and recollection:**

1.     I am a Guatemalan citizen, born on 18 September 1986, in Guatemala. My son,
was born 30 October 2006 in Guatemala.

2.     We left Guatemala on May 29 to escape my husband who said he was going to kill us.
My son and I crossed the border into the United States, near Sonora, Arizona and presented
ourselves at an immigration office on Saturday, June 9 2018, seeking asylum. I said we were
afraid to return to Guatemala and that if we return, the father of my son is going to kill me. He
has said he would kill both of us. He is very dangerous and I'm scared of him He is part of gang
of that beats up people and kills them. He has hit me and my son. My son is also very afraid of
his father.

3.     We were immediately detained in a jail on June 9, 2018. I don't exactly where we were
first held, but someone told me that we were in Arizona. We were there for about 1/2 day, then
taken to a second place. No one ever told us the name of the place where we were being taken.
We were there for about a day and a half an then taken to a third place, which were told was also
in Arizona.

4.     My son and I were always kept together. There was one time they tried to separate us
and threatened us with deportation, but we stayed together.

5.     In the first place we were held, they told me we could have a lawyer, but did not write it
down. We were never given anything in writing about Rolvin's legal rights at any of the
facilities where we held in Arizona.

6.     In the first place we were held, they wanted me to sign something before I could see a
lawyer. I told them I wanted a lawyer but I didn't want to sign anything. They told me
everything was going to be okay, to go ahead and sign. The only thing I signed was papers they
told me were needed to start a case. Then I signed documents to say my son didn't have any
medical problems. The only time I signed anything was in the first place we were held, I didn't
sign anything in the second or third place. My son had to sign something that said he didn't need
a doctor. All papers were in English. No one gave me copies of any of these papers.

7.     While in Arizona, I never requested a hearing and was never provided with a list of legal
services that might be available to me. There was no list of free legal services posted on any
walls near any phones – only instructions on how to use the phone.

8.     In the first place we were held, I had access to a telephone to call a lawyer and I called a
friend in Chattanooga, Tenn. I left a message.

9.     I didn't ask to see a lawyer until we arrived in Karnes, I didn't know I could have a
lawyer.

10.     At all of the facilities where we were held in Arizona we had access to toilets.   We did not have access to a shower until we arrived at the third facility. When we were there both my son and I had our first shower. They gave us clean clothes and they took our clothes to wash them. We each had one shower only the whole time we were in Arizona.

11.     The only food were were given was burritos, 3 times a day, and maybe a cookie. The only water we had was from the sink where we washed our hands. They were no cups, we had to use our hands to drink water.

12.     My son didn't eat for a couple of days and fainted. He woke up with some water but never saw a doctor or a nurse.

13.     It was very cold in all of the facilities.   In the first place, it was just the two of us in a cold room, like a refrigerator.   We had blankets, and a mat to sleep on, no beds.   I caught the flu while we were there, but was not given any medicine. Thankfully, my son did not get the flu but he did develop an eye infection. in the "refrigerators" where they held us in Arizona. He did not receive medical attention or medicine until we got to Karnes. They gave him some eye drops and it is getting better now.

14.     In the second facility, there were about 8 of us, mothers and sons only.   It was also very cold there.

15.     There were about 12 people total in the third place all mothers and children. The children were all ages. The youngest were babies, the oldest were 11 or 12. My son is 11.

16.     The 12 of us were kept closed up the whole time. None of us had any exercise. The toilet was in the same room where we all stayed, there was no privacy.

17.     In all 3 places, my son and I were kept together.   In second place, they threatened to separate us, it was very frightening They didn't hurt us, but threatened to send us back to Guatemala. We are both very afraid to go back to Guatemala.

18.     We left the third jail in Arizona on a bus, which took us to an airport. Then we took an airplane to San Antonio, and came here on a bus or van to this facility. We arrived in Karnes on 13 of June 2018.

19.     Neither my son or I ever received *written* notice of my son's legal rights at this facility. They only told us we could talk to our relatives and bathe. We have not received any notices of any rights to a hearing or anything else.

20.     At orientation we were told we could talk to RAICES. We weren't given anything in writing, but were told we could talk to them. There aren't any notices about legal services near the telephones, only a paper explaining how to use the telephone.

21.     I met with a lawyer from RAICES around June 20. I had to sign a paper for RAICES to visit.

22.     I don't remember the name of the lawyer I spoke with.   It was a man, but I don't remember his name, but he had a translator with him.   I spoke  to one lawyer only, for the both of us. That's the only time I've seen a lawyer.

2

23. I had a credible fear interview on Friday, June 22, 2018. There was someone with me to translate. I did not have a lawyer. I am waiting for an answer.

24. We do not have any relatives living in the US. My son's father lives in Guatemala and he is afraid to return to him.

25. No one has told my son or me that he could be released on certain conditions or given us any papers telling us anything like that.

26. I have told people I am afraid of returning to Guatemala, first when I applied for asylum in Arizona. I don't think anyone ever asked my son. I've done all the talking. When I first came someone wrote down what I said, I don't know who it was. No one asked my son any questions separately.

27. Here at Karnes, we have food, water and are fairly well taken care of. We needed medicine in Arizona, but never got it. We have access to medicine here.

28. Several times a day people come into our room to check if it's clean. They knock, but they still come in. If the children are upset, crying or being noisier than usual, the mother is scolded. They will speak to us in a rough tone in front of the children.

29. One time someone told my roomate that her son had to sleeep in his own bed, not with her, or they were going to "take him away" and put her in prison. This added to my own stress with my son, but I do my best to protect him.

30. No one provided us with any information about reasons for housing my son in a detention facility. The only information we received was information about what happens in the facility.

I, **Beysi M**███████████ ██████, **declare under penalty of perjury that the above declaration** is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████        6-25-18
███████████████████        _____
███████████████████        Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to **Beysi M**███████████ ██████ in Spanish.

                6/25/18

Yolanda Rodriguez

3

946

# Exhibit 190

**Declaration of**

**BESY J** ████████████████████, ████████████████████

I, **BESY J** ████████████████████, A number ██████████, declare under penalty of perjury
that the following is true and correct to the best of my knowledge and recollection.

1. I was born on August 14, 1989. My daughter's name is ████████████████████ Her A number
   ████████. She is born on March 19, 2011 in Honduras. she is now 7 years old.

2. My mother has a small store. My grandmother was very ill with Parkinson's disease. My mom left the
   business to take care of grandmother. My mother left the business with me, and said so long as you pay
   the electricity and take care of the business I could use the money for me and Amber The business was
   next to our house. On May 25, 2018, 3 men came up to the business, after I'd been taking care of it for a
   year. They asked me for money like a "tax" or extortion to keep the business. The men had the number
   13 tattooed on their necks. I thought they were part of the MS-13. They asked me for 5000 limpiras ,
   but I didn't have it. I only made about 3000 in an average month, so I couldn't pay. When they asked
   me for that, I became very afraid and walked into the house to call the police. The only people in the
   house were me and my older brother but he was sleeping. When I was on the phone, the 3 men heard
   me talking on the phone, and then used a bad word and called me an "hija de la gran puta," and told me
   it was not a joke. They told me "you are going to regret this, it is not a game." Then they left. I told my
   brother right after it happened before the cops came. He told me to calm down, then I asked him my
   brother to pick up ████████ and his daughter from the school. We had to get them by noon, and it was
   about a 30-minutes walk away. He left so I could wait for the police. The police arrived about 30
   minutes later and I told them what happened. They drove around the perimeter of the house and area and
   took off. I never heard from the police again.

3. The 3 men must have followed my my brother on the way to school. After he picked the girls up and
   was on their way home, they stopped them in kind of remote are and beat him up very badly area, they
   beat up my brother very bad in front of the girls. The gang members must have thought that both of the
   girls were mine. They told him, "We told your sister that this is not a game and the next dead ones will
   be her daughters." My brother told me One of them took out a knife and they pointed at the girls as they
   said it. My brother was severely bruised on his face and arms, but he was able to walk home and told
   her everything. The girls were crying, ████████ came and hugged me and said, "Mommy, I don't want
   them to kill me." Over the next 3 days, we planned the departure and left on May 28, 2018.

4. We were apprehended near Juarez on June 9, 2018. The river was dry and we we crossed and saw the
   wall we crossed the river and saw the wall, immigration saw us and they drove across the wall. They
   asked us if we knew that we were entering illegally and if we knew it was a crime. They put us on an
   immigration truck and took us to what seemed like an office building. They asked us if anyone was sick
   and they took our information. They didn't ask us why we were crossing and I didn't volunteer any
   information.

948

5. I don't know the name of the place where we were taken. When we got to the office, around 10 pm, they asked us "who needs water," and if anyone was sick. A few people went, and they treated us pretty well. They gave us food and ▇▇▇ ate a burrito and had some water. We had cots to sleep on. It was very cold and they gave us a prickly grey blankets. We could use the bathroom, but no showers. It was one piece of equipment, toilet on the bottom, with a sink on the top. All of us, men and women and all the children, boys and girls were in the same facility, but the men and women were separated. The other little girl stayed with her father and all the men.  The oldest boy was about 7 years old, I think my daughter was one of the oldest.

6. There were about 30 people in one room with bunks. There weren't enough beds for everyone, but they had foam pads to put on the floor. They were more comfortable than the beds. One toilet for the 30 people, no privacy. There was a little half wall but not privacy. We were there for 3 days, but did not take a shower while we were there.

7. We were there from 10 pm until 8 am the next morning on June 10, 2018, when when they took us to another place, which was similar to the first. We left on a big bus, there was heavy mesh over the windows and we couldn't see outside where we were going. We were on the bus for about 45 minutes. They didn't tell us where we were going. Everyone went to the second place, except for one man and child and they were going to separate them because the man didn't know the child's birthdate. When they asked the boy if the man was his father, the boy didn't answer so they stayed behind. There was talk they would be separated.

8. When we got there, they gave us a burrito and juice. They separated us by fathers and mothers. If the father had a daughter, she went with him. If the mother had boys, the boys when with their mothers., same restroom with single unit, with sink attached. They room was a lot smaller, there were 14 of us.

9. The second place had the same kind of toilet and sink, but the second place didn't have beds or cots, just cement benches. They gave us blankets and we slept on the floor. It was extremely cold. Same type of blankets. Some of the women told the officials that their children were sick and needed medical attention. The officials did not ask everyone, like they did in the first place. At that time Amber was not sick so I didn't ask for any medical assistance.

10. I don't remember exactly what they told me there about our legal rights, but I remember that they said that the children could be treated differently. They brought separate food for the children and they were fed more often. They brought burritos with potatoes, then beans for 3 days, beans and more beans. One time, they gave us instant cup of soup.

11. They spoke to us in Spanish but did not give us anything in writing other than the list of lawyers. I didn't ask to talk to a lawyer. No one asked me about whether I was afraid to go home. They didn't want us to talk too much and I was afraid to say anything after they yelled at another woman who told them her daughter was sick.

12. The children had a lot of anxiety because it was cold, 3 days in one room. The children were not allowed to go outside, they seemed desperate and cried a lot.

13. On the third day, they woke us up at midnight to give the children a bath. We had 10 minutes only, and also the opportunity to bathe. We had soap, clean towels, shampoo. After everyone was finished bathing, they put us in another truck to take us to another place.

14. After they woke us up to bathe, they put us in another truck and took us to the third place. Shortly after the bus got on the road, ▭ said, "Mommy, I don't feel well." She said her stomach was bothering her and I told her to wait if she could. We were on the bus for about 25 minutes. When we got off the bus, ▭ started throwing up. Even thought the driver and the people at the new place saw her throwing up, they didn't do or say anything..

15. When we arrived to the third place, they locked us in a room, gave us water. A woman started knocking on the door because she didn't feel well, but they didn't answer. Then, they wok us up at 5 in the morning and gave us soup. ▭ didn't eat because her stomach was hurting.  Shortly after they gave us the soup, they rounded women from other rooms together to put us on another bus.

16. The bus left around 6 in the morning, and they took us to an airport. They told us they were taking us to a shelter in Texas.  In the third place, there wasn't a chance to tell anyone that ▭ was sick, because they locked us in a room and even though the lady was already knocking, they saw her, but no one did anything. I thought they would ignore me too.

17. When we got to the airport, we got on another bus with air conditioning.  They told us that we would be on the road for 9 hours.  There were people from here (Karnes) on the bus and they were nice, they talked to us nicely.  They gave us food on the bus and showed us where the restrooms were on the bus.

18. The bus stopped along the way around dinner time in a gas station. They gave us food to eat on the bus., ham and cheese sandwiches and water bottles. There was also milk, fruit and juice for the children. Amber didn't eat much, the bread only.  She ate a little bit of the ham, but started to cry because her stomach was hurting. She did drink the water though.  I told someone that my daughter wasn't feeling well, and they brought crayons to draw.  I don't think they understood that she sick – they thought that she was just sad.

19. We were on the bus for 9 hours, maybe more. At some point the big bus stopped, then 3 mini busses met the big bus, and they separated us into 3 mini buses, which took about an hour to bring us here.

20. During the journey, ▭ told me she missed her grandmother and her dog. When I asked her if she wanted to go back, she said, No.

21. We arrived here on June 12 around 10 in the morning and stayed in a waiting area for almost 24 hours. ▭ couldn't sleep even though we had been travelling all night, there were no beds or mats there. ▭ gave us food, water: turkey sandwiches, fruit and juice but we couldn't take a shower or bathe or sleep until they finished us the ID cards. We finally got to our room about 11 am on the June 13th. By that time we hadn't really slept for 48 hours.

22. ▭ received treatment for her stomach on June 13 when we saw a doctor.  She gave her some kind of chewable tablet. I was able to go with her to see the doctor. It helped with her stomach, then she had diarrhea and had severe stomach pain and vomiting and they treated her over the next four days. Then I took her back because she had a cold and cough. They gave her a cough syrup which was better after a couple of days, but then she developed a pimply rash. The rash was under nose and inside her elbow. As soon as the doctor saw it, he said we had to go to isolation   They sent someone to our room for our stuff and put us in isolation. My friends thought we had already left. We weren't able to leave the room for 3 days.

Page **3** of **4**

23. People came in to take her temperature twice a day, and to bring us food. They would go off and ask her if she was okay. They thought it was some kind of infection and gave her liquid antibiotics.

24. At home █████ rarely got sick and on the first part of the trip she was eating and seemed fine. It seems that since we've been in detention, she's been sick – she's been sick the whole time.

25. At first, this place seemed very cold, but now we're used to it. All our time is monitored. People come into our rooms often, it seems like every 5 minutes or so. It's hard to adjust to the fact that people come into the room and now we're used to it.

26. Since we've been here they've given us handouts with legal information, but nothing specific about Amber. The handouts are in Spanish but only provide general information. They've told us we have a right to have a hearing but not much more. RAICES has given us more information. I've learned there are three ways to be released: 1) with a monitor; 2) based on word or oath; and 3) on a bond.

27. Yesterday I had a interview for asylum with an Anglo woman, in one of the 3 offices near the library. The interview was translated by the phone. It was to determine whether I had a credible fear of returning. I had to answer for █████ and I told them that █████ was afraid to return. I don't know when we'll have an answer.

I, Besy J█████████████, A number █████████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

06/27/2018
Date

## Certificate of Translation

I, Yolanda Rodriguez, certify that I am fluent in English and Spanish and that I read the above declaration to Besy J█████████████ in Spanish.

Yolanda Rodriguez
June 27, 2018

6/27/18
Date

Page **4** of **4**

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 19, 2018, I electronically filed the following document(s):

• **[REDACTED]** EXHIBITS IN SUPPORT OF PLAINTIFFS' RESPONSE TO DEFENDANTS' THIRD JUVENILE COORDINATOR REPORTS VOLUME 10 OF 12 **[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JULY 16, 2018]**

with the United States District Court, Central District of California by using the CM/ECF system.  Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1