Click here to enter your name and address.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | 85-4544-DMG |
| v. | |
| JEFFERSON B. SESSIONS, Attorney General, et al., | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s) | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tan, Michael K.T.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 549-2618          (212) 549-2654
*Telephone Number*     *Fax Number*

mtan@aclu.org
*E-Mail Address*

of American Civil Liberties Union Immigrants' Rights Project
125 Broad Street, 18th floor
New York, NY 10004
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ACLU Immigrants' Rights Project and ACLU Foundation of Southern California

*Name(s) of Party(ies) Represent*  ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Amici Curiae

**and designating as Local Counsel**

Arulanantham, Ahilan T.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 237841       (213) 977-5232        (213) 977-5297
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

aarulanantham@aclu-sc.org
*E-Mail Address*

of American Civil Liberties Union Foundation of Southern California
1313 West 8th Street
Los Angeles, CA 90017
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application:
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: Click here to enter a date.

**U.S. District Judge/U.S. Magistrate Judge**