# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al.<br><br>                              Plaintiff(s)<br>v.<br>JEFFERSON B. SESSIONS, Attorney General, et al.,<br><br>                              Defendant(s). | CASE NUMBER<br><br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Tan, Michael K.T.          of          American Civil Liberties Union Immigrants' Rights Project
*Applicant's Name (Last Name, First Name & Middle Initial)*                125 Broad Street, 18th floor
(212) 549-2618          (212) 549-2654                                      New York, NY 10004
*Telephone Number*        *Fax Number*
mtan@aclu.org
*E-Mail Address*                                                             *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ACLU Immigrants' Rights Project and ACLU Foundation of Southern California

*Name(s) of Party(ies) Represent*   ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Amici Curiae

**and designating as Local Counsel**

Arulanantham, Ahilan T.          of          American Civil Liberties Union Foundation of Southern California
*Designee's Name (Last Name, First Name & Middle Initial)*                1313 West 8th Street
SBN 237841     (213) 977-5232     (213) 977-5297                          Los Angeles, CA 90017
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
aarulanantham@aclu-sc.org
*E-Mail Address*                                                             *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:   ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application:
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
            ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 23, 2018**

*[signature]*

Dolly M. Gee, U.S. District Judge