# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNY LISETTE FLORES, et al.

Plaintiff(s)

v.

JEFFERSON B. SESSIONS, Attorney General, et al.,

Defendant(s).

CASE NUMBER

CV 85-4544-DMG (AGRx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rabinovitz, Judy
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 549-2618                    (212) 549-2654
*Telephone Number*          *Fax Number*

jrabinovitz@aclu.org
*E-Mail Address*

of

American Civil Liberties Union Immigrants'
Rights Project
125 Broad Street, 18th floor
New York, NY 10004

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

ACLU Immigrants' Rights Project and ACLU Foundation of Southern California

*Name(s) of Party(ies) Represent*     ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*     Amici Curiae

**and designating as Local Counsel**

Arulanantham, Ahilan  T.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 237841               (213) 977-5232           (213) 977-5297
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

aarulanantham@aclu-sc.org
*E-Mail Address*

of

American Civil Liberties Union Foundation of
Southern California
1313 West 8th Street
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 30, 2018**

*Dolly M. Gee*

**Dolly M. Gee, U.S. District Judge**