UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

Case No.   **CV 85-4544-DMG (AGRx)**                                     Date   July 27, 2018

Title   *Jenny L. Flores v. Jefferson B. Sessions, III, et al.*

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | |
| Holly S. Cooper | |
| Leecia Welch | |

**Proceedings:   STATUS CONFERENCE AND PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT [409]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Following oral argument, the Court advises counsel that the motion to enforce shall be taken under submission and a written order will issue.

The status conference was held. The Court grants leave for Defendants to augment the record with their response to Plaintiff's declarations. Any response shall be filed by August 10, 2018. After the Special Master/Independent Monitor is appointed, the Court will instruct the Special Master/Independent Monitor to review Defendants' response, if any, to Plaintiffs' declarations.

By August 10, 2018, the parties shall meet and confer to file a joint status report on whether the parties can stipulate to a candidate for the position of Special Master/Independent Monitor and may submit proposed language defining the parameters of such appointment. If no agreement can be reached, each side may nominate two candidates for the position for the Court to consider. If the Court does not find any of the nominees to be an appropriate fit, the Court shall select the Special Master/Independent Monitor.

The Juvenile Coordinators shall continue to perform their duties as outlined in Section X of the *Flores* Agreement. They shall file an annual compliance report by July 1 of each year until the Court determines otherwise.

<u>1:10</u>

| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk <u>KT</u> |
|---|---|---|