UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>ORDER CONTINUING DUE DATE OF PARTIES' SUBMISSIONS RE APPOINTMENT OF A SPECIAL MASTER/INDEPENDENT MONITOR [471] |

The parties have stipulated to a continuance of the submission date for the Parties' position(s) regarding the appointment of a Special Master/Independent Monitor and Defendants' filing responding to Plaintiffs' declarations ordered to be filed on August 10, 2018. See Minute Order [Doc. # 469].

UPON CONSIDERATION of the Parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that the Parties shall file their submission(s) regarding the appointment of a Special Master/Independent Monitor, and Defendants shall file their response to Plaintiffs' declarations, on or before August 17, 2018.

**IT IS SO ORDERED.**

DATED: August 10, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 9, 2018, I electronically filed the following document(s):

- [PROPOSED] ORDER CONTINUING DUE DATE OF PARTIES' SUBMISSION RE APPOINTMENT OF A SPECIAL MASTER/INDEPENDENT MONITOR

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*

*Attorney for Plaintiffs*