CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>- vs -<br><br>JEFFERSON B. SESSIONS, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>STIPULATION REQUESTING SECOND EXTENSION OF DUE DATE FOR PARTIES' SUBMISSION(S) RE SPECIAL MASTER/INDEPENDENT MONITOR NOMINATIONS AND DUTIES AND DEFENDANTS' RESPONSES TO PLAINTIFFS' DECLARATIONS<br><br>HEARING: N/A |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
kate.manning@lawfoundation.org
annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
200 Pine Street, Suite 300
San Francisco, CA 94104
Telephone: (415) 543-3379

On July 27, 2018, athe Court conducted a status conference to address Defendants' compliance with the *Flores* Agreement and the Court's June 27, 2018 Order. On July 27, 2018, the Court issued a Minute Order [Docket # 469] requiring the Parties to meet and confer and to file a joint status report by August 10, 2018, regarding candidates for the position of Special Master/Independent Monitor and her/his duties. The Court also ordered Defendants to file a response to Plaintiffs' declarations by August 10, 2018, for review by the Independent Monitor once he or she is appointed.

On August 9, 2018, the parties requested an additional week to consider these issues and to determine whether they could reach resolution before submitting their joint status report to the Court. [Dkt. # 471]. Accordingly, the parties asked the Court to extend the deadline for their joint status report, as well as the deadline for Defendants' filing in response to Plaintiffs' declarations, to August 17, 2018. Counsel for Plaintiffs and Defendants had conferred and agreed that additional time was needed to adequately prepare their recommendations for the Court regarding the appointment of a Special Master/Independent Monitor.

Counsel for Plaintiffs and Defendants have continued to confer via email and telephone regarding the Court's Minute Order of July 27, 2018. The parties have exchanged the names and information about possible Special Monitors and have discussed the scope of her or his duties. At the same time, Plaintiffs have recently

1

received additional resumes from potential candidates and need additional time to interview these candidates. Despite their on-going discussions and exchanges of information, the parties need additional time to adequately respond to the Court's Minute Order of July 27, 2018.

The parties therefore respectfully request that the date for their response to this Court's Minute Order of July 27, 2018, be continued for one additional week to and including August 24, 2018.

Dated: August 20, 2018                    Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

/s/*Peter Schey*_____
*Attorneys for Plaintiffs*

Dated: August 20, 2018                    /s/ Sarah Fabian_____

2

SARAH B. FABIAN
Senior Litigation Counsel
District Court Section
Office of Immigration Litigation
*Attorneys for Defendants*

/ / /

3

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 20, 2018, I electronically filed the following document(s):

STIPULATION REQUESTING SECOND EXTENSION OF DUE DATE FOR PARTIES' SUBMISSION(S) RE SPECIAL MASTER/INDEPENDENT MONITOR NOMINATIONS AND DUTIES AND DEFENDANTS' RESPONSES TO PLAINTIFFS' DECLARATIONS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*