Center for Human Rights & Constitutional Law
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Attorneys for plaintiffs*

*(Additional counsel listed next page)*

United States District Court

Central District of California, Western Division

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>  Plaintiffs,<br>- vs -<br><br>Jefferson B. Sessions, Attorney General, U.S. Department of Justice, *et al.*,<br><br>  Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>[Proposed] Order Continuing Due Date of Parties' Submissions re Appointment of a Special Master/Independent Monitor and Defendants' Responses to Plaintiffs' Declarations<br><br>Hearing: N/A |

1 | *Plaintiffs' counsel, continued*

2

3 | LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
            kate.manning@lawfoundation.org
            annettek@lawfoundation.org

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94107
Telephone: (415) 543-3379

/ / /

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

The parties have stipulated to a second one-week continuance of the submission date for the Parties' position(s) regarding the appointment of a Special Master/Independent Monitor and Defendants' filing responding to Plaintiffs' declarations ordered to be filed on August 10, 2018. *See* Minute Order [Docket # 469].

UPON CONSIDERATION of the Parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that the Parties shall file their submission(s) regarding the appointment of a Special Master/Independent Monitor, and Defendants shall filed their response to Plaintiffs' declarations, on or before August 24, 2018.

**IT IS SO ORDERED.**

Dated: August __, 2018

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 20, 2018, I electronically filed the following document(s):

[PROPOSED] ORDER CONTINUING DUE DATE OF PARTIES' SUBMISSIONS RE APPOINTMENT OF A SPECIAL MASTER/INDEPENDENT MONITOR AND DEFENDANTS' RESPONSES TO PLAINTIFFS' DECLARATIONS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*

*Attorney for Plaintiffs*