1

2   CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
    Peter A. Schey (Cal. Bar No. 58232)
3   Carlos Holguín (Cal. Bar No. 90754)
    256 South Occidental Boulevard
4   Los Angeles, CA 90057
    Telephone: (213) 388-8693
5   Facsimile: (213) 386-9484
    Email: pschey@centerforhumanrights.org
6         crholguin@centerforhumanrights.org

7

8   ORRICK, HERRINGTON & SUTCLIFFE LLP
    Elena Garcia (Cal. Bar No. 299680)
9   egarcia@orrick.com
    777 South Figueroa Street, Suite 3200
10  Los Angeles, CA 90017
    Telephone:  (213) 629-2020
11

12  *Attorneys for plaintiffs (listing continues on following page)*

13

14                    UNITED STATES DISTRICT COURT

15          CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16
    JENNY LISETTE FLORES, *et al.*,      ) Case No. CV 85-4544 DMG (AGRx)
17                                       )
                     Plaintiffs,         ) PLAINTIFFS' NOMINATION OF SPECIAL
18                                       ) MASTERS/INDEPENDENT MONITORS
                                         )
19          - vs -                       )
                                         )              [HON. DOLLY M. GEE]
20                                       )
    JEFFERSON B. SESSIONS, ATTORNEY      )
21  GENERAL OF THE UNITED STATES, *et al.*,  )          Hearing: None
                                         )
22                                       )
                     Defendants.         )
23  _____       )

24

25

26

27

28

1

2    *Plaintiffs' counsel, continued:*

3
     LA RAZA CENTRO LEGAL, INC.
4    Michael S. Sorgen (Cal. Bar No. 43107)
5    474 Valencia Street, #295
     San Francisco, CA 94103
6    Telephone: (415) 575-3500

7
     THE LAW FOUNDATION OF SILICON VALLEY
8    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
9    Katherine H. Manning (Cal. Bar No. 229233)
     Annette Kirkham (Cal. Bar No. 217958)
10   152 North Third Street, 3rd floor
11   San Jose, CA 95112
     Telephone:   (408) 280-2437
12   Facsimile:   (408) 288-8850
13   Email: jenniferk@lawfoundation.org
      kate.manning@lawfoundation.org
14    annettek@lawfoundation.org

15   *Of counsel:*

16
     YOUTH LAW CENTER
17   Virginia Corrigan (Cal. Bar No. 292035)
18   832 Folsom Street, Suite 700
     San Francisco, CA 94104
19   Telephone: (415) 543-3379

20

21

22

23

24

25

26

27

28

PLAINTIFFS' NOMINATION
OF SPECIAL MASTER                           ii                CV 85-4544-DMG (AGRX)

1    PLAINTIFFS' PROPOSED MONITORS

2          Jane Doe. Parties stipulate that the name and resume of this nominee may be

3    filed under seal to protect the nominee's professional status.

4          David Muhammad. Resume filed herewith as Exhibit B.

5          Plaintiffs propose the nominees because of their extensive experience as

6    court-approved monitors of compliance with settlements and Court Orders

7    regarding facilities that detain minors and issues relating to the release of minors.

8          Plaintiffs oppose Defendants' nomination of Mr. John Amaya as the Flores

9    Special Master/Independent Monitor. While Mr. Amaya has continued to work in

10   the immigration field, it is not evident that Mr. Amaya has any experience working

11   with detained minors. Currently Mr. Amaya provides immigration representation,

12   but Defendants did not provide evidence that any of his cases consist of

13   representation of detained minors. Additionally, his time at the Department of

14   Justice U.S. Immigration and Customs Enforcement focused on enforcement,

15   prevention, and combating the illegal trade and movement of people. Mr. Amaya

16   does not have experience working in the juvenile justice or child welfare arena and

17   does not possess the necessary experience in juvenile detention standards.

18         Plaintiffs oppose Defendants' nomination of Honorable Michael H.

19   Schneider, Sr. as the Flores Special Master/Independent Monitor. Judge

20   Schneider's biography provides that he does not have any experience working with

21   detained children. More specifically, Judge Schneider does not have any

PLAINTIFFS' RESPONSE TO THIRD          1
PLAINTIFFS' NOMINATIONS SPECIAL MASTER                          CV 85-4544-DMG (AGRX)

immigration, juvenile justice, or child welfare experience. His limited cases on civil rights violations do not provide the necessary experience to adequately monitor detained immigrant children's welfare and the conditions at ICE and CBP facilities.


Dated: August 24, 2018                    Respectfully submitted,

                                          CENTER FOR HUMAN RIGHTS &
                                          CONSTITUTIONAL LAW
                                          Peter A. Schey
                                          Carlos Holguín

                                          /s/*Peter Schey*
                                          *Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 24, 2018, I electronically filed the following document(s): PLAINTIFFS' NOMINATIONS OF SPECIAL MASTERS/INDEPENDENT MONITORS with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*

1