# EXHIBIT B

# DAVID MUHAMMAD

H: 510-746-6111 | david@nicjr.org

## SUMMARY

Experienced leader and manager in the fields of criminal justice, youth development, and violence prevention. An executive with more than 20 years of experience with community based organizations, government agencies, and philanthropic foundations.

## AREAS OF EXPERTISE

- Expert knowledge of the juvenile and criminal justice systems
- Leader in the violence reduction field
- Experience in managing multi-million dollar budgets
- Experience effectively managing a large and unionized labor force
- Effective communication skills and oratorical ability
- Excellent writing skills
- Effective program management and organizational skills
- Media and communications savvy

## EXPERIENCE

**03/2016 to Current**  **Executive Director**
**National Institute for Criminal Justice Reform, NICJR** – Oakland, California
- Lead and manage NICJR, a non-profit organization that provides technical assistance, consulting, research, monitoring, and organizational development services in the areas of juvenile and criminal justice, youth development, and violence prevention.
- NICJR provides consultation, program development, technical assistance, consent decree monitoring, and training to an array of organizations including government agencies, non-profit organizations, and philanthropic foundations.

**05/2015 to 03/2016**  **National Justice Partner**
**Impact Justice** – Oakland, California
- Provided leadership and technical assistance to numerous criminal justice reform initiatives including the Sierra Health Foundation's Positive Youth Justice Initiative and Oakland Police Department's Operation Ceasefire.
- Served as the federal monitor for the *M.H. v Monreal* Illinois Department of Juvenile Justice consent decree, overseeing reforms to juvenile parole in the state.
- Served as a member of the federal Monitoring Team overseeing the settlement agreement between the Department of Justice and the Los Angeles County Sheriff's Department Antelope Valley patrol division.

**01/2014 to 05/2015**  **National Director of Justice Programs**

**National Council on Crime and Delinquency** – Oakland, California

- Managed NCCD's juvenile justice, criminal justice, and violence reduction initiatives and programs across the United States.

**08/2012 to 01/2014**    **Chief Executive Officer**
**Solutions, Inc.** – Oakland, California

- Lead a consulting firm that provided technical assistance and consultation to government agencies, foundations, and non-profit organizations in the areas of juvenile and criminal justice and violence reduction.

**02/2011 to 08/2012**    **Chief Probation Officer**
**Alameda County Probation Department** – Oakland, California

- Served as the Chief Probation Officer for a Probation Department in the 7th largest county in California. Was responsible for a staff of over 600, a $92 million budget, two juvenile facilities, and 17,000 adults and juveniles under supervision.
- Implemented innovative initiatives leveraging philanthropic, county social services and health care funding to bring wraparound services to supervised juveniles and adults resulting in significantly reduced recidivism rates.

**08/2010 to 02/2011**    **Deputy Commissioner**
**New York City Department of Probation** – New York, New York

- Served as Deputy Commissioner of the New York City Probation Department; responsible for management and operations of the adult probation system in the City of New York, including responsibility for 800 staff, 35,000 adult probationers, and a $60 million budget.

**07/2006 to 08/2010**    **Chief of Committed Services**
**Dept. of Youth Rehabilitation Services** – Washington D.C., Washington D.C.

- Responsible for management and operations of a DYRS. In this capacity was responsible for a department of 300 staff, a $42 million budget, and a secure juvenile facility.

**03/2004 to 07/2006**    **Executive Director**
**The Mentoring Center, TMC** – Oakland, California

- Responsible for operations, management, and fund development for a non-profit agency dedicated to juvenile justice prevention, re-entry, and recidivism reduction services.
- In this role doubled the size of the organization's staff and tripled its budget as it became the premier agency serving highly at-risk youth in the Bay Area. While at TMC, contracted by the City of Richmond, CA, to help design the Office of Neighborhood Safety, which has now been credited for bringing significant reductions in violence to the city and is being replicated nationwide.

**09/2001 to 04/2002**    **New California Media** – San Francisco, California
- Television Show Host

**05/1997 to 02/2000**    **Associate Editor**
**Pacific News Service** – San Francisco, San Francisco
- Writer

## EDUCATION AND TRAINING

**2008**   **Georgetown University Public Policy Institute** – Washington D.C.
Certificate in Juvenile Justice Multi System Integration

**2003**   **Systems Dynamics for Senior Managers Certificate**
**MIT Sloan School of Management** – Cambridge, Ma

**1997**   **B.A**
**Howard University** – Washington D.C.
School of Communications

## BOARDS AND COMMISSIONS

- Anti-Recidivism Coalition Board of Directors
- Reset Foundation Board of Directors
- California Alliance for Youth and Community Justice Steering Committee
- Mental Health Association of Washington Board of Directors
- Comprehensive Study of the Alameda County Juvenile Justice System Steering Committee
- City of Richmond, Economic Development Commission
- Richmond Police Department Community Board
- California State Advisory Committee on Foster Care

## ACTIVITIES AND HONORS

- JMK Foundation Innovation Prize Recipient (2017)
- City of Oakland Martin Luther King Humanitarian Award (2006)
- KQED Television (PBS) Local Hero Award (2001)
- Rockefeller Foundation Next Generation Leadership Fellow (2000)
- National Council on Crime and Delinquency Excellence in Journalism Award (1999)
- California Wellness Foundation Community Leadership Fellow (1999)

## Publications and Articles
*(partial listing)*

Reports:
Oakland's Successful Gun Violence Reduction Strategy, 2018. http://nicjr.org/articles

Four Proven Violence Reduction Strategies, 2017. http://nicjr.org/articles

Treat Kids as Kids, 2014. http://nicjr.org/articles

Articles
*Local Restorative Justice Could Be Best Kind of Diversion for Youth*
Juvenile Justice Information Exchange
February 14, 2018

http://jjie.org/2018/02/14/local-restorative-justice-could-be-best-kind-of-diversion-for-youth/

*How the U.S. Can and Should Greatly Reduce Mass Probation*
Juvenile Justice Information Exchange
Jun 7, 2017
http://jjie.org/2017/06/07/how-the-u-s-can-and-should-greatly-reduce-mass-probation/

*Let's Celebrate Our Success and Work Toward Much-Needed Progress*
Juvenile Justice Information Exchange
March 20, 2017
http://jjie.org/…/lets-celebrate-our-success-and-work-towards-much-needed-progress/

*Jurisdictions with Flexible Federal Funds Can Better Invest in Families and Communities*
The Chronicles of Social Change
May 10, 2016
http://chronicleofsocialchange.org/opinion/jurisdictions-flexable-federal-funds-can-better-invest-families-communities/17677

*Juvenile Justice Solutions Should Always Start with Positive Youth Development*
The Chronicles of Social Change
May 9, 2015
http://chronicleofsocialchange.org/opinion/juvenile-justice-solutions-should-always-start-with-positive-youth-development/9615

*20 Years of Flawed Criminal Justice Policy*
National Council on Crime & Delinquency
Nov 3, 2014
http://www.nccdglobal.org/newsroom/nccd-blog/20-years-flawed-criminal-justice-policy

## Biographical Sketch

David Muhammad is a leader in the fields of criminal justice, violence prevention, and youth development. Mr. Muhammad is the Executive Director of the National Institute for Criminal Justice Reform (NICJR).

Through NICJR, David serves as a lead consultant and technical assistant provider to the Sierra Health Foundation's Positive Youth Justice Initiative, supporting probation departments throughout the State of California to transform their juvenile justice practice. David also provides leadership and technical assistance to the CeaseFire Violence Reduction Strategy in the cities of Oakland and Stockton, California. Mr. Muhammad is also a consultant and technical assistant provider to Cities United, a national initiative to drastically reduce the Black male homicide rates in American cities.

Since 2015, Mr. Muhammad has been the federal court appointed monitor overseeing reforms in the Illinois juvenile justice system in the MH v. Monreal Consent Decree. Mr. Muhammad was also recently named the federal monitor in the Morales Settlement Agreement, which requires the Illinois Parole Review Board (PRB) and the Department of Corrections (DOC) to reform its parole system.

David is also a member of the Antelope Valley Monitoring Team which is charged with monitoring the Los Angeles Sherriff's Department's implementation of a federal Settlement Agreement. He was recently appointed

The former Chief Probation Officer of the Alameda County (California) Probation Department, David was responsible for overseeing 20,000 people on probation, a staff of 600, and a $90 million budget.

In 2010, David was named the Deputy Commissioner of the Department of Probation in New York City, the second largest Probation Department in the country, where he was responsible for overseeing 35,000 people on probation and a staff of 900.

David served as the Chief of Committed Services for Washington, DC's, Department of Youth Rehabilitation Services (DYRS). His responsibilities at DYRS included 300 staff, a $42 million annual budget, a juvenile institution, and 900 youth committed to his department's care.

Mr. Muhammad has consulted with several philanthropic foundations to help develop funding initiatives, contribute to strategic plan or provide technical assistance to grantees. David has consulted with the California Wellness Foundation, the California Endowment, the San Francisco Foundation, the Joyce Foundation in the Great Lakes region, and the Pritzker Foundation in Chicago.

David Muhammad was formally the Executive Director of The Mentoring Center in Oakland, CA. Under David's leadership, The Mentoring Center (TMC) doubled in staff size and tripled its budget as it became the premier agency serving highly at-risk youth in the Bay Area.

While at TMC, David was contracted by the City of Richmond, CA to help design the Office of Neighborhood Safety, which has now been credited for bringing significant reductions in violence to the city.

As a graduate of Howard University's School of Communications, David also has an extensive journalism career. Since 1997, Muhammad was a contributing editor and television show host for Pacific News Service in San Francisco. His columns continue to be published in publications around the country. David was the editor of the "Seeking Solutions to Black on Black Crime" series in the Globe Newspapers from 2007-2009.

In December 2003, David completed a course on "Systems Dynamics for Senior Managers" at the MIT Sloan School of Management in Cambridge, MA. In August of 2008, David completed a certificate program on Juvenile Justice Multi-System Integration at the Georgetown Public Policy Institute.