1    CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
2    Peter A. Schey (Cal. Bar No. 58232)
    Carlos Holguín (Cal. Bar No. 90754)
3    256 South Occidental Boulevard
4    Los Angeles, CA  90057
    Telephone: (213) 388-8693
5    Facsimile: (213) 386-9484
6    Email: pschey@centerforhumanrights.org
           crholguin@centerforhumanrights.org
7

8    ORRICK, HERRINGTON & SUTCLIFFE LLP
    Elena Garcia (Cal. Bar No. 299680)
9    egarcia@orrick.com
10   777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
11   Telephone:  (213) 629-2020

12

    *Attorneys for plaintiffs (listing continues on following page)*
13

14                     UNITED STATES DISTRICT COURT

15           CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

16

17    JENNY LISETTE FLORES, *et al.*,     ) Case No. CV 85-4544 DMG (AGRx)
                            )
18         Plaintiffs,        ) NOTICE OF LODGING [PROPOSED] ORDER
                            ) RE SPECIAL MASTER/INDEPENDENT
19      - vs -             ) MONITOR
                            )
20                             )
    JEFFERSON B. SESSIONS, ATTORNEY     )        [HON. DOLLY M. GEE]
21    GENERAL OF THE UNITED STATES, *et al.*,     )
                            )
22               Defendants.      )        Hearing: None
23    _____ )

24

25

26

27

28

1

2   *Plaintiffs' counsel, continued:*

3
    LA RAZA CENTRO LEGAL, INC.
4   Michael S. Sorgen (Cal. Bar No. 43107)
    474 Valencia Street, #295
5   San Francisco, CA 94103
    Telephone: (415) 575-3500
6

7
    THE LAW FOUNDATION OF SILICON VALLEY
8   Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
    Katherine H. Manning (Cal. Bar No. 229233)
9   Annette Kirkham (Cal. Bar No. 217958)
    152 North Third Street, 3rd floor
10  San Jose, CA 95112
    Telephone:   (408) 280-2437
11  Facsimile:   (408) 288-8850
    Email: jenniferk@lawfoundation.org
12   kate.manning@lawfoundation.org
     annettek@lawfoundation.org
13

14  *Of counsel:*

15
    YOUTH LAW CENTER
16  Virginia Corrigan (Cal. Bar No. 292035)
    832 Folsom Street, Suite 700
17  San Francisco, CA 94104
    Telephone: (415) 543-3379
18

19

20

21

22   / / /

23

24

25

26

27

28

PLAINTIFFS' NOTICE OF LODGING
PROPOSED ORDER RE SPECIAL MASTER                ii                CV 85-4544-DMG (AGRX)

1    Plaintiffs' hereby lodge the attached [Proposed] Order Re Special

2

3    Master/Independent Monitor

4    Dated: August 24, 2018                    Respectfully submitted,

5                                              CENTER FOR HUMAN RIGHTS &
                                               CONSTITUTIONAL LAW
6                                              Peter A. Schey

7                                              Carlos Holguín

8                                              ORRICK, HERRINGTON & SUTCLIFFE LLP
9                                              Elena García

10                                             LA RAZA CENTRO LEGAL, INC.
                                               Michael Sorgen
11

12                                             LAW FOUNDATION OF SILICON VALLEY -
                                               LEGAL ADVOCATES FOR CHILDREN &
13                                             YOUTH
                                               Jennifer Kelleher Cloyd
14                                             Katherine H. Manning
15                                             Annette Kirkham

16                                             Of counsel:

17                                             YOUTH LAW CENTER
18                                             Virginia Corrigan

19

20                                             /s/*Peter Schey*_____
                                               *Attorneys for Plaintiffs*
21

22   / / /

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 24, 2018, I electronically filed the following document(s):

- NOTICE OF LODGING [PROPOSED] ORDER RE SPECIAL MASTER/INDEPENDENT MONITOR

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*