1   CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
2   Peter A. Schey (Cal. Bar No. 58232)
    Carlos Holguín (Cal. Bar No. 90754)
3   256 South Occidental Boulevard
    Los Angeles, CA  90057
4   Telephone: (213) 388-8693
    Facsimile: (213) 386-9484
5   Email: crholguin@centerforhumanrights.org
            pschey@centerforhumanrights.org
6
7   ORRICK, HERRINGTON & SUTCLIFFE LLP

8   Elena Garcia (Cal. Bar No. 299680)
    777 South Figueroa Street, Suite 3200
9   Los Angeles, CA 90017
    Telephone:     (213) 629-2020
10  Email: egarcia@orrick.com

11

12  *Attorneys for plaintiffs (listing continues on following page)*

13                  UNITED STATES DISTRICT COURT
              CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION
14

15  JENNY LISETTE FLORES, *et al.*,          )   Case No. CV 85-4544 DMG (AGRx)
                                             )
16          Plaintiffs,                      )   EXHIBIT 1 TO PLAINTIFFS'
                                             )   MEMORANDUM RE CBP FACILITIES
17  - vs -                                   )   SUBJECT TO MONITORING
                                             )
18  JEFFERSON B. SESSIONS, ATTORNEY GENERAL  )
    OF THE UNITED STATES, *et al.*,          )
19                                           )
                                             )
20          Defendants.                      )    [HON. DOLLY M. GEE]
    _____      )
21                                               Hearing: July 27, 2018
                                                 Time: 10 AM
22

23

24

25

26

27

28

1

*Plaintiffs' counsel, continued*

2

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)

3

474 Valencia Street, #295
San Francisco, CA 94103

4

Telephone: (415) 575-3500

5

THE LAW FOUNDATION OF SILICON VALLEY

6

LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM

7

Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)

8

Annette Kirkham (Cal. Bar No. 217958)

9

152 North Third Street, 3rd floor
San Jose, CA 95112

10

Telephone:     (408) 280-2437
Facsimile:      (408) 288-8850

11

Email: jenniferk@lawfoundation.org

12

            kate.manning@lawfoundation.org
            annettek@lawfoundation.org

13

*Of counsel:*

14

15

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)

16

832 Folsom Street, Suite 700
San Francisco, CA 94104

17

Telephone: (415) 543-3379

18

19

*/ / /*

20

21

22

23

24

25

26

27

28

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM
ii
CV 85-4544-DMG (AGRX)

EXHIBIT 1

For the convenience of the Court, in this exhibit Plaintiffs excerpt some of their exhibits divided by facility into subject matters relevant to the Court's status conference regarding compliance with the *Flores* Agreement and Defendants' monitoring reports.

Dated: August 24, 2018    Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan

/s/*Peter Schey*_____
*Attorneys for Plaintiffs*

# **TABLE OF CONTENTS**

I.  CHULA VISTA .................................................................................. 1

   A.  CLASS MEMBERS ARE PROVIDED INADEQUATE AND EDIBLE FOOD AT BORDER
   PATROL STATIONS .......................................................................... 1

   B.  CLASS MEMBERS ARE NOT PROVIDED ACCESS TO CLEAN DRINKING WATER AT
   BORDER PATROL STATIONS ............................................................... 1

   C.  CLASS MEMBERS ARE SUBJECT TO UNSANITARY CONDITIONS IN BORDER
   PATROL STATIONS .......................................................................... 2

   D.  CLASS MEMBERS ARE SUBJECT TO UNHEALTHY COLD CONDITIONS IN BORDER
   PATROL STATIONS .......................................................................... 2

   E.  CLASS MEMBERS ARE SUBJECT TO HARMFUL IMPEDIMENTS TO NORMAL SLEEP
   IN BORDER PATROL STATIONS ........................................................... 3

   F.  DEFENDANTS FAIL TO MAKE PROMPT AND ONGOING EFFORTS TO RELEASE
   CLASS MEMBERS ........................................................................... 3

II.  EL CENTRO ................................................................................... 4

   A.  CLASS MEMBERS ARE PROVIDED INADEQUATE AND EDIBLE FOOD AT BORDER
   PATROL STATIONS .......................................................................... 4

   B.  CLASS MEMBERS ARE NOT PROVIDED ACCESS TO CLEAN DRINKING WATER AT
   BORDER PATROL STATIONS ............................................................... 5

   C.  CLASS MEMBERS ARE SUBJECT TO UNSANITARY CONDITIONS IN BORDER
   PATROL STATIONS .......................................................................... 6

   D.  CLASS MEMBERS ARE SUBJECT TO UNHEALTHY COLD CONDITIONS IN BORDER
   PATROL STATIONS .......................................................................... 7

   E.  CLASS MEMBERS ARE SUBJECT TO HARMFUL IMPEDIMENTS TO NORMAL SLEEP
   IN BORDER PATROL STATIONS ........................................................... 7

   F.  DEFENDANTS FAIL TO MAKE PROMPT AND ONGOING EFFORTS TO RELEASE
   CLASS MEMBERS ........................................................................... 9

III.  SAN YSIDRO ............................................................................... 11

   A.  CLASS MEMBERS ARE SUBJECT TO UNHEALTHY COLD CONDITIONS IN BORDER
   PATROL STATIONS ........................................................................ 11

   B.  CLASS MEMBERS ARE SUBJECT TO HARMFUL IMPEDIMENTS TO NORMAL SLEEP
   IN BORDER PATROL STATIONS ......................................................... 11

   C.  DEFENDANTS FAIL TO MAKE PROMPT AND ONGOING EFFORTS TO RELEASE
   CLASS MEMBERS .......................................................................... 12

IV.  SANTA TERESA ........................................................................... 14

A.  CLASS MEMBERS ARE PROVIDED INADEQUATE AND EDIBLE FOOD AT BORDER
PATROL STATIONS ................................................................................................14

B.  CLASS MEMBERS ARE NOT PROVIDED ACCESS TO CLEAN DRINKING WATER AT
BORDER PATROL STATIONS ............................................................................15

C.  CLASS MEMBERS ARE SUBJECT TO HARMFUL IMPEDIMENTS TO NORMAL SLEEP
IN BORDER PATROL STATIONS ........................................................................15

D.  DEFENDANTS FAIL TO ADVISE CLASS MEMBERS ABOUT THEIR FLORES RIGHTS
15

V.  TUCSON ........................................................................................................16

A.  CLASS MEMBERS ARE PROVIDED INADEQUATE AND EDIBLE FOOD AT BORDER
PATROL STATIONS ............................................................................................16

B.  CLASS MEMBERS ARE NOT PROVIDED ACCESS TO CLEAN DRINKING WATER AT
BORDER PATROL STATIONS ............................................................................16

C.  CLASS MEMBERS ARE SUBJECT TO UNSANITARY CONDITIONS IN BORDER
PATROL STATIONS ............................................................................................17

D.  CLASS MEMBERS ARE SUBJECT TO UNHEALTHY COLD CONDITIONS IN BORDER
PATROL STATIONS ............................................................................................17

E.  CLASS MEMBERS ARE SUBJECT TO HARMFUL IMPEDIMENTS TO NORMAL SLEEP
IN BORDER PATROL STATIONS ........................................................................18

F.  DEFENDANTS FAIL TO ADVISE CLASS MEMBERS ABOUT THEIR FLORES RIGHTS
19

VI.  YUMA ..........................................................................................................19

A.  CLASS MEMBERS ARE PROVIDED INADEQUATE AND EDIBLE FOOD AT BORDER
PATROL STATIONS ............................................................................................19

B.  CLASS MEMBERS ARE NOT PROVIDED ACCESS TO CLEAN DRINKING WATER AT
BORDER PATROL STATIONS ............................................................................21

C.  CLASS MEMBERS ARE SUBJECT TO UNHEALTHY COLD CONDITIONS IN BORDER
PATROL STATIONS ............................................................................................22

D.  CLASS MEMBERS ARE SUBJECT TO HARMFUL IMPEDIMENTS TO NORMAL SLEEP
IN BORDER PATROL STATIONS ........................................................................25

E.  DEFENDANTS FAIL TO ADVISE CLASS MEMBERS ABOUT THEIR FLORES RIGHTS
27

F.  DEFENDANTS FAIL TO MAKE PROMPT AND ONGOING EFFORTS TO RELEASE
CLASS MEMBERS................................................................................................30

/ / /

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    v                    CV 85-4544-DMG (AGRX)

1

I.   CHULA VISTA

2

### A. Class members are provided inadequate and edible food at Border Patrol Stations

3

4

"I did not receive any food for a full day after apprehension...The food I have received in the facility consist of one small burrito that is not hot enough, two crackers, a juice for every meal. I have not been offered any fruit or vegetables. The quantity is not enough, and I have been hungry since I arrived." Declaration of Devis U., Ex. 151 [Dkt. #462-9] ¶¶ 20, 2 (Chula Vista CBP).

5

6

7

8

"Since I arrived yesterday, I have had some food brought to my room. In the last 24 hours, I was fed cookies and juice only. There was nothing else provided. This morning I ate cookies and juice again." Declaration of Manish K. Ex. 150 [Dkt. #462-9] ¶ 7 (Chula Vista CBP).

9

10

11

"For food, I am given a filled tortilla, a package of crackers and some juice. I am given the filled tortilla twice a day, but I receive the crackers and juice an additional one to two times a day...There is not enough food so I am always hungry and the filled tortilla does not taste good. I only eat it because I am so hungry. Declaration of Sandeep Singh, Ex. 149 [Dkt. #462-9] ¶ 17, 18 (Chula Vista CBP).

12

13

14

15

16

"The food at this facility consists of only bean burrito, a cookie, and some juice for breakfast, lunch and dinner." Declaration of Alma R. (Mother of M.), Ex. 38 [Dkt. #462-4] ¶ 4 (Chula Vista CBP).

17

18

### B. Class members are not provided access to clean drinking water at Border Patrol stations

19

20

"My access to drinking water is only from the tap but there are no cups." declaration of Sandeep S. Ex. 149 [Dkt. #462-9] ¶ 15.

21

22

"The only water available is from a drinking fountain and no cups are available." Declaration of Alma R. (Mother of M.), Ex. 38 [Dkt. #462-4] ¶ 4.

23

24

"In order to receive any water, I have to ask a guard in order to get a small cup of water." Declaration of Devis U., Ex. 151 [Dkt. #462-9] ¶ 19. [Discussion of Detention center]

25

26

27

28

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM          1          CV 85-4544-DMG (AGRX)

"My access to drinking water is only from the tap but there are no cups." Declaration of Sandeep S. Ex. 149 [Dkt. #462-9] ¶ 16.

### C. Class members are subject to unsanitary conditions in Border Patrol stations

"In the restrooms, there was toilet paper, but no soap or hot water. The restrooms out in the open where we sleep and are detained..... We were not provided a chance to shower.... We were not provided a toothbrush but only a sponge on a stick for dental hygiene." Declaration of Alma R. (Mother of M.), Ex. 38 [Dkt. #462-4] ¶ 6, 7, 8.

"The restrooms in this facility are not private and are in the open. The other five kids in my room can see when I use the toilet....There is a sink to wash my hands, but it does not have soap or hot water....I have been able to shower once since arriving at this facility. the shower is the only privacy I receive." Declaration of Sandeep S. Ex. 149 [Dkt. #462-9] 14, 15, 19.

"The toilet and sink are not closed off from the rest of the room, so when any of the six of us use the toilet, there is no privacy." Declaration of Sachin K. Ex. 152 [Dkt. # 462-9] 11.

"We were not given any towels or soap. I really wish we had some soap, but we were not given anything." Declaration of Sachin K. Ex. 152 [Dkt. # 462-9] ¶ 12.

"In the restrooms we have access to toilet paper but not hot water or soap." After asking a guard if I could shower, I was told they do not have shower, soap, or towels available. I have not been able to shower once in the four days since I have been here." "I also have not been able to brush my teeth since I arrived four days ago." The restrooms are not private and are out in the open. The sinks do not have hot water, nor is soap available." Declaration of Devis U., Ex. 151 [Dkt. #462-9] ¶ 14, 15, 16, 18.

### D. Class members are subject to unhealthy cold conditions in Border Patrol stations

"The temperature where I am kept is too cold....I have only been given a thin metallic blanket to keep warm, but I am still cold." Declaration of Sandeep S. Ex. 149 [Dkt. #462-9] ¶ 21,22 (Chula Vista CBP)..

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                     2                     CV 85-4544-DMG (AGRX)

" ... [I]t's difficult to sleep because it is cold."  Declaration of Devis U., Ex. 151 [Dkt. #462-9] ¶ 5, 8 (Chula Vista CBP).

"I just have a thin plastic cover to sleep under. It is really cold in this room all the time." Declaration of Manish K. Ex. 150 [Dkt. #462-9] ¶ 5 (Chula Vista CBP)..

### E.  Class members are subject to harmful impediments to normal sleep in Border Patrol stations

"I had to sleep on the ground for one night, but I have been given a bed to sleep in the last two nights. I have not been provided with a pillow and only have the thin metallic blanket to cover myself. The temperature is too cold to sleep and the lights are left on all night making it hard to sleep." Declaration of Sandeep ., Ex. 149 [Dkt. #462-9] ¶ 23.

"I have only been provided a thin aluminum type blanket." "The first night, I had to sleep on a bench without a pillow or blanket. The second night, I still had to sleep on the bench without a pillow but was given a thin metallic blanket. ... I am barely able to get any sleep because of the conditions." "My first night in detention I asked a guard for a blanket and the guard simply yelled no at me and told me to go to sleep."  Declaration of Devis U., Ex. 151 [Dkt. #462-9] ¶ 5,6,7.

"The beds have a mattress and a plastic cover. There is no sheet, blankets or pillows. I just have a thin plastic cover to sleep under. It is really cold in this room all the time. There is also a bright light that is on all the time, day and night." Declaration of Manish K. Ex. 150 [Dkt. #462-9] ¶ 5.

### F.  Defendants fail to make prompt and ongoing efforts to release class members

"A Customs and Border Patrol ("CBP") agent called my brother in Florida. The CBP agent spoke with my brother himself while I listened. The CBP agent asked my brother if my brother had enough money to transport us to Florida and that releasing us to Florida would happen faster if he could afford our transportation. My brother stated that he could not afford our transportation." Declaration of Alma R. (Mother of M.), Ex. 38 [Dkt. #462-4] ¶ 10 (Chula Vista CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                     3                     CV 85-4544-DMG (AGRX)

"My mother and my thirty-six year old sister currently live in the United States...I believe both my mother and sister would be willing to provide me a place to live and support me." Declaration of Devis U., Ex. 151 [Dkt. #462-9] ¶¶ 22, 23 (Chula Vista CBP).

"I was never told that I could have access to free legal assistance, or that I could ask for a court hearing." Declaration of Manish K. Ex. 150 [Dkt. #462-9] ¶ 11 (Chula Vista CBP).

II.   EL CENTRO

### A. Class members are provided inadequate and edible food at Border Patrol Stations

"They feed us two burritos per day but it isn't enough. I have an allergy to gluten so I'm afraid to eat the burrito because it might make me sick .[I am] not eating enough, my milk is drying up, so my daughter is also hungry, and not getting enough to eat." Declaration of Denia M. (Mother of Zoe V.), Ex. 42 [Dkt. #462-4] ¶ 10 (El Centro CBP).

"When I came here, I did not get any food until midnight, about 17 hours after I was captured. I am hungry and I am not getting enough food. Since I came here, I have been given 3 small burritos to eat, over three days. I have also gotten salty crackers and 2 juice drinks. I feel weak because there is not enough to eat. Sometimes the burritos they give us are not warm, or not cooked. I eat the burritos because I am hungry but they make me feel terrible and sick." Declaration of Erick L., Ex. 61 [Dkt. #462-5] ¶ 7, 8, 9, 22, 23, 24 (El Centro CBP).

"The first time I was given food at this facility was about 6 am this morning, 14.5 hours after I arrived. I was given a small burrito, some cookies and a juice. The burrito had been frozen and was not cooked enough. It was still frozen in the middle. The meal was not enough food for me I'm still hungry" Declaration of Manuel A., Ex. 43 [Dkt. #462-4] ¶ 4 (El Centro CBP).

"My children were given juice when they asked and some crackers. They did not receive a meal until around 11:00 P.M., eleven hours after we encountered border patrol ... The water here smells strongly of chlorine, but there is nothing

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                        4            CV 85-4544-DMG (AGRX)

I can do about it, so my children drink it. We have been offered food, bean burritos, three times a day. We are getting dinner around 11:00 P.M., when we are sleeping." Declaration of Marlyn E. (mother of Claudia V. and Emerson Y.), Ex. 39 [Dkt. #462-4] ¶ 4 (El Centro CBP).

"When we arrived at El Centro around 9:00 a.m. my son got crackers and a juice. The only other food he was offered that day was a bean burrito. He was crying and wanted to eat. The next day he got cereal, milk, and a fruit squeeze for breakfast and lunch, and a burrito for dinner. Dinner was at 11:00 p.m. My son was crying because he was so hungry. He only ate one bite of his burrito because it makes him sick." Declaration of Floridalma L. (mother of Broswin R.), Ex. 31 [Dkt. #462-4] ¶ 5 (El Centro CBP).

"Since I arrived they only gave me food this morning around 9 a.m. It was not enough and I am hungry." Declaration of Emilson E., Ex. 60 [Dkt. #462-5] ¶ 4 (El Centro CBP).

"I was offered food in the evening. I am hungry and have not been able to eat for the past 3 days. They offered me a burrito and juice and I can only take the juice, when I tried to eat the burrito I vomited." Declaration of Baljit K. (Mother of Lovepreet S.) Ex. 47 [Dkt. #462-4] ¶ 4 (El Centro CBP).

"My daughters Angely A.-Hernandez A. and Alisson A.-Hernandez are fed three times a day. They get a burrito, cracker and juice to eat at each meal. I only get to eat twice a day … We are all hungry and thirsty." Declaration of Sandra M. (mother of Angely A. and Alisson A.), Ex. 65 [Dkt. #462-5] ¶ 4 (El Centro CBP).

**B. Class members are not provided access to clean drinking water at Border Patrol stations**

"There is a water container in the room. It tastes bad- like chlorine. There are no cups. I use my juice container. When it's empty sometimes they don't fill it right away." Declaration of Erick L., Ex. 61 [Dkt. #462-5] ¶ 17 (El Centro CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                5                CV 85-4544-DMG (AGRX)

### C. Class members are subject to unsanitary conditions in Border Patrol stations

"The bathroom in the room I'm staying is dirty. It has not been cleaned since I arrived. I have not given an opportunity to shower since I arrived." Declaration of Manuel A., Ex. 43 [Dkt. #462-4] ¶ 7.

"The toilet is clean, but there is no soap and the room smells because of the trash in the bathroom. we have not showered, there is no place to shower. There are no hygiene products." Declaration of Baljit K.Mother of Lovepreet S. Ex. 47 [Dkt. #462-4] ¶ 1.

"There is someone who has been here a week, who has her period, who has not been able to bathe, and my children have not bathed. There is a toilet in the corner of the room with a half-way wall and a sink with water. People wash bottles in the sink. There is a child here with diarrhea who is always using the bathroom. He is sick from the bean burritos. There are no toothbrushes, hairbrushes, or soaps or towels. The room is dirty now, they have not cleaned it today." Declaration of Marlyn E. (spouse of Kevin A. and mother of Claudia V. and Emerson Y.), Ex. 39 [Dkt. #462-4] ¶ 7-9.

"There is no soap in the room to wash our hands or brush our teeth...none of us have had a shower since we have been here." Declaration of Sandra Marilu Hernandez-Mendez (mother of Angely A. and Alisson A., Ex. 65 [Dkt. #462-5] ¶ 4-5.

We are not given soap to wash, I have not had a shower since I arrived." Declaration of Marcedonio P. (father of Brayan), Ex. 63 [Dkt. #462-5] ¶ 8.

"On Wednesday afternoon, I was given my first opportunity to shower in this facility." Declaration of Jeydi I. (daughter of Catalicio F.), Ex. 40 [Dkt. #462-4] ¶ 10.

"There is a toilet in our room, with no walls around it. There is a sink above the toilet. We hold up our blankets to give privacy when someone is using the bathroom. There is a 12-year-old boy and a 10-year-old in the room with us. We have no toothbrushes, soap, towels, or hairbrushes. A woman in my room had her period and asked for a tampon. She received one but was denied a second. She did not get another for around 20 hours, so was using toilet paper.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    6              CV 85-4544-DMG (AGRX)

Later she was sent to shower and got more tampons." Declaration of Floridalma L. (mother of Broswin R.), Ex. 31 [Dkt. #462-4] ¶ 8, 9.

"The bathroom is in our room. There is no privacy. It is dirty and they don't clean it. They come and clean the floors every day, but they don't clean the toilet. There is no soap to wash hands or face. I have not been offered clean clothes. I get a shower on Wednesday, two days after coming here. There was shampoo but no towel to dry off." Declaration of Erick L., Ex. 61 [Dkt. #462-5] ¶ 15, 16.

"I have not been able to shower and I need one." Declaration of Dennis M., Ex. 59 [Dkt. #462-5] ¶ 5.

### D. Class members are subject to unhealthy cold conditions in Border Patrol stations

"We sleep with our heads on the mattresses and our bodies on the cement floor because there are only two mattresses for eight people. The floor is very cold. My son and I share one aluminum blanket. My son sleeps a little on a corner of the mattress, because the floor is too cold. I cannot sleep because it is too cold." Declaration of Floridalma L. (mother of Broswin R.), Ex. 31 [Dkt. #462-4] ¶ 8 (El Centro CBP).

"It is very cold for me in the room, without a blanket" Declaration of Manuel A., Ex. 43 [Dkt. #462-4] ¶ 6 (El Centro CBP).

"There are not enough blankets for us all to use when we try to sleep. I was very cold at night and there was nowhere to sleep." Declaration of Dennis M., Ex. 59 [Dkt. #462-5] ¶ 4 (El Centro CBP).

### E. Class members are subject to harmful impediments to normal sleep in Border Patrol stations

"There were only seven mats for sleeping so some of us slept sitting up. We had paper blankets… we had to step over others in order to go to the bathroom" Declaration of Denia M. (Mother of Zoe V.), Ex. 42 [Dkt. #462-4] ¶ 5.

"I am kept in a room with 12 other boys, ages 15-18 (approximately). We have 3 cushions and 4 or 5 blankets between us. I do not have a blanket. Five of us are able to sleep in the cushion at a time, because we push the cushions

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    7                    CV 85-4544-DMG (AGRX)

together and sleep close together, Others sleep in the benches that are on the walls, or on the floor" Declaration of Manuel A., Ex. 43 [Dkt. #462-4] ¶ 6.

"The lights are on all night. There are usually around  3 mothers and 3 children in the room. There is one mattress for each mother to share with her children. " Declaration of Abidalia G. (Mother of Osbelio B.), Ex. 45 [Dkt. #462-4] ¶ 6.

"I have a sleeping mat and a blanket, and I share it with my son. All of the women have 1 mat and 1 blanket to share with their child. I did not receive a mat until my second day here. Everyone that arrives later in the day must share with the women already here." Declaration of Baljit K.Mother of Lovepreet S. Ex. 47 [Dkt. #462-4] ¶ 8.

"The temperature here is cold at night. The lights are kept on all night. it is difficult to sleep. We put our plastic sheet over our heads. There are 10 mattresses, which we all share among 20 people." Declaration of Marlyn E. (spouse of Kevin A. and mother of Claudia V. and Emerson Y.), Ex. 39 [Dkt. #462-4] ¶ 5-6.

"There are not enough mattresses for all of the kids. The adults sleep on benches. The last two days the temperature has been kept very low and we have been cold. There is nothing in the room for the kids to play with- no games, cards, or toys. None of us have had a shower since we have been here. The lights are on all the time. My daughters are not able to sleep very well because it is always light. We have not been outside of the room." Declaration of Sandra Marilu Hernandez-Mendez (mother of Angely A. and Alisson A.), Ex. 65 [Dkt. #462-5] ¶ 5-6.

"The room that I have been in does not have enough blankets for all the men who are in the room. The lights are kept on in the room at all times. I don't know whether it is night or day. We are not given soap to wash, I have not had a shower since I arrived." Declaration of Marcedonio P. (father of Brayan), Ex. 63 [Dkt. #462-5] ¶ 7, 8.

"In my cell, there are 2 chairs for sitting and 4 cushions for sleeping. All shared between 10 women." Declaration of Jeydi I. (daughter of Catalicio F.), Ex. 40 [Dkt. #462-4] ¶ 5, 6.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                8                CV 85-4544-DMG (AGRX)

"The room we are in is crowded ... We have two mattresses to share. We sleep with our heads on the mattresses and our bodies on the cement floor because there are only two mattresses for eight people. The floor is very cold. My son and I share one aluminum blanket ... I cannot sleep because it is too cold. The lights are on all night. We don't know what time it is because the lights are always on." Declaration of Floridalma L. (mother of Broswin .), Ex. 31 [Dkt. #462-4] ¶ 7, 8.

"The room I am being has only three mattresses. 18 women are in this room. Three are teenager/minors. The other are women. We have 15 sheets of nylon. We asked for more mattresses but the officers said no. Some of us sleep on the benches, some of us in the mattresses, some on the cement floor. It was very cold." "The light stays on all night" Declaration of Anet M. ., Ex. 32 [Dkt. #462-4] ¶ 9, 11.

"There are only 3 mattresses in my cell and about 8 people." Declaration of Emilson E., Ex. 60 [Dkt. #462-5] ¶ 7.

"The room is always very cold. The guards took my sweater. I sleep on the floor. There are 3 mattresses, but the boys from Honduras have taken them. All the other boys sleep on the floor. I have a nylon blanket but I am cold. I cannot sleep because the lights are on all the time."  Declaration of Erick L., Ex. 61 [Dkt. #462-5] ¶ 18, 19, 20.

"The room I am in has about 13 boys. There are not enough blankets for us all to use when we try to sleep. I was very cold at night and there was nowhere to sleep. The lights are kept on all the time." Declaration of Dennis M., Ex. 59 [Dkt. #462-5] ¶ 4, 5.

### F. Defendants fail to make prompt and ongoing efforts to release class members

"We have a relative in nebraska who will help us establish ourselves in the United States. After I arrived here, the employees here helped me call my father's cousin, who lives in Nebraska. He answered and told them that me and my father could stay with him at his house. I have not been told anything about what will happen to me next." Declaration of Jeydi I. (daughter of Catalicio F.), Ex. 40 [Dkt. #462-4] ¶ 2, 9 (El Centro CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    9                    CV 85-4544-DMG (AGRX)

"As of today 6/15 she has not received any written notice of her daughter's legal right. Have not gone to court. Not access to a phone to make a call. They only asked her for contact info. of who will receive her & daughter in USA. She provided their contact info." Declaration of Eydi Y. Ex. 96 [Dkt. # 462-7] ¶ 12 (El Centro CBP).

"My brother lives in Virginia. [He] came 5 years ago for similar reasons. Fleeing constant danger. We planned to go to him." Declaration of Norin U. Ex. 91 [Dkt. # 462-6] Page 2. (El Centro CBP)

"My mom talked to my uncle when we arrived, I have not talked to anyone." "No one has told me when I will get to leave this facility. I am afraid to go back to Michoacan because I don't want to me or my mom to get hurt." Declaration of Alexander G., Ex. 138 [Dkt. #462-9] ¶ 7, 9. (El Centro CBP)

"I came to join my sister Glenda Esmeralda Castro who is 26-27 years-old. They asked for my sister's address and she gave it to them. I don't know what else they asked her. They asked her for my info and whether she helped me to come. She knew I was coming, and helped me at home, but I came on my own." Declaration of Dinora C. (mother of Rigoberto C.), Ex. 29 [Dkt. #462-3] page 1 and 3. (El Centro CBP)

"I was told I was going to see an immigration judge. I was given a paper to sign about eight times. I think it was in english. I didn't know what it said. They took it after I signed it." Declaration of Marlyn E. (spouse of Kevin A. and mother of Claudia V. and Emerson Y.), Ex. 39 [Dkt. #462-4] ¶ 11 (El Centro CBP).

"They told Kevin that he did not have access to a lawyer or a chance to go in front of a judge." Declaration of Marlyn E. (spouse of Kevin A. and mother of Claudia V. and Emerson Y.), Ex. 39 [Dkt. #462-4] ¶ 15 (El Centro CBP).

"No one talked to me about my rights, or said that I could go before an immigration judge."  Declaration of Floridalma L. (mother of Broswin R.), Ex. 31 [Dkt. #462-4] ¶ 12 (El Centro CBP).

"I have not asked for a lawyer. I was told that I could see a judge or a lawyer. I was not told that I have legal rights." Declaration of Erick L., Ex. 61 [Dkt. #462-5] ¶ (El Centro CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    10                  CV 85-4544-DMG (AGRX)

## III.   SAN YSIDRO

### A.  Class members are subject to unhealthy cold conditions in Border Patrol stations

"The room is very crowded and very cold. When the kids in the room make a lot of noise, the guards turn down the temperature to make it even colder." Declaration of Cesia B. Ex. 144 [Dkt. #462-9] ¶ 7 (San Ysidro CBP).

"I was cold last night even though I had a blanket.  The AC is on all day." Declaration of Vanessa R., Ex. 137 [Dkt. #462-9] ¶7 (San Ysidro CBP)

"It's always cold in our room. The AC is always on." Declaration of Rosalva P. (mother of Ana, Daysi, Alexis, and Emilio P., Ex. 130 [Dkt. #462-8] ¶ 7,8 (San Ysidro CBP).

"They never turn off the AC and he's very cold at night. Won't give him any extra blankets." Declaration of Mauricio B., Ex. 129 [Dkt. #462-8] ¶ 8 (San Ysidro CBP).

"The temperature inside the room is very cold. No one asked for the temperature to be adjusted. It is difficult to sleep because of the temperature." Declaration of Alma S., Ex. 44 [Dkt. #462-4] ¶ 6 (San Ysidro CBP).

The A/C is always running, it's very cold." Declaration of Owen E., Ex. 131 [Dkt. #462-8] ¶ 6 (San Ysidro CBP).

### B.  Class members are subject to harmful impediments to normal sleep in Border Patrol stations

"I went into a separate room. They were nine other boys there already. The room was small. It is exactly 10 paces by 11 paces, by my footsteps." "Sometimes when we sleep, the room is so small that our bodies touch." Declaration of Alan C., Ex. 138 [Dkt. #462-9] ¶ 5, 7, 8.

"When we arrived there were approximately 50 people in the room and there was not any additional room for more mats. The room was very crowded." Declaration of Dinora C. (mother of Rigoberto C.), Ex. 29 [Dkt. #462-3] ¶ 9.

"I am in a room with my mother and my four siblings. The room is quite small. There are approximately 50 people in the room - 20 of them are adults. There

EXHIBIT 1 TO PLAINTIFFS' MEMORANDUM                11                CV 85-4544-DMG (AGRX)

is not enough room for everyone to put their mat down and sleep at the same time .... It is difficult to sleep because people are very close together." Declaration of Alma S., Ex. 44 [Dkt. #462-4] ¶ 9.

"There are about fifty (50) to sixty (60) people in the room where I am staying. The room is very crowded and very cold." Declaration of Cesia B. Ex. 144 [Dkt. #462-9] ¶ 7.

"The room here is very crowded, there are about thirty-five adults and many children in the room. The room is approximately twenty-five (25) by fifteen (15) feet." Declaration of Gladys E., Ex. 141 [Dkt. #462-9] ¶ 3.

"There are at least 25 women and 10 children, boys and girls. The room is 20 foot paces long by 20 foot paces wide." Declaration of Hazlyn D., Ex. 139 [Dkt. # 462-9] ¶ 3.

"There are about fifty (50) to sixty (60) people in the room where I am staying. The room is very crowded and very cold." Declaration of Lexyer B., Ex. 143 [Dkt. #462-9] ¶ 7.

"I am staying in a room with approximately thirty (30) or forty (40) other mothers and children. The room is very crowded." Declaration of Serafin S. Ex. 133 [Dkt. #462-8] ¶ 5.

"The reason my body hurts is that we're crowded and we have to sleep in uncomfortable positions ... it's very crowded. If people were standing with arms outstretched touching fingers, the room would be two people by three people in length/width." Declaration of Timofei F., Ex. 34 [Dkt. # 462-4] ¶ 7.

**C. Defendants fail to make prompt and ongoing efforts to release class members**

"I have become aware from others that we are not allowed to use the phone, and no one has provided me access. I have one aunt in the United States, she is a citizen, her name is Cecilia ., and she lives in California. If I could, of course I would like to be released to my aunt. No one has asked me if there is an adult in the U.S. that I could go live with." Declaration of Alan C., Ex. 138 [Dkt. #462-9]145 ¶ 15. (SanYsidro CBP)

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM          12          CV 85-4544-DMG (AGRX)

"I am trying to take my children to my son's godmother in California. I have provided her phone number to the customs officers but I do not know if they have called her." Declaration of Alejandra R.. Ex. 28 [Dkt. # 462-3] ¶ 11. (SanYsidro CBP)

"They have not allowed me to contact any of my family in the US. They asked me about my sister's phone number and address because she is my sibling here with papers. Her name is Marleni .. I gave them that information, but I don't know if they called my sister or not. I contacted my sister before I got here and my sister is expecting a call from me." Declaration of Rosalva P. (mother of Ana, Daysi, Alexis, and Emilio P., Ex. 130 [Dkt. #462-8] ¶ 17,18 (SanYsidro CBP).

"We are planning to contact my uncle who lives in California. No one has given us the opportunity to call him or otherwise contact him." Declaration of Alma S., Ex. 44 [Dkt. #462-4] ¶ 12 (SanYsidro CBP).

"Then the guards called us into a conference room and asked me my name and asked me why I was here. I told them that I was here to see my mother and the guard asked me why I would come here to live with someone I had never met." "An official called my mom yesterday, my grandmother and I were able to speak with her. No one has told me when I will be able to speak with her again. I don't know when I will be able to leave here." Declaration of Cesia B. Ex. 144 [Dkt. #462-9] ¶ 5, 10 (SanYsidro CBP).

"I have a brother who lives in Salinas. I would like to be released to my brother. I was given the opportunity to call my brother and I talked to him for about two minutes." "Yesterday I was told that I was going to be moved but they did not say where I was to be moved." Declaration of Edwin Q., Ex. 147 [Dkt. #462-9] ¶ 9 (SanYsidro CBP).

"My best friend lives in El Monte, California and has said that she will sponsor me. I have not been able to contact my friend yet." Declaration of Gladys E., Ex. 141 [Dkt. #462-9] ¶ 7 (SanYsidro CBP).

"My family is trying to reach my aunt in California. She is a U.S. citizen. We told her that we were coming before we left Mexico but I do not know that we have

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    13                    CV 85-4544-DMG (AGRX)

been able to contact her. I have not seen a telephone that I have access to." Declaration of Juan A., Ex. 146 [Dkt. #462-9] ¶ 15 (SanYsidro CBP).

" Then the guards called us into a conference room and asked me my name and asked me why I was here. I told them that I was here to see my mother and the guard asked me why I would come here to live with someone I had never met." Declaration of Lexyer B., Ex. 143 [Dkt. #462-9] ¶ 5 (SanYsidro CBP)

"My cousin and aunt live here in California. Once we are released, we are planning to live with my cousin, he is going to sponsor me. When I arrived, I gave a guard my cousin's name and number, no one has allowed me to call him." Declaration of Serafin S. Ex. 133 [Dkt. #462-8] ¶ 8 (SanYsidro CBP).

IV.   SANTA TERESA

### A. Class members are provided inadequate and edible food at Border Patrol Stations

"Every day we were fed instant soup for breakfast, lunch, and dinner. I do not believe it is right to only feed children instant soup." Declaration of Yerica F. (mother of Ximena C.), Ex. 197 [Dkt. #462-11] ¶5 (Santa Teresa CBP).

"During this time we were only given a couple ounces of water each and my daughter received a couple of ounces of milk and one cracker." Declaration of G. (father of Loveyli N.), Ex. 216 [Dkt. #462-12] ¶ 3 (Santa Teresa CBP).

"The night we arrived at the detention site, my daughter told me she was hungry. The officials there only gave me cookies and water for her. We did not receive dinner. My daughter found the cookie too sweet and did not eat much. On the next day, we did receive more food. We were given a burrito at each meal and water and juice were available. The food was not sufficient. We were still hungry ... There were no other food options provided for my two-year-old daughter." Declaration of Romeo N. (father of Maria N.), Ex. 217 [Dkt. #462-12] ¶ 4 (Santa Teresa CBP).

"That day the officers gave us instant soup to eat and water to drink. Declaration of Yerica F. (mother of Ximena C.), Ex. 197 [Dkt. #462-11] ¶3 (Santa Teresa CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    14              CV 85-4544-DMG (AGRX)

While we were in Santa Teresa we were fed instant soup and given water to drink. We were not fed more nutritious food, like fruits and vegetables." Declaration of Yerica F. (mother of Ximena C.), Ex. 197 [Dkt. #462-11] ¶4 (Santa Teresa CBP).

### B. Class members are not provided access to clean drinking water at Border Patrol stations

"During this time we were only given a couple ounces of water each and my daughter received a couple of ounces of milk and one cracker." Declaration of G. (father of Loveyli N.), Ex. 216 [Dkt. #462-12] ¶ 3 (Santa Teresa CBP).

"The New Mexico facility "treated us like dogs". We were given … water at approximately 8am and at 3pm. Declaration of G. (father of Loveyli N.), Ex. 216 [Dkt. #462-12] ¶ 3 (New Mexico CBP).

### C. Class members are subject to harmful impediments to normal sleep in Border Patrol stations

"However, our sleeping conditions were not comfortable. We were in a shared room with four other persons. We had space to lie down but there were no cushions or mattresses for us to sleep on. We had to sleep on the ground. We did not have pillows. We only had thin blankets. My two-year-old daughter also had to sleep on the hard floor without a cushion, mattress, or pillow." Declaration of Romeo N. (father of Maria N.), Ex. 217 [Dkt. #462-12] ¶ 5.

"Then we were taken to a small room with four other people and a bench and plastic beds to sleep on without blankets." Declaration of G. (father of Loveyli N.), Ex. 216 [Dkt. #462-12] ¶ 3.

### D. Defendants fail to advise class members about their Flores rights

"During the time I was detained in Santa Teresa, I was not advised of my legal rights or those of Ximena. I was not allowed to communicate with anyone; I was not allowed to call my family. I was not advised that I could contact a lawyer." Declaration of Yerica F. (mother of Ximena C.), Ex. 197 [Dkt. #462-11] ¶8.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM

CV 85-4544-DMG (AGRX)

"We were not provided any written materials regarding our rights at the Santa Teresa site." Declaration of Romeo N. (father of Maria N.), Ex. 217 [Dkt. #462-12] ¶ 6.

## V. TUCSON

### A. Class members are provided inadequate and edible food at Border Patrol Stations

"From 7am - 3pm [9 hours] we had just one bottle of water and one cookie and my daughter was given a small carton of milk." Declaration of Itzel C. (daughter of Elsa F.), Ex. 73 [Dkt. #462-6] ¶ 7 (Tucson CBP).

"I am not eating much. The burrito is too spicy and upsets my stomach. The cookie is peanut butter which I don't eat." Declaration of Juan M., Ex. 68 [Dkt. #462-5] ¶ 4 (Tucson CBP).

"Itzel does not like the burritos and will not eat them. The first time Itzel ate one she got diarrhea. She would not eat them after that. So all she is eating are cookies and juice. I told this to the officer. She was given a small amount of vegetables on Monday but wouldn't eat them." Declaration of Itzel C. (daughter of Elsa F.), Ex. 73 [Dkt. #462-6] ¶ 10 (Tucson CBP).

"Although I had been abandoned in the desert for 11 days I was only given water – no food. Five hours later I was first given food ..." Declaration of Minta M., Ex. 76 [Dkt. #462-6] ¶ 2 (Tucson CBP).

### B. Class members are not provided access to clean drinking water at Border Patrol stations

"I was not given water." Declaration of Ricardo M., Ex. 71 [Dkt. #462-6] ¶ 2 (Tucson CBP).

"There is water available all day in our room but there is only one paper cup." Declaration of Itzel C. (daughter of Elsa F.), Ex. 73 [Dkt. #462-6] ¶ 8 (Tucson CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                16                CV 85-4544-DMG (AGRX)

## C. Class members are subject to unsanitary conditions in Border Patrol stations

"The toilet has a short door. I cover myself with my aluminum blanket because there is a camera pointed right at the toilet." Declaration of Ivania L., Ex. 69 [Dkt. #462-5] ¶ 8.

"I had to be naked because I have only the clothes I am wearing. There is no shower curtain and the camera which points at the toilet also shows the shower. I did not have soap..." Declaration of Ivania L., Ex. 69 [Dkt. #462-5] ¶ 9.

"I didn't have soap..." Declaration of Abilio I., Ex. 72 [Dkt. #462-6] ¶ 4.

"There were 3 toilets with toilet paper, a sink, but no soap. I was not offered a shower. I was given a toothbrush but no toothpaste." Declaration of Itzel C. (daughter of Elsa F.), Ex. 73 [Dkt. #462-6] ¶ 4.

"I have not had a shower nor have I been offered one." Declaration of Minta M., Ex. 76 [Dkt. #462-6] ¶ 5.

"I have not been offered a shower." Declaration of Noe R., Ex. 77 [Dkt. #462-6] ¶ 3,5.

"There is a security camera in the room which points to the bathroom. This makes me uncomfortable." Declaration of Noe R., Ex. 77 [Dkt. #462-6] ¶ 6.

"I haven't been offered a shower, but others have.  I don't know why I haven't been given a shower.  I would like to have a shower because I was walking in the desert for two days." Declaration of Rony E., Ex. 78 [Dkt. #462-6] ¶ 8.

## D. Class members are subject to unhealthy cold conditions in Border Patrol stations

"I sleep on a mattress on the floor with an aluminum blanket. I wear the blanket all the time and I'm still cold." Declaration of Yonain G., Ex. 67 [Dkt. #462-5] ¶ 3.

"It was really cold in the room. I kept my blanket on all the time." Declaration of Ivania L., Ex. 69 [Dkt. #462-5] ¶ 4.

"It is very cold so I wear my blanket all the time. When I first get it it keeps me warm but pretty soon it doesn't anymore. It was the same exactly at the first place." Declaration of Ivania L., Ex. 69 [Dkt. #462-5] ¶ 7.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    17                    CV 85-4544-DMG (AGRX)

"The temperature is cold." Declaration of Geovany Demetrio Marcos-Ixcoy, Ex. 70 [Dkt. #462-5] ¶ 3.

"Even with the aluminum blankets we were cold all night." Declaration of Itzel C. (daughter of Elsa F.), Ex. 73 [Dkt. #462-6] ¶ 3.

"It was very cold in the room." Declaration of Bartolo D., Ex. 75 [Dkt. #462-6] ¶ 3.

"The temperature is a little cold especially at night." Declaration of Minta M., Ex. 76 [Dkt. #462-6] ¶ 4.

"The temperature here is variable.  Some rooms are really cold and others are okay.  They give us aluminum blankets which are okay, but they don't cover me completely, so the parts of me that are not covered are cold." Declaration of Declaration of Otoniel A., Ex. 81 [Dkt. #462-6] ¶ 5.

"It is extremely cold here.  They gave us aluminum blankets that are like paper and they don't keep you warm.  It was so cold that we were shivering." Declaration of Flor P. (mother of Jefferson A.), Ex. 26 [Dkt. #462-3] ¶ 10.

"We each have a blanket and so stay warm." Declaration of Deny N., Ex. 104 [Dkt. #462-7] ¶ 3.

**E. Class members are subject to harmful impediments to normal sleep in Border Patrol stations**

"We were in a room with 5 families – about 12 people. It was crowded." Declaration of Itzel C. (daughter of Elsa F.), Ex. 73 [Dkt. #462-6] ¶ 3.

"I am housed in a room with 10-15 other boys. It is over-crowded. The mattresses take-up all the room. I am uncomfortable." Declaration of Bartolo D., Ex. 75 [Dkt. #462-6] ¶ 5.

"I was in that room there were 20 women." Declaration of Minta M., Ex. 76 [Dkt. #462-6] ¶ 3.. "It is crowded in the cell where they put me with ten other people." Declaration of Felipe G., Ex. 79 [Dkt. #462-6] ¶ 4.

"It was very crowded in the cell where they put me with five other women and all their kids." Declaration of Flor P. (mother of Jefferson A.), Ex. 26 [Dkt. #462-3] ¶ 4.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                18              CV 85-4544-DMG (AGRX)

"I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattresses and stayed warm." Declaration of Christy F., Ex. 120 [Dkt. #462-8] ¶ 3.

### F. Defendants fail to advise class members about their Flores rights

"I was also told I had the right to have a hearing before an Immigration Judge, but I never received any written notice.  I told the agent I wanted to have a hearing, but the agent didn't respond to me or tell me when I would have the hearing.  I was also not told or given a written notice of my legal rights at the CBP facility in Tucson." Declaration of Rony E., Ex. 78 [Dkt. #462-6] ¶ 6.

"I was not provided written notice of my legal rights here or about the right to see an Immigration Judge.  I was not given a list of free legal services or was any notice posted on the wall at the Tucson CBP."  Declaration of Pedro V., Ex. 81 [Dkt. #462-6] ¶ 10 (Tucson CBP).

## VI.   YUMA

### A. Class members are provided inadequate and edible food at Border Patrol Stations

"On the first day, Melannie asked for a juice for her little brother who was hungry. The female yelled at me and said 'just soup only.'" Declaration of Melannie O., Ex. 107 [Dkt. #462-7] ¶ 8 (Yuma CBP).

"We get soup two times a day, but it is not enough. We are always still hungry." Declaration of Miriam B. (mother of Imar G.), Ex. 109 [Dkt. #462-7] ¶ 4 (Yuma CBP).

"I have not eaten because the soup makes me sick. My daughter eats soup 3 times a day, but it makes her sick too. They only give us soup." Declaration of Ana M. (mother of Evelin L.), Ex. 114 [Dkt. #462-8] ¶ 4 (Yuma CBP).

"Today I have not eaten because there were too many people and when I asked they said there was not enough time. We get soup every day and it is becoming hard to eat because it is the same every day." Declaration of L. (mother of Melkin O.), Ex. 111 [Dkt. #462-7] ¶ 4 (Yuma CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    19            CV 85-4544-DMG (AGRX)

1
2
3

"We received soup when we arrived, but it was cold. We got crackers in the morning. We received juice, but not water." Declaration of Heydi F. and Hector G. (siblings), Ex. 125 [Dkt. #462-8] ¶ 4 (Yuma CBP).

4
5
6

"There are many, many people at the facility. They often do not have enough milk for the babies or juice. My son asked for juice and they said there was none." Declaration of L. (mother of Melkin O.), Ex. 111 [Dkt. #462-7] ¶ 6 (Yuma CBP).

7
8
9

"I breastfeed my 9 month old daughter but I do not have enough milk and she will not take the soup. She is not eating enough." Declaration of Aurelia R. (mother of  .), Ex. 113 [Dkt. #462-8] ¶ 4 (Yuma CBP).

10
11

"I have received 'cup of noodle' soup 3 times each day. it is not very warm. I received a juice box 3 times a day. Maria P. (mother of Lico E.), Ex. 119 [Dkt. #462-8] ¶ 4 (Yuma CBP).

12
13

"We get soup three times a day." Declaration of L. (mother of A.), Ex. 110 [Dkt. #462-7] ¶ 4 (Yuma CBP).

14
15
16

"We are fed soup. One time we ate two times in a day and the other three." Declaration of Genoveva G. (mother of Mafi V.), Ex. 112 [Dkt. #462-7] ¶ 4 (Yuma CBP).

17
18
19

"I have been given a cup of noodle soup for breakfast, lunch, and dinner. I also receive a juice box with each meal. I have also received a bag of goldfish crackers when I arrived--no more since."  Declaration of Braylin A. Ex. 117 [Dkt. #462-8] ¶ 4 (Yuma CBP).

20
21
22

"Ilsi gets a juice box three times a day; Ventura gets water only from faucet in the bathroom- no cups are offered. Soup is not warm so it does not cook the noodles. Ilsi offered one bag of goldfish on day she arrived." Declaration of Ventura I. (mother of Ilsi M.), Ex. 118 [Dkt. #462-8] ¶ 4 (Yuma CBP).

23
24
25
26

"I have received noodles soup, but it is not very warm water so the noodles are not always fully cooked. I have received juice boxes and some crackers. But I have not received any water since I arrived."  Declaration of Christy F., Ex. 120 [Dkt. #462-8] ¶ 4 (Yuma CBP)..

27
28

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    20                CV 85-4544-DMG (AGRX)

"I have received soup but it's not cooked all the way through but there is nothing I can do. I am hungry so I have to eat it. I am still hungry; I have not received any water since I arrived. I have received boxes of juice to drink." Declaration of Martin H., Ex. 122 [Dkt. #462-8] ¶ 4 (Yuma CBP).

"They gave me soup, but it is not filling. I am still hungry!" Declaration of Magdalena P., Ex. 126 [Dkt. #462-8] ¶ 4 (Yuma CBP).

"We had soup like everyone else. One when they arrived and one this morning." Declaration of Manuel R. and Carlos T. (siblings), Ex. 128 [Dkt. #462-8] ¶ 4 (Yuma CBP).

"When we arrived we received our first meal in approximately 3 hours. We were given only soup with instant noodles and water, box of juice, and packet of crackers at every meal at 7 a.m., 12-1 p.m., and 7 p.m. On Monday, June 25 we were given chips before coming to interview [with Plaintiffs' monitors]." Declaration of Melannie O., Ex. 107 [Dkt. #462-7] ¶ 4 (Yuma CBP).

### B. Class members are not provided access to clean drinking water at Border Patrol stations

"The only water we have is from the sink that we scoop with our hands." Declaration of Elmer V., Ex. 103 [Dkt. #462-7] ¶ 3 (Yuma CBP).

"I have access to a bathroom and sink, but no soap or towels or clean clothes to shower. There is a sign in the bathroom that says we can drink the water from faucets but we must use our hands- we are not given any cups. But we cannot wash our hands with soap." Declaration of Braylin A. Ex. 117 [Dkt. #462-8] ¶ 10 (Yuma CBP).

"Offered cup of noodles for their food three times a day. Ilsi gets a juice box three times a day; Ventura gets water only from faucet in the bathroom- no cups are offered." Declaration of Ventura I. (mother of Ilsi M.), Ex. 118 [Dkt. #462-8] ¶ 4 (Yuma CBP).

"I am able to drink water from the bathroom faucet with my hands. They do not give us cups to drink the water. Maria P. (mother of Lico E.), Ex. 119 [Dkt. #462-8] ¶ 4 (Yuma CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                21                CV 85-4544-DMG (AGRX)

1
2

"I have not received any water since I arrived."  Declaration of Christy F., Ex. 120 [Dkt. #462-8] ¶ 4 (Yuma CBP).

3
4

"We have to drink water from the bathroom sink and we use our hands- we do not receive cups to drink from." Declaration of Graisy I. (mother of Dairany L.), Ex. 121 [Dkt. #462-8] ¶ 7 (Yuma CBP).

5
6

"I have not received any water since I arrived. I have received boxes of juice to drink." Declaration of Martin H., Ex. 122 [Dkt. #462-8] ¶ 4 (Yuma CBP).

7
8

"I was given soup, crackers, and juice at night and in the morning. I was not given water …" Declaration of Edras D., Ex. 123 [Dkt. #462-8] ¶ 4 (Yuma CBP).

9
10

"There are no cups to drink water. I have to use my hands." Declaration of Elena C., Ex. 124 [Dkt. #462-8] ¶ 4  (Yuma CBP).

11
12

"They gave me soup, but it is not filling. I am still hungry! Also do not have drinking water or cups so I am thirsty." Declaration of Magdalena P., Ex. 126 [Dkt. #462-8] ¶ 4 (Yuma CBP).

13
14
15

"There is drinking water in the sink, but no way to drink it. We must use our hands as cups." Declaration of Manuel R. and Carlos T. (siblings), Ex. 128 [Dkt. #462-8] ¶ 4 (Yuma CBP).

16
17

"I have not had any water since I have arrived and have not been given a cup for water.  I have had some soup and two boxes of juice." Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶ 4 (Yuma CBP).

18
19

"Water is available in the sink but no cups and we drink with our hands." Declaration of Melannie O., Ex. 107 [Dkt. #462-7] ¶ 8 (Yuma CBP)

20
21
22

"The only water to drink is from the sink and I'm afraid to drink it because it could be infected." "I have never been given water though I was a whole date in the desert." Declaration of Deny N., Ex. 104 [Dkt. #462-7] ¶ ¶ 3, 4 (Yuma CBP).

23
24

### C. Class members are subject to unhealthy cold conditions in Border Patrol stations

25
26

"It is cold. The blankets are made of aluminum. We do not have adequate clothing." Declaration of Vicenta P. (mother of Moises D. and Henry P. Ex. 108 [Dkt. #462-7]¶ 5.

27
28

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                    22              CV 85-4544-DMG (AGRX)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

"It is always cold in the facility. We only have a sheet made out of aluminum for warmth." Declaration of Miriam B. (mother of Imar G.), Ex. 109 [Dkt. #462-7] ¶ 5.

It is always cold in the facility. We only have a sheet made out of aluminum for warmth." Declaration of L. (mother of A.), Ex. 110 [Dkt. #462-7] ¶ 5.

"It is always cold in the facility and the sheet they gave us is made out of aluminum." Declaration of L. (mother of Melkin O.), Ex. 111 [Dkt. #462-7] ¶ 5.

"It is very cold in the facility. We only ave a sheet made out of aluminum." Declaration of Genoveva G. (mother of Mafi V.), Ex. 112 [Dkt. #462-7] ¶ 5.

"It is very cold in the facility and we only have a aluminum sheet. I have not been able to shower or wash my baby because it is too cold and I do not want her to get sick." Declaration of Aurelia R. (mother of Emily J.), Ex. 113 [Dkt. #462-8] ¶ 4.

"The facility is very cold. They only give us a sheet made out of aluminum. My daughter is always cold too." Declaration of Ana M. (mother of Evelin L.), Ex. 114 [Dkt. #462-8] ¶ 5.

"The temperature feels cold in the middle of the night and the lights are on all night; this makes it difficult to sleep. The blanket they gave me is made of aluminum and does not keep me warm. That also makes it difficult to sleep." Declaration of Braylin A. Ex. 117 [Dkt. #462-8] ¶ 5.

"Very cold all day. day not as bad because sun warms it up, but at night very cold. Light remains on day and night so it is difficult to sleep. Also, it is too cold to sleep. Also, the ground they sleep on is hard and cold. No pillows or mattresses offered. She and her daughter each get one foil blanket which does not keep them warm enough." Declaration of Ventura I. (mother of Ilsi M.), Ex. 118 [Dkt. #462-8] ¶ 6.

"It is very cold to sleep at night and I only have one aluminum blanket to share with my baby. I also used a part of the aluminum to make shoelaces for myself because the agents took my shoelaces when I presented myself. The lights are left on all night." Maria P. (mother of Lico E.), Ex. 119 [Dkt. #462-8] ¶ 5.

"I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattresses and stayed warm. I also

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM          23          CV 85-4544-DMG (AGRX)

had a foil sheet to sleep with. The temperature at the facility is okay. The lights are kept on all night long." Declaration of Christy F., Ex. 120 [Dkt. #462-8] ¶ 5.

"It is cold in the cell. I have to hug my daughter to me so that she can be warm enough to sleep. The light stays on all the time so we cannot tell if it is day or night." Declaration of Graisy I. (mother of Dairany L.), Ex. 121 [Dkt. #462-8] ¶ 5-6.

"Hector was cold. Heydi slept in a different room. Hector was cold, and slept on the floor with only a sheet made out of aluminum. The light is always on, even when we are trying to sleep." Declaration of Heydi F. and Hector G. (siblings), Ex. 125 [Dkt. #462-8] ¶ 5.

"I am very cold here because I do not have a sweater I only have a thin aluminum blanket. My first night here, I slept on the floor with only this thin blanket. The lights are always on even when I am trying to sleep. " Declaration of Magdalena P., Ex. 126 [Dkt. #462-8] ¶ 5-6.

"The temperature is alright. the lights are left on all night. He was given no blanket and he sleeps in his clothes." Declaration of Jorge M., Ex. 127 [Dkt. #462-8] ¶ 5-8.

"The temperature is normal, but we have only had aluminum blankets. We sleep in our clothes and did not receive a change of clothes. Our pants were wet. there is no soap to wash our hands. The lights are on at all times even when we are sleeping."  Declaration of Manuel R. and Carlos T. (siblings), Ex. 128 [Dkt. #462-8] ¶ 5-6.

"The room I am in is very, very cold." Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶ 4.

"I was given a three-inch mattress and one blanket made of aluminum foil.  It feels very cold in the room still." Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶ 7.

"The room is cold." Declaration of Juan A., Ex. 105 [Dkt. #462-7] ¶ 5

EXHIBIT 1 TO PLAINTIFFS' MEMORANDUM                24                CV 85-4544-DMG (AGRX)

### D. Class members are subject to harmful impediments to normal sleep in Border Patrol stations

"I am in a cell with approximately 10-15 other boys. We share two mattresses. I also received a metal blanket." Declaration of Martin H., Ex. 122 [Dkt. #462-8] ¶ 3.

"The lights are on all the time." Declaration of Horacio A., Ex. 106 ¶ 6

"I was not given a mattress or pillow. I sleep on the floor and it is cold. I was only give a sheet of aluminum to sleep with. It is still very cold so it is difficult to sleep. Also there are about 20 other kids in the room so it is crowded and loud." Declaration of . ¶ 7.

"I am held in a small room with about 10 other girls. We share two mattresses between us. We cuddled together on the mattresses and stayed warm. I also had a foil sheet to sleep with. The temperature at the facility is okay. The lights are kept on all night long." Declaration of Christy F., Ex. 120 [Dkt. #462-8] ¶ 5.

"It is also difficult to sleep because the lights stay on all night." Declaration of . ¶ 6.

"The temperature feels cold in the middle of the night and the lights are on all night; this makes it difficult to sleep. The blanket they gave me is made of aluminum and does not keep me warm. That also makes it difficult to sleep." Declaration of Braylin A. Ex. 117 [Dkt. #462-8] ¶ 5.

"[T]he ground [we] sleep on is hard and cold. No pillows or mattresses offered." Declaration of Ventura I. (mother of Ilsi M.), Ex. 118 [Dkt. #462-8] ¶ 6.

"It is very cold to sleep at night and I only have one aluminum blanket to share with my baby. I also used a part of the aluminum to make shoelaces for myself because the agents took my shoelaces when I presented myself. The lights are left on all night." Declaration of Maria P. (mother of Lico E.), Ex. 119 [Dkt. #462-8] ¶ 5.

"It is cold in the cell. I have to hug my daughter to me so that she can be warm enough to sleep. The light stays on all the time so we cannot tell if it is day or night." Declaration of Graisy I. (mother of Dairany L.), Ex. 121 [Dkt. #462-8] ¶ 5-6.

EXHIBIT 1 TO PLAINTIFFS' MEMORANDUM          25          CV 85-4544-DMG (AGRX)

1    "The lights are on at all times, even when I am trying to sleep." Declaration of
2    Elena C., Ex. 124 [Dkt. #462-8] ¶ 6.

3    "Hector was cold. Heydi slept in a different room. Hector was cold, and slept on
     the floor with only a sheet made out of aluminum. The light is always on, even
4    when we are trying to sleep." Declaration of Heydi F. and Hector G. (siblings),
5    Ex. 125 [Dkt. #462-8] ¶ 5.

6    "I am very cold here because I do not have a sweater I only have a thin
7    aluminum blanket. My first night here, I slept on the floor with only this thin
     blanket. The lights are always on even when I am trying to sleep. They keep us
8    in rooms and lock the door, so we cannot leave." Declaration of Magdalena P.,
9    Ex. 126 [Dkt. #462-8] ¶ 5-6.

10   "The temperature is alright. the lights are left on all night. He was given no
11   blanket and he sleeps in his clothes." Declaration of Jorge M., Ex. 127 [Dkt.
12   #462-8] ¶ 5-8.

13   "The temperature is normal, but we have only had aluminum blankets. We
14   sleep in our clothes and did not receive a change of clothes. Our pants were
     wet. there is no soap to wash our hands. The lights are on at all times even
15   when we are sleeping."  Declaration of Manuel R. and Carlos T. (siblings), Ex.
16   128 [Dkt. #462-8] ¶ 5-6.

17   "I was given a three-inch mattress and one blanket made of aluminum foil.  It
18   feels very cold in the room still."  Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶
     7.
19
     "The room is cold... I was given a silver blanket but no mattress." Declaration of
20   Juan A., Ex. 105 [Dkt. #462-7] ¶¶ 3, 5.

21   "We spent the first night in a large room  with 20-25 people. We had a
22   mattress. Then we were taken to a small room (10x10 approximately) with
23   concrete brick walls, frosted windows, white with just us three. Monday, June
     25, 2 new females were put in the room. There are 2 benches on the sides. The
24   first night in the small room we had no mattress. They took our backpacks and
25   we have had only these clothes and had to sleep in them. " Declaration of
26   Melannie O., Ex. 107 [Dkt. #462-7] ¶ 8

27

28
     EXHIBIT 1 TO
     PLAINTIFFS' MEMORANDUM                    26              CV 85-4544-DMG (AGRX)

"I was never given a mattress and 2 of us share one mattress. We each have a blanket and so stay warm." Declaration of Deny N., Ex. 104 [Dkt. #462-7] ¶ 3.

"There are about 15 others in the same room sleeping with them. It's loud because kids are crying because of cold." Declaration of Ventura I. (mother of Ilsi M.), Ex. 118 [Dkt. #462-8] ¶ 8.

"We are in a cell with about 25 other people. It is crowded and we have to walk over one another to use the bathroom." Declaration of Graisy I. (mother of Dairany L.), Ex. 121 [Dkt. #462-8] ¶ 7.

"I am in a cell with approximately 10-15 other boys. We share two mattresses. I also received a metal blanket." Declaration of Martin H., Ex. 122 [Dkt. #462-8] ¶ 3.

"We spent the first night in a large room with 20-25 people. We had a mattress. Then we were taken to a small room (10x10 approximately) with concrete brick walls, frosted windows, white with just us three ... The first night in the small room we had no mattress. Declaration of Melannie O., Ex. 107 [Dkt. #462-7] ¶ 8

"The room has about 30 people and feels crowded." Declaration of Deny N., Ex. 104 [Dkt. #462-7] ¶ 3.

### E. Defendants fail to advise class members about their Flores rights

"No legal notice of any kind was given or posted. No phone call was offered." Declaration of Elmer V., Ex. 103 [Dkt. #462-7] ¶ 9 [yuma cbp]

"We have not had access to a lawyer or a phone to call a lawyer. No one told us our legal rights. There is nothing posted about our rights." Declaration of Vicenta P. (mother of Moises D. and Henry P. Ex. 108 [Dkt. #462-7]¶ 9.

"We have not heard anything about seeing a judge or being released. My brother lives in Oakland, California." Declaration of Vicenta P. (mother of Moises D. and Henry P. Ex. 108 [Dkt. #462-7]¶ 12.

"I was not told about my legal rights, and I have not talked to a lawyer. I signed something when I arrived but I didn't understand what I was signing because it was in English." Declaration of Miriam B. (mother of Imar G.), Ex. 109 [Dkt. #462-7] ¶ 9.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                   27                   CV 85-4544-DMG (AGRX)

"I have not received any information about my legal rights when I arrived they gave me a paper, but it was in English so I could not understand." Declaration of L. (mother of A.), Ex. 110 [Dkt. #462-7] ¶ 9.

"I have not heard anything about being released. My sister lives in the United States and I would like to go live with her." Declaration of L. (mother of A.), Ex. 110 [Dkt. #462-7] ¶ 11.

"We have been at the facility since we were arrested. When I came in they had me sign a paper, but I'm not sure what it was because it was in English. I have not talked to a lawyer and did not know I had a right to see a judge. I am not aware of any upcoming hearings." Declaration of L. (mother of Melkin O.), Ex. 111 [Dkt. #462-7] ¶¶ 8,9.

"They presented papers to me when I arrive, but I did not understand because they were in English. I do not know when I will see the judge and no one has told me anything about my rights." Declaration of Genoveva G. (mother of Mafi V.), Ex. 112 [Dkt. #462-7] ¶ 9.

"When I arrived, they had me sign a lot of papers but they were in English and I did no understand what they said. They told me I could talk to a lawyer but have not allowed me to yet." Declaration of Aurelia R. (mother of Emily J.), Ex. 113 [Dkt. #462-8] ¶ 9.

No one has told me my legal rights. They had me sign a paper that they told me was for the judge, but I have not heard about a hearing. I have not been able to talk to a lawyer." Declaration of Ana M. (mother of Evelin L.), Ex. 114 [Dkt. #462-8] ¶ 8.

"I have not received any papers or information about access to counsel. And I have not seen any signs posted about my rights." Declaration of Braylin A. Ex. 117 [Dkt. #462-8] ¶ 7.

"I have not received any information or papers regarding my rights or access to counsel." Maria P. (mother of Lico E.), Ex. 119 [Dkt. #462-8] ¶ 7.

"I have not received any information or documents regarding the law or lawyers or my legal rights. All I know is that I will be taken to a shelter soon. But i do not know where." Declaration of Christy F., Ex. 120 [Dkt. #462-8] ¶ 9-12.

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                28                CV 85-4544-DMG (AGRX)

1
2
3

"When I arrived I was yelled at to sign documents. I did not understand what I was signing because it was in English. I did not receive copies of any of the documents I signed." Declaration of Graisy I. (mother of Dairany L.), Ex. 121 [Dkt. #462-8] ¶ 4.

4
5
6

"I have not received any documents or information about my legal situation or access to legal counsel." Declaration of Graisy I. (mother of Dairany L.), Ex. 121 [Dkt. #462-8] ¶ 8.

7
8
9

"I was told to sign papers when I arrived at this facility, but I do not know what they were and did not receive copies. I did not receive any documents  or information about lawyers or my legal rights." Declaration of Martin H., Ex. 122 [Dkt. #462-8] ¶ 8.

10
11
12

"I was given no legal notice, oral or written, in english or spanish. I was asked to sign a 4 page document in english that I didn't understand and then given a list of __ in english." Declaration of Edras D., Ex. 123 [Dkt. #462-8] ¶ 9.

13
14
15
16

"After the lawyer I met with to write this declaration asked for copies of lists of free lawyers, I receive a list of lawyers. This list is in English so I cannot understand. When I arrived I signed many documents in english, so I do not understand what I was signing. No one has advised me about my rights." Declaration of Elena C., Ex. 124 [Dkt. #462-8] ¶ 9.

17
18
19

"No one has told us anything about our legal rights or gave us any papers. We have not talked to a lawyer or had access to a phone." Declaration of Heydi F. and Hector G. (siblings), Ex. 125 [Dkt. #462-8] ¶ 9.

20
21

"No one told me anything about my legal rights ... When I arrived I signed a large stack of papers, but they were in english, so I do not know what they said." Declaration of Magdalena P., Ex. 126 [Dkt. #462-8] ¶ 9-10.

22
23
24

"I was given no legal or factual information of any kind either written or oral. I gave them the phone number of my maternal uncle in Oxnard, CA." Declaration of Jorge M., Ex. 127 [Dkt. #462-8] [Dkt. #462-8] ¶ 9-10.

25
26

"We received no legal notice in spanish or english when we arrived and still have not." Declaration of Manuel R. and Carlos T. (siblings), Ex. 128 [Dkt. #462-8] ¶ 9.

27
28

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM

29

CV 85-4544-DMG (AGRX)

"I have not received any papers or information about my rights or about talking to a lawyer.  Only in preparing this declaration did I learn I was in Yuma, Arizona.  No one told me where I was." Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶ 8.

"No notice was given of any legal rights or notice. About two hours later, I was given 5-6 pages of documents to sign. An officer explained they were for the person who would receive me to get a judge and get me out. They were in English." Declaration of Juan A., Ex. 105 [Dkt. #462-7] ¶ 9.

"No legal notice of any kind was given to us or is posted. We were  told to sign a 5 page document on Friday night. It was in English and we don't know what it said." Declaration of Melannie O., Ex. 107 [Dkt. #462-7] ¶ 9

"No legal notices were given but after being here, I was given a 6 page document in English to sign. I don't know what it was or what it said." Declaration of Deny N., Ex. 104 [Dkt. #462-7] ¶ 9.

"No one has told me when I will be released or see judge." Declaration of Elena C., Ex. 124 [Dkt. #462-8] ¶ 12 (Yuma CBP).

"No one has told us when we can be released or when we will see a judge." Declaration of Heydi F. and Hector G. (siblings), Ex. 125 [Dkt. #462-8] ¶ 12 (Yuma CBP).

"No one has told me anything about when I am leaving here or when I will see a judge." Declaration of Magdalena P., Ex. 126 [Dkt. #462-8] ¶ 12 (Yuma CBP).

"I have not received any papers or information about my rights or about talking to a lawyer.  Only in preparing this declaration did I learn I was in Yuma, Arizona.  No one told me where I was."  Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶ 8 (Yuma CBP).

### F. Defendants fail to make prompt and ongoing efforts to release class members

"An agent at this facility talked to my dad on the phone in English- I was with them but could not understand." Declaration of Martin H., Ex. 122 [Dkt. #462-8] ¶ 6 (Yuma CBP).

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                30                CV 85-4544-DMG (AGRX)

"My father lives in Florida, and I would like to go live with him when I leave here." Declaration of Magdalena P., Ex. 126 [Dkt. #462-8] ¶ 11 (Yuma CBP).

"I do not know where I will be taken next but I would like to go to my family in Florida." Declaration of Jose L., Ex. 116 [Dkt. #462-8] ¶ 9 (Yuma CBP).

"We are planning to go to our father in Virginia who is a pastor at Iglesia .." Declaration of Melannie O., Ex. 107 [Dkt. #462-7] ¶ 11(Yuma CBP).

/ / /

EXHIBIT 1 TO
PLAINTIFFS' MEMORANDUM                31                CV 85-4544-DMG (AGRX)

## CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 24, 2018, I electronically filed the following document(s):

- EXHIBIT 1 TO PLAINTIFFS' MEMORANDUM RE CBP FACILITIES SUBJECT TO MONITORING

with the United States District Court, Central District of California by using the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*