UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544 DMG (AGRx)** | Date | August 28, 2018 |

Title *Jenny L. Flores, et al. v. Jefferson B. Sessions III, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFFS' UNOPPOSED SEALING APPLICATION [478]**

On August 24, 2018, Plaintiffs filed an Unopposed Application to file under seal the name and resume of a candidate for the Special Master/Independent Monitor position. [Doc. # 478.] Good cause appearing, the Court grants Plaintiffs' Unopposed Application. *See Ctr. for Auto Safety v. Chrysler Grp, LLC*, 809 F.3d 1092, 1096–1102 (9th Cir. 2016) (holding that the good cause standard applies to requests to seal matter that is only tangentially related to the merits of the case). Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e-file the unredacted document [Doc. # 479-1] under seal **within (3) days of this Order**.

**IT IS SO ORDERED.**