UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | September 4, 2018 |
| Title | *Jenny L. Flores, et al. v. Jefferson B. Sessions III, et al.* | | |

Present: The Honorable    DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings:  IN CHAMBERS – ORDER RE PROPOSED SPECIAL MASTER/INDEPENDENT MONITOR**

On August 24, 2018, the parties submitted their respective candidates for the Special Master/Independent Monitor position.  [Doc. ## 476, 477, 483.]  The Court thanks the parties for undertaking this task diligently and in good faith.  Each of the proposed candidates has stellar credentials.  Nonetheless, having given the matter considerable thought, the Court is inclined to appoint Retired United States Immigration Judge Carol A. King to the position of Special Master/Independent Monitor.  Retired Immigration Judge King is more suitable for the Special Master/Independent Monitor role because she has more than 33 years of experience with immigration law and the immigration detention system, she speaks Spanish fluently, and she is able to turn her attention to the tasks in question immediately and with a minimal learning curve.  Her resume (contact information redacted) and 28 U.S.C. section 455 affidavit are attached to this Order.

Given that the parties have requested and received a two-week extension of the deadline by which to make their respective submissions regarding the appointment of the Special Master/Independent Monitor, the appointment will occur later than the time frame that the Court had envisioned.  Time is therefore of the essence.  **By no later than September 10, 2018**, the parties shall file a joint status report indicating whether they stipulate to the appointment of Retired Immigration Judge King as the Special Master/Independent Monitor or, if not, they shall state any objections they may have to her appointment.

**IT IS SO ORDERED**.

<u>Carol A. King</u>

**Member in Good Standing:** State Bar of California    December 1984 to Present

## EMPLOYMENT EXPERIENCE

**Attorney at Law / Consultant**    September 2017 to Present
    Self-employed solo practitioner

    Mentors and provides strategic support for immigration attorneys on a contract basis. Provides writing and research services to immigration attorneys for motions, trial and appellate briefs, and other documents. Edits the written work of attorneys with an eye toward teaching better substantive, stylistic and persuasive writing skills.

**U.S. Immigration Judge**    October 1995 January 2017
    United States Department of Justice, Executive Office for Immigration Review
    San Francisco Immigration Court

    Presided over and rendered decisions in Immigration Court hearings to determine the status of aliens in removal proceedings under the immigration laws of the United States. Determined eligibility for relief from removal in the forms of Asylum, Withholding of Removal, Protection under the United Nations Convention Against Torture, Adjustment of Status, Suspension of Deportation, Cancellation of Removal and for various waivers available under United States Immigration Laws. Responsible for maintaining and meeting case completion goals and other Departmental priorities for a large caseload in one of the busiest Immigration Courts in the nation while protecting the due process rights of aliens with compassion. Appointed as a temporary member of the Board of Immigration Appeals, adjudicating cases at an appellate level and participating in en banc deliberations during a six-month period in 2010 – 2011.

**Adjunct Professor of Law**    August 2007 to 2011
    Golden Gate University School of Law

    Developed curriculum and teaching aids, lectured, designed and graded examinations and evaluated student performance for comprehensive course in Immigration and Nationality Law for accredited law school.

**Solo Practitioner**    1992 to 1995
    Law Office of Carol A. King, San Francisco, California

    Represented and advised immigrants and non-immigrants, as well as their family and/or business sponsors, in making all types of administrative applications before the legacy Immigration and Naturalization Service. Represented aliens charged with deportability and excludability before the Immigration Court. Advised attorneys practicing Criminal Law regarding the immigration consequences of criminal convictions. Mentored attorneys inexperienced in Immigration Law through the Pro Bono Asylum Project of the Lawyers Committee for Civil Rights. Represented aliens in Immigration Court custody and non-custody proceedings through the Bar Association of San Francisco Pro Bono Project.

**Associate Attorney**    1986 to 1992
    Law Offices of Marc Van Der Hout, San Francisco, California



   Represented clients before the legacy Immigration and Naturalization Service and the Immigration Courts and assisted on impact litigation engaged in by the office.

**Freelance Attorney, Labor and Immigration Law**   1985 to 1986
   Clients: Law Offices of Marc Van Der Hout, San Francisco, California, Immigration Attorney
      Robert J. Bezemek, Oakland, California, Labor Attorney
      Francisco Barba, San Francisco, California, Immigration Attorney

## TEACHING AND RELATED EXPERIENCE

**Stanford University School of Law, Palo Alto**   2016 to Present
   Stanford Law School Trial Advocacy Program

   As guest faculty, mentors students in semester-long intensive trial advocacy workshop, evaluating performances, providing practical feedback, and presiding over mock trials.

**ABA Children's Immigration Law Academy (CILA) / National Institute of Trial Advocacy**
   2018 Training
   Currently on faculty for a NITA sponsored training in trial advocacy for immigration attorneys representing unaccompanied minors in Texas. Duties involve mentoring attorneys in a three-day intensive workshop on trial advocacy skills specific to representing unaccompanied minors in removal proceedings. Provides practical feedback on trial advocacy skills.

**Boalt Hall School of Law, University of California, Berkeley**  ~1990 to 1996
   As a guest lecturer on various occasions, prepared and taught discreet topics in Immigration Law including family visas, immigration through marriage and preference visa categories. Prepared materials for distribution to illustrate various issues and presented hypothetical situations for student analysis and discussion.

**Various Professional Organizations**   ~1986 to 2010
   As a guest lecturer, prepared and taught various courses for trainings and conferences on numerous Immigration Law topics. Prepared materials to illustrate various issues for publication in training materials. Answered questions related to a broad range of Immigration Law topics. Training topics included but were not limited to: asylum and refugee law, family visas, various applications for relief from deportation and removal, exhibit preparation for presentation to Immigration Court, ethical issues related to Immigration Law, Judicial Recommendations Against Deportation, and the impact of secondary trauma on credibility determinations.
   Organizations have included:  National Association of Women Judges
           American Immigration Lawyers Association
          Immigrant Legal Resource Center
          Lawyers Committee for Civil Rights: Asylum Project
          Various Unions with Immigrant Populations
          California Superior Court Judges' Annual Conference
          Golden Gate University School of Law

**California State Bar, Board of Legal Specialization, Immigration and Nationality Law Commission**   1993 to 1996
   As a member of the Immigration and Nationality Law Commission, participated in writing, grading and evaluating legal specialization examinations for attorneys applying for Legal Specialist status.

## EDUCATION

**J.D. with Highest Honors 1984:** Golden Gate University School of Law

San Francisco, California

Class rank: 5 / 206
Law Review: Associate Editor, 1983-84
Law Review: Staff Writer, 1982-83

Employment and Internships during law school:
    Employment Law Center, San Francisco, California
    San Francisco Interns and Residents Association – Robert J. Bezemek, Labor Attorney
    Allan Brotsky, Professor of Law, Golden Gate University School of Law
    Legal Aid Society of Alameda County, Hayward California

## Post J.D. Coursework in Immigration Law

Annual Immigration Judges Training Conference, 1995 to 2016
Numerous training seminars through professional associations such as the American Immigration Lawyers Association, 1985 to 1995
    Audited course in Advanced Legal Research – Golden Gate University School of Law, 2010
    Audited comprehensive Immigration Law Course – Hastings College of Law, 1985

## B.A. in Community Studies 1978: University of California, Santa Cruz

Highest Honors Thesis: Housing Needs of Senior Citizens

## References available upon request

1  Carol A. King – CA State Bar No. 117226
2  ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
   CAROL KING LAW OFFICE
3  ▮▮▮▮▮▮▮▮▮▮▮▮
4  ▮▮▮▮▮▮▮
5  ▮▮▮▮▮▮▮▮▮▮▮
   ▮▮▮▮▮▮▮▮▮▮▮
6
7
8              UNITED STATES DISTRICT COURT
9
              CENTRAL DISTRICT OF CALIFORNIA
10
11

| | |
|---|---|
| ***JENNY L. FLORES, ET AL.*** | Case No.: **CV 85-4544-DMG (AGRx)** |
| Plaintiff, | |
| vs. | AFFIDAVIT OF CAROL A. KING |
| ***JEFFERSON B. SESSIONS, III, ET AL.***, | Judge: Dolly M. Gee |
| Defendant | |

AFFIDAVIT OF CAROL A. KING

## AFFIDAVIT OF CAROL A. KING

I have thoroughly made myself familiar with the issues involved in this case. As a result of my knowledge of the case, I can and do attest and affirm that I know of no non-disclosed grounds for disqualification under 28 U.S.C. § 455 that would prevent me from serving as the Special Master/Independent Monitor in the captioned matter.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on August 30, 2018, at Oakland, CA

_____
Carol A. King

SWORN TO AND SUBSCRIBED before me this 30 day of August 2018.

ZARINA RATHOD
Notary Public - California
Alameda County
Commission # 2165704
My Comm. Expires Sep 27, 2020

_____
Notary Public

AFFIDAVIT OF CAROL A. KING