CHAD A. READLER
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' OPPOSITION TO PLAINITFFS' MEMORANDUM RE CBP FACILITIES SUBJECT TO MONITORING** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States; *et al.,* | |
| Defendants. | |

On July 27, 2018, the Court ordered the parties to file recommendations regarding the appointment of an independent monitor, ECF No. 469. On August 24, the parties each filed their proposals for individuals to fill the independent monitor position, as well as proposals for the scope of work of the independent monitor. Also in accordance with the Court's order, on August 24, 2018, Defendants filed a response to Plaintiffs' latest set of declarations. In accordance with the Court's June 27, 2017 Order, this response specifically addressed Plaintiffs' declarations from the Rio Grande Valley Border Patrol Sector. Finally, on that same day but not required or requested by this Court's order, Plaintiffs further filed a Memorandum Re CBP Facilities Subject to Monitoring ("Memorandum"), asking this Court to expand the scope of review of the independent monitor to include additional U.S. Customs and Border Protection facilities outside of the Rio Grande Valley.

Defendants hereby object to and oppose Plaintiffs' Memorandum, and ask the Court to deny Plaintiffs' requests therein as untimely and inappropriate. Indeed, Plaintiffs asked for such an expansion at the July 28, 2018 status conference, and this Court denied Plaintiffs' request. If Plaintiffs wish to seek such relief, they should be required to file a motion with this Court, and to establish an entitlement to this expanded relief by clear and convincing admissible evidence, and in accordance with the Federal Rules of Evidence. *See* Federal Rules of Evidence

1101(b) and (d). Because Plaintiffs seek to avoid all applicable rules of evidence and procedure, and ask this Court to impose costly and burdensome relief to which they have not established any entitlement, this Court should deny Plaintiffs' request.

DATED: September 4, 2018    Respectfully submitted,

    CHAD A. READLER
    Acting Assistant Attorney General
    WILLIAM C. PEACHEY
    Director, District Court Section
    Office of Immigration Litigation
    COLIN A. KISOR
    Deputy Director, District Court Section
    Office of Immigration Litigation
    WILLIAM C. SILVIS
    Assistant Director, District Court Section
    Office of Immigration Litigation

    */s/ Sarah B. Fabian*
    SARAH B. FABIAN
    Senior Litigation Counsel
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

    *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on September 4, 2018, I served the foregoing pleading with attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

                                          /s/ *Sarah B. Fabian*
                                          SARAH B. FABIAN
                                          U.S. Department of Justice
                                          District Court Section
                                          Office of Immigration Litigation

                                          Attorney for Defendants