JOSEPH H. HUNT
Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Hon. Dolly M. Gee |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Defendants Kirstjen Nielsen, Secretary of Homeland Security, and the U.S. Department of Homeland Security and its subordinate entity U.S. Immigration and Customs Enforcement, hereby appeal the July 9, 2018 Order, ECF No. 455, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DATED:    September 6, 2018         Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

1

# CERTIFICATE OF SERVICE

I hereby certify that on September 6, 2018, I served the foregoing with attachment on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants