UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | September 26, 2018 |

Title **_Jenny L. Flores, et al. v. Jefferson B. Sessions III, et al._**

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER RE PROPOSED SPECIAL MASTER/INDEPENDENT MONITOR**

On September 4, 2018, the Court gave the parties notice of its intention to appoint Retired United States Immigration Judge Carol A. King to the position of Special Master/Independent Monitor. [Doc. # 484.] On September 10, 2018, Defendants expressed their objections to Ms. King's appointment. [Doc. # 488.] Although the Court has the utmost confidence in Ms. King's integrity and skills, and believes that she would have performed her duties in a fair and impartial manner, the Court recognizes that Defendants' objection relating to the comments on Ms. King's website could give rise to the appearance of a conflict. For that reason, the Court hereby withdraws its nomination of Ms. King for the Special Master/Independent Monitor position.

Instead, the Court nominates Andrea Sheridan Ordin to the position of Special Master/Independent Monitor. Having held numerous positions of responsibility in her long and distinguished career, Ms. Ordin is eminently qualified to undertake this assignment. Her curriculum vitae and 28 U.S.C. section 455 declaration are attached to this Order.

By no later than **October 1, 2018**, the parties shall file a joint status report indicating whether they have any objections to the appointment of Ms. Ordin as the Special Master/Independent Monitor.

**IT IS SO ORDERED**.

# ANDREA SHERIDAN ORDIN | Curriculum Vitae

Strumwasser & Woocher LLP · 10940 Wilshire Blvd., Ste. 2000, Los Angeles, CA · 90024 · 310.576.1233 · aordin@strumwooch.com

### Senior Counsel — Strumwasser and Woocher     2018 — Present

Strumwasser & Woocher specializes in representing and advising a broad range of public agencies and officials, citizen groups, and private individuals and corporations. For 27 years, the firm has advised officeholders on legal and policy matters, developed and successfully defended innovative regulatory programs, and investigated and reported on the legality and efficacy of government programs.

### Commissioner — Los Angeles City Ethics Commission     2016 — Present

Member of the Commission charged with the shaping and enforcing laws regarding governmental ethics, conflicts of interest and campaign financing in the City.

### Adjunct Professor — Pepperdine Law School     2013 — 2016

Teaching "Government Lawyering" - a course designed to provide the student with a real world understanding of the practicalities and ethical dilemmas when representing State, Local and Federal governments.

### County Senior Deputy to Supervisor Hilda Solis — Los Angeles Board of Supervisors     2014 — 2015

Joined the staff of Supervisor Hilda Solis for four months. Advised the Supervisor and her staff on legal policy and issues of environmental protection and law enforcement and assisted in recruiting and training of new staff members.

### President — Los Angeles Board of Police Commissioners     2012 — 2013

On the nomination of Mayor Antonio Villaraigosa, returned to serve on the Los Angeles Board of Police Commissioners as President. Under the City Charter, the Board of Police Commissioners is the head of the Police Department. The Board sets overall policy while the Chief of Police manages the daily operations of the Department and implements the Board's policy decisions and goals. Provided leadership in increasing the effectiveness of the Inspector General and completing final negotiations ending federal oversight of the Department.

### County Counsel — Los Angeles County     2010 — 2012

The Office of the County Counsel and its 250 lawyers serves as attorney for, and provides legal advice and representation to the Los Angeles County Board of Supervisors, 40 County departments, and other public officers and agencies. One hundred of the lawyers practice in Dependency Court representing the Department of Children and Family Services, to protect the best interests of the 35,000 children under its jurisdiction.  In addition to the staff lawyers, the County Counsel is responsible for the work of more than 40 law firms providing services.

During 2010 - 2012, the Department of Children and Family Services was faced by a series of crises and was led by four different Directors.

The County Counsel, working closely with the County Counsel Division Chiefs in charge of Social Services and Dependency Divisions, met, sometimes on a daily basis, with the members of the Board of Supervisors, their Children's Deputies and administrators of the departments responsible for the care and protection of the children in the County, to deal with the legal and policy issues facing the County. As County Counsel, supervised audits of child protection hot lines and monitored compliance. Supervised

the compliance with Katie A consent decree, settlement designed to ensure foster children receive medical and mental health services.

### Partner and Senior Counsel — Morgan, Lewis & Bockius                    1993 — 2010

Partner from 1995 - 2005 and formerly Partner in charge of 60-person Litigation Department in Los Angeles. Senior Counsel 2005 – 2010.

Legal practice focused on complex business, environmental litigation and internal corporate investigations. Appeared regularly in state and federal courts.

Managed the Los Angeles and Orange County pro bono programs for the firm and worked regularly with Public Counsel, Legal Aid and Neighborhood Legal Services. Served as a Board Member of Children's Law Center of California.

From 2005 until 2010, became Senior Counsel to the firm with a reduced workload and joined the Los Angeles Board of Police Commissioners, which sets overall policy for the Department. Although a volunteer position, members typically spend 15 - 20 hours per week in developing policies and procedures, meeting with community members, the Inspector General and his staff, and leaders and members of the Department.  Partnered with John Mack, President of the Los Angeles Board of Police Commissioners to oversee the implementation of the DOJ Consent Decree.

### Chief Assistant Attorney General — State of California                    1983 — 1991

Headed the Division of Public Rights. Responsibilities included supervision of the 140 lawyers and other professionals in the Division of Public Rights assigned to the Antitrust, Consumer Protection, Environment, and Civil Rights sections.

Responsible for litigation and legislation in the Public Rights Division and appeared periodically in the trial and appellate courts, for example arguing Nollan v. Coastal Commission in the United States Supreme Court; California v. Levi Strauss, in the California Supreme Court, and California v. American Stores, in the District Court, and sitting second chair in the case of California v. ARC America in the United States Supreme Court. On a regular basis was responsible for the arbitration of internal disputes among the six sections in the Public Right Divisions on matters of policy.

### United States Attorney — United States Department of Justice            1977 — 1981

The third woman in history to be appointed by the President of the United States to the position. Responsibilities in the Central District of California included the supervision of the 95 Assistant U.S. Attorneys assigned to the Criminal, Civil and Tax Divisions in Los Angeles and oversight of the Department of Justice lawyers trying cases in the District.

The Central District of California includes the counties of Los Angeles, Orange, Riverside, San Bernardino, San Luis Obispo, Santa Barbara and Ventura. Appeared periodically in the Ninth Circuit on civil and criminal appeals. Developed and chaired joint state, local and federal task forces to enforce criminal and civil rights law. Served as the national Chair of the Attorney General's Advisory Committee.

Border enforcement was among the many complex issues on the agenda of the Advisory Committee.  With the assistance of Doris Meissner, then Deputy INS Commissioner, and the United States Attorney for the Southern District of California, toured the United States Mexico border at night and day, interviewed agents and local law enforcement and viewed facilities, prior to making enforcement recommendations to the Deputy Attorney General and Assistant Attorney General of the Criminal Division.

Personally negotiated settlement of immigration case brought by Legal Aid and Center for Human Rights and Constitutional Law against the Immigration and Naturalization Service for alleged unconstitutional raids of immigrants by the Los Angeles Police Department and INS.  The case was settled by a consent decree which, among other

things, required the Chief of Police to sign and implement Special Order 40 which declared that the LAPD would not use its resources to enforce federal civil immigration law.

| | |
|---|---|
| **Assistant District Attorney — Los Angeles County** | 1975 — 1977 |

The third ranking position in an office of more than 550 lawyers and approximately 1,500 investigative and support personnel. In addition to general administrative responsibilities, the Assistant District Attorney supervised filings and proceedings brought by the 60 lawyers in the Juvenile Division. Working with District Attorney, John Van de Kamp, sponsored juvenile justice reform legislation in Sacramento.

| | |
|---|---|
| **Deputy Attorney General — State of California** | 1965 — 1972 |

Assigned to the following Sections: Criminal Appeals, Consumer Protection and Civil Rights. Handled both civil and criminal trial and appellate cases for the Sections, handling more than 60 State court appeals, including four arguments before the California Supreme Court expanding the rights of California consumers. While in the Civil Rights unit, brought cases against housing developments and employment agencies for racial discrimination and co-tried desegregation cases against the School Districts of Bakersfield and San Diego. Drafted the first juvenile court appellate brief after the Supreme Court decision, <u>In Re Gault</u>.

# Education

| | |
|---|---|
| **B.A. — University of California, Los Angeles** | 1962 |
| **L.L.B. — University of California School of Law, Los Angeles** | 1965 |

# Civic Activities

| | |
|---|---|
| **Member —** Independent Commission to Study the Los Angeles Police Department, (Christopher Commission) | 1991 |

One of the ten Commissioners tasked with developing the investigative report and recommendations known as the Christopher Commission Report on the Los Angeles Police Department.

| | |
|---|---|
| **Member —** American Bar Association Standing Committee, Judicial Independence | 2005 — 2007 |
| **Member —** American Bar Association Justice Anthony Kennedy Commission on Sentencing | 2004 |
| **President —** Los Angeles County Bar Association, 20,000 member voluntary bar | 1991 — 1992 |

# Awards

| | |
|---|---|
| **Beacon of Justice Award,** Los Angeles County Law Library | 2018 |
| **Shattuck Price Lifetime Award,** Los Angeles County Bar Association | 2011 |
| **Precursor Para Justicia Award (Pioneer of Justice Award),** Mexican American Foundation | 2002 |
| **Trailblazer Award,** Los Angeles County Bar Association & Women Lawyers of Los Angeles | 2002 |
| **Ernestine Stahlhut Award,** Women Lawyers of Los Angeles | 2000 |
| **Margaret Brent Award for Women Lawyers,** American Bar Association | 1991 |

ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES, et al., | CASE NO. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | **DECLARATION OF ANDREA SHERIDAN ORDIN** |
| v. | Assigned to Hon. Dolly M. Gee |
| JEFFERSON B. SESSIONS, III, et al., | |
| Defendants. | |

1

## DECLARATION OF ANDREA SHERIDAN ORDIN

I have reviewed pleadings and documents filed in this case in the last eighteen months, and believe I am thoroughly familiar with the issues involved in this case. As a result of my knowledge of the case, I can and do attest and affirm that I know of no non-disclosed grounds for disqualification under 28 U.S.C. Section 455 that would prevent me from serving as the Special Master/Independent Monitor in the captioned case.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I executed this declaration on September 26, 2018, at Los Angeles, California.

*/s/ Andrea Ordin*
Andrea Sheridan Ordin

2

*Jenny L. Flores, et al. v. Jefferson B. Sessions, III, et al.*
DECLARATION OF ANDREA SHERIDAN ORDIN
Case No. CV 85-4544 DMG (AGRx)