JOSEPH H. HUNT
Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **JOINT STATUS REPORT RE SEPTEMBER 26, 2018 ORDER RE PROPOSED SPECIAL MASTER/INDEPENDENT MONITOR** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On September 26, 2018, the Court issued an order nominating "Andrea Sheridan Ordin to the position of Special Master/Independent Monitor." ECF No. 489. The Court asked the parties to "file a joint status report indicating whether they have any objections to the appointment of Ms. Ordin as the Special Master/Independent Monitor." *Id.* Defendants maintain their objections to the appointment of a Special Master/Independent Monitor in this case. However, both parties state that they have no objections to Andrea Sheridan Ordin as the nominee.

DATED: October 1, 2018 Respectfully submitted,

*/s/ Peter A. Schey* (with permission)
PETER A. SCHEY
Center for Human Rights and Constitutional Law

*Attorney for Plaintiffs*

JOSEPH H. HUNT
Assistant Attorney General

AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, I served the foregoing pleading with attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants