UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | October 5, 2018 |
| Title | *Jenny L. Flores, et al. v. Jefferson B. Sessions, III, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER SCHEDULING STATUS CONFERENCE REGARDING THE APPOINTMENT OF A SPECIAL MASTER/INDEPENDENT MONITOR**

The Court, having appointed Andrea Sheridan Ordin as Special Master/Independent Monitor ("the Monitor") in this case, hereby schedules a status conference for **Monday, October 15, 2018 at 10:00 a.m.** The parties' Counsel, the Monitor, and Juvenile Coordinators Henry A. Moak, Jr. and Deane Dougherty shall attend the status conference. The Court requests that Defendants serve a copy of this Order upon Mr. Moak and Ms. Dougherty in order to give them notice of the status conference.

**IT IS SO ORDERED**.