CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

LEECIA WELCH (Cal. Bar No. 208741)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, Dominga Hernandez-Hernandez, Alma Yanira Cruz, Sergio Hernandez-Perez,<br><br>Plaintiffs,<br><br>v.<br><br>Jefferson B. Sessions, Attorney General, *et al*.,<br><br>Defendants. | Case No. CV85-4544-DMG (AGRx)<br><br>NOTICE OF CROSS-APPEAL |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu

NOTICE IS HEREBY GIVEN that Plaintiffs cross-appeal to the Court of Appeals for the Ninth Circuit from the order entered in this action on July 30, 2018 (ECF 470), to the extent it denies Plaintiffs' motion to enforce (ECF 409) the settlement filed herein on January 17, 1997.

Plaintiffs Jenny Lisette Flores, Dominga Hernandez-Hernandez, Alma Yanira Cruz, and Sergio Hernandez-Perez brings this appeal as representatives of the certified plaintiff class.

Dated: October 10, 2018.

CARLOS R. HOLGUÍN
PETER A. SCHEY
Center for Human Rights &
Constitutional Law

LEECIA WELCH
National Center for Youth Law

HOLLY COOPER
CARTER WHITE
University of California Davis School
of Law

*Carlos Holguín*
Carlos Holguín

/ / /