CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

LEECIA WELCH (Cal. Bar No. 208741)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, Dominga Hernandez-Hernandez, Alma Yanira Cruz, Sergio Hernandez-Perez, <br><br>Plaintiffs, <br><br>v. <br><br>Jefferson B. Sessions, Attorney General, *et al.*, <br><br>Defendants. | Case No. CV85-4544-DMG (AGRx) <br><br>REPRESENTATION STATEMENT |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
           ccwhite@ucdavis.edu

The parties to this action are Plaintiffs Jenny Lisette Flores, Dominga Hernandez-Hernandez, Alma Yanira Cruz, Sergio Hernandez-Perez, and the certified plaintiff class; and Defendants Attorney General of the United States, United States Department of Homeland Security, and United States Department of Health and Human Services' Office of Refugee Resettlement.

Counsel for Plaintiffs are Carlos Holguín and Peter A. Schey, Center for Human Rights & Constitutional Law, 256 S. Occidental Blvd., Los Angeles, CA 90057, (213) 388-8693; Leecia Welch, Neha Desai, Poonam Juneja, and Crystal Adams, National Center for Youth Law, 405 14th Street, 15th Floor, Oakland, CA 94612, (510) 835-8098; and Holly S. Cooper and Carter C. White, University of California Davis School of Law, One Shields Ave. TB 30, Davis, CA 95616, (530) 754-4833.

Counsel for Defendants are Joseph H. Hunt, William C. Peachey, Colin A. Kisor, William C. Silvis and Sarah B. Fabian, U.S. Department of Justice, Office of Immigration Litigation, P.O. Box 878 Ben Franklin Station, Washington, DC 20044, (202) 305-7016.

Dated: October 10, 2018.

CARLOS R. HOLGUÍN
PETER A. SCHEY
Center for Human Rights &
Constitutional Law

LEECIA WELCH
National Center for Youth Law

HOLLY COOPER
CARTER WHITE
University of California Davis School of Law

*Carlos Holguín*
Carlos Holguín