JOSEPH H. HUNT
Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
  P.O. Box 868, Ben Franklin Station
  Washington, D.C. 20044
  Tel:  (202) 532-4824
  Fax: (202) 305-7000
  Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **[Proposed] Order Granting Defendants' Ex Parte Application for Partial Reconsideration of Order Appointing Special Master/Independent Monitor** |
| v. | |
| JEFFERSON B. SESSIONS III, Attorney General of the United States; *et al.*, | **[Hon. Dolly M. Gee]** |
| Defendants. | |

THIS CAUSE comes before the Court upon the Defendants' Ex Parte Application for Partial Reconsideration of Order Appointing Special Master/Independent Monitor.

UPON CONSIDERATION of the Application, and for the reasons set forth in Defendants' Memorandum of Points and Authorities in Support of the Application, the Application is GRANTED, and the Court hereby ORDERS the following:

1. The Court's October 5, 2018 Order Appointing Special Master/Independent Monitor is hereby amended to exclude the U.S. Department of Health and Human Services, Office of Refugee Resettlement ("ORR"), from the scope of the monitoring duties of the Special Master/Independent Monitor.

2. Defendant ORR is hereby ordered, on or before October 26, 2018, to file an evidentiary response to the assertions set forth in the August 27, 2018 Cohen Declaration, filed in *Lucas R., et al. v. Azar, et al.*, No. CV 18-5741 (C.D. Cal.).

**IT IS SO ORDERED.**

DATED: _____, 2018.

THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE