UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | October 15, 2018 |

Title  *Jenny L. Flores v. Jefferson B. Sessions, III, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor, Henry A. Moak, Jr., CBP Juvenile Coordinator, Deane Dougherty, ICE Juvenile Coordinator, and Jonathan White, HHS ORR Juvenile Coordinator. The Court and counsel confer.

The Court construes Defendants' *ex parte* application for partial reconsideration of order appointing Special Master/Independent Monitor [Doc. # 498] as a motion ("Motion"). In accordance with the motion schedule under Local Rule 7-9 and 7-10, the opposition is due by October 19, 2018 and the reply is due by October 26, 2018. Thereafter, the Motion will be set for hearing on **November 9, 2018 at 10:00 a.m.** The Court *sua sponte* stays those aspects of the Order Appointing Special Master/Independent Monitor [Doc. # 494] relating to enforcement of the Court's July 30, 2018 Order, pending resolution of the Motion.

The Court introduces Ms. Ordin and thanks her for accepting the assignment of Special Master at a drastically reduced hourly rate and treating as pro bono all hours expended prior to her October 17, 2018 Effective Date. The Court explains its purpose in appointing the Special Master and provides the parties time to meet and confer with her after adjournment of the status conference.

:23