# Exhibit 35

## [Provisionally Filed Under Seal]



**Notice of Placement
in a Restrictive Setting**
Office of Refugee Resettlement

You are in the custody of the Office of Refugee Resettlement (ORR), and have been placed in a restrictive setting - a secure or staff secure facility, or a Residential Treatment Center (RTC). The reason you have been placed in a restrictive setting is listed below.

If you have any questions about this placement, please discuss them with your case manager, your attorney, or an ORR-funded legal service provider.

| UAC Name | Alien Number | Country of Birth | Date of Birth | Gender |
|---|---|---|---|---|
|  |  | Honduras |  | Male |
| **Name of Care Provider Facility** | | | **Type of Facility** | |
| Yolo County Juvenile Detention Facility | | | Secure | |

**Secure Care:** ORR has determined that you pose a danger to self or others; or have been charged with having committed a criminal offense. ORR considered that you:

☐ Are charged with, may be chargeable, or have been convicted of a crime; or are the subject of delinquency proceedings, have been adjudicated delinquent, or are chargeable with a delinquent act[1];

☐ Have committed, or have made credible threats to commit a violent or malicious act while in ORR custody;

☐ Have committed, threatened to commit, or engaged in serious, self-harming behavior that poses a danger to self while in ORR custody;

☐ Have engaged in conduct that has proven to be disruptive of the normal functioning of a staff secure facility in which you were placed such that transfer may be necessary to ensure your welfare or the welfare of others;

☐ Have reported gang involvement or display gang affiliation while in care;

☐ Have self-disclosed violent criminal history or gang involvement prior to placement in ORR custody that requires further assessment; and/or,

☐ Have a history of or display sexual predatory behavior, or have inappropriate sexual behavior.

**Staff Secure Care:** ORR has determined that you require close supervision, but do not require placement in a secure care provider facility. ORR considered that you:

☐ Have been disruptive to the normal functioning of a shelter care facility such that transfer is necessary to ensure the welfare of others;

☐ Are an escape risk;

☐ Have non-violent criminal or delinquent history not warranting placement in a secure care provider facility, such as isolated or petty offenses; or,

☐ Could be stepped down from a secure facility.

**Residential Treatment Center:** ORR has determined that you have a psychiatric or psychological issue that cannot be addressed in an outpatient setting. A licensed psychologist or psychiatrist has indicated that you:

☐ Have not shown reasonable progress in the alleviation of your mental health symptoms after a significant period of time in outpatient treatment;

☐ Demonstrate behavior that is a result of your underlying mental health symptoms and/or diagnosis and cannot be managed in an outpatient setting;

☐ Require therapeutic-based intensive supervision as a result of mental health symptoms and/or diagnosis that prevent you from independent participation in the daily schedule of activities; and/or,

☐ Present a continued and real risk of harm to self, others, or the community, despite the implementation of short-term clinical interventions.

---

[1] Excluding: isolated offenses that (1) were not within a pattern or practice of criminal activity and (2) did not involve violence against a person, or the use or carrying of a weapon (e.g., breaking and entering, vandalism, DUI, etc.); or petty offenses which are not considered grounds for a stricter means of detention in any case (e.g., shoplifting, joy riding, disturbing the peace, status offenses).

**Notice of Placement in a Restrictive Setting**

Summary of placement decision or case review:

██████ was previously placed at Yolo Secure (5/4/18 to 6/5/18) prior to returning to Honduras on a Voluntary Departure order. ██████ will be reassessed to determine if appropriately placed.

ORR will review your placement, at a minimum, every 30 days to determine whether your placement in a restrictive level of care is still necessary. If you remain in a secure facility or RTC after 30 days, you may request that the ORR Director reconsider your placement. For more information on this process, please ask your case manager.

If you believe you have not been properly placed or that you have been treated improperly you may also ask a Federal District Court to review your case. You may call a lawyer to assist you.

**UAC's acknowledgement of receipt:**

_____                29/8/2018
████████████████                                Date
          UAC's Signature

Usted está bajo la custodia de la Oficina de Restablecimiento de Refugiados (ORR) y se le ha colocado en el lugar restrictivo - Instalación segura o de seguridad personal o un Centro de Tratamiento Residencial (RTC).   La razón por la que ha sido colocado en un lugar restrictivo está documentada en la sesión de abajo.

Si tienes alguna pregunta sobre este traslado o ubicación, la puedes discutir con tu administrador de casos, tu abogado o algún proveedor de servicios legales financiado por ORR.

| Nombre de UAC | Numero de Extranjero | País de Nacimiento | Fecha de Nacimiento | Género |
|---|---|---|---|---|
| ████████ | ████ | Honduras | ████ | M |

| Nombre de Instalación bajo Cuidado | Tipo de Instalación |
|---|---|
| Yolo County Juvenile Detention Facility | Seguro |

**Centro Seguro:** ORR ha determinado que usted representa un peligro para sí mismo o para los demás; o has sido acusado de haber cometido un delito. ORR consideró que usted:

o   Estas acusados, o puedes ser acusados o han sido condenados de un delito; o eres sujeto a un procedimiento por delincuencia, o has sido declarado delincuente o tienes un cargo por un acto de delincuencia.

o   Ha cometido o ha hecho una amenaza creíble de cometer un acto violento o malicioso mientras te encuentra bajo la custodia de ORR.

o   Has cometido, amenazado con cometer, o a tenido comportamiento serio y autodestructivo que representan un peligro para sí mismos mientras se encuentran bajo la custodia de la ORR.

o   Has participado en una conducta que ha demostrado ser perjudicial para el funcionamiento normal de una instalación segura o el personal en la que fue colocado, de tal manera que su transfiero tuvo que ser necesario para garantizar su bienestar o el bienestar de los demás.

o   Has reportado la participación de estar en una pandilla o de estar afiliado a una pandilla mientras estas bajo cuidado;

o   Tu mismo reportaste haber tenido antecedentes penales violentos o de haber participado en pandillas antes de estar bajo el cuidado de ORR y ahora requiere una evaluación adicional; y/o,

o   Tienes un historial o has exhibido una conducta depredadora, o de tener un comportamiento sexual inapropiado.

**Centro Seguro Personal:** ORR ha determinado que tú requieres una supervisión cercana, pero no requieres la colocación en un centro seguro. ORR consideró lo siguiente;

o   Has sido cambiado debido a tu comportamiento destructivo en el albergue/amparo de tal manera que el traslado fue necesario para garantizar el bienestar de los demás;

o   Estas en riesgo de escape/fuga,

o   Tienes antecedentes penales no violentos o tienes antecedentes delincuentes que no justifican el traslado a un centro seguro, como ofensas aisladas u ofensas menores; o,

o   Puedes ser dimitido a una instalación de seguridad baja.

**Centro de tratamiento residencial:** ORR ha determinado que tienes un problema psiquiátrico o psicológico que no puede ser tratado en un lugar ambulatorio.  Un psicólogo (con licencia) o psiquiatra ha indicado que tu:

o   No has mostrado un progreso razonable de tus síntomas de salud mental después de un período significativo en tratamiento;

o   Tu comportamiento ha demostrado que es un resultado debido de tu salud mental, o tu diagnóstico de salud mental y no puede ser tratado en un lugar ambulatorio;

o   Requieres una base terapéutica intensa con supervisión debido de tus síntomas de salud mental o tu diagnostico te impide tener la participación independiente en programas diarios de actividades; y/o,

o   Presentas un riesgo continuo de hacerte daño a sí mismo, a otros en la comunidad, a pesar de la implementación de intervenciones clínicas a corto plazo.

Resumen de decisión sobre la colocación o revisión de caso

███ se colocó previamente en Yolo Secure (5/4/18 al 6/5/18) antes de regresar a Honduras en una orden de Salida Voluntaria. Se volverá a evaluar a ███ para determinar si se colocó adecuadamente

ORR revisará tu colocación, como mínimo, cada 30 días para determinar si su ubicación en un nivel restrictivo de atención sigue siendo necesaria. Si permaneces en un centro seguro o RTC después de 30 días, puede solicitar que el Director de ORR reconsidere tu ubicación.  Para obtener más información sobre este proceso, consulte a su administrador de casos.

Si crees que no has sido colocado correctamente o que te trataron de manera incorrecta, también puedes pedirle a un Tribunal del Distrito Federal que revise tu caso. También, puedes llamar a un abogado para que lo asista.

UAC Reconocimiento de recibo:

████████████
_____
Firma de UAC

29/8/2018
_____
Fecha

# Exhibit 36

## [Provisionally Filed Under Seal]



**U.S. Department of Health and Human Services**

Office of Refugee Resettlement
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

## OFFICE OF REFUGEE RESETTLEMENT
### Division of Children's Services
### AUTHORIZATION FOR MEDICAL, DENTAL, AND MENTAL HEALTH CARE

The Department of Health and Human Service (HHS), Office of Refugee Resettlement (ORR), Division of Children's Services (DCS) is responsible for coordinating and implementing the care and custody of the following minor pursuant to section 462 of the Homeland Security Act of 2002 (6 U.S.C. §279):

| | | |
|---|---|---|
| Minor's Name: | ▮▮▮▮▮▮ | Alien Number: ▮▮▮▮▮ |
| Date of Birth: | ▮▮▮▮▮ | Nationality: Honduras |

ORR hereby Authorizes , hereinafter "care provider," to arrange medical, dental, and mental health care for said minor under the following terms and conditions:

care provider :    Yolo County Juvenile Detention

**1. Licensing and Reimbursement**

•All medical, dental, or mental health services for the minor will be by a State licensed provider.

•The licensed medical, dental, or mental health provider must be willing to accept the Medicare reimbursement rate, payment on a fee for service basis, or to provide services for no fee.

**2. Authorization and Notification**

•The care provider shall secure authorization from ORR before consenting to any non-emergency medical, dental or medical health services; except for initial medical screening.

•The care provider shall consent to the provision of emergency treatment recommended by a licensed medical, dental, or mental health provider. The care provider shall notify ORR of the emergency immediately following treatment if possible, or within 24 hours after the initial incident.

•Significant surgical or medical procedures require heightened ORR involvement. Please refer to ORR instructions and procedures on medical services requiring heightened ORR involvement in these special cases.

•Minors have the right to be tested for HIV or other sexually transmitted diseases; the care provider shall ensure the minor receives the test(s) as requested.

•The care provider is authorized to dispense over-the-counter medications and prescription



U.S. Department of Health and Human Services

Office of Refugee Resettlement
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

### 3. Medical and Dental Exams/Screenings

•Minors in care shall receive a medical exam within 48 hours of placement in a care provider program, unless the minor obtained a medical exam within one calendar year and while under the care of another ORR-funded care provider.

•Minors in care shall also receive an initial dental examination within 90 days of placement, but no sooner than their 30th day in the custody of ORR.

### 4. Immunizations

•The care provider shall ensure that all minors in care receive necessary immunizations.

•Females 10 years or older must undergo a quantitative blood pregnancy test, with the minor's consent, before being administered any immunization.

### 5. Medical, Dental, and Mental Health Records/Confidentiality

•Care providers shall (1) obtain copies of all screenings, exams, or testing performed on a minor in care, signed by the licensed health care professional, (2) provide copies to ORR, when requested, and (3) ensure that medical records are maintained in the minor's file.

•All records maintained by the care provider in reference to the minor's health care are the property of ORR. Care providers may not release health information about the minor to any individual or organization without prior express authorization of ORR, except in the following instances: to the minor's educational program or medical, mental health, dental, and other service providers to the extent that the information is needed for the minor's education, recreation, social development,

| | | |
|---|---|---|
| Signature - Authorized Representative of Care Provider | 08/29/2018<br>Date | 530/406-5317<br>Telephone Number |
| Signature - Official Representative<br>Office of Refugee Resettlement<br>Administration for Children and Families | 08/29/2018<br>Date | 202-401-5709<br>Telephone Number |

1. "Immunizations and Pregnancy Testing," April 2, 2008. http://www.acf.hhs.gov/programs/orr/programs/ORRPolicy4208.pdf

# Exhibit 37

## [Provisionally Filed Under Seal]



**Notice of Placement
in a Restrictive Setting**
Office of Refugee Resettlement

You are in the custody of the Office of Refugee Resettlement (ORR), and have been placed in a restrictive setting - a secure or staff secure facility, or a Residential Treatment Center (RTC). The reason you have been placed in a restrictive setting is listed below.

If you have any questions about this placement, please discuss them with your case manager, your attorney, or an ORR-funded legal service provider.

| UAC Name | Alien Number | Country of Birth | Date of Birth | Gender |
|---|---|---|---|---|
| | | Honduras | | Male |

| Name of Care Provider Facility | Type of Facility |
|---|---|
| Yolo County Juvenile Detention Facility | Secure |

**Secure Care:** ORR has determined that you pose a danger to self or others; or have been charged with having committed a criminal offense. ORR considered that you:

☐ Are charged with, may be chargeable, or have been convicted of a crime; or are the subject of delinquency proceedings, have been adjudicated delinquent, or are chargeable with a delinquent act[1];

☐ Have committed, or have made credible threats to commit a violent or malicious act while in ORR custody;

☑ Have committed, threatened to commit, or engaged in serious, self-harming behavior that poses a danger to self while in ORR custody;

☑ Have engaged in conduct that has proven to be disruptive of the normal functioning of a staff secure facility in which you were placed such that transfer may be necessary to ensure your welfare or the welfare of others;

☐ Have reported gang involvement or display gang affiliation while in care;

☐ Have self-disclosed violent criminal history or gang involvement prior to placement in ORR custody that requires further assessment; and/or,

☐ Have a history of or display sexual predatory behavior, or have inappropriate sexual behavior.

**Staff Secure Care:** ORR has determined that you require close supervision, but do not require placement in a secure care provider facility. ORR considered that you:

☐ Have been disruptive to the normal functioning of a shelter care facility such that transfer is necessary to ensure the welfare of others;

☐ Are an escape risk;

☐ Have non-violent criminal or delinquent history not warranting placement in a secure care provider facility, such as isolated or petty offenses; or,

☐ Could be stepped down from a secure facility.

**Residential Treatment Center:** ORR has determined that you have a psychiatric or psychological issue that cannot be addressed in an outpatient setting. A licensed psychologist or psychiatrist has indicated that you:

☐ Have not shown reasonable progress in the alleviation of your mental health symptoms after a significant period of time in outpatient treatment;

☐ Demonstrate behavior that is a result of your underlying mental health symptoms and/or diagnosis and cannot be managed in an outpatient setting;

☐ Require therapeutic-based intensive supervision as a result of mental health symptoms and/or diagnosis that prevent you from independent participation in the daily schedule of activities; and/or,

☐ Present a continued and real risk of harm to self, others, or the community, despite the implementation of short-term clinical interventions.

---

[1] Excluding: isolated offenses that (1) were not within a pattern or practice of criminal activity and (2) did not involve violence against a person, or the use or carrying of a weapon (e.g., breaking and entering, vandalism, DUI, etc.); or petty offenses which are not considered grounds for a stricter means of detention in any case (e.g., shoplifting, joy riding, disturbing the peace, status offenses).

**Notice of Placement in a Restrictive Setting, 02/05/2018
ORR UAC/P-4**

**Notice of Placement in a Restrictive Setting**

Summary of placement decision or case review:

150 day review- ███ has began to demonstate improvement in his behavior. It appears that now that his reunification case is making progress, he is more receptive and determined to succeed. A recommendation for consideration of a Residential Treatment Center was submitted after staffing case with FFS due to concerns. Both RTC programs within the ORR network denied placement due to past and recent behavior. Yolo Secure will continue to explore all options while his home study process is completed.

ORR will review your placement, at a minimum, every 30 days to determine whether your placement in a restrictive level of care is still necessary. If you remain in a secure facility or RTC after 30 days, you may request that the ORR Director reconsider your placement. For more information on this process, please ask your case manager.

If you believe you have not been properly placed or that you have been treated improperly you may also ask a Federal District Court to review your case. You may call a lawyer to assist you.

**UAC's acknowledgement of receipt:**

███████████████

_____                    9/28/2018
UAC's Signature                            Date

**Page 190**

Usted está bajo la custodia de la Oficina de Restablecimiento de Refugiados (ORR) y se le ha colocado en el lugar restrictivo - instalación segura o de seguridad personal o un Centro de Tratamiento Residencial (RTC).  La razón por la que ha sido colocado en un lugar restrictivo está documentada en la sesión de abajo.

Si tienes alguna pregunta sobre este traslado o ubicación, la puedes discutir con tu administrador de casos, tu abogado o algún proveedor de servicios legales financiado por ORR.

| Nombre de UAC | Numero de Extranjero | País de Nacimiento | Fecha de Nacimiento | Género |
|---|---|---|---|---|
| ▇▇▇▇▇▇▇ | ▇▇ | Honduras | ▇▇▇▇ | M |

| Nombre de  Instalación  bajo Cuidado | Tipo de Instalación |
|---|---|
| Yolo County Juvenile Detention Facility | Seguro |

**Centro Seguro:** ORR ha determinado que usted representa un peligro para sí mismo o para los demás; o has sido acusado de haber cometido un delito. ORR consideró que usted:

- o   Estas acusados, o puedes ser acusados o han sido condenados de un delito; o eres sujeto a un procedimiento por delincuencia, o has sido declarado delincuente o tienes un cargo por un acto de delincuencia.

- o   Ha cometido o ha hecho una amenaza creíble de cometer un acto violento o malicioso mientras te encuentra bajo la custodia de ORR.

- ✓   Has cometido, amenazado con cometer, o a tenido comportamiento serio y autodestructivo que representan un peligro para sí mismos mientras se encuentran bajo la custodia de la ORR.

- ✓   Has participado en una conducta que ha demostrado ser perjudicial para el funcionamiento normal de una instalación segura o el personal en la que fue colocado, de tal manera que su transfiero tuvo que ser necesario para garantizar su bienestar o el bienestar de los demás.

- o   Has reportado la participación de estar en una pandilla o de estar afiliado a una pandilla mientras estas bajo cuidado;

- o   Tu mismo reportaste haber tenido antecedentes penales violentos o de haber participado en pandillas antes de estar bajo el cuidado de ORR y ahora requiere una evaluación adicional; y /o,

- o   Tienes un historial o has exhibido una conducta depredadora, o de tener un comportamiento sexual inapropiado.

**Centro Seguro Personal:** ORR ha determinado que tú requieres una supervisión cercana, pero no requieres la colocación en un centro seguro. ORR consideró lo siguiente;

- o   Has sido cambiado debido a tu comportamiento destructivo en el albergue/amparo de tal manera que el traslado fue necesario para garantizar el bienestar de los demás;

- o   Estas en riesgo de escape/fuga,

- o   Tienes antecedentes penales no violentos o tienes antecedentes delincuentes que no justifican el traslado a un centro seguro, como ofensas aisladas u ofensas menores; o,

- o   Puedes ser dimitido a una instalación de seguridad baja.

**Centro de tratamiento residencial:** ORR ha determinado que tienes un problema psiquiátrico o psicológico que no puede ser tratado en un lugar ambulatorio. Un psicólogo (con licencia) o psiquiatra ha indicado que tu:

- o   No has mostrado un progreso razonable de tus síntomas de salud mental después de un período significativo en tratamiento;

- o   Tu comportamiento ha demostrado que es un resultado debido de tu salud mental, o tu diagnóstico de salud mental y no puede ser tratado en un lugar ambulatorio;

- o   Requieres una base terapéutica intensa con supervisión debido de tus síntomas de salud mental o tu diagnostico te impide tener la participación independiente en programas diarios de actividades; y/o,

- o   Presentas un riesgo continuo de hacerte daño a sí mismo, a otros en la comunidad, a pesar de la implementación de intervenciones clínicas a corto plazo.

Resumen de decisión sobre la colocación o revisión de caso

Revisión de 150 días ▮ ha comenzado a demostrar una mejoría en su comportamiento. Parece que
ahora que su caso de reunificación está progresando, él es más receptivo y está decidido a tener éxito.
Una recomendación para la consideración de un Centro de Tratamiento Residencial se presentó después
del caso de dotación de personal con FFS debido a preocupaciones. Ambos programas de RTC dentro de la
red de ORR negaron la colocación debido a un comportamiento pasado y reciente. Yolo Secure continuará
explorando todas las opciones mientras se completa el proceso de estudio de su hogar.

ORR revisará tu colocación, como mínimo, cada 30 días para determinar si su ubicación en un nivel
restrictivo de atención sigue siendo necesaria. Si permaneces en un centro seguro o RTC después de 30
días, puede solicitar que el Director de ORR reconsidere tu ubicación.  Para obtener más información
sobre este proceso, consulte a su administrador de casos.

Si crees que no has sido colocado correctamente o que te trataron de manera incorrecta, también
puedes pedirle a un Tribunal del Distrito Federal que revise tu caso. También, puedes llamar a un
abogado para que lo asista.

UAC Reconocimiento de recibo:

_____                          _____
Firma de UAC                                       Fecha

# Exhibit 38

## [Provisionally Filed Under Seal]



U.S. Department of Health and Human Services

Office of Refugee Resettlement
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

### OFFICE OF REFUGEE RESETTLEMENT
### Division of Children's Services
### AUTHORIZATION FOR MEDICAL, DENTAL, AND MENTAL HEALTH CARE

The Department of Health and Human Service (HHS), Office of Refugee Resettlement (ORR), Division of Children's Services (DCS) is responsible for coordinating and implementing the care and custody of the following minor pursuant to section 462 of the Homeland Security Act of 2002 (6 U.S.C. §279):

| | | | |
|---|---|---|---|
| Minor's Name: | | Alien Number: | |
| Date of Birth: | | Nationality: | Honduras |

ORR hereby Authorizes , hereinafter "care provider," to arrange medical, dental, and mental health care for said minor under the following terms and conditions:

care provider :    Yolo County Juvenile Detention

#### 1. Licensing and Reimbursement

•All medical, dental, or mental health services for the minor will be by a State licensed provider.

•The licensed medical, dental, or mental health provider must be willing to accept the Medicare reimbursement rate, payment on a fee for service basis, or to provide services for no fee.

#### 2. Authorization and Notification

•The care provider shall secure authorization from ORR before consenting to any non-emergency medical, dental or medical health services; except for initial medical screening.

•The care provider shall consent to the provision of emergency treatment recommended by a licensed medical, dental, or mental health provider. The care provider shall notify ORR of the emergency immediately following treatment if possible, or within 24 hours after the initial incident.

•Significant surgical or medical procedures require heightened ORR involvement. Please refer to ORR instructions and procedures on medical services requiring heightened ORR involvement in these special cases.

•Minors have the right to be tested for HIV or other sexually transmitted diseases; the care provider shall ensure the minor receives the test(s) as requested.

•The care provider is authorized to dispense over-the-counter medications and prescription



**U.S. Department of Health and Human Services**

**Office of Refugee Resettlement**
Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011

### 3. Medical and Dental Exams/Screenings

•Minors in care shall receive a medical exam within 48 hours of placement in a care provider program, unless the minor obtained a medical exam within one calendar year and while under the care of another ORR-funded care provider.

•Minors in care shall also receive an initial dental examination within 90 days of placement, but no sooner than their 30th day in the custody of ORR.

### 4. Immunizations

•The care provider shall ensure that all minors in care receive necessary immunizations.

•Females 10 years or older must undergo a quantitative blood pregnancy test, with the minor's consent, before being administered any immunization.

### 5. Medical, Dental, and Mental Health Records/Confidentiality

•Care providers shall (1) obtain copies of all screenings, exams, or testing performed on a minor in care, signed by the licensed health care professional, (2) provide copies to ORR, when requested, and (3) ensure that medical records are maintained in the minor's file.

•All records maintained by the care provider in reference to the minor's health care are the property of ORR. Care providers may not release health information about the minor to any individual or organization without prior express authorization of ORR, except in the following instances: to the minor's educational program or medical, mental health, dental, and other service providers to the extent that the information is needed for the minor's education, recreation, social development,

| | | |
|---|---|---|
| Signature – Authorized Representative of Care Provider | 09/02/2018<br>Date | 530/406-5717<br>Telephone Number |
| Signature – Official Representative<br>**Office of Refugee Resettlement**<br>**Administration for Children and Families** | 09/02/2018<br>Date | 202-401-5709<br>Telephone Number |

1. "Immunizations and Pregnancy Testing," April 2, 2008. http://www.acf.hhs.gov/programs/orr/programs/ORRPolicy4208.pdf

Authorization for Medical, Dental, and Mental Health Care, Rev. 11/01/2011
ORR UAC/P-2

# Exhibit 39

## [Provisionally Filed Under Seal]



**CFMG**
California Forensic Medical Group
I N C O R P O R A T E D



## CONSENT FOR MEDICATIONS

1. The nature of my mental condition has been explained to me by the doctor.

2. I have been informed that medication is a helpful form of mental health treatment, that there is a reasonable expectation I may benefit from prescribed medication, but there is no guarantee of improvement.

3. The doctor told me that there are five major groups of medications used for serious mental problems and that the medication(s) I take will be from the group(s) checked below:

   ☐ Major Tranquilizers (Neuroleptics)
   ☐ Lithium
   ☐ Anti-depressants
   ☒ Anti-anxiety Agents  *Ueney*
   ☐ Stimulants (in children, for treatment of hyperactivity)

4. The probable side effects commonly known to occur with the drugs being prescribed have been discussed with me. I understand that if I want to know more about my medications I can ask for further information.

5. If the doctor prescribed a major tranquilizer (neuroleptic), he/she discussed with me tardive dyskinesia, an additional side effect which may cause involuntary movement of the face or mouth, hands and feet if the medication is taken beyond 3 months. This side effect may be potentially irreversible and may appear after the medication has been discontinued.

6. I understand that the use of alcohol and/or other medications while taking the prescribed medications may increase the severity of the side effects described to me.

7. I have been informed of my right to accept or refuse medications, and what, if any, reasonable alternatives are available.

8. I understand that this consent may be withdrawn at any time by stating such intention to any member of the treatment staff.

*I acknowledge that I have read and understand the above and agree to accept the medications prescribed for me.*

_____
SIGNATURE OF PATIENT

_____
PARENT/GUARDIAN/CONSERVATOR

_____
SIGNATURE OF PHYSICIAN

8/8/18
DATE

*I have discussed this form and its contents and the proposed medication with patient.*

☐ He/she understands the nature and effects of the medication and consents to taking such medication but does not wish to sign this form.

☐ He/she understands the nature and effects of the medication and refuses to take such medication.

_____
DATE

_____
SIGNATURE OF PHYSICIAN

*The patient whose name appears on this form has stated to me that he/she wishes to withdraw consent for the use of this medication*

_____
DATE

_____
SIGNATURE OF PHYSICIAN OR MEMBER OF THE TREATING STAFF

Medications (optional)_____

CFMG-CFM

# Exhibit 40

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Jenny L. Flores, *et al.,*

                  Plaintiffs,

      v.

Jefferson B. Sessions, III, *et al.,*

              Defendants.

No. 85-cv-4544-DMG-AGR

**DECLARATION OF HOLLY S.
COOPER**

I, HOLLY S. COOPER, hereby declare:

1.      I am a resident of the State of California.  I have personal knowledge of the facts set forth in this declaration.  If called as a witness, I could and would testify competently to the matters set forth below.

2.      The reunification delays of M.Y.R.M., a child in the custody of the Office of Refugee Resettlement since August 2017, are extraordinary.

3.      Around May 10, 2018, I met M.Y.R.M. in a detention center near Los Angeles, California. I had met the young girl previously in Manvel, Texas at the Shiloh Treatment Center months earlier. She had been in ORR custody since August 2017.

4.      I began assisting her on May 10, 2018 with her reunification efforts with her older sister in Minnesota.

5.   Upon contacting her sister, I learned that her sister had been told by ORR that she was not a suitable sponsor unless she could obtain a two bedroom apartment and demonstrate she could maintain $500 per month in her accounts for M.Y.R.M.'s support.

6.   In response to ORR's threshold demands, our office contacted a Jewish Synagogue in Minnesota to help M.Y.R.M.'s sister fundraise for a new apartment and M.Y.R.M.'s expenses. The synagogue set up a go-fund-me account and raised over $5000 to meet ORR's demands that she have a two bedroom apartment and economic resources for M.Y.R.M.'s medical expenses.

7.   In early July, M.Y.R.M.'s sister was able to locate a new apartment with the assistance of the synagogue.

8.   Around July 6, 2018, after M.Y.R.M.'s sister met the pre-requisites of having a two bedroom apartment and economic resources for M.Y.R.M.'s medicine, ORR sent the family reunification paperwork to M.Y.R.M.'s sister.

9.   On August 3, 2018, her sister sent ORR the completed family reunification packet and a psychological evaluation of M.Y.R.M. In the evaluation, the doctor recommended that it was in M.Y.R.M. best interest to be with her sister.

10.  Unfortunately, the closest fingerprinting process center was over 6 hours away from her sister's home. Thus, her sister had to mail her fingerprints to ORR.

11.  Around August 8, 2018, an independent home study was done of M.Y.R.M.'s sister's home.  August 23, 2018 the home study was

completed and sent to ORR. It found that M.Y.R.M.'s sister's home
was suitable and recommended reunification.

12.     On September 11, 2018, ORR informed our office that M.Y.R.M.'s
sister would also needed the following:

    a.   confirmation of her sources of financial support;

    b.   post-release therapy appointments set up for M.Y.R.M.;

    c.   M.Y.R.M.'s sister needed photo id to complete fingerprints.

13.     On  September 13, 2018, our office sent ORR a letter from a
therapist willing to provide pro bono therapy appointments to M.Y.R.M.

14.     On September 13, 2018, we were informed for the first time that
M.Y.R.M. also needed a back-up sponsor because her sister's
asylum case was pending and because M.Y.R.M. was partially deaf
(both of these facts were known to ORR from the outset of the
reunification process).

15.     On September 18, 2018, ORR provided us with alternative care
provider forms that a back-up sponsor would need to complete
before M.Y.R.M. would be released.

16.     On September 20, 2018, the child advocate from the Young Center
sent a letter to ORR recommending M.Y.R.M.'s release to her sister.

17.     On September 24, 2018, our office sent the completed forms to ORR
from the back-up sponsors.

18.     On September 26, 2018, ORR told our office the back-up sponsors
were required to present valid identifications, and complete
fingerprint checks.

19. On October 1, 2018, the back-up sponsors sent their U.S. passports and completed and signed fingerprint forms.

20. To date, M.Y.R.M. is still in ORR custody, however, ORR indicated it may release her this Friday October 19, 2018 but that we would need to pay the airfare for her to fly from Michigan to Minnesota to reunify with her sister.

I declare under penalty of perjury of the laws of the State of California and the United States that the foregoing is true and correct to the best of my knowledge and belief. Executed this 18th day of October 2018 in Davis, California.

By: _____
Holly S. Cooper