UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, et al., <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson B. Sessions, Attorney General, et al., <br><br> Defendants | Case No.: CV 85-4544-DMG (AGRx) <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN OPPOSITION TO MOTION TO MODIFY ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR |

Plaintiffs seek to file under seal portions of the exhibits in support of their Opposition to Motion to Modify Order Appointing Special Master/Independent Monitor, as listed below:

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| 9 | Declaration of Cecilia Saco, July 14, 2018 | Class Member's name<br>Class Member's family member names |
| 15 | Declaration of E., September 21, 2018 | Class Member's name<br>Class Member's family member names |
| 16 | Declaration of E., October 8, 2018 | Class Member's name<br>Class Member's family member names |
| 17 | Declaration of G., September 21, 2018 | Class Member's name<br>Class Member's family member names |
| 18 | Declaration of C., October 18, 2018 | Class Member's name |
| 19 | Declaration of E., October 18, 2018 | Class Member's name |
| 20 | Declaration of F., October 18, 2018 | Class Member's name |
| 21 | Declaration of M., October 18, 2018 | Class Member's name |
| 22 | Declaration of M., October 18, 2018 | Class Member's name |
| 23 | Declaration of N., October 18, 2018 | Class Member's name |
| 24 | Declaration of Y., October 18, 2018 | Class Member's name |
| 27 | Declaration of B., September 21, 2018 | Class Member's name |
| 28 | Declaration of B., October 18, 2018 | Class Member's name |
| 29 | Notice of Placement for B. in a Restrictive Setting, August 12, 2018 | Class Member's name<br>Class Member's personal identification information |
| 30 | ORR Authorization for Medical, Dental and Mental Health Care for B. | Class Member's name<br>Class Member's personal identification information<br>Class Member's health care information |
| 31 | Declaration of D., dated October 17, 2018 | Class Member's name |
| 32 | CFMG Consent to Medication for E., dated August 22, 2018 | Class Member's name<br>Class Member's personal identification information<br>Class Member's health care information |
| 33 | CFMG Consent to Medication for E. | Class Member's name<br>Class Member's personal identification information |

| | | |
|---|---|---|
| | | Class Member's health care information |
| 34 | Declaration of W., dated October 17, 2018 | Class Member's name |
| 35 | Notice of Placement for D. in a Restrictive Setting, August 29, 2018 | Class Member's name<br>Class Member's personal identification information |
| 36 | ORR Authorization for Medical, Dental and Mental Health Care for D. | Class Member's name<br>Class Member's personal identification information<br>Class Member's health care information |
| 37 | Notice of Placement for L. in a Restrictive Setting, September 28, 2018 | Class member's name<br>Class Member's personal identification information |
| 38 | ORR Authorization for Medical, Dental and Mental Health Care for D. | Class Member's name<br>Class Member's personal identification information<br>Class Member's health care information |
| 39 | CFMG Consent to Medication for G., dated August 8, 2018 | Class Member's name<br>Class Member's personal identification information<br>Class Member's health care information |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

1. Plaintiffs are granted leave to file in the public record the redacted versions of Exhibits 9, 15-24, 27-39 in Opposition to the Motion to Modify Order Appointing Special Master/Independent Monitor that are found in Dkt Nos. 501-1 to 501-3. Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 9, 15-24, 27-39 that are found in Dkt Nos. 501-1 to 501-3. Pursuant

to Local Rule 79-5.2.2(c), Plaintiffs shall e- file these documents under seal within three (3) days of the date of this Order.

IT IS SO ORDERED.

Dated: _____    By: _____
                                     Hon. Dolly M. Gee
                                     United States District Judge