CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
      pschey@centerforhumanrights.org

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
      ndesai@youthlaw.org
      pjuneja@youthlaw.org
      cadams@youthlaw.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | CERTIFICATE OF SERVICE |
| v. | Hearing: Nov. 9, 2018 |
| JEFFERSON B. SESSIONS, Attorney General, *et al.*, | Time: 10:00 am. <br> Room: 1st St. Courtroom 8C |
| Defendants. | |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
         ccwhite@ucdavis.edu

I hereby certify that on October 22, 2018, I caused to be electronically filed the foregoing document(s) UNDER SEAL in compliance with L.R. 5-4.1:

1. **PLAINTIFFS' NOTICE OF FILING OF DOCUMENTS UNDER SEAL**

2. **UNREDACTED EXHIBITS 1-39**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

I also hereby certify that on October 22, 2018, pursuant to L.R. 79-5.3, I caused true and correct copies of unredacted exhibits 1-39 to be served by electronic mail on the following:

Sarah B. Fabian (Sarah.B.Fabian@usdoj.gov)
August Flentje (August.Flentje@usdoj.gov)
William Silvis (William.Silvis@usdoj.gov)

*Attorneys for Defendants*

Dated: October 19, 2018.

CARLOS R. HOLGUÍN
PETER A. SCHEY
Center for Human Rights &
Constitutional Law

LEECIA WELCH
NEHA DESAI
CRYSTAL ADAMS
National Center for Youth Law

HOLLY COOPER
CARTER WHITE
U.C. Davis School of Law

 /s/ *Carlos Holguín*
Carlos Holguín
*One of the Attorneys for Plaintiffs*