# EXHIBIT 3

REDACTED VERSION OF EXHIBIT PROVISIONALLY FILED UNDER SEAL

Shiloh Treatment Center, Inc.
Paquete de Admisión

*Office of Refugee Resettlement*

## Acuerdo de Ubicación

Por medio de la presente solicito que C█████████████████ sea ubicado en el programa de
                                  **Nombre del Cliente**

[X] tratamiento subagudo   [ ] tratamiento residencial   [ ] tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente __30__ [X] días/ [ ] semanas/ [ ] meses para el

tratamiento de (enumere las razones de la ubicación):

suicidal ideation and psychosis

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:

1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita

4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera** El otorgante es responsable de pagar todas las necesidades médicas, incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento y pruebas de laboratorio prescritas por un médico.

**Tratamiento** Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el cliente.

**Evaluación** Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento continuo por la duración del cuidado necesario.

**Fotografías y videos** Entiendo que esta instalación puede tomar fotos del cliente para el uso personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las interacciones del personal y el cliente.

### *Solo para Tratamiento Subagudo y Residencial*

**Hogar** Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y asumirá la responsabilidad de su cuidado.

**Vestimenta** Todos los artículos personales y ropa serán provistos por la instalación en la entrada del programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el   __9/6/18__
                      **Fecha**

9/6/18 3:42pm: Case manager contacted Ms. E█████ D███████ mother of minor C████████████████ to request parental consent. █████ stated she was in agreement with minor being in placement and receiving medical treatment.

| | |
|---|---|
| **Padres, Representante o Persona Responsable** | **Fecha** |
| **Cliente** | **Fecha** 9.6.18 |
| **Testigo** | **Date** |

Shiloh Treatment Center, Inc.                                                    *Office of Refugee Resettlement*
Admission Packet

## Affidavit Authorizing
Consent to Medical Care
Consent to Administer Prescription Medications
Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

_E█████D█████_____ , who after being duly sworn by me, on his/her oath did say
**Parent, Guardian, or Conservator Name**

I am _E█████D█████_____ and I am the _Mother_____
      **Parent, Guardian, or Conservator Name**              **Relationship to Client**

of _C█████████_____ , who is in the care of Shiloh Treatment Center.
   **Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of
Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related
care, including any appropriate medications, and authorize any approved representative of Shiloh to
give consent to any doctor, emergency medical service, hospital, or other medical facility to provide
medical or related care to such child or ward. I further give my permission for Shiloh to administer
such medications that may be prescribed or recommended by medical personnel treating my child
or ward. I understand that I will be notified about medical care and the prescription of medication.

_____
**Signature of Parent, Guardian, or Conservator**

9/6/18 3:42 pm: Case manager contacted Ms. E█████D████, mother of minor C████████████████ to
request parental consent. █████ stated she was in agreement with minor being in placement and receiving medical
treatment.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____
**Signature of Notary Public**

_____
**Printed Name of Notary Public**

Notary Public for: _____
                         **County**

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ████████████████████ , has received a new psychotropic medication

The parent or guardian, ████████████ , has received a complete explanation of

**Abilify (Aripiprazole)**

(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation ☐ Printed material ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:** ☑ Phone ☐ In person ☐ Fax ☐ Mail

Date treatment to begin: 9/11/18

_____    9/24/18              Case Manager

Representative Signature                    Date                Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information on medication provided by case manager, ████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____    _____    _____    _____
Representative Signature              Date      Witness              Date

Revised 05/08

*Office of Refugee Resettlement*

Shiloh Treatment Center, Inc.
Paquete de Admisión

# Acuerdo de Ubicación

Por medio de la presente solicito que   El ▓▓▓▓▓▓▓▓▓▓ sea ubicado en el programa de
<u>Nombre del Cliente</u>

☐ tratamiento subagudo   ☑ tratamiento residencial   ☐ tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente   30   ☑ días/ ☐ semanas/ ☐ meses para el

tratamiento de (enumere las razones de la ubicación):
self-injurious behaviors, physical aggression, suicidal ideation, and mood instability.

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:
1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita
4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera**  El otorgante es responsable de pagar todas las necesidades médicas, incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento y pruebas de laboratorio prescritas por un médico.

**Tratamiento**  Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el cliente.

**Evaluación**  Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento continuo por la duración del cuidado necesario.

**Fotografías y videos**  Entiendo que esta instalación puede tomar fotos del cliente para el uso personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las interacciones del personal y el cliente.

*Solo para Tratamiento Subagudo y Residencial*

**Hogar**  Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y asumirá la responsabilidad de su cuidado.

**Vestimenta**  Todos los artículos personales y ropa serán provistos  por la instalación en la entrada del programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el _____.
<u>Fecha</u>

9/06/18 2:15 pm Case Manager contacted the minor's mother but there was no answer.
9/10/18 10:24 am Case Manager contacted the minor's mother and received received verbal consent for placement.

_____          _____
**Padres, Representante o Persona Responsable**                              **Fecha**

                                                                                 **Fecha**
_____
**Cliente**                                                                      9/10/18
                                                                                 **Date**
_____
**Testigo**

*Copy to Medical Chart and Travel Folder*

Rev. 03/14

C-1

*Office of Refugee Resettlement*

Shiloh Treatment Center, Inc.
Admission Packet

# Affidavit Authorizing
Consent to Medical Care
Consent to Administer Prescription Medications
Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

_____G██████████████_____ , who after being duly sworn by me, on his/her oath did say
<u>Parent, Guardian, or Conservator Name</u>

I am ____G████████___ and I am the ____Mother_____
<u>Parent, Guardian, or Conservator Name</u>                <u>Relationship to Client</u>

of ____E████████████____ , who is in the care of Shiloh Treatment Center.
<u>Client Name</u>

If at any time such child or ward of mine should require medical or related care while in the care of Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related care, including any appropriate medications, and authorize any approved representative of Shiloh to give consent to any doctor, emergency medical service, hospital, or other medical facility to provide medical or related care to such child or ward. I further give my permission for Shiloh to administer such medications that may be prescribed or recommended by medical personnel treating my child or ward. I understand that I will be notified about medical care and the prescription of medication.

_____
**Signature of Parent, Guardian, or Conservator**

9/06/18 2:15 pm Case Manager contacted the minor's mother but there was no answer.
9/10/18 10:24 am Case Manager contacted the minor's mother and received verbal consent for medical care.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____
**Signature of Notary Public**

_____
**Printed Name of Notary Public**

Notary Public for: _____
<u>County</u>

Rev. 09/10

*File in Travel Folder*

I-3

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ E▮▮▮▮▮▮▮▮▮▮▮▮ _____ , has received a new psychotropic medication

The parent or guardian, _____ G▮ L▮ _____ , has received a complete explanation of

**ABILIFY (ARIPIPRAZOLE)**

(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.  ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation ☐ Printed material ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:** ☑ Phone ☐ In person ☐ Fax ☐ Mail

Date treatment to begin: **08/09/2018**

_____▮▮▮▮▮_____  09/28/2018  Case Manger

Representative Signature | Date | Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ▮▮▮▮▮▮

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____  _____  _____  _____
Representative Signature | Date | Witness | Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ____ E█████████████████ , has received a new psychotropic medication

The parent or guardian, ____ G██ L███ , has received a complete explanation of

### LEXAPRO (ESCITALOPRAM)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation          ☐ Printed material          ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**          ☑ Phone          ☐ In person          ☐ Fax          ☐ Mail

Date treatment to begin:          05/15/2018

█████████          09/28/2018          Case Manger
Representative Signature          Date          Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, █████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____          _____          _____          _____
Representative Signature          Date          Witness          Date

Revised 05/08

Shiloh Treatment Center, Inc.
Paquete de Admisión

*Office of Refugee Resettlement*

# Acuerdo de Ubicación

Por medio de la presente solicito que ____F████████████____ sea ubicado en el programa de

<u>Nombre del Cliente</u>

☐ tratamiento subagudo  ☒ tratamiento residencial  ☐ tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente __30__ ☒ días/ ☐ semanas/ ☐ meses para el

tratamiento de (enumere las razones de la ubicación):

suicidal ideations with a plan and self-injurious behaviors.

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:

1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita

4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera**  El otorgante es responsable de pagar todas las necesidades médicas, incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento y pruebas de laboratorio prescritas por un médico.

**Tratamiento**  Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el cliente.

**Evaluación**  Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento continuo por la duración del cuidado necesario.

**Fotografías y videos**  Entiendo que esta instalación puede tomar fotos del cliente para el uso personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las interacciones del personal y el cliente.

## *Solo para Tratamiento Subagudo y Residencial*

**Hogar**  Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y asumirá la responsabilidad de su cuidado.

**Vestimenta**  Todos los artículos personales y ropa serán provistos  por la instalación en la entrada del programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el _____.

<u>Fecha</u>

9/06/18 3:36 pm Case Manager contacted the minor's mother, M███ J████  but there was no answer.
9/07/18 10:40 am Case Manager contacted the minor's mother, M███ J████  and received verbal consent for placement.

_____

**Padres, Representante o Persona Responsable**

**Fecha**

_____

Cliente

**Fecha**

_9/07/18_

**Date**

_____

Testigo

*Copy to Medical Chart and Travel Folder*                  C-1

Shiloh Treatment Center, Inc.
Admission Packet

*Office of Refugee Resettlement*

# Affidavit Authorizing
Consent to Medical Care
Consent to Administer Prescription Medications
Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

M███████████M████████ , who after being duly sworn by me, on his/her oath did say
**Parent, Guardian, or Conservator Name**

I am M████████M████ and I am the  mother
**Parent, Guardian, or Conservator Name**  **Relationship to Client**

of F██████████████ , who is in the care of Shiloh Treatment Center.
**Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related care, including any appropriate medications, and authorize any approved representative of Shiloh to give consent to any doctor, emergency medical service, hospital, or other medical facility to provide medical or related care to such child or ward. I further give my permission for Shiloh to administer such medications that may be prescribed or recommended by medical personnel treating my child or ward. I understand that I will be notified about medical care and the prescription of medication.

_____
**Signature of Parent, Guardian, or Conservat**

9/06/18 3:36 pm Case Manager contacted the minor's mother, M███ J████ but there was no answer.
9/07/18 10:40 am Case Manager contacted the minor's mother, M███ J████ and received verbal consent for medical care.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____
**Signature of Notary Public**

_____
**Printed Name of Notary Public**

Notary Public for: _____
**County**

*File in Master Chart*

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ___F█████████████████___ , has received a new psychotropic medication

The parent or guardian, ___M██ J█████___ , has received a complete explanation of

**Cogentin (Benztropine)**
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation ☐ Printed material ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:** ☑ Phone ☐ In person ☐ Fax ☐ Mail

Date treatment to begin: 07/10/2018

| ████████ | 10/10/2018 | Case Manager |
|---|---|---|
| Representative Signature | Date | Relationship to client |

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, █████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

| | | | |
|---|---|---|---|
| Representative Signature | Date | Witness | Date |

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ F█████████ _____ , has received a new psychotropic medication

The parent or guardian, _____ M███ J█████ _____ , has received a complete explanation of

Lexapro (Escitalopram)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.  ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation       ☐ Printed material       ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**       ☑ Phone       ☐ In person       ☐ Fax       ☐ Mail

Date treatment to begin:   08/08/2018

Representative Signature          10 10 2018        Case Manager
                                  Date               Relationship to client

Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, █████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____  (Name of medication)

Representative Signature          Date          Witness          Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ F███████ _____ , has received a new psychotropic medication

The parent or guardian, _____ M███ J███ _____ , has received a complete explanation of

Zyprexa (Olanzapine)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.   ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation      ☐ Printed material      ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**      ☑ Phone      ☐ In person      ☐ Fax      ☐ Mail

Date treatment to begin:      8/15/2018

___████████___        10/10/2018        Case Manager
Representative Signature            Date            Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ███████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____      _____      _____      _____
Representative Signature            Date            Witness            Date

Revised 05/08

Shiloh Treatment Center, Inc.
Paquete de Admisión

*Office of Refugee Resettlement*

## Acuerdo de Ubicación

Por medio de la presente solicito que M▆▆▆▆▆▆▆▆▆▆▆ sea ubicado en el programa de

**Nombre del Cliente**

☒ tratamiento subagudo  ☐ tratamiento residencial  ☐ tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente ___30___ ☒ días/ ☐ semanas/ ☐ meses para el

tratamiento de (enumere las razones de la ubicación):
verbal and physical aggression, suicidal ideation with a plan, self-injurious behaviors, and making threats to hurt and kill others.

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:

1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita
4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera**  El otorgante es responsable de pagar todas las necesidades médicas, incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento y pruebas de laboratorio prescritas por un médico.

**Tratamiento**  Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el cliente.

**Evaluación**  Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento continuo por la duración del cuidado necesario.

**Fotografías y videos**  Entiendo que esta instalación puede tomar fotos del cliente para el uso personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las interacciones del personal y el cliente.

### *Solo para Tratamiento Subagudo y Residencial*

**Hogar**  Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y asumirá la responsabilidad de su cuidado.

**Vestimenta**  Todos los artículos personales y ropa serán provistos  por la instalación en la entrada del programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el _____.

**Fecha**

9/06/18 3:37 pm Case Manager contacted minor's mother, M▆▆▆▆▆▆▆▆ S▆▆▆▆ ,
and received verbal consent for placement.

**Padres, Representante o Persona Responsable**          **Fecha**

_____ **Cliente**          **Fecha**
                                                9/06/18
_____                         **Date**
**Testigo**

Shiloh Treatment Center, Inc.
Admission Packet

*Office of Refugee Resettlement*

# Affidavit Authorizing
### Consent to Medical Care
### Consent to Administer Prescription Medications
### Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

M███████████S███████, who after being duly sworn by me, on his/her oath did say

**Parent, Guardian, or Conservator Name**

I am  M███████████S███  and I am the  mother

**Parent, Guardian, or Conservator Name**          **Relationship to Client**

of  M██████████████████  who is in the care of Shiloh Treatment Center.

**Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related care, including any appropriate medications, and authorize any approved representative of Shiloh to give consent to any doctor, emergency medical service, hospital, or other medical facility to provide medical or related care to such child or ward. I further give my permission for Shiloh to administer such medications that may be prescribed or recommended by medical personnel treating my child or ward. I understand that I will be notified about medical care and the prescription of medication.

_____

**Signature of Parent, Guardian, or Conservator**

9/06/18 3:37 pm Case Manager contacted minor's mother, M███████
S███████, and received verbal consent for medical care.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____

**Signature of Notary Public**

_____

**Printed Name of Notary Public**

Notary Public for: _____
                                    **County**

*File in Master Chart*

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ____ M█████████ ____, has received a new psychotropic medication

The parent or guardian, ____ M███████ S███████ ____, has received a complete explanation of

ADDERALL XR (DEXTROAMPHETAMINE/AMPHETAMINE)(C-11)

<u>(Name of medication)</u>

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|:-:|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.  ☑

| | |
|---|:-:|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation  ☐ Printed material  ☐ Other: ____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:** ☑ Phone  ☐ In person  ☐ Fax  ☐ Mail

Date treatment to begin: 08/15/2018

Representative Signature ████  09/24/2018
Date

Case Manager
Relationship to client

____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, █████████

## WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with ____ (Name of medication)

____
Representative Signature          Date          Witness          Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ____ M▮▮▮▮▮▮▮ , has received a new psychotropic medication

The parent or guardian, ____ M▮▮▮ S▮▮▮▮ , has received a complete explanation of

### INTUNIV (GUANFACINE ER)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation ☐ Printed material ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:** ☑ Phone ☐ In person ☐ Fax ☐ Mail

Date treatment to begin: 09/04/2018

_____ 09/24/2018 Case Manager
Representative Signature          Date          Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ▮▮▮▮▮▮▮

### WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____          _____
Representative Signature          Date          Witness          Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ M█████████ , has received a new psychotropic medication

The parent or guardian, _____ M████ S████ , has received a complete explanation of

### PROZAC (FLUOXETINE)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).

- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation        ☐ Printed material        ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**   ☑ Phone        ☐ In person        ☐ Fax        ☐ Mail

Date treatment to begin:   09/05/2018

_____ ████         09/24/2018                    Case Manager
Representative Signature          Date                    Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, █████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____        _____        _____        _____
Representative Signature            Date            Witness                      Date

Revised 05/08

Shiloh Treatment Center, Inc.
Paquete de Admisión

*Office of Refugee Resettlement*

# Acuerdo de Ubicación

Por medio de la presente solicito que M███████████████ sea ubicado en el programa de
<u>Nombre del Cliente</u>

☒ tratamiento subagudo  ☐ tratamiento residencial  ☐ tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente <u>30</u> ☒ días/ ☐ semanas/ ☐ meses para el
tratamiento de (enumere las razones de la ubicación):
suicidal ideation with a plan and self-injurious behaviors.

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:
1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita
4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera** El otorgante es responsable de pagar todas las necesidades médicas,
incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento
y pruebas de laboratorio prescritas por un médico.

**Tratamiento** Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el
cliente.

**Evaluación** Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento
continuo por la duración del cuidado necesario.

**Fotografías y videos** Entiendo que esta instalación puede tomar fotos del cliente para el uso
personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede
grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las
interacciones del personal y el cliente.

## *Solo para Tratamiento Subagudo y Residencial*

**Hogar** Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y
asumirá la responsabilidad de su cuidado.

**Vestimenta** Todos los artículos personales y ropa serán provistos por la instalación en la entrada del
programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el _____.
                              **Fecha**

9/06/18 3:30 pm Case Manager contacted minor's mother, I█████████████
p█████, and received verbal consent for placement.  _____
**Padres, Representante o Persona Responsable**                    **Fecha**

_____                    _____
                **Cliente**                                    **Fecha**
                                                        9/06/18

_____                    _____
                **Testigo**                                    **Date**

Rev. 03/14                    *Copy to Medical Chart and Travel Folder*                    C-1

Shiloh Treatment Center, Inc.
Admission Packet

*Office of Refugee Resettlement*

## Affidavit Authorizing
Consent to Medical Care
Consent to Administer Prescription Medications
Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

I███████████████P███ , who after being duly sworn by me, on his/her oath did say

**Parent, Guardian, or Conservator Name**

I am I███████████████P███  and I am the ___mother___

**Parent, Guardian, or Conservator Name**              **Relationship to Client**

of M███████████████████ , who is in the care of Shiloh Treatment Center.

**Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of
Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related
care, including any appropriate medications, and authorize any approved representative of Shiloh to
give consent to any doctor, emergency medical service, hospital, or other medical facility to provide
medical or related care to such child or ward. I further give my permission for Shiloh to administer
such medications that may be prescribed or recommended by medical personnel treating my child
or ward. I understand that I will be notified about medical care and the prescription of medication.

_____

**Signature of Parent, Guardian, or Conservator**

9/06/18 3:30 pm Case Manager contacted minor's mother, I███████████
P██████, and received verbal consent for medical care.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____

**Signature of Notary Public**

_____

**Printed Name of Notary Public**

Notary Public for: _____

**County**

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ M█████████ _____ , has received a new psychotropic medication

The parent or guardian, _____ I██████████F███ _____ , has received a complete explanation of

**Abilify (Aripiprazole)**

(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation    ☐ Printed material    ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**    ☑ Phone    ☐ In person    ☐ Fax    ☐ Mail

Date treatment to begin: 09/11/2018

████████                        09/24/2018                    Case Manager
Representative Signature              Date                    Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____    _____    _____    _____
Representative Signature         Date      Witness              Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ M[redacted] _____ , has received a new psychotropic medication

The parent or guardian, _____ P[redacted] _____ , has received a complete explanation of

Lithobid (Lithium Carbonate ER)

(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation        ☐ Printed material        ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**   ☑ Phone        ☐ In person        ☐ Fax        ☐ Mail

Date treatment to begin: 08/31/2018

_____ [signature redacted] _____         09/24/2018         Case Manager

Representative Signature                 Date                Relationship to client

_____

Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, [redacted]

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____        _____        _____        _____

Representative Signature        Date        Witness        Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ____M████████████____ , has received a new psychotropic medication

The parent or guardian, ____I████████P████____ , has received a complete explanation of

____Zoloft (Sertraline)____
(Name of medication)

### The explanation was given to the parent or responsible party in a simple, nontechnical language and included:

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s). | ☑ |

- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation      ☐ Printed material      ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**      ☑ Phone      ☐ In person      ☐ Fax      ☐ Mail

Date treatment to begin: 08/22/2018

____█████████____      ____09/24/2018____      Case Manager
Representative Signature      Date      Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ████████████

### WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____      _____      _____      _____
Representative Signature      Date      Witness      Date

Revised 05/08

*Office of Refugee Resettlement*

Shiloh Treatment Center, Inc.
Paquete de Admisión

## Acuerdo de Ubicación

Por medio de la presente solicito que ███████████ sea ubicado en el programa de
<u>Nombre del Cliente</u>

☑ tratamiento subagudo  ☐ tratamiento residencial  ☐ tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente _30_ ☑ días/ ☐ semanas/ ☐ meses para el

tratamiento de (enumere las razones de la ubicación):
self-injurious behaviors, suicidal ideations, and mood instability.

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:

1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita
4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera**  El otorgante es responsable de pagar todas las necesidades médicas, incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento y pruebas de laboratorio prescritas por un médico.

**Tratamiento**  Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el cliente.

**Evaluación**  Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento continuo por la duración del cuidado necesario.

**Fotografías y videos**  Entiendo que esta instalación puede tomar fotos del cliente para el uso personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las interacciones del personal y el cliente.

### *Solo para Tratamiento Subagudo y Residencial*

**Hogar**  Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y asumirá la responsabilidad de su cuidado.

**Vestimenta**  Todos los artículos personales y ropa serán provistos  por la instalación en la entrada del programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el _____.
                              <u>Fecha</u>

9/06/18 2:27 pm Case Manager contacted the minor's mother but there was no answer.
9/10/18 11:07 am Case Manager contacted the minor's mother and received received verbal consent for placement.

_____          _____
**Padres, Representante o Persona Responsable**                    **Fecha**

_____          _____
                **Cliente**                                        **Fecha**
                  ████                                             9/10/18
               **Testigo**                                          Date

*Copy to Medical Chart and Travel Folder*

Rev. 03/14                                                            C-1

Shiloh Treatment Center, Inc.
Admission Packet

*Office of Refugee Resettlement*

# Affidavit Authorizing
Consent to Medical Care
Consent to Administer Prescription Medications
Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

_____ E▇▇▇▇S▇▇▇▇ _____ , who after being duly sworn by me, on his/her oath did say
**Parent, Guardian, or Conservator Name**

I am _____ E▇▇▇▇S▇▇▇▇ _____ and I am the _____ Mother _____
**Parent, Guardian, or Conservator Name**                                   **Relationship to Client**

of _____ N▇▇▇▇ _____ , who is in the care of Shiloh Treatment Center.
**Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related care, including any appropriate medications, and authorize any approved representative of Shiloh to give consent to any doctor, emergency medical service, hospital, or other medical facility to provide medical or related care to such child or ward. I further give my permission for Shiloh to administer such medications that may be prescribed or recommended by medical personnel treating my child or ward. I understand that I will be notified about medical care and the prescription of medication.

_____
**Signature of Parent, Guardian, or Conservator**

9/06/18 2:27 pm Case Manager contacted the minor's mother but there was no answer.
9/10/18 11:07 am Case Manager contacted the minor's mother and received verbal consent for medical care.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____
**Signature of Notary Public**

_____
**Printed Name of Notary Public**

Notary Public for: _____
                   **County**

*File in Travel Folder*                                    I-3

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ___N█████████████████___ , has received a new psychotropic medication

The parent or guardian, ___E███████ S███████___ , has received a complete explanation of

### Abilify (Aripiprazole)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|:---:|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time. ☑

| | |
|---|:---:|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation ☐ Printed material ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:** ☑ Phone ☐ In person ☐ Fax ☐ Mail

Date treatment to begin: 06/12/2018

_█████_     09/24/2018     Case Manger
Representative Signature     Date     Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ███████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____ _____ _____ _____
Representative Signature    Date    Witness    Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ N███████ _____ , has received a new psychotropic medication

The parent or guardian, _____ E███ S███ _____ , has received a complete explanation of

Buspar (Buspirone)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s). | ☑ |

- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.   ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation        ☐ Printed material        ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**   ☑ Phone        ☐ In person        ☐ Fax        ☐ Mail

Date treatment to begin: 09/05/2018 _____

███████                    09/24/2018                    Case Manger
Representative Signature         Date                    Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, ███████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____    _____    _____    _____
Representative Signature         Date        Witness                    Date

Revised 05/08

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, ____N███████████____ , has received a new psychotropic medication

The parent or guardian, ____E███████ S█████____ , has received a complete explanation of

Zoloft (Sertraline)
_____
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|---|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.  ☑

| | |
|---|---|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation  ☐ Printed material  ☐ Other: _____

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**   ☑ Phone   ☐ In person   ☐ Fax   ☐ Mail

Date treatment to begin:  06/13/2018

█████████          09/24/2018                    Case Manger
Representative Signature          Date                    Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Information provided by Case Manager, █████████

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____          _____          _____          _____
Representative Signature          Date          Witness          Date

Revised 05/08

Shiloh Treatment Center, Inc.
Paquete de Admisión

*Office of Refugee Resettlement*

## Acuerdo de Ubicación

Por medio de la presente solicito que ██████████████ sea ubicado en el programa de

**Nombre del Cliente**

☒ tratamiento subagudo  ☐ tratamiento residencial  ☐ tratamiento diurno (hospitalización parcial)

en el Centro de Tratamiento Shiloh por aproximadamente  30  ☒ días/ ☐ semanas/ ☐ meses para el

tratamiento de (enumere las razones de la ubicación):
depression and anxiety leading to verbal aggression, grief/loss from the separation of her child, and possible gang affiliation.

La siguiente información encontrada en el Manual del Estudiante ha sido revisada a mi satisfacción:

1. Derechos individuales
2. Programación y servicios
3. Procedimientos de Visita
4. Procedimientos de disciplina
5. Derechos del Cliente
6. Responsabilidades Financieras

**Responsabilidad Financiera**  El otorgante es responsable de pagar todas las necesidades médicas, incluyendo pero sin restricción a honorarios médicos, medicinas, trabajos dentales, lentes de aumento y pruebas de laboratorio prescritas por un médico.

**Tratamiento**  Entiendo que esta instalación coordinará un plan de tratamiento individualizado para el cliente.

**Evaluación**  Entiendo que esta instalación proveerá una evaluación, supervisión y seguimiento continuo por la duración del cuidado necesario.

**Fotografías y videos**  Entiendo que esta instalación puede tomar fotos del cliente para el uso personal del cliente y para propósitos de identificación. También entiendo que esta instalación puede grabar videos del cliente en áreas comunes de los hogares de enseñanza para monitorear las interacciones del personal y el cliente.

### *Solo para Tratamiento Subagudo y Residencial*

**Hogar**  Entiendo que en esta instalación el personal estará presente en el hogar a todo momento y asumirá la responsabilidad de su cuidado.

**Vestimenta**  Todos los artículos personales y ropa serán provistos  por la instalación en la entrada del programa y será reemplazada cuando sea necesario.

He leído y entendido las políticas para la admisión en el Centro de Tratamiento Shiloh Treatment Center.

He acordado la admisión el _____.

**Fecha**

9/06/18 3:38 pm Case Manager contacted minor's father, M████████████████ S███, and received verbal consent for placement.

_____

**Padres, Representante o Persona Responsable**

**Fecha**

_____

**Cliente**

**Fecha**

9 | 06 | 18

**Date**

_____

**Testigo**

Shiloh Treatment Center, Inc.
Admission Packet

*Office of Refugee Resettlement*

## Affidavit Authorizing
Consent to Medical Care
Consent to Administer Prescription Medications
Consent to Administer Non-prescription (OTC) Medications

State of TEXAS

BEFORE ME, the undersigned authority, on this day personally appeared

M███████████████ S████ , who after being duly sworn by me, on his/her oath did say

**Parent, Guardian, or Conservator Name**

I am  M███████████████ S████  and I am the  Father

**Parent, Guardian, or Conservator Name**               **Relationship to Client**

of  Y███████████████ , who is in the care of Shiloh Treatment Center.

**Client Name**

If at any time such child or ward of mine should require medical or related care while in the care of Shiloh Treatment Center (Shiloh), I consent to the administration of necessary medical or related care, including any appropriate medications, and authorize any approved representative of Shiloh to give consent to any doctor, emergency medical service, hospital, or other medical facility to provide medical or related care to such child or ward. I further give my permission for Shiloh to administer such medications that may be prescribed or recommended by medical personnel treating my child or ward. I understand that I will be notified about medical care and the prescription of medication.

_____

**Signature of Parent, Guardian, or Conservator**

9/06/18 3:38 pm Case Manager contacted minor's father, M█████████
S████, and received verbal consent for medical care.

**SWORN TO AN SUBSCRIBED** before me, the _____ day of _____ ,20 _____

_____

**Signature of Notary Public**

_____

**Printed Name of Notary Public**

Notary Public for: _____

**County**

Shiloh Treatment Center, Inc.

## Consent to Treatment with Psychotropic Medication

The client, _____ Y_____ _____ , has received a new psychotropic medication

The parent or guardian, _____ M_____ S___ _____ , has received a complete explanation of

### LEXAPRO (ESCITALOPRAM)
(Name of medication)

**The explanation was given to the parent or responsible party in a simple, nontechnical language and included:**

(Check all as accomplished.)

| | |
|---|:-:|
| The client's diagnosis and nature of his or her mental illness. | ☑ |
| An explanation of the purpose of the medication. | ☑ |
| The expected beneficial effects of his or her condition as a result of treatment with medication(s). | ☑ |
| The probable health and mental health consequences of not taking medication(s), including occurrence, increase or recurrence of symptoms of mental illness. | ☑ |
| The existence of generally accepted alternative forms of treatment, if any, that could reasonably be expected to achieve the same benefits as the medication(s) and why the physician rejects the alternative treatment. | ☑ |
| A description of the proposed course of treatment with the medication(s). | ☑ |
| The fact that side effects of varying degrees of severity are a risk of taking any medication(s). | ☑ |

The risk of relevant side effects of varying degrees of severity associated with taking psychoactive medications(s).
- Any side effects which are known to frequently occur in most individuals
- Any side effects to which the individual may be predisposed
- The nature and possible occurrence of the potentially irreversible symptoms of tardive dyskinesia in some individuals taking neuroleptic medication in large dosages and/or long periods of time.  ☑

| | |
|---|:-:|
| The need to advise staff immediately if any of these side effects occur. | ☑ |
| An instruction that the individual may withdraw consent at any time without negative actions on the part of the staff. | ☑ |
| An offer to answer any questions concerning the treatment. | ☑ |

I have received a complete explanation of the psychoactive medication(s) by means of: (Check all appropriate methods)

☑ Oral explanation        ☐ Printed material        ☐ Other:

I have received the Consent to Treatment with Psychoactive Medication form or information contained within that summarizes specific information regarding the psychoactive medications(s) for which I have given consent. Based upon this explanation, I hereby consent to treatment with the above psychoactive medication(s). I understand that I may withdraw this consent at any time.

**Method of communication:**        ☑ Phone        ☐ In person        ☐ Fax        ☐ Mail

Date treatment to begin:  08/22/2018

_____        09/26/2018        Case Manager
Representative Signature        Date        Relationship to client

_____
Physician, NP, PA, RN or LVN providing explanation

Comments: Informed by Case Manager, _____

WITHDRAWAL OF CONSENT TO TREATMENT WITH PSYCHOACTIVE MEDICATION

I formally withdraw my consent to treatment with _____ (Name of medication)

_____        _____        _____        _____
Representative Signature        Date        Witness        Date

Revised 05/08