JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>   Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER SEALING EXHIBIT 3 TO THE DECLARATION OF MARIVIC FIELDS**<br><br>[Hon. Dolly M. Gee] |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Exhibit 3 to the Declaration of Marivic Fields.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that Exhibit 3 to the Declaration of Marivic Fields is to be filed under seal.

**.IT IS SO ORDERED.**

DATED: _____, 2018.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE