CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
pschey@ centerforhumanrights.org

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org
pjuneja@youthlaw.org
cadams@youthlaw.org

*Listing continues on next page*
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> EXHIBITS IN OPPOSITION TO MOTION TO MODIFY ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR <br><br> Hearing: November 9, 2018 <br> Time: 10:00 a.m. <br> Room: 1st St. Courtroom 8C |

1

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (CAL. BAR NO. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (CAL. BAR NO. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
ccwhite@ucdavis.edu

I, Carlos Holguín, declare that true and correct copies of the following documents are attached hereto:

INDEX TO EXHIBITS

| No. | Description | Page |
|---|---|---|
| 1 | Letter from C. Holguín to S. Fabian, August 10, 2018 | 8 |
| 2 | Reserved | 13 |
| 3 | Declaration of Carlos Holguín, October 18, 2018 | 15 |
| 4 | Email from S. Fabian re: Plaintiffs' experts, October 16, 2018 | 18 |
| 5 | Email from S. Fabian re: background checks, October 16, 2018 | 23 |
| 5-1 | Attachment: Background Check Consent Form | 29 |
| 6 | Declaration of Amy Cohen, M.D., October 18, 2018 | 31 |
| 7 | Declaration of Amy Cohen, M.D., August 26, 2018 | 42 |
| 8 | HHS-DHS Memorandum of Agreement, April 13, 2018 | 50 |
| 9 | Declaration of Cecilia Saco, July 14, 2018 (proposed to be filed partially under seal) | 58 |
| 10 | Email from S. Fabian re: Cohen access to Shiloh, July 11, 2018 | 63 |
| 10-1 | Attachment: Shiloh RTC mental health provider admission policy | 69 |
| 10-2 | Attachment: St. Michael's attorney visitation policy | 77 |
| 11 | Letter from ACF to Shiloh RTC, September 13, 2018 | 80 |
| 12 | Email from S. Fabian re: risk-evaluations, September 7, 2018 | 85 |
| 13 | HHS Fact Sheet: *Unaccompanied Alien Children sheltered at Tornillo LPOE, Tornillo, Texas*, October 12, 2018 | 88 |
| 14 | Declaration of Leah J. Chavla, October 18, 2018 | 92 |

| | | |
|---|---|---:|
| 15 | Declaration of E., September 21, 2018 (proposed to be filed partially under seal) | 95 |
| 16 | Declaration of E., October 8, 2018 (proposed to be filed partially under seal) | 99 |
| 17 | Declaration of G., September 21, 2018 (proposed to be filed partially under seal) | 103 |
| 18 | Declaration of C., October 18, 2018 (proposed to be filed partially under seal) | 107 |
| 19 | Declaration of E., October 18, 2018 (proposed to be filed partially under seal) | 111 |
| 20 | Declaration of F., October 18, 2018 (proposed to be filed partially under seal) | 116 |
| 21 | Declaration of M., October 18, 2018 (proposed to be filed partially under seal) | 120 |
| 22 | Declaration of M., October 18, 2018 (proposed to be filed partially under seal) | 124 |
| 23 | Declaration of N., October 18, 2018 (proposed to be filed partially under seal) | 129 |
| 24 | Declaration of Y., October 18, 2018 (proposed to be filed partially under seal) | 133 |
| 25. | E-mail from S. Fabian to C. Holguín to S. Fabian, October 19, 2018 | 137 |
| 26. | E-mail from S. Fabian to P. Schey, October 18, 2018 | 144 |
| 27 | Declaration of B., September 21, 2018 (proposed to be filed partially under seal) | 151 |
| 28 | Declaration of B., October 18, 2018 (proposed to be filed partially under seal) | 156 |
| 29. | Notice of Placement for B. in a Restrictive Setting, August 12, 2018 (proposed to be filed partially under seal) | 158 |

30. ORR Authorization for Medical, Dental and Mental Health Care for B. (proposed to be filed partially under seal) .......................... 161

31. Declaration of D., dated October 17, 2018 (proposed to be filed partially under seal) .......................................................................... 164

32. CFMG Consent to Medication for E., dated August 22, 2018 (proposed to be filed partially under seal) .............................................. 172

33. CFMG Consent to Medication for E., dated August 14, 2018 (proposed to be filed partially under seal) .............................................. 174

34. Declaration of W., dated October 17, 2018 (proposed to be filed partially under seal) .......................................................................... 176

35. Notice of Placement for D. in a Restrictive Setting, August 29, 2018 (proposed to be filed partially under seal) .................................... 181

36. ORR Authorization for Medical, Dental and Mental Health Care for D. (proposed to be filed partially under seal) .......................... 186

37. Notice of Placement for L. in a Restrictive Setting, September 28, 2018 (proposed to be filed partially under seal) .............................. 189

38. ORR Authorization for Medical, Dental and Mental Health Care for D. (proposed to be filed partially under seal) .......................... 194

39. CFMG Consent to Medication for G., dated August 8, 2018 (proposed to be filed partially under seal) .............................................. 197

40. Declaration of Holly S. Cooper, dated October 18, 2018 ....................... 199

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of October, 2018, at Santa Clarita, California.

Respectfully submitted,

*Carlos Holguín*