|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | **ORDER RE DEFENDANTS' UNOPPOSED APPLICATION TO SEAL EXHIBIT 3 TO THE DECLARATION OF MARIVIC FIELDS [507], AND THE COURT'S PRIOR ORDER GRANTING PLAINTIFFS' APPLICATION TO SEAL CERTAIN EXHIBITS [505]** |
| v. |  |
| JEFFERSON B. SESSIONS, III, Attorney General of the United States; *et al.*, |  |
| Defendants. |  |

On October 26, 2018, Defendants filed an Unopposed Application to file portions of Exhibit 3 to the Declaration of Marivic Fields under seal. [Doc. # 507.] Having considered Defendants' Application and having reviewed the material that they seek to seal, the Court finds that Defendants' request is narrowly tailored to seal only that material for which compelling reasons have been satisfied. The Court therefore **GRANTS** their Application.

Additionally, on October 23, 2018, the Court ordered Plaintiffs to file under seal certain documents they offered in support of their Opposition to Defendants' Motion for Partial Reconsideration, and to refile the redacted versions of those documents on the public docket. [Doc. # 505.] To date, Plaintiffs have failed to comply with that Order, and the October 26, 2018 deadline for doing so has expired. *Id.* at 3–4.

Accordingly, the Court issues the following rulings:

1. Pursuant to Local Rule 79-5.2.2(c), Defendants shall e-file under seal the unredacted version of Exhibit 3 to the Declaration of Marivic Fields that is found in Docket Entry No. 508-1 **within three (3) days** of the date of this Order;

2. **Within three (3) days** of the date of this Order, Defendants shall refile on the public docket the redacted version of Exhibit 3 to the Declaration of Marivic Fields that is found in Docket Entry No. 507-1; and

///
///
///

3. Plaintiffs' attorneys are **ORDERED TO SHOW CAUSE** why the documents they submitted for sealing should not be stricken for failure to timely comply with the Court's October 23, 2018 Order. Plaintiffs' counsel shall file their response to this Order to Show Cause no later than **November 2, 2018**. In lieu of a written response to this Order, Plaintiffs' counsel may simply comply with the October 23, 2018 Order **by November 2, 2018.**

**IT IS SO ORDERED.**

DATED: October 29, 2018

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE