CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| Jenny Lisette Flores, *et al.*,<br><br>            Plaintiffs,<br><br>    v.<br><br>Jefferson B. Sessions, Attorney General, *et al.*,<br><br>            Defendants. | Case No. CV 85-4544-DMG(AGRx)<br><br>[PROPOSED] ORDER ENFORCING SETTLEMENT, ENJOINING IMPLEMENTATION OF PROPOSED RULE, AND ADJUDICATING DEFENDANTS IN CIVIL CONTEMPT.<br><br>Before Hon. Dolly M. Gee<br>Hearing:   November 30, 2018<br>Time:       9:30 a.m.<br>Room:      1st St. Courthouse<br>                 Courtroom 8C |
|---|---|

*Counsel for Plaintiffs, continued*

LEECIA WELCH (CAL. BAR NO. 208741)
NEHA DESAI (CAL. RLSA BAR NO. 803161)
CRYSTAL ADAMS (CAL. BAR NO. 308638)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       cadams@youthlaw.org

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile:  (408) 288-8850
Email:   jenniferk@lawfoundation.org
         kate.manning@lawfoundation.org
         annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
    San Francisco, CA 94104
    Telephone: (415) 543-3379


    / / /

Plaintiffs' motion for a class-wide order declaring Defendants U.S. Department of Homeland Security and U.S. Department of Health and Human Services ("Defendants") in anticipatory breach of the settlement approved by this Court on January 28, 1997 ("Settlement"), enjoining Defendants against implementing the proposed regulations published at 83 Fed. Reg. 45486 (Sept. 7, 2018) ("Proposed Rule"), or their material equivalents, and provisionally adjudicating Defendants in civil contempt of the Settlement and the Court's orders enforcing it, came on regularly for hearing on November 30, 2018.

The Court, having read and considered the parties' respective memoranda of law in support of and in opposition to Plaintiffs' motion, and having heard oral argument from counsel, now grants Plaintiffs' motion.

IT IS HEREBY ORDERED as follows:

1. The Court declares Defendants' Proposed Rule an anticipatory breach of the Settlement ¶¶ 6 and 40, because the Proposed Rule fails to implement, and is inconsistent with, the relevant and substantive terms of the Settlement.

2. Defendants are permanently enjoined against implementing the Proposed Rule or its material equivalent.

3. The Court finds (i) that the Settlement unambiguously requires Defendants to implement the Settlement in federal regulations that are not inconsistent with the relevant and substantive terms of the Settlement; and (ii) that the Proposed Rule evinces Defendants' failure to take all reasonable steps to comply with that requirement. Defendants' implementing the Proposed Rule or its material equivalent will accordingly constitute civil contempt.

Dated: _____, 2018.

_____
United States District Judge