1   MICHAEL N. FEUER, SBN 111529
      *City Attorney*
2   JAMES P. CLARK, SBN 64780
   LEELA A. KAPUR, SBN 125548
3   VALERIE L. FLORES, SBN 138572
   MICHAEL DUNDAS, SBN 226980
4   200 North Main St., City Hall East Suite 800
   Los Angeles, California 90012
5   mike.dundas@lacity.org
   Telephone: (213) 978-8130
6   Facsimile: (213) 978-8312

7

8   *Attorneys for Amicus Curiae City of Los Angeles*

9

10

11          **UNITED STATES DISTRICT COURT**
12          **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFERSON B. SESSIONS III, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 2:85-cv-4544-DMG (AGRx) <br><br> **ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF 18 CITIES AND COUNTIES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT** |

*Amici Curiae*, the City of Chicago, City of Los Angeles and City of New York, together with the City and County of San Francisco, Los Angeles County Santa Clara County, and the Cities of Austin, Boston, Cambridge, Columbus (OH), Houston, New Haven, Oakland, Philadelphia, Providence, San Jose, Seattle, and Somerville hereby request leave to file the attached Proposed Brief of *Amici Curiae* in Support of Plaintiffs' Motion to Enforce Settlement.  A copy of the proposed brief is attached to this motion as Attachment 1.

Plaintiffs and Defendants both consent to *amici's* filing of this brief.

On September 7, 2018, the Department of Homeland Security ("DHS") and the Department of Health and Human Services ("HHS") (collectively, the "Departments") proposed rules "to amend regulations relating to the apprehension, processing, care, custody, and release of alien juveniles" ("Rules") in a Notice of Proposed Rule Making published in the Federal Register.

The factors precipitating the publication of the Rules, i.e. forced family separation, was a creation of Defendants' own doing, and *amici* assert that Plaintiffs' Motion to Enforce Settlement is necessary for the well-being of not just Plaintiffs and their families, but also *amici's* interests in seeing the requirements of the FSA be properly applied and enforced within our respective jurisdictions.

Specifically, *amici*, care deeply about their immigrant populations (many of the largest in the country) and have a strong interest in protecting the rights and well-being of immigrant children and their families, including asylum seekers, as they seek protection in the United States.  These interests are reflected in, for example, the adoption of welcoming-city ordinances and policies, the oversight of state-licensed

1  facilities housing minor children, the provision of healthcare services,

2  and the provision of funds for immigrant legal services.

3       *Amici* are where many of these families and children have gone,

4  and will continue to go, after they are released from detention.  Thus,

5  *amici* are on the front lines of connecting these recently released

6  immigrants to essential health, medical, language, and social services,

7  as well as legal representation throughout all stages of their

8  immigration proceedings.  *Amici* do this not just because it is good policy

9  and in the public's interest, but also because the sooner immigrant

10  residents are connected to such services, the better they are able to

11  settle and thrive.

12       *Amici* have grave concerns with the Rules because they would

13  result in longer detentions and lower standards of care for immigrant

14  children, thus increasing the well-documented risks of such detention

15  and impeding *amici's* ability to properly serve the needs of their

16  immigrant residents.  For the foregoing reasons, *amici* respectfully

17  request the court's grant the motion to file the attached brief.

18

19  Dated:        November 7, 2018

20

Respectfully submitted,

By:*/s/    Michael Dundas*

21

22

Michael N. Feuer
    *City Attorney*
James P. Clark
Leela Kapur
Valerie Flores
Michael Dundas
200 North Main Street,
City Hall East Suite 800
Los Angeles, CA 90012

23

24

25

26

27

*Attorneys for Amicus Curiae
    City of Los Angeles, California*

28

| | |
|---|---|
| Edward N. Siskel<br>*Corporation Counsel*<br>Jane Elinor Notz<br>Rebecca Hirsch<br>30 N. LaSalle Street, Suite 800<br>Chicago, IL 60602<br><br>*Attorneys for Amicus Curiae*<br>*City of Chicago, Illinois* | Zachary W. Carter<br>*Corporation Counsel*<br>100 Church Street<br>New York, NY 10007<br><br>*Attorney for Amicus Curiae*<br>*City of New York, New York* |
| Dennis J. Herrera<br>*City Attorney*<br>City Hall Room 234<br>One Dr. Carlton B. Goodlett Pl.<br>San Francisco, CA 94102<br><br>*Attorney for Amicus Curiae*<br>*City and County of San Francisco, California* | Margaret L. Carter<br>O'Melveny & Myers LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br><br>*Attorney for Amicus Curiae*<br>*Los Angeles County, California* |
| James R. Williams<br>*County Counsel*<br>70 West Hedding St., 9th Fl.<br>San Jose, CA 95110-1770<br><br>*Attorney for Amicus Curiae*<br>*County of Santa Clara, California* | Anne L. Morgan<br>*City Attorney*<br>PO Box 1546<br>Austin, TX 78767<br><br>*Attorney for Amicus Curiae*<br>*City of Austin, Texas* |
| Eugene O'Flaherty<br>*Corporation Counsel*<br>One City Hall Square, Rm. 615<br>Boston, MA 02201<br><br>*Attorney for Amicus Curiae*<br>*City of Boston, Massachusetts* | Nancy E. Glowa<br>*City Solicitor*<br>795 Massachusetts Avenue<br>Cambridge, MA 02139<br><br>*Attorney for Amicus Curiae*<br>*City of Cambridge, Massachusetts* |
| Zach Klein<br>*City Attorney*<br>77 N. Front St – 4th Floor<br>Columbus, OH 43215<br><br>*Attorney for Amicus Curiae*<br>*City of Columbus, Ohio* | Ronald C. Lewis<br>*City Attorney*<br>900 Bagby, 4th Floor<br>Houston, Texas 77002<br><br>*Attorney for Amicus Curiae*<br>*City of Houston, Texas* |

ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF 18 CITIES
AND COUNTIES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS'
MOTION TO ENFORCE SETTLEMENT

| | |
|---|---|
| John Rose, Jr.<br>*Corporation Counsel*<br>165 Church Street, 4th Flr.<br>New Haven, CT 06510<br><br>*Attorney for Amicus Curiae*<br>    *City of New Haven,*<br>    *Connecticut* | Barbara J. Parker<br>*City Attorney*<br>One Frank H. Ogawa Plaza, 6th Flr.<br>Oakland, California 94612<br><br>*Attorney for Amicus Curiae*<br>    *City of Oakland, California* |
| Marcel S. Pratt<br>*City Solicitor*<br>City of Philadelphia Law Department<br>1515 Arch Street, 17th Floor<br>Philadelphia, PA 19102<br><br>*Attorney for Amicus Curiae*<br>    *City of Philadelphia,*<br>    *Pennsylvania* | Jeffrey Dana<br>*City Solicitor*<br>444 Westminster Street, Suite 220<br>Providence, RI 02903<br><br>*Attorney for Amicus Curiae*<br>    *City of Providence,*<br>    *Rhode Island* |
| Richard Doyle<br>*City Attorney*<br>Office of the City Attorney<br>200 E. Santa Clara Street, 16th Flr.<br>San Jose California 95113-1905<br><br>*Attorney for Amicus Curiae*<br>    *City of San Jose, California* | Peter S. Holmes<br>*City Attorney*<br>701 Fifth Avenue, Suite 2050<br>Seattle, WA 98104-7097<br><br>*Attorney for Amicus Curiae*<br>    *City of Seattle, Washington* |
| Francis X. Wright, Jr.<br>*City Solicitor*<br>93 Highland Avenue<br>Somerville, MA 02143<br><br>*Attorney for Amicus Curiae*<br>    *City of Somerville,*<br>    *Massachusetts* | |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2018, a copy of the foregoing Administrative Motion for Leave to File Brief of 18 Cities and Counties as *Amici Curiae* in Support of Plaintiffs' Motion to Enforce Settlement; and attached Proposed Brief were filed and served pursuant to the Court's electronic filing procedures using CM/ECF.

/s/   *Michael Dundas*

Michael Dundas

ADMINISTRATIVE MOTION FOR LEAVE TO FILE BRIEF OF 18 CITIES AND COUNTIES AS *AMICI CURIAE* IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT

5