UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No. CV 85-4544-DMG (AGRx) | Date November 9, 2018 |
| Title *Jenny L. Flores, et al. v. Jefferson B. Sessions, III, et al.* | Page 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER GRANTING UNOPPOSED *EX PARTE* APPLICATION TO FILE AN *AMICUS* BRIEF [519]**

On November 7, 2018, the Cities of Chicago, Los Angeles, New York, Austin, Boston, Cambridge, Columbus, Houston, New Haven, Oakland, Philadelphia, Providence, San Jose, Seattle, and Sommerville, along with the City and County of San Francisco, Los Angeles County, and Santa Clara County (collectively, "the Cities") filed an Unopposed *Ex Parte* Application seeking leave to file a brief as *amicus curiae*. [Doc. # 519.] Good cause appearing, the Court **GRANTS** the Cities' Unopposed *Ex Parte* Application, and **ORDERS** the Cities to file the proposed *amicus* brief found in Docket Entry No. 519-1 **within three (3) court days**.

**IT IS SO ORDERED**.