FILED

NOV 13 2018

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, | No. 17-56297 |
| Plaintiff-Appellee, | D.C. No. 2:85-cv-04544-DMG-AGR Central District of California, Los Angeles |
| v. | |
| MATTHEW G. WHITAKER, Acting Attorney General; ELAINE C. DUKE, Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, | ORDER |
| Defendants-Appellants. | |

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

This case, *Flores v. Whitaker*, No. 17-56297, is removed from the Monday, December 10, 2018, argument calendar to allow consolidation with a related appeal, *Flores v. Whitaker*, No. 18-56204, for which briefing is not yet completed. Oral argument for the consolidated appeals will be re-scheduled in a future order.