UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544 DMG (AGRx) | Date | November 21, 2018 |
| Title | *Jenny L. Flores, et al. v. Matthew Whitaker, et al.* | Page | 1 of 2 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT [516]**

On September 7, 2018, Defendants issued a notice of proposed regulations that purportedly "parallel the relevant and substantive terms" of the *Flores* Agreement and are intended to supersede and terminate the Agreement. *See* Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children, 83 Fed. Reg. 45,486–45,534 (Sept. 7, 2018). The notice provided that written comments concerning the proposed regulations could be submitted no later than November 6, 2018. *Id.* at 45,486. On November 2, 2018, Plaintiffs filed a Motion to Enforce the *Flores* Agreement [Doc. # 516], wherein they seek an order: (1) declaring that the proposed regulations amount to an anticipatory breach of the Agreement; (2) permanently enjoining Defendants from implementing the proposed regulations or their "material equivalent"; and (3) declaring that implementation of the proposed regulations or their "material equivalent" would constitute civil contempt, *see* Proposed Order at 4 [Doc. # 516-1]. Although the Motion to Enforce was filed before the notice and comment period for the proposed regulations expired, Plaintiffs asserted that Defendants refused to confirm that they would abide by the parties' stipulation that the final regulations would not become effective for at least 45 days following their publication. *See* Mot. to Enforce at 15 n.2 [Doc. # 516];[1] Schey Decl. at ¶ 5 [Doc. # 516]. Plaintiffs noticed their Motion for a hearing on November 30, 2018 at 9:30 a.m. Mot. to Enforce at 1 [Doc. # 516].

On November 9, 2018, Defendants filed an Opposition, wherein they confirmed that the *Flores* Agreement "will remain in effect until at least 45 days following the promulgation of a final rule." Defendants also argued that Plaintiffs' Motion to Enforce is not ripe. [Doc. # 521 at 2–3.] On November 16, 2018, Plaintiffs filed a Reply in which they insisted that their Motion is ripe, and requested that the Court hold the motion in abeyance if it is inclined to defer ruling on the Motion until the final rule has been published. [Doc. # 524 at 4–5, 10 n.8.]

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544 DMG (AGRx) | Date | November 21, 2018 |
| Title | *Jenny L. Flores, et al. v. Matthew Whitaker, et al.* | Page | 2 of 2 |

In the interest of conserving judicial resources, the Court will defer ruling on Plaintiffs' Motion until Defendants publish the final regulations. At this time, Plaintiffs will not suffer irreparable harm in the absence of injunctive relief because their Motion prompted Defendants to reaffirm their obligation to refrain from immediately implementing the final rule. Accordingly, the Court **ISSUES** the following rulings:

1. The November 30, 2018 hearing on Plaintiffs' Motion is **VACATED**;

2. Upon issuing the final regulations, Defendants shall *forthwith* file a notice to that effect;

3. **Within seven (7) days of the publication of the final regulations**, the parties shall file simultaneous supplemental briefing addressing whether the regulations are consistent with the terms of the *Flores* Agreement; and

4. The matter shall thereafter be deemed submitted. The Court shall reschedule a hearing on Plaintiffs' Motion if it concludes that oral argument is warranted.

**IT IS SO ORDERED**.