1  ANDREA SHERIDAN ORDIN (SBN 38235)
   STRUMWASSER & WOOCHER LLP
2  10940 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90024
3  Telephone: (310) 576-1233
   Facsimile: (310) 319-0156
4  E-mail: aordin@strumwooch.com

5  *Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544<br><br>**NOTICE TO THE COURT RE: PROPOSED MODIFICATION TO ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR** |

The Special Master/Independent Monitor appointed by this Court on October 5, 2018, proposes the following two modifications to the Order, exercising the Notice provision in paragraph A(1), which permits the Parties to respond within 10 days of the filing of the Notice.

**Modification to the Timing of Reports**

Paragraph D(1)(a) provides that the "Monitor shall provide regular Reports and Recommendations to the Court" and specifically sets forth the manner and timing of those Reports. The Order contemplated that the first Report and Recommendation would be filed 90 days after the "Effective Date, and every 90 days thereafter through the end of the Term."

The First Report was filed on March 6, 2019, and the Monitor proposes modifying the Order to replace the requirement of filing a Report every 90 days thereafter with the following schedule for filing the next three Reports and Recommendations to the Court:

    Monday, May 20, 2019

    Monday, July 29, 2019

    Monday, October 14, 2019

**Modification to the Provision for Support and Compensation**

In addition to modifying the schedule for filing Reports, the Monitor proposes the following change to Paragraph C(1)(2) of the Order entitled Support and Compensation for the Monitor. The Order currently provides that the Monitor shall be compensated at the hourly rate of $250 during the first year of the Term, and the services of the Monitor's aides at a rate not to exceed $125 per hour.

The Monitor proposes modifying the language to permit the Monitor to obtain the services of senior aides, with comparable skill and experience to the Monitor's, at the rate of $250 per hour and the services of all other aides at a rate not to exceed $125 an hour. The expected annual compensation, costs and expenses would remain at $300,000.00.

DATED: March 14, 2019

Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By _____
    Andrea Sheridan Ordin

*Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on March 14, 2019, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE TO THE COURT RE: PROPOSED MODIFICATION TO ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on March 14, 2019, at Los Angeles, California.

_____
Lauren S. Guerena