UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | March 15, 2019 |
| Title | *Jenny L. Flores, et al. v. William Barr, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE NOTICE TO THE COURT RE PROPOSED MODIFICATION [529]**

On October 5, 2018, the Court issued an Order Appointing Andrea Sheridan Ordin as the Special Master/Independent Monitor ("Appointment Order"). [Doc. # 494.] On March 14, 2019, the Monitor filed a Notice to the Court Re Proposed Modification, which proposes modifications to Paragraphs D(1)(a) and C(2) of the Appointment Order ("Notice"). [Doc. # 529.] The parties shall file any objections to the Notice no later than **March 25, 2019**. *See* Appointment Order at ¶ A.2. If no timely objection is filed, then the Court shall adopt the proposed modifications provided in the Notice.

**IT IS SO ORDERED**.