CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| | ) |
| Plaintiffs, | ) **RESPONSE TO NOTICE OF THE** |
| | ) **COURT RE: PROPOSED** |
| - vs - | ) **MODIFICATION TO ORDER** |
| | ) **APPOINTING SPECIAL** |
| WILLIAM P. BARR, ATTORNEY GENERAL | ) **MASTER/INDEPENDENT** |
| OF THE UNITED STATES, *et al.*, | ) **MONITOR** |
| | ) |
| Defendants. | ) |
| _____ _ | ) [HON. DOLLY M. GEE] |

1

2    *Plaintiffs' counsel, continued:*

3
     LA RAZA CENTRO LEGAL, INC.
4    Michael S. Sorgen (Cal. Bar No. 43107)
     474 Valencia Street, #295
5    San Francisco, CA 94103
6    Telephone: (415) 575-3500

7
     THE LAW FOUNDATION OF SILICON VALLEY
8    LEGAL ADVOCATES FOR CHILDREN AND YOUTH
     PUBLIC INTEREST LAW FIRM
9    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
10   Katherine H. Manning (Cal. Bar No. 229233)
     Annette Kirkham (Cal. Bar No. 217958)
11   152 North Third Street, 3rd floor
12   San Jose, CA 95112
     Telephone:   (408) 280-2437
13   Facsimile:    (408) 288-8850
14   Email: jenniferk@lawfoundation.org
      kate.manning@lawfoundation.org
15    annettek@lawfoundation.org

16
     *Of counsel:*
17
18   YOUTH LAW CENTER
     Virginia Corrigan (Cal. Bar No. 292035)
19   832 Folsom Street, Suite 700 SEP
20   San Francisco, CA 94104
     Telephone: (415) 543-3379
21

22
     / / /
23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs hereby give notice that they have no objection to the modifications to

the Order Appointing Special Master/Independent Monitor [Dkt. # 494] proposed by

the Special Master/Independent Monitor in the Notice to the Court Re: Proposed

Modification to Order Appointing Special Master/Independent Monitor [Dkt. # 529].


Dated: March 21, 2019            Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

Of counsel:

YOUTH LAW CENTER
Virginia Corrigan


/s/*Peter Schey* _____
*Attorneys for Plaintiffs*

1

CV 85-4544-DMG (AGRX)

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state. �::SEP::

On March 21, 2019 I electronically filed the following document(s):

- **RESPONSE TO NOTICE OF THE COURT RE: PROPOSED MODIFICATION TO ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey

*Attorney for Plaintiffs*

CV 85-4544-DMG (AGRX)