FILED

MAR 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General; et al.,<br><br>        Defendants-Appellants. | No. 18-56286<br><br>D.C. No. 2:85-cv-04544-DMG-AGR<br>Central District of California, Los Angeles<br><br>ORDER |

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General; et al.,<br><br>        Defendants-Appellees. | No. 18-56335<br><br>D.C. No. 2:85-cv-04544-DMG-AGR |

Defendant's motion (Docket Entry No. 12) for voluntary dismissal of appeal No. 18-56286 is granted. No. 18-56286 is dismissed. *See* Fed. R. App. P. 42(b). No. 18-56335 shall proceed.

The opening brief is due April 10, 2019. The answering brief is due May 10, 2019. The optional reply brief is due within 21 days after service of the answering brief.

LK/Pro Mo

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7