UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | March 28, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER ADOPTING PROPOSED MODIFICATION [529]**

On October 5, 2018, the Court issued an Order Appointing Andrea Sheridan Ordin as the Special Master/Independent Monitor ("Appointment Order"). [Doc. # 494.] On March 14, 2019, the Monitor filed a Notice to the Court Re Proposed Modification, which proposes certain modifications to the Appointment Order ("Notice"). [Doc. # 529.] On March 15, 2019, the Court ordered the parties to file any objections to the Notice by March 25, 2019. [Doc. # 530.] On March 21, 2019, Plaintiffs stated that they have no objection to the proposed modifications. [Doc. # 531.] To date, Defendants have not responded to the Notice, and the deadline for doing so has passed.

Accordingly, the Court **APPROVES** the Notice's proposed modifications to the Appointment Order and issues the following rulings:

1. The schedule provided in Paragraph D(1)(a) of the Appointment Order is modified as follows:
   a. The First Report was due on **March 6, 2019**;
   b. The Second Report and Recommendation is due on **May 20, 2019**;
   c. The Third Report and Recommendation is due on **July 29, 2019**; and
   d. The Fourth Report and Recommendation is due on **October 14, 2019**;
2. Paragraph C(2) is modified such that the Monitor may obtain the services of senior aides, with skill and experience comparable to that of the Monitor's, at the rate of **$250 per hour**. The hourly rate for the services of all other aides shall not exceed $125; and
3. All other aspects of the Appointment Order remain in full force and effect.

**IT IS SO ORDERED**.