UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 1 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS



| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellant,<br><br> v.<br><br>JEFFERSON B. SESSIONS III, Attorney General; et al.,<br><br>        Defendants-Appellees. | No.   18-56335<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

    The appellant's motion (Docket Entry No. 11) for voluntary dismissal of this case is granted. This case is dismissed. *See* Fed. R. App. P. 42(b).

    A copy of this order sent to the district court shall act as and for the mandate of this court.

                                FOR THE COURT:

                                MOLLY C. DWYER
                                CLERK OF COURT


                                By: Grace Santos
                                Deputy Clerk
                                Ninth Circuit Rule 27-7

GS 03/25/2019/Pro Mo