CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>                    Plaintiffs,<br><br>        v.<br><br>William P. Barr, Attorney General, *et al.*,<br><br>                    Defendants. | Case No. CV85-4544-DMG (AGR)<br><br>NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS<br><br>Hearing:  May 17, 2019<br>Time:     9:30 a.m.<br>Room:     1st St. Courthouse<br>          Courtroom 8C |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
        ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
FREYA PITTS (Cal. Bar No. 295878)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

PLEASE TAKE NOTICE that on May 17, 2019, at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an order awarding them attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for fees and costs incurred in securing and monitoring Defendants' compliance with the Court's order of July 30, 2018 (Dkt. #470).

Plaintiffs aver that (1) they are prevailing parties; (2) Defendants' position in this litigation was not substantially justified; and (3) no special circumstances make an award of fees unjust.

This motion is based upon the annexed memorandum of points and authorities, Plaintiffs' itemized statement and other supporting exhibits filed concurrently herewith, and upon all other matters of record.

/ / /

1    This motion is made following the conference of counsel pursuant to Local

2  Rule 7-3 which took place on April 11, 2019.[1]

3  Dated: April 19, 2019.                    CARLOS R. HOLGUÍN

4                                            PETER A. SCHEY
                                             Center for Human Rights &
5                                            Constitutional Law

6                                            HOLLY COOPER
7                                            CARTER WHITE
                                             University of California Davis School
8                                            of Law

9
10                                           LEECIA WELCH
                                             NEHA DESAI
11                                           POONAM JUNEJA
                                             FREYA PITTS
12                                           CRYSTAL ADAMS
13                                           National Center for Youth Law

14

15                                           /s/ *Carlos Holguín*
16                                           Carlos Holguín

17

18  / / /

19

20

21

22  _____

23  [1] Plaintiffs are concurrently moving the Ninth Circuit for an award of EAJA fees
24  and costs.

25  Plaintiffs believe the instant fee request would be most efficiently resolved via
26  mediation under the supervision of the Ninth Circuit's Mediation Office. Should
    mediation prove unavailable or unsuccessful, this Court's greater familiarity with
27  the issues herein would likely place it in a better position to decide a contested
28  EAJA motion. In the event, Plaintiffs will voluntarily withdraw their Ninth Circuit
    fee application.