CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
    pschey@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>William P. Barr, Attorney General, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV85-4544-DMG (AGR)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS<br><br>Hearing:　May 17, 2019<br>Time:　　9:30 a.m.<br>Room:　　1st St. Courthouse<br>　　　　　Courtroom 8C |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
       ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
FREYA PITTS (Cal. Bar No. 295878)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org
       pjuneja@youthlaw.org
       fpitts@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

Having considered Plaintiffs' Motion for Award of Attorneys' Fees and Costs, as well as the briefs, evidence, and arguments of counsel presented both in support of and in opposition to the Motion, the Court hereby grants Plaintiffs' Motion.

The Court finds that Plaintiffs are prevailing parties within the meaning of 28 U.S.C. § 2412(d)(1)(A), and that their net worth is below $2,000,000. The Court further finds that Defendants have failed to show that the position of the United States was substantially justified or that special circumstances make an award of attorneys' fees unjust.

The Court finds that Plaintiffs' senior counsel, Carlos Holguín, Leecia Welch, Holly Cooper, and Carter White, each possess distinctive knowledge and specialized skill that was needful to this litigation, and that other qualified counsel are unavailable at the statutory rate. Accordingly, the Court finds that an award of attorneys' fees at the enhanced rates requested is warranted for Plaintiffs' senior counsel. Plaintiffs shall also recover attorneys' fees at the inflation-adjusted base rate for additional counsel as well as paralegal and student fees at market rates.

Plaintiffs are awarded attorneys' fees against Defendants in the amount of $1,120,826.

Plaintiffs shall recover costs from Defendants in the amount of $91,812.

IT IS SO ORDERED.

Dated: _____, 2019.

_____
Hon. Dolly M. Gee
United States District Judge