1    CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
2    PETER A. SCHEY (Cal. Bar No. 58232)
     Center for Human Rights & Constitutional Law
3    256 South Occidental Boulevard
4    Los Angeles, CA 90057
     Telephone: (213) 388-8693
5    Email: crholguin@centerforhumanrights.org
6            pschey@centerforhumanrights.org

7    *Listing continues on next page*

8    *Attorneys for Plaintiffs*
9

10

11

12

13                  UNITED STATES DISTRICT COURT

14       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

15   JENNY LISETTE FLORES, *et al.*,        Case No. CV85-4544-DMG-AGR

16                Plaintiffs,               EXHIBITS IN SUPPORT OF MOTION FOR
                                            AWARD OF ATTORNEY'S FEES AND
17        v.                                COSTS—VOL. 2 (EXHIBITS 5-16)

18   WILLIAM P. BARR, Attorney General, *et*   Hearing:   May 17, 2019
19   *al.*,                                     Time:      9:30 a.m.
                                                Room:      1st St. Courthouse
20                Defendants.                              Courtroom 8C
21

22

23

24

25

26

27

28

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
      ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
FREYA PITTS (Cal. Bar No.  295878)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
      ndesai@youthlaw.org
      pjuneja@youthlaw.org
      fpitts@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

1       I, Carlos Holguín, declare that true and correct copies of the following

2   documents are attached hereto:

3   No.    Description                                                      Page

4

5   1    Declaration of Carlos Holguín, April 18, 2019.......................................... 1

6   2    Declaration of Leecia Welch, April 19, 2019 ........................................... 23

7   3    Declaration of Holly Cooper, April 15, 2019 ........................................... 77

8   4    Declaration of Carol Sobel, October 31, 2017........................................ 113

9   5    Declaration of Justin Mixon, October 19, 2017...................................... 256

10  6    Declaration of Mark Bowers, October 23, 2017..................................... 263

11

12  7    Declaration of Kristen Jackson, December 16, 2018 .............................. 268

13  8    Declaration of Carter White, April 17, 2019 .......................................... 280

14  9    Declaration of Michael N. Mills, April 9, 2019...................................... 321

15  10   Declaration of Stacy Tolchin, April 10, 2019 ......................................... 326

16  11   Declaration of Jayashri Srihantiah, April 16, 2019................................. 337

17
18  12   Declaration of Kimberly A. Lucia, April 16, 2019 ................................. 344

19  13   Invoice, Dr. Amy Cohen, M.D................................................................. 349

20  14   Invoice, James Ownes, Esq..................................................................... 352

21  15   Declaration of Queluntam Banjai, April 18, 2019 .................................. 354

22  16   Declaration of John O'Toole, April 16, 2019 ......................................... 357

23  / / /

24

25

26

27

28

EXHIBITS IN SUPPORT OF MOTION FOR AWARD OF
                                                   ATTORNEY'S FEES
                                              NO. CV 85-4544-DMG-AGR

17    Declaration of Richard Pearl, April 18, 2019 ......................................... 363

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 19th day of April, 2019, at Santa Clarita, California.

/s/ *Carlos Holguín*

Carlos Holguín

/ / /

Exhibit 5

## DECLARATION OF JUSTIN MIXON

I, Justin Mixon, declare and say as follows:

1. I execute this declaration in support of plaintiffs' motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(2)(A), at market rates. For the reasons I explain below, I am of the firm opinion that giving aggrieved class members a fair chance of prevailing on their motion to enforce the settlement in *Flores v. Sessions* required counsel with expertise not possessed by most lawyers, nor even members of the immigration bar.

2. I am an attorney admitted to practice in the state of Pennsylvania. Further details regarding my professional qualifications appear in my CV attached hereto.

3. I am currently a private practitioner in Pennsylvania specializing in immigration law. My immigration practice areas include immigration benefits for immigrant and refugee minors, including asylum and removal defense.

4. From April 2014 to June 2017, I served as an attorney with Hebrew Immigrant Aid Society (HIAS) of Pennsylvania. HIAS Pennsylvania is a non-profit, public interest organization that provides legal and supportive services to immigrants, refugees and asylum seekers from all backgrounds in order to assure their fair treatment and full integration into American society. During my tenure, the Vera Institute of Justice funded HIAS Pennsylvania via a master grant from the Office of Refugee Resettlement of the U.S. Department of Health and Human Services to provide free legal services to immigrant and refugee minors in ORR custody. These services consisted primarily of conducting "know your rights" presentations and assisting with applications for affirmative immigration benefits, such as Special Immigrant Juvenile status and asylum.

5. As part of my duties with HIAS, I regularly communicated with other lawyers and advocates for detained immigrant and refugee children and subscribed to the major list serves for practitioners who detained immigrant and refugee children. I thereby became aware of advocacy, including litigation, carried out nationwide, and not only in

257

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Pennsylvania. Now in private practice, I continue to keep abreast of developments in the
law impacting on my representing immigrant and refugee youth.

6. I am familiar with the work and reputation of Carlos Holguín, lead attorney for the
*Flores* plaintiffs in their effort to compel ORR to grant juveniles in its custody bond
redetermination hearings. In my opinion, Mr. Holguín possesses specialized knowledge
regarding the rights of detained immigrant and refugee children, particularly the settlement
in *Flores* and the potential for enforcing detained children's rights thereunder via class-wide
litigation, that is not generally available. I am of the opinion that Mr. Holguín is among a
very few advocates for immigrant children's rights in the country with the knowledge and
experience needed to give the *Flores* class a fair chance of prevailing against ORR.

7. In my opinion, successfully enforcing the *Flores* settlement against ORR required
specialized knowledge of poorly understood nooks and crannies of immigration law. The
*Flores* settlement is now some 20 years old, yet it contains many protections for detained
immigrant and refugee children found nowhere else. In other aspects, the *Flores* settlement
contains provisions that precede and are now parallel to or analogous with other sources of
law, particularly the 2002 Homeland Security Act and the 2008 William Wilberforce
Trafficking Victims Protection Reauthorization Act. Understanding how these disparate
sources of law potentially intersect to delimit ORR's authority to detain immigrant and
refugee children without hearing is not commonplace amongst lawyers generally, nor even
among members of the immigration bar.

8. I know relatively few immigration practitioners who specialize in the rights of
immigrant and refugee children. Apart from Vera Institute-funded legal services providers,
I know of only a handful of lawyers who are truly versed in the rights of immigrant and
refugee minors in ORR custody. In my experience, private practitioners generally lack the
resources to pursue federal litigation on behalf of their clients, and they therefore typically
limit representation to advocacy before the relevant federal administrative agencies: U.S.
Citizenship and Immigration Services, U.S. Customs and Immigration Enforcement, and the

Executive Office for Immigration Review. (Prior to the Ninth Circuit's affirming detained children's rights to bond hearings, practice before ORR consisted almost exclusively of filling out family reunification packets and supplicating informally on behalf of one's client.)

9. Lawyers whom the Vera Institute funds had, and continue to have, even less latitude in advocating for detained immigrant and refugee children. Although the TVPRA directs HHS to ensure that such children receive representation in "legal matters" to the greatest extent practicable, during my employment with HIAS Pennsylvania I was instructed that I could not assist detained children challenge ORR's release or placement decisions, no matter how arbitrary or otherwise unlawful ORR's decisions appeared. I know of no Vera-funded legal services provider who has ever represented a minor in federal court against ORR.

10. In sum, the members of the bar qualified and available to assist detained immigrant and refugee children seek redress against ORR in federal court are few, and the Vera Institute, at the behest of ORR, blocks the majority of those from representing children aggrieved by ORR's custody and placement decisions in any event. In my opinion, only attorneys with this distinctive mix of knowledge of immigrant and refugee children's rights and the skill and experience to bring federal litigation to enforce those rights could have enforced the *Flores* settlement against ORR. I must therefore conclude that aggrieved *Flores* class members would have had great difficulty retaining qualified counsel to seek class-wide relief against ORR were it not for Mr. Holguín and his colleagues.

11. *A fortiori*, I also believe that no other qualified lawyers could have been found to represent the plaintiff class against ORR at the inflation-adjusted EAJA rate. To begin, few members of the immigration bar regularly engage in federal court litigation; those who do, typically pursue cases on behalf of individual clients; and only a very small number are willing and able to prosecute class actions, or indeed, any federal litigation in which a favorable outcome is not reasonably assured with a minimal investment of time and money.

The steep learning curve required to develop adequate expertise in the law impacting *Flores* class members in this case would make finding qualified counsel at the statutory rate all but impossible.

I declare under penalty of perjury that foregoing is true and correct.

Executed this 19th day of October, 2017, at Jenkintown, Pennsylvania.

Justin Mixon

///

# Justin Mixon, Esq.
453 Johnson Street, Suite 201A
Jenkintown, PA 19046
(215) 692-2262
justinmixon@mixonlegal.net

## EDUCATION

**University of Minnesota Law School**, Minneapolis, MN
J.D. – May 2002, Cum Laude
2002 Law School Public Service Award
Environmental Moot Court Director
National Competition Team Member 2001-2002

**Trinity University**, San Antonio, TX
B.A. in Religion (academic studies), May 1994

## EXPERIENCE

### HIAS Pennsylvania
Immigrant Youth Staff Attorney, 5/2014 – 6/2017
- Represent youth and young adults in child welfare, custody, asylum, Deferred Action, and U Visa cases.
- Manage and provide information and support for cases with pro bono attorneys at local law firms.
- Conduct presentations and CLE legal seminars to synagogues, law schools, lawyers, and other community groups regarding the humanitarian crisis in Central America and how they can assist immigrant families.
- Collaborate with community and advocacy groups to promote the rights of immigrant families detained at the Berks family detention center and federal government youth shelters.

### Justin Mixon, Esquire, Jenkintown, PA
Solo Practice Attorney 2012 - present
- Represent clients in immigration, family, and housing cases in court and in administrative hearings.
- Provide legal advice and representation to clients through the Montgomery County Bar Association Legal Access Project.
- Complete transactional matters, such as wills, trusts, rental leases, deeds, and contracts.

### Abington Friends School, Abington, PA
4th Grade Collaborating Teacher, 8/11 – 6/12
- Design and teach math, literacy, and social studies lessons in two 4th grade classrooms.
- Create and direct engaging classroom learning centers in four core subjects.
- Assistant coach for high school chess and ultimate frisbee teams.

**Educational Advancement Alliance's Learning Lab**, Philadelphia, PA

Science Teacher 7/10 – 4/11

- Created and taught fun, hands-on science lessons for 4th, 5th and 6th grade students on a mobile science lab bus visiting Philadelphia School District elementary schools.
- Organized professional development science trainings for teachers, including a new program to provide science materials and lessons to teachers.
- Collaborated with other non-profit organizations and the Philadelphia School District to conduct science fairs, summer programs, and other community events.

**Philadelphia School District**, Philadelphia, PA

Third Grade Teacher 7/08 – 6/10 (Laura Carnell Elementary School)
Fifth Grade Teacher 2/08 – 7/08 (William Cramp Elementary School)

- Taught 3rd grade students of diverse backgrounds, using the Literacy, Math, Science, and Social Studies Philadelphia curriculum.
- Designed engaging lessons that require students to learn and demonstrate skills on their own and in groups.

**Justin Mixon, Esquire** - Jenkintown, PA

Solo Practice Attorney 5/06 – 12/07

- Represented clients in employment, contracts, family law, and other cases in court and in administrative hearings.
- Provided free legal advice to dozens of clients through the Montgomery County Bar Association Legal Access Project.

**Legal Aid Bureau, Inc.** – Riverdale, MD

Staff Attorney 7/04 – 5/06

- Represented low-income clients in employment, housing, bankruptcy, and consumer cases in court and in administrative hearings.
- Performed outreach and legal rights presentations for community groups, including Spanish-speaking immigrant communities.

**Equal Justice Works Fellowship - Virginia Justice Center**, Falls Church, VA

Attorney / Equal Justice Works Fellow 9/02 – 7/04

- Organized low-wage immigrant workers to advocate for better working conditions in courts and with police, employers and government agencies.
- Conducted monthly clinics teaching workers how to represent themselves in small claims court and file complaints with state agencies to collect unpaid wages.

**U.S. Peace Corps, Guatemala**

Agricultural Diversification / Community Development Volunteer 10/95 – 1/98

- Provided technical assistance and project facilitation to improve crop production, family nutrition, and group organization in 5 villages with over 25 families.

**Heifer Project International**, Perryville, Arkansas

Educator for the International Learning and Livestock Center 9/94 - 8/95

# Exhibit 6

263

DECLARATION OF MARK BOWERS

I, Mark Bowers, declare and say as follows:

1. I execute this declaration in support of plaintiffs' motion for an award of attorney's fees under the Equal Access to Justice Act (EAJA) at prevailing market rates. As I explain below, I believe that counsel with specialized expertise was essential to the successful prosecution of plaintiffs' motion to enforce the settlement in *Flores v. Sessions* against the Office of Refugee Resettlement ("ORR") and that counsel with such expertise would be unavailable at $125 per hour even when adjusted for inflation.

2. I am an attorney admitted to practice in Oregon. I currently work as a staff attorney with Immigration Counseling Services ("ICS") in Portland, Oregon. ICS is a non-profit, public interest law office dedicated to improving the lives of Oregon's immigrant communities by providing affordable immigration legal services and free informational forums. ICS's work includes providing legal services to unaccompanied children and survivors of human trafficking. My practice is exclusively in the law of immigration and nationality. Ninety five percent of my practice over the past year and ten months has been dedicated to representing detained immigrant and refugee minors. My experience and training are detailed in the resume attached as Exhibit A to this declaration.

3. I am familiar with the work and reputations of Carlos Holguin, counsel for the plaintiff children protected by the *Flores* settlement. I am generally familiar with the *Flores* litigation and settlement and plaintiffs' efforts to enforce the settlement to require that ORR provide detained children bond hearings. I am also generally familiar with the expertise and billing practices of members of the immigration bar in Oregon. In my opinion, Mr. Holguin's ability to organize and manage complex federal litigation, as well as is knowledge of the law affecting immigrant and refugee children in ORR custody were required to give plaintiffs a fair chance of prevailing in their effort to enforce the *Flores* settlement on behalf of class members denied a meaningful opportunity to be heard on the reasons for the continuing confinement. I do not believe that intimate knowledge of the *Flores* settlement itself, subsequent legislation such as

the Homeland Security Act and the Trafficking Victims Protection Reauthorization Act, and the ability to access and communicate freely with children and youth in ORR custody are commonplace among members of the immigration bar. Mr. Holguín is among a very small number of lawyers possessing this combination of experience and skill.

4. In most places in the country, the only free or low cost legal services children and youth in ORR custody have are those funded by the Vera Institute. ICS is the sole Vera-funded legal services provider in Oregon, and we assist the vast majority of children and youth in ORR custody in the state. Even with Vera funding, ICS's resources, budgets, capacities and expertise are limited, and it would accordingly be very difficult, if not impossible, for ICS to undertake federal litigation on behalf of individual ORR detainees.

5. As regards the private immigration bar in Oregon, I know few practitioners who regularly represent children or youth in ORR custody, and none who are in a position to prosecute class actions, or any litigation, that cannot be completed with a relatively modest investment of time and money. Private immigration practitioners who do undertake federal litigation typically charge several times the EAJA hourly rate. I am accordingly of the opinion that no qualified lawyers could have been found to prosecute an enforcement motion against ORR on behalf of the *Flores* plaintiff class at the inflation-adjusted EAJA rate.

I declare under penalty of perjury that foregoing is true and correct.

Executed this 23rd day of October, 2017, at Portland, Oregon.

Mark Bowers

///

Exhibit A

266

**Mark E. Bowers**

2041 NW 29th Ave #2
Portland, OR 97210
919.448.1622
mbowers@ics-law.org

Education
_____

**University of North Carolina School of Law**, Chapel Hill, North Carolina
Juris Doctor with honors, May 2013
- Co-Chair Conference on Race, Class, Gender, and Ethnicity 2011, 2012, 2013
- Co-Administrative Chair National Lawyers Guild 2011-2012, 2012-2013
- 150 hours of Pro-Bono Service

**University of North Carolina Asheville**, Asheville, NC
Bachelor of Arts in Spanish, May 2008
- Graduated with Distinction in Spanish
- Inducted to Sigma Delta Pi (National Collegiate Hispanic Honor Society)

Work Experience
_____

**Immigration Counseling Service, Inc.,** Portland, OR
_Lead Attorney, Unaccompanied Child Unit,_ January 2016 – Present
- Represent detained unaccompanied children
- Supervise staff and direct legal strategy for UC Unit
- Coordinate outreach and trainings for _pro bono_ attorneys

**Legal Services of Southern Piedmont,** Charlotte, NC
_Staff Attorney, Immigrant Justice Program,_ August 2013 – December 2015
- Provided direct legal representation for immigrants in proceedings; with affirmative relief; under DHS supervision; and in other areas of law including housing, child custody, and education as well as outreach, education, and information for immigrants, sponsors of unaccompanied minors, and regional agencies
- Participated in systemic advocacy against discriminatory legislation and practices that harm immigrants and promoting the rights and welfare of immigrants and immigrant communities

**UNC Immigration and Human Rights Policy Clinic,** Chapel Hill, NC
_Certified Student Practitioner,_ September 2012 – May 2013
- Prepared claims and advocated on behalf of immigrant clients and researched and developed a policy brief on the use of solitary confinement in North Carolina

**UNC Center for Civil Rights,** Carrboro, NC
_Summer Fellow,_ May 2012- July 2012
- Researched diverse legal topics including tax law, land use, education law, NC charter school process, procedural law for amending orders, planning board and board of adjustment procedure, and jurisdictional questions regarding the Office of Administrative Hearings

**North Carolina Justice Center,** Raleigh, NC
_Legal Intern, Immigrant Legal Assistance Program,_ June 2011-August 2011
- Worked directly with Spanish speaking clients to develop their affidavits for U-visa petitions and asylum claims, completed several U-visa petitions with cover letters for indigent clients, drafted correspondence to law enforcement, retrieved dispositions for criminal records, drafted a motion to remand, interpreted for attorney-client meetings, and translated documents

**Robb Hill Law**, Asheville, NC
_Interpreter/ Legal Assistant_, June 2009 – July 2010
- Interpreted for Spanish speaking clients, translated documents, questionnaires, informative packets and alerts, and any correspondence from our office; maintained client files, completed forms, organized and indexed evidence for immigration petitions, and managed client file/government agency logistics for office move

Exhibit 7

268

Declaration of Kristen Jackson

I, Kristen Jackson, declare and say as follows:

1. I execute this declaration based upon my personal knowledge and experience. If called as a witness in this proceeding, I could and would testify competently with respect to the facts set forth herein. I execute this declaration in support of Plaintiffs' application for an award of attorney's fees under the Equal Access to Justice Act ("EAJA") at prevailing market rates. In my opinion, counsel with specialized expertise was essential to plaintiffs' success on their motion to compel the Office of Refugee Resettlement ("ORR") to give children and youth bond hearings, as the settlement in *Flores v. Sessions* stipulates. I am also of the opinion that such expertise is unavailable at the inflation-adjusted EAJA rate.

2. I serve as Senior Staff Attorney with Public Counsel's Immigrants' Rights Project. Public Counsel is a non-profit, public interest law office that regularly recruits California lawyers to represent indigent clients *pro bono publico*. I also have extensive experience representing immigrant and refugee children and youth before the Department of Homeland Security and the Executive Office for Immigration Review. I regularly train *pro bono* attorneys to represent indigent immigrants, including children and youth, in matters before the Department of Homeland Security and the Executive Office for Immigration Review. Further details regarding my experience and expertise are included in the resume attached to this declaration as Exhibit A.

3. I am familiar with the experience, expertise and reputation of Carlos Holguin and the Center for Human Rights & Constitutional Law, class counsel for plaintiffs in *Flores v. Sessions*. I am familiar with the *Flores* litigation and settlement. I am also familiar with other major litigation Mr. Holguin and the Center for Human Rights & Constitutional Law have brought on behalf of immigrant and refugee children. *E.g., Perez-Olano v. Gonzalez*, 248 F.R.D. 248 (C.D. Cal. 2008). I am familiar with plaintiffs' motion to enforce ¶ 24A the *Flores* settlement to require the ORR to afford youth in its custody bond hearings. I am generally familiar with the expertise,

resources and billing practices of members of the private immigration bar, lawyers with firms from which Public Counsel recruits *pro bono* attorneys, and legal aid lawyers.

4. In my opinion, expertise in complex federal litigation, the ability to communicate with class members in Spanish, access to detained class members via the *Flores* settlement's monitoring provisions, as well as a deep understanding of (i) the settlement itself, (ii) the negotiations that resulted in that agreement, (iii) the intersection of the settlement with other pertinent law, particularly § 235 of the William Wilberforce Trafficking Victims Protection Reauthorization Act, and (iv) ORR's policies, practices and procedures affecting detained immigrant and refugee children were essential to affording the *Flores* plaintiffs a fair chance of compelling ORR to provide children an opportunity to be heard regarding the grounds for detaining them. I know of no other lawyers with this combination of knowledge and expertise. In my opinion, even were other counsel with this combination of knowledge and expertise available, their services could not be had for the inflation-adjusted EAJA rate.

5. Even were other counsel comparably qualified to represent the *Flores* class, in my experience few legal aid lawyers or members of the private bar are willing to dedicate the time and resources to undertake federal litigation on behalf of detained immigrant and refugee minors. When private practitioners do pursue federal litigation, they typically charge much more than the inflation-adjusted EAJA statutory rate.

I declare under penalty of perjury that foregoing is true and correct. Executed this 16th day of October, 2017, at Los Angeles, California.

_____
Kristen Jackson

/ / /

# Exhibit A

271

# KRISTEN JACKSON

Public Counsel
610 South Ardmore Avenue
Los Angeles, California 90005
(213) 385-2977, ext. 157
kjackson@publiccounsel.org

---

## EXPERIENCE

**Public Counsel**                                                                   2003-present
*Senior Staff Attorney*                                                  Los Angeles, California
Represent immigrants at trial and appellate levels in state and federal proceedings to protect procedural rights and obtain Special Immigrant Juvenile Status and asylum. Train judges and attorneys on immigration options for youth. Author nationally distributed publications, provide technical assistance on litigation strategies, and lecture frequently across the country. Draft and comment on proposed legislation and regulations. Write appellate briefs and work with amici in immigration cases before the Ninth Circuit. Co-counsel federal litigation to establish a right to government-appointed counsel for children in removal proceedings. Mentor attorneys representing immigrants pro bono.

**University of California Los Angeles School of Law**                               2008-present
*Lecturer in Law*                                                        Los Angeles, California
Co-teach Asylum Clinic. Run twice-weekly seminar focused on client interviewing, cross-cultural communication, building strong evidentiary records, legal research, and declaration and brief writing. Supervise student pairs representing asylum seekers. Served as faculty advisory for immigration-related moot court problem and consulted on cases for UCLA's Ninth Circuit Appellate Clinic.

**United States Court of Appeals for the Ninth Circuit**                             2002-2003
*Law Clerk to Hon. Raymond C. Fisher*                                    Pasadena, California
Researched and wrote bench memoranda. Assisted judge in preparation for oral argument through memoranda and compilation of key documents. Worked on memorandum dispositions and opinions.

**The Brennan Center for Justice at New York University School of Law**              Summer 2001
*Legal Intern*                                                           New York, New York
Analyzed federal community policing bill and drafted proposed language. Prepared memorandum on sentencing guideline's treatment of women offenders. Assisted in preparation of cert petition in First Amendment case.

**Yale Law School**                                                                  Fall 2000
*Teaching Assistant to Professor Owen Fiss*                              New Haven, Connecticut
Developed assignments on complaint writing and defensive strategies based upon employment discrimination scenario. Critiqued students' written work, led discussion sections and taught discovery methods.

**United States District Court for the Northern District of California**             Summer 2000
*Judicial Intern to Hon. William Alsup*                                  San Francisco, California
Researched and drafted opinions and memos on issues ranging from the First Amendment and employment discrimination to ERISA and patent infringement. Assisted full-time law clerks with research projects.

**Sidley & Austin**; **Legal Aid Society of New York; Morrison & Foerster**          Fall 1994-Summer 1999
*Paralegal*                                                              Various
Aided partners and numerous associates on nationwide class action. Assisted in representation of low-income individuals, including extensive welfare advocacy and tenant organizing. Managed and produced documents for securities, intellectual property and employment cases. Worked in San Francisco, New York City, and Los Angeles.

## EDUCATION

**Yale Law School,** J.D. 2002
*The Yale Law Journal* Notes Editor & Admissions Committee Member, Advocacy for Parents and Children Clinic Student Supervisor, Brazil Linkages Program Coordinator, Jerome N. Frank Legal Services Organization Board Leader, MENSA Schirmer Scholarship Recipient

**Brown University**, B.A. *magna cum laude* 1994; 4.0 G.P.A.
Phi Beta Kappa, Academic Honors in History, George & Mary Josephine Hamman Foundation Scholarship, Jesse H. Jones Foundation Scholarship, Public Service House Member

## PROFESSIONAL AFFILIATIONS

American Immigration Lawyers Association *Member, Asylum Office Liaison 2010-2014, National Benefits Center Liaison 2017-2018*
Pacific Juvenile Defender Center *Immigration Expert*
American Constitution Society for Law & Policy *Member*
National Immigration Project of the National Lawyers Guild *Member*
Federal Interagency Working Group on Unaccompanied Children *Member 2013-2015*
Admitted to Practice before the California State Courts, the U.S. District Court for the Central District of California, the U.S. Court of Appeals for the Ninth Circuit, and the U.S. Supreme Court.

## APPELLATE LITIGATION RESULTING IN PUBLISHED OPINIONS

*J. E. F.M. v. Lynch*, 837 F.3d 1026 (9th Cir. 2016) (pro bono counsel for indigent children in case involving federal constitutional and statutory claims to right to government-appointed counsel in removal proceedings).
*Garcia v. Holder*, 659 F.3d 1261 (9th Cir. 2011) (pro bono counsel for respondent in case of first impression involving the interplay between Special Immigrant Juvenile Status and cancellation of removal under 8 U.S.C. § 1229b).
*Leslie H. v. Superior Court*, 224 Cal. App. 4th 340 (2014) (pro bono counsel for petitioner in case of first impression involving Special Immigrant Juvenile Status via juvenile delinquency proceedings).

## PUBLICATIONS

*Entering Multiple Systems*, *in* IL/LEGAL ENCOUNTERS: MIGRATION, DETENTION, AND DEPORTATION IN THE LIVES OF YOUNG PEOPLE (Deborah A. Boehm & Susan J. Terrio eds., 2017) (forthcoming).*
WORKING WITH CHILD CLIENTS AND THEIR FAMILY MEMBERS IN LIGHT OF THE TRUMP ADMINISTRATION'S FOCUS ON "SMUGGLERS" (2017), *available at* http://www.cliniclegal.org/.*
STRATEGIES FOR SUPPRESSING EVIDENCE AND TERMINATING REMOVAL PROCEEDINGS FOR CHILD CLIENTS (2015), *available at* http://www.immigrationadvocates.org/.*
*"Don't Turn Your Back On Us!"—Representing Unaccompanied Children in Removal Proceedings*, *in* IMMIGRATION PRACTICE POINTERS: TIPS FOR HANDLING COMPLEX CASES 635 (2015).*
*Representing Children in Removal Proceedings: Ethical and Practical Issues*, *in* IMMIGRATION PRACTICE POINTERS: TIPS FOR HANDLING COMPLEX CASES 559 (2014).*
*What to Do When DHS Alleges Your Client Is a Bad Actor: Challenging I-213s Created When Your Client Was a Minor*, *in* IMMIGRATION PRACTICE POINTERS: TIPS FOR HANDLING COMPLEX CASES 550 (2013).
*Special Status Seekers*, LOS ANGELES LAWYER, Feb. 2012, at 20 (cover story).
SPECIAL IMMIGRANT JUVENILE STATUS AND OTHER IMMIGRATION OPTIONS FOR CHILDREN AND YOUTH (3rd ed. 2010, 4th ed. 2015).*

* indicates co-authored material

## SPEAKING ENGAGEMENTS

**Beyond the Bench XXIV (upcoming)**                          December 20, 2017
*California Administrative Office of the Courts, Center for Families,*          San Diego, California
*    Children & the Courts*
"Special Immigrant Juvenile Status: An Overview Emphasizing Recent
    Developments"

**National Conference on Representation and Advocacy for**          December 13-15, 2017
**    Unaccompanied Immigrant Children (upcoming)**          Houston, Texas
*American Bar Association and Kids in Need of Defense*
"Appeals before the Board of Immigration Appeals, the Administrative Appeals
    Office, and State and Federal Courts" & "Reopening In Absentia
    Removal Orders and Protecting Your Clients' Rights via Motions to
    Suppress, Terminate, and Exclude Evidence"

**Immigrant Legal Resource Center Webinar**          October 3, 2017
"Special Immigrant Juvenile Status: Responding to RFEs & NOIDs"          Viewed Nationwide

**American Immigration Lawyers Association Annual Conference**          June 24, 2017
"Asylum 101: Protecting Refugees in the United States"          New Orleans, Louisiana

**Immigrant Legal Resource Center Webinar**          April 26, 2017
"SIJS: Strategies for Success in a Changing Practice"          Viewed Nationwide

**Childhoods in Motion: Children, Youth, Migration, and Education**          March 4, 2017
*UCLA Center for the Study of International Migration*          Los Angeles, California
"Illegal Encounters: Immigration Control in the Lives of Young People
    Post-Election"

**U.S. District Court for the Central District of California Judicial**          February 25, 2017
**Conference**          La Quinta, California
"Current Issues in Immigration Law and Enforcement"

**Ninth Annual Symposium on Family-Based Immigration Law**          February 18, 2017
*Los Angeles County Bar Association*          Los Angeles, California
"Provisions Affecting Children: Asylum, SIJS, and Issues in Removal
    Proceedings"

**Representing Unaccompanied Children in California Conference**          December 16, 2016
*Practicing Law Institute and the State Bar of California*          San Francisco, California
"Special Immigrant Juvenile Status Updates" & "How to Represent Immigrant          (and Viewed Statewide)
    Youth While Complying with California State Law Confidentiality
    Provisions"

**Center for Human Rights and Constitutional Law Webinar**          September 19, 2016
"Sunset of the *Perez-Olano* Settlement: Implications for          Viewed Nationwide
    Special Immigrant Juvenile Classification and Adjustment of Status"

**American Immigration Lawyers Association Arizona Chapter Conference**          March 11, 2016
"Women & Children: Detention, Asylum, SIJS, and T Visas"          Phoenix, Arizona

**Beyond the Bench XIV**                                      December 3, 2015
*California Administrative Office of the Courts, Center for Families,*   Anaheim, California
    *Children & the Courts*
"Special Immigrant Juvenile Status: The Basics"


**U Visa and Humanitarian Relief Seminar**                   October 30, 2015
*Immigrant Legal Resource Center*                            Los Angeles, California
"Hot Topics in Representing Central American Children"


**Vera Institute for Justice Webinar**                       June 24, 2015
"Termination and Suppression for Child Clients: Theory and Practice"   Viewed Nationwide


**U.S. Committee for Refugees and Immigrants**               June 23, 2015
"Latest Developments in Asylum Law for Adults and Children"   Viewed Nationwide


**American Immigration Lawyers Association Annual Conference**   June 20, 2015
"'Don't Turn Your Back On Us!' Representing Unaccompanied Children   National Harbor, Maryland
    in Removal Proceedings"


**Immigrant Legal Resource Center Webinar**                  May 5, 2015
"Termination and Suppression Strategies for Children in Removal Proceedings"   Viewed Nationwide


**Representing Unaccompanied Children in California Conference**   December 3-4, 2014
*Practicing Law Institute and the State Bar of California*   San Francisco, California
"Overview of Representing Children in Immigration Cases" & "Overview of   (and Viewed Statewide)
    Special Immigrant Juvenile Status" & "Presenting Special Immigrant
    Juvenile Status Cases to USCIS and EOIR" & "Motions to Suppress
    and Other Pre-Plea Challenges to Removability"


**Immigration Advocates Network Webinar**                    November 12, 2014
"The Complaint Process, Damage Claims and Immigration Relief for Children   Viewed Nationwide
    Abused at the Border"


**Fourth Annual Conference: Government and Stakeholders Working**   November 6, 2014
    **Together**                                  Washington, DC
*Office of the Citizenship and Immigration Services Ombudsman*
"Immigration Benefits for Children: SIJ and UAC Asylum"


**Advanced/Emerging Issues in Humanitarian Relief Conference**   October 24, 2014
*Immigrant Legal Resource Center*                            Los Angeles, California
"Special Immigrant Juvenile Status" & "Asylum with a Focus on Particular
    Social Group and Children"


**Immigrant Legal Resource Center Webinar**                  September 30, 2014
"Special Immigrant Juvenile Status: One Parent Claims"       Viewed Nationwide


**Legal Services for Children Webinar**                      August 20, 2014
"SIJS Through Delinquency"                                   Viewed Statewide


**Immigration Advocates Network Webinar**                    July 15, 2014
"Best Practices for Screening and Representing Unaccompanied Children"   Viewed Nationwide

**American Immigration Lawyers Association Annual Conference**
"Ethical and Practical Issues with Representing Children in Removal
     Proceedings"

June 18, 2014
Boston, Massachusetts

**Children in the Courts Conference**
*Supreme Court of Arkansas*
"Immigration Issues for Children and Families in Arkansas Courts"

May 15, 2014
Little Rock, Arkansas

**American Bar Association Business Law Section Spring Meeting**
Immigration Hearings 101: A Foundation for Representing Children in
     Immigration Court"

April 11, 2014
Los Angeles, California

**Sixth Annual Symposium on Family-Based Immigration Law**
*Los Angeles County Bar Association*
"Working with Children: SIJS, Child Advocates, and Asylum"

April 5, 2014
Los Angeles, California

**Beyond the Bench XXII**
*California Administrative Office of the Courts, Center for Families,*
     *Children & the Courts*
 "Implementing SB 1064, The Reuniting Immigrant Families Act:
     Immigrant Youth and Families Involved in the Family and
     Juvenile Court Systems"

December 2, 2013
Anaheim, California

**Juvenile Division Judges' Fall Conference**
*Supreme Court of Arkansas*
"Immigration Issues for Children and Families in Juvenile Division Court"

November 14, 2013
Heber Springs, Arkansas

**American Immigration Lawyers Association California Chapters
Conference**
"Representing Vulnerable Populations in Immigration Court"

November 9, 2013
Anaheim, California

**American Immigration Lawyers Association Annual Conference**
"Challenging Form I-213: What to Do When DHS Alleges Your Client
     Is a Bad Actor"

June 26, 2013
San Francisco, California

**2013 Family Law Conference**
*Legal Aid Association of California*
"Implementing SB1064: The Reuniting Immigrant Families Act"

March 28, 2013
Los Angeles, California

**Juvenile Defense Seminar**
*California Public Defenders Association*
"Immigration Issues for Youth in the Juvenile Justice System"

January 26, 2013
Monterey, California

**Immigrant Legal Resource Center Webinar**
"Applying for DACA with a Juvenile Record"

December 19, 2012
Viewed Nationwide

**American Immigration Lawyers Association California Chapters
Conference**
"Representing Juveniles in Immigration Court"

November 9, 2012
San Diego, California

**Immigration Advocates Network eConference**
"Latest Developments in Immigration Relief for Children and Youth"

October 31, 2012
Viewed Nationwide

**Child Welfare Fall 2012 Study Section Conference**                    October 4, 2012
*County Counsel Association of California*                              Sacramento, California
"Special Immigrant Juvenile Status & Other Immigration Options for Youth"

**Immigration Advocates Network Webinar**                              September 12, 2012
"Deferred Action for Childhood Arrivals: In Practice"                  Viewed Nationwide

**45th Annual National Training and Continuing Education Conference**   September 10, 2012
*American Association of Public Welfare Attorneys*                      San Diego, California
"Nexus of Immigration and Child Welfare"

**Immigration Law Seminar**                                            May 17-19, 2012
*Federal Bar Association Immigration Law Section*                      Memphis, Tennessee
"Representing Juvenile Immigrants"

**Sixth Annual Conference on Unaccompanied Immigrant Children**        April 24-26, 2012
*National Center for Refugee and Immigrant Children*                   Washington, DC
"Special Immigrant Juvenile Status Hot Topics"

**Immigrant Legal Resource Center Webinar**                            November 3, 2011
"Representing Juvenile Immigrants"                                      Viewed Nationwide

**Family Law Section Adoptions Committee Webinar**                     October 4, 2011
*California State Bar*                                                  Viewed Statewide
"Guardianship of the Undocumented Child"

**Immigration Law Seminar**                                            May 13-15, 2011
*Federal Bar Association Immigration Law Section*                      Memphis, Tennessee
"Representing Juvenile Immigrants"

**Symposium on Immigration and Children: The Law and the Dream**       March 4, 2011
*Whittier Law School, Center for Children's Rights*                    Costa Mesa, California
"Defining the Problem: Immigration Issues Affecting Children"

**Recurring and Emerging Issues in Adoption Practice Seminar**         January 22, 2011
*Academy of Adoption Lawyers*                                          Los Angeles, California
        *& Academy of California Family Formation Lawyers*
"Immigration Issues in the Adoption of Foreign-Born Children"

**Fifth Annual Conference on Unaccompanied Immigrant Children**        December 7-9, 2010
*Florida Immigrant Advocacy Center*                                    Fort Lauderdale, Florida
"Legislative Updates and Strategy"

**Immigrant Legal Resource Center Webinar**                            June 3, 2010
"Special Immigrant Juvenile Status: Highlighting Changes Implemented by the    Viewed Nationwide
        Trafficking Victims Protection and Reauthorization Act"

**Immigrant Legal Resource Center Webinar**                            March 3, 2010
"Best Practices for Representing Unaccompanied Minor Clients before the    Viewed Nationwide
        Asylum Office"

**Immigration Law Symposium**                                          February 20, 2010
*University of La Verne College of Law*                                Ontario, California
"Special Immigrant Juvenile Status: Theory and Practice"

**2010 Family Law Conference**                               February 18, 2010
*Legal Aid Association of California*                        Los Angeles, California
"Basic Introduction to Uncontested Independent, Stepparent and Domestic
    Partner Adoptions"

**Fourth Annual Conference on Unaccompanied Immigrant Children**   October 7-9, 2009
*National Center for Refugee and Immigrant Children*        Washington, DC
"Best Practices for Representing UAC Clients before the Asylum Office" &
    "SIJS Patterns Across the Country" & "Developing Child-Focused
    Asylum Regulations under the TVPRA Amendments"

**Office of the Child's Representative Annual Conference**   September 15, 2009
*State of Colorado*                                          Denver, Colorado
"SIJS Update"

**Immigrant Legal Resource Center Webinar**                 March 2 & November 4, 2009
"Special Immigrant Juvenile Status: Highlighting Changes Implemented by the   Viewed Nationwide
    Trafficking Victims Protection and Reauthorization Act"

**Third Annual Conference on Unaccompanied Immigrant Children**   April 4, 2008
*National Immigrant Justice Center*                         Chicago, Illinois
"Special Immigrant Juvenile Status Advanced Session" & "Socratic Dialogue"

**Beyond the Bench XVIII**                                  December 11-14, 2007
*California Administrative Office of the Courts, Center for Families,*   San Diego, California
    *Children & the Courts*
"Collateral Consequences in Juvenile Proceedings" & "An Overview of
    Immigration Issues and Child Welfare from a Lawyer's Perspective"
    & Testimony before Blue Ribbon Commission on Children in
    Foster Care

**Juvenile Defense Seminar**                                January 20, 2007
*California Public Defenders Association*                    Monterey, California
"Immigration Options for Children in the Juvenile Delinquency System"

**The 2007 Children's Law Institute**                       January 10, 2007
*The Administrative Office of the Courts*                    Albuquerque, New Mexico
"Immigration Law and Policy: What We All Need to Know"

**Beyond the Bench XVII**                                   December 15, 2006
*California Administrative Office of the Courts, Center for Families,*   Monterey, California
    *Children & the Courts*
"Immigration 101 for Youth in Juvenile Court System"

**29th National Children's Law Conference**                 October 15, 2006
*National Association of Counsel for Children*              Louisville, Kentucky
"Providing Immigration Relief for Child Victims of Abuse, Abandonment
    or Neglect"

**Fifth Annual Statewide Convention on Co-Occurring Disorders**   October 3, 2006
*Numerous Sponsors, Including Los Angeles County Department of*   Long Beach, California
*Mental Health*
"Immigration and Co-Occurring Disorders"

**Hiding in Plain Sight: Finding and Protecting Child Victims of Trafficking**   September 20, 2006
*Legal Aid Foundation of Los Angeles*   Los Angeles, California
"Immigration Relief and Guardianship Strategies for Children"

**California Family-to-Family Statewide Convening**   January 10, 2006
*California Department of Social Services*   Long Beach, California
"Immigration Options, Service Models and Special Concerns"

**Beyond the Bench XVI**   December 16, 2005
*California Administrative Office of the Courts, Center for Families,*   San Diego, California
  *Children & the Courts*
 "Providing Immigration Relief for Child Victims of Abuse, Abandonment
    or Neglect"

**23rd Annual Juvenile Delinquency Law Seminar**   April 15, 2005
*Los Angeles County Public Defender*   Los Angeles, California
"Special Immigrant Juvenile Status"

Exhibit 8

1    <u>DECLARATION OF CARTER C. WHITE</u>

2    I, Carter C. White, declare:

3         1.    I am an attorney duly admitted to practice before this Court.  I am one of the

4    attorneys representing Plaintiff Class in this proceeding.  I have personal knowledge of the

5    facts set forth in this declaration, and if called as a witness, I could competently so testify.

6    I am making this declaration in support of the Plaintiffs' Motion for Attorneys' Fees and

7    Costs.

8    **MY BACKGROUND AND EXPERIENCE IN CLASS ACTION LITIGATION**

9         2.    I received an A.B. from Oberlin College and a J.D. from the University Of

10   Texas School of Law.  I have practiced state and federal litigation in Texas (where I no

11   longer practice) since 1986 and in California since 1993.  I have tried more than 30 cases

12   to verdict, and have handled numerous cases on appeal.  I have been admitted to several

13   federal courts including the Supreme Court of the United States, the Fifth and Ninth

14   Circuits, the Central, Eastern, and Northern Districts of California and the Southern and

15   Western Districts of Texas.  I have been admitted Pro Hac Vice to handle a prisoner civil

16   rights matter in the District of Nevada, and in immigration matters in the District of

17   Arizona.

18        3.    Following law school, from September 1985 through August 1986, I was law

19   clerk (Briefing Attorney) for the Honorable Bob Gammage, Judge of the Texas Court of

20   Appeals for the Third District in Austin, an intermediate state appellate court.

21        4.    For more than thirty-two years I have represented individual clients in civil

22   rights and immigration matters, and I am familiar with the special problems presented by

23   these types of cases.  Throughout my career I have represented detained individuals in both

24   state and federal immigration custody.  From 1986 through 1989, I was Director of the

25   American Civil Liberties Union (ACLU) South Texas Project, where I litigated civil rights,

26   employment, and immigration cases in state and federal court, and in administrative

27   immigration proceedings before the Executive Office for Immigration Review

28   (Immigration Court).  From 1989 through 1992, and again from 1996 through 2001, I was

1

DECLARATION OF CARTER C. WHITE IN SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS

[3314367.3]

1   in private practice and primarily handled civil rights, employment, and personal injury

2   matters for plaintiffs.  In addition to the many cases I tried, I was lead counsel in several

3   appellate matters, including at least ten cases that led to published decisions by Texas

4   Courts of Appeal.

5       5.      Currently, I am the supervising attorney of the King Hall Civil Rights Clinic

6   at the U.C. Davis School of Law ("Clinic").  The Clinic utilizes certified law students

7   working under my supervision to represent indigent individuals in civil rights cases.  Many

8   of the cases I have tried were as Supervising Attorney of the Clinic, a position I held from

9   October 1993 through December 1995, and again from September 2001 through the

10  present.  In each of these cases, I supervised certified law students and played as limited a

11  role as possible in the active presentation of the case before the jury or court.  Our Clinic

12  has settled many other cases through litigation.

13      6.      I have also supervised certified law students in representing clients in civil

14  rights cases in the Ninth Circuit Court of Appeals through that Court's Pro Bono Program

15  and otherwise.  At least eight published decisions and numerous unpublished

16  memorandum opinions have resulted from this work.

17      7.      I am a Lecturer (with Continuing Appointment) on the faculty at the UC

18  Davis School of Law.  As part of the curriculum in the Civil Rights Clinic, I teach a

19  weekly litigation skills seminar.  Part of this seminar includes sections on attorney's fees

20  and timekeeping.  In addition to my work as Supervising Attorney of the Clinic, for eight

21  years I taught a course in Pretrial Skills at the law school.  This course included sections on

22  written discovery, oral depositions, law and motion, and preparation of final pretrial orders

23  and other documents.  In 2008, I also taught the substantive course in Civil Rights Law,

24  which included a section on attorney's fees. I have given several presentations at

25  continuing legal education events on civil rights, prison law, and attorney's fees issues in

26  the recent past.

27      8.      My work and that of my students in the Civil Rights Clinic, has been the

28  subject of attorney's fee awards in the past.  Recent awards have been limited by both the

[3314367.3]

DECLARATION OF CARTER C. WHITE IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS

hourly rate and total award restrictions in the Prison Litigation Reform Act (PLRA).  In *Valadez-Lopez v. Chertoff*, 2007 WL 2070215 (N.D. Cal., July 16, 2007), the district court awarded fees for the work of several law students in both the Clinic and the law school's Immigration Clinic, and for their supervising attorneys including myself, under the EAJA. The attorneys' work was compensated at the EAJA statutory rate. In *Mayweathers v. Terhune*, No. 2:96-cv-1582-LKK-GGH-P (E.D. Cal.), a complex class action involving the religious rights of Muslim prisoners, the district court awarded attorney's fees of more than $114,000 for the work of Clinic law students and over $120,000 for another supervising attorney's work between 1997 and 2001. ECF No. 539 (Nov. 19, 2004). In *South v. Gomez*, a prisoner civil right case, the district court awarded attorney's fees of $12,161.25, about half of which was for work performed by Clinic law students. No. 2:95-cv-01070-DFL-DAD (E.D. Cal.) (ECF No. 280, May 6, 1999).

9.     Neither the law students who worked on this case nor I will profit from an award of attorney's fees.  Any funds awarded and collected go to the law school to help defray the cost of operating the clinical programs at the UC Davis School of Law.

10.     I have significant experience in class action litigation. I was co-counsel with Federal Defenders of Sacramento in a class action case on behalf of California life prisoners challenging certain changes in parole procedures as in violation of the Ex Post Facto clause.  *See Gilman v. Davis*, No. 2:05-cv-00830-LKK-GGH, 2009 WL 577767, at *6 (E.D. Cal. Mar. 4, 2009) (finding counsel, including Carter White, "are able to vigorously and competently prosecute" class action case). I was co-counsel in a class action writ of habeas corpus on behalf of noncitizen material witnesses in alien smuggling cases. *See Aguilar-Ayala v. Ruiz*, 973 F.2d 411 (5th Cir. 1992). I was lead counsel in another class action in Texas state court.  *See Wilson v. United Farm Workers of America*, 774 S.W.2d 760 (Tex. App. 1989) (affirming mandatory temporary injunction requiring enforcement of farm worker field sanitation regulations). I am currently co-counsel in a class action case involving conditions in the Yuba County Jail in Marysville, a facility which houses a number of ICE detainees. *Hedrick v. Grant*, No. 2:76-cv-00162-EFB (E.D.

1  Cal.).

2  **THE WORK OF THE UC DAVIS CIVIL RIGHTS AND IMMIGRATION CLINICS**
   **IN CONNECTION WITH THE COURTS JULY 30, 2018 ORDER ON**
3  **PLAINTIFFS' MOTION TO ENFORCE**

4      11.     For the past three academic years, the work of the UC Davis School of Law

5  team on this case has been done jointly by students in the Immigration Law Clinic who are

6  primarily supervised by Holly S. Cooper, and by students in the Civil Rights Clinic who

7  are supervised by me. Clinic students have done and continue to do a tremendous amount

8  of work in this case. This included a trip to the Shiloh Residential Treatment Center in

9  Manvel, Texas, in November 2017, where we spent two days touring the facility,

10  interviewing youth, and gathering their declarations. Students have also done work on the

11  motion to enforce, including assisting in drafting the motion and reply.

12      12.     I am now seeking fees for only 35.6 hours I spent on the Shiloh trip. This is a

13  conservative number and is nowhere near the total number of hours I have worked on this

14  matter. The printout of these time records is attached to this declaration as **Exhibit A**.

15      13.     During time period covered by this fee request, all of the Clinics at the UC

16  Davis School of Law utilized a CLIO program for timekeeping, case management and

17  conflict checks. The students keep contemporaneous time records by entering their work in

18  the CLIO system. Clinic staff monitors these time records and provides me with an

19  updated log of student time each week during the 14-week semester. Students are required

20  to log a certain number of hours for each unit of academic credit and we track their work to

21  make sure they do not fall behind. The printout of these time records is attached to this

22  declaration as **Exhibit B**.

23      14.     Holly Cooper, a law student, and I audited these time records, and eliminated

24  all time spent conferencing and on administrative tasks. After these reductions, we have

25  identified 570.53 hours of law student time that should be compensable for the period from

26  September 2017 to the present.

27      15.     Also attached as **Exhibit C** is a true and correct copy of a chart showing

28  expenses incurred by our office for this part of the case. The Clinic's total expenses

4

[3314367.3]

through June 30, 2018 are $6432.98.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct, and that this declaration was executed this 17th day of April, 2019 at Davis, California.

Respectfully submitted,

*/s/ Carter C. White*

Carter C. White

[3314367.3]

# EXHIBIT A

# Activities Export

04/17/2019
12:00 AM

| Date | Type | Description | Matter | User | Qty | Rate ($) | Total ($) |
|------|------|-------------|--------|------|-----|----------|-----------|
| 11/21/2017 | 🕐 | Travel: return travel Houston to Oakland<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 8.00h | 0.00 | 0.00 |
| 11/21/2017 | 🕐 | Client Meeting: continued site visit at Shiloh RTC, client meetings to review and sign declarations<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 3.40h | 0.00 | 0.00 |
| 11/20/2017 | 🕐 | Case Preparation: drafting, reviewing, and revising client declarations; emails with students re further revisions; printing declarations<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 2.40h | 0.00 | 0.00 |
| 11/20/2017 | 🕐 | Client Meeting: site visit at Shiloh RTC including facility tour, client interviews, lunch meeting, and more interviews<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 12.00h | 0.00 | 0.00 |
| 11/19/2017 | 🕐 | Travel: picked up rental car at Hobby airport; drove to hotel, returned to pick up HC and students, returned to hotel<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 1.70h | 0.00 | 0.00 |
| 11/17/2017 | 🕐 | Travel: Travel to Texas<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 8.00h | 0.00 | 0.00 |
| 11/16/2017 | 🕐 | Writing a Letter: review site visit letter re Shiloh visit; provide my info to HC for letter<br>● Unbilled | 04284-Flores Settlement Enforcement Case #599 | Carter White | 0.10h | 0.00 | 0.00 |
| | | | | | **35.60h** | | **$0.00** |

# EXHIBIT B

| Date | Description | Student | Hours |
|------|-------------|---------|-------|
|  |  |  | **570.53** |
| 09/07/2017 | Client Meeting: Meeting with youth to take additional notes for his declaration related to the Flores Case and Settlement, and a meeting with another client who we took notes on, who is being | Salvador Torrez | 2.05 |
| 09/13/2017 | Case Preparation: Drafted minor's Declaration | Gladys Hernandez | 0.45 |
| 09/13/2017 | Case conference with Students: Met with Sal to discuss division of labor for the declaration | Gladys Hernandez | 0.17 |
| 09/14/2017 | Document Review: Editing, and finalizing declaration for youth to turn into Holly by 4pm. | Salvador Torrez | 1.37 |
| 09/15/2017 | Case Preparation: Drafted Y's Declaration | Gladys Hernandez | 0.72 |
| 09/15/2017 | Communication: Messages exchanged with Sal regarding Y's declaration | Gladys Hernandez | 0.1 |
| 09/15/2017 | Phone call: Phone conference with Carlos and Holly for Flores supplemental complaint case | Wesley Cheung | 1.08 |
| 09/15/2017 | Document Review: Read more of draft supplemental complaint for Flores case | Wesley Cheung | 0.2 |
| 09/18/2017 | Legal Research: Researched for the supplemental complaint for the Flores Settlement agreement (due process challenge) | John Sheridan | 2.13 |
| 09/19/2017 | Document Review: restructuring of Declaration and reviewing of ORR files for minor | Salvador Torrez | 1.2 |
| 09/19/2017 | Communication: Emails to Yolo County Juvenile Detention Center and other attorney re: visiting Y | Gladys Hernandez | 0.17 |
| 09/19/2017 | Case Preparation: Reviewed and accepted Professor Cooper's edits to Y's declaration | Gladys Hernandez | 0.95 |

| | | | |
|---|---|---|---|
| 09/19/2017 | Communication: Discussed with Sal G-28s and Y's declaration | Gladys Hernandez | 0.13 |
| 09/19/2017 | Document Review: Youth's Part 3 ORR files | Gladys Hernandez | 1.88 |
| 09/19/2017 | Document Review: Flores Document Review YMS | Gladys Hernandez | 0.25 |
| 09/20/2017 | Preparing Brief: Drafted a supplemental complaint/ persuasive brief asserting that the Flores minors have a right to counsel during their 30 review period and the bond determination hearing | John Sheridan | 5.68 |
| 09/20/2017 | Preparing Brief: Drafted a supplemental complaint/persuasive brief asserting the that Flores minors have a right to counsel during their 30 review period and the bond determination hearing | John Sheridan | 2.08 |
| 09/20/2017 | Client Meeting: Going over the draft of the declaration me and Gladys had for _ with him at the Yolo Detention Center, asking more questions about details regarding his timelines, and taking all his statements to add further to the declaration | Salvador Torrez | 2.37 |
| 09/20/2017 | Client Meeting: Asked youth follow-up questions re: declaration | Gladys Hernandez | 2.65 |
| 09/22/2017 | Writing a Brief: Case research and brief writing for the Flores supplemental complaint (re: 5th Amt.) | John Sheridan | 4.78 |
| 09/22/2017 | Writing a Brief: Finalize and submit brief (v1) of the Flores Supplemental complaint | John Sheridan | 0.27 |
| 09/27/2017 | Document Review: Review of minor ORR file, parts 2 and 4 | Salvador Torrez | 2.03 |
| 09/27/2017 | Case Preparation: Edits to youth's declaration | Gladys Hernandez | 0.58 |

| | | | |
|---|---|---|---|
| 09/28/2017 | Communication: Coordinated with Sal regarding phone call to Y's brother and dividing the declarations | Gladys Hernandez | 0.17 |
| 09/28/2017 | Case Preparation: Edits to Youth's declaration | Gladys Hernandez | 2.25 |
| 10/02/2017 | Case Preparation: Read youth's brother's declaration | Gladys Hernandez | 0.13 |
| 10/02/2017 | Case Preparation: Read youth's asylum declaration and began to make edits to Y's detention condition edits | Gladys Hernandez | 0.17 |
| 10/05/2017 | Case Preparation: Finished edits to youth's declaration | Gladys Hernandez | 0.85 |
| 10/05/2017 | Case Preparation: Reviewed youth's ORR part 4 file and compared notes to Y's declaration | Gladys Hernandez | 0.68 |
| 10/05/2017 | Communication: Messaged Sal re: assignments and emailed him Y's declaration | Gladys Hernandez | 0.1 |
| 10/06/2017 | Case Preparation: Edits to Y's brother's declaration | Gladys Hernandez | 0.58 |
| 10/06/2017 | Communication: Emailed Sal my edits to Y's brother's declaration and messaged him | Gladys Hernandez | 0.1 |
| 10/11/2017 | Document Review: Review of minor ORR file to match up information and dates with final declaration | Salvador Torrez | 2.2 |
| 10/11/2017 | Document Review: Document Review and editing of minor's declaration | Salvador Torrez | 1.38 |
| 10/12/2017 | Case Preparation: Reread the Flores Settlement Agreement | Gladys Hernandez | 0.42 |
| 10/20/2017 | Case Preparation: Reviewed half of Y's ORR Yolo file/documents | Gladys Hernandez | 1.58 |
| 10/24/2017 | Phone call: Neha Desai and Holly Cooper regarding Y's declaration and Yolo monitoring visit | Gladys Hernandez | 1 |
| 10/24/2017 | Document Review: Reviewed Y's ORR file regarding SIRs | Gladys Hernandez | 1.13 |

| | | | |
|---|---|---|---|
| 10/25/2017 | Meeting: Flores monitoring visit at Yolo County Detention Center | Gladys Hernandez | 7.2 |
| 10/26/2017 | Meeting: Flores monitoring visit at Yolo County Detention Center; translated declarations | Gladys Hernandez | 3 |
| 10/30/2017 | Document Review: Reviewed Y's ORR file and identified documents that listed Y's medication at Shiloh | Gladys Hernandez | 0.45 |
| 10/30/2017 | Case Preparation: Scanned declarations, G-28, and list of children that were obtained at the Yolo Flores monitoring visit. Sent to Holly. | Gladys Hernandez | 0.33 |
| 11/02/2017 | Research: Flores litigation research/reading of Yolo declarations | John Sheridan | 1.13 |
| 11/02/2017 | Document Review: Review of minor's brother's declarations, adding of recent event that took place with ORR, and developing two different versions of his declarations, one with initials, and one with his full name | Salvador Torrez | 0.68 |
| 11/01/2017 | Meeting: Phone call with Flores Co-Counsel | Gladys Hernandez | 1.32 |
| 10/31/2017 | Case Conference with Holly Cooper: Case meeting with Holly, to establish what to do moving forward on Y and the Flores Settlement cases | Salvador Torrez | 0.23 |
| 10/31/2017 | Communication: Sent minor's declaration to Christian and John, so that they can incorporate it into their research | Gladys Hernandez | 0.08 |
| 11/06/2017 | Document Review: Cross-referenced the sections Neha Desai selected in Y's declaration with the ORR files. Sent to Holly and Neha. | Gladys Hernandez | 2.45 |
| 11/09/2017 | Research: Review of Yolo/YAM declarations | John Sheridan | 1.13 |

| | | | |
|---|---|---|---|
| 11/09/2017 | Document Review: reading of brief on 5th amendment protections on bond hearings and rights of minors in ORR custody to have appointed counsel | Salvador Torrez | 1.1 |
| 11/09/2017 | Document Review: rereading of Flores Settlement in relation to clauses used in briefs on rights of minors in bond hearings, rights to appointed counsel, and placement and review procedure | Salvador Torrez | 0.7 |
| 11/09/2017 | Document Review: Reviewed rest of Reese roadmap and rea parts of Reese opening brief in preparation of presentation at clinic today | Wesley Cheung | 0.3 |
| 11/10/2017 | Case Preparation: Consolidated the sections Neha Desai selected from Y's declarations and printed two versions for Y's signature | Gladys Hernandez | 0.53 |
| 11/10/2017 | Case Conference with Holly Cooper: Discussion regarding edits to E's declaration and sending E the declaration | Gladys Hernandez | 0.6 |
| 11/10/2017 | Case Preparation: Updated and edited E's declaration, including formatting into pleading paper | Gladys Hernandez | 1 |
| 11/10/17 | Communication: sent email to Jose Castaneda to request room for 11/13 meeting with Y | Gladys Hernandez | 0.08 |
| 11/13/2017 | Case Preparation: Yolo declarations | John Sheridan | 2.95 |
| 11/13/2017 | Case Conference with Holly Cooper: Monday's case conference (discussed visits to Yolo on Friday). | John Sheridan | 1.57 |
| 11/13/2017 | Meeting: Reviewed and translated the final declaration with _____ at Yolo County detention Center | Gladys Hernandez | 2.33 |
| 11/16/2017 | Research: analogizing declarations to Reno situations & preparing for visits to Yolo | John Sheridan | 1.88 |

| | | | |
|---|---|---|---|
| 11/16/2017 | Document Review: Preparation of all 9 G-28s for Yolo visit on Friday, signing the G-28s, scanning them onto the I-drive and then emailing Mr. Castaneda about visiting Yolo | Salvador Torrez | 1.2 |
| 11/17/2017 | Client Meeting: Drive to Yolo Detention Center, meeting with 5 different children, taking notes on each of their cases in relation to Flores Litigation | Salvador Torrez | 3.73 |
| 11/17/2017 | Document Review of files on Shiloh, Binder Parts 15-20 | Salvador Torrez | 2.72 |
| 11/19/2017 | Admin: Travel time from Davis, Ca to hotel in Manvel, Tx, in preparation for Shiloh site visit | Gladys Hernandez | 7.75 |
| 11/19/2017 | Travel to Manvel Texas. Flew into Dallas then got connecting flight to Houston | Mayra Sandoval | 9.4 |
| 11/19/2017 | Prepare for Shiloh visit: read emails and review intake form | Mayra Sandoval | 0.63 |
| 11/20/2017 | Meeting: Shiloh site visits, including a tour of the facility and began youth interviews | Gladys Hernandez | 4.13 |
| 11/20/2017 | Meeting: Lunch meeting regarding Shiloh site visit | Gladys Hernandez | 1 |
| 11/20/2017 | Meeting: Finished youth interviews at Shiloh, as part of Shiloh site visit | Gladys Hernandez | 3.67 |
| 11/20/2017 | Meeting: Discussed youth interviews with Shiloh Team as well as follow-ups for the following day | Gladys Hernandez | 1.33 |
| 11/20/2017 | Case Preparations: Drafted declarations of four youths that were interviewed at Shiloh | Gladys Hernandez | 2.8 |
| 11/20/2017 | Communication: sent drafts of the four youth declarations via email to team Shiloh for review and any edits/comments | Gladys Hernandez | 0.08 |

| | | | |
|---|---|---|---|
| 11/20/2017 | Visit Shiloh, interviewed children, took a lunch break, talked about the interviews, return to Shiloh, interviewed more children, went to dinner (briefly discussed case) | Mayra Sandoval | 12.02 |
| 11/20/2017 | Read emails related to Flores litigation; draft declarations | Mayra Sandoval | 2.77 |
| 11/21/2017 | Case preparation: edits to the four youth declarations and printed the declarations | Gladys Hernandez | 0.63 |
| 11/21/2017 | Meeting: Shiloh site visit follow-up including review of youth declarations with the youth | Gladys Hernandez | 3.42 |
| 11/21/2017 | Admin: Travel time from Manvel, Tx to Davis, CA | Gladys Hernandez | 8 |
| 11/21/2017 | Review typed declarations to prepare for return trip to Shiloh | Mayra Sandoval | 0.37 |
| 11/21/2017 | Visit Shiloh, get minors to sign declarations, take lunch break, return to Shiloh, then leave to the airport. Travel to Sacramento and Davis. | Mayra Sandoval | 12.12 |
| 11/22/2017 | Admin: Dropped off original declarations, G-28, and ORR release forms at the clinic; sent email update to team Shiloh | Gladys Hernandez | 0.13 |
| 11/28/2017 | Case Preparation: Typed nots for four youth interviewed at the Shiloh site visit; sent to Holly Cooper | Gladys Hernandez | 1.67 |
| 11/28/2017 | Admin: Typed up summary f notes from Shiloh trip. Notes for three of the minors. Other notes still pending | Mayra Sandoval | 2.45 |
| 12/15/2017 | Client Meeting: Meeting in Yolo with detained minors. Interviews for Flores litigation. | John Sheridan | 3.73 |
| 1/26/2018 | Client Meeting: Interviewed youth held at Yolo County Detention Center | Gladys Hernandez | 1.67 |
| 01/31/2018 | Client Meeting: Interviewed youth detained at Yolo County Juvenile Jail | Gladys Hernandez | 2.27 |

| | | | |
|---|---|---|---|
| 01/31/2018 | Case Preparation: Prepared form G-28, for meeting with another youth held at Yolo county Juvenile Jail | Gladys Hernandez | 0.25 |
| 02/01/2018 | Meeting: Attempted to interview youth detained at Yolo County Detention Center | Gladys Hernandez | 0.67 |
| 02/02/2018 | Client Meeting: Visit yolo juvenile facility to meet with new client. Client declined to see us. | Mayra Sandoval | 1.05 |
| 02/05/2018 | Document Review: Began Review of Minor's ORR file | Gladys Hernandez | 1.33 |
| 02/05/2018 | Case Conference with Holly Cooper: Discussed follow-ups for minor and ORR file reviews | Gladys Hernandez | 0.33 |
| 02/12/2018 | Document Review: Reviewed ORR file for minor. | Gladys Hernandez | 1.07 |
| 02/13/2018 | Document Review: Reviewed ORR file for minor. | Gladys Hernandez | 0.75 |
| 02/19/2018 | Document Review: Reviewed youth ORR file | Gladys Hernandez | 0.5 |
| 02/21/2018 | Document Review: Reviewed youth ORR file | Gladys Hernandez | 0.67 |
| 02/23/2018 | Document Review: Reviewed youth ORR file | Gladys Hernandez | 1.87 |
| 02/26/2018 | Document Review: Reviewed youth ORR file | Gladys Hernandez | 2.1 |
| 02/27/2018 | Communication: Neha Desai Provided information of additional youth to interview at Yolo County Detention Center | Gladys Hernandez | 0.17 |
| 02/28/2018 | Client Meeting: Interviewed youth detained at Yolo County Detention Center | Gladys Hernandez | 1.5 |
| 02/28/2018 | Document Review: Read Mayra's notes from Yolo County Detention Center Visit, and compared to my own notes; sent email to team | Gladys Hernandez | 0.83 |
| 03/02/2018 | Case Preparation: Prepared form G-28 for Yolo County Detention Center Visit; obtained Holly's signature | Gladys Hernandez | 0.58 |

| | | | |
|---|---|---|---|
| 03/02/2018 | Client Meeting: Interviewed youth detained at Yolo County Detention Center | Gladys Hernandez | 2.5 |
| 03/03/2018 | Case Preparation: Reviewed and drafted summary of interview, for youth detained at Yolo County Detention Center | Gladys Hernandez | 1.08 |
| 03/05/2018 | Drafting email; scanned G-28 and sent to Yolo County Detention Center | Gladys Hernandez | 0.25 |
| 03/05/2018 | Document Review: Reviewed youth ORR file | Gladys Hernandez | 0.5 |
| 03/05/2018 | Document Review: Reviewed Mayra's notes for Yolo County Detention Center Visits; added some information; exchanged emails about updates | Gladys Hernandez | 1.17 |
| 03/07/2018 | Drafting Email: Compiled information re: prior youth visits at Yolo County Detention Center; Sent to Mayra | Gladys Hernandez | 0.33 |
| 03/08/2018 | Communication: Reviewed email from Holly re: MTE | Gladys Hernandez | 0.1 |
| 03/08/2018 | Case Preparation: Reviewed Notes and prepared for follow-up visits at Yolo County Detention Center | Gladys Hernandez | 0.67 |
| 03/09/2018 | Client Meeting: Flores Litigation-went to Yolo and met with 3 minors. Includes driving time and the time it took to pick up and drop off Gladys | Mayra Sandoval | 4.83 |
| 03/09/2018 | Drafting email: sent yolo County detention center email re: time change for visit | Gladys Hernandez | 0.07 |
| 03/09/2018 | Case Preparation: Reviewed Flores Agreement MTE, and printed docs in preparation for meeting with Holly | Gladys Hernandez | 0.58 |
| 03/09/2018 | Case Conference with Holly Cooper: Discussed outline for MTE and related cases | Gladys Hernandez | 1 |

| | | | |
|---|---|---|---|
| 03/14/2018 | Meeting: Flores Litigation-Weekly meeting with Cappy, Christian, and Gladys. discuss parent declarations, Yolo visits, and motion to enforce | Mayra Sandoval | 0.88 |
| 03/14/2018 | Admin: Flores Litigation-Add more questions for parent declaration template. Cappy recommended additional questions that might be useful for the litigation | Mayra Sandoval | 0.42 |
| 03/14/2018 | Case Preparation: Reviewed cases related to the MTE | Gladys Hernandez | 1 |
| 03/15/2018 | Writing a Motion/Document Review: Drafted outline; reviewed MTE exhibits; | Gladys Hernandez | 3.58 |
| 03/16/2018 | Writing a Letter: Flores Litigation: read declaration for minor and made edits | Mayra Sandoval | 0.93 |
| 03/16/2018 | Writing a Motion/Document Review: Drafted MTE peremptory placement claim; legal research for supporting cases; sent to Holly | Gladys Hernandez | 6.67 |
| 03/19/2018 | Document Review: Read transcripts of J from Saravia, flagged testimony for MTE | Gladys Hernandez | 1.42 |
| 03/19/2018 | Case Preparation: Reviewed Carlos Holguin's MTE outline | Gladys Hernandez | 0.33 |
| 03/19/2018 | Drafting Email: Asked Holly for time to make changes to our section of the MTE based on conference call and Carlos Holguin's outline | Gladys Hernandez | 0.13 |
| 03/19/2018 | Writing a Motion/Document Review: Edits to the MTE | Gladys Hernandez | 0.33 |
| 03/20/2018 | Writing a Motion/Document Review: Continued edits to the MTE; sent to Holly | Gladys Hernandez | 2.83 |
| 03/26/2018 | Meeting: Conference Call with entire Flores team re: MTE | Gladys Hernandez | 1.25 |

| | | | |
|---|---|---|---|
| 03/26/2018 | Case Conference with Holly Cooper: Discussed edits to MTE and youth detained at Yolo county Detention Center | Gladys Hernandez | 0.77 |
| 03/26/2018 | Document Review: Reviewed youth ORR file re: placement decisions | Gladys Hernandez | 1.5 |
| 03/27/2018 | Legal Research: Researched consent decree enforcement terms: | Gladys Hernandez | 1.17 |
| 03/28/2018 | Writing a Motion/Document Review: Revised the peremptory placement section of MTE; reviewed Carlos Holguin's edits; Added information re: enforcement of consent decrees' sent to Holly | Gladys Hernandez | 4.9 |
| 03/28/2018 | Case preparation: Reviewed youth ORR files and created excerpts of documents pertinent to MTE claims; sent information to Davis and NCYL | Gladys Hernandez | 2.42 |
| 03/28/ 2018 | Drafting Email: Responded to Christian's emails re: dividing remaing youth ORR files; added MTE exhibtis corresponding to each youth and youth's file; added example of documents pertinent to MTE claims | Gladys Hernandez | 0.52 |
| 03/29/2018 | Case conference with student: Discussed division of ORR files between Christian; sent him link to MTE exhibits | Gladys Hernandez | 0.1 |
| 03/29/2018 | Communication: Reviewed emails from NCYL re: legal research and ORR file excerpts | Gladys Hernandez | 0.1 |
| 04/02/2018 | Phone Call: Meeting with Flores co-counsel, discussed MTE | Gladys Hernandez | 0.5 |
| 04/02/2018 | Communication: Resent MTE exhibit link to Mayra, so that she could read OMB's declaration | Gladys Hernandez | 0.1 |

| | | | |
|---|---|---|---|
| 04/02/2018 | Case conference with Holly Cooper: Discussed exhibits to be added to the MTE and upcoming meetings with youth detained at Yolo | Gladys Hernandez | 0.75 |
| 04/03/2018 | Admin: Reviewed G-28 and other signed documents for youth that are detained at Yolo County Detention Center | Gladys Hernandez | 0.5 |
| 04/03/2018 | Admin: Communicated with Mayra about my review of the G-28s and other signed documents of youth detained at the Yolo County Detention Center | Gladys Hernandez | 0.1 |
| 04/03/2018 | Case conference with Holly Cooper: Discussed exhibits to be added to MT habits list | Gladys Hernandez | 0.13 |
| 04/03/2018 | Case Preparation: Reviewed declarations sent by Melissa Adamson | Gladys Hernandez | 0.17 |
| 04/04/2018 | Communication: Reviewed prior records of Shiloh site visit to determine the extent of information we have for a youth visit at Yolo Detention Center. Responded to Holly's email. | Gladys Hernandez | 0.25 |
| 04/05/2018 | Case Preparation: Reviewed White's Testimony; to be addicted to MTE exhibits | Gladys Hernandez | 1.1 |
| 04/05/2018 | Communication: Emails exchanged with staff in regard to exhibits | Gladys Hernandez | 0.25 |
| 04/06/2018 | Case Preparation: Uploaded additional MTE exhibits to Box. Updated exhibit index | Gladys Hernandez | 0.7 |
| 04/06/2018 | Communication: sent Holly Cooper and Kira  Updated about additional MTE exhibits | Gladys Hernandez | 0.2 |
| 04/06/2018 | Meeting: Reviewed and translated minor's declaration, and met with minor at Yolo County Detention Center | Gladys Hernandez | 2.88 |

| | | | |
|---|---|---|---|
| 04/06/2018 | Case Preparation: Prepped with meetings with youth detained at Yolo County Detention Center, and communicated with Christian and Carter White to coordinate visit | Gladys Hernandez | 0.18 |
| 04/06/2018 | Writing a Motion/Document Review: Began review and edits of MTE | Gladys Hernandez | 0.58 |
| 04/07/2018 | Writing a Motion/Document Review: Edits to MTE and added information from Shenandoah declarations | Gladys Hernandez | 1.3 |
| 04/07/2018 | Drafting Email: sent updates to MTE, exhibit index, and Flores tracker doc to Flores Team for review | Gladys Hernandez | 0.15 |
| 04/08/2018 | Case Conference with Holly Cooper: Discussed MTE edits with Holly, New exhibits, and citations | Gladys Hernandez | 0.5 |
| 04/08/2018 | Writing a Motion: Draft of Statement of Facts to add to MTE | Gladys Hernandez | 1.32 |
| 04/08/2018 | Admin: Added Flores Settlement to the MTE exhibit list; updated exhibit index to reflect the change; Researched Proper ellipses and bracket bluebook citations | Gladys Hernandez | 0.7 |
| 04/08/2018 | Writing a Motion/Document Review: Cite check exhibits listed in MTE: sent updates to Flores Team | Gladys Hernandez | 2.37 |
| 04/08/2018 | Case Conference with students: Discussed logistics of 4/9 Yolo County visit with Christian | Gladys Hernandez | 0.1 |
| 04/09/2018 | Case Conference with Holly Cooper: Discussed revisions to string declarations citations in the MTE | Gladys Hernandez | 0.08 |
| 04/09/2018 | Drafting Email: Summary of blue book citations, proper use of ellipses and bracket | Gladys Hernandez | 0.25 |
| 04/09/2018 | Case conference with Students: Coordination of Yolo visit, preparation of G-28 | Gladys Hernandez | 0.25 |

| | | | |
|---|---|---|---|
| 04/09/2018 | Case conference with Students: Met with Savannah and gave her an overview of the Shiloh Doc Review template, 4 MTE claims, examples of excerpts from the file. Sent copy of Shiloh doc review template and KG's declaration | Gladys Hernandez | 0.5 |
| 04/09/2018 | Writing a Motion/Document Review: Revised string citations to the MTE, cite checked exhibits | Gladys Hernandez | 2.72 |
| 04/09/2018 | Meeting: Reviewed forms with minor. and interviewed __. in preparation of his declaration, at Yolo County Detention Center | Gladys Hernandez | 3.08 |
| 04/10/2018 | Drafting Email: Reviewed notes from Oct. 2017 Yolo County site visit, confirmed with minor if English speaker, and sent information to Flores team | Gladys Hernandez | 0.13 |
| 04/11/2018 | Case conference with Students: Discussed splitting up review of MTE with Christian | Gladys Hernandez | 0.1 |
| 04/11/2018 | Case Conference with Holly Cooper: Weekly strategy meeting with Holly, Cappy, Christian, and Mayra | Gladys Hernandez | 0.8 |
| 04/11/2018 | Writing a Motion/Document Review: Final cite checks to MTE and sent document to Holly | Gladys Hernandez | 2.21 |
| 04/12/2018 | Drafting Email : sent Savannah the word doc for authorizing her document review of KG's Shiloh file. Asked her to save excerpts of docs pertinent to MTE | Gladys Hernandez | 0.17 |
| 04/12/2018 | Admin; Reviewed emails re: MTE edits and supporting motions | Gladys Hernandez | 0.13 |
| 04/14/2018 | Communication: Reviewed emails regarding last minute edits to  MTE; final drafts | Gladys Hernandez | 0.13 |

| | | | |
|---|---|---|---|
| 04/16/ 2018 | Meeting: Conference Call with entire Flores team re: MTE filing and proposed order | Gladys Hernandez | 1.13 |
| 04/17/2018 | Communication: Reviewed emails re: hearing date and proposed order | Gladys Hernandez | 0.15 |
| 04/27/2018 | Case Preparation: Reviewed and made some edits to minor's declaration | Gladys Hernandez | 0.5 |
| 04/27/2018 | Meeting: Met with youth detained at Yolo County Detention Center-to obtain signed declaration and with youth to obtain more information | Gladys Hernandez | 2.17 |
| 04/30/2018 | Drafting Email: Sent signed minor's declaration to Flores Team | Gladys Hernandez | 0.13 |
| 06/01/2018 | Case conference: initial meeting w/ Holly, Emily, Ryan on Flores case. Going over our contribution to the motion to enforce settlement agreement | Ryan Choi | 1.2 |
| 06/01/2018 | Case conference with Holly Cooper: discussion + case overview; work on Flores Settlement Agreement | John Mitchel | 1.5 |
| 06/01/2018 | Document Review: Reading Flores Settlement, new motion to enforce, and government Response | Emily Child | 6.5 |
| 06/01/2018 | Document Review: Document review; reading Flores settlement, motion to enforce and declarations, and government response | Emily Child | 6.5 |
| 06/04/2018 | Document Review: perused Gov't reply brief and attached declaration exhibits; researched Flores v. Sessions (9th 2017) and the Flores Settlement Agreement; reviewed P's MTE | Ryan Choi | 3.3 |
| 06/04/2018 | Case conference with Holly Cooper: Phone call w/ Holly on reply to government response letter; agreed on draft responsibilities and contents | John Mitchel | 0.75 |

| | | | |
|---|---|---|---|
| 06/04/2018 | Writing a Motion: Started writing reply to government letter in opposition of motion to enforce | John Mitchel | 2.25 |
| 06/05/2018 | Case Conference with Students: Met with other RAs to create a plan for writing response to government | Emily Child | 1.5 |
| 06/05/2018 | Meeting: Met with Emily and Cameron re: division of labor on reply to government response on MTE. Went over background of settlement and deadlines for rest of week | John Mitchel | 1.5 |
| 06/06/2018 | Research: Researched and read exhibits in preparation for writing response to government | Emily Child | 3 |
| 06/06/2018 | Writing a Motion: Drafted price of reply letter: inadequate notice given to class member on step-up to unlicensed facilities | John Mitchel | 3.25 |
| 06/07/2018 | Writing a Motion: Wrote section of motion in response to government | Emily Child | 3.5 |
| 06/07/2018 | Writing a Motion: Finished drafting section of reply to government response in opposition to MTE | John Mitchel | 1.25 |
| 06/08/2018 | Writing a Motion: Perused Flores v. Sessions (2017) decision; drafted Sec. II of the answer motion to Gov't response (whether TVPRA supersedes FSA) | Ryan Choi | 2.4 |
| 06/08/2018 | Case Conference with Holly Cooper: discussed about the judicial remedy on ORR part of the reply letter | Ryan Choi | 0.2 |
| 06/08/2018 | Case Conference with Holly Cooper: Discussed case and strategies for motion with Professor Cooper | Emily Child | 0.5 |
| 06/08/2018 | Writing a Motion: Completed and edited rough draft of response to the government opposition | John Mitchel | 6.83 |

| | | | |
|---|---|---|---|
| 06/08/2018 | Writing a Motion: Completed and edited rough draft response to government opposition | Emily Child | 6.5 |
| 06/08/2018 | Meeting: met/discussion of draft revisions with Professor Cooper and Emily | John Mitchel | 0.67 |
| 06/11/2018 | Drafting Email: Email RA team re: to-dos and update on MTE | John Mitchel | 1.5 |
| 06/11/2018 | Phone Call: Flores Counsel Call | John Mitchel | 2.25 |
| 06/11/2018 | Document Review: review Flores MTE drafts | John Mitchel | 1.5 |
| 06/11/2018 | Drafting Email: Email RA team re: to-dos and update on MTE | John Mitchel | 1.5 |
| 06/14/2018 | Writing a Motion/Document Review: reviewed the latest version of the response motion to Gov'ts reply | Ryan Choi | 1 |
| 06/15/2018 | Admin: Redact case files | John Mitchel | 3 |
| 06/15/2018 | Document Review: review/edit MTE and supp. comply. drafts; backgrounds reading on cases | John Mitchel | 4.5 |
| 06/26/2018 | Case Preparation: read emails; tried to keep up with what's going on the case- there is now intervenor Ps,  new rules for how to conduct ourselves with media peeps | Ryan Choi | 0.6 |
| 07/02/2018 | Document Review: review notes on current yolo detention potential plaintiffs in advance of visit on Friday to facility | John Mitchel | 3 |
| 07/06/2018 | Case Preparation: reviewed email correspondence; reviewed Prof. HC's interview notes from Yolo Detention Center Visit; review spreadsheet for litigation prep | Ryan Choi | 0.5 |
| 07/09/2018 | Writing a Motion/Document Review: draft declaration of potential named plaintiff from Flores Class | John Mitchel | 2.25 |

| | | | |
|---|---|---|---|
| 07/13/2018 | Case Preparation: reviewed email correspondence; read IL district court's order granting reunification of detainees and their children; read notes form Shiloh Site Visit | Ryan Choi | 0.6 |
| 07/13/2018 | Case Preparation: reviewed email correspondence; reviewed Shiloh visitation policy and named P's declare | Ryan Choi | 0.2 |
| 07/17/2018 | Case Preparation: preparing G-28 and other docs for tomorrow's yolo detention center visit | Ryan Choi | 0.3 |
| 07/18/2018 | Travel: to and from Clinic and yolo Juvenile Detention Center | Ryan Choi | 0.5 |
| 07/18/2018 | Client Meeting: met with four clients to follow up on interview | Ryan Choi | 2 |
| 07/18/2018 | Case Preparation: reviewed email correspondence; reviewed declarations of one of our named P's reviewed notice of Flores Settlement Violation | Ryan Choi | 0.5 |
| 07/18/2018 | Communication: emailed JJ my interview notes from Yolo Juvenile Detention Center visit | Ryan Choi | 0.1 |
| 07/20/2018 | Document Review: completed doc review of one of named P's ORR files | Ryan Choi | 4.3 |
| 07/26/2018 | Case Preparation: reviewed email correspondence; new assignment-start doc review on potential named P's ORR files | Ryan Choi | 0.6 |
| 07/26/2018 | Document Review: reviewed pdf files of potential named P's ORR files; gave volume name and paginated; made print outs | Ryan Choi | 0.5 |
| 07/26/2018 | Document Review: reviewing youth Yolo ORR files | Ryan Choi | 2.7 |
| 07/26/2018 | Travel: traveled to SMF to BUR to Holiday Inn Media Center | Ryan Choi | 2.2 |

| | | | |
|---|---|---|---|
| 07/26/2018 | Document Review: review of youth docs for potential named Plaintiff | John Mitchel | 1.5 |
| 07/26/2018 | Document Review: Review Docs for potential named Plaintiff | John Mitchel | 5 |
| 07/27/2018 | Travel: traveled to U.S. Courthouse Central District (350 W 1st St) | Ryan Choi | 0.6 |
| 07/27/2018 | Clinic: attended Flores MTE/status report | Ryan Choi | 1.5 |
| 07/27/2018 | Travel: Traveled from U.S. Courthouse to BUR to SMF to Davis | Ryan Choi | 2.2 |
| 07/30/2018 | Research: Review Judge's order on MTE filed 7/30 | John Mitchel | 1.5 |
| 08/24/2018 | Case Preparation: Read Judge Gee's 7/30/2018 order re: motion to enforce the FSA | Emily Child | 1.05 |
| 08/29/2018 | Document Review: Reviewed government motion to dismiss/opposition to certification and plaintiff's response | Emily Child | 0.55 |
| 08/30/2018 | Meeting: Confer with JJ and team members re: Flores Case Status; discussion of settlement and OMTE | John Mitchel | 0.4 |
| 08/30/2018 | Case Preparation: Drafted intake for Flores Case detention center visit for next week | Karen Pedraza | 1.54 |
| 09/01/2018 | Client Meeting: Drafted short intake after meeting with the UM minor clients for Flores settlement; signed G-28 with the client to be able to visit them; introduced myself to clients and established relationship | Karen Pedraza | 2.5 |
| 09/01/2018 | Case Preparation: Uploaded case files with information on Flores Agreement | Karen Pedraza | 2 |
| 09/04/2018 | Document Review: Revised intake for Flores case in order to visit clients in detention center on Friday | Karen Pedraza | 2 |
| 09/06/2018 | Document Review: Reviewed proposed Flores regulations | Emily Child | 0.3 |

| | | | |
|---|---|---|---|
| 09/07/2018 | interview of a client at Yolo juvenile center; translation of the documents from Spanish to English and creation of client's file | Suyapa Lainez | 4 |
| 09/07/2018 | Writing a Motion/Document Review: Drafted summary and description of meeting with three children, drafted next steps, and drafted factors that would affect their transition | Karen Pedraza | 3 |
| 09/07/2018 | Client Meeting: Met with four individuals in Yolo County for the Flores case; talked with them about the conditions, family, etc. | Karen Pedraza | 2 |
| 09/12/2018 | Case Preparation: Drafted poster in English and with graphics to give notice to UMs of their rights while in detention | Karen Pedraza | 4 |
| 09/13/2018 | Document Review : Reviewed motion to enforce and settlement agreement to create a poster | Karen Pedraza | 1 |
| 09/17/2018 | Case preparation: Filled out and printed G-28s and ORR authorization of Release File forms in preparation for Flores visit | Emily Child | 0.44 |
| 09/17/2018 | Drafting Email: Email Flores team member re: new G-28s to bring to yolo Visit | John Mitchel | 0.3 |
| 09/17/2018 | Case Preparation: prepare new G-28 form with Holly's info; print and populate into manually as necessary | John Mitchel | 0.6 |
| 09/18/2018 | Research: Watch + read transcripts re: committee hearing on Flores interpretation | John Mitchel | 0.4 |
| 09/19/2018 | Drafting Email: Catch up on Flores email-order setting hearing to 11/2, and practice advisory | John Mitchel | 0.3 |
| 09/19/2018 | Document Review: Reviewed UM declaration and took notes | Karen Pedraza | 0.33 |

| | | | |
|---|---|---|---|
| 09/19/2018 | Document Review: Reviewed and prepared G-28 and ORR document release for client meeting | Karen Pedraza | 0.33 |
| 09/21/2018 | Travel: Drove to Yolo County Juvenile Hall | Karen Pedraza | 0.5 |
| 09/21/2018 | travel: Drove back home after UM Flores visit | Karen Pedraza | 1 |
| 09/21/2018 | Travel: Travel to/from yolo detention center for Flores/youth visits | John Mitchel | 0.7 |
| 09/21/2018 | Client Meeting: Meet w/Flores Detained youth to interview, create, and sign declarations | John Mitchel | 7.1 |
| 09/21/2018 | Meeting: Interviewed clients (4) at Yolo Detention Center & Prepared declarations for Motion to enforce settlement | Emily Child | 8 |
| 09/23/2018 | Drafted declarations at Yolo | Suyapa Lainez | 2 |
| 09/24/2018 | Document Review: Review NCYL Practice Advisory and Revisions | John Mitchel | 0.4 |
| 09/24/2018 | Client Meeting: Did and inspection and tour of Yolo County Juvenile Jail | Karen Pedraza | 2 |
| 09/24/2018 | Travel: Travel to/from yolo detention center for Flores/youth visits | John Mitchel | 0.9 |
| 09/24/2018 | Meeting: Conduct site inspection of Yolo Detention facility | John Mitchel | 1.1 |
| 09/24/2018 | Case Preparation: Attended Yolo Juvenile Detention Center site inspection | Emily Child | 2 |
| 09/27/2018 | Document Review: Reviewed docs from detention center visit and uploaded documents to (I) drive to Flores case; Uploaded documents for minor's including updated G-28, ORR record Request relief forms, and HIPAA request release forms; placed | Karen Pedraza | 1 |
| 09/27/2018 | Writing a Motion/Document Review: Reviewed V's declarations and added notes for Excel sheet | Karen Pedraza | 0.67 |

| | | | |
|---|---|---|---|
| 09/28/2018 | Admin: Scanned G-28 & Records release forms; organized them on I-Drive, and sent them to Yolo Detention Center | Emily Child | 1.08 |
| 09/28/2018 | Updated excel sheet on which children's files from Yolo were requested I order to keep track of requests and checked ORR's return emails | Karen Pedraza | 0.5 |
| 09/2018 | Case Preparation: Prepare declarations, G-28s and requests for records with Flores team for class members at yolo | John Mitchel | 2.2 |
| 09/28/2018 | Met with children at Yolo; forms upload to ILC; Draft of email ORR Records request | Suyapa Lainez | 7 |
| 09/30/2018 | Communication: Discuss and finalize w/ Suyapa travel schedule to Yolo JDF this week; email Yolo | John Mitchel | 0.8 |
| 09/30/2018 | Drafted of emails requesting a visit to Yolo | Suyapa Lainez | 0.25 |
| 10/01/2018 | Document Review: Review documents and meetings necessary for visit to  Yolo JDF 10/1; draft checklist | John Mitchel | 0.5 |
| 10/01/2018 | Admin: Print, sign, staple all forms for 10/01 Yolo JDF visit | John Mitchel | 0.3 |
| 10/01/2018 | Yolo Visit; follow up with a client and do intake questionnaire of one of the kids | Suyapa Lainez | 2.5 |
| 10/01/2018 | Meeting: Met w/ Holly and suyapa to discuss Yolo JDF visit; next steps | John Mitchel | 0.6 |
| 10/01/2018 | Preparing Brief: Draft declaration for Y regarding Flores violations | John Mitchel | 1.2 |
| 10/01/2018 | Drafting Email: Email Yolo JDF re: wed 10/3 visit | John Mitchel | 0.3 |
| 10/01/2018 | Travel: travel to/from Yolo JDF | John Mitchel | 0.9 |
| 10/02/2018 | Communication: Speak w/Emily, Suyapa, Karen re: decision to interview children in Yolo 10/3 | John Mitchel | 0.4 |

| | | | |
|---|---|---|---|
| 10/03/2018 | Travel: travel to/from Yolo JDF for site visit | John Mitchel | 0.8 |
| 10/03/2018 | Client Meeting: Meet w/4 youth in Yolo JDF for more details on declarations; sign decs | John Mitchel | 2.1 |
| 10/03/2018 | Response to emails about Yolo kids. Update of new notes. Response on Thursday Agenda | Suyapa Lainez | 0.75 |
| 10/03/2018 | Client declaration Update | Suyapa Lainez | 0.5 |
| 10/03/2018 | Follow Up with 4 kids at Yolo. During this time we asked questions, read a declaration to a kid, met one child who had an injury, and asked about his current state | Suyapa Lainez | 2 |
| 10/03/2018 | Preparation, check  the information required for the Yolo intake visit | Suyapa Lainez | 0.5 |
| 10/04/2018 | Admin: Saved, paginated, printed, and organized ORR files | Emily Child | 0.78 |
| 10/05/2018 | Conducted client meeting with 3 detained UMs and asked them questions regarding class time, calls to sponsor, and medicine | Karen Pedraza | 3 |
| 10/05/2018 | Prepared documents and reviewed psychological evaluation for UM | Karen Pedraza | 1.5 |
| 10/05/2018 | Client Meeting: Met with clients (L.A.; minor's; & ESG) at Yolo Detention Center to check in and worked on declarations) | Emily Child | 3 |
| 10/05/2018 | Yolo kids visiting, declaration draft and forms signing | Suyapa Lainez | 2.75 |
| 10/05/2018 | Yolo round trip commute | Suyapa Lainez | 0.5 |
| 10/07/2018 | Document Review: Finished reviewing volume I of minor's ORR file | Emily Child | 1.64 |
| 10/08/2018 | Client Meeting: went to Yolo JDC to complete declaration (translated, confirmed contents, and signed) | Emily Child | 1.17 |
| 10/09/2018 | Updated L.A.'s declaration | Karen Pedraza | 0.5 |
| 10/10/2018 | Document Review: Reviewed minor's ORR file | Emily Child | 1.81 |

| | | | |
|---|---|---|---|
| 10/10/2018 | Drafting Email: email Jose C at Yolo re: files and attached G-28s | John Mitchel | 0.3 |
| 10/12/2018 | Document Review: Reviewed minor's ORR file | Emily Child | 4.93 |
| 10/13/2018 | Admin: reviewed all Yolo youth case files for deficient notices & compiled all Yolo youth declarations and deficient notices; scanned all documents and sent to team for response to government's appeal of special master | Emily Child | 5.23 |
| 10/14/2018 | Traveled to Sponsor's house and drafted a declaration | Suyapa Lainez | 3 |
| 10/15/2018 | Admin: Prepared G-28s and records authorization forms for Yolo visit | Emily Child | 0.15 |
| 10/15/2018 | Reviewed minor's Yolo file and double checked psychologists dates and notes; Also took notes on lack of consent for psychotropic medications. | Karen Pedraza | 3 |
| 10/15/2018 | Worked on memo regarding appropriateness of appointment of special master and whether appointing a special master is considered similar to sanctioning a party | Karen Pedraza | 4 |
| 10/15/2018 | Document Review: Review and analyze Judge Gee 7/30 order granting/denying MTE; appointing special master | John Mitchel | 1.7 |
| 10/16/2018 | Client Meeting: Went to Yolo JDF to meet with minor, signed medical release forms & LAHR (completed declaration) | Emily Child | 2.25 |
| 10/16/2018 | Document Review: Finished scanning & sent request forms; reviewed Yolo files for evidence of Flores violation for Friday's response | Emily Child | 3.09 |

| | | | |
|---|---|---|---|
| 10/16/2018 | Interviewed LH and drafted declaration regarding medical consent, or lack thereof, medication taken, and contact with sponsor | Karen Pedraza | 4 |
| 10/16/2018 | Drafting Email: Email team re: Friday deadline Flores-Yolo declarations and evidence opposing proposed regulations | John Mitchel | 0.4 |
| 10/17/2018 | Document Review: Reviewed Yolo youth files, pulled evidence of ORR failure to comply with Flores, and began assembling documents into response outline for Carlos Holguin | Emily Child | 6.89 |
| 10/17/2018 | Travel: Travel to/from Yolo JDF to meet with clients | John Mitchel | 0.8 |
| 10/17/2018 | Client Letter: Meet w/minor, , minor #2, to draft and record and sign declarations | John Mitchel | 2.2 |
| 10/17/2018 | Admin: Scan, file email minor's declaration and update drive | John Mitchel | 0.5 |
| 10/17/2018 | Yolo Commute | Suyapa Lainez | 0.5 |
| 10/17/2018 | Drafted declaration of minor at Yolo | Suyapa Lainez | 2.75 |
| 10/17/2018 | Client phone call, gathered information about minor's client in Virginia | Suyapa Lainez | 1 |
| 10/17/2018 | Drafted second sponsor's declaration re: a minor in Yolo; and went to her house to have her sign it. | Suyapa Lainez | 2 |
| 10/18/2018 | Travel: travel to/from Yolo JDF for client visit | John Mitchel | 0.9 |
| 10/18/2018 | Met with client and he signed declaration | Karen Pedraza | 2 |
| 10/19/2018 | Preparing Brief: Compiled exhibits, coordinated exhibit prep, and checked indeed; reviewed and edited opposition to motion to modify order appointing special master | Emily Child | 6.24 |
| 10/23/2018 | Communication: Corresponded with Kira at NCYL about DADS forged notice & declaration | Emily Child | 0.2 |

| | | | |
|---|---|---|---|
| 11/5/2018 | Reviewed Emails for Flores and read Judge Gee's court opinion regarding appointment of special master | Karen Pedraza | 1 |
| 11/06/2018 | Client Meeting: Phone meetings w/ minor's parents to draft declaration of delays in fingerprinting | John Mitchel | 1.2 |
| 11/13/2018 | Reviewed and edited minor's psych evaluation, comparing the content of his ORR file | Emily Child | 1.25 |
| 11/15/2018 | Case conference with Flores Team about updates in Flores & Lucas R and timeline for creating reports for the special master in Flores | Emily Child | 1 |
| 01/09/2019 | Drafted the sections for the practice advisory, read the Flores v. Sessions October 5th order, and read the Flores v. Sessions July 30th Order | Karen Pedraza | 4 |
| 01/11/2019 | Conferred with team Plan for upcoming week, final edits to report and plans for Practice Advisory | Emily Child | 0.33 |
| 01/13/2019 | Reviewed 10/05/2018, 07/30/2018, and 06/27/2017 Flores orders and outlined rights under each in preparation for making practice advisory | Emily Child | 1.86 |
| 01/16/2019 | Met with Karen and started to work on idea and approached for the Attorney practice advisory | Suyapa Lainez | 2.5 |
| 01/16/2019 | Drafted first section on who the order effect and the summary for the practice advisory | Karen Pedraza | 3 |
| 01/17/2019 | Met with Flores team, welcomed Yana and Lauren, discussed who might be able to go to Homestead, next steps on Practice Advisory, and talked about Tornillo Closing | Karen Pedraza | 2 |
| 01/20/2019 | Began Drafting Practice Advisory on Judge Gee's order appointing the special master | Emily Child | 1.04 |

| | | | |
|---|---|---|---|
| 01/22/2019 | Admin: Read Judge Gee's order appointing an independent monitor in Flores Settlement case | Yana Pavlova | 0.2 |
| 01/22/2019 | Admin; read practice advisory on July 30th, 2018 decision for Flores Settlement case | Yana Pavlova | 0.2 |
| 01/23/2019 | Finished draft of Flores/Special Monitor Practice Advisory for detained children | Emily Child | 0.77 |
| 01/23/2019 | Working on the Practice Advisory for Flores and searching for information relevant to this document. Answered and changing information with team member | Suyapa Lainez | 4 |
| 01/23/2019 | Revised edits from Barbara, Suyapa, and John, and included them in Final draft of Practice Advisory | Karen Pedraza | 2 |
| 01/23/2019 | Drafting email: Email Suyapa and other e: Practice Advisory FRCP 53 contribution | John Mitchel | 0.1 |
| 01/23/2019 | Legal Research: Researched FRCP 53 section for Practice Advisory | John Mitchell | 0.7 |
| 01/24/2019 | Legal Research: Draft Remainder of FRCP 53 practice advisory section | John Mitchel | 0.4 |
| 01/24/2019 | Legal Research: Review 10.5.2018 appt of special master order for Practice advisory | John Mitchel | 0.6 |
| 01/24/2019 | Draft Remainder of FRCP 53 practice advisory section | John Mitchel | 0.4 |
| 01/25/2019 | Travel: Travel from Woodland Juvenile Detention Center to Home | Yana Pavlova | 0.2 |
| 01/25/2019 | Meeting: Met with Two minors detained in Woodland Juvenile Detention Center to inquire after conditions and treatment in the prison | Yana Pavlova | 3.2 |
| 01/26/2019 | Client Meeting: Visited Yolo Detention Center to talk to two minors | Lauren Carbajal | 3.42 |
| 01/29/2019 | Edits on Flores/Special Monitor Practice Advisory for children | Emily Child | 0.45 |

| | | | |
|---|---|---|---|
| 02/05/2019 | Final edits on Flores practice advisory for children in detention centers | Emily Child | 0.64 |
| 02/06/2019 | Completed & Circulated updated draft of Flores practice advisory for kids | Emily Child | 0.66 |
| 02/08/2019 | Travel: Travel time from home to Yolo County Detention Center | Yana Pavlova | 0.4 |
| 02/08/2019 | Case Preparation: Flores case interviews with minors detained in Yolo County Juvenile Detention Facility | Yana Pavlova | 1.2 |
| 02/08/2019 | Admin:Typed up notes from 02/08/2019 Yolo County Detention Center visit to share with Flores team members | Yana Pavlova | 0.5 |
| 02/08/2019 | Preparing brief: Obtain and assemble child declarations re: Yolo co presentation on 2/13 | John Mitchel | 2.8 |
| 02/12/2019 | Tour of Yolo Juvenile Detention Facility | Emily Child | 2 |
| 02/19/2019 | Client visit at Yolo with Lauren. During this time we asked questions and drafted a declaration from the client | Suyapa Lainez | 3 |
| 02/25/2019 | Client Meeting: Went to Yolo with Suyapa to meet with clients | Lauren Carbajal | 2 |
| 02/25/2019 | Admin: Worked on sending ORR file request for one Yolo youth to ORR | Yana Pavlova | 1.3 |
| 02/26/2019 | Client Meeting: Drafted a declaration with one of the minors at Yolo with Suyapa | Lauren Carbajal | 3.33 |
| 02/27/2019 | Met with youth at Yolo Juvenile Detention Center to check in & discuss his asylum case and potential sponsor | Emily Child | 1.17 |
| 02/28/2019 | Admin: Requested ORR files for a minor detained in yolo County juvenile facility | Yana Pavlova | 0.5 |

| | | | |
|---|---|---|---|
| 03/01/2019 | Client Meeting: Met with client to update declaration with Yana | Lauren Carbajal | 2.42 |
| 03/01/2019 | Travel: travel from UC Davis to Yolo County Detention Center to conduct Flores visit | Yana Pavlova | 0.5 |
| 03/01/2019 | Meeting: met with detained minor in yolo county Juvenile facility to review and finalize declaration | Yana Pavlova | 1 |
| 03/01/2019 | Travel: Travel from Yolo County __. to UC Davis to drop off Lauren and Annette (interpreter) | Yana Pavlova | 0.5 |
| 03/08/2019 | Research: Review Special Monitor's report submitted to court 03/06/2019 | John Mitchel | 0.8 |

# EXHIBIT C

# Activities Export

| Date ▼ | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 07/26/2018 | $ | ● Unbilled<br>Student, Ryan Choi travel expenses to Los Angeles for hearing re settlement (7/26/18-7/27/18). | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 742.49 | 742.49 |
| 07/26/2018 | $ | ● Unbilled<br>Student, Emily Child travel expenses to Los Angeles for hearing re settlement (7/26/18-7/27/18). | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 235.03 | 235.03 |
| 07/22/2018 | $ | ● Unbilled<br>Holly Cooper travel expenses to Los Angeles for settlement hearing. 7/22/18-7/27/18 | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 831.46 | 831.46 |
| 11/19/2017 | $ | ● Unbilled<br>Student, Gladys Hernandez travel expenses to Manvel, TX to visit the Shiloh detention facility to conduct interviews (airfare, food). 11/19/17 - 11/21/17 | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 807.08 | 807.08 |
| 11/19/2017 | $ | ● Unbilled<br>Student, Mayra Sandoval travel expenses to Manvel, TX to visit the Shiloh detention facility to conduct interviews (airfare, lodging, food, ground transportation). 11/19/17 - 11/21/17 | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 1,006.69 | 1,006.69 |
| 11/19/2017 | $ | ● Unbilled<br>Student, Christian Hatchett travel expenses to Manvel, TX to visit the Shiloh detention facility to conduct interviews (airfare). 11/19/17 - 11/21/17 | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 667.85 | 667.85 |
| 11/19/2017 | $ | ● Unbilled<br>Carter White travel expenses to Manvel, TX to visit the Shiloh detention facility to conduct interviews (airfare, lodging, ground transportation, food). 11/19/17 - 11/21/17 | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 982.05 | 982.05 |
| | | | | | 0.00h | | $6,432.98 |

319

# Activities Export

| Date ▾ | Type | Description | Matter | User | Hours | Rate ($/hr) | Total ($) |
|---|---|---|---|---|---|---|---|
| 11/19/2017 | $ | Holly Cooper travel expenses to Manvel, TX to visit the Shiloh detention facility to conduct interviews (airfare, lodging, food). 11/19/17 - 11/21/17 | 04284-Flores Settlement Enforcement Case #599 | Justine Dauteuil | - | 1,160.33 | 1,160.33 |
| | ● Unbilled | | | | 0.00h | | $6,432.98 |

Exhibit 9

1    CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
2    Center for Human Rights & Constitutional Law
     256 South Occidental Boulevard
3    Los Angeles, CA 90057
4    Telephone: (213) 388-8693
     Email: crholguin@centerforhumanrights.org
5
6    *Listing continues on next page*
7    *Attorneys for Plaintiffs*
8
9
10
11
12                    UNITED STATES DISTRICT COURT
13       CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION
14   JENNY L. FLORES., *et al.*,              Case No. CV 2:85-cv-04544-DMG
15              Plaintiffs,                   DECLARATION OF MICHAEL N. MILLS
16                                            IN SUPPORT OF PLAINTIFFS' MOTION FOR
17         v.                                 ATTORNEY'S FEES
18   JEFFERSON B. SESSIONS, III, *et al*.,
19              Defendants.
20
21
22
23
24
25
26
27
28

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
          mkkelley@cooley.com

2

DECLARATION OF MICHAEL N. MILLS IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES
2:85-CV-04544-DMG

I, MICHAEL N. MILLS, declare:

1.      I am an attorney licensed to practice law before the courts of the State of California, the United States District Courts for the Central, Eastern, Northern, and Southern Districts of California, and this Court, the United States Court of Appeals for the Ninth Circuit. My business address is 500 Capitol Mall, Suite 1600, Sacramento, California, 95814. I am a partner in the law firm of Stoel Rives LLP. I am a past President of the Sacramento Chapter of the Federal Bar Association (2006) and a past President of the Sacramento County Bar Association (2009). I have personal knowledge of the facts set forth below and, if called to testify as a witness, could and would competently testify thereto.

2.      I received my Juris Doctorate from the University of California, Davis, King Hall School of Law in 1997.

3.      I make this declaration in support of Plaintiffs/Appellees' Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).

4.      As a Partner in the Firm, I am readily familiar with the billing practices of my firm and have knowledge of the rates billed by my firm for the work of law students in our Summer Associate program at our Sacramento office.

5.      In the summer of 2018, Stoel Rives LLP billed its Summer Associates' time to our clients (including individual clients, small and large companies and corporations,

DECLARATION OF MICHAEL N. MILLS IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES
2:85-cv-04544-DMG

1  as well as public agencies) at the rate of $185  per hour.   This hourly rate is

2
3  applicable to both first-year and second-year law students.

4        I declare under penalty of perjury of the laws of the United States and the State

5  of California that the foregoing is true and correct, and that this declaration was

6  executed on April 9, 2019, in Sacramento, California.
7
8                                              */S/ Michael N. Mills*

9                                              _____

10                                             Michael N. Mills, CSB #191762

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF MICHAEL N. MILLS IN
SUPPORT OF PLAINTIFFS'  MOTION FOR
ATTORNEYS' FEES
2:85-CV-04544-DMG

Exhibit 10

**No.** 18-56286

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## IN THE UNITED STATES COURT OF APPEALS

## FOR THE NINTH CIRCUIT
───────────────────────────────────

**JENNY LISETTE FLORES**, et. al.,

**Plaintiffs/Appellees,**

**v.**

**WILLIAM BARR, Attorney General; et. al.,**

**Defendants/Appellants.**

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

## DECLARATION OF STACY TOLCHIN IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND ENHANCED RATES FOR HOLLY S. COOPER

━━━━━━━━━━━━━━━━━━━━━━━━━━━━━

I, STACY TOLCHIN, declare under the penalty of perjury as follows:

1. I am an attorney licensed to practice by the State of California, and am admitted to practice before the United States Supreme Court; the United States Court of Appeals for the Ninth, Tenth, Fifth, and Second Circuits; and the United States District Court for the Northern District of California, Eastern District of California, Central District of

1

California, Southern District of California, and District of New
Mexico.

2. My business address is Law Offices of Stacy Tolchin, 634 S. Spring
St. Suite 500A, Los Angeles, California.  I practice throughout the
state of California.

3. I received my Juris Doctorate from the University of California at Los
Angeles in 2001, and have been practicing law for over 17 years.

4. I am a recipient of the University of California at Los Angeles Law
School's 2018 Alumni Public Service Award, the National Lawyers
Guild of Southern California 2017 annual award, the American
Immigration Lawyers Association's 2009 Jack Wasserman Award for
Excellence in Immigration Litigation, the 2009 American Civil
Liberties Union of Southern California Equal Justice Advocacy
Award, the 2008 National Immigration Law Center Annual Award, the
2007 "Unsung Hero" Award for the National Lawyers Guild of the
Bay Area, and was recognized in 2003 by the Arab-American Anti-
Discrimination Committee of San Francisco.  I was also named to
"Super Lawyers" from 2012-2019.

5. I am a member of the Board of Directors of the National Immigration
Project for the National Lawyers Guild, a member of the National

2

328

Lawyers Guild, the Los Angeles County Bar Association immigration section, and the American Immigration Lawyers Association.

6.  I specialize in immigration-related litigation before the federal courts. Cases I have litigated include: *Arce v. United States*, 899 F.3d 796 (9th Cir. 2018) (establishing that the federal courts have authority to consider damages actions under the Federal Tort Claims Act in cases involving unlawful deportations);  *Bonilla v. Lynch*, 840 F.3d 575, 592 (9th Cir. 2016) (establishing federal court jurisdiction to review motions to sua sponte reopen based on legal error); *Mendiola v. Holder*, 576 F. App'x 828 (10th Cir. 2014) (petition for review in Tenth Circuit challenging removal of a lawful permanent resident based on change in law); *Bains v. Holder,* 584 F. App'x 574 (9th Cir. 2014) (petition for review challenging removal order based on changed circumstances arising in India); *Duran Gonzales v. U.S. Dep't of Homeland Sec.*, 712 F.3d 1271 (9th Cir. 2013) (class action litigation involving applications for lawful permanent residency where the applicants had been previously deported); *Huerta v. Holder,* 484 F. App'x 172 (9th Cir. 2012) (petition for review based on ineffective assistance of counsel); *Padilla-Padilla v. Gonzales*, 463 F.3d 972 (9th Cir. 2006) (challenge to Board of Immigration Appeals' failure to

follow its internal regulations); *Silaya v. Mukasey,* 524 F.3d 1066 (9th

Cir. 2008) (finding that victim of gang-rape in the Philippines had

suffered past persecution based on her father's political opinion);

*Husyev v. Mukasey,* 528 F.3d 1172 (9th Cir. 2008) (finding that courts

have jurisdiction to review agency's failure to follow asylum

regulations); *Torosyan v. Nielsen*, No. 218CV5873PSGSK, 2018 WL

5784708, at *1 (C.D. Cal. Sept. 27, 2018), report and recommendation

adopted 2018 WL 6167918 (C.D. Cal. Oct. 26, 2018) (finding

regulation prohibiting immigration judges from assuming jurisdiction

to consider bond was inconsistent with statute); *Gastelum Chavez v.*

*Lynch*, No. CV147566DMGAGRX, 2016 WL 4402795, at *8 (C.D.

Cal. Aug. 16, 2016) *pending appeal* in No. 14-71612 (9th Cir.)

(declaring petitioner to have acquired United States Citizenship);

*Hassine v. Johnson*, 2014 WL 5035173 (E.D.Cal. 2014) (petition for

*de novo* naturalization case and award of attorneys' fees); *Zavala v.*

*Ridge,* 310 F. Supp. 2d 1071 (N.D. Cal. 2004) (Department of

Homeland Security's "automatic stay" regulation that keeps non-

citizens in custody while their immigration cases are pending, even

after an immigration judge has ordered their release, is facially

unconstitutional); *Singh v. Still,* 470 F.Supp.2d 1064 (N.D. Cal 2007)

(successful petition for writ of mandamus challenging Department of

Homeland Security's unreasonable delay in the adjudication of

applications for permanent residency); *Shahwan v. Chertoff,* C 05 4218

MMC (N.D. Cal. 2005) (granting petition for writ of habeas corpus

where petitioner was not informed when he traveled on "advance

parole" that he would be ineligible for a bond hearing before an

immigration judge); and *Araujo v. INS,* 301 F. Supp. 2d 1095  (N.D.

Cal. 2004) (Federal Tort Claims Act action finding that the United

States government was liable for damages to a non-citizen for unlawful

deportation).

7. I also specialize in attorneys' fees litigation under the Equal Access to

Justice Act (EAJA), and co-authored an advisory on EAJA that was

published by the National Immigration Project of the National

Lawyers Guild, and which can be accessed at

https://nationalimmigrationproject.org/PDFs/practitioners/practice_adv

isories/fed/2014_17Jun_eaja.pdf (last visited Aug. 17, 2017).  I am

regularly retained by successful litigants and their counsel after

prevailing in matters in federal court to seek EAJA fees on their

behalf, and was retained in the following cases which were successful

in recovering fees under EAJA: *Wang v. Holder,* 11-70309 (9th Cir);

5

*Khoshfahm v. Holder,* No. 10-71066 (9th Cir.); *Li v. Holder,* No. 07-72560 (9th  Cir); *Lozano Arredondo v. Holder*, No.  No. 08-73835 (9th Cir.); *Avila v. Holder,* 07-72965 (9th Cir); *Tampubolon v. Holder,* No. 06-70811 (9th Cir); *Hannalla v. Holder*, No. 09-70306 (9th Cir.); *Babayan v. Holder*, No. 10-70246 (9th Cir); *Castelan-Salas v. Holder*, No. 08-71661 (9th Cir); *Tsaturyan v. Holder*, No. 10-71283 (9th Cir.); *Valdivias  v. Holder*, No. 07-72659 (9th Cir. ); and *Mendez-Vargas v. Holder*, No. 07-71020 (9th Cir.).

8. I am familiar with the case *Flores v. Sessions*, Case No. cv-85-4544 and the Court's July 30, 2018 order. I do not believe that this case could have been successfully ligated without the particular knowledge and specialized skill that Ms. Cooper brought to this litigation.  This was not a standard immigration case, challenging an order that occurs in the course of removal proceedings. To the contrary, this was a motion to enforce originally brought in district court. On July 30, 2018, Judge Dolly Gee issued an order in the United States District Court for the Central District of California finding several breaches of the *Flores* Agreement, including unnecessarily delaying the release of children from detention centers; "stepping-up" children to more secure facilities without justification, notification or ability to challenge the

placement; and administering psychotropic medications without consent from a legally authorized individual.

9.  The case required complex knowledge of consent decrees, state child welfare laws, federal immigration law, and an ability to conduct trauma-informed interviews with vulnerable children. It also required knowledge of federal court practice and jurisdiction before the district court, which are far more complex than a typical immigration case challenging a removal order on a petition for review.

10. I have known Ms. Cooper since 2000 as a member of the National Lawyers Guild and have consulted with her on countless cases. I believe that Ms. Cooper is by far one of the best immigration detention litigators in the United States and an absolute expert in the field.

11. I feel that I am well equipped to comment upon the quality of Ms. Cooper's work, and her reputation of skilled work before the federal courts on immigration related cases.  I have learned about Ms. Coopers' federal litigation through attendance at national litigation strategy meetings, my awareness of her many speaking engagements, and discussions over the years about our various cases.  For example, she and I are regularly invited to attend American Immigration Council's national litigation strategy meeting.  The meeting is a

convening of approximately 45 attorneys who practice federal immigration litigation from across the country to discuss litigation strategies on a variety of topics.  To attend, one must be invited to apply by AIC with a list of the applicant's ongoing litigation and intended litigation, and then be accepted.  Ms. Cooper is also a frequent speaker at the American Immigration Lawyers Association annual conference and for the various continuing legal education seminars hosted by the National Immigration Project of the National Lawyers Guild, as well as on panels on federal court litigation of immigration matters.

12.   Ms. Cooper is also the recipient of the following awards:

- Woman of the Year 2018 for District 04 (selected by Assemblymember Aguiar-Curry)
- Woman of the Year 2018 Congressman Garamendi
- Mexican American Concilio Community Award (2017)
- Legal Services for Children's Community Partner Award (2017)
- Yolo County District Attorney's Multi-Cultural Community Council Award (2017)
- UC Davis Immigration Law Clinic Recognition State Senate (2017)
- UC Davis Immigration Law Clinic Recognition State Assembly (2016)
- National Lawyers Guild – Carol Weiss King Award (2011)
- King Hall Legal Foundation – Outstanding Alumni Award (2011)
- UC Davis Immigration Clinic Alumni Council – Public Interest Award (2007)

8

13. I stay abreast of immigration related decisions issued by the Court of
Appeals for the Ninth Circuit.  There are only a handful of litigators in
the Ninth Circuit with the expertise necessary to tackle the litigation
required in this case, even if compensated at the market rate.

14.  I understand that Ms. Cooper is seeking enhanced EAJA fee of $650
for the years 2017 through 2019. In my opinion, these rates are well
within the range of reasonable rates for an attorney of her skill,
experience and reputation.

15. I myself was recently awarded a market rate of $646 an hour for work
done in *Wagafe v. Trump*, No. C17-94 RAJ, 2019 WL 954980, at *6
(W.D. Wash. Feb. 27, 2019), for a case arising in Seattle, Washington.
As Ms. Cooper is a 1998 law school graduate, and I am a 2001 law
graduate, believe that her requested rate is reasonable and is actually
under the market rate for Southern California for an attorney with her
years of experience.

15.      Pursuant to 28 U.S.C. § 1746, I declare under the penalty of
perjury that the foregoing is true and correct.

EXECUTED on this 10th  day of April 2019 in Los Angeles, California.

_____

Stacy Tolchin

# Exhibit 11

337

No.  18-56286

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

JENNY LISETTE FLORES, et. al.,

Plaintiffs/Appellees,

v.

WILLIAM BARR, Attorney General; et. al.,

Defendants/Appellants.

DECLARATION OF  JAYASHRI SRIKANTIAH IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND ENHANCED RATES FOR HOLLY S. COOPER

I, JAYASHRI SRIKANTIAH, declare under the penalty of perjury as follows:

1.    I am an attorney licensed to practice by the State of California. I am admitted to practice before the United States Supreme Court; the United States Courts of Appeals for the First, Second, Fourth, Fifth, Sixth, Seventh, Ninth, Tenth, and Eleventh Circuits; and the United States District Courts for the Northern, Eastern, Central, and Southern Districts of California.

DECLARATION OF JAYASHRI SRIKANTIAH IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES                                                                  1

2.      I am the founding Director of the Immigrants' Rights Clinic at Stanford Law School, where I am also a Professor of Law. My business address is Mills Legal Clinic, Stanford Law School, 559 Nathan Abbott Way, Stanford, CA 94305-8610. I practice throughout the state of California.

3.      I received my Juris Doctorate from the New York University School of Law in 1996, and have been practicing law for over 20 years.

4.      I am a recipient of the following awards:

- Carol Weiss King Award (National Lawyers Guild) (2017)
- Legal Advocate of the Year, Services Immigrant Rights & Education Network (2017)
- Lawyers of Color, 50 Under 50 list recognizing minority law professors making an impact in legal education (2014)
- California Lawyer Magazine, Attorney of the Year (2014)
- Advocate of the Year Award (awarded to Immigrants' Rights Clinic) (2010)
- South Asian Bar Association Community Impact Award (2010)
- New California Media Exceptional Communicator Award (2004)
- Top 40 Asian-American Lawyers Under 40 National Asian Pacific American Bar Association (2004)
- Asian Law Alliance Community Impact Award (2002)
- South Asian Bar Association and Minority Bar Coalition Award for Outstanding Service to the Legal Community (2000)

5.      I am a member of the Board of Directors of the National Immigration Project for the National Lawyers Guild. I am also a member of the Board of Directors of Equal Justice Society. I am a member of the American Immigration Lawyers Association.

6.   I specialize in immigration-related litigation before the federal courts and the immigration agencies. I have appeared as counsel in numerous immigration cases in the federal courts, most recently including: *Jennings v. Rodriguez,* 138 S. Ct. 830 (2018); *Esquivel-Quintana v. Sessions*, 137 S. Ct. 1562 (2017); *Solorio-Ruiz v. Sessions,* 881 F.3d 733 (9th Cir. 2018); *Marinelarena v. Sessions*, 869 F.3d 780 (9th Cir. 2017), *pet. for reh'g en banc granted*, 886 F.3d 737; *Torres v. U.S. Dep't of Homeland Sec.*, No. 5:18-cv-02604-JGB-SHK (C.D. Cal.). I typically maintain a docket of scores of cases before the San Francisco Immigration Court, the Board of Immigration Appeals, and the federal district and appellate courts.

7.   I am familiar with *Flores v. Sessions*, Case No. cv-85-4544 and the Court's July 30, 2018 order. I do not believe that this case would have been successful without the particular knowledge and specialized skill that Ms. Cooper brought to this litigation. Seeking enforcement of a consent decree for class members requires multiple complex skills, including trauma-informed interviewing, Spanish proficiency, federal litigation experience, knowledge of the intersection of state and federal laws, detention conditions expertise, and immigration law expertise. Ms. Cooper's skills include all of these attributes.

DECLARATION OF JAYASHRI SRIKANTIAH IN SUPPORT OF PLAINTIFFS'   3
MOTION FOR ATTORNEYS' FEES

8.   On July 30, 2018, Judge Dolly Gee issued an order in the United States District Court for the Central District of California finding several breaches of the *Flores* Agreement, including unnecessarily delaying the release of children from detention centers; "stepping-up" children to more secure facilities without justification, notification or ability to challenge the placement; and administering psychotropic medications without consent from a legally authorized individual.

9.   The case required complex knowledge of consent decrees, state child welfare laws, federal immigration law, and an ability to conduct trauma-informed interviews with vulnerable children. It also required knowledge of federal court practice and jurisdiction before the district court, which are far more complex than a typical immigration case challenging a removal order on a petition for review.

10.   I have known Ms. Cooper since approximately 2006. As a clinical law professors focused on immigration detention, we have collaborated and consulted with one another on countless occasions. I believe that Ms. Cooper is by far one of the best immigration detention litigators in the United States and a leading expert in the field of immigration law.

11.   I feel that I am well equipped to comment upon the quality of Ms. Cooper's work, and her reputation of skilled work before the federal courts on

DECLARATION OF JAYASHRI SRIKANTIAH IN SUPPORT OF PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES
4

immigration related cases. I have learned about Ms. Coopers' federal litigation through attendance at national litigation strategy meetings, my awareness of her many speaking engagements, co-counseling cases with her in the federal courts, collaborations on advocacy projects, and discussions over the years about our various cases. Ms. Cooper is also a frequent speaker at the American Immigration Lawyers Association annual conference and for the various continuing legal education seminars hosted by the National Immigration Project of the National Lawyers Guild, as well as on panels on federal court litigation of immigration matters.

12. Ms. Cooper is the recipient of the following awards:

- Woman of the Year 2018 for District 04 (selected by Assemblymember Aguiar-Curry)
- Woman of the Year 2018 Congressman Garamendi
- Mexican American Concilio Community Award (2017)
- Legal Services for Children's Community Partner Award (2017)
- Yolo County District Attorney's Multi-Cultural Community Council Award (2017)
- UC Davis Immigration Law Clinic Recognition State Senate (2017)
- UC Davis Immigration Law Clinic Recognition State Assembly (2016)
- National Lawyers Guild – Carol Weiss King Award (2011)
- King Hall Legal Foundation – Outstanding Alumni Award (2011)
- UC Davis Immigration Clinic Alumni Council – Public Interest Award (2007)

13. I stay abreast of immigration related decisions issued by the Court of Appeals for the Ninth Circuit. Only a handful of federal litigators possess the

DECLARATION OF JAYASHRI SRIKANTIAH IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES

5

expertise necessary to tackle the litigation required in this case, even if

compensated at the market rate.

14.  I understand that Ms. Cooper is seeking enhanced EAJA fee of $650 for the

years 2017 through 2019. In my opinion, this rate is well within the range of

reasonable rates for an attorney of her skill, experience and reputation.

Pursuant to 28 U.S.C. § 1746, I declare under the penalty of perjury that the

foregoing is true and correct.


EXECUTED on this 16th day of April 2019 in Stanford, California.

Jayashri Srikantiah

Exhibit 12

CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY L. FLORES., *et al.*, | Case No. CV 2:85-cv-04544-DMG |
| Plaintiffs, | DECLARATION OF KIMBERLY A. LUCIA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEY'S FEES |
| v. | |
| JEFFERSON B. SESSIONS, III, *et al.*, | |
| Defendants. | |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu
          ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org
          pjuneja@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

SUMMER WYNN (Cal. Bar No. 240005)
MARY KATHRYN KELLEY (Cal. Bar No. 170259)
JON F. CIESLAK (Cal. Bar No. 268951)
Cooley LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Telephone: (858) 550-6000
Email: swynn@cooley.com
          mkkelley@cooley.com

- 2 -

DECLARATION OF KIMBERLY A. LUCIA IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES
CV 2:85-CV-04544-DMG

I, KIMBERLY A. LUCIA, declare:

1. I am an attorney licensed to practice law before the courts of the State of California, the United States District Courts for the Central, Eastern, and Northern Districts of California, and the United States Court of Appeals for the Ninth Circuit. My business address is 555 Capitol Mall, Suite 1500, Sacramento, California, 95814. I am a Shareholder in the law firm of Boutin Jones Inc. I have personal knowledge of the facts set forth below and, if called to testify as a witness, could and would competently testify thereto.

2. I received my Juris Doctorate from the University of California, Davis, King Hall School of Law in 2009.

3. I make this declaration in support of Plaintiffs/Appellees' Motion for Attorney's Fees under the Equal Access to Justice Act, 28 U.S.C. § 2412 (d).

4. As a Shareholder in the Firm, I am readily familiar with the billing practices of my firm and have knowledge of the rates billed by my firm for the work of law students in our Summer Associate program at our Sacramento office.

5. Boutin Jones Inc. billed its Summer Associates' time to our clients (including individual clients, small and large companies and corporations, as well as public agencies) at the rate of $ 240 per hour in 2018 and at the rate of $ 225 per hour in 2017.   These hourly rates were applicable to both first-year and second-year law students.

- 3 -

DECLARATION OF KIMBERLY A. LUCIA IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES
CV 2:85-CV-04544-DMG

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on April 16, 2019, in Sacramento, California.

Kimberly A. Lucia, CSB #266503

DECLARATION OF KIMBERLY A. LUCIA IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES
CV 2:85-CV-04544-DMG

Exhibit 13

Amy J Cohen MD

815 North Harper Avenue

Los Angeles, California 90046

(339) 223-0695

acohen8919@mac.com

<u>INVOICE</u>

For: Psychiatric expert consultation RE: Flores medication and level of care issues (All billing at rate of $400/hour)

July, 2018

| | |
|---|---|
| - Visit/interviews, Shiloh (July 10-12) 8 hours/day X3 days: | $9600 |
| - Consultation with counsel: 6 hours | $2400 |
| - Record review: 20 hours | $8000 |
| - Written reports: 6 hours | $2400 |
| - Court appearance | $1200 |

August, 2018

| | |
|---|---|
| - Visit/interviews. Shiloh (Aug 22-24) 8 hours/day X3 days | $9600 |
| -Consultation with counsel: 6 hours | $2400 |
| - Report, 3 hours | $1200 |

September, 2018

| | |
|---|---|
| - Consultation with counsel, 5 hours | $2000 |
| - Research, 3 hours | $1200 |
| - Reports, 3 hours | $1200 |

October, 2018

| | |
|---|---|
| - Consultation with counsel, 5 hours | $2000 |

November, 2018

    - Consultation with counsel, 2 hours

December, 2018                                          $800

    - Meeting at Shiloh, December 2-3                $6400

    -Consultation with Counsel, 1 hour              $400

January, 2019
    - Consultation with counsel, 4 hours            $1600

February, 2019
    - Consultation with Shiloh clinicians, 3 hours      $1200

    -Consultation with Special Master, 2 hours       $800

    -Consultation with counsel, draft settlement, 3 hours    $1200

    - Report, 2 hours                                $800

March, 2019
    - Document review, 2 hours                 $800

    - Consultation with counsel, 3 hours            $1200

April, 2019
    -Document review, 3 hours                  $1200

    - Consultation with counsel, 3 hours            $1200


TOTAL                                         $60,800

Exhibit 14

**Goul Owens Law Group**

3553 Atlantic Avenue #1730
Long Beach, CA 90807-5606
Phone (310) 612-6737  Fax (562) 981-8964

# INVOICE

INVOICE #18022
DATE: JUNE 15, 2017

**FOR: ORR**

**TO:**
Mr. Carlos Holquin
Chief Counsel
Center for Human Rights and Development
256 South Occidental Boulevard
Los Angeles, CA 90057

| DATE | DESCRIPTION | HOURS | BILLED HOURS | RATE | AMOUNT |
|------|-------------|-------|--------------|------|--------|
| 2/5/18 | REVIEW EMAILS; DRAFT RESPONSE; RESEARCH DEPENDENCY AND FEDERAL LAW; REVIEW DECLARATION (JAMES) | 1.75 | 1.75 | 700 | 1225 |
| 2/6/18 | REVIEW AND EDIT DECLARATION (JAMES) | .25 | .25 | 700 | 175 |
| 2/7/18 | FINALIZE DECLARATION (JAMES) | .25 | ,25 | 700 | 175 |
| 6/4/18 | REVIEW EMAIL; ORR STATEMENT; DRAFT RESPONSE EMAIL (JAMES) | 1.5 | 1.5 | 700 | 1050 |
| 6/12/18 | EDIT AND DRAFT DECLARATOIN (JAMES) | .5 | 3.0 | 700 | 350 |
| | | | | AMOUNT DUE | 2,975.00 |

Thank you for thinking of us for this project.  We view providing information and understanding concerning the dependency law and process to be a public service as it raises the public awareness concerning child abuse and neglect.   We are happy to continue to help on this project as well as future projects you might have.

We thank you for your continued business and trust! Goul Owens Law Group

# Exhibit 15

DECLARATION OF EXPENSES – FLORES, JULY 30 RELATED COSTS

I, QUELUNTAM BANJAI, declare and say as follows:

1.  I am employed by the Center for Human Rights & Constitutional Law Foundation ("Center"), one of the firms representing Plaintiffs in *Flores v. Barr,* where I serve as Legal Administrator. I execute this declaration in support of Plaintiffs' motion for an award of attorney's fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2.  At the direction of Carlos Holguín, one of the attorneys for Plaintiffs, I prepared the bill of costs annexed to this declaration. I certify that attached bill of costs sets forth a true and accurate itemization of costs identified in the Center's general ledger as having been incurred in the course of representing Plaintiffs in *Flores v. Barr.*

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 18 day of April, 2019, at Los Angeles, California.

*[signature]*

///

## Flores July 30-related Costs

| Date | Description | Amount | |
|---|---|---|---|
| 7/9/17 | HotwireSales:Rental | $ | 76.92 |
| 7/11/17 | Stonewall Jackson Hotel:Travel | $ | 20.30 |
| 7/11/17 | HotwireSales:Rental | $ | 82.72 |
| 7/12/17 | Richmond Airport:Travel | $ | 9.83 |
| 7/12/17 | Enterprise Rent a Car:Car Rental in Virginia for Flores Case | $ | 88.53 |
| 7/12/17 | Van Nuys Airport Parking:Travel Parking | $ | 16.00 |
| 11/7/17 | Delta Air:LAX-JFK Carlos Holguin Flores Monitoring | $ | 416.40 |
| 11/8/17 | Hotels.com:Hampton Inn & Suites Yonkers Flores Monitoring | $ | 153.36 |
| 11/14/17 | Comfort Suites:Carlos Holguin Flores Monitoring | $ | 1.00 |
| 11/14/17 | Lyft:Lyft Service Carlos Holguin Flores Monitoring | $ | 55.89 |
| 11/15/17 | Comfort Suites:Carlos Holguin Flores Monitoring | $ | 131.83 |
| 11/16/17 | Lyft:Lyft Service Carlos Holguin Flores Monitoring | $ | 69.10 |
| 11/17/17 | LAX Airport:Parking Carlos Holguin Flores Monitoring | $ | 90.00 |
| 2/15/18 | United Air:Flores Airfare Travel | $ | 443.60 |
| 2/23/18 | HotwireSales:Flores Hotel Rental | $ | 195.37 |
| 2/25/18 | United Air:Flores Airfare Travel | $ | 75.00 |
| 2/26/18 | Laxshuttletix.com:Flores Airport Shuttle | $ | 19.50 |
| 2/26/18 | Best Western Inn:Flores Travel | $ | 250.84 |
| 3/1/18 | Shell:Flores Travel Gas | $ | 19.57 |
| 3/1/18 | La Quinta Inn:Flores Travel Hotels | $ | 104.25 |
| 3/2/18 | Van Nuys Airport Parking:Flores Travel Parking | $ | 16.00 |
| 8/18/18 | Southwest Air | $ | 1,173.96 |
| 8/19/18 | Southwest Air | $ | 1,174.96 |
| 8/22/18 | LAX Airport:LAX Shuttle | $ | 19.50 |
| 8/23/18 | Speedy Express: Travel | $ | 9.40 |
| 8/24/18 | Van Nuys Airport Parking:Flores Travel Parking | $ | 12.00 |
| 8/24/18 | Courtyard by Marriott:Food Purchase | $ | 10.07 |
| 8/24/18 | Sunoco: Travel:Gas | $ | 11.11 |
| 8/25/18 | Courtyard by Marriott:Suite Charge | $ | 325.44 |
| 8/25/18 | Courtyard by Marriott:Suite Charge | $ | 342.66 |
| 8/25/18 | Alamo Rent-A-Car:Travel | $ | 86.71 |
| 9/4/18 | Alamo Rent-A-Car:Travel | $ | 5.20 |
| 11/26/18 | Southwest Air:Travel TX:Flores Monitoring | $ | 696.96 |
| 11/26/18 | Southwest Air:Travel TX:Flores Monitoring | $ | 696.96 |
| 12/3/18 | payless rent a car:Travel | $ | 24.00 |
| 12/3/18 | Chevron:Travel:Gas | $ | 4.80 |
| 12/5/18 | LAX Airport:Parking Carlos Holguin Flores Monitoring | $ | 60.00 |
| 12/5/18 | Courtyard by Marriott:Suite Charge | $ | 155.77 |
| 12/5/18 | Courtyard by Marriott:Suite Charge | $ | 152.18 |
| 12/19/18 | Southwest Air:Travel TX:Flores Monitoring | $ | 696.96 |
| | **Total costs** | **$** | **7,994.65** |

Exhibit 16

DECLARATION OF JOHN F. O'TOOLE

I, John F. O'Toole, declare and say under penalty of perjury under the laws of the United States of America as follows:

1. I submit this declaration in support of Plaintiffs' motion for an award of attorneys' fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d)(2)(A) ("EAJA"). This declaration is based upon my personal knowledge and experience. If called as a witness in this proceeding, I could and would testify competently with respect to the facts set forth herein.

2. I served as the Executive Director of the National Center for Youth Law ("NCYL") from 1981 until my retirement in 2015.

3. Founded in 1970, NCYL is a privately funded non-profit organization that advocates on behalf of low-income children and adolescents. NCYL regularly represents plaintiffs in complex class action lawsuits intended to benefit large numbers of children and adolescents. NCYL attorneys are experts in the various areas of law that affect low-income children and have significant experience in cases involving child welfare and children's mental health needs. NCYL attorneys have worked to reform child-serving systems through litigation across the country, including in California, Texas, Washington, Arkansas, Nevada, Utah, and Missouri.

4. Throughout my time at NCYL, I was involved in a wide range of cases vindicating the rights of vulnerable children and youth. These cases included *L.J. v. Massinga*, No. 84-cv-4409-JFM (D. Md.) (seeking to protect foster children in Baltimore from mistreatment and ensure that they had adequate mental health services); *Angela R. v. Huckabee*, No. 91-cv-415-GH (E.D. Ark.) (challenging systemic failures in Arkansas's child welfare services and foster care system, including with respect to investigations, placement, health care, and case planning); *David C. v. Leavitt*, No. 93-cv-206-TC (D. Utah) (challenging systemic failures in Utah's child welfare services and foster care system,

1

including with respect to investigations, placement, health care, and case planning); and *Henry A. v. Willden*, No. 10-cv-528-RCJ-PAL (D. Nev.) (challenging Nevada and Clark County's failure to protect the health and safety of children in foster care).

5.   My work in the field of child advocacy has been recognized by the *Daily Journal*, which named me one of California's 100 most influential attorneys.  I was appointed by the Chief Justice of the California Supreme Court to be a member of California's Blue Ribbon Commission on Children in Foster Care.   For the last twenty years, I have also served on the Board of Legal Services for Children, a San Francisco-based nonprofit organization that provides direct legal representation to children and adolescents in need, including those in the child welfare system.

6.   I am familiar with the work, expertise, and reputation of Leecia Welch, the Senior Director of Legal Advocacy and Child Welfare at NCYL, and one of the attorneys for the Plaintiffs in *Flores v. Barr*, No. 85-cv-4544-DMG-AGR.  In my capacity as Executive Director, I supervised Ms. Welch for more than ten years, and I continue to stay abreast of her work.

7.   I am also familiar with the *Flores* litigation, which was filed and settled during my term as NCYL's Executive Director and in which I personally participated.  From the inception of the case, NCYL's attorneys have contributed specialized expertise in child welfare to the Plaintiffs' legal team.

8.   In my opinion, Ms. Welch possesses distinctive, specialized knowledge and skill that is not generally available, and that has been essential to the successful litigation of Plaintiffs' April 2018 motion to enforce the *Flores* settlement agreement.

9.   Ms. Welch has spent the majority of her career representing children and youth, and, in particular, children and youth in government custody, in cases focused on enforcing their statutory and constitutional rights.  She has been lead or co-counsel in multiple federal court class action lawsuits and individual cases on behalf of children in need.  Her work has

2

been recognized by the American Bar Association, the California State Bar, and the Impact
Fund.

10. For example, from 2004 through 2008, Ms. Welch was lead counsel on *David C.
v. Leavitt*, No. 93-cv-206-TC (D. Utah), representing a statewide class of children in foster
care in Utah.  During that time period, she led efforts to implement the parties' settlement
agreement, ultimately resulting in successful exit from court oversight.  Over the course of
settlement implementation, Utah's child welfare system improved dramatically and was
widely recognized as leading the nation in many key respects.  From 2010 to 2015, she also
co-lead *Henry A v. Willden*, No. 10-cv-528-RCJ-PAL, a damages lawsuit on behalf of a
group of foster children in the Las Vegas foster care system that resulted in a two million
dollar settlement.  During her work on that case she developed specialized knowledge in the
improper administration of psychotropic medication to children in government custody.

11. She is currently lead class counsel in *T.R. v. Quigley*, No. 09-cv-2677-TSV (W.D.
Wash.), a federal class action case on behalf of low-income children with significant mental
health needs that is currently in the final stages of implementation, and in *M.B. and S.E. v.
Kelly*, No. 18-cv-2617-JWL-GEB (D. Kan.), a putative class action lawsuit challenging
Kansas's failure to ensure that foster youth are provided a place to live and needed mental
health services.

12. Ms. Welch also represents five classes of detained immigrant children in the
federal custody of the Office of Refugee Resettlement in *Lucas R. v. Azar*, No. 18-cv-5741-
DMG-PLA (C.D. Cal.), as well as a putative class of immigrant children whose release from
government custody has been delayed due to unlawful fingerprinting policies and practices in
*Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y).

13. In my opinion, Ms. Welch is one of the foremost litigators in the area of child
welfare and a national expert in the field.  I believe that her expertise was integral in
achieving Plaintiffs' success in the litigation of the April 2018 motion to enforce the

3

360

agreement. This work resulted in the Court's July 30, 2018 order requiring significant changes to the government's policies governing the release, placement, and treatment of class members. In particular, I believe that the issues surrounding the administration of psychotropic medications to detained immigrant class members without informed parental consent could not have been successfully litigated without Ms. Welch's specialized knowledge and skill in this area.

14. Ms. Welch currently serves as class counsel in *M.B. v. Corsi*, No. 17-cv-4102 (W.D. Mo.), a class action lawsuit in Missouri challenging the state's failure to maintain a system to monitor the administration of psychotropic medications to children in foster care. The litigation of the *M.B. v. Corsi* matter has required specialized expertise concerning procedural protections for children and youth prescribed psychotropic medications while in government care and, in particular, specialized expertise with respect to informed consent. This case builds on the expertise Ms. Welch developed while working on *Henry A.*, and also NCYL's groundbreaking legislative work in California focused on addressing the improper administration of psychotropic medications to youth in foster care.

15. In my opinion, the successful litigation of Plaintiffs' motion to enforce the *Flores* settlement agreement required specialized expertise at the intersection of child welfare and complex federal class action litigation, and particular expertise regarding the administration of psychotropic medications to children in government custody. Ms. Welch is one of very few attorneys practicing in the United States who has this necessary expertise. In addition, because NCYL has represented Plaintiffs since the inception of the *Flores* case, Ms. Welch and NCYL bring valuable institutional knowledge of the *Flores* litigation and the rights of class members.

16. It is therefore my belief that *Flores* class members would have had great difficulty finding qualified counsel to pursue the relief achieved in the July 30, 2018 order – and in particular the relief related to the administration of psychotropic medications to

4

detained class members without informed consent – absent Ms. Welch's representation.
Further, due to the specialized nature of Ms. Welch's expertise, I believe that it would have
been impossible to find appropriately qualified attorneys to undertake this representation at
the inflation-adjusted EAJA rate.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 16ᵗʰ day of April, 2019, at _San Miguel de Allende, Mexico_

_John F. O'Toole_

John F. O'Toole

5

Exhibit 17

## DECLARATION OF RICHARD M. PEARL

1.    I am a member in good standing of the California State Bar. I am in private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl, in Berkeley, California. I specialize in issues related to court-awarded attorneys' fees, including the representation of parties in fee litigation and appeals, serving as an expert witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees and related issues. In this case, I have been asked by the Plaintiffs' attorneys to render my opinion on the reasonableness of the hourly rates Plaintiffs are requesting in this matter.

2.    To form my opinion, I have reviewed materials that describe the history of this matter, including: Judge Gee's July 30, 2018 Order; Plaintiffs' April 16, 2018 Motion to Enforce the Flores Settlement Agreement and the parties' briefs related to that motion; the qualifications and experience of Plaintiffs' attorneys; the nature of the work required by this case; and the hourly rates requested. I also have worked with the National Center for Youth Law (NCYL) and Leecia Welch in particular on several previous matters; I am very familiar with her work in the youth law field and have always found it to be exceptional. I also am aware of Holly Cooper's high level of legal skills,  her national reputation, and the high caliber of work she produces.

### My Background and Experience

3.    Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall (now Berkeley) School of Law, University of California, Berkeley, California. I took the California Bar Examination in August 1969 and passed it in November of that year, but because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of Atlanta (LASA), I was not admitted to the California Bar until January 1970. I worked for LASA until the summer of 1971, then went to work in California's Central Valley for California Rural Legal Assistance, Inc. (CRLA), a statewide legal services program. From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty attorneys. In 1982, I went into private practice, first in a small law firm, then as a sole practitioner. Martindale Hubbell rates my law firm "AV." I also have

been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019. A true and correct copy of my Resume is attached as Exhibit A.

4.     Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees. I have lectured and written extensively on court-awarded attorneys' fees. I have been a member of the California State Bar's Attorneys' Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues. I am the author of California Attorney Fee Awards (3d ed Cal. CEB 2010) and its 2011, 2012, 2013, 2014, 2015,  2016, 2017, 2018, and March 2019 Supplements. I also was the author of California Attorney Fee Awards, 2d Ed. (Calif Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on more than 35 occasions. *See, e.g., Graham v. DaimlerChrysler Corp.,* 34 Ca1.4th 553, 576, 584 (2004); *Lolley v. Campbell,* 28 Ca1.4th 367, 373 (2002); *Equilon Enters. v. Consumer Cause, Inc.,* 29 Ca1.4th 53, 62 (2002); *In re Conservatorship of Whitley,* 50 Cal.4th 1206, 1214-15, 1217 (2010); *Chodos v. Borman,* 227 Cal.App.4th 76, 100 fn. 12 (2014); *Chacon v. Litke,* 181 Cal.App.4th 1234, 1259 (2010); *Syers Properties Ill, Inc. v. Rankin,* 226 Cal.App.4th 691, 698, 700 (2014). Federal courts also have cited it. *See In re Hurtado*, Case No. 09-16160-A-13, 2015 WL 6941127 (E.D. Cal. Nov. 6, 2015); *TruGreen Companies LLC v. Mower Brothers, Inc.,* 953 F. Supp. 2d 1223, 1236 nn.50, 51 (D. Utah 2013). I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's California Attorney's Fees Award Practice. In addition, I authored a federal manual on attorneys' fees entitled "Attorneys' Fees: A Legal Services Practice Manual," published by the Legal Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

5.     More than 95% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 200 attorneys' fee applications in state and federal

1  courts, primarily representing other attorneys. I also have briefed and argued more than 40

2  appeals, at least 30 of which have involved attorneys' fees issues. I have successfully handled five

3  cases in the California Supreme Court involving court-awarded attorneys' fees:  (1) *Maria P. v.*

4  *Riles*, 43 Cal. 3d 1281 (1987), which upheld a C.C.P. section 1021.5 fee award based on a

5  preliminary injunction obtained against the State Superintendent of Education, despite the fact that

6  the case ultimately was dismissed under C.C.P. section 583; (2) *Delaney v. Baker*, 20 Cal. 4th 23

7  (1999), which held that heightened remedies, including attorneys' fees, are available in suits

8  against nursing homes under California's Elder Abuse Act; (3) *Ketchum v. Moses*, 24 Cal. 4th

9  1122 (2001), which held, *inter alia,* that contingent risk multipliers remain available under

10  California attorney fee law, despite the United States Supreme Court's contrary ruling on federal

11  law (note that in *Ketchum,* I was primary appellate counsel in the Court of Appeal and "second

12  chair" in the Supreme Court); (4) *Flannery v. Prentice*, 26 Cal. 4th 572 (2001), which held, again

13  despite an adverse United States Supreme Court ruling on federal law, that in the absence of an

14  agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are

15  based upon; and (5) *Graham v. DaimlerChrysler Corp.*, 34 Cal. 4th 553 (2004), which held, *inter*

16  *alia,* that the catalyst theory of fee recovery remained valid under California law despite adverse

17  federal law and that lodestar multipliers could be applied to fee motion work.  In that case, I

18  represented trial counsel in both the Court of Appeal (twice) and Supreme Court, as well as on

19  remand in the trial court.  I also represented and argued on behalf of *amicus curiae* in

20  *Conservatorship of McQueen*, 59 Cal. 4th 602 (2014), which held that statutory attorneys' fees for

21  appellate work were not considered "enforcement fees" subject to California's Enforcement of

22  Judgments law; I presented the argument relied upon by the Court. Along with Richard Rothschild

23  of the Western Center on Law and Poverty, I also prepared and filed an *amicus curiae* brief in

24  *Vasquez v. State of California,* 45 Ca1.4th 243 (2009). I also have handled numerous other

25  appeals, including: *Davis v. City & County of San Francisco,* 976 F.2d 1536 (9th Cir. 1992);

26  *Mangold v. CPUC,* 67 F.3d 1470 (9th Cir. 1995); *Velez v. Wynne,* 2007 U.S. App. LEXIS 2194

27  (9th Cir. 2007); *Camacho v. Bridgeport Financial, Inc.,* 523 F.3d 973 (9th Cir. 2008); *Center for*

28

1   *Biological Diversity v. County of San Bernardino,* 185 Cal.App.4th 866 (2010); and

2   *Environmental Protection Information Center v. California Dept. of Forestry & Fire*

3   *Protection et al,* 190 Cal.App.4th 217 (2010); and *Heron Bay Home Owners Association v. City*

4   *of San Leandro,* 19 Cal. App. 5th 376 (2018). For an expanded list of my reported decisions, *see*

5   Exhibit A.

6          6.      I have been retained by various governmental entities, including the California

7   Attorney General's office, at my then current rates to consult with them regarding their affirmative

8   attorney fee claims.

9          7.      I am frequently called upon to opine about the reasonableness of attorneys' fees,

10   and numerous state and federal courts have relied on my testimony on those issues. The following

11   federal cases have referenced my testimony favorably:

12          •      *Ridgeway v. Wal-Mart Stores, Inc.,* 269 F. Supp. 3d 975 (N.D. Cal. 2017);

13          •      *Antoninetti v. Chipotle Mexican Grill, Inc.,* No. 08-55867 (9th Cir. 2012), Order
14                 filed Dec. 26, 2012, at 6;
15

16          •      *Prison Legal News v. Schwarzenegger,* 608 F.3d 446, 455 (9th Cir. 2010) (the
17                 expert declaration referred to is mine);

18          •      *Notter v. City of Pleasant Hill,* 2017 U.S.Dist.LEXIS 197404, 2017 WL 5972698
19                 (N.D. Cal. 2017);

20          •      *Villalpondo v. Exel Direct, Inc.,* 2016 WL 1598663 (N.D. Cal. 2016);

21          •      *State Compensation Insurance Fund v. Khan et al,* Case No. SACV 12-01072-CJC
22                 (JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks
23                 Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408);
24

25          •      *In re Cathode Ray Tube Antitrust Litig.,* Master File No. 3:07-cv-5944 JST, MDL
26                 No. 1917 (N.D. Cal. 2016) 2016 U.S.Dist.LEXIS 24951 (Report And
27                 Recommendation Of Special Master Re Motions (1) To Approve Indirect

28

Purchaser Plaintiffs' Settlements With the Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, And Technologies Displays Americas Defendants, and (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses, And Incentive Awards To Class Representative, Dkt. 4351, dated January 28, 2016, *adopted in relevant part,* 2016 U.S.Dist.LEXIS 88665;

- *Gutierrez v. Wells Fargo Bank*, 2015 U.S. Dist. LEXIS 67298 (N.D. Cal. 2015);

- *Holman v. Experian Information Solutions, Inc.*, 2014 U.S. Dist. LEXIS 173698 13 (N.D. Cal. 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig.*, No. M 07-1827 SI, MDL No. 1827 (N.D. Cal.), Report and Recommendation of Special Master Re Motions for Attorneys' Fees and Other Amounts by Indirect-Purchaser Class Plaintiffs And State Attorneys General, Dkt. 7127, filed Nov. 9, 2012, adopted in relevant part, 2013 U.S. Dist. LEXIS 49885 (N.D. Cal. 2013) ("*TFT-LCD (Flat Panel)* Report & Recommendation");

- *Walsh v. Kindred Healthcare*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. 2013);

- *A.D. v. California Highway Patrol*, 2009 U.S. Dist. LEXIS 110743, at *4 (N.D. Cal. 2009), rev'd on other grounds, 712 F.3d 446 (9th Cir. 2013), reaffirmed and additional fees awarded on remand, 2013 U.S. Dist. LEXIS 169275 (N.D. Cal. 2013);

- *Hajro v. United States Citizenship & Immigration Service*, 900 F. Supp. 2d 1034, 1054 (N.D. Cal 2012);

- *Garcia v. Resurgent Capital Servs.*, 2012 U.S.Dist.LEXIS 123889 (N.D. Cal. 2012);

- *Rosenfeld v. United States Dep't of Justice*, 904 F. Supp. 2d 988, 1002 (N.D. Cal. 2012);

DECLARATION OF RICHARD M. PEARL

- *Stonebrae, L.P. v. Toll Bros., Inc.*, 2011 U.S. Dist. LEXIS 39832, at *9 (N.D. Cal. 2011) (thorough discussion), aff'd 2013 U.S. App. LEXIS 6369 (9th Cir. 2013);

- *Armstrong v. Brown*, 2011 U.S. Dist. LEXIS 87428 (N.D. Cal. 2011);

- *Lira v. Cate*, 2010 WL 727979 (N.D. Cal. 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation*, 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010);

- *Nat'l Federation of the Blind v. Target Corp.*, 2009 U.S. Dist. LEXIS 67139 (N.D. Cal. 2009);

- *Prison Legal News v. Schwarzenegger*, 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier motion);

- *Bancroft v. Trizechahn Corp.*, No. CV 02-2373 SVW (FMOx), Order Granting Plaintiffs Reasonable Attorneys' Fees and Costs In the Amount of $168,886.76, Dkt. 278 (C.D. Cal. Aug. 14, 2006);

- *Willoughby v. DT Credit Corp.*, No. CV 05-05907 MMM (CWx), Order Awarding Attorneys' Fees After Remand, Dkt. 65 (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, 2002 U.S. Dist. LEXIS 8635 (N.D. Cal. 2002), aff'd 2003 U.S. App. LEXIS 11371 (9th Cir. 2003).

8.     The following California appellate cases also have referenced my testimony favorably:

- *Kerkeles v. City of San Jose*, 243 Cal.App.4th 88 (2015);

- *Habitat and Watershed Caretakers v. City of Santa Cruz*, 2015 Cal. App. Unpub. LEXIS 7156 (2015);

- *Laffitte v. Robert Half Int'l Inc.*, 231 Cal.App.4th 860 (2014), *aff'd* (2016) 1 Cal.5th 480;

6

- *In re Tobacco Cases I,* 216 Cal.App.4th 570 (2013);

- *Heritage Pacific Financial, LLC v. Monroy,* 215 Cal.App.4th 972 (2013);

- *Wilkinson v. South City Ford,* 2010 Cal. App. Unpub. LEXIS 8680 (2010);

- *Children's Hospital & Medical Center v. Bonta,* 97 Cal.App.4th 740 (2002);

- *Church of Scientology v. Wollersheim,* 42 Cal.App.4th 628 (1996).

9.      In addition, countless trial courts and arbitrators have relied on my testimony, including several awards in this area. In particular, I testified before a jury as Beats/Apple's expert on attorneys' fees in *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior Court Case No. BC595235  (2017), a commercial dispute, in which, based in part on my live testimony, a jury awarded Beats the entire $11,578,265.49 attorneys' fees and expenses claimed for work on the merits.

**Counsel's Requested Hourly Rates Are Reasonable.**

10.      Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  I have obtained this familiarity in several ways:  (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

11.      In this case, I have consulted with Plaintiffs' counsel regarding Plaintiffs' fee application for their work on the recent enforcement proceedings in this matter.  I have become familiar with the nature of this case, its results, and counsel's work.  I also have been made aware of the rates requested by Plaintiffs  attorneys' and their  respective backgrounds and experience.

12.      Under the Equal Access to Justice Act ("EAJA"), Plaintiffs' attorneys are generally limited to the statutory cap provided by 28 U.S.C. § 2412(d)(2)(A). However, in some cases, Plaintiffs' attorneys are entitled to prevailing market rates in the local forum if they "possess[] distinctive knowledge and skills developed through a practice specialty[, . . . ] those skills are needed in the litigation[, . . . and]  those skills are not available elsewhere at the statutory rate." *Love v. Reilly* (9th Cir. 1991) 924 F.2d 1492, 1496.

13.     In my opinion, the work of Plaintiffs' senior counsel – Leecia Welch and Holly S.
Cooper -- readily meets this standard.  I have worked with Leecia Welch and the National Center
for Youth Law for many years on a number of different cases, and I am very familiar with her
work. Ms. Welch is a 1996 law graduate, who in my opinion,  possesses extraordinary and
distinctive knowledge and skills in her practice specialty -- the rights of children who are in
custody of or incarcerated by government officials, and the remedies for violation of those rights.
She has litigated numerous cases protecting the rights of children in government custody,
including, among others: *T.R. v. Quigley*, No. 09-cv-2677-TSV (W.D. Wash.) (representing a class
of low-income children with significant mental health needs challenging Washington's failure to
provide intensive home and community-based mental health services); *David C. v. Leavitt*, No.
93-cv-206-TC (D. Utah) (representing a statewide class of children in foster care challenging
nearly all aspects of Utah's child welfare system); *M.B. and S.E. v. Kelly*, No. 18-cv-2617-JWL-
GEB (D. Kan.) (a putative class action lawsuit challenging Kansas's failure to provide foster
children with adequate housing and needed mental health services); *Henry A v. Willden*, No. 10-
cv-528-RCJ-PAL (D. Nev.) (a damages lawsuit on behalf of a group of foster children in the Clark
County, Nevada foster care system challenging officials' failure to protect the health and safety of
children in care). Ms. Welch has developed particular expertise regarding procedural protections
for children given psychotropic medications while in government care, including requirements for
informed consent. Over the last five years, the National Center for Youth Law has done significant
legislative work within the state of California, developing laws to ensure proper oversight when
psychotropic medications are prescribed and administered to foster children. Ms. Welch also
currently serves as class counsel in *M.B. v. Corsi*, No. 17-cv-4102 (W.D. Mo.), a class action
lawsuit challenging Missouri's failure to properly oversee the administration of psychotropic
medications to children in foster care. Those specialized skills are certainly not available
elsewhere at the statutory rate (plus COLA); and were patently useful in this case and in the
instant motion to enforce, which revolved around these very issues.

14.     Holly S. Cooper, the Co-Director of the UC Davis Immigration Law Clinic
specializes in federal litigation on behalf of immigrants and United States citizens detained by the

1  federal government. Ms. Cooper has excellent litigation skills and has published articles, served as

2  an expert, and trained lawyers nationally on federal litigation strategies for detained immigrants.

3  That expertise and experience were essential to this case, the successful resolution of which

4  required a comprehensive understanding of the evolution of immigration law after the enactments

5  of the Homeland Security Act and the William Wilberforce Trafficking Victims Protection

6  Reauthorization Act of 2008 (TVPRA, P.L. 110-457), and state child welfare laws. Her experience

7  successfully litigating *Flores v. Sessions,* 862 F. 3d. 863 (9th Cir. 2017) gave her the critical

8  litigation experience to understand legal standards governing consent decrees, and their

9  intersectionality with legislative changes and child welfare principles. Moreover, Ms. Cooper's

10  experience litigating *Saravia v. Sessions,* 280 F. Supp. 3d 1168 (N.D. Cal. 2017) where she was

11  able to obtain a preliminary injunction granting bond hearings to immigrant children rearrested by

12  Immigration Customs Enforcement was also critical to the successful outcome of this case. She

13  also has litigated numerous other precedential cases like *Rodriguez, et al. v. Robbins,* 804 F.3d

14  1060 (9th Cir. 2015) (finding immigrants have a right to an individualized bond hearing); *People*

15  *v. Patterson,* 2 Cal. 5th 885 (2017) (holding criminal defenders have a duty to provide specific

16  advice as to the immigration consequences of a plea)*; Flores-Torres v. Mukasey,* 548 F.3d 708

17  (9th Cir. 2008) (finding federal court could exercise habeas jurisdiction over person in

18  immigration custody with colorable claim to US citizenship), and *Flores-Torres v. Holder*, 680 F.

19  Supp. 2d 1099 (N.D. Cal. 2010) (declaring petitioner was a US citizen)*, Robles-Urrea v. Holder,*

20  678 F.3d 702 (9th Cir. 2012) (holding misprision of a felony was not deportable as a crime

21  involving moral turpitude); *Flores-Lopez v. Holder,* 685 F.3d 857(9th Cir. 2012) (finding resisting

22  arrest was not an aggravated felony); *Singh v. Holder,* 638 F.3d 1196 (9th Cir. 2011) (holding

23  government bore the burden of proof by clear and convincing evidence in administrative bond

24  hearings where immigrant in prolonged detention). She has also provided declarations for federal

25  court litigations that were specifically cited in *USA v. California,* Case No. 2:18-cv-00490-JAM-

26  KJN (lawsuit filed by Trump administration against California, in part, regarding the legality of

27  California's sanctuary laws) and *Padilla v. ICE,* Case No. 2:18-cv-00928-MJP (class action

28

litigation surrounding the legality of detention for arriving asylum seekers). Finally, Ms. Cooper has received congressional recognition as a Woman of the Year on both the state and federal levels for her advocacy.

15.     As Ms. Welch and Ms. Cooper explain in their declarations, their distinctive knowledge and skills developed through their practice specialties were important and needed in this phase of the litigation.  Moreover, I can attest that their distinctive expertises and skills are not available at the EAJA statutory maximums or anything close to those rates. Accordingly, in my opinion,  are entitled to be compensated at market value for this forum for comparable services.

16.     Ms. Welch and Ms. Cooper have requested the following hourly rates: for Ms. Welch, hourly rates of $630 for work in 2017, $665 per hour for work in 2018, and $690 per hour for work in 2019; for Ms. Cooper, an hourly rate of $650 for all her work on this stage of the proceedings. In my opinion, these rates are well within the range of prevailing market rates for comparable services in this forum. See ¶¶ 20-23 *infra*.  Indeed, they are quite modest.

17.     I also am aware of the backgrounds and experience of the other NCYL attorneys -- Neha Desai, Poonam Juneja, Crystal Adams, Freya Pitts, and Melissa Adamson -- who contributed to the Plaintiffs' success in this case and for whom Plaintiffs are entitled to be compensated.  For those attorneys, Plaintiffs are claiming the EAJA statutory rates, as follows:

| $75 base rate adjusted for inflation | | | |
|---|---|---|---|
| Year | CPI-U | Multiplier | Adjusted rate |
| Oct. 1981 | 93.4 | | $     75.00 |
| 2017 | 245.12 | 2.624 | $   196.83 |
| 2018 | 251.107 | 2.689 | $   201.64 |
| Jan-19 | 251.712 | 2.695 | $   202.12 |

18.     In my opinion, the foregoing attorneys' backgrounds and experience easily qualify them for those rates.   As shown below, those rates are well below market in the Los Angeles area and eminently reasonable for this motion.  I also am aware that Plaintiffs have requested $100 per hour for their paralegals' work. Again, this rate is readily justified by the local legal marketplace.

19.     In summary, based on the information regarding hourly rates that I have gathered,

some of which is summarized below, I am of the opinion that the hourly rates requested for the work of Plaintiffs' attorneys and paralegals are well within the range of non-contingent market rates charged for reasonably similar services by Los Angeles Area attorneys of reasonably similar qualifications and experience.  The following data support my opinion:

### **Rates Found Reasonable in Other Cases**

20.      The hourly rates requested by Plaintiffs are well within the range of the Los Angeles area rates found reasonable by various local courts for reasonably comparable services:

•      In *Wishtoyo Foundation et al v. United Water Conservation Dist.,* 2019 U.S.Dist.LEXIS 39927 (C.D. Cal. 2019), an environmental action under the federal Endangered Species Act, the court found the following hourly rates reasonable:

| | Bar Admittance or Law School Graduation | 2018 Rates |
|---|---|---|
| | 1986 | $840 |
| | | $780 |
| | | $735 |
| | | $720 |
| | | $670 |
| | | $600 |
| | | $425 |
| | | $680 |
| | Paralegals | $200-250 |

•      In *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior Court Case No. BC595235  (2017),  Order Granting Defendant and Cross-Complainant Beats Electronics, LLC's Motion for Attorneys' Fees and Costs, filed June 27, 2018, a commercial dispute, the court found the following  hourly rates reasonable for Beats' attorneys' work on the successful jury trial that determined the amount of reasonable attorneys' fees Monster would be required to pay as damages:

| Boies, Schiller & Flexner | Bar Admittance or Law School Graduation | 2016/2017 Rates |
|---|---|---|
| **Partners:** | 1986 | $960/$1,049 |
| | 2006 | $920/$972 |
| | 2000 | $880 |
| | 2001 | $880 |

11

| Boies, Schiller & Flexner | Bar Admittance or Law School Graduation | 2016/2017 Rates |
|---|---|---|
| | 2002 | $830 |
| | 1999 | $830 |
| | 2004 | $740 (2015); $760 (2016) |
| | 2006 | $680 |
| | 2007 | $650/$714 |
| | 2009 | $600/$800 |
| Associates: | 2004 | $680 |
| | 2009 | $610 |
| | 2013 | $460/$533 |
| | 2013 | $490 |
| | 2010 | $630 |
| | 2011 | $480/$602 |
| | 2014-2015 | $420 |
| Non-Attorneys Timekeepers: | | $190-284 |

| Gibson Dunn & Crutcher | Bar Admittance or Law School Graduation | 2017 Rates |
|---|---|---|
| | 1987 | $852 (through Aug. 2017) $956 (from Sept. 2017) |
| | 2008 | $592 (through Aug. 2017) $696 (from Sept. 2017) |
| | 2013 | $404 (through Aug. 2017) $600 (from Sept. 2017) |
| | 2015 | $520 |
| | 2016 | $472 |
| | 1997 | $960 |
| | 2006 | $736 |
| | 1987 | $944 |
| Non-Attorneys Timekeepers: | | $216-$335 |

- In *Nozzi v. Housing Authority,* 2018 U.S.Dist.LEXIS 26049 (C.D. Cal. 2018), a

tenant class action, the court approved the following hourly rates as reasonable:

| Kaye McLane Bednarski & Litt | Bar Admittance or Law School Graduation | 2017 Rates |
|---|---|---|
| | 1969 | $1,150 |
| | 1992 | $750 |
| | 1993 | $765 |
| | 2008 | $730 |
| | Sr. Paralegal | $335 |
| | Jr. Paralegal | $150 |
| | Law Clerk | $200 |

1   • In *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior

2   Court Case No. BC595235 (2017), the same commercial dispute listed above, the court found the

3   following 2017 rates to be reasonable for Beats's co-defendants who had obtained relief by

4   summary judgment (see Order Granting Motions for Attorneys' Fees, filed October 12, 2017, p.

5   2):

|  | Bar Admittance or Law School Graduation | 2016 Rates (unless otherwise noted) |
|---|---|---|
| **Partners:** | 1966 | $1,000 (2015); 1,245 (2016) |
|  | 1977 | $1,110 (2015) |
|  | 1981 | $910 |
|  | 1985 | $995 |
|  | 1992 | $875-885 |
|  | 1995 | $910 |
|  | 2002 | $750 |
| **Of Counsel:** | 1976 | $705 |
| **Associates:** | 2009 | $615 (2015); $660 (2016) |
| **Non-Attorneys Timekeepers:** |  | $380-90 |

• In *The Kennedy Commission v. City of Huntington Beach,* Los Angeles County

Superior Court No. 30-2015-00801675, Order Granting Petitioners' Motion for Attorneys' Fees

Pursuant to California Code of Civil Procedure § 1021.5, filed July 13, 2016, a writ of mandate

action challenging a land use amendment adopted by the City of Huntington Beach, the court

found the following hourly rates reasonable for the Plaintiffs' private *pro bono* law firm (prior to

application of a 1.4 multiplier) [1]:

| 2016 Rates: | Bar Admission Year | Rates |
|---|---|---|
|  | 2001 | $900 |
|  | 2014 | $450 |
| 2015 Rates: | Bar Admission Year | Rates |
|  | 2001 | $875 |
|  | 2014 | $400 |

---

[1]   The *Kennedy Commission* fee award was remanded in conjunction with the reversal of the merits. 2017 Cal.App.Unpub.Lexis 7488 (2017).

DECLARATION OF RICHARD M. PEARL

1

2      • In *Willits et al v. City of Los Angeles*, No. CV 10-5782 CCBM (RZx) (C.D.

3  Cal.), Order Granting Motion for Attorneys' Fees and Costs, filed August 25, 2016 (Dkt. No.

4  418), a class action lawsuit against the City of Los Angeles by persons with mobility

5  disabilities under the Americans with Disabilities Act and the Rehabilitation Act of 1973

6  challenging the inaccessibility of the City's sidewalks, the court found the following 2015

7  hourly rates reasonable:

| Law School Graduation | Rates |
|---|---|
| 1976 | $1,115.60 |
| 1977 (associate) | 700 |
| 1981 | 795 |
| 1987 | 680-775 |
| 1993 | 750 |
| 1999 | 644-695 |
| 2001 | 625 |
| 2003 | 550 |
| 2006 | 525 — 550 |
| 2007 | 450 |
| 2008 | 473 |
| 2009 | 450 |
| 2010 | 350-400 |
| 2011 | 300-385 |
| 2012 | 300 |
| 2013 | 300-325 |
| Paralegals and Law Clerks | 110-250 |
| Case Assistants | 220-230 |
| Docket Clerk | 230 |

14

• In *State Compensation Insurance Fund v. Khan et al,* Case No. SACV 12-01072-CJC(JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408), a multi-defendant RICO action, the court found the following hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 22 | $890 |
| 20 | $840 |
| 5 | $670 |
| 4 | $560 |
| Paralegals | $325-340 |
| Case Assistants | $220-230 |
| Docket Clerk | $230 |

• In *ScripsAmerica, Inc. Ironridge Global LLC et al,* Case No. CV 14-03962-SJO (AGRx) (C.D. Cal.), Order Granting Defendant Ironridge GlobalLLC, John Kirkland, Brendan O'Neill's Motion for Attorney's Fees, filed January 12, 2016 (Dkt. No. 50), a contract dispute, the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 37 | $950 |
| 11 | $700 |
| 4 | $450 |
| Paralegals | $200-350 |

• In *Perfect 10, Inc. v. Giganews, Inc.,* 2015 U.S. Dist. LEXIS 54063 (C.D. Cal. 2015), filed March 24, 2015, *affirmed* 847 F.3d 657 (9th Cir. 2017), a copyright infringement action, the court found the following 2015 hourly rates reasonable:

15

| Years of Experience | 2015 Rate |
|---|---|
| 29 | $825-930 |
| 18 | $750 |
| 17 | $705-750 |
| 12 | $610-640 |
| 11 | $660-690 |

| | |
|---|---|
| 10 | 670 |
| 9 | 660-690 |
| 8 | 470-525 |
| 7 | 640 |
| 5 | 375-560 |
| 4 | 350-410 |
| 3 | 505 |
| 2 | 450 |
| 1 | 360-370 |
| Paralegals | 240-345 |
| Discovery Support Staff | 245-290 |

• In *Rodriguez v. County of Los Angeles,* 96 F.Supp.3d 990 (C.D. Cal. 2014), Order Granting Plaintiffs' Motion for Attorneys' Fees, filed December 29, 2014, *affirmed* 891 F.3d 779 (9th Cir. May 30, 2018), a civil rights action on behalf of five county jail prisoners, the district court found the following hourly rates reasonable, plus a 2.0 lodestar multiplier for merits work performed on the plaintiffs' California cause of action; the entire award was affirmed on appeal:

| Years of Experience | Rate |
|---|---|
| 45 | $975 |

DECLARATION OF RICHARD M. PEARL

| 28 | 700-775 |
|---|---|
| 26 | 775 |
| 10 | 600 |
| 6 | 500 |
| Senior Paralegal | 295 |
| Other Paralegals | 175-235 |
| Law Clerk | 250 |

- In *Doe v. United Healthcare Insurance Co., et al.,* No. SACV13-0864 DOC(JPRx) (C.D. Cal.), Order Granting Attorney's Fees and Costs, filed October 15, 2014, a multi-Plaintiff consumer action, the court found the following hourly rates reasonable:

**Whatley Kallas**

| Years of Experience | Rate |
|---|---|
| 36 | $950 |
| 27 | 900 |
| 32 | 800 |
| 33 | 750 |
| 21 | 700 |
| 10 | 600 |
| 4 | 400 |
| 2 | 375 |
| Paralegal | 225 |

**Consumer Watchdog**

| Years of Experience | Rate |
|---|---|
| 35 | $925 |
| 19 | 650 |
| 4 | 425 |

DECLARATION OF RICHARD M. PEARL

- In *Pierce v. County of Orange,* 905 F. Supp. 2d 1017 (C.D. Cal. 2012), a civil rights class action brought by pre-trial detainees, the court approved a lodestar based on the following 2011 rates:

| Years of Experience | Rate |
|---|---|
| 42 | $850 |
| 32 | 825 |
| 23 | 625 |
| 18 | 625 |
| Law Clerks | 250 |
| Paralegals | 250 |

**Rate Information from Surveys**

21.     Plaintiffs' requested rates here also are consistent with the range of rates described in several credible surveys of legal rates, including the following:

- In December 2015, Thomson Reuters published its Legal Billing Report, Volume 17, Number 3. A true and correct copy of the pages of that report listing California and West Region firms is attached to hereto as Exhibit B. It shows that the rates claimed by Plaintiffs' attorneys are well within the range of rates charged by Los Angeles area law firms for reasonably comparable work.
- On January 5, 2015, the National Law Journal published an article about its most recent rate survey entitled "Billing Rates Rise, Discounts Abound." A true and correct copy of that article is attached hereto to the as Exhibit C. It contains the rates charged by numerous Los Angeles area law firms handling comparably complex litigation. Plaintiffs' attorneys' rates are well within the range of those rates.

**Hourly Rates Charged by Other Law Firms**

22.     Plaintiffs' requested rates also are well within  the range of the standard hourly

non-contingent rates for comparable civil litigation stated in court filings, depositions, surveys, or other reliable sources by numerous California law firms that have offices in or regularly practice in the Los Angeles area.[2] These rates include, in alphabetical order:

**Altshuler Berzon LLP**

| 2018 Rates | Graduation Year | Rate |
|---|---|---|
| | 1968-1983 | $940 |
| | 1985 | 920 |
| | 1989 | 900 |
| | 1991 | 885 |
| | 1992 | 875 |
| | 1994 | 835 |
| | 1998 | 795 |
| | 2000 | 740 |
| | 2001 | 725 |
| | 2008 | 540 |
| | 2009 | 515 |
| | 2010 | 485 |
| | 2012 | 435 |
| | 2013 | 415 |
| | 2014 | 390 |
| | 2015 | 365 |
| | Law Clerks | 285 |
| | Paralegals | 250 |
| **2017 Rates:** | **Years of Experience/Level** | **Rates** |
| | Senior Partners | $930 |
| | Junior Partners (1991-2001) | $875-690 |
| | Associates (2008-2013) | $510-365 |
| | Paralegals | $250 |
| **2015 Rates:** | **Years of Experience/Level** | **Rates** |
| | 32 | $895 |
| | Junior Partners | $825-630 |
| | Associates | $450-340 |
| | Paralegals | $250 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 38 | $895 |
| | Paralegals | $215 |

**Arnold Porter LLP**

| 2015 Rates: | Level | Rates |
|---|---|---|

[2] Although some of these firms are based in Northern California, these firms regularly practice in the Los Angeles area, and the fact is that hourly rates charged in the Los Angeles area are generally higher than Northern California rates. Accordingly, if rates are reasonable by Northern California standards, they also are reasonable as Los Angeles area rates.

DECLARATION OF RICHARD M. PEARL

|  | Partners | Up to $1,085 |
|---|---|---|
|  | Associates | Up to $710 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
|  | 49 | $995 |
|  | 45 | $720 |
|  | 39 | $655 |
| **2013 Rates:** | **Level** | **Rates** |
|  | Average Partner | $815 |
|  | Highest Partner | $950 |
|  | Lowest Partner | $670 |
|  | Average Associate | $500 |
|  | Highest Associate | $610 |
|  | Lowest Associate | $345 |

**The Arns Law Firm LLP**

| **2014 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
|  | 37 | $950 |
|  | Law Clerks | $165 |

**Cooley LLP**

| **2017 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
|  | 22 | $905 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
|  | 31 | $1,095 |
|  | 17 | $770 |
|  | 9 | $685 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
|  | 30 | $1,035 |
|  | 16 | $710 |
|  | 8 | $645 |

**Covington & Burling**

| **2015 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
|  | 30 | $805 |
|  | 2 | $410 |
| **2014 Rates:** | **Level** | **Rates** |
|  | Average Partner | $780 |
|  | Highest Partner | $890 |
|  | Lowest Partner | $605 |
|  | Average Associate | $415 |
|  | Highest Associate | $565 |
|  | Lowest Associate | $320 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
|  | 28 | $750 |
|  | 16 | $670 |
|  | 14 | $670 |
|  | 7 | $510 |
|  | 2 | $375 |
|  | 5 | $490 |

20

| | Litigation Support | $110-355 |
|---|---|---|

**Duane Morris LLP**

| 2018 Rates: | Bar Admission Year | Rates |
|---|---|---|
| | 1973 | $1,005 |
| | 2008 | $605 |
| | 2011 | $450 |
| | 2017 | $355 |
| | Sr. Paralegal | $395 |
| 2016 Rates: | Years of Experience | Rates |
| | 43 | $880 |
| | 41 | $880 |
| | 26 | $720 |
| | 25 | $695 |

**Fenwick & West**

| 2014 Rates: | Years of Experience/Level | Rates |
|---|---|---|
| | 29 | $825-930 |
| | 17-18 | $715-750 |
| | 9-11 | $660-690 |
| | 5 | $375-560 |
| | 3 | $505 |
| | Paralegal | $240-345 |
| | Staff Support | $290 |
| 2013 Rates: | Years of Experience | Rates |
| | 18 | $755 |
| | 11 | $595 |
| | 2 | $425 |
| 2012 Rates: | Years of Experience | Rates |
| | 40 | $865 |
| | 17 | $755 |
| | 10 | $595 |

**Hadsell, Stormer, Richardson & Renick**

| 2015 Rates: | Years of Experience/Level | Rates |
|---|---|---|
| | 42 | $1,050 |
| | 20 | $750 |
| | 26 | $700 |
| | 16 | $650 |
| | 13 | $600 |
| | 5 | $425 |
| | 4 | $375 |
| | Law Clerks | $225 |
| | Paralegals | $175-250 |
| 2012 Rates: | Years of Experience | Rates |
| | 38 | $825 |
| | 33 | $775 |
| | 22-23 | $625 |
| | 17 | $600 |

DECLARATION OF RICHARD M. PEARL

| | 12 | $525 |
| | 10 | $425 |
| | 4 | $275 |
| | 3 | $250 |

**Hagans Berman Sobol Shapiro LLP**

| 2019 Rates: | Law School Graduation Date | Rates |
|---|---|---|
| | 1983 | $1,025 |
| | 1986 | $775 |
| | 1994 | $750 |
| | 2001 | $600 |
| | 2007 | $575 |
| | 2013 | $475-400 |
| | 2016 | $300 |
| | Paralegals | $175-265 |
| | Paralegal Asst. | $175 |
| | Administrator | $250 |

**Hausfeld LLP**

| 2014 Rates: | Years of Experience | Rates |
|---|---|---|
| | 45 | $985 |
| | 37 | $935-895 |
| | 15 | $610-510 |
| | 14 | $600 |
| | 7 | $490 |
| | 3 | $370 |
| | Paralegals | $300-320 |
| | Law Clerks | $325 |

**Irell & Manella**

| 2013 Rates: | Level | Rates |
|---|---|---|
| | Average Partner | $890 |
| | Highest Partner | $975 |
| | Lowest Partner | $800 |
| | Average Associate | $535 |
| | Highest Associate | $750 |
| | Lowest Associate | $395 |

**Jones Day**

| 2016 Rates: | Bar Admission Year | Rates |
|---|---|---|
| | 2001 | $900 |
| | 2014 | $450 |
| 2015 Rates: | Bar Admission Year | Rates |
| | 2001 | $875 |
| | 2014 | $400 |

DECLARATION OF RICHARD M. PEARL

### Kaye, McLane, Bednarski & Litt

| 2017 Rates: | Graduation Year: | Rates |
|---|---|---|
| | 1969 | $1,150 |
| | 1992 | $750 |
| | 1993 | $765 |
| | 2008 | $730 |
| | Sr. Paralegal | $335 |
| | Jr. Paralegal | $150 |
| | Law Clerk | $200 |
| 2014 Rates: | Years of Experience | Rates |
| | 45 | $975 |
| | 28 | $700-775 |
| | 26 | $775 |
| | 10 | $600 |
| | 6 | $500 |
| | Senior Paralegal | $295 |
| | Other Paralegal | $175-235 |
| | Law Clerk | $250 |

### Kirkland & Ellis

| 2017 Rates: | Years of Experience | Rates |
|---|---|---|
| | 20 | $1,165 |
| | 9 | $995 |
| | 8 | $965 |
| | 5 | $845 |
| | 4 | $845 |
| | 3 | $810 |
| | 2 | $555 |

### Latham & Watkins

| 2016 Rates: | | |
|---|---|---|
| | Average Partner | $1,185.83 |
| | Highest Partner | $1,595 |
| | Lowest Partner | $915 |
| | Average Associate | $754.62 |
| | Highest Associate | $1,205 |
| | Lowest Associate | $395 |

### Lieff Cabraser Heimann & Bernstein, LLP

| 2015 Rates: | Year of Bar Admission | Rates |
|---|---|---|
| | 1972 | $975 |
| | 1989 | $850 |
| | 2001 | $625 |
| | 2006 | $435 |
| | 2009 | $435 |
| 2014 Rates: | Year of Bar Admission | Rates |
| | 1998 | $825 |
| | 2001 | $600 |
| | 2006 | $435 |

DECLARATION OF RICHARD M. PEARL

|  |  |  |
|---|---|---|
|  | 2009 | $415 |
|  | 2013 | $325 |
|  | Paralegal/Clerk | $305 |
| **2013 Rates:** | **Year of Bar Admission** | **Rates** |
|  | 1975 | $925 |
|  | 1998 | $800 |
|  | 2001 | $525 |
|  | 2003 | $490 |
|  | 2006 | $415 |
|  | 2009 | $395 |
|  | 2013 | $320 |
|  | Paralegal/Clerk | $285 |

## Michelman & Robinson LLP

| **2018 Rates:** | **Bar Admission Date** | **Rates** |
|---|---|---|
|  | 1995 | $995 |
|  | 1987 | $995 |
|  | 1997 | $995 |
|  | 2005 | $580 |
|  | 2016 | $480 |
| **2017 Rates:** |  |  |
|  | 1995 | $845 |
|  | 1987 | $845 |
|  | 1997 | $845 |
|  | 2005 | $525 |
|  | 2016 | $425 |
| **2016 Rates:** |  |  |
|  | 1995 | $745 |
|  | 1987 | $745 |
|  | 1997 | $745 |
|  | 2005 | $495 |
|  | 2016 | $395 |

## Milbank, Tweed, Handley & McCloy LLP

| **2016 Rates:** | **Bar Admission Date** | **Rates** |
|---|---|---|
|  | 1983 | $1,025 |
|  | 1984 | $1,350 |
|  | 1992 | $1,350 |
|  | 2002 (associate) | $915 |

DECLARATION OF RICHARD M. PEARL

**Morrison Foerster LLP**

| 2018 Rates: | Years of Practice | Rates |
|---|---|---|
| | 40 | $1,050 |
| | 22 | $950 |
| | 11 | $875 |
| | 3 | $550 |
| | Paralegal | $325 |
| 2017 Rates: | Bar Admission Date: | Rates |
| | 2007 | $608 |
| | 2012 | $575 |
| 2016 Rates: | Bar Admission Date | Rates |
| | 1975 | $1,025 |
| | 1999 | $975 |
| | 1993 | $975 |
| 2013 Rates: | Level | Rates |
| | Average Partner | $865 |
| | Highest Partner | $1,195 |
| | Lowest Partner | $595 |
| | Average Associate | $525 |
| | Highest Associate | $725 |
| | Lowest Associate | $230 |

**Munger, Tolls & Olson**

| 2016 Rates (unless otherwise noted): | Bar Admittance or Law School Graduation | Rates |
|---|---|---|
| Partners: | 1966 | $1,000 (2015); 1,245 (2016) |
| | 1977 | $1,110 (2015) |
| | 1981 | $910 |
| | 1985 | $995 |
| | 1992 | $875-885 |
| | 1995 | $910 |
| | 2002 | $750 |
| Of Counsel: | 1976 | $705 |
| Associates: | 2009 | $615 (2015); $660 (2016) |
| Non-Attorneys Timekeepers: | | $380-90 |

**O'Melveny & Myers**

| 2016 Rates: | Bar Admission Date | Rates |
|---|---|---|
| | 1985 | $1,175 |
| | 2004 | $895 |
| | 2005 | $780 |
| | 2007 | $775 |
| | 2010 | $725 |
| | 2011 | $700 |

DECLARATION OF RICHARD M. PEARL

| | 2012 | $655 |
|---|---|---|
| | 2013 | $585 |
| | 2014 | $515 |
| | 2015 | $435 |
| **2013 Rates:** | **Level** | **Rates** |
| | Average Partner | $715 |
| | Highest Partner | $950 |
| | Lowest Partner | $615 |

## Orrick Herrington & Sutcliffe

| **2014 Rates:** | **Level** | **Rates** |
|---|---|---|
| | Average Partner | $845 |
| | Highest Partner | $1,095 |
| | Lowest Partner | $715 |
| | Average Associate | $560 |
| | Highest Associate | $710 |
| | Lowest Associate | $375 |

## Paul Hastings LLP

| **2016 Rates:** | **Bar Admission Date** | **Rates** |
|---|---|---|
| | 1973 | $1,175 |
| | 1997 | $895 |
| | 1990 | $750 |
| **2014 Rates:** | **Level** | **Rates** |
| | Average Partner | $815 |
| | Highest Partner | $900 |
| | Lowest Partner | $750 |
| | Average Associate | $540 |
| | Highest Associate | $755 |
| | Lowest Associate | $350 |

## Pearson Simon & Warshaw LLP

| **2019 Rates:** | **Years of Experience** | **Rates** |
|---|---|---|
| | 23-38 | $1,150 |
| | 10 | $900 |
| | Of Counsel | $825 |
| | 6 | $500 |
| | 4 | $450 |
| | Paralegals | $225 |
| **2018 Rates:** | | |
| | 22-37 | $1,050 |
| | 9 | $650 |
| | Of Counsel | $725 |
| | 5 | $450 |
| | 3 | $400 |
| **2017 Rates:** | 35-36 | $1,035 |
| | 8 | $520 |

26

|  | 4 | $400 |
|--|---|------|
|  | 2 | $350 |

**Proskauer Rose LLP**

| 2016 Rates: | Bar Admission Date | Rates |
|-------------|--------------------|-------|
|  | 1974 | $1,475 |
|  | 1983 | $1,025 |
|  | 1979 | $950 |
|  | 2007 | $850 |
|  | 2013 | $495 |
|  | 2015 | $440-445 |

**Quinn Emanuel Urquhart & Sullivan**

| 2013 Rates: | Level | Rates |
|-------------|-------|-------|
|  | Average Partner | $915 |
|  | Highest Partner | $1,075 |
|  | Lowest Partner | $810 |
|  | Average Associate | $410 |
|  | Highest Associate | $675 |
|  | Lowest Associate | $320 |

**Reed Smith LLP**

| 2014 Rates: | Years of Experience | Rates |
|-------------|---------------------|-------|
|  | 37 | $830 |
|  | 18 | $695 |
|  | 15 | $585 |
|  | 6 | $485 |
|  | 5 | $435 |
| 2013 Rates: | Years of Experience | Rates |
|  | Partner |  |
|  | 36 | $830 |
|  | 30 | $805 |
|  | 17 | $610-615 |
|  | 14 | $570 |
|  | Associates |  |
|  | 8 | $450-535 |
|  | 6 | $495 |

**Ropes & Gray**

| 2016 Rates: | Level | Rates |
|-------------|-------|-------|
|  | Partner | $880-1,450 |
|  | Counsel | $605-1,425 |
|  | Associate | $460-1050 |
|  | Paralegals | $160-415 |

27

**Rosen, Bien, Galvan & Grunfeld LLP**

| 2019 Rates: | Class | Rates |
|---|---|---|
| | Partners: | |
| | 1962 | $1,050 |
| | 1980 | $1,000 |
| | 1981 | $940 |
| | 1984 | $860 |
| | 1997 | $800 |
| | 2005 | $700 |
| | 2008 | $640 |
| | Of Counsel: | |
| | 1993 | $725 |
| | 2003 | $700 |
| | Senior Counsel: | |
| | 2008 | $610 |
| | 2009 | $585 |
| | Associates: | |
| | 2010 | $540 |
| | 2011 | $525 |
| | 2013 | $460 |
| | 2015 | $440 |
| | 2016 | $400 |
| | 2017 | $350 |
| | Senior Paralegals: | $350 |
| | Litigation Support/Paralegal Clerks: | $225 |
| | Law Students: | $275 |
| | Word Processing: | $85 |
| 2018 Rates | | |
| | Class/Level: | Rates: |
| | Partners: | |
| | 1962 | $1,000 |
| | 1980 | $965 |
| | 1981 | $920 |
| | 1984 | $835 |
| | 1997 | $780 |
| | 2005 | $650 |
| | Of Counsel: | |
| | 1983 | $800 |
| | 1993 | $700 |
| | 2003 | $675 |
| | Senior Counsel: | |
| | 2008 | $585 |
| | Associates: | |
| | 2009 | $535 |
| | 2010 | $525 |
| | 2011 | $500 |
| | 2013 | $440 |
| | 2015 | $410 |
| | 2016 | $375 |
| | Paralegals: | $340-240 |
| | Litigation Support/Paralegal | $225 |

DECLARATION OF RICHARD M. PEARL

| | | Clerks: | |
|---|---|---|---|
| | | Law Students: | $275 |
| | | Word Processing: | $85 |
| | **2017 Rates:** | **Class/Level** | **Rates** |
| | | Partners | |
| | | 1962 | $1,000 |
| | | 1980 | $950 |
| | | 1981 | $900 |
| | | 1984 | $825 |
| | | 1997 | $780 |
| | | 2005 | $650 |
| | | Of Counsel | |
| | | 1983 | $800 |
| | | 1993 | $700 |
| | | 2003 | $675 |
| | | Associates | |
| | | 2008 | $575 |
| | | 2009 | $515 |
| | | 2010 | $500 |
| | | 2011 | $490 |
| | | 2013 | $425 |
| | | 2015 | $400 |
| | | 2016 | $375 |
| | | Paralegals | $325-240 |
| | | Litigation Support/Paralegal Clerks | $225 |
| | | Law Students | $275 |
| | | Word Processing | $85 |
| | **2016 Rates:** | **Class** | **Rates** |
| | | 1962 | $995 |
| | | 1980 | $900 |
| | | 1985 | $800 |
| | | 1997 | $740 |
| | | 2008 | $545 |
| | | 2009 | $490 |
| | | Certified Law Student | $275 |
| | | Paralegal | $275 |
| | **2015 Rates:** | **Years of Experience** | **Rates** |
| | | Partners | |
| | | 53 | $930 |
| | | 35 | $840 |
| | | 33 | $775 |
| | | 31 | $710 |
| | | 18 | $690 |
| | | 9 | $525 |
| | | Of Counsel | $590-610 |
| | | Associates | |
| | | 9 | $490 |
| | | 8 | $480 |
| | | 7 | $470 |
| | | 6 | $440 |
| | | 5 | $420 |
| | | 4 | $400 |

29

DECLARATION OF RICHARD M. PEARL

|  | 3 | $380 |
|---|---|---|
|  | Paralegals | $250-295 |
|  | Litigation Support/Paralegal Clerks | $200-220 |
|  | Law Students | $275 |
|  | Word Processing | $85 |

## Schonbrun, DeSimone, Seplow, Harris & Hoffman

| 2014 Rates: | Years of Experience | Rates |
|---|---|---|
|  | 29 | $750 |
|  | 24 | $700 |
| 2012 Rates: | Years of Experience | Rates |
|  | 27 | $695 |
|  | 22 | $630 |

## Sheppard, Mullin, Richter & Hampton

| 2014 Rates: | Level | Rates |
|---|---|---|
|  | Highest Partner | $875 |
|  | Lowest Partner | $490 |
|  | Average Partner | $685 |
|  | Highest Associate | $535 |
|  | Lowest Associate | $275 |
|  | Average Associate | $415 |
| 2010 Rates: | Level | Rates |
|  | Partners | $495-820 |
|  | Associates | $270-620 |

## Skadden, Arps, Slate, Meagher & Flom

| 2013 Rates: | Level | Rates |
|---|---|---|
|  | Average Partner | $1,035 |
|  | Highest Partner | $1,150 |
|  | Lowest Partner | $845 |
|  | Average Associate | $620 |
|  | Highest Associate | $845 |
|  | Lowest Associate | $340 |

## Law Office of Carol Sobel

| 2015 Rates: | Years of Experience | Rates |
|---|---|---|
|  | 37 | $875 |

## Wilson Sonsini Goodrich & Rosati PC

| 2017 Rates: | Bar Admission Date | Rates |
|---|---|---|
|  | 2000 | $950 |
|  |  |  |

DECLARATION OF RICHARD M. PEARL

| Winston & Strawn | | |
|---|---|---|
| **2019 Rates:** | | **Rates** |
| | Partners: | |
| | 1977 | $1,515 |
| | 1984 | $1,245 |
| | 2001 | $1,105 |
| | 2008 | $1,025 |
| | Associates: | |
| | 2011 | $825 |
| | 2015 | $660 |
| | 2016 | $615 |
| | | |
| **2018 Rates:** | Partners: | |
| | 1977 | $1,445 |
| | 1984 | $1,185 |
| | 2001 | $1,050 |
| | 2008 | $820 |
| | Associates: | |
| | 2011 | $765 |
| | 2015 | $585 |
| | Paralegals: | $170-340 |
| | Litigation Support Mgr. | $275 |
| | Review Attorneys | $85 |
| **2017 Rates:** | Partners: | |
| | 1977 | $1,365 |
| | 1984 | $1,120 |
| | 2001 | $990 |
| | Associates: | |
| | 2008 | $760 |
| | 2011 | $690 |
| | 2012 | $645 |
| | 2015 | $520 |
| | 2016 | $495 |
| | Paralegals: | $165-295 |
| **2016 Rates:** | Partners: | |
| | 1977 | |
| | 1984 | $1,290 |
| | 2001 | $1,095 |
| | Associates: | $965 |
| | 2011 | $960 |
| | 1984 | $885 |
| | 2001 | |
| | Paralegals: | $715 |
| | Litigation Support Mgr.: | $615 |
| | | $575 |
| | Partners: | $470 |
| | 1977 | $170-280 |
| | 1984 | $250 |
| **2015 Rates:** | 2001 | |
| | Associates: | $1,225 |
| | 2008 | $1,000 |
| | 2011 | $910 |
| | 2012 | $820 |

DECLARATION OF RICHARD M. PEARL

| | 2013 | $680 |
|---|---|---|
| | 2015 | $555 |
| | Review Attorneys: | $515 |
| | Paralegals: | $480 |
| | Litigation Support Mgr. | $450 |
| | Review Attorneys: | $85-95 |
| | Paralegals: | $90-265 |
| | Litigation Support Mgr. | $250 |

24.     The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates.   If any substantial part of the payment were to be contingent or deferred for any substantial period of time, for example, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

25.     The foregoing data shows that the rates charged by Plaintiffs' counsel for their work in these proceedings are well within the range of rates charged by comparably qualified attorneys for reasonably similar work.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on April 18, 2019 at Berkeley, California.

Richard M. Pearl

DECLARATION OF RICHARD M. PEARL

**EXHIBIT A**

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-3143 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Boalt Hall School of Law, Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted February 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice (AV rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, and 2019.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, California Court of Appeal, First Appellate District (October 2000 to 2013) (program terminated).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to 2014): Taught *Public Interest Law Practice*, a 2-unit course that focused on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

1

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

> Director of Litigation (July 1977 to July 1982)
> Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.
>
> Regional Counsel (July 1982 to September 1983 part-time)
> Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.
>
> Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
> Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.
>
> Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
> Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low-income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

2

## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011, 2012, 2013, 2014, 2015, 2016, 2017, and March 2018 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting (October 1992)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Effective Representation Before California Administrative Agencies (October 1986)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases* (September 1985) Los Angeles Lawyer

Program Materials on Remedies Training (Class Actions), sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

3

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Member, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE CASES**

*Alcoser v. Thomas*
                    (2011) 2011 Cal.App.Unpub.LEXIS 1180

*Arias v. Raimondo*
                    (2018) 2018 U.S.App.LEXIS 7484

*Boren v. California Department of Employment*
                    (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
                    (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
                    (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
                    (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
                    (2010) 185 Cal.App.4th 866

*Children & Families Commission of Fresno v. Brown*
                    (2014) 228 Cal.App.4th 45

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
                    (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
                    (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
                    (1999) 10 Cal.4th 23

*Dixon v. City of Oakland*
                    (2014) 2014 U.S.Dist.LEXIS 169688

4

**REPRESENTATIVE CASES (cont.)**

*Employment Development Dept. v. Superior Court (Boren)*
　　　　(1981) 30 Cal.3d 256

*Environmental Protection Info. Ctr. v Department of Forestry & Fire Protection*
　　　　(2010) 190 Cal.App.4th 217

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
　　　　(N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
　　　　(2001) 26 Cal. 4th 572

*Guerrero v. Cal. Dept. of Corrections etc.*
　　　　(2016) 2016 U.S.Dist.LEXIS 78796, *aff'd in relevant part,* (9th Cir. 2017) 701
　　　　Fed.Appx. 613

*Graham v. DaimlerChrysler Corp.*
　　　　(2004) 34 Cal. 4th 553

*Heron Bay Home Owners Assn. v. City of San Leandro*
　　　　(2018) 19 Cal.App.5[th] 376

*Horsford v. Board of Trustees of Univ. of Calif.*
　　　　(2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
　　　　(2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
　　　　(1978) 78 Cal.App.3d 951, *cert. denied* (1979)
　　　　440 U.S. 951

*Lealao v. Beneficial  California, Inc.*
　　　　(2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
　　　　(1976) 56 Cal.App.3d 729

*Local 3-98 etc. v. Donovan*
　　　　(N.D. Cal. 1984) 580 F.Supp. 714,
　　　　*Aff'd* (9th Cir. 1986) 792 F.2d 762

5

**REPRESENTATIVE CASES (cont.)**

*Mangold v. California Public Utilities Commission*
       (9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
       (1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
       (N.D. Cal. 1976) 411 F.Supp. 5,
       *aff'd* (9th Cir. 1977) 573 F.2d 555

*McQueen, Conservatorship of*
       (2014) 59 Cal.4th 602 (argued for *amici curiae*)

*McSomebodies v. Burlingame Elementary School Dist.*
       (9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
       (9th Cir. 1990) 897 F.2d 975

*Molina v. Lexmark International*
       (2013) 2013 Cal.App. Unpub. LEXIS 6684

*Moore v. Bank of America*
       (9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
       (S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
       (S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
       5 Wage & Hour Cas. 2d (BNA) 1122

*Nadaf-Rahrov v. Nieman Marcus Group*
       (2014) 2014 Cal.App. Unpub. LEXIS 6975

*Orr v. Brame*
       (2018) 2018 U.S.App.LEXIS 6094

*Pena v. Superior Court of Kern County*
       (1975) 50 Cal.App.3d 694

6

**REPRESENTATIVE CASES (cont.)**

*Ponce v. Tulare County Housing Authority*
(E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
(N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Rubio v. Superior Court*
(1979) 24 Cal.3d 93 (amicus)

*Ruelas v. Harper*
(2015) 2015 Cal.App. Unpub.LEXIS 7922

*Sokolow v. County of San Mateo*
(1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
(1976) 17 Cal.3d 719 (amicus)

*Swan v. Tesconi*
(2015) 2015 Cal.App. Unpub. LEXIS 3891

*Tongol v. Usery*
(9th Cir. 1979) 601 F.2d 1091,
*on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
*revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
(1976) 17 Cal.3d 671 (amicus)

*United States (Davis) v. City and County of San Francisco*
(N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part
and revs'd in part sub nom Davis v. City and County
of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
*modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United States v. City of San Diego*
(S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
(2008) 45 Cal.4th 243 (*amicus*)

7

**REPRESENTATIVE CASES (cont.)**

*Velez v. Wynne*
(9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**FEBRUARY 2019**

8

**EXHIBIT B**



THOMSON REUTERS

LEGAL BILLING REPORTER

Volume 17, Number 3
December 2015

# California Region

## Firm: Snell & Wilmer
**Firm Size: 419    Firm Rank: 104**

Court Name: Arizona
Case Name: Xhibit Corp., et al.,
Case Number: 2:15-bk-00679-BKM

For fee applications
1/22/2015 through 9/11/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Eric S. Pezold | Partner | CA | 2004 | 2004 | $520 | 0.10 | $52.00 |
| | | | | | Total: | **0.10** | **$52.00** |

## Firm: Klee, Tuchin, Bogdanoff & Stern, LLP
**Firm Size: 19    Firm Rank: 0**

Court Name: California Central
Case Name: State Fish Co. Inc
Case Number: 2:15-bk-11084-SK

For fee applications
6/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Kenneth Klee | Partner | CA | 1974 | 1975 | $1,300 | 0.20 | $260.00 |
| David Stern | Partner | CA | 1975 | 1975 | $1,080 | 189.50 | $204,660.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,080 | 137.10 | $148,068.00 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $675 | 25.20 | $17,010.00 |
| Colleen M. Keating | Counsel | CA | 2008 | 2008 | $650 | 111.20 | $72,280.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $475 | 525.00 | $249,375.00 |
| Kathryn T. Zwicker | Associate | CA | 1986 | 1986 | $440 | 9.50 | $4,180.00 |
| Sasha M. Gurvitz | Associate | CA | 2014 | 2014 | $395 | 40.80 | $16,115.00 |
| | | | | | Total: | **1038.50** | **$711,949.00** |

## Firm: Bracewell & Giuliani LLP
**Firm Size: 422    Firm Rank: 103**

Court Name: Delaware
Case Name: Optim Energy, LLC, et al.,
Case Number: 14-10262 (BLS)

For fee applications
2/12/2014 through 10/15/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Joe R. Hull | Partner | CA | 1969 | 1969 | $790 | 0.60 | $474.00 |
| | | | | | Total: | **0.60** | **$474.00** |

## Firm: Brown Rudnick LLP
**Firm Size: 184    Firm Rank: 211**

Court Name: Delaware
Case Name: Corinthian Colleges Inc.
Case Number: 15-10952 (KJC)

For fee applications
5/4/2015 through 9/21/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Ronald Rus | Partner | CA | 1975 | 1975 | $880 | 1.50 | $1,320.00 |
| Lauren E. Curry | Partner | CA | 2010 | 2010 | $730 | 78.90 | $57,597.00 |
| | | | | | Total: | **80.40** | **$58,917.00** |

By Region, By Firm

Volume 17 Issue 3

# California Region

## Firm: Cooley LLP
### Firm Size: 813    Firm Rank: 63

**Court Name:** Delaware
**Case Name:** RS Legacy Corporation
**Case Number:** 15-10197 (BLS)

| | | | | | For fee applications 8/1/2015 through 10/7/2015 | |
|---|---|---|---|---|---|---|
| Name: | Title | State | Graduated | Admitted | Rate | Hours | Fees |
| Seth A. Rafkin | Partner | CA | 1998 | 1998 | $810 | 0.50 | $405.00 |
| Janet D. Gertz | Associate | CA | 2004 | 2004 | $755 | 14.60 | $11,023.00 |
| Shannon L. Sorrells | Associate | CA | 2011 | 2011 | $595 | 2.80 | $1,666.00 |
| | | | | | **Total:** | **17.90** | **$13,094.00** |

## Firm: Gibson, Dunn & Crutcher, LLP
### Firm Size: 1059    Firm Rank: 21

**Court Name:** Delaware
**Case Name:** Energy Future Holdings Corp
**Case Number:** 14-10979 (CSS)

| | | | | | For fee applications 8/1/2015 through 8/31/2015 | |
|---|---|---|---|---|---|---|
| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
| Matthew Bouslog | Associate | CA | 2011 | 2011 | $625 | 5.10 | $3,187.50 |
| | | | | | **Total:** | **5.10** | **$3,187.50** |

## Firm: Kirkland & Ellis LLP
### Firm Size: 1047    Firm Rank: 13

**Court Name:** Delaware
**Case Name:** Energy Future Holdings Corp
**Case Number:** 14-10979 (CSS)

| | | | | | For fee applications 8/1/2015 through 8/31/2015 | |
|---|---|---|---|---|---|---|
| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
| Mike Beinus | Partner | CA | 1999 | 1999 | $1,220 | 3.10 | $3,782.00 |
| Mark E. McKane | Partner | CA | 1997 | 1997 | $1,025 | 198.50 | $203,462.50 |
| Christopher Keegan | Partner | CA | 2002 | 2002 | $855 | 75.50 | $64,552.50 |
| Michael Esser | Associate | CA | 2009 | 2009 | $825 | 213.40 | $176,055.00 |
| Alexander Davis | Associate | CA | 2012 | 2012 | $710 | 192.60 | $136,746.00 |
| Justin Sowa | Associate | CA | 2013 | 2013 | $710 | 199.70 | $141,787.00 |
| Austin Klar | Associate | CA | 2013 | 2013 | $635 | 35.00 | $22,225.00 |
| Sarah Stock | Associate | CA | 2013 | 2013 | $635 | 121.60 | $77,216.00 |
| Anna Terteryan | Associate | CA | 2014 | 2014 | $555 | 241.80 | $134,199.00 |
| James Barolo | Associate | CA | 2014 | 2014 | $555 | 108.60 | $60,273.00 |
| Kevin Chang | Associate | CA | 2014 | 2014 | $555 | 170.80 | $94,794.00 |
| | | | | | **Total:** | **1560.60** | **$1,115,092.00** |

By Region, By Firm

# California Region

**Firm: Klee, Tuchin, Bogdanoff & Stern, LLP**
Firm Size: 19    Firm Rank: 0

| | | | | | | |
|---|---|---|---|---|---|---|
| **Court Name:** | Delaware | | | | | |
| **Case Name:** | SEAL123, INC., et al. | | | | | |
| **Case Number:** | 15-10081 (CSS) | | | | | |

For fee applications
7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Lee Bogdanoff | Partner | CA | 1985 | 1985 | $1,080 | 7.30 | $7,884.00 |
| Michael Tuchin | Partner | CA | 1990 | 1990 | $1,080 | 37.10 | $40,068.00 |
| David Fidler | Partner | CA | 1997 | 1998 | $850 | 12.70 | $10,795.00 |
| Robert J. Pfister | Partner | CA | 2001 | 2001 | $795 | 0.20 | $159.00 |
| David M. Guess | Partner | CA | 2005 | 2005 | $695 | 67.30 | $46,773.50 |
| Maria Sountas Argiropoulos | Partner | CA | 2006 | 2006 | $675 | 1.70 | $1,147.50 |
| Justin D. Yi | Partner | CA | 2009 | 2009 | $625 | 0.80 | $500.00 |
| Jonathan M. Weiss | Associate | CA | 2012 | 2012 | $475 | 34.70 | $16,482.50 |
| Kathryn T. Zwicker | Associate | CA | 1986 | 1986 | $440 | 12.40 | $5,456.00 |
| | | | | | **Total:** | **174.20** | **$129,265.50** |

**Firm: Morrison & Foerster LLP**
Firm Size: 1025    Firm Rank: 22

| | | | | | | |
|---|---|---|---|---|---|---|
| **Court Name:** | Delaware | | | | | |
| **Case Name:** | ENERGY FUTURE HOLDINGS CORP | | | | | |
| **Case Number:** | 14-10979 (CSS) | | | | | |

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Clara Lim | Associate | CA | 2012 | 2012 | $635 | 39.80 | $25,273.00 |
| Chika Arakawa | Associate | CA | 2013 | 2013 | $495 | 8.30 | $4,108.50 |
| | | | | | **Total:** | **48.10** | **$29,381.50** |

By Region, By Firm

# California Region

**Firm: Munger Tolles & Olson LLC**
**Firm Size: 181   Firm Rank: 216**

| | | Court Name | Delaware | | | For fee applications | |
| | | Case Name | ENERGY FUTURE HOLDINGS CORP | | | 8/1/2015 through 8/31/2015 | |
| | | Case Number | 14-10979 (CSS) | | | | |
| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| John W. Spiegel | Partner | CA | 1977 | 1977 | $1,065 | 36.30 | $38,659.50 |
| Thomas B. Walper | Partner | CA | 1980 | 1980 | $1,065 | 184.05 | $196,013.25 |
| Stephen D. Rose | Partner | CA | 1991 | 1991 | $960 | 29.20 | $28,032.00 |
| Todd J. Rosen | Partner | CA | 1999 | 1999 | $875 | 53.20 | $46,550.00 |
| Jay M. Fujitani | Partner | CA | 1984 | 1984 | $830 | 92.50 | $76,775.00 |
| Kevin S. Allred | Partner | CA | 1986 | 1986 | $830 | 94.50 | $78,435.00 |
| Seth Goldman | Partner | CA | 2002 | 2002 | $750 | 154.70 | $116,025.00 |
| Bradley R. Schneider | Of Counsel | CA | 2004 | 2004 | $680 | 115.10 | $78,268.00 |
| Emily A. Bussigel | Associate | CA | 2010 | 2010 | $635 | 184.80 | $117,348.00 |
| Sam Greenberg | Associate | CA | 2010 | 2010 | $615 | 61.70 | $37,945.50 |
| Alex D. Terepka | Associate | CA | 2012 | 2012 | $510 | 89.40 | $45,594.00 |
| Andrea M. Weintraub | Associate | CA | 2013 | 2013 | $510 | 68.30 | $34,833.00 |
| Sara N. Taylor | Associate | CA | 2012 | 2012 | $510 | 70.40 | $35,904.00 |
| Peter E. Boos | Associate | CA | 2014 | 2014 | $395 | 11.40 | $4,503.00 |
| | | | | | Total: | 1245.55 | $934,885.25 |

**Firm: O'Melveny & Myers LLP**
**Firm Size: 1193   Firm Rank: 16**

| | | Court Name | Delaware | | | For fee applications | |
| | | Case Name | Colt Holding Company | | | 8/1/2015 through 9/30/2015 | |
| | | Case Number | 15-11296 (LSS) | | | | |
| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| John-Paul McKey | Partner | CA | 1999 | 1999 | $930 | 6.70 | $6,231.00 |
| Sarah Hoffner | Counsel | CA | 2004 | 2004 | $755 | 11.20 | $8,456.00 |
| Jeeho Lee | Counsel | CA | 2007 | 2007 | $745 | 5.00 | $3,725.00 |
| Joannah Caneda | Associate | CA | 2015 | 2015 | $460 | 4.90 | $2,254.00 |
| Christopher Marcin | Associate | CA | 2014 | 2014 | $415 | 1.20 | $498.00 |
| Joseph Zujkowski | Counsel | CA | 2008 | 2008 | $390 | 183.60 | $71,604.00 |
| | | | | | Total: | 212.60 | $92,768.00 |

By Region, By Firm

# California Region

## Firm: Pachulski Stang Ziehl Young Jones & Wei
**Firm Size: 55   Firm Rank: 0**

Court Name: Delaware
Case Name: DDMG Estate
Case Number: 12-12568(BLS)

For fee applications 8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Debra I. Grassgreen | Partner | CA | 1991 | 1994 | $925 | 1.30 | $1,202.50 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 1.10 | $715.00 |
| | | | | | Total: | 2.40 | $1,917.50 |

## Firm: Pachulski Stang Ziehl Young Jones & Wei
**Firm Size: 55   Firm Rank: 0**

Court Name: Delaware
Case Name: ICL Holding Company, INC.
Case Number: 12-12319

For fee applications 6/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| William L. Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 7.60 | $4,940.00 |
| | | | | | Total: | 7.60 | $4,940.00 |

## Firm: Pachulski Stang Ziehl Young Jones & Wei
**Firm Size: 55   Firm Rank: 0**

Court Name: Delaware
Case Name: NE OPCO Inc.
Case Number: 1-13-BK-11483

For fee applications 8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Andrew W. Caine | Partner | CA | 1983 | 1983 | $925 | 0.20 | $185.00 |
| William L. Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 1.30 | $845.00 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $650 | 2.10 | $1,365.00 |
| | | | | | Total: | 3.60 | $2,395.00 |

## Firm: Pachulski Stang Ziehl Young Jones & Wei
**Firm Size: 55   Firm Rank: 0**

Court Name: Delaware
Case Name: SEAL123, INC., et al.
Case Number: 15-10081 (CSS)

For fee applications 7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Andrew W. Caine | Of Counsel | CA | 1983 | 1983 | $925 | 0.40 | $370.00 |
| Jeffrey Pomerantz | Partner | CA | 1989 | 1989 | $895 | 0.90 | $805.50 |
| Shirley S. Cho | Of Counsel | CA | 1997 | 1997 | $750 | 13.10 | $9,825.00 |
| | | | | | Total: | 14.40 | $11,000.50 |

By Region, By Firm

## California Region

### Firm: Pachulski Stang Ziehl Young Jones & Wei
Firm Size: 55    Firm Rank: 0

Court Name: Delaware
Case Name: SS Body Armor, INC
Case Number: 10-11255-(PJW)

For fee applications 9/1/2014 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Alan J. Kornfeld | Partner | CA | 1987 | 1987 | $925 | 8.90 | $8,232.50 |
| Andrew Caine | Of Counsel | CA | 1983 | 1983 | $895 | 0.20 | $179.00 |
| David J. Barton | Partner | CA | 1981 | 1981 | $850 | 0.30 | $255.00 |
| David M. Bertenthal | Partner | CA | 1989 | 1993 | $850 | 10.00 | $8,500.00 |
| Maxim B. Litvak | Partner | CA | 2001 | 2001 | $775 | 1.70 | $1,317.50 |
| Joshua M. Fried | Partner | CA | 2006 | 2006 | $725 | 2.80 | $2,030.00 |
| Jonathan Kim | Of Counsel | CA | 1995 | 1995 | $665 | 0.80 | $532.00 |
| Elissa Wagner | Of Counsel | CA | 2000 | 2001 | $625 | 46.60 | $29,125.00 |
| William Ramseyer | Of Counsel | CA | 1980 | 1980 | $625 | 2.40 | $1,500.00 |
| | | | | | Total: | 73.70 | $51,671.00 |

### Firm: Paul Hastings LLP
Firm Size: 881    Firm Rank: 30

Court Name: Delaware
Case Name: WJN Corp, Inc.
Case Number: 15-11357 (CSS)

For fee applications 8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Leslie A. Plaskon | Partner | CA | 1988 | 1988 | $1,150 | 111.10 | $127,765.00 |
| Peter Burke | Partner | CA | 1996 | 1996 | $975 | 3.90 | $3,802.50 |
| Daniel C. Tole | Associate | CA | 2013 | 2013 | $550 | 20.50 | $11,275.00 |
| Kevin Kraft | Associate | CA | 2014 | 2014 | $495 | 4.80 | $2,376.00 |
| | | | | | Total: | 140.30 | $145,218.50 |

### Firm: Paul Hastings LLP
Firm Size: 881    Firm Rank: 30

Court Name: Delaware
Case Name: SEA1225 INC, et al.
Case Number: 15-10061 (CSS)

For fee applications 7/1/2015 through 11/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Nancy L. Abell | Partner | CA | 1979 | 1979 | $995 | 0.90 | $895.50 |
| Stephen D. Cooke | Partner | CA | 1985 | 1985 | $973 | 0.30 | $292.13 |
| | | | | | Total: | 1.20 | $1,187.63 |

By Region, By Firm

# California  Region

## Firm: Quinn Emanuel Urquhart & Sullivan, LLP
Firm Size: 647   Firm Rank: 58

Court Name: Delaware
Case Name: RS Legacy Corporation
Case Number: 15-10197 (BLS)

For fee applications 6/1/2015 through 10/7/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Benjamin Firestone | Partner | CA | 2004 | 2005 | $840 | 11.20 | $9,408.00 |
| Katherine Scherling | Associate | CA | 2008 | 2010 | $735 | 211.50 | $155,452.50 |
| Randa Osman | Partner | CA | 1990 | 1990 | $695 | 47.20 | $32,804.00 |
| | | | | | Total: | 269.90 | $197,664.50 |

## Firm: Robins Kaplan LLP
Firm Size: 250   Firm Rank: 0

Court Name: Delaware
Case Name: Corinthian Colleges Inc
Case Number: 15-10952 (KJC)

For fee applications 5/4/2015 through 9/21/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Roman M. Silberfeld | Partner | CA | 1995 | 1995 | $810 | 5.70 | $4,617.00 |
| Howard Weg | Partner | CA | 2014 | 2014 | $795 | 60.30 | $47,938.50 |
| David B. Shemano | Partner | CA | 2014 | 2014 | $675 | 17.00 | $11,475.00 |
| Scott F. Gautier | Partner | CA | 2014 | 2014 | $675 | 452.00 | $305,100.00 |
| James P. Menton, Jr. | Partner | CA | 2014 | 2014 | $650 | 17.40 | $11,310.00 |
| Cynthia C. Hernandez | Associate | CA | 2009 | 2009 | $470 | 397.90 | $187,013.00 |
| Lorie A. Ball | Associate | CA | 2014 | 2014 | $450 | 568.10 | $255,645.00 |
| Amy Churan | Partner | CA | 2001 | 2001 | $420 | 18.10 | $7,602.00 |
| | | | | | Total: | 1536.50 | $830,700.50 |

## Firm: Torys LLP
Firm Size: 236   Firm Rank: 0

Court Name: Delaware
Case Name: Nortel Networks Inc.
Case Number: 09-10138

For fee applications 8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| Shelia Block | Partner | CA | 1974 | 1974 | $1,090 | 9.10 | $9,919.00 |
| Adam Slavens | Associate | CA | 2007 | 2007 | $775 | 163.00 | $126,325.00 |
| | | | | | Total: | 172.10 | $336,244.00 |

By Region, By Firm

## California Region

**Firm: Cooley LLP**
**Firm Size: 613      Firm Rank 63**

Court Name: Virginia Eastern
Case Name: Health Diagnostic Laboratory, Inc.
Case Number: 15-32919-KRH

For fee applications
6/7/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Aarti G. Reddy | Associate | CA | 2010 | 2010 | $655 | 11.20 | $7,336.00 |
| Amanda B. Pacheco | Associate | CA | 2013 | 2013 | $470 | 3.30 | $1,551.00 |
| | | | | | Total: | 14.50 | $8,887.00 |

By Region, By Firm

## West Region

### Firm: Faegre Baker Daniels LLP
Firm Size: 750    Firm Rank: 0

Court Name: Colorado
Case Name: ROBERT D. MORDINI, JR.,
Case Number: 11-15491-ABC

For fee applications
9/1/2013 through 11/18/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Michael K. Bolton | Partner | CO | 2001 | 2001 | $540 | 0.50 | $270.00 |
| Brandan K. Oliver | Associate | CO | 2010 | 2010 | $295 | 3.50 | $1,032.50 |
| | | | | | | 4.00 | $1,302.50 |
| | | | | | Total: | | |

### Firm: Greenberg Traurig LLP
Firm Size: 1699    Firm Rank: 9

Court Name: Delaware
Case Name: ATLS Acquisition LLC
Case Number: 13-10262 (PJW)

For fee applications
8/1/2015 through 8/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Matthew L. Hinker | Associate | CO | 2010 | 2010 | $635 | 2.30 | $1,460.50 |
| | | | | | | 2.30 | $1,460.50 |
| | | | | | Total: | | |

### Firm: O'Melveny & Myers LLP
Firm Size: 1193    Firm Rank: 16

Court Name: Delaware
Case Name: Colt Holding Company
Case Number: 15-11296 (LSS)

For fee applications
8/1/2015 through 9/30/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Robert Blashek | Partner | CO | 1977 | 1977 | $1,075 | 1.50 | $1,612.50 |
| Peter Friedman | Partner | CO | 1998 | 1998 | $935 | 107.00 | $100,045.00 |
| | | | | | | 108.50 | $101,657.50 |
| | | | | | Total: | | |

### Firm: Jenner & Block LLP
Firm Size: 433    Firm Rank: 98

Court Name: Alabama Northern
Case Name: Walter Energy Inc.
Case Number: 15-02741-TOM11

For fee applications
7/15/2015 through 10/31/2015

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|------|-------|-------|-----------|----------|------|-------|------|
| Jarrell A. Cook | Associate | WA | 2014 | 2014 | $460 | 10.00 | $4,600.00 |
| | | | | | | 10.00 | $4,600.00 |
| | | | | | Total: | | |

By Region, By Firm

# West Region

## Firm: Akin Gump Strauss Hauer & Feld LLP
Firm Size: 780   Firm Rank: 40

Court Name: Delaware
Case Name: Clipsheet Responses Inc
Case Number: 15-10585(SS)

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| | | | | | | For fee applications 7/12/2015 through 10/31/2015 | |
| Matthew W. Kinskey | Associate | WA | 2014 | 2014 | $430 | 115.10 | $49,493.00 |
| | | | | | Total: | 115.10 | $49,493.00 |

## Firm: Bracewell & Giuliani LLP
Firm Size: 422   Firm Rank: 105

Court Name: Delaware
Case Name: Optim Energy LLC, et al.
Case Number: 14-10262 (BLS)

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| | | | | | | For fee applications 2/12/2014 through 10/15/2015 | |
| Nancy Jo Nelson | Partner | WA | 1984 | 1984 | $975 | 28.60 | $27,885.00 |
| Jacqueline Java | Counsel | WA | 2000 | 2000 | $670 | 0.90 | $603.00 |
| Jacqueline Java | Counsel | WA | 2000 | 2000 | $650 | 54.50 | $35,432.63 |
| Sandra Snyder | Associate | WA | 2006 | 2006 | $529 | 106.80 | $56,583.71 |
| Sandra Snyder | Associate | WA | 2006 | 2006 | $520 | 2.30 | $1,196.00 |
| Blake Urban | Associate | WA | 2009 | 2009 | $481 | 5.10 | $2,455.50 |
| Serena Rwejuna | Associate | WA | 2013 | 2013 | $363 | 37.00 | $13,449.87 |
| | | | | | Total: | 235.20 | $137,605.71 |

## Firm: Foley & Lardner LLP
Firm Size: 874   Firm Rank: 31

Court Name: Delaware
Case Name: Universal Cooperatives Inc
Case Number: 14-11187 (MFW)

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| | | | | | | For fee applications 8/1/2015 through 8/31/2015 | |
| Jack G. Haake | Associate | WA | 2011 | 2011 | $315 | 12.40 | $3,906.00 |
| | | | | | Total: | 12.40 | $3,906.00 |

## Firm: Jones Day
Firm Size: 2407   Firm Rank: 3

Court Name: Delaware
Case Name: Mollycorp, Inc
Case Number: 15-11357 (CSS)

| Name | Title | State | Graduated | Admitted | Rate | Hours | Fees |
|---|---|---|---|---|---|---|---|
| | | | | | | For fee applications 8/1/2015 through 9/30/2015 | |
| Kent L. Killelea | Of Counsel | WA | 1984 | 1984 | $750 | 5.30 | $3,975.00 |
| | | | | | Total: | 5.30 | $3,975.00 |

By Region, By Firm

Volume 17 Issue 3

416

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Kenneth Klee | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1974 | CA | $1,300 | 0.2 | $260.00 |
| Partner | Mike Bohrus | Kirkland & Ellis LLP | 1999 | 1999 | CA | $1,220 | 3.1 | $3,782.00 |
| Partner | Leslie A. Plaskon | Paul Hastings LLP | 1988 | 1988 | CA | $1,150 | 111.1 | $127,765.00 |
| Partner | Sheila Block | Torys LLP | 1974 | 1974 | CA | $1,090 | 9.1 | $9,919.00 |
| Partner | David Stern | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | $1,080 | 189.5 | $204,660.00 |
| Partner | Lee Bogdanoff | Klee, Tuchin, Bogdanoff & Stern, LLP | 1985 | 1985 | CA | $1,080 | 7.3 | $7,884.00 |
| Partner | Michael Tuchin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | $1,080 | 174.2 | $188,136.00 |
| Partner | John W. Spiegel | Munger Tolles & Olson LLC | 1977 | 1977 | CA | $1,065 | 36.3 | $38,659.50 |
| Partner | Thomas B. Walper | Munger Tolles & Olson LLC | 1980 | 1980 | CA | $1,065 | 184.05 | $196,013.25 |
| Partner | Mark E. McKane | Kirkland & Ellis LLP | 1997 | 1997 | CA | $1,025 | 198.5 | $203,452.50 |
| Partner | Nancy I. Abell | Paul Hastings LLP | 1979 | 1979 | CA | $995 | 0.9 | $895.50 |
| Partner | Peter Burke | Paul Hastings LLP | 1996 | 1996 | CA | $975 | 3.9 | $3,802.50 |
| Partner | Stephen D. Cockle | Munger Tolles & Olson LLC | 1985 | 1985 | CA | $973 | 0.3 | $292.13 |
| Partner | Stephen D. Rose | Munger Tolles & Olson LLC | 1991 | 1991 | CA | $960 | 29.2 | $28,032.00 |
| Partner | John-Paul Motley | O'Melveny & Myers LLP | 1999 | 1999 | CA | $930 | 6.7 | $6,231.00 |
| Of Counsel | Alan J. Kornfeld | Pachulski Stang Ziehl Young Jones & Weintraub | 1987 | 1987 | CA | $925 | 8.9 | $8,232.50 |
| Partner | Andrew W. Caine | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1983 | CA | $925 | 0.6 | $555.00 |
| Partner | Debra I. Grassgreen | Pachulski Stang Ziehl Young Jones & Weintraub | 1994 | 1991 | CA | $925 | 1.3 | $1,202.50 |
| Of Counsel | Andrew Caine | Pachulski Stang Ziehl Young Jones & Weintraub | 1983 | 1983 | CA | $895 | 0.2 | $179.00 |
| Partner | Jeffrey Pomerantz | Pachulski Stang Ziehl Young Jones & Weintraub | 1989 | 1989 | CA | $895 | 0.9 | $805.50 |
| Partner | Ronald Rus | Brown Rudnick LLP | 1975 | 1975 | CA | $880 | 1.5 | $1,320.00 |
| Partner | Todd J. Rosen | Munger Tolles & Olson LLC | 1999 | 1999 | CA | $875 | 53.2 | $46,550.00 |
| Partner | Christopher Keegan | Kirkland & Ellis LLP | 2002 | 2002 | CA | $855 | 75.5 | $64,552.50 |
| Partner | David Fidler | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1997 | CA | $850 | 12.7 | $10,785.00 |
| Partner | David J. Barton | Pachulski Stang Ziehl Young Jones & Weintraub | 1993 | 1989 | CA | $850 | 0.3 | $255.00 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & Weintraub | 1981 | 1981 | CA | $850 | 10 | $8,500.00 |
| Partner | Benjamin Firestone | Quinn Emanuel Urquhart & Sullivan, LLP | 2005 | 2004 | CA | $840 | 11.2 | $9,408.00 |
| Partner | Jay M. Fujitani | Munger Tolles & Olson LLC | 1984 | 1984 | CA | $830 | 92.5 | $76,775.00 |
| Partner | Kevin S. Allred | Kirkland & Ellis LLP | 1986 | 1986 | CA | $830 | 94.5 | $78,435.00 |
| Associate | Michael Esser | Munger Tolles & Olson LLC | 2009 | 2009 | CA | $825 | 213.4 | $176,055.00 |
| Partner | Roman M. Silberfeld | Robins Kaplan LLP | 1995 | 1995 | CA | $810 | 5.7 | $4,617.00 |
| Partner | Seth A. Rafkin | Cooley LLP | 1998 | 1998 | CA | $810 | 0.5 | $405.00 |
| Partner | Howard Weg | Robins Kaplan LLP | 2014 | 2014 | CA | $795 | 60.3 | $47,938.50 |
| Partner | Robert J. Pfister | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | $795 | 0.2 | $159.00 |
| Associate | Joe R. Hull | Bracewell & Giuliani LLP | 1969 | 1969 | CA | $790 | 0.6 | $474.00 |
| Partner | Adam Stevens | Torys LLP | 2007 | 2007 | CA | $775 | 163 | $126,325.00 |
| Associate | Maxim B. Litvak | Pachulski Stang Ziehl Young Jones & Weintraub | 2001 | 2001 | CA | $775 | 1.7 | $1,317.50 |
| Counsel | Janet D. Gertz | Cooley LLP | 2004 | 2004 | CA | $755 | 14.6 | $11,023.00 |
| Partner | Sarah Hoffner | O'Melveny & Myers LLP | 2004 | 2004 | CA | $755 | 11.2 | $8,456.00 |
| Partner | Seth Goldman | Munger Tolles & Olson LLC | 2002 | 2002 | CA | $750 | 154.7 | $116,025.00 |
| Of Counsel | Shirley S. Cho | Pachulski Stang Ziehl Young Jones & Weintraub | 1997 | 1997 | CA | $750 | 13.1 | $9,825.00 |

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Counsel | Jesho Lee | O'Melveny & Myers LLP | 2007 | 2007 | CA | $745 | 5 | $3,725.00 |
| Associate | Katherine Scherling | Quinn Emanuel Urquhart & Sullivan, LLP | 2010 | 2008 | CA | $735 | 211.5 | $155,452.50 |
| Partner | Lauren E. Curry | Brown Rudnick LLP | 2010 | 2010 | CA | $730 | 78.9 | $57,597.00 |
| Partner | Joshua M. Fried | Pachulski Stang Ziehl Young Jones & Weintraub | 2006 | 2006 | CA | $725 | 2.8 | $2,030.00 |
| Associate | Alexander Davis | Kirkland & Ellis LLP | 2012 | 2012 | CA | $710 | 192.6 | $136,746.00 |
| Associate | Justin Sowa | Kirkland & Ellis LLP | 2013 | 2013 | CA | $710 | 199.7 | $141,787.00 |
| Partner | David M. Guess | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $695 | 67.3 | $46,773.50 |
| Partner | Randa Osman | Quinn Emanuel Urquhart & Sullivan, LLP | 1990 | 1990 | CA | $695 | 47.2 | $32,804.00 |
| Of Counsel | Bradley R. Schneider | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $680 | 115.1 | $78,268.00 |
| Partner | David B. Shemano | Robins Kaplan LLP | 2014 | 2014 | CA | $675 | 17 | $11,475.00 |
| Partner | Maria Sountas Argiropoulos | Klee, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | $675 | 26.9 | $18,157.50 |
| Partner | Scott F. Gautier | Robins Kaplan LLP | 2014 | 2014 | CA | $675 | 452 | $305,100.00 |
| Of Counsel | Jonathan Kim | Pachulski Stang Ziehl Young Jones & Weintraub | 1995 | 1995 | CA | $665 | 0.8 | $532.00 |
| Associate | Aarti G. Reddy | Cooley LLP | 2010 | 2010 | CA | $655 | 11.2 | $7,336.00 |
| Counsel | Colleen M. Kenting | Klee, Tuchin, Bogdanoff & Stern, LLP | 2008 | 2008 | CA | $650 | 111.2 | $72,280.00 |
| Partner | James P. Menton, Jr. | Robins Kaplan LLP | 2014 | 2014 | CA | $650 | 17.4 | $11,310.00 |
| Of Counsel | William L. Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $650 | 8.9 | $5,785.00 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $650 | 3.2 | $2,080.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $635 | 35 | $22,225.00 |
| Associate | Clara Lim | Morrison & Foerster LLP | 2012 | 2012 | CA | $635 | 39.8 | $25,273.00 |
| Associate | Emily A. Bussigel | Munger Tolles & Olson LLC | 2010 | 2010 | CA | $635 | 184.8 | $117,348.00 |
| Associate | Sarah Stock | Kirkland & Ellis LLP | 2013 | 2013 | CA | $635 | 121.6 | $77,216.00 |
| Of Counsel | Elissa Wagner | Pachulski Stang Ziehl Young Jones & Weintraub | 2001 | 2000 | CA | $625 | 46.6 | $29,125.00 |
| Partner | Justin D. Yi | Klee, Tuchin, Bogdanoff & Stern, LLP | 2009 | 2009 | CA | $625 | 0.8 | $500.00 |
| Associate | Matthew Bouslog | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | $625 | 5.1 | $3,187.50 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & Weintraub | 1980 | 1980 | CA | $625 | 2.4 | $1,500.00 |
| Associate | Sam Greenberg | Munger Tolles & Olson LLC | 2010 | 2010 | CA | $615 | 61.7 | $37,945.50 |
| Associate | Shannon L. Sorrells | Cooley LLP | 2011 | 2011 | CA | $595 | 2.8 | $1,666.00 |
| Associate | Anna Tanteryan | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 241.8 | $134,199.00 |
| Associate | James Barolo | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 108.6 | $60,273.00 |
| Associate | Kevin Chang | Kirkland & Ellis LLP | 2014 | 2014 | CA | $555 | 170.8 | $94,794.00 |
| Associate | Daniel C. Tola | Paul Hastings LLP | 2013 | 2013 | CA | $550 | 20.5 | $11,275.00 |
| Partner | Eric S. Pezold | Snell & Wilmer | 2004 | 2004 | CA | $520 | 0.1 | $52.00 |
| Associate | Alex D. Terepka | Munger Tolles & Olson LLC | 2012 | 2012 | CA | $510 | 89.4 | $45,594.00 |
| Associate | Andrea M. Weintraub | Munger Tolles & Olson LLC | 2013 | 2013 | CA | $510 | 68.3 | $34,833.00 |
| Associate | Sara N. Taylor | Munger Tolles & Olson LLC | 2012 | 2012 | CA | $510 | 70.4 | $35,904.00 |
| Associate | Chika Arakawa | Morrison & Foerster LLP | 2013 | 2013 | CA | $495 | 8.3 | $4,108.50 |
| Associate | Kevin Kraft | Paul Hastings LLP | 2014 | 2014 | CA | $495 | 4.8 | $2,376.00 |
| Associate | Jonathan M. Weiss | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $475 | 559.7 | $265,857.50 |
| Associate | Amanda B. Pacheco | Cooley LLP | 2013 | 2013 | CA | $470 | 3.3 | $1,551.00 |
| Associate | Cynthia C. Hernandez | Robins Kaplan LLP | 2009 | 2009 | CA | $470 | 397.9 | $187,013.00 |

Volume 17 Issue 3

## California Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Associate | Joannah Caneda | O'Melveny & Myers LLP | 2015 | 2015 | CA | $460 | 4.9 | $2,254.00 |
| Associate | Lorie A. Ball | Robins Kaplan LLP | 2014 | 2014 | CA | $450 | 568.1 | $255,645.00 |
| Associate | Kathryn T. Zwicker | Klee, Tuchin, Bogdanoff & Stern, LLP | 1986 | 1986 | CA | $440 | 21.9 | $9,635.00 |
| Partner | Amy Churan | Robins Kaplan LLP | 2001 | 2001 | CA | $420 | 18.1 | $7,602.00 |
| Associate | Christopher Martin | O'Melveny & Myers LLP | 2014 | 2014 | CA | $415 | 1.2 | $498.00 |
| Associate | Peter E. Boos | Munger Tolles & Olson LLC | 2014 | 2014 | CA | $395 | 11.4 | $4,503.00 |
| Associate | Sasha M. Gurvitz | Klee, Tuchin, Bogdanoff & Stern, LLP | 2014 | 2014 | CA | $395 | 40.8 | $16,116.00 |
| Counsel | Joseph Zujkowski | O'Melveny & Myers LLP | 2008 | 2008 | CA | $390 | 183.6 | $71,604.00 |

## West Region

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Robert Blashek | O'Melveny & Myers LLP | 1977 | 1977 | CO | $1,075 | 1.5 | $1,612.50 |
| Partner | Peter Friedman | O'Melveny & Myers LLP | 1998 | 1998 | CO | $935 | 107 | $100,045.00 |
| Associate | Matthew L. Hinker | Greenberg Treurig LLP | 2010 | 2010 | CO | $635 | 2.3 | $1,460.50 |
| Partner | Michael K. Bolton | Faegre Baker Daniels LLP | 2001 | 2001 | CO | $540 | 0.5 | $270.00 |
| Associate | Brandon K. Oliver | Faegre Baker Daniels LLP | 2010 | 2010 | CO | $295 | 3.5 | $1,032.50 |
| Partner | Nancy Jo Nelson | Bracewell & Giuliani LLP | 1984 | 1984 | WA | $975 | 28.6 | $27,885.00 |
| Of Counsel | Kent L. Killelea | Jones Day | 1984 | 1984 | WA | $750 | 5.3 | $3,975.00 |
| Counsel | Jacqueline Java | Bracewell & Giuliani LLP | 2000 | 2000 | WA | $670 | 0.9 | $603.00 |
| Counsel | Jacqueline Java | Bracewell & Giuliani LLP | 2000 | 2000 | WA | $650 | 54.5 | $35,432.63 |
| Associate | Sandra Snyder | Bracewell & Giuliani LLP | 2006 | 2006 | WA | $529 | 106.8 | $56,583.71 |
| Associate | Sandra Snyder | Bracewell & Giuliani LLP | 2006 | 2006 | WA | $520 | 2.3 | $1,196.00 |
| Associate | Blake Urban | Bracewell & Giuliani LLP | 2009 | 2009 | WA | $481 | 5.1 | $2,455.50 |
| Associate | Jarrell A. Cook | Jenner & Block LLP | 2014 | 2014 | WA | $460 | 10 | $4,600.00 |
| Associate | Matthew W. Kinskey | Akin Gump Strauss Hauer & Feld LLP | 2014 | 2014 | WA | $430 | 115.1 | $49,493.00 |
| Associate | Serena Rwejuna | Bracewell & Giuliani LLP | 2013 | 2013 | WA | $363 | 37 | $13,449.87 |
| Associate | Jack G. Haake | Foley & Lardner LLP | 2011 | 2011 | WA | $315 | 12.4 | $3,906.00 |

Exhibit C

# THE NATIONAL LAW JOURNAL

**NOT FOR REPRINT**

✎   Click to Print or Select **'Print'** in your browser menu to print this document.

Page printed from: _National Law Journal_

# Billing Rates Rise, Discounts Abound

A 10 percent increase is offset by price cuts.

Katelyn Polantz, The National Law Journal

January 5, 2015

The price of a billable hour has risen by more than 10 percent in four years, as large corporate law firms focused on their most expensive work and saved clients' money elsewhere.

"The question is: Is anybody paying that?" Maurice Watson, chairman at Husch Blackwell, said, looking back at hourly rates charged last year for lawyers. Husch's average rate for partners is about $449 per hour, the firm told The National Law Journal in response to our 2014 billing survey. But $407 is closer to what the firm collects for its work.

The former number represents the "rack rate," Watson said, while the lower price factors in discounts given to clients on the billable hour and in alternative billing arrangements.

Husch's fees are indicative of the pricier billable hour and complementary cost cuts that law firms find for clients. The Kansas City, Mo.-founded firm was among the firms that have reported their rates to The National Law Journal since 2010. Almost all of the highest- and lowest-charging partners among the firms increased rates since 2010.

Partners' hourly prices at the 40 firms that reported their numbers in 2014 now hover around $500 an hour on average. The highest-billing partner among the survey came from Kaye Scholer, with a $1,250 rate. The lowest-billing partner, from Frost Brown Todd, made $220, the firms told the NLJ.

> **See chart:** Billing Rates at the Nation's Priciest Law Firms

The NLJ billing data also includes rates collected from public records — mostly bankruptcy filings — for 128 additional firms during the past three years.

Although the rates charged have gone up in recent years, the amounts that clients pay have not kept pace with inflation, legal industry leaders say.

"I think the story of billing rates is no longer as full or clear as it once was," Watson said.

Lawyers often give discounts on their stated rates, or firms arrange alternative fee plans with clients, including caps on fees, retainers or other flat rates for legal work. Still, firms lean on hourly pricing more than any other model. Generally, 15 percent to 20 percent of work comes from alternative fee structures, according to Steve Nelson of the McCormick Group Inc., a legal consulting firm in Northern Virginia.

Dinsmore & Shohl, a Cincinnati-based firm, has changed the way it sets rates instead of ditching the billable model.

"The billable hour is still very important. There's probably 100 reasons for that," firm chairman George Vincent said.

Dinsmore opened an office in Washington in 2011, so billing rates for lawyers in the nation's capital notched higher than at the rest of the firm. At the same time, associates faced a shift away from rates that rise in lockstep to individualized pricing, Vincent said. Dinsmore also has added nonpartner-track associates to cut some fees. The firm's lawyers charged between $590 and $175 in 2010, but they ranged between $850 and $160 in 2014.

The spread shows a rate expansion that mimics the decisions made by other firms — increases for top earners while squeezing value where they can.

Associates, on average, charged $306 an hour at 28 firms in the NLJ study in 2014, an increase of 12 percent from those firms' average rate four years previously. The most expensive associates' rates pushed up at about the same pace, while a number of firms increased their lowest-paid associates' rates by only $15 or less an hour.

The deleveraging of lawyers in the industry may account for this. Many clients now refuse to pay for legal work performed by first-year associates, Nelson said. Associates instead train during their first year, or work on pro bono or the equivalent of clerk and paralegal tasks. Outsourcing some work to cheaper consultants and firms plays into the pricing models more every year.

Many large firms are shedding lower-end practices, which fueled partners' lateral moves in 2014, Nelson added. Large firms now often mandate that partners meet or exceed certain rates. Some practices become priced out, so the lawyers move to less strict or lower-tiered firms to keep their clients. Practices that work on large corporate mergers or high-stakes litigation saw less lateral movement because of rate pressure. Gibson, Dunn & Crutcher, with an $1,800 hourly rate for Theodore Olson, an outlier, had the highest rate the NLJ could find in public records.

The billing rate story was different in bankruptcy matters. Those numbers showed that the practice area, which runs countercyclical to the U.S. economy, suffered as companies recovered from the economic recession. Partners and associates working with clients in bankruptcy often must report their hourly rates in court.

Those partners averaged $452 per hour in 2014, compared with an average rate of $480 in 2012. The NLJ found fewer partners mentioned in new bankruptcy filings in 2014 compared with the previous years. On average over three years, bankruptcy partners charged about $475 an hour, according to records from more than 2,300 firm shareholders.

In 2012, when rates were higher, elite New York firms told courts their partners earned $1,000 an hour or more on the work. This $1,000-an-hour club included three partners from Paul, Weiss, Rifkind, Wharton & Garrison and two partners from Weil, Gotshal & Manges.

It also included a team of nine Sullivan & Cromwell partners who charged $1,150 an hour each to represent Eastman Kodak Co. in its bankruptcy.

In 2014, the rates for bankruptcy work topped out at about $900 an hour, according to the data. Two partners from Pachulski Stang Ziehl & Jones, a Los Angeles corporate restructuring boutique, charged $875 and $895 each for their work on the bankruptcy of staffing company Ablest Inc.

---

Copyright 2015. ALM Media Properties, LLC. All rights reserved.

| Year | Firm Name | Location | Average FTE Attorneys | Partner Billing Rate High | Partner Billing Rate Low | Partner Billing Rate Avg | Associate Billing Rate High | Associate Billing Rate Low | Associate Billing Rate Avg | Counsel Avg | Counsel Low | Counsel High | NLJ Billing Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Adams and Reese | New Orleans, LA | 318 | $700.00 | $305.00 | $420.00 | $315.00 | $220.00 | $270.00 | $500.00 | $425.00 | $575.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Akerman | Miami, FL | 523 | $680.00 | $360.00 | $535.00 | $485.00 | $205.00 | $305.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Akin Gump Strauss Hauer & Feld | Washington, DC | 809 | $1220.00 | $615.00 | $785.00 | $660.00 | $365.00 | $525.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Allen Matkins Leck Gamble Mallory & Natsis | Los Angeles, CA | 181 | $680.00 | $525.00 | $615.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Alston & Bird | Atlanta, GA | 789 | $875.00 | $495.00 | $675.00 | $575.00 | $280.00 | $425.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Andrews Kurth | Houston, TX | 337 | $1090.00 | $745.00 | $960.00 | $1090.00 | $265.00 | $670.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Archer & Greiner | Haddonfield, NJ | 194 | $460.00 | $330.00 | $400.00 | $295.00 | $200.00 | $245.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Arent Fox | Washington, DC | 330 | $960.00 | $500.00 | $650.00 | $595.00 | $275.00 | $395.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Arnall Golden Gregory | Atlanta, GA | 140 | $520.00 | $430.00 | $460.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

| Year | Firm | Location | FTE | | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Arnold & Porter | Washington, DC | 720 | $950.00 | $670.00 | $815.00 | $610.00 | $345.00 | $500.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Arnstein & Lehr | Chicago, IL | 144 | $595.00 | $350.00 | $465.00 | $350.00 | $175.00 | $250.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Baker & Hostetler | Cleveland, OH | 798 | $670.00 | $275.00 | $449.00 | $350.00 | $210.00 | $272.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Baker & McKenzie | Chicago, IL | 4067 | $1130.00 | $260.00 | $755.00 | $925.00 | $100.00 | $395.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Baker, Donelson, Bearman, Caldwell & Berkowitz | Memphis, TN | 588 | $495.00 | $340.00 | $400.00 | $465.00 | $245.00 | $295.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Ballard Spahr | Philadelphia, PA | 483 | $650.00 | $395.00 | $475.00 | $465.00 | $235.00 | $315.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Barnes & Thornburg | Indianapolis, IN | 522 | $580.00 | $330.00 | $480.00 | $370.00 | $260.00 | $320.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Benesch, Friedlander, Coplan & Aronoff | Cleveland, OH | 150 | $635.50 | $360.00 | $465.00 | $475.00 | $155.00 | $280.00 | | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Best Best & Krieger | Riverside, CA | 176 | $655.00 | $340.00 | $455.00 | $385.00 | $235.00 | $280.00 | $439.83 | $595.00 | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Bingham McCutchen | Boston, MA | 795 | $1080.00 | $220.00 | $795.00 | $505.00 | $185.00 | $450.00 | $340.00 | | National Law Journal, December 2014; Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media Properties, LLC. All rights reserved.

888-770-5647
www.alm.com

2

426

888-770-5647
www.alm.com
US_ADMIN-782809553 v1

| Firm | City | FTE | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Blank Rome | Philadelphia, PA | 447 | $940.00 | $445.00 | $640.00 | $565.00 | $175.00 | $350.00 | | | $485.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bond, Schoeneck & King | Syracuse, NY | 198 | $520.00 | $240.00 | $355.00 | $310.00 | $160.00 | $225.00 | $360.00 | $275.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bowles Rice | Charleston, WV | 140 | $285.00 | $165.00 | $230.00 | $180.00 | $115.00 | $135.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bracewell & Giuliani | Houston, TX | 441 | $1125.00 | $575.00 | $760.00 | $700.00 | $275.00 | $440.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bradley Arant Boult Cummings | Birmingham, AL | 413 | $605.00 | $325.00 | $430.00 | $340.00 | $200.00 | $260.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Broad and Cassel | Orlando, FL | 150 | $465.00 | $295.00 | $380.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Brown Rudnick | Boston, MA | 187 | $1045.00 | $650.00 | $855.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Brownstein Hyatt Farber Schreck | Denver, CO | 214 | $700.00 | $310.00 | $520.00 | $345.00 | $265.00 | $305.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Bryan Cave | St. Louis, MO | 985 | $900.00 | $410.00 | $620.00 | $595.00 | $220.00 | $405.00 | $635.00 | $355.00 | $965.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Buchalter Nemer | Los Angeles, CA | 139 | $695.00 | $475.00 | $605.00 | $375.00 | $350.00 | $385.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

| Firm | City | FTE | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Burr & Forman | Birmingham, AL | 261 | $525.00 | $300.00 | $371.00 | $275.00 | $200.00 | $241.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Butler Snow | Ridgeland, MS | 280 | $335.00 | $235.00 | $302.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Cadwalader, Wickersham & Taft | New York, NY | 437 | $1050.00 | $800.00 | $930.00 | $750.00 | $395.00 | $605.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Carlton Fields | Tampa, FL | 272 | $840.00 | $455.00 | $600.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Cole, Schotz, Meisel, Forman & Leonard | Hackensack, NJ | 118 | $730.00 | $560.00 | $665.00 | $340.00 | $275.00 | $302.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Connell Foley | Roseland, NJ | 129 | $575.00 | $275.00 | $425.00 | $335.00 | $200.00 | $265.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Cooley | Palo Alto, CA | 673 | $990.00 | $660.00 | $820.00 | $640.00 | $335.00 | $516.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Covington & Burling | Washington, DC | 760 | $990.00 | $605.00 | $780.00 | $665.00 | $320.00 | $415.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Cozen O'Connor | Philadelphia, PA | 495 | $1135.00 | $275.00 | $670.00 | $640.00 | $180.00 | $355.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Curtis, Mallet-Prevost, Colt & Mosle | New York, NY | 323 | $850.00 | $730.00 | $800.00 | $785.00 | $345.00 | $480.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5547
www.alm.com

| Year | Firm | City, State | FTE | | | | | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Davis Graham & Stubbs | Denver, CO | 145 | $535.00 | $315.00 | $435.00 | $350.00 | $200.00 | | | | $255.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Davis Polk & Wardwell | New York, NY | 810 | $885.00 | $850.00 | $975.00 | $975.00 | $130.00 | | | | $615.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Debevoise & Plimpton | New York, NY | 595 | $1075.00 | $955.00 | $1055.00 | $760.00 | $120.00 | | | | $480.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Dechert | New York, NY | 845 | $1095.00 | $670.00 | $900.00 | $735.00 | $395.00 | | | | $530.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Dentons | New York, NY | 2503 | $1050.00 | $345.00 | $700.00 | $685.00 | $210.00 | | | | $425.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Dickstein Shapiro | Washington, DC | 254 | $1250.00 | $590.00 | $780.00 | $585.00 | $310.00 | | | | $475.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Dinsmore & Shohl | Cincinnati, OH | 415 | $850.00 | $250.00 | $411.00 | $365.00 | $160.00 | | $360.00 | $150.00 | $238.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | DLA Piper | New York, NY | 3962 | $1025.00 | $450.00 | $765.00 | $750.00 | $250.00 | | | | $610.00 | $615.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Dorsey & Whitney | Minneapolis, MN | 501 | $585.00 | $340.00 | $435.00 | $510.00 | $215.00 | | | | $315.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Duane Morris | Philadelphia, PA | 613 | $960.00 | $415.00 | $589.00 | $585.00 | $280.00 | $538.00 | | $460.00 | $373.00 | $1015.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

888-770-5647
US_ADMIN/70268553 v1

Copyright 2014 ALM Media properties, LLC. All rights reserved.

6

| Firm | City | FTE | | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Edwards Wildman Palmer | Boston, MA | 540 | $765.00 | $210.00 | $535.00 | $415.00 | $245.00 | $325.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Faegre Baker Daniels | Minneapolis, MN | 673 | $580.00 | $355.00 | $455.00 | $315.00 | $110.00 | $260.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Foley & Lardner | Milwaukee, WI | 844 | $860.00 | $405.00 | $600.00 | $470.00 | $210.00 | $335.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Foley Hoag | Boston, MA | 221 | $775.00 | $590.00 | $670.00 | $385.00 | $290.00 | $325.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Fox Rothschild | Philadelphia, PA | 531 | $750.00 | $335.00 | $530.00 | $500.00 | $245.00 | $310.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Fried, Frank, Harris, Shriver & Jacobson | New York, NY | 450 | $1100.00 | $930.00 | $1000.00 | $760.00 | $375.00 | $595.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Frost Brown Todd | Cincinnati, OH | 414 | $600.00 | $220.00 | $387.00 | $315.00 | $150.00 | $234.00 | $417.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Gardere Wynne Sewell | Dallas, TX | 218 | $775.00 | $430.00 | $635.00 | $330.00 | $280.00 | $303.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Gibbons | Newark, NJ | 201 | $865.00 | $440.00 | $580.00 | $475.00 | $265.00 | $360.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Gibson, Dunn & Crutcher | New York, NY | 1154 | $1800.00 | $765.00 | $980.00 | $930.00 | $175.00 | $590.00 | $350.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Firm | Location | FTE | Rate | Rate | Rate | Rate | Rate | Rate | Rate | Rate | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Gordon Rees Scully Mansukhani | San Diego, CA | 478 | $475.00 | $375.00 | $420.00 | $325.00 | $285.00 | $300.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Greenberg Traurig | New York, NY | 1690 | $555.00 | $535.00 | $763.00 | $570.00 | $325.00 | $470.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Harris Beach | Rochester, NY | 198 | $400.00 | $298.00 | $348.00 | $285.00 | $175.00 | $230.00 | $287.50 | $400.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Harter Secrest & Emery | Rochester, NY | 132 | $465.00 | $300.00 | $385.00 | $290.00 | $195.00 | $250.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Haynes and Boone | Dallas, TX | 483 | $1020.00 | $450.00 | $670.00 | $580.00 | $310.00 | $405.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Hogan Lovells | Washington, DC | 2313 | $1000.00 | $705.00 | $835.00 | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Holland & Hart | Denver, CO | 423 | $725.00 | $305.00 | $442.00 | $425.00 | $175.00 | $277.00 | $363.00 | $555.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Holland & Knight | Washington, DC | 956 | $1085.00 | $555.00 | $625.00 | $595.00 | $210.00 | $340.00 | $575.00 | $910.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Honigman Miller Schwartz and Cohn | Detroit, MI | 231 | $560.00 | $280.00 | $390.00 | $225.00 | $205.00 | $220.00 | $420.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Hughes Hubbard & Reed | New York, NY | 351 | $995.00 | $725.00 | $890.00 | $675.00 | $365.00 | $555.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

888-770-5847
www.alm.com
US_ADMIN-41269853 v1

Copyright 2014 ALM Media properties, LLC. All rights reserved.

7

| Firm | City | FTE | | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Husch Blackwell | St. Louis, MO | 539 | $785.00 | $250.00 | $449.00 | $440.00 | $190.00 | $275.00 | $625.00 | National Law Journal, December 2014 |
| 2014 Ice Miller | Indianapolis, IN | 291 | $530.00 | $335.00 | $450.00 | $305.00 | $245.00 | $270.00 | $240.00 | National Law Journal, December 2014 |
| 2014 Irell & Manella | Los Angeles, CA | 166 | $975.00 | $800.00 | $880.00 | $750.00 | $395.00 | $535.00 | $418.00 | National Law Journal, December 2014 |
| 2014 Jackson Kelly | Charleston, WV | 179 | $535.00 | $270.00 | $345.00 | $315.00 | $200.00 | $243.00 | | National Law Journal, December 2014 |
| 2014 Jackson Lewis | Los Angeles, CA | 724 | $440.00 | $310.00 | $380.00 | $315.00 | $275.00 | $290.00 | | National Law Journal, December 2014 |
| 2014 Jackson Walker | Dallas, TX | 333 | $675.00 | $575.00 | $622.00 | $385.00 | $255.00 | $335.00 | | National Law Journal, December 2014 |
| 2014 Jeffer, Mangels, Butler & Mitchell | Los Angeles, CA | 125 | $875.00 | $560.00 | $690.00 | | | | | National Law Journal, December 2014 |
| 2014 Jenner & Block | Chicago, IL | 434 | $925.00 | $595.00 | $745.00 | $550.00 | $380.00 | $465.00 | | National Law Journal, December 2014 |
| 2014 Jones Day | New York, NY | 2464 | $975.00 | $445.00 | $745.00 | $775.00 | $205.00 | $435.00 | | National Law Journal, December 2014 |
| 2014 Jones Walker | New Orleans, LA | 363 | $425.00 | $275.00 | $385.00 | $240.00 | $200.00 | $225.00 | | National Law Journal, December 2014 |

Source note (repeated each row): Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5547
www.alm.com

432

| Year | Firm | Location | No. | | | | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Kasowitz, Benson, Torres & Friedman | New York, NY | 372 | $1195.00 | $600.00 | $835.00 | $625.00 | $200.00 | $340.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Katten Muchin Rosenman | Chicago, IL | 612 | $745.00 | $500.00 | $615.00 | $595.00 | $340.00 | $455.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Kaye Scholer | New York, NY | 392 | $1250.00 | $725.00 | $860.00 | $795.00 | $370.00 | $597.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Kelley Drye & Warren | New York, NY | 293 | $815.00 | $435.00 | $640.00 | $500.00 | $305.00 | $430.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Kilpatrick Townsend & Stockton | Atlanta, GA | 561 | $775.00 | $400.00 | $590.00 | $475.00 | $315.00 | $385.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | King & Spalding | Atlanta, GA | 874 | $995.00 | $545.00 | $775.00 | $735.00 | $125.00 | $460.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Kirkland & Ellis | Chicago, IL | 1554 | $995.00 | $590.00 | $825.00 | $715.00 | $235.00 | $540.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Knobbe Martens Olson & Bear | Irvine, CA | 260 | $810.00 | $450.00 | $575.00 | $465.00 | $305.00 | $360.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Kramer Levin Naftalis & Frankel | New York, NY | 313 | $1100.00 | $745.00 | $921.00 | $815.00 | $515.00 | $675.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Lane Powell | Seattle, WA | 170 | $675.00 | $375.00 | $516.00 | $425.00 | $260.00 | $331.00 | $477.00 | $300.00 | $550.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com
US_ADMIN-73268853 v1

9

433

| Firm | City | FTE | Rate | Rate | Rate | Rate | Rate | Rate | Source |
|---|---|---|---|---|---|---|---|---|---|
| 2014 Latham & Watkins | New York, NY | 2060 | $1110.00 | $995.00 | $990.00 | $725.00 | $465.00 | $605.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lathrop & Gage | Kansas City, MO | 283 | $700.00 | $285.00 | $420.00 | $375.00 | $195.00 | $250.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lewis Roca Rothgerber | Phoenix, AZ | 228 | $695.00 | $380.00 | $505.00 | $525.00 | $205.00 | $460.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lindquist & Vennum | Minneapolis, MN | 178 | $600.00 | $460.00 | $520.00 | $470.00 | $275.00 | $365.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Littler Mendelson | San Francisco, CA | 1002 | $615.00 | $395.00 | $550.00 | $420.00 | $245.00 | $290.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Lowenstein Sandler | Roseland, NJ | 261 | $990.00 | $600.00 | $765.00 | $650.00 | $300.00 | $450.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Manatt, Phelps & Phillips | Los Angeles, CA | 329 | $795.00 | $640.00 | $740.00 | | | | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McCarter & English | Newark, NJ | 371 | $625.00 | $450.00 | $630.00 | $370.00 | $220.00 | $300.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McDermott Will & Emery | Chicago, IL | 1021 | $835.00 | $525.00 | $710.00 | | | | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McElroy, Deutsch, Mulvaney & Carpenter | Morristown, NJ | 274 | $560.00 | $325.00 | $445.00 | $335.00 | $200.00 | $295.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647

| Firm | Location | FTE | Rate | Rate | Rate | Rate | Rate | Rate | Rate | Rate | Rate | Source / Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 McGuireWoods | Richmond, VA | 931 | $725.00 | $450.00 | $595.00 | $525.00 | $285.00 | $360.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 McKenna Long & Aldridge | Atlanta, GA | 518 | $650.00 | $480.00 | $530.00 | $425.00 | $375.00 | $395.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Michael, Best & Friedrich | Milwaukee, WI | 189 | $650.00 | $235.00 | $445.00 | $425.00 | $200.00 | $283.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Miles & Stockbridge | Baltimore, MD | 226 | $740.00 | $340.00 | $478.00 | $425.00 | $230.00 | $290.00 | $419.00 | $695.00 | $225.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Moore & Van Allen | Charlotte, NC | 274 | $870.00 | $315.00 | $460.00 | $430.00 | $190.00 | $280.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Morgan, Lewis & Bockius | Philadelphia, PA | 1363 | $765.00 | $430.00 | $620.00 | $585.00 | $270.00 | $390.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Morris, Manning & Martin | Atlanta, GA | 148 | $575.00 | $400.00 | $480.00 | | | | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Morrison & Foerster | San Francisco, CA | 1020 | $1195.00 | $595.00 | $865.00 | $725.00 | $230.00 | $525.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Nelson Mullins | Columbia, SC | 468 | $800.00 | $250.00 | $444.00 | $395.00 | $215.00 | $271.00 | $376.00 | $600.00 | $195.00 | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Nixon Peabody | Boston, MA | 584 | $850.00 | $295.00 | $520.00 | $550.00 | $180.00 | $300.00 | | | | National Law Journal, December 2014 — Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

888-770-5947
www.alm.com
US_ADMIN-#7929553 v1

Copyright 2014 ALM Media properties, LLC. All rights reserved.

11

| Firm | City | No. | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Norris McLaughlin & Marcus | Bridgewater, NJ | 128 | $505.00 | $485.00 | $495.00 | $385.00 | $185.00 | | $275.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Norton Rose Fulbright | Houston, TX | 3537 | $900.00 | $525.00 | $775.00 | $515.00 | $300.00 | | $400.00 | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Rossman | Los Angeles, CA | 148 | $800.00 | $370.00 | $570.00 | $460.00 | $255.00 | $340.00 | | $495.00 | $550.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Nutter McClennen & Fish | Boston, MA | 146 | $715.00 | $470.00 | $575.00 | $460.00 | $295.00 | $375.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Ogletree Deakins | Atlanta, GA | 666 | $650.00 | $250.00 | $380.00 | $385.00 | $200.00 | $260.00 | | $315.00 | $230.00 | $555.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 O'Melveny & Myers | Los Angeles, CA | 721 | $950.00 | $615.00 | $715.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Orrick Herrington & Sutcliffe | New York, NY | 954 | $1095.00 | $715.00 | $845.00 | $375.00 | $710.00 | $590.00 | $735.00 | $685.00 | $650.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Parker Poe Adams & Bernstein | Charlotte, NC | 185 | $500.00 | $625.00 | $450.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Paul Hastings | New York, NY | 889 | $900.00 | $750.00 | $815.00 | $755.00 | $335.00 | $540.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Paul, Weiss, Rifkind, Wharton & Garrison | New York, NY | 654 | $1120.00 | $760.00 | $1040.00 | $735.00 | $595.00 | $678.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

| Firm | City | FTE | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Pepper Hamilton | Philadelphia, PA | 510 | $950.00 | $465.00 | $645.00 | $525.00 | $280.00 | $390.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Perkins Cole | Seattle, WA | 861 | $1000.00 | $330.00 | $615.00 | $610.00 | $215.00 | $425.00 | $635.00 | $280.00 | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Pillsbury Winthrop Shaw Pittman | Washington, DC | 591 | $1070.00 | $615.00 | $865.00 | $860.00 | $375.00 | $520.00 | $800.00 | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Polsinelli | Kansas City, MO | 616 | $775.00 | $325.00 | $435.00 | $350.00 | $235.00 | $279.00 | $376.00 | $300.00 | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Proskauer Rose | New York, NY | 712 | $950.00 | $725.00 | $880.00 | $675.00 | $295.00 | $465.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Quarles & Brady | Milwaukee, WI | 422 | $525.00 | $425.00 | $519.00 | $600.00 | $210.00 | $335.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Quinn Emanuel Urquhart & Sullivan | New York, NY | 673 | $1075.00 | $810.00 | $915.00 | $675.00 | $320.00 | $410.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Reed Smith | Pittsburgh, PA | 1555 | $880.00 | $605.00 | $737.00 | $530.00 | $295.00 | $420.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Richards, Layton & Finger | Wilmington, DE | 124 | $800.00 | $600.00 | $678.00 | $465.00 | $350.00 | $414.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Riker Danzig Scherer Hyland & Perretti | Morristown, NJ | 146 | $495.00 | $430.00 | $455.00 | $235.00 | $210.00 | $250.00 | | | National Law Journal, December 2014 | Full-line equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647 www.alm.com US_ADMIN-79289853 v1

13

| Year | Firm | Location | FTE | | | | | | | Source |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 | Robinson & Cole | Hartford, CT | 201 | $700.00 | $500.00 | $295.00 | $445.00 | $215.00 | $300.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Rutan & Tucker | Costa Mesa, CA | 147 | $675.00 | $490.00 | $345.00 | $500.00 | $230.00 | $320.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Saul Ewing | Philadelphia, PA | 240 | $675.00 | $546.00 | $375.00 | $590.00 | $225.00 | $344.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Schiff Hardin | Chicago, IL | 317 | | | | $415.00 | $250.00 | $333.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Sedgwick | San Francisco, CA | 342 | $615.00 | $425.00 | $305.00 | $475.00 | $250.00 | $325.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Seward & Kissel | New York, NY | 143 | $850.00 | $735.00 | $625.00 | $600.00 | $290.00 | $400.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Seyfarth Shaw | Chicago, IL | 779 | $860.00 | $610.00 | $375.00 | $505.00 | $225.00 | $365.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Sheppard Mullin Richter & Hampton | Los Angeles, CA | 549 | $875.00 | $585.00 | $490.00 | $535.00 | $275.00 | $415.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Shumaker Loop & Kendrick | Toledo, OH | 224 | $595.00 | $413.00 | $305.00 | $330.00 | $160.00 | $256.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 | Shutts & Bowen | Miami, FL | 230 | $660.00 | $430.00 | $250.00 | $345.00 | $195.00 | $260.00 | National Law Journal, December 2014 / Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

14

| Firm | Location | Attorneys | | | | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Skadden, Arps, Slate, Meagher & Flom | New York, NY | 1664 | $1150.00 | $845.00 | $1035.00 | $845.00 | $340.00 | $620.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Snell & Wilmer | Phoenix, AZ | 411 | $845.00 | $525.00 | $525.00 | $470.00 | $180.00 | $280.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Spilman Thomas & Battle | Charleston, WV | 131 | | | | | | | $280.00 | $215.00 | $350.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Squire Patton Boggs | | | $950.00 | $350.00 | $655.00 | $530.00 | $250.00 | $355.00 | | | | National Law Journal, December 2014 | Location data not available due to merger in 2014. Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Sterne, Kessler, Goldstein & Fox | Washington, DC | 122 | $795.00 | $450.00 | $577.00 | $470.00 | $265.00 | $346.00 | $483.57 | $450.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Stevens & Lee | Reading, PA | 154 | $800.00 | $525.00 | $625.00 | | | | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Stoel Rives | Portland, OR | 365 | $800.00 | $300.00 | $492.00 | $465.00 | $205.00 | $287.00 | $312.00 | $280.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Strasburger & Price | Dallas, TX | 217 | $690.00 | $290.00 | $435.00 | $385.00 | $210.00 | $270.00 | $475.00 | $300.00 | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Stroock & Stroock & Lavan | New York, NY | 285 | $1125.00 | $975.00 | $960.00 | $840.00 | $350.00 | $549.00 | $979.00 | $745.00 | $1095.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com
US_ADMIN-79200853-v1

| Firm | City | FTE | | | | | | | Source | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| 2014 Taft Stettinius & Hollister | Cincinnati, OH | 357 | $535.00 | $285.00 | $415.00 | $285.00 | $475.00 $200.00 | $285.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Thompson & Knight | Dallas, TX | 290 | $740.00 | $425.00 | $535.00 | | $610.00 $240.00 | $370.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Thompson Coburn | St. Louis, MO | 317 | $510.00 | $330.00 | $460.00 | | $350.00 $220.00 | $270.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Troutman Sanders | Atlanta, GA | 567 | $975.00 | $400.00 | $620.00 | | $570.00 $245.00 | $340.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Ulmer & Berne | Cleveland, OH | 178 | $415.00 | $315.00 | $380.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Varnum | Grand Rapids, MI | 133 | $465.00 | $290.00 | $390.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Venable | Washington, DC | 533 | $1075.00 | $470.00 | $660.00 | | $575.00 $295.00 | $430.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Vinson & Elkins | Houston, TX | 650 | $770.00 | $475.00 | $600.00 | | $565.00 $275.00 | $390.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Waller Lansden Dortch & Davis | Nashville, TN | 178 | $600.00 | $350.00 | $460.00 | | $335.00 $190.00 | $245.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Weil, Gotshal & Manges | New York, NY | 1157 | $1075.00 | $625.00 | $930.00 | | $780.00 $300.00 | $600.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

Copyright 2014 ALM Media properties, LLC. All rights reserved.

888-770-5647
www.alm.com

440

| Firm | City | | | | | | | Source | Note |
|---|---|---|---|---|---|---|---|---|---|
| 2014 White & Case | New York, NY | 1895 | $1050.00 | $875.00 | $1050.00 | $220.00 | $525.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wiley Rein | Washington, DC | 277 | $950.00 | $665.00 | $535.00 | $320.00 | $445.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Williams Mullen | Richmond, VA | 233 | $410.00 | $385.00 | $350.00 | $260.00 | $265.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Willkie Farr & Gallagher | New York, NY | 526 | $1090.00 | $950.00 | $790.00 | $350.00 | $580.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wilmer Cutler Pickering Hale and Dorr | Washington, DC | 988 | $1250.00 | $905.00 | $695.00 | $75.00 | $290.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Winston & Strawn | Chicago, IL | 822 | $995.00 | $800.00 | $590.00 | $425.00 | $520.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wolff & Samson | West Orange, NJ | 125 | $450.00 | $400.00 | $450.00 | $225.00 | $340.00 | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Womble Carlyle Sandridge & Rice | Winston-Salem, NC | 492 | $640.00 | $554.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |
| 2014 Wyatt Tarrant & Combs | Louisville, KY | 202 | $500.00 | $418.00 | | | | National Law Journal, December 2014 | Full-time equivalent (FTE) attorneys at the firm and the city of the firm's largest U.S. office as listed in the 2014 NLJ 350 report |

888-770-5647
www.alm.com
US_ATMA17KM6M53-v1

Copyright 2014 ALM Media properties, LLC. All rights reserved.

17

441