UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | April 22, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS [535]**

On April 19, 2019, Plaintiffs filed a Motion for Award of Attorney's Fees and Costs, which is scheduled for a hearing on May 17, 2019 at 9:30 a.m. [Doc. # 535.] Plaintiffs assert in their Notice of Motion that they will request the same relief before the Ninth Circuit Court of Appeals, and that they will attempt to have their fee request "resolved via mediation under the supervision of the Ninth Circuit's Mediation Office." *See id.* at 4 n.1.[1] **By May 3, 2019**, the parties shall file a joint status report discussing whether they intend to mediate their dispute (before the Ninth Circuit's Mediation Office or otherwise) and, if so, whether Plaintiffs' Motion should be held in abeyance pending the outcome of their mediation in order to conserve scarce judicial resources. Notwithstanding this Order, the parties shall adhere to the briefing schedule imposed by Local Rules 7-9 and 7-10.

**IT IS SO ORDERED**.

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.