JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**STIPULATION FOR EXTENSION OF HEARING DATE RE ECF NO 535 AND BRIEFING SCHEDULE;**<br><br>**[Proposed] Order** |

On April 19, 2019, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs in the above-captioned case (ECF No. 535). Plaintiffs set that motion for hearing before the Court on May 17, 2019. The parties have conferred, and stipulate to continue the hearing date for Plaintiffs' motion, and to set the briefing schedule as follows:

- Defendants' opposition to be filed on or before May 24, 2018.
- Plaintiffs' reply to be filed on or before June 7, 2018.
- Hearing reset for June 21, 2019.

Good cause exists for the Court to grant the parties' request. The parties have already begun to meet and confer regarding this motion, and believe that it may be resolved without the need for further briefing. To determine if resolution is possible, the parties intend to ask that the motion be referred for mediation at the Ninth Circuit. This extension will allow the parties the opportunity to explore whether resolution of this matter is possible without the need to simultaneously brief the matter before this Court. Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

-1-

DATED: April 25, 2018 /s/ *Carlos Holquin* (with permission)
CARLOS HOLQUIN
Center for Human Rights
and Constitutional Law

*Attorney for Plaintiffs*

DATED: April 25, 2019 JOSEPH H. HUNT
Acting Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants