NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER RE STIPULATION TO CONTINUE HEARING AND BRIEFING SCHEDULE ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [537]** |

On April 25, 2019, the parties filed a Stipulation to continue the briefing and hearing schedule on Plaintiffs' Motion for Attorneys' Fees and Costs. [Doc. # 537.] **Good cause appearing**, the Court **MODIFIES** the briefing and hearing schedule on Plaintiffs' Motion for Attorneys' Fees and Costs as follows:

- Defendants' Opposition shall be filed on or before May 24, 2019;
- Plaintiffs' Reply shall be filed on or before June 7, 2019; and
- The hearing [Doc. # 535] is **CONTINUED** to June 21, 2019 at 9:30 a.m.

Additionally, **by May 24, 2019**, the parties shall file a joint status report discussing whether they intend to mediate their dispute (before the Ninth Circuit's Mediation Office or otherwise) and, if so, whether Plaintiffs' Motion should be held in abeyance pending the outcome of their mediation.

**IT IS SO ORDERED.**

DATED: April 26, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE