UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

APR 26 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; KEVIN K. MCALEENAN, Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants-Appellants. | No.   17-56297 <br><br> D.C. No. <br> 2:85-cv-04544-DMG-AGR <br> Central District of California, <br> Los Angeles <br><br> ORDER |
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; KEVIN K. MCALEENAN, Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants-Appellants. | No.   18-56204 <br><br> D.C. No. <br> 2:85-cv-04544-DMG-AGR |

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

The government's unopposed motion to dismiss appeal no. 18-56204 is **GRANTED**. Appeal no. 18-56204 is **DISMISSED**. This order constitutes the mandate as to no. 18-56204.

Oral argument in appeal no. 17-56297 will take place during the week of June 17, 2019, in San Francisco, California. The date and time will be determined by separate order. For further information or special requests regarding scheduling, please contact Deputy Clerk Paul Keller at paul_keller@ca9.uscourts.gov or (206) 224-2236.