UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAY 22 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>MATTHEW G. WHITAKER, Acting Attorney General of the United States; et al.,<br><br>        Defendants-Appellants. | No.   18-56596<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Appellants' unopposed motion (Docket Entry No. 11) for voluntary dismissal of this appeal is granted. This appeal is dismissed. *See* Fed. R. App. P. 42(b).

This order served on the district court shall act as and for the mandate of this court.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Linda K. King
Deputy Clerk
Ninth Circuit Rule 27-7

LK/Pro Mo