JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO 535;** <br><br> **[Proposed] Order** |

On April 19, 2019, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs in the above-captioned case (ECF No. 535). On April 26, 2019, at the request of the parties, the Court extended the briefing schedule for this motion and ordered the parties to file a status report by May 24, 2019, "discussing whether they intend to mediate their dispute (before the Ninth Circuit's Mediation Office or otherwise) and, if so, whether Plaintiffs' Motion should be held in abeyance pending the outcome of their mediation." ECF No. 538. The parties hereby inform the Court that they are seeking to mediate these issues, and have filed a request with the Ninth Circuit asking that the motion be referred for mediation. However, the parties request the motion be subject to re-noticing should the parties fail to resolve Plaintiffs' fee application through mediation. The parties therefore ask the Court to hold the briefing and adjudication of this motion in abeyance so that the parties can pursue this mediation process. Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

| | |
|---|---|
| DATED: May 23, 2019 | */s/ Carlos Holguin* (with permission)<br>CARLOS HOLGUIN<br>Center for Human Rights<br>   and Constitutional Law<br><br>*Attorney for Plaintiffs* |
| DATED:  May 23, 2019 | JOSEPH H. HUNT<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Sarah B. Fabian*<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 532-4824<br>Fax: (202) 305-7000<br>Email: sarah.b.fabian@usdoj.gov<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on May 23, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

    /s/ *Sarah B. Fabian*
    SARAH B. FABIAN
    U.S. Department of Justice
    District Court Section
    Office of Immigration Litigation

    Attorney for Defendants