NOTE: CHANGES MADE BY THE COURT

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER RE STIPULATION TO HOLD IN ABEYANCE PLAINTIFFS' MOTION FOR ATTORNEY'S FEES AND COSTS [541]** |

On April 19, 2019, Plaintiffs filed a Motion for Award of Attorney's and Costs [Doc. # 535], which is currently scheduled for a hearing on June 21, 2019 at 9:30 a.m. [Doc. # 538.] On May 23, 2019, the parties filed a Stipulation to "hold the briefing and adjudication of this motion in abeyance so that the parties can pursue the mediation process." [Doc. # 541.]

**GOOD CAUSE APPEARING**, the Court **APPROVES** the parties' Stipulation and orders that Plaintiffs' motion [Doc. # 535] will be held in abeyance pending the parties' mediation efforts. The June 21, 2019 hearing is **VACATED**. **No later than ten (10) days** after the parties resolve the instant fee dispute through mediation or determine that they are unable to do so, the parties shall file a joint status report. If the parties have settled their dispute, then the joint status report shall be accompanied by a proposed order incorporating the terms of their settlement. If the parties have not settled this matter, then the joint status report shall propose a new briefing and hearing schedule for Plaintiffs' motion.

**IT IS SO ORDERED.**

DATED: May 28, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE