CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | ) Case No. CV 85-4544 DMG (AGRx) |
| | ) |
| Plaintiffs, | ) [PROPOSED] ORDER GRANTING |
| | ) PLAINTIFFS' REQUEST FOR ATTORNEYS' |
| - vs - | ) FEES |
| | ) |
| WILLIAM P. BARR, ATTORNEY GENERAL | ) |
| OF THE UNITED STATES, *et al.*, | )         [HON. DOLLY M. GEE] |
| | ) |
| Defendants. | ) |
| _____ | ) |

1

2              *Plaintiffs' counsel, continued:*

3

4   LA RAZA CENTRO LEGAL, INC.
    Michael S. Sorgen (Cal. Bar No. 43107)

5   474 Valencia Street, #295
    San Francisco, CA 94103

6   Telephone: (415) 575-3500

7

8   THE LAW FOUNDATION OF SILICON VALLEY
    LEGAL ADVOCATES FOR CHILDREN AND YOUTH

9   PUBLIC INTEREST LAW FIRM
    Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

10  Katherine H. Manning (Cal. Bar No. 229233)
    Annette Kirkham (Cal. Bar No. 217958)

11  152 North Third Street, 3rd floor

12  San Jose, CA 95112

13  Telephone:  (408) 280-2437
    Facsimile:   (408) 288-8850

14  Email: jenniferk@lawfoundation.org

15   kate.manning@lawfoundation.org
     annettek@lawfoundation.org

16

17  *Of counsel:*

18

19  YOUTH LAW CENTER
    Virginia Corrigan (Cal. Bar No. 292035)

20  832 Folsom Street, Suite 700
    San Francisco, CA 94104

21  Telephone: (415) 543-3379

22

23

24

25

26

27

28

                                              CV 85-4544-DMG (AGRX)

                        ii

For good cause shown, Plaintiffs' motion for attorneys' fees is GRANTED.

Plaintiffs prevailed in this matter and defendants have not established that their pre-litigation or litigation positions were substantially justified. Plaintiffs are indigent detained immigrant minors. Class counsel is entitled to enhanced market rate fees based on his experience and the lack of other counsel available to litigate this case at statutory rates. Defendants are ordered to pay Plaintiffs' attorneys' fees in the amount totaling $42,359, as follows:.

| Name | Hours | Rate | Total |
|------|-------|------|-------|
| Peter Schey | 38 | $950 | $36,100 |
| Virginia Corrigan | 9 | $205.20 | $1,847 |
| Laura Diamond | 6 | $205.20 | $1,231 |
| Rachel Leach | 15.5 | $205.20 | $3,181 |

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Hon. Dolly Gee
United States District Judge

PROPOSED BY:
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
/s/*Peter Schey*
*Attorneys for Plaintiffs*

1

CV 85-4544-DMG (AGRX)

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On May 28, 2019 I electronically filed the following document(s):

• [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*

[PROPOSED] ORDER GRANTING
PLAINTIFFS' REQUEST FOR
ATTORNEYS' FEES

1