UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | May 29, 2019 |
| Title | Jenny L. Flores, et al. v. William P. Barr, et al. | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES [545]**

On May 28, 2019, Plaintiffs filed a Motion for Award of Attorneys' Fees, which is scheduled for a hearing on June 28, 2019 at 9:30 a.m. [Doc. # 545.] The notice of motion does not contain a statement required by Local Rule 7-3 indicating that counsel conferred at least seven days prior to the filing of the motion. *See* C.D. Cal. L.R. 7-3. Due to Plaintiffs' failure to comply with Local Rule 7-3, the Court **DENIES** the motion without prejudice to refiling after compliance. The June 28, 2019 hearing is **VACATED**.

**IT IS SO ORDERED**.