CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES |
| - vs - | |
| WILLIAM P. BARR, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | [HON. DOLLY M. GEE] |
| Defendants. | |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
 kate.manning@lawfoundation.org
 annettek@lawfoundation.org

*Of counsel:*

YOUTH LAW CENTER
Virginia Corrigan (Cal. Bar No. 292035)
832 Folsom Street, Suite 700
San Francisco, CA 94104
Telephone: (415) 543-3379

CV 85-4544-DMG (AGRX)

ii

For good cause shown, Plaintiffs' motion for attorneys' fees is GRANTED.

Plaintiffs prevailed in this matter and defendants have not established that their pre-litigation or litigation positions were substantially justified. Plaintiffs are indigent detained immigrant minors. Class counsel is entitled to enhanced market rate fees based on his experience and the lack of other counsel available to litigate this case at statutory rates. Defendants are ordered to pay Plaintiffs' attorneys' fees in the amount totaling $42,359, as follows:.

| Name | Hours | Rate | Total |
|---|---|---|---|
| Peter Schey | 38 | $950 | $36,100 |
| Virginia Corrigan | 9 | $205.20 | $1,847 |
| Laura Diamond | 6 | $205.20 | $1,231 |
| Rachel Leach | 15.5 | $205.20 | $3,181 |

**IT IS SO ORDERED.**

Dated: _____, 2019

_____
Hon. Dolly Gee
United States District Judge

PROPOSED BY:
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
/s/*Peter Schey*
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 7, 2019 I electronically filed the following document(s):

- [PROPOSED] ORDER GRANTING PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*