JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION FOR MEDIATION AND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE, ECF NO 547-2;** <br><br> **[Proposed] Order** |

On May 31, 2019, Plaintiffs filed a Motion to Enforce Settlement Agreement in the above-captioned case (ECF No. 547-2). Plaintiffs noticed the motion for hearing on July 12, 2019. The parties have conferred with Andrea Sheridan-Ordin, the Monitor in this case, and believe that it is appropriate to refer this motion to the Monitor for possible resolution in lieu of litigating the motion before the Court. Accordingly, the parties ask the Court to enter the attached proposed order, which extends the schedule for the Court's adjudication of the motion to provide the opportunity for such mediation. Good cause exists for this extension, which would potentially preserve the resources of the Court and the parties that would otherwise be required to decide this Motion.

The parties therefore ask the Court to enter the following schedule for adjudication of this Motion:

- June 10, 2019 – Plaintiffs will submit a non-confidential mediation statement to Defendants and the Monitor. The statement will include a list of the issues for settlement as well as Plaintiffs' settlement demand for each issue. Plaintiffs may also separately submit a confidential mediation statement to the Monitor.

- June 17, 2019 – Defendants will submit a non-confidential mediation statement to Plaintiffs and the Monitor. The statement will respond to each of the issues identified for settlement by Plaintiffs and will contain Defendants' settlement offer for each issue. Defendants may also separately submit a confidential mediation statement to the Monitor.

- June 20-21, 2019 – Mediation held.

-1-

- July 19, 2019 – Defendants' deadline to file opposition (if necessary, date to be extended if progress is made in mediation)

- August 2, 2019 – Plaintiffs' deadline to file reply (if necessary, date to be extended if progress is made in mediation)

- August 16, 2019 – oral argument (if necessary, date to be extended if progress is made in mediation)

Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

DATED: June 8, 2019 /s/ *Peter Schey* (with permission)
PETER SCHEY
Center for Human Rights
and Constitutional Law

*Attorney for Plaintiffs*

DATED: June 8, 2019 JOSEPH H. HUNT
Acting Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station

Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants

-4-