JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER SETTING MEDIATION AND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE, ECF NO 547-2**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation To for Mediation and Briefing Scheduled Regarding Plaintiffs' Motion to Enforce, ECF No. 547-2.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the motion be set for mediation with the Monitor, and that the following schedule is set for adjudication of this Motion:

- June 10, 2019 – Plaintiffs will submit a non-confidential mediation statement to Defendants and the Monitor.

- June 17, 2019 – Defendants will submit a non-confidential mediation statement to Plaintiffs and the Monitor.

- June 20-21, 2019 – Mediation held.

- July 19, 2019 – Defendants' deadline to file opposition (if necessary, date to be extended if progress is made in mediation)

- August 2, 2019 – Plaintiffs' deadline to file reply (if necessary, date to be extended if progress is made in mediation)

- August 16, 2019 – oral argument (if necessary, date to be extended if progress is made in mediation)

**IT IS SO ORDERED.**

DATED: _____, 2019.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-