NOTE: CHANGES MADE BY THE COURT

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE STIPULATION FOR MEDIATION AND BRIEFING SCHEDULE REGARDING PLAINTIFFS' FORTHCOMING MOTION TO ENFORCE [552]** |

On May 31, 2019, Plaintiffs filed an Application for leave to file a Motion to Enforce and certain documents relating thereto under seal. [Doc. # 547.] As that Application is currently pending, Plaintiffs have not yet formally noticed the Motion to Enforce for a hearing. [Doc. # 549.]

On June 8, 2019, the parties filed a Stipulation concerning the mediation and briefing schedule for Plaintiffs' forthcoming Motion to Enforce. [Doc. # 552.] **GOOD CAUSE APPEARING**, the Court hereby **ORDERS** that the forthcoming Motion to Enforce be set for mediation with the Monitor, and that the following schedule is set for adjudication of the forthcoming Motion to Enforce:

1. By June 10, 2019, Plaintiffs will submit a non-confidential mediation statement to Defendants and the Monitor;

2. By June 17, 2019, Defendants will submit a non-confidential mediation statement to Plaintiffs and the Monitor;

3. From June 20 to June 21, 2019, a mediation held will be held before the Monitor;

4. By July 19, 2019, provided that Plaintiffs have properly filed their Motion to Enforce, Defendants shall file an Opposition or Statement of Non-Opposition to the forthcoming Motion to Enforce;

5. By August 2, 2019, Plaintiffs may file a Reply;[1]

---

[1] If progress is made at the mediation, then the Court may extend the deadlines for Defendants' Opposition and Plaintiffs' Reply, provided that the parties submit a joint stipulation and proposed order to that effect.

6. The Court hereby **REFERS** the forthcoming Motion to Enforce to the Monitor for a Report and Recommendation pursuant to Paragraph A.2 of the Appointment Order [Doc. # 494].  Upon the filing of Plaintiffs' Reply or the expiration of the deadline for doing so (whichever is applicable), the Monitor may conduct any proceedings she deems appropriate, including requiring the parties to submit supplemental briefing (to be filed on the docket) and holding a hearing on the forthcoming Motion to Enforce; and

7. In accordance with Federal Rule of Civil Procedure 53(f)(2), each party may move to adopt or modify, or instead file objections to, the Monitor's Report and Recommendation within 21 days of its filing. Any responses to objections shall be filed within 14 days of the date on which the objections are filed.  If necessary, the Court shall thereafter hold a hearing on the parties' motion(s) and/or objections.

**IT IS SO ORDERED.**

DATED:  June 10, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE