## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores<br><br>v.<br><br>Edwin Meese, et al. | CASE NUMBER:<br><br>2:85-cv-04544-DMG-AGR |
| | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

Plaintiff(s)

Defendant(s).

The Court hereby orders that the request of:

<u>Jenny L. Flores, Plaintiff</u>     X  Plaintiff     G Defendant     G Other _____
    *Name of Party*

to withdraw  Virginia Corrigan, who is

    X  Of Counsel         G Counsel appointed by the Court (Criminal cases only) G Pro Se

as attorney of record

**is hereby       X GRANTED  G DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  _____          _____
                                                 U. S. District Judge/U.S. Magistrate Judge

G-01 ORDER (09/17)(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY