# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores<br><br>Plaintiff(s)<br>v.<br><br>Edwin Meese, et al.<br><br>Defendant(s). | CASE NUMBER:<br><br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

<u>Jenny L. Flores, Plaintiff</u>      X  Plaintiff    ☐ Defendant   ☐ Other _____
   *Name of Party*

to withdraw  Virginia Corrigan, who is

   X   Of Counsel        ☐ Counsel appointed by the Court (Criminal cases only)        ☐ Pro Se

as attorney of record

**is hereby**        X GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated: June 13, 2019

*/s/ Dolly M. Gee*
Dolly M. Gee, U. S. District Judge