JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>　　Plaintiffs, <br><br>　　v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br>　　Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION FOR EXTENSION OF HEARING DATE RE ECF NO 550;** <br><br> **[Proposed] Order** |

On May 28, 2019, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs in the above-captioned case (ECF No. 545). Plaintiffs set that motion for hearing before the Court on June 28, 2019. The Court dismissed that motion because Plaintiffs' counsel failed to comply with L.R. 7-3 in advance of filing. Plaintiffs subsequently filed an amended motion (ECF No. 550) on June 7, 2019 after having complied with L.R. 7-3. The Court set the motion for hearing on July 5, 2019. The parties have conferred, and stipulate to continue the hearing date for Plaintiffs' motion for two weeks to July 19, 2019.

Good cause exists for the Court to grant the parties' request. The parties have discussed the possibility of resolving the motion without the need for further briefing. Moreover, should these discussions not prove successful counsel for Defendants require the additional two weeks to consult with agency clients and prepare a response. Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

-1-

| | |
|---|---|
| DATED: June 14, 2019 | */s/ Peter Schey* (with permission)<br>PETER SCHEY<br>Center for Human Rights<br>    and Constitutional Law<br><br>*Attorney for Plaintiffs* |
| DATED:  June 14, 2019 | JOSEPH H. HUNT<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Sarah B. Fabian*<br>SARAH B. FABIAN<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 532-4824<br>Fax: (202) 305-7000<br>Email: sarah.b.fabian@usdoj.gov<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on June 14, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants