CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>  Plaintiffs,<br>- vs -<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>  Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>UNOPPOSED EX PARTE APPLICATION TO WITHDRAW FROM THE PUBLIC DOCKET AND FILE UNDER SEAL PLAINTIFFS' [UNDER SEAL] SUPPLEMENTAL DECLARATION (DOC. 558), UNREDACTED CORRECTED POINTS AND AUTHORITIES (DOC. 558-1), AND UNREDACTED CORRECTED EXHIBIT 10 (DOC. 558-2).<br><br>[HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:   (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar. No. 208741)
Neha Desai (Cl. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No, 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

Plaintiffs respectfully request that the Court Order that Docs. ## 558, 558-1 and 558-2, a declaration and two unredacted documents that were inadvertently filed on the public docket, be withdrawn by the clerk from the public docket and filed under seal. Defendants have stipulated to this *ex parte* request. Declaration of Peter Schey in Support of Unopposed Ex Parte Application to Withdraw from the Public Docket, etc. ("Schey Dec."), ¶ 6.

Pursuant to the Court's May 31, 2019 Minute Order (Doc. # 549), on June 14, 2019, Plaintiffs filed on the public docket a Supplemental Application for Leave to File Corrected Points and Authorities in Support of Motion to Enforce Settlement and Exhibit 10 Under Seal ("Supplemental Application") (Doc. # 557); Redacted Corrected Points and Authorities in Support of Motion to Enforce (Doc. # 557-1); and Redacted Corrected Exhibit 10 in Support of Motion to Enforce (Doc. # 557-2). Names of class member asylum seekers and a government-employee deponent in *Lucas R. v. Azar*, CV 2:18-CV-05741 DMG PLA (C.D. Cal.), were redacted in these documents. Schey Dec. ¶ 2.

Plaintiffs inadvertently filed on the public docket the declaration and *unredacted* versions of the two redacted documents. Docs. ## 558,[1] 558-1 (Unredacted Corrected

---

[1] Doc. # 558 ("[Under Seal] Supplemental Declaration of Class Counsel in Support of Supplemental Application for Leave to File Corrected Points and Authorities in Support of Motion to Enforce and Exhibit 10 Under Seal" ("Supplemental Declaration")) does not include any confidential names, but in order to conform with the Local Rules, Plaintiffs request that it be withdrawn and filed under seal along with the two unredacted documents. Schey Dec. ¶ 3, n. 1.

Points and Authorities in Support of Motion to Enforce ("Unredacted Corrected P&A"); Doc. # 558-2 (Unredacted Corrected Exhibit 10 in Support of Motion to Enforce ("Unredacted Corrected Exhibit 10")). Schey Dec., ¶ 3.

There is good cause for these documents to be withdrawn from the public docket and Ordered to be filed under seal. As set forth in Plaintiffs' Supplemental Application (Doc. # 557), the Unredacted Corrected P&A identifies by name several class member asylum seekers. Schey Dec., ¶ 4. As the court has recognized, "[p]ursuant to 8 C.F.R. §§ 208.6 and 1208.6, the identities of asylum applicants are confidential." Order Granting Leave to File Deposition excerpts of Asylum Applicants and Memorandum Identifying Asylum Applicants under Seal. (Doc. # 294). Unredacted Corrected Exhibit 10 includes the name and title of the deponent who the Defendants claim is a non-supervisory government-employee whose identity is protected by a Stipulated Protective Order in *Lucas R*. Schey Dec., ¶ 5. Plaintiffs have conferred with Defendants about its position that the identity of the deponent is confidential, pursuant to Local Rule 79-5.2.2(b). Schey Dec., ¶ 5. Plaintiffs have insufficient information to dispute the government's assertion, and therefore have no objection to preserving the confidentiality of the deponent's identity. *Id.*

For the foregoing reasons, Plaintiffs respectfully request that the Court issue an Order that the clerk withdraw Documents 558, 558-1 and 558-2 from the public record, and file them Under Seal.

///

A proposed order granting this Ex Parte Application is lodged herewith.

Dated: June 16, 2019					Respectfully submitted,

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena García

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY -
LEGAL ADVOCATES FOR CHILDREN &
YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai

U.C. DAVIS SCHOOL OF LAW
Holly Cooper


  /s/ Peter Schey_____
*Peter Schey*
*Attorneys for Plaintiffs*

CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 16, 2019 I electronically filed the following document(s): UNOPPOSED EX PARTE APPLICATION TO WITHDRAW FROM THE PUBLIC DOCKET AND FILE UNDER SEAL PLAINTIFFS' UNDER SEAL SUPPLEMENTAL DECLARATION (DOC. 558); UNREDACTED CORRECTED POINTS AND AUTHORITIES (DOC. 558-1) AND UNREDACTED CORRECTED EXHIBIT 10 (DOC. 558-2).

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*