CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
   crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>  Plaintiffs,<br><br>- vs -<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>  Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>DECLARATION IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION TO WITHDRAW FROM THE PUBLIC DOCKET AND FILE UNDER SEAL PLAINTIFFS' [UNDER SEAL] SUPPLEMENTAL DECLARATION (DOC. 558); UNREDACTED CORRECTED POINTS AND AUTHORITIES (DOC. 558-1) AND UNREDACTED CORRECTED EXHIBIT 10 (DOC. 558-2).<br><br>[HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar. No. 208741)
Neha Desai (Cl. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No, 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

I, Peter A. Schey, depose and say:

1. I am class counsel for Plaintiffs in the above-captioned matter. This declaration is made in support of the concurrently filed Unopposed Ex Parte Application to Withdraw from the Public Docket and File Under Seal Plaintiffs' [Under Seal] Supplemental Declaration (Doc. # 558); Unredacted Corrected Points and Authorities (Doc. 558-1); and Unredacted Corrected Exhibit 10 (Doc. 558-2).

2. Pursuant to the Court's May 31, 2019 Minute Order (Doc. #549), on June 14, 2019, Plaintiffs filed on the public docket Plaintiffs' Supplemental Application for Leave to File Corrected Points and Authorities in Support of Motion to Enforce Settlement and Exhibit 10 Under Seal ("Supplemental Application") (Doc. # 557); Redacted Corrected Points and Authorities in Support of Motion to Enforce (Doc. # 557-1); and Redacted Corrected Exhibit 10 in Support of Motion to Enforce (Doc. # 557-2). Names of class member asylum seekers and a government-employee deponent in *Lucas R. v. Azar*, CV 2:18-CV-05741 DMG PLA (C.D. Cal.), were redacted in these documents.

3. Plaintiffs then inadvertently filed on the public docket the unredacted versions of these redacted documents, and their supporting declaration. *See* Doc. 558 ("[Under Seal] Supplemental Declaration of Class Counsel in Support of Supplemental Application for Leave to File Corrected Points and Authorities in Support of Motion to Enforce and Exhibit 10 Under Seal" ("Supplemental Declaration")), Doc. 558-1 (Unredacted Corrected Points and Authorities in Support of Motion to Enforce

("Unredacted P&A"); Doc. 558-2 (Unredacted Corrected Exhibit 10 in Support of Motion to Enforce ("Unredacted Exhibit 10"));

4. The Unredacted P&A identifies by name several class member asylum seekers, which are confidential pursuant to an Order of this Court. (Doc. # 294).

5. Unredacted Exhibit 10 includes the name and title of a government-employee deponent, which the government asserts is protected by a Stipulated Protective Order in *Lucas R*. Pursuant to Local Rule 79-5.2.2(b). A copy of the Stipulated Protective Order in *Lucas R.* is attached as Exhibit 1. Plaintiffs have conferred with *Lucas R.* Defendants' counsel about their position that the identities of all non-supervisory federal employees named in the deposition transcript are confidential, and have attempted to resolve this issue by extracting the pages including all claimed-protected names from the Corrected Exhibit 10, with the exception of the deponent. The extracted pages are not relied upon by Plaintiffs in their Motion to Enforce. Plaintiffs have insufficient information to dispute the Defendants' assertion that the deponent is a non-supervisory federal employee, but do not object to preserving the confidentiality of the deponent's identity.

6. Plaintiffs have communicated with Defendants' counsel about the subject of this Ex Parte Application and they do not oppose this application.

I declare under penalty of perjury that the foregoing facts are true and correct. Executed this 16th day of June, 2019, in Ojai, California.

    /s/ Peter Schey
*Peter Schey*
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 16, 2019 I electronically filed the following document(s):

DECLARATION IN SUPPORT OF UNOPPOSED EX PARTE APPLICATION TO WITHDRAW FROM THE PUBLIC DOCKET AND FILE UNDER SEAL PLAINTIFFS' [UNDER SEAL] SUPPLEMENTAL DECLARATION (DOC. 558); UNREDACTED CORRECTED POINTS AND AUTHORITIES (DOC. 558-1) AND UNREDACTED CORRECTED EXHIBIT 10 (DOC. 558-2).

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*