CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos Holguín (Cal. Bar No. 90754)
Peter A. Schey (Cal. Bar No. 58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elena Garcia (Cal. Bar No. 299680)
egarcia@orrick.com
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br>- vs -<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>[PROPOSED] ORDER RE UNOPPOSED EX PARTE APPLICATION TO WITHDRAW FROM THE PUBLIC DOCKET AND FILE UNDER SEAL PLAINTIFFS' [UNDER SEAL] SUPPLEMENTAL DECLARATION (DOC. 558); UNREDACTED CORRECTED POINTS AND AUTHORITIES (DOC. 558-1) AND UNREDACTED CORRECTED EXHIBIT 10 (DOC. 558-2)<br><br>[HON. DOLLY M. GEE] |

*Plaintiffs' counsel, continued:*

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar. No. 208741)
Neha Desai (Cl. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No, 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

Plaintiffs have submitted an *Ex Parte* Application to Withdraw from the Public Docket and file Under Seal:

    Plaintiffs' [Under Seal] Supplemental Declaration (Doc. 558)

    Unredacted Corrected Points and Authorities (Doc. 558-1)

    Unredacted Corrected Exhibit 10 (Doc. 558-2)

Plaintiffs have shown good cause to seal Doc. ## 558, 558-1, and 558-2, from the public record. The Court therefore **ORDERS** that the clerk withdraw Docs. ## 558, 558-1 and 558-2 from the public docket, and place these documents Under Seal.[1]

**IT IS SO ORDERED.**

Dated: _____, 2019.

                                           _____
                                           DOLLY M. GEE
                                           UNITED STATES DISTRICT JUDGE

---

[1] The Court has already temporarily sealed the documents pending its review of the *ex parte* application.

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 16, 2019 I electronically filed the following document(s):

[Proposed] Order Re UNOPPOSED EX PARTE APPLICATION TO WITHDRAW FROM THE PUBLIC DOCKET AND FILE UNDER SEAL PLAINTIFFS' [UNDER SEAL] SUPPLEMENTAL DECLARATION (DOC. 558); UNREDACTED CORRECTED POINTS AND AUTHORITIES (DOC. 558-1) AND UNREDACTED CORRECTED EXHIBIT 10 (DOC. 558-2).

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*
*Attorney for Plaintiffs*