1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER RE STIPULATION FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [556]** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | |
| Defendants. | |

On June 7, 2019, Plaintiffs filed a Motion for Attorneys' Fees [Doc. # 550], which is currently scheduled for a hearing on July 5, 2019 at 9:30 a.m. [Doc. # 551.] On June 14, 2019, the parties filed a Stipulation to the continue the hearing on the Motion to July 19, 2019. [Doc. # 556.] The parties represent that they "have discussed the possibility of resolving the motion without need for further briefing[,]" and Defendants claim that "should these discussions not prove successful[,] counsel for Defendants require the additional two weeks to consult with agency clients and prepare a response." *See id.* at 2.

**Good cause appearing**, the Court **APPROVES** the parties' Stipulation and issues the following rulings:

1. The hearing on Plaintiffs' Motion for Attorneys' Fees [Doc. # 550] is continued to **July 19, 2019 at 9:30 a.m.**; and

2. **By June 28, 2019**, one of the following must occur: (a) the parties must file a joint status report indicating whether they have settled Plaintiffs' Motion for Attorneys' Fees or require additional time to do so,[1] (b) Defendants shall file a Statement of Non-Opposition to Plaintiffs' Motion for Attorneys' Fees, or (c) Defendants shall file an Opposition to Plaintiffs' Motion for Attorneys' Fees.

**IT IS SO ORDERED.**

DATED: June 18, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] Any such joint status report shall be accompanied by a proposed order, a Word version of which must be submitted to chambers in accordance with Local Rule 5-4.4.2.