1  ANDREA SHERIDAN ORDIN (SBN 38235)
   STRUMWASSER & WOOCHER LLP
2  10940 Wilshire Boulevard, Suite 2000
   Los Angeles, California 90024
3  Telephone: (310) 576-1233
   Facsimile: (310) 319-0156
4  E-mail: aordin@strumwooch.com

5  *Special Master / Independent Monitor*

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | CASE NO. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME AND MODIFICATION** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

On June 10, 2019, the Court ordered Plaintiffs' Motion to Enforce be set for mediation with the Monitor. [Doc. #553]. In light of mediation efforts, and to allow the parties sufficient time to respond to the Second Report and Recommendation, the Special Master/Independent Monitor ("Monitor") requests the following modifications and extensions of time for the filing of the Second Report and Recommendation and Third Report and Recommendation. The Monitor will request a modified date for the Fourth Report and Recommendation at a later time.

**Modification to the Timing of Reports**

Second Report and Recommendation:     Thursday, July 10, 2019

Third Report and Recommendation:     Friday, September 13, 2019

No further modifications are requested.

The Monitor has informed counsel for Plaintiffs and Defendants of this Notice to the Court Re Proposed Extension of Time and Modification and the Monitor has received no objections.

DATED: June 18, 2019

Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By _____
Andrea Sheridan Ordin

*Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544-DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on June 18, 2019, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME AND MODIFICATION.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on June 18, 2019, at Los Angeles, California.

Lauren S. Guerena