UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | June 21, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE NOTICE TO THE COURT RE PROPOSED EXTENSION OF TIME AND MODIFICATION [562]**

On June 18, 2019, the Monitor filed a Notice to the Court Re Proposed Extension of Time and Modification, which proposes certain modifications to the schedule for filing the Second Report and Recommendation and the Third Report and Recommendation ("Notice re Proposed Extension"). [Doc. # 562.] The Notice re Proposed Extension further indicates that "[t]he Monitor has informed counsel for Plaintiffs and Defendants of this Notice to the Court Re Proposed Extension of Time and Modification and the Monitor has received no objections." *Id.* at 2.

As it appears that the parties do not have any objection to the Notice re Proposed Extension, the Court **APPROVES** the Notice re Proposed Extension and **MODIFIES** the schedule provided in Paragraph D(1)(a) of the Appointment Order as follows:

1. The Second Report and Recommendation is due on **Wednesday, July 10, 2019**; and
2. The Third Report and Recommendation is due on **Friday, September 13, 2019**.

All other aspects of the Appointment Order, and the November 5, 2018 and the March 28, 2019 modifications thereto [Doc. ## 518, 533], remain in full force and effect.

**IT IS SO ORDERED**.