UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | Case CV 85-4544 DMG-AGRx |
| Plaintiffs, | DEFENDANTS' DECLARATION IN SUPPORT OF MOTION TO SEAL PORTIONS OF THE MOTION TO ENFORCE |
| - vs - | |
| WILLIAM BARR, ATTORNEY GENERAL OF THE UNITED STATES, et al., | |
| Defendants. | [HON. DOLLY M. GEE] |

DECLARATION OF JUDITH R. HARON

1. I, Judith R. Haron, pursuant to the provisions of 28 U.S.C. § 1746, declare, under penalty of perjury, as follows:

2. I am the Acting Associate General Counsel for the Department of Health and Human Services ("HHS"); Office of the General Counsel; Children, Families, and Aging Division. I submit this declaration based on my personal knowledge, information acquired by me in the course of performing my official duties, my review of HHS records and information contained therein, and information supplied to me by current HHS employees in support of Defendants' Motion to Seal Portions of the Motion to Enforce under L.R.79-5.2.2(b)(i).

3. The material that Defendants seek to seal consists of or refers to information designated as "CONFIDENTIAL" pursuant to the Protective Order entered in *Lucas R., et al. v. Alex Azar, et al.,* CV 18-5741-DMG (PLAx) (C.D. Cal.) ("the *Lucas R* Protective Order"). [Doc. #158.]

4. Paragraph 5 of the *Lucas R* Protective Order, which was stipulated to by

Plaintiffs' Counsel, designates "Confidential Personal Information" as "personally identifiable information or medical information of individuals who are or were in the custody of ORR, third parties, non-supervisor federal and non-federal employees, including names and contact information; confidential commercial or financial information as defined under 5 U.S.C. § 552(b)(4); and any other information that is protected or restricted from disclosure by statute or regulation, but which the Court may order to be produced."

5. This case involves third-party government grantees with non-federal employee staff and non-supervisory level employees. By deeming their personally identifying information "Confidential," Defendants seek to protect their identities and private personal and employment information, the disclosure of which would violate the *Lucas R* Protective Order and implicate their personal privacy interests.

6. Sealing is sought for the Motion to Enforce because it includes and/or references information from two depositions that were taken of K███ H███ and L███ W███ solely for the purpose of discovery in *Lucas R*. These depositions contain confidential information, including names of a third-party non-federal employee psychiatrist and non-supervisory government employees' names and base(s) of operations.

7. It is believed that clearly defined and serious injury to personal privacy would result should the Motion to Seal Portions of the Motion to Enforce not be granted. It is believed that in order to protect the privacy interests of these persons that redactions from the Motion to Enforce should occur as follows:

(1) K███ H███: Her name and title should be redacted under the Lucas R. protective order, as she is not a supervisory employee.

(2) Jill Volovar and James De La Cruz: As these employees have supervisory duties, we do not read the Lucas R. protective order as requiring redaction and do not request redaction.

(3) M███ G███, A███ D███, H███ M███ S███, M███ P███, J███ A███, M███ V███ and any other federal employees or contractors

2

referenced in Ms. H████'s deposition: their names and titles should be redacted under the Lucas R. protective order, as upon our initial understanding, these individuals are either non-supervisory federal or non-federal employees.

(4) Names and titles mentioned in the W████ deposition: Under the *Lucas R* Protective Order, confidential information of third parties, non-supervisory federal and non-federal employees, including names, titles, and contact information, should be redacted.

8. It is believed that no less restrictive alternative is available to prevent the above-described defined and serious injury to the parties.

SIGNED:

Dated: June 21, 2019

Judith R. Haron
Washington, D.C.

3