Kevin M. Askew
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores, et al.<br><br>v.<br><br>William Barr, Attorney General, et al.<br><br>Plaintiff(s) / Defendant(s) | **CASE NUMBER**<br><br>85-cv-4544-DMG (AGRx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rahman Diwan, Shaila
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 506-3718                 (212) 506-5151
*Telephone Number*          *Fax Number*

sdiwan@orrick.com
*E-Mail Address*

of

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Jenny Lisette Flores, et al.

*Name(s) of Party(ies) Represent*     ✓ *Plaintiff(s)* ☐ *Defendant(s)* ☐ *Other:*

**and designating as Local Counsel**

Askew, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

238866           213-629-2020      213-612-2499
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kaskew@orrick.com
*E-Mail Address*

of

Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED

☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated:** _____

**U.S. District Judge/U.S. Magistrate Judge**

G-64 Order (05/16)      (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*      Page 1 of 1