CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:  pschey@centerforhumanrights.org
         crholguin@centerforhumanrights.org
         ldiamond@centerforhumanrights.org
         rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, et al., <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General, et al., <br><br> Defendants | Case No.: CV 85-4544-DMG (AGRx) <br><br> [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE |

*Counsel for Plaintiffs, continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong King (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Email: kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (*pro hac vice* pending)
Shaila Rahman (*pro hac vice* pending)
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com
Email: sdiwan@orrick.com

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
         ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Sheilds Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

Plaintiffs seek to file under seal portions of the exhibits in support of their Ex Parte Application for Temporary Restraining Order and Request for Preliminary Injunction, as listed below:

| Exhibit Number | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| 1. | Declaration of E., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Members' dates of birth |
| 2. | Declaration of C., September 21, 2018 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 3. | Declaration of J., June 18, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 4. | Declaration of J., and J., (An Infant), June 18, 2019 | Class Members' name<br>Class Members' family member names and phone numbers<br>Class Members' date of birth<br>Class Members' Alien Registration Numbers |

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 5. | Declaration of K., June 18, 2019 | Class Member's name<br>Class Member's family member names and phone numbers<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 6. | Declaration of K., June 18, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 7. | Declaration of L., June 18, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 8. | Declaration of L., June 18, 2019 | Class Member's name<br>Class Member's family member names and phone numbers<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 9. | Declaration of M., June 18, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 10. | Declaration of M. and L., June 18, 2019 | Class Member's name<br>Class Member's family member names and phone numbers<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 11. | Declaration of U., June 18, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |

-2-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 12. | Declaration of W., June 18, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 13. | Declaration of Dolly Lucio Sevier, MD and record of physical exams on 21 infants at the Ursula Border Processing Center, June 18, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's medical records |
| 14. | Declaration of K., T., and B., June 18, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 15. | Declaration of Elora Mukherjee, Esq regarding LRC taking care of X., June 18, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 16. | Declaration of A., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |

-3-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

Case 2:85-cv-04544-DMG-AGR   Document 569-1   Filed 06/26/19   Page 7 of 20   Page ID
#:28717

| | | |
|---|---|---|
| 17. | Declaration of B., June 11, 2019 | Class Member's name<br>Class Member's family member names and phone numbers<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 18. | Declaration of C., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 19. | Declaration of C., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 23. | Declaration of E., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |

-4-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 25. | Declaration of K., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 26. | Declaration of K., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 27. | Declaration of K., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 28. | Declaration of K., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |

-5-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| 29. | Declaration of L., June 10, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
|---|---|---|
| 30. | Declaration of M., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 31. | Declaration of M., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |

-6-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 32. | Declaration of M., June 11, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 33. | Declaration of O., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 34. | Declaration of S., June 15, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | | |
|---|---|---|---|
| | 35. | Declaration of W., June 15, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| | 36. | Declaration of Y., June 6, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| | 37. | Ursula Children Visit | Class Member's name<br>Class Member's family member names<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| | 38. | Declaration of E, June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 39. | Declaration of N., June 12, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 40. | Declaration of A., June 17, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 41. | Declaration of A., June 19, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's family member date of birth |
| 42. | Declaration of A., June 19, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 43. | Declaration of A., June 18, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's Alien Registration Number |
| 44. | Declaration of A., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's Alien Registration Number |
| 45. | Declaration of C., June 18, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Alien Registration Number |

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 46. | Declaration of C., June 20, 2019 | Class Member's name<br>Class Member's acquaintance's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's acquaintance's Alien Registration Number |
| 47. | Declaration of E., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's Alien Registration Number |
| 48. | Declaration of E., June 19, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 49. | Declaration of E., June 17, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's Alien Registration Number |

-11-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 50. | Declaration of G., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's Alien Registration Number |
| 51. | Declaration of G., June 20, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 52. | Declaration of G. and F., June 17, 2019 | Class Members' name<br>Class Members' family member names<br>Class Members' date of birth<br>Class Member's Alien Registration Number |
| 53. | Declaration of V, June 17, 2019 | Class Members' name<br>Class Members' family member names<br>Class Members' date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's date of birth |

-12-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | | |
|---|---|---|---|
| 54. | Declaration of K., June 17, 2019 | | Class Members' name<br>Class Members' family member names<br>Class Members' date of birth<br>Class Member's Alien Registration Number<br>Class Member's family Member's date of birth<br>Class Member's family Member's Alien Registration Number |
| 55. | Declaration of K., June 19, 2019 | | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |
| 56. | Declaration of L., on Behalf of N., June 19, 2019 | | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |

-13-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| | | |
|---|---|---|
| 57. | Declaration of M., June 17, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 58. | Declaration of M., June 17, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |
| 59. | Declaration of M., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 60. | Declaration of N., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number |

| | | |
|---|---|---|
| 61. | Declaration of S., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's family member date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 62. | Declaration of Y., June 19, 2019 | Class Member's name<br>Class Member's family member names<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 64. | Declaration of K., June 18, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number |

-15-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

| 65. | Declaration of M., June 19, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
|---|---|---|
| 66. | Declaration of S., June 17, 2019 | Class Member's name<br>Class Member's date of birth<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |
| 67. | Declaration of Kathleen O'Gorman, June 25, 2019 | Class Member's name<br>Class Member's Alien Registration Number<br>Class Member's Family Member's Alien Registration Number |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

-16-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE

1. Plaintiffs are granted leave to file in the public record the redacted versions of Exhibits 1-19, 23, 25-62, and 64-67 in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Request for Preliminary Injunction. Plaintiffs shall refile the redacted versions of these documents within three (3) days of the date of this Order.

2. Plaintiffs are granted leave to file under seal the unredacted versions of Exhibits 1-19, 23, 25-62, and 64-67 in Support of Plaintiff's Ex Parte Application for Temporary Restraining Order and Request for Preliminary Injunction. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall e- file these documents under seal within three (3) days of the date of this Order.

IT IS SO ORDERED.

Dated: _____     By:_____
                                  Hon. Dolly M. Gee
                                  United States District Judge

-17-

[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE