# EXHIBIT 14

Declaration of
K████ P████ T████ M████,
R████ A████ T████ P████,
B████ D████ T████ P████,

We, K████ P████ T████ M████, R████ A████ T████ P████ (████████████), and B████ D████ T████ P████████████████, declare under penalty of perjury that the following is true and correct to the best of our knowledge and recollection.

1. We are a family from Ecuador. R██ and B██ are siblings, and K██ is our cousin. K██ is sixteen-years old and was born on ████████. R██ is sixteen-years old and was born on ████████. B██ is fourteen-years old and was born on ████████.

2. The three of us crossed into the United States by land about five days ago, on or about June 14, 2019. The immigration police found us and took our names, our ages, and our dates of birth. They told us that we could only have one layer of clothing, and they threw away the rest of our clothes in the garbage. They took our shoelaces, the drawstrings from K████'s pants, and all of our belongings. They took our money, wallets, and phones, and gave us a ticket so we could get it back some day.

3. The officers took us to a place called the *hielera*. It was extremely cold there. R██ was separated from us, which made us all feel extremely sad and scared. We were put into very small rooms and detained there for about five hours. K██ and B██ were detained with boys, and R██ was detained with girls. Then officers took the three of us to the place where are now.

4. We have been here at the Clint detention center for about five days. R██ has been separated from us here, which makes us all so very sad. This morning, when the lawyer from the *Flores* team asked to meet with us, is the first time that the three of us have been together since we arrived here. We miss each other very much.

5. Since arriving at Clint, we have been detained in a space that is separated by a chain link fence. The girls are on one side of the chain link fence. The boys are on the other side. At first the officers tried to separate K████ and B██ but after we explained that we are cousins, they let us stay together. But they separated us from R██. We can see R██ through the fence, and she can see us, but we are never permitted to hug each other or hold hands or even talk with each other. We are not permitted to go to near the fence. If any child goes near the fence, the guards yell at us. They scream, "You cannot be here." It is very scary when they yell. One time, when a boy approached the fence to talk with a girl, the guard screamed at him, "The next time you will have a problem." The guard grabbed the boy by the back of the neck and dragged him away. We have never seen this boy again. We do not know what happened to him. It is terrifying to be here.

6. When we first arrived here, there were too many children in the space where we are detained. Perhaps there were about 100 boys and dozens of girls there. It felt very crowded. Yesterday, the guards took away most of the boys and some of the girls. We think that there are about only 37 boys left. There are still many girls left in detention here. It is hard to know the number of girls because there are so many.

7. Some children are here for a very long time, such as 17 days. One boy begged the guards if he could please be deported because he could not bear to be here any longer. The guards told him no. The guards told him that he had to be detained here 15 days more.

8. There are very young children who are here all by themselves for many days. In the cell for boys, there is a four year old and his brother who is maybe seven or eight years old. They have been here for about 13 days. They do not have anyone to care for them. In the cell for girls, there are girls as young as three and four years old who do not have anyone to care for them.

9. Every day we are locked in the space nearly all day. The hours here feel eternal. There is nothing for us to do here. We can just sit on our mats. We are woken up at 5 a.m. each day. There is no television. We look at the computers that the guards have to watch the passing of the minutes. Sometimes we pray. Sometimes we think, "When will it be time to eat?"

10. We are hungry nearly every day. There is not enough food. We are given meals three times a day in the same detention space. We cannot eat at any other times. There are no snacks. For breakfast, we are given oatmeal, pudding, and juice. For lunch we are given one cup of instant noodles that can be cooked in water for three minutes, plus juice. For dinner, we are given juice, a cookie, and one small burrito with beans and, sometimes, with meat. We do not know what would happen if we asked for more food. We are too scared to ask.

11. The only times when we can leave our cells is when we need to use the bathrooms or during a very limited outdoor time. There are nine toilets total for the girls and boys to use. The guards get mad if a child needs to use the toilets more than once in a short period of time. Instead of letting the child use the bathroom a second time, the guards just close the door. When the door is closed, no child is permitted to open it. All the time we must ask the guards for permission to open the door. They tell us it is the law.

12. There is time to go outside for about 30 minutes each day and children should be playing. But we do not play outside at those times. We are hungry and we need to conserve our energy to stay alive here.

13. During the day, our cells are too hot. The roof is made of tin metal. During the night, it is too cold. There is a large ventilator on one side of the cell. The ventilator produces water which leaks onto the floor. Sometimes there is a lot of water.

14. Since arriving, B▓ and K▓ have slept each night on a mat on the floor. When we first arrived, we had to share a mat because there were not sufficient mats for all the boys. There are triple bunk beds, but we do not want to sleep there because it is too cold on the beds at night. Most of the boys are sleeping on mats on the floor. Sometimes the water from the ventilator comes close to the mat where B▓ and K▓ sleep. At night, all three of us wake up repeatedly because we are cold and hungry and because guards come in the middle of the night and yell the names of children who need to be transferred.

15. R▓ has not had a single opportunity to bathe or shower since crossing the border. K▓ and B▓ were permitted to shower for five minutes yesterday and the day before yesterday. We are all wearing the same clothes since we crossed the border. R▓ has not had any opportunities to wash her clothes. K▓ and B▓ tried to wash their t-shirts during one of their showers. All of us were allowed to brush our teeth just two times since we crossed the border.

16. There are many sick children here. They take them away. We do not know where the sick children go.

17. When children ask officers if they can please be permitted to call their family members, the officers refuse. We were only permitted to call our family members twice since we arrived here. Our first call was just after we arrived. That time, we were only permitted to make an extremely short call to get our parents' addresses, and then the officer hung up the phone and did not let us speak with our parents. Our second phone call was yesterday and it was only five minutes long. This is not enough time to speak with our parents. We wish we could speak with our parents for longer times and more often.

18. Our parents all live in Brooklyn. K▓'s father has been in the United States for seven or eight years. R▓ and B▓'s father has been in the United States for about thirteen years and our mother has been here for seven or eight years. We want to live with our parents, and our parents want us with them. We do not understand why we are still here or the process for leaving this place. No one told us anything about when we can leave.

19. Some of the guards here are mean. We are scared of them. It is better to stay quiet with them and not get on their bad sides or make them angry.

20. There are a lot of mosquitos here. The mosquitos are big and they bite us all the time, even on our legs under our pants.

21. We do not know if there are any counselors, social workers, or mental health professionals here.

22. When we arrived here, we had to sign form in English. We could not read those forms. We do not know what the forms said.

23. We have not received an explanation of the rules here.

24. We have not received any information about our rights under the *Flores* settlement agreement.

25. K▇▇ has drawn a diagram of the space where we are detained. He has labeled where the boys are held, where the girls are held, and where the "regas" – the chain link fence is.

We, K▇ P▇ T▇ M▇ R▇ A▇ T▇ P▇ and B▇ D▇ T▇ P▇ swear under penalty of perjury that the above declaration is true and correct to the best of my abilities. This declaration was provided in English and was read back to us in Spanish, a language in which we are fluent.



K▇ P▇ T▇ M▇     19/06/2019 Date

R▇ A▇ T▇ P▇     19/06/2019 Date

B▇ D▇ T▇ P▇     19/06/2019 Date

## Certificate of Translation

I, Elora Mukherjee, certify that I am fluent in English and Spanish and that I read the above declaration to K███ P███ T███ M███ R█ A███ T██ P███ and B██ D██ T██ P███ in Spanish. Executed this 19th day of June in Clint, Texas.

*Elora Mukherjee* (signature)

Elora Mukherjee

Morningside Heights Legal Services, Inc.

Columbia Law School

435 W. 116th Street

New York, NY 10027

