**CERTIFICATE OF SERVICE**

I am over the age of eighteen years and not a party to the within-entitled action.  My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Suite 3200, Los Angeles, California 90017.  On June 26, 2019, I served the following documents:

1.    DECLARATION IN SUPPORT OF MOTION TO FILE UNDER SEAL SOME PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR PRELIMINARY INJUNCTION

2.    [PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND REQUEST FOR PRELIMINARY INJUNCTION

3.    The following exhibits:

| Exhibit Number | Exhibit Title |
|---|---|
| 1. | Declaration of E., June 11, 2019 |
| 2. | Declaration of C., September 21, 2018 |
| 3. | Declaration of J., June 18, 2019 |
| 4. | Declaration of J., and J., (An Infant), June 18, 2019 |
| 5. | Declaration of K., June 18, 2019 |
| 6. | Declaration of K., June 18, 2019 |
| 7. | Declaration of L., June 18, 2019 |
| 8. | Declaration of  L., June 18, 2019 |
| 9. | Declaration of M., June 18, 2019 |

1

| 10. | Declaration of M. and L., June 18, 2019 |
| 11. | Declaration of U., June 18, 2019 |
| 12. | Declaration of W., June 18, 2019 |
| 13. | Declaration of Dolly Lucio Sevier, MD and record of physical exams on 21 infants at the Ursula Border Processing Center, June 18, 2019 |
| 14. | Declaration of K., T., and B., June 18, 2019 |
| 15. | Declaration of Elora Mukherjee, Esq regarding LRC taking care of X., June 18, 2019 |
| 16. | Declaration of A., June 11, 2019 |
| 17. | Declaration of B., June 11, 2019 |
| 18. | Declaration of C., June 12, 2019 |
| 19. | Declaration of C., June 11, 2019 |
| 23. | Declaration of E., June 12, 2019 |
| 25. | Declaration of K., June 12, 2019 |
| 26. | Declaration of K., June 12, 2019 |
| 27. | Declaration of K., June 12, 2019 |
| 28. | Declaration of K., June 11, 2019 |
| 29. | Declaration of L., June 10, 2019 |
| 30. | Declaration of M., June 11, 2019 |
| 31. | Declaration of M., June 11, 2019 |
| 32. | Declaration of M., June 11, 2019 |
| 33. | Declaration of O., June 12, 2019 |
| 34. | Declaration of S., June 15, 2019 |
| 35. | Declaration of W., June 15, 2019 |
| 36. | Declaration of Y., June 6, 2019 |
| 37. | Ursula Children Visit |
| 38. | Declaration of E, June 12, 2019 |
| 39. | Declaration of N., June 12, 2019 |
| 40. | Declaration of A., June 17, 2019 |
| 41. | Declaration of A., June 19, 2019 |
| 42. | Declaration of A., June 19, 2019 |
| 43. | Declaration of A., June 18, 2019 |
| 44. | Declaration of A., June 19, 2019 |
| 45. | Declaration of C., June 18, 2019 |
| 46. | Declaration of C., June 20, 2019 |
| 47. | Declaration of E., June 19, 2019 |
| 48. | Declaration of E., June 19, 2019 |
| 49. | Declaration of E., June 17, 2019 |
| 50. | Declaration of G., June 19, 2019 |

| 51. | Declaration of G., June 20, 2019 |
|-----|----------------------------------|
| 52. | Declaration of G. and F., June 17, 2019 |
| 53. | Declaration of V, June 17, 2019 |
| 54. | Declaration of K., June 17, 2019 |
| 55. | Declaration of K., June 19, 2019 |
| 56. | Declaration of L., on Behalf of N., June 19, 2019 |
| 57. | Declaration of M., June 17, 2019 |
| 58. | Declaration of M., June 17, 2019 |
| 59. | Declaration of M., June 19, 2019 |
| 60. | Declaration of N., June 19, 2019 |
| 61. | Declaration of S., June 19, 2019 |
| 62. | Declaration of Y., June 19, 2019 |
| 64. | Declaration of K., June 18, 2019 |
| 65. | Declaration of M., June 19, 2019 |
| 66. | Declaration of S., June 17, 2019 |
| 67. | Declaration of Kathleen O'Gorman, June 25, 2019 |

Upon the following counsel via email:

Carlton F. Sheffield,
   carlton.f.sheffield@usdoj.gov
Christina Parascandola,
   christina.parascandola@usdoj.gov
Colin A. Kisor,
   colin.kisor@usdoj.gov
Sarah B. Fabian,
   sarah.b.fabian@usdoj.gov
William C. Silvis,
   william.silvis@usdoj.gov

Peter D. Keisler,
   peter.keisler@usdoj.gov
Yamileth G. Davila,
   yamileth.g.davila@usdoj.gov

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Dated:   June 26, 2019

_____
Kevin M. Askew

CERTIFICATE OF SERVICE
CV 85-4544-DMG-AGRx