CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
       ldiamond@centerforhumanrights.org
       rleach@centerforhumanrights.org

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE** <br><br> Hearing:  None set |

Dated:     June 26, 2019

*Counsel for Plaintiffs, continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Email: kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (*pro hac vice* pending)
Shaila Rahman Diwan (*pro hac vice* pending)
51 West 52nd Street
New York, NY  10019-6142
Telephone: 212/506-3753
Email: eechtman@orrick.com
Email: sdiwan@orrick.com

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:    (408) 288-8850

Email: jenniferk@lawfoundation.org
kate.manning@lawfoundation.org
annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

# *EX PARTE* APPLICATION

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that pursuant to Fed. R. Civ. P. 65 and Local Rule 7-19, Plaintiffs in the above-captioned matter, hereby apply *ex parte* to this Court for a temporary restraining order and for issuance of an order to show cause why a preliminary injunction should not issue. This *ex parte* application is based upon this Application, the Memorandum of Points and Authorities below, the concurrently-filed Declaration of Class Counsel Peter Schey and Supplemental Declaration of Elyse D. Echtman and all exhibits thereto, all papers on file in this action, and any oral argument of counsel the Court may hear. The Memorandum of Points and Authorities in support of this Application is attached as Exhibit A.

The Plaintiffs bring this application on an *ex parte* basis because, as described in the Motion attached, the conditions at multiple U.S. Customs and Border Patrol ("CBP") facilities are in non-compliance with the Jan. 17, 1997 Settlement Agreement in *Flores v. Reno et al.*, CV 85-4544 (RJK) (Px) ("Flores Settlement Agreement") and this Court's June 27, 2017 Order, Docket No. 363. The non-compliance has created a health crisis that is in need of immediate attention in order to avoid further loss of life. Plaintiffs respectfully submit that *ex parte* relief is therefore appropriate given that the facts in the Motion and its supporting papers evidence that immediate and irreparable injury will result to Plaintiffs before opposition can be heard.

## Statement of Compliance with Civil Local Rule 7-19

Counsel for Defendants are:

Sarah B. Fabian        Sarah.B.Fabian@usdoj.gov

William Silvis         William.Silvis@usdoj.gov

Pursuant to Civil Local Rule 7-19.1 and Fed. R. Civ. P. 65, counsel for the Plaintiffs informed the Monitor and counsel for the government of the substance

1

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

and date of this *ex parte* application. Declaration of Class Counsel Peter Schey ¶ 2; Supplemental Declaration of Elyse D. Echtman ¶¶ 4-7.

On June 19, 2019, Plaintiffs' counsel served a formal Notice of Non-Compliance (the "Notice") on Defendants and the Monitor pursuant to Section D.3 of the October 5, 2018 Order Appointing an Independent Monitor, *Flores v. Sessions, et al.*, CV 85-4544-DMG (AGRx), Docket No. 494 (the "Monitoring Order"), detailing grave violations at CBP Facilities that created a public health emergency requiring immediate attention. Echtman Decl. ¶ 4. Because of the public health crisis and the threat to lives of the children, Plaintiffs' counsel asked that the Monitor expedite Defendants' response time to the Notice to two business days, as provided for in Section D.3(b) of the Monitoring Order ("In an emergency, Class Counsel may request that the Monitor and the Court waive the time periods set forth in Section D.3 of this Order."). Echtman Decl. ¶ 5; Monitoring Order at 20-21. The Monitor responded on June 21, 2019, acknowledging receipt of the Notice and indicating that the Monitor had begun an inquiry into it. Echtman Decl. ¶ 6.

On June 23, 2019, Plaintiffs provided Defendants and the Monitor with a Supplement to the Notice of Non-Compliance (the "Supplemental Notice"), supported by additional declarations from children at the CBP facilities in the El Paso and RGV sectors. Echtman Decl. ¶ 7. These declarations provided additional evidence substantiating the unsafe and unsanitary conditions and public health crises existing at these facilities. *Id.* ¶ 7. In the Supplemental Notice, Plaintiffs' counsel reiterated the request for the Monitor to expedite the government's response time, pursuant to Section D.3(b) of the Monitoring Order. *Id.* To date, the Monitor has not taken any action to expedite resolution of this dispute which is

2

EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION AND
CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

endangering the health and welfare of children, including infants, at the CBP facilities. *Id*.

    Plaintiffs have informed the Monitor that they intend to seek immediate relief from this Court. *Id.* ¶ 8.

Dated: June 26, 2019                  /s/Peter Schey
                                          *Attorneys for Plaintiffs*

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
Laura N. Diamond
Rachel Leach

USF School of Law Immigration Clinic
Bill Ong Hing

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew
Elyse Echtman
Shaila Rahman Diwan

LA RAZA CENTRO LEGAL, INC.
Michael Sorgen

LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai

EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

3

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper

4

EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION AND
CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx