CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
       ldiamond@centerforhumanrights.org
       rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. 2:16-cv-08104-CAS-GJSx <br><br> **SUPPLEMENTAL DECLARATION OF ELYSE D. ECHTMAN IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE** |

SUPPLEMENTAL DECLARATION IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION AND
CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

*Counsel for Plaintiffs, continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Email: kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (*pro hac vice* pending)
Shaila Rahman Diwan (*pro hac vice* pending)
51 West 52nd Street
New York, NY  10019-6142
Telephone: 212/506-3753
Email: eechtman@orrick.com
Email: sdiwan@orrick.com

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437

SUPPLEMENTAL DECLARATION IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION AND
CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

SUPPLEMENTAL DECLARATION IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION AND
CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

I, Elyse D. Echtman, declare:

1. I respectfully submit this declaration in further support of the Ex Parte Application for Temporary Restraining Order and Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue ("Application").

2. I am a partner at the law firm of Orrick, Herrington & Sutcliffe, LLP. I am a member of the bar of the State of New York.

3. As explained in detail in the Memorandum of Points and Authorities in Support of the Application, immediate judicial intervention is needed to address the public health emergency that exists at U.S. Customs and Border Protection ("CBP") facilities in the El Paso and Rio Grande Valley sectors.

4. On June 19, 2019, I served a formal Notice of Non-Compliance (the "Notice") on Defendants and the Monitor pursuant to Section D.3 of the October 5, 2018 Order Appointing and Independent Monitor, *Flores v. Sessions, et al.*, CV 85-4544-DMG (AGRx), Docket No. 494 (the "Monitoring Order"), detailing grave violations at CBP Facilities that created a public health emergency requiring immediate attention.

5. Because of the public health crisis and the threat to lives of the children, Plaintiffs' counsel asked that the Monitor expedite Defendants' response time to the Notice to two business days, as provided for in Section D.3(b) of the Monitoring Order ("In an emergency, Class Counsel may request that the Monitor and the Court waive the time periods set forth in Section D.3 of this Order."). *See* Monitoring Order at 20-21.

6. The Monitor responded on June 21, 2019, acknowledging receipt of the Notice and indicating that the Monitor had begun an inquiry into it.

7. On June 23, 2019, Plaintiffs provided Defendants and the Monitor with a Supplement to the Notice of Non-Compliance (the "Supplemental Notice"),

1

SUPPLEMENTAL DECLARATION IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

supported by additional declarations from children at the CBP facilities in the El Paso and RGV sectors. These declarations provided additional evidence substantiating the unsafe and unsanitary conditions and public health crises existing at these facilities. In the Supplemental Notice, Plaintiffs' counsel reiterated the request for the Monitor to expedite the government's response time, pursuant to Section D.3(b) of the Monitoring Order.

8. To date, the Monitor has not expedited resolution of this dispute. Plaintiffs have informed the Monitor that they intend to seek immediate relief from this Court.

9. Attached as Exhibit 1 is a "Summary of the Evidentiary Record" contained in the declarations referenced above. All declarations cited in the Summary of the Evidentiary Record are being submitted as supporting exhibits on this Application. Attached as Exhibit 2 is a true and correct copy of a June 25, 2019 Letter from Concerned Bioethicists, signed by more than 830 Bioethicists.

I declare under penalty of perjury and pursuant to the laws of the United States of America that the foregoing is true and correct.

Executed on the 26th day of June 2019, New York, New York.

_____
Elyse D. Echtman

2

SUPPLEMENTAL DECLARATION IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW
CAUSE WHY A PRELIMINARY INJUNCTION AND
CONTEMPT ORDER SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx