# Exhibit 1

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguin (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org
        ldiamond@centerforhumanrights.org
        rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>            Plaintiffs,<br><br>      v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>            Defendants. | Case No. 2:16-cv-08104-CAS-GJSx<br><br>**SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER, AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE** |

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION
CV 85-4544-DMG-AGRx

Exhibit 1
03

1

*Counsel for Plaintiffs, continued*

2

3  USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong King (Cal. Bar No. 61513)
4  2130 Fulton Street
San Francisco, CA 94117-1080
5  Telephone: (415) 422-4475
Email: bhing@usfca.edu
6

7  ORRICK, HERRINGTON & SUTCLIFFE LLP
8  Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
9  Los Angeles, CA 90017
Telephone: (213) 629-2020
10  Email: kaskew@orrick.com
11

12  ORRICK, HERRINGTON & SUTCLIFFE LLP
13  Elyse Echtman (*pro hac vice* pending)
Shaila Rahman Diwan (*pro hac vice* pending)
14  51 West 52nd Street
New York, NY  10019-6142
15  Telephone: 212/506-3753
Email: eechtman@orrick.com
16  Email: sdiwan@orrick.com
17

18  LA RAZA CENTRO LEGAL, INC.
19  Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
20  San Francisco, CA 94103
Telephone: (415) 575-3500
21

22  THE LAW FOUNDATION OF SILICON VALLEY
23  LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
24  Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
25  Annette Kirkham (Cal. Bar No. 217958)
26  152 North Third Street, 3rd floor

27

28

SUMMARY OF THE EVIDENTIARY RECORD  IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A RPRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1

04

San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
       kate.manning@lawfoundation.org
       annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
       ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Sheilds Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

SUMMARY OF THE EVIDENTIARY RECORD  IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A RPRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1
05

**<u>Unsanitary Conditions</u>**

The declarations that have been collected to date show that the children at the CPB facilities in El Paso and the Rio Grande Valley ("RGV") are not provided with soap, clean and dry clothing, regular showers, toothbrushes, towels or sanitary toilet facilities.  *See* A.I.V.F. Decl. ¶ 11 ("We have only bathed once since being detained [eight days ago].) (Ursula); B.P.M.M. Decl. ¶ 14 ("The toilets are extremely dirty. There's no water or soap to wash your hands.") (Ursula); C.G.G.P. Decl. ¶ 6 ("We were allowed to shower together once, the day after we arrived, but I have not showered since.  That was 12 days ago.") (Ursula); C.C.L.G. Decl. at 1 ("I was wet when I got here and was placed in the cage without being given dry clothes.  I am still wearing the clothes I came in with.") (Ursula); K.J.J.H. Decl. ¶ 6 ("We have only been allowed to shower and brush our teeth one time since we arrived twelve days ago.") (Ursula); K.L.R.L. Decl. ¶ 7 ("We have only been allowed to shower and brush our teeth one time since we arrived nine days ago.  A woman in my cell was here for twenty days and not allowed to shower.") (Ursula); K.G.G.Q. Decl. ¶ 7 ("The bathrooms at Ursula do not have water for handwashing.  What little water we are given, we need to use to wash our hands.  Sometimes, there is not enough water for drinking and handwashing, so we do not wash our hands.") (Ursula); K.B.A.J. Decl. ¶ 22 ("We do not have toothbrushes or toothpaste or towels.") (Ursula); L.L.M.G. Decl. at 2 ("I do not have soap, towel or toothbrush.  Every five days I get to shower.  On that day, I get a toothbrush, but I can only use it then.  I can only bathe the baby when I bathe.") (Ursula); M.I.R.C. Decl. ¶ 6 ("There is no sink or running water to wash the baby and we haven't been able to take a shower.") (Ursula); M.G.F.B. Decl. ¶ 11 ("In the twenty days my baby and I have been here, we have been permitted to shower only four times.  We ask to shower more often, but we are told that we may not.") (Ursula); M.S.T.P. Decl. ¶ 6 ("I have

SUMMARY OF THE EVIDENTIARY RECORD  IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

1

Exhibit 1
06

not showered in 4 days.  My daughter and I showered together, so I have also not been able to wash my daughter in 4 days.  I have been able to brush my teeth only once since I arrived, 7 days ago.  I have not been given a hairbrush to brush my long hair.  There is a sink but no soap or towels to dry my hands.") (Ursula); O.B.L.V. Decl. ¶¶ 9-10 ("The bathrooms here are very dirty because there are so many people using them.  The toilets clog and cannot be used.  And the smell goes everywhere, even to where we are sleeping.  Since the time my baby and I arrived, I have been permitted to shower only once, five days after I have arrived.  I haven't had a shower since then, and it has been six days.  The soap in the showers is for hands and not for hair, so my hair is itchy and dirty.") (Ursula); W.A.C.L. Decl. ¶ 10 ("I have been here without bathing for 21 days.") (Ursula); L.R.C. Decl. ¶ 5, attached to Mukherjee Decl. ("They have never let [child] [age 5] brush her teeth.  There is nowhere to wash her hands with soap.") (Clint); J.O.A.M. Decl. ¶ 7 ("I have been in the U.S. for six days and I have never been offered a shower or been able to brush my teeth.  There is no soap here and our clothes are dirty.") (Clint); K.S.P.P. Decl. ¶ 5 ("My brother and I [ages 9 and 11] have had one shower since we came here, but they have not called [child] [age 7] for any showers yet.  We have only brushed our teeth once.") (Clint); C.A.H.H. Decl. ¶ 4 ("I was taken to this place (Clint CBP) where I have been for 3 days.  I have not showered or changed my clothes.") (Clint); K.M.C.T. Decl. ¶ 11 ("I haven't had a shower the whole time I have been here [11 days].  Two times I was allowed to brush my teeth, but the doctor took the toothbrush away after I used it.") (Clint); L.F.A. Decl. ¶ 7 ("I have not showered again while here [since the day he arrived].  I don't brush my teeth because I don't have any toothbrush.  When I go to the bathroom, I try to wash.  But there is no soap.  There is some creamy stuff for cleaning our hands.") (Clint); L.G.L.L. Decl. ¶¶ 5-6 ("I have been at the Clint Station for about 17 days.

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1

… Here at Clint, I've bathed 4 or 5 times for 2 or 3 minutes each time.  There are bathrooms in my cell but there is no soap for washing our hands.  There is disinfectant though.") (Clint); M.Z.L. Decl. ¶ 7 ("I have only been allowed to bathe twice since we came here [in three weeks].  My sister has only been allowed to bathe once. … We have only been allowed to brush our teeth twice here.  There is no soap except when you take a bath.") (Clint); M.F.M.O. Decl. ¶ 14 ("Since crossing the border, we have not had any opportunity to bathe.  We have not had the opportunity to brush our teeth.") (Clint); W.A.S.G. Decl. ¶ 6 ("We have only bathed once [in 13 days].  Our clothes are the same clothes that we had on when we arrived.  We have not been given soap.") (Clint); K.P.T.M., R.A.T.P. and B.D.T.P. Decl. ¶ 15 ("[Girl] has not had a single opportunity to bathe or shower since crossing the border [five days ago].  [Boys] were permitted to shower for five minutes yesterday and the day before yesterday . . . .  All of us were allowed to brush our teeth just two times since we crossed the border.") (Clint).  E.Y.F.C. Decl. ¶ 10 ("[My five-month-old daughter] and I have not been allowed to bathe since we were apprehended. We have also not been given toothbrushes or toothpaste.") (Clint); G.S.C.C. Decl. ¶ 10 ("They only let me brush my teeth twice—ten days after we arrived and then three days later. They took the toothpaste and toothbrush away afterwards so that I can't brush my teeth.") (Clint); J.V.S.M. Decl. ¶ 5 ("  We are not permitted to bath or shower regularly here.  We have only been permitted to shower two times in 17 days.  Our showers are only five minutes long.") (Clint); M.J.R.R. Decl. ¶ 13 ("They have not given me a toothbrush or toothpaste.") (Clint); C.R.A. Decl. ¶ 5 ("We've only been able to take a shower once in the whole time we've been here. It was about a week after we got here. I felt so dirty and my baby was so dirty too. He has a cold and a runny nose.") (Santa Teresa); E.J.P. Decl. ¶ 2 ("There are two toilets in [our] room; there is water, but no

Summary of the Evidentiary Record in Support of
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND Order to Show Cause
Why A PRELIMINARY INJUNCTION SHOULD NOT
Issue
CV 85-4544-DMG-AGRx

Exhibit 1

soap.") (Santa Teresa); L.A.D.P. Decl. ¶ 9 ("There are two bathrooms with sinks
but there is no soap to wash hands inside the room. . . . I had to borrow soap from
another woman who brought it with her.") (Santa Teresa); E.R.G.E. Decl. ¶ 17 ("I
haven't asked to shower or for a toothbrush because I have heard other people ask
for a bathroom or toothbrush but officers get angry. They have said many things,
including 'you're not in your country' and 'you're being punished here, not to be
asking for things.'") (Weslaco).

The children and infants are forced to wear soiled and inadequate clothing.
*See* A.I.V.F. Decl. ¶¶ 11-12 ("My daughter's onesie is very dirty. I have not been
able to wash it since June 4th [seven days prior].") (Ursula); C.G.G.P. Decl. ¶ 5
("Once, I needed clean clothes for my baby because she threw up, but when I asked
for them I was told they didn't have any available. She is still in the same dirty
clothes.") (Ursula); K.B.A.J. Decl. ¶ 20 ("I have not washed my baby because I
don't have any clean or warm clothes for her.") (Ursula); Y.M.M.C. Decl. ¶ 2 ("3
days ago, my baby soiled his clothes. I had no place to wash the clothes so I could
not put them back on my baby because when he went to the bathroom his poop
came out of his diaper and all over the clothing. Since then, my baby of only 3
months has been wearing a small little jacket made of t-shirt material. I have
nothing else for my son to wear.") (Ursula); L.R.C. Decl. ¶ 5, attached to
Mukherjee Decl. ("The officers here do not wash anyone's clothes. [Child's]
clothes are very dirty. Everyone's clothes are dirty because no one washes them.")
(Clint); M.Z.L. Decl. ¶ 7 ("We have been wearing the same clothes the entire time
we have been here [for three weeks] and no one has washed them.") (Clint);
U.E.P.F. Decl. ¶ 9 ("I have not been offered any new clothing since I arrived [19
days ago]. I have not been able to wash my clothes.") (Clint); K.P.T.M., R.A.T.P.
and B.D.T.P. Decl. ¶ 15 ("We are all wearing the same clothes since we crossed the

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

4

Exhibit 1

09

border [five days ago].  [Girl] has not had any opportunities to wash her clothes.
[Boys] tried to wash their t-shirts during one of their showers.") (Clint); J.V.S.M.
Decl. ¶ 13 ("For 17 days, my daughter and I have been wearing the same clothing.
We do not have opportunities to wash our clothes.  Our clothing is dirty.  I wish we
could change our clothes."); M.J.R.R. Decl. ¶ 13 ("I have not had a chance to wash
my clothing since crossing the border.") (Clint); E.S.Y. Decl. ¶ 16 ("I have one
change of clothes. They haven't been washed. I've been wearing the same shirt and
the same underwear since I've been here. When I take a shower, I have to put on
the same dirty clothes.") (Clint).

Extra clothing, medicine and supplies that the children have brought with
them has been taken away.  *See* K.P.T.M., R.A.T.P. and B.D.T.P. Decl. ¶ 2 ("The
immigration police found us . . . . They told us that we could have only one layer of
clothing, and they threw away the rest of our clothes in the garbage.") (Clint);
K.B.A.J. Decl. ¶ 13 ("the officers told me to throw away the backpack that had my
baby daughter's clothes.  The officers told me that I would be given clean clothes
for my baby, but I have not received any.") (Ursula); L.L.M.G. Decl. at 1 ("[My 1-
year-old son] had gotten sick on the trip so I had medicine for him for fever, but
when immigration grabbed me when I first came to the US they took it away.")
(Ursula); O.B.L.V. Decl. ¶ 4 ("[The police] took the clothes I was carrying and told
me to climb into the truck.") (Ursula); M.I.R.C. Decl. ¶ 3 (When we arrived here at
the Ursula Processing Station, they took our extra clothes and belongings.  We were
wet, but we were not allowed to change before we were put in very cold cells.  My
baby has only been wearing a T-shirt, and diaper since we arrived.  They have not
given her pants or socks and she is extremely cold."); S.P.T.G. Decl. ¶ 2 ("They
took my jacket and my mother's jacket and put in in the trash. My mother had a
shawl to warp my baby brother in. The officer put [the] shawl in the trash, too. My

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

5

Exhibit 1

10

mother had a t-shirt for my baby brother, too, and she told the officer that she wanted to keep it in case it was cold inside and he needed it. The officer just said 'No. In the trash.'") (Santa Teresa); G.S.C. Decl. ¶ 4 ("My baby had a fever and I had brought medicine for my baby but a U.S. government official made me throw away the baby's medicine. I explained that my baby was sick, but they made me throw away my baby's medicine anyway. He also made me throw away my baby's clothes, bottle, baby formula, baby food, and diapers.") (Clint); E.A.M.G. Decl. ¶ 8 ("They took all our things. . . . My baby nephew had a jacket, but he was taken away for 2 days and when they brought him back, he didn't have it.") (Weslaco).

Children are given either limited access to the bathroom or are outright refused access. *See* K.J.J.H. Decl. ¶ 6 ("There are toilets near the cage but not inside. So we have to ask the guards to use the bathroom and they don't always let us use them.") (Ursula); K.L.R.L. Decl. ¶ 7 ("There are toilets near the cage but not inside. Sometimes the guards get angry and will close them.") (Ursula); M.G.F.B. Decl. ¶ 10 ("The bathrooms near us are very dirty. Sometimes, to punish us, the guards close the bathrooms and do not permit us to use the toilet. I am very pregnant, so I must urinate often. But when the bathrooms are closed, I just have to bear it.") (Ursula). In other instances, the toilets are in the same cell where children sleep and they have no privacy while using the bathroom. *See* E.J.A.S. Decl. ¶ 5 ("The toilet is out in the open in the cage, there is no door for any privacy.") (Ursula); K.S.P.P. Decl. ¶ 6 ("The toilet is inside of the room where we sleep. There is no separate room, just two stalls with no doors. The older girls try to cover themselves with a blanket so we don't see them when they go to the bathroom. The bunkbeds are right in front of the toilet stalls and so the people from the top bunks can see the kids going to the bathroom, but they try to look away to give the person on the toilet privacy and the person using the toilet usually tries to cover

6

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1                                              11

themselves.") (Clint); M.Z.L. Decl. ¶ 8 ("My sister and I hold a blanket up for one another so no one can see us when we go to the bathroom.") (Clint); K.P.T.M., R.A.T.P. and B.D.T.P. Decl. ¶ 11 ("The guards get mad if a child needs to use the toilets more than once in a short period of time.  Instead of letting the child use the bathroom a second time, the guards just close the door.  When the door is closed, no child is permitted to open it. . . .  They tell us it is the law."); A.F.T.C. Decl. ¶ 6 ("On Saturday, I was trying to leave our cell to go to the bathroom and a guard said, "where are you going?" I said, "I'm going to the bathroom." He said, "you don't even say thank you." Then he pushed me in the chest back into the cell and slammed the door. After that, they locked the door to the cell and we have to ask for permission to go to the bathroom. I don't want to ask to go to the bathroom because I'm afraid they are going to yell at us.") (Clint); K., R., and B.T.P Decl. ¶ 11 ("There are nine toilets total for the girls and boys to use.  The guards get mad if a child needs to use the toilets more than once in a short period of time. Instead of letting the child use the bathroom a second time, the guards just close the door. When the door is closed, no child is permitted to open it. All the time we must ask the guards for permission to open the door. They tell us it is the law."); N.L.Q.D. Decl. ¶ 7 ("We aren't allowed to go to the bathroom at night. I have to put diapers on [my son] at night since he isn't allowed to use the bathroom. He didn't wear diapers for years, because he is 6.") (Clint).

**<u>Access to Clean Drinking Water</u>**

     The declarations show that the children are not provided with regular or sufficient access to clean water to drink, make formula with, or to sanitize baby bottles.  *See* B.P.M.M. Decl. ¶ 15 ("In the cage there is a table with a jug of water and formula.  The water is very bad.  I use the bottled water from my meals to mix the formula for my baby.  I only have one bottle to use over and over and no way to

Exhibit 1

wash it.") (Ursula); C.G.G.P. Decl. ¶ 4 ("We get a water bottle at mealtime.  If we run out of water, we are given cups to fill from a fountain, but the water tastes and smells like chlorine, and is dirty, so we don't drink it.") (Ursula); L.L.M.G. Decl. at 2 ("There is water in the cell but it tastes like bleach.  I don't drink the water from the cooler because I'm afraid it will poison the baby because I'm still nursing.") (Ursula); M.I.R.C. Decl. ¶ 5 ("There was a jug of water in the cell but not enough cups so we had to share.") (Ursula); W.A.C.L. Decl. ¶¶ 4 & 9 ("There is no drinkable water available for me and the baby.  The water that is in the jugs tastes awful like it is from a dirty well.  The water available to wash or clean the baby smells like urine and I am not about to use that water to wash my baby.  I have to wait until the [sic] give me water with a meal and I use a bit of that to clean him. … I have no place to wash the bottle that my baby uses.  Every two or three days I try to beg the officers to give me a new one because I am worried about the cleanliness of the bottle.") (Ursula); M.F.M.O. Decl. ¶ 11 ("The water here is horrible.  It tastes like chlorine.  We can use cups to drink the water.  But the water tastes awful and I don't like it at all.  None of the kids here like the water.") (Clint); L.A.D.P ¶ 9 ("We are given water that we have to pour into our own bottles that we have to share and reuse. Sometimes the guards are nice and will give us a new bottle.  Sometimes they won't.") (Santa Teresa); G.M.M.A. Decl. ¶ 14 ("The water they give us makes us sicker. It smells like chlorine.") (Clint).

Dr. Sevier recounts that "all parents of infants drinking formula from a bottle reported having no ability to wash bottles."  Sevier Decl. ¶ 7.  It is Dr. Sevier's medical opinion that "Re-feeding a child spoiled formula is a significant health hazard that can cause severe infectious diarrhea and death in this vulnerable population. . . .  Many mothers regularly boil their infant's bottles to ensure there is

Summary of the Evidentiary Record in Support of
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND Order to Show Cause
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

8

Exhibit 1                                                13

no chance of their infant acquiring an infection. . . ., to deny parents the ability to wash their infant's bottles is unconscionable." *Id.*

In addition, nursing mothers at CPC-Ursula are experiencing an inadequate milk supply from lack of drinking water. *Id.* at 11.  The nursing mothers reported to Dr. Sevier that they are "drinking only 1.5L of water per day (offered at meals)" and that "they would drink more if they had more access to water." *Id.*  "All felt that the water in the cells was undrinkable due to taste."  According to Dr. Sevier, "[a]n average-sized adult requires 2L of water per day to maintain adequate hydration.  A breast-feeding woman in requires at least 3L per day and extra caloric needs to maintain adequate hydration." *Id.*  "Breast-feeding mothers should be offered . . . extra bottled water and extra calories since they are producing the primary source of nutrition for their children."  It is Dr. Sevier's medical opinion that Defendants are "endangering the health of these infants" by providing "breastfeeding mothers less than adequate supplies of fluids and nutrition." *Id.*  "An infant without adequate nutrition is at risk of complications from even the most minor of illnesses." *Id.*

**Access to Adequate Food**

The children's declarations show that the food at CPC-Ursula and Clint facilities is inadequate and often inedible. *See* C.G.G.P. Decl. ¶ 4 ("We are sometimes given sandwiches that are cold and raw, and so we don't eat it.") (Ursula); L.L.M.G. Decl. at 2 ("When I got here, I got a ham sandwich.  The ham was slimy.") (Ursula); M.I.R.C. Decl. ¶ 9 ("I am not able to eat or drink much of the food and water here and I can not sleep so I am not producing very much breast milk.  I am very scared and anxious about my baby's health and safety and what will happen to us.") (Ursula); M.S.T.P. Decl. ¶ 5 ("We don't get any snacks between meals.  I get a bottle of water with meals but there is no other way to get

Exhibit 1                                                    14

water.  I am often hungry.") (Ursula); O.B.L.V. Decl. ¶ 12 ("I am having trouble with the food.  We often receive tacos of tortilla, beans, and rice.  But the rice is partially raw and not fully cooked.  This has made the rice hard to digest and has made me sick to my stomach.") (Ursula); W.A.C.L. Decl. ¶ 5 ("The food that we are getting here is not even suitable for dogs.  The burritos they give us have rice and beans but the rice is not cooked.  My baby cannot eat that.  They give us a sandwich with lunchmeat that is not cooked and is just out of the freezer.  It is not edible.  I cannot give that to my baby.") (Ursula); L.R.C. Decl. ¶ 4, attached to Mukherjee Decl. ("I can't eat the food here.  It is instant oatmeal and instant soup. It is not good for me. . . . I am supposed to eat food with nutrition in it, like iron. Here they feed us no healthy food, only food with chemicals.  I am hungry all the time.") (Clint); U.E.P.F. Decl. ¶ 9 ("The meals are the same everyday and there is not enough.  I am often hungry.  One time the food was so bad, it gave me a stomach ache.") (Clint); C.A.H.H. Decl. ¶ 4 ("[T]he food does not fill you up and I am hungry.") (Clint); M.F.M.O. Decl. ¶ 8 ("I am always hungry here and wish I had more food.  My sisters are hungry too. . . . Everyone here is hungry because there is not sufficient food.") (Clint); L.G.L.L. Decl. ¶¶ 7–8 ("We have to choose between eating lunch and making a phone call. . . . I'm hungry here at Clint all the time.  I'm so hungry that I've woken up in the middle of the night with hunger.") (Clint); J.O.A.M. Decl. ¶ 8 ("At dinner, they give us a bean burrito, Jello, and a silver pouch of fruit punch.  There is nothing else in the burrito.  No rice or cheese. . . . We get no fruit or vegetables.") (Clint); K.P.T.M., R.A.T.P. and B.D.T.P. Decl. ¶ 10 ("We are hungry nearly every day.  There is not enough food.  We are given meals three times a day in the same detention space. We cannot eat at other times. There are no snacks.  . . . For lunch, we are given one cup of instant noodles that can be cooked in water for three minutes, plus juice.  For dinner, we are given juice,

Exhibit 1                                                          15

a cookie and one small burrito with beans and, sometimes, with meat.  We do not know what would happen if we asked for more food.  We are too scared to ask.") (Clint); A.F.T.C. Decl. ¶ 7 ("The food here is not enough. . . . They don't give any milk to my niece, who is two years old. . . . The food is not good, and I feel hungry.") (Clint); C.R.A. Decl. ¶ 3 ("My son, Victor, is not eating well here in detention. The give us burritos in the morning and the evening and some bread at lunchtime. It's not the food he is used to and he doesn't eat very much of it. I think he is hungry.") (Santa Teresa); K.A.S.D. Decl. ¶ 9 ("Although we receive regular meals, the food is not nutritious and it is not enough. We are still hungry. There are no fruits and vegetables.") (Clint); K., R., and B.T.P Decl. ¶ 10 ("We are hungry nearly every day. There is not enough food. We do not know what would happen if we asked for more food. We are too scared to ask.") (Clint); E.R.G.E. Decl. ¶ 13 ("They gave me a sandwich (two slices of bread and a still frozen piece of ham). We tried to eat in the cell . . . but I couldn't eat much because the food was bad and we had to eat next to the dirty toilet. Lunch and dinner this Sunday went the same way[.]") (Weslaco).

Additionally, babies and children are not given age-appropriate food that they can or will eat, and the age-appropriate food that they are given is not provided in sufficient quantity.  *See* B.P.M.M. Decl. ¶¶ 17-18 ("In four days, they have only given us baby food once.  Before we came here, my baby was eating baby food regularly during the day as well as eating some adult food.  She can not eat the food here.  It makes the adults sick and would be worse for a baby.  Since we arrived here my baby has lost a lot of weight.  Her pants are very loose now.") (Ursula); C.C.L.G. Decl. at 1 ("[J.] can only eat a little of the food.  He took formula in a bottle when we were in El Salvador.  Here, I am given one meal and share it with him.  He will eat potato chips and when there is a sandwich I take out the filling and

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1

give him the bread.  When he tries to eat the burritos in the morning he gets sick after a few bites and refuses to eat anymore.") (Ursula); K.J.J.H. Decl. ¶ 5 ("Before we came here my baby was eating solid food three times a day but now he is only getting breast milk and sometimes a cookie.  I'm only making a little breast milk because I am not eating or drinking enough.") (Ursula); K.L.R.L. Decl. ¶ 6 ("Before we came here my baby was eating regular food but now she is only getting formula.  The sandwiches they give to us for lunch are frozen so I can't even give my baby food.  The guards only let me give my baby 3 bottles of formula a day.  Before we came here she had at least five.  We are given one cookie in the morning and one cookie at night but no baby food.") (Ursula); K.G.G.Q. Decl. ¶ 14 ("My baby has not eaten a full meal in 15 days.") (Ursula); L.L.M.G. Decl. at 1 ("They give me one jar of baby food for [D.].  I breast feed him.  I don't make enough milk so I have to give him some powdered milk.  It made him sick at first.  He isn't getting enough to eat so I also feed him the rice from the burrito.") (Ursula); M.I.R.C. Decl. ¶ 8 ("Before we came here, my baby would eat several times a day, breast milk and solid food.  Here she barely eats and only breast feeds in small amounts and is losing weight.") (Ursula); M.G.F.B. Decl. ¶ 12 ("The food here is not appropriate for children, and it is making them sick.  The food is of poor quality, of small quantity, and tastes very bad.  I try to eat it so that my son will eat, but we both feel so sick from the food.") (Ursula); W.A.C.L. Decl. ¶ 5 ("They give us two cookies each day, one for me and one for my baby, but I have to give both of them to the baby because he can't eat anything else they give us.  Juice is not available and when I have asked for juice for the baby the officers have said NO.  I have notice [sic] that the guards give the juice and snacks that are for the children to those that are "working" in the cages.  So in order to get the food and drinks, the people detained with me have to "work" for food.  It makes me sad because my

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1

17

baby has always been a very good eater.  But since we have been here it has been very hard because he is hungry.") (Ursula); J.O.A.M. Decl. ¶ 8 ("They give my daughter formula, but otherwise we get no milk.") (Clint); G.S.C.C. Decl. ¶ 11 ("I am always hungry here. They do not give us enough to eat. . . . The baby is losing weight and so am I. I am nursing my baby and it is not enough nutrition for a breastfeeding mother.  I cannot make enough milk to meet my baby's needs and they threw away his formula and baby food (baby cereal) so they gave him some food, but it is the same food they give us. His body could not process it so he threw it up and got diarrhea.") (Clint); M.J.R.R. Decl. ¶ 12 ("There's no milk, fruit, or vegetables here.") (Clint); A.F.L.P Decl. ¶ 10 ("My daughter is still nursing but she needs food as well. I think the food here gave her diarrhea.") (Clint); E.J.P ¶ 4 ("[My] baby breastfeeds. At home, he was eating cereals and bananas. But there is no baby food here. Here he will not drink the formula they give me. So he is only breast feeding and I am afraid that my milk is not sufficient. He is often hungry.") (Santa Teresa); S.P.T.G. Decl. ¶ 6 ("[My little brother] can only have my mother's milk because there is no food [here] for him.") (Santa Teresa); G.S.C. Decl. ¶ 11 ("I am nursing my baby and it is not enough nutrition for a breastfeeding mother. I cannot make enough milk to meet my baby's needs and they threw away his formula and baby food (baby cereal) so they gave him some food, but it is the same food they give us. His body could not process it so he threw it up and got diarrhea.") (Weslaco).

Dr. Sevier reports that "[i]nfants between 6-12 months should be fed pureed foods in addition to formula."  Sevier Decl. ¶ 9.  But, the infants in that age range are only being provided with "infant formula, apple sauce and solid foods."  *Id.* This improper nutrition of formula and apple sauce "leaves a child at risk for developing nutritional deficiencies, including but not limited to iron deficiency

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1                                                                18

anemia.  This can cause serious health and developmental consequences given anemia in infancy is linked to reduced standardized testing scores in school-aged children."  *Id.* (citation omitted).

The CPB's own standards require access to food that is "in edible condition (not frozen, expired, or spoiled)" and provide that minors "must have regular access to snacks, milk, and juice."  CBP National Standards on Transport, Escort, Detention, and Search ("TEDS Manual") §§ 4.13, 5.6.  These conditions are particularly dangerous for the youngest detained children:

> Age appropriate nutrition and hydration are essential to avoid serious sequelae such as dehydration, electrolyte imbalance, and growth and developmental delay.  Nutrition offered must be appropriate for a child's developmental age.  Babies require adequate quantities of breast milk or formula.  Breast milk is the ideal food for infants.  It is the most nutritious, offers immunologic defenses, and is the most available and affordable but requires adequate nutrition and hydration of the lactating motion.  Formula can be adequate, but must be given in appropriate quantities and be mixed with clean water in the right proportions, otherwise formula can cause electrolyte imbalance, dehydration, and malnourishment.  Young children, as they transition to solid food, are particularly vulnerable to lack of appropriate nutrition.  In addition to breast milk or formula, young children require baby food of the appropriate nutritional value and texture (so it can be swallowed safely without the need to chew).  Children, after the age of about one, require continued and adequate amounts of nutritious, uncontaminated food, milk and adequate hydration.

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION SHOULD NOT ISSUE

CV 85-4544-DMG-AGRx

14

Exhibit 1

19

Wang Decl. ¶ 4.  These concerns are amplified when children are suffering from gastrointestinal illnesses.  *See* Wang Decl. ¶ 7 ("Children with gastrointestinal disease (vomiting and/or diarrhea) are particularly vulnerable to dehydration. Children who are malnourished are at increased risk of severe disease and complications from diarrhea.").

## **Cold Temperatures**

The declarations show that children are held in cages that are described as incredibly cold and crowded with nowhere to sit.  Gialluca Decl. ¶ 5.  *See* M.I.R.C. Decl. ¶ 3 ("When we arrived here at the Ursula Processing Station, they took our extra clothes and belongings. We were wet, but we were not allowed to change before we were put into very cold cells.") (Ursula); K.M.C.T. Decl. ¶ 9 ("There is one bed in the room.  The younger children share the bed.  The others sleep on the floor.  I'm always cold, because the air conditioning bothers me.") (Clint). In addition, children are given mylar blankets and very thin mats, which are taken away between 3-5 a.m.  *See* B.P.M.M. Decl. ¶ 12 ("There are not many places to sit and we have to sleep on very small, thin mats on the floor.  There are thin foil blankets only.") (Ursula); C.G.G.P. Decl. ¶ 7 ("We got a mat to sleep on here. But the guards will take the mats in the early morning.  Sometimes we each get a mat, but other times we have to share a mat between four people.  We have only one thin mylar blanket to share.") (Ursula); M.G.F.B. Decl. ¶ 7 ("The temperature where we are kept is very, very cold.  They raise the air conditioning at night. Without the blankets at night, the babies get sick.") (Ursula); L.L.M.G. Decl. at 1 ("It's very cold all the time and I have trouble sleeping at night because of the cold.  My son get [sic] so cold he feels frozen to the touch.") (Ursula); O.B.L.V. Decl. ¶ 7 ("It was very cold, and my baby got sick from the cold.") (Ursula); K.G.G.Q. Decl. ¶ 10 ("It is very cold here.  We have only an aluminum blanket for warmth, and this not

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND Order to SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1
20

enough.  We are always cold.") (Ursula); K.J.J.H. Decl. ¶ 4 ("There are only foil blankets and it is extremely cold.") (Ursula); A.M.O.R. Decl. ¶ 6 ("We live in Room 203 with 25 children. I estimate that it is about 10' by 15'. The first night I slept on the concrete ground and used the blanket to cover me because it was so cold. I could not sleep because I was so cold and my head hurt.") (Clint); K., R., and B.T.P. Decl. ¶ 13 ("During the night, it is too cold. There is a large ventilator on one side of the cell.  The ventilator produces water which leaks onto the floor. Sometimes there is a lot of water.") (Clint).

Many children also are in dirty clothing and have not bathed regularly or at all or provided with clean clothing, further exacerbating the extreme cold temperatures of the facility.  *See* C.C.L.G. Decl. at 1 ("I was wet when I got here and was placed in the cage without being given dry clothes.  I am still wearing the clothes that I came in with.") (Ursula); M.I.R.C. Decl. ¶ 3 ("When we arrived at the Ursula Processing Station, they took our extra clothes and belongings. We were wet, but were not allowed to change before we were put into very cold cells.  My baby has only been wearing a T-shirt, and diaper since we arrived.  They have not given her pants or socks and she is extremely cold.") (Ursula); J.I.L.Z. Decl. ¶ 8 ("It is cold at night when we sleep.  I have shoes but no socks.") (Clint).  Moreover, declarations obtained over the weekend show that these inhumane conditions persist.  *See* S.Y.M.C. Decl. ¶ 2 ("My baby got wet and I had to take his pants off two days ago and I have not been able to get any pants for him.") (Ursula); Y.M.M.C. Decl. ¶ 2 ("[m]y baby of only 3 months has only been wearing a small little jacket made of t-shirt material.  I have nothing else for my son to wear. I have been covering him up by opening up diapers and placing them against his body and then wrapping him up in bad [sic] pad. I can only use the bad [sic] pad until the cotton starts to fall out.  I have been told that they do not have any clothes here at

Exhibit 1
21

this place. I just want my baby to be warm enough. I am having to make sure that I carry my baby super close to me to keep his little body warm. I also have borrowed a jacket from another person detained with me just to keep him covered.") (Ursula); K.P.T.M., R.A.T.P. and B.D.T.P. Decl. ¶ 13 ("During the day, our cells are too hot. The roof is made of tin metal. During the night, it is too cold.  There is a large ventilator on one side of the cell.  The ventilator produces water which leaks onto the floor.  Sometimes there is a lot of water.") (Clint); E.Y.F.C. Decl. ¶ 8 ("I wish I could wear clean clothes. I have been wearing the same clothes for days. . . . I'm still wearing my own shirt, but it is dirty and has stains from breastmilk on it. My socks have a hole and are dirty. Emily [my five-month-old daughter] has also been wearing the same clothes for days. We have not been given an opportunity to change.") (Clint); A.F.T.C. Dec. ¶ 4–5 ("We weren't allowed to take a shower for five days after arriving.  Finally, today we were allowed to take a shower, but we haven't been allowed to change or wash our clothes. . . . This morning they put us in a new cell. It is so cold. I was shaking so hard and my little niece was very cold too.") (Clint); C.V.L.G. Decl. ¶ 7 ("Since I have been here, I have not been able to wash my clothes") (Santa Teresa); E.A.M.G. Decl. ¶ 16 ("We have not had a shower since we have been in custody which is 18 days. We are in the same clothes we came in which are filthy.") (Weslaco); N.C.O.V. Decl. ¶ 11 ("I have finally been able to take a shower, but I was not able to wash myself because I had to carry my son, who is too young to walk.") (Weslaco).

These conditions have been independently verified by visiting attorneys. While the attorneys were not permitted to view the living or sleeping quarters, they nonetheless found the temperatures in office spaces to be very cold and noted the children were "visibly chilled and complained of cold temperatures."   Gialluca Decl. ¶ 4; Grabman Decl. ¶ 6 (noting she was forced to wear a sweater and a suit

Exhibit 1
22

jacket during interviews with detainees).  In addition, the attorneys also noted many children were dirty and without clothing.  Gialluca Decl. ¶ 5 ("Most children are wearing filthy clothing and have not bathed or been provided clean clothing since crossing the river.  Many of the babies and toddlers are dirty and most are not fully clothed as a result of CBP confiscating their clothing and failing to provide new clothing."); Grabman Decl. ¶ 9 (discussing K.B.A.J.'s premature infant daughter who was "swaddled in a dirty towel.").

**<u>Sleeping Conditions</u>**

Numerous children have testified that the conditions make it impossible to sleep. Children consistently report that bright lights are on 24 per hours per day, and they are forced to sleep in crowded cages, often sharing blankets or mats that are taken away from them early.  *See e.g.* L.L.M.G. Decl. at 1 ("We sleep on the floor on a mat.  I only have one mat.  I only get one thin aluminum blanket for myself and my son.") (Ursula); K.J.J.H. Decl. ¶ 4 ("The lights are very bright and on all the time and it is very noisy.  I am not able to sleep.") (Ursula); C.C.L.G. Decl. at 1 ("We sleep on the concrete floor without a mat and only aluminum blankets.  The lights are also on all the time which is very disturbing and makes my son not know when it is day or night which is confusing for his body.") (Ursula); A.I.V.F. Decl. ¶ 9 ("We have been staying in different cages here in Ursula with other girls.  We have thin mattresses put on the floor to sleep.  I do not have a crib or separate area for my baby to sleep. We all sleep together on the mattress.") (Ursula); B.P.M.M. Decl. ¶ 12 ("There are not many places to sit and we have to sleep on very small, thin mats on the floor.  There are thin foil blankets only.  It is very crowded and there is no room. The lights are very bright and on all the time and it is very noisy and impossible to sleep.") (Ursula); C.G.G.P. Decl. ¶ 7 ("It is very crowded. We got a mat to sleep on here. But the guards will take the mats in

Exhibit 1                                    23

the early morning.  Sometimes we each get a mat, but other times we have to share
a mat between four people.  So then I have to sleep directly on the floor with my
daughter in my arms.  We have only one thin mylar blanket to share.  The lights are
always on.") (Ursula); E.T.P.E. Decl. ¶ 5 ("We have one mat we need to share with
each other.  It is very cold.  We each got a mylar blanket, but it is not enough to
warm us up. There are benches but we cannot sleep there.  Sometimes it is so
crowded we cannot find a place to sleep, so they allow a few of us to sleep outside
the fenced area. The lights are on all the time.") (Ursula); K.G.G.Q. 11 ("We cannot
sleep.  The guards never turn off the lights in the location where we are kept.  We
cannot sleep because of the light and the noise of everyone talking.") (Ursula);
W.A.C.L Decl. ¶ 6 ("We only are given mats to sleep on about 9 pm and they take
them away from us at about 5 am. We have been given two mylar blankets.  The
lights are on ALL the time and we can not sleep because every 15 to 20 minutes the
guards are yelling something out.  GET UP! COUNT TIME! GET UP.") (Ursula);
J.O.A.M. Decl. ¶ 6 ("We stay in a room with 45 other children.  There are ten
bunkbeds. We sleep two children per mattress so four children sleep in each bed.
The other children sleep on thin mats on the concrete floor.") (Clint); M.F.M.O.
Decl. ¶ 12 ("The officials here are very bad to us.  During the night when we're
trying to sleep they come in and wake us up, yelling and scaring us. Sometimes
children rise up in the night and officials yell at them to lay back down.  The guards
who are yelling don't speak much Spanish, so it's hard to understand what they're
saying. My sisters and I are very scared when they yell at us and other children.")
(Clint); K.P.T.M., R.A.T.P. and B.D.T.P. Decl. ¶ 14 ("[We] have slept each night
on a mat on the floor.  When we first arrived, we had to share a mat because there
were not sufficient mats for all the boys. . . . At night, all three of us wake up
repeatedly because we are cold and hungry and because guards come in and yell the

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

19

Exhibit 1

24

names of children who need to be transferred.") (Clint); G.S.C.C. Decl. ¶ 12 ("Four of us (two mothers with babies) share a mattress. The other mother and baby slept on the floor. Most of the girls sleep on the floor. . . . There are only two mats in the room and so most of the children on the floor sleep directly on the concrete.") (Clint); J.V.S.M. Decl. ¶ 8 ("Sometimes in the middle of the night, at about 3 or 4 a.m., the guards will come to call people, which wakes everyone up.") (Clint); A.F.T.C Dec. ¶ 3 ("After we got the foil blankets I have slept a little but it's hard to rest because the lights are always on, all day and all night.") (Clint); A.M.O.R. Dec. ¶ 6 ("Today a nurse got mad at us because a comb is missing [and] they came in and took out all of the beds and all of the blankets in order to punish us. Now we will have to sleep on the floor.") (Clint); G.M.C.B. Decl. ¶ 6 ("[The guards] took pillows and blankets. . . . [The officer] said that we were going to sleep on the floor. He said that it was punishment for losing the combs.") (Clint); K., R., and B.T.P. Decl. ¶ 9 ("We are woken up at 5 a.m. each day."); L.A.D.P. Decl. ¶ 7 ("[Where we sleep] is very cold because the air conditioner is always on. We are scared to ask the guards to change the temperature. The room is so crowded there is not enough space to lie down. Many of us have to sleep sitting up. The overhead fluorescent lights are always on and it is difficult to sleep.") (Santa Teresa); Y.A.M.A. Decl. ¶ 5 ("I sleep very badly because the TV is on all night. At about 6 in the morning, one of the officials puts music on very loud to wake us up.") (Clint); E.R.G.E. Decl. ¶ 10 ("There were many people in the cell, all were crammed into a cell—we didn't fit. The cell was dirty—there [was] paper strewn everywhere and I had to sit next to the toilet because it was the only place that was left. The toilet smelled and it was dirty—it was full of paper, the trash was overflowing.") (Weslaco).

In addition, minors and infants often sleep on hard concrete floors and benches, including pregnant mothers. *See e.g.* K.B.A.J. Decl. ¶ 9 ("I was really

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1

worried about my baby.  I was exhausted and could not hold her.  Other mothers carried her for a time.  I was afraid to fall asleep and have her drop. I ended up putting her on the bench so she could sleep.") (Ursula); M.G.F.B. Decl. ¶ 8 (8-month pregnant minor describing that "[t]he lights where we live and sleep are kept on all day and all night.  We cannot sleep with the bright lights always shining.") (Ursula).  *See also* Grabman Decl. ¶ 10 ("The Ursula Border Patrol guards have made both pregnant mother and toddler sleep on the cold floor without a mattress or blanket, causing the mother back and hip pain."); K.S.P.P. Decl. ¶ 4 ("We sleep on a mat on the floor.  There are about 10 kids who sleep on our mat.  There is another mat, too. Some children sleep directly on the floor.  It is tile.  We shared our bed with a teenage mom and her baby, but she left so now one of the kids who has been sleeping the floor can now sleep on the mat with us.") (Clint); M.Z.L. Decl. ¶ 8 ("We sleep on a cement bench.  There are two mats in the room, but the big kids sleep on the mats so we have to sleep on the cement bench.  We have been sleeping on the cement bench ever since we came here, except when my sister got sick, she was quarantined and she got to sleep on a mat on the floor in another room.") (Clint); J.V.S.M. Decl. ¶ 8 ("In the room, there are a few mats and cots, but no beds or mattresses.  For the past several nights, my daughter, my sister, and I have been sleeping on the cement floor because there is no other place to sleep.") (Clint); M.O.M.O Decl. ¶ 3 ("I have been staying in a room with 25 children. There were no beds, only four mats. . . . The rest of the children slept right on the ground, including little children. It is concrete. There are babies, as well as older children. They give us two blankets."); A.F.L.P Decl. ¶ 6 ("My [one-year-old] daughter and I have been sleeping on the floor with just a blanket, no mattress for two weeks.") (Clint).

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1                          26

1  Dr. Sevier also reports that the lights are kept on all night long in the CPC-

2  Ursula daycare which interferes with the ability of the children to sleep.  Sevier

3  Decl. ¶ 12.  "This is a serious detriment to a child's developing brain."  *Id.*

4  **Denial of Emergency Medical Care**

5  Conditions have led to rampant sickness, as reported by the media and

6  documented firsthand by attorneys visiting the facility.  *See* Cohen Decl. ¶¶ 3-5

7  (noting that attorney attending June 13 visit observed "a number of what appeared

8  to be profoundly ill infants and children as well as a pregnant teenager whose

9  toddler has tested positive for flu, which may be fatal to pregnant women and their

10  fetuses" and discussing media reports of flu outbreak); Grabman Decl. ¶¶ 8-11

11  (discussing illnesses of six Ursula child detainees, including K.B.A.J. who was

12  confined to a wheelchair following an emergency caesarian section and her

13  premature infant who was "listless"); Gialluca Decl. ¶¶ 6-10 (describing ill minors,

14  including infants who were "listless," "sallow," and "frail.")  *See also* W.A.C.L.

15  Decl. ¶ 7 ("The conditions are very crowded in the cage where I am at. There are

16  about 75 people each night that I have been here.  We sleep literally stacked on top

17  of each other should to shoulder.  So many are sick.  On any given day there are at

18  least 20 that are sick. They try to separate the ones that are sick, so that means

19  people come and go. But not everyone goes if they are sick.").

20  There are numerous sick class members (*see* Sevier Decl. with details of

21  medical examinations), but despite that the flu and other sicknesses are rampant

22  throughout the facility, testimony of numerous declarants shows that there is no

23  access to emergency care.  *See e.g.* K.L.R.L. Decl. ¶ 8 ("Five days after we arrived

24  here, my baby started coughing and having diarrhea.  The guards told me that only

25  the very sick babies can see doctors so my baby can't go although she has had a

26  fever and was vomiting.  She hasn't vomited for over a day but she still has a very

27

28  22

Exhibit 1
27

bad cough, fever, and continues to have diarrhea.  There are many sick children and they are not being taken to the doctor."); M.I.R.C. Decl. ¶ 7 ("The day we arrived, my baby became sick.  She she [sic] could not open her eyes and had a fever with got much worse during the day.  I asked the guard for help and he told me to 'just deal with it.'  I asked for help again, and was ignored.  The third time I asked, I was crying because she was so much worse I was very worried for her. After two days, they took her to the doctor.  They gave my baby acetaminophen and called in a prescription for an antibiotic.  We didn't receive the amoxicillin until the next day."); W.A.C.L. Decl. ¶ 8 ("I am very worried about my baby.  He has not been seen by any medical professionals since I have been here. When I have asked about getting the baby seen, the officers come and touch him and say, he is just fine. Today was the first time that a doctor or any medical professional has seen him."); K.A.R.L. Dec. ¶ 7 ("There are young children with no parents. . . . [I] started taking care of [a four-year-old girl] myself. I take her to the bathroom, give her my extra food if she is hungry, and tell people to leave her alone if they are bothering her. She has been sick the whole time I have been taking care of her, and is coughing and has mucous.") (Clint); M.J.S. Decl. ¶ 3–4 ("I . . . came down with the flu.  I then went into the flu cell for 7 days. They were 21 other kids in that space with the flu. I had a fever in there and I was shaking.  Some of the other kids were vomiting. They all had fevers. No one was taking care of the kids with the flu."); A.F.T.C. Decl. ¶ 3 ("My mom started to get a fever and sore throat on the second day. I have a fever now and a sore throat."); A.M.O.R. Decl. ¶ 3–4 ("A Border Patrol Agent came in our room with a two-year-old boy and asked us, 'Who wants to take care of this little boy?' . . . I started taking care of him yesterday. His bracelet says he is two years old. . . . He is sick. He has a cough and a runny nose and scabs on his lips. He was coughing last night so I asked to take him to see the doctor and they

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

23

Exhibit 1                                              28

told me that the doctor would come to our room, but the doctor never came.")
(Clint); A.J.E.M. Decl. ¶ 4 ("About three days ago I got a fever. They moved me
alone to a flu cell. There is no one to take care of you there. They just give you pills
twice a day. I am also having an allergic reaction all over my skin. My skin is itchy
and red and my nose is stuffed up, Two times they gave me a pill for it but not
anymore.") (Clint); G.M.M.A. Decl. ¶ 10 ("I had a sore throat. I went to the doctor,
and she said I had a little fever, but she didn't look at my throat. She gave me a
piece of candy and sent me back to the room I was in. I felt worse later—my throat
hurt more—and when I asked to see the doctor again, the doctor said she was very
busy and I should go back and wait. I went back again and had to wait an hour.
[The doctor] didn't do anything to help. I feel sicker today. My throat is very
sore.") (Clint); E.A.M.G. Decl. ¶ 8 ("[M]y baby nephew . . . was very sick. He saw
the doctor and was given medicine, but he didn't get better. His stomach still hurts,
he has a bad cough and fever.") (Weslaco).

Other medical conditions also are going untreated.  In one of the most glaring
examples of neglect, K.B.A.J. is a 17 year-old who gave birth to a premature baby
by cesarean section in Mexico over a month ago and was gravely harmed during
this surgery.  Grabman Decl. ¶ 8.  She complained of shooting, sharp pain from her
waist through her right buttock and leg to her foot, and has difficulty walking due to
her post-surgical pain, and she has been confined to a wheelchair.  *Id.*  As she is
always seated, she reports that her buttocks are sore and red and that she is
developing a pressure wound on one buttock.  *Id.*  She appears very thin and
K.B.A.J.'s pain prevented her from eating much; she says she is nauseated from the
pain.  *Id.*  More concerning is her premature infant daughter, K.E.A., who appears
"small, weak, and listless."  *Id.* ¶ 9.  During the five hours spent with the visiting
attorney Ms. Grabman, the baby did not cry, she slept most of the time and had to

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1
29

1  be roused to nurse.  *Id.*  She would not nurse for long periods, although K.B.A.J.

2  conscientiously tried to breastfeed her.  *Id.*  The baby was swaddled in a dirty

3  towel.  *Id.*  The day prior, the Border Patrol permitted K.B.A.J. to wash her baby

4  for the first time since their arrival in detention – nearly 8 days.  *Id.*  However, a

5  Border Patrol official confiscated the sweatshirt K.B.A.J. had wrapped around her

6  baby.  Id.  K.B.A.J. stated that her baby was" shaking and trembling with cold and

7  could not maintain her temperature"; she begged the Border Patrol guard for

8  something to wrap the baby in, and she was given a dirty towel.  *Id.*

9      The medical issues can only be remedied via immediate care.  *See* Wang

10  Decl. ¶ 22 ("These minor children and infants should have immediate access to

11  emergency medical services.").  Furthermore, failure to provide the necessary

12  medical treatment is a violation of the Agreement's requirement that the conditions

13  at the facility must be "safe and sanitary" and "consistent with the INS's concern

14  for the particular vulnerability of minors." Agreement ¶ 12A; Order ¶¶ 7-8.

15      In addition, the conditions at these facilities, especially when combined with

16  the weakened immune systems of children, are causing a genuine public health

17  crisis that will persist and indeed worsen if left untreated.  *See* Wang Decl. ¶¶ 4-11,

18  22 ("In my professional opinion as a pediatric emergency physician, the appropriate

19  place for these children to receive the services that they need is the emergency

20  department of a hospital, which has the needed capacity and capability to

21  appropriately evaluate and treat these children.").  In short, the children need

22  immediate access to emergency care and improved living conditions to prevent

23  more illness and even death.  *See generally* Wang Decl.; Sevier Decl.

24

25

26

27

28

SUMMARY OF THE EVIDENTIARY RECORD IN SUPPORT OF
EX PARTE APPLICATION FOR TEMPORARY
RESTRAINING ORDER AND ORDER TO SHOW CAUSE
WHY A PRELIMINARY INJUNCTION SHOULD NOT
ISSUE
CV 85-4544-DMG-AGRx

Exhibit 1
30