# Exhibit 2

June 25, 2019

Dear Counsel for the *Flores* Class,

We are experts in medical ethics who have devoted our careers to rigorous analysis of challenging ethical issues relevant to health and well-being, to advancing the ethical treatment of all people and especially the most vulnerable, and to examining historical failures to uphold basic ethical principles so that we can prevent future atrocities. It does not take any special expertise, however, to recognize that the conditions in which children are being detained at U.S. border facilities are ethically abhorrent and demand immediate remediation.

According to numerous reports from on-site visits and interviews, children and others under the care of the U.S. government are being held in unsanitary conditions, without access to clean water or adequate nutrition, kept in frigid temperatures without the basic environmental conditions to allow them to sleep, and denied access to even the simplest emergency medical care. There have been outbreaks of influenza and lice; in the absence of basic sanitation, other public health threats will surely follow. As ethicists, we can say with absolute certainty that this is not a hard case. We should not have to convince the U.S. government of its obvious ethical obligations to protect vulnerable children in its custody or of its obvious failure to satisfy those obligations to date. And yet, it appears that argument is needed.

The basic principles of medical ethics entail respect for persons, avoidance of harm, and fair treatment. These principles apply whenever individual and community health are at issue, as is the case here where the physical and mental health of detainees are being placed at extreme risk. These risks are greatest for children, who may suffer serious long-term consequences as a result of the conditions in which they are being held. The principles are blind to citizenship and to politics. Yet the U.S. government's treatment of detainees violates each of the core principles of medical ethics.

Respect for persons refers to the notion that all human beings have inherent moral value. As such, they deserve to have their autonomy respected - and when their autonomy is impaired due to age, detention, or any other reason, they deserve to be protected from exploitation and mistreatment. At root, respect for persons is the familiar notion that we ought to treat others as we wish to be treated. This principle is reflected in the United Nations Universal Declaration of Human Rights, which maintains that everyone is entitled to "the right to a standard of living adequate for . . . health and well-being . . . including food, clothing, housing and medical care[,]" as well as to the avoidance of "cruel, inhuman or degrading treatment or punishment." The Declaration goes on to provide that "[m]otherhood and childhood are entitled to special care and assistance." Especially when people have been deprived of the ability to satisfy their own basic needs and those of their children, the entity responsible for such deprivation takes on special moral duties to ensure that those needs are being met.

There is no interpretation under which what is happening at these detention facilities could be described as respectful of the humanity of those detained. Denying children such basic dignities as the ability to wash their hands after using the bathroom, closing bathrooms as punishment, denying mothers the ability to sanitize their babies' bottles, withholding toothbrushes and the ability to bathe

Exhibit 2                                                                                                31

for days on end, purposefully exposing children to uncomfortably cold temperatures, failing to provide clean drinking water and age-appropriate foods, refusing to facilitate adequate sleep, forcing mothers to beg for medical care for their infants, instilling fear in those who might protest when their basic needs are not being satisfied – these are all behaviors designed to degrade and deny the humanity of the detainees. They are entirely without justification, reflecting deep ethical violations that must be stopped.

Closely related to respect for persons is the obligation to avoid causing unnecessary harm. Yet each of the ethical violations described above is causing harm to the detainees. In particular, the absence of adequate sanitation is exposing them to an unnecessary and unacceptable risk of infectious disease, while the absence of adequate nutrition and sleep is likely to weaken children to such an extent that any health risks will be seriously exacerbated. When these children succumb to disease, experience to date suggests that medical care will not be forthcoming. If parents were to subject their children to such outright neglect, they would be charged with child endangerment, and the responsible agencies would remove the children from their custody. The U.S. government has prevented detained parents from adequately caring for their detained children, while simultaneously failing to execute its resultant duty of care. This neglect is a grave ethical wrong and must not be tolerated.

Finally, the principle of justice demands both fairness and equity. However, the U.S. government's current policy and practice lack any sense of fairness or proportionality, intentionally inflicting severe physical harm and emotional distress on children ranging in age from infancy to adolescence in order to discourage their parents for seeking refuge in our country and to punish them for doing so. No child should ever be punished to manipulate the behavior of their parents, not to discourage criminal behavior and certainly not to discourage those pursuing legal pathways to claim asylum. As a matter of equity, it is without question that Americans would not stand for the children of our own citizens being used in this manner, even to prevent behavior much more detrimental to our society. The detained children are no less worthy of protection. Every child, regardless of citizenship, is imbued with the same fundamental humanity and basic needs. Failure to treat them with the same respect and compassion that we demand for American children is beyond unjust. It is a cruel abdication of our most fundamental commitment to other human beings.

History has demonstrated the dangers in treating any person as less than human. As bioethicists, we feel a deep responsibility to call out such dangerous behavior, especially when it is being carried out by our own government. No matter where they came from, these are children, the most vulnerable members of any society. As a matter of common decency, they deserve care, protection, and acknowledgment of their humanity. As a matter of medical ethics, they deserve to be housed in conditions that will preserve their health and the health of others, and they deserve appropriate medical care when needed. Moreover, medical staff must be allowed to care for these children as whole people. This means that they must not be expected to restrict their attention only to responding to dire health emergencies, but rather given the authority and resources needed to resolve the root causes of these emergencies and to address the full scope of the children's health needs.

Exhibit 2                                                                                                          32

What is legal is not always ethical, but in this context, the U.S. government is behaving neither legally or ethically. It must heed its ethical responsibilities rather than arguing over the semantics of "safe and sanitary" conditions when the spirit of the *Flores* settlement agreement is clearly not being met. We support your efforts to urge the court to require that the government take every necessary step for the protection of these children and other detainees, with sufficient specificity and oversight to remediate current conditions and to prevent similar problems from recurring in the future.

Sincerely,
Concerned Bioethicists*

1. Holly Fernandez Lynch, JD, MBE
University of Pennsylvania School of Medicine

2. Steven Joffe, MD, MPH
University of Pennsylvania Perelman School of Medicine
Children's Hospital of Philadelphia

3. John D. Lantos, MD
Children's Mercy Hospital, Kansas City

4. Jonathan D. Moreno, PhD
University of Pennsylvania

5. Suzanne M. Rivera, PhD
Case Western Reserve University

6. Dominic A. Sisti, PhD, MBE
University of Pennsylvania Perelman School of Medicine

7. Kayte Spector-Bagdady, JD, MBE
University of Michigan Medical School

*Affiliations are provided for identification only

Exhibit 2                                                                                       33

We, the undersigned ethicists, endorse the principles and share the deep concerns articulated in this letter. [Closed 3:30 pm ET, 06/25/19]

8. Carolyn Chapman, PhD, MS, NYU School of Medicine Division of Medical Ethics

9. Jaime O'Brien

10. Emma Tumilty, PhD, University of Texas Medical Branch

11. Lainie Friedman Ross, MD, PhD University of Chicago

12. Kelly K. Dineen, RN, JD, PhD, Creighton University

13. Peter D. Jacobson, JD, MPH, University of Michigan School of Public Health

14. Daniel Wikler, PhD, Harvard School of Public Health

15. Leah Pierson, BA, Harvard Medical School

16. Emily E. Anderson, PhD, MPH, Loyola University Chicago Stritch School of Medicine

17. Michael McCarthy, PhD, Loyola University Chicago

18. Seema Mohapatra, JD, MPH, Indiana University Robert H. McKinney School of Law

19. Mara Buchbinder, PhD, University of North Carolina at Chapel Hill School of Medicine

20. Jodi Halpern, MD, PhD, University of California, Berkeley

21. Aziza Ahmed, JD, MS, Northeastern University School of Law

22. Ronit Y. Stahl, PhD, University of California, Berkeley

23. Danielle M. Wenner, PhD, Carnegie Mellon University

24. Moti Gorin, PhD, MBE, Colorado State University

25. Alyssa M. Burgart, MD, MA, Stanford University School of Medicine, Lucile Packard Childrens Hospital

26. Benjamin Wilfond, MD, Seattle Childrens Hospital and University of Washington

Exhibit 2                                                                          34

27. Laura Hermer, JD, LLM, Mitchell Hamline School of Law

28. Erin Paquette, MD, JD, MBe, Northwestern University Feinberg School of Medicine; Ann & Robert H. Lurie Children's Hospital of Chicago

29. Nancy M. P. King, JD, Wake Forest School of Medicine & Wake Forest University

30. Govind Persad, JD, PhD, University of Denver Sturm College of Law

31. Mark A. Rothstein, JD, University of Louisville School of Medicine

32. Jeremy Snyder, PhD, Simon Fraser University

33. Susan E. Lederer, University of Wisconsin School of Medicine

34. Christine E. Bishop MD, MA, Wake Forest School of Medicine

35. Sharon O'Hara, DrPH, University of California, Berkeley

36. Nanette Elster, JD, MPH, Neiswanger Institute, Loyola Chicago

37. Mark Kuczewski, PhD, Loyola University Chicago Stritch School of Medicine

38. Ellen Wright Clayton, MD, JD, Vanderbilt University Medical Center

39. Michelle N. Meyer, PhD, JD, Geisinger Health System

40. David Magnus, PhD, Stanford University

41. Margaret Foster Riley, JD, University of Virginia Schools of Law and Medicine

42. John Pringle, BScN MSc PhD, McGill University

43. Ariane Lewis, MD, NYU Langone Medical Center

44. Christine Mitchell, RN, MS, MTS, Harvard Medical School Center for Bioethics

45. Craig Klugman, PhD, DePaul University

46. Charles W. Lidz, PhD, UMass Medical School

47. Jennifer Kesselheim, MD, MBE, MEd

Exhibit 2                                    35

48. Thomas Wm Mayo, JD, SMU/Dedman School of Law & UTSW Medical School

49. Steven H. Miles, MD, University of Minnesota

50. Josephine Johnston, LLM, MBHL, The Hastings Center

51. Jennifer Young, PhD, Stanford University

52. Yoram Unguru, MD, MS, MA The Herman & Walter Samuelson Children's Hospital at Sinai and Johns Hopkins Berman Institute of Bioethics

53. Michael R. Ulrich, JD, MPH, Boston University School of Public Health

54. Kyle A. McGregor, PhD, NYU, Langone Health

55. Leonard H. Glantz, JD, Boston University School of Public Health

56. Ekaterina Pivovarova, PhD, University of Massachusetts Medical School

57. Philip M. Rosoff, MD, MA, Trent Center for Bioethics, Humanities & History of Medicine, Duke University School of Medicine

58. Alex John London, PhD, Carnegie Mellon University

59. Paul P. Christopher, MD, Alpert Medical School, Brown University

60. M. Jeanne Wirpsa, MA BCC, Northwestern Memorial Hospital, Medical Ethics

61. Nir Eyal, DPhil, Harvard TH Chan School of Public Health

62. Kelly Michelson, MD, MPH, Northwestern University

63. Melissa Abraham, PhD, Harvard Medical School

64. Rachel Fabi, PhD

65. Bertrand M. Patenaude, PhD, Stanford University

66. Kevin Thompson, PhD, DePaul University

67. Paul Root Wolpe, PhD, Center for Ethics, Emory University

68. Valerie Gutmann Koch, JD, DePaul University School of Law

Exhibit 2                                                      36

69. Celia B. Fisher, PhD, Fordham University

70. Wendy Parmet, JD, Northeastern University

71. F. Daniel Davis, PhD, Geisinger Health System

72. Michelle Oberman, JD, MPH, Santa Clara University School of Law

73. Lance Tibbles, JD, Capital University Law School

74. Sharona Hoffman, JD, SJD, Case Western Reserve University School of Law

75. Kayhan Parsi, JD, PhD, Loyola University Chicago Stritch School of Medicine

76. Lauren A. Taylor, MDiv, MPH, Harvard University

77. Nancy E. Kass, ScD, Johns Hopkins University

78. Nathan Cortez, JD, SMU, Dedman School of Law

79. Daniel J. Hurst, PhD, University of Alabama at Birmingham

80. Eric Feldman, JD, PhD, University of Pennsylvania

81. Alison Bateman-House, PhD, MPH, NYU Langone Health

82. Stowe Locke Teti, HEC-C, Harvard Medical School Center for Bioethics

83. Brandy M. Fox, MSHCE, PhD (c), Saint Louis University

84. Susan M. Wolf, JD, University of Minnesota

85. Rick Weinmeyer, JD, PhD student, Northwestern University

86. Jennifer C. Sarrett, PhD, Emory University

87. Lindsay McNair, MD, MPH, MSBioethics, Boston University School of Public Health

88. Lance Gable, JD, MPH, Wayne State University Law School

89. Kathrine Bendtsen, PhD(c), Saint Louis University

Exhibit 2                                                                                 37

90. Nicholas G. Evans, PhD, University of Massachusetts Lowell

91. Phoebe Friesen, PhD, University of Oxford

92. Henry S. Richardson, JD, MPP, PhD, Georgetown University

93. Jonathan Marron, MD, MPH, Dana-Farber Cancer Institute and Center for Bioethics, Harvard Medical School

94. Marc A. Rodwin, JD, PhD, Suffolk University Law School

95. Sandra M. Fabregas, Centro Latino de Bioetica y Humanidades, PR

96. Carolyn P. Neuhaus, PhD, The Hastings Center

97. Loren Wissner Greene, MD ,MA (Bioethics), NYU School of Medicine

98. Dov Fox, JD, LLM, DPhil, University of San Diego School of Law

99. George J. Annas, JD, MPH, Boston University Center for Health Law, Ethics & Human Rights

100. Kyle Ferguson, MPhil, NYU School of Medicine

101. J. Wesley Boyd, MD, PhD, Center for Bioethics and Department of Psychiatry, Harvard Medical School/Cambridge Health Alliance

102. Kavita Shah Arora, MD, MBE, MS, MetroHealth Medical Center - Case Western Reserve University

103. Daniel S. Goldberg, JD, PhD, University of Colorado Anschutz Medical Campus

104. Kata Chillag, PhD, Macalester College

105. Leigh Turner, PhD, University of Minnesota

106. Gerald S. Schatz, JD

107. John D. Psychologist, PsyD, ABPP - Psychologist, Board Certified in Clinical Psychology, Private Practice, Mechanicsburg, PA

108. Jonathan Kimmelman, PhD, McGill University

109. Robert I. Field, JD, MPH, PhD, Drexel University Kline School of Law and Dornsife School of Public Health

Exhibit 2                                    38

110. Jon F. Merz, MBA, JD, PhD, Perelman School of Medicine at the University of Pennsylvania

111. Jim Sabin, MD, Harvard Medical School

112. Christian J. Vercler, MD, MA, FACS, FAAP, University of Michigan

113. Kellie Owens, PhD, University of Pennsylvania

114. Jessica T. Fry, MD, Northwestern University Feinberg School of Medicine

115. Lisa Kearns, MS, NYU, School of Medicine Division of Medical Ethics

116. Ruth Berggren, MD, Center for Medical Humanities and Ethics, U. of Texas Health San Antonio

117. Jennifer deSante-Bertkau, MD, MBE, Cincinnati Children's Hospital Medical Center

118. Barbara Jennings, MSW

119. Therese Jones, PhD, University of Colorado Anschutz Medical Campus Center for Bioethics and Humanities

120. Alan Jay Weisbard, JD, University of Wisconsin Law School

121. Cabell H. King, GCE Lab School

122. Lauren B. Smith, MD, University of Michigan

123. Arthur Caplan, PhD, NYU School of Medicine

124. Carl Elliott, MD, PhD, Center for Bioethics, University of Minnesota

125. Harold Braswell, PhD, Saint Louis University

126. Thaddeus Mason Pope, JD, PhD, Mitchell Hamline School of Law

127. Andrew G Shuman, MD, FACS, University of Michigan

128. Trudo Lemmens, LicJur, LLM, DCL, Faculty of Law, University of Toronto

129. Alan Regenberg, MBE, Johns Hopkins University

130. Betty Wolder Levin, PhD, CUNY Graduate School of Public Health and Health Policy

Exhibit 2                                                                                          39

131. Anna Gotlib, JD, PhD, Brooklyn College CUNY

132. Timothy R. B. Johnson, MD, AM, University of Michigan

133. Seema K. Shah, JD, Lurie Children's Hospital, Northwestern University

134. Stephanie Solomon Cargill, PhD, Center for Health Care Ethics, Saint Louis University

135. Rebecca Spence, JD, MPH

136. Justin Lowenthal, NIH Bioethics Fellowship, Johns Hopkins University School of Medicine

137. Andrew Goldstein, MD, NYU School of Medicine

138. Primi-Ashley Ranola, BA, MA, Northwestern University Feinberg School of Medicine

139. Aaron Levine, PhD, Georgia Institute of Technology

140. Zackary Berger, MD, PhD, FACP, Johns Hopkins School of Medicine and Johns Hopkins Berman Institute of Bioethics; Esperanza Center Health Clinic; Baltimore, MD

141. Erin Egan, MD, JD, University of Denver

142. Casey Jo Humbyrd, MD, Johns Hopkins University

143. Ted Packard, PhD, University of Utah, Professor Emeritus

144. Elizabeth Chuang, MD, MPH, Montefiore-Einstein Center for Bioethics

145. Jennifer K. Wagner, JD, PhD, Geisinger Health System

146. Jodyn Platt, PhD, MPH, University of Michigan Medical School

147. James Gordon, MD, FAAN, University of Washington

148. Deborah Knudson Gonzalez, MD, University of South Florida

149. Megan Allyse, PhD, Mayo Clinic

150. Regine Calvar, MS HCE Independent Patient Advocate

151. Courtney Jarboe, MS MA, University of Minnesota

Exhibit 2                                                    40

152. Stephanie M. Fullerton, DPhil, University of Washington

153. Fareed Awan, MA, University of Minnesota

154. Patrick D. Herron, DBe, Albert Einstein College of Medicine & Montefiore Health System

155. Nneka Sederstrom, PhD, MPH, MA, FCCP, FCCM Children's Minnesota

156. Chris Feudtner, MD, PhD, MPH, University of Pennsylvania

157. Jacqueline Fox, JD, LLM, University of South Carolina School of Law

158. Kelly McBride Folkers, MA, NYU School of Medicine

159. Ubaka Ogbogu, LLB, BL, LLM, SJD, Faculties of Law and Pharmacy and Pharmaceutical Sciences, University of Alberta

160. Katherine Taylor, JD, PhD, Drexel University

161. Spencer Guthrie MS,MPH. CEO Aurora Bio

162. Matthew K. Wynia, MD, MPH, FACP, University of Colorado Center for Bioethics and Humanities

163. Aaron P. Sullivan, MA, PhD Candidate. University of Missouri-Columbia

164. L. Syd M Johnson, PhD, Michigan Tech & Upstate Medical University

165. Jorge Rivera, JD, MS, Columbia University

166. Kathleen Bachynski, PhD, MPH, NYU School of Medicine

167. Aaron S. Kesselheim, MD, JD, MPH, Brigham and Women's Hospital/Harvard Medical School

168. Daniel Thiel, MA, PhD candidate, University of Michigan

169. Susan Brown Trinidad, MA, PhD student, University of Washington School of Medicine

170. Gabriela Arguedas R. PharmD. M.Sc. PhD candidate, Universidad de Costa Rica

171. Joan Liaschenko, PhD, RN, HEC-C, University of Minnesota

172. Dorene S. Markel, MS, MHSA, University of Michigan Medical School

Exhibit 2                    41

173. Terri Peterson, PhD, Lehman College, CUNY

174. Nancy S. Jecker, PhD, University of Washington School of Medicine

175. Patrick McDonald MD, MHSc, FRCSC, BC, Children's Hospital, University of British Columbia

176. Rita Sommers-Flanagan, PhD, University of Montana

177. Amy McGuire, JD, PhD,  Baylor College of Medicine

178. Sonia Sethi, MD/MBE student, University of Pennsylvania and Sidney Kimmel Medical College

179. Melissa M. Goldstein, JD, George Washington University

180. Kathy L. Cerminara, JD, LLM, JSD, Shepard Broad College of Law, Nova Southeastern University

181. Hailey Cleek, JD/MA student, Wake Forest University

182. Kellie R. Lang, JD, RN

183. Zoltan Boka,  MEd, Lehman College

184. Billie M. Severtsen, PhD, RN Washington State University

185. Allegra Merriweather, MSc, PhD student, Duquesne University

186. Sara Goering, PhD, University of Washington

187. Françoise Baylis, CM, ONS, PhD, FRSC, FCAHS, University Research Professor, Dalhousie University

188. Shawneequa Callier, JD, MA, George Washington University

189. Joanna K Weinberg, JD, LLM, UC Berkeley, Center for the Study of Law and Society

190. Ifeoluwayimika Bamidele LLM, Afe Babalola University

191. Debra DeBruin, PhD, University of Minnesota

192. Owen Schaefer, DPhil, National University of Singapore

193. Anant Bhan, MBBS, MHSc, Researcher, Bioethics, Global Health and Policy, India

Exhibit 2                                              42

194. Marcel Verweij, PhD, Wageningen University, NL

195. Udo Schuklenk, PhD, Queen's University at Kingston

196. Thalia Arawi, PhD, Salim El Hoss Bioethics Program at the American University of Beirut Medical Center

197. Nicholson Price, JD, PhD, University of Michigan Law School

198. Joel Frader, MD, MA, Lurie Children's Hospital and Northwestern University

199. Alexandra Vinson, PhD, University of Michigan Medical School

200. Sigrid Sterckx, PhD, Bioethics Institute Ghent, Ghent University, Belgium

201. Maureen Kelley, PhD, University of Oxford

202. Donna Dickenson, PhD, University of London, UK

203. Akira Akabayashi, MD, PhD, The University of Tokyo Faculty of Medicine, Japan

204. Janice Graham, PhD, FRSC, FCAHS, University Research Professor, Dalhousie University

205. William Gardner, PhD, Université d'Ottawa

206. Donna Ewy, MD, MTS, MA-Bioethics, Ascension Medical Group Wichita, Kansas

207. Stephen W. Smith, JD, PhD, Cardiff University

208. Jeremy Greene, MD, PhD, Johne Hopkins University School of Medicine

209. Autumn Fiester, PhD, University of Pennsylvania Perelman School of Medicine

210. Vilhjálmur Árnason, PhD, University of Iceland

211. Clare Whitney, MS, RN, University of Pennsylvania

212. Jessica L. Roberts, JD, University of Houston Law Center

213. Ryan Dimentberg, BA, MBE (cand.), University of Pennsylvania

214. Gabriel Lázaro-Muñoz, PhD, JD, Baylor College of Medicine

Exhibit 2                                                                43

215. Emily Largent, JD, PhD, RN, University of Pennsylvania

216. Elizabeth Pike, JD, LLM, Alumni Georgetown Law

217. Peter West-Oram, PhD, Brighton and Sussex Medical School

218. Matthew McCoy, PhD, University of Pennsylvania

219. Raymond De Vries, PhD, University of Michigan

220. Lynette B. Martins, LLB, University of Pennsylvania

221. Rachel Zacharias, JD Candidate, University of Pennsylvania Law School, University of Pennsylvania
Perelman School of Medicine

222. David R Curry, MS, GE2P2 Global Foundation; NYU Langone Division of Medical Ethics

223. Carolyn McLeod, PhD, University of Western Ontario

224. Caroline Cupp, MDiv, MBE, First Presbyterian Church of West Chester

225. Michael A. Grodin, MD, Boston University

226. Rieke van der Graaf, PhD, University Medical Center Utrecht, Netherlands

227. Erik Malmqvist, PhD, University of Gothenburg, Sweden

228. Rebecca D. Pentz, PhD, Emory University School of Medicine

229. Lisa M. Rasmussen, PhD, Department of Philosophy, University of North Carolina, Charlotte

230. Cavan K. Doyle, JD, LLM, Neiswanger Institute for Bioethics and Health Policy, Loyola University
Stritch School of Medicine

231. Sarosh Saleem, MBBS, MBeth, FPB, Shalamar Medical & Dental College, Lahore, Pakistan

232. Allie Cohen, JD, MBE, University of Pennsylvania Alumni

233. Debra JH Mathews, PhD, MA, Johns Hopkins Berman Institute of Bioethics

234. Stephanie Morain, PhD, MPH, Baylor College of Medicine

235. Brian H. Childs, PhD, Mercer University School of Medicine

Exhibit 2                                                    44

236. Jay R. Malone, MD, PhD, St. Louis Children's Hospital, Washington University in St. Louis

237. Daniel Tigard, PhD, Human-Technology Center, RWTH Aachen University

238. Avery Kolers, PhD, Department of Philosophy, University of Louisville

239. Jamie L Nelson, PhD, Michigan State University

240. Cory Czuczman, MBE, MPHc, University of Pennsylvania

241. Toby Schonfeld, PhD, Prime Review Board

242. Joel Howell, MD PhD, University of Michigan Medical School

243. Spencer Hey, PhD, Harvard Medical School & Brigham and Women's Hospital

244. Dana Howard, PHD, Ohio State University Medical Center

245. Shawn Winsor, MHSc, PhD(c), Centre for Health Economics and Policy Analysis, McMaster
University

246. Michelle Huckaby Lewis, MD, JD, Berman Institute of Bioethics, Johns Hopkins University

247. Sarah Vordenberg, PharmD, MPH, University of Michigan

248. Pastor J. Galicia Pérez, MD, Sección de Bioética de la Sociedad de Obstetricia y Ginecología de
Venezuela

249. Louise P. King, MD, JD, Center for Bioethics, Harvard Medical School

250. Daniel M. Goldstein, PhD, The University of Massachusetts Amherst

251. Katherine L. Kraschel, JD, Yale Law School

252. David N. Sontag, JD, MBE, Harvard Medical School Center for Bioethics

253. Sayantani DasGupta, MD, MPH, Graduate Program in Narrative Medicine, Columbia University

254. Jeffrey Peppercorn, MD, MPH, Harvard Medical School

255. Edmund Weisberg, MS, MBE, Johns Hopkins University

Exhibit 2                                                45

256. Ben Davies, PhD, University of Oxford

257. Gregory S. Troutman, MBE, Sidney Kimmel Medical College at Thomas Jefferson University

258. Colleen Denny, MD, Bellevue Hospital, NYU School of Medicine

259. Brian M. Jackson, MD, MA, University of Colorado School of Medicine

260. John C. Moskop, PhD, Wake Forest School of Medicine

261. María de Jesús Medina Arellano, PhD, National Autonomous University of Mexico UNAM

262. Joanna Kempner, PhD, Department of Sociology, Rutgers, The State University of New Jersey

263. Julie M. Aultman, PhD, Northeast Ohio Medical University

264. Matthew Hickey, PhD, Colorado State University

265. Tyler S. Gibb, JD, PhD, Western Michigan University Homer Stryker MD School of Medicine

266. Maya Goldenberg, PhD, University of Guelph

267. Jonathan Beever, PhD, University of Central Florida

268. John Z Sadler, MD, UT Southwestern

269. Christian Munthe, PhD, University of Gothenburg

270. Elisa A. Hurley, PhD, Public Responsibility in Medicine and Research

271. Kristen Slesar, LCSW, MS, Columbia University

272. Brian H. Stagner, PhD, Psychological and Brain Sciences, Texas A&M University

273. Larry R. Churchill, PhD, Vanderbilt University Medical Center

274. Carolyn Ells, PhD, McGill University

275. Medha D. Makhlouf, JD, Penn State University, Dickinson Law

276. Lynn Bush, PhD, MS, MA, Boston Children's Hospital

277. Milton E. Strauss, PhD, Case Western Reserve University

Exhibit 2                                                        46

278. Doug Opel MD, MPH, University of Washington School of Medicine and the Treuman Katz Center of Pediatric Bioethics, Seattle Children's Research Institute

279. Michele Heisler, MD, MPA, University of Michigan Medical School

280. Naomi Laventhal, MD, MA, University of Michigan School of Medicine

281. Christian Morales, MA, Johns Hopkins Bloomberg School of Public Health

282. Frank Chessa, PhD, Tufts University School of Medicine

283. Michelle L. McGowan, PhD, Cincinnati Children's Hospital Medical Center

284. Michele Meltzer, MD, MBE, Thomas Jefferson University

285. Valarie Blake, JD, MA, WVU College of Law

286. Karen Maschke, PhD, The Hastings Center

287. Katherine Wasson, PhD, MPH, Loyola University Chicago

288. Birgitta Sujdak Mackiewicz, PhD, Director of Ethics, OSFHC Children's Hospital of Illinois & Univ. of Illinois College of Medicine

289. Amy Caruso Brown, MD MSc, MSCS, SUNY Upstate Medical University

290. April Dworetz, MD, MPH, MAB, Emory University School of Medicine

291. Michael G. Bayerl, MD, Pennsylvania State College of Medicine

292. Susan A. Stark, PhD, Department of Philosophy, Bates College

293. Robert D. Truog, MD, MA, Harvard Medical School

294. Edward J. Bergman, JD, Perelman School of Medicine, University of Pennsylvania

295. Jessica Miller, PhD, University of Maine

296. Michele C. Gornick, MA, PhD

297. Allan Gonzalez Estrada, PhD, Universidad Nacional, Costa Rica

Exhibit 2                                           47

298. Jessica Mozersky, PhD, MBE, Washington University School of Medicine

299. Mike Matteson. MA, University of North Carolina Greensboro

300. Gerol C. Petruzella, PhD, Massachusetts College of Liberal Arts

301. Heather Mentch, BS, BA, University of Pennsylvania

302. Anthony Colon, MBE, MPA

303. Anne Drapkin Lyerly, MD, MA, University of North Carolina at Chapel Hill

304. Cristina Kelly, BS, University of Pennsylvania Perelman School of Medicine

305. Kenneth W. Goodman, PhD, University of Miami

306. Sara F. Goldkind, MD, MA, Goldkind Consulting, LLC

307. Gail Henderson, PhD, UNC School of Medicine

308. Maryn Lewallen, MPH, University of Michigan Medical School

309. Ruth R. Faden, PhD MPH, Johns Hopkins Berman Institute of Bioethics

310. Jason Bach, MBE (in-progress), University of Pennsylvania

311. Jennifer D. Oliva, JD, MBA, Seton Hall University School of Law

312. Agnes A. Cardoni,  PhD, Marywood University

313. Tracy Koogler, MD, University of Chicago

314. Margie Hodges Shaw, JD, PhD, University of Rochester School of Medicine and Dentistry

315. Ian Sigal, MPhil, MS, Perelman School of Medicine at the University of Pennsylvania

316. Barbara B. Ott, RN, PhD, Villanova University

317. Thomas Tracy, PhD, Bates College

318. Eda Akpek, BA, Johns Hopkins University

319. Claire McKeown, BSW, MPH (in progress), University of Pennsylvania

Exhibit 2                                                                48

320. Holly Woodbury, BA, The New School

321. Samuelle Voltaire, MSW, MPH (2020), University of Pennsylvania

322. Ramonita Vega-Lugo, PhD, Social Sciences, University of Puerto Rico, Mayagüez Campus

323. David Cummiskey, MA, PhD, Bates College

324. Bradford H. Gray, PhD, The Hastings Center

325. Amy T Campbell, JD, MBE, University of Memphis School of Law

326. Bruce Gordon, MD, University of Nebraska Medical Center

327. Sean Aas, PhD, Georgetown University

328. Charles L Bosk, PhD University of Pennsylvania

329. Jamie Song, BA, MPH, University of Pennsylvania

330. Kierstyn Claycomb, MBA, MS, University of Pennsylvania

331. Kathy Johnson Neely, MD, MA, Northwestern Memorial Hospital Medical Ethics Program

332. Emily Farmer, MBE, Johns Hopkins School of Medicine

333. Kerri O. Kennedy, MA, RN, Boston Children's Hospital

334. Molly Holmes, BSN, RNC-OB, Cambridge Health Alliance

335. Toore Adebajo, BSc, MPH (Cand.), University of Pennsylvania

336. Georgia Reilly, BA, University of Pennsylvania

337. Claire Mena, MBE, JD Candidate, University of Michigan Law School

338. Brinda Ramesh, BA, University of Pennsylvania

339. M. Therese Lysaught, Neiswanger Institute for Bioethics, Loyola University Chicago

340. Paul Schofield, MA, PhD, Bates College

Exhibit 2                                                                                   49

341. Alyssa Kennedy, BA, MPH, University of Pennsylvania

342. Douglas S. Diekema, MD, MPH, University of Washington and Seattle Childrens Hospital

343. Elizabeth Ann Leonard, RN, MBE, DNP, University of Pennsylvania

344. Sally Bean, JD, MA, University of Toronto

345. Chelsey M. Patten, DBe, OSF, Saint Francis Medical Center and Children's Hospital of Illinois

346. Sarah Bujno, MSW, MPH Candidate, University of Pennsylvania

347. Silicia Lomax, BA, MPH Candidate, University of Pennsylvania

348. Anastassia Skarlinski

349. Pamela Brett-MacLean, PhD, University of Alberta

350. Parker Crutchfield, PhD, Western Michigan University Homer Stryker MD School of Medicine

351. Jill A. Fisher, PhD, University of North Carolina at Chapel Hill

352. Jalayne J. Arias, JD, MA, University of California San Francisco

353. Bruce Blankenship, MBA, Boulder (Colorado) Community Health and Center for Bioethics and Humanities, University of Colorado

354. David Scales MPhil, MD, PhD, Weill Cornell Medicine

355. Marcin Waligora, PhD, Jagiellonian University

356. Claire Drolen, BA, University of Pennsylvania

357. Jason Adam Wasserman, PhD, Oakland University William Beaumont School of Medicine

358. Christopher Meyers, PhD, Emeritus, CSU Bakersfield

359. Alexander Morgan Capron, LLB, MA, University of Southern California Gould School of Law and Keck School of Medicine

360. Mark Navin, PhD, Oakland University

361. Michelle Duperrault Arteaga, MS, MHA, Stanford University

Exhibit 2                                                                 50

362. Susan Arjmand, MD, MHPE, University of Illinois, Chicago

363. Louis Lin, MPH Candidate, University of Pennsylvania

364. Paul McLean, BA, Ethics Associate, Boston Children's Hospital

365. Anna Ercoli Schnitzer, AMLS, University of Michigan

366. Kathryn Montgomery, PhD, Northwestern University Feinberg School of Medicine

367. Michelle Mello, JD, PhD, Stanford University

368. Em Rabelais, PhD, MBE, MS, MA, RN, University of Illinois at Chicago

369. Kristin Lindgren, PhD, Haverford College

370. Lisa C. Ikemoto, JD, LLM, University of California Davis School of Law

371. Mary Taylor Mann, MA, Emory University

372. Nita A. Farahany, JD, PhD, Duke University

373. Jeffrey W. Loebl, JD, DBe

374. Derek Braverman, BA, Johns Hopkins University School of Medicine

375. Janice Firn, PhD, MSW, University of Michigan Medical School

376. Ronald W. Pies, MD, SUNY Upstate Medical University

377. Alexis Whitney Phillips, BA, MPH Candidate, University of Pennsylvania

378. Aleksa Owen, PhD, MSW, University of California, Berkeley

379. Keren Ladin, PhD, MSc, Tufts University

380. Paul Knoepfler, PhD, UC Davis School of Medicine

381. Sarah Perrault, PhD, University of California - Davis

382. Pilar N. Ossorio, JD, PhD, University of Wisconsin-Madison

Exhibit 2                    51

383. Benjamin A. Barsky, JD, MBE, University of Pennsylvania Alumnus

384. Brendan Parent, JD, New York University

385. Neha Chohan, BA, BS, University of Pennsylvania

386. Isabel Gabel, PhD, University of Pennsylvania

387. Wendy Chavkin MD,MPH Mailman School of Public Health, Columbia University

388. Amanda Ramsdell, MD, Weill Cornell

389. Terry McGovern, JD, Columbia University

390. Muireann Quigley, MB ChB, PhD, University of Birmingham

391. Stephanie Brandt, MD, Weill-Cornell School of Medicine

392. Linda G. Kahn, PhD, MPH, NYU School of Medicine

393. Bertram Schnitzer, MD, Emeritus, University of Michigan

394. Libby Bogdan-Lovis, MA, Michigan State University Center for Ethics

395. Alex Pearlman, MA, Institute for Ethics and Emerging Technologies

396. Seth J. Prins, PhD, MPH, Columbia University

397. Jonathan House, MD, Columbia University

398. Melissa Peskin, PhD, Weill Cornell Medicine

399. Michael Grover, MD, Mount Sinai Hospital, Chicago

400. Thomas Lawrence Long, PhD, University of Connecticut School of Nursing

401. Lourdes Henares-Levy, MD, St. Louis Psychoanalytic Institute & St. Louis University

402. Frank Pasquale, JD, MPhil, University of Maryland

403. Mark D. Smaller, PhD, Past President, American Psychoanalytic Association

404. Henry Nunberg, LLB, MD, formerly WCMC; Faculty, NY/Psychoanalytic Society & Institute

Exhibit 2                                    52

405. John Markowitz, MD, Columbia University

406. Donna Lewen, MA, LMHC, Hanna Perkins Center Candidate

407. Kathleen E. Powderly, CNM, PhD, SUNY Downstate Medical Center

408. Luis Ripoll MD, New York Psychoanalytic Institute

409. Justine Kalas Reeves, LICSW, D.Psych

410. Mary Sickles, MD New York Hospital/Cornell University Medical College, New York Psychoanalytic Institute

411. Sean A. Valles, PhD, Michigan State University

412. Leslie Prusnofsky, MD, Weill Cornell University

413. Samia A. Hurst, MD, PhD, University of Geneva, Switzerland

414. Christina Rulli, PhD, University of California, Davis

415. Geoff Goodman, PhD, Long Island University

416. Jaime S. King, PhD, JD, University of California, Hastings College of the Law

417. Kerry Kelly Novick, BA, AB, former University of Michigan

418. Miriam Steele, PhD New School

419. Nathaniel Donson, MD NJ YCS Institute for Infant and Preschool Mental Health

420. Jonathan Kahn, JD, PhD, Northeastern University School of Law

421. Alex Weintrob, MD, Weill Cornell Medical College

422. Lissa Weinstein, PhD, City College, CUNY

423. Gabrielle Silver, MD, Weill Cornell Medical College

424. Thomas Brod, MD, UCLA

425. David Rosner, PhD, MPH, Columbia University

Exhibit 2                                             53

426. Deborah Weisinger, PsyD, San Francisco Center for Psychoanalysis

427. Nancy Berlinger, PhD, The Hastings Center

428. Aimee Milliken, PhD, RN, Brigham and Women's Hospital

429. Rachel Z. Ritvo, MD, Children's National Medical Center

430. Lucas Franca Garcia, PhD, University Center of Maringá, BR

431. Marsha J. Tyson Darling, PhD, Adelphi University

432. Amal Matar, MD, PhD, Uppsala University, Sweden

433. Richard W. Weiss, MD, Weill-Cornell School of Medicine

434. Rebecca B. Yarrison, PhD, HEC-C, University of Kentucky College of Medicine

435. Monica E. Peek, MD, MPH, MS, The University of Chicago

436. Thomas F. Barrett, PhD, Erikson Institute, Chicago, IL

437. Steven J. Wein, MD, The New York Psychoanalytic Society & Institute

438. Yasmine Ergas, JD, SIPA, Columbia

439. Catherine Haran, PsyD, Weill Cornell Medical College

440. Ava Bry Penman, Harvard University Medical School

441. James Colgrove, PhD, MPH, Columbia University

442. Bonnie Berkowitz, MSW, Jewish Board of Family and Children's Services

443. Rebecca A. Mair, PhD, Michigan Psychoanalytic Institute

444. Lois Oppenheim, PhD, Montclair State University & The New York Psychoanalytic Society & Institute

445. Anna Balas MD, New York Presbyterian Hospital and New York Psychoanalytic Society and Institute

446. Nicholas Zautra, MA, Indiana University Bloomington

Exhibit 2                                          54

447. Robert D Scharf, MD, Mount Sinai School of Medicine

448. Jonathan Kaplan, PhD, Oregon State University

449. Jennifer K Walter, MD, PhD, MS, Children's Hospital of Philadelphia

450. Anne M Griffin, MD, Cornell University Medical College NYC

451. Erika Blacksher, PhD, University of Washington

452. Anya Prince, JD, MPP, University of Iowa

453. Gilbert Kliman, MD, Children's Psychological Health Center

454. Juliet Leshner, BA, CCRP, Fox Chase Cancer Center

455. Julia Gibson, PhD, Michigan State University

456. Afi Alfred, RN, BSN, MBE, Harvard Medical School Center for Bioethics

457. Jamie L Nelson, PhD, Michigan State University

458. Joel Weissman, PhD, Brigham and Women's Hospital, Harvard Medical School

459. Eslee Samberg MD, New York Presbyterian Hospital

460. James J. Walter, PhD, Loyola Marymount University

461. Nicholas Freudenberg, DrPH, City University of New York School of Public Health

462. Thomas E Fink, PhD, Acorn Health Associates, PC, Camp Hill, PA

463. Christina S. Ho, JD, MPP,  Rutgers School of Law

464. Hannah Dillon, MD, Tucson Medical Center

465. Anna Weiss, MD MSEd, Perelman School of Medicine, University of Pennsylvania

466. Stuart Rennie, PhD, University of North Carolina-Chapel Hill

467. Nona Balaban, JD, MBE, Monmouth University

468. Georgina D. Campelia, PhD, University of Washington School of Medicine

Exhibit 2                                                                                            55

469. Jack Schaffer, PhD, ABPP, St. Paul, MN

470. Melanie Sisti, MD, Weill Cornell Medical College

471. Nanibaa' Garrison, PhD, Seattle Children's Research Institute, University of Washington

472. Linda D Applegarth, EdD, Weill Cornell Medical College

473. Madhusree Singh, MD

474. Mildred Z. Solomon, EdD, The Hastings Center and Harvard Medical School

475. Diana Feldman, MD, Weill Cornell Medical College

476. Karen Hopenwasser, MD, Weill Cornell Medical College

477. Arjun Prabhu, MD, MBE, Mt. Sinai Hospital

478. Ian D. Wolfe, MA, PhD, RN, CCRN

479. Ruth Baer Maetzener, PhD, Columbia Psychoanalytic Center

480. Herbert S. Gross, MD, American Psychoanalytic Association

481. Michele Bratcher Goodwin, JD, LLM, University of California, Irvine

482. Maren Monsen, MD, Stanford University Center for Biomedical Ethics

483. Stefany Gordon, MSW

484. Molly Perkins Hauck, PhD, Licensed Psychologist, Rockville, MD

485. Julie Toole, RM MHSc

486. Katherine Dalsimer, PhD, Weill Cornell Medical College

487. John Wilbanks, BA

489. Timothy W. Kirk, PhD, City University of New York

490. Nadine Farhat, BA, Harvard Medical School Center for Bioethics

Exhibit 2                                   56

491. Anthony Breu, MD, Center for Bioethics, Harvard Medical School

492. Michael DiStefano, MBE, Johns Hopkins Bloomberg School of Public Health

493. Michael S. Sinha, MD, JD, MPH, Harvard Medical School

494. Sarah Fox, MD, Columbia University Dept of Psychiatry, New York Psychoanalytic Institute

495. Angus Dawson, PhD, University of Sydney

496. Travis N. Rieder, PhD, Johns Hopkins University

497. Raúl Jiménez Piña, MD, National Bioethics Commission of Mexico

498. Chris Degeling, PhD, University of Wollongong, Australia

499. Ian Kerridge, MPhil, FRACP, FRCPA, University of Sydney

500. Nathan Thoma, PhD, Weill Cornell Medical College

501. Helene Starks, PhD, MPH, University of Washington, Dept of Bioethics & Humanities

502. Joanna Banks, MEd

503. Patricia A Mayer, MD, MS, Banner Gateway Medical Center, Gilbert, AZ

504. David Shabtai, MD, Florida Atlantic University

505. Audrey Shafer, MD, Stanford University School of Medicine

506. Norman A. Clemens, MD, Case Western Reserve University, Cleveland, OH

507. Stephanie Kraft, JD, Seattle Children's Hospital and University of Washington

508. Loretta S. Malta, PhD, Weill Medical College

509. Deborah Zion, PhD, Victoria University

510. Paul Brinich, PhD, University of North Carolina at Chapel Hill

511. James M. Herzog, MD,  Child Psychiatrist and Psychoanalyst

512. Ainsley Newson, BSc(Hons), LLB(Hons), PhD, Sydney Health Ethics, University of Sydney, Australia

Exhibit 2                                    57

513. Michele Mathes, JD

514. Stuart A. Newman, PhD, New York Medical College

515. Marilyn Mitchell, RN, BSN, MAS, HEC-C, VA's National Center for Ethics in Health Care

516. Aaron Goldenberg, PhD,  Case Western Reserve University

517. Martine Lappé, PhD, California Polytechnic State University, San Luis Obispo

518. Emily Chen, MA, University of Michigan Medical School

519. Catherine Oates, MA, Stanford University

520. Elaine Baker, MS, PMHNP-BC, Weill Cornell Medical College

521. Emily Moin, MD, MBE, Harvard Medical School, Massachusetts General Hospital

523. Paul Macneill, MA, LLB, PhD, University of Sydney

524. Tina Stevens, PhD, San Francisco State University, Emerita, Department of History

525. Miguel I. Dorante, MD, MBE, Center for Bioethics at Harvard Medical School

526. Helene Bass-Wichelhaus, MSW, PhD, National Psychological Association for Psychoanalysis

527. Jacob Dahlke, MSB, Nebraska Medicine

528. Ariella Messing, BA, PhD Candidate, Johns Hopkins School of Public Health

529. Ernest Wallwork, PhD, Syracuse University

530. Francis D. Baudry Faculty New York Psychoanalytic Institute

531. Moisy  Shopper, MD, Emeritus, St. Louis University College of Medicine

532. David P. Hoffman, DPS, CCE, Maria College

533. Heidi Kamrath, DO, Children's Minnesota

534. Richard N. Levine, MD, FACP,  UCSF

Exhibit 2                                                 58

535. Jeffrey Pannekoek, PhD Candidate, University of Tennessee

536. James J McCartney, PhD, Villanova University

537. Mark D. Schenker, PhD, Philadelphia, PA

538. Nancy S. Erickson, Esq., Formerly Professor of Law, The Ohio State University College of Law

539. Frances Herb, MD

540. Kathe Hift, PhD, NYU

541. Kaye Bock, MSW, St. Louis Psychoanalytic Institute

542. Patrice Heller, PhD, Rabbi, Philadelphia, PA

543. Philip Lister, MD, Weill Cornell Medical College

544. Monique Jonas, DMedEth, University of Auckland

545. Kathe Hift, PhD, NYU

546. Christina Hift, MD, Mount Sinai Hospital

547. Kim Nguyen, MD, Yale University

548. Roger Cheitlin MD, PhD, Adventist Health Ukiah Valley Medical Center

549. Winston Chiong, MD, PhD, University of California San Francisco

550. Camille Nebeker, EdD, MS, School of Medicine, UC San Diego

551. Marlene Martin, MD, UCSF

552. Michael Gelfond, MD, Kaiser Permanente Oakland, CA

553. Natalya Mykhalko, PhD Cand.

554. Ann Schongalla, MD,  Weill Cornell Medical Center,

555. Christen Paradissis, RN, BSN, MBE, Johns Hopkins University

556. Linda Frankel, MD, Lifelong Medical Care, Berkeley, CA

Exhibit 2                                                59

557. Elliott M Weiss, MD, MSME, University of Washington School of Medicine and the Treuman Katz Center of Pediatric Bioethics, Seattle Children's Hospital

558. Ruth Macklin, PhD, Albert Einstein College of Medicine

559. Melissa Martin, MD, Stanford

560. Rachel Ruiz, MD, Stanford University

561. Florencia Luna, FLACSO -CONICET, Argentina

562. Laurie Zoloth, PhD, University of Chicago,

563. Jeffrey Sandler, MD, San Francisco

564. Ghiath Alahmad, MD, PhD, KAIMRC, Saudi Arabia

565. Michio Miyasaka, PhD, Niigata University School of Health Sciences

566. Linda Schenker, LCSW

567. Cory Goldstein, MA, Western University

568. Judith H. Tanenbaum, MD, Weill Cornell Medicine

569. Robert Naseef, PhD, Alternative Choices

570. Joel Lexchin, MD, University Health Network

571. Sharon Pettle, Clin Psy D, UCLondon

572. Gregory James Smith, JD, DBE, Loyola University Chicago

573. Bertrand Taithe, PhD, University of Manchester

574. Stefan Ecks, PhD, University of Edinburgh

575. Corinna Klingler, PhD, MSc, Berlin Institute of Health, Charité

576. Dale I Goldberg, PhD, Philadelphia, Pa

577. Gail A. Van Norman, MD, University of Washington, Seattle WA

Exhibit 2                                                    60

578. Nina B. Cummings, PhD, Narberth, PA

579. John Martin-Joy, MD, Harvard Medical School

580. Angus John Clarke, DM, MA, FRCP (London), FRCPCH, School of Medicine, Cardiff University, Cardiff, Wales, UK

581. Lena Makaroun, MD, MS, University of Pittsburgh

582. Joanna Mishtal, PhD, University of Central Florida, USA

583. David Borasky, MPH

584. Susan Dayan Finkelstein. LCSW, Columbia University

585. Joy Hudecz, DDS, IMC

586. Julia Loytsker-Borish PsyD, Widener University

587. Wayne Shelton, PhD, Albany Medical College

588. Charlotte Harrison, PhD, JD, MPH, Center for Bioethics, Harvard Medical School

589. Patricia Marshall, PhD, Case Western Reserve University

590. Stuart G. Nicholls, BSc (Hons), MSc, MRes, PhD, Ottawa Hospital Research Institute

591. Zohar Lederman , MD, PHD , Assuta Samson hospital, Israel

592. Christine Nero Coughlin, JD, Wake Forest University School of Law

593. Rebecca L. Walker, PhD, University of North Carolina at Chapel Hill

594. Gina Geis, MD, MS, Albany Medical College, Alden March Bioethics Institute

595. Carl H. Coleman, JD, Seton Hall University School of Law

596. Karen M. Meagher, PhD, Mayo Clinic

597. Nancy Nitikman, JD, Boston University

598. Donnel Stern, PhD, William Alanson White Institute, NY

Exhibit 2                                                                          61

599. Danielle Knafo, PhD

600. Daniel R. Morrison, PhD, Abilene Christian University

601. Adrienne Harris, New York University

602. Susan Herman, NYU Postdoctoral Program In Psychoanalysis and Psychotherapy

603. Peter Schneider, PhD, Psychologist in private practice, Brooklyn, NY

604. Jennifer Fishman, PhD, McGill University

605. Laura Miller, LCSW

606. Elaine Seitz PhD, Adelphi University

607. Janet Lobel, PhD, New York University Postdoctoral Program in Psychotherapy and Psychoanalysis

608. Deborah Draving, PhD, William Alanson White

609. Carol Wachs, PsyD

610. Stacey Nathan-Virga, William Alanson White Institute Institute,  New School for Social Research, NY

611. Jane Tucker, PhD, New York University Postdoctoral Program in Psychotherapy and Psychoanalysis

612. Barbara Eisold, PhD, Cardozo School of Law

613. Lawrence O. Brown, PhD, William Alanson White Institute of Psychoanalysis, NY, NY

614. Lynn E. Passy, PhD, New York University Postdoctoral Program in Psychoanalysis

615. Helen K. Gediman, PhD, New York University, Postdoctoral Program in Psychotherapy and Psychoanalysis

616. Megan Lothian, LMSW, NYU Silver School of Social Work

617. Lindsay Tulchin, PhD, Weill Cornell Medical College

618. Yuriko Matsuda, LCSW

619. Sigalit Levy, PhD, The William Alanson White Institute

Exhibit 2                                                                           62

620. Daniel A. Kirschner, PhD, Boston College

621. James L. Fosshage, PhD, New York University Postdoctoral Program in Psychotherapy and Psychoanalysis and National Institute for the Psychotherapies (NYC)

622. Deborah Waxenberg, PhD, NYU Postdoctoral Program

623. Alan D. Kintzer, PhD, New York University

624. Stacy Malin, PhD

625. Katherine Leddick, PhD, Institute for Contemporary Psychotherapy, New York, NY

626. Alexis Tomarken, MSW, PhD New York University

627. Ronald Bayer PhD , Mailman School of Public Health

628. Sumeeta Varma, MD, MSCI

629. Nicholas Samstag, PhD, William Alanson White Institute, NY, NY

630. H Gunther Perdigao, MD, American Psychoanalytic Assoc.

631. Lisa Dubinsky, PsyD, The William Alanson White Institute, New York

632. Amy Weber, LCSW

633. Laurence R. Saul, MD, NY-Presbyterian Hospital-Weil Cornell Medical

634. Yael Swica, MD, MPH, MTS, Columbia University

635. Joseph Newirth, PhD, Adelphi University

636. Robert Prince, ABPP, NYU Postdoctoral Program

637. Clarissa Slesar, PhD, New York University

638. Brian Koehler, PhD, MS New York University

639. Cydni Kantor, LMHC, The William Alanson White Institute, New York

640. Eric Sherman, PsyD

Exhibit 2                    63

641. Rachelle Dattner, PhD, New York University Postdoctoral Program in Psychotherapy and Psychoanalysis

642. Richard Alston LCSW, The William Alanson White Institute, New York

643. Rhona Kaplan, Licensed Clinical Social Worker/Psychoanalyst-William Alanson White Institute, New York

644. Gladys Todd, PhD, New York University, Postdoctoral Program in Psychotherapy and Psychoanalysis

645. Martin L. Nass, PhD, NYU Postdoctoral Program

646. Judith Alpert, PhD, New York University

647. Gerald M. Oppenheimer, PhD, MPH, City University of New York

648. Eva T. YoungMPS, ATR-BC, CAT, Pratt Institute, Brooklyn NY

649. Sylvia Lester, PhD, NYU Postdoctoral Program, The Fostering Connection

650. Kimani Paul-Emile, JD, PhD, Fordham University School of Law

651. Judith Bram Murphy, PHD, NYU PostDoctoral Institute

652. Laura M. Miles, PhD, NYU Langone Medical Center, New York University

653. Scott Browning, PhD, ABPP, Chestnut Hill College

654. Tatiana M. Prowell, MD, Johns Hopkins University School of Medicine

655. Afshan Mohamedali, PhD, Adelphi University's Derner School of Psychology

656. Arthur Heiserman, PhD, Columbia University

657. Sara Weber, PhD, NYU, William Alanson White Institute, NY

658. Elizabeth Rothstein, MSW, NYU Silver School of Social Work

659. Madeline Rhum, PhD, City College of NY

660. Anton Hart, PhD, William Alanson White Institute

Exhibit 2                                                             64

661. Dawn Jones, CEIS, Anne Sullivan Center Early Intervention Program

662. Michael Y. Moon, PhD, California State University, East Bay

663. Andrea Krauss, DSW, OTR/L, CUNY

664. Lynne Kwalwasser , PhD, NYU

665. Merlin Chowkwanyun, PhD, MPH, Columbia University

666. Anne Erreich, PhD, Child & Adolescent Psychiatry, NYU Langone Medical Center

667. Navah C. Kaplan, PhD, New York Psychoanalytic Institute

668. Carol G. Feldman, PhD, JD

669. Zina Steinberg, EdD, Columbia College of Physicians and Surgeons

670. Susan Nobel, LCSW

671. Roni-Sue Allen, LMFT

672. David Thurn, LCSW, PhD, William Alanson White Institute

673. Abby Gaylord, MPH, NYU Langone Medical Center

674. Barbara Suter, PhD, NYU Postdoctoral Program

675. Neil Skolnick, PhD, NYU Postdoctoral Program

676. Ron Balamuth, PhD, Teachers College Columbia University

677. Gregory E. Kaebnick, The Hastings Center

678.Kelsey Monson, MS, NYU School of Medicine

679. Wendy J. Panken, LCSW, Child Program White Institute

680. Dena S. Davis, JD, PhD, Lehigh University

681. Peter Rogatz, MD, MPH

682. Sara Gluck, PhD, LCSW, Five Towns Wellness

Exhibit 2                                                                          65

683. Masha Borovikova Armyn, PhD, Manhattan Psychiatric Center, Psychologist in Private Practice

684. Robert Bartlett, PhD

685. Rebecca Dresser, JD, Washington University in St. Louis

686. Mary Libbey, PhD, Certificate in Psychoanalysis, NYU Postdoctoral Program in Psychotherapy and Psychoanalysis

687. Deborah Birnbaum, PhD, NYU

688. Deborah Rubin, LCSW, PhD, Institute for the study of trauma and dissociation

689. Margaret Hainer, LCSW, Institute for Contemporary Psychotherapy, Trauma Program

690. Victoria Malkin, PhD, The New School for Public Engagement

691. Na'ama Yehuda, MSC, SLP, in Private Practice NYC

692. Charlene Galarneau, PhD, MAR, Harvard Medical School, Center for Bioethics

693. Stefanie Solow Glennon, PhD, NYU Postdoctoral Program in Psychotherapy and Psychoanalysis; ICP in NYC

694. Sharon B. Shaw, LCSW, CGP

695. Maxwell Smith, PhD, MSc, University of Western Ontario

696. Billie Pivnick, PhD, Columbia University

697. Dana L. Sinopoli, PsyD, Institute for Relational Psychoanalysis of Philadelphia

698. Martin F McKneally, MD, PhD, University of Toronto

699. Larry M Rosenberg, PhD

700. Elena Skolnick, PhD, William Alanson White Institute

701. Leonard L. Glass, MD, MPH, Harvard Medical School

702. Diana Greenwald, PhD, NYU

Exhibit 2                                    66

703. Joyce Slochower, PhD, ABPP, NYU Postdoctoral Program in Psychoanalysis and Psychotherapy

704. Naomi Mejia-Murphy, MS, Long Island University

705. Ann D'Ercole, PhD, NYU Postdoctoral Program in Psychotherapy and Psychoanalysis

706. Jocelyn Downie, CM, MLitt, SJD, FRSC, FCAHS, Dalhousie University

707. Merritt Juliano, JD, MSW, Family Centers, Stamford CT

708. Janet Lee Bachant, PhD Empire State College retired

709. Stephanie Noland, PhD

710. Max Belkin, PhD, New York University, NY

711. Greg E. Manship, DBe, MDiv; Manager, OSFHC Human Subject Protection Program

712. Helen K. Gediman, PhD, NYU Postoctorsl Program in Psychotherapy and Psychoanalysis

713. Bonnie Bernstein Ph.D. New York University Program in Psychoanalysis and Psychotherapy; Institute of Human Nutrition, Columbia University.

714. Lucie Grosvenor, LCSW. Psychoanalytic Psychotherapy Study Center. New York

715. Chaim E. Bromberg, Ph.D., Psychologist in Private Practice

716. Sonia Orenstein, MS, PhD, SEP, New York University

717. Linda Michlin Ludwig, Ph.D

718. Ryan Spellecy, PhD, Medical College of Wisconsin

719. Shannon Bennett PhD, Weill Cornell Medicine Department of Psychiatry

720. Sherry Crandon, PhD

721. Lisa Wallner Samstag, PhD, Long Island University-Brooklyn

722. Mark F. Poster, MD, Harvard Medical School

723. Cleonie White, PhD, William Alanson White Institute

Exhibit 2                                                     67

724. John Harris, DPhil, DLitt, University of Manchester

725. Richard Herman, MA, William Alanson White Institute

726. Harry R. Moody, PhD, Fielding Graduate University

727. Sonya Vieira, MD, William Alanson White Institute

728. Karen G. Gennaro, MD, William Alanson White Institute, NY, NY

729. Jeffrey H. Axelbank, PsyD

730. Debra Rothschild, PhD, Clinical Psychologist, NYU Postdoctoral Program

731. Gerard Perna, LCSW

732. William Gottdiener, PhD, ABPP

733. Linda Pasternack, PhD

734. Ruth Garfield, MD, MSW

735. Melissa Lenhardt, LPN, MN

736. Shari Goldstein, PhD

737. Laurel Silber, PsyD, Institute for Relational Psychoanalysis of Philadelphia

738. Barbara Freedgood, LCSW New York City

739. Jessica L. Welt, PsyD, Child Guidance Center of Southern CT

740. Scott A. Roth, PsyD

741. Sy Giniger, PhD, ICP

742. Byron Woollen, PhD, New School for Social Research

743. Dorothy E. Roberts, JD, University of Pennsylvania

744. Maia Miller, PhD, CUNY Graduate Center/City College of NY

745. Edward R. Ryan, PhD

Exhibit 2                                                    68

746. Judith Hanlon, PhD, IPTAR, NYU Postdoctoral Program

747. Pamela LiVecchi, PsyD, John Jay College

748. Elizabeth Hegeman, PhD, NYU

749. Clyde H. Hedgcoth, Jr, PhD, CRADC, SQP-R, MARS

751. Denise Lensky, PhD, Institute for Relational Psychoanalysis of Philadelphia

752. Valerie Frankfeldt, PhD, Psychoanalytic Psychotherapy Study Center, NYC

753. Nancy McWilliams, PhD, Rutgers University

754. Richard B Gartner, PhD, William Alanson White Institute

755. Corinne Masur, PsyD, Psychoanalytic Center of Philadelphia

756. Natalia Potter, LMSW Manhattanville College

757. Richard S. Zakreski, PhD, NJPA

758. Loretto Brickfield, PhD

759. Celeste Krauss, MD

760. Susanne M. Weil, LCSW

761. Lynn Leibowitz, PhD, NYU Postdoctoral Program in Psychotherapy and Psychoanalysis

762. Daniel Gensler, PhD, William A. White Institute

763. Karen Weiser, PhD

764. Teresa Rose, PhD, NIP

765. Laurie Chamlin, MSW

766. Randi Torstenson, PsyD, Psychologist in Private Practice and Volunteer Psychologist at Healthright
International

767. Phyllis Lakin, PhD

Exhibit 2                    69

768. Daniel Buchman, PhD, RSW, University of Toronto

769. Courtney Saw, MD, Hospital of the University of Pennsylvania

770. Barbara Gronsky, PhD

771. Nancy Burke, PhD, Feinberg School of Medicine of Northwestern University, Chicago Center for Psychoanalysis, PsiAN

772. Judith Solomon, PhD, Adelphi University

773. Lana P. Fishkin MD  Psychoanalytic Center of Philadelphia

774. Maria Nardone, PhD, Fordham University, William Alanson White Institute, New York

775. Elaine P Zickler, LCSW, PhD, Psychoanalytic Center of Philadelphia

776. Stephen Soldz, PhD, Boston Graduate School of Psychoanalysis & Tufts University

777. Sheila Japko, LCSW

778. Laurie Levi, AM, PhD

779. Angela M. Greene, LCSW, Philadelphia Psychoanalytic Assoc.

780. Ann Eichen, PhD

781. David Goldberg, PsyD

782. Cristina Lanzillotta, MD, University of Pennsylvania

783. Dana Lehman, PsyD, AIDS Care Group

784. Daniel Gensler, PhD, William A. White Institute

785. Jessica Benoit Baker, JD, MBE

786. Albert Yu, MD, Hospital of the University of Pennsylvania

787. Liz Winship Ettinger, PhD, White Institute

788. Brook Hersey, PsyD, Rutgers University

Exhibit 2                                                    70

789. Michael Leong, MD, Boston University School of Medicine

790. Carol Zeits, PhD, NYC

791. Katharina Rothe, PhD, William Alanson White Institute, New York

792. Allison Splaun, PhD

793. Jacqueline Weiden, PhD, New York, NY

794. Ellen Nasper, PhD, Yale School of Medicine

795. Katie Lesher, PsyD

796. Deborah Reeves MGPP  NYPSI

797. Lorie Paulson, LCSW, LP

798. Robert Kuisis, PhD, New York University

799. Gary L. Goldberg, PhD

800. Mara Heiman, LCSW, William Alanson White Institute for Psychoanalysis, New York, NY

801. Susan C. Casden, PhD

802. Darlene Ehrenberg, PhD, William Alanson White Institute and New York University

803. Susan C. Adelman, PhD, University of Pennsylvania Perelman School of Medicine

804. Janice L. Curran, MSW, LCSW

805. Katherine Engel, MSEd, University of Pennsylvania

806. Barbara Hinze, PhD, MA

807. Barbara S. Gray, PhD, Psychoanalytic Center of Philadelphia

808. Michal Seligman, PsyD

809. Linda Michaels, PsyD, MBA, Psychotherapy Action Network

Exhibit 2                                              71

810. William Doscher, MD, Northwell Health

811. Emily Damron, LCSW, Psychoanalytic Psychotherapy Study Center, NYC

812. Susan L. Rose, PhD, William Alanson White Institute, New York

813. Robert Cook-Deegan, Arizona State University

814. Ashley Woodards, BS, BA, University of Pennsylvania

815. Michael Stocker, PhD, Syracuse University

816. William Smith, MD, PhD, University of Pennsylvania

817. Elaine Levy Cooper, PhD, New York University, The Object Relations Institute, New York

818. Sarah L. Lusk, PhD

819. Bonnie Perlmutter, PhD

820. Marion Rudin Frank, EdD, Professional Psychology Services

821. Lauren Miller, PsyD (private practice)

822. Elliot Jurist, PhD, The City College of New York, CUNY

823. Lucretia Slaughter, PhD, Harvard

824. Lynette S. Danylchuk, PhD, International Society for the Study of Trauma and Dissociation

825. Sheila Upadhyay, MD, Children's Hospital of Philadelphia

826. Nancy Caro Hollander, PhD, Psychoanalytic Institute of Northern California

827. Toby B. Kaufman, PhD

828. Patricia Sherman, PhD, LCSW, LICSW, Kean University

829. Carolyn Carbone, Private Practice, PhD

830. Yes. Dee Unterbach, DSW, LCSW

831. Lynn Higgins, LCSW, Suffolk Institute for Psychotherapy and Psychoanalysis, Long Island, NY

Exhibit 2                                                    72

832. B. Sue Epstein, PhD

833. Diane L. Kopan, MSW, LCSW, Chicago Private Practice

834. Ann Singer, PhD, private practice, Branford and Waterford, Connecticut

835. Megan L. Kovac, PhD, Weill Cornell Medicine

836. Susan Bram, PhD, New York Hospital

837. Ilina Singh, PhD, University of Oxford

Exhibit 2                                                                 73