CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:  pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org
        ldiamond@centerforhumanrights.org
        rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**[PROPOSED] TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION AND CONTEMPT ORDER**<br><br>Hearing: None<br>Time:    n/a<br>Room:    n/a |

*Counsel for Plaintiffs, continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Email: kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (*pro hac vice* pending)
Shaila Rahman Diwan (*pro hac vice* pending)
51 West 52nd Street
New York, NY 10019-6142
Telephone: 212/506-3753
Email: eechtman@orrick.com
Email: sdiwan@orrick.com

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org

kate.manning@lawfoundation.org
annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
          ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

This matter is before the Court on Plaintiffs' application for a temporary restraining order requiring Defendants to remedy the conditions at United States Customs and Border Protection ("CBP") facilities in the El Paso and Rio Grande Valley CBP Sectors (herein, the "Facilities") that have and continue to constitute a public health emergency and to hold the Defendants in contempt. This application seeks an immediate remedy for the public health emergency at the Facilities caused by Defendants' blatant violation of the June 17, 1997 Flores Settlement Agreement (the "Agreement") in this matter, and this Court's prior orders holding Defendants in violation of the Agreement, including the Order dated June 27, 2017 (the "Order"), as follows: (1) an immediate inspection of all CBP Facilities by a public health expert authorized to mandate a remediation plan that Defendants must follow to make these facilities safe and sanitary, (2) immediate access to the Facilities by independent medical professionals appointed by Plaintiffs' class counsel or the Court-appointed Special Master who can assess the medical needs of the children and triage appropriately, and (3) deployment of an intensive case management team to focus on expediting the release of Category 1 and Category 2 children (as classified in The Trafficking Victims Protection Reauthorization Act) to alleviate the backlog caused by the inadequate Office of Refugee Replacement placement array, and (4) for an Order finding Defendants in contempt of Court, with a suitable and appropriate remedy to be determined by the Court.

IT IS ORDERED that Plaintiffs' ex parte application for a temporary restraining order is GRANTED.

IT IS FURTHER ORDERED that Defendants herein forthwith permit independent medical professionals and/or any intensive case management team immediate access to the Facilities.

1   IT IS FURTHER ORDERED that Defendants shall not impede independent medical professionals and/or any intensive case management team from examining and talking to class members and staff at the Facilities.

The foregoing order shall expire ten days from the date of entry.

IT IS FURTHER ORDERED as follows:

1. Defendants shall file their opposition to Plaintiffs' request for a preliminary injunction and request that Defendants be held in contempt for violation of the Agreement and Order by _____.  Plaintiffs shall file their reply by _____.

2. Defendants shall appear before the Court on _____ at _____ to show cause why the preliminary injunctive relief sought in the *Ex Parte* Application for a Temporary Restraining Order, and Request for a Preliminary Injunction and Contempt Order should not be granted.

IT IS SO ORDERED.

Dated: June __, 2019

_____
Dolly M. Gee
United States District Judge