# EXHIBIT 20

DECLARATION OF DR. AMY J. COHEN, M.D.

I, Amy J. Cohen, MD, declare and say as follows:

1.     I am a Harvard trained physician with a specialty in child, adolescent and adult psychiatry with 30 years of experience assessing and treating trauma in vulnerable populations of adults and children.

2.     I have been asked, as a physician, to offer my professional opinion regarding the urgency of the need for children and infants currently detained at the Ursula holding facility in McAllen, Texas, to be assessed by an independent pediatrician. I have also been asked to report my professional opinion regarding the potential risks to children and infants should this independent evaluation be denied or delayed.

3.     On June 13th I was advised that a group of *Flores* attorneys had been inside the Ursula facility and had met with children and their guardians. Notably, one of the attorneys attending this visit - Genevieve Grabman - had a masters in Public Health, 20 years of experience in child and maternal health matters and recent consultation to the American Bar Association's Immigrant Health Program. Ms. Grabman reported observing a number of what appeared to be profoundly ill infants and children as well as a pregnant teenager whose toddler has tested positive for flu, which may be fatal to pregnant women and their fetuses. Despite being in Ursula for 20 days, Ms. Grabman reported that this mother had received no prenatal care.

4.     On May 22, 2019, the New York Times reported that an outbreak of flu at the Ursula had led to the temporary halting of admissions of new detainees. On May 23rd, the Texas Tribune reported that nearly three dozen migrants would be quarantined one day the death of a 16 year old who had tested positive for flu.

5.  Nonetheless, infants and young children have continued to be admitted to the Ursula facility, including a premature infant who was found by Flores counsel to be profoundly ill and unresponsive and who was reportedly admitted to the facility on June 4th.

6.  Infants and babies are extremely susceptible to infection and to the most dire and rapid consequences of infections due to their immature immune systems.  Further, environmental stressors are known to further impair the function of the immune system, allowing for, sometimes, rampant and fatal spread of infections through the body.

7.  The conditions at Ursula represent extreme conditions of stress for all of the detainees present but particularly for infants and children and these conditions increase the likelihood of contracting infections as well as impairing the body's capacity to ward them off.  The penetrating cold, absence of protective clothing or blankets, minimal nutrition, absence of sunlight. 24-hour artificial light (known to be particularly detrimental to infants and children), conditions which impede sleep (such as absence of bedding as well as perpetual cold and light) and the general emotional anxiety and distress pervasive amongst both child and adult detainees: all of these conditions impact the capacity of especially infants and children to mount an effective defense against the invasion of infection.

8.  What this means is that we are likely to see more sick infants and children at centers like Ursula and that the illnesses are likely to be more severe and even fatal.

9.  It is my professional opinion that the observations noted by Ms. Grabman combined with the known high risks of potentially fatal infection present an urgent situation at the Ursula facility, demanding an emergency response in order to preserve life.  Reports and observations of Flores attorney monitors attest to the failure of medical personnel there to respond appropriately to this situation.

In my opinion, there is absolutely no doubt that prevention of critical illness and death warrants the immediate examination of this population by independent medical personnel.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14 day of June, 2019, at Los Angeles, California.

_____
Dr. Amy Cohen