# EXHIBIT 22

I, Toby Elizabeth Hoover Gialluca, declare as follows:

1. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

2. My name is Toby Elizabeth Hoover Gialluca. I am an attorney licensed to practice law by the state bar of Florida. I have previously visited the South Texas Residential Family Center in Dilley, Texas.

3. Between June 10-13, 2019, I visited the Ursula Border Processing Center in McAllen, Texas. I visited with eight detained individuals during that time.

Ursula Border Processing Center

4. The Ursula Border Processing Center is an unmarked complex consisting of at least one small administrative building abutting a large industrial warehouse. The complex is enclosed with a chain link fence with privacy mesh and topped with barbed wire. The only portion of the facility to which we had access was the administrative building. This is a secure building and contains a reception area, break room, restrooms and a large office. The temperature in the office was kept at 67 degrees, the temperature in the bathroom was kept at 64 degrees. We were not able to see the areas where the detainees are kept but many were visibly chilled and complained of very cold temperatures.

5. It was clear from all interviews that the facility has failed to meet the health needs of those detained there. Most children are wearing filthy clothing and have not bathed or been provided clean clothing since crossing the river. Many of the babies and toddlers are dirty and most are not fully clothed as a result of CBP confiscating their clothing and failing to provide new clothing. Cages were described as incredibly cold and crowded with nowhere to sit and only very thin mats and mylar blankets provided at night which are taken away between 3-5 A.M. Bathrooms consist of portable toilets located outside of

the cages and accessible only at the guards' discretion. The guards often "close" the bathrooms denying everyone access. Toilets are extremely dirty and the sinks contained within lack running water, soap or towels. Toothbrushes are not provided. Few are allowed to shower. Jugs of highly chlorinated water are kept within the cages but cups are shared. Baby bottles are reused repeatedly with no way to wash them. Toddlers that had previously been on a solid food diet are being given infant formula instead of baby food. Guards only allow 3 bottles of formula per day for babies and toddlers. I observed all of the mothers and children to be sick to some degree with coughing and congestion.

Interviews of Minors

6. I interviewed B.P.M.M., age 16, and her infant daughter M.J.J.M., age 8 months. At that time they had been in CBP custody for twelve (12) days. I immediately observed that M.J.J.M. was extremely ill. She was lethargic with a continuous, deep, raspy cough, and runny nose. She was feverish and pale, with glazed eyes. She was listless in her mother's arms for the entirety of our interview, which spanned several hours. She was reluctant to eat and when she did manage to eat a small amount of applesauce, she vomited shortly thereafter. She was not interested in drinking formula or water and had two episodes of diarrhea during the interview. She was very thin and frail and her mother stated that she was losing weight quickly. Her mother told me that M.J.J.M. had a mild cold when they arrived but that the CBP guards took M.J.J.M.'s medication and clothes when they arrived and told her that sleeping outside would "be good for her". M.J.J.M.'s condition deteriorated rapidly upon arrival. After four days of sleeping outside with no clothing, M.J.J.M. was very ill with a high fever and worsening cough. Upon transfer to the Ursula Processing Center, M.J.J.M. began vomiting and experiencing diarrhea in addition to her fever, deep cough and cold. She was repeatedly denied medical care and B.P.M.M. was told that M.J.J.M., "did not have the face of a sick baby". Despite the fact that CBP is aware that flu is rampant at the facility, at the time of our interview M.J.J.M. had not been seen by a nurse or doctor, tested for the flu or received any medication. In

my opinion as a mother and based on my firsthand observations of the child, M.J.J.M.'s condition was such that she required immediate emergency care, and likely hospitalization, for complications arising from her original illness. Infants, particularly those already in a weakened state like M.J.J.M., are extremely vulnerable to rapid deterioration and death if flu and/or pneumonia are left untreated.

7. Although she was well when she arrived in the United States, B.P.M.M. was also not well at the time of our interview. At times during her detainment she had gone days without eating or drinking because the food was rotten and the water undrinkable. She used the bottled water that she received at meals to mix formula for M.J.J.M. because the water in the cages was absolutely terrible and made M.J.J.M. vomit. B.P.M.M. told me that she had lost significant weight and she appeared sallow, thin and frail. In my opinion and based on my firsthand observations of the child, M.J.J.M. was in need of emergency medical services. If left untreated I believe she will deteriorate rapidly and in her weakened state, and is at risk of death.

8. I interviewed K.L.R.L., age 16, and her infant daughter N.V.T.R. At that time they had been in CBP custody for nine (9) days. It was clear that N.V.T.R. was extremely ill. She remained in her mother's arms throughout the interview, moving only when overcome with violent fits of coughing. She was feverish and deeply congested with a runny nose and eyes and a deep and continuous cough that caused her to wretch and dry heave violently. Having firsthand experience with children dehydrated as a result of the flu and norovirus I have every reason to believe that N.V.T.R. is dehydrated. I have no doubt that had she had anything in her stomach she would have vomited as a result of her severe coughing. Further, she was unable to eat or drink anything during the several hours we were together. Her mother indicated that she had stopped vomiting about a day ago but also wasn't eating or drinking. According to her mother, N.V.T.R. became ill five days after entering CBP custody. Despite the sudden and severe onset of symptoms and N.V.T.R.'s obvious distress, guards refused K.L.R.L.'s repeated pleas for medical attention. Influenza is widespread at this facility and neither N.V.T.R. nor K.L.R.L have

been tested. In my opinion as a mother and based on my firsthand observations of the child, N.V.T.R. was in need of emergency medical services. If left untreated I believe she will deteriorate rapidly and in her weakened state, and is at risk of death.

9. At the time of our interview, K.L.R.L.'s concern was only about her daughter's health although she appeared pale and weak herself. She is not sleeping, eating or drinking regularly. She sounded congested and appears to be in the early stages of illness.

10. I interviewed M.I.R.C., age 16, and her infant daughter, A.I.V.R.. At that time they had been in CBP custody for three (3) days. When M.I.R.C. and A.I.V.R. arrived for their interview it was clear that A.I.V.R. was ill. Her eyes were swollen and she was thin, pale and listless. Her mother said that she has already lost a significant amount of weight, is not eating and is taking only a small amount of breast milk. I witnessed her attempt to breastfeed multiple times and A.I.V.R. failed to latch on, or would stop nursing after just a moment. A.I.V.R. also refused the water and applesauce we offered her. Based on my experience as a mother, in addition to the respiratory issues with coughing and congestion that was evident in all of the mothers and children, A.I.V.R. had additional complications that necessitate immediate medical intervention. In my opinion as a mother and based on my firsthand observations of the child, A.I.V.R. is in need of emergency medical services. If left untreated I believe she will deteriorate rapidly and in her weakened state, is at risk of death.

/
/
/
/
/
/
/
/
/

11. At the time of our interview, M.I.R.C. exhibited signs of a significant respiratory illness presenting as congestion and a deep cough. She indicated that she was unable to eat or drink much and was not sleeping. As a result she was concerned she not producing enough breast milk for A.I.V.R.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 14th day of June, 2019, at Morganton, NC.

_____
Toby Gialluca