JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **JOINT REPORT AND REQUEST FOR EXTENSION OF HEARING DATE RE ECF NO 550;** <br><br> **[Proposed] Order** |

On May 28, 2019, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs in the above-captioned case (ECF No. 545). Plaintiffs set that motion for hearing before the Court on June 28, 2019. The Court dismissed that motion because Plaintiffs' counsel failed to comply with L.R. 7-3 in advance of filing. Plaintiffs subsequently filed an amended motion (ECF No. 550) on June 7, 2019 after having complied with L.R. 7-3. The Court set the motion for hearing on July 5, 2019. The parties then stipulated to continue the hearing date for Plaintiffs' motion for two weeks to July 19, 2019. In granting that extension, the Court ordered that by June 28, 2019 "one of the following must occur: (a) the parties must file a joint status report indicating whether they have settled Plaintiffs' Motion for Attorneys' Fees or require additional time to do so, (b) Defendants shall file a Statement of Non-Opposition to Plaintiffs' Motion for Attorneys' Fees, or (c) Defendants shall file an Opposition to Plaintiffs' Motion for Attorneys' Fees." Order, ECF No. 561.

The parties hereby report that they need additional time to discuss whether resolution of the EAJA motion will be possible with the need for further litigation. Counsel for Defendants have made an offer to counsel for Plaintiffs, and counsel for Plaintiffs has stated that he needs further time to consider that offer. Accordingly, the parties ask that the Court extend the hearing date, and related briefing dates, by a further two weeks so that the parties may continue these

-1-

discussions. The hearing date would therefore be set for August 2, 2019. Counsel for Defendants has conferred with counsel for the Plaintiffs who joins in this joint report.

DATED: June 27, 2019

*/s/ Peter Schey* (with permission)
PETER SCHEY
Center for Human Rights
    and Constitutional Law

*Attorney for Plaintiffs*

DATED:  June 27, 2019

JOSEPH H. HUNT
Acting Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants