JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER RESETTING HEARING DATE RE ECF NO. 550**<br><br>**[Hon. Dolly M. Gee]** |

1 | THIS CAUSE comes before the Court upon the Parties' Stipulation for
2 | Extension of Hearing Date.
3 |
4 | UPON CONSIDERATION of the Stipulation, and for the reasons set forth
5 | therein, the Court hereby ORDERS that the hearing date for Plaintiffs' Motion for
6 | Award of Attorneys' Fees and Costs (ECF No. 550) is reset to August 2, 2019.
7 |
8 | .**IT IS SO ORDERED.**
9 |
10 | DATED: _____, 2019.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-