UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>              Plaintiffs,<br><br>     v.<br><br>William P. Barr, Attorney General of the United States, *et al.*,<br><br>              Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS SUBMITTED IN SUPPORT OF PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE [569]** |

On June 26, 2019, Plaintiffs filed an Unopposed Application for leave to file under seal portions of the Exhibits they offer in support of their *Ex Parte* Application for a Temporary Restraining Order ("Sealing Application").  [Doc. # 569.] Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established.  The Court therefore **GRANTS** Plaintiffs' Sealing Application and issues the following rulings:

1. Pursuant to Local Rule 79-5.2.2(c), Plaintiffs shall refile under seal the unredacted versions of the declarations belonging to Class Members, Class Members' relatives, Dr. Dolly Lucio Sevier, Elora Mukherjee, and Kathleen O'Gorman, along with the "Ursula Visit" chart, which are found in Docket Entry Nos. 570-1, 570-2, 570-3, 570-4, 570-5, and 570-6, **within three (3) days** of the date of this Order; and

2. **Within three (3) days** of the date of this Order, Plaintiffs shall refile on the public docket the redacted versions of the aforementioned documents that are found in Docket Entry Nos. 569-2, 569-3, 569-4, 569-5, 569-6, 569-7, 569-8, 569-9, 569-10, 569-11, and 569-12.

**IT IS SO ORDERED.**

DATED:  June 27, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE