# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE JOINT REPORT AND REQUEST FOR CONTINUANCE OF HEARING ON PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [573]** |

On June 7, 2019, Plaintiffs filed a Motion for Attorneys' Fees [Doc. # 550], which is currently scheduled for a hearing on July 19, 2019 at 9:30 a.m. [Doc. # 561.] On June 27, 2019, the parties filed a Joint Report and Request for a Continuance of the hearing on Plaintiffs' Motion for Attorneys' Fees. [Doc. # 573.] In particular, the parties represent that "they need additional time to discuss whether resolution of the . . . motion will be possible with[out] the need for further litigation." *See id.* at 2.[1]

**Good cause appearing**, the Court **GRANTS** the parties' Request and issues the following rulings:

1. The hearing on Plaintiffs' Motion for Attorneys' Fees [Doc. # 550] is **CONTINUED** to August 2, 2019 at 9:30 a.m.; and
2. **By July 12, 2019**, one of the following must occur: (a) the parties must file a joint status report indicating whether they have settled Plaintiffs' Motion for Attorneys' Fees or require additional time to do so, (b) Defendants shall file a Statement of Non-Opposition to Plaintiffs' Motion for Attorneys' Fees, or (c) Defendants shall file an Opposition to Plaintiffs' Motion for Attorneys' Fees.

**IT IS SO ORDERED.**

DATED: June 28, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.