1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org
        ldiamond@centerforhumanrights.org
        rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States, *et al*.,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**EVIDENCE IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE**<br><br>Hearing:  None set<br><br>[HON. DOLLY M. GEE]<br><br>**REDACTED VERSIONS OF DOCUMENTS FILED UNDER SEAL** |

1   *Counsel for Plaintiffs, continued*

2

3   USF SCHOOL OF LAW IMMIGRATION CLINIC
    Bill Ong Hing (Cal. Bar No. 61513)
4   2130 Fulton Street
5   San Francisco, CA 94117-1080
    Telephone: (415) 422-4475
6   Email: bhing@usfca.edu

7
    ORRICK, HERRINGTON & SUTCLIFFE LLP
8   Kevin Askew (Cal. Bar No. 238866)
9   777 South Figueroa Street, Suite 3200
    Los Angeles, CA 90017
10  Telephone:  (213) 629-2020
    Email:      kaskew@orrick.com
11

12  ORRICK, HERRINGTON & SUTCLIFFE LLP
13  Elyse Echtman (*pro hac vice* pending)
    Shaila Rahman Diwan (*pro hac vice* pending)
14  51 West 52nd Street
    New York, NY  10019-6142
15  Telephone:  212/506-3753
16  Email:      eechtman@orrick.com
    Email:      sdiwan@orrick.com
17

18  LA RAZA CENTRO LEGAL, INC.
19  Michael S. Sorgen (Cal. Bar No. 43107)
    474 Valencia Street, #295
20  San Francisco, CA 94103
    Telephone: (415) 575-3500
21

22  THE LAW FOUNDATION OF SILICON VALLEY
23  Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
    Katherine H. Manning (Cal. Bar No. 229233)
24  Annette Kirkham (Cal. Bar No. 217958)
25  152 North Third Street, 3rd floor
    San Jose, CA 95112
26  Telephone:  (408) 280-2437
27  Facsimile:   (408) 288-8850
    Email: jenniferk@lawfoundation.org
28          kate.manning@lawfoundation.org

1      annettek@lawfoundation.org

2

3    NATIONAL CENTER FOR YOUTH LAW
     Leecia Welch (Cal. Bar No. 208741)

4    Neha Desai (Cal. RLSA Bar No. 803161)
     405 14th Street, 15th Floor

5    Oakland, CA 94612

6    Telephone: (510) 835-8098
     Email: lwelch@youthlaw.org

7           ndesai@youthlaw.org

8
     U.C. DAVIS SCHOOL OF LAW

9    Holly S. Cooper (Cal. Bar No. 197626)
     One Shields Ave. TB 30

10   Davis, CA 95616

11   Telephone: (530) 754-4833
     Email: hscooper@ucdavis.edu

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28