# EXHIBIT 1

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of**
**E███████ J████, A████████ S███████**

I, E███████ J████, A████████ S███████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ███████████ I am 17 years old. I am from Guatemala. I came with my nephew, ████████████████ He is 8 years old. He was born on ████████████ He is also from Guatemala. We are both held together in the U.S.

2. My nephew and I came in a raft on June 10. We turned ourselves over to border patrol soon after. We got in a van and were taken to a place to be fingerprinted. We were given a ham sandwich. We were there for a couple of hours, and then were brought to Ursula Station in the evening of June 10, 2019.

3. When we arrived at Ursula Station, they gave us crackers and juice. In the morning we got a breakfast of a burrito and crackers and a bottle of water, and we got lunch about noon. We did not get any snacks between meals. I don't like the food, it doesn't taste good. ████████ cannot eat the food so he is very hungry.

4. At Ursula, we are kept in a cage. It is very crowded, with about 50 boys and young men ranging in age from about 5 to 20 years old. There is no room to move without stepping over the others. We were not given a mat to sleep on, so we had to sleep on the cold, concrete floor. The lights are on all the time. We were both very cold last night. I did not get any sleep, I stayed up worried about my nephew and making sure he was safe.

5. At Ursula, we have not been able to shower. The toilet is in out in the open in the cage, there is no door for any privacy. There is water but no soap to wash our hands. There are no paper towels to dry our hands. We have not been given a toothbrush or toothpaste to brush our teeth. We have not been given a hairbrush for our hair.

6. It is always cold in the cage. They took my nephew's clothes when we arrived at Ursula because they were wet, and gave him a T-shirt, which is not enough to keep him warm.

7. My sister ████████████████, is in Houston. She is ████████ mom. We want to go live with her.

8. I have not been given any information about our legal rights as detainees. I have not been told how long we will be here.

Page **1** of **3**

EXHIBIT 1

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, E⬛⬛⬛⬛ J⬛⬛, A⬛⬛⬛ S⬛⬛⬛⬛ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

_____

E⬛⬛⬛⬛ J⬛⬛ A⬛⬛⬛ S⬛⬛⬛⬛

*6-11-19*

Date

**EXHIBIT 1**

Page 024

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

<u>Certificate of Translation</u>

I, ANAH JACOB certify that I am fluent in English and Spanish and that I read the above declaration to E████████ J████, A████████ S██████████ in Spanish. Executed this __ of [MONTH] in McAllen, Texas.

_____  6/11/19
ANAH JACOB

Page **3** of **3**

EXHIBIT 1

# EXHIBIT 2

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of**
C████ A████ H██████ H██████, ████████████



I, C█████ A████ H███████ H████████, ██████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████ I am 8 years old. I am from Guatemala.

2. I was brought to the United States by my aunt who took care of me in Guatemala who was traveling with my cousin who is 4 years old. My parents live in the United States.

3. We took an airplane to the United States. After some hours (I slept in a chair, with some blankets, it wasn't too cold). I ate something there then they separated me from my aunt. I cried and they did not tell me where I was going.

4. I was taken to this place (Clint CBP) where I have been for 3 days. I have not showered or changed my clothes. I stay in a room with lots of children and beds. During the day we can play (ball, draw) inside but we only go outside to get water. The kids take care of each other. We eat three times a day. We eat cookies and juice in the morning, soup with noodles for lunch and a burrito and yogurt and cookies for dinner. There are always cookies but the food does not fill you up and I am hungry. I can go to the bathroom when I need to (it is in the room) and there is soap and water to wash my hands. I am not scared. No one scolds me or is mean here. It is ok but I want to see my parents.

5. I spoke with my mother once by telephone, but I do not know where she lives or when I will be able to see her. I haven't spoken to anyone else about how I will get to see her.

I, C████████ A████ H██████ H████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████
C████ A██ H██ H████        6-18-2019
                          _____
                                Date

Page **1** of **2**

EXHIBIT 2                                    Page 026

## Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above
declaration to C███████ A████████ H████████ H███████ in Spanish. Executed this June 18,
2019, in Clint, Texas..

_____

Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117

EXHIBIT 2                                              Page 027

# EXHIBIT 3

**Declaration of**
J████ I██ L████ Z████, ████████████

I, J████ I██ L████ Z████, ████████████, declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████. I am 5-years old. I am from Honduras.

2. I left Honduras with my father because Honduras is a dangerous place to live. My
   father's name is W████ L███ My mother already fled to the United States and is living
   in North Carolina. My mother's name is E██ Z███.

3. I was apprehended with my father. The immigration agents separated me from my father
   right away. I was very frightened and scared. I cried. I have not seen my father again.

4. I was brought to this facility (Clint CBP).

5. I have been at this facility for several days.

6. I have not been told how long I have to stay here. I am frightened, scared, and sad.

7. I have had a cold and cough for several days. I have not seen a doctor and I have not been
   given any medicine.

8. It is cold at night when we sleep. I have shoes but no socks. Initially, I had to sleep on the
   floor, but now I have a bed.

I, J████ I██ L███ Z████ swear under penalty of perjury that the above declaration is true
and complete to the best of my abilities. This declaration was provided in Spanish, a language in
which I am fluent, and was read back to me in Spanish.



J████ I██ L███ Z████                  6-18-2019
                                                  Date

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

<u>Certificate of Translation</u>

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above
declaration to J███ I█ L███ Z███ in Spanish. Executed this June 18, 2019, in Clint,
Texas..

Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117

EXHIBIT 3                                                    Page 029

# EXHIBIT 4

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Declaration of J█████ O████ A████ M█████, █████████ and**

**J█████ A███ C███ A████ (An Infant) ████████**

I, J█████ O████ A███ M█████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1.  I came from Moncagua in San Miguel, El Salvador. My birthday is ████████████. I am 16 years old. I lived in my grandfather's home with my 20-years-old fiancé, J███ A█████ C████ M█████, my 20-year-old sister, L██ A█████ A██ R███, and our one-year-old daughter, J███ A███ C███ A████. Our daughter's date of birth is ██████████.

2.  My fiancé, daughter, sister, and I had to leave El Salvador because our grandfather saw the gang kill our neighbor. They threatened to kill him and so we all had to leave. He is old so he went into hiding and we came to the United States because we have family here. My fiance's uncle, D███ C███ M█████, lives in Virginia and wants to sponsor us. His telephone number is ████████████.

3.  My fiancé and I crossed with our baby into the United States at Port Juarez and had to cross the river by foot. It was very deep so I held our baby and my fiancé held onto me to keep us above the water. Two hours after we crossed, we met Border Patrol and they took us to a very cold house. We slept on mats on the floor and gave us aluminum blankets. They took away our baby's diapers, baby formula, and all of our belongings. Our clothes were still wet and we were very cold and so we got sick. My fiancé, our daughter, and I got sick from being so cold. We were there for about ten hours.

4.  After that they took us to a place with a tent. There was also a structure with a roof, but no walls. They put us in a cell together. Until this point, our family was kept together, but here they came and took our daughter and me out of the cell and separated my fiancé from us. We were all very upset. Our baby was crying. I was crying. My fiancé was crying. We asked the guards why they were taking our family apart and they yelled at us. They were very ugly and mean to us. They yelled at him in front of everyone to sit down and stop asking questions. We have not seen him since.

5.  They made us all sit in lines and all face the same way. If we tried to shift positions or turn around and look the other way, they would yell at us and tell us not to turn around. There were about 30 children there. They also were made to sit on the ground lined up and all face the same way. They made us do that for like five hours. Our one-year-old tried to stand up and take some steps and the guards told me to make my baby sit down and stay still. They got mad at me because I was having trouble making my baby, who is a toddler, sit still for so long. My back was hurting me from sitting there on the ground with my legs folded and my baby in my lap trying to hold her still.

EXHIBIT 4                                                                          Page 030

6.   After that, they brought us here to Clint. It was about a 40-minute drive. We stay in a room with 45 other children. There are ten bunkbeds. We sleep two children per mattress so four children sleep in each bed. The other children sleep on thin mats on the concrete floor. The way the beds are assigned is that the child who leaves gives their bed to someone else. A girl left the facility and so she designated that bed for my daughter and me. Until then, my baby and I slept on a cement wall. There was no mat so my baby and I slept directly on the cement. We had two blankets (one each) and so I put one underneath us and the other one on top of us.

7.   I have been in the U.S. for six days and I have never been offered a shower or been able to brush my teeth. There is no soap here and our clothes are dirty. They have never been washed. My daughter is sick and so am I.

8.   In the morning, they give us Jello, oatmeal, and silver pouches of fruit punch. At lunch, they give us instant soup, another pouch of fruit punch, and a cookie. At dinner, they give us a bean burrito, Jello, and a silver pouch of fruit punch. There is nothing else in the burrito. No rice or cheese. They give my daughter formula, but otherwise we get no milk. We get no fruits or vegetables.

9.   My baby asks for her dad all of the time. She frequently looks for him and wonders where her dad is. We both miss him very much and don't understand why they broke up our family.

I, J█████O████A███-M██████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



June 18, 2019

J█████O████A███M██████

EXHIBIT 4                                                         Page 031

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Certificate of Translation**

I, _Katherine Hagan_____, certify that I am fluent in English and Spanish and that I read the
above declaration to J███████ O████ A███ M██████ in Spanish.

_____
Katherine Hagan
1873 Columbia Alley
Eugene, Oregon 97403

June 18, 2019

EXHIBIT 4                                    Page 032

# EXHIBIT 5

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of K███ S███ P████ P████,** ████████████████

I, **K███ S███ P████ P████** declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My two younger siblings and I came from Ecuador. I am eleven years old. My birthday is ███████████ My little brother is nine years old. His name is ███ His birthday is ██████████ The roster says his ██ is ████████ Our baby sister is ███████████████ Her birthday is ████████ She is seven years old. The roster says her ██ is ███ We came to the United States with our father and a lady, but our father disappeared in Mexico and they separated us from the lady as soon as we got to America.

2. We have lots of family in America, including our mother, grandmother, and uncle. Our grandmother's name is ████████████ and she lives in ██████████ Her telephone number is █████████████

3. We eat, sleep, and live in Room 198. There are about 50 kids in there and 8 or 10 beds. There are no workers inside to take care of us so the kids try to take care of one another. When the workers come to clean our room, we get to go out in the hallway. We have only been outside twice.

4. We sleep on a mat on the floor. There are about 10 kids who sleep on our mat. There is another mat, too. Some children sleep directly on the floor. It is tile. We shared our mat with a teenage mom and her baby, but she left so now one of the kids who has been sleeping on the floor can now sleep on the mat with us.

5. My brother and I have had one shower since we came here, but they have not called ████████ for any showers yet. We have only brushed our teeth once. We take a shower in a big truck with three showers inside.

6. The toilet is inside of the room where we sleep. There is no separate room, just two stalls with no doors. The older girls try to cover themselves with a blanket so we don't see them when they go to the bathroom. The bunkbeds are right in front of the toilet stalls and so the people from the top bunks can see the kids going to the bathroom, but they try to look away to give the person on the toilet privacy and the person using the toilet usually tries to cover themselves.

7. Nobody takes care of us here. I try to take care of my little brother and sister since no one will take care of them. There are little kids here who have no one to take care of them, not even a big brother or sister. Some kids are only two or three years old and they have no one to take care of them.

I, **K███ S███ P████ P████** swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.

███████████████  _____          June 18, 2019

**K███ S███ P████ P████**

EXHIBIT 5                                                                      Page 033

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## Certificate of Translation

I, Katherine Hagan, certify that I am fluent in English and Spanish and that I read the above declaration to K███ S███ P███ P███ in Spanish.

_____
Katherine Hagan, MS, MTS, CHI
1873 Columbia Alley
Eugene, Oregon 97403


June 18, 2019

EXHIBIT 5                                                    Page 034

# EXHIBIT 6


REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

### Declaration of

### K█ M█████ C████ T█████ ████████████

I, K█ M█████ C████ T█████ ████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████. I am 16 years old. I came alone from Honduras.

2. I entered the United States at Ciudad Juarez and have been here 11 days.

3. When I was picked up by Border Patrol, they took me to a place that had tents, but I was taken into a building nearby that was freezing cold that was called the Ice Box. They checked our skin and looked at documents there. I got there around 4 in the afternoon, and at 2 in the morning they woke us up to move us to this place, the Clint Border Patrol Station.

4. In the Ice Box, they gave us yogurt, a hot dog, and water. I was with 7 other minors. We slept on the floor. It was freezing. When I asked for an extra blanket—a metallic one—they gave it to me.

5. I'm in an isolation room now because I have the flu. I wasn't sick when I arrived. I think everyone here has the flu. About 3 days ago a guard told me I was scheduled to go to a different place—a shelter—but when I told them I had a headache and they said I had a fever, they put me in this isolation room instead.

6. A medical person put something in my nose, because I also had a cold. They said I had the flu. They take my temperature 2 times every day. In the morning, they give me 5 pills. I think one is for infection, and the other 4 are chewable, but I don't know what they are for. At night they give me a pill to sleep.

7. I feel good now, and the last 3 times they checked me, they said I didn't have a fever. I want to leave this place, but I don't know when I will. They haven't said.

8. There are 7 of us in this room. Two of us are 16, one is 15, one is 17, and the others I'm not sure. There is a baby with its mother. The baby is sick, not the mother. There are 2 younger girls who don't speak Spanish, so I don't know anything about them. One is from Guatemala, but the other I have no idea. They don't talk to each other, so I don't think they speak the same language. I don't know how old they are, but they wear diapers. The older girls try to help take care of the littler girls. I clean them and help them get dressed. Another girl who is in here for the flu changes their diapers.

9. There is 1 bed in the room. The younger children share the bed. The others sleep on the floor. I'm always cold, because the air conditioning bothers me.

10. They always give us the same food: oatmeal, yogurt, and cookies in the morning; soup and fruit for lunch; and a burrito and juice for dinner. If we're hungry, we can have cookies or sweets.

11. I haven't had a shower the whole time I have been here. Two times I was allowed to brush my teeth, but the doctor took the toothbrush away after I used it.

12. They threw away all of my clothes except what I'm wearing when I got here.

13. I was able to talk to my uncle. He lives in Norfolk, VA.

EXHIBIT 6                                    Page 035

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

14.  Before they put me in this isolation room, I was in a room with more than 50 girls.  We had to sleep on the floor.  It was very crowded.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, K███ M█████ C█████ T██████ ██████████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

████████████████████████████████                          June 18, 2019
K███ M████ C█████ T█████

Page **3** of **4**

**EXHIBIT 6**                                                           Page 037

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Certificate of Translation

I, Kathleen O'Gorman, certify that I am fluent in English and Spanish and that I read the above declaration to K█ M█████ C██████ T██████ in Spanish.

June 18, 2019

Kathleen O'Gorman
Illinois Wesleyan University
1312 Park Street
Bloomington, IL 61701

Page **4** of 4

**EXHIBIT 6**

Page 038

# EXHIBIT 7

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of**

L█ F██████ A█████ ████████████

I, L█ F██████ A█████, (███████████████████) declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████ I am 17 years old.   I am from Guatemala.   I arrived in the United States on June 14, 2019, and turned myself in to the Border Patrol.

2. They took me to a place that was a tent.  I was there about 1 hour.  They gave me a burrito, juice, and a cookie.  Then they took me to a place that was very cold that's called the Ice Box.  I was there for an hour or two.   Then they took me to Clint Border Patrol Station, the place I'm at now.

3. When I got here, I was allowed to take the only shower I have taken here.  I was completely well and have had no medical problems.  I do have my immunizations.  I didn't get sick until I got here, but I was next to someone who was sick, and the next day, I got sick, too.  A medical person checked me out, they put something in my nose and took my blood pressure.  I had a fever at first and then got runny nose, and a cough, and vomited one time.  They check my temperature and blood pressure every day and give me a medicine twice a day (Chewable) but no other medicines.  I get the medicine twice a day.  They say it is for fever, but I don't know what it is.

4. I am in an isolation room with 5 other boys.  It is a room that will fit 11 people.  There are 2 beds as well as beds of "concrete."  The real beds have real blankets, 1 above and 1 below.  The kids that sleep on the concrete beds have to sleep on their jackets.  Although I have a bed now, first I was sleeping on the concrete bed and it was not very comfortable.

5. There are 5 boys in this room.  The others are 8, 12, and 15, I think.

6. Since I have been here, I have had a regular meal plan.  In the morning we eat cookies, juice and yogurt.  For lunch we have a soup with juice and a cookie.  For dinner we have burritos, yogurt, juice and cookies.  But I don't eat the burrito because I don't like it.  During the day there are some cookies for snacks.  I am always hungry.

7. I have not showered again while here.  I don't brush my teeth because I don't have any toothbrush.  When I go to the bathroom, I try to wash.  But there is no soap.  There is some creamy stuff for cleaning our hands.

8. We are in the room all day.  I would like to get some fresh air outside.

9. On arrival, I was able to speak with my father.  He lives in Los Angeles.  He is working on arrangements. They will let me out when I get better, but I don't know how they are deciding if I'm better.

10. I hope to get out to see my father.

11. There are many rooms here, there are at least 2 more rooms with girls.  More than 10 of them.  There are different rooms for those who are more and less sick.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, L███ F███████ A██████ swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 18, 2019

L███ F███████ A██████

**EXHIBIT 7**

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

<u>Certificate of Translation</u>

I, Kathleen O'Gorman, certify that I am fluent in English and Spanish and that I read the above declaration to
**I** **F** **A** in Spanish.

*Kathleen O'Gorman*                                                 June 18, 2019

Kathleen O'Gorman
Illinois Wesleyan University
1312 Park Street
Bloomington, IL 61701

Page **3** of **3**

EXHIBIT 7                                                 Page 041

# EXHIBIT 8

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of**

**L█ G█████ L████ L████,**

I, L██ G█████ L████ L████ (████████████████), declare under penalty of perjury that the
following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████ I am 12 years old and from Guatemala.

2. I was apprehended with my cousin, who is 11 years old. We were taken into custody by border patrol
   shortly after crossing into the United States on or about the evening of May 20, 2019. I don't exactly
   remember where we crossed into the United States but we crossed through a river. The officers had us
   take off and give them our shoelaces, belts and valuables.

3. We were then transported to a detention center where I was held for about eight days. There were many
   children there, perhaps about 200 or 300 kids. The lights were on all the time, including all night there. I
   was allowed to make one phone call while I was there. I called my 24 year old brother, who lives in
   California. At this detention center, I received meals three times a day: oatmeal for breakfast, soup for
   lunch, and a burrito for dinner. We also got cookies four times a day. We weren't given milk, fruit or
   vegetables. I was not allowed to bathe while I was there.

4. After 5 days, I was taken to second detention center where I was held for two days. Here I was also not
   allowed to bathe. It was very cold. I got sick because it was so cold. I had a fever, a headache, a throat
   ache, and aches all around my body. I told the guards I was sick and they let me see a doctor or a nurse,
   who took my temperature and gave me medicine. I was sick for a total of five days. Throughout that
   time, I was with all the other kids. No one took me to a separate place for sick kids. The guards at the
   second facility were mean and scary. They yelled at us. One day the guards demanded to know who had
   food. "Whoever has food will go to prison," they yelled. They wanted to know if anyone had snuck in
   food in the cell. They found one kid who was about 15 or 16 years old who had a burrito, pudding, and
   juice. The officials handcuffed his wrists. My cousin and I were very shocked and scared. They also
   made us clean our own sleeping area. Then my cousin was sent away to Casa Hogar. I felt very sad to be
   separated from him. I miss him. I have not been able to talk with him since we were separated.

5. While I still had a fever, I was transported here to the Clint Station. I have been at the Clint Station for
   about 17 days. In the place I am, there have been about 70 boys in my cell but now there are fewer boys,
   perhaps about 40 boys. They are mostly around 11to 17 years old but there are younger kids too. There
   have been boys as young as 3 or 4 years old in the cell with me. The 3 year old had a brother with him.
   The 4 year old came to the United States with an uncle but they separated him so he has no one here. It
   is very sad here. We all want to leave.

6. Here at Clint, I've bathed 4 or 5 times for 2 or 3 minutes each time. There are bathrooms in my cell but
   there is no soap for washing our hands. There is disinfectant though.

7. We're sometimes allowed to make phone calls in the afternoon. However, it is not possible to eat your
   lunch and make a phone call. We have to choose between eating lunch and making a phone call. I don't

know why. But I miss my family so much. I have skipped lunch three times and I've made 3 calls here. Twice  I called my brother, and once I called with my father. I wish I could talk with my loved ones for longer. I wish I did not have to choose between making calls and talking with my family.

8.  I'm hungry here at Clint all the time. I'm so hungry that I've woken up in the middle of the night with hunger. Sometimes I wake up from hunger at 4 a.m., sometimes at other hours. I'm too scared to ask the officials here for any more food, even though there is not enough food here for me. In the morning we get oatmeal, pudding, and juice. In the afternoon we get soup, a cookie, and juice. For dinner we get a burrito, pudding, and juice. The burritos have beans and cheese. Occasionally we can get more food from the guards but it depends on which guards and how friendly they are. I saw a child ask for more food once and the guard told him "no, you've had your ration." Sometimes the younger kids get an extra chocolate pudding. I need more food too.

9.  I haven't received any information about the process for leaving here or when I can leave here. I want to go live with my brother in California. His name is ███████████  His telephone number is ████ ████████ He lives in California.

10. I love school. I want to continue working hard in school. I really enjoy studying.

11. I haven't received any information about my rights under Flores.

I, L██ G████ L██████ L██, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████████

L██ G████ L██████ L██

*06/18/2019*

Date

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Certificate of Translation

I, Elora Mukherjee, certify that I am fluent in English and Spanish and that I read the above declaration to L███
G█████ L████ L███ in Spanish. Executed this  of in Clint, Texas.


Elora Mukherjee
Morningside Heights Legal Services, Inc.
Columbia Law School
435 W. 116th Street
New York, NY 10027

**EXHIBIT 8**                                    Page 044

# EXHIBIT 9

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of**



I, M███ F███ M███-O███ (A number ███████ ), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My name is M███ F███ M███-O███ and I am twelve years old. My date of birth is ███. ███. I am currently detained here at the Clint CBP Station with my 8 year-old sister, K███ M███ M███-O███ (A number ███████ ), who was born on ███████, and my 4 year-old sister, S███ N███ M███-O███ (███████ ), who was born on ███████. We are from Ecuador.

2. The three of us crossed the border by land with our grandmother and a few other people on or about June 16, 2019. We were taken into custody by border patrol officers shortly after. The officers took everything from us except our documents. They even took our shoe laces. There was a mother in our group traveling with a very young baby. The officers took her diapers, baby formula, and nearly everything else she had and threw it away. They left her with just two shirts and one pair pants for the baby. The mother really wanted to keep the diapers because her baby was allergic to regular diapers but the officers didn't listen. Then the officers took my sisters, my grandmother, and me to a place where we were kept for one day. It was night by the time we got there.

3. This first facility where we were detained had both indoor and outdoor spaces. You could be inside or outside when you wanted. We stayed inside during the day because it was so hot outside. At night, the indoor part of the facility was extremely cold, so my youngest sister wanted to be outside. All the bathrooms were in the space outside. The toilets did not flush. There was no soap to wash our hands. We have not had a single opportunity to bathe or shower since we crossed the border.

4. We received two meals at the first facility. First we received a hamburger. The next day we were given a type of meat and apple juice. We also received an orange and an apple there. There was also powdered baby formula or milk and diapers for babies at this facilities. My sisters and I did not receive any milk or vegetables there.

5. It was very cold indoors when we arrived at the first facility. There were no mattresses and no mats. We only received sheets that were very thin and made of cloth. The lights were on the whole time. My sisters, our grandmother, and I all lay together on the floor. It was difficult to sleep.

6. At 3 AM the next day the officers told us that our grandmother would be taken away. My grandmother tried to show the officers a paper signed by my parents saying that my grandmother had been entrusted to take care of us. The officers rejected the paperwork saying that it had to be signed by a judge. Then the officers took my dear grandmother away. We have not seen her since that moment. I felt extremely sad when they separated us from our grandmother and I still feel sad that we are apart. Thinking about this makes me cry at times. The officers didn't give us any information about how we could reunite with

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

our grandmother. My sisters are still upset because they love her so much and want to be with her. Every night they cry for our grandmother and our mother.

7. Later in the morning, my sisters and I were taken to the Clint Station where we have been held for 2 days so far. I'm in a room with my sisters and many other girls. There are mats for me and my sisters but they are quite hard. Many of girls in my room have been there at least 8 – 10 days. There have also been little boys in our room. They have been there for shorter amounts of time, about 2 -3 days. There are children in my room who are older and younger than me. My little sister is the youngest one there. There are many young children there who don't have siblings to help care for them. It is a very sad situation.

8. I am always hungry here and I wish I had more food. My sisters are hungry too. The staff here feed us three times a day. For breakfast we get sweetened oatmeal and different types of juice. For lunch we receive food that can be cooked quickly. They cook the soup for three minutes and give it to us with a cookie. Then for dinner we get burritos. The burritos here are different from the kinds we used to buy in Mexico. Here all of the burritos have only beans and pico. We are used to eating burritos with meat. Everyone here is hungry because there is not sufficient food. I've never asked for more food here because everyone just here is only allowed to get one tray of food. I've talked with the other girls here and asked them if we can get more food. Basically the answer is no but you can trade parts of your meals with the other girls to try to get more of the food you like.

9. It's difficult for me to care for my sisters here. It's hard because they are very hungry and they don't like the food here. I also do not like the food here.

10. There are limited times for the girls to go outside and there are limited times for the boys to go outside. My youngest sister is used to playing outside all the time when she wants to, so for her it has been especially hard to not be able to go outside. When we go outside, my sisters try to play with the ball and run around but it's a very small space. There is not enough room for all the kids to play.

11. The water here is horrible. It tastes like chlorine.  We can use cups to drink the water. But the water tastes awful and I don't like it at all. None of the kids here like the water.

12. The officials here are very bad to us. During the night when we're trying to sleep they come in and wake us up, yelling and scaring us. Sometimes children rise up in the night and officials yell at them to lay back down. The guards who are yelling don't speak much Spanish, so it's hard to understand what they're saying. My sisters and I are very scared when they yell at us and other children.

13. There a lot of girls at this place with the flu. There's a big room that's filled with the children that have the flu. There are a lot of big mosquitos here and maybe that is reason so many children have the flu here. Neither my sisters nor I have seen a doctor since we crossed the border. We saw doctors come to the Clint facility but they only met with the kids who were already sick. One child was here for 7 days and got sick and has now been here for a very long time. There is a girl here from El Salvador and a boy from Guatemala who have been here for almost a month. They both got infections in their lungs and have had to stay here. They cannot be released because they need to take pills for a month.

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

14. Since crossing the border, we have not had any opportunity to bathe. We have not had the opportunity to brush our teeth. We haven't had an opportunity to wash our clothes here either.

15. Our mother and father live in Massachusetts. My father has been here for about 4 years, and my mother has been here for about 2 years. I have other family members like aunts and uncles in Massachusetts. My sisters and I would like to be released to our parents. Yesterday, an officer told us that it would be 2-3 days until we were reunited with our mother. Later yesterday another official told us would be 15 days or 10 days until we are reunited with our mother.

16. Every night my sisters keep asking me, "When will our mommy come get us?" I don't know what to tell them. It's very hard for all of us to be here.

17. I have been able to make only one phone call since crossing the border, and it was to my mother today. She told me my grandmother is at another detention facility.

18. I am worried about the very young children here who do not know what country they are from and where they should go. I worry about the many children who do not have passports. There is one very young girl in my room, only six years old, who doesn't know where she is from or where she is supposed to go. I do not know what will happen to her. She arrived here five days ago. When we came here yesterday, I asked who she was with. She said she was with her father but they had been separated. The officials told her that her father would have to come to get her. I do not know if that will happen.

19. I have not received any information about the Flores Settlement or my right to be released from here.

20. I want to leave this place with my sisters as quickly as possible. Children should not be here.

I, M█████F█████████M███████O██████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████████████

M███F█████████M███████O██████

18/6/2019

June 18, 2019

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

<u>Certificate of Translation</u>

I, Elora Mukherjee, certify that I am fluent in English and Spanish and that I read the above declaration to M█████ F███████ in Spanish. Executed this 18th of June in Clint, Texas.

Elora Mukherjee
Morningside Heights Legal Services, Inc.
Columbia Law School
435 W. 116th Street
New York, NY 10027

**EXHIBIT 9**

# EXHIBIT 10

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Declaration of M█████ Z████-L████, ████████████ and**

**L███ L██-O██████ (My Little Sister), ████████████**

I, M█████ Z████-L████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My little sister and I came from Honduras. She is six years old and I am eight years old. Our grandmother brought us to the United States so that we can live with our mother because it is not safe for us to stay in Honduras.

2. Our mother lives in Houston. Her name is J███ G███ L███ O██████. Her telephone number is ████████████. Our grandmother put our mother's telephone number in my jacket so that we can call her, but we have only spoken to her once in three weeks. One time my sister asked an official if we could please call our mom. The official said we had to wait. We talked to her one week after we got in a truck with border officers. Our stepdad's telephone number is ████████████.

3. They took us away from our grandmother and now we are all alone. They have not given us to our mother. We have been here for a long time. I have to take care of my little sister. She is very sad because she misses our mother and grandmother very much.

4. My sister has been very sick. The doctor told her not to cry because if she cries she will get sicker.

5. One of the children in our cell is mean to us and tells us that we can't play and that we will be locked in a dark room here. I believe her and don't want to be locked in the dark room.

6. We sleep on a cement bench. There are two mats in the room, but the big kids sleep on the mats so we have to sleep on the cement bench. We have been sleeping on the cement bench ever since we came here, except when my sister got sick, she was quarantined and she got to sleep on a mat on the floor in another room.

7. We have only been allowed to go outside four times. I have only been allowed to bathe twice since we came here. My sister has only been allowed to bathe once. The water is very cold. Some kids don't mind the cold water, but I wish it is warm. We have only been allowed to brush our teeth twice here. There is no soap except when you take a bath. We have been wearing the same clothes the entire time we have been here and no one has washed them.

8. My sister and I hold a blanket up for one another so no one can see us when we go to the bathroom.

I, M█████ Z████-L████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was read to me in Spanish, a language in which I am fluent.

June 18, 2019

████████████████████████

M███ Z██-L███

EXHIBIT 10                                                   Page 049

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## Certificate of Translation

I, Katherine Hagan, certify that I am fluent in English and Spanish and that I read the above declaration to M▮▮▮ Z▮▮▮-L▮▮▮ in Spanish.

_____

Katherine Hagan, MS, MTS, CHI
1873 Columbia Alley
Eugene, Oregon 97403


June 18, 2019

EXHIBIT 10                                              Page 050

# EXHIBIT 11

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Declaration of**
**U█ E█████ P██████-F████, ████████████**

I, **U███ E██████ P█████-F████, ████████** declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████ I am from El Salvador.

2. I had to leave El Salvador because a gang in my neighborhood threatened to kill me if I did not give them money on a regular basis. One time I was beaten by five gang members. My mother said that I had to leave because she could not protect me. My father has been in the United States for fourteen years and lives in Maryland. I also have uncles in Maryland and in California. I fled El Salvador with another young man who was coming to the United States.

3. I was apprehended by with five others. We presented ourselves at the border on or about 20 days ago.

4. I was taken to a border station for about 30 minutes, then another teenager and I were brought to the Clint CBP facility.

5. I have been at the Clint CBP facility for about 19 days.

6. I have not been told about a release plan. At one point, I was told that the maximum time I would be here is 29 days.

7. The facility is locked. I cannot leave. I was warned that I would get in trouble. One of the other teen boys got into trouble, and we were told that he was taken to the freezer box, *hieleras,* as punishment.

8. I am in a room with dozens of other boys. Some have been as young as 3 or 4 years old. Some cry. Right now, there is a 12-year-old who cries a lot. Others try to comfort him. One of the officers makes fun of those who cry. It gets cold at night in our room. We spent pretty much the entire day in our room. The meals are the same everyday and there is not enough. I am often hungry. One time the food was so bad, it gave me a stomach ache.

9. I have not been offered any new clothing since I arrived. I have not been able to wash my clothes. After arriving, I got an ear infection. My right hear hurt a lot and was oozing yellow fluid. I had to wait all day long before I got to see a doctor. The doctor proscribed 10 day course of medicine; I am on day 7 of the medication right now.

10. I was allowed to speak to my father in Maryland one time.

11. I would like to be released as soon as possible.

EXHIBIT 11                                                                   Page 051

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, U████ E██████ P███████-F████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

U██ E████ P███-F███

6-18-2019

Date

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above declaration to W█████
A█████ S████-G████ in Spanish. Executed this June 18, 2019, in Clint, Texas..

_____

Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117

EXHIBIT 11

# EXHIBIT 12

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL



**Declaration of**
W█████ A███████ S████-G█████, A████████

I, W████ A███████ S████-G█████ (A███████████), declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████████. I am 12-years-old. I am from Guatemala. My brother C████ N███ S████-G███, A███████, was born on ████████████. He is 4-years-old.

2. My brother and I were living with my aunt and uncle. We left Guatemala with my uncle because we lived in a dangerous neighborhood filled with gangs and drug dealers. My father was violent and he abandoned us. My mother fled to the United States when my brother was about 9 months old. She lives in Miami, Florida.

3. When we arrived at the border with my uncle, he was separated from us. I do not know where he is. My brother and I were taken to a freezer box for about 10 hours where we were only given some cookies to eat. It was cold. My brother was given a blanket, but I was not given one. We were not allowed to bathe. All of our possessions were thrown away. We were then brought to the Clint CBP facility.

4. My brother and I have been at the Clint CBP facility for about 13 days. I was able to call my mother once.

5. I have not been told when or whether we will be released from custody. My brother has a learning disability. He cannot speak very clearly, but I understand him. I have taken care of him since he was a baby. He trusts me. He received some education, but it was not special. He knows how to count.

6. At Clint, we are housed in a room with dozens of other children—some as young as 2 years old. Many do not have their parents with them. I have to take care of many of the other children who are sad and cry. I do my best to help other children who are sad. My brother and I have not been given any new clothes. We have only bathed once. Our clothes are the same clothes that we had on when we arrived. We have not been given soap. We are not permitted to play outside on a regular basis. We were given tooth brushes, but my brother lost his and they will not replace it.

I, W█████ A███████ S████-G█████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



W███ A███ S████-G███

6-18-2019
_____
Date

Page **1** of **2**

EXHIBIT 12                                          Page 054

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Certificate of Translation

I, Bill Ong Hing, certify that I am fluent in English and Spanish and that I read the above declaration to W█████ A█████ S████-G████ in Spanish. Executed this June 18, 2019, in Clint, Texas..

_____
Bill Ong Hing
University of San Francisco School of Law
2199 Fulton Street
San Francisco, CA 94117

**EXHIBIT 12**                                      Page 055

# EXHIBIT 13

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, Dolly Lucio Sevier, MD, declare as follows:

1.      This declaration is based on my personal knowledge, and medical reference, except as to those matters based on belief, which I believe to be true. If called to testify in this case I would testify competently about these facts.

2.      My name is Dolly Lucio Sevier. I am a board certified pediatrician licensed to practice medicine by the Texas Medical Board.  I have been practicing as a general pediatrician in Brownsville, Texas, since 2014 in the private practice, Brownsville Kiddie Health Center.  I see both immigrant children and US citizen children in my practice.  I graduated from UT Southwestern Medical School in 2011 and completed my residency at Children's Medical Center, a large tertiary care center and referral hospital for North Texas in Dallas, TX.  I was asked by the Flores Agreement Settlement attorneys as an expert pediatrician last summer to tour the Office of Refugee Resettlement facility, Casa Rio Grande.  I have made myself available to local non-profit organizations caring for newly released immigrant families from the CBP Processing Centers to assist them in answering urgent medical questions regarding infants and children in the area.  I continue to be an active member of the American Academy of Pediatrics and the Texas Pediatric Society and advocate for quality care for immigrant infants and children crossing our southern border.

3.      On June 15, 2019, I visited the Ursula Border Processing Center in McAllen, TX. I visited with 39 detainees (all minors except one) and performed a medical exam on 21 infants and children.  My findings and grave concerns are listed below:

<u>Ursula Border Processing Center</u>
4.      The 39 detainees that I interviewed had a time in custody ranging between 4 and 24 days, far longer than the 72 hours outlined in the Flores Settlement Agreement. The American Academy of Pediatrics Policy Statement on the Detention of Immigrant Children is quite clear that "it is never in the best interest for a child to be held in detention."[4]

5.      Many of the detainees were teen mothers, already having been exposed to tremendous trauma in their home countries, on the journey north, and most certainly now in the conditions in which they are being held in custody of the US Customs and Border Protection Processing facility. The conditions within which they are held could be compared to torture facilities.  That is, extreme cold temperatures, lights on 24 hours a day, no adequate access to medical care, basic sanitation, water, or adequate food.

EXHIBIT 13

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

6.      All 39 detainees had no access to hand-washing during their entire time in
custody, including no handwashing available after bathroom use. Adequate hand
hygiene is a basic sanitary requirement for infection control, especially in crowded
places. The WHO considers hand hygiene the most important measure to avoid the
transmission of harmful germs.[1] In developing countries it has been shown that
implementing basic hand hygiene reduces infant mortality from respiratory and
diarrheal illnesses by 50%.[2] As such it can be assumed that denying detainees
access to this basic sanitary measure only serves to significantly increase the risk of
infection. As a processing center that is struggling with infectious outbreaks,
supplying soap and water or hand sanitizer could significantly reduce the medical
costs associated with illness in the facility. It is in the collective conscious that
everyone must wash their hands after bathroom use.  To deny or not supply this
basic necessity is tantamount to intentionally causing the spread of disease. I
question whether there are appropriate infection control measures in any of the
CBP Processing Centers, and thus question whether this is an appropriate space to
be holding any infants and children.

7.      All parents of infants drinking formula from a bottle reported having no
ability to wash bottles. One father reported trying to ask for a new bottle every 2-3
days. Re-feeding a child spoiled formula is a significant health hazard that can cause
severe infectious diarrhea and death in this vulnerable population.  All mothers have
heightened concern for the hygiene surrounding bottle feedings.  Many mothers
regularly boil their infant's bottles to ensure there is no chance of their infant
acquiring an infection.  Realizing that all parents want the best health for their
infants, to deny parents the ability to wash their infant's bottles is unconscionable
and could be considered intentional mental and emotional abuse.

8.      All 18 guardians that I interviewed reported infrequent access to bathing,
between every 2 days and never in 21 days was reported.  Once again, I question
whether there is an infectious control system in place in these facilities.

9.      There was no adequate nutrition available for infants 6-12 months old. The
only foods available were infant formula, apple sauce and solid foods. Infants
between 6-12 months should be fed pureed foods in addition to formula. Feeding a
6-12 month old breast milk or infant formula as the sole nutrition (including in
addition to apple sauce), leaves a child at risk for developing nutritional
deficiencies, including but not limited to iron deficiency anemia. This can cause
serious health and developmental consequences given anemia in infancy is linked to

**EXHIBIT 13**                                                   Page 057

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

reduced standardized testing scores in school-aged children.[3]  In all other settings
where children are held (daycare, school and ORR shelters) there are guidelines
regarding the specific nutritional needs of these children.  There is no reason why
infants and children held in CBP custody should be any different.

10.     Of the 21 infants examined, ⅔ of them actively had a respiratory infection. 2
of them had acute respiratory distress, one of which had been denied all previous
access to medical personnel.

11.     Of the 21 infants and children examined, 6 were exclusively breast-fed. Only
one of those 6 mothers felt she had adequate milk supply (her infant was 2 months
old). The other 5 mothers (infants ranging in age from 5 to 9 months) reported
concerns about low milk supply. All of these mothers reported drinking only 1.5L of
water per day (offered at meals).  All reported they would drink more if they had
more access to water. All felt the water in the cells was undrinkable due to taste.
Only one mother received extra fluids because she secretly made formula bottles
for herself in an attempt to increase her milk production. All 5 infants of the
mothers who reported low milk supply had been offered formula that they refused.
An average-sized adult requires 2L of water per day to maintain adequate
hydration. A breast-feeding woman requires at least 3L per day and extra caloric
needs to maintain adequate hydration.  Breast-feeding mothers should be offered
special consideration and given extra bottled water and extra calories since they
are producing the primary source of nutrition for their children.

Supplying breastfeeding mothers less than adequate supplies of fluids and nutrition
is endangering the health of all of these infants.  An infant without adequate
nutrition is at risk of complications from even the most minor of illnesses.
Intentionally denying the mothers and infants nutrition could lead to increased
hospitalizations and complications from illnesses.  We, as parents and pediatricians,
provide additional fluids and nutrition to our own children and patients to ensure
that they heal quickly.

12.     The Coast Guard officer transporting children from daycare reported that
lights are kept on 24 hrs in daycare just like the rest of the facility.  This is a serious
detriment to a child's developing brain, and given the lack of risk in turning the
lights off in daycare, there is no reason to expose these specific children to this risk.

13.     All children showed evidence of trauma, particularly the ones in day care.
Two different daycare children were repetitively saying (during separate

EXHIBIT 13                                          Page 058

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

interviews), "My dad is getting the papers. My dad is getting the papers." One of the day care children was breathing heavily throughout my 15 minute interview as if in respiratory distress, but his lungs were clear. I believe this was from the trauma of seeing his brother whom he had been separated from upon arrival at the processing center.

14.     As a physician who prioritizes child health, and as an American who believes we have basic human decency in this country, I am disturbed to be aware of everything outlined above. I respectfully submit that no child should be held in these facilities for even the minimum of 72 hours, because it is obvious that the dignity and well-being of children is not even an afterthought in the design of the center.

Attached please find a brief physical exam performed on each of the 21 infants and children with details of my concerns.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of June 2019 in Brownsville, TX.

Dolly Lucio Sevier, MD

EXHIBIT 13                                             Page 059

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**References:**

1. https://www.who.int/gpsc/5may/Hand_Hygiene_Why_How_and_When_Brochure.pdf

2. Curtis, Val; Cairncross, Sandy (May 2003). "Effect of washing hands with soap on diarrhoea risk in the community: a systematic review". *The Lancet Infectious Diseases*. 3 (5): 275–281.

3. Jill S. Halterman, Jeffrey M. Kaczorowski, C. Andrew Aligne, Peggy Auinger, Peter G. Szilagyi (June 2001). "Iron Deficiency and Cognitive Achievement Among School-Aged Children and Adolescents in the United States". *Pediatrics*. 107 (6).

4. Julie M. Linton, Marsha Griffin, Alan J. Shapiro, COUNCIL ON COMMUNITY PEDIATRICS. (May 2017). "Detention of Immigrant Children." *Pediatrics*. 139 (5).

EXHIBIT 13                                                    Page 060

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13                    Page 061



Ursula Detention Center                    6/15/2019                      Status: Acute
Time: 3:00pm
Name:  B███ A███ L███-C███████
DOB:  ██████████
Age:    1 year, 10 months
A███████████

Guardian name: D████ R██████ C████████-E██████
Age:  17 yrs
DOB:  ████████████
A███████████

Time in custody: 18 days (beginning May 29, 2019)
Times seen a medical professional in facility: About 5 times. The last time was on
June 12 when she returned from the other facility where they were transferred to
when mother became ill.

**chief complaint:** B████'s ear continues to drain, even after ear infection was
treated

**HPI:**
On or about June 4th mother and daughter were transferred to another facility
because mother tested positive for influenza. On or about June 7th B████ had a
fever for about two days and was diagnosed with an ear infection on day 1 of illness.
Fever presented first, and a few hours later child was examined by a medical
professional (mother reports no barriers to treatment after initially asking to be
seen) and mother noted liquid discharge from B████'s left ear. A three-day course
of oral antibiotics was prescribed and three days of ear drops we prescribed per
mom's report. The ear has improved but continues to drain throughout the day.
They were transferred back here early morning June 12th.  On that day medical
personnel saw her and reassured her that ear drainage was normal because of the
ear infection she had.  She is no longer receiving antibiotics.  Mother reports that
B████ has a mild cough.

B████ has a history of persistent asthma. She has been hospitalized > 10 times for
this in the past. The last hospital admission was May 12 and lasted 3 days.

Mother brought her asthma inhalers and oral asthma medications prescribed by  a
pulmonologist in El Salvador. All of the oral medications were thrown away but she

**EXHIBIT 13**                                                                    Page 062

was allowed to keep inhalers. Mother still has her daily controller inhaler and her
rescue inhaler. She has been using the inhalers regularly during her time here and
her asthma has been somewhat under control.

She has not noticed significant worsening since stopping the oral medications.

Fever:    no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP: recently
Amount of UOP in last 24 hrs: usual amount
Access to handwashing: none

**Past medical history**: as above

**Exam**
HR: 120          Temp:  97.7
Gen: well-appearing  no distress, dirty
Head: normal
Eyes: normal
Ears: L ear draining purulent fluid
Nose: normal
CV: S1, S2 normal. No mrg          Pulses: 2+ radial pulses
Resp: CTAB
GI:  soft nt/nd


Observations/Recommendations:
Acute otitis media with ruptured tympanic membrane:
Needs to be given another round of oral antibiotics, or continued antibiotic ear
drops since her ear is still draining.  Untreated ear infections can quickly progress
to mastoiditis and meningitis with encephalitis. Any new fever could be a sign of
significant illness, especially if not responding to antibiotics in 24-36 hrs.

Asthma:
High risk for serious and rapid complications of asthma (including death) given
significant history. Seek medical consultation to receive inhaled medications if the
ones she has are not controlling symptoms. Also seek medical consultation if
symptoms worsen despite giving inhaled medications.

**EXHIBIT 13**                                        Page 063

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center              6/15/2019              Status: ACUTE
Time: 11:11am

Name: D███ E███ C███ L███
Age:   1 year, 3 months
A█████████████

Guardian name: W███████ A█████ C███ L█████
Age:  29
A██████████████

Time in custody: 21 days ago
Times seen a medical professional in facility: 0. Denied access. See below.

**chief complaint**: cold symptoms, bad cough and fatigue

**HPI**:
Uncle first noted D████felt very warm to the touch two days last week. He was denied access to medical personnel because on multiple occasions he asked different guards if D████ could be assessed and they denied him access. He reported guards would touch D████ and said he was not hot. Subjective fever has resolved but he continues with cough and congestion. He is vomiting but has emesis normally when upset, so uncle is unsure if this is a sick symptom. No diarrhea.  No pain today. He is concerned about recent fatigue.

"What I have noticed is that he has been sleeping a lot. I don't know if it's a symptom that he might have. He is not normally like that. He just wants to sleep all the time as of three or four days ago. He is sleeping more now than when he had the fever. He takes his bottle and he eats a little bit of the burritos that they pass out. He takes between 2-3 bottles over 24 hours. Last night I noticed something unusual in D████ He woke up with a kind of…I don't know if I could call it a phlegm sound. Last night he was breathing OK, but today he is breathing heavier.  He seems weaker with a weaker cry."

Uncle reports he has nothing to wash D████'s formula bottle with and he tries to  get a new one every 2-3 days by asking a "nice guard."

Uncle and nephew have not had the opportunity to bathe during three weeks in detention.

**EXHIBIT 13**                                    Page 064

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Fever    yes
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  recently
Amount of UOP in last 24 hrs: usual amount
Access to handwashing: none

**PMH**: Vaccines up to date, including measles vaccine on record. No chronic medical problems.

**Exam**
HR:  140, crying; 127 calm.   RR:  48  Temp:  100.4     O2 sat: 94%

Gen: tired-appearing, weak cry, small for age, mild-moderate respiratory distress, mildly lethargic
Head: normal
Eyes: normal
Ears: not examined
Nose: purulent drainage
Throat: not examined
CV: S1, S2 normal. No mrg          Pulses: +2 radial
Resp: diffuse crackles and diffuse expiratory wheezing; mild intercostal retractions
GI:   soft, non-tender, non-distended.


**Observations/Recommendations:**  Appears to have bronchiolitis, differential includes AOM and pneumonia. Needs to be examined by medical personnel on staff and monitored closely.

Acute bronchiolitis is self-limited and can resolve in 1-2 weeks in most infants, but some require hospitalization for respiratory distress and dehydration.  As of June 15, 2019 at noon this infant does not appear to need inpatient hospitalization, however, he does require close medical observation (at minimum every 12 hrs) to assess his respiratory status, urine output and fever.

Infants with bronchiolitis can deteriorate quickly and his recent worsening of symptoms (respiratory distress and lethargy) is concerning for continuing deterioration in this child and puts him at risk for needing a higher level of care.

**EXHIBIT 13**                                                   Page 065

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center                    6/15/2019                         Status: Acute
Time: 1:25pm

Name:  M███ E██████  M██-P███
Age:  2
DOB: █████████
A████████

Guardian name: M██ E███ P████-L███
Age: 17
A████████

Time in custody: 5 days
Times seen a medical professional in facility: 0, has not asked to be seen

**chief complaint**: congestion

**HPI**:
Two days ago started with congestion. Has cough. Also coughing while asleep. No
history of hospitalization due to cough or lung concern. She first heard wheezing
last night. She had a previous illness with wheezing and on previous illness was
prescribed a nebulizer to improve. This was one year ago.

Fever     yes
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  Now
Amount of UOP in last 24 hrs: usual amount
No access to soap for handwashing
One chance to shower during five days in custody.

PMH Mother indicates that vaccines are up to date. Normal birth history.

EXHIBIT 13                                                Page 066

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exam**

HR: 160 calm      RR: 48      Temp: 100.8      O2: 92%

Gen: grossly normal energy for age. Mild-moderate respiratory distress.

Head: normal

Eyes: normal

Nose: clear drainage

Lymph nodes: normal

CV: S1, S2 normal. No mrg          Pulses: +2 radial

Resp: diffuse expiratory wheezes, moderate intercostal retractions

GI:  soft nt/nd

Observations/Recommendations:

Likely has acute bronchiolitis vs infantile asthma. Low grade fever with moderate respiratory distress. May need albuterol nebulization to improve. Needs medical assessment by medical personnel now and frequent reassessment to assure her respiratory status does not deteriorate.

EXHIBIT 13                                                    Page 067

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center              6/15/2019                    Status: Monitor
Time: 10:05am

Name: D███████ C███ M███████-G████
Age: 9 months
A██████████

Guardian name: L████ L█████ M███████-G████
Age: 16
A██████████

Time in custody: 24 days
Times seen a medical professional in facility: 1

**chief complaint**: fever and vomiting

**HPI:**
He has a fever and is throwing up. He has a little bit of a cough. His face also gets
red. I took him to the medical area. They told me that he has an ear infection and
they take him to the medical area to give him the medicine. Today in the early
morning I took him to the medical area again because he still has a fever.

Mother also reports she is not producing enough milk. Aside from her breast milk
he gets applesauce and some of mother's food. He takes 2-3 apple sauce packets
per day and has free access to formula but he doesn't take it.

Fever     yes
Fluids available in last 24 hrs:  free access (although mother reports low milk
production)
Fluids taken: usual amount
Last UOP:  now
Amount of UOP in last 24 hrs: usual amount
No access to handwashing

EXHIBIT 13                                    Page 068

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exam**

HR: 140      Temp: 101.6

Gen: well-appearing no distress, dirty
Head: normal
Eyes: normal
Ears: not examined
Nose: purulent drainage
Throat: not examined
Lymph nodes: normal
CV: Mild tachycardia, S1, S2 normal. No mrg Pulses: Normal
Resp: CTAB

Observations/Recommendations: Ask for him to be seen every six hours to get
fever medication. Continue on antibiotics.

EXHIBIT 13                                    Page 069

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center                6/15/2019        Status: Monitor
Time: 5:58pm

Name:  G██████ S██████ F██ -P██████
Age: 6 months
DOB ████████████
A████████████

Guardian name: M██████ E██████ P██████ C████████
Age:  16
A████████████

Time in custody: 12 days
Times seen a medical professional in facility: Once, here at Ursula before being transferred to another facility.

**chief complaint**: congestion
**HPI:**
Mom reports some nasal congestion that began today. Child is breastfeeding exclusively. Mother reports concern about low milk supply. She describes reluctance to drink water from the cell because of the taste. She would like to have more bottled water than she has access to in order to support milk supply. Mother reports that she receives one bottle of water per meal, and that distribution of bottled water is limited to mealtimes (3 times per day). She states that this is the case, too, on the day of apprehension, in spite of dehydration. She states that she herself feels weak and believes that she has lost weight in the time she has been detained. She reports that the child is crying more than usual because she needs more milk. Mother does not suspect fever. Mother has noticed some respiratory distress today since the nasal congestion began.

Mother and baby were taken to another facility where they received treatment to prevent the flu because mother had fever. They both received flu treatment twice a day for five days.

Fever     no
Fluids available in last 24 hrs: exclusively breast fed, but mother not given adequate fluids
Fluids taken: less than usual because of low milk supply
Last UOP:  Just now

**EXHIBIT 13**                                                      Page 070

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Amount of UOP in last 24 hrs: usual amount
Mother reports that she has been able to bathe twice in the last twelve days.
No access to hand-washing

**PMH** vaccines up to date

HR: 190 calm    RR:  25    Temp: 100.4

Gen: well-appearing, no distress, dirty
Head: normal
Eyes: normal
Nose: normal
Lymph nodes: normal
CV: tachycardic. S1, S2 normal. No mrg        Pulses: +2 radial
Resp: CTAB
GI:  soft nt/nd


Observations/Recommendations: Likely dehydration. Possible early acute illness.
Advised mother to seek medical attention if baby's temperature increases. I am
specifically concerned about her tachycardia and expressed that to mother.  I asked
her to communicate this to CBP staff if they deny access to medical assessment.

EXHIBIT 13                                    Page 071

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center                6/15/2019              Status: No acute concern
Time: 2:15pm

Name: A███ M███ R███-B███████
Age: 2
DOB ████████████
A███████████

Guardian name:  R███████N███ R███-F████████ (older brother)
Age: 16
A████████████

Two-year-old accompanied by Coast Guard officer who watches him in daycare. A██'s older brother was also present for the exam and history-taking.

Time in custody: approximately 15 days
Times seen a medical professional in facility: unknown

**chief complaint**: cough

**HPI**:
Child has been well. Coast guard officer/current caregiver notes that A██ was sick last week but now is "on the mend." Currently he has cough and congestion.  He is breathing heavily during exam, but coast guard officer reports that he just started doing that as he walked here. She states that he has a large appetite and is eating well.

Daycare: Coast guard officer reports daycare area has usual adult/child ratios as a day care (3rd party contracted daycare staff) plus extra assistance from the Coast Guard. She reports typical daycare setting with some toys, baths about every other day for the children. Children sleep on mats on the floor and there are some playpens for younger infants to sleep in (more than one infant per playpen).  She reports lights are also kept on 24 hours in the daycare.

Fever     no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  within the hour
Amount of UOP in last 24 hrs: usual amount
Day care personnel and coast guard officers have free access to handwashing

**PMH:** no chronic medical problems reported by brother

EXHIBIT 13                                              Page 072

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exam**

HR: 120 calm    Temp: 98.5

Gen: well-appearing, somewhat anxious, does not make eye contact with examiner but is cooperative. No distress, no vocalizations made during exam, clean
Head: normal
Eyes: normal
Nose: normal
Lymph nodes: normal
CV: S1, S2 normal. No mrg          Pulses: +2 radial
Resp: CTAB, breathing heavily, but no respiratory distress noted
GI:  soft nt/nd

Observations/Recommendations: Well child, likely has mild URI and is breathing abnormally due to anxiety. Overall appears to have better hygiene than children not in daycare.

EXHIBIT 13                              Page 073

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center          6/15/2019          Status: No acute concern
Time: 10:58am

Name: A███ M████████ V████ V████
Age:  2.5 months
A█████████

Guardian name:  A██ I█████ V██████ F████
Age: 17
A█████████

Time in custody: 12 days
Times seen a medical professional in facility: 0

**chief complaint**: none
Fever    no
Fluids available in last 24 hrs:  free access (exclusively breast fed, good supply)
Fluids taken: usual amount
Last UOP:  just a little bit ago
Amount of UOP in last 24 hrs: usual amount
No bath during 12 days of detention so far
No access to hand-washing

**PMH** unremarkable
**Exam:**
HR: 120      RR:      Temp:  97.2       bp:
Gen: well-appearing  no distress
Head: normal
Eyes: normal
Nose: normal
Lymph nodes: normal
CV: S1, S2 normal. No mrg
Pulses: Normal +2 radial pulses
Resp: CTAB
GI:  soft nt/nd

Observations/Recommendations: well child, main concern is high risk for infection given crowding and young age. 24 hr lights on are a detriment to her developing brain.

**EXHIBIT 13**                                    Page 074

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13                                                                      Page 075

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center          6/15/2019        Status: No acute concerns

Name:  A██ E████████ M███-D████
Age:  1.5
DOB ████████████
A████████████

Guardian name: N███ E████████ D████-A████
Age:  17
A████████

Time in custody: 10 days
Times seen a medical professional in facility: 0
**chief complaint:** cough

**HPI**:
     A██ E████████ has a cough but is otherwise well.

Fever     no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  recently, urine output normal
Amount of UOP in last 24 hrs: usual amount
No access to soap for handwashing

**Exam**
HR: 130 crying     Temp:  100.0
Gen: well–appearing, no distress
Head: normal
Eyes: normal
Nose: clear drainage
Throat: not examined
Lymph nodes: normal
CV: S1, S2 normal. No mrg        Pulses: +2 radial
Resp: CTAB
GI:  soft nt/nd

Observations/Recommendations: URI

**EXHIBIT 13**                    Page 076

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13                                                           Page 077

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center                  6/15/2019              Status: No acute concern
Time: 10:54am

Name: A█████ A█████ de J███-F███
Age:  2 years
DOB: ███████
A████████

Guardian name: M█████ G████ F███ B████████
Age: 17
A████████

Time in custody: 23 days
Times seen a medical professional in facility: unsure
**chief complaint**: none currently

**HPI:**

A██████ had influenza fifteen days ago. He had fever over the course of two days.
Mom doesn't suspect fever currently. A little bit of cough remains.

Fever     no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  recently
Amount of UOP in last 24 hrs: usual amount
Able to bath once a week during time detained
No access to hand-washing

HR:  120   RR:      Temp:  99.1

Gen: well-appearing  no distress
Head: normal
Eyes: normal
Nose: normal
Lymph nodes: normal
CV: S1, S2 normal. No mrg        Pulses: +2 radial
Resp: CTAB


Observations/Recommendations: resolving influenza

**EXHIBIT 13**                                          Page 078

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13

Page 079

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center　　　　　6/15/2019　　　　　　Status: No acute concern
Time: 10:45am

Name: A█████ G████ O██████-V██████
Age: 5 months
DOB██████████████
A██████████████

Guardian name: N██████ C███████ O██████-V██████
Age: 17
A██████████████

Time in custody: 15 days (from May 31, 2019)
Times seen a medical professional in facility: numerous

**chief complaint:** weight loss

**HPI:**
Baby had a fever on June 8th and June 9th, tested negative for the flu but was given preventative treatment. Transferred to other holding facility until this morning (June 15 2019) in the middle of the night.

A█████ used to take formula and breastmilk but is now only taking breastmilk because he won't take formula that is not warmed. He is losing weight because mother is unable to produce enough milk. He used to weigh 16.5 lbs and at last visit with medical personnel he weighs 16 lbs. No diarrhea.

Fever　　no
Fluids available in last 24 hrs:  free access (but mother has low milk supply)
Fluids taken: usual
Last UOP:  recent
Amount of UOP in last 24 hrs: a little less than usual, pees a small amount frequently
No access to hand-washing

**PMH** Eczema; applied moisturizing lotion daily before being here.

**Exam:**
HR: 120　　RR: normal　　Temp:  99.2

Gen: well-appearing no distress

**EXHIBIT 13**　　　　　　　　　　　Page 080

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Head: normal fontanelle
Eyes: purulent drainage, mild conjunctival injection
Ears: normal
Nose: purulent drainage
Throat: Not examined
Lymph nodes: normal
CV: S1, S2 normal. No mrg
Resp: Normal, CTAB
GI:  soft nt/nd
Pulses: normal
Skin: Scattered dry patches throughout trunk. Mild erythema. Dry skin with
excoriations on face.


Observations/Recommendations: Weight loss. URI. Mother would benefit from
increased fluids to produce more milk. She reports receiving 1.5 L per day from
bottled water. Water available in cell tastes too bad to drink.

Average-sized adolescents and adults require 2L per day of fluids, breastfeeding
mothers require 3L per day of fluids. Although many factors play into milk supply,
inadequate hydration always reduces milk supply.

EXHIBIT 13                                                    Page 081

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center            6/15/2019        Status: No acute concern
Time: 4:17pm

Name:  C████ A██████ V██████-M█████
Age: 1.5 yrs
DOB: ████████
A██████

Guardian name:  S████ Y████ M███████-C█████
Age: 17
DOB: ████████
A██████

Time in custody: 5 days
Times seen a medical professional in facility: 0
**chief complaint**: none

Fever:    no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  now
Amount of UOP in last 24 hrs: usual amount
No access to handwashing

**PMH** non-contributory

**Exam**
HR:  120      Temp:  99.4

Gen: well-appearing, no distress, dirty
Head: normal
Eyes: normal
Nose: clear drainage
Lymph nodes: normal
CV: S1, S2 normal. No mrg.          Pulses: +2 radial
Resp: CTAB
GI:  soft nt/nd

Observations/Recommendations: High risk for infection given crowding and no hand hygiene.

EXHIBIT 13                              Page 082

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 13**

Page 083

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center           6/15/2019        Status: No acute concern
Time: 10:17am

Name:  C██████ A████ J██████ H█████████
Age: 1.5
A████████████

Guardian name:       K██████ J███████ J███████-H███████
Age: 16
A████████████

Time in custody: 15 days
Times seen a medical professional in facility:  0, she has not asked to be seen

**chief complaint**: cough

**HPI**:  C██████████has had cough for a few days, otherwise well.
Fever    no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  now
Amount of UOP in last 24 hrs: usual amount
Access to hand washing: No
Bath every five days

**PMH** non-contributory

HR:  160, Crying on exam.  Temp: 97.1
Gen: well-appearing
Head: normal
Eyes: normal
Ears: not examined
Nose: normal
Throat: not examined
Lymph nodes: normal
CV: S1, S2 normal. No mrg / tachycardic when crying  Pulses: +2 radial
Resp: CTAB

Observations/Recommendations: URI

EXHIBIT 13                                Page 084

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13

Page 085

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center          6/15/2019          Status: No acute concerns
Time: 12:56pm

Name:  E▮▮▮▮▮ C▮▮▮▮ C▮▮▮▮-H▮▮▮▮▮
Age:  1 year, 11 months
A▮▮▮▮▮▮

Guardian name:  A▮▮▮ L▮▮▮ H▮▮▮▮▮ J▮▮▮
Age:  17
A▮▮▮▮▮

Time in custody: 12 days
Times seen a medical professional in facility: 0, has not asked to be seen

**chief complaint**: cough

**HPI:** Has not had fever; a little bit of cough but no phlegm.
Fever    no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount, mother reports he drinks plenty of water.
Last UOP: Last urine output was 06/14/19 around 10pm or 11pm
Amount of UOP in last 24 hrs: usual amount per her report has not urinated
because he has been sleeping
No access to soap for hand-washing
Bathing every 2 to 3 days

**Exam**
HR: 140 crying   RR:      Temp: 98.4
Gen: well-appearing, no distress, dirty
Head: normal
Eyes: normal
Nose: clear drainage
Lymph nodes: normal
CV: S1, S2 normal. No mrg                Pulses: +2 radial
Resp: CTAB
GI:  soft nt/nd

Observations/Recommendations: URI

EXHIBIT 13                                    Page 086

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13                                    Page 087

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center              6/15/2019          Status: No acute concerns
Time: 4:17pm

Name:  G▆▆▆  C▆▆▆▆  S▆▆  M▆▆
DOB: ▆▆▆▆▆▆▆▆▆
Age: 5 months
A▆▆▆▆▆▆

Guardian name:  G▆▆▆▆Y▆▆▆▆ M▆▆-U▆▆
DOB: ▆▆▆▆▆▆▆
Age: 15
A▆▆▆▆▆

Time in custody: 4 days
Times seen a medical professional in facility:  0, has not requested

**chief complaint**: none

**HPI**:
Child has been well. Mom reports that she ties a mylar sheet to the wire fencing of
the cell so that she can block light from G▆▆▆s eyes when he is trying to sleep.
She is exclusively breast feeding him

Fever:  no
Fluids available in last 24 hrs:  free access, but mother has low milk supply. She maks
herself infant formula bottles to try to increase her milk supply because infant will
not take the formula bottles. She only gets 1.5 L of bottled water per day.
Fluids taken: usual amount
Last UOP:  now
Amount of UOP in last 24 hrs: usual amount
Access to handwashing: no

**Exam**
HR: 150    RR:      Temp: 98.8        bp:

Gen: well-appearing  no distress
Head: normal
Eyes: normal
Ears: not examined

EXHIBIT 13                                      Page 088

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Nose: normal
Lymph nodes: normal
CV: S1, S2 normal. No mrg
Pulses: normal
Resp:  normal
GI:  soft nt/nd


Observations/Recommendations: This breast-feeding mother requires free access
to fluids. She needs at minimum 3L per day to maintain an adequate milk supply for
her infant.

EXHIBIT 13                                        Page 089

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center              6/15/2019        Status: No acute concerns
Time: 2:25pm

Name: J█████ H████████-G█████
Age: 5 months
A█████████

Guardian name: Y██ G█████████-D█████
Age:  16
A█████████

Time in custody: 4 days
Times seen a medical professional in facility: 2 times

**chief complaint**: congestion and skin rash

**HPI:**
Mother reports that baby has cough, nasal congestion, fever. She first presented to medical personnel for this and she was told they do not administer medications for cough. The following day she presented to medical personnel again for a skin rash. She was told it was part of a virus and would go away on its own. She thinks it is an allergy not a viral rash. He has red splotches that come and go throughout the day.

Mother is nursing infant but reports not making enough milk. Mother reports that the water inside the cell tastes bad, and she is reluctant to drink it for this reason. She reports that she gets a 500 mL bottle of water with each (of 3) meals each day.

Fever     no
Fluids available in last 24 hrs:  free access but mother reports low milk supply.
Fluids taken: usual amount
Last UOP:   just now
Amount of UOP in last 24 hrs: usual amount
No access to soap for handwashing
Mother reports that she has been permitted to shower once every two days and that on these occasions she is given a toothbrush to brush her teeth before discarding the toothbrush.

**PMH** non-contributory

EXHIBIT 13                                    Page 090

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**Exam**

HR:  140       Temp: 98.0

Gen: well-appearing  no distress
Head: normal
Eyes: normal
Nose: clear drainage
Throat: not examined
Lymph nodes: normal
CV: S1, S2 normal. No mrg Pulses:
Resp: diffuse rhonchi
GI:  soft nt/nd
GU:  normal. Tanner 1 hair and genitalia.  no rashes
Skin: Scattered 2-5mm red macules on bilateral forearms and right thigh,
consistent with mild hives

Observations/Recommendations: Appears to have URI with intermittent hives.
Would need medical attention for any complicating symptoms given his young age.

Breastfeeding mother's require at least 3L of water per day to maintain adequate
hydration and produce enough milk for their infants.

EXHIBIT 13                                          Page 091

Ursula Detention Center              6/15/2019     Status: No acute medical concern
Time: 2:45pm

Name: J█████ J████ R███-G█████
Age: DOB indicates 11 months, but his exam is inconsistent with this age
DOB ██████████
A████████

Guardian name: unknown

Time in custody: From June 12th or before, this was when he was transferred to daycare (when adult was transferred out of this facility).

Times seen a medical professional in facility: Unknown

**HPI**:
Coast guard officer reports that this three-year-old came with an adult, and the adult was transferred to another facility on June 12th. He gets formula. Coast Guard officer believes he is about 6-7 months old. He can sit up unassisted. He cannot crawl. His is calm and quite if held but will cry when put down. No cooing. No babbling. No vocalizations, only cries. Coast guard officer is unaware of any sick symptoms in this child.

Fever     unknown
Fluids available in last 24 hrs:  free access, drinks formula bottles
Fluids taken: usual amount
Last UOP:  recent
Amount of UOP in last 24 hrs: usual amount
No access to handwashing

**PMH** unknown

**Exam**
HR:  160 calm     Temp:   98.8
Gen: well-appearing, clean, appears significantly younger than stated age. Overall exam consistent with a 7-8 month old based on tone, extremity length and trunk, head proportions to body, subcutaneous fat distribution and dentition.
Head: normal.  3 x 3 cm open anterior fontanelle
Eyes: normal

**EXHIBIT 13**                                      Page 092

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Nose: normal

Oropharynx: two lower central incisors. The left upper central incisor is erupting.

Lymph nodes: small anterior cervical lymph nodes

CV: S1, S2 normal. No mrg          Pulses: +2 femoral pulses, +2 radial pulses

Resp: CTAB

GI:  soft nt/nd

GU:  normal, tanner stage 1 genitalia and hair. Uncircumcised, no rash. Bilateral descended testicles.

Skin: 5 x 7 centimeter well-demarcated hypopigmented triangular patch over R side of abdomen with superficial peeling and new skin formation. Very consistent with a burn from a clothes iron.


Observations/Recommendations:

Concern for history of abuse given burn mark on abdomen.


Concern for exam inconsistent with age given DOB is very likely to be incorrect and it would be difficult for any true guardians to identify this child in custody.

EXHIBIT 13                                              Page 093

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center          6/15/2019    Status: No acute medical concern
Time: 1:00pm

Name:  M███████J█  C█████-L█

Age:   1 yr 4 mo
DOB ████████████

A████████████

Guardian name:  C█████  D█ C██████ L█████-G████████
Age: 17
A███████████

Time in custody: 8 days
Times seen a medical professional in facility: 0, did not ask

**chief complaint**: none

Fever     on this exam, but mother previously unaware
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  recent
Amount of UOP in last 24 hrs: usual amount
First opportunity to bathe was today, after 8 days detained.
No access to handwashing.

**Exam**
HR: 130      Temp:  100.5

Gen: well-appearing, dirty
Head: normal
Eyes: normal
Nose: clear drainage
Lymph nodes: normal
CV: S1, S2 normal. No mrg
Pulses: normal
Resp: wet cough, CTAB
GI:  soft nt/nd
Skin: superficial peeling on his feet in round lesions; some hyperpigmented round lesions as well scattered on bilateral feet.

EXHIBIT 13                                    Page 094

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Observations/Recommendations: If mother notices that he is warmer later today she should ask to receive medical attention.

Suspected recent hand, foot, mouth but appears resolved. Mother indicates that sores developed during travel and were not red or open while detained here.

EXHIBIT 13                                           Page 095

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center          6/15/2019     Status: No acute medical concerns
Time: 5:53pm

Name: R█████ Y██████ C███████-B████
Age: 3 yrs
DOB █████████
A█████████

Guardian name: unknown
Presented to exam without any adult. I requested daycare staff to accompany child and give a history but this was refused. It was stated that her staff was bathing other children at the time. No one else was available for history taking.

Time in custody: Not available
Times seen a medical professional in facility: Not available

Fever     Unknown
Fluids available in last 24 hrs:  Unknown
Fluids taken: Unknown but appears well hydrated
Last UOP: Unknown
Amount of UOP in last 24 hrs: Unknown
Access to handwashing: No

**Exam**
HR: 130        Temp: 99.7

Gen: well-appearing, underweight, fearful child in no acute distress; appears stated age. Child unable to communicate anything about the guardian she came to the United States with.
Head: normal
Eyes: normal
Nose: clear drainage
Lymph nodes: normal
CV: S1, S2 normal. No mrg        Pulses: +2 radial
Resp: CTAB
GI:  soft nt/nd

Observations/Recommendations: Only concern is severe trauma being suffered from being removed from primary caregiver.

EXHIBIT 13                                    Page 096

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EXHIBIT 13**                                                    Page 097

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center          6/15/2019          Status: No acute concern
Time: 1:25pm

Name: K█████ Z██████ M█████-R██████
Age: 2
DOB: █████████████
A█████████

Guardian name: J██████ N█████ R█████-E█████
Age: 17
DOB████████████
A█████████

Time in custody: 8 days
Times seen a medical professional in facility: 0, did not request to be seen

**chief complaint**: none

Fever    no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  recent
Amount of UOP in last 24 hrs: usual amount
She is eating the food that she receives.
No access to soap for handwashing.
Has been able to bathe once during eight days in custody

**Exam**
HR: 120     Temp:  98.6
Gen: well-appearing  no distress
Head: normal
Eyes: normal
Nose: normal
Lymph nodes: normal
CV: S1, S2 normal. No mrg, II/VI soft systolic murmur          Pulses: +2 radial
Resp: CTAB

Observations/Recommendations: Concern for high risk for infection given lack of
appropriate hand hygiene.

EXHIBIT 13                                   Page 098

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13

Page 099

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center                6/15/2019                    No acute concern
Time: 1:45pm

Name: J█████ A██ B██████-J███
Age: 3
DOB: █████████
A███████

Guardian name: unknown

Time in custody: 15 days
Times seen a medical professional in facility: unknown

**HPI**: J██████ says that her throat hurts a little bit. Otherwise she is well. She reports coming to the United States with a woman but does not confirm relation and denies that it was her mother.
Fever     no
Fluids available in last 24 hrs:  unknown
Fluids taken: unknown
Last UOP:  unknown
Amount of UOP in last 24 hrs: unknown
Daycare workers have free access to handwashing

**PMH** unknown

**Exam**
HR: 130    RR: normal     Temp:   99.5
Gen: well-appearing, no distress, clean, nervous but then talkative child
Head: normal
Eyes: normal
Nose: normal
Throat: normal, +2 tonsils, no erythema
Lymph nodes: normal
CV: S1, S2 normal. No mrg          Pulses: +2 radial
Resp: CTAB
GI:  soft nt/nd

Observations/Recommendations: child only suffering trauma from being removed from guardian. Has become very attached to Coast Guard officer.

EXHIBIT 13                                        Page 100

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

EXHIBIT 13

Page 101

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Ursula Detention Center                6/15/2019        No acute medical concern
Time: 10:17am

Name: C█████ A████ R████-G████████
Age: 2
DOB: ████████
A█████████

Guardian name: K████ G█████████ G████████ Q█████████
Age: 17
A█████████

Time in custody:
Times seen a medical professional in facility:
**chief complaint:**  eye discharge

**HPI:**
Mother reports C█████ has had conjunctivitis with eye discharge. He was initially
denied access to medical personnel.  He also has nasal congestion. He doesn't want
to eat because he doesn't like the food. He takes juice and water in a bottle. He is
having very little solids.

Fever:     no
Fluids available in last 24 hrs:  free access
Fluids taken: usual amount
Last UOP:  within the past 2 hrs
Amount of UOP in last 24 hrs: usual amount
No access to hand-washing

**PMH** Vaccines UTD. No significant PMH.

HR:  135 RR:      Temp:   99.8      bp:      O2: 97%

Gen: well-appearing no distress
Head: normal
Eyes: mild drainage. mild injection. mild edema.
Nose: normal
Throat: normal
Lymph nodes: normal

**EXHIBIT 13**                                                    Page 102

REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

CV: S1, S2 normal. No mrg
Pulses: normal +2 radial
Resp: normal CTAB

Observations/Recommendations: conjunctivitis with URI. Continue treatment.

EXHIBIT 13                                    Page 103