# EXHIBIT 43

Declaration of A▮▮▮ F▮▮▮ T▮▮▮ C▮

I, A▮▮▮ F▮▮▮ T▮▮▮ C▮ ▮▮▮▮▮▮▮▮▮▮▮, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am 14 years old and my date of birth is ▮▮▮▮▮▮. I come from a province called Jalapa in Guatemala. I came to the US with my mother A▮▮ I▮▮▮ C▮▮ N▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, my sister Y▮▮▮ E▮▮▮ T▮▮▮ C▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮ and my niece G▮▮▮ I▮▮▮ G▮▮▮ T▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮. My mother has raised my niece, G▮▮▮, since she was born, and my niece calls my mother "mama."

2. We had to leave Guatemala because my father is abusive. We crossed the border on June 13, 2019 around 9 at night. They put us in a cell by around 3 in the morning. It was cold. For the first two nights, we didn't have blankets or any mattress.

3. After two days we saw that other people got aluminum foil blankets, so we asked for them. We were so very tired because we didn't sleep at all for those first nights. After we got the foil blankets I have slept a little but it's hard to rest because the lights are always on, all day and all night. My mom started to get a fever and sore throat on the second day. I have a fever now and a sore throat.

4. We weren't allowed to take a shower for five days after arriving. Finally, today we were allowed to take a shower, but we haven't been allowed to change or wash our clothes. We've asked for a toothbrushes to clean our teeth but they say there aren't any.

5. This morning they put us in a new cell. It is so cold. I was shaking so hard and my little niece was very cold too.

6. I am afraid of the guards. On Saturday, I was trying to leave our cell to go to the bathroom and a guard said, "where are you going?" I said, "I'm going to the bathroom." He said, "you don't even say thank you." Then he pushed me in the chest back into the cell and slammed the door. After that, they locked the door to the cell and we have to ask for permission to go to the bathroom. I don't want to ask to go to the bathroom because I'm afraid they are going to yell at us.

7. The food here is not enough. In the morning they give us a burrito and sometimes juice. They don't give any milk to my niece, who is two years old. For lunch and dinner, there give us spaghetti or hamburger but not much of it. For dinner they give us a hot dog. The food is not good, and I feel hungry.

8. We haven't been outside since we've been here. There is nothing to do in the cell. We are so bored and scared.

9. I don't know what's going to happen to us, if they are going to release us or separate my mom from my niece. I just want to get out of here all together.

I, A█████ F██████ T████ C███, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

█████████████████████████
A████ F██████ T████ C███

June 18, 2019
June 18, 2019

Certificate of Translation

I, Clara Long, certify that I am fluent in English and Spanish and that I read the above declaration to A█████ F█████ T████ C███ in Spanish. Executed this 18 of June in El Paso, TX.

*[signature]*

Clara Long
Human Rights Watch
350 Sansome St. Ste. 1000
San Francisco, CA 94104