# EXHIBIT 44

Declaration of A███████ J████ E██████ M████

I, A███████ J████ E██████ M████ ████████████████████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. I am 11 years old and my date of birth is ████████████. I come from La Union, El Salvador. I came to the US with my identical twin brother A███████ N████ E██████ M████ ████████████████████ and my sister A███ C████ E██████ M████, who is 19 years old and her son, K████ U████ B████ E██████, who is three years old. My parents are in New Jersey.

2. We crossed the border on June 7, 2019 in the morning. They took us first to a tent area. That's where they separated me and my twin from my sister and her son. Since that time, for 13 days, we have been in Border Patrol detention.

3. We are being held in a cold cell. We sleep on the floor on mats with blankets. I have only been permitted to take a shower twice in the almost two weeks we've been here. We've been allowed to brush our teeth once.

4. About three days ago I got a fever. They moved me alone to a flu cell. There is no one to take care of you there. They just give you pills twice a day. I also am having an allergic reaction all over my skin. My skin is itchy and red and my nose is stuffed up. Two times they gave me a pill for it but not anymore.

5. The food here is the same every day. There is oatmeal in the morning. I don't like it, so I don't eat it. In the afternoon there is soup. In the evening, they give us a burrito.

6. There is nothing to do all day, just watch television. They let us out of our cell twice a day for a few minutes but other than that we just sit there. We cry a lot and the other kids in the cell also cry. There was a four-year old boy in my cell for 15 days. He said he came with his father, but they separated them. It's so ugly to be locked up all the time.

7. When they separated us from my sister, we lost contact with my family. My sister had a paper with my parents address and phone number on it, and she also has that information memorized. I don't know my parents' number. I have asked the guards here twice if they can ask my sister for my parents' phone number. They took her name but did not say they would ask her for my parents' number.

Exhibit 44                                                                                              Page 201

8. We haven't been able to speak to anyone in my family until we met with the lawyer here today. No one from the detention center has tried to make contact with our family. We are all alone. Every time I talk about my family I start to cry.

I, A███ J███ E███ M███, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.



A███ J███ E███ M███

June 19, 2019
Date

Exhibit 44                                            Page 202

## Certificate of Translation

I, Clara Long, certify that I am fluent in English and Spanish and that I read the above declaration to A▮▮▮ J▮▮ E▮▮▮ M▮▮▮ in Spanish. Executed this 19 of June in Clint, TX.

Clara Long
Human Rights Watch
350 Sansome St. Ste. 1000
San Francisco, CA 94104

Exhibit 44                                                    Page 203

# EXHIBIT 45

Declaration of C▮▮▮ R▮▮▮ A▮▮▮

I, C▮▮▮ R▮▮▮ A▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My son is V▮▮▮ H▮▮▮▮ S▮▮▮ and he is one-years old. His date of birth is ▮▮▮▮▮▮ and his ▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮. I am traveling with my son and my husband, D▮▮▮ P▮▮▮ d▮ N▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮.

2. We crossed the border near Juarez, Mexico on June 7, 2019. Since that time, for 11 days, we've been held in Border Patrol detention. They separated us from my husband. I haven't spoken him since we came in and they haven't let him see his son. They keep telling me we can't leave here until there is "space," but I don't know what space they mean.

3. My son, V▮▮▮, is not eating well here in detention. The give us burritos in the morning and the evening and some bread at lunchtime. It's not the food he is used to and he doesn't eat very much of it. I think he is hungry.

4. For the first ten days we were here, they held us in a tent. We slept on the floor with a mattress and a blanket. The lights were on all the time. I was worried about scorpions biting us.

5. We've only been able to take a shower once in the whole time we've been here. It was about a week after we got here. I felt so dirty and my baby was so dirty too. He has a cold and a runny nose.

6. Today they moved us to a new cell inside the building. There are a lot of families in there and it's very cold. We haven't spent the night in that cell yet but there doesn't seem to be enough space for everyone to lie down at the time. I don't know what we will do to sleep tonight.

7. We have been in here for so long and we haven't been allowed to talk to anyone in my family. I know they are so worried about us and it makes me so anxious.

I, C▮▮▮ R▮▮▮ A▮▮▮, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Portuguese, a language in which I am fluent, and was read back to me in Portuguese.



C▮▮▮ R▮▮▮ A▮▮▮

June 18, 2019
June 18, 2019

Page 1 of 2

Exhibit 45          Page 204

## Certificate of Translation

I, Clara Long, certify that I am fluent in English and Portuguese and that I read the above declaration to C█████ R█████ A█████ in Spanish. Executed this 18 of June in El Paso, TX.

_____

Clara Long
Human Rights Watch
350 Sansome St. Ste. 1000
San Francisco, CA 94104