# EXHIBIT 46

## Declaration of
## C█ V█ L█ G█

I, C█ V█ L█ G█ █████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ████████. I am from Guatemala and I traveled with my aunt and cousin around and we left Guatemala April 24, 2019. We crossed the border around June 3, 2019 and were picked up by the "migra." They took us by car to a place. They asked if my aunt was my mother and when I said no, they separated me from her and my cousin.

2. I was taken to this place on June 4, 2019 and I have been here for 15 days. I have spoken to my mother, who lives in Delaware, only once since I have been here – after being here for 10 days. I am sad because I miss my mother. I don't know why I am still here.

3. Before I spoke to my mother last Friday, I spoke to a woman who told me I was being moved that day or Monday. But I was not moved on Monday and I am still here.

4. I live in a room with 13 girls, 2 who have babies. About 5 days ago, S█ Y█ ██ C█ ██████ who is 4 years old arrived. The guards told another girl who was 17 years old to take care of S█. But this girl left and so I began to take care of S█ since she was all by herself.

5. S█ is also from Guatemala and told me that she traveled to the United States with her father who dropped her off with someone and went home. S█ was supposed to meet her mom but she doesn't know where she lives or her phone number. When S█ arrived, she cried a lot.

6. The guards asked me to bathe S█ the day before yesterday. This was her first bath since arriving 4 days before. I brushed S█'s teeth after every meal.

7. This morning at around 6am a guard came into the room and read off a list of people's names. He told all of the people whose name were on the list to come with him. S█'s name was on the list, but mine was not. It was early in the morning, so S█ and I were asleep side by side. S█ heard her name and clung to me, crying. I had to explain to her that they had called her name, and that she had to go along without me. It was hard to have to tell her that. She did not want to go with a group of people that she does not know, and they did not tell her where she was going. S█ looked back at me as she joined the group that had been called. Tears were running down her face. I felt very sad but did not want her to see me cry.

8. Since I have been here, I have not been able to wash my clothes.

9. At breakfast, I eat oatmeal and a pudding and juice. For lunch, I eat soup, a juice, and a cookie. At 3pm, we get to eat a cookie for a snack. For dinner, I eat a bean burrito, a pudding, and a juice. At 9pm, we get a cookie. But sometimes I am still hungry.

Page 1 of 3

Exhibit 46

Page 206

I, C███ V███ L███-G███, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

███████████████████

C███ V███ L███ G███

June 20, 2019

Page **2** of **3**

Exhibit 46                                                                                              Page 207

## Certificate of Translation

I, Katherine Hagan, certify that I am fluent in English and Spanish and that I read the above declaration to C███ V███ L███ G███ in Spanish.

_____
Katherine Hagan, MTS, CHI
1873 Columbia Alley
Eugene, OR 97403

June 20, 2019

Page 3 of 3

Exhibit 46                                          Page 208

# EXHIBIT 47

## Declaration of
E███ J███ P███████ on behalf of A███████ S█████ (7 months), W████ S█████ (12 years) and A█████ S████ (4 years)

I, E███ J███ P███████, declare under penalty of perjury that the following is true and correct to the best of my knowledge and recollection.

1. My date of birth is ██████████. I am from El Salvador I traveled with my husband and 3 children, A█████ S████ P██████ ████████████ (7 months old born on ████████████), A████ J█████ S████ P██████ ████████████ (4 years old born on ████████████), and W████ G█████ S█████ P██████ ████████████ (12 years old born on ████████████). Our trip took 15 days. We arrived 3 nights ago. On arrival, we were brought directly here to Santa Teresa. They looked at our papers and told us that there are no hearing appointments available until December. We were not given the chance to state why we came and are so frightened of going back. They told us that we will be sent to a place in Mexico at the border but we have no money or resources and we do not know what to do.

2. They separated myself and the children from my husband. First, we were placed in a tent. It was very large and although there were a lot of flies, it was more comfortable than where we are now. But some women had lice and they took away our blankets and sent us to a building. We are in a room like this conference room. The floors are made of concrete. The room is very cold and we asked for a blanket and they would not give us any more. After asking again, one guard gave us some blankets. We sleep lying down on the ground. There are 2 toilets in the room; there is water but no soap. There are about 30 women and children in it. There are probably 5 other rooms.

3. My husband is in a separate room with other adult men who are fathers and also separated from their families. We are not able to visit him.

3. To eat, we have a burrito with egg in the morning, a burrito with meat for lunch and a burrito with egg at night. There are oranges for lunch but there is no cow's milk. We are always hungry and my daughter will not eat. The baby breastfeeds. At home, he was eating cereals and bananas. But there is no baby food here. Here he will not drink the formula they give me. So he is only breast feeding and I am afraid that my milk is not sufficient. He is often hungry.

6. We have to stay in the cold room all the time. The kids during the day have nothing that they can do. There are no toys and it is so crowded that they cannot play. My little daughter cries all the time, probably because of the fright and anxiety of being here and because she cannot see her father.

I, E███ J███ P███████, swear under penalty of perjury that the above declaration is true and complete to the best of my abilities. This declaration was provided in Spanish, a language in which I am fluent, and was read back to me in Spanish.

June 19, 2019

E███ J███ P███████

Page **1** of **2**

Exhibit 47 Page 209

Certificate of Translation

I, Natasha Quiroga, certify that I am fluent in English and Spanish and that I read the above declaration to E███████ J██████ P███████ in Spanish.

_____  June 19, 2019
Natasha Quiroga
Lawyers' Committee for Civil Rights Under Law
1500 K St NW Suite 900
Washington, DC 20005

Page 2 of 2

Exhibit 47                                                                 Page 210

# EXHIBIT 48

DECLARATION OF E███ S███████ Y███,


I, E███ S███████ Y███, declare that the following is true and correct to the best of my knowledge and belief:

1. My name is E███ S███████ Y███. I was born on ███████████ in El Progreso, Yoro, Honduras. The lawyer who is taking this declaration from me tells me the immigration agents have listed my year of birth as ████, but that is wrong; I was born in ████. I am now detained in the Border Patrol station in Clint, Texas.

2. I left El Progreso with my 26-year-old uncle in May 2019 to travel to the United States. I don't remember the exact date when we crossed the border, or the place where we crossed. I remember that one day in the morning we passed a wire fence and went to some buildings that looked like offices, with a big sign that said, "Welcome to the United States."

3. The immigration officials took us to a big room, sort of a warehouse, where we spent the night. The room was full, really full. I don't know how many people there were. We had blankets made of nylon that night. We didn't get mattresses, although there were a lot of hard mattress-shaped things on the floor. I don't know what these were, but they were harder than wood. Some people slept on those. There was water to drink, but it tasted a bit salty and warm, a bit strange. We spent the night in that place without taking showers. We didn't have toothbrushes or toothpaste in this place. There were toilets there, four of the kind of plastic toilets that they use for construction sites. The toilets had toilet paper and hand disinfectant, but everything, all the waste, was right there in the bottom so they smelled a lot. These toilets were outside the big warehouse where we slept. We had to ask to use the bathrooms, but I didn't have any problem when I asked to use the toilet. I used them twice when I was there.

Exhibit 48　　　Page 211

4. From there, my uncle and I went by bus about two hours to a place they called the *hielera*, because it is very cold. We spent two days in the *hielera*. This place had a lot of people; it was very, very full. I was in a cell with my uncle. There were men and women in the same cell. I remember three men in all, including my uncle, each with kids. There were a lot of women in the cell.

5. The bathroom in the *hielera* was in the cell with us. There is no door or wall covering the front of the bathroom, so you can see inside it when people are using it. When I had to use it, my uncle covered the entryway with the blankets we had.

6. There were no mattresses in the *hielera*, not even the weird hard ones that we had in the first place. We slept directly on the ground with the nylon blankets. We slept on the floor near the toilet.

7. We were not able to shower while we were in the *hielera*. We didn't have toothbrushes or toothpaste there. There also wasn't any water to drink, not even in bottles or in a big container. The only time we drank was when we ate. Then we had some juice we could drink, but not water.

8. The *hielera* was cold, really, really cold. It was exactly as if we were inside a freezer.

9. I left the *hielera* after two days. That's when they separated my uncle and me. They said he couldn't enter the United States, so he would be deported. A Border Patrol officer took me and an older boy in a car to this place where I am now. It took a long time to reach here; I don't remember how long.

10. There are 37 of us in the cell here. All of us are under 18. All of us are girls, except for one little boy. There are three 16-year-olds and one 14-year-old, and girls of other ages. There's also a three-year-old boy there that the girls are taking care of. He cries a lot for his mother, so we try to comfort him. He's not anybody's brother in the cell. I think he came on his own. I don't know why he's in the cell with us.

11. We spend time just lying down. We watch movies even though the sound is off. We're allowed to go outside to spend time in the sun every few days. I've been outside four times in the 13 days I've

Exhibit 48    Page 212

been here. I think maybe we spend an hour outside each time. We also go outside the cell when they clean. We stand in the hallway then.

12. There are some books we can read, but they are all torn up. We don't have any other activities—we can't draw or do crafts. There is no school.

13. I've been here 13 days. It's a long time. Some children have been here longer. One girl has been here 22 days.

14. The food we get is a burrito, a juice, and a cookie, and also a pudding, for dinner. For lunch we get a soup, also with juice and a cookie. Breakfast is oatmeal and a juice. I would like other food. I've asked if we can get tortillas with rice and beans, but we can't change the food.

15. I've taken four showers since I've been here. That's when we're allowed to brush our teeth also. We don't have toothbrushes or toothpaste at other times.

16. I have one change of clothes. They haven't been washed. I've been wearing the same shirt and the same underwear since I've been here. When I take a shower, I have to put on the same dirty clothes. A girl gave me some tights when she left, so I've been wearing those. The day before yesterday, the jail here gave me the sweater I'm wearing. They also gave me some socks earlier.

17. I have some cousins in Houston who are willing to care for me. I don't know when I will be able to live with them. The officials here tell me I will be sent to a shelter in Houston first while they investigate my cousins, and then I can live with them. I don't know when I will go to the shelter or how long it will take for them to investigate my cousins.

I make this declaration under penalty of perjury under the laws of the United States. This declaration was read to me in Spanish, a language in which I am fluent.

[REDACTED signature]
E███ S███ Y███
Date: 6/19/2019

Exhibit 48    Page 213

## Certificate of Translation

I, MICHAEL BOCHENEK, certify that I am fluent in English and Spanish and that I read the above declaration to

in Spanish. Executed this 19th day of June, 2019, in Clint, Texas.

*[signature]*

MICHAEL BOCHENEK
Human Rights Watch
350 Fifth Avenue
34th Floor
New York, NY 10118

Exhibit 48                    Page 214