JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, ) | Case No. CV 85-4544 |
| ) | |
| Plaintiffs, ) | **NOTICE FILING ANNUAL** |
| ) | **JUVENILE COORDINATOR** |
| v. ) | **COMPLIANCE REPORTS** |
| ) | |
| WILLIAM P. BARR, Attorney ) | |
| General of the United States; *et al.,* ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

On July 27, 2018, the Court ordered Defendants to file annual compliance reports beginning on July 1, 2019, from Mr. Henry A. Moak, Jr. and Ms. Deane Dougherty, who were accepted by the Court to serve as Juvenile Coordinators under the *Flores* Settlement Agreement for U.S. Customs and Border Protection ("CBP") and U.S. Immigration and Customs Enforcement ("ICE"), respectively (ECF No. 469). In accordance with the Court's Order, CBP and ICE submit the attached compliance reports of Juvenile Coordinators Henry A. Moak, Jr. and Deane Dougherty for the Court's consideration.

DATED: July 1, 2019 Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 1, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<pre>
                        /s/ Sarah B. Fabian
                        SARAH B. FABIAN
                        U.S. Department of Justice
                        District Court Section
                        Office of Immigration Litigation

                        Attorney for Defendants
</pre>