CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
    crholguin@centerforhumanrights.org
    ldiamond@centerforhumanrights.org
    rleach@centerforhumanrights.org

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br> Plaintiffs, <br> v. <br> William Barr, Attorney General of the United States, *et al.*, <br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br> **CERTIFICATE OF SERVICE** <br> Hearing: None set <br> [HON. DOLLY M. GEE] |

*Counsel for Plaintiffs, continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email:      kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (*pro hac vice* pending)
Shaila Rahman Diwan (*pro hac vice* pending)
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email:      eechtman@orrick.com
Email:      sdiwan@orrick.com

LA RAZA CENTRO LEGAL, INC.
Michael S. Sorgen (Cal. Bar No. 43107)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org

annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
      ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

# CERTIFICATE OF SERVICE

I am over the age of eighteen years and not a party to the within-entitled action. My business address is Orrick, Herrington & Sutcliffe LLP, 777 South Figueroa Street, Los Angeles, CA 90017.

I hereby certify that on July 1, 2019, I served the following documents:

EVIDENCE IN SUPPORT OF PLAINTIFFS' EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE WHY A PRELIMINARY INJUNCTION AND CONTEMPT ORDER SHOULD NOT ISSUE[[FILED UNDER SEAL PURSUANT TO ORDER OF THE COURT DATED JUNE 27, 2019]

Upon the following counsel via email:

Carlton F. Sheffield,
 carlton.f.sheffield@usdoj.gov
Christina Parascandola,
 christina.parascandola@usdoj.gov
Colin A. Kisor,
 colin.kisor@usdoj.gov
Sarah B. Fabian,
 sarah.b.fabian@usdoj.gov
William C. Silvis,
 william.silvis@usdoj.gov

Peter D. Keisler,
 peter.keisler@usdoj.gov
Yamileth G. Davila,
 yamileth.g.davila@usdoj.gov

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: July 1, 2019

*Bernadette M. Murray*