UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | July 5, 2019 |
| Title | Jenny L. Flores, et al. v. William P. Barr, et al. | Page | 1 of 1 |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS - ORDER REQUIRING JUVENILE COORDINATOR FOR CUSTOMS AND BORDER PROTECTION TO FILE A SUPPLEMENTAL REPORT**

The Court has reviewed the Juvenile Coordinator Annual Report, filed on July 1, 2019, detailing Juvenile Coordinator Henry Moak's observations of Customs and Border Protection ("CBP") facilities across the Southwest Border during the period from June 1, 2018 to May 30, 2019. [Doc. # 583-1.] On June 26, 2019, Plaintiffs filed an *Ex Parte* Application regarding the conditions of certain Customs and Border Protection ("CBP") facilities in the El Paso and Rio Grande Valley Sectors. [Doc. # 572.] In support of their *Ex Parte* Application, Plaintiffs submitted numerous declarations of Class Members, Class Members' relatives, and other persons that describe the conditions of these facilities. [Doc. ## 580-1, 580-2, 580-3, 580-4, 580-5, 580-6.] The Court requests that, by **no later than July 15, 2019**, CBP's Juvenile Coordinator file a supplemental report that addresses his visit to the El Paso and Rio Grande Valley Sectors on July 1 and 2, 2019. He shall detail his findings and, if he found any instances of non-compliance, what measures he has undertaken to address them, with particular attention to any of those pertaining to shortcomings in medical care.

**IT IS SO ORDERED**.