ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544-DMG (AGRx)<br><br>**NOTICE OF INTENT TO ENGAGE EXPERT PURSUANT TO MONITORING ORDER SECTION C.1** |

NOTICE OF INTENT TO ENGAGE EXPERT

The Monitor hereby notifies the Court and parties of her intent to engage Paul H. Wise as an expert consultant ("the Expert") pursuant to Section C.1 of the Monitoring Order.  [Doc. #494.]  The Expert will assist the Monitor in evaluating Defendants' compliance with the Flores Settlement Agreement ("FSA") and Orders of 2017 and 2018.  The Monitor has consulted with Counsel for Defendants and Plaintiffs regarding this appointment, and all are in agreement with the Monitor's intended selection.

## I.      Expert Tasks

At the outset, the Expert will consult with and assist the Monitor in assessing child health and safety conditions in facilities operated by Customs and Border Protection (CBP) and Office of Refugee Resettlement (ORR).  The Expert will advise the Monitor on any remedial steps necessary to bring the conditions of custody and systems of child health care into compliance with the law  and the Flores Settlement Agreement (FSA).

The Expert  will assess the health conditions of minors in custody of CBP and ORR and will, among other things, review and assess demographic and programmatic data, standards and protocols for child health and safety, and medical records of children in custody of  CBP and ORR.  The Expert will conduct facility inspections, interviews with children and parents in the custody of CBP and ORR, and  meet with responsible Department of Homeland Security and Department of Health and Human Services officials and relevant experts and professional organizations.

The Expert's communications with parties, Class Members, and Defendants' agents shall be subject to the same rules governing the Monitor's communications.  (Monitoring Order § E.1).  In addition to advice and consultation with the Monitor, the Expert will prepare written report(s) that can be provided to the parties and incorporated into the Monitor's Reports.

## II.        Compensation

Pursuant to Monitoring Order § C.2, the Expert shall be compensated by Defendants at the hourly rate of $250.00, as well as for all costs and expenses associated with the engagement.  On a monthly basis, the Expert shall provide an invoice to the Monitor for review, which the Monitor will in turn submit to Defendants for payment directly to the Expert.  Any disputes as to the Expert's compensation shall be governed by the procedures set forth in Section C.2 of the Monitoring Order.

## III.       Confidentiality of Information

Like the Monitor, the Expert shall be bound by the protective order governing this litigation.  [Doc. # 270.]  Upon formal engagement, the Expert will execute the Acknowledgement of Protective Order and serve such Acknowledgement on the Monitor and parties.

## IV.       Expert Qualifications and Objections

The Expert's curriculum vitae is attached hereto as Appendix A for reference.

## V.        Request for Authorization

Accordingly, the Monitor requests, pursuant to Section C.1 of the Monitoring Order, that the Court determine to authorize the appointment of Dr. Paul Wise as the Expert.

DATED:   July 5, 2019                    Respectfully Submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP


By   */s/ Andrea Sheridan Ordin*
         Andrea Sheridan Ordin

*Special Master / Independent Monitor*

3

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544-DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on July 5, 2019, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE OF INTENT TO ENGAGE EXPERT PURSUANT TO MONITORING ORDER SECTION C.1.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on July 5, 2019, at Los Angeles, California.


___*/s/ Lauren S. Guerena*___
Lauren S. Guerena