# Appendix A

## CURRICULUM VITAE

### A. IDENTIFYING DATA

Name:                          Paul H. Wise, MD, MPH
Citizenship:                   U.S
California Medical License:    G87321

### B. ACADEMIC HISTORY:

| 1974 | Latin American Studies | A.B. | Cornell University |
|------|------------------------|------|--------------------|
| 1978 | Medicine | M.D. | Cornell University Medical College |
| 1978 | General Studies | M.P.H. | Harvard School of Public Health |

**Scholarships and Educational Honors:**

| 1974 | A.B. awarded *summa cum laude*, distinction in all subjects, Dean's List, Cornell University |
|------|-----------------------------------------------------------------------------------------------|
| 1976 | Fellow, New York Lung Association |
| 1978 | Charles L. Horn Prize for Leadership in Medicine, Cornell University Medical College |
| 1981 | Sidney Farber House Officer Award, Children's Hospital Medical Center, Boston |

**Post-doctoral and Residency Training:**

| 1978-1979 | Internship in Pediatrics, Children's Hospital Medical Center, Boston, MA |
|-----------|--------------------------------------------------------------------------|
| 1979-1980 | Junior Assistant Resident in Pediatrics, Children's Hospital Medical Center, Boston, MA |
| 1980-1981 | Senior Assistant Resident in Pediatrics, Children's Hospital Medical Center, Boston, MA |

**Licensure and certifications:**

| 1981 | Massachusetts License Registration |
|------|-------------------------------------|
| 1983 | American Board of Pediatrics, Certificate |
| 2004 | California License Registration |

**Research Interest**:

International and U.S. child health policy; social disparities and technologic innovation in child health.

**Current Research Support:**

| | |
|---|---|
| 1/2011-12/2021 | "Center for Prematurity Research"<br>Co-Principal Investigator<br>Transdisciplinary program to reduce premature birth<br>Funder: March of Dimes |
| 10/09-12/2019 | "Health, Security and Global Child Health"<br>Principal Investigator<br>Effort to address major threats to child health and well-being in areas of conflict and political instability through multidisciplinary research<br>Funder: Stanford University International Initiative |

## C. EMPLOYMENT HISTORY

**Academic Appointments**

| | |
|---|---|
| 1978-1981 | Clinical Fellow in Pediatrics, Harvard Medical School |
| 1981-1986 | Instructor in Pediatrics, Harvard Medical School |
| 1983-1992 | Senior Fellow, Division of Health Policy Research and Education |
| 1986-1996 | Assistant Professor, Pediatrics, Harvard Medical School |
| 1987-1996 | Assistant Professor, Department of Maternal and Child Health, Harvard School of Public Health |
| 1992-1996 | Director, Harvard Institute for Reproductive and Child Health, Harvard Medical School |
| 1996-2004 | Lecturer, Department of Pediatrics<br>Harvard Medical School |
| 1996-2000 | Associate Professor,<br>Department of Pediatrics<br>Boston University School of Medicine |
| 2000-2004 | Professor,<br>Department of Pediatrics<br>Boston University School of Medicine |
| 2002-2004 | Professor,<br>Department of Maternal and Child Health<br>Boston University School of Public Health |

| | |
|---|---|
| 2003-2004 | Visiting Professor, Department of Medicine Harvard Medical School |
| 7/1/04-present | Core Faculty Center for Health Policy, Freeman-Spogli Institute for International Studies Stanford University |
| 7/1/04-present | Core Faculty Center for Primary Care and Outcomes Research, Department of Medicine, Stanford University School of Medicine |
| 7/1/04-6/30/16 | Director Center for Policy Outcomes and Prevention Department of Pediatrics Stanford University School of Medicine |
| 7/1/04-present | Professor, Department of Pediatrics Stanford University School of Medicine |
| 6/1/05-present | Richard E. Behrman Professor of Child Health and Society Stanford University |
| 10/1/06-present | Professor (by courtesy), Department of Health Research and Policy Stanford University School of Medicine |
| 10/1/09-present | Senior Fellow, Freeman-Spogli Institute for International Studies Stanford University |

**Hospital Appointments**

| | |
|---|---|
| 1980-1981 | Acting Medical Director, Emergency Services, Children's Hospital, Boston, MA |
| 1981-1984 | Co-Director, Longwood Area Trauma Center, Boston, MA |
| 1981-1984 | Director, Emergency and Primary Care Services, Children's Hospital, Boston, MA |
| 1981-1987 | Assistant in Medicine, Children's Hospital, Boston, MA |
| 1984-1987 | Director of Perinatal Epidemiology, Joint Program in Neonatology, Brigham and Women's Hospital, Boston, MA |
| 1987-2004 | Associate in Medicine, Children's Hospital, Boston, MA |
| 1992-1996 | Director, Harvard Institute for Reproductive and Child Health, Harvard Medical School, Boston, MA |
| 1996-2004 | Director, Social and Health Policy Research Department of Pediatrics Boston Medical Center |

| 2003-2004 | Vice-Chief,<br>Division of Social Medicine and Health Inequalities<br>Department of Medicine<br>Brigham and Women's Hospital |
|---|---|
| 7/1/04-present | Medical Staff, Lucile Packard Children's Hospital at Stanford |

**Other Academic Positions and Major Visiting Appointments:**

| 1971 | Research Fellow, Institute of Nutrition of Central America and Panama,<br>Guatemala City, Guatemala |
|---|---|
| 1974-1977 | Coordinator, Cornell-Hanover Young Child Nutrition Program,<br>Jamaica, West Indies |
| 1990-1991 | Special Expert, Pediatric, Adolescent, and Maternal AIDS Branch, NICHD,<br>National Institutes of Health |
| 1990-1991 | Special Assistant to the Surgeon General, U.S. Public Health Service |
| 1999 | Visiting Professor, Department of Pediatrics, University of Cape Town, South<br>Africa |
| 1999 | Visiting Professor, Sree Chitra Tirunal Institute for Medical Sciences and<br>Technology, Thiruvananthapuram, Kerala, India |
| 2002-present | Faculty Director, Health Promoter Program, San Lucas Toliman, Guatemala |

**D. PUBLIC and PROFESSIONAL SERVICE**

**Major Professional Service:**

| 1990-1992 | American College of Obstetricians & Gynecologists, National Fetal and Infant<br>Mortality Review Program, Technical Consultant |
|---|---|
| 1993-1997 | Vital Statistics Liaison Committee, American Academy of Pediatrics |
| 1993-1997 | National Committee on Vital and Health Statistics, American Academy<br>of Pediatrics |
| 2001-2003 | Consortium on Health Disparities, American Academy of Pediatrics |
| 2001-2006 | Chair, Steering Committee,<br>Global Network for Women's and Children's Health Research, National Institute<br>of Child Health and Human Development, NIH |
| 2003-2004 | Health Services Working Group, National Children's Study, NICHD, NIH |
| 2003-2004 | Special Consultant, National Children's Study, NICHD, NIH |
| 2005- 2010 | Member, International Scientific Oversight Committee, Health Effects Institute |

| | |
|---|---|
| 2006-8 | Special Consultant, Residency Review and Redesign Initiative, American Board of Pediatrics |
| 2007-2010 | Member, Secretary's Advisory Committee on Genetics, Health, and Society NIH, DHHS<br>Chair, Strategic Priorities Task Force |
| 2011 | Scientific Vision Initiative<br>National Institute of Child Health and Human Development, NIH<br>Co-Chair, Pregnancy Working Group |
| 2011-2012 | Chair, Data Monitoring and Safety Board<br>Community Child Health Network<br>National Institute of Child Health and Human Development, NIH |
| 2012-2016 | National Advisory Child Health and Human Development Council, NICHD, NIH |
| 2012 | Trans-NIH Health Disparities Strategic Planning Working Group, NIH |
| 2012-present | March of Dimes Public Policy Advisory Council |
| 2013-present | Advisory Board, Child and Adolescent Health Measurement Initiative |
| 2017-present | Secretary's Advisory Committee on Infant Mortality, HHS |

**Editorial Boards:**

| | |
|---|---|
| 2002-4 | Editorial Board, <u>About Children: An Authoritative Resource on the State of Childhood Today.</u> Elk Grove Village, IL: American Academy of Pediatrics. 2004 |
| 2006-12 | Editorial Board, <u>Academic Pediatrics</u> |

**National and Regional Committees:**

| | |
|---|---|
| 1978-1980 | Seminar Board on Community Epidemiology<br>Harvard University School of Public Health |
| 1980-1986 | Member, Advisory Council, Statewide, Childhood Injury Prevention Program, Massachusetts Department of Public Health |
| 1980-1984 | Member, Brookline Emergency Medical Services Review Committee |
| 1983 | Family Health Services Advisory Council, Preventive Strategies Committee, Massachusetts, Department of Public Health |
| 1984 | New England Commission on Hunger |
| 1985-1987 | Physician's Task Force on Hunger |
| 1985-1987 | The Medical Foundation/Boston Foundation, Infant Mortality Reduction Project |

| | |
|---|---|
| 1986-1989 | Massachusetts Department of Public Health, Coalition to Reduce Infant Mortality |
| 1987-1994 | Physician's for Human Rights,   Board of Directors |
| 1989 | National Commission on Infant Mortality, Data and Methods Subcommittee |
| 1989 | Task Force on Infant Mortality and Low Birthweight, Commonwealth of Massachusetts |
| 1989 | Maternal and Child Health Advisory Committee, Department of Health and Hospitals, City of Boston |
| 1990 | Mayor's Task Force on Infant Mortality, District of Columbia |
| 1992-1998 | Massachusetts Commission on Children and Youth, Board of Directors |
| 1992-1998 | Cambridge Health of the City Project, Healthy Child Task Force, Chairman, Child Health Data Base Action Group |
| 1994-1998 | Massachusetts Chapter of the March of Dimes, Birth Defects Foundation, Board of Directors |
| 1996-2000 | Steering Committee, Initiative for Children, American Academy of Arts and Sciences |
| 1998-2001 | National Research Council, Institute of Medicine, Board on Children, Youth, and Families |
| 2002-2004 | Perinatal Health Group, Preventive Health Task Force, Centers for Disease Control |
| 2005-2009 | Advisory Committee, First Five Coalition, Los Angeles County |
| 2012-2013 | Science Advisory Committee, Health Measurement Network National Children's Study, National Institutes of Health |

**Harvard Medical School:**

| | |
|---|---|
| 1983-1988 | Working Group on Early Life and Adolescent Health Policy Committee on Infant Mortality |
| 1988-1995 | Executive Director, Working Group on Early Life and Adolescent Health Policy |
| 1990-1996 | Steering Committee, Women's and Children's Health Clerkship |
| 1993 | Oliver Wendell Holmes Society Working Committee on Multiculturalism |

**Boston Children's Hospital:**

| | |
|---|---|
| 1981-1984 | Disaster Committee |
| 1981-1984 | Residency Training Committee |
| 1982-1984 | Ambulatory Care Administrative Committee |
| 1982-1984 | Acute Care Committee |
| 1982-1984 | Referring Physician Committee |
| 1983-1988 | Secretary, Medical Staff |

**Brigham and Women's Hospital:**

| | |
|---|---|
| 1985-1990 | Perinatal Mortality Committee |
| 2003-2004 | Hiatt Global Health Equity Residency Committee |

**Boston University School of Medicine:**

| | |
|---|---|
| 2001-2004 | Promotions Committee, Department of Pediatrics |

**Lucile Packard Children's Hospital:**

| | |
|---|---|
| 2004-2014 | Committee on Public Policy and Community Service |
| 2004-2014 | Advisory Committee, Child Health Research Program |

**Stanford University School of Medicine**

| | |
|---|---|
| 2005-8 | Steering Committee, International Initiative |
| 2005-8 | Pediatrics Research Council |
| 2005-8 | Pediatric Research Program, Steering Committee |
| 2005-9 | Chair, Advisory Committee, Office of Community Health |
| 2009-2014 | Advisory Committee, Office of Community Health |
| 2011-2015 | Executive Committee, Child Health Research Institute |
| 2014-present | Executive Committee, Center for Innovation in Global Health |

**Stanford University**

| | |
|---|---|
| 2005-8 | Advisory Committee, International Initiative |
| 2005-present | Affiliated Faculty, Stanford Center on Longevity |
| 2005-present | Core Faculty, Center for Health Policy/Center for Primary Care and Outcomes Research |
| 2006-8 | Chair, Working Group on Human Well-being, International Initiative |
| 2006-present | Advisory Board, Center for Latin American Studies |
| 2006-present | Core Faculty, The Center for Integration of Research on Genetics and Ethics |
| 2009-present | Faculty, Center for African Studies |
| 2009-2012 | Member, University Senate |
| 2010-2013 | Faculty Advisory Committee, Haas Center for Public Service |
| 2010-present | Faculty, Center for Democracy, Development and the Rule of Law, Freeman-Spogli Institute for International Studies |
| 2010-present | Faculty, Center for International Security and Cooperation, Freeman- Spogli Institute for International Studies |
| 2015-present | Faculty Advisory Committee, Handa Center for Human Rights and International Justice |

## E. POST-DEGREE HONORS and AWARDS

**Honors and Distinctions:**

| | |
|---|---|
| 1984 | Fellow, Massachusetts Health Research Institute, The Medical Foundation, Inc., Boston |
| 1988 | Young Professional Award, American Public Health Association |
| 1991 | Certificate of Appreciation, Office of the Surgeon General, Department of Health and Human Services |
| 1995 | Franklin Delano Roosevelt Award, The March of Dimes, |
| 2001 | Richard and Millie Brock Award for Contributions to Pediatrics, New York Academy of Medicine |
| 2002 | Anne E. Dyson Memorial Award Visiting Professor, Department of Pediatrics, University Rochester School of Medicine |
| 2003 | William Root Lecturer and AOA Visiting Professor, Kansas University School of Medicine |
| 2006 | Susan Packard Orr Lecturer, Lucile Packard Children's Hospital |

| | |
|---|---|
| 2005 | Hugh and Alison Westgate Award in Justice and International Pediatrics, Minnesota Children's Hospital |
| 2006 | George A. Silver Memorial Lecture, George Washington University School of Medicine |
| 2008 | James W. Rosenfeld Memorial Lecture, Department of Pediatrics, Oregon Health Sciences University |
| 2009 | Christus Distinguished Lecturer in Public Health, Christus Santa Rosa Health Care, San Antonio, Texas |
| 2009 | Certificate of Appreciation, National Institute of Child Health and Human Development, NIH |
| 2010 | Dorothy Waffarn Memorial Endowed Lecture, Department of Pediatrics, University of California, Irvine |
| 2010 | Martin Luther King/Lavizzo Lecture, Department of Pediatrics, University of Washington School of Medicine |
| 2010 | Keynote, Zimbabwe Medical Association Annual Congress |
| 2011 | Keynote, Humanism in Medicine Conference, Koo Foundation Sun Yat-Sen Cancer Center, Taipei Taiwan |
| 2012 | David E. Shi Endowed Lecture, Furman University |
| 2013 | Paul Harper Lecture, Johns Hopkins Bloomberg School of Public Health |
| 2013 | Alan D. Stiles Lecture, Department of Pediatrics, University of North Carolina School of Medicine |
| 2014 | George A. Silver Memorial Lecture, Academy Health National Conference |
| 2018 | Fellow, American Academy of Arts and Sciences |

**Professional Societies:**

| | |
|---|---|
| 1985-present | American Academy of Pediatrics |
| 1983-present | American Public Health Association |
| 1983-present | Academic Pediatrics Association |
| 1987-2004 | Massachusetts Public Health Association |
| 1991-present | Physicians for Human Rights |

**Teaching Experience:**

| | |
|---|---|
| 1981-1984 | Director, Emergency Pediatrics Rotation<br>Children's Hospital, Boston, |
| 1982-1984 | Advanced Cardiac Life Support Program<br>Brigham and Women's Hospital, Boston, Instructor |
| 1982-1996 | Ward Attending, Children's Hospital, Boston |
| 1983-2001 | "Maternal and Child Health Care Delivery"<br>Harvard School of Public Health, Lecturer |
| 1984-1995 | "Measuring the Health of Urban Populations"<br>Harvard School of Public Health, Co-Director |
| 1987-1994 | "The Doctor-Patient Relationship"<br>Harvard Medical School, Tutorial Leader |
| 1990-1996 | "Women's and Children's Health Policy Clerkship"<br>Harvard Medical School, Steering Committee |
| 1993-2004 | "Women's and Children's Health Policy Clerkship"<br>Harvard Medical School, Core Lecturer |
| 1994-1996 | "Society and the Determinants of Child Health"<br>Harvard School of Public Health, Director |
| 1996-2004 | Boston Medical Center, Ward Attending |
| 1996-2004 | Director, "Policy Rounds",<br>Boston Combined Residency in Pediatrics |
| 1999-2003 | Director, Latino Clinic,<br>Boston Combined Residency in Pediatrics |
| 2000-2004 | Social Epidemiology Research Group, Director<br>Department of Pediatrics, Boston University School of Medicine |
| 2002-2004 | Director, Health Policy Block,<br>Boston Combined Residency in Pediatrics |
| 2003-2004 | Co-Director, Residency in Global Health Equity<br>Department of Medicine<br>Brigham and Women's Hospital |
| 2004-6 | Director, "Policy Rounds",<br>Residency in Pediatrics<br>Lucile Packard Children's Hospital |
| 2004-8 | Chair, Advisory Board<br>Scholarly Concentration in Community Health |

| 2004-8 | Advisory Committee, Residency Training Program<br>Lucile Packard Children's Hospital |
| --- | --- |
| 2006-7 | Chair, Subcommittee on International and Advocacy Programs<br>Residency Training Program<br>Lucile Packard Children's Hospital |
| 2006-9 | Course Director, "Rethinking International Health" (MED 230)<br>Stanford University School of Medicine |
| 2007-present | Course Director, "Global Public Health" (HUMBIO 129s)<br>Stanford University |
| 2015-present | Course Co-Director, "Health and Security" (HUMBIO 92Q) |
| 2007-present | Advisor, Human Biology Program, Stanford University |

## F. BIBLIOGRAPHY: 203 Total Publications

**Peer-Reviewed Articles:**

1. Alderman MH, **Wise P**, Ferguson R, LaVerde J. Reduction of young child malnutrition and mortality in rural Jamaica. *J Trop Ped Environ Child Health* 1978;7:241-8.

2. **Wise P**, Krauss AK, Waldman S, Auld P. Flow volume curves in premature infants with hyaline membrane disease. *Crit Care Med* 1980;62:156-62.

3. Hanson, M, **Wise, PH,** Robbins, DA. Triage in emergency services. *J Emergency Nursing*. 1981;7(3): 118-119.

4. Lamb GA, **Wise PH**, Gold B, Colton T. Dashevsky B, The impact of economic hardship on children's health: the recent experience of Boston. *Mass J Comm Health* 1985;2:15.

5. **Wise PH**, Kotelchuck M, Wilson M, Mills M. Racial and socio-economic disparities in childhood mortality in Boston. *New Eng J Med* 1985;313:360-6.

6. Baker MD, Moore S, **Wise PH**. The effect of bottle bill legislation on the incidence of childhood lacerations. *Am J Pub Health* 1986;76:1243-4.

7. **Wise PH**, First LR, Lamb GA, et. al. An increase in infant mortality despite high access to tertiary care: an evolving relationship between infant mortality, health care, and socioeconomic change. *Pediatrics* 1988;81:542-8.

8. Himmelstein DU, Woolhandler S, **Wise PH**. A national health program for the U.S.: a physician's proposal. *New Eng J Med* 1989;320:102-8.

9. VanMarter LJ, Berwick DM, Torday J, Frigoletto F, **Wise PH**, Epstein, MF. Interpretation of indices of fetal pulmonary maturity by gestational age.  *Paediatr Perinat Epidemiol* 1988;2(4):360-364.

10.   **Wise PH**. Poverty, technology, and recent trends in the U.S. infant mortality rate. *Paediat Perin Epidem* 1990;4:390-401.

11.   **Wise PH**, Schaller JG, Bloche G, Arnison ND. Operation "Just Cause": a case study in death estimation after war. *PSR Quart* 1991;1:138-144.

12.   Kempe A, **Wise PH**, Barkan SE, et. al. Clinical determinants of the racial disparity in very low birth weight birth. *N Engl J Med* 1992;327:969-73.

13.   **Wise PH**, Lowe JA. Noise or fugue: seeking the logic of child health indicators. *Mental Retardation* 1992;30(6):323-29

14.   **Wise PH**. Confronting racial disparities in infant mortality: reconciling science and politics. *Am J Prev Med* 1993;9(6):7-16.

15.   Perrin JM, Kahn RS, Bloom SR, Davidson S, Guyer B, Hollinshead W, Richmond JB, Walker DK, **Wise PH**. Health care reform and the special needs of children. *Pediatrics* 1993; 93(3):504-506.

16.   Breitbart V, Chavkin W, **Wise PH**. Model programs addressing perinatal drug exposure and human immunodeficiency virus infection. *Bull NY Acad Med* 1994;71:236-51.

17.   Breitbart V, Chavkin W, **Wise PH**. The accessibility of drug treatment for pregnant women: a survey of programs in five cities. *Am J Public Health* 1994;84(10):1658-1661.

18.   Wallace HM. Micik S. **Wise P**. Community study of infant mortality in San Diego County. *J Trop Ped*. 1994;40:172-8.

19.   Chavkin W, Breitbart V, **Wise PH**. Finding common ground: the necessity of an integrated agenda for women's and children's health. *J Law Med Ethics* 1994;22(3)262-269.

20.   Katz ME, Holmes MD, Power KL, **Wise PH**. Mortality of women 15 to 44 years old in Boston: looking beyond reproductive status. *Am J Public Health* 1995;85(8):1135-1138.

21.   Sachs BP, Fretts RC, Gardner R, Hellerstein S, Wampler NS, **Wise PH**. The impact of extreme prematurity and congenital anomalies on the interpretation of international comparisons of infant mortality. *Obstet Gynecol* 1995;85(6):941-946.

22.   **Wise PH**, Wampler N, Barfield W. The importance of extreme prematurity and low birthweight to US neonatal mortality patterns: implications for prenatal care and women's health. *JAMWA* 1995;50:152-155.

23.   Chavkin W, Breitbart V, **Wise PH**. Efforts to reduce perinatal mortality, HIV, and drug addiction:survey of the states. *JAMWA*.1995;50:164-6.

24.   **Wise PH**. Child beauty, child rights and the devaluation of women. *Health and Human Rights*.1995;1(4):101-105.

25.   Barfield WD, **Wise PH**, Rust FP, Rust KJ, Gould JB, Gortmaker SL. Racial disparities in outcomes: California military and civilian births. *Arch Pediatr Adolesc Med* 1996;150:1062-7.

26.   Hamvas A, **Wise PH**, Yang RK, Wampler NS, et al. The influence of the wider use of surfactant therapy on neonatal mortality among blacks and whites. *New Engl J Med* 1996;334:1635-40.

27.   Kempe A, **Wise PH**, Wampler NS, Cole FS, Wallace H, Dickenson C, Rhinehart H, Lezotte DC, Beatty B. Risk status at discharge;  etiology of death for postneonatal infant deaths: a total population study.  *Pediatrics*. 1997; 99:338-44.

28.   Sharfstein J, **Wise PH**. Hepatitis B vaccination practices in a community health center. *JNational Med Assoc*. 1997;89:86-92.

29.   Kempe A, Sachs BP, **Wise PH**. Home uterine activity monitoring in the prevention of very low birth weight. *Pub Health Rep* 1997;112(5):433-9.

30.   Goldstein R, Wampler N, and **Wise PH**. War experience and distress symptoms of Bosnian children. *Pediatrics* 1997; 100:873-8.

31.   Mandl KD, Brennan TA, **Wise PH**. Maternal and infant health:effects of moderate reductions in postpartum length of stay. *Arch of Pediatr Adolesc Med*. 1997; 151:915-21.

32.   McElrath T and **Wise PH**. Fertility therapy and the risk of very low birth weight. *J Obstet Gynecol*. 1997; 90:600-5.

33.   Becker M, **Wise PH**, Palfrey JS. Evaluation of a program to improve the transition from birth hospital to primary care. *Amb Child Health*. 1997;2:110-15.

34.   Chavkin W, Elman D and **Wise PH**. Mandatory testing of pregnant women and newborns: HIV, drug use and welfare policy. *Ford Urban Law* J.1997;XXIV:749-56.

35.   Gortmaker S, **Wise PH**. The first injustice: socioeconomic disparities, health services technology, and infant mortality.  *Annu Rev Sociol*. 1997;23: 147-70.

36.   Chavkin W, Breitbart V, **Wise PH**. National survey of the states: policies and practices regarding drug using women. *Am J Public Health*. 1998; 88:117-9.

37.   Kahn RS. **Wise PH**. Finkelstein JA. Bernstein HH. Lowe JA. Homer CJ. The scope of unmet maternal health needs in pediatric settings. *Pediatrics*. 103(3):576-81, 1999

38.   **Wise PH**, Chavkin W, Romero D. Assessing the effects of welfare reform policies on reproductive and infant health.  *Am J Public Health*  1999;89(10):1514-21.

39.   Baltay M, McCormick MC, **Wise PH**.  Implementation of fetal and infant mortality review: experience from the national Healthy Start Program. *J Mat Child Health*. 1999;3:141-9.

40.   Erickson LC, **Wise PH**, Cook EF, Beiser A, Newburger JW. The impact of managed care insurance on utilization of lower-mortality hospitals by children undergoing cardiac surgery in California. *Pediatrics*. 2000;105:1271-8.

41.   Chavkin W, Romero D, **Wise PH**. State welfare reform policies and declines in health insurance. *Am J Public Health*. 2000;90:900-8.

42.   Smith LA, **Wise PH**, Chavkin W, Romero D, Zuckerman B. Implications of welfare reform for child health: emerging challenges for clinical practice and policy. *Pediatrics*. 2000; 106: 1117-25.

43.   Kahn RS, **Wise PH**, Kennedy BP, Kawachi I. State income inequality, household income, and maternal mental and physical health: cross sectional national survey. *BMJ*. 2000;321:1311-5.

44.    Romero D, Chavkin W, **Wise PH**. The impact of welfare reform policies on child protective services: a national survey. *J Soc Issues*. 2000;56:799-810.

45.    Wang X. Zuckerman B. Kaufman G. **Wise P**. Hill M. Niu T. Ryan L. Wu D. Xu X. Molecular epidemiology of preterm delivery: methodology and challenges. *Paediatr and Perinatal Epidem*. 2001;15:63-77.

46.    Smith LA, **Wise PH**, Villarta M, Zuckerman B. The impact of welfare reform on children with chronic illness. *Am J Public Health*. 2002;92:228-30.

47.    Romero D, Chavkin W, **Wise PH**. State welfare reform policies and maternal and child health services: findings from a national study. *Mat Child Health J*. 2001;5:199-206.

48.    Kasper J, **Wise PH**. Child rights and welfare reform. *Health Human Rights*. 2001;5:126-35

49.    Kahn RS, **Wise PH,** Bauchner H, Zuckerman B. Women's health after pregnancy and child outcomes at age 3 years: a prospective cohort study. *Am J Public Health* 2002; 92: 1312-1318.

50.    Wang XB, Pearson C, Kaufman G, Bauchner H, **Wise PH**, Zuckerman B, Pu X.  Maternal smoking, genetic polymorphisms and birth weight. *JAMA*. 2002;287:195-202.

51.     Wood PR, Smith LA, Romero DR, Bradshaw P, Chavkin W, **Wise PH**.  Relationships between welfare status, health insurance status, and health and medical care among children with asthma**.** *Am J Public Health* 2002; 92:1446-1452.

52.     Smith LA, Romero DR ,Wood PR, Wampler N, Chavkin W, **Wise PH**. Employment barriers among welfare recipients and applicants with chronically ill children**.** *Am J Public Health* 2002; 92: 1453-1457.

53.    Smith LA, Wise PH, Wampler NS. Knowledge of welfare reform program provisions among families of children with chronic conditions. *Am J Public Health* 2002; 92: 228-30..

54.    **Wise PH**, Wampler N, Romero DR, Chavkin W. Chronic illness among poor children enrolled in the Temporary Assistance for Needy Families (TANF) program. *Am J Public Health* 2002; 92: 1458-61.

55.    Romero DR, Chavkin W, **Wise PH**, Smith LA, Wood PR .Welfare to work? Impact of maternal health on employment. *Am J Public Health* 2002; 92: 1462-1468.

56.    Romero D, Chavkin W, **Wise PH**, Smith LA. Low-income mothers' experience with poor health, hardship, work, and violence: implications for policy. *Viol Ag Women*. 2003;9:1231-44.

57.    Venkateswarlu D, Kasper J, Mathews R, Reis C, Iacopino V, **Wise PH**. Child labour in India: a health and human rights perspective. *Lancet*.2003;362(s):1-3.

58.    **Wise PH**. The transformation of child health in the United States. *Health Affairs*. 2004; 23:9-25.

59.    Kahn R, Wilson K, **Wise PH**. Intergenerational health disparities. *Pub Health Rep*. 2005;120:399-408.

60. Geltman PL, Grant-Knight W, Supriya MD, Lloyd-Travaglini C, Lustig S, Landgraf JM, **Wise PH**. The lost boys of Sudan: functional and behavioral health of unaccompanied refugee minors resettled in the United States. *Arch Pediatri Adlolesc Med*. 2005;159:585-91.

61. Bravata DM, Wang E, Holty J-E, Lewis R, **Wise PH**, Nayak S, Liu H, McDonald KM, Owens DK. Pediatric Anthrax: Implications for bioterrorism preparedness. Evid Rep Technol Assess. 2006; 141: 1-48

62. Fleegler E, Lieu T, **Wise PH**, Muret-Wagstaff S. Families' health-related social problems and missed referral opportunities. *Pediatrics*. 2007;119:e1332-e1341.

63. Wang NE, Chan J, Mahlow P, **Wise PH.** Trauma center utilization for children in California 1998-2004: Trends and areas for further analysis. *Acad Emerg Med.* 2007; 14(4):309-15.

64. Rosenbaum S, **Wise PH**. Crossing the Medicaid-private insurance divide: the case of EPSDT. *Health Aff*. 2007;26:382-93.

65. **Wise PH.** The future pediatrician: the challenge of chronic disease. *J Peds*. 2007; 151(5 Suppl):S6-10.

66. Javier J, **Wise PH**, Mendoza F. The Relationship of immigrant status with access, utilization, and health status for children with asthma. *Amb Peds*.2007;7:421-430.

67. Barfield W, Clements KM, Lee KG, Kotelchuck M, Wilbur N, **Wise PH**, et al. Using linked data to assess patterns of early intervention referral among very low birth weight infants. *Mat Child Health J*. 2008;1: 24-33.

68. Bravata DM, Wang E, Holty J-E, Lewis R, **Wise PH**, Nayak S, Liu H, McDonald KM, Owens DK. Inhalational, gastrointestinal, and cutaneous anthrax in children: a systematic review of cases: 1900 to 2005. *Arch Ped Adol Med* 2007; 161(9):896-905.

69. Marin H, Torres R, **Wise PH**. The effect of Medicaid managed care on prenatal care: the case of Puerto Rico. *Mat Child Health J*. 2009; 13:187-97.

70. Wang NE, Saynina O, Kuntz-Duriseti K, Mahlow P, **Wise PH**. Variability in pediatric utilization of trauma facilities in California: 1999-2005. *Ann Emerg Med*. 2008; 52: 607-15.

71. Bravata DM, Gienger AL, Holty JEC, Sundaram V, Khazeni N, **Wise PH**, et.al. Quality improvement strategies for children with asthma: A systematic review. *Arch Ped Adol Med*. (In Press)

72. **Wise PH**. Transforming preconceptional, prenatal, and interconceptional care into a comprehensive commitment to women's health. *Wom Health Iss*. 2008; 18s: 13-8.

73. Liu YI, **Wise** PH, Butte AJ**.** A computed human disease "etiome". *BMC Bioinformatics*. 2009; 5;10 Suppl 2:S14

74. **Wise PH**. Confronting social disparities in child health: a critical appraisal of life-course science and research. *Pediatrics*. 2009;124:S203-11.

75. Hsia RY, Torres H, Wang NE, Saynina O, **Wise PH.** Increasing trauma center utilization and disparities in access: Data from California, 1999-2006. *J Trauma*. 2010;68:217-24.

76.    Javier JR, Mendoza F**, Wise PH**. Children with special health care needs: How immigrant status is related to health care access, health care utilization, and health. *Mat Child Health J*. 2010;14:567-79.

77.    **Wise PH**. Neonatal health care policy: promise and perils of reform. *Neo Rev*. 2010;e12-17.

78.    Huffman LC, Brat GA, Chamberlain LJ, **Wise PH**. Impact of managed care on publicly insured children with special health care needs. *Acad Pediatr*. 2010;10:48-55.

79.    Chamberlain LJ, Chan J, Mahlow P, Huffman LC, Chan K, **Wise PH**. Variation in specialty care hospitalization for children with chronic conditions in California: A total-population study. *Pediatrics*.2010;125:1190-9.

80.    Wise MD, Little AA, **Wise PH**, Wang CJ. Can state early intervention programs meet the increased demand of children suspected of having autism spectrum disorders? *J Devel Behav Peds*. 2010;31:469-76.

81.    Hsia RY, Wang E, Saynina O, **Wise PH**, Perez-Stable EJ, Auerbach A. Factors associated with trauma center utilization for elderly patients with trauma: A statewide analysis, 1999-2008. *Arch Surg*. 2011; 146:585-92.

82.    Pineda N, Chamberlain LJ, Chan J, Cidon MJ, **Wise PH**. Access to pediatric subspecialty care: A population study of pediatric rheumatology inpatients in California. *Arthritis Care Res*. 2011;63: 998-1005.

83.    Arroyo AC, Wang NE, **Wise PH**. The association between insurance status and emergency department disposition of injured California children. *Acad Emerg Med*. 2012;19:541-51.

84.    Huffman L, Horwitz S, **Wise PH**.  Predictors of hospitalization after an emergency department visit for California children with psychiatric disorders. *Psych Serv*. 2012;63: 896-905.

85.    Wise PH. Emerging technologies and their impact on disability. *Future of Child*. 2012;22:169-91.

86.    Goldhaber-Fiebert J, Rubinfeld RE, Bhattacharya J, Robinson T, **Wise PH**. The utility of childhood and adolescent obesity assessment in relation to adult health. *Med Dec Making*. 2012; 33:163-75.

87.    Stevenson DK, Shaw GM, **Wise PH**, Norton ME, Druzin ML, Valantine HA, McFarland DA. Transdisciplinary translational science and the case of preterm birth. *J Perinatol*. 2013; 33:1-8.

88.    Huffman LC, Wang NE, Saynina O, Wren FJ, **Wise PH**, Horwitz SM. Predictors of hospitalization after an emergency department visit for California youths with psychiatric disorders. *Psych Serv*. 2012; 63: 896-905.

89.    **Wise PH**. Public policy implications of promoting growth. *Nestle Nutr Inst Ser*. 2013;71:199-206.

90.    Chamberlain LJ, Pineda N, Winestone L, Saynina O, Rangaswami A, Link M, **Wise PH**. Increased utilization of pediatric subspecialty care: a population study of pediatric oncology inpatients in California. *J Ped Hem Onc*. 2014;36(2):99-107.

91.    Nayfack AM, Huffman LC, Feldman HM, Chan J, Saynina O, **Wise PH**. Hospitalizations of children with autism increased from 1999-2009. *J Autism Dev Dis*. 2014; 44:1087-94.

92. Batniji R, Khatib L, Cammett, M, Sweet J, Basu S, Jamal A, **Wise PH**, Giacaman R. Governance and health in the Arab world. *Lancet*. 2014;383:343-55.

93. Carmichael SL, Cullen MR, Mayo JA, Gould JB, Loftus P, Stevenson DK, **Wise PH**, Shaw GM. Population-level correlates of preterm delivery among black and white women in the U.S. *PLoS One*. 2014;9(4):e94153.

94. Shaw GM, **Wise PH**, Mayo J, Carmichael SL, Ley C, Lyell DJ, Shachar BZ, Melsop K, Phibbs CS, Stevenson DK, Parsonnet J, Gould JB. Maternal prepregnancy body mass index and risk of spontaneous preterm birth. *Pediatr Perinat Epi*. 2014;28:302-11.

95. Lakkam  M, Wager S, **Wise PH**, Wein LM. Quantifying and exploiting the age dependence in the effect of supplementary food for child undernutrition. *PLoS One*. 2014;9:e99632.

96. Mudumbai SC, Honkanen A, Chan J, Schmitt S, Saynina O, Hackel A, Gregory G, Phibbs CS, **Wise PH**. Variations in inpatient pediatric anesthesia in California from 2000 to 2009: A caseload and geographic analysis.  *Pediatr Anesth*. 2014; 24: 1295-301.

97. Cheng TL, **Wise PH**, Halfon N. Quality health care for children and the Affordable Care Act: A voltage drop checklist. *Pediatrics*. 2014;134:794-802.

98. Fernandes SM, Chamberlain LJ, Grady S Jr, Saynina O, Opotowsky AR, Sanders L, **Wise PH**. Trends in utilization of specialty care centers in California for adults with congenital heart disease. *Am J Cardiol*. 2015:115;1298-304.

99. Byrnes J, Mahoney R, Quaintance C, Gould JB, Carmichael S, Shaw GM, Showen A, Phibbs C, Stevenson DK, **Wise PH**. Spatial and temporal patterns in preterm birth in the United States. *Pediatr Res*. 2015; 77:836-44.

100. Halfon N, **Wise PH**, Forrest CB. The changing nature of children's health development: New challenges require major policy solutions. *Health Aff*. 2014;12:2116-24.

101. Chamberlain L, Fernandes S, Saynina O, Grady S, Sanders L, Staves K, **Wise PH**. Variation in use of pediatric cardiology subspecialty care: A total population study in California, 1983-2011. *J Am Coll Cardiol*. 2015: 66:37-44.

102. **Wise PH**, Darmstadt G. Confronting stillbirths and newborn deaths in areas of conflict and political instability: A neglected global imperative. *Paediar Intern Child Health*. (Epub ahead of print).

103. Anoshiravani A, Saynina O, Chamberlain L, Goldstein BA, Huffman LC, Wang NE, **Wise PH**. Mental illness drives hospitalizations for detained California youth. *J Adolesc Health*. 2015; (Epub ahead of print).

104. **Wise PH**, Darmstadt GL. Strategic governance: Addressing neonatal mortality in situations of political instability and weak governance. *Semin Perinatol*. 2015: 39: 387-92.

105. Swenson SM, Chamberlain LJ, Sanders LM, Sundaram V, **Wise PH**. Outpatient pharmacy expenditures for children with serious chronic illness in California, 20110-1012. *JAMA*. 2015; 314:405-7.

106.  Buu MM, Sanders L, Mayo J, Milla C, **Wise PH**. Assessing differences in mortality rates and risk factors between Hispanic and non-Hispanic patients with cystic fibrosis in California. *Chest*. 2016; 149:298-300.

107.  Amoils M, Chang KW Saynina O, **Wise PH**, Honkanen A. Postoperative complications in pediatric tonsillectomy and adenoidectomy in ambulatory vs inpatient settings. *JAMA Otolarynol Head Neck Surg*. 2016; 142:344-50.

108.  **Wise PH.** Child poverty and the promise of human capacity: Childhood as a foundation for healthy aging. *Acad Peds*. 2016; 16:s37-45.

109.  Nagata J**,** Gippetti J, Wager S, Chavez S, **Wise PH**.  Prevalence and predictors of malnutrition among Guatemalan children at 2 years of age. *PLOS One*. 2016; 11:e0164772.

110.  Cohen E, Horvath-Puho E, Ray JG, Pedersen L, Adler N, Gulbech Ording A, **Wise PH**, Milstein A, Toft Sorensen T. Association between the birth of an infant with major congenital anomalies and subsequent risk of mortality in their mothers. *JAMA*. 2016;316:2515-24

111.  **Wise PH.** The epidemiologic challenge to the conduct of just war: confronting indirect civilian causalities of war. *Daedalus*. 2017;146:139-54.

112.  Alvarez E, Chamberlain LJ, Aftandilian C, Saynina O, Wise PH. Pediatric oncology discharges with febrile neutropenia: Variation in location of care. Pediatr Hemat Onc. 2017;39: e1-17.

113.  **Wise PH**, Barry M. Civil war and the risk of global pandemics. *Daedalus*. 2107; 146:71-84.

114.  Alsan M, Xing A, **Wise PH,** Darmstadt GL, Bendavid E.  Childhood illness and the gender gap in adolescent education in low- and middle-income countries. *Pediatr*ics. 2017; 140:e20163175.

115.  Carmichael SL, Kan P, Padula AM, Rehkopf DH, Oehlert JW, Mayo JA, Weber AM, **Wise PH**, Shaw GM, Stevenson DK. Social disadvantage and the black-white disparity in spontaneous preterm delivery among California births. *PLoS ONE*. 2017;8:e0182862.

116.  Alvarez EM, Keegan TH, Johnston EE, Haile R, Sanders L, **Wise PH**, Saynina O, Chamberlain LJ. The Patient Protection and Affordable Care Act dependent coverage expansion: Disparities in impact among young adult oncology patients. *Cancer*. 2018; 124:110-117.

117.  **Wise PH**, Shaw GM, Druzin ML, Darmstadt GL, Quaintance C, et al. Risky business: Meeting the structural needs of transdisciplinary science. *J Pediatr*. 2017;191:255-58.

118.  Bavinger JC, **Wise PH**, Bendavid E. The relationship between burden of childhood disease and foreign aid for child health. *BMC Health Serv Res*. 2017;17:655.

119.  Cohen E, Berry JG, Sanders L, Schor EL, **Wise PH**. Status complexicus? The emergence of pediatric complex care. *Pediatrics*. 2018; 141:S202-S2011.

120.  Anand S, Montez-Rath ME, Adasooriya D, et. Al. Prospective biopsy-based study of CKD of unknown etiology in Sri Lanka. Clin J Amer Soc Nephrology. 2019;14:224-32.

**Other Articles:**

1.  Avery ME, **Wise P**. Continuing challenges in the reduction of neonatal mortality. *Amer J Dis Child* 1983;137:321-2.

2.  McGravey A, **Wise P**. Evaluation of the febrile child under two years of age. *J Emer Med* 1984;1:299-305.

3.  Richmond JB, **Wise PH**. The struggle for justice in infant health. *J Nur-Midw* 1986; 31:219-23.

4.  **Wise PH**, Meyers A. Poverty and child health. Pediatric *Clin N Amer* 1988;36:1169-86.

5.  **Wise PH**, Eisenberg L. What do regional variations in the rates of pediatric hospitalizations really mean?  *N Engl J Med* 1989;320:1209-1211.

6.  Novello A, **Wise PH**. Willoughby A, Pizzo P, Final Report of the United States Department of Health and Human Services Secretary's Work Group on Pediatric Human Immuno-deficiency Virus Infection and Disease. *Pediatrics* 1989;84:547-555.

7.  Novello A, **Wise PH**, Kleinman D. Hispanic health: time for data, time for action. *JAMA* 1991;265(2):253-255.

8.  Novello A, **Wise PH**, Kleinman D, Orenstein, WA, Seppe S. Healthy children - ready to learn - the challenge to the medical community. *JAMA* 1991;265(11):1164.

9.  Novello AC. Clinton JJ Jr. **Wi35se PH**. Mitchell WI. From the Surgeon General, US Public Health Service. *JAMA*. 1991;266(6):770.

10. **Wise PH**, Pursley DM. Infant mortality as a social mirror. *N Engl J Med* 1992;326:1558-9.

11. McCormick MC, **Wise PH**. Infant mortality. *Curr Opin Peds* 1993;5(5):552-557.

12. **Wise PH**. What you measure is what you get: prenatal care and women's health.  *Am J Public Health* 1994;84(9):1374-1375.

13. Chavkin W, **Wise PH**. Ethics in context. *Am J Obstet Gynec*. 1997;176:732-3.

14. Chavkin W. **Wise PH**. Elman D. Policies towards pregnancy and addiction. Sticks without carrots. *Annals of the New York Academy of Sciences*. 1998;846:335-40.

15. **Wise PH**. Elman D. Topics for our times: welfare reform and women's health. *Am J Public Health*. 1998;88(7):1017-8.

16. **Wise PH**. Efficacy and justice: the importance of medical research and tertiary care to social disparities in infant mortality. *J Perinatology* 1999;19:24-7.

17. Bauchner H. **Wise PH**. Antibiotics without prescription: "bacterial or medical resistance"? *Lancet*.  2000; 355(9214):1480.

18. Zuckerman B, Sharfstein J, **Wise PH**.  Child health initiatives and journal narrow-mindedness. *Lancet*. 2000; 356:1626.

19. Chavkin W, **Wise PH**, Romero DR. Welfare, women, and children: it's time for doctors to

speak out. *JAMWA*. 2002;57:3-4.

20. **Wise PH**. SCHIP: effective but vulnerable. *Arch Ped Adol Med*. 2002;156(12):1175-6.

21. **Wise PH**. The anatomy of a disparity in infant mortality. *Ann Rev Public Health*. 2003;24:114-36.

22. **Wise PH**. Framework as metaphor: the promise and perils of MCH life-course frameworks. *J Mat Child Health*. 2003;7:151-6.

23. **Wise PH**, Chamberlain L. An analytic voice in the policy storm. *Amb Peds*.2005;5(1):45-6.

24. **Wise PH,** Blair ME. The UNICEF Report on child well-being: a commentary. *Amb Peds*. 2007;7:265-7.

25. **Wise PH**. The rebirth of pediatrics. *Pediatrics*. 2009; 123: 413-6.

26. **Wise PH.**  Children of the recession.  *Arch Pediatr Adol Med*. 2009;163:1063-4.

27. **Wise PH**. Child health policy: Where are you when we need you? *Acad Peds*. 2010; 10:285-6.

28. **Wise PH**.  Integrity matters: Recapturing the relevance of general academic pediatrics. *Acad Peds.*2011; 11:123-7.

29. Batniji R and **Wise PH**. The morality of saved lives. *Am J Bioeth*. 2012;12(12):1-2.

30. Stoll BJ, Stevenson DK, **Wise PH**. The transformation of child health research: innovation, market failure and the public good. *JAMA*. 2013;309: 1779-80.

31. Lackritz EM, Wilson CB, Guttmacher AE, et al and the Preterm Birth Research Priority Setting Group (**Wise PH** member). A solution pathway for preterm birth: accelerating a priority research agenda. *Lancet Glob Health*. 2013;1:e328-30.

32. Cheng T, Halfon N, **Wise PH**. The promise and peril of the Affordable Care Act for children. *JAMA*. 2014;311:1733-4.

33. Gupta R, **Wise PH**. Leveraging information technology to improve control of neglected diseases. *PLOS Negl Trop Dis*. 2013;7(11):e2353.

34. Profit J, **Wise PH**, Lee HC. Consequences of the Affordable Care Act for sick newborns. *Pediatrics.* 2014;134: e1284-6.

35. **Wise PH,** Darmstadt GL. The grand divergence in global child health: confronting data requirements in areas of conflict and chronic political instability. *JAMA Pediatr*. 2016; 170: 195-7.

36. Stevenson DK, Wong RJ, Shaw GM, Li J, Wise PH, Davis JM. The contributions of genetics to premature birth. Pediatr Res. 2019; 85:416-7.

**Book Chapters:**

1.  **Wise P**. Principles of emergency care. In: Green M, Haggerty R, eds., <u>Ambulatory Pediatrics III</u>. New York: WB Saunders, 1983;p.158-65.

2.  **Wise P**, Fisher J, Bates J. Pediatric emergencies. In: May H, ed. <u>Emergency Medicine</u>. New York: John Wiley and Sons, 1983;p. 845-80.

3.  **Wise P**, O'Rourke P. Principles of emergency care. In: Graef J, Cone T, eds., <u>Manual of Pediatric Therapeutics, 3rd ed</u>. Cambridge: Little, Brown and Co., 1984;p. 3/1-3/14.

4.  Kotelchuck M, **Wise PH**. The epidemiology of prematurity: goals for prevention. In: Tauesch HW, Yogman M, eds., <u>Management of the High Risk Infant During First Years of Life</u>. Boston: Little, Brown and Co., 1986;p.13/1-13/13.

5.  **Wise PH**, Richmond JB. Preventive services in maternal and child health. In: Wallace H, ed. <u>Maternal and Child Health Practices,  3rd ed</u>. New York: Third Publishing Co.: 1988;p. 217-26.

6.  **Wise PH**, Novello A. Policy issues. In: Pizzo PA, Wilfert CM, ed. <u>Pediatric AIDS</u>. Baltimore, MD: Williams and Wilkins; 1991;p. 841-9.

7.  **Wise PH**, Lowe JA. Approach to the child. In: May H, ed. <u>Emergency  Medicine, 2nd ed</u>. New York: WB Saunders, 1992;p. 1757-63.

8.  **Wise PH**, Schorr L. Poverty and affluence. In: Levine MD, Crocker A, Carey W, ed. <u>Developmental Behavioral Pediatrics, 2nd ed</u>., New York: Saunders and Co., 1992;p. 160-70.

9.  **Wise PH**. The social context of maternal and child health care reform. In: Kotch J, Blakely, CH, eds.  In: <u>A Pound of Prevention, The Case for Universal Maternity Care in the U.S.</u>  Washington, DC: American Public Health Association, 1992:9-25.

10. Gortmaker SL, Kempe A, Homer CJ, Barkan S, Sobol A, **Wise PH**.  Maternal smoking and childhood mortality and morbidity. In: Gupta PC, Hamner JE, Murti PH, ed. <u>Control of Tobacco-related Cancers and Other Diseases</u>. Bombay: Oxford University Press, 1992;p. 159-66.

11. **Wise PH**. Transforming analysis into local action. In: Wise PH, ed. <u>A Manual for Fetal and Infant Mortality Review</u>. Washington, DC: American College of Obstetricians and Gynecologists, 1991;p.2/1-2/8.

12. Sappenfield W, **Wise PH**. Developing a methodology that meets local needs.  In: Wise PH, ed. <u>A Manual for Fetal and Infant Mortality Review</u>. Washington, DC: American College of Obstetricians and Gynecologists, 1991;p. 3/1-3/27.

13. **Wise PH**. The analysis of vital statistics. In: Wise PH, ed. <u>A Manual for Fetal and Infant Mortality Review</u>. Washington, DC: American College of Obstetricians and Gynecologists, 1991;p. 4/1-4/26.

14. Kotelchuck M, **Wise PH**. Assessing prenatal care. In: Wise PH, ed. <u>A Manual for Fetal and Infant Mortality Review</u>. Washington, DC: American College of Obstetricians and Gynecologists, 1991;p. 13/1-13/13.

15. **Wise PH**. Expanding access to health care for infants, children, and adolescents.  In: Pizzo PA, Wilfert CM, ed. <u>Pediatric AIDS</u>. Baltimore, MD: Williams and Wilkins, 2nd ed. 1994;p. 756-65.

16.     **Wise PH**. Infant Mortality in the U.S. In: Worcester N, Whatley MH, ed. <u>Women's Health</u>. Dubuque, IA: Kendall Hunt Publishing, March, 1994;p. 91-4.

17.     **Wise PH**. Lowe JA. Preventing childhood injuries. In: Burg F, Inglefinger J, ed.  <u>Current Pediatric Therapy 15</u>. New York: Saunders and Co., 1996;p. 722-3.

18.     **Wise PH**. Infant mortality: confronting disciplinary fragmentation in research and policy. In: Sachs BP, Beard R, Papiernik E, Russell C, eds. <u>Reproductive Health Care for Women and Babies</u>. New York: Oxford Press, 1995;p. 375-90.

19.     **Wise PH**. Expanding access to health care for infants, children, and adolescents.  In: Pizzo PA, Wilfert CM, ed. <u>Pediatric AIDS</u>. Baltimore, MD: Williams and Wilkins, 3rd ed. 1998;p.805-17.

20.     **Wise PH**. Racism and social class.  In: Green M, Haggerty R, Weitzman M. eds.  <u>Ambulatory Pediatrics</u> V. New York: WB Saunders,1999;p. 35-7.

21.     Askew G, **Wise PH**.  The neighborhood: poverty and affluence. In: Levine MD, Crocker A, Carey W, ed. <u>Developmental Behavioral Pediatrics, 3rd ed</u>., New York: Saunders and Co. 1999;p. 177-87.

22.     McCloskey L, **Wise PH**. Maternal and infant health in the United States. In: Wallace, Paine, ed. <u>Health and Welfare for Families in the 21st Century</u>. New York: Jones and Bartlett. 1999;p. 347-66.

23.      Katz M, **Wise PH.** Healthy women: Putting the woman into maternal and child health. In: Mothers, Infants and Children At Risk. Boston: Massachusetts Dept. of Public Health. 1999. p 39-52.

24.     **Wise PH**, Brett M. Prenatal care and women's health. In: McCormick M and Siegel J, eds. <u>Prenatal Care: Effectiveness and Implementation</u>. Cambridge: Cambridge University Press.2000;p 301-15.

25.     Chavkin W, Romero D, **Wise PH**. What do sex and reproduction have to do with welfare? In: Piven FF, Acker J, Hallock M, and Morgen S, eds. Work, <u>Welfare and Politics</u>. Eugene, OR: University of Oregon Press. 2002;p. 95-112.

26.     **Wise PH**. Prenatal care, delivery, and birth outcomes. In: Halfon N and Shuster MA, McLearn, KT, eds. <u>Childbirth in America</u>. Cambridge: Cambridge University Press. 2003; p. 263-92.

27.     Fox K, **Wise PH**. Poverty and child health. In: Osborn L, DeWitt T, and First LR, eds. <u>Comprehensive Pediatrics</u> (In Press).

28.     **Wise PH**. Technology and the future of child health. In: Greenberg R ed. <u>About Children: An Authoritative Resource on the State of Childhood Today.</u> Elk Grove Village, IL: American Academy of Pediatrics. 2004.

29.     **Wise PH.** Clinical innovation and the future of pediatrics. In: Zuckerman B ed. <u>The Future of Pediatric Education in the 21st Century.</u> New York: Josiah Macy Jr. Foundation. 2004.

30.      **Wise PH**. Chronic illness. In: Behrman RE, Kliegman R, Jenson HB, eds. <u>Nelson's Textbook of Pediatrics</u>, 16th ed. New York: WB Saunders. 2007.

31.   **Wise PH**, Richmond JB. The history of child developmental-behavioral health policy in the United States. In: Wolraich ML, Drotar DD, Dworkin PH, Perrin E, ed. <u>Developmental-Behavioral Peditarics.</u> Philadelphia: Mosby. 2008.

32.   Huffman L, **Wise PH.**  The neighborhood and community: poverty and affluence. In: Carey W, Crocker A, Elias ER, Feldman HM, Coleman WL. eds. <u>Developmental Behavioral Pediatrics, 4th ed</u>., New York: Saunders and Co. 2008.

33.   **Wise PH**. Infant mortality. In Heggenhougen K and Quah S, eds. <u>International Encyclopedia of Public Health</u>. New York:Elsevier. 2008.

34.   Chamberlain L, **Wise PH**.  Chronic illness. In: Behrman RE, Kliegman R, Jenson HB, eds. <u>Nelson's Textbook of  Pediatrics</u>, 17th ed. New York: WB Saunders. 2011.

35.   Chamberlain L, **Wise PH**.  Chronic illness. In: Behrman RE, Kliegman R, Jenson HB, eds. <u>Nelson's Textbook of  Pediatrics</u>, 18th ed. New York: WB Saunders. 2015.

36.   Dasgupta-Tskinikas S, **Wise PH**. Mi Familia Pobreza: Conditional cash transfers, motherhood and children with complex needs in rural Guatemala. In Chary A and Rohloff P, ed. Privatization and the New Medical Pluralism: Shifting Healthcare Landscapes in May Guatemala.  Lanham, MD: Lexington. 2015.


**Books and Monographs:**

1.   **Wise PH**, ed.  A Manual for Fetal and Infant Mortality Review. Washington, DC: American College of Obstetricians and Gynecologists; 1991

2.   Lescohier I, Shapiro E, Guyer B, **Wise PH**. Preventing child death: the Massachusetts child death study. Boston: Massachusetts Department of Public Health; 1989.

3.   **Wise PH**. The violation of human rights in Malaysia: health and environmental activists and the repression of political dissent.  Boston: Physicians for Human Rights; 1988.

4.   Gortmaker S, **Wise PH**. First injustice: infant mortality in the United States.  Working Paper No. 12. Program in Society and Health.  Boston: Harvard School of Public Health 1995.

5.   Baltay M, McCormick MC, **Wise PH**. Evaluation of the fetal and infant mortality review (FIMR) programs in the Health Start Program. Rockville, MD: Health Resources and Services Administration. 1997.

6.   Ford D, Venkateswarlu D, John KR, Kasper J, **Wise PH**. Child Labor in India: A Matter of Health and Human Rights. Boston, MA: Physicians for Human Rights. (In Press).

7.   Bravata DM, Wang E, Holty J-E, Lewis R, **Wise PH**, Nayak S, Liu H, McDonald KM, Owens DK. Pediatric Anthrax: Implications for Bioterrorism Preparedness. Evidence Report/Technology Assessment No. 141. (Prepared by Stanford University—UCSF Evidencebased Practice Center under Contract No. 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.) AHRQ Publication No. 06-E013. Rockville, MD: Agency for Healthcare Research and Quality. August 2006.

8.   Bravata DM, Sundaram V, Lewis R, Gienger A, Gould MK, McDonald KM, **Wise PH**, et al. Closing the Quality Gap: A Critical Analysis of Quality Improvement Strategies. Volume 5-- Asthma Care. Evidence Report/Technology Assessment No. 9. (Prepared by Stanford University—

UCSF Evidence-based Practice Center under Contract No. 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.) AHRQ Publication No.
06-E013. Rockville, MD: Agency for Healthcare Research and Quality. January 2007.

9.      **Wise PH,** Huffman L, Brat **G.** A Critical Analysis of Care Coordination Strategies for Children
        with Special Health Care Needs: Technical Review No. 14. AHRQ Publication No. 07-0054.
        Rockville, MD: Agency for Healthcare Research and Quality. June 2007.

10.     Spiegel PB, Garber K, Kushner A, **Wise PH**. The Mosul Trauma Response. Baltimore, MD: Johns
        Hopkins University. February 2018. Available at URL:
        http://www.hopkinshumanitarianhealth.org/assets/documents/Mosul_Report_FINAL_Feb_14_201
        8.pdf.

11.     Spiegel PB, Ratnayake R, Hellman N Lantagne DS, Ververs M, Ngwa M, **Wise PH**. Cholera in
        Yemen: a Case Study of Epidemic Preparedness and Response. Baltimore, MD: Johns Hopkins
        University. December 2018. Available at URL:
        http://hopkinshumanitarianhealth.org/research/publications