# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores, et al.<br><br>Plaintiff(s)<br>v.<br>William Barr, Attorney General, et al.<br><br>Defendant(s). | CASE NUMBER<br><br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Rahman Diwan, Shaila    of    Orrick, Herrington & Sutcliffe LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*    51 West 52nd Street
(212) 506-3718    (212) 506-5151    New York, NY 10019
*Telephone Number*    *Fax Number*
sdiwan@orrick.com
*E-Mail Address*    *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Jenny Lisette Flores, et al.

*Name(s) of Party(ies) Represent*    ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Askew, Kevin M.    of    Orrick, Herrington & Sutcliffe LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    777 S. Figueroa St., Suite 3200
238866    213-629-2020    213-612-2499    Los Angeles, CA 90017
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*
kaskew@orrick.com
*E-Mail Address*    *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
  ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
  ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: July 5, 2019**

*[signature: Dolly M. Gee]*

**Dolly M. Gee, U.S. District Judge**