UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | July 8, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE NOTICE OF INTENT TO ENGAGE EXPERT PURSUANT TO MONITORING ORDER [588]**

On July 5, 2019, the Monitor filed a Notice of Intent to Engage Expert Pursuant to Monitoring Order Section C.1, which requests authorization to appoint Dr. Paul H. Wise as an expert consultant ("Notice"). [Doc. # 588.] The Notice indicates that "[t]he Monitor has consulted with Counsel for Defendants and Plaintiffs regarding this appointment, and all are in agreement with the Monitor's intended selection." *Id.* at 2. As it appears that the parties do not have any objection to the Notice, the Court **AUTHORIZES** the appointment of Dr. Wise as the Monitor's expert consultant, and **ADOPTS** the terms and conditions of the appointment that are specified in the Notice.

**IT IS SO ORDERED**.