XAVIER BECERRA
Attorney General of California
MICHAEL NEWMAN
Senior Assistant Attorney General
SARAH E. BELTON
Supervising Deputy Attorney General
VILMA PALMA-SOLANA (SBN 267992)
REBEKAH A. FRETZ (SBN 300478)
Deputy Attorneys General
  300 South Spring Street, Suite 1702
  Los Angeles, CA  90013
  Telephone:  (213) 269-6401
  Fax:  (213) 897-5926
  E-mail:  Rebekah.Fretz@doj.ca.gov
*Attorneys for Amicus Curiae the State of California*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 2:85-cv-4544-DMG<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE BRIEF OF THE STATES OF CALIFORNIA, MASSACHUSETTS, CONNECTICUT, DELAWARE, DISTRICT OF COLUMBIA, HAWAII, ILLINOIS, MARYLAND, MICHIGAN, MINNESOTA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OREGON, PENNSYLVANIA, RHODE ISLAND, VERMONT, VIRGINIA, AND WASHINGTON AS AMICI CURIAE IN SUPPORT OF PLAINTIFFS' APPLICATION FOR TEMPORARY RESTRAINING ORDER** |

The States of California, Massachusetts, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and Washington (Amici States) hereby submit this *ex parte* application for an order granting leave to participate as amici curiae in support of Plaintiffs' Application for Temporary Restraining Order.  *See* ECF No. 572 (TRO Application).  The proposed brief of amici curiae is attached to this application as Exhibit A.  Amici States recognize that the Court is currently holding the TRO Application in abeyance.  *In Chamber – Order re Pls.' Ex Parte Appl. for a TRO and an Order to Show Cause Why a Prelim. Inj. and Contempt Order Should Not Issue*, No. 2:85-cv-4544-DMG-AGR (C.D. Cal. June 28, 2019), ECF No. 576.  Should the Court rule on the TRO Application, or convert the TRO Application into a motion for a preliminary injunction under Local Civil Rule 65-1, Amici States respectfully request that the Court consider this *ex parte* application and proposed brief.

As required by Local Civil Rules L.R. 7-19 and 7-19.1, Amici States contacted counsel for Plaintiffs and the federal government in order to ascertain the parties' positions on this application.  Plaintiffs and the federal government both consented to the participation of Amici States.[1]

The federal government is in clear and undeniable violation of the longstanding *Flores* Settlement Agreement, which "sets out nationwide policy for the detention, release, and treatment of minors in the custody" of federal immigration authorities.  (Settlement Agreement at ¶ 9.)  Among the many requirements in the agreement, the federal government must "treat, all minors in its

---

[1] Amici counsel contacted the following counsel: (1) for Plaintiffs: Peter A. Schey, Center for Human Rights & Constitutional Law, 256 South Occidental Boulevard, Los Angeles, CA 90057, Phone: 213-388-8693, Email: pschey@centerforhumanrights.org; and (2) for the federal government: Sarah B. Fabian, U.S. Department of Justice, Office of Immigration Litigation, P.O. Box 868, Ben Franklin Station, Washington, D.C. 20044, Phone: 202-532-4824, Email: sarah.b.fabian@usdoj.gov.

1

custody with dignity, respect and special concern for their particular vulnerability as minors" (¶ 11), and following apprehension must "hold minors in facilities that are safe and sanitary." (¶ 12A.) In violation of the *Flores* Settlement Agreement, the federal government is currently holding children at Customs and Border Protection (CBP) facilities in the El Paso and Rio Grande Valley Border Patrol Sectors in deplorable and inhumane conditions without access to adequate food, water, medical care, or basic hygiene, and in unreasonably cold temperatures where children are sleep deprived. (*See* TRO Application.) As the TRO Application details, children at these facilities are filthy, wearing clothes covered in bodily fluids, including urine, provided insufficient food, and forced to sleep on cold concrete floors.[2] At least 15 children at one facility had the flu, and 10 more were being held in medical quarantine.[3] Children as young as 7 or 8 are being asked to care for toddlers they just met.[4]

       The Amici States have a strong interest in ensuring that the federal government complies with its legal obligations under the *Flores* Settlement Agreement and protects the well-being of these vulnerable children. The Amici States welcome a large proportion of immigrant children released from federal custody.[5] Once the children are released to sponsors in Amici States, the States will

---

[2] Lizzie O'Leary, *'Children Were Dirty, They Were Scared, and They Were Hungry'*, The Atlantic (June 25, 2019), https://www.theatlantic.com/family/archive/2019/06/child-detention-centers-immigration-attorney-interview/592540/; Isaac Chotiner, *Inside a Texas Building Where The Government Is Holding Immigrant Children,* The New Yorker (June 22, 2019), https://www.newyorker.com/news/q-and-a/inside-a-texas-building-where-the-government-is-holding-immigrant-children.

[3] Cedar Attanasio et al., *Attorneys: Texas border facility is neglecting migrant kids*, AP News (June 21, 2019), https://www.apnews.com/46da2dbe04f54adbb875cfbc06bbc615.

[4] Lizzie O'Leary, *'Children Were Dirty, They Were Scared, and They Were Hungry'*, *supra* note 2.

[5] *See* U.S. Dep't of Health & Human Services, Office of Refugee Resettlement, Admin. for Children & Families, *Unaccompanied Alien Children Released to Sponsors By State* (last visited July 9, 2019), https://www.acf.hhs.gov/orr/resource/unaccompanied-alien-children-released-to-sponsors-by-state.

be required to bear the burden of providing medical and mental health services to address the harms caused to these children by the federal government. Most importantly, we cannot allow the federal government to treat children inhumanely.

The Court's immediate intervention is necessary to address the federal government's failure to comply with its legal obligations, which at their core are human rights violations. No child should ever be held in the conditions in which the federal government is currently holding immigrant children—conditions that a pediatrician who evaluated some of these children compared to "torture facilities." (TRO Application at 2.)

Not only do the federal government's actions violate the express terms of the *Flores* Settlement Agreement, they also run afoul of the children's due process rights. Conditions similar to those at issue here have raised fundamental due process concerns in the context of adults detained for immigration purposes. *Unknown Parties v. Johnson*, No. CV-15-00250-TUC-DCB, 2016 WL 8188563, at *1 (D. Ariz. Nov. 18, 2016), *aff'd sub nom. Doe v. Kelly*, 878 F.3d 710 (9th Cir. 2017). And courts have held that these conditions are unacceptable for adult prisoners. *See, e.g.*, *Foster v. Runnels*, 554 F.3d 807, 812-15 (9th Cir. 2009) (inadequate food violates Eighth Amendment); *Hoptowit v. Spellman*, 753 F.2d 779, 783-84 (9th Cir. 1985) (inadequate plumbing and cleaning supplies both produce unhygienic conditions that violate Eighth Amendment); *Martino v. Carey*, 563 F. Supp. 984, 999-1002 (D. Or. 1983) (overcrowding and inadequate clothing, sanitation, and heating violate Eighth Amendment).

In addition, the federal government's inhumane treatment is causing long-term harm to the children. Experts have repeatedly warned against the detention of immigrant children in conditions that inevitably cause trauma. If the federal government is allowed to continue holding immigrant children in deplorable conditions, the harm to the children could last a lifetime.

Accordingly, Amici States respectfully request that this Court grant their *ex*

*parte* application for leave to file the proposed brief in support of Plaintiffs' Application for Temporary Restraining Order.

Dated: July 9, 2019          Respectfully submitted,

XAVIER BECERRA
Attorney General of California
SARAH E. BELTON
Supervising Deputy Attorney General
VILMA PALMA-SOLANA
Deputy Attorney General

*/s/ Rebekah A. Fretz*
Rebekah A. Fretz
Deputy Attorney General
*Attorneys for Amicus Curiae the State of California*

[Counsel listing continues on next page]

| | |
|---|---|
| MAURA HEALEY<br>*Attorney General*<br>*Commonwealth of Massachusetts*<br>One Ashburton Place<br>Boston, MA  02108 | WILLIAM TONG<br>*Attorney General*<br>*State of Connecticut*<br>55 Elm Street<br>Hartford, CT 06106 |
| KATHLEEN JENNINGS<br>*Attorney General*<br>*State of Delaware*<br>820 North French Street<br>Wilmington, DE 19801 | KARL A. RACINE<br>*Attorney General*<br>*District of Columbia*<br>441 4th Street, N.W.<br>Washington, D.C. 20001 |
| CLARE E. CONNORS<br>*Attorney General*<br>*State of Hawaii*<br>425 Queen Street<br>Honolulu, HI  96813 | KWAME RAOUL<br>*Attorney General*<br>*State of Illinois*<br>100 W. Randolph Street, 12th Fl.<br>Chicago, IL 60601 |
| BRIAN E. FROSH<br>*Attorney General*<br>*State of Maryland*<br>200 Saint Paul Place<br>Baltimore, MD 21202 | DANA NESSEL<br>*Attorney General*<br>*State of Michigan*<br>P.O. Box 30212<br>Lansing, MI 48909 |
| KEITH ELLISON<br>*Attorney General*<br>*State of Minnesota*<br>102 State Capitol<br>75 Rev. Dr. Martin Luther King Jr. Blvd.<br>St. Paul, MN 55155 | GURBIR S. GREWAL<br>*Attorney General*<br>*State of New Jersey*<br>25 Market Street<br>Trenton, NJ 08625 |
| HECTOR BALDERAS<br>*Attorney General*<br>*State of New Mexico*<br>408 Galisteo Street<br>Santa Fe, NM 87501 | LETITIA JAMES<br>*Attorney General*<br>*State of New York*<br>28 Liberty Street<br>New York, NY 10005 |

| | | |
|---|---|---|
| 1 | JOSHUA H. STEIN | ELLEN F. ROSENBLUM |
| 2 | *Attorney General* | *Attorney General* |
| | *State of North Carolina* | *State of Oregon* |
| 3 | 114 W. Edenton Street | 1162 Court Street N.E. |
| 4 | Raleigh, NC 27603 | Salem, OR 97301 |
| 5 | JOSH SHAPIRO | PETER F. NERONHA |
| 6 | *Attorney General* | *Attorney General* |
| | *Commonwealth of Pennsylvania* | *State of Rhode Island* |
| 7 | Strawberry Square, 16th Fl. | 150 South Main Street |
| 8 | Harrisburg, PA 17120 | Providence, RI 02903 |
| 9 | THOMAS J. DONOVAN, JR. | MARK R. HERRING |
| 10 | *Attorney General* | *Attorney General* |
| | *State of Vermont* | *Commonwealth of Virginia* |
| 11 | 109 State Street | 202 North 9th Street |
| 12 | Montpelier, VT 05609 | Richmond, VA 23219 |
| 13 | ROBERT W. FERGUSON | |
| 14 | *Attorney General* | |
| | *State of Washington* | |
| 15 | P.O. Box 40100 | |
| 16 | Olympia, WA 98504 | |

6

**CERTIFICATE OF SERVICE**

I certify that on July 9, 2019, I electronically filed the foregoing documents and attachments with the Clerk for the United States Court for the Central District of California by using the appellate CM/ECF system. A true and correct copy of this Ex Parte Application has been served via the Court's CM/ECF system on all counsel of record.

Dated: July 9, 2019   /s/ Rebekah A. Fretz
                      Rebekah A. Fretz