# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, et al., <br><br> Defendants. | Case No. 2:85-cv-4544-DMG <br><br> **[PROPOSED] ORDER RE** *EX PARTE* **APPLICATION TO FILE BRIEF OF** *AMICI CURIAE* |

**IT IS HEREBY ORDERED** that the *ex parte* application of the States of California, Massachusetts, Connecticut, Delaware, District of Columbia, Hawaii, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and Washington to file a brief of *amici curiae* is **GRANTED**, and the proposed brief submitted with the motion is deemed filed and served.

Dated: _____ _____

Judge Dolly M. Gee
United States District Judge