1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **ORDER RE *EX PARTE* APPLICATION TO FILE BRIEF OF *AMICI CURIAE*** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

On July 9, 2019, the District of Columbia and the States of California, Massachusetts, Connecticut, Delaware, Hawaii, Illinois, Maryland, Michigan, Minnesota, New Jersey, New Mexico, New York, North Carolina, Oregon, Pennsylvania, Rhode Island, Vermont, Virginia, and Washington ("States") filed an *Ex Parte* Application to file a brief of *amici curiae* in support of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order. [Doc. # 592.] The States represent that counsel for the parties have consented to the States' request. *See id.* at 2.[1] Accordingly, the Court **GRANTS** the States' *Ex Parte* Application. **Within three (3) days** of the date of this Order, the States shall refile on the docket the brief found in Docket Entry No. 592-1.

DATED: July 11, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] All page references herein are to page numbers inserted by the CM/ECF system.