JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **REQUEST FOR EXTENSION OF FILING DATE FOR SUPPLEMENTAL REPORT OF JUVENILE COORDINATOR;** <br><br> **[Proposed] Order** |

On July 5, 2019, the Court issued an order requiring the Juvenile Coordinator for U.S. Customs and Border Protection, Mr. Henry Moak, to file a supplemental report no later than July 15, 2019 (ECF No. 585). Mr. Moak has begun preparing his report; however, he is out of the office through Tuesday July 16, 2019 on a personal matter. Defendants therefore request a three-day extension of the deadline for filing Mr. Moak's supplemental report, to July 18, 2019, to allow Mr. Moak time to finalize the report after he returns. Counsel for Defendants has conferred with counsel for the Plaintiffs who has stated that Plaintiffs do not oppose this request.

DATED: July 12, 2019  */s/ Peter Schey* (with permission)
PETER SCHEY
Center for Human Rights
    and Constitutional Law

*Attorney for Plaintiffs*

DATED:  July 12, 2019  JOSEPH H. HUNT
Acting Assistant Attorney General
Civil Division

WILLIAM PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*

-1-

SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

-2-

# CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants