JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>     Plaintiffs, <br><br>       v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br>     Defendants. | Case No. CV 85-4544-DMG <br><br> **[Proposed]** <br><br> **ORDER RESETTING DEADLINE FOR SUPPLEMENTAL JUVENILE COORDINATOR REPORT TO JULY 18, 2019** <br><br> **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Parties' Request for

Extension of Filing Date for Supplemental Report of Juvenile Coordinator.

UPON CONSIDERATION of the Request, and for the reasons set forth

therein, the Court hereby ORDERS that the deadline for filing the supplemental

report of the U.S. Customs and Border Protection Juvenile Coordinator, Mr. Henry

Moak, is reset to July 18, 2019.

.**IT IS SO ORDERED.**

DATED: _____, 2019.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE