JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE, ECF NO 547-2;** <br><br> **[Proposed] Order** |

On May 31, 2019, Plaintiffs filed a Motion to Enforce Settlement Agreement in the above-captioned case (ECF No. 547-2). Plaintiffs noticed the motion for hearing on July 12, 2019. On June 10, 2019, by agreement of the parties, the Court referred the motion for mediation with Andrea Sheridan-Ordin, the Monitor in this case, and set an extended briefing schedule for the Motion (ECF No. 553). The Court's order further provided that "If progress is made at the mediation, then the Court may extend the deadlines for Defendants' Opposition and Plaintiffs' Reply, provided that the parties submit a joint stipulation and proposed order to that effect." *Id.* at 2 n.1. Because the parties have made progress in their ongoing mediation discussions, the parties hereby request that the Court extend the remaining deadlines for adjudication of this Motion as follows:

- August 2, 2019 – Defendants' deadline to file opposition
- August 16, 2019 – Plaintiffs' deadline to file reply
- August 30, 2019 – oral argument

Counsel for Defendants has conferred with counsel for the Plaintiffs who join in this Stipulation.

///

///

///

-1-

| | | |
|---|---|---|
| 1 | DATED: July 12, 2019 | */s/ Peter Schey* (with permission)__ |
| 2 | | PETER SCHEY |
| | | Center for Human Rights |
| 3 | | and Constitutional Law |
| 4 | | |
| 5 | | *Attorney for Plaintiffs* |
| 6 | | |
| 7 | DATED:  July 12, 2019 | JOSEPH H. HUNT |
| | | Acting Assistant Attorney General |
| 8 | | Civil Division |
| 9 | | |
| 10 | | WILLIAM PEACHEY |
| | | Director, District Court Section |
| 11 | | Office of Immigration Litigation |
| 12 | | |
| | | WILLIAM C. SILVIS |
| 13 | | Assistant Director, District Court Section |
| 14 | | Office of Immigration Litigation |
| 15 | | */s/ Sarah B. Fabian*_____ |
| 16 | | SARAH B. FABIAN |
| | | Senior Litigation Counsel |
| 17 | | Office of Immigration Litigation |
| 18 | | District Court Section |
| | | P.O. Box 868, Ben Franklin Station |
| 19 | | Washington, D.C. 20044 |
| 20 | | Tel: (202) 532-4824 |
| | | Fax: (202) 305-7000 |
| 21 | | Email: sarah.b.fabian@usdoj.gov |
| 22 | | |
| 23 | | *Attorneys for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants