JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>     v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE, ECF NO 547-2**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation To Extend Briefing Scheduled Regarding Plaintiffs' Motion to Enforce, ECF No. 547-2.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the following schedule is set for briefing this Motion:

- August 2, 2019 – Defendants' deadline to file opposition

- August 16, 2019 – Plaintiffs' deadline to file reply

- August 30, 2019 – oral argument

**IT IS SO ORDERED.**

DATED:  _____, 2019.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE