1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES, *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | |
| v. | **ORDER RE STIPULATION FOR EXTENSION OF DEADLINE FOR JUVENILE COORDINATOR TO FILE SUPPLEMENTAL REPORT [596]** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On July 5, 2019, the Court ordered Customs and Border Protection's ("CBP's") Juvenile Coordinator to file a supplemental report regarding his visit to certain CBP facilities by July 15, 2019. [Doc. # 585.] On July 12, 2019, the parties filed a Stipulation to continue the Juvenile Coordinator's deadline to file the supplemental report to July 18, 2019, given that the Juvenile Coordinator is out of the office through July 16, 2019 on a personal matter. [Doc. # 596.]

**Good cause appearing**, the Court **CONTINUES** the deadline for the CBP Juvenile Coordinator to file his supplemental report to **July 18, 2019**.

**IT IS SO ORDERED.**

DATED: July 15, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE