**NOTE: CHANGES MADE BY THE COURT**

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER RE STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE [598]** |

On June 28, 2019, Plaintiffs filed a Motion to Enforce the *Flores* Agreement. [Doc. # 578.] Prior to the filing of the Motion, the Court had set a schedule for the Motion in which Defendants were required to file an Opposition (or a Statement of Non-Opposition) no later than July 19, 2019. [Doc. # 553.] On July 12, 2019, the parties filed a Stipulation to modify that schedule. [Doc. # 598.]

Good cause appearing, the Court **MODIFIES** the briefing schedule on Plaintiffs' Motion as follows:

- Defendants' Opposition to the Motion is due on August 2, 2019;
- By August 16, 2019, Plaintiffs may file a Reply;
- Pursuant to the Court's June 10, 2019 Order [Doc. # 553], the Court has already referred Plaintiffs' Motion to the Monitor for a Report and Recommendation pursuant to Paragraph A.2 of the Appointment Order [Doc. # 494]. Upon the filing of Plaintiffs' Reply or the expiration of the deadline for doing so, the Monitor may conduct any proceedings she deems appropriate, including requiring the parties to submit supplemental briefing (to be filed on the docket) and holding a hearing on the Motion; and
- In accordance with Federal Rule of Civil Procedure 53(f)(2), each party may move to adopt or modify, or instead file objections to, the Monitor's Report and Recommendation within 21 days of its filing. Any responses to objections shall be filed within 14 days of the date on which the objections are filed. If necessary, the Court shall thereafter hold a hearing on the parties' motion(s) and/or objections.

**IT IS SO ORDERED.**

DATED: July 15, 2019

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE