UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | July 15, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE JOINT STATUS REPORT [599]**

On June 26, 2019, Plaintiffs filed an *Ex Parte* Application regarding the conditions of certain Customs and Border Protection ("CBP") facilities in the El Paso and Rio Grande Valley Sectors. [Doc. # 572.] On June 28, 2019, the Court referred Plaintiffs' *Ex Parte* Application to expedited mediation before the Monitor. [Doc. # 576.] On July 12, 2019, the parties filed a Joint Status Report that described their good faith efforts to mediate this dispute and proposed a schedule for further mediation thereon. [Doc. # 599.] **Good cause appearing**, the Court **ADOPTS** the proposed schedule included in the parties' Joint Status Report and issues the following rulings:

1. **By August 15, 2019**, Dr. Paul Wise shall submit to Plaintiffs' counsel, Defendants' counsel, and the Monitor a draft report of his findings and recommendations;

2. **By August 22, 2019**, Plaintiffs' counsel and Defendants' counsel shall provide to the Monitor their objections to or comments regarding Dr. Wise's draft report and recommendations, if any;

3. **By August 29, 2019**, Dr. Wise shall submit to the Monitor his report and recommendations taking into account the comments of the parties as appropriate, and the Monitor will promptly provide copies to Plaintiffs' counsel and Defendants' counsel;

4. **Approximately one week thereafter**, the parties and the Monitor shall reconvene in mediation; and

5. The parties shall file a joint status report regarding the status of their mediation efforts **no later than three (3) court days** after the mediation has resumed.

**IT IS SO ORDERED.**