# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jenny Lisette Flores, et al.

                                        Plaintiff(s)

v.

William Barr, Attorney General, et al.

                                        Defendant(s).

CASE NUMBER

CV 85-4544-DMG (AGRx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Kathawala, Rene
*Applicant's Name (Last Name, First Name & Middle Initial)*

(212) 506-5100   (212) 506-5151
*Telephone Number*   *Fax Number*

rkathawala@orrick.com
*E-Mail Address*

of

Orrick, Herrington & Sutcliffe LLP
51 West 52nd Street
New York, NY 10019

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Plaintiffs Jenny Lisette Flores, et al.

*Name(s) of Party(ies) Represent*   ✓ Plaintiff(s)   ☐ Defendant(s)   ☐ Other: _____

**and designating as Local Counsel**

Askew, Kevin M.
*Designee's Name (Last Name, First Name & Middle Initial)*

238866   213-629-2020   213-612-2499
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

kaskew@orrick.com
*E-Mail Address*

of

Orrick, Herrington & Sutcliffe LLP
777 S. Figueroa St., Suite 3200
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:
    ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated: July 17, 2019**

*/s/ Dolly M. Gee*

**Dolly M. Gee, U.S. District Judge**