JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, ) | Case No. CV 85-4544 |
| ) | |
| Plaintiffs, ) | **NOTICE FILING SUPPLEMENT** |
| ) | **JUVENILE COORDINATOR** |
| v. ) | **COMPLIANCE REPORT** |
| ) | |
| WILLIAM P. BARR, Attorney ) | |
| General of the United States; *et al.*, ) | |
| ) | |
| Defendants. ) | |
| ) | |
| _____ ) | |

On July 5, 2019, the Court ordered Defendants to file a supplemental compliance report from Mr. Henry A. Moak, Jr., the Juvenile Coordinator under the *Flores* Settlement Agreement for U.S. Customs and Border Protection ("CBP") (ECF No. 585). In accordance with the Court's Order, CBP submits the attached compliance report of Juvenile Coordinator Henry A. Moak, Jr. for the Court's consideration.

DATED: July 18, 2019           Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

COLIN A. KISOR
Deputy Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 18, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants