CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
         crholguin@centerforhumanrights.org
         ldiamond@centerforhumanrights.org
         rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>         Plaintiffs,<br><br>    v.<br><br>William Barr, Attorney General of the United States, *et al*.,<br><br>         Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES**<br><br>Hearing: October 11, 2019<br><br>[HON. DOLLY M. GEE] |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   (213) 629-2020
Email:       kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:   212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:   (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

- ii -

JOINT PROPOSAL REGARDING NOTICE TO FLORES CLASS
MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD
OF ATTORNEYS' FEES
CV 85-4544-DMG-AGRX

On June 21, 2018 Defendants' filed Defendants' *Ex Parte* Application For Limited Relief from Settlement Agreement ("*Ex Parte* Application") [Dkt. # 435]. On July 09, 2018, the Court denied Defendants' *Ex Parte* Application (Dkt. # 455). Plaintiffs then filed their Amended Motion for Award of Attorneys' Fees ("Motion") [Dkt. #550] pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") for an award of attorney's fees and costs in securing the July 9, 2018, Order. In accordance with the Court's Order Re Provision of Class Notice for Plaintiffs' Motion for Award of Attorneys' Fees [Dkt. #601], the parties respectfully submit the following Joint Proposal regarding notice to *Flores* class members of Plaintiffs' EAJA Motion.

Within five (5) days of the Court's Order, Plaintiffs will provide to Defendants copies of the approved Notice to *Flores* Class Members ("Notice"), in both English and Spanish. Within twenty (20) days of the issuance of the Court's Order, Defendants will post the approved Notice in English and Spanish at all Immigration and Customs Enforcement ("ICE") family residential centers where minors are held. The proposed Notice is attached as Exhibit 1. Defendants will notify Plaintiffs' Class Counsel in writing when the Notices have been posted and of the locations where posted. The notice period will be no less than be 30 days. Fifty (50) days following the issuance of the Court's Order, Plaintiffs' Class Counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. On or before September 27,

- 1 -

JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES
CV 85-4544-DMG-AGRX

2019, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections and Plaintiffs' Class Counsel will file their Reply Brief to Defendants' Opposition to Plaintiffs' Amended Motion for Award of Attorneys' Fees [Dkt. # 597]. The parties respectfully request the Court set a hearing date on Plaintiffs' Motion and any timely objections for October 11, 2019.

                                  Respectfully submitted,

Dated: July 29, 2019        /s/Peter Schey
                                  *Class Counsel for Plaintiffs*
                                  CENTER FOR HUMAN RIGHTS &
                                  CONSTITUTIONAL LAW
                                  Peter A. Schey
                                  Carlos Holguín
                                  Laura N. Diamond
                                  Rachel Leach

                                  */s/ Sarah B. Fabian*
                                  *Counsel for Defendants*
                                  U.S. DEPARTMENT OF JUSTICE
                                  Sarah B. Fabian
                                  Senior Litigation Counsel
                                  Office of Immigration Litigation
                                  District Court Section

/ / /

2

JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS
MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD
OF ATTORNEYS' FEES
CV 85-4544-DMG-AGRX

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 29, 2019 I electronically filed the following document(s):

- **JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES; AND**

- **EXHIBIT 1**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*

JOINT PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES
CV 85-4544-DMG-AGRX

- 1 -