# **EXHIBIT 1**

### Notice to *Flores v. Barr* Class Members for Motion for Attorneys' Fees

This notice is being given to individuals who:

- are members of the class covered by the *Flores* Settlement Agreement ("Agreement"), and are in immigration detention in Immigration and Customs Enforcement ("ICE") family residential centers

This notice is to inform you of a motion for attorneys' fees in a class action lawsuit called *Flores v. Barr*, No. CV 85-04544 DMG ARG (C.D. Cal.). The *Flores* lawsuit resulted in a Settlement Agreement that sets minimum national standards for the detention, release, treatment and housing of children detained by CBP, ORR, and ICE.

On June 21, 2018 the Government filed an *Ex Parte* Application for Limited Relief from the Agreement asking the Court on an emergency basis to modify the Agreement.

On July 09, 2018 the Court denied the Governments' *Ex Parte* application.

Plaintiffs' Counsel have asked the Court to award them attorneys' fees in the amount of $42,359.00 to compensate them for their defense of Defendants' motion. If you wish, you may object to Plaintiffs' Counsel's request for fees by submitting your objection in writing, via regular or electronic mail, to Plaintiffs' Counsel, who will then file the objections with the Court.

Nothing stated in this notice waives or modifies the parties' rights or obligations. If you choose to object to the request for fees, you must direct your objection to:

Peter Schey
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057
pschey@centerforhumanrights.org

To be timely, your objection must be received no later than _____.
If you do not make your objection by that date, you will lose your right to object.