CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
       ldiamond@centerforhumanrights.org
       rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **[PROPOSED] ORDER RE: NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES** |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email:       kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

Having reviewed the parties' joint proposal regarding Notice to *Flores* class members of Plaintiffs' Amended Motion for Award of Attorney's Fees, the Court approves the proposed Notice to *Flores* Class Members attached as Exhibit 1 to the joint proposal. Within five (5) days of this Order, Plaintiffs shall provide to Defendants copies of the approved notice in English and Spanish. Within twenty (20) days of this Order, Defendants shall post the Notice in English and Spanish at all Immigration and Customs Enforcement ("ICE") family residential centers where minors are held. Defendants will notify Plaintiffs' Class Counsel in writing when the Notices have been posted and of the locations where posted. The notice period will be no less than 30 days. Fifty (50) days after the issuance of this Order, Plaintiffs' Class Counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. On or before September 27, 2019 Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections and Plaintiffs' Class Counsel will file their Reply Brief to Defendants' Opposition to Plaintiffs' Amended Motion for Award of Attorneys' Fees [Dkt. # 597]. The Court will thereafter hold a hearing on the motion and any timely objections on October 11, 2019.

Date: July _____, 2019

_____
HONORABLE DOLLY M. GEE
United States District Judge

.

- 1 -

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On July 29, 2019 I electronically filed the following document(s):

- **[PROPOSED] ORDER RE: NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*