JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **Defendants' Ex Parte Application to Expand Page Limit;** <br><br> **Memorandum of Points and Authorities;** <br><br> **Declaration;** <br><br> **[PROPOSED] Order**. <br><br> [Hon. Dolly M. Gee] |

**Defendants' Ex Parte Application To Expand Page Limit**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court expanding the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement by nine (9) pages.

Defendants request this expansion of the page limit for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email on August 1, 2019 to request counsel's position on this request, but have received no response.

///

///

///

1

DATED: August 2, 2019

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
  P.O. Box 868, Ben Franklin Station
  Washington, D.C. 20044
  Tel: (202) 532-4824
  Fax: (202) 305-7000
  Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## Memorandum of Points and Authorities

Defendants hereby respectfully request that the Court expand the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce by nine (9) pages. Defendants request this expansion because of the significant number of evidentiary allegations that Plaintiffs have submitted, to which Defendants are seeking to respond.

Because these allegations are varied and involve statements from a large number of declarants on a variety of issues, Defendants' responses to Plaintiffs claims and allegations cannot easily be consolidated or limited. Therefore, Defendants request that the Court grant them an additional nine pages in order to more fully respond to Plaintiffs' claims and allegations. *See also* Declaration of Sarah B. Fabian, attached hereto.

///

///

///

DATED: August 2, 2019 Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants