JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER EXPANDING PAGE LIMIT** <br><br> **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendant's Ex Parte Application to Expand Page Limit.

UPON CONSIDERATION of the Ex Parte Application, and for the reasons set forth therein, the Court hereby ORDERS that the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce is hereby expanded by nine (9) pages.

**IT IS SO ORDERED.**

DATED: _____, 2019.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE