UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> District Judge Dolly M. Gee |

## **DECLARATION OF JALLYN SUALOG**

I, Jallyn Sualog, declare under penalty of perjury, pursuant to 28 U.S.C. § 1746, that my testimony below is true and correct:

1. I am the Deputy Director of the Office of Refugee Resettlement ("ORR"), an Office within the Administration for Children and Families ("ACF"), U.S. Department of Health and Human Services ("HHS"). As the Deputy Director of ORR, I have responsibility for the oversight of the Unaccompanied Alien Children ("UAC") program, including operations, planning and logistics, medical services, and monitoring.

2. I am submitting this declaration to verify the authenticity of the documentary evidence submitted by Defendants in support of the Response in Opposition to Plaintiffs' Motion to Enforce Settlement (ECF No. 547-2). The documents submitted by Defendants as Exhibits to their Response are true and correct copies of ORR records as found in individual UAC case files and ORR's UAC case management system (the "Portal").

Executed on August 2, 2019.

_____

Jallyn Sualog

1

# INDEX OF EXHIBITS

**[FILED SEPARATELY UNDER SEAL]**

| | |
|---|---|
| Defendants' Ex. 1 | M.G.L. |
| Defendants' Ex. 2 | M.Y.R.R. |
| Defendants' Ex. 3 | A.E.V.L. |
| Defendants' Ex. 4 | D.G.H.M. |
| Defendants' Ex. 5 | J.Q.P. |
| Defendants' Ex. 6 | H.Z.E.R. |
| Defendants' Ex. 7 | J.N.B. |
| Defendants' Ex. 8 | D.N.M.A. |
| Defendants' Ex. 9 | D.J.A.D. |
| Defendants' Ex. 10 | C.A.A.M. |
| Defendants' Ex. 11 | K.M.P.R. |
| Defendants' Ex. 12 | B.M.S.C. |
| Defendants' Ex. 13 | J.A.P.L. |
| Defendants' Ex. 14 | H.S.C. |
| Defendants' Ex. 15 | S.N.N. |
| Defendants' Ex. 16 | M.N.T.E. |
| Defendants' Ex. 17 | J.J.G.A. |
| Defendants' Ex. 18 | L.M.C.N. |
| Defendants' Ex. 19 | I.P.F.D. |
| Defendants' Ex. 20 | R.A.F.S. |
| Defendants' Ex. 21 | A.S.F.O |
| Defendants' Ex. 22 | D.A.C. |

| | |
|---|---|
| Defendants' Ex. 23 | E.E.M.R. |
| Defendants' Ex. 24 | H.M.A.L |
| Defendants' Ex. 25 | N.E.A.M. |
| Defendants' Ex. 26 | G.N.H.P. |
| Defendants' Ex. 27 | A.Q.N. |
| Defendants' Ex. 28 | E.I.G.M. |
| Defendants' Ex. 29 | C.G.C.A. |
| Defendants' Ex. 30 | A.S.H.S. |
| Defendants' Ex. 31 | M.G.P.T. |
| Defendants' Ex. 32 | K.D.L. |
| Defendants' Ex. 33 | K.D.G.C. |
| Defendants' Ex. 34 | M.A.J. |
| Defendants' Ex. 35 | D.M.H. |
| Defendants' Ex. 36 | Z.P.M.C. |
| Defendants' Ex. 37 | R.F.S.O |
| Defendants' Ex. 38 | H.A.P.C. |
| Defendants' Ex. 39 | K.S.M.B. |
| Defendants' Ex. 40 | M.U.L. |
| Defendants' Ex. 41 | M.A.G.M |