JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE** |
| v. | |
| LORETTA E. LYNCH, Attorney General of the United States; *et al.,* | |
| Defendants. | Hearing Date: <u>None Set</u><br>Time:<br>Dept: |

Defendants submit this Application seeking leave from the Court to file under seal certain exhibits ("Exhibits") in support of their Opposition to Motion to Enforce the Settlement Agreement, filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5. As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Sarah B. Fabian, a proposed order, and unredacted copies of the Exhibits.

On August 1, 2019, counsel for Defendants contacted counsel for Plaintiffs, Peter Schey, by email regarding Defendants' proposed filing, and Mr. Schey stated that Plaintiffs reserve their right to oppose or not oppose the motion until they have received and can review the records in question.

The Exhibits that Defendants seek to seal are as follows:

| Exhibit Number | ORR Files Related to Declarant: |
|:---:|:---:|
| 1 | M.G.L. |
| 2 | M.Y.R.R. |
| 3 | A.E.V.L. |
| 4 | D.H.M. |
| 5 | J.Q.P. |
| 6 | H.Z.E.R. |
| 7 | J.N.B. |
| 8 | D.N.M.A. |
| 9 | D.J.A.D. |
| 10 | C.A.A.M. |
| 11 | K.M.P.R. |
| 12 | B.M.S.C. |
| 13 | J.A.P.L. |
| 14 | H.S.C. |

1

| | | |
|---|---|---|
| 1 | 15 | S.N.N. |
| 2 | 16 | M.N.T.E. |
| 3 | 17 | J.J.G.A. |
| 4 | 18 | L.M.C.N. |
| 5 | 19 | I.P.F.D. |
| 6 | 20 | R.A.F.S. |
| 7 | 21 | A.S.F.O |
| 8 | 22 | D.A.C. |
| 9 | 23 | E.E.M.R. |
| 10 | 24 | H.M.A.L |
| 11 | 25 | N.E.A.M. |
| 12 | 26 | G.N.H.P. |
| 13 | 27 | A.Q.N. |
| 14 | 28 | E.I.G.M. |
| 15 | 29 | C.G.C.A. |
| 16 | 30 | A.S.H.S. |
| 17 | 31 | M.G.P.T. |
| 18 | 32 | K.D.L. |
| 19 | 33 | K.D.G.C. |
| 20 | 34 | M.A.J. |
| 21 | 35 | D.M.H. |
| 22 | 36 | Z.P.M.C. |
| 23 | 37 | R.F.S.O |
| 24 | 38 | H.A.P.C. |
| 25 | 39 | K.S.M.B. |
| 26 | | |

2

| 40 | M.U.L. |
| 41 | M.A.G.M. |

These records contain personally identifiable information and other highly personal information regarding class members, and in some cases regarding other individuals who are proposed sponsors of these class members or members of the proposed sponsors' households. Given the sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the privacy of the individuals identified in these records and to avoid stigma or embarrassment to those individuals. Moreover, because of the detailed and intricate nature of the information provided in these documents, Defendants cannot be sure which information, if disclosed, might allow identification of the individuals referenced in the documents or cause embarrassment or stigma to any individual. Therefore Defendants seek to seal these documents in their entirety.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006).

Compelling reasons support sealing Defendants' Exhibits. They contain highly personal information regarding class members, and in some cases their sponsors or other members of the sponsors' households. Specifically, these Exhibits contain sensitive information regarding the individuals' health, medical treatment,

and sensitive family relationships. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Moreover, because of the volume of detailed information provided in these documents, and the intricate nature of this information, Defendants cannot be sure which information, if disclosed, might allow identification of the individuals referenced in the documents, or cause stigma or embarrassment to the individuals referenced in these documents. Therefore Defendants seek to seal these documents in their entirety. *See Eugene S. v. Horizon Blue Cross Blue Shield of N.J.*, 663 F.3d 1124, 1136 (10th Cir. 2011) (granting motion to file under seal because "nearly every document in the volume at issue includes the name of, and/or personal and private medical information relating to, [Plaintiff-Appellant's] minor son."); *Webster Groves Sch. Dist. v. Pulitzer Pub. Co.*, 898 F.2d 1371, 1376-77 (8th Cir. 1990) (affirming decision to seal court records containing "testimony of psychologists and psychiatrists as to [child's] mental status" to prevent child from being "stigmatized and humiliated").

///

///

///

4

DATED:      August 2, 2019              Respectfully submitted,

                                        JOSEPH H. HUNT
                                        Assistant Attorney General
                                        Civil Division

                                        WILLIAM C. PEACHEY
                                        Director, District Court Section
                                        Office of Immigration Litigation

                                        WILLIAM C. SILVIS
                                        Assistant Director, District Court Section
                                        Office of Immigration Litigation

                                        */s/ Sarah B. Fabian*
                                        SARAH B. FABIAN
                                        Senior Litigation Counsel
                                        Office of Immigration Litigation
                                        District Court Section
                                        P.O. Box 868, Ben Franklin Station
                                        Washington, D.C. 20044
                                        Tel: (202) 532-4824
                                        Fax: (202) 305-7000
                                        Email: sarah.b.fabian@usdoj.gov

                                        *Attorneys for Defendants*

5

## CERTIFICATE OF SERVICE

I hereby certify that on August 2, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system. Documents associated with this filing that are proposed to be filed under seal will further be served on Plaintiffs' counsel of record by other means.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants