JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER ON APPLICATION TO SEAL EXHIBITS**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Exhibits Submitted in Support of Defendants' Opposition to Plaintiffs' Motion to Enforce.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following Exhibits submitted in support of Defendants' Opposition are to be filed under seal:

| Exhibit Number | ORR Files Related to Declarant: |
|---|---|
| 1 | M.G.L. |
| 2 | M.Y.R.R. |
| 3 | A.E.V.L. |
| 4 | D.H.M. |
| 5 | J.Q.P. |
| 6 | H.Z.E.R. |
| 7 | J.N.B. |
| 8 | D.N.M.A. |
| 9 | D.J.A.D. |
| 10 | C.A.A.M. |
| 11 | K.M.P.R. |
| 12 | B.M.S.C. |
| 13 | J.A.P.L. |
| 14 | H.S.C. |
| 15 | S.N.N. |
| 16 | M.N.T.E. |
| 17 | J.J.G.A. |
| 18 | L.M.C.N. |

| | | |
|---|---|---|
| 1 | 19 | I.P.F.D. |
| 2 | 20 | R.A.F.S. |
| 3 | 21 | A.S.F.O |
| 4 | 22 | D.A.C. |
| 5 | 23 | E.E.M.R. |
| 6 | 24 | H.M.A.L |
| 7 | 25 | N.E.A.M. |
| 8 | 26 | G.N.H.P. |
| 9 | 27 | A.Q.N. |
| 10 | 28 | E.I.G.M. |
| 11 | 29 | C.G.C.A. |
| 12 | 30 | A.S.H.S. |
| 13 | 31 | M.G.P.T. |
| 14 | 32 | K.D.L. |
| 15 | 33 | K.D.G.C. |
| 16 | 34 | M.A.J. |
| 17 | 35 | D.M.H. |
| 18 | 36 | Z.P.M.C. |
| 19 | 37 | R.F.S.O |
| 20 | 38 | H.A.P.C. |
| 21 | 39 | K.S.M.B. |
| 22 | 40 | M.U.L. |
| 23 | 41 | M.A.G.M. |
| 24 | | |
| 25 | | |
| 26 | | |
| 27 | | |
| 28 | | |

**IT IS SO ORDERED.**

DATED: _____, 2019.

                                                  _____
                                                  THE HONORABLE DOLLY M. GEE
                                                  UNITED STATES DISTRICT JUDGE