JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER EXCLUDING PLAINTIFFS' DECLARATIONS AND SETTING EVIDENTIARY HEARING** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon the Defendants' Motion to Exclude Plaintiffs' Declarations and Motion for an Evidentiary Hearing.

UPON CONSIDERATION of the Motion, and for the reasons set forth in Defendants' Motion, the Motion is GRANTED.

Plaintiffs' Exhibit 2, the Declaration of Hope M. Frye, is excluded from evidence, in part. Plaintiffs' Exhibit 6, the Declaration of Marsha Rae Griffin, MD, and Plaintiffs' Exhibit 7, the Declaration of Ryan Matlow, Ph.D., are excluded from evidence in their entirety. Plaintiffs' exhibit 5, the cover letter and 2018 Individual Program Report: Homestead (April 11, 2019) from N. Ewen Wang, MD, is excluded from evidence.

Plaintiffs' Motion to Enforce Settlement Agreement is hereby set for an evidentiary hearing. All factual issues to be resolved in conjunction with Plaintiffs' Motion will be decided at the evidentiary hearing before the Special Master in accordance with the Federal Rules of Evidence and Local Rule 43-1.

**IT IS SO ORDERED.**

DATED: _____, 2019.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE