UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>               Plaintiffs,<br><br>    v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>               Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE JOINT PROPOSAL FOR NOTICE TO *FLORES* CLASS MEMBERS OF PLAINTIFFS' AMENDED MOTION FOR AWARD OF ATTORNEYS' FEES [607]** |

On July 29, 2019, the parties filed a Joint Proposal Regarding Notice to *Flores* Class Members of Plaintiffs' Amended Motion for Attorneys' Fees ("Joint Proposal"). [Doc. # 607.] With two minor revisions, the Court **APPROVES** the proposed Notice to *Flores* Class Members attached as Exhibit 1 to the Joint Proposal.[1] [Doc. # 607-1.] **Within five (5) days** of the date of this Order, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. **Within twenty (20) days** of the date of this Order, Defendants shall post the approved Notice in English and Spanish at all Immigration and Customs Enforcement ("ICE") family residential centers where minors are held. Defendants will notify Plaintiffs' counsel in writing when the Notices have been posted and of the locations where they were posted. The notice period will be **no less than 30 days** in duration. **Fifty (50) days** after the date of this Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. **By September 27, 2019**, (a) Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections, and (b) Plaintiffs' counsel will file their Reply to Defendants' Opposition to Plaintiffs' Amended Motion for Award of Attorneys' Fees. The Court will thereafter hold a hearing on Plaintiffs' Motion [Doc. # 550] and any timely objections thereto on **October 11, 2019**.

DATED: August 5, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] The two minor revisions are as follows: (1) "ARG" in the full case citation shall be changed to "(AGRx)"; and (2) "[Doc. # 550.]" shall be inserted after the following sentence: "Plaintiffs' Counsel have asked the Court to award them attorneys' fees in the amount of $42,359.00 to compensate them for their defense of Defendants' motion."