# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER EXPANDING PAGE LIMIT [608]** |

THIS CAUSE comes before the Court upon Defendant's *Ex Parte* Application to Expand Page Limit.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce is hereby expanded by nine (9) pages.

**IT IS SO ORDERED.**

DATED: August 5, 2019

*[signature: Dolly M. Gee]*
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE