AO 154 (10/03) Substitution of Attorney

# UNITED STATES DISTRICT COURT

_____Central_____ District of _____California_____

JENNY LISETTE FLORES et al. Plaintiff(s),
V.
WILLIAM BARR, Attorney General of the UNITED STATES, et al. Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 85-4544-DMG-AGRx

Notice is hereby given that, subject to approval by the court, __Jenny Lisette FLORES et al.__ substitutes
(Party (s) Name)

__Stephen A. Rosenbaum__, State Bar No. __98634__ as counsel of record in
(Name of New Attorney)

place of __Michael S. Sorgen__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

 Firm Name: __LA RAZA CENTRO LEGAL, INC.__
 Address: __474 VALENCIA ST., STE. 295__
 Telephone: __(510) 387-3956__   Facsimile _____
 E-Mail (Optional): __srosenbaum@law.berkeley.edu__

I consent to the above substitution.
Date: __August 6, 2019__

_(Signature of Party (s))_

I consent to being substituted.
Date: __July 12, 2019__

_(Signature of Former Attorney(s))_

I consent to the above substitution.
Date: __July 12, 2019__

_Stephen Rosenbaum_
(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: _____

_____
Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**