UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544-DMG (AGRx)** | Date | August 6, 2019 |
|---|---|---|---|

| Title | ***Jenny L. Flores, et al. v. William P. Barr, et al.*** | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings:  IN CHAMBERS - ORDER RE DEFENDANTS' MOTION TO EXCLUDE
CERTAIN EVIDENCE AND REQUEST FOR AN EVIDENTIARY
HEARING BEFORE THE MONITOR [612]**

On June 28, 2019, Plaintiffs filed a Motion to Enforce the *Flores* Agreement.  [Doc. # 578.]  On August 2, 2019, Defendants filed their Opposition to the Motion to Enforce.  [Doc. # 609.]  Plaintiffs' Reply is due on August 16, 2019 [Doc. # 602], and the matter has been referred to the Monitor for a Report and Recommendation pursuant to Paragraph A.2 of the Appointment Order.  [Doc. # 553.]  Upon referring the Motion to Enforce to the Monitor, the Court authorized the Monitor to "conduct any proceedings she deems appropriate, including requiring the parties to submit supplemental briefing (to be filed on the docket) and holding a hearing on the . . . Motion to Enforce[.]"  [Doc. # 553 at 3.]

On August 2, 2019, Defendants filed a Motion to Exclude Certain Evidence and a Request for an Evidentiary Hearing Before the Monitor, which is scheduled for a hearing on August 30, 2019 at 8:30 a.m.  [Doc. # 612.]  As the Monitor is charged with the responsibility to prepare a Report and Recommendation on the underlying Motion to Enforce, the Monitor is best situated to recommend the appropriate disposition of Defendants' evidentiary objections and to determine whether an evidentiary hearing is necessary.  Therefore, the Court **REFERS** the entirety of Defendants' Motion to the Monitor.  Pursuant to Paragraph A.2 of the Appointment Order, the Monitor shall incorporate into her Report and Recommendation her proposed rulings on Defendants' Motion to Exclude.  Further, the Monitor shall rule on Defendants' Request for an Evidentiary Hearing in the first instance.  *See* Fed. R. Civ. P. 53(c)(1) ("Unless the appointing order directs otherwise, a master may: . . . regulate all proceedings; . . . take all appropriate measures to perform the assigned duties fairly and efficiently; and . . . if conducting an evidentiary hearing, exercise the appointing court's power to compel, take, and record evidence.").

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544-DMG (AGRx)** | Date | August 6, 2019 |
|---|---|---|---|

| Title | ***Jenny L. Flores, et al. v. William P. Barr, et al.*** | Page | 2 of 2 |
|---|---|---|---|

 Unless the Special Master decides otherwise or the parties stipulate to a different schedule, Plaintiffs' Opposition is still due on **August 9, 2019**, and Defendants' Reply shall be filed no later than **August 16, 2019**. The Court **VACATES** the August 30, 2019 hearing.

**IT IS SO ORDERED**.