# UNITED STATES DISTRICT COURT

_____Central_____ District of _____California_____

JENNY LISETTE FLORES, et al. Plaintiff(s),
V.

WILLIAM BARR, Attorney General of the UNITED STATES, et al. Defendant(s),

**CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY**

CASE NUMBER: CV 85-4544-DMG-AGRx

Notice is hereby given that, subject to approval by the court, __Jenny Lisette FLORES et al.__ substitutes
(Party (s) Name)

__Stephen A. Rosenbaum__, State Bar No. __98634__ as counsel of record in
(Name of New Attorney)

place of __Michael S. Sorgen__
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: LA RAZA CENTRO LEGAL, INC.
Address: 474 VALENCIA ST., STE. 295
Telephone: (510) 387-3956   Facsimile _____
E-Mail (Optional): srosenbaum@law.berkeley.edu

I consent to the above substitution.
Date: August 6, 2019

(Signature of Party (s))

I consent to being substituted.
Date: July 12, 2019

(Signature of Former Attorney(s))

I consent to the above substitution.
Date: July 12, 2019

(Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: August 6, 2019

Dolly M. Gee
Judge

[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]