# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER GRANTING DEFENDANTS' APPLICATION FOR LEAVE TO FILE EXHIBITS UNDER SEAL OFFERED IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION TO ENFORCE [610]** |

On August 2, 2019, Defendants filed an Application for leave to file under seal certain exhibits offered in support of their Opposition to Plaintiffs' Motion to Enforce ("Sealing Application"). [Doc. # 610.] The Sealing Application represents that the Office of Refugee Resettlement ("ORR") files that Defendants wish to seal "contain personally identifiable information and other highly personal information regarding class members, and in some cases regarding other individuals who are proposed sponsors of these class members or members of the proposed sponsors' households." *See* Sealing Appl. at 4 [Doc. # 610]. Defendants seek leave to seal the entirety of these files because, given "the volume of the detailed information provided in these documents, and the intricate nature of this information, Defendants cannot be sure which information, if disclosed, might allow identification of the individuals referenced in the documents, or cause stigma or embarrassment to the individuals referenced in these documents." *See id.* at 5. Plaintiffs did not oppose the Sealing Application, and their deadline for doing so has passed. *See* Initial Standing Order at 9 ("Following service of the *ex parte* papers by electronic service, fax, or personal service, the moving party shall notify the opposition that opposing papers must be filed no later than twenty-four (24) hours (or one court day) following service . . . .") [Doc. # 107].

For compelling reasons shown, the Court **GRANTS** Defendants' Sealing Application. Pursuant to Local Rule 79-5.2.2(c), Defendants shall e-file under seal the following documents **within three (3) days** of the date of this Order:

| Exhibit Number | ORR Files Related to Declarant: |
|---|---|
| 1 | M.G.L. [Doc. # 611-1.] |
| 2 | M.Y.R.R. [Doc. # 611-1.] |
| 3 | A.E.V.L. [Doc. # 611-1.] |
| 4 | D.H.M. [Doc. # 611-1.] |
| 5 | J.Q.P. [Doc. # 611-1.] |
| 6 | H.Z.E.R. [Doc. # 611-2.] |

| | | |
|---|---|---|
| 1 | 7 | J.N.B. [Doc. # 611-2.] |
| 2 | 8 | D.N.M.A. [Doc. # 611-2.] |
| 3 | 9 | D.J.A.D. [Doc. # 611-2.] |
| 4 | 10 | C.A.A.M. [Doc. # 611-2.] |
| 5 | 11 | K.M.P.R. [Doc. # 611-3.] |
| 6 | 12 | B.M.S.C. [Doc. # 611-3.] |
| 7 | 13 | J.A.P.L. [Doc. # 611-3.] |
| 8 | 14 | H.S.C. [Doc. # 611-3.] |
| 9 | 15 | S.N.N. [Doc. # 611-3.] |
| 10 | 16 | M.N.T.E. [Doc. # 611-4.] |
| 11 | 17 | J.J.G.A. [Doc. # 611-4.] |
| 12 | 18 | L.M.C.N. [Doc. # 611-4.] |
| 13 | 19 | I.P.F.D. [Doc. # 611-4.] |
| 14 | 20 | R.A.F.S. [Doc. # 611-4.] |
| 15 | 21 | A.S.F.O. [Doc. # 611-4.] |
| 16 | 22 | D.A.C. [Doc. # 611-5.] |
| 17 | 23 | E.E.M.R. [Doc. # 611-5.] |
| 18 | 24 | H.M.A.L. [Doc. # 611-6.] |
| 19 | 25 | N.E.A.M. [Doc. # 611-6.] |
| 20 | 26 | G.N.H.P. [Doc. # 611-6.] |
| 21 | 27 | A.Q.N. [Doc. # 611-6.] |
| 22 | 28 | E.I.G.M. [Doc. # 611-6.] |
| 23 | 29 | C.G.C.A. [Doc. # 611-6.][1] |
| 24 | 30 | A.S.H.S. [Doc. # 611-6.] |
| 25 | 31 | M.G.P.T. [Doc. # 611-7.] |
| 26 | 32 | K.D.L. [Doc. # 611-7.] |

---

[1] Exhibit 29 is missing a cover page. [Doc. # 611-6 at 48–49.]

| | | |
|---|---|---|
| 1 | 33 | K.D.G.C. [Doc. # 611-8.] |
| 2 | 34 | M.A.J. [Doc. # 611-8.] |
| 3 | 35 | D.M.H. [Doc. # 611-8.] |
| 4 | 36 | Z.P.M.C. [Doc. # 611-9.] |
| 5 | 37 | R.F.S.O. [Doc. # 611-9.] |
| 6 | 38 | H.A.P.C. [Doc. # 611-9.] |
| 7 | 39 | K.S.M.B. [Doc. # 611-9.] |
| 8 | 40 | M.U.L. [Doc. # 611-9.] |
| 9 | 41 | M.A.G.M. [Doc. # 611-9.] |

**IT IS SO ORDERED.**

DATED: August 7, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE