ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | CASE NO. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME AND MODIFICATION** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

1

On June 10, 2019, the Court ordered Plaintiffs' Motion to Enforce (*re: Homestead*) [Doc. #547-2] be set for mediation with the Monitor.  [Doc. #553].  On June 28, 2019, the Court referred Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue (*re: CBP*) [Doc #572] to expedited mediation before the Monitor.  [Doc. # 576].

On July 15, 2019, the Court ordered an extension to the briefing schedule regarding Plaintiffs' Motion to Enforce (*Homestead*).  [Doc. #602].

On August 2, 2019, Defendants filed a Response in Opposition to Plaintiffs' Motion to Enforce Settlement (*Homestead*).  [Doc. #609].  Plaintiffs' Reply is due on August 16, 2019.

On August 2, 2019, Defendants filed a Motion to Exclude Plaintiffs' Declarations and Request for an Evidentiary Hearing Before the Special Master. [Doc. #612].  On August 6, 2019, the Court referred the entirety of Defendants' Motion to the Monitor.  [Doc. #616].

In light of these referrals and pending mediation efforts, and to allow the parties additional time to respond to the Second Report, the Special Master/Independent Monitor ("Monitor") requests the following modifications and extensions of time for the filing of the Second Report.  The Monitor will request a modified date for the future Reports at a later time.

**<u>Modification to the Timing of Reports</u>**

Second Report:          Monday, August 19, 2019


No further modifications to the Order Appointing Special Master/ Independent Monitor [Doc #494] are requested.

The Monitor has informed counsel for Plaintiffs and Defendants of this Notice to the Court Re Proposed Extension of Time and Modification and the Monitor has received no objections.

DATED:      August 8, 2019          Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By ___*/s/ Andrea Sheridan Ordin*___
         Andrea Sheridan Ordin

*Special Master / Independent Monitor*

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544-DMG (AGRx)

I am a citizen of the United States.  My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024.  I am over the age of 18 years, and not a party to the within action.

I hereby certify that on August 8, 2019, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system:

**NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME AND MODIFICATION.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on August 8, 2019, at Los Angeles, California.

___*/s/ Lauren S. Guerena*___
Lauren S. Guerena

4
