UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544 DMG (AGRx) | Date | August 8, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER RE NOTICE TO THE COURT RE PROPOSED EXTENSION OF TIME AND MODIFICATION [620]**

On August 8, 2019, the Monitor filed a Notice to the Court Re Proposed Extension of Time and Modification ("Notice"), which requests a modification to the deadline for filing the Second Report. [Doc. # 620.] The Notice indicates that "[t]he Monitor has informed counsel for Plaintiffs and Defendants of this Notice . . . and the Monitor has received no objections." *Id.* at 2.

For good cause shown, the Court **APPROVES** the Notice and **MODIFIES** the schedule provided in Paragraph D(1)(a) of the Appointment Order [Doc. # 494] such that the Second Report is due on **Monday, August 19, 2019**. All other aspects of the Appointment Order, and the November 5, 2018, March 28, 2019, and June 21, 2019 modifications thereto [Doc. ## 518, 533, 563] remain in full force and effect.

**IT IS SO ORDERED**.