UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>William Barr, Attorney General of the United States, *et al*.,<br><br>　　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE AND DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING [622]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Briefing Schedule Regarding Plaintiffs' Motion to Enforce the *Flores* Settlement [Doc. # 578] and Defendants' Motion to Exclude Certain Evidence and Request for an Evidentiary Hearing. [Doc. # 612].

UPON CONSIDERATION of the Stipulation, the Court hereby ORDERS that the following schedule is set for briefing the parties' Motions:

- On or before August 20, 2019, Plaintiffs shall file a Reply to Defendants' Opposition to Plaintiffs' Motion to Enforce;
- On or before August 20, 2019, Plaintiffs shall file their Opposition to Defendants' Motion to Exclude Certain Evidence and Request for an Evidentiary Hearing;
- On or before August 30, 2019, Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Evidence and Request for an Evidentiary Hearing.

Any future stipulated changes to the hearing date on the motions may be directed to the Special Master.

**IT IS SO ORDERED.**

DATED: August 12, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE