ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544-DMG (AGRx)<br><br>**NOTICE OF FILING OF SECOND REPORT OF THE SPECIAL MASTER / INDEPENDENT MONITOR** |

1         On October 5, 2018, the Court ordered the appointment of Andrea Sheridan Ordin as Special Master/Independent Monitor ("Monitor") and ordered the Monitor to file formal Reports and Recommendations to the Court [Doc #494]. In accordance with the Court's Order, the Monitor submits the attached Second Report of the Special Master/Independent Monitor for the Court's consideration.

DATED:    August 19, 2019         Respectfully submitted,

                                                  Andrea Sheridan Ordin
                                                STRUMWASSER & WOOCHER LLP

                                                By   */s/ Andrea Sheridan Ordin*
                                                           Andrea Sheridan Ordin

                                                *Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544-DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on August 19, 2019, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system:

**NOTICE OF FILING OF SECOND REPORT OF THE SPECIAL MASTER / INDEPENDENT MONITOR.**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on August 19, 2019, at Los Angeles, California.

                                            */s/ Lauren S. Guerena*
                                              Lauren S. Guerena