CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org
ldiamond@centerforhumanrights.org
rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

Jenny Lisette Flores., *et al.*,

Plaintiffs,

v.

William Barr, Attorney General of the United States, *et al.*,

Defendants.

Case No. CV 85-4544-DMG-AGRx

**STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE AND DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING**

[HON. DOLLY M. GEE]

*Plaintiffs' counsel continued:*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

/ / /

On June 28, 2019, Plaintiffs filed a Motion to Enforce the *Flores* Settlement Agreement regarding the detention of class members at Homestead ("Motion to Enforce"). [Doc. # 578]. On July 12, 2019, the parties filed a Stipulation to modify the schedule. [Doc. # 598]. On July 15, 2019, the Court modified the briefing schedule on Plaintiffs' Motion to Enforce and ordered that Plaintiffs may file a Reply by August 16, 2019. [Doc. # 602]. The Motion to Enforce has been referred to the Special Monitor ("Monitor") for a Report and Recommendation pursuant to Paragraph A.2 of the Appointment Order [Doc. # 553 and 602]. On August 2, Defendants filed a Motion to Exclude Certain Evidence and a Request for an Evidentiary Hearing ("Motion to Exclude") before the Monitor, which is scheduled for a hearing on August 30, 2019 at 8:30 a.m. [Doc. # 612]. On August 6, 2019, the Court referred the entirety of Defendants' Motion to Exclude to the Special Monitor. [Doc. # 616]. According to L.R. 7-9 and the Courts Order re Defendants' Motion to Exclude, Plaintiffs' Opposition to the Motion to Exclude shall be filed on or before August 9, 2019 and Defendants' Reply shall be filed on or before August 16, 2019, unless the parties stipulate to a different schedule. [Doc. # 616]. The parties previously stipulated to an extension of the briefing schedule so that Plaintiffs' Reply to Defendants' Opposition to the Motion to Enforce and Plaintiffs' Opposition to Defendants' Motion to Exclude were due to be filed today, August 20, 2019, and Defendants' Reply on their Motion to Exclude was due to be filed by

August 30, 2019. [Doc. #622]. The Court approved the revised briefing schedule by Order dated August 12, 2019. [Doc. # 623].

The parties hereby request that the Court extend the remaining deadlines for adjudication of the Motion to Enforce and the Motion to Exclude as follows:

- August 23, 2019 – Plaintiffs shall file a Reply to Defendants' Opposition to Plaintiffs' Motion to Enforce.
- August 23, 2019 – Plaintiffs shall file an Opposition to Defendants' Motion to Exclude.
- September 6, 2019 – Defendants shall file a Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude.

Counsel for Plaintiffs has conferred with counsel for Defendants, who join in this Stipulation. *See* Declaration of Peter Schey attached. The Special Monitor has reviewed and approved of this Stipulation. *Id*.

Respectfully submitted,

Dated: August 20, 2019

*/s/Peter Schey*
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
Laura N. Diamond
Rachel Leach

Dated: August 20, 2019

*/s/ Sarah B. Fabian (with permission)*
*Counsel for Defendants*
U.S. DEPARTMENT OF JUSTICE
Sarah B. Fabian

Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

/ / /

**DECLARATION OF PETER SCHEY**

I, Peter Schey, depose and say:

1. I am one of the Class Counsel in this matter entitled *Flores v. Barr*, Case No. CV 85-4544-DMG-AGRx, and make this declaration in support of the foregoing Stipulation to Extend Briefing Schedule Regarding Plaintiffs' Motion to Enforce and Defendants' Motion to Exclude Evidence and for an Evidentiary Hearing.

2. Counsel for Plaintiffs has conferred with counsel for Defendants who join in this Stipulation. The Special Monitor has reviewed and approves of this Stipulation.

3. This stipulation is entered into in order to provide the Plaintiffs with adequate time to reply to Defendants' opposition to Plaintiffs' motion to enforce [Doc. # 609] and to determine the extent to which they may oppose Defendants' Motion to Exclude Evidence and for an Evidentiary Hearing [Doc. # 612], and to provide Defendants adequate time to reply to Plaintiffs' opposition to Defendants' Motion to Exclude Evidence and for an Evidentiary Hearing. Plaintiffs seek three additional days to file their aforementioned briefs because Plaintiffs' lead counsel yesterday returned from annual leave.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th day of August, in Oak View, California.

*/s/Peter Schey*
Peter A. Schey

**CERTIFICATE OF SERVICE**

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 20, 2019 I electronically filed the following document(s):

- **STIPULATION TO EXTEND BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE AND DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING; and**
- **DECLARATION OF PETER SCHEY**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*