CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
      crholguin@centerforhumanrights.org
      ldiamond@centerforhumanrights.org
      rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE AND DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING**<br><br>**[HON. DOLLY M. GEE]** |

*Plaintiffs' Counsel continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

/ / /

THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Briefing Schedule Regarding Plaintiffs' Motion to Enforce the *Flores* Settlement [Doc. # 578] and Defendants' Motion to Exclude Certain Evidence and Request for an Evidentiary Hearing. [Doc. # 612].

UPON CONSIDERATION of the Stipulation, the Court hereby ORDERS that the following schedule is set for briefing the parties' Motions:

- On or before August 23, 2019, Plaintiffs shall file a Reply to Defendants' Opposition to Plaintiffs' Motion to Enforce;

- On or before August 23, 2019, Plaintiffs shall file their Opposition to Defendants' Motion to Exclude Certain Evidence and Request for an Evidentiary Hearing;

- On or before September 6, 2019, Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Evidence and Request for an Evidentiary Hearing.

**IT IS SO ORDERED.**

Date: _____, 2019

_____
HONORABLE DOLLY M. GEE
United States District Judge

Submitted by:
*/s/Peter Schey*_____
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
.

- 1 -

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 20, 2019, I electronically filed the following document(s):

- **[PROPOSED] ORDER EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE AND DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*