JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' NOTICE OF PUBLICATION OF REGULATIONS** |
| v. | Hearing Date:  n/a |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*,[1] | Time: n/a |
| | Dept:  350 West 1st Street, Los Angeles, CA, 90012, Courtroom 8C, 8th Floor |
| Defendants. | |

---

[1] *See* Fed. R. Civ. P. 25(d).

In September 2018, the U.S. Department of Homeland Security (DHS) and U.S. Department of Health and Human Services (HHS) published proposed regulations implementing the substantive terms of the *Flores* Settlement Agreement ("Agreement"). Apprehension, Processing, Care and Custody of Alien Minors and Unaccompanied Alien Children, 83 Fed. Reg. 45,486–45,534 (2018). Plaintiffs in this case then filed a motion seeking to enjoin those proposed regulations, and the government opposed.

On November 21, 2019, this Court vacated Plaintiffs' motion, and ordered that upon issuing final regulations, "Defendants shall *forthwith* file a notice to that effect[.]" ECF No. 525 at 2, ¶2. In accordance with the Court's order, DHS and HHS hereby notify Plaintiffs and the Court that we anticipate that final regulations implementing the substantive terms of the Agreement will be posted for public inspection in the Federal Register on August 22, 2019, and are expected to be published on August 23, 2019. Based on those anticipated dates, under this Court's order, supplemental briefing addressing the termination of the Agreement would be due on August 30, 2019, and the Defendants will be conferring with Plaintiffs regarding the scope and timing of those filings. *See* ECF No. 525 at 2, ¶3.

DATED: August 21, 2019        Respectfully submitted,

JOSEPH H. HUNT

1

| | |
|---|---|
| 1 | Assistant Attorney General |
| 2 | Civil Division |
| 4 | */s/ August E. Flentje* |
| | AUGUST E. FLENTJE |
| 5 | Special Counsel to the Assistant Attorney |
| 6 | General, Civil Division |
| | WILLIAM C. PEACHEY |
| 7 | Director, District Court Section |
| 8 | Office of Immigration Litigation |
| | WILLIAM C. SILVIS |
| 9 | Assistant Director, District Court Section |
| 10 | Office of Immigration Litigation |
| | SARAH B. FABIAN |
| 11 | Senior Litigation Counsel |
| 12 | Office of Immigration Litigation |
| | District Court Section |
| 13 | P.O. Box 868, Ben Franklin Station |
| 14 | Washington, D.C. 20044 |
| | Tel: (202) 532-4824 |
| 15 | Fax: (202) 305-7000 |
| 16 | Email: sarah.b.fabian@usdoj.gov |
| 17 | *Attorneys for Defendants* |

2

CERTIFICATE OF SERVICE

I hereby certify that on August 21, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

*/s/ August E. Flentje*
AUGUST E. FLENTJE
U.S. Department of Justice

Attorney for Defendants