1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| Jenny Lisette Flores., *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | **ORDER EXTENDING BRIEFING SCHEDULE REGARDING PLAINTIFFS' MOTION TO ENFORCE AND DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING [626]** |
| v. | |
| William Barr, Attorney General of the United States, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Briefing Schedule Regarding Plaintiffs' Motion to Enforce the *Flores* Settlement [Doc. # 578] and Defendants' Motion to Exclude Certain Evidence and Request for an Evidentiary Hearing. [Doc. # 612].

UPON CONSIDERATION of the Stipulation, the Court hereby ORDERS that the following schedule is set for briefing the parties' Motions:

- On or before August 23, 2019, Plaintiffs shall file a Reply to Defendants' Opposition to Plaintiffs' Motion to Enforce;
- On or before August 23, 2019, Plaintiffs shall file their Opposition to Defendants' Motion to Exclude Certain Evidence and Request for an Evidentiary Hearing;
- On or before September 6, 2019, Defendants shall file their Reply to Plaintiffs' Opposition to Defendants' Motion to Exclude Evidence and Request for an Evidentiary Hearing.

**IT IS SO ORDERED.**

DATED:  August 22, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE