CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura Diamond (Cal. Bar No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
       ldiamond@centerforhumanrights.org
       rleach@centerforhumanrights.org

*Attorneys for plaintiffs (listing continues on following page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | EXHIBIT 1: DECLARATION OF PETER SCHEY IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO ENFORCE SETTLEMENT |
| - vs - | |
| WILLIAM BARR, ATTORNEY GENERAL OF THE UNITED STATES, *et al.*, | [HON. DOLLY M. GEE] |
| Defendants. | |

*Plaintiffs' counsel, continued:*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

*Attorneys for plaintiffs*

///

I, Peter Schey, do hereby declare that the following is true and correct.

1. I am class counsel in *Flores v. Barr*. My responsibilities as class counsel include ongoing monitoring of Defendants' compliance with the terms of the Settlement Agreement reached in this matter.

2. Defendants provide data to class counsel on a monthly basis, as required by the Settlement Agreement and Court Orders. According to Defendants' monthly detention reports for Homestead through June 2019:

- 4,143 (29.3%) class members were detained more than 90 days.
- 2,070 (14.6%) class members were detained between 61 and 90 days.
- 4,544 (32.1%) class members were detained between 31 and 60 days.
- 2,641 (18.7%) class members were detained between 21 and 30 days.
- 2,831 (20.0%) class members were released from ORR custody within 20 days.

I declare under penalty of perjury the foregoing is true and correct to the best of my knowledge. Execeuted this 23rd day of August, 2019, in Los Angeles, California.

/s/*Peter Schey*_____
*Attorneys for Plaintiffs*

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 23, 2019, I electronically filed the following document(s):

EXHIBIT 1: DECLARATION OF PETER SCHEY IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO MOTION TO ENFORCE SETTLEMENT

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*