CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Laura N. Diamond (Cal. Bar. No. 185062)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org
        ldiamond@centerforhumanrights.org
        rleach@centerforhumanrights.org

*Attorneys for Plaintiffs*
*Listing continues on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**EXHIBIT 1 TO PLAINTIFFS' PARTIAL  OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING**<br><br>**[HON. DOLLY M. GEE]** |

*Plaintiffs'counsel continued:*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

/ / /

# Stanford
## M E D I C I N E | Emergency Medicine

Peter Schey
*Flores* Class Counsel
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057

May 29, 2019

*Re:*    Data Analysis, *Flores v. Barr,* Case No. 85-CV-04544-DMG

Dear Mr. Schey,

At your request as Class Counsel in the above-referenced case, and pursuant to a confidentiality agreement entered into between your office and staff and Dr. N. Ewen Wang, MD,  I have analyzed monthly data from January 2018 to April 2019 provided to you by the Department of Justice (DOJ) and Department of Homeland Security (DHS) pursuant to the *Flores* Settlement.

## Qualifications

I am a Professor in Emergency Medicine and Pediatrics (by courtesy), Associate Director of Pediatric Emergency Medicine and Director of our section in Social Emergency Medicine at Stanford University School of Medicine.  My scholarly expertise is in health services research with a focus on Social Emergency Medicine, or the intersection of vulnerable populations with the Health Care system.  I am additionally affiliate faculty in the Human Rights in Trauma Mental Health program at Stanford.  My team has over 10 years of experience using national and statewide datasets to analyze population-wide access to specialty care and health outcomes. We have been funded by the National Institute of Health, as well as by various external and internal grants.

## Length of Detentions at Homestead and ORR-facilities

As you requested, we have provided two separate analytical reports, the first focusing on the detention of Flores Class Members at the Homestead Influx Center



and the second focusing on ORR-wide custody of detained Class Members. We provide an overview of the Class Members' detention data regarding gender, age,

country of origin.  We also provide length of detention of Class Members as a function of age, data regarding class members who "age out" while in custody as a function of the length of detention prior to aging out.

The results of these analyses are attached to this letter.

<u>Additional Data Required to Analyze Effective Prompt and Continuous Efforts to Release</u>

Having reviewed the terms of the settlement and carefully analyzed the data that the government is currently providing to Class Counsel, we believe it is urgently important for the relevant agencies to provide additional data points in order to assess compliance with specific provisions of the settlement.

In particular, it does not appear that ORR or Homestead collects or records quantifiable data that would permit ORR, the Special Master, or Class Counsel to monitor Homestead's success or failure in making and recording efforts aimed at the prompt release of minors, as required by Paragraph 18 of the Settlement. ("Upon taking a minor into custody, [Defendants], or the licensed program in which the minor is placed, shall make and record the prompt and continuous efforts on its part toward family reunification and release of the minor pursuant to Paragraph 14 above. Such efforts at family reunification shall continue so long as the minor is in [Defendants'] custody." Settlement ¶ 18.) For example, data regarding date of apprehension by CBP, and specific time in ICE custody are not provided in ORR reports.  There are data quality issues including class members with duplicate alien numbers.

Analyzing this data is likely the most accurate, cost-effective, and effective way to monitor compliance with the Settlement. The size of the class, the widespread dispersal of the class members, the large number of facilities, and the security measures taken to detain the class, all combine to make occasional visual inspections a far less accurate and effective means to assess compliance with this provision, than reports that can be prepared based upon contemporaneous agency records of the entire class.

 Emergency Medicine

My team – pediatric and health services experts with a sincere interest in the health, safety, and well-being of detained children – have created a data infrastructure that is able to assist in dynamic and effective monitoring of compliance with the terms of the Settlement.

Recent major increases in the volume of detained class members, the known effects of stress and detention on the physical and mental health of children, as well as the deaths of class members in custody of the relevant agencies makes this compliance an urgent health issue. We are available to assist in recommending what data should be made available, how it should be recorded, in data analysis.

Sincerely,

_____
Dr. N. Ewen Wang, M.D.
Professor Emergency Medicine
Professor Pediatrics (by courtesy)
Associate Director Pediatric Emergency Medicine
Director Section in Social Emergency Medicine
ewen@stanford.edu
(650) 723-0757

 Emergency Medicine

Peter Schey
*Flores* Class Counsel
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057

August 18, 2019

*Re:*    Data Analysis, *Flores v. Barr,* Case No. 85-CV-04544-DMG

Mr. Schey,

I write this addendum to my report from May 29, 2019.

Qualifications

As stated prior, I am a Professor in Emergency Medicine at Stanford University School of Medicine.   As a Professor in the Medical Center Line at an academic institution, my position requires not only clinical work in the Emergency Department, but also substantial contribution and reputation in teaching and research.  My area of expertise is in health services.  Specifically, I use national and statewide datasets to analyze population-wide epidemiologies of different acute and emergent health conditions.  The datasets that I use include governmental datasets such as the Agency for Health Care Research and Quality's (AHRQ), Health Care Cost and Utilization Project (HCUP) data. I have published and presented my research widely as evidenced by my more than 150 publications, reports and abstract presentations (see CV).   My expertise is evident also by my participation as a manuscript reviewer for international and national journals, and grants.  My research acumen and experience is also evident in my function as a mentor and teacher of research methods to trainees. Perhaps what I am most proud of, is my experience in mentoring and guiding of trainees in developing their often first research questions, methodologies and analyses in their topics of interest.

I attach my CV which includes the aspects of my work which encompass research. I have highlighted grants received, trainees mentored, publications and abstracts and manuscript and grants reviewed.

Data Processing Methodology:


Emergency Medicine

The methodology involved in processing the data from the DOJ is very standard and does not involve any advanced data manipulation or modeling.  My team employs the key aspects of these processes, including data integrity and validity checking, for all data with which we work.

<u>Data Preparation, Processing and Analysis</u>

Data: We use DOJ data provided to Mr. Schey in the Center for Human Rights and Constitutional Law.

Data Format:  The monthly data files of children in the custody of ORR provided are in Excel format and contain the following worksheets: Read Me; Referrals; Discharges; Census; Transfers. The Read Me file describes the data contained in the datasets.

Our data plan was to first identify and link each individual contained in the records through the different stages of ORR status (Referral, Discharge, Census and Transfer); second, to verify the data and compute custody characteristics and third, to aggregate and visualize descriptors of the class members held in custody.

Identification of individuals: We initially ensured that each person in the data had a unique Alien Number (AN). ANs were compared across datasets for consistency in the following individually descriptive variables: first name, last name, sex, date of birth, country of origin, date of referral to ORR, date of admittance into ORR, date of discharge from ORR. Some ANs only occurred once in the dataset, and so no confirmation of accuracy was possible; in these cases DOJ information was used as is. For ANs occurring more than once in the dataset, the majority of the records were consistent. For ANs that had inconsistent data in multiple occurrences, these were evaluated on a probabilistic match. Records without the predetermined criteria established for the match were excluded. For instance, if name and birthdate were inconsistent, then the AN was excluded from our final dataset.

Data was also examined for other inconsistencies.  Impossible values, such as birthdate later than admittance into ORR, when identified were replaced with possible values in records provided, or if no other record was available, made blank.  Dates outside the range of the dataset were also treated this way. If date of admission into ORR custody was missing, the date of referral to ORR custody was



Emergency Medicine

used as date of admission. ANs that did not have a discharge record, but also, did not appear in the census for more than 1 year were eliminated from the dataset (approximately 3000 records, mostly admitted before 2018). The level of data entry errors leading to these above-described errors was on the order of 3%. In all cases where data could not be used, the result is that fewer individuals are represented in the final dataset of individuals held in ORR custody rather than more.

Custody characteristics were calculated using dates and locations provided in the dataset. Length of ORR custody was calculated using the difference in the date of admittance into ORR custody and the date of discharge, or in cases of no discharge, the date of the latest census. Both the day of admittance and the day of discharge were included in the length of custody. A custody dataset was created with a record for each AN at each month from January 2018 to July 2019 and their custody status at that time. Using this dataset, it is possible to determine how many class members were in ORR custody each month, how many were admitted, and how many were discharged, for example.

We use standard SAS Statistical software for data formatting and analysis.  We use Tableau data visualization software to create the charts and tables provided.

I declare under penalty of perjury that all of the above, including the contents of my letter of May 29, 2019, and this addendum dated August 18, 2019, to be true and correct.

Dr. N. Ewen Wang, M.D.
August 18, 2019

# N. Ewen Wang, M.D.

900 Welch Road, Suite 350
Stanford University School of Medicine
Stanford, CA 94304
(650) 723-0757 (office)
(650) 723-0121 (fax)
ewen@stanford.edu

## ACADEMIC HISTORY

### College and Universities:

**Stanford University School of Medicine**                                     1988–1993
Medical Doctorate Degree
Stanford, CA

**Harvard University**                                                          1983–1986
Bachelor of Arts
Honors Thesis, Magna Cum Laude:  "Efficacy of Mass Health Campaigns
in Rural China (1949–1980)"
Cambridge, MA

**University of Utah**                                                          1981–1983
Course Work in Math and Chemistry
Salt Lake City, UT

### Post-Doctoral and Residency Training:

**Pediatric Emergency Medicine Fellow**                                   06/1997–06/1999
Oakland Children's Hospital Oakland, CA &
Lucile Packard Children's Hospital (LPCH) Stanford, CA

**Chief Resident**                                                        08/1996–06/1997
Stanford-Kaiser Emergency Medicine Residency Program
Stanford, CA

**Emergency Medicine Resident**                                           07/1993–06/1996
Stanford-Kaiser Emergency Medicine Residency Program
Stanford, CA

### Board Certifications:

Diplomat of American Board of Pediatric Emergency Medicine                02/2001–current
Diplomat of American Board of Emergency Medicine                          06/1997–2027

### Academic and Administrative Appointments:

**Professor -Medical Center Line**                                        6/2015–present
Department of Emergency Medicine

Department of Pediatrics (by courtesy)                                          09/2017-08/22
Stanford University School of Medicine

**Associate Director Pediatric Emergency Medicine**                            10/2002–present
Division of Emergency Medicine
Stanford University School of Medicine

**Associate Professor -Medical Center Line**                                   10/2010–5/2015
Division of Emergency Medicine, Department of Surgery
Stanford University School of Medicine

**Assistant Professor -Medical Center Line**                                   06/2001–9/2010
Division of Emergency Medicine, Department of Surgery
Department of Pediatrics (By courtesy)
Stanford University School of Medicine
(Family Leave: 10/02–09/03)

**Acting Assistant Professor of Surgery**                                      03/2000–05/2001
Division of Emergency Medicine, Department of Surgery
Stanford University School of Medicine

**Acting Director Pediatric Emergency Medicine**                              03/2000–10/2002
Division of Emergency Medicine, Department of Surgery
Stanford University School of Medicine

## Program Affiliations:

**Affiliate Faculty**                                                          3/2019-present
Human Rights in Trauma Mental Health

**Senior Faculty**
Center for Policy Outcomes and Prevention, Dept of Pediatrics, Stanford University      10/2014-present

**Affiliate Faculty/Faculty Fellow**                              10/2012–10/2015/11/2015-present
Center for Innovation in Global Health (CIGH), Stanford University

**Affiliate Faculty**                                                          09/2010–2018
Program in Human Biology, Stanford University

**Associate Faculty**                                                          11/2009–present
Center for Health Policy/Primary Care and Outcomes Research, Stanford University

## SCHOLARSHPS AND HONORS:

**Nomination for the Advancement of Women in Academic Emergency Medicine Award**
Society for Academic Emergency Medicine (SAEM)                                  2019

**National Physicians Alliance 2018 A. Gene Copello Health Advocacy Fellow**    12/2017-2018

**Health Volunteers Overseas (HVO) Golden Apple Award Recipient**              3/2016

The Golden Apple Award recognizes exceptional contributions in support of HVO's mission, organization, and/or project sites including: curriculum development, mentoring, didactic or clinical training, development of educational resources, leadership and/or extraordinary contribution to the sustainability and effectiveness of HVO.

**Johnson & Johnson (J & J) Physician Scholar in International Health**                2011, 2013
Alam Sehat LeStari (ASRI) Klinik, West Kalimantan, Indonesia
$5,000 support for international work

**Stanford Faculty Scholars Program**                                                  2011
Year long Faculty Development Program

**Clinical Teaching Award**                                                   08/2005–12/2005
Stanford-Kaiser Emergency Medicine Residency Program

**J & J Physician Scholar in International Health**                                  04/2004
Santa Cruz, Bolivia
$5,000 support for international medical work

**Teaching Fellowship and Scholarship**                                            1999–2000
American College of Emergency Physicians (ACEP)
Selection and Tuition support for National Teaching Fellowship in Emergency Medicine

**National Leadership Award**                                                      1997–1998
American Medical Association/ Glaxo Wellcome Leadership Award

**Emergency Medicine Fellow (National Fellowship Award)**                              1995
Ronald Reagan Institute/ George Washington University
$3,000 stipend for international medical work

## GRANTS AND FUNDING

**Cardinal Course Grant**                                                          2018, 2019
Stanford University Haas Center for Public Service and Community Engaged Learning and Research
Support for Social Emergency Medicine Course for Undergraduates.

**EMF Health Policy Grant**                                                     7/2016–7/2017
Emergency Medicine Foundation (EMF)
$50,000 support for research

**Clinician Educator Grant Program Award**                                     1/2015-12/2016
"A pilot train-the-trainer program for community emergency departments to implement in situ pediatric resuscitation simulations" (Mentor for M Lee)
Child Health Research Institute, Stanford Children's Health
$25,000 Research support

**Innovation Challenge Program**                                               1/2015-12/2016
"A Population Wide Analysis of Emergency Department Length of Stay for Patients Undergoing Inter-Facility Transfer for Severe Psychiatric Illness." (Co-I with S Lippert)
Stanford Health Care, Stanford University School of Medicine

NE Wang - 3

$30,000 Research support

**Innovation Challenge Program**                                    1/2014-12/2015
 "Implementing Electronic Clinical Decision Support to Improve Emergency Care for Children".
(Co-I with D Imler)
Spectrum-Stanford Health Care, Stanford University School of Medicine
$25,000 Research support

**Innovation Award in Population Science**                          1/2014-12/2015
 "Evaluating the Impact of Emergency Department-Based Community Partnerships to Address Social
Determinants of Health." (Co-PI with J Newberry)
Stanford Prevention Research Center, Stanford University School of Medicine
$20,000 Research support

**Innovation Award in Patient Care**                               01/2013–12/2013
 "The Effect of Computerized Alcohol Screening and Brief Intervention on Alcohol Consumption in
Adolescent Patients in the Emergency Department" (co-PI with B Dannenberg)
Lucile Packard Children's Hospital
$25,000 Research support

**Innovation Award in Population Science**                         09/2012–08/2013
 "Population Health and Economic Impact of Improved Pre-hospital Triage and Regionalization for
Trauma in the US:  A Cost-Effectiveness Analysis" (PI with Co-I K Delgado)
Stanford Prevention Research Center, Stanford University School of Medicine
$25,000 Research support

**Underdevelopment Grant**                                         06/2011
 "Studying the Relationship among forms of Governance, Women's Participation and Provision of Public
Goods and Services in Chiapas Mexico" (Co-PI with B Magaloni)
Stanford University Freeman Spogli Institute for International Studies

**Pfizer Continuing Medical Education Grant**                      06/2011
Advanced Pediatric Life Support with Immersive Simulation (Co-PI with S Chona)
$30,000 support for PEM team to develop a national, innovative CME course

**Stanford Clinical and Translational Science Award (CTSA) Funding**    06/2010
"A Multi-CTSI Study Assessing Trauma Care Delivery in Children and Adults Through Pre-hospital
Triage, Hospital Resource Use, and Costs" (Co-PI with S Staudenmayr)
$3000 seed funding

**Career Development Award (K23 HD051595-01)**                      10/2007–10/2012
National Institute of Child Health and Human Development
"Disparities in Pediatric Trauma Outcomes: Context, Access and Quality of Care"
Research support equivalent to 75% time * 5 years

**Career Development Award**                                       07/2006–07/2007
Emergency Medicine Foundation (EMF)
$50,000 support for research

**LPCH Child Health Research Program Grant**                       06/2007–06/2008
$30,000 for research support

NE Wang - 4

**Pediatric Advocacy Fellowship**                                              2004–2006
Lucile Packard Children's Hospital (LPCH)
$35,000/year salary support

**Kellogg National Leadership Fellow**                                         1997–2000
Kellogg Foundation
25% salary support for 3 years; $75,000 project grant

**Foreign Language Area Studies Scholarship**                                  1990
United States Department of Education
Tuition for 1 year of foreign language study

**Medical Scholar**                                                            1989
Stanford University School of Medicine
Stipend support for 2 quarters of medical school

**Harry S. Truman Scholar**                                                    1983–1990
Harry S. Truman Foundation National Scholarship
2 years of undergraduate and 2 years of graduate study support

## LEADERSHIP

**Advisor**                                                                    2016-present
Andrew Levitt Center for Social Emergency Medicine

**Project Director for Indonesia**                                             03/2014-2017
Health Volunteers Overseas (HVO)
Coordinate, oversee HVO volunteers at their site in Borneo, Indonesia

**Medical Director**                                                           2014-present
Sanford Health Advocates in Research in the (ED) (SHAR(ED)) Help Desk
Stanford undergraduate-run resource desk offering screening for community resources through the ED.

**Fellowship Director/Associate Director**                                     2012–2017/2018-present
Social Emergency Medicine and Population Health Fellowship
Department of Emergency Medicine, Stanford CA

**Medical Director / Founder**                                                 2003–2010
Family Resource Desk
Stanford undergraduate-run resource desk offering children and their families information about
community resources

**Founding Member / Board of Directors**                                       1997–2010
International Medical Options 501(c)(3)
Nonprofit organization with the mission to provide networking and resources to physicians working
internationally.  Sponsored regional conferences to educate medical personnel about international medical
options.

**Co-President**                                                               2004–2005

Spanish Immersion Palo Alto Parents Association (SIPAPA)

**Coordinator / Founder**                                                                    2000–2002
Bambara-Lorde Program
Co-founded and coordinated an internship program partnering artists with community health clinics to use different art forms as a community organizing and educational tool.

## Boards, Consultancies:

**Board Member**                                                                           11/2018-present
Rise Together Education
Palo Alto, California
Non-profit dedicated to improving college graduation rates by providing mentoring and financial resources to low-income Palo Alto High School students and graduates.

**Physician Consultant**                                                                   09/2016-9/2017
Acumen LLC, Burlingame, California
Company with mission to improve the information available to policymakers who design health and welfare programs at all levels of government. (5% FTE)

**Board Member**                                                                           12/2011–10/2015
Sustainable Science Institute, San Francisco, California
Nonprofit organization with the mission to build scientific capacity and human resources to control and prevent infectious disease, improve public health infrastructure and ultimately the health status of a population in resource-poor settings

**Board Member**                                                                           2011–2014
Helianthus Media
Nonprofit for production of medical documentaries

**Physician Consultant**                                                                   03/2010
University of Wisconsin/Ethiopia Emergency Medicine Twinning Project/ American International Health Alliance (AIHA)

**Physician Consultant**                                                                   04/2005
Site visit and program evaluation,
Child Family Health International, Oaxaca, Mexico

**Board Member**                                                                           2000–2002
Stanford Arboretum Children's Center

**Advisory Board Member**                                                                  1996–1999
Arbor Free Clinic, Stanford, California

## Regional or National Advisory Committees:

California Emergency Medical Services for Children (EMSC)                                   2014-present
Technical Advisory Committee

State Trauma System Development Work Group                                                  2014 - 2015
Regional Network development and re-triage

NE Wang - 6

(California Emergency Medical Services Authority)

| | |
|---|---|
| Agency for Healthcare Research and Quality (AHRQ) ED quality indicators work group with Stanford Primary Care Outcomes Research Group (Clinical Lead) | 2012–2014 |
| AHRQ-funded ED primary care quality indicator work group with Stanford Primary Care Outcomes Research Group | 2009–2011 |
| California Emergency Medical Services Authority EMS Information Systems Data Advisory Group | 2010–2011 |

## Regional or National Research Networks:

Emergency Medicine Network (EMNet)
State Coordinator for national survey on pediatric emergency care                2016

## PROFESSIONAL SERVICE

### Child Welfare Expert:
Center for Human Rights and Constitutional Law                7/2018-present
*Flores vs. Barr*
Data analysis                on-going

### Manuscript Review:

*Academic Emergency Medicine*
*Annals of Emergency Medicine (invited regular reviewer 2016)*
*BioMed Central (BMC) Pediatrics*
*BioMed Central (BMC) Emergency Medicine*
*Hospital Pediatrics*
*Injury*
*JAMA Pediatrics*
*Journal of Adolescent Health*
*Journal of Pediatric*
*New England Journal of Medicine*
*Pediatric Pulmonology*
*Pediatrics*
*PLOS One*
*Prática Familiar Rural (Rural Family Practice)*
*Prehospital Emergency Care*
*Western Journal of Emergency Medicine*
*WHO Bulletin*

### Abstract Review:
American Public Health Association (APHA) Annual Meeting 2018                2018
*International Health, Mental Health, Injury Control and Emergency Health Services, Academic and Practice Linkages in Public Health Caucus programs*

### Editorial Board:

NE Wang - 7

Pediatric Emergency Medicine Reports                                      2015-present

**Grant/Fellowship Review (International/National):**
PSI Foundation (Physicians of Ontario)                                    2019
NIH, National Institute on Minority Health and Health Disparities R13 Conference Grant Review   2015
NIH, Healthcare Delivery and Methodologies Integrated Review Group        2012
Alberta Heritage Foundation for Medical Research                          2009

**Moderator:**
SAEM, Annual Conference, Orlando, FLA Abstract Session                     8/2017

## Stanford University and School of Medicine Service:

**University Committees:**
Faculty Steering Committee of the Haas Center for Public Service          8/2017-8/2020
Student-Initiated Courses  (SIC) Faculty Selection Committee              2005-2018

**School of Medicine Service:**
Medical School Admissions Applicant Review                                2012–2016
Stanford School of Medicine, Women in Medicine Mentor                     2010–2011
School of Medicine Faculty Senate; Department Senator                     2009–2012
Medical School Admissions Panel Member                                    2005–2007

**School of Medicine Service/Committees:**
Stanford Medical Scholars Annual Poster Competition Judge                 5/2018
Clinical Faculty Appointments and Promotions Committee (Alternate)        2018-present
McCormick Fellowship Selection Committee:                                 2017-present
    A fellowship with the mandate to support women in academic medicine
Adjunct Clinical Faculty Appointments and Promotions Committee            2017-present
Stanford Office of Faculty Development and Diversity Liason               2017-present
Child Injury Prevention Committee (Stanford Children's Health)            2014-present
Stanford Community Scholars Review Committee Member                       2009–2012
Member, Family Advocacy Program (FAP), LPCH                               2003-2015
Stanford Systems Investigators in Surgery, Trauma and Emergency Medicine (SISTEM)   2010–2011
Founding Member

**Departmental Service:**
ED Academic Affairs Co-Director                                           2015-present
ED Appointment and Promotions Committee, Co-Chair                         2016-present
ED Young Faculty Mentoring Program Lead                                   2018-present

**Departmental Committees:**
ED Patient Family Advisory Committee                                      2016-2017
Pediatric Emergency Medicine Quality Assurance Committee                  1996–2015
    Committee Vice-Chair                                                2003–2015
    Committee Chair                                                     1996–2003

## Grant/Fellowship Review:

McCormick Advanced Postdoctoral Fellowship Selection Committee.           2017-present
    Stanford fellowship to support women in academic medicine

Child Health Research Institute (CHRI) Clinician Educator Research Grants,                     2014-present
      Stanford University
CHRI MD Training Support Awards, Stanford University                                                          2013

## Other Academic Service:

Planning Committee Member                                                                                                  2000–2001
Bay Area International Health Interest Group
2001 Conference "Globalization and Health:  Who Owes What to Whom?"

# TEACHING

## International/National/Stanford Course Directorships:

**Course Director**                                                                                                                04/26-28/2018
Advanced Pediatric Life Support (APLS) Course
Two day course for 30 residents in Pediatrics, Emergency Medicine and Anesthesia
Centre Hospitalier Universitaire Kigali University of Rwanda

**Course Director**                                                                                                                04/23-24/2018
Advanced Pediatric Life Support (APLS) Train the Trainer Course
Two and a half day course for 11 chief residents and faculty in Pediatrics, Emergency Medicine and
Anesthesia
Centre Hospitalier Universitaire Kigali University of Rwanda

**Course Director**
Pediatric Advanced Life Support Skill Workshops                                                                11/2015
5 half-day workshops for MDs and nurses
Congreso Internacional de Pediatria y Nutricon/
Jornadas de Enfermeria
Santo Domingo, Ecuador

**Course Director**                                                                                                                02/2015
Advanced Pediatric Life Support (APLS) Course (Conducted in Spanish)
One day course for 12 Ecuadoran Pediatric Critical Care Fellows
Laude in Pediatric Critical Care
Universidad San Francisco de Quito, Ecuador

**Course Director**
Advanced Pediatric Life Support (APLS) Course (Conducted in Spanish)                     05/2014
Three 1.5-day courses for 30 Ecuadorean Family Medicine Residents
Andean Health and Development/Saludesa
Santo Domingo, Ecuador

**Course Director**                                                                                                                2013–2014
Advanced Pediatric Life Support (APLS) and Simulation CME course
American Academy of Pediatrics (AAP) certified
Stanford School of Medicine, Pediatric Emergency Medicine
(Course dates: 03/2013, 09/2013, 03/2014)

**Course Director and Advisor**                                                                                           2006-2007

NE Wang - 9

Pediatric Advanced Life Support (PALS) Provider and Instructor Course (Conducted in Spanish)
Child Family Health International, Puerto Escondido, Mexico
(4 courses in 2006)

## Stanford University Courses:

**Faculty Leader** (with Dr. S. Gaulocher)                                          Summer 2016
Community, Health and Learning through Service in Sri Lanka
Bing Overseas Summer Seminars and Special Programs

**Faculty Leader** (with Dr. S. Gaulocher)                                          Spring/Fall 2016
Community, Health and Learning through Service in Sri Lanka Pre and post seminar
Bing Overseas Summer Seminars and Special Programs

**Course Co-Director** (with Drs. S. Lippert and J Bruce)                            Winter 2016
Social and Environmental Determinants of Health
Community Health Concentration Course (3u), Stanford Medical school

**Course Director**                                                                  2013–present
Social Emergency Medicine Boot Camp and Service Learning Course (Undergraduates)
1-2u; 1 quarter per year, Stanford University

**Course Director**                                                                  2006–2007
Population Health Thread of Practice of Medicine, Stanford Medical School

**Course Director**                                                                  2001–2009
Medical Experiences in Foreign Lands
Sophomore Seminar, Stanford University (every other year)

**Course Director**                                                                  2000–2003
International Health, Human Biology, Stanford University

**Seminar Series**
The Political Determinants of Health and Tools for Health Advocacy                   Spring 2017

International Medicine Lecture Series, Stanford Medical School                        Winter 2000

## Stanford University Student-Initiated Courses - Faculty Advisor:
Health in India HB9                                                                  2005, 2007
Community Health HB11                                                                2005, 2007, 2010
Health in Nepal                                                                      2004

## Stanford Emergency Medicine and Pediatrics Residencies:

**Coordinator**                                                                      1999–2008, 2010–2012
Pediatric Emergency Medicine Curriculum,
Pediatric Residency Program LPCH, Stanford CA

**Coordinator**                                                                      1999–2008, 2010–2012
Pediatric Emergency Medicine Curriculum,

NE Wang - 10

Stanford/Kaiser Emergency Medicine Residency Program Stanford CA

**Coordinator**                                                                              2002
LPCH Pediatric Residency Advocacy Program

## Stanford Pediatric Emergency Medicine Fellowship:

**Director**                                                                          2017-present
Research Curriculum
Clinical Research Design (1st year) and Biostatistics ($2^{nd} – 3^{rd}$ year)

PRESENTATIONS/LECTURES/OTHER FORMATS

### International/National Invited Symposia/Workshops/Roundtables/Other:

Kahan A, Woods JB, Hazeldean S, Dowd N, Swan S, **Wang NE**.  Erosion of Civil Rights and its Impact on US Families and Children.  Invited to participate in Round Table Session at the American Association of Law Schools (AALS) Conference, Wash DC, January 2020.

Augustine K, Binford W, **Wang N**, Matlow R.   Countering the Evil of Family Separation: Crowd-sourcing Legal, Medical, and Mental Health Assistance for Detained Children.  Migration, Displacements and Diasporas Track.  Presentation at Latin American Studies Association Annual Conference, Boston, MA, May 2019.

Binford W, **Wang N**, Wise P.  Workshop:  Conducting Trauma- Informed Interviews of Immigrant Children.  Presentation at the American Bar Association (ABA) National Conference on Access to Justice for Children and Families, Tyson's Corner, VA, April 2018.

Gaulocher S, Ramarea T, Ariyarate V, **Wang** NE, Oshima S.  Participatory Photo Mapping in a Community Engaged Learning Course:  Community, Health and Learning Through Service in Sri Lanka.  Round Table Presentation at American Pubic Health Association Annual Meeting, San Diego, CA, Nov  2018.

Gaulocher S, Oshima S, Adkins T, Ramarea T, Jeyapragasan K, **Wang NE.** Community Health and Learning Through Service in Sri Lanka. Team Inquiry/Symposium Presentation to C2UExpo2017 Conference.  Vancouver, BC Canada, May 2017.  (C2UExpo is a biannual conference that explores the edge of community-college-university partnerships as catalysts for social innovation.)

### International Invited Lectures/Courses:

"Evaluación Pediátrica;" "Maltrato Infantile;" "Sistema Nervioso Central"                   1/2019
Advanced Pediatric Life Support
Universidad San Francisco de Quito, Ecuador

Pediatric Emergency Medicine and Advanced Pediatric Life Support (APLS) Module          11/2017
Myanmar Post Graduate Education Program in Emergency Medicine                              11/2016
2 week lecture series
Yangon, Myanmar

Pediatric Trauma Module: Theory and Practice (Conducted in Spanish)                  02/17-27/2015

NE Wang - 11

Talks, Discussions and Simulations
Laude in Pediatric Critical Care Fellowship
Universidad San Francisco de Quito, Ecuador

Age-based Differential Diagnosis of Abdominal Pain                                                    1/2015
Center for Primary Care and Education
Family Medicine and Emergency Medicine Fellowship Programs
United Family Healthcare
Beijing, Shanghai, Ulaanbaatar, People's Republic of China
(Virtual learning series)

"A Brief  Overview of Pediatric Major Trauma.  The Emergency Department Phase of Care"          10/2014
Also Co-Chair of Pediatric Trauma Management and Emergency Medicine Path
BIT's 2nd Annual World Congress of Pediatrics-2014
Hosted by Information Research Center of International Talents, China State Administration of Foreign
Experts Affairs; National Center for Women and Children's Health, Shanxi Children's Hospital
Taiyuan, People's Republic of China

"Evaluación Pediátrica;" "Trauma"                                                                    05/2014
Advanced Pediatric Life Support (APLS) Course
Andean Health and Development/Saludesa
Santo Domingo, Ecuador

"Convulsiones Pediátricas"                                                                           02/2012
"Actualización de Reanimacion Cardiopulmonar Neonatal"
Instituto de Salud, Jurisdicción Sanitaria No. 11, Chiapas, Mexico

"Avances de el Manejo de la Vía Aérea Pediatrica"                                                    03/2007
Hospital de Niños Nacional, Habana, Cuba

## National Invited Lectures:

"What You Need on Social Needs:  The Top 10 Social Emergency Medicine Papers of 2018"           5/2019
with Harrison Alter and Jahan Fahimi
Society for Academic Emergency Medicine (SAEM) Annual Meeting, Las Vegas, Nevada

"Age-based Differential Diagnosis of Pediatric Altered Level of Consciousness"                   4/2019
"Medically Complex Kids:  Tracheostomy Cases"
"Medically Complex Kids:  Gizmos and Gadgets:  G-tubes, CSF shunts, Baclofen Pumps"
Stanford 20th Symposium on Emergency Medicine, Maui Hawaii

"What You Need on Social Needs:  The Top 10 Social Emergency Medicine Papers of 2017"           5/2018
with Harrison Alter and Jahan Fahimi
Society for Academic Emergency Medicine (SAEM) Annual Meeting, Indianapolis, Indiana

"Age-based Differential Diagnosis of Limp"                                                       3/2018
Stanford 19th Symposium on Emergency Medicine, Kaui Hawaii

"What Next?  From the Principles to the Practice of Social Emergency Medicine."                  09/2017
Commentary on "Principals of Social Emergency Medicine"
Inventing Social Emergency Medicine Conference,

NE Wang - 12

American College of Emergency Physicians/RWJ/EMF, Dallas TX

"What You Need on Social Needs:  The Top 10 Social Emergency Medicine Papers of 2016"   5/2017
with Harrison Alter and Jahan Fahimi
Society for Academic Emergency Medicine (SAEM) Annual Meeting, Orlando Florida

"Age-based Differential Diagnosis of Abdominal Pain"   3/2017
Stanford Symposium on Emergency Medicine & Critical Care, Maui Hawaii

Respiratory adjunct workshop; "Medical Emergencies"   08/2015
Pediatric Advanced Life Support (PALS)/Advanced Pediatric Life Support (APLS) Simulation Course
Stanford University School of Medicine, Stanford, California

"Pediatric Assessment"   03/2014
Advanced Pediatric Life Support (APLS) Simulation Course
Stanford University School of Medicine, Stanford, California

"Children with Special Health Care Needs"   03/2013
Advanced Pediatric Life Support (APLS) Simulation Course
Stanford University School of Medicine, Stanford, California

"Pediatric Specific Disease:  Cases You Don't Want to Miss"
Stanford Symposium on Emergency Medicine & Critical Care   5/2010
Stanford Xtreme Emergency Medicine Conference   9/2007, 9/2008

Pediatric Procedures Lab
Stanford Symposium on Emergency Medicine & Critical Care   4/2002, 5/2010, 3/2017, 3/2018, 4/2019
Stanford Xtreme Emergency Medicine Conference   9/2007, 9/2008

"Pediatric Rashes, Pediatric Literature Update"   5/2008
Stanford Symposium on Emergency Medicine & Critical Care

"Pediatric Literature Update 2006:  Articles That Will Change Your Practice"   4/2006
Stanford Symposium on Emergency Medicine & Critical Care

"Pitfalls in Pediatric Infectious Disease"   4/2002
Stanford Symposium on Emergency Medicine & Critical Care

"International Medical Options"   1/1997
Stanford Symposium on Emergency Medicine & Critical Care

## Grand Rounds (National Invited Lectures):

"Social Emergency Medicine.  It's all Context:  What, Where, How, Why, When and Who."   11/2018
University of Texas at Austin, Dell Medical School
Pediatric Emergency Medicine Grand Rounds

"10 Ways Children Are Different From Adults"   10/2013
"Age-based Differential Diagnosis of Abdominal Pain in Children"
Stanford Pediatric Emergency Medicine Grand Rounds

NE Wang - 13

"Pediatric Specific Disease:  Cases You Don't Want to Miss"                    12/2011
Emergency Medicine Grand Rounds
Feinburg School of Medicine, Northwestern University, Chicago

"Access: Health Care Access for the Immigrant Uninsured"                      10/2002
Stanford Department of Emergency Medicine Grand Rounds

**Regional Invited Lectures:**

"Political Determinants of Health:  Immigration and Detention of Children in the Age of Trump" 11/2018
West Coast Social Emergency Medicine Fellowship Consortium Journal Club

"Airway Panel Discussion"                                                      8/2018
Regional Pediatric Critical Care Medicine Boot Camp

"Inquiries into Pediatric Trauma Care in California"                           5/2018
California Emergency Medical Services Trauma Summit

"Pediatric Trauma:  Primary Triage, Transfer and Under-triage Patterns in California"   1/2018
California Emergency Medical Services for Children (EMS-C)

"Pediatric Trauma Prevention"                                                  9/2014
3rd Annual Bay Area Emergency Medicine Conference

Panelist and Breakout discussion leader                                        2/2011
Pediatric Trauma and Access to Care Summit UC Davis/UCLA

"Disparities in Pediatric Trauma Care in California - Update"                  1/2010
California Emergency Medical Services for Children (EMS-C), Technical Advisory Committee

"Disparities in Pediatric Trauma Care"                                         10/2009
Santa Clara Valley 9th Annual Trauma Seminar-Pediatric Trauma

"Disparities in Pediatric Trauma Care"                                         1/2007
California Emergency Medical Services for Children (EMS-C), Technical Advisory Committee

**Local Lectures/Workshops:**
Stanford-Kaiser Emergency Medicine Residency or LPCH Pediatric Residency unless otherwise noted.

1. "Children on the Border:  Taking Action"
        Dept of Pediatrics Town Hall
        with Lisa Chamberlain, Fernando Mendoza, and Paul Wise 7/2019
2. "Medically Complex Kids:  Kids with Tracheostomy"
        11/2018
3.  CNS infection workshop – small group facilitator
Stanford Medical School Medical Microbiology Course
        10/2017, 11/2018
4. "What Does a Career in Pediatric Emergency Medicine Look Like?"
        Pediatric Subspecialty Series, Stanford Medical School
        10/2018

5. "Introduction to Emergency Medicine and Social Emergency Medicine"
Stanford Summer Community College Premedical Program
     7/2018
6. "Emergency Medicine History and Physical - workshop"
Envision (Stanford Summer Program to introduce high school students to Emergency Medicine)
     7/2018
7.  "Pediatric MSK Tutorial"
     9/2017
8. "What You Need on Social Needs:  The Top 10 Social Emergency Medicine Papers of 2016"
     5/2016
9.  "Immigration Policy, Emergency Medicine and How to Care For Our Patients"
     with Dana Weintraub, Kate Stanford and Jennifer Newberry
     5/2016
10. "The Reality of Data:  Where do Administrative Data Come From?"
     9/2015, 11/2016, 1/2018 Stanford Health Policy PhD Program
11. "Age-based Differential Diagnosis of Altered Level of Consciousness and Seizures."
     5/2017, 3/2018, 12/2018 (Pediatric Emergency Medicine Fellows)
12. "Social Emergency Medicine and Population Health Series:  Overview"
     8/2015, 10/2016
13. "Age-based Differential Diagnosis of Abdominal Pain"
     12/2014, 1/2017, 4/2017 (LPCH pediatric residency)
14. "Pediatric Major Trauma.  The Emergency Department Phase of Care"
     10/2014 Stanford Medical School
15. "The Population Health Approach to Accidents and Injury with a Focus on Children"
     10/2011 Stanford Medical School
16. "PEM Dermatology Basics:  The Classic and the Deadly"
     11/2010
17. "Dermatologic Manifestations of Pediatric Infectious Disease"
     12/2008
18. "Pediatric Procedural Sedation:  Do It"
     1/2008
19. "PEM Case Studies"
     4/2008
20.  "Pediatric Ear Nose Throat Emergencies"
     1/2000; 10/2007
21.  "Parasites and Lifestyles"
     11/1999; 10/2005
22. "Pediatric Obstetrical and Gynecologic Emergencies"
     3/2005
23. "Pediatric GI Emergencies"
     6/2003 Stanford Primary Care Associate Program
24. "Pediatric Emergency Medicine Orientation"
     7/2001; 7/2002; 7/2003
25. "Pediatric Codes/Introduction to Code Cart"
     9/1999; 9/2001
26. "Endocrinology in Context: Endocrine Emergencies"
     3/1995; 5/1997/11/2001
27. "Pediatric Trauma and Airway"
     10/2001 Stanford Life flight/Medical Transportation Program
28. "Reactive Airway Disease in Kids"
     9/2000

NE Wang - 15

29. "Pediatric Orthopedics"
    10/2000
30. "Pediatric Toxicology Pearls"
    3/1999
31. "RSV Induced Apnea"
    12/1999
32. "Turn on the Lytes:  ED Management of Electrolyte Disorders"
    5/1996; 6/1999
33. "Chest Pain in Children"
    4/1998 Children's Hospital Oakland Residency
34. "Management of Acute Myocardial Infarction"
    5/1998 Children/s Hospital Oakland Pediatric Emergency Medicine group
35. "Strains, Sprains and Pains"
    1/1997
36. "Arthropod Infections, Envenomations and Infestation"
    10/1996
47. "Headaches over Headaches"
    2/1996

## ADVISING AND MENTORING

### Society for Academic Emergency Medicine:
Women in Academic Emergency Medicine    2012–2013
Regional Mentor

### Stanford Department of Emergency Medicine
Early Faculty Mentoring Program    8/2018-present
Project Lead

### Graduate Students and Fellows:

**Pediatric Intensive Care Fellowship:**
Quynh Phan Nguyen  (Research advisor)    Anticipated graduation 2020
"Epidemiology and outcomes of pediatric unintentional falls presenting to US Emergency Departments: What role do developmental disabilities play?

**Social Emergency Medicine and Population Health Fellowship:**
Erik S. Anderson    Graduated 2016
    Attending Physician, Shiprock, Arizona (Indian Health Services) (2016-2019)
    Medical Director, Shiprock, Arizona (Indian Health Services)  (2017-2019)
    Attending Physician Alameda County Hospital (2019-present)

Jennifer Newberry    Graduated 2014
    Stanford Emergency Medicine Faculty (2014-)

**Stanford Health Care Research Policy Masters Program:**
Kit Delgado (Thesis Committee and advisor)    Graduated 2012
    Assistant Professor, Department of Emergency Medicine, University of Pennsylvania

**Stanford Epidemiology Masters Program:**

Jessica Pierog, MD  (Thesis Committee and advisor)                    Graduated 2011
"Teaching Effective CPR, Squeezing New Life into an Old Procedure"
        Stanford Emergency Medicine Faculty (2014-2016)

## Stanford Emergency Medicine Residency Program:
David Kim                                                    Anticipated graduation 2020
Shyam Mohan Sivasankar                                       Graduated 2017
        Fellow Pediatric Emergency Medicine, Austin Children's (2017-)
Joshua Elder                                                 Graduated 2015
        Robert Wood Johnson Clinical Scholar, Yale School of Medicine (2015-2017)
        Assistant Professor, University of California Davis (2017-)
Stacie Solt                                                  Graduated 2013
        Fellow in Addiction Medicine, Stanford University School of Medicine (2013-2014)
Jennifer Newbury                                             Graduated 2013
        Fellow in Social Emergency Medicine, Stanford Emergency Medicine (2013-2014)
        Stanford Emergency Medicine Faculty (2014-)
Lauren Paige Sokolsky                                        Graduated 2012
Yuemi An                                                     Graduated 2011
        Fellow in Simulation and Pediatric Emergency Medicine,
        Northwestern University, Chicago (2013–2016)
        Assistant Professor, Pediatrics (Emergency Medicine), Feinberg School of Medicine (2016-)
Jonathan Vlahos                                              Graduated 2007
John Morehouse                                               Graduated 2006
        Recipient of Yale J & J Fellowship to South Africa (2005)
Veronique Au                                                 Graduated 2004
Kimberly Levin                                               Graduated 2003

## Stanford Pediatrics Residency:
July Lee                                                     Anticipated graduation 2020
  (Advocacy Project Advisor:  Influence of Immigration Status on Pediatric Access to Emergency Care)
Ashley McCullough                                            Anticipated graduation 2020
Chisom Agbim                                                 Graduated 2018
        Fellow, Pediatric Emergency Medicine Childrens Hospital Oakland/UCSF Benioff (2018-)
Lori Ellen Rutman                                            Graduated 2011
        Fellow, Pediatric Emergency Medicine University of Washington (2011–2014)
        Assistant Professor, Pediatric Emergency Medicine, Seattle Children's Hospital (2014-)
Rebekah Burns                                                Graduated 2010
        Fellow Pediatric Emergency Medicine Children's Memorial, Chicago (2010-2012)
        Assistant Professor, Pediatric Emergency Medicine, Seattle Children's Hospital (2013-)

## Stanford Medical School – Valley Fellowship Program:
Program for medical students to develop and implement a program in conjunction with Santa Clara
Valley Community Partner and Stanford Center for Population Health Sciences and Office of Community
Engagement
Emilia Ling                                                  Anticipated graduation 2021
"Sharing Care: Improving Connections and Referral Systems Between Stanford Help Desk and
Community Primary and Dental Care Centers"

## Stanford Medical School – Medical Scholars Program:
Laura Simko                                                  Anticipated graduation 2022

"An investigation into ED boarding of psychiatric patients in US emergency departments

Katherine Lauren Cassillas                                              Anticipated graduation 2021
"State-Level Analysis of Young Adult Emergency Department Utilization for Psychiatric Diagnoses under the Early Affordable Care Act Medicaid Expansion."

Nicholus Warstadt                                                        Graduated 2018
Faculty Advisor for Stanford University Medical Scholar,
"Predictors and Outcomes of Specialized Treatment Center Utilization by California Youths with Burn Injuries"

Mackensie Yore                                                           Graduated 2017
Faculty Advisor for Stanford University Medical Scholar,
"Design and Evaluation of a Social Services Help Desk in the Santa Clara Valley Medical Center Emergency Department."
        Resident Emergency Medicine, UCSF Fresno (2017-)

Ibrahim Hakim                                                            Graduated 2017
Faculty Advisor for Stanford University Medical Scholar,
"Variation in Treatment of Pediatric Injury by Hospital Trauma Status"
        Resident Internal Medicine, Case Western (2017-)

Frances Chen                                                             Graduated 2017
Faculty Advisor for Stanford University Medical Scholar,
"A Pilot Study of an Emergency Department-Based Insurance Linkage Program"
        Intern Medicine Prelim, UCSD (2017-2018)
        Resident Anesthesiology, Massachusetts General Hospital (2018-)

Carson Burns                                                             Graduated 2016
Co-Faculty Advisor for Stanford University Medical Scholar,
"Effect of Affordable Care Act (ACA) on young adult frequent ED users"
        Resident, Pediatrics Seattle Children's Hospital (2016-)

Rachel Rizal                                                            Graduated 2016
Faculty Advisor for Stanford University Medical Scholar,
"The Effect of Computerized Alcohol Screening and Brief Intervention on Alcohol Consumption in Adolescent Patients in the Emergency Department"
        Resident, Harvard Affiliated Emergency Medicine Program (2016-)

Lara Vogel                                                              Graduated 2015
Faculty Advisor for Stanford University Medical Scholar,
"Pediatric Trauma Transfers in California:  Disparities in access and efficiency"
        Resident, Harvard Affiliated Emergency Medicine Program (2015-)

Mia Kanak                                                              Graduated 2015
"Evaluation of an Emergency Department-based Health Insurance Enrollment Program for Children: Rate of Linkage, Retention After Initial Linkage, and Healthcare Utilization"
        Resident, Pediatrics, Boston Children's Hospital (2015-)

Michael Yokell                                                          Graduated 2015
Faculty Advisor for Stanford University Medical Scholar,

"National rates of under- and over-triage of trauma"
Resident, Emergency Medicine, University of Pennsylvania (2015-)

Anna Arroyo Chen                                                    Graduated 2011
Faculty Advisor for Stanford University Community Scholar,
"Social disparities in the incidence of serious trauma: A total population study of California children, 2008"
Resident, Internal Medicine, UCSF (2011-2015)
Fellow, Allergy and Immunology, Massachusetts General (2017-)

Thomas Tsai                                                        Graduated 2010
Faculty Advisor for Stanford University Medical Scholar,
"Reducing Radiation Exposure: Clinical Features and Reliability of a Sonographically Normal Appendix in Ruling Out Pediatric Acute Appendicitis"
Resident, Clinical Fellow Surgery, Brigham and Women's Hospital (2010-)

Naresh Ramarajan                                                   Graduated 2009
Faculty Advisor for Stanford University Medical Scholar,
"Interdisciplinary Initiative to Reduce Radiation Exposure in Children:  Evaluation of Appendicitis Using a Staged US and CT Protocol"
Resident, Internal and Emergency Medicine, UCLA (2009-)

Matthew Mendenhall                                                 Graduated 2006
Faculty Advisor for Stanford University Community Scholar,
"Water in Malawi: The Sustainability of Shallow Wells, 2005"
Resident, Emergency Medicine, Denver General (2006-2010)

Prasanna Ananth                                                    Graduated 2008
Faculty Advisor for Stanford University Community Scholar,
"Feasibility of an Emergency Department-Based Educational Intervention for Acute Asthma, 2005"
Resident, Pediatrics, Boston Children's Hospital (2008-2011)
Instructor, Pediatrics, Harvard Medical School

Melissa Enriquez                                                   Graduated 2007
Faculty Advisor for Stanford University Medical Scholar,
"Comparing Diagnostic Strategies for Chlamydia, Gonorrhea, and Trichomoniasis:  Data From an Urban Primary Health Care Center in Sao Paulo, Brazil 2005"
Resident, Radiology, Stanford and UCLA Medical Center (2007-2011)

Melissa Enriquez                                                   Graduated 2007
Faculty Advisor for Stanford University Traveling Medical Scholar,
"HAART in Brazil:  The Challenge of Universal Access in a Context of Social Inequity 2003"

Mana Golzari                                                       Graduated 2006
Faculty Advisor for Stanford University Medical Scholar,
"Pediatric Emergency Medicine Follow-up Compliance Study 2002 and 2003"
Resident, Pediatrics, UCSF (2006-2009)

## Undergraduates:

**Leadership In Health Disparities Early Matriculation**

NE Wang - 19

**Program**                                           Summer 2009, 2010, 2013, 2015, 2016, 2019
**Mentor**
Nelson Alvaro Amorin (2016)
Matt Schoen (2015)
Emily Pang (2019)

**Stanford University Undergraduate Research Project Faculty Sponsor:**
Tanya Haj-Hassan                                                          2005–2006
    "Local Neonatal Mortality in Jordan"
Ben Fohner                                                                2005–2006
    "Local Counterpart Participation in Non-Profit Medical Organizations in Honduras"
Erin Palm                                                                       2003
    "Community Integration of Health Care Facilities in Ecuador"

**Thesis Reader:  Stanford Human Biology Program:**
McKenzie Wilson                                                           2013–2014
    "Burn Epidemiology in South Africa"
Tanya Haj-Hassan                                                          2005–2006
    "Neonatal Mortality in Jordan"
Ben Fohner                                                                2005–2006
    "Local Counterpart Participation in Non-Profit Medical Organizations in Honduras"
Sean Martin                                                                     2001
    "Blunt Trauma Victims with PEA: Poor Ending Assured"

**Human Biology Concentration Faculty Advisor:**

Hannah Obasi                                              Graduated 2013
Rachel Lee                                                Graduated 2011
Griffen Gorsky                                            Graduated 2011
Tanya Haj-Hassan                                          Graduated 2006
    Rhodes Scholar 2006
    JE Wallace Sterling Award for Scholastic Achievement 2006
    Oxford Medical School, 2013
    Residency Pediatrics, Children's Hospital of Pennsylvania, 2016
Ben Fohner                                                Graduated 2006
    Fullbright Fellowship
Stacy Zamboro                                             Graduated 2006
Archana Pasupuleti                                        Graduated 2005
    Ford Fellowship 2005
Laura Davis                                               Graduated 2003
    (Matriculated Medical School South Carolina 2006)
Kristina Adachi                                           Graduated 2002
    (Matriculated U.C.L.A. Medical School 2005)
Prasana Ananth                                            Graduated 2002
    (Matriculated Stanford Medical School 2003)
Jenny Baca                                                Graduated 2002
Yanina Greenstein                                         Graduated 2001
    (Matriculated Medical School Rochester 2006)
Amber Johnson                                             Graduated 2001
Danielle Jenkins                                          Graduated 2001
Kelsey Mercier                                            Graduated 2001

NE Wang - 20

Marcela Paquin                                                                    Graduated 2001
    (Matriculated Stanford Medical School 2006)
    (Residency in Pediatrics, University of Colorado 2009)
    (Fellowship Pediatric Emergency Medicine 2011-2014)
    (Instructor Pediatrics-Emergency Medicine 2014-)
Anabel Ruiz                                                                       Graduated 2000
    (Matriculated Johns Hopkins Medical School 2002)

## PUBLICATIONS

### Peer-reviewed articles - Original research:  (72 published 2 accepted; 74 total)

1. **Wang NE,** Newton C, Spain D, Pirrotta E, Thomas-Uribe M, Hospital and Regional Characteristics Associated with Under-triage of Injured Children in California (2005-2015): A Retrospective Cohort Study. *Trauma Surgery and Acute Care Open In Press* August 2019.

2. Feltes M, Becker J, McCall N, Sivasankar S, Mbajumucyo G, **Wang NE.**  Teaching how to teach in a train-the-trainer program.  Accepted *Journal of Graduate Medical Education* May 2019.

3. Bustamante G, Barragán E, Mantilla B, Soria S, Cabrera-Barona P, Quizhpe E, Jiménez Aguilar AP, Hinojosa Trujillo MH, **Wang NE\*,** Grunauer M.  Women's awareness of obstetric warning signs in ecuador: a cross-sectional study of risk factors.  *Public Health.* 2019 Jun 12;172:52-60. doi: 10.1016/j.puhe.2019.04.013. [Epub ahead of print] PMID:31202092. \*Participated in writing, analysis, critical revision of manuscript.

4. Anderson ES, Ericksen MG, **Wang, NE\*,** Dworkis D.  Closing the Gap: Improving access to trauma care in New Mexico (2007-2017). The American Journal of Emergency Medicine.  2019 Feb 22. pii: S0735-6757(19)30116-0. doi: 10.1016/j.ajem.2019.02.030. [Epub ahead of print] PMID:30824273 \*Participated in writing, analysis, critical revision of manuscript.

5. Gordon AJ, Sebok-Syer S, Dohn AM, Smith-Coggins R, **Wang NE\*,** Williams SR, Gisondi MA.  "The Birth of a Return to Work Policy for New Resident Parents in Emergency Medicine." Academic Emergency Medicine. 2019 Mar;26(3):317-326. PMID: 30636353  \*Participated in analysis plan, drafting of manuscript.

6. Sheckter CC, Kiwanuka H, Pirrotta E, Curtin C, **Wang NE**.  Increasing Ambulatory Treatment of Pediatric Minor Burns—The Emerging Paradigm for Burn Care in Children.  *Burns,* 2019 Feb;45(1):165-172. doi: 10.1016/j.burns.2018.08.031. Epub 2018 Sep 17.  PMID: 30236815

7. Ijaz N, Strehlow M, **Wang NE\*,** Pirrotta E, Tariq A, Mahmood N,  Mahadevan S. Epidemiology of patients presenting to a pediatric emergency department in Karachi, Pakistan. *BMC Emergency Medicine.* 2018 2018 Aug 3;18(1):22. PMID:30075749 \*Participated in analysis plan, drafting and critical revision of manuscript.

8. Hakim IS, Newton C, Schoen M,  Pirrotta EA, **Wang NE.**  Nationwide Assessment of Factors Associated with Non-operative Management of Pediatric Splenic Injury.  *The American Surgeon,* May 2018:  84(5): 695-702.  PMID:29966571

9. Della Valle JM, Newton C, Kline RA, Spain DA, Pirrotta E, **Wang NE.**   Research Letter:  A Focus On Rapid Retriage Of Critically Injured Trauma Patients (2013-2015). *JAMA Surg.* 2017 Oct 1;152(10):981-983. doi: 10.1001/jamasurg.2017.2178.  PMID: 29966571.

10. Arroyo A, Chee CP, Camargo CA, **Wang, NE**.  In Practice: Where Do Children Die from Asthma? National Data from 2003-2015. *The Journal of Allergy and Clinical Immunology.* 2017 Sep 29. pii: S2213-2198(17)30716-X. doi: 10.1016/j.jaip.2017.08.032. [Epub ahead of print] PMID:28970087.

11. Huang Y, Kissee J, Dayal P, **Wang NE\***, Marcin J.  Association between Insurance and Transfer of Injured Children from Emergency Departments. *Pediatrics* 2017 Oct;140(4). pii: e20163640. doi: 10.1542/peds.2016-3640. Epub 2017 Sep 19.  PMID:28928288.  \*Participated in development of methodology and analysis plan, drafting and critical revision of manuscript.

12. Anderson ES, Galbraith JW, Deering LJ, Pfeil SK, Todorovic T, Rodgers JB, Forsythe JM, Franco R, Wang H, **Wang NE\***, White DAE.  Continuum of Care for HCV Among Patients Diagnosed in the Emergency Department Setting. *Clinical Infectious Disease* 2017 Feb 16. doi: 10.1093/cid/cix163. [Epub ahead of print] PMID: 28207069 \*Participated in critical revision of manuscript.

13. Imler D, Norris C, **Wang NE\***, Sivasankar S, Vasanawala S, Bruzoni M, Quinn J.  MRI vs. ultrasound as the initial imaging modality for pediatric and young adult patients with suspected appendicitis.  *Academic Emergency Medicine* 2017 Feb 16. doi: 10.1111/acem.13180. [Epub ahead of print] PMID: 28207968 \*Participated in analysis and interpretation of data, drafting and critical revision of manuscript.

14. Davies SM, Schultz E, Raven M, **Wang NE\***, Stocks C, Delgado MK, McDonald KM. Development and Validation of Agency for Healthcare Research and Quality General Health Emergency Department Prevention Quality Indicators. *Health Serv Res.* 2017 Mar 30. doi: 10.1111/1475-6773.12687. [Epub ahead of print] PMID: 28369814.  \*Participated in analysis and interpretation of data, drafting and critical revision of manuscript.

15. Fleischman RJ, Mann NC, Dai M, Holmes JF, **Wang NE\***, Haukoos J, Hsia RY, Rea T, Newgard CD.   et al. Validating the Use of ICD-9 Code Mapping to Generate Injury Severity Scores. *Journal of Trauma Nursing*, 2017. 24(1):4-14.  doi: 10.1097/JTN.0000000000000255.  PMID: 28033134. \*Participated in critical revision of manuscript.

16. Nguyen HT, Newton C, Pirrotta EA, Aguilar C, **Wang NE**.  Variations in Utilization of Inpatient Rehabilitation Services among Pediatric Trauma Patients. *J Pediatr.* 2017 Mar;182:342-348.e1. doi: 10.1016/j.jpeds.2016.11.039. Epub 2016 Dec 8. pii: S0022-3476(16)31268-9. PMID: 27939128

17. Ladd E, Shea KM, Bagley P, Auerbach PS, Pirrotta EA, **Wang E\***, Lipman GS. (December 07, 2016) Hydration Status as a Predictor of High-altitude Mountaineering Performance. *Cureus* 8(12): e918. doi:10.7759/cureus.918.  PMID:28083462.  \*Participated in critical revision of manuscript.

18. Vogel LD, Goertz L, Shani SS, Boots M, Dorval L, **Wang NE**.  A Mobile-based Healthcare Utilization Assessment in Rural Ghana. *Procedia Engineering* 2016. (159):366-368.

19. Keller C, **Wang NE\***, Imler DL,Vasanawala SS, Bruzoni M, Quinn JV.  Predictors Of Nondiagnostic Ultrasound For Appendicitis.  *J Emerg Med.* 2017 Mar;52(3):318-323.PMID: 27692650. \*Participated in analysis and interpretation of data, drafting and critical revision of manuscript.

20. Burns C, **Wang NE\***, Goldstein AB, Tina Hernandez-Boussard. Characterization of Young Adult Emergency Department Users: Evidence to Guide Policy. *J Adolesc Health.* 2016 Dec;59(6):654-661. doi: 10.1016/j.jadohealth.2016.07.011.  PMID: 27613220.  \*Participated in analysis and interpretation of data, drafting and critical revision of manuscript.

21. Elder JW, Delgado MK, Chung BI, Pirrotta EA, **Wang NE**.  Variation in the Intensity of Care for Patients with Uncomplicated Renal Colic Presenting to US Emergency Departments.  *J Emerg Med.* 2016 Dec;51(6), pp. 628–635. PMID: 27720288.

22. Anderson ES, Lippert S, Newberry JA, Bernstein E, Alter HJ, **Wang NE.**  Addressing the Social Determinants of Health from the Emergency Department:  The Practice of Social Emergency.  *West J Emerg Med.* 2016 Jul;17(4):487-9. PMID: 27429706.

23. Newgard C, Yang Z, Nishijima D, McConnell KJ, Trent S, Holmes JF, Mann NC, Hsia RY, Rea T, **Wang NE\***, Staudenmayer K, Delgado MK.  The Cost Effectiveness of Field Trauma Triage Among

Injured Adults Served by Emergency Medical Services. *J Am Coll Surg.* 2016 Jun;222(6):1125-37. PMID: 27178369.  *Participated in acquisition of data and critical revision of the manuscript.

24. Shea KM, Ladd ER, Lipman GS, Bagley P, Pirrotta EA, Vongsachang H, **Wang NE***, Auerbach PS. The 6-Minute Walk Test as a Predictor of Summit Success on Mount McKinley.  *Wilderness Environ Medicine.* 2016 Mar;27(1):19-24. PMID: 26712335 *Participated in analysis and interpretation of data, drafting and critical revision of manuscript.

25. Staudenmayer K, **Wang NE**, Weiser TG, Maggio P, Mackersie RC, Spain D, Hsia RY.  The Triage of Injured Patients:  Mechanism of Injury, Regardless of Injury Severity, Determines Final Hospital Destination.  *Am Surg*. 2016 Apr;82(4):356-61.  PMID: 27097630.

26. Anoshiravani A, Saynina O, Chamgerlain LJ, Goldstein BA, Huffman LC, **Wang NE***, Wise PH. Mental Illness Drives Hospitalizations for Detained California Youth:  A Total Population Study. *Journal of Adolescent Health.*  2015 Nov;57(5):455-61.  PMID: 26208862. *Participated in analysis and interpretation of data, drafting and critical revision of manuscript.

27. Kanak M, Rutman L, Pirrotta E.  Giammona M, Bermudez M, **Wang NE**.  Emergency Department-Based Health Insurance Enrollment for Children:  Does Linkage Lead to Insurance Retention and Utilization? *Pediatric Emergency Care* 2015 Mar;31(3):169-72.PMID: 6456644.

28. Hasegawa K, Sullivan AF, Hirashima ET, Gaeta TJ, Fee C, Turner SJ, Massaro S, Camargo CA Jr, on behalf of the MARC-36 Investigators*. A multicenter observational study of US adults with acute asthma: Who are the frequent utilizers in the emergency department? *J Allergy Clin Immunol Pract* 2014; Nov-Dec;2(6):733-740.e3. PMID: 25439365   *MARC-36 Investigator/Collaborator. Responsible for all aspects of Stanford site participation including all data acquisition, supervision of RA and editing of manuscript.

29. Hasegawa K, Sullivan AF, Tsugawa Y, Turner SJ, Massaro S, Clark S, Tsai CL, Camargo CA Jr, on behalf of the MARC-36 Investigators* Comparison of U.S. emergency department acute asthma care quality, 1997-2001 and 2001-2012. *J Allergy Clin Immunol* 2015 Jan;135(1):73-80. PMID: 25263233.* Responsible for all aspects of Stanford site participation including all data acquisition, supervision of RA and editing of manuscript.

30. Hasegawa K, Cydulka RK, Sullivan AF, Langdorf MI, Nonas SA, Nowak RM, **Wang NE***, Camargo CA Jr. Improved Management of Acute Asthma among Pregnant Women Presenting to the Emergency Department. *Chest* 2015 Feb;147(2):406-14. PMID: 25358070. *Responsible for all aspects of Stanford site participation including all data acquisition, supervision of RA; critical revision of manuscript.

31. Yokell MA, Delgado MK, Zaller ND, **Wang NE***, McGowan SK, Green TC. Prescription and Non-Prescription Opioid Overdose Presentations to US Emergency Departments. *JAMA Intern Med.* 2014 Dec;174(12):2034-7.  PMID: 25347221. *Participated in conception and design, acquisition of data, analysis and interpretation of data, drafting and critical revision of manuscript and supervision.

32. Sullivan AF, Hasegawa K, Linnemann RW, Long AA, Teuber SS, Turner SJ, Massaro S, Camargo CA Jr, on behalf of the MARC-36 Investigators*. An update on U.S. asthma centers: 2013. *Ann Allergy Asthma Immunol* 2014; Oct;113(4):484-6.e1. PMID: 25129486 *MARC-36 Investigator/Collaborator.  Responsible for all aspects of Stanford site participation including all data acquisition, supervision of RA and editing of manuscript.

33. Hernandez-Boussard T, Davies S, McDonald K, **Wang NE**.  Inter-Hospital Facility Transfers in the US: A Nationwide Outcomes Study.  *J Patient Saf*. 2014 Nov 13. PMID: 25397857.

34. Vogel LD, Vongsachang H, Pirrotta E, Holmes JM, Sherck J,  Newton C,  D'Souza P, Spain DA, **Wang NE**.  Variations in Pediatric Trauma Transfer Patterns in Northern California Pediatric Trauma Centers (2001-2009). *Academic Emergency Medicine*. 2014 Sept;21(9):1023-1030. PMID: 25269583.

35. Hernandez-Boussard T, Burns C, Baker L, **Wang NE\***, Goldstein B.  The Affordable Care Act Reduces Emergency Department Use By Young Adults: Evidence From Three States. *Health Affairs*, 2014 Sep 1;33(9):1648-54.  PMID: 25201671 \*Participated in conception and design, drafting and critical revision of the manuscript.

36. Ramarajan N, Krishnamoorthi R, Garabaghian L, Pirrotta E, Barth RA, **Wang NE**. Clinical Correlation Needed": What do Emergency Physicians do after an Equivocal Ultrasound for Pediatric Acute Appendicitis? *The Journal of Clinical Ultrasound* 2014 Sep;42(7):385-94. PMID: 24700515.

37. Mell MW, **Wang NE\***, Morrison DE, Hernandez-Boussard, T. Inter-Facility Transfer and Mortality for Patients with Ruptured Abdominal Aortic Aneurysm. *Journal of Vascular Surgery* 2014 Sep;60(3):553-7. \*co-first author.  PMID: 24768368.

38. Yokell MA, Camargo CA, **Wang NE\***, Delgado MK.  Characteristics of U.S. emergency departments that routinely perform alcohol risk screening and counseling for patients presenting with drinking-related complaints. *Western J of Emerg Med.*  2014 July;15(4): 438-445. PMID: 25035750. \*Participated in conception and design, analysis and interpretation of data, drafting and critical revision of the manuscript.

39. Kanak M, Delgado MK, Carmargo CA, **Wang NE**.  Availability of Insurance Linkage Programs in U.S. Emergency Departments. *Western Journal of Emergency Medicine.*  2014 Jul;15(4):529-35. PMID: 25035763.

40. Delgado MK, Yokell MA, Staudenmayer KL, Spain DA, Hernandez-Boussard T, **Wang NE**.  Factors Associated with the Disposition of Severely Injured Patients Presenting to Non-Trauma Center Emergency Departments: Disparities by Insurance Status. *JAMA Surgery*. 2014 May;149(5):422-30. PMID: 24554059.

41. Dean D, Wetzel B, White N, Kuppermann N, **Wang NE\***, Haukoos JS, Hsia RY, Mann NC, Barton ED, Newgard CD. From 9-1-1 call to Death:  Evaluating Traumatic Deaths in 7 Regions For Early Recognition of High-Risk Patients. *J Trauma Acute Care Surg*. 2014 Mar;76(3):846-853.  PMID: 24553559. \*Participated in acquisition of data and critical revision of the manuscript.

42. Rodriguez E, Austria D, Perlroth D, Becker E, **Wang NE\***, Landau M.  School nurses' role in asthma management, school absenteeism and cost savings:  a demonstration project. *J Sch Health*. 2013;83(12):842 -850. PMID: 24261518.  \*Participated in analysis and interpretation of data and critical revision of manuscript.

43. Newgard C, Kuppermann N, Holmes JF, Haukoos J, Wetzel B, Hsia R, **Wang NE\***, Bulger EM, Staudenmayer K, Mann NC, Barton E, Wintemute GJ.  Gunshot Injuries in Children Served by Emergency Services Compared with Other Injury Mechanisms. *Pediatrics*. Nov;132(5):862-70. PMID: 24127481. \*Participated in acquisition of data and critical revision of the manuscript.

44. **Wang NE**, Saynina O, Newgard C, Bhattacharya J, Phibbs CS.  The effect of trauma center care on pediatric injury mortality in California 1999-2010. *Journal of Trauma and Acute Care Surgery*. 2013 Oct;75(4):704-16. PMID: 24064887.

45. Delgado MK, Staudenmayer KL, **Wang NE\***, Spain DA, Weir S, Owens DK, Goldhaber-Fiebert JD.  Cost-effectiveness of helicopter versus ground emergency medical services for trauma scene transport in the United States. *Ann Emerg Med*. 2013 Oct;62(4):351-364. PMID: 23582619.  \*Participated in conception and design, analysis and interpretation of data, and critical revision of the manuscript.

46. Newgard CD, Hsia RY, Mann NC, Schmidt T, Sahni R, Bulger EM, **Wang NE\***, Holmes JF, Fleischman R, Zive D, Staudenmayer K, Haukoos JS, Kuppermann N.  The trade-offs in field trauma triage:  a multi-region assessment of accuracy metrics and volume shifts associated with different triage strategies. *J Trauma Acute Care Surg*. 2013;74(5):1298-306. PMID: 23609282. \*Participated in acquisition of data and critical revision of the manuscript.

47. Barnett AS, **Wang NE**, Sahni R, Hsia RY, Haukoos JS, Barton ED, Holmes JF, Newgard CD. Variation in prehospital use and uptake of the national field triage decision scheme. *Prehosp Emerg Care*. 2013 Apr-Jun;17(2):135-48. PMID: 23452003.

48. Cudny ME, **Wang NE**, Bardas, SL, Nguyen CN.  Adverse Events Associated With Procedural Sedation in Pediatric Patients in the Emergency Department.  *Hosp Pharm*; 2013;48(2):134-142. PMID: 24421451.

49. Huffman LC**, Wang NE***, Saynina O, Wren FJ, Wise PH, Horwitz SM.  Predictors of hospitalization after emergency department visit for California children with psychiatric disorders and suicidality. *Psych Serv* 2012 Sep 1;63(9):896-905. PMID: 22710574. *Participated in conception and design, analysis and interpretation of data, critical revision of the manuscript, statistical analysis and supervision of student.

50. Arroyo AC, **Wang NE***, Saynina O, Bhattacharya J, Wise PH.  The influence of insurance status on emergency department disposition of injured children in California:  2005-2009. *Acad Emerg Med*; 2012 May;19(5):541-51. PMID: 22594358. *Participated in acquisition of data, conception and design, analysis and interpretation of data, critical revision of the manuscript, statistical analysis and supervision of student.

51. Newgard CD, Kampp M, Nelson M, Holmes JF, Zive D, Rea T, Bulger EM, Liao M, Sherck J, Hsia RY, **Wang NE***, Fleischman RJ, Barton ED, Daya , Heineman J, Kuppermann N, WESTRN investigators. Deciphering the use and predictive value of "emergency medical services provider judgment" in out-of-hospital trauma triage: a multisite, mixed methods assessment. *Acad Emerg Med*. 2012 Apr;19(4):469-80. PMID: 22673250. *Participated in acquisition of data and critical revision of the manuscript.

52. Staudenmayer K, Hsia R, **Wang NE***, Sporer K,  Ghilarducci D,  Spain D,  Mackersie R,  Kline R, Sherck J, Newgard C. The forgotten trauma patient:  outcomes for injured patients evaluated by emergency medical services but not transported to the hospital. *J Trauma Acute Care Surg*. 2012 Mar;72(3):594-600. PMID: 22491541. *Participated in acquisition of data and critical revision of the manuscript.

53. Newgard C, Malveau S, Staudenmayer K, **Wang NE***, Hsia RY, Mann C, Holmes J, Kuppermann N, Haukoos JS, Bulger EM, Dai M, Cook LJ and the WESTRN investigators. Evaluating the use of existing data sources, probabilistic linkage and multiple imputation to build population-based injury databases across phases of trauma care. *Acad Emerg Med*. 2012 Apr;19(4):469-480. PMID: 22506952. *Participated in acquisition of data and critical revision of the manuscript.

54. Newgard CD, Zive D, Holmes JF, Bulger E, Staudenmayer K, Liao M, Rea T, Hsia RY, **Wang NE***, Fleischman R, Jui J, Mann NC, Haukoos JS, Sporer KA, Gubler D, Hedges JR, WESTRN investigators. A multi-site assessment of the ACSCOT field triage decision scheme for identifying seriously injured children and adults. *J Am Coll Surg* 2011 Dec;213(6):709-21. PMID: 22107917. *Participated in acquisition of data and critical revision of the manuscript.

55. Krishnamoorthi R, Ramarajan N, **Wang NE***, Newman B, Rubesova E, Mueller CM, Barth RA. Effectiveness of a staged ultrasound & computed tomography protocol for the diagnosis of pediatric appendicitis: reducing radiation exposure in the age of ALARA. *Radiology*. 2011 Apr;259(1):231-9. PMID: 21324843. *Participated in acquisition of data, conception of design, analysis and interpretation of data, critical revision of the manuscript and supervision of students.

56. Delgado MK, Acosta CD, Ginde AA, **Wang NE***, Strehlow MC, Khandwala YS; Carmargo, CA. National Survey of Preventive Health Services in U.S. Emergency Departments. *Ann Emerg Med*. 2011 Feb;57(2):104-108. PMID: 20889237. *Participated in acquisition of data, conception of design,

analysis and interpretation of data, critical revision of the manuscript, supervision and provided access to administrative, technical and material support for PI.

57. Hsia RY, **Wang NE**, Saynina O, Wise PH, Pérez-Stable EJ, Auerbach, A. Factors associated with trauma center utilization for elderly patients with trauma: a statewide analysis, 1999-2008. *Arch Surg* 2011 May;146(5):585-92. PMID: 21242421. *Participated in acquisition of data, conception of design, analysis and interpretation of data, critical revision of the manuscript.

58. Acosta CD, Delgado KM, Raghunathan A, Gisondi M, D'Souza PA, Gilbert G, Spain DA, Christensen P, **Wang NE**. Characteristics of pediatric trauma transfers to a Level I trauma center: implications for developing a regionalized pediatric trauma system in California. *Acad Emerg Med* 2010;17(12):1364-73. PMID: 21122022.

59. Glickman SW, Delgado MK, Hirshon JM, Hollander JE, Iwashyn TJ, Jacobs AK, Kilaru AS, Lorch SA, Mutter RL, Myers SR, Owens PL, Phelan MP, Pines JM, Seymour CW, **Wang NE**, Branas CC. Defining and measuring successful emergency care networks: a research agenda. *Acad Emerg Med* 2010 Dec;17(12):1297-305. PMID: 21122011. *Participated in conception, and critical revision of the manuscript.

60. Hsia R, **Wang NE***, Saynina O, Wise P. Disparities in trauma center access despite increasing utilization: data from California, 1999-2006. *J Trauma* 2010 Jan;68(1):217-24. PMID: 19901854. *Participated in acquisition of data, conception of design, analysis and interpretation of data, critical revision of the manuscript.

61. Ramarajan N, Krishnamoorthi K, Ghanouni P, Dannenberg B, Newman B, Barth R, **Wang NE**. Interdisciplinary initiative to reduce radiation exposure in children: evaluation of appendicitis using a staged US and CT protocol. *Acad Emerg Med* 2009;16:1258-1265. PMID: 20053244.

62. Acosta C, Dibble C, Giammona M, **Wang NE**. A model for improving uninsured children's access to health insurance via the emergency department. *J Healthc Manag* 2009 March/April;54(2):105-116. PMID: 19413165.

63. **Wang NE**, Saynina O, Kuntz-Duriseti K, Mahlow P, Wise P. Variability in pediatric utilization of trauma facilities in California: 1999-2005. *Ann Emerg Med* 2008;52:607-615. PMID: 18562043.

64. Chamberlain LJ, **Wang NE***, Ho ET, Banchoff AW, Braddock CH, Gesundheit N. Integrating collaborative population health projects into a medical student curriculum at the Stanford University School of Medicine. *Acad Med* 2008;83: 338-344. PMID: 18367891. *Participated in acquisition of data, conception of design, analysis and interpretation of data, drafting and critical revision of the manuscript.

65. **Wang NE**, Chan J, Mahlow P, Wise P. Trauma center utilization for children 1998-2004: trends and areas for further analysis. *Acad Emerg Med* 2007:14(4): 309-15. PMID: 17296799.

66. Bravata DM, **Wang, NE**, Holty, JC. Inhalational, gastrointestinal, and cutaneous anthrax in children: a systematic review of cases from 1900 to 2005. *Arch Pediatr Adolesc Med* 2007;161:896-905. PMID: 17768291.

67. **Wang NE**, Kiernan M, Golzari M, Gisondi M. Characteristics of pediatric patients at risk of poor emergency department aftercare compliance. *Acad Emerg Med* 2006; 13(8): 840-7. PMID: 16880500.

68. **Wang NE**, Golzari M, Gisondi M, van der Vlugt. T. Socioeconomic disparities negatively impact pediatric ED aftercare. *Acad Emerg Med* 2003;10(11):1-7. PMID: 14597505.

69. Holliman CJ, VanRooyen MJ, Green GB, Kirsch TD, Delooz HH, Clem KJ, Thomas TL, Davis MA, **Wang NE***, Wolfson AB. Planning recommendations for international emergency medicine and prehospital care system development. *Acad Emerg Med* 2000; 7(8):911-917. PMID: 10958132. *Participated drafting and critical revision of the manuscript.

70. **Wang NE**, Burg J.  Mastoiditis:  a case-based review. *Pediatr Emerg Care* 1998; 14: 290-292. PMID: 9733257.

71. Shayne P, Holliman CJ, **Wang NE\***, Parrillo SJ.  International Emergency Medicine Reference List. *J Emerg Med* 1999; 17: 159-161. PMID: 9950407.  \*Participated drafting and critical revision of the manuscript.

72. Rodriguez RM, **Wang NE\***, Pearl RG.  Prediction of futile ICU care from the Emergency Department.  *Crit Care Med* November 1997, 25, pp. 1801-1806. PMID: 9366761. \*Participated in acquisition of data, conception of design, analysis and interpretation of data, drafting and critical revision of the manuscript.

73. Maldonado YA, **Wang NE\***, Caldwell B, and the Northern California Pediatric HIV Consortium. Factors associated with early clinical recognition of children with perinatal Human Immunodeficiency Virus Infection. *J Infect Dis* March 1995,171, pp. 689-692. PMID: 7876619. \*Participated in acquisition of data, analysis and interpretation of data, drafting and critical revision of the manuscript.

74. Herzfeld J, Seidel NE, Taylor MP, Droupadi PR, **Wang NE\***.  Gentle deoxygenation of hemoglobin solutions.  *Hemoglobin* 1990, 14 (4), pp. 399-411. PMID: 2126539. \*Participated in acquisition of data, and revision of the manuscript.

## Peer-reviewed articles- Case Reports: (10 total)

1. Sivasankar S, **Wang NE.** A Diagnostic Dilemma: The Variable Manifestations of Pediatric Tuberculosis. *Journal of Clin Stud Med Case Rep.*  2018:5(1):049. DOI: 10.24966/CSMC-8801/100049.  (http://www.heraldopenaccess.us/journals/Clinical-Studies-&-Medical-Case-Reports/online-first.php)

2. Natawidjaja R, **Wang E**.  Nonsurgical treatment of two cases of infantile hemangiomas in a resource-poor setting.  *Wilderness Environ Med.* 2015:26(1):91-3. PMID: 25712300.

3. Natawidjaja R, **Wang E**.  Treatment of Complex Infantile Hemangioma in a Resource-Poor Setting. *BMJ Case Reports.* Published online July 2014 (http://casereports.bmj.com). doi:10.1136/bcr-2014-205330. PMID: 25053694

4.  Wangmo KP, Teng M, Henker R, Kinnear S, Tshering J,  **Wang NE**.  Survival of a patient with tetanus in Bhutan using a magnesium infusion managed only by clinical signs. *Wilderness Medicine* 2014;25(2):194-7. PMID: 24792133.

5. Bunawan NC, Rastegar A, White KP, **Wang NE**.  Djenkolism: A Case Report and Literature Review. *International Case Reports Journal.*  2014:7 79-84. PMID: 24790471.

6. Anand N, Chan C, **Wang NE**.  Cerebral venous thrombosis, a case-based review. *J Emerg Med* 2009;36(2) 399-411. PMID: 17976768.

7. Hsia R, **Wang NE**, Thanassi W.  Fever, Abdominal pain and a leukopenia in a 13 year old: a case-based review of meningococcemia. *J Emerg Med* 2009;37(1):83-4. PMID: 18657927.

8. Gillis E, Mudie D, **Wang NE**.  Hypertensive crisis and NSTEMI after accidental overdose of pseudoephedrine: a case report. *Clinical Toxicology* 2008 Nov;46(9):92 PMID: 18608273.

9. Sohoni A, **Wang NE**, Dannenberg B.  Tension pneumoperitoneum following intussusception pneumoreduction. *Pediatr Emerg Care* 2007:23(8):563-4. PMID: 17726417.

10. **Wang NE**, Burg J.  Mastoiditis:  a case-based review. *Pediatr Emerg Care* July 1998, 14, pp. 290-292. PMID: 9733257.

## Agency for Healthcare Research and Quality (AHRQ) Peer-reviewed Reports: (3)

1. Davies SM, Schmidt EM, Wilson S, Delgado MK, **Wang NE**, McDonald KM. Development of the Emergency Department prevention quality indicators. 2011 Oct. Rockville, MD: Agency for Healthcare Research and Quality. Contract No. 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.

2. Bravata DM, **Wang E**, Holty JE, Lewis R, Wise PH, Nayak S, Liu H, McDonald KM, Owens DK (Stanford University-UCSF Evidence-based Practice Center). Pediatric anthrax: implications for bioterrorism preparedness. Evid Rep Technol Assess (Full Rep). 2006 Aug; (141):1-48. Rockville, MD: Agency for Healthcare Research and Quality. AHRQ Publication No. 06-E013. Contract No. 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

3. Bravata DM, Sundaram V, Lewis R, Hertz K, McDonald KM, Sharp C, Kim J, **Wang E**, Paguntalan H, Chamberlain L, Gould M, Shieh L, Holty JEC, Owens DK (Stanford University-UCSF Evidence-Based Practice Center). Closing the quality gap: a critical analysis of quality improvement strategies (Volume 5: Asthma Care). AHRQ Technical Reviews. 2007 Jan. Rockville, MD: Agency for Healthcare Research and Quality. Report No.:04(07)-0051-5. Contract No. 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.

## California Children's Services (CCS) Evidence Reports: (1)

1. Sundaram V, Chamberlain L, **Wang E**, Saynina O, Chan J, Wise P. Report on utilization and expenditure patterns for California Children's Services (CCS) Fiscal year 2009. June 2011.

## White Paper: (1)

1. Lekawa M, Chartan L, Cox S, Berg BM, Sherck J, Stehr W, **Wang NE**, Upperman J for the Pediatric Trauma and Access to Care Summit. Development of the California Pediatric Trauma Network (CAPTN). May 2012. Available at www.groupsite.captn.com

## Invited Commentary/Editorial: (2)

1. Sandberg M, **Wang, NE**. Pragmatic Firearm Advocacy for Pediatricians (Commentary on Pediatric Firearm-related Injuries). *Hospital Pediatrics*. 2017, 7(6), pp. 361-363. (PMID: 28536189)

2. Rosenberg, NM, ed. **Wang NE**, Sirbaugh PE, Kadish H. discussants. Controversies in Pediatric Medicine:  Is it or isn't it? *Pediatr Emerg Care*.  2000, 16(2), pp. 130-133. PMID: 10784219. (2 Citations)

## Other Research Experience:

**Clinical Researcher**                                                                                      2016–2017
Centers for Medicare and Medicaid (CMS)
Provided clinical input in the development of risk-adjusted episode-based cost measures that align with quality measures for potential use in MIPS.

**Clinical Researcher**                                                                                      2010–2011
Agency for Healthcare Research and Quality. Contract No. 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.
Provided clinical input in the development of Emergency Department prevention quality indicators

## Abstracts/Case Studies: (97 total)

1. Nguyen QU, Saynina O, Huffman LC, Pirrotta E, **Wang NE.** Epidemiology and outcomes of pediatric unintentional falls presenting to US Emergency Departments: What role do developmental disabilities play?  Poster presentation at Pediatric Academic Societies (PAS) National Meeting, Baltimore, MD April 2019.

2. Wall JJ, Lee MO, Saynina O, **Wang NE.**  Transfer of Pediatric Patients Between Emergency Departments in California in 2005-2015: A retrospective cohort study.  Poster presentation at Pediatric Academic Societies (PAS) National Meeting, Baltimore, MD April 2019.

3. Lee MO, Wall JJ, Saynina O, Camargo CA, **Wang NE.**  Transfer patterns of pediatric patients in California emergency departments (2005-2015).   Presentation at Society for Academic Emergency Medicine Western Regional Meeting.  Napa CA, March 2019 and Lightening Oral Presentation at Society for Academic Emergency Medicine National Meeting.  LV NV, May 2019.

4. Altamirano J, Lee MO, Garcia LC, Gisondi MA, **Wang NE**, Lippert S, Maldonado B, Gharahbaghian L, Ribera R, Fassiotto M.  Patient age and race associated with Press Ganey scores in the emergency department.   Presentation at Society for Academic Emergency Medicine Western Regional Meeting.  Napa CA, March 2019 and Society for Academic Emergency Medicine National Meeting.  LV NV, May 2019.

5. Anderson ES, Ericksen MG, **Wang, NE**, Dworkis D.  Closing the Gap: Improving access to trauma care in New Mexico (2007-2017).  Oral presentation at Society for Academic Emergency Medicine Western Regional Meeting.  Napa CA, March 2019 and Society for Academic Emergency Medicine National Meeting.  LV NV, May 2019.

6. Bellon MB, McLoughlin B, Hu S, **Wang NE.**  Evaluating the Impact of Service at an Emergency Department Help Desk on Student Volunteers.  Abstract presentation at Society for Public Health Education 70th Annual Conference, Salt Lake City, UT, March 2019.

7. Casillas KL, Pirrotta EA, Haberland CA, **Wang NE**, Trends of Young Adult Emergency Department Utilization for Psychiatric Diagnoses - Under California's Early Affordable Care Act Coverage Expansion, 2005-2014. Poster presentation at Stanford Medical Scholars symposium, May 2018.

8. Hu A, Meyer S, Yu A, Sohoni A, **Wang NE.**   Integrating the Social Determinants of Health into Undergraduate Education.  Poster presentation at Social Medicine Consortium Third Annual Conference, *Sharing Strategies for Health Equity.* Gallup NM, April 2018.

9. Sheckter CC, Pirrotta E, Curtin C, **Wang NE**.  Trends in ED Discharge of Pediatric Minor Burns - a Review of CA's Office of Statewide Health Planning & Development (OSHPD).  Oral presentation at the American Burn Associations 50th Annual Meeting. Chicago, IL, April 2018.

10. Vongsachang H, Oshima S, Hu A, Yu A, Meyer S, **Wang, NE.**  Impact of Volunteering with an Emergency Department (ED) Help Desk on Undergraduate Education and Understanding of Social Determinants of Health. Poster presentation at Stanford Center for Population Health Science's 16th Annual Community Health Symposium, January 2018.

11. **Wang NE**, Pirrotta E, Vogel L, Oshima S.  Primary Triage Patterns of Seriously Injured Children in California (2005-2013).  Oral presentation at the American College of Emergency Physicians Research Forum, Washington DC, Oct 2017.

12. **Wang NE,** Pirrotta E, Vogel L, Oshima S.  Transfer and Under-triage Patterns of Seriously Injured Children in California (2005-2013).  Oral presentation at the American College of Emergency Physicians Research Forum, Washington DC, Oct 2017.

13. Vongsachang H, Oshima S, Nguyen C, Gonzalez I, Irwin J, Yore M, Newberry J, Pirrotta E, **Wang NE**. The Stanford Emergency Department Help Desk: Addressing the Social Determinants of Health through Community-Campus Partnerships. Poster Presentation at C2UExpo2017 Conference.  Vancouver, BC Canada, May 2017.  (C2UExpo is a biannual conference that explores the edge of community-college-university partnerships as catalysts for social innovation.)

14. Yore M, Oshima S, Vongsachang H, Pirrotta E, and **Wang, NE**. Teaching the Political Determinants of Health in the Age of Trump's Republican Administration.  Poster Presentation at Social Medicine Consortium conference, *Beyond Reimagining, Accelerating Praxis: Social Medicine in Practice Today.*   Chicago, IL April 2017.

15. Arroyo AJC, Chee CP, **Wang** NE.  Where do children with asthma die?  A National Perspective from 2003-2004.  Oral presentation to American Acadamy of Allergy, Asthma and Immunology (AAAAI) Annual Meeting.  Atlanta, GA Mar 2017.

16. Madill M, Irwin J, Noll A, Newberry JA, **Wang NE**.  Addressing the Social Determinants of Health Through Emergency Department-Based Community Partnerships. Poster accepted to the 15th World Congress on Public Health, Melbourne, Australia, February 2017.

17. Della Valle JM, Newton C, Kline RA, Spain DA, Pirrotta E, **Wang NE**.  A Focus on Emergency Re-Triage Trauma Transfers.  E-poster presentation at 88th Annual Meeting of the Pacific Coast Surgical Association, Indian Wells, CA, February 2017.

18. Lippert S, Pirrota E, **Wang NE**.  Crisis in Mental Health Care:  Prolonged Emergency Department Length of Stays.  Poster presentation at the Stanford  Center for Clinical and Translational Research and Education (Spectrum) Innovation Research Symposium, Stanford, CA, Jan 2017.

19. Wang VC, Nirmala MR, **Wang NE**.  The Interconnectedness of the Environmnent and Health:  Saving the Forest with a Stethoscope.  Case Study presented at the Radcliffe Social Medicine Case Workshop Conference, Boston, MA, Feb 2017.

20. Hsieh D, Anderson E, Newberry JA, Lippert S, Alter H.  **Wang NE**.  Housing Rx: Housing as Healthcare – Help Desk, Medical Legal Community Partnerships and a Housing First Approach.  Case Study presented at the Radcliffe Social Medicine Case Workshop Conference, Boston, MA, Feb 2017.

21. Madill M, Irwin J, Noll A, Newberry JA, **Wang NE**.  Addressing the Social Determinants of Health Through Emergency Department-Based Community Partnerships. Poster presentation at the American Public Health Association annual meeting, Denver, CO, Nov 2016.

22. Arroyo AJC, Chee CP, **Wang** NE.  Where do children with asthma die?  A National Perspective from 2003-2004.  Poster presentation to New England Society for Allergy Conference, Boston, MA Oct 2016.

23. Huang Y, Kissee J, Dayal P, **Wang E**, Marcin JP: Association between Insurance and Transfer of Injured Children from Emergency Departments. Poster presentation at the American Academy of Pediatrics National Conference, San Francisco, CA, Oct 2016.

24. Lippert S, Jain N, Nesper A, Fahimi J, Pirrota EA, **Wang NE**.  Mental Health Emergency Department Visits: 24 Hours and Counting, Characteristics Associated with Prolonged Length of Stay.  Oral presentation at the American College of Emergency Physicians annual meeting, Las Vegas, NV, Oct 2016.

25. Lippert S, Nesper A, Jain N, Fahimi J, Pirrota EA, **Wang NE**.  Waiting for Care:  Differences in Emergency Department Length of Stay and Disposition Between Medical and Psychiatric

Patients.  Oral presentation at the American College of Emergency Physicians annual meeting, Las Vegas, NV, Oct 2016.

26. Warstadt NM, Remington AC Pirrotta EA, Curtin C, Newton C, **Wang, NE.**  Disparities in Access to Specialty Care for Children with Severe Burns.  Poster presentation at the American Association for the Surgery of Trauma annual meeting, Honolulu, HI, Sept 2016.

27.  Vogel L, Goertz L, Shani SS,  Budu P, Boots M, Dorval L, **Wang NE.** Giving Voice to Rural Women: A mobile-based healthcare utilization assessment in rural Ghana.  Oral presentation at Humanitarian Technology 2016:  Science, Systems and Global Impact Conference, Cambridge, MA June, 2016. (http://www.humanitariantechnology.org/HumTech2016/)

28. Madill M, Chen F, Pirrotta E, **Wang, E**.  Examining the Impact of Medicaid Expansion on Children and Young Adults in the Stanford ED.  Poster presentation at Stanford Undergraduate Research Association, Stanford, April, 2016.

29. Goodrich D, **Wang NE.**  Chest Pain, Worse with Meals, Not Your Typical GERD.  Poster presentation at American Academy Emergency Medicine (AAEM) annual meeting, Las Vegas, NV Feb 2016.

30. Noll A, Irwin J, Madill M, Pirrotta E, Newberry J, **Wang** NE.  Utilizing Emergency Department-based Community Partnerships to Address Social Determinants of Health.  Poster presentation at the Stanford Community Health Research Forum January 2015.

31. Nguyen H , Newton C, Pirrotta EA, Aguilar C, **Wang NE**.  Disparities In Access To Rehabilitation Services Among Pediatric Trauma Patients.  Poster presentation at American Association of Surgeons of Trauma annual meeting, Las Vegas, NV Sept. 2015.

32. Hakim IS, Newton C, Pirrotta EA **Wang NE**.  A Population-wide Assessment of Factors Associated with Non-operative Management of Pediatric Splenic Injury.  Poster presentation at American Association of Surgeons of Trauma annual meeting, Las Vegas, NV Sept. 2015.

33. Newgard CD, Yang Z, Nishijima D, McConnell KJ, Trent S, Holmes JF, Daya M, Mann NC, Hsia R, Rea T, **Wang NE**, Delgado MK.  The Cost Effectiveness of Field Trauma Triage Among Injured Adults Served by Emergency Medical Services.  Oral presentation at Society for National Society of Emergency Medicine annual meeting, San Diego, CA May 2015.

34. Keller C, **Wang NE**, Imler D, Vasanawala SS, Bruzoni M, Quinn JV.  Predictors of Non-diagnostic Ultrasound for Appendicitis.  Abstract accepted as Lightning Oral Presentation in Society for Emergency Medicine Western regional meeting, Tuscon, AZ March 2015; Oral Presentation in Society for National Society of Emergency Medicine annual meeting, San Diego, CA May 2015.

35. Imler D, Norris C, Quinn J, **Wang NE**.  MRI vs. Ultrasound As The First Line Imaging For Patients With Suspected Appendicitis.  Abstract accepted as Lightning Oral Presentation in Society for Emergency Medicine Western regional meeting, Tuscon, AZ March 2015.

36. Chen F, Newberry J, Pirrotta E, **Wang E** Identifying and Addressing the Unique Social Needs of High Frequency Emergency Department Users.  Abstract accepted as Lightning Oral Presentation in Society for Emergency Medicine Mid-Atlantic regional meeting, Washington DC February 2015; Lightning Oral Presentation in Society for Emergency Medicine Western regional meeting, Tuscon, AZ March 2015; Oral Presentation in Society for National Society of Emergency Medicine annual meeting, San Diego, CA May 2015.

37. Vogel L, **Wang NE.**  Giving Voice to Rural Women:  A mobile-based healthcare utilization assessment.  Abstract presented to the Stanford 13th Annual Community Health Symposium, PA, CA January 2015.

38. Newberry JA, Vongsachang H, Cordero C, Pirrotta E, Heymach B, Walker R, **Wang NE.** Prevalence of Social Resource and Legal Assistance Needs in the ED and the Relationship to ED Utilization. Abstract presented at American College of Emergency Medicine Annual Meeting, Chicago, IL Oct 2014.

39. Yokell MA, Green TC, Zaller ND, **Wang** NE, McGowan SK, Delgado MK. A National Estimate of Opioid Overdose Presentations to US Emergency Departments: Implications for Public Health and Public Policy Planning. Podium presentation to Academy Health National Conference, San Diego, CA June 2014.

40. Burns CS, **Wang NE**, Goldstein BA, Hernandez-Boussard T. Decreased Emergency Department Utilization by Young Adult Frequent Users under Healthcare Reform. Lightening Oral Presentation at Academic Emergency Medicine Annual Research Meeting, San Diego, CA May 2014.

41. Ijaz N, Strehlow M, Mahadevan SV, **Wang NE**, Pirrotta E, Tariq A, Gowa MA, Mahmood N, Strehlow M. Predictors Of Child Mortality At A Public Pediatric Emergency Department In Karachi, Pakistan. Oral presentation at 7th World Congress on Pediatric Intensive and Critical Care May 2014.

42. Ijaz N, Strehlow M, Mahadevan SV, Pirrotta E, Tariq A, Gowa MA, Mahmood N, **Wang NE**. Characteristics Associated With Neonatal Mortality At A Public Pediatric Emergency Department In Karachi, Pakistan. Presentation at 7th World Congress on Pediatric Intensive and Critical Care, Istanbul, Turkey May 2014.

43. Ijaz N, Strehlow M, **Wang NE**, Pirrotta E, Tariq A, Gowa MA, Mahmood N, Mahadevan SV. Epidemiology of Patients Presenting to a Pediatric Emergency Department in Karachi, Pakistan. Poster presentation at Western Academic Emergency Medicine Annual Meeting, Istanbul, Turkey 2014.

44. Elder JW, Delgado MK, Chung BI, Pirrotta EP, **Wang NE.** Variation in Care for Patients Presenting to the Emergency Department with Renal Colic. Oral presentation to American Academy of Emergency Medicine Annual Meeting, New York, NY 2014.

45. Shea KM, Ladd ER, Lipman GS, Bagley P, Pirrotta E, Vongsachang H, **Wang NE**, Auerbach PS. 6-Minute Walk Test as a Predictor of Summit Success on Mount McKinley. Oral presentation to Wilderness Medicine Annual Conference, Salt Lake City, UT 2014.

46. Vogel LD, Pirrotta E, **Wang NE**. A population-wide study of pediatric access to trauma centers in California, 2005-2011. Abstract presented at American College of Emergency Medicine Annual Meeting, Seattle, WA Oct 2013.

47. Yokell MA, Zaller ND, Delgado MK**, Wang NE**, McGowan SK, Green TC. Clinical and demographic characteristics associated with opioid overdose visits to United States emergency departments. Abstract presented at American College of Emergency Medicine Annual Meeting, Seattle, WA Oct 2013.

48. Kanak M, Delgado MK, **Wang NE**. Characteristics of U.S. Emergency Departments that offer insurance linkage for uninsured patients Abstract presented at Academy Health annual research meeting, Baltimore, MA June 2013.

49. Mell MW, **Wang NE**, Morrison DE, Hernandez-Boussard, T. No increased mortality after inter-facility transfer for patients with ruptured abdominal aortic aneurysm. Abstract presented at Western Vascular Society annual research meeting, Alberta, Canada Sept 2013.

50. Delgado MK, Yokell M, Staudenmayer K, Spain D, Hernandez-Boussard T, **Wang NE**. Is being insured a risk factor for admission to a non-trauma center vs. transfer out among patients presenting with major trauma? Abstract presented at Academy Health annual research meeting, Baltimore, MA June 2013.

51. Yokell MA, **Wang NE**, Hernandez-Boussard T, Delgado MK.  MD, National estimate of undertriage of major trauma patients to non-trauma centers. Abstract presented at Academy Health annual research meeting, Baltimore, MA June 2013.

52. Dean D, Wetzel B, White N, Kuppermann N, **Wang NE,** Haukoos JS, Hsia RY, Mann NC, Barton ED, Newgard CD, From 9-1-1 call to death:  evaluating traumatic deaths in 7 regions for early recognition of high-risk patients. Abstract presented as Lightning Oral Presentation in Society for Emergency Medicine Western regional meeting, Tuscon, AZ March 2013.

53. Delgado MK, Yokell M, Staudenmayer K, Spain D, Hernandez-Boussard T, **Wang NE**. Is being insured a risk factor for admission to a non-trauma center vs. transfer out among patients presenting with major trauma?  Abstract presented as Lightning Oral Presentation in Society for Emergency Medicine Annual meeting, Dallas, TX May 2013.

54. Kanak M, Pirrotta E, Rutman L, **Wang NE**. Does linkage to public health insurance lead to insurance retention and health care utilization? Evaluation of an Emergency Department-based health insurance enrollment program for children. Poster presentation at Pediatric Academic Society Annual Meeting, Washington DC May 2013.

55. Fitch CE, Lazzarini T, Bunawan NC, Webb K, **Wang NE**.  Health in harmony: saving forests, saving lives. A five year assessment of Project ASRI's human and environmental health work in Borneo, Indonesia. Oral presentation at Unite for Sight's Global Health and Innovation Conference, Yale University, New Haven, Connecticut 2013.

56. Rodriguez E, Austria D, Perlroth D, Becker E, **Wang NE**, Landau M. School nurses' role in asthma management, school absenteeism, and cost savings: a demonstration project. Podium presentation at 140th APHA Annual Meeting, San Francisco, CA October 2012.

57. Yokell MA, Camargo CA, **Wang NE**, Delgado K.  Characteristics associated with routine use of alcohol screening in United States emergency departments. Poster presentation at American College of Emergency Physicians Annual Meeting, Denver, CO Oct 2012.

58. Hernandez-Boussard T, McDonald K, **Wang NE.**  Characteristics driving inter-facility transfer rates, outcomes, and quality.  Podium presentation at Academy Health National Meeting, Orlando, FL June 2012.

59. Delgado KM, Spain D, Staudenmeyer K, MD, **Wang, NE**, Weir S, Goldhaber-Fiebert J.  Cost-effectiveness of improvements in prehospital trauma triage in the U.S. Podium presentation at Society of Academic Emergency Medicine Annual Meeting, Chicago IL May 2012.

60. Pierog JE, Pirrotta E, Holmes JF, Sherck JP, Betts, JM, **Wang NE**. Variations in transfer patterns in Northern California pediatric trauma centers.  Abstract presented at Society of Academic Emergency Medicine Annual Meeting, Chicago IL May 2012.

61. Fleischman RJ, Mann NC, Wang NE, Hsia RY, Rea TD, Liao M, Holmes JF, Newgard CD. Validating The Use Of ICD9 Codes To Generate Injury Severity Score: The ICDPIC Mapping Procedure. [Abstract] Acad Emerg Med. 2012 19;S1. pS314-315.

62. Staudenmayer K, Hsia R, **Wang** NE, Sporer K, Ghilarducci D, Spain D, Mackersie R, Kline R, Scherck J, Newgard CD.  The invisible trauma patient:  outcomes for patients not transported to the hospital. Abstract presented at the American Association for the Surgery of Trauma (AAST) Conference, Chicago IL, Sept 2011.

63. Wang **NE**, Saynina O, Bhattacharya J, Newgard C, Phibbs CS.  Method to the Madness: Using the California state-wide patient discharge database as a method to demonstrate the effect of trauma center care on pediatric mortality. Abstract accepted for poster presentation to Academy Health National Meeting, Seattle WA 2011.

64. Gharahbaghian L, Pirotta E, Ramarajan N, Krishnamoorthi R, Walters K, Boyle S, Barth R, **Wang NE.** Clinical correlation needed: what do emergency physicians do after an equivocal ultrasound for pediatric appendicitis? Abstract presented to the Western Conference of the Society of Academic Emergency Medicine, UC Irvine, CA February 2010.

65. Newgard CD, Rea T, Bulger B, Fleischman R, **Wang NE**, Hsia R, Warden C, Liao M, Sahni R, Mann C, Kuppermann N. Development of a pediatric field trauma triage algorithm for identifying children with serious injuries or need for major surgical intervention.  Abstract presented to American Heart Association's Scientific Sessions and Resuscitation Science Symposium (ReSS) Chicago, IL June 2010.

66. Kooshesh S, **Wang, NE**, Swan MC.  Delivering bad news in the pediatric emergency department: an innovative curriculum for residents.  Abstract accepted to First International Multidisciplinary Forum on Palliative Care, Budapest Hungary November 2010.

67. Tsai TC, Ramarajan N, Krishnamoorthy R, Worley CE, Mueller C, Barth RA, **Wang NE**.  Reducing radiation exposure:  Clinical features and reliability of a sonographically normal appendix in ruling out pediatric acute appendicitis.  Abstract presented at Western Surgical Conference, Denver CO, Winter 2010.

68. Newgard CD, Zive D, Rea T, Bulger E, Holmes J, Liao M, Staudenmayer K, Hsia R, **Wang NE**, Sporer KA, Fleischman R, Haukoos J, Jui J, Gubler D, Mann NC, Hedges JR. A multi-site assessment and validation of the ACSCOT trauma triage criteria for identifying seriously injured children and adults.  Abstract published *Ann Emerg Med*. Oct 2010.

69. Rutman LE, Giammona M, Dibble C, Bermudez M, Shih V, **Wang NE**.  Emergency Department-based health insurance enrollment for kids: does site of enrollment impact retention and utilization? Abstract presented at the 2010 American Academy of Pediatrics (AAP) National Conference, San Francisco, CA, October 2.

70. Delgado MC, McCoy J, Aggarwal R, Yajnik M, **Wang NE**, Owens D, Garber A.  Cost-effectiveness of helicopter transport for increasing access to trauma center care.  Abstract presented at AHRQ NRSA Conference, Boston MA June 2010.

71. Pierog JE, Balise RR, Gilbert GH, **Wang NE**, Ghilarducci DP.  Professional rescue CPR training: pressing for change. Abstract presented to the Western Conference of the Society of Academic Emergency Medicine, Napa CA March 2010.

72. Teng M, Pierog J, Chona S, Dannenberg B, **Wang NE**.  APLS:  A novel adaptation for emergency medicine residency training.  Poster presented to the Innovation in Emergency Medicine Exhibits at National Conference of the Society of Academic Emergency Medicine, Phoenix AZ June 2010.

73. Krishnamoorthi R, Ramarajan N, Goldberg-Stein S, Ghanouni P, **Wang NE**, Newman B, Barth R. Effectiveness of a staged US and CT protocol for the diagnosis of pediatric appendicitis: Reducing radiation exposure in the age of ALARA.  Abstract presented at Radiological Society of North America Annual Conference, Chicago IL November 2009.

74. Delgado, M, Acosta C, **Wang, NE**, Strehlow M, Khandwala Y, West A, Ginde A, Camargo Jr C. National survey of preventive health services in United States Emergency Departments.   Abstract presented at the American College of Emergency Physicians (ACEP) Western Regional Conference June 2009, and ACEP annual meeting, Boston MA Oct 2009.

75. Arroyo AJC, **Wang NE**, Saynina O, Bhattacharya J, Wise PH.  The effect of non-clinical factors on Emergency Department disposition of injured children in California:  2005-2007. Abstract presented at the Pediatric Academic Society Annual Meeting, Baltimore MA May 2009.

76. Huffman LC, Horwitz SM, Saynina O, Wren FJ, **Wang NE**, Wise P.  California children with mental disorder: predictors of emergency department disposition. Abstract presented at Pediatric Academic Society Annual Meeting, Baltimore MA May 2009.

77. Acosta C, Raghunathan A, DeSouza PD, Gilbert GH, Spain DA, **Wang NE**. Patterns of pediatric trauma transfers to a Level I trauma center in California:  2000-2007. Abstract presented at Western Academic Emergency Medicine Conference February 2009 and National Conference of the Society of Academic Emergency Medicine April, New Orleans LA April 2009.

78. Anoshiravani A, Saynina O, Huffman L, **Wang NE**, Wise P.  Causes of hospitalization among detained juvenile offenders in California, 1997-2007: A total population study. Abstract presented at Pediatric Academic Society Annual Meeting Baltimore, MA May 2009.

79. Ramarajan N, Krishnamoorthi K, Ghanouni P, Dannenberg B, Newman B, Barth R, **Wang NE**. Interdisciplinary initiative to reduce radiation exposure in children: evaluation of appendicitis using a staged US and CT protocol. Abstract presented to National Conference of the Society of Academic Emergency Medicine New Orleans, LA April 2009.

80. Arroyo AJC, **Wang NE**, Saynina O, Wise PH. The influence of insurance coverage on the severity of injury-related Emergency Department visits in California children. Abstract presented to Western Academic Emergency Medicine Conference February 2009 and National Conference of the Society of Academic Emergency Medicine New Orleans LA April 2009.

81. Ho ET, Reedy A, **Wang NE**, Banchoff A, Braddock C, Chamberlain L, Gesundheit N.   Impact of a new population health curriculum at the Stanford School of Medicine. Abstract presented to the annual American Public Health Association Annual Conference, San Diego CA October 2008.

82. **Wang NE**, Saynina O, Wise P.  Do elderly patients with trauma have a lower likelihood of receiving care in a trauma center compared with younger patients? Results from California, 1999-2006. Abstract presented to National Conference of the Society of Academic Emergency Medicine, Washington DC May 2008.

83. **Wang NE**, Saynina O, Anoshiravani A, Mahlow P, Wise P.  Where do children die? The ecology of child death in California: 1999-2004 (Abstract #753076) Abstract presented at Pediatric Academic Society Annual Meeting, Honolulu HI May 2008.

84. Hsia RY, **Wang NE**, Saynina O, Wise P. Trends in trauma hospitalization in California, 1999-2006. Abstract presented at 13th Annual Scientific Assembly of the Israeli Association for Emergency Medicine, Jerusulem Israel March 2008.

85. Ho ET, Reedy A, **Wang NE**, Banchoff A, Braddock CH, Chamberlain L, Gesundheit N.  Population health in medical school:  educating future physicians using the public health paradigm.  Abstract accepted to the annual American Public Health Association Annual Conference, Washington DC November 2007.

86. **Wang NE**, Saynina I, Kuntz-Duriseti K, Mahlow P, Wise P. Variability in pediatric utilization of trauma facilities in California:  1999-2004.  Abstract 1971. Accepted to the Western Regional Conference of the Society of Academic Emergency Medicine March 2007; Presented at American College of Emergency Physician Annual Conference, Seattle WA Oct 2007

87. **Wang NE**, Chan J, Mahlow P, Spain D, Wise P.  Trauma Center utilization for children with specific injuries stratified by injury severity score, 1998-2004.  Abstract presented at the American Association of Surgeons of Trauma (AAST) Annual Meeting, New Orleans LA Sept 2006.

88. **Wang NE**, Chan J, Mahlow P, Wise P.  Trauma Center utilization for children 1998-2004: Trends and areas for further analysis.  Presented to Western Regional Conference of the Society of Academic

NE Wang - 35

Emergency Medicine January 2006 and National Conference of the Society of Academic Emergency Medicine May 2006.

89. **Wang NE**, Harter PM, Hamman AK, Yaeger KA, Halamek LP.  Development of a simulation program to teach pediatric resuscitation in an emergency department residency program.  Presented at 6th Annual International Meeting on Medical Simulation, San Diego CA Jan 2006.

90. **Wang NE**, Kiernan M, Golzari M, Gisondi M.  Characteristics of pediatric patients at risk of poor Emergency Department aftercare compliance.  Presented to Pediatric Academic Society Meeting, San Francisco CA May 2006.

91. **Wang NE**, van der Vlugt T, Golzari M, Gisondi M.  Predictors of medication noncompliance in pediatric emergency patients.  Abstract presented at Western Regional AEM Conference April 2003.

92. **Wang NE**, Dieckmann RA, Bailey R, and the National Association of Safe EMS Directors.  Safe restraint of children ambulances.  Abstract presented at 1998 Emergency Medical Services for Children (EMSC) National Congress on Childhood Emergencies October 1997.

93. **Wang NE**, Rodriguez RM, Pearl RG.  Rationing of ICU care based on Emergency Department prediction of futile outcome. Critical Care Medicine.  Abstract 214 presented at Society for Academic Emergency Medicine Annual Meeting, Denver CO 1996.

94. Rodriguez RM, **Wang NE**, Pearl RG.  Prediction of futile ICU care from the Emergency Department.  Critical Care Medicine Abstract 24 Suppl:  A54, 1996.  Poster presented at Society for Critical Care National Conference, 1996.

95. Maldonado Y, **Wang NE**, Sullivan B, Wilson Sue A, Caldwell B.  The natural history of perinatally acquired HIV infection: Active surveillance in Northern California.  Poster accepted for presentation at VII International Conference of AIDS, Florence. June 1991.

96. Duliege AM, **Wang NE**, Singleton J, Maldonado Y.  The impact of the HIV epidemic on the mortality of children in California.  Poster presented at the VI International Conference on AIDS, June 1990. (Abstract number ThC745).

97. Maldonado Y, **Wang NE,** Sullivan B, Margolis H, Wilson MJ, Hughes M, Oxtoby M.  The clinical spectrum of perinatally acquired pediatric HIV infection. Poster presented at the VI International Conference on AIDS, June 1990. (Abstract number FB475)

## Peer-reviewed articles- Clinical Reviews: (46 total)

1. Sakamoto JT, Thomas-Uribe M, Uribe-Leitz PT, **Wang NE**.  Approach to Pediatric Abdominal Pain in the ED:  Part 1.  *Pediatric Emergency Medicine Reports*.  2019:24(8);85-96.

2. Fang A, Everett J, **Wang NE**.  Update on Urinary Tract Infections in Children:  What's New in 2019?  *Pediatric Emergency Medicine Reports*.  2019:24(3);25-36.

3. Lowe JT, **Wang NE.**  Dangerous Curve:  Pediatric Sickle Cell Crisis.  *Crit Dec Emerg Med.*  2018;32(11):17-25.

4. Agbim CA, **Wang NE,** Lee M.  Approach to Respiratory Distress in Pediatric Patients.  *Pediatric Emergency Medicine Reports*.  2018:23(4);41-54.

5. Nik-Ahd M, Cooper K, **Wang NE**, Fang A.  Approach to Pediatric Eye Discharge and Periorbital Swelling.  *Pediatric Emergency Medicine Reports*.  2017:22(12);153-168.

6. Dalton T, **Wang NE.**  Pediatric Syncope:  Current Status of Diagnostic Evaluation and Management.  *Pediatric Emergency Medicine Reports*.  2017:22(5);49-64.

NE Wang - 36

7. Agbim CA, **Wang NE**.  Pediatric Pain Management in the Emergency Department.  *Pediatric Emergency Medicine Reports*.  2017:22(3);25-36.

8. Migliaccio D, **Wang NE.**  Common Pediatric Upper Extremity Overuse Injuries.  *Pediatric Emergency Medicine Reports*.  2017:22(1);1-12.

9. Fontes KE, **Wang NE.**  Altered States: Drugs of Abuse in Adolescents. *Crit Dec Emerg Med. Pediatric Special Edition.* 2016: Fall; 52-62.

10. Pamula A, Hwang CE, **Wang NE.**  Diagnosis and Management of Pediatric Concussions in the ED. *Pediatric Emergency Medicine Reports*.  2016:21(2);13-24.

11. Tsiu MO, Norris RL, **Wang** NE.  ED Evaluation and Management of Mammalian Bites, and Snake and Spider Envenomations.  *Pediatric Emergency Medicine Reports*.  2015:20(12);137-148.

12. Lu T, **Wang NE.**  Pediatric Hematologic Emergencies.  *Pediatric Emergency Medicine Reports*.  2015:20(11);121-135.

13. Lindquist B, **Wang NE**. Diagnosis and Treatment of Skin and Soft Tissue Infections in the Pediatric Emergency Department.  *Pediatric Emergency Medicine Reports*.  2015:20(7);69-80.

14. Migliaccio D, Imler D, **Wang NE.**  Bronchiolitis.  *Pediatric Emergency Medicine Reports*.  2015:20(5);45-56.

15. Sivasankar S, **Wang NE.** ED Diagnosis and Management of Influenza in Children. *Pediatric Emergency Medicine Reports*  2015:20(3); 25-32.

16. Craig D, **Wang NE.** Pediatric Manifestations of Group A Streptococcal Disease. *Pediatric Emergency Medicine Reports*  2014:19(6); 61-72.

17. Fontes KE, **Wang NE.**  Drugs of Abuse in Adolescents. *Crit Dec Emerg Med.* 2014;28:14-24.

18. Newberry JA, **Wang NE.** Emergency Department Management of the Agitated Pediatric Patient. *Pediatric Emergency Medicine Reports* 2013;18(9):101-108.

19. **Wang NE**, Chao A. Outpatient pediatric skin rashes. *Emerg Med Rep* 2013;34(4):37-48.

20. Hwang C, Sims L, **Wang NE.**  Pediatric lower extremity sports injuries. *Pediatr Emerg Med Rep* 2013;18(3):25-36.

21. Steele BJ, Yen S, **Wang NE.**  Gynecologic complaints in the adolescent female.  *Pediatr Emerg Med Rep*  2013:18(2); 1-11.

22. Shea KM, **Wang NE**.  Pediatric foreign body ingestion. *Pediatr Emerg Med Rep*  2012:17(11);1-10.

23. **Wang NE**, Fontes K.  Acute movement disorders in children:  Emergency Department presentation and evaluation. *Pediatr Emerg Med Rep*  2012:17(10);1-15.

24. Bhat SR, Miyake C, **Wang NE.**  Considerations in the diagnosis and emergency management of pediatric tachycardias. *Pediatr Emerg Med Rep*  2012:17(8);93-104.

25. Drullinger K, **Wang NE.**  Pediatric seizures.  *Crit Dec Emerg Med* 2012:26(11);12-21.

26. Ayalin T, Kiang C, Gharahbaghian L, **Wang NE**. Minor head trauma in pediatric patients. In: *Pediatric Trauma Care*. Atlanta, GA: AHC Media; 2012:17-26.

27. Bass M, **Wang NE.** Emergency Department evaluation of minor head trauma in pediatric patients. *Crit Dec Emerg Med*  2012:26(5):2-9.

28. Constance B, **Wang NE.**  Pediatric vasculitis. *Crit Dec Emerg Med*  2011:26(4):2-9.

29. Burns RA, **Wang NE**.  Syncope in children and adolescents. *Critical Decisions in Emergency Medicine*.  2011;26(3);13-20.

30. **Wang NE**, Grover C.  Abdominal pain and vomiting in the infant.  *Pediatr Emerg Med Rep* October 2011;16(10):1-12.

31. Teng M, **Wang NE.**  Whooping cough:  management and diagnosis of pertussis.  *Pediatr Emerg Med Rep*  March 2011; 16(3):29-40.

32. Ayalin T, Kiang C, Gharabaghia L**, Wang NE**.  Minor head trauma in pediatric patients.  *Pediatr Emerg Med Rep* February 2011;16(2):7-28.

33. Gharahbagian L, Schroeder B, Mittendorff R, **Wang NE.**  Pediatric traumatic brain injury: Epidemiology, pathophysiology, diagnosis and treatment. *Pediatric Emergency Medicine Trauma Reports*.  September 2010;15(9).

34. Gharahbagian L, Williams S, Vigil V, **Wang NE**. Imaging in pediatric abdominal trauma: what test and why? *Pediatric Emergency Medicine Trauma Reports*.  July/August 2009;10(4).

35. Gillis E, **Wang NE**.  Acute gastroenteritis in pediatric patients.  *Crit Dec Emerg Med* 2008;22(12):2-12.

36. **Wang, NE**. Baz, Bronwyn. Physical abuse of children: identification, evaluation and management in the Emergency Department setting. *Pediatr Emerg Med Rep* 2007;12(9):97-108.

37. **Wang, NE**. Blankenburg B.  Pediatric abdominal trauma. *Pediatric Trauma Reports*. 2007; 8 (5):1-12.

38. Vlahos, J. **Wang, NE**.  Pediatric Procedural Sedation Part One:  Personnel, monitoring and patient assessment. *Pediatr Emerg Med Rep*  2007;12(5):49-60.

39. Vlahos, J. **Wang, NE**.  Pediatric Procedural Sedation Part Two:  Selecting an agent. *Pediatr Emerg Med Rep* 2007;12(6):61-72.

40. **Wang, N,** Sohoni A.  Tuberculosis:  A Primer for the Emergency Physician.  *Emergency Medicine Reports*.  2007:28(1);1-16.

41. Morehouse J, **Wang NE.**  Acute subarachnoid hemorrhage:  current concepts and controversies. *Practical Summaries in Acute Care*  2006:1(12);93-100.

42. **Wang NE,** Anand S, Chan C, Dannenberg B.   Management of shock in the pediatric trauma patient. *Pediatr Emerg Med Rep* 2006;11(11);129-144.

43. Hamman AK, **Wang NE**, The pregnant adolescent with vaginal bleeding:  etiology, diagnosis, and management. *Pediatr Emerg Care* 2006;22(10);762-770.

44. **Wang NE**, Hamman AK, Chona SK.  Management of the sexually active adolescent in the ED: vaginitis, STDs, PID, and emergency contraception. *Pediatr Emerg Med Rep* 2006;11(10):113-128.

45. **Wang NE**, Li J, Dannenberg B. Managing the airway of the pediatric trauma patient: Meeting the challenge. *Trauma Reports*  2006;7(2)1-10.

46. **Wang NE.** Management of electrolyte abnormalities.  *Hospital Physician Emergency Medicine Board Review Manual,* Volume 8 Part 3. January 2006.

## Books: (1)

1. **Amieva-Wang NE**, Shandro J, Sohoni A, Fassl B editors.  *A Practical Guide to Pediatric Emergency Medicine:  Caring for Children in the Emergency Department.*  New York, NY: Cambridge University Press, 2011. ISBN 9780521700085

**Book Chapters: (10 electronic; 26 total)**

1. Hwang C, Sims L, **Wang NE.**  Common Overuse Injuries of the Pediatric Lower Extremity.  In: Dietrich A, Ed. Pediatric Trauma Care II.  Atlanta, GA: AHA Media;2014:37-47. (electronic)

2. Baz B, **Wang NE**. Physical abuse of children: identification, evaluation and management in the ED setting. In: Dietrich A, ed. Pediatric Trauma Care. Atlanta, GA: AHC Media; 2012:95-109. (electronic)

3. Gharahbaghian L, Schroeder B, Mittendorff R, **Wang NE**. Pediatric traumatic brain injury: epidemiology, pathophysiology, diagnosis, and treatment. In: Pediatric Trauma Care. Atlanta, GA: AHC Media; 2012:27-38. (electronic)

4. Lippert, S, **Wang NE**. "Pediatric Genitourinary and Renal Disorder." In: Adams J et al. eds. Adam's Emergency Medicine. 2nd edition.  Philadelphia, Pennsylvania: Saunders-Elsevier; 2012:167-176.

5. **Amieva-Wang NE**. "Airway Breathing and Ventilation." In:  Amieva-Wang NE, Shandro J, Sohoni A, Fassl B,  eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:2-12.

6. **Amieva-Wang NE**, Liu B.  "Tutorial:  Dental Procedures." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:123-125.

7. **Amieva-Wang NE**.  "Dermatologic Emergencies:  Quick reference tables." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:132-133.

8. **Amieva-Wang NE**, Messner A.  "Postoperative Tonsillectomy." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:205-207.

9. **Amieva-Wang NE**,  Sohoni, A.  "Common Rectal Complaints." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds. *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:313-314.

10. **Amieva-Wang NE**, Sohoni A. "Approach to the Prepubertal Genital Exam." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds. *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:328-330.

11. Dahlberg A, **Amieva-Wang NE**.  "Bleeding Disorders in Children." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:347-353.

12. Ramarajan N, **Amieva-Wang NE**. "Primary Immunodeficiency Disease in the Emergency Department." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:387-391.

13. **Amieva-Wang NE**, van der Vlugt TM, Sohoni A, Reid JR. "Bacterial Infections with Rashes." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:411-415.

14. **Amieva-Wang NE,** Sohoni A, "Approach to the Pediatric Neurologic Exam." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds.  *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:528-530.

15. Briese B, Marmer M, **Amieva-Wang NE**. "Dizziness and Ataxia." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds. *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:536-539.

16. Briese B, Marmer M, **Amieva-Wang NE**. "Weakness." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds. *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:550-553.

17. **Amieva-Wang NE**. "Cough." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds. *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:618-619.

18. Park JG, **Amieva-Wang NE**. "The Normal Neonate and Common Problems." In: Amieva-Wang NE, Shandro J, Sohoni A, Fassl B, eds. *Practical Guide of Pediatric Emergency Medicine: Caring for children in the Emergency Department.* New York, NY: Cambridge University Press; 2011:738-742.

19. Lim Ingrid, **Wang NE**, "Pediatric Genitourinary and Renal Disorder." In Adams J *et al.* eds. *Adam's Emergency Medicine*. Philadelphia, Pennsylvania: Saunders-Elsevier; 2008:1231-1242.

20. Hammon A, **Wang NE**. Mastoiditis, E-Medicine. http://www.emedicine.com. Published November 2005. Accessed November 2005.

21. Hsia R, **Wang NE**. Pediatric Gastrointestinal Bleeding. E-Medicine. http://www.emedicine.com. Published May 2005. Accessed May 2005.

22. Hsia R, **Wang NE**. Leishmaniasis. E-Medicine. http://www.emedicine.com. Published May 2005. Accessed May 2005.

23. **Wang, NE**. Hypoparathyroidism. E-Medicine. http://www.emedicine.com. Published 1999. Accessed 1999.

24. **Wang, NE.** Gas gangrene. E-Medicine. http://www.emedicine.com. Published 1999. Accessed 1999.

25. **Wang, NE**. Mastoiditis. E-Medicine. http://www.emedicine.com. Published 1999. Accessed 1999.

26. **Wang, NE**. Organophosphate insecticide poisonings. E-Medicine. http://www.emedicine.com. Published 1999. Accessed 1999.


## INTERNATIONAL AND VOLUNTEER WORK

**Physician Volunteer:**

| | |
|---|---|
| Standing Rock, North Dakota, USA | 12/2016 |
| Yale/Stanford Johnson and Johnson Program: | |
| Alam Sehat Lestari Clinic Sukadana, Indonesia, | 2011, 2012 |
| Santa Cruz, Bolivia | 2004 |
| Health Volunteers Overseas (HVO): | |
| Alam Sehat Lestari Clinic Sukadana, Indonesia | 2013 - present |
| Jigme Dorji Wangchuck National Referral Hospital, Thimphu, Bhutan; | 2011 |
| A Hole in the Wall Gang Camp / Camp for Children with Serious Illness: | 2003-present |
| Barretstown Ireland, Camp Korey, WA; Painted Turtle, CA | |
| Pacific Free Clinic | 2002-2007 |
| Doctors for Global Health, Hospital San Carlos, Altamirano, Chiapas, Mexico | 2000-2013 |
| REI Cuba | 2007 |
| San Lucas Toliman, Guatemala | 2006 |
| Doctors of the World: Human Rights Clinic | 2001-2006 |

| | |
|---|---|
| Arbor Free Clinic, Stanford, California | 1996-1999 |
| Los Médicos Voladores (The Flying Doctors), Baja, Mexico | 1993-1997 |
| Maya Mountains Archaeological Project (MMAP), Belize | 1996 |
| Mobile Medical Team for Stadium events, Stanford Stadium | 1993-1994 |
| Remote Area Medical Volunteers, Guatemala | 1993,1994 |

**Volunteer:**

| | |
|---|---|
| Sierra Club Service Trip (Lost Coast, CA) | 5/2019 |

## PROFESSIONAL MEMBERSHIPS AND LEARNED SOCIETIES

### Memberships:

| | |
|---|---|
| Fellow, American Academy of Pediatrics (FAAP) | 2002–present |
| Fellow, American Board of Emergency Physicians (FACEP) | 11/00–present |
| | |
| International Society of Travel Medicine (ISTM) | 2007–2008 |
| Professional Education Committee | |
| International Health Medical Education Consortium | 2002–2005 |
| Society of Academic Emergency Medicine (SAEM) | 1996–present |
| Secretary; SAEM International Medicine Interest Group | 1996 |
| American College of Emergency Physicians (ACEP) | 1996–present |
| ACEP Section on Social Emergency Medicine-Founding member | 2017–present |
| American Academy of Pediatrics (AAP) | 1996–present |
| Physicians for a National Health Program | 1996–present |
| Physicians for Social Responsibility | 1996–present |
| California Alliance for Physicians | 1996–present |
| Bay Area International Health Interest Group | 1996–present |

### Certifications:

| | |
|---|---|
| California Medical License Exp. 08/31/20 | |
| ABEM Emergency Medicine Certification | Exp. 12/31/2027 |
| ABEM Pediatric Emergency Medicine Certification | Exp. 12/31/2021 |
| Drug Enforcement Administration (DEA) | Exp. 05/31/20 |
| California Fluoroscopy Supervisor and Operator Permit | Exp.  02/29/20 |
| Advanced Pediatric Life Support (APLS) Instructor | 09/09–present |
| APLS Course Director04/13–present | |
| Pediatric Advanced Life Support (PALS) | 6/93-6/10; 4/18-4/20 |
| Pediatric Advanced Life Support (PALS) Instructor | 6/93-6/10; 2/2019-present |
| Advanced Cardiac Life Support (ACLS) | Expired 04/05 |
| ACLS InstructorExpired 04/99 | |
| Advanced Trauma Life Support (ATLS) | Expired 11/13 |
| ATLS InstructorExpired 11/13 | |
| Neonatal Advanced Life Support | Expired 12/11 |
| | |
| CBEST Waiver: Able to substitute teach in Palo Alto School District | 2003 |

**Research Mentorship record** (14 in 5 years/27 total) 3/23/2019

| Faculty Member / Trainee | Status | Mentoring Period | Title of Research Project | Current Position of Past Mentees |
|---|---|---|---|---|
| Ananth, Prasanna (Stanford Medical Student) | Past | 2006-2008 | "Feasibility of an Emergency Department-Based Educational Intervention for Acute Asthma, 2005" (Stanford Medical Scholars) | Assistant Professor, Yale Medicine (Pediatrics) |
| Anderson, Erik, MD (Social Emergency Medicine Fellow) | Past | 2015-2016 | "Addressing the Social Determinants of Health from the Emergency Department: The Practice of Social Emergency" | Attending, Physician Alameda County Hospital |
| Arroyo-Chen, Anna (Stanford Medical Student) | Past | 2011 | "Social disparities in the incidence of serious trauma: A total population study of California children" (Stanford University Community Scholar) | Fellow, Allergy and Immunology, Massachusetts General (2017-) |
| Burns, Carson (Stanford Medical Student) | Past | 2014-2016 | "Effect of Affordable Care Act (ACA) on young adult frequent ED users" (Stanford Medical Scholars) | Resident, Pediatrics, Seattle Childrens |
| Cassillas, Katherine (Stanford Medical Student) | Past | 2017-2018 | "State-Level Analysis of Young Adult Emergency Department Utilization for Psychiatric Diagnoses under the Early Affordable Care Act Medicaid Expansion." (Stanford Medical Scholars) | NA |
| Chen, Frances (Stanford Medical Student) | Past | 2015-2016 | "A Pilot Study of an Emergency Department-Based Insurance Linkage Program" (Stanford Medical Scholars) | Resident, Anesthesiology, Massachusetts General Hospital |
| Delgado, Kit (Mucio) (Instructor Emergency Medicine) | Past | 2010-2012 | Cost-effectiveness of helicopter versus ground emergency medical services for trauma scene transport in the United States. (Stanford Health Services Research T32 Masters Program) | Assistant Professor Emergency Medicine, University of Pennsyvania |
| Elder, Joshua, MD (Emergency Medicine Resident) | Past | 2012-2015 | "Variation in Care for Patients Presenting to the Emergency Department with Renal Colic" (Robert Woods Johnson Fellow) | Assistant Professor, University of California - Davis |
| Enriquez, Melissa (Stanford Medical Student) | Past | 2006-2007 | "Comparing Diagnostic Strategies for Chlamydia, Gonorrhea, and Trichomoniasis: Data From an Urban Primary Health Care Center in Sao Paulo, Brazil 2005" (Stanford Medical Scholars) | Community Radiology, Palo Alto |

| Golzari, Mana (Stanford Medical Student) | Past | 2004-2006 | "Pediatric Emergency Medicine Follow-up Compliance Study 2002 and 2003" (Stanford Medical Scholars) | Community Pediatrician Norristown, PA |
|---|---|---|---|---|
| Hakim, Ibrahim (Stanford Medical Student) | Past | 2015-2017 | "Variation in Treatment of Pediatric Injury by Hospital Trauma Status" (Stanford Medical Scholars) | Resident, Internal Medicine, Case Western |
| Kanak, Mia | Past | 2011-2015 | "Evaluation of an Emergency Department-based Health Insurance Enrollment Program for Children:  Rate of Linkage, Retention After Initial Linkage, and Healthcare Utilization" (Stanford Medical Scholars) | Fellow, Pediatric Emergency Medicine, Children's Hospital LA |
| Lee, July, MD (Pediatric Resident) | Current | 2018-present | "Influence of Immigration Status on Pediatric Access to Emergency Care" | NA |
| Lee, Moon, MD, MPH (Pediatric Emergency Medicine Faculty) | Past | 2014-2015 | "A pilot train-the-trainer program for community emergency departments to implement in situ pediatric resuscitation simulations" (CHRI grant) | Faculty, Stanford Emergency Medicine |
| Ling, Emilia, (Stanford Medical Student) | Current | 2018-present | "Sharing Care: Improving Connections and Referral Systems Between Stanford Help Desk and Community Primary and Dental Care Centers" (Valley Scholars) | NA |
| Mendenhall, Matthew (Stanford Medical Student) | Past | 2005-2006 | "Water in Malawi: The Sustainability of Shallow Wells, 2005" (Stanford Medical Scholars) | Community Emergency Medicine |
| Newberry, Jennifer, MD (Social Emergency Medicine Fellow) | Past | 2015-2016 | "Evaluating the Impact of Emergency Department-Based Community Partnerships to Address Social Determinants of Health." (Stanford Innovation Award in Population Science) | Faculty, Stanford Emergency Medicine |
| Nguyen, Quynh Phan, MD (LPCH PICU Fellow) | Current | 2018-present | "Epidemiology and outcomes of pediatric unintentional falls presenting to US Emergency Departments:  What role do developmental disabilities play?  (Jackson Vaughn Grant) | NA |
| Pierog, Jessica, MD (Stanford Clinical Instructor) | Past | 2011 | "Teaching Effective CPR, Squeezing New Life into an Old Procedure" (Stanford Epidemiology Masters Program) | Community ED physician |
| Ramarajan, Naresh | Past | 2007-2009 | "Interdisciplinary Initiative to Reduce Radiation Exposure in | Faculty UCLA, EM/IM |

| | | | Children:  Evaluation of Appendicitis Using a Staged US and CT Protocol" (Stanford Medical Scholars) | |
|---|---|---|---|---|
| Rizal, Rachel (Stanford Medical Student) | Past | 2012-2016 | "The Effect of Computerized Alcohol Screening and Brief Intervention on Alcohol Consumption in Adolescent Patients in the Emergency Department" (Stanford Medical Scholars) | Resident, Emergency Medicine, Harvard Affiliated Programs |
| Rutman, Lori Ellen (LPCH Pediatrics Resident) | Past | 2010-2011 | "Emergency Department-based health insurance enrollment for kids: does site of enrollment impact retention and utilization?" | Assistant Professor, Pediatric Emergency Medicine, Seattle Children's Hospital (2014-) |
| Tsai, Thomas (Stanford Medical Student) | Past | 2009-2010 | "Reducing Radiation Exposure: Clinical Features and Reliability of a Sonographically Normal Appendix in Ruling Out Pediatric Acute Appendicitis" (Medical Scholars) | General Surgeon Affiliated with Brigham and Woman's Faulkner Hospital |
| Vogel, Laura (Stanford Medical Student) | Past | 2011-2015 | "Pediatric Trauma Transfers in California:  Disparities in access and efficiency" (Stanford Medical Scholars) | Resident, Emergency Medicine, Harvard Affiliated Programs |
| Warstadt, Nicholas (Stanford Medical Student) | Past | 2015-2017 | "Predictors and Outcomes of Specialized Treatment Center Utilization by California Youths with Burn Injuries" (Stanford Medical Scholars) | Resident, Emergency Medicine |
| Yokell, Michael | Past | 2011-2015 | "National rates of under- and over-triage of trauma" (Stanford Medical Scholars) | Resident, Emergency Medicine University of Pennsylvania |
| Yore, MacKenzie (Stanford Medical Student) | Past | 2016-2017 | "Design and Evaluation of a Social Services Help Desk in the Santa Clara Valley Medical Center Emergency Department." (Stanford Medical Scholars) | Resident, Emergency Medicine UCSF Fresno |

# Facility Report for Flores v. Barr Class Counsel: Homestead

## Analysis of Class Members Held at the Homestead ORR Facility

## August 8, 2019

**Select Program Name**
Homestead

## Executive Summary

This report summarizes Department of Justice Office of Refugee Resettlement (DOJ ORR) data provided to Flores v. Barr Class Counsel for Class Members held in the custody of ORR at the Homestead facility at any point from January 2018 to June 2019. The focus is on detention characteristics of the 14,159 Class Members whose DOJ records clearly indicate their age, date of placement into ORR custody, detention duration, and, when applicable, release from ORR custody.

**Table 1.** Overview of the volume of Class Members held in ORR Custody at Homestead, by year of placement and release.

|  | Grand Total | Released in 2018 | Released in 2019 | Still in ORR Custody on 30JUN2019 |
|---|---|---|---|---|
| Grand Total | 14,159 (100.0%) | 3,089 (21.8%) | 8,209 (58.0%) | 2,861 (20.2%) |
| In ORR Custody as of 31DEC2017 | 3 (0.0%) | 3 (0.0%) |  |  |
| Placed into ORR Custody in 2018 | 4,753 (33.6%) | 3,086 (21.8%) | 1,577 (11.1%) | 90 (0.6%) |
| Placed into ORR Custody in 2019, to date | 9,403 (66.4%) |  | 6,632 (46.8%) | 2,771 (19.6%) |

## Demographics

**Figure 1.** Basic demographics of Class Members held in ORR Custody at Homestead.



### Gender

Female
4,390 (31.0%)

Male
9,769 (69.0%)

### Age

11 to 13 years
804 (5.7%)

6 to 10 years
1 (0.0%)

14 to 17 years
13,354 (94.3%)

### Country of Origin

Other
277 (2.0%)

Mexico
133 (0.9%)

El Salvador
2,481 (17.5%)

Honduras
4,101 (29.0%)

Guatemala
7,167 (50.6%)

## Homestead:
## Monthly Volume Trends of Class Members in Detention

**Figure 2**. Class Members held in custody by ORR at Homestead by month. Top number above bar indicates total class members in custody that month; grey number above bar indicates average days in custody that months. Shading indicates length of custody to date; 13,891 Class Members in view.



# Homestead: Length of Detention

Overall, the median length of detention in ORR custody for Class Members held at Homestead was 39 days (Inter Quartile Range (IQR) 23-67).

**Table 2**. Overall detention characteristics of Class Members held at Homestead, grouped by age at time of placement into ORR Custody.

|  | Grand Total | 6 to 10 years | 11 to 13 years | 14 to 17 years |
|---|---|---|---|---|
| Number of Class Members | 14,159 (100.0%) | 1 (0.0%) | 804 (5.7%) | 13,354 (94.3%) |
| Released | 11,378 (80.4%) |  | 672 (83.6%) | 10,706 (80.2%) |
| Still in ORR Custody on 2019-06-30 | 2,781 (19.6%) | 1 (100.0%) | 132 (16.4%) | 2,648 (19.8%) |
| Length of Detention >20 days | 11,328 (80.0%) | 1 (100.0%) | 585 (72.8%) | 10,742 (80.4%) |
| Length of Detention <=20 days | 2,831 (20.0%) |  | 219 (27.2%) | 2,612 (19.6%) |
| Detention in days, median (IQR) | 39 (23-67) | 93 (93-93) | 31 (19-61) | 39 (23-67) |
| Detention in days, average (st. dev) | 52.8 (46.7) | 93.0 () | 47.8 (47.2) | 53.1 (46.6) |
| 1-20 days | 2,831 (20.0%) |  | 219 (27.2%) | 2,612 (19.6%) |
| 21-30 days | 2,641 (18.7%) |  | 171 (21.3%) | 2,470 (18.5%) |
| 31-60 days | 4,544 (32.1%) |  | 212 (26.4%) | 4,332 (32.4%) |
| 61-90 days | 2,070 (14.6%) |  | 105 (13.1%) | 1,965 (14.7%) |
| 91-120 days | 1,009 (7.1%) | 1 (100.0%) | 44 (5.5%) | 964 (7.2%) |
| 121-150 days | 447 (3.2%) |  | 21 (2.6%) | 426 (3.2%) |
| 151-180 days | 262 (1.9%) |  | 13 (1.6%) | 249 (1.9%) |
| 6-<12 months | 337 (2.4%) |  | 18 (2.2%) | 319 (2.4%) |
| 12-<18 months | 18 (0.1%) |  | 1 (0.1%) | 17 (0.1%) |

**Figure 3.** Distribution of length of detention for Class Members held at Homestead, grouped by age; a different visualization of Table 2 information. The 6-10 years individual is not shown.



53

# Homestead: Transfer & Release Characteristics

**Table 3**. Top 10 facilities where Class Members at Homestead are <u>first</u> held in ORR Custody

| First Program Name | |
|---|---|
| Grand Total | 14,159 (100.0%) |
| Homestead | 14,098 (99.6%) |
| His House | 17 (0.1%) |
| Southwest Key Casa Quetzal | 10 (0.1%) |
| Catholic Charities Boystown | 7 (0.0%) |
| Southwest Key Campbell | 6 (0.0%) |
| Southwest Key Casita Del Valle | 4 (0.0%) |
| BCFS San Antonio | 3 (0.0%) |
| Southwest Key Casa Blanca | 3 (0.0%) |
| Southwest Key Glendale | 3 (0.0%) |
| Southwest Key Sol | 3 (0.0%) |

**Table 4**. Top 10 facilities where Class Members at Homestead are <u>last</u> held in ORR Custody

| Last Program Name | |
|---|---|
| Grand Total | 14,159 (100.0%) |
| Homestead | 12,632 (89.2%) |
| BCFS Tornillo | 707 (5.0%) |
| His House | 171 (1.2%) |
| Southwest Key Estrella | 89 (0.6%) |
| Southwest Key Casa Padre | 85 (0.6%) |
| Catholic Charities Boystown | 80 (0.6%) |
| BCFS Harlingen | 52 (0.4%) |
| Southwest Key Casa Kokopelli | 28 (0.2%) |
| Southwest Key Nueva Esperanza | 22 (0.2%) |
| Heartland Intl Childrens RC | 17 (0.1%) |



**Figure 4.** Release classification of Class Members at Homestead.

Other 533 (3.8%)
Age Out 127 (0.9%)
Not Released 2,676 (18.9%)
Reunified 10,786 (76.2%)



**Figure 5**. Top 10 states of sponsors of Reunified Class Members at Homestead.

| State | Value |
|---|---|
| TX | 1,355 (12.5%) |
| FL | 1,257 (11.6%) |
| CA | 1,211 (11.1%) |
| NY | 862 (7.9%) |
| MD | 687 (6.3%) |
| NJ | 638 (5.9%) |
| VA | 585 (5.4%) |
| GA | 405 (3.7%) |
| NC | 365 (3.4%) |
| TN | 363 (3.3%) |

% of Class Members

**Table 5**. Lengths of detention in ORR Custody by release classification, for Class Members at Homestead

| Length of Detention | Grand Total | Reunified | Not Released | Other | Age Out | US Departure |
|---|---|---|---|---|---|---|
| | 14,159 (100.0%) | 10,786 (76.2%) | 2,676 (18.9%) | 533 (3.8%) | 127 (0.9%) | 37 (0.3%) |
| 1-20 days | 2,831 (20.0%) | 1,749 (16.2%) | 1,025 (38.3%) | 39 (7.3%) | 18 (14.2%) | |
| 21-30 days | 2,641 (18.7%) | 2,194 (20.3%) | 406 (15.2%) | 31 (5.8%) | 10 (7.9%) | |
| 31-60 days | 4,544 (32.1%) | 3,601 (33.4%) | 655 (24.5%) | 259 (48.6%) | 29 (22.8%) | |
| 61-90 days | 2,070 (14.6%) | 1,597 (14.8%) | 295 (11.0%) | 159 (29.8%) | 16 (12.6%) | 3 (8.1%) |
| 91-120 days | 1,009 (7.1%) | 826 (7.7%) | 138 (5.2%) | 26 (4.9%) | 15 (11.8%) | 4 (10.8%) |
| 121-150 days | 447 (3.2%) | 374 (3.5%) | 45 (1.7%) | 3 (0.6%) | 18 (14.2%) | 7 (18.9%) |
| 151-180 days | 262 (1.9%) | 216 (2.0%) | 27 (1.0%) | 5 (0.9%) | 7 (5.5%) | 7 (18.9%) |
| 6-<12 months | 337 (2.4%) | 226 (2.1%) | 71 (2.7%) | 11 (2.1%) | 13 (10.2%) | 16 (43.2%) |
| 12-<18 months | 18 (0.1%) | 3 (0.0%) | 14 (0.5%) | | 1 (0.8%) | |

## Homestead: Turning 18 While in ORR Custody

**Table 6.** Length of detention for 17-year-old Class Members held at Homestead and released from ORR Custody

| Length of Detention | Grand Total | Age Out | Other Status (released before 18th birthday) |
|---|---|---|---|
| | 5,018 (100.0%) | 125 (2.5%) | 4,893 (97.5%) |
| 1-20 days | 628 (12.6%) | 17 (13.6%) | 611 (12.6%) |
| 21-30 days | 857 (17.2%) | 9 (7.2%) | 848 (17.5%) |
| 31-60 days | 1,746 (35.0%) | 29 (23.2%) | 1,717 (35.4%) |
| 61-90 days | 838 (16.8%) | 16 (12.8%) | 822 (16.9%) |
| 91-120 days | 443 (8.9%) | 15 (12.0%) | 428 (8.8%) |
| 121-150 days | 212 (4.3%) | 18 (14.4%) | 194 (4.0%) |
| 151-180 days | 113 (2.3%) | 7 (5.6%) | 106 (2.2%) |
| 6-<12 months | 142 (2.9%) | 13 (10.4%) | 129 (2.7%) |
| 12-<18 months | 3 (0.1%) | 1 (0.8%) | 2 (0.0%) |

**Figure 6.** Monthly trends of release of 17-years-old Class Members held in custody by ORR at Homestead, grouped by type of release. Vertical axis indicates percent of Class Members calculated within release type. Shading indicates length of detention.



# Homestead: Data Processing

1. Data shown are from DOJ files provided for months November 2017 through June 2019.

2. There are approximately 3400 more Class Members (~4% of all ORR records for this period, not just records of the Homestead facility) excluded from this analysis because their DOJ records were ambiguous due to duplicated, inconsistent, or missing data.

3. There are 336 individuals recorded in the DOJ files who were older than 18 at time of admittance into ORR Custody. They are not included in this analysis of Flores Class Members.

4. Length of detention is calculated as the elapsed days from date of placement into the custody of ORR to date of release. If there is no release information, the Class Member is assumed still in the custody of ORR at the end of June 2019, and the length of detention is calculated as the elapsed days from date of placement until 7/15/2019, the date of the census for the latest file provided by the DOJ. The date of placement and last day in detention are included as days in detention.

5. Monthly trends of detained Class Members are the sums of all distinct Class Members held in the custody of ORR each month. These will differ from average daily census numbers provided by DOJ. Instead our numbers indicate how many Class Members the ORR system detains and is responsible for each month.

# Report for Flores v. Barr Class Counsel

Analysis of Class Members Held at All ORR Facilities                    August 8, 2019

## Executive Summary

This report summarizes Department of Justice Office of Refugee Resettlement (DOJ ORR) data provided to Flores v. Barr Class Counsel for Class Members held in the custody of ORR at any point during January 2018 to June 2019. The focus is on detention characteristics of the 103,167 Class Members whose DOJ records clearly indicate their age, date of placement into ORR custody, detention duration, and, when applicable, release from ORR custody.

We conclude that the monthly volume of Class Members held in the custody of ORR has nearly doubled during the reporting period. Additionally, only 16,977 (16.5% of 103,167) Class Members were released from ORR custody within 20 days. Notably, there were 19,230 (18.6%) Class Members detained more than 90 days, 16,692 (16.2%) detained from 61-90 days, 34,095 (33.0%) from 31-60 days, and 16,173 (15.7%) from 21-30 days.

## Volume

There were a total of 103,167 Class Members held in the custody of ORR from January 1, 2018 through June 30, 2019.  We attempt to account for the constant influx and efflux of Class Members. Table 1 demonstrates that there were 7,558 (7.3% of 103,167) Class Members already in ORR custody as of December 31, 2017, 51,145 (49.6%) were placed into ORR custody during 2018, and 44,464 (43.1%) were placed into ORR custody during the first six months of 2019.

**Table 1.** Overview of the volume of Class Members held in ORR Custody, by year of placement and release.

|  | Grand Total | Released in 2018 | Released in 2019 | Still in ORR Custody on 30JUN2019 |
|---|---|---|---|---|
| Grand Total | 103,167 (100.0%) | 45,936 (44.5%) | 44,001 (42.7%) | 13,230 (12.8%) |
| In ORR Custody as of 31DEC2017 | 7,558 (7.3%) | 7,175 (7.0%) | 197 (0.2%) | 186 (0.2%) |
| Placed into ORR Custody in 2018 | 51,145 (49.6%) | 38,761 (37.6%) | 11,486 (11.1%) | 898 (0.9%) |
| Placed into ORR Custody in 2019, to date | 44,464 (43.1%) |  | 32,318 (31.3%) | 12,146 (11.8%) |

## Demographics

**Figure 1.** Basic demographics of Class Members held in ORR Custody.



**Sex**
Female 32.1K (31.1%)
Male 71.1K (68.9%)

**Age**
0 to 5 years 3.0K (2.9%)
6 to 10 years 7.5K (7.3%)
11 to 13 years 9.7K (9.4%)
14 to 17 years 82.9K (80.4%)

**Country of Origin**
Other 4.4K (4.2%)
Mexico 2.4K (2.3%)
El Salvador 15.0K (14.6%)
Honduras 29.3K (28.4%)
Guatemala 52.1K (50.5%)

## All Facilities: Monthly Volume Trends of Class Members in Detention

The number of Class Members held in custody by ORR each month nearly doubled during the reporting period. February 2018 saw the fewest number of Class Members held in custody by ORR, 10,566; the maximum of 21,739 was recorded in June 2019. (Figure 2)

The number of Class Members held in custody by ORR for more than 3 months tripled, from 1,782 in January 2018 to 5,472 in October 2018, and remained at this level through December 2018.

**Figure 2**. Class Members in ORR Custody by month. Top number above bar indicates total class members in custody that month; grey number above bar indicates average days in custody that months. Shading indicates length of custody to date; 103,167 Class Members in view.



# All Facilities: Length of Detention

Overall, the median length of detention in ORR custody was 44 days (Inter Quartile Range (IQR) 26-76).

Few Class Members were in ORR custody 20 days or less (16,977, 16.5% of 103,167). The largest number of Class Members, 34,095 (33.0%), remained in ORR custody 31-60 days; the next largest number of Class Members, 16,692 (16.2%), remained in ORR custody 61-90 days.  (Table 2)

Length of detention distributions were similar across age groups. (Figure 3)

**Table 2**. Overall detention characteristics grouped by age at time of placement into ORR Custody.

| | Grand Total | 0 to 5 years | 6 to 10 years | 11 to 13 years | 14 to 17 years |
|---|---|---|---|---|---|
| Number of Class Members | 103,167 (100.0%) | 3,034 (2.9%) | 7,480 (7.3%) | 9,707 (9.4%) | 82,946 (80.4%) |
| Released | 90,273 (87.5%) | 2,538 (83.7%) | 6,579 (88.0%) | 8,605 (88.6%) | 72,551 (87.5%) |
| Still in ORR Custody on 2019-06-30 | 12,894 (12.5%) | 496 (16.3%) | 901 (12.0%) | 1,102 (11.4%) | 10,395 (12.5%) |
| Length of Detention >20 days | 86,190 (83.5%) | 2,570 (84.7%) | 5,759 (77.0%) | 7,484 (77.1%) | 70,377 (84.8%) |
| Length of Detention <=20 days | 16,977 (16.5%) | 464 (15.3%) | 1,721 (23.0%) | 2,223 (22.9%) | 12,569 (15.2%) |
| | | | | | |
| Detention in days, median (IQR) | 44 (26-76) | 47 (26-81) | 39 (21-68) | 38 (22-68) | 45 (27-77) |
| Detention in days, average (std) | 63.7 (69.9) | 66.6 (87.8) | 55.5 (61.9) | 56.4 (67.3) | 65.1 (70.0) |
| | | | | | |
| 1-20 days | 16,977 (16.5%) | 464 (15.3%) | 1,721 (23.0%) | 2,223 (22.9%) | 12,569 (15.2%) |
| 21-30 days | 16,173 (15.7%) | 500 (16.5%) | 1,233 (16.5%) | 1,676 (17.3%) | 12,764 (15.4%) |
| 31-60 days | 34,095 (33.0%) | 951 (31.3%) | 2,211 (29.6%) | 2,936 (30.2%) | 27,997 (33.8%) |
| 61-90 days | 16,692 (16.2%) | 496 (16.3%) | 1,182 (15.8%) | 1,418 (14.6%) | 13,596 (16.4%) |
| 91-120 days | 7,865 (7.6%) | 239 (7.9%) | 482 (6.4%) | 616 (6.3%) | 6,528 (7.9%) |
| 121-150 days | 4,170 (4.0%) | 148 (4.9%) | 283 (3.8%) | 320 (3.3%) | 3,419 (4.1%) |
| 151-180 days | 2,332 (2.3%) | 90 (3.0%) | 144 (1.9%) | 182 (1.9%) | 1,916 (2.3%) |
| 6-<12 months | 3,909 (3.8%) | 120 (4.0%) | 193 (2.6%) | 268 (2.8%) | 3,328 (4.0%) |
| 12-<18 months | 638 (0.6%) | 15 (0.5%) | 16 (0.2%) | 31 (0.3%) | 576 (0.7%) |
| 18-<24 months | 221 (0.2%) | 6 (0.2%) | 8 (0.1%) | 22 (0.2%) | 185 (0.2%) |
| 24+ months | 95 (0.1%) | 5 (0.2%) | 7 (0.1%) | 15 (0.2%) | 68 (0.1%) |

**Figure 3**. Distribution of length of detention grouped by age; a different visualization of Table 2 information.



# All Facilities: Transfer & Release Characteristics

**Table 3**. Top 10 facilities where Class Members are <u>first</u> held in ORR Custody

| First Program Name | |
|---|---|
| Grand Total | 103,167 (100.0%) |
| Homestead | 14,098 (13.7%) |
| Southwest Key Casa Padre | 10,364 (10.0%) |
| Cayuga Centers | 6,734 (6.5%) |
| BCFS Harlingen | 5,021 (4.9%) |
| Southwest Key Antigua | 2,953 (2.9%) |
| Southwest Key Nueva Esperanza | 2,534 (2.5%) |
| Southwest Key El Presidente | 2,364 (2.3%) |
| Southwest Key Rio Grande | 2,119 (2.1%) |
| Southwest Key Estrella | 2,111 (2.0%) |
| Southwest Key Casa Quetzal | 1,930 (1.9%) |

**Table 4**. Top 10 facilities where Class Members are <u>last</u> held in ORR Custody

| Last Program Name | |
|---|---|
| Grand Total | 103,167 (100.0%) |
| Homestead | 12,632 (12.2%) |
| Southwest Key Casa Padre | 10,039 (9.7%) |
| Cayuga Centers | 6,678 (6.5%) |
| BCFS Tornillo | 5,531 (5.4%) |
| BCFS Harlingen | 4,218 (4.1%) |
| Southwest Key Antigua | 2,777 (2.7%) |
| Southwest Key Nueva Esperanza | 2,305 (2.2%) |
| Southwest Key El Presidente | 2,190 (2.1%) |
| Southwest Key Estrella | 2,099 (2.0%) |
| Southwest Key Rio Grande | 2,050 (2.0%) |

**Figure 4.** Release classification of Class Members



Age Out 2,911 (2.8%)
Other 6,755 (6.5%)
Not Released 12,493 (12.1%)
Reunified 79,788 (77.3%)

**Figure 5.** Top 10 states of sponsors of Reunified Class Members



| State | % |
|---|---|
| TX | 10,847 (13.1%) |
| CA | 9,921 (12.0%) |
| FL | 9,358 (11.3%) |
| NY | 6,872 (8.3%) |
| MD | 4,814 (5.8%) |
| NJ | 4,610 (5.6%) |
| VA | 4,420 (5.3%) |
| GA | 3,029 (3.7%) |
| NC | 2,701 (3.3%) |
| TN | 2,590 (3.1%) |

% of Class Members

**Table 5**. Lengths of detention in ORR Custody by release classification

| Length of Detention | Grand Total 103,167 (100.0%) | Reunified 79,788 (77.3%) | Not Released 12,493 (12.1%) | Other 6,755 (6.5%) | Age Out 2,911 (2.8%) | US Departure 1,220 (1.2%) |
|---|---|---|---|---|---|---|
| 1-20 days | 16,977 (16.5%) | 11,814 (14.8%) | 3,784 (30.3%) | 556 (8.2%) | 817 (28.1%) | 6 (0.5%) |
| 21-30 days | 16,173 (15.7%) | 13,480 (16.9%) | 2,005 (16.0%) | 398 (5.9%) | 279 (9.6%) | 11 (0.9%) |
| 31-60 days | 34,095 (33.0%) | 27,727 (34.8%) | 3,035 (24.3%) | 2,738 (40.5%) | 540 (18.6%) | 55 (4.5%) |
| 61-90 days | 16,692 (16.2%) | 13,357 (16.7%) | 1,378 (11.0%) | 1,481 (21.9%) | 355 (12.2%) | 121 (9.9%) |
| 91-120 days | 7,865 (7.6%) | 6,274 (7.9%) | 713 (5.7%) | 496 (7.3%) | 213 (7.3%) | 169 (13.9%) |
| 121-150 days | 4,170 (4.0%) | 3,154 (4.0%) | 352 (2.8%) | 260 (3.8%) | 169 (5.8%) | 235 (19.3%) |
| 151-180 days | 2,332 (2.3%) | 1,619 (2.0%) | 225 (1.8%) | 156 (2.3%) | 110 (3.8%) | 222 (18.2%) |
| 6-<12 months | 3,909 (3.8%) | 2,150 (2.7%) | 619 (5.0%) | 451 (6.7%) | 314 (10.8%) | 375 (30.7%) |
| 12-<18 months | 638 (0.6%) | 180 (0.2%) | 195 (1.6%) | 146 (2.2%) | 95 (3.3%) | 22 (1.8%) |
| 18-<24 months | 221 (0.2%) | 26 (0.0%) | 129 (1.0%) | 46 (0.7%) | 17 (0.6%) | 3 (0.2%) |
| 24+ months | 95 (0.1%) | 7 (0.0%) | 58 (0.5%) | 27 (0.4%) | 2 (0.1%) | 1 (0.1%) |

## All Facilities: Turning 18 While in ORR Custody

During the reporting period, there were 36,954 17-year-old Class Members released from ORR custody. Most (92.4% of 36,954) were released prior to their 18th birthday and their release status is noted as 'Other Status' below. (Table 3)

The remaining 2,825 (7.6%) had a release status of 'Age Out', which indicates they were released on the date of their 18th birthday. A larger percentage of Class Members in the 'Age Out' group (14.6% of 2,825) were held in custody by ORR for more than 6 months compared to those released before they turned 18 (5.2% of 34,129). Trends related to monthly detention by release status are shown in Figure 4.

**Table 3.** Length of detention for 17-year-old Class Members released from ORR Custody

| Length of Detention | Grand Total 36,954 (100.0%) | Age Out 2,825 (7.6%) | Other Status (released before 18th birthday) 34,129 (92.4%) |
|---|---|---|---|
| 1-20 days | 4,609 (12.5%) | 773 (27.6%) | 3,836 (11.3%) |
| 21-30 days | 5,274 (14.3%) | 268 (9.6%) | 5,006 (14.7%) |
| 31-60 days | 12,406 (33.7%) | 529 (18.9%) | 11,877 (35.0%) |
| 61-90 days | 6,356 (17.3%) | 347 (12.4%) | 6,009 (17.7%) |
| 91-120 days | 3,270 (8.9%) | 209 (7.5%) | 3,061 (9.0%) |
| 121-150 days | 1,737 (4.7%) | 167 (6.0%) | 1,570 (4.6%) |
| 151-180 days | 978 (2.7%) | 102 (3.6%) | 876 (2.6%) |
| 6-<12 months | 1,741 (4.7%) | 308 (11.0%) | 1,433 (4.2%) |
| 12-<18 months | 314 (0.9%) | 87 (3.1%) | 227 (0.7%) |
| 18-<24 months | 64 (0.2%) | 13 (0.5%) | 51 (0.2%) |
| 24+ months | 26 (0.1%) | 2 (0.1%) | 24 (0.1%) |

**Figure 4.** Monthly trends of release of 17-years-old Class Members held in custody by ORR, grouped by type of release. Vertical axis indicates percent of Class Members calculated within release type. Shading indicates length of detention.



## All Facilities: Data Processing

1. Data shown are from DOJ files provided for months November 2017 through June 2019.

2. There are approximately 3400 more Class Members (~4% of all records) excluded from this analysis because their DOJ records were ambiguous due to duplicated, inconsistent, or missing data.

3. There are 336 individuals recorded in the DOJ files who were older than 18 at time of admittance into ORR Custody. They are not included in this analysis of Flores Class Members.

4. Length of detention is calculated as the elapsed days from date of placement into the custody of ORR to date of release. If there is no release information, the Class Member is assumed still in the custody of ORR at the end of June 2019, and the length of detention is calculated as the elapsed days from date of placement until 7/15/2019, the date of the census for the latest file provided by the DOJ. The date of placement and last day in detention are included as days in detention.

5. Monthly trends of detained Class Members are the sums of all distinct Class Members held in the custody of ORR each month. These will differ from average daily census numbers provided by DOJ. Instead our numbers indicate how many Class Members the ORR system detains and is responsible for each month.

**CERTIFICATE OF SERVICE**

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On August 23, 2019 I electronically filed the following document(s):

- **EXHIBIT 1 TO PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE EVIDENCE AND FOR AN EVIDENTIARY HEARING**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*