JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>WILLIAM P. BARR., Attorney General of the United States; *et al.*, <br><br>Defendants. | Case No. CV 85-4544-DMG <br><br>**Defendants' Ex Parte Application for Expanded Page Limit;** <br><br>**Memorandum of Points and Authorities;** <br><br>**Declaration;** <br><br>**[PROPOSED] Order**. <br><br>[Hon. Dolly M. Gee] |

## Defendants' Ex Parte Application For Expanded Page Limit

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court allowing Defendants sixty (60) pages in which to file a single consolidated memorandum of points and authorities with this Court that: (1) addresses the supplemental briefing ordered by the Court, ECF No. 525 (Nov. 21, 2018); (2) notices the termination of the *Flores* Settlement Agreement ("Agreement"); and (3) moves, in the alternative, to terminate the Agreement. A single consolidated memorandum will aid the Court and the parties given the overlapping issues and the length and comprehensiveness of the newly-issued rule implementing the Flores Agreement.

Defendants request this expansion of the page limit for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs, Carlos Holguin, by email on August 26, and 28 to request counsel's position on this request. Plaintiffs' counsel stated that he opposes Defendants' request in part.

///

///

///

Dated: August 29, 2019   Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## **Memorandum of Points and Authorities**

In September 2018, the government issued a notice of proposed rulemaking to implement the *Flores* Settlement Agreement ("Agreement"). On November 2, 2018, Plaintiffs filed a motion to enforce, which asked the Court to enjoin the Government from implementing final regulations that—Plaintiffs alleged—failed to implement the Agreement. ECF No. 516. On November 21, 2018, this Court deferred ruling on Plaintiffs' motion, and provided a schedule for the parties to supplement the briefing on that motion following the issuance of a final rule. ECF No. 525.

On August 23, 2019, Defendants issued final regulations implementing the *Flores* Settlement Agreement. In accordance with the Court's November 21, 2018 order, the parties must file supplemental briefing regarding Plaintiffs' pending motion on or before August 30, 2019. *See* ECF No. 525. In order to ensure that all issues relevant to the termination of the Agreement are before the Court at one time and in a timely and efficient manner, Defendants intend to file a single consolidated memorandum of law that addresses three issues: (1) the supplemental response to Plaintiff's motion to enforce; (2) a notice of termination of the Agreement explaining that the Agreement terminates by its terms on October 7, 2019; and (3) an alternative motion to terminate the Agreement. Combining these multiple filings into a single consolidated memorandum of law—and filing all of Defendants' arguments and the motion at the same time as the supplemental briefing—is the most efficient way for the parties and the Court to consider all of the parties' arguments related to the termination of the Agreement. Moreover, this consolidation will allow for a schedule that will permit the Court to promptly address all of the legal issues related to termination of the Agreement (allowing time for Plaintiffs to respond to Defendants' motion and for this Court to hear it) prior to the Agreement's termination date.

A single memorandum of law of sixty pages is needed given the length and comprehensiveness of the final rule. The final rule is very long–comprising 144

pages of the Federal Register–and addresses policies and procedures at multiple agencies and components, governing wide range of circumstances involving children in immigration custody. Plaintiffs also have raised multiple arguments in their Motion to Enforce. Addressing the new rule and the termination of the Agreement comprehensively warrants a focused presentation addressing all of the legal issues. Allowing Defendants to file a single memorandum of sixty pages will permit that.

Defendants have conferred with Plaintiffs who have stated that they partially oppose this request. Plaintiffs state that they oppose the government's request to file a combined memorandum. Plaintiffs also state that they oppose an overlength filing in response to the Motion to Enforce (which they state would be limited to 25 pages under Local Rule 11-6). Finally, Plaintiffs state that they take no position to the extent the government seeks additional pages in support of a motion to terminate in the alternative. Defendants respectfully disagree with Plaintiffs that the parties or the Court will be better served with multiple legal briefs from the government of varying lengths rather than a single consolidated memorandum of law.

For all of these reasons, and because Defendants are combining multiple filings into a single brief, Defendants respectfully request that the Court allow them a page limit of sixty (60) pages for their combined filing.

///

///

///

| | | |
|---|---|---|
| 1 | Dated: August 29, 2019 | Respectfully submitted, |

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah B. Fabian
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**Certificate of Service**

    I hereby certify that on August 29, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

                       /s/ *Sarah B. Fabian*
                       SARAH B. FABIAN
                       U.S. Department of Justice
                       District Court Section
                       Office of Immigration Litigation

                       Attorney for Defendants