**DECLARATION OF SARAH B. FABIAN**

I, SARAH B. FABIAN, declare:

1. I am a Senior Litigation Counsel with the U.S. Department of Justice, and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. On August 23, 2019, Defendants issued final regulations implementing the Flores Settlement Agreement. In accordance with the Court's November 21, 2018 order, ECF No. 525, the parties must file supplemental briefing regarding Plaintiffs' pending motion on or before August 30, 2019. In order to ensure that all issues relevant to the termination of the Agreement are before the Court at one time, and in a timely and efficient manner, Defendants intend to file a single consolidated memorandum of law that addresses three issues: (1) the supplemental response to Plaintiff's motion to enforce; (2) a notice of termination of the Agreement explaining that the Agreement terminates by its terms on October 7, 2019; and (3) an alternative motion to terminate the Agreement. Defendants ask the Court to allow them sixty (60) pages in which to file this single consolidated memorandum of points and authorities.

3. A single consolidated memorandum will aid the Court and the parties given the overlapping issues and the length and comprehensiveness of the newly-issued rule implementing the Flores Agreement. Combining these multiple filings into a single

consolidated memorandum of law—and filing all of Defendants' arguments and the motion at the same time as the supplemental briefing—is the most efficient way for the parties and the Court to consider all of the parties' arguments related to the termination of the Agreement. Moreover, this consolidation will allow for a schedule that will permit the Court to promptly address all of the legal issues related to termination of the Agreement (allowing time for Plaintiffs to respond to Defendants' motion and for this Court to hear it) prior to the Agreement's termination date.

4. On August 26 and 28, I reached out by email to counsel for Plaintiffs, Carlos Holguin. Mr. Holguin stated that Plaintiffs partially oppose Defendants' request. Plaintiffs state that they oppose the government's request to file a combined memorandum. Plaintiffs also state that they oppose an overlength filing in response to the Motion to Enforce (which they state would be limited to 25 pages under Local Rule 11-6). Finally, Plaintiffs state that they take no position to the extent the government seeks additional pages in support of a motion to terminate in the alternative.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 29, 2019 at Denver, Colorado.

*/s/ Sarah B. Fabian*
SARAH B. FABIAN

2