UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, et al.,<br><br>Defendants. | Case No. 2:85-cv-4544-DMG<br><br>**[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO FILE BRIEF OF *AMICI CURIAE*** |

**IT IS HEREBY ORDERED** that the *ex parte* application of the American Academy of Child and Adolescent Psychiatry, the American Academy of Pediatrics, the American Academy of Pediatrics, California, the American Federation of Teachers, the American Medical Association, the American Professional Society on the Abuse of Children, the American Psychiatric Association, the American Psychoanalytic Association, the California American Professional Society on the Abuse of Children, the Center for Law and Social Policy, the Children's Defense Fund, First Focus on Children, the Lutheran Immigration and Refugee Service, the National Association of Social Workers, the National Education Association, the Texas Pediatric Society, Save the Children Action Network, Inc., Save the Children Federation, Inc., and the Women's Refugee Commission, together with First Focus on Children, Inc., UNICEF USA, and ZERO TO THREE to file a brief of *amici curiae* is **GRANTED**, and the proposed brief submitted with the motion is deemed filed and served.

Dated: _____

_____
Judge Dolly M. Gee
United States District Judge

ARENT FOX LLP
ATTORNEYS AT LAW
SAN FRANCISCO