NATASHA E. DAUGHTREY (SBN 319975)
NDaughtrey@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street
41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for *Amicus*
Kids in Need of Defense

[*Additional counsel listed on signature page*]

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| JENNY FLORES, et al.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM BARR,<br><br>　　　　Defendant. | Case No. 2:85-CV-04544-DMG-AGR<br><br>***EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF KIDS IN NEED OF DEFENSE ET AL.** |

Amici Curiae, Kids in Need of Defense ("KIND"), together with the Capital Area Immigrants' Rights Coalition, the Florence Immigrant and Refugee Rights Project, the Immigrant Children Advocates' Relief Efforts Coalition, the National Immigrant Justice Center, the Northwest Immigrant Rights Project, and the Young Center for Immigrant Children's Rights (collectively, "Amici"), hereby request leave to file the attached Proposed Brief of Amici Curiae in Support of Plaintiffs' Motion to Enforce the Settlement. *See* Dkt. No. 578. A copy of the proposed brief is attached hereto as Exhibit 1.

As required by Civil Local Rules 7-19 and 7-19.1, Amici contacted Plaintiffs and Defendants to obtain their consent to Amici's filing of the brief. Plaintiffs and Defendants consented to Amici's filing of this brief.

The Court has "broad discretion to permit individuals or entities to participate in a case as amici curiae." *Courthouse News Serv. v. Yamasaki*, No. SACV 17-00126-AG (KESx), 2017 WL 3610481, at *1 (C.D. Cal. Aug. 7, 2017) (internal quotation marks and citation omitted); *see Ruelas v. Muniz*, No. SACV 14-01761-VBF-AFM, 2016 WL 4009953, at *1 n.1 (C.D. Cal. May 6, 2016) ("[A] federal court has the inherent authority to permit or request that parties, or even non-parties, file briefs illuminating the issues raised by a pleading or motion.").

The Flores Settlement Agreement (the "FSA" or "Settlement") calls for the promulgation of final regulations that implement its "relevant and substantive" terms and are "not inconsistent" with its terms. Settlement ¶ 9; *see* Dkt. No. 101, Ex. 3 (Stipulation Extending Settlement Agreement and for Other Purposes; and Order Hereon). On August 23, 2019, the Department of Homeland Security and the Department of Health and Human Services published in the Federal Register a final rule which is described as adopting "regulations that implement the relevant and substantive terms of the FSA" (the "Final Rule"). *See* 84 FR No. 164, 44392-44535 (Aug. 23, 2019).

Amici have a strong interest in ensuring that the FSA remains in effect until

it is fully and faithfully implemented by regulations. Amici are coalitions and nonprofit organizations that provide legal and social services to children and families in immigration proceedings. The Final Rule has a profound impact on children's abilities to access vital social services and legal assistance – services that Amici provide. Amici have grave concerns about the Final Rule, including but not limited to the portions that pertain to redeterminations under the unaccompanied alien child definition, loopholes that relax custody and transfer standards, reduced due process in bond redeterminations, inadequate provisions for oversight and compliance monitoring, and the use of detention as a deterrent to future migration.

     For these reasons, Amici submit the proposed brief to assist the Court in the adjudication of Plaintiffs' motion.

Dated: August 30, 2019

GOODWIN PROCTER LLP

By: /s/ Natasha E. Daughtrey
Natasha E. Daughtrey
Goodwin Procter LLP
601 S. Figueroa St.
Los Angeles, CA 90017

Attorney for *Amicus*

| | | |
|---|---|---|
| Dated: | August 30, 2019 | KIDS IN NEED OF DEFENSE |

By: *Wendy Wylegala /ESL*
Wendy Wylegala
Kids in Need of Defense (KIND)
1251 Ave. of the Americas (c/o
Lowenstein Sandler LLP)
New York, NY 10020
Tel: 862-926-2069
Fax: 202-824-0702

Attorney for *Amicus* KIND