NATASHA E. DAUGHTREY (SBN 319975)
*NDaughtrey@goodwinlaw.com*
**GOODWIN PROCTER LLP**
601 South Figueroa Street
41st Floor
Los Angeles, California  90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for *Amicus*
Kids in Need of Defense

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY FLORES, et al., | Case No. 2:85-CV-04544-DMG-AGR |
| Plaintiff, | **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF KIDS IN NEED OF DEFENSE ET AL.** |
| v. | |
| WILLIAM BARR, | |
| Defendant. | |

1

## **[PROPOSED] ORDER**

2      IT IS HEREBY ORDERED that the *Ex Parte* Application for Leave to File

3 Brief of *Amici Curiae* filed by Kids in Need of Defense et al. ("KIND") is

4 GRANTED.  KIND shall file the proposed brief within three days of this Order.

5

6      IT IS SO ORDERED.

7

8 Dated: _____, 2019      _____

9                                          Judge Dolly M. Gee
                                       United States District Judge
10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28