CARLOS R. HOLGUÍN (CAL. BAR NO. 90754)
PETER A. SCHEY (CAL. BAR NO. 58232)
CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
256 SOUTH OCCIDENTAL BOULEVARD
LOS ANGELES, CA 90057
TELEPHONE: (213) 388-8693
EMAIL:      CRHOLGUIN@CENTERFORHUMANRIGHTS.ORG
            PSCHEY@CENTERFORHUMANRIGHTS.ORG

*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>        Defendants. | Case No. CV 85-4544-DMG(AGRx)<br><br>[PROPOSED] ORDER ENFORCING SETTLEMENT NOTWITHSTANDING PUBLICATION OF FINAL RULE.<br><br>Before Hon. Dolly M. Gee<br>Hearing:  None scheduled |

*Counsel for Plaintiffs, continued*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email:       kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (admitted *pro hac vice*)
Shaila Rahman Diwan (*admitted pro hac vice*)
Rene Kathawala (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone:  212-506-5000
Email:       eechtman@orrick.com
Email:       sdiwan@orrick.com
Email:       rkathawala@orrick.com

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
FREYA PITTS (Cal. Bar No. 295878)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email:       lwelch@youthlaw.org
              ndesai@youthlaw.org
              fpitts@youthlaw.org

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email:       hscooper@ucdavis.edu

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)

Annette Kirkham (Cal. Bar No. 217958)
152 North Third Street, 3rd floor
San Jose, CA 95112
Telephone:   (408) 280-2437
Facsimile:   (408) 288-8850
Email:        jenniferk@lawfoundation.org
              kate.manning@lawfoundation.org
              annettek@lawfoundation.org

*Attorneys for Plaintiffs*

[Proposed] Order Enforcing Settlement
CV 85-4544-DMG (AGRx)

Before the Court is Plaintiffs' motion (Dkt. #516) for a class-wide order declaring Defendants U.S. Department of Homeland Security and U.S. Department of Health and Human Services ("Defendants") in breach of the settlement approved by this Court on January 28, 1997 ("Settlement").

The Court, having read and considered the parties' respective memoranda of law in support of and in opposition to Plaintiffs' motion, and their respective supplemental memoranda of law filed in accordance with the Court's order of November 20, 2018 (Dkt. #525), along with Plaintiffs' accompanying declarations, hereby grants Plaintiffs' motion.

IT IS ACCORDINGLY ORDERED as follows:

1. Defendants' regulations published August 23, 2019, 84 Fed. Reg. 44392 ("Final Regulations"), fail to implement, and are inconsistent with, the relevant and substantive terms of the Settlement and accordingly constitute a breach of Settlement ¶ 9.

2. Defendants shall continue to comply with the Settlement until 45 days after they publish final regulations meeting the requirements of Settlement ¶ 9, or until further order of this Court.

3. Defendants shall promptly issue instructions to all employees, agents, and contractors whose duties require compliance with the Settlement directing them to continue complying with all terms of the Settlement notwithstanding the Final Regulations. Defendants shall promptly serve and file a copy of the instructions issued pursuant to this Order.


 Dated: September __, 2019.


_____
United States District Judge

1

[PROPOSED] ORDER ENFORCING SETTLEMENT
CV 85-4544-DMG (AGRx)