**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. 2:85-cv-4544-DMG (AGR)<br><br>[PROPOSED] ORDER RE *EX PARTE* APPLICATION TO FILE BRIEF OF *AMICUS CURIAE* CHILDREN'S ADVOCACY ORGANIZATIONS |

    IT IS HEREBY ORDERED that the *ex parte* application of Children's Rights, The Center for the Study of Social Policy, The Center on Children and Families at the University of Florida Fredric G. Levin College of Law, The Children's Advocacy Institute of the University of San Diego School of Law, First Star, Inc., The Juvenile Law Center, The Center for Children & Youth Justice, and The Children's Law Center, Inc., through lead *amicus* Children's Rights, to file a brief of *amicus curiae* is GRANTED, and the proposed brief submitted with the application is deemed filed and served.

Dated:_____        _____
                                        Judge Dolly M. Gee
                                        United States District Judge