1  Sarah P. Alexander (SBN 291080)
2   spalexander@constantinecannon.com
   **CONSTANTINE CANNON LLP**
3  150 California Street, Suite 1600
   San Francisco, CA 94111
4  Telephone: (415) 639-4001
   Facsimile: (415) 639-4002
5

6  *Attorney for Human Rights Watch &*
   *Amnesty International USA*
7

8
                   **IN THE UNITED STATES DISTRICT COURT**
9                     **CENTRAL DISTRICT OF CALIFORNIA**
                              **WESTERN DIVISION**
10

11
    JENNY LISETTE FLORES, *et al.*,        | Case No. CV 85-4544-
12                                          | DMG(AGRx)
              Plaintiffs,
13                                          | ***EX PARTE* APPLICATION**
14        v.                                | **FOR LEAVE TO FILE**
                                            | **BRIEF OF *AMICI CURIAE***
15  WILLIAM BARR, Attorney General, *et al.*,| **HUMAN RIGHTS WATCH**
                                            | **AND AMNESTY**
16            Defendants.                   | **INTERNATIONAL USA IN**
17                                          | **SUPPORT OF PLAINTIFFS**

18

19

20

21

22

23

24

25

26

27

28

Proposed *Amici Curiae* Human Rights Watch and Amnesty International USA hereby request leave of this Court to file a brief in support of Plaintiffs' supplemental briefing addressing whether the newly issued regulations, *Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Alien Children*, 84 Fed. Reg. 44,392 (Aug. 23, 2019), are consistent with the terms of the *Flores* Agreement. A copy of the proposed brief is appended as an exhibit to this request. This request is based on the foregoing and the concurrently filed brief of *Amici Curiae*.

The proposed *Amici* respectfully submit that *amicus* briefing is appropriate in this case, as it raises difficult questions regarding the United States' obligations under international and human rights law. *Amici* believe that the Court in this matter would benefit from an exposition of human rights norms and principles on child migrants and refugees, and an explanation of how those norms and principles apply to this population. The federal courts have considered the persuasive value of human rights norms in analogous settings concerning the rights of a child. *See, e.g.*, *Graham v. Florida*, 560 U.S. 48, 80 (2010), *as modified* (July 6, 2010); *Roper v. Simmons*, 543 U.S. 551, 578 (2005).

Pursuant to Central District of California's Local Civil Rules L.R. 7-19 and 7-19.1, counsel for *Amici* has contacted the parties in this matter. Both Plaintiffs and Defendants have consented to the filing of this *amicus* brief.

## IDENTITIES OF *AMICI CURIAE*

*Amici* are two of the preeminent human rights organizations in the world. Human Rights Watch is a non-profit, independent organization that investigates allegations of human rights violations in more than 90 countries around the world, including in the United States, by interviewing witnesses, gathering information from a variety of sources, and issuing detailed reports. Where human rights violations have been found, Human Rights Watch advocates with governments and

international organizations to remedy the violations and mobilizes public pressure for change.

Amnesty International USA is a non-partisan, non-profit organization that, together with more than 70 national and territorial counterparts, makes up Amnesty International. Amnesty International is the world's largest grassroots human rights organization, comprising a global support base of more than seven million individual members, supporters, and activists in more than 150 countries and territories. Amnesty International engages in advocacy, litigation, and education to prevent and end human rights violations and to demand justice for those whose rights have been violated.

Dated:  August 30, 2019                     Respectfully submitted,


                                               **CONSTANTINE CANNON LLP**


By:   *s/ Sarah P. Alexander*
      SARAH P. ALEXANDER
      spalexander@constantinecannon.com
      **CONSTANTINE CANNON LLP**
      150 California Street, Suite 1600
      San Francisco, CA 94111
      Telephone: (415) 639-4001
      Facsimile: (415) 639-4002

*Attorney for* Amici Curiae *Human Rights Mot for Watch & Amnesty International USA*