Sarah P. Alexander (SBN 291080)
  spalexander@constantinecannon.com
**CONSTANTINE CANNON LLP**
150 California Street, Suite 1600
San Francisco, CA 94111
Telephone: (415) 639-4001
Facsimile: (415) 639-4002

*Attorney for Human Rights Watch &*
*Amnesty International USA*

## IN THE UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
## WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG(AGRx) <br><br> **[PROPOSED] ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* HUMAN RIGHTS WATCH AND AMNESTY INTERNATIONAL USA IN SUPPORT OF PLAINTIFFS** |

[PROPOSED] ORDER

1

2

## [PROPOSED] ORDER

3

**IT IS HEREBY ORDERED** that the *Ex Parte* Application for Leave to File

4

Brief of *Amici Curiae* Human Rights Watch and Amnesty International USA is

5

**GRANTED**.

6

7

Dated: _____

8

_____

9

Judge Dolly M. Gee
United States District Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1