NATASHA E. DAUGHTREY (SBN 319975)
NDaughtrey@goodwinlaw.com
**GOODWIN PROCTER LLP**
601 South Figueroa Street
41st Floor
Los Angeles, California 90017
Tel.: +1 213 426 2500
Fax: +1 213 623 1673

Attorneys for *Amicus*
Kids in Need of Defense

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY FLORES, et al., <br>     Plaintiff, <br> v. <br> WILLIAM BARR, <br>     Defendant. | Case No. 2:85-CV-04544-DMG-AGR <br><br> **NOTICE OF ERRATA** |

Amici Curiae, Kids in Need of Defense ("KIND"), together with the Capital Area Immigrants' Rights Coalition, the Florence Immigrant and Refugee Rights Project, the Immigrant Children Advocates' Relief Efforts Coalition, the National Immigrant Justice Center, the Northwest Immigrant Rights Project, and the Young Center for Immigrant Children's Rights (collectively, "Amici"), hereby submit this *errata* to correct the following errors regarding Exhibit A, filed in connection with its Brief of *Amici Curiae* of Kids in Need of Defense et al. in Support of Plaintiffs' Supplemental Memorandum in Support of Motion to Enforce Settlement.

Attached hereto is corrected Exhibit A.

Dated:       August 30, 2019                    GOODWIN PROCTER LLP

By: /s/ Natasha E. Daughtrey
Natasha E. Daughtrey
Goodwin Procter LLP
601 S. Figueroa St.
Los Angeles, CA 90017

Attorney for *Amicus*