# EXHIBIT A

# STATEMENTS OF INTEREST

## The Capital Area Immigrants' Rights Coalition

The Capital Area Immigrants' Rights (CAIR) Coalition strives to ensure equal justice for all immigrants at risk of detention and deportation in the D.C. metropolitan area and beyond through direct legal representation, know your rights presentations, impact and advocacy work, and the training of attorneys representing immigrants. For nearly a decade, the CAIR Coalition has been providing these services to children who are detained in the custody of the Department of Homeland Security (DHS) and the Department of Health and Human Services (HHS), or who have been released from their custody in the Capital region. This experience informs our concerns regarding the proposed rules that seek to substitute the Flores Settlement Agreement. We are deeply concerned about the effect that these rules will have on the welfare of the current and future children we serve. As reflected by the existence of two large lawsuits brought in our region by other advocacy organizations regarding detention conditions and delays in the reunification process, the government already has difficulty in complying with basic Flores standards. We are deeply concerned that under the new rules, state contract licensure requirements will be discontinued, and so detention conditions for children will drastically worsen. If children must be detained, it should be in the least restrictive setting and in a manner that is transparent and adheres to clear substantive monitoring provisions, not less

## The Florence Immigrant and Refugee Rights Project

The Florence Immigrant and Refugee Rights Project ("Florence Project" or "Project") is a Legal Orientation Program site of the Executive Office of

1

Immigration Review. As such, the Florence Project provides orientation services to detained adult men and women as well as unaccompanied minors in removal proceedings. In 2018, Florence Project staff provided orientations and legal assistance to over 7,000 unaccompanied immigrant and refugee children in removal proceedings and directly represented over 1,000 immigrant children in Phoenix and Tucson, Arizona.

The Florence Project first began providing free legal assistance to minors in immigration custody in September of 2000. At that time, many of the children we encountered were still held in segregation in adult prisons and brought to court in five-point shackles. Even today, many of our minor clients tell us about treatment they have received in government custody that falls far short of meeting their basic needs, and often verges on abuse. Children deserve to live in health and safety and children should be with their families, not in detention. The Government's new rule punishes children, rather than protecting them.

**The Immigrant Children Advocates' Relief Efforts**

The Immigrant Children Advocates' Relief Efforts (ICARE) is a coalition of non-profit agencies in New York City dedicated to providing advice, direct legal representation, and social services to New York City's children and families in removal proceedings. Our members include The Legal Aid Society (Legal Aid), The Door, Catholic Charities Community Services of the Archdiocese of New York, Central American Legal Assistance (CALA), The Safe Passage Project, and Kids in Need of Defense (KIND). Since 2014, the ICARE coalition has worked extensively with unaccompanied minors and immigrant families providing know-your-rights presentations, as well as comprehensive legal representation before the immigration

court, asylum offices, USCIS, and New York Family Courts. As a coalition, we have been retained to provide full immigration representation to more than 1,700 children and families in the New York area. The ICARE coalition is deeply concerned that the Flores regulations will subject immigrant children and their families to prolonged and indefinite detention in unsuitable conditions in contravention of their rights under the law, as well as negatively impact their overall short-term and long-term wellbeing.

**Kids in Need of Defense**

Kids in Need of Defense (KIND) is a national nonprofit organization dedicated to providing free legal representation to immigrant children who arrive in the United States and are unaccompanied by or separated from a parent or legal guardian, and face removal proceedings in immigration court. Since January 2009, KIND has received referrals for over 19,000 children from 72 countries. KIND promotes protection of children in countries of origin and transit countries, works to address the root causes of child migration from Central America, and advocates for laws, policies, and practices to improve the protection of unaccompanied children in the United States. Through its ten field offices nationwide, KIND and its pro bono partners have served many children who have been granted lawful immigration status, often through forms of humanitarian protection.

**The National Immigrant Justice Center**

The National Immigrant Justice Center ("NIJC"), a program of the Heartland Alliance for Human Needs and Human Rights, is a Chicago-based not-for-profit organization that provides legal representation and consultation to low-income

3

EXHIBIT A

immigrants, refugees and asylum seekers. Each year, NIJC provides legal services to thousands of accompanied and unaccompanied immigrant minors, many of whom are or have been in the custody of the Office of Refugee Resettlement and are facing removal.  NIJC represents many of these children as they seek protection from deportation before United States Citizenship and Immigration Services, the immigration courts, the Board of Immigration Appeals, the federal courts, and the Supreme Court of the United States.  Because NIJC represents a large number of immigrant minors, it has a weighty interest in the availability of the protections and procedural safeguards memorialized in the Flores agreement.  In particular, NIJC frequently provides representation to children seeking asylum and special immigrant juvenile status and observes the critical necessity of child-friendly practices and measures that ensure children receive due process.  NIJC has subject matter expertise concerning the care and treatment of immigrant children in removal proceedings that it believes can assist the Court as it considers the present matter.

**The Northwest Immigrant Rights Project**

The Northwest Immigrant Rights Project ("NWIRP") is a non-profit legal organization dedicated to the defense and advancement of the legal rights of noncitizens in the United States with respect to their immigrant status.  NWIRP provides direct representation to low-income immigrants, including unaccompanied children and youth in removal proceedings who were previously- or are currently- in immigration detention.

**The Young Center for Immigrant Children's Rights**

The Young Center for Immigrant Children's Rights ("Young Center") advocates on behalf of the best interests of unaccompanied and separated immigrant children. The Young Center has been appointed as the independent Child Advocate (best interests guardian ad litem) for thousands of children pursuant to the Wilberforce Trafficking Victims Protection Reauthorization Act. As Child Advocate, our role is to identify and advocate for the best interests of the child on issues including the child's custody, release, legal representation, and repatriation. A child's best interests are comprised of her expressed wishes and her rights to safety, liberty, family integrity, development, and identity. The government's final rule would undermine each of those factors by stripping children of critical, child-specific protections and procedures that ensure their prompt release from detention, protect family integrity, and provide them with the opportunity to apply for legal protection in a manner tailored to the specific needs of children.