1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>   Plaintiffs,<br><br>   v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>   Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE DEFENDANTS'** ***EX PARTE*** **APPLICATION FOR EXPANDED PAGE LIMIT [631]** |

THIS CAUSE comes before the Court upon Defendant's *Ex Parte* Application for Expanded Page Limit.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that Defendants are permitted an expanded page limit of sixty (60) pages to file a single consolidated memorandum of law that addresses the issues that they wish to raise related to Plaintiff's motion for a permanent injunction to enforce the Flores Settlement Agreement and their own motion to terminate the *Flores* Settlement Agreement.[1]

**IT IS SO ORDERED.**

DATED: September 3, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] While the Court is not pleased that Defendants failed to comply with the notice requirements in Local Rule 7-19 and the Court's Initial Standing Order regarding *ex parte* applications, the Court exercises its discretion to allow the filing due to the relatedness of the issues and the lack of prejudice to Plaintiffs. Future non-compliance with the Local Rules or Standing Order shall result in the summary denial of the motion and/or application.