# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY FLORES, et al.,<br><br>　　　　Plaintiffs,<br><br>　　　vs.<br><br>WILLIAM BARR,<br><br>　　　　Defendant. | Case No.: CV 85-4544-DMG<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* OF KIDS IN NEED OF DEFENSE ET AL. [633]** |

　　　IT IS HEREBY ORDERED that the *Ex Parte* Application for Leave to File Brief of *Amici Curiae* filed by Kids in Need of Defense et al. ("KIND") is GRANTED.  KIND shall file the proposed brief on the docket within three days of this Order.

IT IS SO ORDERED.

DATED:  September 3, 2019

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DOLLY M. GEE
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE