| 1 |
| 2 |
| 3 |
| 4 |
| 5 |
| 6 |
| 7 |
| 8 |
| 9 |
| 10 |
| 11 |
| 12 |
| 13 |
| 14 |
| 15 |
| 16 |
| 17 |
| 18 |
| 19 |
| 20 |
| 21 |
| 22 |
| 23 |
| 24 |
| 25 |
| 26 |
| 27 |
| 28 |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>          Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* HUMAN RIGHTS WATCH AND AMNESTY INTERNATIONAL USA IN SUPPORT OF PLAINTIFFS [636]** |

The *Ex Parte* Application for Leave to File Brief of *Amici Curiae* Human Rights Watch and Amnesty International USA is **GRANTED**. The proposed brief submitted with the *ex parte* application must be re-filed separately on the docket within three court days.

IT IS SO ORDERED.

DATED: September 3, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE