# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| v. Plaintiff(s) | CASE NUMBER |
| Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

_____ of _____
*Applicant's Name (Last Name, First Name & Middle Initial)*

_____  _____
*Telephone Number*    *Fax Number*

_____   *Firm/Agency Name & Address*
*E-Mail Address*

**for permission to appear and participate in this case on behalf of**

_____

_____   ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☐ *Other:* _____
*Name(s) of Party(ies) Represented*

**and designating as Local Counsel**

_____ of _____
*Designee's Name (Last Name, First Name & Middle Initial)*

_____  _____  _____
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*

_____   *Firm/Agency Name & Address*
*E-Mail Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
             ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
             ☐ for failure to complete Application: _____
             ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
             ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
             ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

**Dated** _____

_____
U.S. District Judge/U.S. Magistrate Judge