CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone:  (213) 388-8693
Email:       crholguin@centerforhumanrights.org
             pschey@centerforhumanrights.org

*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>　　　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>EX PARTE APPLICATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' NOTICE OF TERMINATION OF *FLORES* SETTLEMENT AGREEMENT; AND MOTION IN THE ALTERNATIVE TO TERMINATE THE *FLORES* SETTLEMENT AGREEMENT<br><br>Hearing:  N/A |

1 | *Plaintiffs' counsel, continued*:

2 | ORRICK, HERRINGTON & SUTCLIFFE LLP
3 | Kevin Askew (Cal. Bar No. 238866)
  | 777 South Figueroa Street, Suite 3200
4 | Los Angeles, CA 90017
5 | Telephone: (213) 629-2020
  | Email:       kaskew@orrick.com

6 |
7 | ORRICK, HERRINGTON & SUTCLIFFE LLP
  | Elyse Echtman (admitted *pro hac vice*)
8 | Shaila Rahman Diwan (admitted *pro hac vice*)
  | Rene Kathawala (admitted *pro hac vice*)
9 | 51 West 52nd Street
10 | New York, NY 10019-6142
   | Telephone: 212-506-5000
11 | Email:       eechtman@orrick.com
12 | Email:       sdiwan@orrick.com
   | Email:       rkathawala@orrick.com
13 |

14 | LEECIA WELCH (Cal. Bar No. 208741)
   | NEHA DESAI (Cal. RLSA Bar No. 803161)
15 | FREYA PITTS (Cal. Bar No. 295878)
16 | National Center for Youth Law
   | 405 14th Street, 15th Floor
17 | Oakland, CA 94612
18 | Telephone: (510) 835-8098
   | Email:       lwelch@youthlaw.org
19 |              ndesai@youthlaw.org
20 |              fpitts@youthlaw.org

21 | HOLLY S. COOPER (Cal. Bar No. 197626)
22 | Co-Director, Immigration Law Clinic
   | University of California Davis School of Law
23 | One Shields Ave. TB 30
24 | Davis, CA 95616
   | Telephone: (530) 754-4833
25 | Email:       hscooper@ucdavis.edu

26 |
27 |
28 |

Pursuant to Section 6 of this Court's Procedures (the "Procedures"), and for good cause shown set forth below, Plaintiffs respectfully request that the Court grant them an additional seven days to submit their opposition to Defendants' Notice of Termination of Flores Settlement Agreement; and Motion in the Alternative to Terminate the Flores Settlement Agreement (the "Motion") [Dkt. 639].

The broad and ultimate relief Defendants seek in the Motion – termination of the Flores Settlement Agreement – cannot be granted without full consideration of the relevant factual and legal issues involved. As the Court is well aware, Defendants were granted permission to file a supplemental memorandum and Motion papers of up to sixty pages by order issued yesterday, Tuesday, September 3, 2019. [Dkt. 641]. Given the Labor Day holiday weekend, Plaintiffs only had four business days to file their opposition memorandum. It is prejudicial to Plaintiffs and their counsel to be forced to prepare such important papers on this short of a time-frame. Defendants' 60-page memorandum addresses a wide range of legal and factual issues, many of which were not addressed in the parties' meet and confer call regarding the Motion. Plaintiffs have been working diligently to respond to the expansive range of topics covered.

Plaintiffs respectfully request that the Court issue an order to require their opposition to the Motion to be filed no later than Friday, September 13, 2019, and for Defendants' reply, if any, to be filed no later than Friday, September 20, 2019. This would therefore not prejudice Defendants in any way.

Plaintiffs' counsel requested Defendants' counsel's consent to this application by email sent on Tuesday, September 3, 2019. As of the filing of this

Ex Parte Application for Extension Of Time to Oppose Defendants' Notice of Termination of Flores Settlement Agreement; and Motion in the Alternative to Terminate the Flores Settlement Agreement CV 85-4544-DMG(AGRx)

1

application, Defendants' counsel has not responded to Plaintiffs' counsel's request. Plaintiffs' counsel is thus unaware whether Defendants shall file an opposition.

Plaintiffs also state that given the filing by Defendants on late Friday, August 30, 2019 [Dkt. 639], and the Court's issuance of the Order relating to the Motion yesterday, Tuesday, September 3, 2019 [Dkt. 641], they are unable to comply with section 7 of the Procedures and to file this application at least five days prior to the due date of Plaintiffs' opposition to the Motion. Respectfully, this should be excused given the timing of Defendants' filing and the importance of the issues to all parties.

Plaintiffs shall immediately serve this application on Defendants' counsel by email and shall notify them that any opposition must be filed not later than 24 hours after the service of the application. Plaintiffs shall deliver a mandatory chambers copy of this ex parte application with proposed order to the Clerk's Office Window on the 4th floor of the United States Courthouse today.

For the foregoing reasons, this Court should grant Plaintiffs' ex parte application and issue the proposed order submitted herewith.

Dated: September 4, 2019

CARLOS R. HOLGUÍN
PETER A. SCHEY
Center for Human Rights &
Constitutional Law

LEECIA WELCH
NEHA DESAI
FREYA PITTS
National Center for Youth Law

HOLLY S. COOPER
U.C. Davis School of Law

KEVIN ASKEW

ELYSE ECHTMAN (ADMITTED PRO HAC VICE)
SHAILA DIWAN RAHMAN (ADMITTED PRO HAC VICE)
RENE KATHAWALA (ADMITTED PRO HAC VICE)
Orrick, Herrington & Sutcliffe LLP

---

Carlos Holguín

---

Peter Schey

---

    /s/ Elyse Echtman
Elyse Echtman

---

Leecia Welch

---

Holly S. Cooper