UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, et al., | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | [PROPOSED] ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' NOTICE OF TERMINATION OF FLORES SETTLEMENT AGREEMENT; AND MOTION IN THE ALTERNATIVE TO TERMINATE THE FLORES SETTLEMENT AGREEMENT |
| v. | |
| William Barr, Attorney General, et al., | |
| Defendants | |

UPON CONSIDERATION of Plaintiffs' Ex Parte Application for An Extension of Time to File an Opposition to Defendants' Notice of Termination of Flores Settlement Agreement; and Motion in the Alternative to Terminate the Flores Settlement Agreement (the "Motion") [Dkt. 639], and for good cause shown therein, the Court hereby ORDERS:

1. Plaintiffs' opposition to the Motion must be served and filed no later than Friday, September 13, 2019;

2. Defendants' reply, if any, in further support of the Motion must be served and filed no later than Friday, September 20, 2019.

IT IS SO ORDERED.


Dated: September ___, 2019            By:_____
_____                    Hon. Dolly M. Gee
                                             United States District Judge