JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-3309
Fax: (202) 305-7000
Email: august.flentje@usdoj.gov
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel,
Office of Immigration Litigation
District Court Section

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **RESPONSE TO EX PARTE APPLICATION FOR EXTENSION OF TIME** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Defendants do not object to the motion to extend time for Plaintiffs' response to the Motion in the Alternative to Terminate. However, Defendants request that, if this Court determines that hearings are required on Defendants' motion and Plaintiff's Motion to Enforce, that those hearings be held together given the overlapping issues. Defendants filed and noticed their motion promptly to ensure that the Court could hear all pending motions related to the new regulations at one time and in advance of the termination date. Defendants are open to discussing any hearing schedule that would allow for this, including a hearing that is held at the Court's convenience at any time after the reply brief is filed. Thus, we consent to the request for additional time so long as the motions can be heard together.

Dated: September 4, 2019       Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

*/s/ August E. Flentje*
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-3309
Fax: (202) 305-7000
Email: august.flentje@usdoj.gov
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
*Attorneys for Defendants*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 4, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ August E. Flentje
AUGUST E. FLENTJE
U.S. Department of Justice
Civil Division

*Attorney for Defendants*