| | |
|---|---|
| 1 | |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, et al., | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO OPPOSE DEFENDANTS' NOTICE OF TERMINATION OF *FLORES* SETTLEMENT AGREEMENT; AND MOTION IN THE ALTERNATIVE TO TERMINATE THE *FLORES* SETTLEMENT AGREEMENT [660] |
| v. | |
| William Barr, Attorney General, et al., | |
| Defendants | |

UPON CONSIDERATION of Plaintiffs' unopposed *Ex Parte* Application for An Extension of Time to File an Opposition to Defendants' Notice of Termination of Flores Settlement Agreement; and Motion in the Alternative to Terminate the Flores Settlement Agreement (the "Motion") [Doc. # 639], and for good cause shown therein, the Court hereby ORDERS:

1. Plaintiffs' opposition to the Motion must be served and filed no later than Friday, September 13, 2019;

2. Defendants' reply, if any, in further support of the Motion must be served and filed no later than Friday, September 20, 2019.

IT IS SO ORDERED.

DATED:  September 5, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE