CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org  crholguin@centerforhumanrights.org
ldiamond@centerforhumanrights.org
rleach@centerforhumanrights.org

*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG(AGRx) <br><br> STIPULATION RE HOMESTEAD MOTION TO ENFORCE <br><br><br> Before Hon. Dolly M. Gee <br> Hearing:   None scheduled |

*Counsel for Plaintiffs, continued*

BILL ONG HING (Cal. Bar No. 61513)
USF School of Law Immigration Clinic
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu


STEPHEN ROSENBAUM (Cal. Bar No. 98634)
La Raza Centro Legal, Inc.
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu


/ / /

On June 28, 2019, Plaintiffs filed a Motion to Enforce the Settlement ("Motion") regarding the detention of class members at Homestead ("Homestead"). [Doc. # 578]. On June 10, 2019, this Court referred the Motion to the Special Monitor ("Monitor") for a Report and Recommendation pursuant to Paragraph A.2 of the Appointment Order [Doc. # 553]. On August 2, 2019, Defendants' filed their Response in Opposition to the Motion. ("Opposition") [Doc. # 609]. On August 2, 2019, Defendants also filed a Motion to Exclude Plaintiffs' Declarations and Request for an Evidentiary Hearing Before the Special Master ("Motion to Exclude"). [Doc. # 612]. On August 6, 2019, the Court referred the Motion to Exclude to the Monitor. [Doc. # 616]. On August 23, 2019, Plaintiffs filed their Reply to Defendants' Opposition to Motion to Enforce ("Reply") [Doc. # 629], and their Partial Opposition to Defendants' Motion to Exclude Evidence and for an Evidentiary Hearing ("Opposition to Motion to Exclude"). [Doc. # 630].

Defendants have provided Plaintiffs with a declaration executed under penalty of perjury by Jonathan H. Hayes, Director of the Office of Refugee Resettlement ("ORR"), dated August 14, 2019 ("Hayes Dec."). Mr. Hayes declares in part that: (1) as of July 3, 2019, ORR stopped placement of class members at Homestead, (2) as of the date of the declaration, no class members remained at Homestead and the facility was not accepting referrals, (3) ORR has increased resources to fund state-licensed facilities thereby

reducing the need for class members to remain in influx facilities such as Homestead, (4) Homestead is currently operating with reduced staff for the purpose of allowing the possibility that Homestead could be quickly reopened in the event the number of class members referred to ORR increases significantly, and (5) ORR "does not expect to place [class members] at Homestead in the near term … [and] [b]arring a dramatic increase in [class members] referred to ORR and/or a decrease in licensed beds through unforeseen circumstances," Defendants "do not expect ORR to place [class members] at Homestead in the coming weeks and possibly months."

Based on the Hayes declaration, and to preserve judicial resources, the parties Stipulate as follows:

1. Both the Special Monitor's and the Court's consideration of Plaintiffs' Motion to Enforce and Defendants' request for an evidentiary hearing and the conduct of any hearing should a hearing be granted, as well as the submission of any report and recommendations to the Court by the Special Monitor, are to be held in abeyance.

2. Defendants agree that within five business days of making a decision to resume placement of class members at Homestead they will notify the Special Monitor and Plaintiffs' class counsel of this decision, and provide the date on which such placements commenced or are planned to commence.

3. On or before September 20, 2019, Defendants may file a combined surreply to Plaintiffs' Reply to the extent they believe it raises new issues they have not already addressed, and their reply to Plaintiffs' Opposition to Defendants' Motion to Exclude. The parties agree to this schedule to ensure that in the event the use of Homestead is resumed, or Plaintiffs or Defendants wish to resume the litigation of the Motion following the mediation addressed in Paragraph 4 below, any issues not resolved through mediation can be promptly resolved.

4. Once briefing has been completed, and while the pending motions are being held in abeyance, the parties will conduct an in-person mediation session with the Special Monitor. The parties will meet and confer no later than September 20, 2019 to agree on a date for such mediation session to be held on or prior to October 31, 2019. Plaintiffs or Defendants may withdraw from the terms of Paragraph 1 of this Stipulation and resume litigation of the Motion at any time following the mediation held pursuant to this Paragraph, or upon Defendants' resuming the placement of class members at Homestead.

A proposed Order is being submitted herewith.

/ / /

3     Stipulation re Homestead Motion
CV 85-4544-DMG (AGRx)

Dated: September 6, 2019

*/s/Peter Schey*
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
Rachel Leach

*/s/ Sarah Fabian*
*Counsel for Defendants*
U.S. DEPARTMENT OF JUSTICE
Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057.

On September 6, 2019 I electronically filed the following document(s):

STIPULATION RE HOMESTEAD MOTION TO ENFORCE

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*