**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny Lisette Flores, et al., <br><br> PLAINTIFF(S) <br> v. <br> William Barr, et al., <br><br> DEFENDANT(S). | CASE NUMBER <br><br> CV 85-4544-DMG (AGRx) <br><br> **RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| September 4, 2019 | 656, 657, 658 | Application to Appear Pro Hac Vice |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☐ The document is stricken and counsel is ordered to file an amended or corrected document by _____.
☐ The hearing date has been rescheduled to _____ at _____
☑ Other

   Amended Applications shall be filed within 14 days of this order. Failure to comply will result in the applications being denied and the fees returned by the Clerk.

Clerk, U.S. District Court

Dated: September 9, 2019     By: Kane Tien
                                 Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge