Name and address:
Joseph P. Lombardo
Chapman and Cutler LLP
111 West Monroe Street, 16th Floor
Chicago, Illinois 60603
Telephone: (312) 845 3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores<br><br>v.<br><br>Edwin Meese, et al.<br><br>Plaintiff(s)<br><br>Defendant(s). | **CASE NUMBER**<br>2:85 cv 4544 DMG (AGR)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Lombardo, Joseph P.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 845-3000
*Telephone Number*

(312) 701-2361
*Fax Number*

lombardo@chapman.com
*E-Mail Address*

of

Chapman and Cutler LLP
111 West Monroe Street, 16th Floor
Chicago, Illinois 60603
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Children's Rights

*Name(s) of Party(ies) Represented*

☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Amicus Curiae

and designating as Local Counsel

Veeneman, Catherine A.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 301574
*Designee's Cal. Bar No.*

(310) 281-6381
*Telephone Number*

(310) 859-2325
*Fax Number*

cveeneman@ecjlaw.com
*E-Mail Address*

of

Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, CA 90212
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application: _____
   ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
   ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge