Name and address:
Eric S. Silvestri
Chapman and Cutler LLP
111 West Monroe Street, 16th Floor
Chicago, Illinois 60603
Telephone: (312) 845 3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores | CASE NUMBER |
| Plaintiff(s) | 2:85 cv 4544 DMG (AGR) |
| v. | |
| Edwin Meese, et al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Silvestri, Eric S.  of  Chapman and Cutler LLP, 111 West Monroe Street, 16th Floor, Chicago, Illinois 60603

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 845-3000 — Telephone Number
(312) 701-2361 — Fax Number
silvest@chapman.com — E-Mail Address

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Children's Rights

*Name(s) of Party(ies) Represented*   ☐ Plaintiff(s)  ☐ Defendant(s)  ☒ Other: Amicus Curiae

and designating as Local Counsel

Veeneman, Catherine A.  of  Ervin Cohen & Jessup LLP, 9401 Wilshire Boulevard, 9th Floor, Beverly Hills, CA 90212

*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 301574 — Designee's Cal. Bar No.
(310) 281-6381 — Telephone Number
(310) 859-2325 — Fax Number
cveeneman@ecjlaw.com — E-Mail Address

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
   ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   ☐ for failure to complete Application:
   ☐ pursuant to L.R. 83-2.1.3.2:  ☐ Applicant resides in California;  ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
   ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel:  ☐ is not member of Bar of this Court;  ☐ does not maintain office in District.
   ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:**  ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge