Name and address:
Sara T. Ghadiri
Chapman and Cutler LLP
111 West Monroe Street, 16th Floor
Chicago, Illinois  60603
Telephone: (312) 845 3000

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Jenny L. Flores | CASE NUMBER |
|---|---|
| Plaintiff(s) | 2:85 cv 4544 DMG (AGR) |
| v. | |
| Edwin Meese, et al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ghadiri, Sara T.     of     Chapman and Cutler LLP
                                111 West Monroe Street, 16th Floor
*Applicant's Name (Last Name, First Name & Middle Initial)*     Chicago, Illinois  60603

(312) 845-3000     (312) 701-2361
*Telephone Number*     *Fax Number*
ghadiri@chapman.com
*E-Mail Address*     *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Children's Rights

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Amicus Curiae

**and designating as Local Counsel**
Veeneman, Catherine A.     of     Ervin Cohen & Jessup LLP
                                        9401 Wilshire Boulevard, 9th Floor
*Designee's Name (Last Name, First Name & Middle Initial)*     Beverly Hills, CA 90212

SBN 301574     (310) 281-6381     (310) 859-2325
*Designee's Cal. Bar No.*  *Telephone Number*  *Fax Number*
cveeneman@ecjlaw.com
*E-Mail Address*     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
☐ GRANTED.
☐ DENIED:  ☐ for failure to pay the required fee.
     ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
     ☐ for failure to complete Application: _____
          ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
          ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
     ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

_____
U.S. District Judge/U.S. Magistrate Judge

G–64 ORDER (5/16)     (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*     Page 1 of 1