ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　　　　Plaintiffs,<br><br>　　　v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>　　　　　　　Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |

Pursuant to the Court's "Order Appointing Special Master/Independent Monitor" the Special Master/Independent Monitor ("Monitor") hereby submits this Notice of Request for Extension for an additional six (6) month term, under the terms contemplated by Section C.2 of the Order. [Doc. #494].

On October 5, 2018, the Court appointed the Monitor for a term of 12 months ("Initial Term") commencing October 17, 2018 (the "Effective Date"). (*Id.* at 4.) The Order provided that the Initial Term may be extended if, at least four (4) weeks before the expiration of the Initial Term, any of the Parties and/or the Monitor file with the Court a Notice requesting an extension of the Monitor's term. (*Id.*)

On June 10, 2019, the Court ordered Plaintiffs' Motion to Enforce (*re: Homestead* ) [Doc. #547-2] be set for mediation with the Monitor. [Doc. #553]. On June 28, 2019, the Court referred Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue (*re: CBP*) [Doc. #572] to expedited mediation before the Monitor. [Doc. #576].

The first mediation was conducted on July 10, 2019, with all Parties present. [Doc. #599]. Also participating was the Monitor's appointed expert, Dr. Paul H. Wise. [Doc. #591]. At the conclusion of the July 10, 2019 mediation, the Parties agreed upon a schedule for preparation of an Interim Report by Dr. Wise as well as further joint session in September.

On September 11, 2019, the Parties met, along with Dr. Wise and overseen by the Monitor, to discuss significant developments in CBP conditions in the El Paso and Rio Grande Valley sectors since July 10, 2019, as well as the recommendations contained in the Interim Report of Dr. Wise. At the conclusion of the September 11, 2019 mediation, the Parties agreed to reconvene on October 17, 2019.

In light of the described pending mediations, other settlement negotiations, and the Monitor's continuing monitoring efforts, the Monitor requests an extension of time for her term as Monitor to April 17, 2020.

DATED: September 16, 2019        Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By    /s/ *Andrea Sheridan Ordin*
         Andrea Sheridan Ordin

*Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on September 16, 2019, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/ INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on September 16, 2019, at Los Angeles, California.

_____
Jeff Thomson