UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM BARR, Attorney General, et al.,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE STIPULATION AS TO HOMESTEAD MOTION TO ENFORCE [666]** |

On June 28, 2019, Plaintiffs filed a Motion to Enforce the Settlement ("Motion to Enforce") regarding the detention of class members at Homestead ("Homestead"). [Doc. # 578]. On June 10, 2019, this Court had referred the forthcoming Motion to the Special Monitor ("Monitor") for a Report and Recommendation pursuant to Paragraph A.2 of the Appointment Order [Doc. # 553]. On August 2, 2019, Defendants filed their Response in Opposition to the Motion. ("Opposition") [Doc. # 609]. On August 2, 2019, Defendants also filed a Motion to Exclude Plaintiffs' Declarations and Request for an Evidentiary Hearing Before the Special Master ("Motion to Exclude"). [Doc. # 612]. On August 6,

2019, the Court referred the Motion to Exclude to the Monitor. [Doc. # 616].  On August 23, 2019, Plaintiffs filed their Reply to Defendants' Opposition to Motion to Enforce ("Reply") [Doc. # 629], and their Partial Opposition to Defendants' Motion to Exclude Evidence and for an Evidentiary Hearing ("Opposition to Motion to Exclude").  [Doc. # 630].

The parties have filed a Stipulation stating that Defendants have provided Plaintiffs with a declaration executed under penalty of perjury by Jonathan H. Hayes, Director of the Office of Refugee Resettlement ("ORR"), dated August 14, 2019 ("Hayes Dec."). According to the parties' Stipulation, Mr. Hayes declares in part that: (1) as of July 3, 2019, ORR stopped placement of class members at Homestead, (2) as of the date of the declaration, no class members remained at Homestead and the facility was not accepting referrals, (3) ORR has increased resources to fund state-licensed facilities thereby reducing the need for class members to remain in influx facilities such as Homestead, (4) Homestead is currently operating with reduced staff for the purpose of allowing the possibility that Homestead could be quickly reopened in the event the number of class members referred to ORR increases significantly, and (5) ORR "does not expect to place [class members] at Homestead in the near term … [and] [b]arring a dramatic increase in [class members] referred to ORR and/or a decrease in licensed beds through unforeseen circumstances," Defendants "do not expect ORR to place [class members] at Homestead in the coming weeks and possibly months."

Based on the Hayes declaration, and to preserve judicial resources, the parties have stipulated and, for good cause shown, IT IS ORDERED THAT:

1. Both the Special Monitor's and the Court's consideration of Plaintiffs' Motion to Enforce and Defendants' request for an evidentiary hearing, and the conduct of any hearing should a hearing be granted, as well as the submission of any report and recommendations to the Court by the Special Monitor, are to be held in abeyance.

2. Within five business days of making a decision to resume placement of class members at Homestead, Defendants will notify the Special Monitor and Plaintiffs' class

counsel of this decision, and provide the date on which such placements commenced or are planned to commence.

3. On or before September 20, 2019, Defendants may file a combined surreply to Plaintiffs' Reply to the extent they believe it raises new issues they have not already addressed, and their reply to Plaintiffs' Opposition to Defendants' Motion to Exclude. The parties have agreed to this schedule to ensure that in the event the use of Homestead is resumed, or Plaintiffs or Defendants wish to resume the litigation of the Motion following the mediation addressed in Paragraph 4 below, any issues not resolved through mediation can be promptly resolved.

4. Once briefing has been completed, and while the pending motions are being held in abeyance, the parties will conduct an in-person mediation session with the Special Monitor. The parties will meet and confer no later than September 20, 2019, to agree on a date for such mediation session to be held on or prior to October 31, 2019. Plaintiffs or Defendants may withdraw from the terms of Paragraph 1 of their Stipulation and resume litigation of the Motion to Enforce at any time following the mediation held pursuant to this Paragraph, or upon Defendants' resuming the placement of class members at Homestead.

IT IS SO ORDERED.

DATED: September 18, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE