# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al. | CASE NUMBER |
| Plaintiff(s) | CV 85-4544-DMG (AGRx) |
| v. | |
| Edwin Meese, et al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Lombardo, Joseph P.    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 845-3000      (312) 701-2361

*Telephone Number*      *Fax Number*

lombardo@chapman.com

*E-Mail Address*

> Chapman and Cutler LLP
> 111 West Monroe Street, 16th Floor
> Chicago, Illinois 60603
>
> *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Children's Rights

*Name(s) of Party(ies) Represent*    ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*    Amicus Curiae

**and designating as Local Counsel**

Veeneman, Catherine A.    of

*Designee's Name (Last Name, First Name & Middle Initial)*

304574      (310) 281-6381    (310) 859-2325

*Designee's Cal. Bar No.*      *Telephone Number*    *Fax Number*

cveeneman@ecjlaw.com

*E-Mail Address*

> Ervin Cohen & Jessup LLP
> 9401 Wilshire Boulevard, 9th Floor
> Beverly Hills, California 90212
>
> *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:

- ☐ for failure to pay the required fee.
- ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
- ☐ for failure to complete Application: _____
- ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
- ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
- ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 18, 2019**

*Dolly M. Gee*

**Dolly M. Gee, U.S. District Judge**