# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al.<br><br>                                      Plaintiff(s)<br>      v.<br>Edwin Meese, et al.<br><br>                                     Defendant(s). | CASE NUMBER<br><br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Silvestri, Eric S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(312) 845-3000    (312) 701-2361
*Telephone Number*    *Fax Number*

silvest@chapman.com
*E-Mail Address*

of

Chapman and Cutler LLP
111 West Monroe Street, 16th Floor
Chicago, Illinois 60603

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Children's Rights

*Name(s) of Party(ies) Represent* ☐ Plaintiff(s) ☐ Defendant(s) ☒ Other: Amicus Curiae

**and designating as Local Counsel**

Veeneman, Catherine A.
*Designee's Name (Last Name, First Name & Middle Initial)*

304574    (310) 281-6381    (310) 859-2325
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

cveeneman@ecjlaw.com
*E-Mail Address*

of

Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, California 90212

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED: ☐ for failure to pay the required fee.
           ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
           ☐ for failure to complete Application:
           ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
           ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
           ☐ because

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: September 18, 2019

*Dolly M. Gee, U.S. District Judge*