# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al. <br><br> **Plaintiff(s)** <br> v. <br><br> Edwin Meese, et al. <br><br> **Defendant(s).** | CASE NUMBER <br><br> CV 85-4544-DMG (AGRx) <br><br> **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Ghadiri, Sara T.
_____
*Applicant's Name (Last Name, First Name & Middle Initial*

(312) 845-3000                    (312) 701-2361
_____
*Telephone Number          Fax Number*

ghadiri@chapman.com
_____
*E-Mail Address*

of

Chapman and Cutler LLP
111 West Monroe Street, 16th Floor
Chicago, Illinois 60603
_____
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Children's Rights
_____
_____

_____
*Name(s) of Party(ies) Represent*   ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:*   Amicus Curiae

**and designating as Local Counsel**

Veeneman, Catherine A.
_____
*Designee's Name (Last Name, First Name & Middle Initial*

304574              (310) 281-6381        (310) 859-2325
_____
*Designee's Cal. Bar No.   Telephone Number   Fax Number*

cveeneman@ecjlaw.com
_____
*E-Mail Address*

of

Ervin Cohen & Jessup LLP
9401 Wilshire Boulevard, 9th Floor
Beverly Hills, California 90212
_____
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED

☐ DENIED:    ☐ for failure to pay the required fee.

☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

☐ for failure to complete Application: _____

☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.

☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated: September 18, 2019**

_____
**Dolly M. Gee, U.S. District Judge**