CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
       rleach@centerforhumanrights.org

*Attorneys for Plaintiffs*
*Listing continues on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **REPORT ON CLASS MEMBER OBJECTIONS TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES** <br><br> Hearing: October 11, 2019 9:30 AQM <br><br> [HON. DOLLY M. GEE] |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email:      kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

In accordance with the Court's Order Re Joint Proposal for Notice to *Flores* Class Members of Plaintiffs' Amended Motion for Award of Attorneys' Fees [Dkt. #613], on August 15, 2019 and August 16, 2019 Defendants' posted the Court approved notices in both English and Spanish at Dilley and Berks Immigration and Customs Enforcement family residential facilities and thereafter the notices remained posted for 30-days. *See* Declaration of Peter Schey, Exhibit 1, at ¶ 2

Plaintiffs' class counsel have not received any objections to Plaintiffs' Amended Motion for Award of Attorneys' Fees or to the award of attorneys' fees. *Id*. at ¶ 3.

Respectfully submitted,

Dated: September 24, 2019     */s/Peter Schey*
                              *Class Counsel for Plaintiffs*
                              CENTER FOR HUMAN RIGHTS AND
                              CONSTITUTIONAL LAW
                              Peter A. Schey
                              Carlos Holguín
                              Rachel Leach

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On September 24, 2019 I electronically filed the following document(s):

- **REPORT ON CLASS MEMBER OBJECTIONS TO PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

*/s/Peter Schey*
Attorney for Plaintiffs