JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) | Case No. CV 85-4544 |
| | ) | |
|     Plaintiffs, | ) | **DEFENDANTS' RESPONSE TO** |
| | ) | **NOTICE OF REQUEST FOR** |
|     v. | ) | **EXTENSION OF SPECIAL** |
| | ) | **MASTER/INDEPENDENT MONITOR** |
| WILLIAM P. BARR, Attorney General | ) | **TERM (ECF NO. 673)** |
| of the United States; *et al.,* | ) | |
| | ) | |
|     Defendants. | ) | |
| | ) | |
| | ) | |

On October 5, 2018, the Court ordered the appointment of a Special Master/Independent Monitor ("Monitor") to oversee Defendants' compliance with orders of this Court issued on June 27, 2017 and July 30, 2018 (ECF No. 494) ("Monitoring Order"). The Monitoring Order appointed the Monitor for a term of one year, until October 17, 2019, and provided for an extension if requested by either party or by the Monitor. Monitoring Order at ¶ 3. On September 16, 2019, the Monitor filed a Notice requesting an extension of her term for a period of six months in light of "pending mediations, other settlement negotiations, and the Monitor's continuing monitoring efforts . . . ." ECF No. 673 at 4. The Monitoring Order provides that a party may respond to such Notice within ten (10) days after the Notice's filing. Monitoring Order at ¶ 3.

It is Defendants' understanding and belief that the Monitoring Order, and the Monitor's duties pursuant to that Order, will terminate along with the *Flores* Settlement Agreement itself on October 7, 2019, consistent with the terms of the Agreement as Defendants' have now published regulations implementing the Agreement. Thus, it is Defendants' position that no extension of the Monitor's term is needed. Other than this objection based on the *Flores* Agreement terminating, however, Defendants do not object to the requested six-month extension.

///

///

///

1

DATED: September 25, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on September 25, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants