CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
       rleach@centerforhumanrights.org

*Attorneys for plaintiffs*

*(Additional counsel listed next page)*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>- vs -<br><br>WILLIAM BARR, ATTORNEY GENERAL, U.S. DEPARTMENT OF JUSTICE, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544 DMG (AGRx)<br><br>**PLAINTIFFS' POSITION RE EXTENSION OF ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR [DOC. # 494]**<br><br>Hearing: N/A |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   (213) 629-2020
Email:       kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org

Pursuant to the Court's Order Appointing Special Master/Independent Monitor ("Order"), [Doc. # 494], the Special Master/Independent Monitor ("Monitor") has submitted a Notice of Request for Extension for an additional six (6) month term, under the terms contemplated by Section C.2 of the Order ("Notice re Extension"). [Doc. # 673].[1]

The events leading to the Court's Order are described in the Order at 1-6. More recent events and motions have shown the need for an extension of the Order. Plaintiffs support the extension sought by the Monitor though believe it will require more than six months to arrive at and implement policies and practices so Defendants are in substantial compliance with the Settlement.

To achieve and then maintain relatively consistent substantial compliance requires several steps including (i) an assessment by the Monitor and Class Counsel (and Defendants' counsel) of the written instructions and training currently provided to officers whose duties require compliance with the Settlement, and (ii) an assessment of the extent to which compliance is *or is not* currently recorded, and understanding what

---

[1] Requesting an extension of the Monitor's term for an additional term shall be "based on specific and ongoing concerns regarding Defendants' compliance with the June 27, 2017 and/or July 30, 2018 Orders, or other Orders that the Court may issue within the Term." Order at 8. While not clearly stated in the Order, we assume the spirit of the Order and its intent is also served by a request based on ongoing concerns regarding Defendants' compliance with the terms of the Settlement itself.

1

data *should be* recorded so agency supervisors, the Monitor, any experts appointed by the Monitor, and Plaintiffs' counsel can reasonably accurately assess compliance with the Settlement. Data recording, review, and analysis is an efficient and cost-effective way for all concerned to monitor compliance.

In addition to resolving the matters now before the Monitor, in the coming period Plaintiffs will seek to address and resolve areas of non-compliance and enhanced data collection for supervising, training, and monitoring purposes.

Respectfully submitted,

Dated: September 26, 2019      /s/*Peter Schey*
                               *Class Counsel for Plaintiffs*

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
Rachel Leach

/ / /

2

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On Septemberr 26, 2019, I electronically filed the following document(s):

**PLAINTIFFS' POSITION RE EXTENSION OF ORDER APPOINTING SPECIAL MASTER/INDEPENDENT MONITOR [DOC. # 494]**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/*Peter Schey*

*Attorney for Plaintiffs*

3