UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. CV 85-4544-DMG (AGRx) | Date September 27, 2019 |
| Title *Jenny L. Flores v. William Barr, et al.* | |

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Lisa Gonzalez |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | August E. Flentje, USDOJ |
| Carlos R. Holguin | Jeffrey S. Robins, USDOJ |
| Holly S. Cooper | |
| Leecia Welch | |
| Neha Desai | |

**Proceedings: PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT [516]**

**DEFENDANTS' NOTICE OF TERMINATION OF FLORES SETTLEMENT AGREEMENT AND MOTION IN THE ALTERNATIVE TO TERMINATE THE FLORES SETTLEMENT AGREEMENT [639]**

The cause is called and counsel state their appearance. The Court invites counsel to respond to the tentative ruling. Plaintiffs submit on the tentative ruling. The Court hears from Defendants. The motions shall be taken under submission and a written order will issue.

:17