# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: CV 85-4544 DMG (AGRx) <br><br> **PERMANENT INJUNCTION** |

On September 27, 2019, the Court entered an Order granting Plaintiffs' Motion to Enforce and denied Defendants' Motion to Terminate the *Flores* Settlement Agreement. [Doc. # 688.]

Accordingly, IT IS HEREBY ORDERED as follows:

1. The *Flores* Settlement Agreement remains in effect and has not been terminated;

2. Because the regulations, published on August 23, 2019, entitled "Apprehension, Processing, Care, and Custody of Alien Minors and Unaccompanied Children," 84 Fed. Reg. 44932–44,535 ("the New Regulations"), fail to implement and are inconsistent with the relevant

-1-

and substantive terms of the *Flores* Settlement Agreement, including Paragraphs 9 and 40 of the Agreement, Defendants shall continue to comply with the *Flores* Settlement Agreement until they publish final regulations in compliance with the Agreement, including Paragraphs 9 and 40; and

3. Defendants are permanently enjoined from applying, implementing, or enforcing the New Regulations.

DATED: September 27, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE