# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| Field | Value |
|---|---|
| 1a. Contact Person for this Order | Kira Setren |
| 2a. Contact Phone Number | (510) 835-8098 |
| 3a. Contact E-mail Address | ksetren@youthlaw.org |
| 1b. Attorney Name (if different) | Poonam Juneja |
| 2b. Attorney Phone Number | (510) 899-6576 |
| 3b. Attorney E-mail Address | pjuneja@youthlaw.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
National Center for Youth Law
405 14th St., 15th Fl.
Oakland, CA 94612

5. Name & Role of Party Represented: Plaintiffs, Jenny Lisette Flores., et al.

6. Case Name: Flores v. Meese

7a. District Court Case Number: 2:85-cv-04544-DMG-AGR

7b. Appeals Court Case Number: 

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):
☐ DIGITALLY RECORDED
☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Lisa Gonzalez

9. THIS TRANSCRIPT ORDER IS FOR: ☐ Appeal ☒ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type): *You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.*

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE | d. DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/27/2019 | DMG | Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● None yet on file | DAILY (Next day) |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

Date: 10/3/2019   Signature: /s/ Poonam Juneja

G-120 (06/18)