JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-3309
Fax: (202) 305-7000
Email: august.flentje@usdoj.gov
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel,
Office of Immigration Litigation
District Court Section

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **DEFENDANTS' NOTICE REGARDING COURT'S SEPTEMBER 27, 2019 ORDER [DKT. NO. 688]** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | **Judge: Hon. Dolly M. Gee** |
| Defendants. | |

On September 27, 2019, the Court issued an order denying Defendants' Motion to Terminate the Flores Settlement Agreement, and granting Plaintiffs' motion to enforce "insofar as it seeks an Order declaring that Defendants have failed to terminate the *Flores* Agreement and enjoining Defendants from implementing New Regulations." ECF Dkt. No. 688 at 24. The Order provided that "[t]o the extent Defendants wish to identify those portions of the New Regulations that they want to preserve that are not covered by the Court's Orders or the *Flores* Agreement, they must meet and confer with Plaintiffs and notify the Court by no later than October 4, 2019, if the parties agree to carve out any such provisions from the scope of this Order and the Permanent Injunction." *Id.* at 24, n.17.

After further review of the Court's Order and Permanent Injunction and consultation with the affected agencies, Defendants have conferred with Plaintiffs' counsel and now advise the Court that Defendants do not intend to seek partial implementation of the rule under footnote 17 at this time.

Dated: October 4, 2019    Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

*/s/ August E. Flentje*
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-3309
Fax: (202) 305-7000
Email: august.flentje@usdoj.gov

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

JEFFREY S. ROBINS
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

*Attorneys for Defendants*

# **CERTIFICATE OF SERVICE**

I hereby certify that on October 4, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ August E. Flentje
AUGUST E. FLENTJE
U.S. Department of Justice
Civil Division

*Attorney for Defendants*
