CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
Rachel Leach (D.C. Bar No. 1047683)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org
        rleach@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>          Plaintiffs,<br><br>     v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>          Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**STIPULATION RE HEARING ON EAJA MOTION**<br><br><br>Hearing: October 11, 2019 9:30 AM<br><br>[HON. DOLLY M. GEE] |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, Suite 295
San Francisco, CA 94103
Telephone: (510) 387-3956
Email: srosenbaum@law.berkley.edu

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:   (213) 629-2020
Email:       kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

On May 28, 2019, Plaintiffs filed a Notice of Motion and Motion for Award of Attorneys' Fees; Memorandum in Support of Motion ("Motion"). [Dkt. # 545]. On May 29, 2019, the Court denied Plaintiffs' Motion without prejudice and ordered the Motion to be re-filed following a meet and confer. [Dkt. # 546]. On June 07, 2019, Plaintiffs filed an Amended Notice of Motion and Motion for Award of Attorneys' Fees; Memorandum in Support of Motion. [Dkt. # 550]. On July 12, 2019, Defendants filed Defendants' Opposition to Plaintiffs' Amended Motion for Award of Attorneys' Fees. [Dkt. # 597]. On September 27, 2019, Plaintiffs filed Plaintiffs' Reply to Defendants' Opposition to Plaintiffs' Amended Motion for Award of Attorneys' Fees. [Dkt. # 691]. On August 05, 2019, the Court issued an Order, *inter alia*, scheduling a hearing on Plaintiffs' Motion for October 11, 2019, at 9:30 a.m. [Dkt. # 613].

Plaintiffs' class counsel is scheduled to be out of town on October 11, 2019. *See* Declaration of Peter A. Schey at ¶ 2 (attached as Exhibit 1). The parties have met and conferred and stipulate that Plaintiffs' Motion may be submitted without a hearing or, in the event the Court nevertheless wishes to schedule a hearing, the parties respectfully request that the hearing be continued to a new date and time to be set by the Court. *Id.* at ¶ 3.

/ / /

Respectfully submitted,

Dated: October 7, 2019    /s/Peter Schey
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
Rachel Leach

Dated: October 7, 2019    */s/ Sarah B. Fabian (with permission)*
*Counsel for Defendants*
U.S. DEPARTMENT OF JUSTICE
Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On October 7, 2019 I electronically filed the following document(s):

- **STIPULATION RE HEARING ON EAJA MOTION**

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*