UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG-AGRx <br><br> **ORDER RE HEARING ON PLAINTIFFS' EAJA MOTION [694]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation re hearing on Plaintiffs' Motion for Award of Attorneys' Fees ("Motion"). [Doc. ## 545, 550.]

UPON CONSIDERATION of the Stipulation, and good cause appearing, the Court hereby ORDERS that Plaintiffs' Motion for Award of Attorneys' Fees [Doc. ## 545, 550] is submitted without a hearing.

DATED: October 8, 2019

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -