UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

OCT 07 2019

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

JENNY LISETTE FLORES,

        Plaintiff - Appellee,

v.

WILLIAM P. BARR, Attorney General; et al.,

        Defendants - Appellants.

No. 17-56297

D.C. No. 2:85-cv-04544-DMG-AGR
U.S. District Court for Central California, Los Angeles

**MANDATE**

The judgment of this Court, entered August 15, 2019, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

        FOR THE COURT:

        MOLLY C. DWYER
        CLERK OF COURT

        By: Quy Le
        Deputy Clerk
        Ninth Circuit Rule 27-7