UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | October 16, 2019 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS - ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM [673]**

On October 5, 2018, the Court issued an Order Appointing Andrea Sheridan Ordin, Esq. as the Special Master/Independent Monitor ("Appointment Order") and providing that the Monitor's 12-month Initial Term began on October 17, 2018, and could be extended if, at least four weeks before the expiration of the Initial Term, any of the Parties and/or the Monitor filed with the Court a Notice requesting an extension of the Monitor's term. [Doc. # 494.] On September 16, 2019, the Monitor filed a Notice to the Court requesting a six-month extension of her term (the "Notice of Extension"). [Doc. # 673.] The Notice of Extension describes the Monitor's efforts to mediate, among many other matters, Plaintiffs' Motion to Enforce [Doc. # 547-2] and *Ex Parte* Application for a Temporary Restraining Order [Doc. # 572], indicating specific and ongoing concerns regarding Defendants' compliance with the *Flores* Settlement Agreement.

On September 25, 2019, Defendants filed a response to the Notice of Extension, noting Defendants' belief that the Monitor's term would expire if the *Flores* Agreement was terminated, but without any other objection to the requested six-month extension. [Doc. # 685.] On September 26, 2019, Plaintiffs filed a statement indicating that they support the six-month extension but believe a longer extension is required to achieve and maintain Defendants' substantial compliance. [Doc. # 686.] On September 27, 2019, the Court held that the *Flores* Agreement remains in effect and has not been terminated and ordered Defendants to continue to comply with its terms. [Doc. ## 688, 690.]

For good cause shown, the Court hereby **APPROVES** the Monitor's request for an extension of her term to **April 17, 2020** and further **ORDERS** that:

1. The "Terms and Extensions" provisions provided in Paragraph A.3 of the Appointment Order are modified such that the Parties and/or the Monitor may file, at least four (4)

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544-DMG (AGRx) | Date | October 16, 2019 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 2 of 2 |

    weeks before the expiration of the six-month extension on April 17, 2020, a Notice requesting a further extension of the Monitor's term.

2. The Monitor and senior aides, with skill and experience comparable to the Monitor, shall be compensated at the hourly rate of $ 275.00.

3. Except as modified herein, all other aspects of the Appointment Order, and the subsequent modifications thereto [Doc. ## 518, 533, 543, 563, 587, 591], remain in full force and effect.

**IT IS SO ORDERED**.