1
2
3
4
5
6
7

8         UNITED STATES DISTRICT COURT
9         CENTRAL DISTRICT OF CALIFORNIA
10                WESTERN DIVISION
11

| | |
|---|---|
| 12 Jenny Lisette Flores., *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| 13 | |
| 14         Plaintiffs, | **ORDER RE DOC. # 699[700]** |
| 15     v. | |
| 16 William Barr, Attorney General of the | |
| 17 United States, *et al.*, | |
| 18         Defendants. | |
| 19 | |

20

21         Pursuant to the parties' stipulation in their Corrected Joint Status Report [Doc. #

22 700], and for good cause shown that attorney work product was inadvertently disclosed,

23 the document entitled Joint Status Report [Doc. # 699] is hereby stricken and placed

24 under seal.

25 IT IS SO ORDERED.

26 DATED:  October 24, 2019                    _Dolly M. Gee_
                                              _____

27                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE
28