JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-3309
Fax: (202) 305-7000
Email: august.flentje@usdoj.gov
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
JEFFREY S. ROBINS
Deputy Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel,
Office of Immigration Litigation
District Court Section

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Defendants the U.S. Department of Homeland Security, including its

components U.S. Immigration and Customs Enforcement and U.S. Customs and

Border Protection, and the U.S. Department of Health and Human Services, hereby appeal the Court's Order Re Plaintiffs' Motion To Enforce Settlement And Defendant' Notice Of Termination And Motion In The Alternative To Terminate The Flores Settlement Agreement, ECF No. 688, and Permanent Injunction, ECF No. 690, both entered on September 27, 2019, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DATED:   November 14, 2019          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division

*/s/ August E. Flentje*
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General, Civil Division
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 514-3309
Fax: (202) 305-7000
Email: august.flentje@usdoj.gov

WILLIAM C. PEACHEY
Director, District Court Section
JEFFREY S. ROBINS
Deputy Director, District Court Section
WILLIAM C. SILVIS
Assistant Director, District Court Section
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 14, 2019, I served the foregoing notice on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ August E. Flentje
AUGUST E. FLENTJE
U.S. Department of Justice
Civil Division

*Attorney for Defendants*