PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email:   crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS<br><br>Hearing: February 8, 2020<br>Time: 9:30 AM<br>Room: 1st St. Courthouse Courtroom 8C |

*Attorneys for Plaintiffs continued*

KEVIN ASKEW
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA 90017
 (213) 629-2020
Email kaskew@orrick.com


JENNIFER KELLEHER CLOYD
KATHERINE H. MANNING
ANNETTE KIRKHAM
THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Attorneys for Plaintiffs*

/ / /

PLEASE TAKE NOTICE that on February 8, 2020, at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an order awarding them attorneys' fees and costs pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), for fees and costs incurred in securing and monitoring Defendants' compliance with the Court's order of June 27, 2017 (Dkt. #363). Plaintiffs aver that (1) they are prevailing parties; (2) Defendants' position in this litigation was not substantially justified; and (3) no special circumstances make an award of fees unjust. This motion is based upon the annexed memorandum of points and authorities, Plaintiffs' itemized statements and other supporting exhibits filed concurrently herewith, and upon all other matters of record.

This motion is made following the conference of counsel pursuant to Local Rule 7-3 which took place on November 26, 2019.[1]

Dated: December 6, 2019.                    Respectfully submitted,

CENTER FOR HUMAN RIGHTS
AND CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguín

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew

LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN & YOUTH
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham


/s/Peter Schey

---

[1] Plaintiffs are concurrently moving the Ninth Circuit for an award of EAJA fees and costs. Plaintiffs believe the instant fee request would be most efficiently resolved via mediation under the supervision of the Ninth Circuit's Mediation Office. Should mediation prove unavailable or unsuccessful, this Court's greater familiarity with the issues herein would likely place it in a better position to decide a contested EAJA motion. In the event, Plaintiffs will voluntarily withdraw their Ninth Circuit fee application.

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 6, 2019 I electronically filed the following document(s):

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
Attorney for Plaintiffs