PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email:      crholguin@centerforhumanrights.org
            pschey@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> EXHIBITS 1-6 IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY'S FEES AND COSTS <br><br> Hearing: February 8, 2020 <br> Time: 9:30 AM <br> Room: 1st St. Courthouse Courtroom 8C |

*Attorneys for Plaintiffs continued*

KEVIN ASKEW
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA 90017
 (213) 629-2020
Email kaskew@orrick.com


JENNIFER KELLEHER CLOYD
KATHERINE H. MANNING
ANNETTE KIRKHAM
THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:   (408) 280-2437
Facsimile:    (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Attorneys for Plaintiffs*

/ / /

EXHIBITS IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEYS' FEES & COSTS
CV 85-4544-DMG(AGRx)

I, Peter Schey, declare that true and correct copies of the following documents are attached hereto:

| No. | Description | Page |
|-----|-------------|------|
| 1. | Declaration of. Peter Schey | 1 |
| 2. | Declaration of Kate Manning | 39 |
| 3. | Declaration of Virginia Corrigan | 47 |
| 4. | Declaration of Rene Kathawala | 51 |
| 5. | Declaration of Rachel Leach | 73 |

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of December, 2019, at Oak View, California.

/s/Peter Schey

# EXHIBIT 1

Declaration of Peter Schey

I, Peter Schey, declare and say as follows:

1. I am one of the attorneys representing plaintiffs in this action. I am employed by, and serve as President of the Center for Human Rights and Constitutional Law (CHRCL), a non-profit, public interest law firm that provides free legal representation to indigent immigrants and refugees. I execute this declaration in support of plaintiffs' motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2. I was admitted to practice before the Supreme Court of the State of California in December 1973. I have since then been admitted to practice in the United States District Court for the Central District of California, the United States District Court for the Eastern District of California, the United States District Court for the Southern District of California, the United States District Court for the Northern District of California, the United States Circuit Court of Appeals for the Ninth Circuit and the United States Supreme Court.

1

3. Since 1974 my practice has focused on complex litigation, advocacy and technical support in furtherance of the rights of vulnerable communities, in particular immigrants and refugees. As regards legal support services, the California Legal Services Trust Fund has funded CHRCL since 1982 to provide technical support and training to qualified legal services programs and attorneys serving pro bono publico in the areas of immigration law, constitutional law, and impact litigation. In my capacity as CHRCL's President, I regularly provide technical support, advocacy support and training to legal aid and pro bono lawyers on immigration law, constitutional law, and complex litigation.

4. In the area of litigation, I have served as lead or co-lead counsel in numerous major class actions on behalf of immigrants and refugees, including *Plyler v. Doe*, 457 U.S. 202 (1982), a state-wide class action that established the right of children to a public elementary education regardless of their immigration status; *Perez-Olano v. Gonzalez*, 248 F.R.D. 248 (C.D. Cal. 2008), which resulted in a nationwide settlement expanding eligibility for special immigrant status, an

immigration benefit for abused, abandoned and neglected children; *We Are America v. Maricopa County*, 297 F.R.D. 373 (D. Ariz. 2013), a state-wide class injunction against prosecuting migrants for conspiring to transport themselves; *Orantes-Hernandez v. Smith*, 541 F.Supp. 351 (C.D. Cal. 1982), a national class action on behalf of Salvadoran nationals blocked from applying for political asylum; *League of United Latin American Citizens v. Wilson*, 908 F. Supp. 755 (C.D. Cal. 1995), a state-wide class action that overturned a state proposition that would have denied health care, social services and education to suspected undocumented immigrants; *Catholic Social Services v. Immigration and Naturalization Service*, 232 F.3d 1139 (9th Cir. 2000) (en banc), a national class action that restored the right of some 500,000 class members to apply for legalization under the Immigration Reform and Control Act of 1986; *Lopez v. INS*, Cv. No. 78-1912-WB(xJ), nation-wide settlement impacting requiring persons arrested by the INS to be provided written advisal of their legal rights, including the right to apply for political asylum and a period of time to consult with attorneys

4

before post-arrest interrogation and deportation; *Munoz v. Bell*, Cv. No. 77-3765-WG (C.D. Cal. 1978), federal case resulting in court-approved nation-wide settlement requiring Immigration Judges to advise all persons in deportation proceedings of free legal services available to indigent immigrants. My resume is attached as Exhibit 2-A.

5. My market rate based on my years in practice and experience is $950/hour.

6. I am able to converse with class members and their mothers in Spanish. The majority of class members in the litigation the CHRCL conducts, including *Flores*, are monolingual Spanish-speakers, and the ability to communicate with these class members in their native language is invaluable.

7. The successful prosecution of the instant motion and appeal required an unusual combination of skills, knowledge and experience. Since 1985 I and other staff of the Center for Huan Rights and Constitutional Law have devoted a substantial part of our practice to working with immigrant and refugee minors; I

believe that the insight I and other staff have developed with this population

through, for example, our work in litigating, negotiating, and coordinating the

monitoring of the *Flores* settlement, was invaluable to the success of this litigation.

8. My activities sometimes comprise of several related tasks. For example,

when shepardizing a case I normally review cases identified and then often further

shepardize those cases and review other significant sources relied upon by

decisions including statutes, regulations, legislative history, etc.

9. I routinely exercise billing judgment by often not seeking reimbursement

for multiple tasks including for example routine brief discussions about the

litigation with co-class counsel Carlos Holguin, other co-counsel, consultants, and

advocates representing class members in their individual cases, brief email traffic

with co-counsel, consultants and counsel representing class members, review of

media reports regarding the challenged policies or practices, local travel, and other

tasks taking less than ten minutes. Based on my experience, the work performed by

co-counsel relating to the motion to enforce was reasonable, necessary, and

justified for the successful litigation of the motion.

10. The total time compensable for my work on plaintiffs' motion to enforce the *Flores* settlement, Dkt. ## 201, 202, is reflected in the attached itemization in Exhibit 2-B.

11. At my direction, administrative staff of the CHRCL have reviewed the program's costs relating to prosecution of the motion to enforce and appeal. Including telephone, postage, copying, and related litigation expenses. However, Plaintiffs' class counsel are only seeking reimbursement of a portion of costs incurred. A report of these costs is filed herewith as Exhibit C.

/ / /

6

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 6th day of December, 2019, at Oak View, California.

Peter Schey

/ / /

7

# EXHIBIT 1-A

### *PETER A. SCHEY RESUME (2019)*

This resume should not be used in any legal proceeding without contacting Peter A. Schey to determine whether information contained in this document requires updating.

-----------------------------------------------------------------------

PERSONAL:

Place of Birth: Durban, South Africa

Telephone:  (323) 251-3223
Facsimile:   (310) 526-6537
E-mail: pschey@centerforhumanrights.org
The State Bar of California: Active # 58232

Websites:          www.centerforhumanrights.org
                   www.casalibrela.org
                   www.tents4homeless.org

Facebook:          www.facebook.com/center4humanrights
-----------------------------------------------------------------------

EDUCATION:

Lowell High School, San Francisco, CA
Graduated (honors) - June, 1964;

University of California, Berkeley, CA
Graduated (honors) - June, 1969
Bachelor of Arts in Psychology

California Western School of Law,
San Diego, CA
Juris Doctor (honors), June, 1973;
Outstanding Service Award, March 2, 1972;
California Western Law Review, 1971-72.

1

EMPLOYMENT HISTORY:

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW FOUNDATION

1980 – present: Founder and Executive Director of the Center for Human Rights and Constitutional Law Foundation (CHRCL Foundation). The Center is dedicated to the protection and promotion of fundamental civil liberties and human rights through major class action litigation, policy analysis and advocacy, community education, legal training and the presentation of petitions before international fora. The Center serves as a resource to social, legal, religious and community-based groups throughout the United States involved in civil and human rights advocacy.

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW, INC.

1997-present: Founder and President of the Center for Human Rights and Constitutional Law, Inc. (CHRCL Inc.), program that provides emergency services, including shelter, food, counseling, health, and educational services to unaccompanied homeless immigrant and refugee youth. See www.casalibrela.org

PRIVATE CASES

Part-time practice of law principally focusing on complex constitutional, criminal, immigration and appellate litigation and policy analysis on matters involving human and civil rights under domestic and international law.

UNIVERSITY OF CALIFORNIA AT LOS ANGELES (UCLA)

April-June 2017: Lecturer on political economy of migration patterns, the root causes of current migration patterns, and the rise of ethno-centric nationalist groups and policies in response to migration patterns in the United States and Western Europe today.

UNIVERSITY OF SOUTHERN CALIFORNIA, LAW CENTER

Adjunct Professor, University of Southern California Law Center, teaching courses on international human rights and immigration law (1987-1991).

UNIVERSITY OF CALIFORNIA LOS ANGELES SCHOOL OF LAW

2

11

Lecturer of Law, University of California School of Law teaching immigration and
refugee law (Spring, 1989).

SOUTHWESTERN UNIVERSITY SCHOOL OF LAW (LOS ANGELES)

Adjunct Professor, University of Southern California Law Center, teaching courses
on international human rights and administrative law

LEGAL AID SOCIETY OF SAN DIEGO

1973-1978: Established the first legal aid unit to provide representation for low-
income immigrants in the Southern California area and initiated first class action
cases on behalf of immigrants.

NATIONAL CENTER FOR IMMIGRANTS RIGHTS

1978-1980: Founded and served as Executive Director of the first national support
center dedicated to the protection and promotion of the legal rights of immigrants.
The program continues to function today as the National Immigration Law Center
(NILC).

------------------------------------------------------------------------

LITIGATION EXPERIENCE:

Served as lead counsel or co-counsel in over 100 major civil rights and class action
cases in federal courts throughout the United States involving access to education,
health and welfare benefits, administrative law, the rights of immigrants, refugees
and indigenous people, and complex individual cases involving constitutional,
criminal, transnational, and corporate issues. Represented or supervised the
representation of over 2,000 cases in a nation-wide project involving women who
have suffered sexual harassment, abuse, or discrimination. Litigation against the
federal government has resulted in the largest attorney fee awards in the country.

 (1) In re Alien Children Education Litigation, Doe v. Plyler, 457 U.S. 202, 102
S.Ct. 2382, 95 L.Ed.2d 786 (1982) (U.S. Supreme Court) (lead counsel in State-

3

12

wide class action case finding unconstitutional as a violation of Fourteenth Amendment equal protection a Texas statute which denied public education to undocumented children; over 100,000 children admitted to Texas public schools annually as a result of United States District Court injunction affirmed by United States Supreme Court decision);

(2) Enrique Fuenes v. City of Riverside (U.S. District Court, Central District of California) (lead counsel in lawsuit for damages following video-taped beating of Mexican national Mr. Fuenes by Riverside Sheriffs; Mr, Fuenes, a Mexican national migrant, was being smuggled in a high-speed chase; case settled and Mr. Fuenes received an award of $700,000)

(4) American-Arab Anti-Discrimination Committee, et al., v. Anti-Defamation League of the B'Nai B'rith, et al., No. Cv. 93-6358-RP (C.D. Cal.) (lead counsel in civil rights federal court case against the City and County of San Francisco and other defendants challenging illegal invasions of privacy and surveillance of approximately 5,000 individual class members and 1,000 organizations based solely on lawful First Amendment activities; final settlements required identification of thousands of pages of documents containing unlawful law enforcement information, redaction of documents from defendants' files, and injunctions regarding future policies and conduct; attorneys' fees awarded).

(5) American Apparel LLC: Legal counsel for American Apparel and CEO Dov Charney on range of cases including EEOC conciliation to achieve model sexual harassment policy, EEOC conciliation to achieve model ADA policy, litigation of individual cases, Immigration and Customs Enforcement (ICE) I-9 audit, public relations, and corporate social responsibility issues.

(6) Directing attorney of Voces Unidas Project, a nationwide project involving representation of over 2,000 women victims of sexual harassment, abuse, or discrimination.

(7) Native American Heritage Commission v. Cal State Long Beach, No. BC 097212 (Los Angeles Superior Court) (lead counsel in State court lawsuit seeking to halt effort by California State University at Long Beach to build a shopping center over a historic Native American burial ground; preliminary injunction halted development plan);

(8) League of United Latin American Citizens, et al. v. Pete Wilson, et al., No. Cv. 94-7569-MRP (C.D. Cal.), LULAC v. Wilson, 908 F.Supp. 755 (C.D. Cal. 1995) (lead counsel in California-wide class action case representing numerous elected

officials and approximately one million families challenging the constitutionality of Proposition 187, a State-wide initiative denying health care, social services and education to wide classes of California immigrant residents; law declared unconstitutional in federal court decisions in 1995 and 1997);

(9) Haitian Refugee Center v. Smith, 676 F.2d 1023 (1982) (U.S. Court of Appeals) (lead counsel in first major Florida class action case involving constitutional rights of Haitian refugees seeking political asylum in the United States; won permanent injunction reversing INS' denial of political asylum to over 5,000 Haitian refugees and prohibited their deportation from the United States to Haiti; federal legislation later granted class members permanent resident status);

(10) Lopez v. INS, Cv. No. 78-1912-WB(xJ) (lead counsel in certified nation-wide class action case involving the right to legal counsel of persons arrested by INS; nation-wide settlement impacting over 1 million class members per year reached requiring immigrants arrested by federal authorities to be provided written advisal of their legal rights and a period of time to consult with attorneys before post-arrest interrogation);

(11) Flores v. Barr, Cv. D.C. No. 2:85-cv-04544-DMG-AGR (co-lead counsel in nationwide class action case challenging federal policies for apprehended children, including the conditions of detention; national settlement reached with the U.S. Government addressing the conditions of detention, requiring the federal government to (i) end commingling of detained children with unrelated adults, (ii) provide education and reading materials and visitation with friends and relatives; (iii) requiring release of detained minors in certain circumstances to unrelated responsible adults);

(12) Immigrant Assistance Project of the Los Angeles County Federation Of Labor (AFL-CIO) v. Immigration and Naturalization Service, 306 F.3d 842 (9th Cir. 2002) (co-lead counsel in lawsuit challenging INS's denial of legalization to persons considered ineligible based on "known to government" statute; summary judgment won in favor of class of approximately 50,000 immigrants; INS appeal pending before the U.S. Court of Appeals);

(13) Orantes-Hernandez v. Smith, 541 F.Supp. 351 (C.D. Cal. 1982) (co-lead counsel in nationwide class action case; won preliminary injunction covering about 30,000 Salvadorans fleeing the U.S.-sponsored war in their country regarding their right to seek and obtain political asylum in the United States, and their right to consult with lawyers);

(14) Munoz v. Bell, Cv. No. 77-3765-WG (C.D. Cal. 1978) (lead counsel in major federal case resulting in court-ordered nation-wide settlement requiring the federal government to advise all persons in deportation proceedings of free legal services available to indigent immigrants);

(14) Jane Doe v. State of Hawaii, Cv. No. 97-00169 (U.S. District Court for the District of Hawaii) (lead counsel in personal injury and injunction lawsuit involving Hawaii state hospital rules for physician-patient relations and sexual assault by psychiatrist; confidential settlement reached for monetary damages for plaintiff and State of Hawaii changes in policies and practices involving psychiatrist-patient relations);

(15) Development Disabilities Area Board 10 v. Smith, Cv. No. 500440 (Los Angeles Superior Court) (lead counsel in state-wide class action leading to class-wide settlement allowing indigent children access to health care services);

(16) People of the State of California v. Tariacuri Ramirez, Superior Court, Riverside County (counsel in obtaining full dismissal of first degree murder charge unjustly brought against the 17-year old defendant).

 (17) Thompson v. United States, Cv. No. 83-0903 (D. Hawaii) (lead counsel civil action on behalf of prominent Hawaii lawyer resulting in broad injunction limiting manner in which Department of Justice criminal investigation could proceed against attorney target of criminal investigation);

(18) Charo v. United States, U.S. Ninth Circuit Court of Appeals, No. 95-70574 (decided Feb, 20, 1997) (lead counsel for entertainer Charo in successful litigation for attorneys' fees following dismissal of employer sanctions charges brought by the United States Government against Charo's corporation in Hawaii).

(19) California Medical Board v. Robbins (California Court of Appeals) (lead counsel in successful appeal and reversal of revocation of medical license of prominent surgeon in case involving turf battle with plastic surgeons resulting in unjustified charges; all charges dismissed and decision to revoke surgeon's license reversed by the California Court of Appeals)

 (20) Baliza v. INS, 709 F.2d 1231 (9th Cir. 1982) (lead counsel in federal Court of Appeals precedent case reversing federal agency's use of unauthenticated documents in contested administrative proceedings when maker of document is not made available by agency for cross-examination);

(21) Moreno v. United States, Cv. No. 87-01431-TJH (C.D. Cal.), (lead counsel in
settlement of Federal Tort Claim Act and Bivens action for wrongful arrest and
deportation of a minor lawful resident by INS; child illegally deported by the INS
awarded over $100,000 in damages);

(22) Catholic Social Services v. Meese, 113 S.Ct. 2485 (1993) (U.S. Supreme
Court) (lead counsel in nation-wide class action case seeking legalization
opportunity for 200,000 immigrants who briefly traveled abroad during one-time
1987-88 "amnesty" program and were deemed ineligible to apply by Government;
nation-wide injunction won permitted the filing of over 100,000 "late" amnesty
applications after the statutory period expired; case settled by Department of
Homeland Security following fifteen years of litigation);

(23) Mendez v. INS, 563 F.2d 956 (1977) (lead counsel in federal Court of
Appeals precedent case holding that when an immigrant's deportation was
accomplished in violation of agency regulations or the due process guarantee of the
U.S. Constitution, the immigrant must be allowed to return to the United States for
further hearings);

 (24) Whetstone v. INS, 561 F.2d 1303 (1977) (lead counsel in federal Court of
Appeals precedent case striking Government's requirement that marriages must be
consummated in the traditional way in order for the marriage to serve as a basis for
an immigrant visa);

(25) Congressman R. Dellums v. Smith, Cv. No. 82-0040-G (S.D. Cal. 1982) (lead
counsel in class action resulting in injunction and settlement requiring the federal
government to allow public access to administrative hearings at detention
facilities);

(26) Aviles-Torres v. INS, 790 F.2d 1433 (1986) (lead counsel in federal Court of
Appeals case reversing Immigration Judge's denial of political asylum;
interpretation of federal asylum and withholding statute)

(27) United States v. Phra Winai (lead counsel in federal criminal and political
asylum case involving high-profile Buddhist monk from Thailand; federal criminal
case favorably resolved through settlement and political asylum granted avoiding
extradition to Thailand where monk faced religious persecution).


INTERNATIONAL WORK (PARTIAL LISTING):

(1)  South Africa Constitution Watch Commission (1990-1994) Founder and coordinator of an international commission to report on the constitutional positions of major parties in South Africa as evaluated under international human rights law. Commission included over 40 prominent jurists and political leaders, including former Costa Rican President Oscar Arias and former U.S. President Jimmy Carter.

(2)  Haitian Interdiction Petition (Sept. 1990-98) Lead counsel in successful human rights petition before the Inter-American Commission on Human Rights of the Organization of American States (OAS) challenging the U.S. Government's program of interdicting and returning Haitian refugee boatpeople without regard to their right to life, due process, to depart their country, and to seek asylum. Petition resulted in lengthy decision finding United States Government in violation of several binding international instruments; Commission's final decision was adopted by the General Assembly of the Organization of American States.

(3)  Stecel 11 Case,. Represented 11 leading trade unionists, longest held political prisoners in El Salvador during U.S.-backed war; petition filed with the Inter-American Commission on Human Rights of the OAS; release of prisoners negotiated and safe passage to Amsterdam obtained.

(4) Dennis Quintanillia--Kidnapped Child. Negotiated release of U.S. citizen child kidnapped by Salvadoran National Guard after assassination of mother in El Salvador (New York Times, Feb. 20, 1983, p. 1).

(5) Provision of legal counsel to President Bertrand Aristide of Haiti following his exile by military coup;  successful entry into the United States following exile by coup; assisted in negotiations with U.S. Government for President Aristide's return to Haiti;  accompanied President Aristide when returned to Haiti.


OTHER ACTIVITIES:

(1)  *Founder and director of Voces Unidas*, a nation-wide project undertaken in 2005 with the goal of identifying and representing low-income women and children victims of sexual harassment, abuse and discrimination and provide no cost legal representation.

(2)  *Founder and director of "Safe Haven" and "Freedom House" ("Casa Libre")* group homes for unaccompanied immigrant and refugee children; acquired $2

17

million funding to purchase and operate shelter facilities to provide youth with temporary housing, family reunification services, legal services, medical care, mental health counseling, etc. (www.casa-libre.org)

(3) *Co-founder of El Rescate*, a NGO based in Los Angeles, Ca., providing free legal services to Central American refugees.


EDITORIAL SERVICE (for dates of service contact Peter Schey):

Migration Today
Board of Editors of the Immigration Law and Procedure Reporter (Matthew Bender),
Editorial Board, Immigration and Nationality Law Review (Clark Boardman),
Advisory Board, Migration World Magazine (Center for Migration Studies).


BAR ASSOCIATION AND COMMUNITY SERVICE:

President of the Board, El Rescate (2004-2006), Board member 2006-present.
Board member, People's College of Law (2006-2009).
President of Community Media Project (1993-1998).
Vice-Chairperson of the Individual Rights Section of the Los Angeles County Bar Association (1986, 1990, 1992, 1994).
General Counsel to the United California Mexican-American Association (1981-present).
Board member Hermandad Mexicana Nacional (1988-1994).
National Advisory Board Member, the National Asylum Appeals Project of the Lawyers Committee for Civil Rights (1986-1992).
Board member The Resource Center (New Mexico) (1984-1986, 1990-1998);
Board member CRISPAZ (Texas) (1986-87);
Advisory Board, Bhopal Justice Campaign (1989-1993).
Advisory Board, Guatemala Information Center (1989-1990).
National Advisory Board, Guatemala Support Network (1992-present).
Board member National Coalition for the Rights of Immigrants and Refugees (1990-1999).
Executive Committee of the Immigration Section of the Los Angeles County Bar Association (1986).
General Counsel to the Coalition for Humane Immigration Reform of Los Angeles (CHIRLA) (1987-88).

Executive Committee, National Lawyers Guild Los Angeles Chapter (1988-1998).
Chair, International Action Committee of the National Lawyers Guild (1995-
2000).

TREATISE:

(1) Immigration Law and Procedure, chapter on political asylum (8-volume treatise
on immigration and refugee law published by Mathew Bender)

(2) Immigration Law & Crimes,, major contributor (published by Clark Boardman
publishing company, 1984)

AWARDS:

2015 Border Angels, Lifetime Achievement Award  for service to protection of
migrants domestic and international human rights

2010 Loyola Marymount University recipient *Intercultural Dialogue Person of the
Year Award*

1996 County of Los Angeles and League of United Latin-American Citizens
commendation for dedicated service to the affairs of the Latino community in the
U.S.

1988 Carol King Award for efforts "to secure justice for Salvadoran asylum
seekers"

1986 Commendation for Pro Bono Services by State Bar of California

1985 Jack Wasserman Memorial Award by American Immigration Lawyers
Association for "excellence in litigation" on behalf of immigrants

1980 Clarence Darrow Foundation Award for civil rights litigation

1980 Award for Outstanding Service to Hispanic Community by United California
Mexican American Association

19

PARTIAL LISTING OF CLIENTS REPRESENTED IN U.S. COURTS AND/OR INTERNATIONAL LAW PETITIONS:

U.S. Representative Ron Dellums
California Senate Majority Leader Richard Polanco
Chinese American Citizens Alliance (Washington, DC);
United Farm Workers of America (AFL-CIO) (California);
California Attorney General Xavier Becerra;
National Council of Churches (New York);
United Methodist Church (Washington, DC);
League of United Latin American Citizens (LULAC);
American G.I. Forum (Dallas, Texas);
American Apparel, Inc.
Dov Charney, Founder and CEO of American Apparel
Micro Solutions Enterprises (MSE)
International Commission for the Defense of Salvadoran Refugees (San Salvador);
Gerardo Hernandez (Cuba Five)
Clergy and Laity Concerned (Washington, DC);
Lutheran Council in the U.S.A. (Washington, DC);
International Tribal Council (San Franscisco, Ca.);
Guatemala Support Network (Washington, DC);
Global Exchange (San Francisco, Ca.);
California Catholic Conference (Sacramento, Ca.);
Southern California Ecumenical Council (Los Angeles, Ca.),
Arizona Farm Workers Union (Ariozna);
California Native American Heritage Commission (Sacramento, Ca.);
International Commission for the Defense of Salvadoran Refugees (San Salvador);
Comisión Mexicana de Defensa y Promoción de Los Derechos Humanos, A.C. (Mexico);
Central American Refugee Center (Washington, D.C.);
ACLU Foundation of S. California (Los Angeles, Ca.);
Center for Constitutional Rights (New York);
American Friends Service Committee (AFSC) (Philadelphia, Pa.);
National Farm Worker Ministries Washington, DC;
Washington Office on Haiti (Washington, DC);
Haitian Center for Human Rights (Port-au-Prince, Haiti);
Palestine Aid Society (New York);
National Coalition for Haitian Refugees (New York);
Haitian Refugee Center (Miami, Fla.);
United California Mexican American Association (San Diego, Ca.);

11

Arab-American Anti-Discrimination Committee (Washington, DC);
Committee in Solidarity with the People of El Salvador (Washington, DC);
National Association of Arab Americans (Washington, DC);
Association of Arab-American University Graduates, Inc.;
Bay Area Anti-Apartheid Network (San Francisco, Ca.);
International Jewish Peace Union;
National Conference of Black Lawyers (New York);
American Indian Movement (Colorado);
National Lawyers Guild (New York);
Coalition Against Police Abuse (Los Angeles, Ca.);
Palestine Solidarity Committee (New York);
Association for Residency and Citizenship of America
Academia Mexicana de Derechos Humanos, A.C. (Mexico);

*"The test of our progress is not whether we add more to the abundance of those who have much; it is whether we provide enough for those who have too little."*

*- Franklin D. Roosevelt*

*"The arc of the moral universe is long, but it bends towards justice."*

*- Martin Luther King, Jr.*

\* \* \* \*

# EXHIBIT 1-B

| Date | Hours | Mins | Task |
|------|-------|------|------|
| 8/25/15 | 0 | 40 | Call with Berks advocates re: conditions and possible next steps |
| 12/7/15 | 1 | 0 | Prep for and Call wth co-counsel re motion to enforce |
| 12/18/15 | 3 | 20 | Review Lindsay Harris (immig Council) email re evidence ne wmotion to enforce; research re advocacy and media reports re detentioin of minors and conditions of detention |
| 1/12/16 | 1 | 10 | Review Cunningham, Caroline emailre pedetrian review and declarations |
| 1/13/16 | 1 | 0 | Review data re detained classmembers and email to co-counsel re deteention facility monitoring |
| 1/19/16 | 0 | 50 | Draft 6-month Questions to Defendants and email to co-counsel forcomment |
| 1/21/16 | 1 | 0 | Finalize Plaintiffs' Requests for Information (Settlement Para. 29) |
| 1/21/16 | 0 | 15 | Telecon Rene Kathanala re motion to enforce |
| 1/25/16 | 3 | 30 | Telecon and emails w/ Judy Rabinovitz re findings/possible decs migration experts Hiskey and Rodriguez; outreach, identify, emails volunteer monitors |
| 1/29/16 | 0 | 45 | Telecon re preparation and logistics of minitorinhg re motion to enforce |
| 1/31/16 | 5 | 50 | Draft and distribute Template questions for class member interviews.; telecins and emailscoordinatkng site visits |
| 1/31/16 | 1 | 50 | Telecons with Kate Manning re motion to enforce; review advocates emails re conditions |
| 2/1/16 |  | 20 | Telecons/emails with monitors re moniotoring activities today |
| 2/4/16 | 6 | 20 | Telecons, emails, texts conferences re class member /declarations |
| 2/6/16 | 2 | 10 | Review class members and parents declarations, notes and categorizing same |
| 2/9/16 | 8 | 40 | Review classify cross-ref class member decs; review  mediaand Defendants' web sites re relevant data/reports/announcements |
| 2/10/16 | 8 | 30 | Research re settlement terms, previous orders, evidence gathered, advocate reports re detention & cionditions; Draft email  ro Flores co-counsel re monitoring re new motion |
| 2/11/16 | 7 | 30 | Continue research re settlement terms, previous orders, evidence gathered, advocate reports re detention & cionditions; Draft email  ro Flores co-counsel re monitoring re new motion |

23

| Date | | | Description |
|---|---|---|---|
| 2/12/16 | 6 | 50 | Research CBP web site, Trac and other reports re family and UAMs apprehension data; analysis of same |
| 2/20/16 | 6 | 0 | Review additional class member declarations; review exhibits from previous motion to enforce |
| 2/22/16 | 5 | 20 | Draft email to Lindsay Harris immcouncil re Flores Site Visit to Berks 2/18-2/19; research re federal/state standards on sanitation, overcrowding, housing, care of detained mnors, etc. |
| 2/23/16 | 1 | 40 | Draft email to Shyong, Cathy (Orrick) re new motion to enforce; telecons and emails w/ advocates re cl member release and conditions |
| 2/28/16 | 6 | 50 | Review and analyze Berks decs; Draft email & telecon to Jackie Kline re Berks Flores declaration |
| 2/28/16 | 0 | 20 | Draft email & telecon to Linsay Harris Immig Council re Berks Flores declaration |
| 2/28/16 | 0 | 40 | Draft email & telecon to Robyn Barnard Human Rights First re Flores declarations fornew motion |
| 2/29/16 | 0 | 10 | Draft email to Lindsay Harris immcouncil re planned motion to enforce |
| 2/29/16 | 1 | 10 | Draft email to Prof. Leanne KP re declaration re Flores detained families; review advocates reports re detention and conditions Tx family detention centers |
| 2/29/16 | 1 | 0 | Draft email and telecon Lindsay Harris Immig Council re declarations from Dilley, Karnes, and Berks new motion |
| 2/29/16 | 1 | 10 | Review and telecon re Michele Garza (Raices) declaration |
| 3/3/16 | 6 | 40 | Review and notes re class member decs and email fromKaren Lucas AILA re her dec |
| 3/4/16 | 3 | 0 | Review & annotate declarations attached to Karen Lucas decs & email to Lindsay Harris re same;telecon defs counsel meet & confer |
| 3/6/16 | 0 | 40 | Review and comment Alex Mensing declaration |
| 3/6/16 | 0 | 20 | Review and comment Amy Fischer (Raises) dec re enforcement |
| 3/6/16 | 7 | 20 | Drafting memo re CBP conditions re inadequate food, water, sanitation |
| 3/7/16 | 1 | 0 | Draft email re to Natalia Ospina Wessleley Edu re Flores Declaration |
| 3/8/16 | 6 | 30 | Drafting memo re CBP conditions re overcrowding, tempertaure control, water, sanitation |
| 3/8/16 | 2 | 10 | Drafft to Kate Manning CBP conditions re feedback; drafting motion |
| 3/9/16 | 5 | 10 | Email Kate Manning draft 2 CBP conditions |

| | | | |
|---|---|---|---|
| 3/10/16 | 1 | 20 | Review and research re Karen Lucas aila email re new motion remedies |
| 3/10/16 | 1 | 0 | FLORES Update to Co-Counsel - Request for Assistance |
| 3/10/16 | 1 | 0 | Review Katherine Manning comments re CBP conditions draft |
| 3/11/16 | 0 | 40 | Review/comment Flores declaration -- Manoj Govindaiah |
| 3/14/16 | 1 | 20 | Review K.Manng. Update re CBP contiions memo |
| 3/17/16 | 3 | 30 | Review monitoring data to date, settlement, meet & conf re motion to enforce; |
| 3/20/16 | 4 | 20 | Research and drafting CBP re food |
| 3/23/16 | 1 | 10 | Emails to Defs counsel re Flores materials & meet and confer |
| 3/27/16 | 6 | 50 | Drafting motion; email draft to Chapman for formatting |
| 3/28/16 | 0 | 10 | Email to Sarah Fabian |
| 3/28/16 | 5 | 40 | Review Flores Declarations from Dilley, Due Process, Medical, and Coercion from Lindsay Harris Imm Council. |
| 3/31/16 | 0 | 10 | Emailto Sarah Fabian re Meet and Confer Call Re Flores |
| 4/4/16 | 1 | 20 | Review & respond Jessica Jones re decs andinvolvenmen tof UNHCR;research re role of UNHCR |
| 4/5/16 | 1 | 30 | Review Lindsay Harris email and decs re medical |
| 4/11/16 | 4 | 50 | Outline/. Research motion to enforce; review priororders/ Defs' existing standrads |
| 4/12/16 | 5 | 40 | Research and drafting re lengthy detention of CMs in unlicensed facilities |
| 4/14/16 | 6 | 20 | Research re appointment of special masters and their scope of jurisdictionin detention-related cases |
| 4/15/16 | 4 | 15 | Research an ddrafting re making and recording efforts at release |
| 4/16/16 | 4 | 50 | Research and drafting motion to. enforce re Flores advisals |
| 4/20/16 | 7 | 20 | Research re appointment of special masters and jurisdiction in federal cases |
| 4/27/16 | 0 | 20 | Email, review, comment CarolAnne Donohoe declaration |
| 4/27/16 | 1 | 30 | Drafting proposed Order and email co-counsel re draft order appointing Special Monitor |
| 4/27/16 | 0 | 30 | Emailconfidential draft to Flores consultants (Barbara Hines, Bridget Cambrioa, etc.) |
| 4/27/16 | 3 | 50 | Draft proposed compliance Order; emailtoco-counsel |
| 4/27/16 | 3 | 10 | Draft Proposed Compliance Order;email to consultants an dco-counsel |
| 4/28/16 | 4 | 0 | Research re status Texas licensing case and emailkto Robert Doggett re same and dec. from him |
| 4/28/16 | 2 | 40 | Drafting motion to ennfoirce re commingling with adults |

| 4/29/16 | 0 | 20 | Review/comment/email Tess Wilkes re draft dec re family detenton |
| 4/29/16 | 1 | 0 | Review and comment on Melissa Crow Imm Council `comments on draft motionto enforce |
| 4/29/16 | 0 | 20 | Review/comment/email re Ed McCarthy edited declaration re pro bono work at Karnes |
| 4/29/16 | 0 | 50 | Review/comment draft dec from Bridget Cambria |
| 4/29/16 | 7 | 20 | Research and draft motion to enforce detention of weeks/months in secure facilities; research re appointment of Special Monitor and email to co-counsel |
| 4/30/16 | 0 | 40 | Review comments by Katherine Manning to draft motion to enforce |
| 4/29/16 | 3 | 50 | Research and edit draft motion and Email draft motion to enforce to severalconsultants )Denise Gilman, et al) |
| 4/30/16 | 0 | 10 | Email to Barbara Hines re draft motion to enfiorce |
| 5/1/16 | 3 | 30 | Research and emailto Carlos Holguin re motion to enforce and IJ bond hearings;draft Peter Schey declaration |
| 5/2/16 | 1 | 0 | Review comments b Robyn Barnard (HR First) re motion to enforce; review Bridget Cambria. declaration |
| 5/2/16 | 0 | 40 | Review Kate Manning comments re Proposed Order re compliance |
| 5/2/16 | 6 | 20 | Research and draft motion to enforce re overcrowding, rights notice and explanations ; email current draft to co-counsel & consultant for comment |
| 5/4/16 | 5 | 0 | Research and draft motion to enforce ; email current draft to co-counsel & consultant for comment |
| 5/4/16 | 1 | 40 | Review/comment/email adoroshow(empirejustice) re draft. Declaration remotion to enforce |
| 5/4/16 | 0 | 30 | Review/comment/email adoroshow(empirejustice) re Jodi Goodwin draft declaration |
| 5/6/16 | 2 | 20 | Review/comment Karen Lucas emailre Ursula conditions; review/notes dec of Jocelyn Dyer; Natalie Ospina |
| 5/7/16 | 0 | 50 | Review/notes re declarations of Lindsay Harris, Karen Lucas |
| 5/8/16 | 4 | 20 | Research re excerpts of exhibits |
| 5/8/16 | 1 | 0 | Draft. Emailto Sarah Fabian re filing decs under seal; review/notes Exhibits A to A to be attached to Alex Messing dec. |
| 5/9/16 | 1 | 20 | Email to Robyn Barnard re MTE declaration; review and note sre Jacqueline Kline declaration |
| 5/9/16 | 5 | 20 | Research and Draft motion to enforce CBP facilities that are unsanitary and unfit for human habitation |

| 5/9/16 | 1 | 0 | Review decs and emails to Karen Lucas, Lindsay Harris, Alex Mensing re decs for motion to enforce |
| 5/10/16 | 2 | 50 | Review/notes re decs by Amy Camila Colon , Amarilis L, Jodi Goodwin , Franklin R, Herson L, Vilma S, Leny A, Michelle Garza Pareja, Edgardo D |
| 5/10/16 | 3 | 40 | Research re exhibits and excerpts of exhibits |
| 5/11/16 | 4 | 50 | Review declarations re excerpts of exhibits |
| 5/11/16 | 3 | 0 | Review/comment/email CarolAnne Donohoe re MTE declaration; letter to Defendants re non-compliance |
| 5/12/16 | 5 | 50 | Research and draft outline of introduction to motion to enforce; review and record key allegstions Declaration of Yesenia Y , Eloisa R, Melvin M, Silvia V, Carlo Anne3 Donohoe |
| 5/13/16 | 5 | 30 | Review and record key allegations of Flember J, Madelyn M, Faustino C, Karen L, Benina C, Allison M, Fanny E, Josselyn M, Karen Z, Evelin J, Diana C. |
| 5/14/16 | 5 | 0 | Review and notes re allegations of Victor R, Maria D, Lindsey G, Sara E, Yeslin L, Sara E, Yeslin L, Sonia A, Kenia Y,  Victor R, Walter A; review/notes final decs Karen Lucas, Amy Fisher, Katie Shephard |
| 5/16/16 | 7 | 30 | Research re special master authoritiy; basis for appoinment; drafting proposed Order re duties |
| 5/17/16 | 8 | 0 | Research re special master authoritiy; basis for appoinment; drafting proposed Order re duties |
| 5/18/16 | 8 | 50 | Research & drafting proposed Order re Special Monitor;  email final documents to co-counsel |
| 5/19/16 | 7 | 10 | Complete review. ccite check,format and file MTW;drfating proposed Order re Sapecial Monitor; email final documents to co-counsel |
| 5/20/16 | 0 | 30 | Telecons email and review Defs ex parte app 4 ext and points and authorities |
| 5/23/16 | 0 | 10 | Review Sarah Fabian emial re Exhibits to Plaintiffs' Motion to Enforce |
| 5/26/16 | 1 | 0 | EmailtoK Lucas, L. Harris and A Mnesing re redacted detainee declarations attached to and quoted/paraphrased in your declarations. |
| 5/27/16 | 0 | 30 | review/respond Lindsay Harris Declarations attached to Alex Mensing's declaration on CBP conditions |
| 5/27/16 | 0 | 20 | Review email from Lindsay Harris re medical declarations |
| 5/31/16 | 0 | 10 | email from Sarah.Fabian |
| 6/2/16 | 4 | 20 | Research and draft and email co-counsel and consultants re Flores IIRAIRA issues. |
| 6/3/16 | 4 | 20 | Emailto Carlos Holguin re issues in pending MTE; research re other district courtcases raising Flores challenges and cases addressing detention of minors |
| 6/4/16 | 7 | 50 | Review Hutto pleadings and settlement and email Judy Rabinovitz re same; review, research, case reviews, ex review re #208 opp to MTE IIA |
| 6/6/16 | 3 | 0 | Review, research,shep cases re #208  Opposition to Motion to Enforce and Appt of Special MonitorArguments |
| 6/7/16 | 4 | 30 | Continue review, notes, research, shep cases re Defendants Opposition arguments |
| 6/13/16 | 2 | 0 | Emailto Sarah Fabian  re Flores discovery and continuance of claims involving material disputed facts |
| 6/14/16 | 5 | 50 | Review  Order #222 discovery issue; research and review exhibits re potential discovery and procedures; conf call with counsel; Fabian email re Judge's OSC |
| 6/15/16 | 1 | 20 | Review pleadings and counsel call re govt opp and discoverey |
| 6/16/16 | 6 | 30 | Review and research re reply to Defs opp & potential discovery, review evidence and class member decs |
| 6/17/16 | 2 | 30 | Telecon with court re mediation with Judge King; Review email from Manoj Govindaiah re Possible deponents, discovery asks, and interrogatory questions, telecon co-counsel |
| 6/20/16 | 2 | 50 | Review local rules re mediation, Judge King rules; draft mediation brief outline |
| 6/21/16 | 0 | 20 | review email from Kate Manning Re: CBP conditions issues to address |
| 6/22/16 | 4 | 50 | Draft Confidential settlement statement ; review emails from consultants and co-counsel |

| Date | | | Description |
|---|---|---|---|
| 6/22/16 | 0 | 40 | Telecons with Kate Manning. Re motion to enforce/mediation |
| 6/23/16 | 9 | 30 | Preparation for & Flores mediation with Judge King, amending mediation proposals; meetings and telecons with co-counsel |
| 6/24/16 | 9 | 30 | Preparation for and  mediation  Judge King, amending mediation proposals; meetings and telecons with co-counsel |
| 6/26/16 | 0 | 10 | Review Kate Manning notes from mediation session |
| 6/27/16 | 5 | 20 | Draft/edit memo re medical issues; mediation |
| 6/28/16 | 5 | 10 | Review Kate Manning comments re settlement document, review. Proposals; mediation?? |
| 6/28/16 | 7 | 0 | Emailto Sarah Fabian andco-counsel re settlement outline; mediation |
| 6/28/16 | 2 | 30 | Research/draft/edit settlement document |
| 6/28/16 | 2 | 10 | Draft Flores discovery;email co-counsel |
| 6/30/16 | 0 | 20 | Review Kate Manning email re requests for documents |
| 7/4/16 | 3 | 50 | Research and Draft proposed Order re CBP conditions |
| 7/5/16 | 0 | 30 | Review Sarah Fabian correspondence re Flores mediation and corresp with co-counsel & telecon CarlosHolguin re same |
| 7/5/16 | 0 | 20 | Email update to co-counsel |
| 7/6/16 | 3 | 50 | Research and draft proposed Order re CBP conditions; review and notes re  9th Cir opinion CCA # 15-56434 |
| 7/6/16 | 1 | 0 | Draft and email co-counsel Flores draft letter for information to DHS |
| 7/6/16 | 0 | 30 | Review Sarah Fabian email re draft settlement; Draft  email to Sarah Fabian re Flores Draft Settlement, Depositions |
| 7/7/16 | 0 | 10 | Emailto Jessica Jones (LIRS) an dKate Manning re CBP KYR Poster for kids |
| 7/7/16 | 4 | 30 | Review co-counsel comments on proposed Order CBP conditions; research re defs' to depose (reports, agency memos etc.); review defs discovery request |
| 7/8/16 | 1 | 0 | Draft and emailto Govt notice of depositions |
| 7/11/16 | 0 | 20 | Review proposed  joint filing for Flores and response to Defendants' correspondence |
| 7/13/16 | 0 | 10 | Email from Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> |
| 7/15/16 | 5 | 30 | Research and drafting plainti/ffs positions in joint statement re hearing and discovery |
| 7/18/16 | 2 | 0 | Research and review Kate Manning email re Standards for size of hold rooms, minimum food |
| 7/19/16 | 1 | 40 | Emailfrom Sarah Fabian re CBP settlement; e mails and telecons co-counselre settlement |
| 7/20/16 | 0 | 10 | Review Kate Manning notes re CBP Settlement Agreement |
| 7/21/16 | 3 | 30 | review Jessica Jones email re Effect of Restrictive reception on UACs;prep for status conference; review & research. Re discovery considerations/proposals |
| 7/22/16 | 2 | 30 | Prep for status conf; Status conereence; Email to co-counsel re Flores Orders re status conf, case processing, depositions, etc. |
| 7/23/16 | 1 | 0 | Review co-counsel comments re updated proposed OrderKate Manning <kate.manning@lawfoundation.org> |
| 7/26/16 | 1 | 45 | Review Sarah Fabian email re settlement talks conf with  co-counsel |
| 7/26/16 | 3 | 30 | Rersearch and Email to Sarah Fabian re Flores Discovery Statement, Settlement Talks;prep for and conf with co-counsel |
| 7/27/16 | 2 | 40 | Research an ddrafting plaintiffs'position on 3 issues in joint status report per Order of July 22. |
| 7/28/16 | 6 | 20 | Research decs re available witnesses, research defs' witnesses and CBP scetor chiefs and headquarters; ICE officlas ; Edit and emailto Sarah Fabian Discovery Plaintiffs' positions re draft Joint Status Report |
| 7/29/16 | 1 | 10 | Scheduling Flores depositions of Plaintiffs' witnesses emailto co-counsel& Fabian, Sarah |
| 7/29/16 | 0 | 10 | Review Sarah Fabian email re draft joint statement |
| 8/1/16 | 0 | 40 | Review co-counsel comments re settlement |

| Date | | | Description |
|---|---|---|---|
| 8/1/16 | 2 | 50 | Review & research re settlement agreement; review email from Sarah Fabian re draft settlement agreement |
| 8/2/16 | 1 | 0 | Review and emailwith Sarah Fabian rejoint statement |
| 8/9/16 | 8 | 10 | Review evidence and briefs, settlement positions, prep for mediation and mediation with Judge King |
| 8/12/16 | 0 | 30 | Research and draft emailto Sarah Fabian re Defendants' Motion to Require Oral Testimony and open items re CBP settlement |
| 8/18/16 | 1 | | Review Sarah Fabian email re settlemennt draft, telecons and emails with co-counsel advocates re same |
| 8/19/16 | 0 | 20 | Research and review re Sarah Fabian  Proposed Motion to Require Oral Testimony;review stip for ext of settlement period |
| 8/19/16 | 0 | 10 | Emailw/ Sara Fabian reStipulation to extend settlement talks |
| 8/19/16 | 1 | 0 | Flores v. Lynch Plaintiffs statement |
| 8/23/16 | 7 | 15 | Preparation for mediation and mediation with Judge King; conf with co-counsel |
| 8/24/16 | 1 | 0 | Prep for and conf with co-counsel |
| 8/27/16 | 2 | 20 | Review evidence; review defs' settlement statement; prep for mediation |
| 8/29/16 | 3 | 30 | Preparation for and Settlement conf call with Judge King and emails re same; preparation of orientation materials for co-counseland volunteer attornets handling depositions |
| 8/30/16 | 7 | 30 | Research and draftijng reply brief |
| 8/31/16 | 7 | 40 | Research and drafting reply brief, shep cases;review Kate Manning email |
| 9/1/16 | 4 | 40 | Preparation for and deposition of Peter Schey |
| 9/2/16 | 1 | 0 | Settlement conf call and emails |
| 9/9/16 | 9 | 30 | Review/research/shep cases re Defendants motion for Evidentiary Hearing [Dkt 256]; preparation for and depositions of Valentin de la Garza and Juanita Hester |
| 9/12/16 | 5 | 10 | Preparation for and deposition of Joshua Reid |
| 9/13/16 | 7 | 40 | Review & research re  Amici curiae American Immigration Council, draft Memorandum Amici curiae brief, Research and drafting & shep cases re Plaintiffs' combined reply to Defs Oppo and Pltfs Oppo to Ds' Motion for Evidentiary Hearing |
| 9/14/16 | 8 | 0 | Research and drafting & shep cases re Plaintiffs' combined reply to Defs Oppo and Pltfs Oppo to Ds' Motion for Evidentiary Hearing |
| 9/15/16 | 8 | 20 | Preparation for mediation and mediation; Research and drafting & shep cases re Plaintiffs' combined reply to Defs Oppo and Pltfs Oppo to Ds' Motion for Evidentiary Hearing |
| 9/16/16 | 0 | 40 | Telecon with Kate Manning re motion to enforce reply |
| 9/16/16 | 9 | 50 | Research and drafting & shep cases re Plaintiffs' combined reply to Defs Oppo and Pltfs Oppo to Ds' Motion for Evidentiary Hearing; deposition of Edward McCarthy |
| 9/17/16 | 8 | 0 | Research and drafting & shep cases re Plaintiffs' combined reply to Defs Oppo and Pltfs Oppo to Ds' Motion for Evidentiary Hearing |
| 9/17/16 | 8 | 50 | Research and drafting & shep cases re Plaintiffs' combined reply to Defs Oppo and Pltfs Oppo to Ds' Motion for Evidentiary Hearing;conf ree status with co-counsel |
| 9/18/16 | 0 | 10 | Review revised supp dec by StephenManning |
| 9/19/16 | 7 | 30 | Cite check,format, finalize combined reply to Defs opp and  Oppo to Ds' motion for evidentiary hearing;review stip re discovery and proposed order re confidentiality; conf call co-counsel |
| 9/20/16 | 3 | 0 | Preparation for and deposition of Chief Patriol Agent Rodney Scott |
| 9/22/16 | 7 | 50 | Review and research re defendants reply in support of mo for evidentiar hearingg # 267; preparation for and deposition of Chief Mario Martinez; deposiiton of mopther Lindsay xxx. |
| 9/23/16 | 4 | 10 | Telecon Kate manning re motion to enforce; prep for and deposition of Manual Padilla |
| 9/24/16 | 7 | 30 | Research an ddrafting plaimntiff's positions in joint status report re legal vs factualissues, review of each claim re need for evidentiary hearing |

| | | | |
|---|---|---|---|
| 9/25/16 | 6 | 40 | Research & draft plaintiffs' positions re joint status report re legal vs material factual issues, review of each claim re need for evidentiary hearing |
| 9/26/16 | 2 | 30 | Prep and telecon with Zulma and her attorney; prep and call with Yessenia Rodriquez xxx |
| 9/27/16 | 7 | 50 | Telecon Kate Manning re motion to enforce; review and research and shep cases re Defendants supp response in opp to motion to enforce; preparation for and deposition of Paul Beeson |
| 9/30/16 | 1 | 40 | Review and research authorities re Govt opposition to brief of Immigrnat Rights Organizations |
| 10/3/16 | 1 | 10 | Prep and telecon with Yeslin xxx. |
| 10/4/16 | 2 | 0 | Prep for and deposition of class member Yeslin xxx. |
| 10/5/16 | 6 | 40 | Telecon Kate Manning motion to enforce hearing; preparation for hearing; deposition of class member parent Zulma XXX. |
| 10/6/16 | 2 | 0 | Preparation for hearing and hearing re evidentiary hearing scheduling |
| 10/7/16 | 5 | 40 | Contact pro bono counsel re depositions; review deposition schedules; review reports and decs re deponents |
| 11/16/16 | 0 | 30 | Prepare stipulatiom requesting continuation of joint status report due date |
| 11/17/16 | 0 | 10 | Telecon with Rene Kathanala re motion to enforce |
| 11/18/16 | 4 | 40 | Review and notes re deposition of Bridget Cambria; deposition of Amanda Doroshow; deposition of Robyn Barnard;deposition of Jacqueline Kline |
| 11/20/16 | 4 | 20 | Research and drafting plaintiffs' positions re Jointn Status Report re Evidentiary Hearing |
| 11/21/16 | 8 | 10 | Research and drafting plaintiffs'position re Joint Status Report re evidentiary hearing; review depositiions of class members and parentts |
| 11/22/16 | 8 | 20 | Conf call;with Melissa and advocates re status case,amicus, etc.; research and drafting statemnet of uncontroverted facts. |
| 11/23/16 | 6 | 50 | Review depos an decs and drafting statement of uncontroverted facts. |
| 11/24/16 | 7 | 30 | Review depos and defendants declarations and drafting statement of uncontroverted facts. |
| 11/25/16 | 8 | 0 | Review depos taken by defendants and plaintiffs' declarations and drafting statement of uncontroverted facts |
| 11/26/16 | 7 | 30 | Review depositions  taken by defendants & plaintiffs, review declarations and other exhibits; draft statement of uncontroverted facts |
| 11/28/16 | 7 | 30 | Research and drafting supp memo review all evidence & draft memo re CBP conditions |
| 11/29/16 | 8 | 40 | Research and drafting supp memo review all evidence & draft memo re CBP conditions |
| 11/30/16 | 7 | 30 | Research and drafting supp memo review all evidence & draft memo re efforts at release,licensing, affidavits,individual assessmentsn re flight risk |
| 12/1/16 | 6 | 50 | Continue research & draft supp memo review re efforts at release , licensing, affidavits, individual assessments re flight risk |
| 12/2/16 | 7 | 30 | Research and drafting supp memo re absense of written emergency plan, tarnsfers wihtout notice to counsel; argument re 20 day rule evidence & draft memo re efforts at release,licensing, affidavits,individual assessmentsn re flight risk; revioew Govt depositions re extracts for brief |
| 12/3/16 | 8 | 0 | Research and wriging supp memo argument re safe and sanitary; 20 day rule, substantial compliance ¶ 30 |
| 12/4/16 | 8 | 30 | Review and excerpts from defendants' depositions for supp brief and exhibits |
| 12/5/16 | 8 | 40 | Review amici curaie request for judicial notice and review/notes re Report of the Department of Homeland Security (DHS) Advisory Committee on Family Residential Centers (previouslyy. filed); research reports re same; draft supp memo re dec sare admissible form of. evidence, review and edit brief, shepardize cases andstatutes, |
| 12/6/16 | 8 | 30 | Finalze brief, TOC, TOA, shep cases, prep exhibits for filing; finalize applic tofile under seal and memo idnetifying asylum applicants |
| 12/9/16 | 2 | 0 | Review and. Research authorities re Defs' Motion  to Strtike Statement of Uncontroverted Facts |
| 12/11/16 | 7 | 50 | Review all decs and statement of uncontroverted facts re Defendants'motion to strike and draft revised statement of uncontroverted facts |

| Date | | | Description |
|---|---|---|---|
| 12/12/16 | 8 | 30 | Review,, cite check, plaintiffs' corre ctorrected statement of uncointrroverted facts |
| 12/13/16 | 6 | 50 | Review and notes re deposition transcripts of depositions taken by Defendants |
| 12/14/16 | 7 | 0 | Review and notes re deposition transcripts of depositions taken by Defendants |
| 12/15/16 | 7 | 10 | Continue review and notes re deposition transcripts of depositions taken by Plaintiffs |
| 12/17/16 | 8 | 20 | Review and research authorities Defendants SecondSupplemental Response tinOppositionto Motion to Enforce & 73 page exhibit objections |
| 12/19/16 | 7 | 30 | Continue review & research authorities re Defs 2nd Supp Response in Opposition to Mo to Enforce & 73 page exhibit objections; review and notes re Defendants Statement of Genuine Disputes of Material Facts |
| 12/20/16 | 9 | 10 | Review and notes re Defendants Supplementary Exhibits 30-50 (Doc. # 298); draft/file Plaintiffs' applic to strike defs' exhibit 47 |
| 12/21/16 | 8 | 50 | Continue review & notes Defendants Supp Exhibits 30-50 (Doc. # 298-99); Research & notes re plaintiffs Supp Response in Support of Motion and exhibits |
| 12/22/16 | 6 | 20 | Application forcontinuationofreply brief to 12/29/16; research and drafting Plaintiffs Supp Response in Support of Motion to Enforce and exhibits |
| 12/23/16 | 7 | 0 | Research and drafting  Supp Response re Motion to Enforce and exhibits |
| 12/26/16 | 5 | 20 | Continue research and drafting  Supp Response re Motion to Enforce and exhibits |
| 12/29/16 | 6 | 20 | Application for extension to Jan 3, 2017; review & notes of depo transcripts |
| 12/30/16 | 6 | 40 | Research and drafting Plaintiffs Supp Response in Support of Motion to Enforce and exhibits |
| 1/2/17 | 8 | 30 | Research and drafting Plaintiffs Supp Response in Support of Motion to Enforce and exhibits |
| 1/3/17 | 8 | 0 | Complete, cite check, format, file Plaintiffs Supp Response in Support of Motion to Enforce and exhibits |
| 1/10/17 | 1 | 20 | Review and research authrotiies re defendants opp to amici mo for jud notice of DHS Advisory Committee on Family Residential Centers |
| 1/20/17 | 0 | 20 | Review Order # 318 re impact on  pending motion to enforce re CBP/ICE |
| 1/24/17 | 3 | 30 | Review and note to exhibitssre Court ruling on evidentiary. Objections # 320 |
| 1/25/17 | 8 | 40 | Develop  spreadsheet re plaintiff declarants' location and availability;  draft. Proposed findings of fact and conclusions of law |
| 1/27/17 | 8 | 0 | Review and telecon re Defendants statement re witnesses for Jan 30 hearing;commence drafting Plaintiffs' response |
| 1/28/17 | 8 | 50 | Review files an ddraft Plaintiffs' Response to Defs' Satement re witnesses for Jan 30 hearing; reseaarch re. evid hearing |
| 1/29/17 | 8 | 20 | Complete,cite check, file Plaintiffs' Response to Defs' Satement re witnesses for Jan 30 hearing;prep for oral argument/hearing; notice filing curt order re Texas licensing |
| 1/30/17 | 3 | 0 | Prep for hearing and hearing on motion top enforce |
| 1/31/17 | 5 | 30 | Research and writing court requested memo re c lass members in expedited removal |
| 2/5/17 | 7 | 10 | Research and drafting  requested memo re class members in expedited removal |
| 2/6/17 | 2 | 0 | Review and research Defenmdants Supp Brief re Expedited Rem,oval |
| 2/7/17 | 0 | 10 | Review Defs app to file exhibits under seal |
| 3/2/17 | 0 | 30 | Filing corrected Ex. 9 depo of Philip Miller |
| 6/13/17 | 0 | 30 | Draft/editJoint Request for Decision on Motion to Enforce |
| 6/27/17 | 2 | 0 | Review and research Order #363, emails re same to advocates |
| 7/28/17 | 2 | 20 | Review Defendants Notice of Proposed Juv Coordinators an dresearch re nominees. |
| 8/28/17 | 0 | 20 | Review notice appeal and telecons re same; review stay options for defendants |
| 8/31/17 | 0 | 30 | Review mediation questionnaiure conf with C. Holguin re mediation |
| 9/8/17 | 3 | 30 | Review declarations of Settlement Juv Monitors Henry Moak and Dougherty and research re facts & conclusions reported |

| | | | |
|---|---|---|---|
| 9/11/17 | 4 | 10 | Continue review declarations of Settlement Juv Monitors Henry Moak and Dougherty and research re facts & conclusions reported |
| 9/27/17 | | 40 | Review record re transcript designatrion |
| 12/4/17 | 7 | 30 | Review and research re  compliance reports from Henry Moak, Jr. and Deane Dougherty; webinar and emails for plaintiffs volunteer monitors |
| 12/5/17 | 2 | 40 | Continue review of decs, internet reports, studies, media re factsallege din Defemndant monitors' reports |
| 12/6/17 | 4 | 0 | Oversight and direction plaintiffs' monitoring at Dilley |
| 12/7/17 | 4 | 0 | Oversight and direction plaintiffs' monitoring at Dilley and Karnes |
| 12/8/17 | 4 | 30 | Oversight and direction plaintiffs' monitoring at McAllen and Ursula |
| 12/12/17 | 4 | 0 | Telecon with Virginia Carrigan re motion to enforce; draft revised statemeen tof uncontroverted facts; review court Order denying Defendants motion to strilke statement of uncontroverted facts |
| 12/15/17 | 0 | 40 | Draft and file applic for extension an dsupporting dec and proposed Order re response tomonitors reports |
| 12/18/17 | 3 | 0 | Materials to Berks monitors and monitor orientation; telecons with volunteer. Monitors |
| 12/21/17 | 3 | 10 | Oversight and direction plaintiffs' counsel monitoring at Berks PA |
| 12/22/17 | 7 | 30 | Research and writing Plaintiffs Response to First Juvenile Coordinators' Reports/food/water |
| 12/27/17 | 7 | 40 | Research and writing Plaintiffs Response to First Juvenile Coordinators' Reports/food/water/tempcontrol |
| 1/3/18 | 8 | 20 | Research and writing Plaintiffs Response to First Juvenile Coordinators' Reports/food/water/tempcontrol |
| 1/4/18 | 7 | 30 | Research and writing Plaintiffs Response to First Juvenile Coordinators' Reports/food/water/tempcontrol |
| 1/6/18 | 6 | 50 | Review and research arguments & authorities in Appellants opening brief #6 |
| 1/8/18 | 7 | 30 | Review and research re Appellants opening 9th Cir brief |
| 1/12/18 | 8 | 10 | Review and research re Appellants opening 9th Cir brief and excerpts of record |
| 1/13/18 | 7 | 50 | Review excerpts of record and research shep cases re Appellants opening 9th Cir brief |
| 2/28/18 | 8 | 30 | Research and drafting pliaitiffs 9th Circuit opening brief |
| 3/2/18 | 7 | 50 | Research and drafting plaintiffs 9th Circuit opening brief |
| 3/3/18 | 8 | 10 | Research and drafting plaintiffs 9th Circuit opening brief |
| 3/5/18 | 7 | 50 | Review and research re Juvenile Coordinator reports #402.1-3 |
| 3/6/18 | 0 | 20 | Draft extension request to9th Circuit |
| 3/8/18 | 6 | 30 | Research and drafting plaintiffs 9th Circuit opening brie isf including issues oin appeal |
| 3/9/18 | 7 | 10 | Research and drafting plaintiffs 9th Circuit opening including burden of proof and evidentiary objections |
| 3/10/18 | 8 | 20 | Research and drafting plaintiffs 9th Circuit opening brie;statement of case; burden of prooif |
| 3/12/18 | 5 | 40 | Research and drafting plaintiffs 9th Circuit opening brief; burden proof;  CBP conditions |
| 3/13/18 | 6 | 20 | Research and drafting plaintiffs 9th Circuit opening brief; CBPconditions; sleep, temp etc. |
| 3/14/18 | 8 | 0 | Research and drafting plaintiffs 9th Circuit opening brief  including licensing,  secure facilities |
| 3/15/18 | 6 | 50 | Research and drafting plaintiffs 9th Circuit opening brief; ; licensing, secure facilities; review media/cases re conditions claims |
| 3/16/18 | 8 | 10 | Research and drafting plaintiffs 9th Circuit opening brief; special monitor; need for monitoring |
| 3/17/18 | 6 | 20 | Research and drafting plaintiffs 9th Circuit opening brief; Monitoring |
| 3/18/18 | 8 | 30 | Reviewdist court record re Plaintiffs excerpt of record |
| 3/19/18 | 7 | 10 | Research and drafting plaintiffs 9th Circuit opening brief; summary of argument; cite check record and shep cases |

| | | | |
|---|---|---|---|
| 3/20/18 | 6 | 30 | Research and draft & cite check plaintiffs 9th Circuit opening brief - cite check record and shep cases |
| 3/21/18 | 6 | 50 | Plaintiffs' Excerpts of record |
| 3/23/18 | 7 | 20 | Research and drafting plaintiffs response to Defs' monitors' reports foor, water, sanitation |
| 3/25/18 | 8 | 0 | Research and drafting plaintiffs response to Defs' monitors' reports #402;a dvisals and sleeping conditions |
| 3/26/18 | 7 | 10 | Research and drafting plaintiffs response to Defs' monitors' reports #402;continuous efforts to release |
| 3/27/18 | 8 | 0 | Research and drafting plaintiffs response to Defs' monitors' reports secure unlicensed faciloities |
| 3/28/18 | 8 | 20 | Research and drafting plaintiffs response to Defs' monitors' reports #402; E3DM analysis; extended detention; ICE reports |
| 3/29/18 | 7 | 40 | Research and drafting plaintiffs response to Defs' monitors' reports introduction;review reports and decs re all sections |
| 3/30/18 | 7 | 0 | Drafting and finalize to file plaintiffs response to Defs' monitors' reports #402 |
| 5/14/18 | 6 | 30 | Review and research re Defendants 9th Cir reply brief |
| 5/15/18 | 7 | 0 | Review and research re Defendants 9th Cir reply brief |
| 5/16/18 | 8 | 20 | Review and research re Defendants 9th Cir reply brief |
| 5/18/18 | 0 | 25 | Telecon with Rene Kathanala re motion to enforce pending appeal |
| 6/14/19 | 6 | 30 | Preparation for 9th Circuit argument. Review Defs' evidentiary arguments. excerpts of record and non-ER decs/exhibits;n review jurisdiction of court of appeals& shep cases |
| 6/15/19 | 8 | 0 | Preparation for hearing. Review excerpts of record and non-ER decs/exhibits;n review jurisdiction of court of appeals& shep cases |
| 6/17/19 | 9 | 30 | Travel to SF and preparation for hearing. Review excerpts of record and other decs/exhibits |
| 6/18/19 | 2 | 0 | Final prep for 9th Cir hearing and hearing |
| 4/26/19 | 0 | 10 | Review 9th Cir Order dismissing appeal  no. 18-56204 and schudule June hearing |
| 6/20/18 | 0 | 25 | Telecon with Rene Kathanala re motion to enforce |
| 6/21/18 | 1 | 0 | Telecon with Rene Kathanala re motion to enforce |
| 6/27/18 | 6 | 40 | Reciew and excerpting plaintiff decs. Into topics for master exhibit excerpts of evidence |
| 7/9/18 | 8 | 0 | Telecons/emails reports/orientation volunteer monitors; research and drafting response to 3r dmonitors reports and status report |
| 7/10/18 | 7 | 40 | Research and drafting response to 3rd monitors' reports and status report; exceprting decs & integrate into brief |
| 7/10/18 | 0 | 25 | Telecons with Kate Manning re motion to enforce |
| 7/11/18 | 8 | 40 | Research and drafting response to 3rd monitors' reports and status report |
| 7/12/18 | 9 | 0 | Research and drafting response to 3rd monitors' reports and status report; proposed Order |
| 7/13/18 | 10 | 0 | Prep Plaintiffs' response toMonitors reports and status report;  Review decs and excerpting statements into topics in master exhibit of excerpted declarations Ex 11 |
| 7/14/18 | 9 | 40 | Review decs and excerpting statements into topics in master exhibit of excerpted declarations Ex 11; review Virginia Corrigan comments re draft response to monitors 3rd reports |
| 7/15/18 | 5 | 0 | Final excerpting exhibits into master exhibit of excerpted declarations Ex 11 |
| 7/18/18 | 8 | 30 | Research and drafting response to Monitors 3rd reports and status report and request for appointment of Special Master |
| 7/19/18 | 8 | 0 | Finalze status conf report, TOC, TOA, shep cases, prep exhibits for filing; finalize redacted exhibits and app for filing. |
| 7/26/18 | 5 | 40 | Preparation for status conference re appointment of special master |
| 7/27/18 | 1 | 30 | Hearing status conference re appointmen tof Special Master Doc 469 |
| 10/31/18 | 0 | 35 | Telecon with Kate Manning re motion to enforce |

| | | | |
|---|---|---|---|
| | | | Draft procedures, instructions and protocol for pro bono volunteer monitors excerpting declarations re |
| 11/11/18 | 2 | 0 | compliance |
| 11/15/18 | 1 | 40 | Telecon with Virginia Corrigan re motion to enforce |
| 6/16/19 | 5 | 40 | Preparation for 9th Circuit argument |
| 6/17/19 | 5 | 20 | Preparation f or 9th Circuit arhument |
| 6/18/19 | 2 | 0 | Ninth Circuit argument |
| 8/15/19 | 2 | 30 | Review 9th Cir decision and rules re reconsideration/en banc/ pet cert timing |
| 11/18/19 | 7 | 50 | Research and drafting EAJA motion |
| 11/25/19 | 8 | 0 | Research and drafting EAJA motion |
| 12/4/19 | 8 | 10 | Research and drafting EAJA motion |

| | | |
|---|---|---|
| Total | 1287 | 7535 |
| Total | 1413 | |
| Fees at | | |
| $950 | 1,341,942 | |

34

# EXHIBIT 1-C

# Center for Human Rights & Constitutional Law, Foundation
## Flores 2017 CBP Motion
### June 2016- August 2019

| | Transaction Type | Date | Memo/Description | | Amount |
|---|---|---|---|---|---|
| **Best Buy** | | | | | |
| | Expense | 12/01/2017 | Mobile Printers Flores Monitoring | | 673.37 |
| **Total for Best Buy** | | | | $ | 673.37 |
| **Best Western Inn** | | | | | |
| | Expense | 02/26/2018 | Flores Travel | | 250.84 |
| **Total for Best Western Inn** | | | | $ | 250.84 |
| **Chapman Noam** | | | | | |
| | Bill | 12/06/2017 | FedEx Office - Supplies for Flores Site Visits | | 25.50 |
| | Bill | 12/06/2017 | Best Buy - Supplies for Flores Site Visits | | 105.09 |
| | Bill | 12/20/2017 | FedEx Office - Supplies for Flores Site Visits | | 27.98 |
| | Check | 08/14/2018 | USPS - Manjit Singh | | 172.06 |
| **Total for Chapman Noam** | | | | $ | 330.63 |
| **Fed Ex** | | | | | |
| | Bill | 12/08/2017 | 788731080643 - Flores Printers | | 227.94 |
| | Bill | 12/22/2017 | 788960673672 - Flores Printers | | 180.35 |
| | Bill | 12/22/2017 | 789015263794 - Flores Printers NYC | | 194.65 |
| **Total for Fed Ex** | | | | $ | 602.94 |
| **Order** | | | | | |
| | Bill | 04/04/2019 | Transport Volunteers to Staples | | 18.11 |
| | Bill | 04/04/2019 | Supplies and Copies | | 71.18 |
| | Bill | 04/04/2019 | Supplies and Copies | | 17.65 |
| | Bill | 04/04/2019 | Transport Volunteers to Staples | | 21.57 |
| | Bill | 04/04/2019 | Documents to Home Office | | 40.00 |
| | Bill | 04/04/2019 | Flores/Homestead | | 173.65 |
| | Bill | 04/04/2019 | Documents to Home Office | | 5.14 |
| | Bill | 04/14/2019 | Flores:2019 CBP Motion | | 277.63 |
| | Bill | 04/14/2019 | Volunteers Expense:Groceries | | 92.19 |
| | Bill | 04/14/2019 | Copies &Shipping:Documents to N.Chapman | | 145.44 |
| | Bill | 04/14/2019 | Shipping: Documents to home office | | 40.00 |
| **Total for Hope Frye** | | | | $ | 902.56 |
| **Katherine Manning** | | | | | |
| | Bill | 04/01/2019 | Flores-11/1/18 Kate Manning's Trip to Texas | | 749.48 |
| **Total for Katherine Manning** | | | | $ | 749.48 |
| **Veritext Legal Solutions** | | | | | |
| | Bill | 02/01/2018 | Invoice PA2823119, Invoice PA2823245 | | 818.21 |
| **Total for Veritext Legal Solutions** | | | | $ | 818.21 |
| **Anne Kielwasser** | | | | | |
| | Bill | 01/26/2017 | Flores v. Lynch Transcript (9/16/2016) | | 60.00 |
| | Bill | 01/26/2017 | Court Transcripts | | 60.00 |
| **Total for Anne Kielwasser** | | | | $ | 120.00 |
| **Blue Ribbon Legal** | | | | | |
| | Expense | 12/01/2016 | Flores Deposition Transcripts | | 166.16 |
| **Total for Blue Ribbon Legal** | | | | $ | 166.16 |
| **David Feldman Worldwide** | | | | | |
| | Bill | 05/17/2017 | Paul Beeson Flores Transcript | | 886.06 |

| | | | | | |
|---|---|---|---|---|---|
| | Bill | 05/17/2017 | Chief Mario Martinez Flores Transcript | | 1,549.10 |
| | Bill | 05/17/2017 | Phillip Miller Flores Transcript | | 1,873.20 |
| | Bill | 05/17/2017 | Chief Manuel Padilla Jr. Flores Transcript | | 701.73 |
| **Total for David Feldman Worldwide** | | | | $ | **5,010.09** |
| **Enterprise Rent a Car** | | | | | |
| | Expense | 07/12/2017 | Car Rental in Virginia for Flores Case | | 88.53 |
| **Total for Enterprise Rent a Car** | | | | $ | **88.53** |
| **Francesca Noyes** | | | | | |
| | Bill | 02/07/2017 | L&R Auto Parks- Parking for Flores Evidentiary Hearing | | 11.00 |
| **Total for Francesca Noyes** | | | | $ | **11.00** |
| **In Free State Reporting** | | | | | |
| | Expense | 11/14/2016 | Deposition Transcript | | 402.80 |
| | Expense | 11/16/2016 | Deposition Transcript | | 257.05 |
| **Total for In Free State Reporting** | | | | $ | **659.85** |
| **Jorge Medina.** | | | | | |
| | Bill | 02/01/2017 | L&R Parking - Parking for Flores evidentiary hearing | | 11.00 |
| | Bill | 02/01/2017 | GSA Mileage reimbursement - Franklin Somoriba travel for Flores Evidentiary hearing | | 24.61 |
| | Bill | 02/01/2017 | In-N-Out - Lunch for Franklin Somoribas Flores evidentiary hearing | | 6.47 |
| **Total for Jorge Medina.** | | | | $ | **42.08** |
| **Alaska air** | | | | | |
| | Chase CC 9274 | 06/17/2019 | Flores Travel:LAX-SFO | | 30.00 |
| **Total for Alaska air** | | | | $ | **30.00** |
| **Alaska Wifi** | | | | | |
| | Chase CC 9274 | 06/19/2019 | Flores Travel: Airplane Wifi | | 11.00 |
| | Chase CC 9274 | 06/19/2019 | Flores Travel: Airplane Wifi | | 11.00 |
| **Total for Alaska Wifi** | | | | $ | **22.00** |
| **Hotel Abri** | | | | | |
| | Chase CC 9274 | 06/19/2019 | Flores travel Expense: Hotel-San Francisco | | 663.92 |
| | Chase CC 9274 | 06/19/2019 | Flores travel Expense: Hotel-San Francisco | | 4.34 |
| | Chase CC 9274 | 06/19/2019 | Flores travel Expense: Hotel-San Francisco | | 58.67 |
| **Total for Hotel Abri** | | | | $ | **726.93** |
| **Luxor Cabs** | | | | | |
| | Chase CC 9274 | 06/17/2019 | San Francisco: Taxi Cab | | 58.50 |
| **Total for Luxor Cabs** | | | | $ | **58.50** |
| **San Francisco AP Cart** | | | | | |
| | Chase CC 9274 | 06/19/2019 | Flores Trip: San Franciso-Food | | 6.00 |
| **Total for San Francisco AP Cart** | | | | $ | **6.00** |
| **Three Twins** | | | | | |
| | Chase CC 9274 | 06/20/2019 | Flores Travel:San Francisco-Food | | 22.69 |
| **Total for Three Twins** | | | | $ | **22.69** |
| **Uber** | | | | | |
| | Chase CC 9274 | 06/19/2019 | Flores CBP Motion:Travel San Fransico Trip | | 29.89 |

| | | | | | |
|---|---|---|---|---|---|
| **Total for Uber** | | | | $ | 29.89 |
| **United** | | | | | |
| | Chase CC 9274 | 06/13/2019 | United Airlines:LAX-SFO | | 539.15 |
| **Total for United** | | | | $ | 539.15 |
| **TOTAL** | | | | | $12,763.46 |

# EXHIBIT 2

39

1

2

3

**DECLARATION OF KATHERINE MANNING IN SUPPORT OF PLAINTIFFS'
MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO
JUSTICE ACT**

4  I, Katherine Manning, submit this declaration pursuant to 28 U.S.C. § 1746 under penalties of

5  perjury in support of Plaintiff's motion for attorney's fees under the Equal Access to Justice Act.

6  1.      I am an attorney, licensed to practice in California and before this Court. I am a senior

7

8

9

attorney at the Law Foundation of Silicon Valley and am an attorney of record on the Flores case

since March 2015. I graduated from The City University of New York (CUNY) School of Law

10  in 2003. I am admitted to practice in the Supreme Court of California, the Central District Court

11  of California and the United States Court of Appeals for the 9th Circuit. My resume is attached

12  as Exhibit A to this Declaration.

13

14

2.      I maintained contemporaneous records of time I spent working on this complex case.

15  The total amount of time that I worked on this Motion to Enforce and its appeal between January

16  2016 and August 15, 2019 is 139.6 hours. In exercising billing discretion, I have deducted my

17  time spent waiting in airports, time spent on emails and staffing with co-counsel and time spent

18

19

on clerical matters. My billable time after these deductions comes to 132.2 hours. My time

20  records are attached as Exhibit B to this Declaration. Our organization's out of pocket expenses

21  incurred in prosecuting this motion is also attached hereto as Exhibit C of this Declaration. My

22  expenses for travel costs incurred attending mandatory mediation on this case totaled $1,790.67.

23  3.      EAJA provides that "attorney fees shall not be awarded in excess of $125 per hour unless

24

25

the court determines that an increase in the cost of living or a special factor, such as the limited

26  availability of qualified attorneys for the proceeding involved justifies a higher fee." 28 U.S.C.

27  2412(d)(2)(A)(ii). The statutory rate for this appeal should be adjusted according to an increase

28  in the cost of living. *Thangaraja v. Gonzalez*, 428 F. 3d 870, 876-77 (9th Cir. 2005.) The

1

40

statutory maximum hourly rate for work performed on this case in 2016 is $192.68. The total number of hours I worked on this case in 2016 is 99.2 hours, for a total of $19,113.86. The maximum hourly rate for work performed in 2017 is $196.79. I did not bill any time on the current motion in 2017. The total number of hours that I worked on this case in 2018 is 27.5 hours. The statutory hourly rate for work performed in 2018 is $201.60 for a total of $5,411.72. The total number of hours that I worked on this case in 2019 is 5.5 hours. The statutory hourly rate for work performed in 2019 is $204.25 for a total of $1,123.37. The total amount I am requesting for my time working on this motion between 2016 and 2019 is $25,648.95.

4.      Based on my judgment and experience, the work performed by the Law Foundation in connection with this action was reasonable, necessary, and justified based on the number and complexity of the issues presented in this matter.

5.      Any fees awarded for the Law Foundation's time in this matter will inure to the Law Foundation of Silicon Valley to further its mission of advancing the rights of under-represented individuals and families in our diverse community through legal services, strategic advocacy, and educational outreach.

6.      The Law Foundation is a non-profit legal services organization with limited resources available to meet the community's need for free legal services and civil rights enforcement. As with all of our clients, we represent plaintiffs in this matter free of charge. By taking on the work this case entailed, we were precluded from taking on other legal services, litigation, and policy advocacy work that would have furthered our mission. The Law Foundation receives government and private grants in order to furnish free legal services to eligible clients. The Law Foundation is not completely funded by grants, and depends on the recovery of attorneys' fees in

1   successful cases to be able to fully serve victims of civil rights violations.

2        I declare under penalty of perjury under the laws of the State of California that the foregoing

3   is true and correct and that this declaration was executed in San Jose, California, on October 31,

4   2019.

5

6        _Katthu Maning_

7        Katherine Manning,
         Co-Counsel for the Plaintiffs

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**Exhibit A**
**Katherine Manning, Esq.**
Kate.manning@lawfoundation.org

## WORK EXPERIENCE

**LAW FOUNDATION OF SILICON VALLEY,** *SENIOR ATTORNEY*, San Jose, CA          2006-Present

**LACY IMMIGRANT YOUTH PROJECT**                                    2014-present
Represent undocumented children and youth who are eligible for immigration relief based on Special Immigrant Juvenile Status.  Screen undocumented youth for immigration relief, including U visa, T visa and Asylum relief and make referrals to appropriate agencies.  File petitions for state court custody orders and request SIJS findings in family court and probate court.  File petitions for special immigrant juvenile status, adjustment of status and employment authorization with USCIS.  Refer clients to appropriate agencies to assist with social service's needs.  Provided training for the Probate Court on implementation of AB-900 guardianships for youth eligible for SIJS. Drafted manual for Pro Bono attorneys representing youth in probate court and SIJS proceedings.

**LEGAL ADVOCATES FOR CHILDREN AND YOUTH DIVERSE PRACTICE**   2008-2014
Represented children and youth in family court, including custody, parentage, restraining order and child support proceedings.  Represented children and youth in probate court, dependency court and special immigrant juvenile status cases.  Developed and conducted community education trainings on teen dating violence, rights of teen parents, guardianship proceedings, special immigrant juvenile status, and teen orientation.  Presented Teen Orientation Training at the Association of Family and Conciliation Courts in Toronto.

**MENTAL HEALTH ADVOCACY PROJECT/HEALTH LEGAL SERVICES**      2006-2008
Represented individuals with mental health disabilities in housing matters, including eviction defense, reasonable accommodation requests and habitability complaints.  Represented individuals with HIV/AIDS in housing matters, estate planning, debtor/creditor issues and government benefits.

**CHILD LAW SERVICES, INC.,** *STAFF ATTORNEY*, Princeton, WV                2003- 2005
Represented children in abuse and neglect cases, high conflict custody cases, delinquency cases, adoptions, and guardianships at a nonprofit legal services organization for children.  Assisted with teen court project for cases involving youth charged with misdemeanors.  Assisted in community awareness and education campaigns regarding child abuse.

## EDUCATION
**CITY UNIVERSITY OF NEW YORK (CUNY) SCHOOL OF LAW,** J.D. May 2003
**UNIVERSITY OF CALIFORNIA AT SANTA BARBARA,** B.A. Political Science, Minor in French, 1996

## BAR ADMISSIONS
U.S Court of Appeals for the 9th Circuit December, 2015; Central District of California, March, 2015
Temporary Admission to the Supreme Court of West Virginia, February 2004- 2006
Supreme Court of California, December 2003

1

## Exhibit B, Time Records of Katherine Manning, Flores Motion to Enforce

| Date | REASON | Time | Deductions |
|---|---|---|---|
| 1/6/2016 | staff case with JK, email Peter | 0.2 | 0.2 |
| 2/12/2016 | edit brief | 2 | |
| 2/14/2016 | read declarations and write draft section on CBP conditions | 3 | |
| 3/7/2016 | review emails and sample for Motion to enforce | 0.5 | 0.5 |
| 3/10/2016 | prepare brief section on CBP conditions | 8 | |
| 3/14/2016 | edit CBP conditions section for motion to enforce | 2 | |
| 4/29/2016 | edit motion, order and exhibits | 2 | |
| 6/22/2016 | travel time to LA | 2 | |
| 6/23/2016 | mediation (9:30-12:30) (1:30-8:30) | 10 | |
| 6/24/2016 | mediation (9:30-12:00)(1:00-5:30) | 7 | |
| 6/24/2016 | staff mediation issues with co-counsel | 0.5 | |
| 6/24/2016 | write up draft proposals from mediation and email | 0.6 | |
| 6/24/2016 | travel time home from LA | 2 | |
| 6/26/2016 | print Flores declarations | 0.6 | 0.6 |
| 6/27/2016 | write up proposed mediated agreement | 3 | |
| 6/27/2016 | Mediation (10:30-12:30) (1:00-5:30?) | 6.5 | |
| 6/27/2016 | phone call/ emails with co-counsel to staff issues | 0.5 | 0.5 |
| 6/27/2016 | travel time to LA | 2 | |
| 6/28/2016 | mediation (9:30-12) (1-6:30?) | 8 | |
| 6/28/2016 | staff mediation issues with PS | 0.8 | |
| 6/28/2016 | travel time home from LA | 2 | |
| 7/7/2016 | draft proposed order and circulate | 2 | |
| 7/12/2016 | draft CBP proposed order language and research | 3 | |
| 7/13/2016 | review and respond to emails regarding proposed CBP order | 0.3 | |
| 7/22/2016 | status conference with Judge | 1 | |
| 7/22/2016 | prepare next steps and notes from status conference | 0.8 | |
| 7/23/2016 | research and edit proposed order | 3 | |
| 7/26/2016 | Conference call with co-counsel | 1 | |
| 8/23/2016 | Flores Mediation (9:30-12)(1-5:30) | 7 | |
| 8/23/2016 | travel to LA mediation | 3 | |
| 8/23/2016 | Travel from LA to San Jose, including airport waiting time | 5 | 3 |
| 8/25/2016 | work on proposed CBP poster of rights | 1 | |
| 8/29/2016 | Phone conference with Judge King | 0.3 | |
| 8/31/2016 | Flores emails to co-counsel & from govt. | 0.4 | 0.4 |
| 9/1/2016 | pc to co-counsel, emails to govt and co-counsel | 0.5 | 0.5 |
| 9/2/2016 | Flores settlement conference by phone | 1.6 | |
| 9/9/2016 | review emails and filed documents | 0.5 | 0.5 |

| Date | Description | | |
|---|---|---|---|
| 9/16/2016 | work on chart of disputed facts for motion to enforce | 1.6 | |
| 9/19/2016 | email and call with co-cousel, to discuss trial strategy and content of motion | 0.5 | 0.5 |
| 9/19/2016 | work on chart of disputed facts | 1 | |
| 9/21/2016 | emails to co-counsel regarding our position on motion and proposed order | 0.4 | 0.4 |
| 9/23/2016 | Pc from Co-Counsel P. Schey on strategy for hearing and prep | 1 | |
| 9/26/2016 | review declaration and activity log, prepared to defend depo of Ms. G. E. | 1 | |
| 9/26/2016 | review draft of joint motion and edit | 1 | |
| 9/27/2016 | Deposition preparation of mother being deposed in FLA/ defended by me | 2.3 | |
| 9/27/2016 | defended deposition of Ms. G.E. | 1.4 | |
| 9/27/2016 | internal office meeting regarding depo defense | 0.3 | 0.3 |
| 10/5/2016 | prep for Depo defense and depo -A.D. | 0.5 | |
| 11/25/2016 | prepare internal memo on law supporting parents right to choose placement for child | 2 | |
| 2/9/2018 | Review documents to draft response to appeal | 2 | |
| 2/11/2018 | review docs to draft response to appeal | 2 | |
| 2/12/2018 | draft response to D's appeal brief | 5 | |
| 2/13/2018 | draft response to D's appeal brief | 6 | |
| 2/14/2018 | draft response to D's Appeal brief | 5.5 | |
| 2/15/2018 | draft response to D's appeal brief | 4 | |
| 2/16/2018 | draft response to D's appeal brief | 2.5 | |
| 6/6/2018 | read juvenile coordinator report | 0.5 | |
| 8/15/2019 | Review 9th circuit decision | 0.5 | |
| 10/14/2019 | draft final declaration and compile time on fee motion | 3 | |
| 10/31/2019 | research time for EAJ submission and prepare final drafts | 2 | |
| | **Total:** | 139.6 | 7.4 |
| | Time deducted: | 7.4 | |
| | **Time after deductions:** | **132.2** | |

Exhibit B, Time Records of Katherine Manning

## Exhibit C to Declaration of Katherine Manning
## Law Foundation of Silicon Valley Expenses

| Date | Description | Amount |
|------|-------------|--------|
| | | |
| Mediation 6/23/2016 -6/24/2016 | | |
| 6/22/2016 | roundtrip airfare from san Jose to LA | $404.96 |
| 6/22/2016 | yellow cab to LA from airport | $67.22 |
| 6/23/2016 | parking at mediation in LA/ PS car | $8.00 |
| 6/23/2016 | Lunch during mediation | $9.37 |
| 6/24/2016 | Lunch during mediation | $8.28 |
| 6/24/2016 | parking at mediation in LA/ PS car | $8.00 |
| 6/24/2016 | Uber from LA to airport | $64.42 |
| 6/24/2016 | parking at airport in San Jose | $66.00 |
| | | |
| Mediation 6/27/2016-6/28/2016 | | |
| 6/27/2016 | cab to LA from airport | $57.33 |
| 6/27/2016 | Flores Lunch & leftovers for dinner in LA | $38.23 |
| 6/27/2016 | roundtrip airfare from San Jose to LA | $467.96 |
| 6/28/2016 | Parking at airport in san Jose | $44.00 |
| 6/28/2016 | lunch during mediation | $8.28 |
| 6/28/2016 | parking at mediation/ PS car | $8.00 |
| | | |
| Mediation 8/23/2016 | | |
| 8/23/2016 | parking at airport in San Jose | $22.00 |
| 8/23/2016 | lunch during mediation | $7.58 |
| 8/23/2016 | dinner | $15.21 |
| 8/23/2016 | car from airport to court | $30.18 |
| 8/23/2016 | car from court to airport | $7.69 |
| 8/23/2016 | roundtrip airfare from San Jose to LA | $447.96 |
| | | |
| Total expenses | | $1,790.67 |

46

# EXHIBIT 3

DECLARATION OF VIRGINIA CORRIGAN

I, Virginia Corrigan, declare and say as follows:

1.  I execute this declaration in support of plaintiffs' motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2.  I am an attorney who was of counsel to the plaintiffs in this action as a staff attorney of the Youth Law Center (YLC), a non-profit, public interest law firm that works to protect the rights of children and youth in the nation's foster care and juvenile justice systems from abuse and neglect.  A true and correct copy of my resume detailing my experience and qualifications is included as Exhibit A to this declaration.

3. Throughout this litigation, I maintained contemporaneous records of time I worked on this case. Exhibit B to this declaration sets forth a true and correct itemization of this time. I have exercised billing judgment in preparing the attached time records.

4. The total time I believe compensable for my work in this matter is 107.067 hours, as reflected in the itemization included as Exhibit B to this declaration.

I declare under penalty of perjury that foregoing is true and correct to the best of my knowledge.

Executed this 2nd day of October, 2019, at Oakland, California.

_____
Virginia Corrigan

/ / /

48

## Exhibit A

### VIRGINIA CORRIGAN

535 41st St. Apt. 2, Oakland, CA 94609 ▪ (248) 840-8981 ▪ vircorri@gmail.com

### PROFESSIONAL EXPERIENCE

**Youth Law Center,** San Francisco, CA                                                                        **2015-2019**
*Staff Attorney*
<u>Litigation</u>: Act as of counsel for plaintiff class in *Flores v. Whitaker* settlement enforcement litigation.  Draft motions to enforce in the Central District of California and briefs on appeal to the Ninth Circuit; develop oral argument; in settlement negotiations; interview clients and draft declarations; conduct monitoring and fact-finding inspections. Draft and coordinate amicus briefs on issues affecting youth in foster care in California and Michigan state courts.
<u>Regulatory, Legislative, and Policy Advocacy</u>: Draft comments on proposed state and federal regulation and agency guidance on a wide range of issues, including Title 15 regulations and licensing standards for group care facilities. Draft and sponsor successful legislation on juvenile justice and foster care issues.  Research and draft policy briefs on issues including extended foster care, extracurricular participation for systems-involved youth.
<u>Coalition Work</u>: Lead statewide coalition to eliminate the use of chemical agents in juvenile facilities.  Participate in multiple state and national workgroups on foster care and juvenile justice issues.  Developed collaboration with Santa Clara Probation, judiciary, and other stakeholders to improve services for transition-aged youth.
<u>Training</u>: Supervise interns and fellows.  Provide training on foster care and juvenile justice issues to judges, attorneys, court staff, probation and child welfare agencies, California community college support program staff, and researchers.

**Youth Law Center/Contra Costa Public Defender**, San Francisco/Martinez, CA,                          **2013-2015**
*Equal Justice Works Fellow*
Represented Public Defender clients involved in extended foster care before Contra Costa Juvenile Court during approximately 150 hearings, including periodic reviews, probation violations, and immigration-related requests. Represented clients in two bench trials.  Briefed multiple novel legal issues, including eligibility for special immigrant juvenile status and extended foster care.  Drafted complaint to U.S. Department of Justice regarding use of pepper spray in San Diego juvenile detention facilities.  Created and ran pro bono juvenile record sealing clinic.

**United States District Court, Eastern District of Michigan**, Detroit, MI                                  **2011-2013**
*Law Clerk for Judge David M. Lawson*
Researched and wrote bench memos.  Drafted memos and reviewed draft opinions for sittings on the Sixth Circuit.

**Cleary Gottlieb Steen & Hamilton**, New York, NY and London, England                               **Summer 2010**
*Summer Associate*
Researched domestic violence-based asylum claims.  Drafted SEC disclosure language and board resolutions.

**U.S. Attorney's Office**, Boston, MA                                                                              **Fall 2009**
*Clinical Intern, Organized Crime Division.*
Wrote motion for summary disposition of appeal in First Circuit, immunity request, trial brief, *voir dire*, prosecution memo, and detention affidavit.  Prepared training for U.S. Marshal Service on entry requirements.

### EDUCATION AND FELLOWSHIPS

**Harvard Law School**, Cambridge, MA, Juris Doctorate                                                      **May 2011**
Honors:  Graduated *cum laude*
Activities:  Managing Editor, *Harvard International Law Journal;* Harvard International Human Rights Clinic

**University of Michigan**, Ann Arbor, MI, Bachelor of Arts in Spanish and English                      **May 2007**
Honors: Graduated with Highest Honors and Honors in English; 8-Semester James B. Angell Scholar

**Stanford Law School**, Palo Alto, CA, Public Interest Leadership Pipeline and Sustainability Program      **2018-2019**
**Fulbright English Teaching Assistant**, Merida, Venezuela                                                **2007-2008**

### PERSONAL

**Language:** Fluent in Spanish
**Bar Admissions:** California (2013), New York (2012)

# Exhibit B

# Flores Motion to Enforce Settlement Agreement

| | Activity Date | Memo/Description | Duration (Hours) |
|---|---|---|---|
| **Ms. Virginia Corrigan** | 08/25/2015 | Call with Berks advocates re: conditions and possible next steps | 0.6666667 |
| | 12/07/2015 | Call w/team to discuss strategy and tasks for 9th Cir. Appeal, planned motion to enforce | 1 |
| | 01/28/2016 | Search paper files for evidence of family detention/treatment of accompanied minors for draft motion to enforce | 2.25 |
| | 01/29/2016 | Book all travel for Flores facilities visit | 1 |
| | 01/29/2016 | Phone call to prepare for facility visit -- logistics and assignments etc. | 0.75 |
| | 01/29/2016 | Search paper files for evidence of family detention/treatment of accompanied minors for draft motion to enforce | 1.75 |
| | 01/31/2016 | Travel to Texas for facility visits | 12 |
| | 02/01/2016 | Facility visits to McAllen and Ursula stations. McAllen (30 min) and Ursula (45 min) station tours and Q&A with officials.  Interviews with detained interviews; take declarations (5 hr 45 min). | 7 |
| | 02/01/2016 | Travel btw. McAllen and Dilley TX incl. 45 min for dinner | 4.25 |
| | 02/02/2016 | Travel btw. Dilley and Karnes City TX | 1.75 |
| | 02/02/2016 | Dilley facility visit.  Arrived approx. 9:30, took facility tour, began interviews approx. 11:00, stayed until approx. 8 p.m. interviewing and taking declarations. | 10.5 |
| | 02/03/2016 | Travel btw. Karnes City TX and San Antonio | 1 |
| | 02/03/2016 | Karnes facility visit.  Arrived approx. 10, one hour touring facility, and stayed until 8 interviewing and taking declarations. | 10 |
| | 02/04/2016 | Travel from San Antonio to Oakland | 8 |
| | 06/15/2016 | Review discovery issue and attend counsel call to discuss opposition brief and deposition planning | 1.75 |
| | 06/16/2016 | Review defendants briefing; extract unopposed facts; suggest depo targets | 5.25 |
| | 06/17/2016 | Call with Flores co counsel | 0.5 |
| | 06/22/2016 | Prepare for Flores mediation by printing files, reveiwing settlement statements, reviewing defendant declarations | 6.5 |
| | 06/23/2016 | Travel to and from Flores mediation | 3.5 |
| | 06/23/2016 | Attend mediation with Judge King | 8 |
| | 06/24/2016 | Attend mediation with Judge King | 8 |
| | 06/24/2016 | Travel to and from Flores mediation | 3.75 |
| | 06/28/2016 | Review mediation proposal | 1.2 |
| | 08/29/2016 | Co-counsel call on response/reply | 0.5 |
| | 08/30/2016 | Draft and edit reply brief (Tues/Weds/Thurs) | 2.2 |
| | 08/31/2016 | Draft and edit reply brief (Tues/Weds/Thurs) | 1.5 |
| | 09/01/2016 | Draft and edit reply brief (Tues/Weds/Thurs) | 2.5 |
| | | **TOTAL** | **107.0667** |

# EXHIBIT 4

1  CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
2  Peter A. Schey (Cal. Bar No. 58232)
   Carlos Holguín (Cal. Bar No. 90754)
3  256 South Occidental Boulevard
   Los Angeles, CA  90057
4  Telephone: (213) 388-8693
   Facsimile: (213) 386-9484
5  Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org
6
   *Listing continues on next page*
7
   *Attorneys for Plaintiffs*
8
9                UNITED STATES DISTRICT COURT
10            CENTRAL DISTRICT OF CALIFORNIA
11                     WESTERN DIVISION
12
13  Jenny Lisette Flores., *et al.*,          Case No. 2:16-cv-08104-CAS-GJSx
14           Plaintiffs,                      **DECLARATION OF RENE
                                              KATHAWALA IN SUPPORT OF
15       v.                                   PLAINTIFFS' MOTION FOR
                                              ATTORNEYS' FEES AND COSTS
16  William Barr, Attorney General of the     UNDER THE EQUAL ACCESS
    United States, *et al.*,                  TO JUSTICE ACT
17
18           Defendants.
19
20
21
22
23
24
25
26
27                              DECLARATION OF RENE KATHAWALA IN
                                SUPPORT OF PLAINTIFFS' MOTION FOR
28                              ATTORNEYS' FEES AND COSTS UNDER THE
                                EQUAL ACCESS TO JUSTICE ACT

                                                                      52

1  *Counsel for Plaintiffs, continued*

2

3  USF SCHOOL OF LAW IMMIGRATION CLINIC
   Bill Ong Hing (Cal. Bar No. 61513)
4  2130 Fulton Street
5  San Francisco, CA 94117-1080
   Telephone: (415) 422-4475
6  Email: bhing@usfca.edu

7
   ORRICK, HERRINGTON & SUTCLIFFE LLP
8  Kevin Askew (Cal. Bar No. 238866)
9  777 South Figueroa Street, Suite 3200
   Los Angeles, CA 90017
10 Telephone: (213) 629-2020
   Email: kaskew@orrick.com
11

12 ORRICK, HERRINGTON & SUTCLIFFE LLP
13 Elyse Echtman (admitted *pro hac vice*)
   Shaila Rahman Diwan (admitted *pro hac vice*)
14 Rene Kathawala (admitted *pro hac vice*)
15 51 West 52nd Street
   New York, NY  10019-6142
16 Telephone: 212/506-3753
   Email: eechtman@orrick.com
17 Email: sdiwan@orrick.com
18 Email: rkathawala@orrick.com

19
   LA RAZA CENTRO LEGAL, INC.
20 Michael S. Sorgen (Cal. Bar No. 43107)
21 474 Valencia Street, #295
   San Francisco, CA 94103
22 Telephone: (415) 575-3500

23
   THE LAW FOUNDATION OF SILICON VALLEY
24 Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
25 Katherine H. Manning (Cal. Bar No. 229233)
   Annette Kirkham (Cal. Bar No. 217958)
26 152 North Third Street, 3rd floor
27 San Jose, CA 95112

28
                              DECLARATION OF RENE KATHAWALA IN
                              SUPPORT OF PLAINTIFFS' MOTION FOR
                              ATTORNEYS' FEES AND COSTS UNDER THE
                              EQUAL ACCESS TO JUSTICE ACT

53

Telephone: (408) 280-2437
Facsimile: (408) 288-8850
Email: jenniferk@lawfoundation.org
        kate.manning@lawfoundation.org
        annettek@lawfoundation.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA Bar No. 803161)
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
        ndesai@youthlaw.org

U.C. DAVIS SCHOOL OF LAW
Holly S. Cooper (Cal. Bar No. 197626)
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

DECLARATION OF RENE KATHAWALA IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS UNDER THE
EQUAL ACCESS TO JUSTICE ACT

54

I, Rene Kathawala, submit this declaration pursuant to 28 U.S.C. § 1746 under penalties of perjury in support of Plaintiffs' motion for attorney's fees under the Equal Access to Justice Act ("EAJA").

1.  I am an attorney licensed to practice law in New York State since May 1997.  I am admitted *pro hac vice* to represent the Plaintiffs in this matter.  I serve as the pro bono counsel for my law firm, Orrick, Herrington & Sutcliffe LLP, where I have management responsibility for our firm's world-wide pro bono practice.  I have held that position since September 2005.  I have specific expertise in, among other things, immigration law.  Just by way of example, in May 2010, the Immigrant Legal Resource Center in San Francisco awarded me its Philip Burton Immigration & Civil Rights Award for Lawyering for my commitment and dedication to providing skilled pro bono representation for immigrants.

2.  Since October 2014, I have worked on this case and have also supervised attorneys who have appeared in this matter, including Wayne Harman and Elena Garcia.  My colleagues and I maintained contemporaneous records of time we spent working on this complex case.  The total amount of time that my colleagues and I worked on this Motion to Enforce and its appeal between January 2016 and August 15, 2019 is 269.39 hours.  In exercising billing discretion, I have eliminated 42.94 hours of duplicative time, and also time spent by our attorney waiting in an airport, time spent on emails and staffing with co-counsel and time spent on clerical matters.  The contemporaneous time records of our attorneys are attached as Exhibit 1 to this Declaration.  Our law firm's out of pocket expenses incurred in prosecuting this motion, which we have limited exclusively to travel costs for monitoring conditions at DHS facilities, is $1,690.39, and the receipts for such expenses are attached hereto as Exhibit 2 of this Declaration.

4.  EAJA provides that "attorney fees shall not be awarded in excess of $125 per hour unless the court determines that an increase in the cost of living or a

DECLARATION OF RENE KATHAWALA IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS UNDER THE
EQUAL ACCESS TO JUSTICE ACT

special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A)(ii).  The statutory rate for this appeal should be adjusted according to an increase in the cost of living.  Pursuant to EAJA, *Thangaraja v. Gonzales*, 428 F.3d 870, 876-77 (9th Cir. 2005), and Ninth Circuit Rule 39-1.6, the applicable statutory maximum hourly rate under EAJA that should be applied in this case is $204.25 per hour.

5.      Based on my judgment and experience, the work performed by Orrick attorneys in this case relating to this Motion to Enforce was reasonable, necessary, and justified based on the number and complexity of the issues presented in this matter.

6.      Any fees and expenses awarded for Orrick's time in this matter will pay off expenses that the firm incurred out-of-pocket in this matter, and any remaining fees will be deposited into the account of our firm's charitable foundation, from which we make grants to our legal services organization partners.

7.      By taking on the work this case entailed, we were precluded from taking on other legal services matters as part of our firm's pro bono program that would have furthered the interests of vulnerable clients without access to counsel. As stated above, through our charitable foundation, our firm funds the work of our legal services organization partners who vindicate the rights of those otherwise without access to counsel.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct.  This declaration was executed in New York, New York, on October 23, 2019.

_____
Rene Kathawala
Co-Counsel for the Plaintiffs

DECLARATION OF RENE KATHAWALA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

2

# EXHIBIT 1

| Attorney Name | Personnel Type | Date | Hours | Deducted Time | Narrative |
|---|---|---|---|---|---|
| Harman, T. Wayne | Senior Associate | 7/16/2016 | 0.30 | | Review correspondence re proposed order, discovery |
| Harman, T. Wayne | Senior Associate | 7/13/2016 | 0.40 | | Review correspondence re proposed order |
| Harman, T. Wayne | Senior Associate | 7/12/2016 | 0.20 | | Review correspondence re proposed order |
| Harman, T. Wayne | Senior Associate | 7/11/2016 | 0.20 | | Review correspondence re proposed order |
| Harman, T. Wayne | Senior Associate | 7/9/2016 | 0.40 | | Review correspondence re proposed order |
| Harman, T. Wayne | Senior Associate | 7/8/2016 | 0.50 | | Review correspondence re proposed order, depositions |
| Harman, T. Wayne | Senior Associate | 7/28/2016 | 0.30 | | Review correspondence re meet and confer |
| Harman, T. Wayne | Senior Associate | 1/13/2016 | 0.30 | | Correspondence with E. Garcia re site visits |
| Harman, T. Wayne | Senior Associate | 7/25/2016 | 0.20 | | Review correspondence re case status, conference |
| Harman, T. Wayne | Senior Associate | 7/24/2016 | 0.20 | | Review correspondence re case status |
| Harman, T. Wayne | Senior Associate | 7/23/2016 | 0.20 | | Review correspondence re proposed order |
| Harman, T. Wayne | Senior Associate | 7/22/2016 | 0.20 | | Review correspondence re status conference |
| Harman, T. Wayne | Senior Associate | 7/18/2016 | 0.30 | | Review correspondence re physical conditions |
| Harman, T. Wayne | Senior Associate | 7/15/2016 | 0.80 | | Review correspondence re proposed order, discovery |
| Patel, Amisha R. | Senior Associate | 10/10/2016 | 0.50 | | Conference re deposition logistics and cancellation. |
| Patel, Amisha R. | Senior Associate | 10/11/2016 | 0.40 | | Conference re deposition logistics. |
| Patel, Amisha R. | Senior Associate | 10/6/2016 | 0.40 | | Conference re deposition scheduling. |
| Patel, Amisha R. | Senior Associate | 10/5/2016 | 0.20 | | Conference re deposition scheduling. |
| Patel, Amisha R. | Senior Associate | 10/4/2016 | 0.60 | | Conference re deposition scheduling and preparation. |
| Patel, Amisha R. | Senior Associate | 9/17/2016 | 0.40 | | Conference re potential deposition. |
| Patel, Amisha R. | Senior Associate | 9/19/2016 | 6.50 | | Review deposition preparation materials; draft deposition outlines; conference re same. |
| Patel, Amisha R. | Senior Associate | 9/28/2016 | 7.20 | | Draft deposition preparation materials; participate in deposition preparation with client; attend deposition with client; conference re rescheduling of same. |
| Patel, Amisha R. | Senior Associate | 9/27/2016 | 0.50 | 1.00 | Review deposition materials. |
| Garcia, Elena | Managing Associate | 9/22/2016 | 10.90 | | Travel to center for human rights office for client deposition preparation;  client deposition preparation; travel to office of US attorney; defend depositions. |
| Garcia, Elena | Managing Associate | 9/19/2016 | 1.50 | 2.00 | Attend co-counsel call; read correspondence with defendant's counsel; review deposition schedule. |
| Garcia, Elena | Managing Associate | 11/28/2016 | 0.25 | 0.25 | Email correspondence with Rene K. and Kate Manning. |
| Garcia, Elena | Managing Associate | 9/1/2016 | 0.50 | 0.50 | Review email correspondence re settlement agreements; read drafts re the same. |
| Garcia, Elena | Managing Associate | 8/19/2016 | 11.00 | | Attend court order mediation; prepare for same. |
| Garcia, Elena | Managing Associate | 8/8/2016 | 0.55 | | Attend conference call. |
| Garcia, Elena | Managing Associate | 8/2/2016 | 2.00 | 1.50 | Research re fire codes in cbp counties. |
| Garcia, Elena | Managing Associate | 8/24/2016 | 0.50 | | Attend call with co-counsel. |
| Garcia, Elena | Managing Associate | 8/23/2016 | 11.00 | | Attend court order mediation; prepare for same. |
| Garcia, Elena | Managing Associate | 8/22/2016 | 1.00 | 1.00 | Review latest settlement notes; prepare for mediation. |
| Garcia, Elena | Managing Associate | 7/22/2016 | 2.00 | 1.60 | Read and draft email correspondence re Flores filings; review fire code rules for CBP counties. |
| Garcia, Elena | Managing Associate | 6/24/2016 | 12.00 | | Prepare for and attend mediation with DOJ in front of Judge King. |
| Garcia, Elena | Managing Associate | 6/23/2016 | 12.00 | | Prepare for and attend mediation with DOJ in front of Judge King. |

58

| | | | | | |
|---|---|---|---|---|---|
| Garcia, Elena | Managing Associate | 7/15/2016 | 3.00 | | Research cases to support contention that judge can decide on noncompliance with only evidence as declarations. |
| Garcia, Elena | Managing Associate | 6/21/2016 | 1.00 | 2.50 | Read recent pleadings in Flores. |
| Garcia, Elena | Managing Associate | 6/6/2016 | 1.00 | | Review outline for Flores hearing. |
| Garcia, Elena | Managing Associate | 6/8/2016 | 0.50 | 2.30 | Watch hearing; review emails re flores progression. |
| Garcia, Elena | Managing Associate | 6/28/2016 | 3.70 | | Research for mediation re monitoring/enforcement of cbp issues. |
| Garcia, Elena | Managing Associate | 6/27/2016 | 1.00 | 1.00 | Read settlement language re to mediation discussions. |
| Garcia, Elena | Managing Associate | 1/14/2016 | 0.50 | | Coordinate logistics for facility visits. |
| Garcia, Elena | Managing Associate | 1/13/2016 | 0.52 | | Read update emails re status of case. |
| Garcia, Elena | Managing Associate | 2/3/2016 | 12.50 | | Prepare for family detention visits; meet with class members at family detention; take declarations; finalize declarations. |
| Garcia, Elena | Managing Associate | 2/2/2016 | 12.50 | | Prepare for family detention visits; meet with class members at family detention; take declarations; finalize declarations. |
| Garcia, Elena | Managing Associate | 2/1/2016 | 7.00 | 3.00 | Travel to Dilley Texas; prepare for family detention visits. |
| Garcia, Elena | Managing Associate | 2/4/2016 | 7.00 | | Travel from Dilley Texas; debrief re family detention visits. |
| Garcia, Elena | Managing Associate | 3/10/2017 | 1.00 | | Attend Co-counsel flores call. |
| Garcia, Elena | Managing Associate | 11/29/2016 | 0.50 | | Discuss case with Rene K. |
| Garcia, Elena | Managing Associate | 7/21/2016 | 2.00 | 5.00 | Research fire code and overcrowding issues. |
| Garcia, Elena | Managing Associate | 7/20/2016 | 3.00 | 3.00 | Research fire code and overcrowding issues. |
| Garcia, Elena | Managing Associate | 7/19/2016 | 2.00 | | Research fire code and overcrowding issues. |
| Garcia, Elena | Managing Associate | 7/18/2016 | 2.00 | | Research fire code and overcrowding issues. |
| Garcia, Elena | Managing Associate | 7/25/2016 | 2.77 | | Read and draft email correspondence re Flores filings; review fire code rules for CBP counties. |
| Garcia, Elena | Managing Associate | 6/27/2016 | 2.00 | | Research monitoring issue. |
| Garcia, Elena | Managing Associate | 6/22/2016 | 4.00 | | Prepare materials for mediation. |
| Garcia, Elena | Managing Associate | 10/7/2016 | 4.50 | | Review minutes re motion for evidentiary hearing; discuss deposition strategy with other pro bono attorneys who will be representing other Flores deponents; discuss the same with Chapman. |
| Garcia, Elena | Managing Associate | 8/3/2016 | 1.00 | 1.10 | Research re fire codes in cbp counties. |
| Garcia, Elena | Managing Associate | 1/19/2016 | 1.50 | | Attend conference call; type up notes re the same. |
| Garcia, Elena | Managing Associate | 2/22/2016 | 0.50 | | Discuss options for consent to UNHCR brief. |
| Garcia, Elena | Managing Associate | 5/31/2016 | 2.00 | | Review flores documents for Moot hearing. |
| Garcia, Elena | Managing Associate | 5/26/2016 | 0.25 | 0.75 | Read copies of pleadings filed by center. |
| Garcia, Elena | Managing Associate | 5/5/2016 | 0.50 | 1.00 | Correspondence re Flore moot hearing; organize files for matter. |
| Garcia, Elena | Managing Associate | 5/25/2016 | 1.00 | 1.50 | Read copies of pleadings filed by center. |
| Garcia, Elena | Managing Associate | 5/4/2016 | 1.50 | | Read latest draft of motion; attend call for Flores co-counsel |
| Garcia, Elena | Managing Associate | 7/6/2016 | 3.60 | | Attend co-counsel meeting; conduct small research project. |
| Garcia, Elena | Managing Associate | 10/3/2016 | 7.00 | | Read deposition transcripts; take notes re the same; summarize for team. |
| Garcia, Elena | Managing Associate | 8/17/2016 | 0.50 | | Attend call with co-counsel. |
| Garcia, Elena | Managing Associate | 8/30/2016 | 1.00 | 2.50 | Research re fire codes in cbp counties. |
| Garcia, Elena | Managing Associate | 8/17/2016 | 1.00 | 1.50 | Read draft settlement and related documents. |
| Garcia, Elena | Managing Associate | 7/26/2016 | 3.85 | | Attend conference call with co-counsel; summarize notes; read pleadings; research issue. |

59

| | | | | | |
|---|---|---|---|---|---|
| Garcia, Elena | Managing Associate | 9/26/2016 | 2.50 | | Debrief re client depositions. |
| Garcia, Elena | Managing Associate | 9/23/2016 | 2.50 | | Debrief re client depositions. |
| Garcia, Elena | Managing Associate | 9/21/2016 | 12.00 | | Read deposition training materials; read client declarations; read counsel briefs opposing motion to enforce; travel to center for human rights office for client deposition preparation;  client deposition preparation. |
| Garcia, Elena | Managing Associate | 9/20/2016 | 0.25 | 3.25 | Read deposition training materials. |
| Garcia, Elena | Managing Associate | 7/14/2016 | 4.00 | | Research cases to support contention that judge can decide on noncompliance with only evidence as declarations. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/21/2016 | 1.46 | | Telephone call with K. Manning; email to P. Schey re: hearing date and depo strategy. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/17/2016 | 1.00 | 3.13 | Telephone call with co-counsel; telephone call with A. Patel; emails re: same. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/16/2016 | 2.46 | | Telephone calls and review of pleadings; attention to motion. |
| Kathawala, Rene A. | Pro Bono Counsel | 7/26/2016 | 3.76 | | Co-counsel call; edit and revise proposed settlement re: CBP conditions; e-mail same. |
| Kathawala, Rene A. | Pro Bono Counsel | 7/13/2016 | 1.00 | 3.56 | Further review of CBP order; edit and revise same and offer edits and suggestions. |
| Kathawala, Rene A. | Pro Bono Counsel | 7/7/2016 | 2.13 | | Team call re: CBP and ICE conditions. |
| Kathawala, Rene A. | Pro Bono Counsel | 7/6/2016 | 1.13 | | Review proposed settlement agreement on CBP provisions. |
| Kathawala, Rene A. | Pro Bono Counsel | 7/18/2016 | 1.11 | | Attention to CBP provisions. |
| Kathawala, Rene A. | Pro Bono Counsel | 7/19/2016 | 0.69 | | E-mails and telephone calls re: potential CBP settlement. |
| Kathawala, Rene A. | Pro Bono Counsel | 6/22/2016 | 1.87 | | |
| Kathawala, Rene A. | Pro Bono Counsel | 8/15/2019 | 0.50 | | Read and analyze 9th Circuit opinion |
| Kathawala, Rene A. | Pro Bono Counsel | 10/22/2019 | 2.50 | | Review time records and draft declaration in support of EAJA fee application |
| | | | 226.45 | 42.94 | |

EXHIBIT 2



**DAYS INN DILLEY**

·16361 SOUTH IH-35
DILLEY, TX  78017 US
Phone: (830)963-2219
Fax: (830)963-2269
Email: ajpatel61@hotmail.com
Printed: 3/10/2016 2:40:37 PM

## Folio (Detailed)

| Name: | GARCIA, ELENA ADRIANA | | Confirmation Number: | 16112473 |
|---|---|---|---|---|
| | | | Account Number: | 944-118207 |

| Address: | 51 WEST 52ND ST | | | | | |
|---|---|---|---|---|---|---|
| | NEW YORK, NY  10019 US | | | | | |
| Room: | 111 | Room Type: | SPN1, 1 KING | Nights: | 1 | Guests: 1/0 |
| Rate Plan: | RACK | Daily Rate: | $79.00 + $10.27 Tax | GTD: | VI - VISA | |
| Arrival: | 2/1/2016 (Mon) | Departure: | 2/2/2016 (Tue) | | XXXX XXXX XXXX 5966 | |

Room Rate:

    2/1/2016 (Mon) - 2/1/2016 (Mon)       $79.00 + $10.27 Tax per night.

| Date | Code | Description | Amount | Balance |
|---|---|---|---|---|
| 2/1/2016 | RM | ROOM CHARGE | $79.00 | $79.00 |
| 2/1/2016 | TAX1 | STATE TAX | $4.74 | $83.74 |
| 2/1/2016 | TAX2 | CITY TAX | $5.53 | $89.27 |
| 2/2/2016 | VI | VISA | ($89.27) | $0.00 |
| | | XXXX XXXX XXXX 5966 | | |

## Summary

| Room | Tax | F&B | Other | CC | Cash | DB |
|---|---|---|---|---|---|---|
| $79.00 | $10.27 | $0.00 | $0.00 | ($89.27) | $0.00 | $0.00 |

By signing below, I agree to these terms and conditions.

**Guest Signature:** _____

(1) Regardless of charge instructions, the undersigned acknowledges the above as personal inde
management reserves the right to refuse services to any one, and will not be responsible for inju
any personal valuables of any kind.

"We or our affiliates may contact you about goods and services unless you call 888-946-4283 or
Sylvan Way, Parsippany, NJ 07054 to opt out.  View our website about privacy."

*Elena garcia*

*Flores*

*—*

*C/mt# 911 990 - 2*

*APPRVE:*

*PENE KATHAWALA*



02-03-16

| | | |
|---|---|---|
| **Elenaadriana Garcia**<br>**United States** | Folio No.          : | Room No.   :  **324** |
| | A/R Number      : | Arrival        :  **02-02-16** |
| | Rec. Loc.          : | Departure  :  **02-03-16** |
| | Company          :  **Bcd Travel** | Conf. No.    :  **60836700** |
| | Membership No. : | Rate Code :  **IPBCD** |
| | Invoice No.       : | Page No.    :  **1 of 1** |

| Date | Description | Charges | Credits |
|---|---|---|---|
| 02-02-16 | *Accommodation | 109.00 | |
| 02-02-16 | State Room Tax | 6.54 | |
| 02-02-16 | Hotel Room Tax | 7.63 | |
| 02-03-16 | American Express | | 123.17 |
| | **Total** | **123.17** | **123.17** |
| | **Balance** | **0.00** | |

**Guest Signature:** _____

I have received the goods and / or services in the amount shown heron. I agree that my liability for this bill is not waived and agree to be held personally liable in the event that the indicated person, company, or associate fails to pay for any part or the full amount of these charges. If a credit card charge, I further agree to perform the obligations set forth in the cardholder's agreement with the issuer.

Holiday Inn Express Kenedy
4268 South US HIGHWAY 181
Kenedy, TX 78119
Telephone: (830) 583-3000 Fax: (830) 583-3005

FPbS San Antonio Airport
8818 Jones Maltsberger Road
San Antonio, TX  78216
United States
Tel: 210-348-9960 Fax: 210-524-0095

# FOUR POINTS
## BY SHERATON

Elena Garcia
Starwood Hotels & Resorts Leis
1246 Brentwood Dr
Round Rock, TX  78664

| | | | | | |
|---|---|---|---|---|---|
| Page Number | : | 1 | | Invoice Nbr | : | 176660 |
| Guest Number | : | 164359 | | | |
| Folio ID | : | A | | | |
| Arrive Date | : | 03-FEB-16 | 19:47 | | |
| Depart Date | : | 04-FEB-16 | 13:53 | | |
| No. Of Guest | : | 1 | | | |
| Room Number | : | 326 | | | |
| Club Account | : | SPG - Bxxxxxxx8026 | | | |

Tax ID          :
FPbS San Antonio Air  10-MAR-16  19:01  PAULPER

| Date | Reference | Description | Charges (USD) | Credits (USD) |
|---|---|---|---|---|
| 03-FEB-16 | 8837 | 4 Ten Bar & Kitchen | 35.55 | |
| 03-FEB-16 | RT326 | Room Charge | 159.00 | |
| 03-FEB-16 | RT326 | State Tax | 9.54 | |
| 03-FEB-16 | RT326 | City Tax | 14.31 | |
| 03-FEB-16 | RT326 | County Tax | 2.78 | |
| 04-FEB-16 | AX | American Express | | -221.18 |
| | | ***For Authorization Purpose Only*** | | |
| | | xxxxxx8005 | | |

| Date | Code | Authorized |
|---|---|---|
| 03-FEB-16 | 502044 | 214.65 |

** Total                                221.18                    -221.18
*** Balance                               0.00

Continued on the next page

64

FPbS San Antonio Airport
8818 Jones Maltsberger Road
San Antonio, TX  78216
United States
Tel: 210-348-9960 Fax: 210-524-0095

# FOUR POINTS
## BY SHERATON

| | | | | | |
|---|---|---|---|---|---|
| Elena Garcia | Page Number | : | 2 | Invoice Nbr | : 176660 |
| Starwood Hotels & Resorts Leis | Guest Number | : | 164359 | | |
| 1246 Brentwood Dr | Folio ID | : | A | | |
| Round Rock, TX  78664 | Arrive Date | : | 03-FEB-16 | 19:47 | |
| | Depart Date | : | 04-FEB-16 | 13:53 | |
| | No. Of Guest | : | 1 | | |
| | Room Number | : | 326 | | |
| | Club Account | : | SPG - Bxxxxxxx8026 | | |

As a Starwood Preferred Guest you have earned at least 385 Starpoints for this visit Bxxxxxxx8026.

Tell us about your stay. www.sheraton.com/reviews

EXPENSE SUMMARY REPORT

Currency: USD

| Date | Room & Tax | Food & Bev | Telecom | Other | Total | Payment |
|---|---|---|---|---|---|---|
| 02-03-2016 | 185.63 | 33.32 | 0.00 | 2.23 | 221.18 | 0.00 |
| 02-04-2016 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -221.18 |
| Total | 185.63 | 33.32 | 0.00 | 2.23 | 221.18 | -221.18 |

Signature_____

65

From: LAX

To: LA

Driver: _____

Cab No.: _____

Date: 2/1/2016   Amount: $55

---

Church's Chicken
Store # 10854
16250 South I-35 Hwy
Dilley TX 78017
830 963 0222

Ticket #: 11

Register 2                    27255911
Mon, Feb 1 2016          06:58:55 PM
Cashier: Devora A
----------------------------------------
1 2PC MIX COMBO              6.99
   ORIGINAL
   W/BISCUIT
   SMALL COMBO
   IND MP/G
   SM COKE
----------------------------------------

Subtotal:         6.99
    Tax:          0.47
  Total:          7.46
 Credit:          7.46
 Change:          0.00

Thank You For You Business
Care Again

---

****************************************
Coffee Bean - Term8
LOS ANGELES

Tel. 310-215-4212

Order 7418
Reference:
02/01/16  10:42 AM
Table   People 1
Waiter B2 Leslie G
****************************************

1 Tea Granitas               4.20
   Pear Berry IB
   Reg

          Sub-total:         4.20

     Total Due: 4.20

AmEX:                        4.20

========================================
       How was your experience?
       Tell us how we did at:
       talktous@cmsairports.com
========================================

66



DILLEY TRUCK STOP
16250 SOUTH I35
DILLEY          TX
00010193266

02/01/2016 6:57:25 PM
Register: 1 Trans #: 7813 Op ID: 63
Your cashier: Clarissa

SMART WATER SPORTS CAP
3 @ $1.99                        $5.97   99
PLT TUBE NUT ALMOND              $2.19   99
KELLOGG SPCL K CRCKR CHP         $1.99   99
Maruchan Instnt Lnch Lm          $1.09   99
                            ---------
            Subtotal =      $11.24
                 Tax =       $0.00
                            ---------
               Total =      $11.24

          Change Due =       $0.00

Credit                         $11.24
                            ---------
XXXX XXXXXX X8005 AMEX
INVOICE: 185725
AUTH 00-538711 REF 610030201161857
SALE
Batch: 61 Seq Num: 3
Term ID: 1
Workstation ID: 1
WANT FREE GAS?
REGISTER TO WIN AT WWW.GASVISIT.COM
----------------------------------

              Footer

Date 2/5/2016
Driver Lease #
Cab #
Start ODOM
End ODOM
Total Miles

PICK-UP

Address
City
Time
Company
Pass. Name

ASC

Account #
Call #
Meter Rec #
Authorization #
FARE          $
TIP           $
LESS CASH/COUPON  $
TOTAL         $

DROP-OFF

Address
City
Time
Customer Signature

1245487

WHITE: Office          YELLOW: Office          PINK: Customer Copy          Form A 1001 Rev. 03/11

67

Budget San Antonio
430 Sandau Rd
San Antonio, TX 78216
(210) 824-0737

## Contract #  621238

ELENA GARCIA
3516 11TH AVE
LOS ANGELES, CA 90018

## Rental Summary

| | | | Date | Time | Odom | Fuel | Loc |
|---|---|---|---|---|---|---|---|
| 1. Unit #: 12751594 | | | | | | | |
| Rented Class: C | Lic: GLC4177  TX | | Out: 02/01/2016 | 16.16 | 9,417 | 8 | T1 |
| 2016  TOYOTA/CAMRY | VIN: 4T1BF1FK7GU521169 | | In: 02/04/2016 | 5.47 | 9,671 | 8 | CIC |
| 2. Unit #: | | | | | | | |
| Rented Class: C | Lic: | | Out: | 0.00 | 0 | 0 | |
| 0 | VIN: | | In: | 0.00 | 0 | 0 | |

## Charge Summary

| Description | Charged | Rate | Per | Amount |
|---|---|---|---|---|
| Hourly | | 40.51 | hour | .00 |
| Daily | | 54.00 | day | .00 |
| Hourly (sp) | | 40.51 | hour | .00 |
| Daily (sp) | 3 @ | 54.00 | day | 162.00 |
| Weekly (sp) | | 324.00 | week | .00 |
| Monthly (sp) | 3 | 1,296.00 | month | .00 |
| Net T&M | | | | 162.00 |
| | | | | |
| Energy Surcharge | 3 @ | .54 | day | 1.62 |
| Prop Tax/Lic Reimb T1 | 3 @ | 1.96 | day | 5.88 |
| LDW | 3 @ | 21.99 | day | 65.97 |
| 8/8 Ppd Fuel/Unit#12751594 | 17 @ | 1.60 | gal | 27.20 |
| SLI | 3 @ | 14.49 | day | 43.47 |
| Airport Fee | | 11.100 | % | 33.98 |
| CFC T1 | 3 @ | 5.00 | day | 15.00 |
| Sales Tax | | 10.000 | % | 28.45 |
| Arena Tax | | 5.000 | % | 14.22 |
| Subtotal of Other Charges | | | | 235.79 |
| | | | | |
| Total Charges | | | | 397.79 |
| | | | | |
| Payment AX 37XX 8005 | | 02/04/2016 | | 384.00 |
| Payment AX 37XX 8005 | | 02/04/2016 | | 13.79 |
| Payment AX 37XX 8005 | | 02/04/2016 | | .00 |
| Total Deposits/Payments | | | | 397.79 |
| | | | | |
| Net Due | | | | 0.00 |

68

**BUDGET CAR RENTAL AGREEMENT**

PAGE 1

BUDGET rents to you, the Renter, the Vehicle described. Renter agrees to everything on BOTH sides of this Agreement.

1.  Vehicle and other equipment belong to BUDGET and are in good condition. Renter will return Vehicle, which includes all tires, accessories, equipment and Vehicle documents, during regular office hours in the same condition as when received, except for ordinary wear and tear, to the place and on the due back date specified or sooner upon demand by BUDGET. BUDGET may repossess the Vehicle (without telling renter and at renter's cost) if it is illegally parked, used in violation of law or of this Agreement, appears to be abandoned, or is not returned on the due back date. THERE IS NO WARRANTY OF ANY KIND, EXPRESSED OR, IMPLIED, AS TO THE MERCHANTABILITY OR FITNESS FOR ANY PARTICULAR PURPOSE OF ANY VEHICLE COVERED BY THIS AGREEMENT. This includes but is not limited to safety belts, child seats, anti-lock brakes, supplemental restraint systems (air bags) or any other safety equipment.

2.  Vehicle shall not be used or operated by any person: (a) other than renter or any authorized driver who is shown on the other side and has renter's prior permission; or (b) who is not a qualified, licensed driver at least 21 years old; or (c) who intentionally causes damage to the vehicle or where damage results from willful and wanton misconduct; or (d) who is intoxicated or under the influence of alcohol, drugs or other substance which could impair driving ability; or (e) in a speed contest; or (f) who supplies BUDGET with information with the intent to defraud BUDGET; or (g) while engaged in a criminal act in which the automobile usage is substantially related to the nature of the criminal activity, or (h) to transport persons or property for hire; or (i) in Mexico, Canada or Washington, D.C., or (j) to tow or push anything; (k) off paved roads; or (l) who leaves the Vehicle and fails to remove the keys or close and lock all doors, windows and the trunk and the Vehicle is stolen; or (m) who allows more passengers to occupy the Vehicle than there are seat belts or who does not require all occupants to comply with seat-belt and child-restraint laws.

3.  All of the benefits given to Renter and all of BUDGET'S obligations under this Agreement, including but not limited to insurance coverage, are void if Vehicle is used or operated in violation of this Agreement. However, Renter's obligations and BUDGET'S rights remain valid and enforceable.

4.  Renter will pay BUDGET on demand all charges incurred in connection with the rental described herein. Renter consents to the reservation of credit by a credit/debit card issuer, and authorizes BUDGET to process, amend, alter, complete, supplement, and execute on behalf of Renter a credit/debit card voucher in Renter's name for all charges under this Agreement. Renter consents to the reservation of credit, by a credit/debit card issuer, up to any amount deemed necessary by BUDGET. All charges are subject to final audit, and if an error is found, Renter or BUDGET shall promptly pay or credit the other, as appropriate, to correct any error.

5.  LIEN. Renter shall have a lien on Renter's property transported in the Vehicle for all charges and expenses incurred by Budget under the terms of this Agreement. In the event of Renter's failure to pay all charges when due, Budget shall have the option to sell, at public or private sale, with or without notice to Renter, any property of Renter transported in the Vehicle, in satisfaction of all such charges plus any costs of collection.

6.  Renter must pay all parking and traffic tickets issued during the rental, plus an administrative fee of $25.00 if Renter does not pay for the tickets when they are due.

7.  If Renter has indicated to BUDGET that someone else or that some company will pay for this rental and they do not pay, then Renter agrees to immediately pay all charges upon demand by BUDGET. Renter agrees to pay to BUDGET interest at the rate of one and one-half percent (1 1/2%) per month or the maximum legal interest rate, whichever is less, on all amounts not paid when due.

8.  Renter assumes full responsibility for any expense renter incurs resulting from a vehicle breakdown, unless first obtaining permission and a purchase order number from BUDGET to incur the expense. Renter is responsible for all tire damage including flat tires. Any replaced tire must be an exact match to the other tires on the vehicle.

9.  Renter is not responsible for accidental collision damage to the vehicle if renter has accepted LDW. If Renter has declined LDW and should the vehicle be damaged beyond repair, renter shall pay the prevailing retail price for parts and labor whether or not BUDGET uses new parts or BUDGET'S cost of repair is less. Renter will be responsible for these charges plus loss of use, depreciation, diminution in value and an administrative charge which together constitutes "the loss" regardless of who is at fault even if damage is not found until after close of rental. Loss of use is defined as the number of days vehicle is out of service multiplied by the contracted daily rental rate. If renter declines LDW, renter will have to pay for accidental loss or damage if caused by fire, theft, vandalism, hail or other causes which are normally covered by a standard comprehensive physical damage insurance policy and all glass, interior, exterior damage and missing parts not caused by a collision. Even if renter has accepted LDW and regardless of anything else stated in this Paragraph 9, renter is liable for "the loss" as defined above when a violation of any of the restrictions described in Paragraph 2 has occurred.

10.  If renter returns the vehicle to another city, a one-way service fee may be charged. If the renter returns the vehicle to a different city from the return location named on the front side of this Rental Agreement without BUDGET'S written permission, renter will pay an unauthorized return location fee and there may also be a rate change and/or special charge.

11.  Renter will pay for loss damage waiver, additional driver fee, under 25 years of age surcharge, personal accident insurance, personal effects insurance, and supplemental liability insurance if they are elected to purchase. Renter agrees that renter will be charged a rate per day for a full day even if renter does not have the vehicle for entire day. Loss damage waiver is not insurance. Renter agrees to pay for missing keys at prevailing rates.

12.  RENTER'S PROTECTION. BUDGET does not provide Renter with liability insurance coverage. However, subject to all the terms and conditions of this Agreement, BUDGET does provide Renter with Renter Protection if Renter is found to be at fault in an accident involving the Vehicle. Renter Protection is not insurance. If available, the amount of Renter Protection provided hereunder is equal to the minimum amounts of liability insurance coverage required by applicable financial responsibility, no fault, uninsured motorist or comparable laws.

    (a)  Renter Protection shall be void and of no effect subsequent to a theft of the VEHICLE or if Renter or any Authorized Driver who is shown on the other side violates any of the terms and conditions of this Agreement.

    (b)  Renter understands and acknowledges that Renter Protection is not insurance and is only available when Renter has no primary, excess or contingent insurance coverage available to Renter.

    (c)  The Renter Protection provided hereunder does not provide uninsured or underinsured motorist or uninsured or underinsured vehicle protection, no-fault or any other similar protection or coverage. Renter, Authorized Drivers and BUDGET reject and/or waive such uninsured or underinsured motorist, uninsured or underinsured motor vehicle, no fault and similar protection and coverages, and said protection or coverages shall not be provided unless absolutely required by applicable state law, in which event, BUDGET will provide the minimum required under state's statutory obligations, subject to the limitations contained in this section.

    (d)  Renter shall indemnify and hold BUDGET harmless from all loss, liability and expense in excess of the limits of Renter Protection provided for herein as a result of bodily injury, death or property damage arising out of the use or operation of Vehicle. In the event of joint liability on the part of Renter/ Authorized Driver and BUDGET arising out of the use or operation of Vehicle, BUDGET reserves the right to seek contribution and/or indemnification from Renter and/or Authorized Driver.

    (e)  Additional protection may be available if Renter, at time of rental, possessed valid BUDGET CorpRate credentials and such rental is charged at a valid BUDGET CorpRate rate. Terms of protection are contained within the CorpRate Agreement.

    (f)  Renter must immediately report any accident to BUDGET at the renting location and to the police or other law enforcement agency; must immediately deliver to BUDGET at the renting location every document relating to any accident or to any claim or legal action arising out of any accident; and must cooperate with, BUDGET and its representatives in the investigation and defense of any accident, claim or legal action. Failure of the customer to follow this reporting procedure in the event of an accident will be considered a violation of the Rental Agreement.

13.  RENTER'S THIRD-PARTY LIABILITY/RESPONSIBILITY. Renter agrees that Renter and/or Renter's insurance company will be responsible for handling, defending, and paying all third-party claims for bodily injury, death or property damage caused by or arising from the use or operation of the Vehicle. Renter represents and warrants that Renter's insurance coverage is sufficient to satisfy the minimum applicable financial responsibility limits required by law. Renter indemnifies and holds BUDGET harmless from and against, and will defend BUDGET against any and all loss, liability or damages whatsoever caused by or arising out of the use or operation of the vehicle during the rental, where permitted by law. BUDGET does not provide Renter any third-party liability protection covering this rental except as may be provided pursuant to paragraph 12 where BUDGET is required by law to provide primary third-party protection. In spite of the terms of this Rental Agreement, BUDGET'S protection shall be secondary over any other available coverage provided Renter under all other policies (whether primary or excess) and if so imposed shall only provide such protection in excess of all other coverage in an amount necessary to satisfy the minimum limits specified by the financial responsibility or other insurance laws of the State of Texas.

In the event of an accident, Renter will provide proof of financial responsibility as required by the state in which the accident occurs. Where permitted by law, BUDGET does not provide "uninsured" or "underinsured" motorist coverage, physical damage coverage for the vehicle, "no fault" or other optional coverage in connection with this rental and Renter and BUDGET hereby reject, to the extent permitted by law, inclusion of any such coverage. Where BUDGET is required by law to provide any of the above coverage in spite of the terms of this Rental Agreement, such coverage shall be provided in an amount equal to the minimum required limits of the financial responsibility laws in the State of Texas.

14.  Refueling Service Charge: If Renter does not purchase fuel from BUDGET at the beginning of the rental, the Renter is required to return the vehicle full. If Renter elects to purchase fuel from BUDGET at the beginning of the Rental the charge will be specified on the front of this Agreement. If Renter agrees to pay for the fuel purchase option, Renter will not receive credit for any fuel remaining in the vehicle at the time of return.

15.  If Renter violates any part of this Agreement or fails to return Vehicle on the due back date or within 24 hours following written or oral demand of Renter by BUDGET, whichever occurs first (which demand, if in writing, shall be considered delivered 48 hours after the mailing of a certified letter addressed to the residence or business address of Renter as shown on the reverse side). Renter agrees that BUDGET may cause the issuance of a warrant for the arrest of Renter or any person who has the Vehicle.

16.  Renter hereby releases and discharges BUDGET and agrees to defend and hold BUDGET harmless from any and all claims, suits, or demands of every kind or nature whatsoever arising out of any loss, accident, arrest, false imprisonment, false detention, defamation of character, assault, malicious prosecution, trespass, invasion of civil rights or any other cause arising out of the issuance of a warrant for the arrest of Renter or any person using or operating Vehicle, or arising out of any action by BUDGET, including but not limited to self-help, which BUDGET deems necessary to effect the return of Vehicle, to collect any monies due BUDGET pursuant to the terms of this Rental Agreement, or to otherwise enforce the terms and provisions hereof. Further, Renter shall pay all costs, expenses and attorney's fees incurred by BUDGET in regaining possession of Vehicle. In collecting sums due or in otherwise enforcing any provision of this Rental Agreement.

17.  Notwithstanding its negligence or the negligence of its agents or employees, BUDGET shall not be liable for the loss of or damage to any property left, stored or transported in any service or rental vehicle of BUDGET, either before or after the return thereof to BUDGET, or for the loss of or damage to any property left or stored upon any premises of BUDGET. Renter assumes all risk of such loss or damage and waives all claims against BUDGET by reason thereof, and Renter agrees to defend and hold BUDGET harmless from all claims, suits or demands arising out of such loss or damage.

18.  Renter shall not be considered the agent or employee of BUDGET for any purpose whatsoever.

19.  Renter agrees to everything stated on both sides of this Agreement, which is the entire Agreement between Renter and BUDGET. Renter agrees that this Agreement can only be changed in writing and if signed by a BUDGET Corporate Officer.

20.  Renter agrees that Budget shall have no liability for any indirect, special or consequential damages arising in connection with the furnishing, performance or use of the Vehicle, and/or for any claim based on the failure to honor a vehicle reservation requested by Renter.

THE BUDGET OPERATION RENTING THE VEHICLE COVERED BY THIS AGREEMENT IS AN INDEPENDENTLY OWNED AND OPERATED LICENSEE OF THE BUDGET RENT A CAR FRANCHISE SYSTEM.

REV. 09/13

Page 1 of 1



**Transaction Details**
Prepared for
Elena Garcia
Account Number
XXXX-XXXXXX-08005

Starwood Preferred Guest / January 16, 2016 to February 14, 2016

| Date | Description | Amount |
|------|-------------|--------|
| Feb 14 2016 | Interest Charge on Purchases | $0.34 |
| Feb 07 2016 | NETFLIX.COM 866-579-7172 CA | $8.71 |
| Feb 07 2016 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $24.95 |
| Feb 07 2016 | TRANSACTION PROCESSED BY AMERICAN EXPRESS | $24.95 |
| Feb 06 2016 | LEROYS BOARD SHOP 04BIG BEAR LAKE CA | $118.72 |
| Feb 06 2016 | TICKET SALES BIG BEAR LAKE CA | $15.00 |
| Feb 06 2016 | TICKET SALES BIG BEAR LAKE CA | $213.00 |
| Feb 05 2016 | BUDGET RENT A CAR- BSAN ANTONIO TX | $13.79 |
| Feb 05 2016 | BUDGET RENT A CAR- BSAN ANTONIO TX | $384.00 |
| Feb 05 2016 | CHEVRON 0092916/UNBRLOS ANGELES CA | $8.35 |
| Feb 05 2016 | FOUR POINTS SAN ANTOSAN ANTONIO TX | $221.18 |
| Feb 05 2016 | ONLINE PAYMENT - THANK YOU | -$400.00 |
| Feb 04 2016 | COSTCO WHSE #0479 00MARINA DEL REY CA | $216.50 |
| Feb 03 2016 | GROUPON INC 877-788-7858 IL | $339.00 |
| Feb 03 2016 | HOLIDAY INN EXPRS KEKENEDY TX | $123.17 |
| Feb 03 2016 | PAYMENT RECEIVED - THANK YOU | -$700.00 |
| Feb 02 2016 | HIGHWAY ONE STOP 000CHARLOTTE TX | $5.13 |
| Feb 01 2016 | CBTL TERMINAL 8 0000LOS ANGELES CA | $4.20 |
| Feb 01 2016 | CHURCHS CHICKEN 0063DILLEY TX | $7.46 |
| Feb 01 2016 | DILLEY TRUCK STOP 10DILLEY TX | $11.24 |
| Feb 01 2016 | GoGoAir.Com INFLIGHT877-350-0038 CO | $2.99 |
| Jan 31 2016 | RAVE CINEMAS LOS ANGELES CA | $28.25 |
| Jan 30 2016 | PETSMART CULVER CITY CA | $33.34 |
| Jan 29 2016 | UBER UBER 866-576-1039 CA | $12.34 |
| Jan 28 2016 | POKE DOT IRVINE CA | $9.45 |
| Jan 27 2016 | SPECIALTY'S CAFE & BIRVINE | $9.31 |
| Jan 25 2016 | CHEVRON 0092916/UNBRLOS ANGELES CA | $36.05 |
| Jan 25 2016 | POKE DOT IRVINE CA | $9.45 |
| Jan 25 2016 | TRADER JOE'S #033 OWESTCHESTER | $106.94 |
| Jan 20 2016 | STARBUCKS #05951 IRVIrvine CA | $4.25 |
| Jan 18 2016 | AIRBNB AIRBNB SAN FRANCISCO CA | $1,568.00 |
| Jan 18 2016 | ONLINE PAYMENT - THANK YOU | -$227.22 |
| Jan 15 2016 | MICKS - E-COMMERCE 8IRVINE CA | $6.43 |

*(handwritten annotations: "Continued in Receipt", "receipt", "receipt", "receipt")*

## SUMMARY

| | |
|---|---|
| Previous Balance as of 01/15/16 | $220.79 |
| Payments | -$1,327.22 |
| Charges | $3,564.15 |
| Fees | $0.00 |
| Interest Charged | $0.34 |
| Credits | $0.00 |
| New Balance | $2,458.06 |
| Minimum Payment Due | $35.00 |
| Closing Date: 02/14/16 | |

70

## U. S. Dollar   $   Business Meals and Entertainment Over $25.00 (Required Substantiation)

To be Reimbursable the Expenses should be incurred immediately before, during or after a meeting where bona fide business was discussed

| Date | Attendee(s) & Position Held | Describe Purpose and Business Reason or Benefit Expected to be Derived | Place | Amount | Client/Matter or Firm No. |
|---|---|---|---|---|---|
| 2/3/2016 | Elena Garcia | Family Detention | 4 Ten Bar & Kitchen (Four Points Hotel) | $35.55 | 91190.2 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | TOTAL BUSINESS MEALS & ENTERTAINMENT | $35.55 | |

**Notes:**   Attach original receipts and explanation for all "other" items and any expense items.
Total by Date should agree to the first page of this form.



**BUSINESS TRAVEL ACCOUNT - BTA**

TOM BEATTY/BTA
ORRICK HERRINGTON
2121 MAIN ST
WHEELING, WV 26003

**AIR/RAIL TRANSACTIO**

INT NUMBER:   3782-937008-11008

SORTED BY TICKET NUMBER
WITHIN PASSENGER NAME
WITHIN ACCOUNT NUMBER

TICKET CHARGES AND TICKET REFUNDS

| IT NUMBER NT NAME ENGER NAME | NOTES FOR YOUR RECORDS | AIR/ RAIL CODE | ROUTING INFORMATION FROM: | TO: | TRANSACTION/ DEPARTURE DATE | TICKET NUMBER | AMOUNT | NOTES T |
|---|---|---|---|---|---|---|---|---|
| 37008-11008 EATTY/BTA | | | | | | | | |
| AN/RAMON PATRICK | | | | | 02/24/16 | 8900672749997 | 38.00 | |
| | | | | GALVAN/RAMON PATRICK TOTAL: | | | $376.38 | |
| IA/ELENA ADRIANA | | UA | LOS ANGELES CA SAN ANTONIO TX | -SAN ANTONIO TX -LOS ANGELES CA | 01/29/16 02/01 | 0167747873814 | 876.96 | |
| | | UA | LOS ANGELES CA SAN FRANCISCO CA | -SAN FRANCISCO CA -LOS ANGELES CA | 02/17/16 02/24 | 0167753316511 | 351.60 | |
| | | | | | 01/29/16 | 8900671704117 | 38.00 | |
| | | | | | 02/17/16 | 8900672469878 | 38.00 | |
| | | | | GARCIA/ELENA ADRIANA TOTAL: | | | $1,104.56 | |

72

# EXHIBIT 5

DECLARATION OF RACHEL LEACH

I, Rachel Leach, declare and say as follows:

1.   I was one of the attorneys representing plaintiffs in this action. I was employed by and served as staff attorney of the Center for Human Rights and Constitutional Law (CHRCL), a non-profit, public interest law firm that provides free legal representation to indigent immigrants and refugees. I execute this declaration in support of plaintiffs' motion for an award of attorney's fees pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d).

2.   I graduated from the George Washington University Law School in May 2016 and was then admitted to the District of Columbia Bar in July of 2017. I have worked as a staff attorney at CHRCL from January 2018 to present.

3.   Since 1984 CHRCL's practice has focused on litigation, advocacy and technical support in furtherance of the rights of immigrants and refugees. As regards legal support services, the California Legal Services Trust Fund has funded CHRCL since 1982 to provide technical support and training to qualified legal services programs and attorneys serving *pro bono publico* in the areas of immigration law, constitutional law, and impact litigation. In my capacity as CHRCL's staff attorney, I regularly provided technical support, advocacy support, and training to legal aid and *pro bono* lawyers on immigration law and policy.

4.   Throughout this litigation, I maintained records of time I worked on this case. Exhibit B to this declaration sets forth an itemization of this time. I have exercised billing judgment in preparing the attached time records. I have not recorded numerous short discussions and meetings with Carlos Holguin or Peter Schey involving the Flores litigation on almost a daily basis. Nor have I recorded numerous short telephone conversations and emails, with consultants and pro bono attorneys involving the 2016 Motion to Enforce and the 9th Circuit Appeal.

5.   The total time I believe compensable for my work related to Plaintiff's responses to Defendant's 2nd and 3rd Juvenile Coordinator Reports, which stemmed from the 2016 Motion to

- 1 -

Enforce, is 46 hours, as reflected in the attached itemization.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of December, 2019, at Los Angeles, California.

/s/Rachel Leach

_____

Rachel Leach

/ / /

Flores v. Barr
Time Records for Rachel Leach

| Date: | Task: | Notes: | Hours: |
|---|---|---|---|
| 03/02/18 | Flores v. Sessions | Drafting 9th Cir Reply Brief | 5.5 |
| 03/06/18 | Flores v. Sessions | Drafting Motion for Extension of Time | 10.5 |
| 06/28/18 | Flores v. Sessions | Drafting Response to 2nd Juv Coor Report | 7 |
| 07/13/18 | Flores v. Sessions | Drafting and editing Response to 2nd Juv Coor Report | 10 |
| 07/14/18 | Flores v. Sessions | Drafting and editing Response to 2nd Juv Coor Report | 8 |
| 10/30/19 | Flores v. Barr | Drafting EAJA Motions | 5 |

**Total: 46**

1

## CERTIFICATE OF SERVICE

2

3          I, Peter Schey, declare and say as follows:

4          I am over the age of eighteen years of age and am not a party to this action. I

5    am employed in the County of Los Angeles, State of California. My business

6    address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and

7    state.

8          On December 6, 2019 I electronically filed the following document(s):

9

10   EXHIBITS 1-6 IN SUPPORT OF MOTION FOR AWARD OF ATTORNEY'S
     FEES AND COSTS

11

12   with the United States District Court, Central District of California by using the

13   CM/ECF system. Participants in the case who are registered CM/ECF users will be

14   served by the CM/ECF system.

15

16                                                  /s/Peter Schey
                                                  *Attorney for Plaintiffs*
17

18

19

20

21

22

23

24

25

26

27

28

EXHIBITS IN SUPPORT OF MOTION FOR
AWARD OF ATTORNEYS' FEES & COSTS

4126-5495-2478.1                              1                                          .

CV 85-4544-DMG(AGRx)