PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
pschey@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS<br><br>Hearing: February 8, 2020<br>Time: 9:30 AM<br>Room: 1st St. Courthouse Courtroom 8C |

*Attorneys for Plaintiffs continued*

KEVIN ASKEW
ORRICK, HERRINGTON & SUTCLIFFE LLP
777 South Figueroa Street
Los Angeles, CA 90017
 (213) 629-2020
Email kaskew@orrick.com


JENNIFER KELLEHER CLOYD
KATHERINE H. MANNING
ANNETTE KIRKHAM
THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Facsimile:   (408) 288-8850
Email: jenniferk@lawfoundation.org
          kate.manning@lawfoundation.org
          annettek@lawfoundation.org

*Attorneys for Plaintiffs*


/ / /

-ii-

[PROPOSED] ORDER GRANTING MOTION FOR AWARD OF ATTORNEYS' FEES & COSTS
CV 85-4544-DMG(AGRx)

Having considered Plaintiffs' Motion for Award of Attorneys' Fees and Costs, as well as the briefs, evidence, and arguments of counsel presented both in support of and in opposition to the Motion, the Court hereby grants Plaintiffs' Motion.

The Court finds that Plaintiffs are prevailing parties within the meaning of 28 U.S.C. § 2412(d)(1)(A), and that their net worth is below $2,000,000. The Court further finds that Defendants have failed to show that the position of the United States was substantially justified or that special circumstances make an award of attorneys' fees unjust.

The Court finds that Plaintiffs' senior counsel, Peter Schey, possesses distinctive knowledge and specialized skill that was needful to this litigation, and that other qualified counsel are unavailable at the statutory rate. Accordingly, the Court finds that an award of attorneys' fees at the enhanced rate requested is warranted for Plaintiffs' senior counsel. Plaintiffs shall also recover attorneys' fees at the inflation-adjusted base rate for additional counsel. Plaintiffs are awarded attorneys' fees against Defendants in the amount of $1,446,446.51. Plaintiffs shall recover costs from Defendants in the amount of $16244.73.

IT IS SO ORDERED.

Dated: _____, 2019.

_____
Hon. Dolly M. Gee
United States District Judge

[PROPOSED] ORDER GRANTING MOTION FOR
AWARD OF ATTORNEYS' FEES & COSTS

CV 85-4544-DMG(AGRx)

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On December 6, 2019 I electronically filed the following document(s):

[PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

                                                            /s/Peter Schey
                                                       Attorney for Plaintiffs