# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores,<br><br>PLAINTIFF(S)<br>v.<br>Edwin Meese,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>CV 85-4544-DMG (AGRx)<br><br>RESPONSE BY THE COURT TO NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS |

In accordance with the Notice to Filer Of Deficiencies In Electronically Filed Documents

**REGARDING:**

| December 4, 2019 | 706 | Notice of Appearance or Withdrawal of Counsel G |
|---|---|---|
| Date Filed | Doc. No. | Title of Doc. |

**IT IS HEREBY ORDERED:**

☐ The document is accepted as filed
☑ The document is stricken.

☐ The hearing date has been rescheduled to _____ at _____
☐ Other

Clerk, U.S. District Court

Dated: December 13, 2019          By: Kane Tien
                                      Deputy Clerk

cc: Assigned District Judge and/or Magistrate Judge