JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 616-0473
    Fax: (202) 305-7000
    Email: nicole.murley@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 708;** |

On December 6, 2019, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs in the above-captioned case (ECF No. 708). Plaintiffs are concurrently moving the Ninth Circuit for an award of Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA") fees and costs. *See Flores v.* Barr, No. 17-56217 (Dec. 6, 2017). The partied have met and conferred, and agree to mediate their dispute before the Ninth Circuit's Mediation Office, as they have done several times before. Accordingly, the parties will file a request with the Ninth Circuit asking that the motion be referred for mediation. The parties therefore ask the Court to hold the briefing and adjudication of this motion in abeyance so that the parties can pursue this mediation process. Additionally, the parties request the motion be subject to re-noticing should mediation fail.[1]

---

[1] In the event mediation in the Court of Appeals fails to resolve the Plaintiffs' motion, Plaintiffs likely will seek to have the motion adjudicated in this Court given its familiarity with the record and that it has previously adjudicated fee motions in this litigation.

-1-

| | |
|---|---|
| DATED: December 13, 2019 | */s/ Peter Schey* (with permission)__<br>PETER SCHEY<br>Center for Human Rights<br>    and Constitutional Law<br><br>*Attorney for Plaintiffs* |
| DATED:  December 13, 2019 | JOSEPH H. HUNT<br>Assistant Attorney General<br>Civil Division<br><br>WILLIAM PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Nicole N. Murley*____<br>NICOLE N. MURLEY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 616-0473<br>Fax: (202) 305-7000<br>Email: Nicole.Murley@usdoj.gov<br><br>*Attorneys for Defendants* |

# CERTIFICATE OF SERVICE

I hereby certify that on December 13, 2019, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants