# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES, et al., | Case No.: CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | **ORDER HOLDING IN ABEYANCE BRIEFING AND ADJUDICATION RE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES, ECF NO. 708 [712]** |
| vs. | |
| ERIC H. HOLDER, JR., Attorney General of the United States; et al., | |
| Defendants. | |

The Court has reviewed and considered the Parties' Stipulation To Hold In Abeyance Briefing And Adjudication Regarding Plaintiffs' Motion for Attorneys' Fees [Doc. ## 708, 710] ("the Fee Motion").

UPON CONSIDERATION of the Stipulation, and for good cause shown,

IT IS HEREBY ORDERED that the Stipulation is APPROVED. The briefing and adjudication regarding the Fee Motion will be held in abeyance. The Fee Motion is subject to re-noticing should the parties fail to resolve it through mediation.

DATED: December 19, 2019

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE