| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 20 2019 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

JENNY LISETTE FLORES,

        Plaintiff-Appellee,

 v.

WILLIAM P. BARR, Attorney General; et al.,

        Defendants-Appellants.

No.   17-56297

D.C. No.
2:85-cv-04544-DMG-AGR
Central District of California,
Los Angeles

ORDER

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

The joint motion to refer the case to mediation and to stay the proceedings regarding the appellee's motion for attorney's fees, dkt. 48, is GRANTED. The Circuit Mediator will contact the parties to schedule mediation and shall provide a status report to the panel within 60 days following this order. The deadline for a response to appellee's motion for attorney's fees is stayed pending further order from the court.