CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
PETER A. SCHEY (Cal. Bar No. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
         pschey@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, | Case No. CV85-4544-DMG (AGR) |
| Plaintiffs, | WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS (DOC. #535). |
| v. | |
| William P. Barr, Attorney General, *et al.*, | Hearing:  none<br>Time:     n/a<br>Room:     n/a |
| Defendants. | |

*Counsel for Plaintiffs, continued*

HOLLY S. COOPER (Cal. Bar No. 197626)
Co-Director, Immigration Law Clinic
CARTER C. WHITE (Cal. Bar No. 164149)
Director, Civil Rights Clinic
University of California Davis School of Law
One Shields Ave. TB 30
Davis, CA 95616
Telephone: (530) 752-5440
Email: hscooper@ucdavis.edu
           ccwhite@ucdavis.edu

LEECIA WELCH (Cal. Bar No. 208741)
NEHA DESAI (Cal. RLSA Bar No. 803161)
POONAM JUNEJA (Cal. Bar No. 300848)
FREYA PITTS (Cal. Bar No. 295878)
National Center for Youth Law
405 14th Street, 15th Floor
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org
           ndesai@youthlaw.org
           pjuneja@youthlaw.org
           fpitts@youthlaw.org

CRYSTAL ADAMS (Cal. Bar No. 308638)
National Center for Youth Law
1313 L St. NW, Suite 130
Washington, DC 20005
Telephone: (202) 868-4785
Email: cadams@youthlaw.org

1    PLEASE TAKE NOTICE that on December 24, 2019, in accordance with the

2  Parties' stipulation of settlement, the United States Ninth Circuit Court of Appeals

3  entered an order resolving Plaintiffs' request for an award of attorneys' fees and

4  costs incurred in securing the order entered herein on July 30, 2018 (Dkt. #470).

5    Plaintiffs accordingly withdraw their parallel motion to this Court for an

6  award of attorneys' fees and costs (Doc. #535) as moot.

7  Dated: December 26, 2019.              CARLOS R. HOLGUÍN
                                          PETER A. SCHEY
8                                         Center for Human Rights &
9                                         Constitutional Law

10                                        HOLLY COOPER
11                                        CARTER WHITE
                                          University of California Davis School
12                                        of Law
13
14                                        LEECIA WELCH
                                          NEHA DESAI
15                                        POONAM JUNEJA
                                          FREYA PITTS
16                                        CRYSTAL ADAMS
17                                        National Center for Youth Law

18

19                                        /s/ *Carlos Holguín*
20                                        Carlos Holguín

21

22  / / /

23

24

25

26

27

28