UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | December 30, 2019 |

Title  *Jenny L Flores v. William P. Barr*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS - ORDER DEEMING PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS [535] WITHDRAWN AS MOOT**

　　　　Having received Plaintiffs' notice of withdrawal of motion for award of attorneys' fees and costs [Doc. # 716], the Court hereby deems Plaintiffs' motion for award of attorneys' fees and costs [Doc. # 535] withdrawn as moot.