CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
     crholguin@centerforhumanrights.org

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**JOINT STATUS REPORT**<br><br>Hearing: None set<br><br>[HON. DOLLY M. GEE] |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email:     kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

## Joint Status Report

The parties have exchanged written proposals and met and conferred on October 17, 2019, and again on January 14 and 15, 2020, to address resolution of Plaintiffs' June 26, 2019, *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue. [Doc. # 572.]

On January 14 and 15, 2020 the parties met with the Monitor for mediation in Los Angeles to discuss their proposals for settlement of the *Ex Parte* Application. Dr. Paul Wise was present throughout the mediation. All Parties appeared with counsel and experts. The parties believe progress towards a settlement was made at this mediation.

The parties agreed that on January 24, 2020, the parties shall exchange updated language to the written proposal for settlement of the Ex Parte Application that takes into account discussions from the two-day mediation. The parties have agreed to reconvene telephonically on January 29, 2020, to further discuss the exchanged updated written proposals. The parties have made substantial progress and agree that the goal of reaching joint resolution of these issues is best served by allowing additional time.

The parties agreed that the Monitor will continue to perform her ongoing responsibilities throughout this period.

|     |                          |                                      |
| --- | ------------------------ | ------------------------------------ |
| 1   |                          | Respectfully submitted,              |
| 2   |                          |                                      |
| 3   | Dated: January 21, 2020  | /s/Peter Schey                       |

Respectfully submitted,

Dated: January 21, 2020

/s/Peter Schey
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín


/s/ Nicole N. Murley
*Counsel for Defendants*
U.S. DEPARTMENT OF JUSTICE
Sarah B. Fabian
Nicole N. Murley
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On January 21, 2020, I electronically filed the following document(s): JOINT STATUS REPORT
with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*