1

2

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

3

4

5

6

7

8

9

*Listing continues on next page*

10

*Attorneys for Plaintiffs*

11

12

UNITED STATES DISTRICT COURT

13

CENTRAL DISTRICT OF CALIFORNIA

14

WESTERN DIVISION

15

16

Jenny Lisette Flores., *et al.*,

Case No. CV 85-4544-DMG-AGRx

17

Plaintiffs,

**JOINT STATUS REPORT**

18

v.

Hearing:  None set

19

20

William Barr, Attorney General of the
United States, *et al*.,

[HON. DOLLY M. GEE]

21

Defendants.

22

23

24

25

26

27

28

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone:  (213) 629-2020
Email:       kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
Shaila Rahman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email: eechtman@orrick.com, sdiwan@orrick.com

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone:  (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

- ii -

**Joint Status Report**

The parties have exchanged written proposals and met and conferred on

October 17, 2019, and again on January 14 and 15, 2020, to address resolution of

Plaintiffs' June 26, 2019, *Ex Parte* Application for a Temporary Restraining Order

and an Order to Show Cause Why a Preliminary Injunction and Contempt Order

Should Not Issue. [Doc. # 572.]

On January 14 and 15, 2020 the parties met with the Special

Master/Independent Monitor for mediation in Los Angeles to discuss their

proposals for settlement of the *Ex Parte* Application. Dr. Paul Wise was present

throughout the mediation. All Parties appeared with counsel and experts.  The

parties believe progress towards a settlement was made at this mediation.

Subsequently, the parties exchanged updated language to the written proposal

for settlement of the Ex Parte Application that took into account discussions from

the two-day mediation. The parties then reconvened telephonically on January 29,

2020, to further discuss the exchanged updated written proposals. The parties are

now exchanging further written proposals and will shortly reconvene for a further

telephonic conference with the Special Master/Independent Monitor and Dr. Paul

Wise. The parties continue to make progress and agree that the goal of reaching

joint resolution of these issues is best served by allowing additional time. The

Parties will submit a further status report on or before February 21, 2020.

- 1 -

1    The parties agreed that the Monitor will continue to perform her ongoing

2

3    responsibilities throughout this period.

4

5                                            Respectfully submitted,

6

7    Dated: February 4, 2020          /s/Peter Schey
                                       *Class Counsel for Plaintiffs*
8                                      CENTER FOR HUMAN RIGHTS &
9                                      CONSTITUTIONAL LAW
                                       Peter A. Schey
10                                     Carlos Holguín
11
12                                      /s/ Sarah Fabian
13                                     *Counsel for Defendants*
                                       U.S. DEPARTMENT OF JUSTICE
14                                     Sarah B. Fabian
15                                     Senior Litigation Counsel
                                       Office of Immigration Litigation
16                                     District Court Section
17
18
19
20
21
22
23
24
25
26
27
28

**CERTIFICATE OF SERVICE**

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On February 4, 2020, I electronically filed the following document(s): JOINT STATUS REPORT

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*

3