UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Defendants-Appellants. | No. 19-56326 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR Central District of California, Los Angeles <br><br> ORDER |

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

Appellants' renewed motion to set the case for oral argument is granted and the motion to set the case before a different panel is denied.

Oral argument will take place on Thursday, April 23, 2020, at 2:00 p.m. in San Francisco, California. The court has referred this case to the Mediation Unit to explore mediation. In the event a resolution is reached, the case will be removed from the calendar; argument will not be postponed otherwise, barring exceptional circumstances.