UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 20 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>  Plaintiff-Appellee,<br><br>  v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>  Defendants-Appellants. | No. 19-56326<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

Having reviewed the briefs and heard argument in this matter, the court is of the view that mediation may be appropriate.

This case is referred to the court's Mediation Unit to explore a possible resolution or partial resolution through mediation. The Circuit Mediator shall contact counsel and shall inform the court within fourteen days whether the parties wish to participate in mediation.

IT IS SO ORDERED.