1  JOSEPH H. HUNT
2  Assistant Attorney General
   Civil Division
3  WILLIAM C. PEACHEY
4  Director, District Court Section
   Office of Immigration Litigation
5  WILLIAM C. SILVIS
6  Assistant Director, District Court Section
   Office of Immigration Litigation
7  SARAH B. FABIAN
8  Senior Litigation Counsel, District Court Section
   Office of Immigration Litigation
9       P.O. Box 868, Ben Franklin Station
        Washington, D.C. 20044
10      Tel:  (202) 532-4824
11      Fax:  (202) 305-7000
        Email:  sarah.b.fabian@usdoj.gov
12
13 Attorneys for Defendants

14              **UNITED STATES DISTRICT COURT**

15         **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

16  JENNY LISETTE FLORES; *et al.*,          Case No. CV 85-4544-DMG

17           Plaintiffs,

18                                            **JOINT STATUS REPORT**

19              v.

20  WILLIAM P. BARR, Attorney General
21  of the United States; *et al.,*

22           Defendants.

23

24

25

26

The parties continue mediation to address resolution of Plaintiffs' June 26, 2019, *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue (ECF NO. 572), and believe progress is being made towards settlement. The parties met and conferred in Los Angeles on October 17, 2019, and again on January 14 and 15, 2020. Following the January 14-15, 2020 mediation the parties have exchanged amended written proposals, and also met telephonically on January 29, 2020.

The parties plan to meet again telephonically on February 26, 2020, and further plan to meet in Los Angeles with the Special Master/Independent Monitor and Dr. Paul Wise on March 2, 2020. The parties continue to make progress and agree that the goal of reaching joint resolution of these issues is best served by allowing additional time. The Parties will submit a further status report on or before March 11, 2020.

The parties agreed that the Monitor will continue to perform her ongoing responsibilities throughout this period.

DATED: February 25, 2020        */s/Peter Schey* (with permission)
                                *Class Counsel for Plaintiffs*
                                CENTER FOR HUMAN RIGHTS &
                                CONSTITUTIONAL LAW
                                Peter A. Schey
                                Carlos Holguín

DATED:  February 25, 2020       JOSEPH H. HUNT
                                Acting Assistant Attorney General
                                Civil Division

                                WILLIAM C. PEACHEY
                                Director, District Court Section
                                Office of Immigration Litigation

                                WILLIAM C. SILVIS
                                Assistant Director, District Court Section
                                Office of Immigration Litigation

                                */s/ Sarah B. Fabian*
                                SARAH B. FABIAN
                                NICOLE N. MURLEY
                                Senior Litigation Counsel
                                Office of Immigration Litigation
                                District Court Section
                                P.O. Box 868, Ben Franklin Station
                                Washington, D.C. 20044
                                Tel: (202) 532-4824
                                Fax: (202) 305-7000
                                Email: sarah.b.fabian@usdoj.gov

                                *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

2

3      I hereby certify that on February 25, 2020, I served the foregoing pleading

4   on all counsel of record by means of the District Clerk's CM/ECF electronic filing

5   system.

6

7
                                        /s/ *Sarah B. Fabian*
8                                       SARAH B. FABIAN
                                        U.S. Department of Justice
9                                       District Court Section
                                        Office of Immigration Litigation
10

11                                      Attorney for Defendants

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26