JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>     Plaintiffs, <br><br>       v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.,* <br><br>     Defendants. | Case No. CV 85-4544-DMG <br><br><br> **JOINT STATUS REPORT** |

The parties continue mediation to address resolution of Plaintiffs' June 26, 2019, *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause Why a Preliminary Injunction and Contempt Order Should Not Issue (ECF NO. 572), and believe progress is being made towards settlement. The parties met and conferred in Los Angeles on October 17, 2019, and again on January 14 and 15, 2020. Following the January 14-15, 2020 mediation the parties exchanged amended written proposals, and also met telephonically on January 29, 2020.

The parties met again telephonically on February 26, 2020, and then met again in Los Angeles with the Special Master/Independent Monitor and Dr. Paul Wise on March 2, 2020. The parties made significant progress at the in-person mediation session, and Defendants currently are working to provide a new draft of the settlement agreement reflecting the progress made at that meeting. The parties will set a date to meet and confer following the exchange of that updated draft agreement.

The parties continue to make progress and agree that the goal of reaching joint resolution of these issues is best served by allowing additional time. The Parties will submit a further status report on or before March 20, 2020. The parties agreed that the Monitor will continue to perform her ongoing responsibilities throughout this period.

DATED: March 9, 2020            /s/Peter Schey (with permission)
                               *Class Counsel for Plaintiffs*
                               CENTER FOR HUMAN RIGHTS &
                               CONSTITUTIONAL LAW
                               Peter A. Schey
                               Carlos Holguín

DATED: March 9, 2020            JOSEPH H. HUNT
                               Acting Assistant Attorney General
                               Civil Division

                               WILLIAM C. PEACHEY
                               Director, District Court Section
                               Office of Immigration Litigation

                               WILLIAM C. SILVIS
                               Assistant Director, District Court Section
                               Office of Immigration Litigation

                               /s/ Sarah B. Fabian
                               SARAH B. FABIAN
                               NICOLE N. MURLEY
                               Senior Litigation Counsel
                               Office of Immigration Litigation
                               District Court Section
                               P.O. Box 868, Ben Franklin Station
                               Washington, D.C. 20044
                               Tel: (202) 532-4824
                               Fax: (202) 305-7000
                               Email: sarah.b.fabian@usdoj.gov

                               *Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 9, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<u>/s/ *Sarah B. Fabian*</u>
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants