|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | MAR 17 2020 |
|  | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| JENNY LISETTE FLORES, | No.    19-56326 |
| Plaintiff-Appellee, | D.C. No.<br>2:85-cv-04544-DMG-AGR |
| v. | Central District of California,<br>Los Angeles |
| WILLIAM P. BARR, Attorney General; et al., | ORDER |
| Defendants-Appellants. | |

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

In light of the current health emergency and Center for Disease Control guidelines, the Court is vacating the oral argument scheduled for April 23, 2020. The Court will issue a further order rescheduling this argument.