CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (58232)
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: pschey@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>  Plaintiffs,<br><br>  v.<br><br>William Barr, Attorney General of the United States, *et al*.,<br><br>  Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction**.<br><br>Hearing: None set<br><br>Judge: Hon. Dolly M. Gee |

*Counsel for Plaintiffs, continued*
---
---
**USF SCHOOL OF LAW IMMIGRATION CLINIC**
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

**LA RAZA CENTRO LEGAL, INC.**
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

**UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW**
Immigration Law Clinic
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

**THE LAW FOUNDATION OF SILICON VALLEY**
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

**ALDEA - THE PEOPLE'S JUSTICE CENTER**
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that pursuant to Fed. R. Civ. P. 65 and Local Rule 7-19, Plaintiffs in the above-captioned matter, hereby apply *ex parte* to this Court for a temporary restraining order ("TRO") and for issuance of an order to show cause why a preliminary injunction should not issue. This ex parte application is based upon this Application, the accompanying Memorandum of Points and Authorities, the concurrently-filed Declaration of Class Counsel Peter Schey and all exhibits thereto, all papers on file in this action, and any oral argument of counsel the Court may hear. The Memorandum of Points and Authorities in support of this Application is filed herewith.

The Plaintiffs bring this application on an *ex parte* basis because, as described in the memorandum filed herewith, by continuing to detain Class Members in congregate detention facilities in the face of the COVID-19 pandemic and public health national emergency, including in unlicensed facilities, and failing to make and record continuous efforts aimed at their release to available custodians, or unreasonably delaying such efforts, and failing to provide reasons why class members who are neither flight risks nor a danger are not being released, Defendants violate the Flores Agreement ("Agreement") approved by this court on January 28, 1997. As a result, Class Members (and the public) face grave risk to their health and lives that is in need of immediate attention in order to avoid further loss of life.

Plaintiffs respectfully submit that *ex parte* relief is appropriate given that the facts set forth in the attached memorandum and its supporting papers evidence that immediate and irreparable injury will result to Plaintiffs before opposition can be heard.

**Statement of Compliance with Rule with Civil Local Rule 7-19**

Counsel for Defendants are:

JOSEPH H. HUNT
Assistant Attorney General

Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
NICOLE MURLEY
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Emails: sarah.b.fabian@usdoj.gov
Nicole.Murley@usdoj.gov

Pursuant to Civil Local Rule 7-19.1 and Fed. R. Civ. P. 65, counsel for the Plaintiffs informed counsel for Defendants of the substance and date of this *ex parte* application. Declaration Of Peter Schey In Support Of *Ex Parte* Application For Temporary Restraining Order and Order To Show Cause Re: Preliminary Injunction ¶¶ 6-7. On March 22, 2020, Plaintiff sent a letter to counsel for Defendants outlining the grave risk posed to Class Members by continuing to house them in congregate care as well as the relief Plaintiff intended to request through an application for a TRO. *Id*. On March 23 and 24, 2020, the parties met and conferred telephonically. *Id*. Counsel for Defendants informed Plaintiffs that Defendants would oppose the application for a TRO. *Id*. To date, Defendants have not taken any action to expedite resolution of this dispute which is endangering the health and lives of children at ORR facilities. *Id*.

| | | |
|---|---|---|
| 1 | Dated: March 26, 2020 | CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW |
| 2 | | Peter A. Schey |
| 3 | | Carlos R. Holguin |
| 4 | | |
| 5 | | USF SCHOOL OF LAW IMMIGRATION CLINIC |
| 6 | | Bill Ong Hing |
| 7 | | |
| 8 | | LA RAZA CENTRO LEGAL, INC. Stephen Rosenbaum |
| 9 | | UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW |
| 10 | | Immigration Law Clinic |
| 11 | | Holly S. Cooper |
| 12 | | THE LAW FOUNDATION OF SILICON VALLEY |
| 13 | | |
| 14 | | LEGAL ADVOCATES FOR CHILDREN AND YOUTH |
| 15 | | Jennifer Kelleher Cloyd |
| 16 | | Katherine H. Manning Annette Kirkham |
| 17 | | |
| 18 | | *Of counsel:* |
| 19 | | ALDEA - THE PEOPLE'S JUSTICE CENTER |
| 20 | | Bridget Cambria |
| 21 | | |
| 22 | | _____/s/ Peter Schey_____ Peter A. Schey |
| 23 | | *Attorneys for Plaintiffs* |

3

EX PARTE APPLICATION FOR TRO AND OSC RE
PRELIMINARY INJUNCTION
CV 85-4544-DMG-AGRx

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 26, 2020, I electronically filed the following document(s):
Ex Parte Application for Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction.

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*

4   EX PARTE APPLICATION FOR TRO AND OSC RE PRELIMINARY INJUNCTION
CV 85-4544-DMG-AGRx