# EXHIBIT F

# Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

Mira Zein, MD, MPH
Clinical Assistant Professor
Consult Liaison Psychiatry
Stanford University School of Medicine
Department of Psychiatry and Behavioral Sciences

## Introduction:

Studies have demonstrated that refugees and migrants experience higher rates of depression, anxiety, and post-traumatic stress disorder (PTSD) due to war, persecution, domestic violence, etc., suffered in their home countries, in addition to the stress from resettlement[1,2]. One study demonstrated that "refugees resettled in western countries could be [up to] ten times more likely to have post-traumatic stress disorder than [the] age-matched general populations in those countries[1]." Immigration detention adds significant psychological stress to the resettlement process, further exacerbating the incidence and severity of mental health disorders. Growing evidence demonstrates that PTSD, anxiety/stress, and depression can lead to decreased immune response and increased risk of infections. Thus, the men, women, and children in immigration detention, due to higher rates of the aforementioned mental health disorders, have increased vulnerability to infections, including COVID-19.

## Immigration Detention and Mental Health:

For migrants, refugees, and asylum seekers, immigration detention in a host country is a significant post-migration stressor that includes a loss of liberty and the ever-present threat of forced return to their country of origin[3]. The detention experience increases the likelihood that detainees exacerbate existing or develop new mental health disorders such as PTSD, anxiety, and depression[4].

---

[1] Fazel M, Wheeler J, Danesh J. Prevalence of serious mental disorder in 7000 refugees resettled in western countries: a systematic review. Lancet 2005;365(9467):1309-14.

[2] Priebe S, Giacco D, El-Nagib R. Public Health Aspects of Mental Health Among Migrants and Refugees: A Review of the Evidence on Mental Health Care for Refugees, Asylum Seekers and Irregular Migrants in the WHO European Region. 2016.

[3] Robjant K, Robbins I, Senior V. Psychological distress amongst immigration detainees: a cross-sectional questionnaire study. Br J Clin Psychol 2009;48(Pt 3):275-86

[4] von Werthern M, Robjant K, Chui Z, Schon R, Ottisova L, Mason C, Katona C. The impact of immigration detention on mental health: a systematic review. BMC Psychiatry 2018;18(1):382.

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

A 2018 systematic review of twenty-six (26) studies, which included two-thousand-and-nine (2009) detainees, demonstrated that detainees ranging from 11 months to 80 years of age had higher rates of anxiety, depression and PTSD than the general population of the host countries[4]. Six of the reviewed studies compared PTSD, depression, and anxiety rates in detained migrants and refugees to non-detained migrants and refugees from a similar background. All six studies demonstrated higher symptoms scores and rates for these mental health disorders in the detained groups[4]. The higher rates and severity of symptoms also occurred in detained asylum seekers compared to non-detained asylum seekers[5]. Four of the studies reported on the relationship between length of detention and mental health: they found a positive correlation between detention duration and development of mental health symptoms[4].

Children in particular are vulnerable to the mental health consequences of detention. One study examined the mental health of four-hundred and twenty-five (425) children 4 to 17 years of age who were held at a US detention center for over two months in mid-2018[6]. Scoring on a standardized questionnaire demonstrated that 32% of children had elevated scores for emotional problems, with 49% of children suffering emotional problems when separated from their mothers[6]. One hundred and fifty (150) of these children also completed a PTSD assessment, with 17% scoring in the range consistent with a PTSD diagnosis[6]. The Australian Human Rights Commission, investigating Australia's immigrant detention centers, found that 34% of children in detention had diagnosable mental health disorders, and 85% of responders said the detention had an adverse effect on the children's mental health[7].

**Mental Health, Immunity, and Infection Risk:**

People with a weakened immune system have an increased risk of developing more severe forms of COVID-19, including complications like pneumonia, because their immune response is not strong enough to fight diseases like COVID-19[8]. In addition to illnesses such as HIV and medication such as corticosteroids that suppress the body's immune response, studies have explored how stress changes the immune system. Anxiety, depression, and PTSD, which are interconnected with stress, have also been demonstrated to impact the immune system.

---

[5] Cleveland J, Rousseau C. Psychiatric symptoms associated with brief detention of adult asylum seekers in Canada. Can J Psychiatry 2013;58(7):409-16

[6] MacLean SA, Agyeman PO, Walther J, Singer EK, Baranowski KA, Katz CL. Mental health of children held at a United States immigration detention center. Soc Sci Med 2019;230:303-308.

[7] Triggs G. The Forgotten Children: National Inquiry into Children in Immigration Detention 2014. Med J Aust 2015;202(11):553-5

[8] Centers for Disease Control (CDC_ 2020 March 22. Covid-19: People who are at higher risk for severe illness. In Coronavirus 2019 (Covid-19). https://www.cdc.gov/ coronavirus/2019-ncov/specific-groups/people-at-higher-risk.html.

## Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

Stress impacts the immune response in various ways. The sympathetic nervous system (the component of the nervous system that governs stress responses) sends neurons from the brain to primary immune cell sites (bone marrow and thymus) as well as secondary sites (spleen and lymph tissues)[9,10]. These sympathetic neurons can influence immune responses by releasing neurochemicals that bind to receptors on immune cells (white blood cells) in the primary and secondary immune tissues[9,10]. There are connections between various parts of our endocrine system and stress that leads to increased stimulation of the sympathetic nervous system as well as the stress hormone, cortisol, which has both short and long term effects on immune dysfunction[9,10].

Acute stress causes release of proteins called cytokines that increase inflammation which in the short term is useful to fight infections. Chronic stress, lasting days to years, leads to persistent, higher levels of these pro-inflammatory cytokines and systemic inflammation. Chronic systemic inflammation causes immune dysregulation and increases risk for chronic diseases as well as increases risk for infection[9,10]. Furthermore, chronic stress can lead to suppression of specific cytokines that activate cellular immunity, a type of immune response that provides defense against infections[10].

Anxiety, depression, and PTSD are all mental health disorders linked with elevated stress levels, and as such studies have found that these disorders are also linked to changes in immune function. Depression, anxiety, and PTSD have all been found to directly stimulate production of pro-inflammatory cytokines, as well as downregulate cellular immunity leading to increased risk of acute and prolonged infection, and delayed wound healing[11,12]. The pro-inflammatory states found in these mental health disorders leads to a complex feedback in which inflammation changes brain circuits and neurochemical expression, perpetuating a cycle of immune dysfunction and mental health symptoms[13,14].

---

[9] Morey JN, Boggero IA, Scott AB, Segerstrom SC. Current Directions in Stress and Human Immune Function. Curr Opin Psychol 2015;5:13-17

[10] Segerstrom SC, Miller GE. Psychological stress and the human immune system: a meta-analytic study of 30 years of inquiry. Psychol Bull 2004;130(4):601-30

[11] Kiecolt-Glaser JK, Glaser R. Depression and immune function: central pathways to morbidity and mortality. J Psychosom Res 2002;53(4):873-6

[12] Neigh GN, Ali FF. Co-morbidity of PTSD and immune system dysfunction: opportunities for treatment. Curr Opin Pharmacol 2016;29:104-10

[13] Wang Z, Caughron B, Young MRI. Posttraumatic Stress Disorder: An Immunological Disorder? Front Psychiatry 2017;8:222

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

There are deeper interactions between the genes regulating immune function and mental health disorders[15,16,17]. These disorders, as well as adverse social and physical environments, can lead to changes in gene expression that have lasting impact on chronic disease development and persistent immune dysfunction[15,16,17]. These changes in gene expression are particularly detrimental in childhood because they can alter the development of the brain, body, and immune system[15,16,17].

New studies looking at the relationship between COVID-19 and inflammation have found that there is an induction of pro-inflammatory cytokines leading to lung inflammation and damage during COVID-19 infection[18]. Another study also demonstrated that COVID-19 patients in Wuhan had elevated levels of inflammatory cytokines and a decrease in the number of a type of immune cell that fights viruses (T cells)[19]. More severe cases had greater suppression of their T cells[19]. There is some evidence that certain types of psychological trauma – potentially linked with the expression of the stress chemical norepinephrine – can lead to both decreased expression of these T cells and decreased expression of chemicals that encourage T cell proliferation[20].

[14] Irwin MR, Miller AH. Depressive disorders and immunity: 20 years of progress and discovery. Brain Behav Immun 2007;21(4):374-83

[15] McEwen BS, Bulloch K. Epigenetic impact of the social and physical environment on brain and body. Metabolism 2019;100S:153941

[16] Schiele MA, Gottschalk MG, Domschke K. The applied implications of epigenetics in anxiety, affective and stress-related disorders - A review and synthesis on psychosocial stress, psychotherapy and prevention. Clin Psychol Rev 2020;77:101830

[17] Uddin M, Aiello AE, Wildman DE, Koenen KC, Pawelec G, de Los Santos R, Goldmann E, Galea S. Epigenetic and immune function profiles associated with posttraumatic stress disorder. Proc Natl Acad Sci U S A 2010;107(20):9470-5

[18] Conti P, Ronconi G, Caraffa A, Gallenga CE, Ross R, Frydas I, Kritas SK. Induction of pro-inflammatory cytokines (IL-1 and IL-6) and lung inflammation by Coronavirus-19 (COVI-19 or SARS-CoV-2): anti-inflammatory strategies. J Biol Regul Homeost Agents 2020;34(2).

[19] Qin C, Zhou L, Hu Z, Zhang S, Yang S, Tao Y, Xie C, Ma K, Shang K, Wang W and others. Dysregulation of immune response in patients with COVID-19 in Wuhan, China. Clin Infect Dis 2020.

[20] Slota C, Weng N. 14. The effect of chronic stress on T cell function: An epigenetic and transcriptional assessment from bench to bedside. Brain, Behavior, and Immunity 2014;40:e4-e5.

Physician Declaration on Increased Covid-19 Infection Risk due to Mental Health Disorders in Detained Migrants, Refugees, and Asylum Seekers

**Conclusion:**

There is strong evidence that migrants, refugees, and asylum seekers experience higher levels of mental health disorders such as depression, anxiety, and PTSD in the setting of cumulative psychological trauma. There is increasing evidence that immigration detention independently contributes to psychological trauma and leads to higher rates of depression, anxiety, and PTSD. There is also significant evidence of the links between these disorders and changes in immune function on a variety of levels, from expression of pro-inflammatory cytokines to expression and suppression of certain types of immune cells that can combat infection. And there is new evidence that this new disease, COVID-19, may have specific immune dysregulation and expression of pro-inflammatory cytokines that worsens disease severity. Given these multiple lines of evidence, it is reasonable to conclude that the men, women, and children in US detention facilities are at an elevated risk of weakened immunity due to their higher rates of psychological stress and mental health disorders. Thus, they are at increased risk of contracting and suffering from more severe forms of COVID-19, which is detrimental to them as individuals but also to the public health efforts to combat the disease.

I swear under penalty of perjury that the foregoing is true and correct. Executed at Stanford, California, on this 23rd of March, 2020.

_____

Mira Zein, MD, MPH