# EXHIBIT L

**COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS**
**UPDATED MARCH 13, 2020**

Dear Colleagues –

We are providing interim preparedness and response guidance regarding coronavirus disease 2019 (COVID-19). This guidance is based on the Centers for Disease Control and Prevention (CDC) recommendations and is adapted for the UAC Program. The pandemic is a rapidly evolving situation, and updated guidance may be released in the future, as necessary.

Guidance on COVID-19 documentation in the UAC Portal was sent to ORR care providers via a DHUC Dispatch on March 13th, 2020.

Please carefully review the information below, and email DCSMedical@acf.hhs.gov with any questions.

## COVID-19 BACKGROUND

*CDC Situation Summary*
See: https://www.cdc.gov/coronavirus/2019-ncov/summary.html

An outbreak of respiratory illness caused by a novel (new) coronavirus was first detected in Wuhan City, Hubei Province, China and has now been detected in more than 100 locations internationally, including the United States. On January 30, 2020, the World Health Organization declared the outbreak a public health emergency of international concern, and on March 11, 2020, characterized COVID-19 as a pandemic.

*Transmission of COVID-19*
- Much is unknown about how the new coronavirus that causes COVID-19 spreads. Current knowledge is largely based on what is known about similar coronaviruses.
- Most often, person-to-person spread is thought to happen among people in close contact (about 6 feet) with each other and mainly through respiratory droplets produced when an infected person coughs or sneezes, similar to how influenza and other respiratory pathogens spread. These droplets can land in the mouths or noses of people who are nearby or possibly be inhaled into the lungs.
- It may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or possibly their eyes, but this is not believed to be the main way the virus spreads.
- Typically, with most respiratory viruses, people are considered most contagious when they are most symptomatic (sickest).

*Symptoms of COVID-19*
Reported illnesses have ranged from mild symptoms to severe illness. Symptoms may appear 2–14 days after exposure and can include:
- Fever
- Cough
- Shortness of breath

1

**COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS**
**UPDATED MARCH 13, 2020**

*Diagnosis and treatment*
- There is currently no specific antiviral treatment for COVID-19. People with COVID-19 should receive supportive care to help relieve symptoms.
- Testing is with a real time Reverse Transcription-Polymerase Chain Reaction (rRT-PCR) test to detect SARS-CoV-2 (the virus that causes COVID-19) in respiratory samples.
- Currently, testing is being rolled out to public health and clinical laboratories throughout the United States.

*Prevention*
- There is currently no vaccine to prevent COVID-19. The best way to prevent infection is to avoid being exposed to the virus.
- Everyday actions can help prevent the spread of respiratory viruses, including:
  - Avoid touching your eyes, nose, and mouth with unwashed hands.
  - Avoid close contact with people who are sick.
  - Stay home when you are sick.
  - Cover your cough or sneeze with a tissue, then throw the tissue in the trash.
  - Clean and disinfect frequently touched objects and surfaces using a regular household cleaning spray or wipe.
  - Wash your hands often with soap and water for at least 20 seconds, especially after blowing your nose, coughing or sneezing; going to the bathroom; and before eating or preparing food.
  - If soap and water are not readily available, use an alcohol-based hand sanitizer with at least 60% alcohol. Always wash hands with soap and water if hands are visibly dirty.

Please refer to the CDC website for up-to-date information on COVID-19, including what is currently known about transmission, symptoms, and prevention efforts.
https://www.cdc.gov/coronavirus/2019-ncov/about/index.html

## ORR GUIDANCE AND RESPONSE

*ORR's Division of Health for Unaccompanied Children (DHUC) Response*
- DHUC is closely monitoring COVID-19 information and CDC-issued guidance.
- DHUC is providing guidance to ORR care providers when staff or children might have been exposed to COVID-19 in their community or during travel.
- DHUC, in collaboration with the Department of Homeland Security/Customs and Border Protection (DHS/CBP) and the ORR Intakes Team, are monitoring when an unaccompanied alien child is initially referred to ORR care who is reported to be potentially exposed to COVID-19 either through travel from/through an area with widespread or ongoing community spread within the past 14 days or contact with a confirmed COVID-19 patient. Subsequently, DHUC will notify and provide guidance to ORR care providers of those children referred for care and custody.
- Care providers have been directed to notify state and local health departments when a UAC has been identified as potentially exposed to COVID-19 either through travel from/through an area with widespread or ongoing community spread within the past 14 days or through contact with a confirmed COVID-19 patient.

2

**COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS**
**UPDATED MARCH 13, 2020**

*General communicable disease prevention and control measures already in place across ORR*
*care provider programs that will aid in COVID-19 response*

- All ORR care providers document a child's travel history in the *Initial Intakes Assessment* and the *UAC Assessment* sections of the UAC Portal.
- The health of all UAC in care is routinely assessed by a licensed medical provider during the Initial Medical Exam (IME).
- All ORR care providers must have the ability to medically isolate or quarantine a child in a room to prevent contact with other children. Ideally, this room is linked to a private bathroom.
- All ORR care providers must educate staff and children on hand-hygiene, respiratory etiquette, and steps to prevent illness.
- All ORR care providers must routinely have children with respiratory disease (e.g., influenza) wear a plain paper surgical mask when not in an isolation room, such as when visiting a healthcare facility.
- All ORR care providers must clean and disinfect frequently touched surfaces.
- All ORR care providers have a designated way to report potentially reportable diseases to their state or local health department. This same reporting structure is used for COVID-19.

*COVID-19 Specific Guidance to ORR Care Providers*

1. Planning and coordination
- Contact your local clinic/hospital to confirm the procedure for evaluation and treatment of children with symptoms of acute respiratory illness.
- Contact your state or local health department to confirm procedures for reporting and managing children with suspected COVID-19.

2. Enhanced staff and visitor screening
- Ensure sick employees with symptoms of an acute respiratory illness (fever, cough, shortness of breath) stay home and consult with their primary care provider and state or local health department about further evaluation and testing.
- Screen all staff and visitors of the care provider (including stakeholders) for COVID-19 risk factors prior to ORR program entry, using the "ORR COVID-19 Risk Questionnaire for Staff and Visitors" tool available on the UAC Portal home page under the "COVID-19 Guidance and Materials" folder in the "Documents to Download" section.

3. Identification of risk among children in ORR care
- Review jurisdiction-specific COVID-19 guidance from your state or local health department.
- Determine the risk of COVID-19 for each child by identifying if s/he may have been exposed through 1) an ORR care provider staff member, 2) a person in the community, or 3) travel from/through an area with widespread or ongoing community spread within the past 14 days, as noted below:
  - China
  - Iran
  - South Korea
  - Most of Europe
  - A current list can be found at this link: https://www.cdc.gov/coronavirus/2019-ncov/travelers/index.html

3

**COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS**
**UPDATED MARCH 13, 2020**

- Document the child's location of origin and travel history in the UAC Portal:
  - *Initial Intakes Assessment*: 1) Date of departure from home country; 2) Date of arrival in the U.S.
  - *UAC Assessment*: 1) Additional UAC Info Tab - City of Origin, Neighborhood of Origin (be as specific as the child can provide); 2) Journey and Apprehension Tab- When did you leave your home country (month, day, year)? How long did the trip take? How did you get to the U.S.? Who did you travel with?

4. Responding to children with a risk for COVID-19 exposure or symptomatic disease

- If a child is found to be at risk for COVID-19 exposure and does <u>NOT</u> have symptoms of acute respiratory illness (e.g., fever, cough, shortness of breath):
  - Place the child in a private room with a closed door and access to a bathroom (preferably a private bathroom not used by other staff or children).
  - <u>Immediately notify the state or local health department and DHUC</u> at DCSMedical@acf.hhs.gov for additional guidance on risk assessment, symptom monitoring, and quarantine.
  - Maintain quarantine until the child is cleared by the health department and DHUC.
  - Do NOT transfer or discharge the child until cleared by the health department and DHUC.
  - Provide the child notice of the quarantine requirement and address questions or concerns the child may have about medical quarantine, as well as potential delays to anticipated transfers or discharge plans.
  - Ensure services (e.g., legal, educational) are provided to the child.

- If a child is found to be at risk for COVID-19 and <u>HAS</u> symptoms of acute respiratory illness (e.g., fever, cough, shortness of breath):
  - Isolate the child in a negative pressure isolation room. If a negative pressure room is not available, place the child in a private room with a closed door and access to a bathroom (preferably a private bathroom not used by other staff or children).
  - <u>Immediately notify the state or local health department and DHUC</u> at DCSMedical@acf.hhs.gov for additional guidance on risk assessment, symptom monitoring, and quarantine.
  - Ensure personnel entering the room use standard precautions, contact precautions, airborne precautions (e.g., N95 respirator), and eye protection (e.g., goggles or a face shield).
  - Provide a plain paper surgical mask to the child for use when s/he leaves the isolation room (e.g., to go to the bathroom or a medical appointment).
  - If the child must be transported to a health clinic or facility, notify the local health department for guidance. Additionally, call ahead to notify the medical facility so they can be ready with the necessary infection control measures.
  - Seek immediate medical attention if a child has severe or worsening symptoms.
  - Maintain isolation until cleared by the health department and DHUC.
  - DO NOT transfer or discharge the child until cleared by the health department and DHUC.
  - Provide the child with notice of the isolation requirement and address questions or concerns the child may have about medical isolation, as well as potential delays to anticipated transfers or discharge plans.
  - Ensure services (e.g., legal, educational) are provided to the child, if possible.

4

**COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS**
**UPDATED MARCH 13, 2020**

5. Discharge

- Per ORR Policy Guide Section 3.4.8 Medical Clearance Prior to Release or Transfer, children who have had exposure to a communicable disease must not be transferred or moved until they have been medically cleared by a physician or ORR has been consulted. Children who are potentially infectious with communicable diseases of public health concern, which may cause outbreaks, are not be released from ORR care until they are non-infectious.

- As an enhanced precaution, screen all children for symptoms of acute respiratory illness (fever, cough, shortness of breath) at the time of physical transfer or discharge. Children with symptoms of acute respiratory illness may not be transferred or discharged until they have been medically cleared. Follow the instructions provided in the "COVID-19 AND OTHER RESPIRATORY DISEASE CHECK" tool available on the UAC Portal home page under the "COVID-19 Guidance and Materials" folder in the "Documents to Download" section.

- Include the below CDC COVID-19 educational materials in the discharge packet for children and sponsors. English and Spanish versions are available on the CDC website and on the UAC Portal home page under the "COVID-19 Guidance and Materials" folder in the "Documents to Download" section.
    - o "What you need to know about coronavirus disease 2019 (COVID-19)"
    - o "Symptoms of coronavirus disease 2019"

**All CDC guidance can be found at:**
https://www.cdc.gov/coronavirus/2019-ncov/index.html

5

**ORR COVID-19 RISK QUESTIONNAIRE FOR STAFF AND VISITORS**
**13 March 2020**

Until further notice staff and visitors must be screened for COVID-19 risk factors prior to entering any ORR care provider facility. If an individual selects 'Yes' for one or more of the questions below, please restrict access to the facility; refer to the "Actions" section for further guidance. Refer to the *COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS* for prevention measures while administering this screening.

**Questions:**

1. Are you currently experiencing any signs and symptoms of an acute respiratory illness (fever, cough, or shortness of breath)?

   Yes □      No □

2. Have you had contact with someone known to have COVID-19 or who is under investigation for COVID-19?

   Yes □      No □

3. Within the last 14 days, have you traveled to an international area with sustained transmission (China, Iran, South Korea, most of Europe)?

   Yes □      No □

   *A current list of international areas with sustained transmission can be found at:*
   https://www.cdc.gov/coronavirus/2019-ncov/travelers/index.html

**Actions:**

Staff
- If the response to Question 1 is 'Yes', access to the facility must be restricted. The staff member must be medically evaluated and cleared by their healthcare provider prior to returning.
- If the response to Question 2 or 3 is 'Yes', access to the facility must be restricted. The staff member must contact the local public health department for further guidance prior to returning.

Visitor
- If the response to Question 1 is 'Yes', access to the facility must be restricted. Facility staff should recommend that the visitor contact their healthcare provider.
- If the response to Question 2 or 3 is 'Yes', access to the facility must be restricted. Facility staff should recommend that the visitor contact the local public health authority. If the visitor returns within 14 days, care provider staff must contact the local public health authority to seek additional guidance.

https://www.cdc.gov/coronavirus/2019-ncov/healthcare-facilities/guidance-hcf.html
https://www.cms.gov/medicareprovider-enrollment-and-certificationsurveycertificationgeninfopolicy-and/qso-20-14-nh.pdf

INTERIM COVID-10 Acute Respiratory Disease Transfer and Discharge Tracker for all ORR Care Providers

This check can be performed by program staff.

Refer to the *COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS* for prevention measures while administering this screening. v.20200313

| A NUMBER | UAC'S NAME | CLEAR OF FEVER < 100ºF (Y/N) | CLEAR OF COUGH (Y/N) | CLEAR OF SHORTNESS OF BREATH (Y/N) | CLEARED FOR TRANSFER OR DISCHARGE |
|---|---|---|---|---|---|
| | | Perform check at time of discharge | Perform check at time of discharge | Perform check at time of discharge | Check if UC is clear of fever, cough, and shortness of breath |
| *XXX-XXX-XXX* | *Sample Entry* | *N* | *N* | *N* | |
| *XXX-XXX-XXX* | *Sample Entry* | Y | Y | Y | ✓ |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**INTERIM COVID-19 AND OTHER RESPIRATORY DISEASE CHECK – *PERFORM AT THE TIME OF PHYSICAL TRANSFER OR DISCHARGE***

**This check can be performed by program staff.**

**1. FEVER CHECK**
Steps:
- Use a thermometer.
- Write "N" in the CLEAR OF FEVER column if the child has a temperature above 100ºF (37.8ºC). Do not transport until child has been cleared by local medical personnel.
- Write "Y" in the CLEAR OF FEVER column if the child does not have a fever.

Remember!
- Do not measure the temperature in a child's mouth if he or she has consumed a hot or cold food or drink in the last 30 minutes.

**2. COUGH CHECK**
Steps:
- Ask each child if s/he has a cough that is new and not normal for them.
- Write "N" in the CLEAR OF COUGH column if the child reports cough. Do not transport until child has been cleared by local medical personnel.
- Write "Y" in the CLEAR OF COUGH column if the child does not report cough, and no cough is observed during the check.

**3. SHORTNESS OF BREATH CHECK**
Steps:
- Ask each child if s/he is having a hard time catching his or her breath when resting (and that it is not related to a known chronic medical problem, like asthma).
- Write "N" in the CLEAR OF SHORTNESS OF BREATH column if the child reports trouble catching his or her breath. Do not transport until child has been cleared by local medical personnel.
- Write "Y" in the CLEAR OF SHORTNESS OF BREATH column if the child does not report trouble catching his or her breath.



# What you need to know about coronavirus disease 2019 (COVID-19)

## What is coronavirus disease 2019 (COVID-19)?

Coronavirus disease 2019 (COVID-19) is a respiratory illness that can spread from person to person. The virus that causes COVID-19 is a novel coronavirus that was first identified during an investigation into an outbreak in Wuhan, China.

## Can people in the U.S. get COVID-19?

Yes. COVID-19 is spreading from person to person in parts of the United States. Risk of infection with COVID-19 is higher for people who are close contacts of someone known to have COVID-19, for example healthcare workers, or household members. Other people at higher risk for infection are those who live in or have recently been in an area with ongoing spread of COVID-19. Learn more about places with ongoing spread at https://www.cdc.gov/coronavirus/2019-ncov/about/transmission.html#geographic.

## Have there been cases of COVID-19 in the U.S.?

Yes. The first case of COVID-19 in the United States was reported on January 21, 2020. The current count of cases of COVID-19 in the United States is available on CDC's webpage at https://www.cdc.gov/coronavirus/2019-ncov/cases-in-us.html.

## How does COVID-19 spread?

The virus that causes COVID-19 probably emerged from an animal source, but is now spreading from person to person. The virus is thought to spread mainly between people who are in close contact with one another (within about 6 feet) through respiratory droplets produced when an infected person coughs or sneezes. It also may be possible that a person can get COVID-19 by touching a surface or object that has the virus on it and then touching their own mouth, nose, or possibly their eyes, but this is not thought to be the main way the virus spreads. Learn what is known about the spread of newly emerged coronaviruses at https://www.cdc.gov/coronavirus/2019-ncov/about/transmission.html.

## What are the symptoms of COVID-19?

Patients with COVID-19 have had mild to severe respiratory illness with symptoms of
- fever
- cough
- shortness of breath

## What are severe complications from this virus?

Some patients have pneumonia in both lungs, multi-organ failure and in some cases death.

## How can I help protect myself?

People can help protect themselves from respiratory illness with everyday preventive actions.
- Avoid close contact with people who are sick.
- Avoid touching your eyes, nose, and mouth with unwashed hands.
- Wash your hands often with soap and water for at least 20 seconds. Use an alcohol-based hand sanitizer that contains at least 60% alcohol if soap and water are not available.

## If you are sick, to keep from spreading respiratory illness to others, you should

- Stay home when you are sick.
- Cover your cough or sneeze with a tissue, then throw the tissue in the trash.
- Clean and disinfect frequently touched objects and surfaces.

## What should I do if I recently traveled from an area with ongoing spread of COVID-19?

If you have traveled from an affected area, there may be restrictions on your movements for up to 2 weeks. If you develop symptoms during that period (fever, cough, trouble breathing), seek medical advice. Call the office of your health care provider before you go, and tell them about your travel and your symptoms. They will give you instructions on how to get care without exposing other people to your illness. While sick, avoid contact with people, don't go out and delay any travel to reduce the possibility of spreading illness to others.

## Is there a vaccine?

There is currently no vaccine to protect against COVID-19. The best way to prevent infection is to take everyday preventive actions, like avoiding close contact with people who are sick and washing your hands often.

## Is there a treatment?

There is no specific antiviral treatment for COVID-19. People with COVID-19 can seek medical care to help relieve symptoms.



CS 314937-A   03/03/2020

For more information: **www.cdc.gov/COVID19**



# Lo que necesita saber sobre la enfermedad del coronavirus 2019(COVID-19)

## ¿Qué es la enfermedad del coronavirus 2019 (COVID-19)?

La enfermedad del coronavirus 2019 (COVID-19) es una afección respiratoria que se puede propagar de persona a persona. El virus que causa el COVID-19 es un nuevo coronavirus que se identificó por primera vez durante la investigación de un brote en Wuhan, China.

## ¿Pueden las personas en los EE. UU. contraer el COVID-19?

El COVID-19 se está propagando de persona a persona en China y se ha detectado propagación limitada entre contactos cercanos en algunos países fuera de China, incluso en los Estados Unidos. En la actualidad, sin embargo, este virus NO se está propagando en comunidades en los Estados Unidos. En estos momentos, el mayor riesgo de infección es para las personas en China o las personas que han viajado a China. El riesgo de infección depende de la exposición. Los contactos cercanos de las personas infectadas tienen un riesgo mayor de exposición, por ejemplo, los trabajadores del sector de la salud y los contactos cercanos de las personas infectadas por el virus que causa el COVID-19. Los CDC continúan vigilando de cerca la situación.

## ¿Ha habido casos de COVID-19 en los EE. UU.?

Sí. El primer caso de COVID-19 en los Estados Unidos se notificó el 21 de enero del 2020. La cantidad actual de casos de COVID-19 en los Estados Unidos está disponible en la página web de los CDC en https://www.cdc.gov/coronavirus/2019-ncov/ cases-in-us.html.

## ¿Cómo se propaga el COVID- 19?

Es probable que el virus que causa el COVID-19 haya surgido de una fuente animal, pero parece que ahora se está propagando de persona a persona. Es importante notar que la propagación de persona a persona puede darse en un proceso continuo. Algunas enfermedades son altamente contagiosas (como el sarampión), mientras que otras enfermedades no lo son tanto. En estos momentos, no está claro qué tan fácil o con qué continuidad el virus que causa el COVID-19 se esté propagando entre las personas. Infórmese sobre lo que se sabe acerca de la propagación del coronavirus de reciente aparición en https://www.cdc.gov/coronavirus/2019-ncov/about/transmission-sp.html.

## ¿Cuáles son los síntomas del COVID-19?

Los pacientes con COVID-19 han tenido enfermedad respiratoria de leve a grave con los siguientes síntomas:
• fiebre
• tos
• dificultad para respirar

## ¿Cuáles son las complicaciones graves provocadas por este virus?

Muchos pacientes tienen neumonía en ambos pulmones.

## ¿Qué puedo hacer para ayudar a protegerme?

La mejor manera de prevenir la infección es evitar la exposición al virus que causa el COVID-19.
Hay medidas simples preventivas y cotidianas para ayudar a prevenir la propagación de virus respiratorios. Estas incluyen las siguientes:
• Evitar el contacto cercano con personas enfermas.
• Evitar tocarse los ojos, la nariz y la boca con las manos sin lavar.
• Lavarse frecuentemente las manos con agua y jabón por al menos 20 segundos. Usar un desinfectante de manos que contenga al menos un 60 % de alcohol si no hay agua y jabón disponibles.
• Si está enfermo, para prevenir la propagación de la enfermedad respiratoria a los demás, debería hacer lo siguiente:
• Quedarse en casa si está enfermo.
• Cubrirse la nariz y la boca con un pañuelo desechable al toser o estornudar y luego botarlo a la basura.
• Limpiar y desinfectar los objetos y las superficies que se tocan frecuentemente.

## ¿Qué debo hacer si recientemente viajé a China y me enfermé?

Si estuvo en China en los últimos 14 días, se siente enfermo y tiene fiebre, tos o dificultad para respirar, debería buscar atención médica. Llame al consultorio de su proveedor de atención médica antes de ir y dígales sobre su viaje y sus síntomas. Ellos le darán instrucciones sobre cómo conseguir atención médica sin exponer a los demás a su enfermedad. Mientras esté enfermo, evite el contacto con otras personas, no salga y postergue cualquier viaje para reducir la posibilidad de propagar la enfermedad a los demás.

## ¿Hay alguna vacuna?

En la actualidad no existe una vacuna que proteja contra el COVID-19. La mejor manera de prevenir la infección es evitar la exposición al virus que causa el COVID-19.

## ¿Existe un tratamiento?

No hay un tratamiento antiviral específico para el COVID-19. Las personas con el COVID-19 pueden buscar atención médica para ayudar a aliviar los síntomas.



Para obtener más información: **www.cdc.gov/COVID19-es**

CS 314937-I   02/24/2020



# SYMPTOMS OF CORONAVIRUS DISEASE 2019

## Patients with COVID-19 have experienced mild to severe respiratory illness.

**Symptoms\* can include**

**FEVER**

**COUGH**

*\*Symptoms may appear 2-14 days after exposure.*

**SHORTNESS OF BREATH**

Seek medical advice if you develop symptoms, and have been in close contact with a person known to have COVID-19 or if you live in or have recently been in an area with ongoing spread of COVID-19.







For more information: **www.cdc.gov/COVID19-symptoms**

CS 315252-A   03/03/2020



# SÍNTOMAS DE LA ENFERMEDAD DEL CORONAVIRUS 2019

## Los pacientes con COVID-19 han presentado enfermedad respiratoria de leve a grave.



**Los síntomas\* pueden incluir**

**FIEBRE**

**TOS**

\*Los síntomas pueden aparecer de 2 a 14 días después de la exposición.

**DIFICULTAD PARA RESPIRAR**

Consulte a un médico si presenta síntomas y ha estado en contacto cercano con una persona que se sepa que tiene el COVID-19, o si usted vive o ha estado recientemente en un área en la que haya propagación en curso del COVID-19.



Para obtener más información: **www.cdc.gov/COVID19-es**

CS 315252-B  03/04/2020