# EXHIBIT N

# OFFICE OF REFUGEE RESETTLEMENT
An Office of the Administration for Children & Families

# Children Entering the United States Unaccompanied

Published: January 30, 2015



**(https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-0)**

**Introduction (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-0)**

**Guide to Terms (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-guide-to-terms)**

**Record of Posting and Revision Dates (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-record-of-posting-and-revision-dates)**

**Section 1: Placement in ORR Care Provider Facilities**

**1.1 Summary of Policies for Placement and Transfer of Unaccompanied Alien Children in ORR Care Provider Facilities (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.1)**

**1.2 ORR Standards for Placement and Transfer Decisions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2)**
  **1.2.1 Placement Considerations (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.1)**
  **1.2.2 Children with Special Needs (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.2)**
  **1.2.3 Safety Issues (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.3)**
  **1.2.4 Secure and Staff Secure Care Provider Facilities (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.4)**
  **1.2.5 Unaccompanied Alien Children Who Pose a Risk of Escape (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.5)**
  **1.2.6 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.6)ORR Long Term Foster Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.6)**
  **1.2.7 Placing Family Members (Siblings and Children of Unaccompanied Alien Children) (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.2.7)**

**1.3 Referrals to ORR and Initial Placement (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.3)**
  **1.3.1 Request for Information from the Referring Federal Agency (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.3.1)**
  **1.3.2 ORR Placement Designation (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-**

section-1#1.3.2)

   1.3.3 Care Provider Placement Acceptance (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.3.3)

   1.3.4 Transfer of Custody to ORR (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.3.4)

   1.3.5 Initial Placements in the Event of an Emergency or Influx (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.3.5)

**1.4 Transfers within the ORR Care Provider Network** (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4)

   1.4.1 Least Restrictive Setting (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.1)

   1.4.2 30 Day Restrictive Placement Case Review (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.2)

   1.4.3 Long Term Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.3)

   1.4.4 Transfer to Long Term Foster Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.4)

   1.4.5 Group Transfers (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.5)

   1.4.6 Residential Treatment Center Placements (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.6)

   1.4.7 Requesting Reconsideration of a Secure or RTC Placement Designation (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.4.7)

**1.5 Placement Inquiries** (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.5)

   1.5.1 ORR National Call Center (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.5.1)

**1.6** (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.6)**Determining the Age of an Individual without Lawful Immigration Status** (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.6)

   1.6.1 Unaccompanied Alien Children in HHS Custody (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.6.1)

   1.6.2 Instructions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-1#1.6.2)

*1.7 Placement and Operations During an Influx [REPEALED]*
*Policies related to influx care facilities are found at Section 7 of this Policy Guide.*
  *1.7.1 Activation of HPCs[REPEALED]*
  *1.7.2 Placement into HPCs [REPEALED]*
  *1.7.3 Placement into Influx Care Facilities [REPEALED]*
  *1.7.4 Admission and Orientation for HPCs and Influx Care Facilities [REPEALED]*
  *1.7.5 Medical Services [REPEALED]*
  *1.7.6 HPC and Influx Care Facility Services [REPEALED]*
  *1.7.7 Transportation During Influx [REPEALED]*
  *1.7.8 Federal Staffing Plan [REPEALED]*

**Section 2: Safe and Timely Release from ORR Care**

**2.1 Summary of the Safe and Timely Release Process** (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.1)

**2.2** (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2)**Sponsor Application Process** (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2)

   2.2.1 Identification of Qualified Sponsors (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.1)

   2.2.2 Contacting Potential Sponsors (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.2)

   (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.3)2.2.3 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.3)**The Family Reunification Application** (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.3)

   2.2.4 Required Documents for Submission with the Application for Release (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.4)

  2.2.5 Legal Orientation Program for Custodians (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.5)
  2.2.6 Additional Questions and Answers on This Topic (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.2.6)

2.3 Key Participants in the Release Process (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.3)
  2.3.1 ORR Federal Field Specialists (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.3.1)
  2.3.2 Case Managers (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.3.2)
  2.3.3 Case Coordinators (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.3.3)
  2.3.4 Child Advocates (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.3.4)

2.4 Sponsor Assessment Criteria and Home Studies (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.4)
  2.4.1 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.4.1)Assessment Criteria (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.4.1)
  2.4.2 Home Study Requirement (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.4.2)
  2.4.3 Additional Questions and Answers on This Topic (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.4.3)

2.5 Sponsorship Assessment Background Check Investigations (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.5)
  2.5.1 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.5.1)Background Check Requirements (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.5.1)
  2.5.2 Results of Background Checks on Release Decisions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.5.2)
  2.5.3 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.5.3) Commonly Asked Questions on the ORR Background Check Process (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.5.3)

2.6 Effect of Sponsor Immigration Status on Release (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.6)

2.7 Recommendations and Decisions on Release (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7)
  2.7.1 Approve Release Decisions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.1)
  2.7.2 Approve Release with Post-Release Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.2)
  2.7.3 Conduct a Home Study Before a Final Release Decision Can Be Made (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.3)
  2.7.4 Deny Release Request (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.4)
  2.7.5 Remand Release Request – Decision Pending (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.5)
  2.7.6 Issues Related to Recommendations and Decisions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.6)
  2.7.7 Notification of Denial (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.7)
  2.7.8 Appeal of Release Denial (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.7.8)

2.8 Release from ORR Custody (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8)
  2.8.1 After Care Planning (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8.1)
  2.8.2 Transfer of Physical Custody (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8.2)
  2.8.3 Closing the Case File (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8.3)

   2.8.4 Safety and Well Being Follow Up Call (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8.4)

   2.8.5 Post-Release Services for UAC with Zika Virus Disease or Infection (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8.5)

   2.8.6 Release for Children with Legal Immigration Status (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.8.6)

2.9 Bond Hearings for Unaccompanied Alien Children (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-2#2.9)

**Section 3: Services**

3.1 Summary of Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.1)

3.2 Care Provider Admissions and Orientation for Unaccompanied Alien Children (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.2)

   3.2.1 Admissions for Unaccompanied Alien Children (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.2.1)

   3.2.2 Orientation (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.2.2)

3.3   Care Provider Required Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3)

   3.3.1 UAC Assessment and Case Review (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.1)

   3.3.2 Long Term and Concurrent Planning (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.2)

   3.3.3 Screening for Child Trafficking and Services for Victims (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.3)

   3.3.4 Safety Planning (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.4)

   3.3.5 Academic Educational Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.5)

   3.3.6 Independent Living and Vocational Educational Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.6)

   3.3.7 Services Related to Culture, Language, and Religious Observation (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.7)

   3.3.8 Recreation and Leisure Time Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.8)

   3.3.9 Nutritional Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.9)

   3.3.10 Telephone Calls, Visitation, and Mail (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.10)

   3.3.11 Clothing and Personal Grooming (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.11)

   3.3.12 Assignment of Chores (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.12)

   3.3.13 Behavior Management (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.13)

   3.3.14 Transportation Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.14)

   3.3.15 Use of Restraints or Seclusion in Emergency Safety Situations In Residential Treatment Centers (RTCs) (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.15)

   3.3.16 Notification and Reporting of the Death of an Unaccompanied Alien Child (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.16)

   3.3.17 Use of Restraints during Transport and in Immigration Court (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.17)

   3.3.18 Restraints in Immigration Court and Asylum Interviews (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.3.18)

3.4 Medical Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4)

   3.4.1 Health Care Eligibility and General Standards (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.1)

   3.4.2 Initial Medical Examination (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-

3#3.4.2)

   3.4.3 Requests for Health Care Services (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.3)

   3.4.4 Medication Administration and Management (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.4)

   3.4.5 Responding to Medical Emergencies (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.5)

   3.4.6 Management of Communicable Diseases (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.6)

   3.4.7 Maintaining Health Care Records and Confidentiality (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.6)

   3.4.8 Medical Clearance Prior to Release or Transfer (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.8)

   3.4.9 Provider Reimbursement (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.4.9)

3.5 Guiding Principles for the Care of Unaccompanied Alien Children Who are LGBTQI (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.5)

   3.5.1 Zero Tolerance for Discrimination and Harassment (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.5.1)

   3.5.2 Prohibition on Segregation and Isolation (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.5.2)

   3.5.3 Confidentiality with Regard to Sexual Orientation and Gender Identity (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.5.3)

   3.5.4 Housing (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.5.4)

   3.5.5 Restroom and Dressing Area Accommodations (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.5.5)

3.6 ORR Long Term Foster Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.6)

   3.6.1 ORR Long Term Foster Care Service Provision (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.6.1)

   3.6.2 Change in Placements while in ORR Long Term Foster Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.6.2)

   3.6.3 Additional Questions and Answers about this Topic (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-3#3.6.3)

**Section 4: Preventing, Detecting, and Responding to Sexual Abuse and Harassment**

4.1 Definitions (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.1)

   4.1.1 Sexual Abuse (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.1.1)

   4.1.2 Voyeurism (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.1.2)

   4.1.3 Sexual Harassment (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.1.3)

   4.1.4 Inappropriate Sexual Behavior (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.1.4)

   4.1.5 Questions and Answers about the Definitions (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.1.5)

4.2 Zero Tolerance Policy (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.2)

   4.2.1 Application (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.2.1)

   4.2.2 Care Provider Requirements (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.2.2)

4.3 Personnel (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3)

   4.3.1 Prevention of Sexual Abuse Coordinator and Compliance Manager (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.1) (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.1)

   4.3.2 Applicant Screening (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.2)

   4.3.3 Employee Background Investigations (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.3)

   4.3.4 Hiring Decisions (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.4)

  4.3.5 Staff Code of Conduct (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.5)
  4.3.6 Staff Training (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.6)
  4.3.7 Employee Performance Evaluations and Promotion Decisions (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.7)
  4.3.8 Disciplinary Sanctions and Corrective Actions (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.8)
  4.3.9 Questions and Answers (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.3.9)

4.4 Staffing and Supervision (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.4)
  4.4.1 Staffing Levels (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.4.1)
  4.4.2 Staffing Plans and Video Monitoring Restrictions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.4.2)
  4.4.3 Searches of Children and Youth (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.4.3)
  4.4.4 Upgrades to Facilities and Technologies (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.4.4)

4.5  Responsive Planning (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.5)
  4.5.1 Access to Community Service Providers and Resources (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.5.1)
  4.5.2 Forensic Medical Examinations (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.5.2)

4.6 Coordinated Response (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.6)
  4.6.1 Coordinated Response Policies and Procedures (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.6.1)
  4.6.2 Responder Duties (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.6.2)
  4.6.3 Protecting Children and Youth (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.6.3)
  4.6.4 Interventions for Children or Youth Who Engage in Sexual Abuse (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.6.4)

4.7 Educating Children and Youth (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.7)
  4.7.1 Educating Children and Youth on Sexual Abuse and Sexual Harassment (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.7.1)
  4.7.2 Bulletin Board Postings (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.7.2)
  4.7.3 Pamphlets on Sexual Abuse and Harassment (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.7.3)

4.8 Assessment for Risk (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.8)
  4.8.1 Assessment for Risk (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.8.1)
  4.8.2 Use of Assessment Information (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.8.2)

4.9 Medical and Mental Health Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.9)
  4.9.1 Emergency Medical and Mental Health Care Services Following an Incident of Sexual Abuse (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.9.1)
  4.9.2 Medical Services for Victims at Risk of Pregnancy (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.9.2)
  4.9.3 Ongoing Medical and Mental Health Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.9.3)
  4.9.4 Religious Objections (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.9.4)

4.10 Reporting and Follow-up (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10)

    4.10.1 Methods for Children and Youth to Report (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10.1)
    4.10.2 Care Provider Reporting Requirements (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10.2)
    4.10.3 Sexual Abuse and Harassment Follow-up (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10.3)
    4.10.4 Notification and Access to Attorneys/Legal Representatives and Families (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10.4)
    4.10.5 Confidentiality (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10.5)
    4.10.6 UAC Sexual Abuse Hotline (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.10.6)

  4.11 Incident Reviews and Data Collection (http://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.11)
    4.11.1 Incident Reviews (http://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.11.1)

  4.12 Compliance Audits (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.12)
    4.12.1 Compliance Audit Process (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.12.1)
    4.12.2 Care Provider Facilities Requirements (http://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.12.2)
    4.12.3 Auditor Certification (http://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-4#4.12.3)

**Section 5: Program Management**

  5.1 Responding to Inquiries from the Media (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.1)
    5.1.1 Policies for ORR Grantees (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.1.1)
    5.1.2 How ORR Responds to Press Inquiries (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.1.2)
    5.1.3 Requests to Interview a Specific Child (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.1.3)
    5.1.4 Requests to Visit a Facility (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.1.4)
    5.1.5 Requests for General Information and Data (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.1.5)

  5.2 ORR Policies on Requests to Visit ORR Care Provider Facilities (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.2)
    5.2.1 Evaluation Criteria (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.2.1)
    5.2.2 Special Arrangements (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.2.2)
    5.2.3 Protocol for Tours of Care Provider Facilities (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.2.3)
    5.2.4 Congressional Visits (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.2.4)

  5.3 Testimony by Employees and Production of Documents Where the United States is Not a Party (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.3)
    5.3.1 Care Provider Testimony and Views (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.3.1)
    5.3.2 Confidentiality of Information (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.3.2)
    5.3.3 Release of Records Without Prior Approval (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.3.3)

  5.4 ORR Policies on Communication and Interaction with Consulates (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4)
    5.4.1 Notifications to Consulates (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.1)
    5.4.2 Right of UAC to Contact and Meet with the Consulate (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.2)

5.4.3 Consulate Officials: Access to Their Citizens and ORR Care Provider Facilities (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.3)

5.4.4 Visitation (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.4)

5.4.5 Information Requests (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.5)

5.4.6 Documentation (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.6)

5.4.7 ORR and Consulate Joint Activities (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.4.7)

5.5 ORR Monitoring and Compliance (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.5)

5.5.1 ORR Monitoring Activities (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.5.1)

5.5.2 Follow Up and Corrective Actions (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.5.2)

5.5.3 Foster Care Monitoring (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.5.3)

5.5.4 Abuse Review Team (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.5.4)

5.5.5 Care Provider Internal Program Monitoring, Evaluation, and Quality Assurance (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.5.5)

5.6 Reporting and Record Keeping (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.6)

5.6.1 Program Reporting Requirements (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.6.1)

5.6.2 Maintaining Case Files (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.6.2)

5.6.3 Record Management, Retention and Safekeeping (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.6.3)

5.7 Policies to Protect Sponsors from Fraud (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.7)

5.7.1 ORR Efforts to Help Prevent Fraud (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.7.1)

5.7.2 Responding to Fraud Attempts (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.7.2)

5.8 Significant Incident Reports and Notification Requirements (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8)

5.8.1 Emergency Incidents (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.1)

5.8.2 Significant Incidents (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.2)

5.8.3 Allegations of Sexual Abuse and Harassment in ORR Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.3)

5.8.4 Allegations of Abuse that Occurred in DHS Custody (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.4)

5.8.5 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.5)Reporting SIRs to DHS (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.5)

5.8.6 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.6)Allegations of Past Abuse that Occurred Outside the United States (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.6)

5.8.7 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.7)Allegations of Past Abuse that Occurred Inside the United States (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.7)

5.8.8 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.8)SIR Addendums (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.8)

5.8.9 (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.9)Notification to Attorneys/Legal Representatives, Child Advocates, Families, and Sponsors (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.8.9)

5.9 Sharing Information with Local Communities (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-5#5.9)

## Section 6: Resources and Services Available After Release from ORR Care

6.1  Summary of Resources and Services Available After Release from ORR Care (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.1)

6.2 Post Release Services (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.2)
   6.2.1 Levels of Post Release Services (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.2.1)
   6.2.2 Post Release Service Areas (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.2.2)
   6.2.3 Timeframe for Post Release Services (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.2.3)
   6.2.4 Post Release Service Providers: Case Reporting (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.2.4)
   6.2.5 Post Release Service Records Management, Retention and Information Sharing (http://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.2.5)

6.4 ORR National Call Center (https://www.acf.hhs.gov/programs/orr/resource/children-entering-the-united-states-unaccompanied-section-6#6.4)

## Section 7: Policies for Influx Care Facilities

7.1 Overview (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.1)

7.2 Placement into Influx Care Facilities (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.2)
   7.2.1 Criteria for Placement (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.2.1)
   7.2.2 Operational Capacity (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.2.2)

7.3 Transfers during an Influx (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.3)

7.4 Influx Care Facility Admissions and Orientation (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.4)

7.5 Influx Care Facility Required Services (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.5)
   7.5.1 Influx Care Facility Minimum Services (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.5.1)
   7.5.2 Influx Care Facility Medical Services (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.5.2)

7.6 Temporary Waivers for Influx Care Facilities (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.6)
   7.6.1 Notifications to Congress of Waivers (https://www.acf.hhs.gov/orr/resource/children-entering-the-united-states-unaccompanied-section-7#7.6.1)

7.7 Influx Care Facility Staffing Levels (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.7)

7.8 Influx Care Facility Federal Staffing Plan (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.8)

7.9 Requests to Visit Influx Care Facilities (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.9)

7.10 Influx Care Facility Monitoring (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.10)

7.11 Agreements with Federal, State, and/or Local Security Providers (https://www.acf.hhs.gov/orr/resource/policies-for-influx-care-facilities-section-7#7.11)

Last Reviewed: December 20, 2019