UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | March 26, 2020 |

Title *Jenny L Flores v. William P. Barr*

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Not Present | Not Present |

**Proceedings: IN CHAMBERS – ORDER SETTING VIDEOCONFERENCE**

      The Court has reviewed and considered Plaintiffs' Ex Parte Application for a Temporary Restraining Order [Doc. # 733]. The Court will conduct a videoconference on this matter on **March 27, 2020 at 2:00 p.m.** Counsel shall contact the courtroom deputy clerk at dmg_chambers@cacd.uscourts.gov forthwith to receive the videoconference link.

IT IS SO ORDERED.