JOSEPH H. HUNT
Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 616-0473
    Fax:  (202) 305-7000
    Email:  Nicole.murley@usdoj.gov

KATELYN MASETTA-ALVAREZ
DAVID BYERLEY
Trial Attorneys
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>LORETTA LYNCH, Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**Defendants' Ex Parte Application to Expand Page Limit;**<br><br>**Memorandum of Points and Authorities;**<br><br>**Declaration;**<br><br>**[PROPOSED] Order.** |

**Defendants' Ex Parte Application To Expand Page Limit**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court expanding the page limit for Defendants' Response in Opposition to Plaintiffs' Motion for a Temporary Restraining Order by eighteen (18) pages.

Defendants request this expansion of the page limit for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email on March 27, 2020 to request counsel's position on this request, but have received no response.

///

///

///

DATED: March 27, 2020  Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 616-0473
    Fax: (202) 305-7000
    Email: Nicole.n.murley@usdoj.gov

*Attorneys for Defendants*

## Memorandum of Points and Authorities

Defendants hereby respectfully request that the Court expand the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce by eighteen (18) pages. Defendants request this expansion because of the significant number of evidentiary allegations that Plaintiffs have submitted, to which Defendants are seeking to respond.

Because these allegations are varied and involve statements from a large number of declarants on a variety of issues, Defendants' responses to Plaintiffs claims and allegations cannot easily be consolidated or limited, especially within the *de facto* required response time of less than one day. Therefore, Defendants request that the Court grant them an additional eighteen (18) pages in order to more fully respond to Plaintiffs' claims and allegations. *See also* Declaration of Nicole N. Murley, attached hereto.

///

///

///

DATED: March 27, 2020 Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel: (202) 616-0473
    Fax: (202) 305-7000
    Email: Nicole.n.murley@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants

-1-