**DECLARATION OF NICOLE N. MURLEY**

I, NICOLE N. MURLEY, declare:

1. I am a Senior Litigation Counsel with the U.S. Department of Justice, and am assigned to handle the instant case. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. Defendants ask the Court to expand the page limit for Defendants' Response in Opposition to Plaintiffs' Motion for a Temporary Restraining Order ("Motion") by eighteen (18) pages. Defendants request this expansion for the following reasons.

3. In their Motion, Plaintiffs have raised multiple claims against the government regarding the operations of the U.S. Department of Health and Human Services and the U.S. Department of Homeland Security nationwide. Plaintiffs also have filed a substantial number of declarations in support of their claims.

4. Defendants must respond to both the factual and legal allegations in Plaintiffs' Motion, and because of the varied nature of Plaintiffs' claims and factual assertions, it is not possible to consolidate these responses.

5. The undersigned has made every effort to keep the Government's opposition brief to the 25-page limitation, but despite several rounds of editing, it has proven very difficult to reduce the brief to that page limit under these circumstances. Therefore, Defendants request that the Court

grant them an additional eighteen (18) pages to respond to these claims.

6.  On March 27, 2020, I reached out to Plaintiffs' counsel regarding their position on Defendants' request to expand the page limit, but I have received no response to my inquiry.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on March 27, 2020 at Washington, D.C.

/s/ Nicole N. Murley
NICOLE N. MURLEY

2