# DEFENDANTS'

# EXHIBIT D

**DRAFT COVID-19 INTERIM GUIDANCE FOR ORR PROGRAMS**

Dear Colleagues –

We are providing interim preparedness and response guidance for coronavirus disease 2019 (COVID-19). This guidance is based on the Centers for Disease Control and Prevention (CDC) recommendations and is adapted for the UAC Program. This is a rapidly evolving situation, and updated guidance may be released in the future, as necessary.

Further guidance on UAC Portal documentation requirements regarding COVID-19 will be distributed in the near future.

Please carefully review the information below, and email DCSMedical@acf.hhs.gov with any questions.

**CDC Situation Summary**

See: https://www.cdc.gov/coronavirus/2019-ncov/summary.html

An outbreak of respiratory illness caused by a novel (new) coronavirus was first detected in Wuhan City, Hubei Province, China. Tens of thousands of corona virus disease 2019 (COVID-19) cases have been reported in China, with the virus reportedly spreading from person-to-person in parts of the country. Cases of COVID-19, are also being reported in other countries, including the United States. On January 30, 2020, the World Health Organization declared the outbreak a public health emergency of international concern.

Please refer to the CDC website for up-to-date information on COVID-19, including what is currently known about transmission, symptoms, and prevention efforts.
https://www.cdc.gov/coronavirus/2019-ncov/about/index.html

**Symptoms of COVID-19**
Reported illnesses have ranged from mild symptoms to severe illness. Symptoms may appear 2–14 days after exposure and can include:
- Fever
- Cough
- Shortness of breath

**ORR's Division of Health for Unaccompanied Children (DHUC) Response**
- DHUC is closely monitoring COVID-19 information and CDC-issued guidance.
- DHUC, in collaboration with the Department of Homeland Security/Customs and Border Protection (DHS/CBP) and the ORR Intakes Team, are monitoring when an unaccompanied alien child from a high-risk location as designated by CDC (see list below) is initially referred to ORR care. Subsequently, DHUC will notify and provide guidance to ORR care providers of those children referred for care and custody. Care providers will notify state and local health departments.

**General communicable disease prevention and control measures that are already in place across ORR programs that will aid in COVID-19 response**

- All ORR care providers document a child's travel history in the *Initial Intakes Assessment* and the *UAC Assessment*.
- The health of all UAC in care is routinely assessed by a licensed medical provider during the Initial Medical Exam (IME).
- All ORR care providers must have the ability to medically isolate or quarantine a child in a room to prevent contact with other children. Ideally, this room will be linked to a private bathroom.
- All ORR care providers must educate staff and children on hand-hygiene and respiratory etiquette.
- All ORR care providers must routinely have children with respiratory disease (e.g., influenza) wear a mask when not in an isolation room, such as when visiting a healthcare facility.
- All ORR care providers have a designated way to report potentially reportable diseases to their state or local health department. This same reporting structure is used for COVID-19.

**COVID-19 Specific Guidance to ORR Care Providers**

**1. Identification of Risk**
- Review jurisdiction-specific COVID-19 guidance from your state or local health department.
- Any child found to be at possible risk for COVID-19 based on travel history or contact with a known case must be flagged to DHUC via email within 4 hours to: DCSMedical@acf.hhs.gov.
- Information on the child's location of origin and travel history. The following UAC Portal data fields are used to help determine the child's epidemiologic risk:
    - *Initial Intakes Assessment*: 1) date of departure from home country; 2) date of arrival in the U.S.
    - *UAC Assessment*: 1) Additional UAC Info Tab - City of Origin, Neighborhood of Origin (be as specific as the child can provide); 2) Journey and Apprehension Tab- When did you leave your home country (month, day, year)? How long did the trip take? How did you get to the U.S.? Who did you travel with?
    - ORR/DHUC should be notified if any child is discovered to have been in one of the following countries in the 14 days prior to entering the United States:
        - China
        - Iran
        - Italy
        - Japan
        - South Korea
        - A current list can be found at this link under, "Affected Geographic Areas with Widespread or Sustained Community Transmission": https://www.cdc.gov/coronavirus/2019-nCoV/hcp/clinical-criteria.html

**2**. **Response**
- If a child is found to be at risk for COVID-19 exposure and does NOT have symptoms of respiratory disease:
    - The child must be placed into a private room with a closed door and access to a bathroom (preferably a private bathroom not used by other staff or children).
    - Notify the state or local health department immediately for additional guidance on risk assessment, symptom monitoring, and quarantine.
    - Notify DHUC immediately via an email to DCSMedical@acf.hhs.gov for additional guidance on risk assessment, symptom monitoring, and quarantine.

Case 2:18-cv-05741-DMG-PLA   Document 230-2   Filed 03/27/20   Page 4 of 4   Page ID #:5566

- o Quarantine must be maintained until the child is cleared by the health department and DHUC.
- o The child CANNOT be transferred or discharged until cleared by the health department and DHUC.
- o Program staff will provide the child notice of the quarantine requirement and address questions or concerns the child may have about medical isolation, as well as potential delays to anticipated transfers or discharge plans.

- If a child is found to be at risk for COVID-19 and HAS symptoms of respiratory disease:
    - o Isolate the child in a negative pressure isolation room. If a negative pressure room is not available, place the child in a private room with a closed door access to a bathroom (preferably a private bathroom not used by other staff or children).
    - o Notify the state or local health department immediately for additional guidance.
    - o Notify DHUC immediately via an email to DCSMedical@acf.hhs.gov for additional guidance.
    - o Personnel entering the room should use standard precautions, contact precautions, airborne precautions (e.g., N95 respirator), and eye protection (e.g., goggles or a face shield).
    - o Ensure the child wears a plain surgical mask if he or she leaves the isolation room (e.g., to the bathroom or to go to a medical appointment).
    - o If the child must be transported to a health clinic or facility, notify the local health department for guidance. Additionally, call ahead to the medical facility and notify them of the situation. This will ensure they can be ready with the necessary infection control measures.
    - o Maintain isolation until cleared by the health department and DHUC.
    - o The child CANNOT be transferred or discharged until cleared by the state or local health department and DHUC.
    - o Program staff will provide the child notice of the quarantine requirement and address questions or concerns the child may have about medical isolation, as well as potential delays to anticipated transfers or discharge plans.

**All CDC guidance can be found at:**
https://www.cdc.gov/coronavirus/2019-ncov/index.html