# DEFENDANTS'

# EXHIBIT E

| | |
|---|---|
| **From:** | |
| **To:** | ORR DUCO - All Staff |
| **Subject:** | FW: DHUC Dispatch: Documenting Suspect/Confirmed COVID-19 Patients and Exposures in the UAC Portal |
| **Date:** | Friday, March 13, 2020 12:31:57 PM |
| **Attachments:** | COVID-19 Guidance_Initial Medical Exam Documentation_03132020.pdf |
| | COVID-19 Guidance_ Contact Investigation Documentation_03132020.pdf |
| **Importance:** | High |

FYI - The message below was just sent to all programs.

POs – Please forward to your new programs that may not have made it onto the Distribution List yet. Thanks!

_____

**From:**               (ACF)
**Sent:** Friday, March 13, 2020 12:26 PM
**Subject:** DHUC Dispatch: Documenting Suspect/Confirmed COVID-19 Patients and Exposures in the UAC Portal
**Importance:** High

Dear Colleagues,

In response to the COVID-19 pandemic, new fields have been added to the Initial Medical Exam, Medical Complaint and Update Visit forms in the Health tab of the UAC Portal. In addition, a new Contact Investigation form has been created to capture COVID-19 exposures. Please ensure that program staff follow this guidance as correct and complete data is critical in order for ORR to track disease transmission.

Please enter reports into the Health tab based on the following:

• If a minor is suspected of having COVID-19 at the IME because of symptom presentation (fever, cough, shortness of breath) AND an exposure (travel from a country with increased risk and/or contact with a COVID-19 patient), follow the guidance on UAC Portal documentation in the attached document titled ***COVID-19 Guidance: Initial Medical Exam Documentation.***

• If a minor is asymptomatic, but reports travel from or through a country with increased risk within the past 14 days OR a potential exposure to a confirmed COVID-19 patient, follow the guidance for UAC Portal documentation in the attached document titled ***COVID-19 Guidance: Contact Investigation Documentation.*** The document has two sections – Part A covers potential exposures through travel history and/or contact with a non-UAC COVID-19 patient and Part B covers potential exposures to a UAC diagnosed with COVID-19 at your program.

As the COVID-19 pandemic evolves, updated guidance on documentation will be sent to program staff.

Please contact DHUC with questions or concerns, DCSMedical@acf.hhs.gov.

Thank you!


, MPH

Epidemiologist

Office of Refugee Resettlement

Divison of Health for Unaccompanied Children

Mobile #: 2

## COVID-19 Guidance: Initial Medical Exam Documentation

If a UAC in ORR custody is suspected of having COVID-19 at the IME due to symptom presentation (fever, cough, shortness of breath) and exposure (travel from a country with increased risk and/or contact with a COVID-19 patient):

1) Enter the UAC's travel history, as reported to the healthcare provider (HCP) performing the initial medical exam (IME), into the field labeled "Travel history (countries visited, date of arrival and departure for each)" in the **History and Physical Assessment** section. Enter each country, including country of origin, and the dates of arrival and departure for each. NOTE: If the minor reported travel history during a previous ORR assessment (e.g., UAC assessment), provide this information to the HCP before the IME begins.



Case 2:85-cv-04544-DMG-AGR   Document 736-3   Filed 03/27/20   Page 5 of 18   Page ID
#:34362
Case 2:18-cv-05741-DMG-PLA   Document 230-3   Filed 03/27/20   Page 5 of 18   Page ID
#:5311

2) Document signs/symptoms reported by the UAC or as observed and reported by the ORR care provider or foster parents to the HCP during the exam in the **Review of Systems (ROS)** field. Ensure that the HCP addresses all signs/symptoms reported by the child or caregiver during the IME and obtains an accurate, or best estimate, onset date for each sign/symptom.



3) Check the "COVID-19" option under the "Potentially Reportable Infectious Disease" category in the **Working Diagnosis** field. Do <u>NOT</u> check "Other" and write in different versions of the COVID-19 diagnosis (e.g., R/O Coronavirus, suspect COVID, COVID-19 exposure).

Select "COVID-19" as a working diagnosis even if the HCP believes it is low on the differential. As with other conditions listed in the "Potentially Reportable Infectious Disease" category, an auto-notification will be sent to DHUC.

**Assessment and Plan**
Working Diagnosis:
Child without new complaints, symptoms, diagnoses/conditions; no prescription medications or referrals needed: ● No ○ Yes
Check all that apply. If "Other" is selected, specify in the space provided.  [Expand All]

- General/Constitutional
- HEENT
- Respiratory/Pulmonary [Not TB, see Potentially Reportable Infectious Disease]
- Cardiovascular
- Gastrointestinal
- Genito-urinary/Reproductive (Pregnancy, UTI, etc.)
- Neurological
- Skin/Hair
- Potentially Reportable Infectious Disease
  - ☐ Acute hepatitis A            ☐ Measles
  - ☐ Acute/chronic hepatitis B    ☐ Mumps
  - ☐ Acute/chronic hepatitis C    ☐ Pertussis (whooping cough)
  - ☐ Chikungunya                  ☐ Rubella
  - ☐ Chlamydia                    ☐ Sepsis/Meningitis
  - ☑ COVID-19    ←                ☐ Syphilis
  - ☐ Dengue                       ☐ TB
  - ☐ Gonorrhea                    ☐ Typhoid fever
  - ☐ HIV                          ☐ Varicella (chickenpox)
  - ☐ Malaria                      ☐ Zika Virus
  - ☐ Viral hemorrhagic fever    Specify: [_____]
  - ☐ Other    Specify: [_____]
- Abuse
- Injury
- Other
- Behavioral and Mental Health Concerns

4) Enter all diagnostic testing related to the COVID-19 diagnosis into the **Potentially Reportable Infectious Disease (Non-TB) Lab Testing** section on the day the specimens were collected. Select "COVID-19" from the **Disease Tested** dropdown. Enter the date the specimen was collected and the source. Select "PCR" in the **Test** column. Update the **Result** field from "Pending" once the results come back from the lab. Contact DHUC for assistance with interpreting lab results.

| Potentially Reportable Infectious Disease (Non-TB) Lab Testing | | | | |
|---|---|---|---|---|
| Disease Tested | Specimen Date | Specimen Source | Test | Result |
| COVID-19 | 3/10/2020 | Sputum | PCR | Pending |
| COVID-19 | 3/10/2020 | Nasopharyngeal (NP) or Throat | PCR | Pending |

5) If DHUC concurs that the lab results validate the COVID-19 diagnosis, confirm the diagnosis in the **Case Wrap-Up** panel. Enter the plan details, medications, and public health interventions (e.g., quarantine/isolation, delayed discharge). Notify DHUC if a child's discharge is delayed for any health reason, including COVID-19. If the lab results are negative, contact DHUC for guidance on documentation requirements, DCSMedical@acf.hhs.gov.



6) A confirmed COVID-19 diagnosis will generate an **Illness of Public Health Concern** panel in which public health interventions and potentially exposed UAC contacts should be entered. Click on the Edit icon in the **Options** column.



7) Complete the top three questions on "public health interventions" – Health department notification, number of staff exposed, and delayed/postponed discharge. If other UACs were exposed to the UAC patient, enter a Contact Investigation report for each. Refer to part B of the document titled, **COVID-19 Guidance: Contact Investigation Documentation** for detailed instructions. NOTE: Notify DHUC before intakes is stopped for a health-related reason.



8) Upload all documentation (e.g., office notes, lab results) to the **Files** section of the report. Be specific in the "File Name" field, select the corresponding "File Type" and enter relevant details in the "File Description" field. NOTE: Remove commas from the document's name before uploading to the UAC Portal.



## COVID-19 Guidance: Contact Investigation Documentation

A. Asymptomatic UAC potentially exposed to COVID-19 through travel from or through a country with widespread or ongoing transmission of COVID-19 within the past 14 days or through contact with a non-UAC COVID-19 patient:

1) On the UAC Health screen, click on the "+" sign next to the **Contact Investigations** header to expand the section. Click on the "Add New" button.



2) Select "COVID-19" from the **Disease** dropdown and click on the "Next" button.



3) Complete all fields in the Contact Investigation form. Specify the source of exposure in the field "Relationship to case":
   - If the minor travelled from or through a country with widespread or ongoing transmission of COVID-19 within the past 14 days, type "Travel history includes a country at risk for COVID-19 exposure" exactly as written and enter the country name in parentheses. For example, "Travel history includes a country at risk for COVID-19 exposure (Italy)".
   - If the minor was potentially exposed to a confirmed COVID-19 patient who was not a UAC in your program, enter "Contact with a non-UAC COVID-19 patient" and enter the relationship in parentheses. For example, "Contact with a non-UAC COVID-19 patient (program staff member)".

- If the minor was potentially exposed through travel and contact with a non-UAC COVID-19 patient, write both of the above statements and separate with a semi-colon. For example, "Travel history includes a country at risk for COVID-19 exposure (China, Iran); Contact with a non-UAC COVID-19 patient (foster parent)".

In the field "Date of first exposure to case", enter the **LAST** date of exposure to the country with widespread or ongoing transmission/COVID-19 patient. For quarantine purposes, it is important to capture the day of last exposure. Enter medications, immunizations, lab testing, and public health interventions (e.g., quarantine, delayed discharge).

The field, "Outcome of ORR contact investigation" has four options – *Pending, Cleared, Incomplete evaluation*, and *Diagnosed with illness*. Select based on the following:

- *Pending*: Minor is in quarantine.
- *Incomplete evaluation*: Minor is lost to follow-up prior to the end of the quarantine period (e.g., runaway, picked up by ICE).
- *Cleared*: Minor remained asymptomatic for the entirety of the quarantine period and has been medically cleared by the health department and DHUC.
- *Diagnosed with illness*: Minor developed related signs/symptoms and was diagnosed with COVID-19. A Medical Complaint must also be entered to capture the COVID-19 diagnosis and potential exposures. Refer to steps 2 through 7 in the document, **COVID-19 Guidance: Initial Medical Exam Documentation** for detailed instructions. NOTE: An auto-notification will be sent to DHUC.

Remember to update the "Outcome of ORR contact investigation" with the final outcome (i.e., the Outcome should not be left as *Pending*).



B.  Asymptomatic UAC potentially exposed to a UAC with COVID-19 in your program:

1) If other UACs were potentially exposed to a UAC-patient with confirmed COVID-19, enter the contacts through the COVID-19 patient's **Illness of Public Health Concern** panel in the IME. Click on the Edit icon in the **Options** column to open the panel.



2) Add a contact by clicking the "Add New" link in the **Exposures** header. NOTE: Discharged UAC who are identified as potentially exposed can be entered up to 45 days after release/transfer.



3) Enter the minor's A# and click on the "Search" button. When the correct minor displays, click on the circle in the **Select** column and click the "Save" button. Repeat this step for every contact.



4) After all contacts have been added, click on the Edit icon in the **Contact Investigation** column of the first contact to display the Contact Investigation form.



Case 2:18-cv-05741-DMG-PLA   Document 230-3   Filed 03/27/20   Page 16 of 18   Page ID
#:5322

5) Complete the entire form. Enter the "Relationship to the case" while at your program. In the field "Date of first exposure to case", enter the <u>**LAST**</u> date of exposure to the country with widespread or ongoing transmission/COVID-19 patient. For quarantine purposes, it is important to capture the day of <u>last</u> exposure. Enter medications, immunizations, lab testing, and public health interventions (e.g., quarantine, delayed discharge).

The field, "Outcome of ORR contact investigation" has four options – *Pending, Cleared, Incomplete evaluation*, and *Diagnosed with illness*. Select based on the following:

- *Pending*: Minor is in quarantine.
- *Incomplete evaluation*: Minor is lost to follow-up prior to the end of the quarantine period (e.g., runaway, picked up by ICE).
- *Cleared*: Minor remained asymptomatic for the entirety of the quarantine period and has been medically cleared by the health department and DHUC.
- *Diagnosed with illness*: Minor developed related signs/symptoms and was diagnosed with COVID-19. A Medical Complaint must also be entered to capture the COVID-19 diagnosis and potential exposures. Refer to steps 2 through 7 in the document, **COVID-19 Guidance: Initial Medical Exam Documentation** for detailed instructions. NOTE: An auto-notification will be sent to DHUC.

Remember to update the "Outcome of ORR contact investigation" with the final outcome (i.e., the Outcome should not be left as *Pending*). NOTE: The Contact Investigation report can be accessed through the contact's UAC Health screen <u>and</u> the COVID-19 patient's Illness of Public Health Concern panel.

Case 2:18-cv-05741-DMG-PLA Document 230-3 Filed 03/27/20 Page 17 of 18 Page ID #:5323



Case 2:85-cv-04544-DMG-AGR   Document 736-3   Filed 03/27/20   Page 18 of 18   Page ID
#:34375
Case 2:18-cv-05741-DMG-PLA   Document 230-3   Filed 03/27/20   Page 18 of 18   Page ID
#:5324

6) After saving the Contact Investigation report, the system will automatically return to the COVID-19 patient's **Illness of Public Health Concern** panel. Complete the Contact Investigation form for each contact, answer the Health Department notification, number of exposed staff (if known), and delayed/postponed intakes fields at the top of the panel and click the "Save" button. NOTE: Notify DHUC <u>before</u> intakes is stopped for a health-related reason.

| Illness of Public Health Concern | | | | | |
|---|---|---|---|---|---|
| Disease: | COVID-19 | | | | |
| Health department notified by program: | ○ No ● Yes | | | | |
| Number of staff members exposed to case: | 5 | | | | |
| Intakes delayed/postponed because of this diagnosis: | ○ No ● Yes | | | | |

**Exposures** — Add New
Click the 'Add New' button to add a Contact Investigation report for each UAC who was potentially exposed

| A# | First Name | Last Name | Outcome of Contact Investigation | Contact Investigation |
|---|---|---|---|---|
| 999999111 | Porgram A0 | Test User | Pending | 📝 |

**Clusters**

| Cluster ID | A# | First Name | Last Name |
|---|---|---|---|
| 746 | 999111222 | DemoUser11 | FAKE |

>| Save    >| Cancel