# DEFENDANTS'

# EXHIBIT D

| | |
|---|---|
| **From:** | UAC_COVID-19 (ACF) |
| **Subject:** | RESPONSE REQUIRED: Personal protective equipment capacity for COVID-19 preparedness |
| **Date:** | Friday, March 13, 2020 7:22:42 PM |
| **Attachments:** | PPE_Capacity_v20200313_Final.xlsx |
| **Importance:** | High |

Dear Colleague –

As one step in the continued preparation and response to the COVID-19 pandemic, please take the time to evaluate your program's supply of personal protective equipment, sanitation supplies, and the number of staff who might be required to use them. Please use the attached spreadsheet (columns A through Z) to return this information about your program to ORR **by close of business on TUESDAY, March 17th.**

We know that many programs might have their own method of tracking this information, but we aim to use this information to better support programs.

Thank you for your continued efforts in protecting unaccompanied children and yourselves from COVID-19.

Unaccompanied Children Programs
Office of Refugee Resettlement
Administration for Children and Families
U.S. Department of Health and Human Services