# DEFENDANTS'

# EXHIBIT G

| | |
|---|---|
| From: | UAC Policy (ACF) |
| Subject: | ORR FIELD GUIDANCE: COVID-19 |
| Date: | Thursday, March 19, 2020 4:19:03 PM |
| Attachments: | UAC Temperature Tracker.xlsx |

**The below message was just sent to the UAC Care Provider Network.**

Dear ORR Care Provider:

ORR is issuing additional field guidance to all programs to take proactive measures and limit the spread of COVID-19. Effective immediately and until further notice ORR requires care providers to:

- **Take two (2) temperature checks of each child in their care daily (once in the morning and once in the evening), following appropriate thermometer disinfection and infection control procedures between each use.** Care providers must document children's temperatures in a master census temperature report to be updated twice daily. ORR recommends you maintain a spreadsheet or hard copy document with UAC's name, A# and dates which captures the child's temperature twice daily.

  Separately care providers report fevers to ORR Intakes at **Orrducs_Intakes@acf.hhs.gov**, **only** if a child has a temperature of 100° or above, and daily there after until no child(ren) have a temperature of 100° or above using the attached *UAC Temperature Tracker* spreadsheet. Care providers must password protect the *UAC Temperature Tracker* using the standard password when submitting the spreadsheet to ORR Intakes.

  If a child has a temperature above 100°, please also follow guidelines provided in the March 13th *COVID-19 Interim Guidance for ORR Programs* by submitting the "INTERIM COVID-10 Acute Respiratory Disease Transfer and Discharge Tracker".

- **Require any staff member or visitor to the care provide facility to undergo mandatory temperature checks prior to entering the facility.**

- **Further, ORR care providers are prohibited from allowing entry of any individual (except UAC in the process of admission) who meet any of the following criteria:**
    - A fever of above 100° or above;
    - Signs of symptoms of an acute respiratory infection, such as a cough, shortness of breath;
    - In the previous 14 days has had contact with someone with a confirmed diagnosis of COVID-19; is under investigation for COVID-19; or
    - In the previous 14 days has travelled internationally to countries with widespread, sustained community transmission. For updated information on affected countries, visit: https://www.cdc.gov/coronavirus/2019-nCoV/travelers/index.html

  If your state licensing agency or other health authority has more restrictive requirements please follow the state or locality requirements. However, please report those restrictions to your ORR Project Officer as soon as possible.

Your first master census temperature report must be created today. If you anticipate any problems please immediately contact your ORR Project Officer. Remember you are only required to submit the *UAC Temperature Tracker* if a UAC in your care has a fever of 100° or above.

Case 2:18-cv-05741-DMG-PLA Document 230-5 Filed 03/27/20 Page 3 of 3 Page ID #:34380

Thank you for your cooperation during this rapidly evolving time. Your assistance is vital to containing COVID-19 and protecting children, staff, and their families.