# DEFENDANTS'

# EXHIBIT L

Case 2:85-cv-04544-DMG-AGR   Document 736-10   Filed 03/27/20   Page 2 of 3   Page ID
#:34406
Case 2:18-cv-05741-DMG-PLA   Document 230-10   Filed 03/27/20   Page 2 of 3   Page ID
#:5535



**STATE OF CALIFORNIA—HEALTH AND HUMAN SERVICES AGENCY**
# DEPARTMENT OF SOCIAL SERVICES
744 P Street • Sacramento, CA 95814 • www.cdss.ca.gov



KIM JOHNSON
DIRECTOR

GAVIN NEWSOM
GOVERNOR

March 4, 2020                                                                 PIN 20-02-CRP

TO:             ALL LICENSED CHILDREN'S RESIDENTIAL FACILITIES

                *Original signed by Pamela Dickfoss*
FROM:    **PAMELA DICKFOSS**
                Deputy Director
                Community Care Licensing Division

SUBJECT:    **CORONAVIRUS INFORMATION AND GUIDELINES FOR CHILDREN'S RESIDENTIAL FACILITIES**

---

### Provider Information Notice (PIN) Summary

PIN 20-02-CRP provides information and guidance from the California Department of Public Health (CDPH) and Center for Disease Control and Prevention (CDC), for all children's residential facilities regarding the Coronavirus Disease 2019 (COVID-19).

---

The California Department of Public Health (CDPH), Center for Disease Control (CDC), and World Health Organization (WHO) have released information on the recent identification of the COVID-19.  The coronavirus itself is a large family of viruses that, while not new, have different strains.  The COVID-19 strain is a <u>newly identified</u> strain that causes respiratory illness similar to influenza.  The purpose of this PIN is to provide you with information relevant to residential settings.

To stop transmission of this virus, recommendations include to:
- avoid close contact with people who are sick,
- avoid touching your eyes, nose, and mouth,
- stay home when you are sick,
- cover your cough or sneeze with a tissue, then throw the tissue in the trash,

- clean and disinfect frequently touched objects and surfaces using a regular household cleaning spray or wipes.

Should you have reason to suspect an outbreak of COVID-19 in your facility, please contact your local health department **immediately**. Licensees are encouraged to have a plan in place, and ample supplies, to respond to a COVID-19 outbreak in their area. Follow plans for sheltering in place in circumstances where you may need to quarantine.

Children's Residential Program licensees are also required to report outbreaks to your Children's Residential Regional Office within the next working day during its normal business hours along with a written report within seven days of the occurrence per [Title 22 of the California Code of Regulations](), [80061(a)(H)](), [86561(a)(5)](), and [89361 (a)(5)]().

There are several resources available regarding COVID-19:
- General guidance on the COVID-19 can be found on the [CDPH web page]()
- Interim guidance for preventing the spread of COVID-19 in homes and residential communities can be found on the [CDC web page]().
- More information and new updates regarding COVID-19 can be found on the [WHO web page]().

If you have any questions, please contact your local [Children's Residential Regional Office]().