# DEFENDANTS'

# EXHIBIT M

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., et al ) | |
| ) | |
| Plaintiffs, ) | |
| ) No. 1:20-cv-00786 | |
| v. ) | |
| ) | |
| CHAD F. WOLF, et al., ) | |
| Defendants. ) | |

DECLARATION OF TAE D. JOHNSON

I, Tae D. Johnson, declare the following under 28 U.S.C. § 1746, and state that under penalty of perjury the following is true and correct to the best of my knowledge and belief:

I. **Personal Background**

1. I am currently employed by the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE) as the Deputy Executive Associate Director for Enforcement and Removal Operations (ERO). I have held this position since February 2020. As the Deputy Executive Associate Director, I am responsible for the oversight, direction, and coordination of ERO in its mission to identify, arrest, and remove aliens who present a danger to national security or are a risk to public safety, as well as those who enter the United States illegally or otherwise undermine the integrity of our immigration laws and our border control efforts. I manage a budget of approximately $4.4 billion and lead an organization of six headquarters Divisions: Enforcement, Removal, Custody Management, Field Operations, the ICE Health Service Corps (IHSC), and Operations Support. I also lead more than 7,600 employees assigned to 24 ERO field offices and 24 overseas locations.

1

2. From January 2011 to February 2020, I served as the Assistant Director for ERO's Custody Management Division (CMD), which provides policy and oversight for the administrative custody of about 40,000 detainees daily and roughly 500,000 detainees annually, at approximately 250 facilities nationwide, including three family residential shelters located in Texas and Pennsylvania.

3. I began my federal career in 1992 as a co-op student trainee with the former Immigration and Naturalization Service (INS), later serving as a detention enforcement officer, supervisory detention enforcement officer, supervisory immigration enforcement agent, and deportation officer with INS and ICE. Since 2007, I have been appointed to numerous policy and planning positions within ICE Headquarters, and I have provided general oversight and guidance to ERO Field Offices, ICE leadership, and other federal agencies in the implementation and administration of various detention and removal statutes, regulations, policies, and programs. Specifically, I have served as a Unit Chief of the Detention Standards Compliance Unit, Chief of Staff for the Office of Detention Policy and Planning, Special Assistant to the Assistant Secretary for ICE, and Deputy Chief of Staff for the Executive Associate Director for ERO.

## II. Overview of ERO

4. ICE is charged with enforcement of more than 400 federal statutes, and its mission is to protect the United States from the cross-border crime and illegal immigration that threaten national security and public safety through enforcement of the federal laws governing border control, customs, trade, and immigration. To carry out this mission, ICE focuses on enforcing federal immigration laws, preventing terrorism, and combating transnational criminal threats. As an operational program of ICE, ERO is responsible for the planning, management,

and direction of broad programs relating to the supervision, detention, and removal of aliens who are removable from the United States under the U.S. immigration laws.

5. Within ERO, CMD provides policy and oversight for the administrative custody of one of the most highly transient and diverse populations of any correctional or detention system in the world. CMD manages ICE detention operations efficiently and effectively to provide for the safety, security, and care of aliens detained in ICE custody.

6. Included within CMD's diverse portfolio is the Juvenile and Family Residential Management Unit (JFRMU). JFRMU, among other things, manages ICE Family Residential Program through three family residential centers (FRCs): The South Texas Family Residential Center in Dilley, Texas ("STFRC" or "Dilley"), the Karnes County Family Residential Center in Karnes City, Texas ("KCFRC" or "Karnes"), and the Berks Family Residential Center ("BFRC" or "Berks") in Leesport, Pennsylvania. FRCs are operated in a family-friendly environment where parents and children move about without restriction. Residents also receive medical and mental-health care as well as other developmentally and culturally supportive services. State-certified educators teach the school-age children in on-site classrooms. Each FRC is operated consistent with strict Family Residential Standards.

7. IHSC provides direct care to about 15,300 detainees daily, housed at 20 designated facilities throughout the Nation, including medical, dental, and mental health care, and public health services. IHSC also oversees care for more than 22,600 additional detainees housed at approximately 112 non-IHSC staffed detention facilities. IHSC ensures compliance with national health care standards at all detention facilities. Of the FRCs, only Berks and Dilley are staffed by IHSC. Direct medical care at Karnes is provided by contract personnel subject to IHSC oversight.

3

8. As a part of my official duties, I am familiar with the emergency petition for a temporary restraining order filed in *O.M.G. v. Wolf*, No. 1:20-cv-00786 (D.D.C. filed Mar. 21, 2020) in which Plaintiffs seek an order requiring the immediate release of all detainees at the three FRCs, implementation of "all protocols designed to prevent the transmission of" the novel coronavirus ("COVID-19"), and prohibiting "the placement of new families or other detainees in the FRCs until all protocols designed to prevent the transmission of COVID-19 have been implemented." I submit this declaration to explain the extensive and continuing actions ICE is already taking to protect FRC residents in response to this unprecedented pandemic. The information in this declaration is based upon my personal knowledge and experience as a law enforcement officer and on information provided to me in my official capacity. Due to the constantly evolving nature of this crisis, operational realities are fluid with new decisions being required on a regular basis. The information in this declaration is current and accurate as of the time I signed below.

### III. ERO's Efforts to Prevent COIVD-19 at Family Residential Centers

9. The health, welfare and safety of ICE detainees is one of the agency's highest priorities. Since the initial reports of COVID-19, ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to IHSC staff for the screening and management of potential exposure among detainees.

10. ICE continues to adapt and, through daily monitoring of the CDC website,[1] incorporates in its procedures any updates to the CDC's COVID-19 guidance, which is built upon well-established infectious disease monitoring and management protocols already in use by

---

[1] Specifically, ICE closely follows the CDC's general guidance at https://www.cdc.gov/coronavirus/2019-ncov/index.html, and its *Interim Guidance on Management of Coronavirus 2019 (COVID-19) in Correctional and Detention Facilities* at https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html.

4

the agency. In addition, ICE is actively working with state and local health partners to determine if any detainee requires additional testing or monitoring to combat the spread of the virus.

11. As of March 27, 2020, IHSC reported no cases of COVID-19 among residents or staff at any of its three Family Residential Centers.[2]

12. Nonetheless, as a precaution, both Karnes and Dilley FRCs are proactively reviewing cases involving pregnant females, adults over 50, and individuals otherwise identified by medical professional as high-risk (such as those with compromised immune systems) to determine whether release is a viable option. For example, the first named Plaintiff in this matter, O.M.G., was initially released from custody on January 28, 2019 on an order of recognizance. After failing to appear for an immigration court hearing, an immigration judge ordered her removed from the United States. Pursuant to that order, on February 5, 2020, ICE apprehended and detained her for removal. On March 19, 2020, ICE officers at Dilley proactively reviewed O.M.G.'s case in light of the current situation and determined that she and her child would be released on an order of supervision. However, ICE permitted her to remain at Dilley while she made arrangements for a sponsor and transportation. She was officially released on March 25, 2020.

13. On March 18, 2020, Berks suspended all intake of new residents.

14. In addition, the following protocols and procedures to limit the transmission and potential exposure of COVID-19 at FRCs have been or are being implemented:

**Karnes and South Texas (Dilley) Family Residential Centers:**

15. Both ICE employees and contract personnel are required to report any absences from work due to illness to Human Resources who will review the circumstances and determine

---

[2] As of the morning of March 27, 2020, ICE had confirmed that two total adult detainees in New Jersey had tested positive for COVID-19, one at the Bergen County Jail and one at the Essex County Correctional Facility.

the employees' eligibility to return to work. ERO reduced its onsite personnel by 50 percent, with the other 50 percent teleworking. All employees, including ICE, U.S. Citizenship and Immigration Services, and contract personnel entering the facility are screened pursuant to standards set by the CDC to prevent the community spread of COVID-19. ICE also disseminates handwashing and other CDC safety recommendations and instructions in both English and Spanish to all staff and residents.

16. ICE has increased oversight over the maintenance of multiple sanitizing stations throughout both facilities, including those available for residents to use in the medical areas and the lunch hall. Additional sanitation sites will be added to the common areas at Karnes. All sanitizing stations at both facilities are checked twice daily. In addition to existing sanitization stations, ICE also added multiple sanitizing stations at the entrance to the facilities with COVID-19 literature for staff and legal visitors.

17. Daily meetings are conducted at both facilities to discuss any changes to daily operations in light of COVID-19, including inventory of all Personal Protective Equipment (PPE) equipment.

18. ICE has mobilized additional cleaning teams to sanitize high-touch areas daily. ICE has also increased the frequency of cleaning and sanitization of gathering areas to include door handles and seats in waiting areas, as well as displaying universal precaution posters in English and in Spanish in all resident and staff common areas and resident and staff lavatories.

19. Both facilities have already cancelled school and physical education until at least April 4, 2020, to be in compliance with a directive from Texas Governor Abbot requiring all schools to be closed effective March 20, 2020.

20. ICE is immediately implementing "satellite feeding" at Karnes, meaning that hot meals will be provided to residents in their assigned suites three times per day. Snacks, juices, and milk remain available to all residents free of charge at all times. At Dilley, meal times are being staggered between neighborhoods and in small groups, with promotion of social distancing within the dining facility. Tables are spaced further apart, and no more than eight people can be in line at a time. Self-serve stations have been moved behind the counter for service by the staff to detainees.

21. To maximize "social distancing" as much as possible, ICE is encouraging residents to stay in their family's housing areas to reduce the risk of exposure and limiting gatherings to small groups in the common areas. Additionally, on March 13, 2020, ICE temporarily cancelled social visitation for families and friends. ICE is allowing not more than 10 individuals to be present in the entrance of the facility during shift changes to eliminate large groups of people. All meetings are limited to 10 employees or less, and both ICE personnel and contractors have been instructed not to touch other employees. They have further been reminded about the use of PPE and CDC guidelines.

22. ICE is working with local pro bono attorneys to coordinate telephonic legal visitation and other forms of non-contact legal presentation, with tablets and video conferencing being utilized at both facilities. Attorneys and legal representatives are still permitted to visit the facilities. At Karnes, all legal visitors are required to complete a COVID-19 questionnaire prior to entering the facility and undergo temperature screening. If any answer to the questionnaire is "yes" and/or if a temperature reading of 100.4 or greater is noted during screening, access is denied. At Dilley, additional questions are asked of all visitors, and if any medical concerns are noted, the visitor is denied access. Thermometers have been purchased for Dilley, and the same

7

procedures in effect at Karnes will be implemented immediately upon receipt. As of March 21, 2020, ICE is requiring all attorneys and legal representatives who wish to have a contact-visit with clients at Karnes and Dilley wear appropriate PPE.

23. Intake of new residents at Karnes and Dilley is temporarily limited, and ICE is employing extra screening measures, including temperature checks, soliciting information on all travel patterns, and answering additional medical questions before approval to enter the facilities. These extra measures are completed in the sally port of the facility, prior to the resident physically gaining access to the site. The medical staff have been instructed to take needed precautions and place the new resident in a negative pressure room, when warranted for further evaluation if any issues are noted.

**Berks Family Residential Center:**

24. As of March 12, 2020, in addition to suspending new admissions to the facility, ICE has temporarily suspended civilian access and all social visits to the facility. As of March 20, 2020, in-person legal visits have also been suspended, in accordance with the orders of Pennsylvania Governor Tom Wolf. ICE has also temporarily suspended all community field trips, shopping trips, and social trips outside the facility. All weight training rooms and fitness rooms at the facility are temporarily closed. As of March 13, 2020, the educational program (school) at the facility has also been suspended in accordance with the Pennsylvania Governor's orders, along with all volunteer programs that would potentially expose residents to in-person contact.

25. ICE is providing continued COVID-19 education to staff and residents in the resident's preferred language, including education regarding the importance of personal hygiene, hand washing, and social distancing. ICE is providing residents with open access to multiple

8

media outlets via television and internet access, allowing for additional education about the COVD-19 pandemic in their preferred language.

26. Additional medical screening has been implemented to include mandatory temperature screening for all staff entering the facility pursuant to ICE, CDC and IHSC guidance. Residents and staff are monitored daily for symptoms of any influenza-like illness.

27. Hand sanitizer has always been readily available. In addition, a ban on alcohol-based hand sanitizers has been lifted and alcohol-based sanitizers are now available to all staff and residents throughout the facility. Berks continues to supply residents with a constant supply of soap for washing hands.

28. Berks has conducted deep cleaning in areas where residents congregate, including classrooms, vehicles, dining facilities, and other common areas. Preventative cleaning procedures continue multiple times a day throughout the facility in all areas, to include commonly used recreational items, computers, children toys and entertainment devices. Staff frequently cleans and disinfects regularly touched surfaces such as tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks.

29. The facility's food service staff wears gloves while preparing and serving meals from the soup and salad bar. The facility residents do not prepare meals. Kitchenette area food items have been changed to individually served, self-contained items. Additionally, meals/food service will be staggered for residents and lengthened in duration, as needed. Seating in the dining hall is being modified to provide assigned seating for families with more space between individuals.

9

30. ICE continues to ensure compliance with all issued mandates from the PA Department of Health and Human Services (PADHS), in addition to CDC, ICE and IHSC guidance.

This declaration is based upon my personal and professional knowledge, information obtained from other individuals employed by ICE, and information obtained from various records and systems maintained by DHS. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above captioned case.

Signed on this 27th day of March 2020.

Tae D. Johnson
Deputy Executive Associate Director
ICE Enforcement and Removal Operations