UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION TO EXPAND PAGE LIMIT [735] |
| v. | |
| William Barr, Attorney General of the United States, *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application to Expand Page Limit.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that the page limit for Defendants' Response in Opposition to Plaintiffs' Motion to Enforce is hereby expanded by eighteen (18) pages.

IT IS SO ORDERED.

DATED: March 27, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -