UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | March 27, 2020 |

Title  *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | August E. Flentje, USDOJ |
| Katherine H. Manning | |
| Elyse D. Echtman | |
| Holly S. Cooper | |
| Neha Desai | |

**Proceedings: PLAINTIFFS' *EX PARTE* APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION [733]**

    The cause is called and counsel state their appearance via videoconference and telephone. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor, and Dr. Paul Wise. The Court invites counsel to respond to the oral tentative ruling. Following oral argument, the Court advises counsel that the *ex parte* application shall be taken under submission and a written order will issue.

:43