CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> JOINT STATEMENT RE SERVICE OF TEMPORARY RESTRAINING ORDER <br><br> Hearing: March 28, 2020 <br><br> [HON. DOLLY M. GEE] |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

This Court's Order Re Plaintiffs' Ex Parte Application For Restraining Order and Order To Show Cause Re Preliminary Injunction ("Order") [733] states in part: "Plaintiffs must serve this Order on Defendants no later than March 30, 2020 (or file Defendants' Voluntary Notice of Acknowledgment of Service), and Plaintiffs shall file a proof of service immediately after effecting service." *Id*. at 15.

This joint report is to confirm that Plaintiffs have served the Order on Defendants by email and Defendants acknowledge Service of the Order.

Respectfully submitted,

Dated: March 30, 2020

*/s/Peter Schey*
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín
Rachel Leach

*/s/ Sarah Fabian*
*Counsel for Defendants*
U.S. DEPARTMENT OF JUSTICE
Sarah B. Fabian
Nicole N. Murley
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

/ / /

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On March 30, 2020 I electronically filed the following document(s):

JOINT STATEMENT RE SERVICE OF TEMPORARY RESTRAINING ORDER

with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*