CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (58232)
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**SUPPLEMENTAL DECLARATION OF PETER SCHEY IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**<br><br>Hearing: April 10, 2020 10 AM<br>[HON. DOLLY M. GEE] |

*Counsel for Plaintiffs, continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

I, Peter Schey, hereby declare:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys who serve as class counsel for Plaintiffs in the above-captioned action. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057. I execute this declaration in support of Plaintiffs' ex parte application for an order to show cause re: preliminary injunction protecting *Flores* class members from irreparable injury during the COVID-19 national public health emergency. I declare that the following statements are true to the best of my knowledge, information, and belief, formed after reasonable inquiry of the circumstances. I have personal knowledge of the facts set forth below and, if called as a witness, I could and would testify competently as follows.

2. Pursuant to ¶¶ 28 and 29 of the settlement approved in *Flores* in 1997, the Office of Refugee Resettlement ("ORR") and the Immigration and Customs Enforcement ("ICE") provide *Flores* class counsel with statistical reports on all juveniles in their custody. Among other things, these reports identify class members, indicate the name and type of facility in which they are detained, and provide the date on which each juvenile came into ORR or ICE custody. The data does not indicate whether juveniles have a family member or other potential custodian in the United States available to receive them, nor do they indicate whether ORR or ICE have made and recorded continuous efforts aimed at the release of class members or what those efforts were or why a minor was not released.

3. In my previous declaration dated March 26, 2020 [Doc. # 733-2] I provided certain data regarding the length of detention of class members in ICE custody in February 2020. As I stated at the TRO hearing, I thought these numbers were close to accurate. A further review of data released to class counsel for the month of February indicates some variations in the numbers I previously reported as set forth in the following paragraph.

4. A further review of data provided by Defendants to class counsel on a monthly basis indicates that during February 2020 ICE detained class members in ICE detention facilities as follows. It appears two (2) were apprehended in 2014. Five (5) (rather than 4 reported in my previous declaration) were apprehended in 2018 and it appears have been detained for over fourteen months. About ten (10) have been detained for about one year and another ten (10) have been detained for about eleven (11) months. About twenty-seven (27) (rather than 26 reported in my previous declaration) have been detained for about ten (10) months, sixteen (16) (rather than 15 reported in my previous declaration) have been detained for about nine (9) months, eleven (11) for about eight (8) months, fifty-nine (59) for about seven (7) months, ninety-six (96) for about six (6) months, two hundred and six (206) (rather than 205 reported in my previous declaration) for about five (5) months, one hundred and fifty-two (152) (rather than 151 reported in my previous declaration) for about four (4) months, two hundred and ninety-four (294) (rather than 293 reported in my previous declaration) for about three (3) months, and nine hundred and eighty-one (981) (rather than 980 reported in my previous declaration) have been detained for two (2) months.

5. Finally, as stated in my previous declaration [733-2] at Paragraph 7, it should be noted that Defendants' counsel Nicole Murley informed me during our meet and confer held before Plaintiffs filed their application for a temporary restraining order that families held in ICE detention facilities are *not* being afforded *Flores* rights, namely pursuant to Settlement paragraphs 14, 18, 21-22 regarding release of minors or inquiries regarding a parents preference for their child to be transferred to a licensed facility. This information is consistent with reports from counsel who represent detained families in ICE facilities, including Bridget Cambria who has for many years represented families at the Berks detention center, Shalyn Fluharty who directs the Dilley Pro Bono Project and for many years has represented detained families at the Dilley detention facility, and Andrea Meza, who is director of Family Detention Servicers Program representing families at the Karnes detention facility.

- 2 -

SCHEY Supp. DECL. ISO EX PARTE APPLICATION
FOR OSC RE: PRELIMINARY INJUNCTION CASE
No. CV 85-4544-DMG-AGRx

All three of these attorneys have provided declarations Plaintiffs have already filed regarding ICE's complete failure to implement the release and transfer rights of class members at the three ICE family detention centers.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed on this 2nd day of April, 2020, at Ojai, California.

Peter A. Schey

- 3 -

SCHEY Supp. DECL. ISO EX PARTE APPLICATION FOR OSC RE: PRELIMINARY INJUNCTION CASE No. CV 85-4544-DMG-AGRx

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On April 2, 2020, I electronically filed the following document(s):

**SUPPLEMENTAL DECLARATION OF PETER SCHEY IN SUPPORT OF *EX PARTE* APPLICATION FOR ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION** with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*

- 4 -

SCHEY Supp. DECL. ISO EX PARTE APPLICATION
FOR OSC RE: PRELIMINARY INJUNCTION CASE
No. CV 85-4544-DMG-AGRx