JOSEPH H. HUNT
Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 616-0473
    Fax:  (202) 305-7000
    Email:  Nicole.murley@usdoj.gov

KATELYN MASETTA-ALVAREZ
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>LORETTA LYNCH, Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>**Defendants' Ex Parte Application to Expand Page Limit;**<br><br>**Memorandum of Points and Authorities;**<br><br>**Declaration;**<br><br>**[PROPOSED] Order.** |

**Defendants' Ex Parte Application To Expand Page Limit**

Pursuant to Local Rule 7-19, Defendants hereby apply ex parte for an order from this Court expanding the page limit for Defendants' Supplemental Response in Opposition to Plaintiffs' Request for a Preliminary Injunction by fifteen (15) pages.

Defendants request this expansion of the page limit for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for Defendants' reached out to counsel for Plaintiffs by email on April 6, 2020 to request counsel's position on this request, but have received no response.

///

///

///

1

DATED: April 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-0473
Fax: (202) 305-7000
Email: Nicole.murley@usdoj.gov

*Attorneys for Defendants*

**Memorandum of Points and Authorities**

Defendants respectfully request that the Court expand the page limit for Defendants' Supplemental Response in Opposition to Plaintiffs' Request for a Preliminary Injunction by fifteen (15) pages. Defendants request this expansion because of the significant number of evidentiary allegations that Plaintiffs have submitted against two federal agencies, to which Defendants are seeking to respond.

Because these allegations are varied and involve statements from a large number of declarants on a variety of issues, and because Plaintiffs' motion involves separate claims against two different agencies, Defendants' responses to Plaintiffs' claims and allegations cannot easily be consolidated or limited. Therefore, Defendants request that the Court grant them an additional fifteen (15) pages in order to more fully respond to Plaintiffs' claims and allegations. *See also* Declaration of Nicole N. Murley, attached.

///

///

///

DATED: April 6, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel:  (202) 616-0473
Fax:  (202) 305-7000
Email:  Nicole.murley@usdoj.gov

*Attorneys for Defendants*

4

## CERTIFICATE OF SERVICE

I hereby certify that on April 6, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Nicole N. Murley*
NICOLE N. MURLEY
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants

A