JOSEPH H. HUNT
Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
        Tel:  (202) 616-0473
        Fax:  (202) 305-7000
        Email:  Nicole.murley@usdoj.gov

*Attorneys for Defendants*

KATELYN MASETTA-ALVAREZ
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>LORETTA LYNCH, Attorney General of the United States; *et al.,*<br><br>        Defendants. | Case No. CV 85-4544-DMG<br><br>**[PROPOSED] ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION TO EXPAND PAGE LIMIT** |

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

THIS CAUSE comes before the Court upon Defendant's Ex Parte Application to Expand Page Limit.

UPON CONSIDERATION of the Ex Parte Application, and for the reasons set forth therein, the Court hereby ORDERS that the page limit for Defendants' Supplemental Response in Opposition to Plaintiffs' Request for a Preliminary Injunction is hereby expanded by fifteen (15) pages.

**IT IS SO ORDERED.**

DATED:  _____, 2020.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE