## Appendix 2.6 Sponsor Assessment

**OFFICE OF REFUGEE RESETTLEMENT**
**SPONSOR ASSESSMENT**

| UAC BASIC INFORMATION | | |
|---|---|---|
| First Name: | Status: | ADMITTED |
| Last Name: | AKA: | |
| Date of Birth: | Gender: | select an item |
| A #: | LOS: | |
| Age: | Current Program: | |
| Country of Birth: | Admitted Date: | |

| SPONSOR BASIC INFORMATION | |
|---|---|
| First Name: | AKA: |
| Last Name: | A #: |
| Date of Birth: | Country of Birth: |
| Age: | Country of Residency: |
| Gender:    select an item | Primary Sponsor:    ☐ Yes  ☐ No |

**SPONSOR CULTURAL INFORMATION**

Use this section to document the sponsor's linguistic and cultural background, including cultural, social, and communal norms and practices for the care of children.

Primary Language Spoken:                Religious Affiliation:
Other Languages Spoken:
Additional cultural information:

**FAMILY RELATIONSHIPS**

Use this section to document the sponsor's familial and other significant relationships in country of origin and in the U.S. A genogram (family tree) may be used as a tool to answer these questions and is required for distant relative Cat 3 potential sponsors.

Genogram completed? *(Required for distant relative Cat 3 sponsors)*    ☐ Yes  ☐ No

**Family in Country of Origin**

Do you have family in your home country? *(If yes, describe below)*    ☐ Yes  ☐ No
Additional information on family in country of origin:

**Family and Family Friends in the U.S.**

Do you have family or family friend in the U.S.? *(If yes, list below)*    ☐ Yes  ☐ No

| Name | Age | DOB | Gender | Relationship to Sponsor |
|---|---|---|---|---|
| | | Click here to enter a date. | Choose an item. | Choose an item. |
| | | Click here to enter a date. | Choose an item. | Choose an item. |
| | | Click here to enter a date. | Choose an item. | Choose an item. |
| | | Click here to enter a date. | Choose an item. | Choose an item. |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Do you have any relatives who are also in ORR care?    ☐ Yes  ☐ No
    *If yes, do you know where they are?*
Additional information on family and family friends in the U.S.:

Sponsor Assessment, Rev. 06/24/2019                                Page 1 of 11
ORR UAC/S-5

### Spouse/Partner

| | | |
|---|---|---|
| Do you have a partner? *(if yes, answer below questions)* | ☐ Yes | ☐ No |
| What is your partner's name and age? | | |
| Do you live with your partner? | ☐ Yes | ☐ No |
| If no, where does your partner live? | | |
| Are you married to your partner? | ☐ Yes | ☐ No |
| Are you legally married or is the relationship a partnership or cohabitation? | | |
| What is your relationship like with your spouse? | | |
| Have you ever been involved in a Dissolution of Marriage case? | ☐ Yes | ☐ No |
| If yes, explain: | | |
| Additional information on the sponsor's partner: | | |

### Children

Do you have any children *(if yes, list below)*   ☐ Yes ☐ No

| Name | Age | DOB | Gender | Current Location | Name of Mother/Father |
|---|---|---|---|---|---|
| | | Click here to enter a date. | Choose an item. | | |
| | | Click here to enter a date. | Choose an item. | | |
| | | Click here to enter a date. | Choose an item. | | |
| | | Click here to enter a date. | Choose an item. | | |

**ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)**

| | | |
|---|---|---|
| Did any of your children come to the U.S. with you? *(if not born in U.S.)* | ☐ Yes | ☐ No |
| Do you have any children living in your home country? | ☐ Yes | ☐ No |
| Have any of your children ever been in ORR care? | ☐ Yes | ☐ No |
| Who is caring for your children? | | |
| Additional information on the sponsor's children: | | |
| How do you discipline your children and how do you plan to discipline the minor? | | |
| Have you or your spouse/partner ever had Child Protective Services Involvement? | ☐ Yes | ☐ No |
| If yes, explain: | | |
| Have you ever been involved in a child support case? | ☐ Yes | ☐ No |
| If yes, explain: | | |
| Do you provide court ordered financial support to your children? | ☐ Yes | ☐ No |
| If yes, explain: | | |
| Have you ever had a child removed from your custody? | ☐ Yes | ☐ No |
| If yes, why? *(Obtain documentation)* | | |
| Have any of your household members ever had a child removed from his/her custody? | ☐ Yes | ☐ No |
| If yes, why? *(Obtain documentation)* | | |

### HOUSEHOLD COMPOSITION

**Use this section to document the sponsor's household composition, including the sponsor's knowledge of any household members who may have a serious, contagious disease; or criminal convictions or charges.**

Does anyone else live in your home? *(if yes, list below)*   ☐ Yes ☐ No

| Name | Age | DOB | Gender | Phone Number | Valid Identity Document Received | Relationship to Sponsor | Employed | Dependent on Sponsor Income | Background Checks |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

Sponsor Assessment, Rev. 06/24/2019
ORR UAC/S-5

| | | Click here to enter a date. | Choose an item. | | ☐Yes ☐No | Choose an item. | ☐Yes ☐No | ☐Yes ☐No | Choose an item. |
|---|---|---|---|---|---|---|---|---|---|
| | | Click here to enter a date. | Choose an item. | | ☐Yes ☐No | Choose an item. | ☐Yes ☐No | ☐Yes ☐No | Choose an item. |
| | | Click here to enter a date. | Choose an item. | | ☐Yes ☐No | Choose an item. | ☐Yes ☐No | ☐Yes ☐No | Choose an item. |
| | | Click here to enter a date. | Choose an item. | | ☐Yes ☐No | Choose an item. | ☐Yes ☐No | ☐Yes ☐No | Choose an item. |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

**Describe your home:**

**Describe where the minor will sleep:**

**How do you expect the UAC to contribute to your household?**

**Does anyone in the household have a serious, contagious disease?**   ☐ Yes   ☐ No
*If yes, explain:*

**Do any of the occupants have criminal convictions or charges, other than minor traffic violations?**   ☐ Yes   ☐ No
*If yes, explain:*

| PREVIOUS SPONSORSHIP |
|---|

*Use this section to document if the sponsor and/or the sponsor's household members have ever sponsored or attempted to sponsor another child. If the sponsor and/or the sponsor's household members did sponsor or attempt to sponsor a child, document the status of the child's safety and well-being.*

| Sponsor |
|---|

**Have you ever attempted to sponsor another child that is/was in ORR care?**   ☐ Yes   ☐ No
*(if yes, list below and answer the following questions)*

| Name | A No. | DOB | Gender | Sponsor's Relationship to UAC | Current Location | ORR Release Decision | Date of Discharge | Discharge Program Name |
|---|---|---|---|---|---|---|---|---|
| | | Click here to enter a date. | Choose an item. | Choose an item. | Choose an item. | Choose an item. | Click here to enter a date. | |
| | | Click here to enter a date. | Choose an item. | Choose an item. | Choose an item. | Choose an item. | Click here to enter a date. | |
| | | Click here to enter a date. | Choose an item. | Choose an item. | Choose an item. | Choose an item. | Click here to enter a date. | |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

**Have you ever attempted to sponsor a child from ORR, but decided to withdraw your application?**   ☐ Yes   ☐ No
*If yes, then why did you withdraw?*

**Have you ever been denied sponsorship by ORR?**   ☐ Yes   ☐ No
*If yes, then why did ORR deny your sponsorship application?*

**How many children did you sponsor?**

**Is the child still residing with you?**   ☐ Yes   ☐ No
*If no, explain:*

**Did you undergo a home study?**   ☐ Yes   ☐ No
*If yes, why?*

**Is/has the child received Post Release Services?**   ☐ Yes   ☐ No

**Is the child enrolled in or attending school?**   ☐ Yes   ☐ No

Sponsor Assessment, Rev. 06/24/2019                                                    Page 3 of 11
ORR UAC/S-5

When is the child's upcoming court date?

Did you attend an LOPC presentation?  ☐ Yes  ☐ No

Describe the UAC's current safety and well-being since release from ORR care to the sponsor:

### Household Members

Have any of your household members attempted to sponsor another child that is/was in ORR care?  ☐ Yes  ☐ No
*(if yes, list below and answer the following questions)*

| Name | A No. | DOB | Gender | Sponsor's Relationship to UAC | Current Location | ORR Release Decision | Date of Discharge | Discharge Program Name |
|------|-------|-----|--------|------------------------------|------------------|---------------------|-------------------|------------------------|
|  |  | Click here to enter a date. | Choose an item. | Choose an item. | Choose an item. | Choose an item. | Click here to enter a date. |  |
|  |  | Click here to enter a date. | Choose an item. | Choose an item. | Choose an item. | Choose an item. | Click here to enter a date. |  |
|  |  | Click here to enter a date. | Choose an item. | Choose an item. | Choose an item. | Choose an item. | Click here to enter a date. |  |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Did he/she ever attempted to sponsor a child from ORR, but decided to withdraw your application?  ☐ Yes  ☐ No

*If yes, then why did he/she withdraw?*

Has he/she ever been denied sponsorship by ORR?  ☐ Yes  ☐ No

*If yes, then why did ORR deny his/her sponsorship application?*

How many children did he/she sponsor?

Is the child still residing with him/her?  ☐ Yes  ☐ No

*If no, explain:*

Did he/she undergo a home study?  ☐ Yes  ☐ No

*If yes, why?*

Is/has the child received Post Release Services?  ☐ Yes  ☐ No

Is the child enrolled in or attending school?  ☐ Yes  ☐ No

When is the child's upcoming court date?

Did he/she attend an LOPC presentation?  ☐ Yes  ☐ No

Describe the UAC's current safety and well-being since release from ORR care to the sponsor:

### PROOF OF IDENTIFY

Use this section to document information and documents provided by the sponsor to establish the sponsor's identity and confirm that the sponsor's identity was verified. If the sponsor's identity was unable to be verified, provide an explanation under the "Additional information on identity" section below.

### Sponsor

Sponsor's identity is verified:  ☐ Yes  ☐ No

List proof of identity documents provided:

| Identity Document Type | Expiration Date (if applicable) | Document Verified by Government Agency | Picture ID |
|------------------------|--------------------------------|----------------------------------------|------------|
| Choose an item. | Click here to enter a date. | ☐Yes  ☐No | ☐Yes  ☐No |
| Choose an item. | Click here to enter a date. | ☐Yes  ☐No | ☐Yes  ☐No |
| Choose an item. | Click here to enter a date. | ☐Yes  ☐No | ☐Yes  ☐No |

Sponsor Assessment, Rev. 06/24/2019
ORR UAC/S-5

Page 4 of 11

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

**Household Members**

Household Members' identity is verified: ☐ Yes ☐ No

List proof of identity documents provided:

| Household Member Name | Identity Document Type | Expiration Date (if applicable) | Document Verified by Government Agency | Picture ID |
|---|---|---|---|---|
| | Choose an item. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| | Choose an item. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| | Choose an item. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

**Adult Caregivers**

Adult Caregiver's identity is verified: ☐ Yes ☐ No

List proof of identity documents provided:

| Adult Caregiver Name | Identity Document Type | Expiration Date (if applicable) | Document Verified by Government Agency | Picture ID |
|---|---|---|---|---|
| | Choose an item. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| | Choose an item. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| | Choose an item. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Additional information on identity:

## PROOF OF IMMIGRATION STATUS OR U.S. CITIZENSHIP

Sponsor Legal Status:     select an item

Sponsor's legal status verified with non-expired document(s):   ☐ Yes ☐ No

List proof of immigration status or U.S. citizenship document(s) provided:

## PROOF OF RELATIONSHIP

**Use this section to document information and documents provided by the sponsor to establish the sponsor's relationship to the UAC and to confirm that the relationship was verified. If the sponsor's relationship to the UAC was unable to be verified, provide an explanation under the "Explain how the sponsor is related to or knows the UAC and/or the UAC's family" section below.**

Sponsor's Relationship to UAC:   select an item                    Sponsor Category:     select an item

Sponsor's Relationship to UAC is Verified:   ☐ Yes ☐ No

List proof of relationship documents provided:

| Relationship Document Type | Expiration Date (if applicable) | Date Document Issued (if applicable) | Verified by Government Agency or Consulate | Picture ID |
|---|---|---|---|---|
| Choose an item. | Click here to enter a date. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| Choose an item. | Click here to enter a date. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| Choose an item. | Click here to enter a date. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |
| Choose an item. | Click here to enter a date. | Click here to enter a date. | ☐Yes ☐No | ☐Yes ☐No |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Explain how the sponsor is related to or knows the UAC and/or the UAC's family:

## PROOF OF ADDRESS

Use this section to document information and documents provided by the sponsor to establish that the sponsor lives at the address he/she reported to ORR and that the reported address is a residence. If the sponsor's address was unable to be verified, provide an explanation under the "Additional proof of address information" section below.

What is your current address and contact information? *(enter below)*

Address:                                              Home Phone:
City:                                                 Email:
State:                                                Work Phone:
Zip Code:                                             Fax:

How long have you lived at the current address?
Describe the area/neighborhood where you reside?
Do you receive your mail at a different address?            ☐ Yes   ☐ No
   *If yes, what is the address that you use to receive mail?*

Was address where the sponsor currently resides verified as a residence on Google Maps?     ☐ Yes   ☐ No
Was address where the sponsor currently resides verified as a residence on Google Earth?     ☐ Yes   ☐ No
Was address where the sponsor currently resides verified as a residence on Smarty Streets?   ☐ Yes   ☐ No

List proof of address documents provided:

| Address Document Type | Date Document Issued (if applicable) |
|---|---|
| Choose an item. | Click here to enter a date. |
| Choose an item. | Click here to enter a date. |
| Choose an item. | Click here to enter a date. |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Where else have you lived in the U.S.?

| Address | City | State | Zip Code | Date Range Resided at Address | Resided at Address Within Past 5 Years |
|---|---|---|---|---|---|
|  |  |  |  |  | ☐Yes ☐No |
|  |  |  |  |  | ☐Yes ☐No |
|  |  |  |  |  | ☐Yes ☐No |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Additional proof of address information:

## PROOF OF STABILITY

Discusses with the sponsor, his/her ability to support and financially provide for the minor while in their care.

Does the sponsor have a job? *(If yes, answer the following questions)*      ☐ Yes   ☐ No
   Name of Employer:
   Location of Employment:
   Length of Time at present employer:
   Income:
   Work Hours/Schedule:
Does the sponsor have financial needs?        ☐ Yes   ☐ No
   *If yes, explain:*
Does the sponsor have adequate housing?        ☐ Yes   ☐ No
   *If yes, explain:*

Sponsor Assessment, Rev. 06/24/2019                                    Page 6 of 11
ORR UAC/S-5

| SPONSOR CARE PLAN |
|---|

Use this section to document that the sponsor's plan to care for the minor adequately addresses the care, supervision, safety, education, and resources required to meet the UAC's needs.

| Care Plan |
|---|

Tell me about your plans to address the UAC's educational needs:

What school will the minor attend?

Does the sponsor know the school enrollment process?  ☐ Yes  ☐ No

Who will transport the UAC to and from school?

Who will supervise the UAC before and after school?

Does the minor have any medical conditions that will need treatment that you are aware of?

Tell me about your plans to address the UAC's health care needs *(if the UAC is pregnant or with child, also address the health care plans for the UAC's child).*

Tell me about your plans to address the UAC's mental health care and counseling needs.

What are the medical services in your area?

What are the counseling services in your area?

Tell me about the types of community resources and services that you plan to access to address the UAC's needs.

Is the potential sponsor familiar with community resources and services in the area?  ☐ Yes  ☐ No

*(Case Manager assists sponsor in identifying community service providers and programs  and encourages sponsor to participate in applicable services such as parenting, gang prevention, substance abuse psycho-education in preparation for UAC's release)*

Does the minor have any criminal history or behavior issues that you are aware of?

Is there anything that would prevent the sponsor from enrolling in supportive services for the UAC's needs?  ☐ Yes  ☐ No

Did the sponsor watch the Sponsor Video?  ☐ Yes  ☐ No

Did the sponsor read the Sponsor Handbook?  ☐ Yes  ☐ No

Will you accept assistance from Post-Release Service providers? (if applicable)  ☐ Yes  ☐ No

| Safety Plan |
|---|

Explain how you plan to ensure the safety of the minor.

| Supervision Plan |
|---|

Does the sponsor have family or friends nearby that will be helping in caring for the minor?  ☐ Yes  ☐ No
*(if yes, list the individual(s))*

| Name | SSN/A No. | Age | DOB | Gender | Home Address | Phone Number | Relationship to Sponsor | Background Checks |
|---|---|---|---|---|---|---|---|---|
|  |  | Click here to enter a date. | Choose an item. |  |  | Choose an item. | Choose an item. |  |
|  |  | Click here to enter a date. | Choose an item. |  |  | Choose an item. | Choose an item. |  |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Explain how you plan to supervise the minor:

| Alternate Adult Caregiver Plan |
|---|

Is the sponsor a U.S. citizen or a lawful permanent resident?  ☐ Yes  ☐ No
*If no, list the adult caregiver identified who will assume responsibility for the child if sponsor becomes unavailable to care for the minor.*

Sponsor Assessment, Rev. 06/24/2019
ORR UAC/S-5

Page 7 of 11

| Name | SSN/A No. | Age | DOB | Gender | Home Address | Phone Number | Relationship to Sponsor | Background Checks |
|---|---|---|---|---|---|---|---|---|
| | | Click here to enter a date. | Choose an item. | | | Choose an item. | Choose an item. |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

## CRIMINAL HISTORY

Use this section to document the sponsor's self-disclosures of any criminal charges, sexual offenses or child abuse/neglect charges or arrests.

Any criminal history? *(if yes, list below)*  ☐ Yes  ☐ No

List any felony convictions:

List any misdemeanor convictions:

List any probation/parole:

List and describe any disclosed criminal activity:

List any child abuse and neglect history:

**History of Incarceration or Detention**

| Crime | Date | Length of Sentence/Detainment | Location |
|---|---|---|---|
| | Click here to enter a date. | | |
| | Click here to enter a date. | | |

*ADD OR DELETE ROWS AS NEEDED (you will need to copy dropdowns, date fields, etc. into your new row)*

Additional Information on criminal history:

## UAC JOURNEY AND APPREHENSION

Use this section to document if the UAC journeyed to the U.S. to live with this sponsor and to assess if the potential sponsor had a role in coordinating or financing the journey. Also, this section will help assess how much the potential sponsor knows about the UAC's journey, which should be compared against the UAC Assessment responses.

Describe the UAC's day to day life in home country:

Do you know why the UAC decided to travel to the U.S. at this time?

*Did the potential sponsor mention any U.S. immigration policy or practice as a factor in the UAC's decision to travel to the U.S.?*  ☐ Yes  ☐ No

*Did the potential sponsor mention economic, job, or educational opportunities as a factor in the UAC's decision to travel to the U.S.?*  ☐ Yes  ☐ No

When did the UAC leave his/her home country (month, day, and year)?

How long did the trip take?

Who paid for the UAC's trip to the U.S.?

How did the UAC get to the U.S.?

Where was the UAC planning on living in the U.S. and with whom?

Do you know if the UAC has ever been to the U.S. before?  ☐ Yes  ☐ No

*if yes, when?*

## HUMAN TRAFFICKING

Use this section to document any trafficking concerns in the sponsor's country of origin and in the U.S. and to determine if additional services or referrals are needed. It should be explained to the sponsor that this information is not for immigration purposes, but to have a better understanding of his/her journey and any challenges they may have faced during this time.

**Sponsor's Journey to the U.S.** *(if applicable)*

Use this section to document information regarding the sponsor's journey from their country of origin will be gathered here.

When and why did you first decide to travel to the U.S.?

Who planned/organized your journey?

Did the arrangements change during the journey?     ☐ Yes  ☐ No

*If yes, how?*

Did anyone pay for your travel to the U.S.?     ☐ Yes  ☐ No

Does that person need to be paid back?     ☐ Yes  ☐ No

Is there a plan for that person to be paid back?     ☐ Yes  ☐ No  ☐ N/A

What do you believe will happen if that person if not paid back?

Does your family or a family friend owe money to anyone for the journey?     ☐ Yes  ☐ No

*If yes, how much?*

Did you ever have to depend upon non family members to provide basic needs such as clothes, food, and housing?     ☐ Yes  ☐ No

Did you experience any challenges, trauma, or abuse by family in home country?     ☐ Yes  ☐ No

Where did you first live in the U.S. and with whom?

Have you traveled back to your country of origin since your arrival to the U.S.?

Additional information on sponsor's journey to the U.S.:

**Coercion Indicators**

Use this section to assess for indicators of trafficking by force, fraud, or coercion in the sponsor's country of origin, during the sponsor's journey, and in the U.S.   This includes any pressure, threats, deception, or harm experienced by the sponsor or the sponsor's family members.

Did anyone threaten you or your family?     ☐ Yes  ☐ No

*If yes, explain:*

Were you ever physically harmed?     ☐ Yes  ☐ No

*If yes, explain:*

Was anyone around you ever physically harmed?     ☐ Yes  ☐ No

*If yes, explain:*

Were you ever held against your will?     ☐ Yes  ☐ No

*If yes, explain:*

Did anything bad happen to anyone else in this situation or anyone else who tried to leave?     ☐ Yes  ☐ No

*If yes, explain:*

Did anyone ever keep/destroy your documents?     ☐ Yes  ☐ No

*If yes, explain:*

Did anyone ever threaten to report you to the police/immigration?     ☐ Yes  ☐ No

*If yes, explain:*

Are you worried anyone might be trying to find you?     ☐ Yes  ☐ No

*If yes, explain:*

Additional information on coercion indicators:

**Debt Bondage/Labor Trafficking Indicators**

Use this section to assess for indicators of debt bondage and labor trafficking in the sponsor's country of origin, during the sponsor's journey, and in the U.S.  This includes any information regarding contracts, commitments, arrangements, or debt the sponsor is aware of or responsible for repaying and whether the sponsor felt unsafe or scared in their working environment.

Did you perform any work or provide any services?     ☐ Yes  ☐ No

Who arranged the work?

What type of work did you perform and where?

How often did you have to work?

Did work conditions change over time?

Is there a debt?     ☐ Yes  ☐ No

What is the amount of the debt?

Has the debt amount ever increased?     ☐ Yes  ☐ No

By how much?

Sponsor Assessment, Rev. 06/24/2019     Page 9 of 11
ORR UAC/S-5

*When did it increase?*

*Why did it increase?*

Have you or your family ever been threatened over payment or work for the journey?   ☐ Yes  ☐ No

*If yes, who threatened you and how?*

What did you think would happen if you left the job or stopped working?

Were you ever made to work or do anything you did not want to do?   ☐ Yes  ☐ No

*If yes, explain:*

Did you receive pay or did someone else keep the pay?

Were you paid what was promised when you started working and were those promises kept?

Were expenses taken out of the pay?   ☐ Yes  ☐ No

*If yes, what expenses?*

How did you get to the work site?

Where did you live while working?

Was your freedom of movement ever restricted or closely monitored?

Were you ever restricted from communicating or socializing with others, not allowed to speak for yourself, told what to say, or isolated from others?

Did anyone arrange for you to work after arriving in the U.S.?

*If yes, explain:*

Additional information on debt bondage/labor trafficking indicators:

### TVPRA

Use this section to document whether the case requires a TVPRA-mandated home study based information gathered in this assessment and from any other relevant sources.

Based on the sponsor assessment, does the sponsor present signs of being abused, maltreated, exploited, or trafficked?   ☐ Yes  ☐ No

*If yes, provide a short summary:*

*Referred to OTIP?*   ☐ Yes  ☐ No

Based on the sponsor assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC?   ☐ Yes  ☐ No

If "Yes" is checked, the case must be referred for a mandatory home study.

*If yes, provide a short summary:*

### FRAUD

Use this section to document if any individual or entity has attempted to defraud the sponsor in relation to the ORR reunification process.

Have you ever been contacted and asked to pay fees/money related to the release of the minor?   ☐ Yes  ☐ No

*If yes, explain:*

Have you ever been contacted and asked to pay fees/money related to the release of a minor you previously sponsored or attempted to sponsor and not reported it to ORR?   ☐ Yes  ☐ No

*If yes, explain:*

### ADDITIONAL INFORMATION

Use this section to report any additional information that may be pertinent to the sponsor's assessment that has not been covered in the sections above or that require further elaboration.

### CASE MANGER'S ASSESSMENT OF SPONSOR AND CONCLUDING REMARKS

Use this section to provide a thorough assessment of the sponsor's ability to safely care for the UAC, provide for the UAC's individual needs, and ensure the safety and well-being of the UAC.

### CERTIFICATION

Sponsor Assessment, Rev. 06/24/2019
ORR UAC/S-5

Page 10 of 11

| | |
|---|---|
| Signature: _____ | Title: |
| Print Name: | Date: |

# Appendix 2.7 Sponsor Check Coversheet



## PSC/DCS/HHS Mailing Address

Program Support Center (PSC)
Division of Children's Services (DCS)
Department of Health and Human Services (HHS)
Parklawn Building, 5600 Fishers Lane, Room 02E70,
Rockville, MD 20857     Tel: (301) 443-8571

### SUBMIT TO: SponsorCheck.os@hhs.gov

| | |
|---|---|
| Date: _____ | Facility: _____ |
| From: _____ | Email: _____ |
| Position: _____ | Phone #: _____ |

**Includes (please check):**
☐ ORR Authorization for Release of Information – **5 PAGES**
☐ Paper Fingerprints (2 Per Person)  Mail Courier: _____  Tracking Number: _____
☐ Digital Prints Transmitted  Date: _____  Location: _____
☐ Copy of Photo ID
◉ Sponsor or ◯ Household Member (HHM)

Sponsor/HHM Name (Name Transmitted): _____

Sponsor/HHM DOB: _____  Sponsor/HHM Alien #: _____

Relationship to UAC: _____  Category: ◉ One  ◉ Two  ◯ Three

Facility: _____

Case Manager's Name: _____

Federal Field Specialist's Name: _____

Number of Minor(s): _____  Minor's Name: _____

Minor's DOB: _____  Minor's Alien #: _____

### Contact Information (Check One)

| Security Specialist | Region | Cases | Email |
|---|---|---|---|
| ☐ Damian Kreamer | Eastern/Western | (A – F) | Damian.Kreamer@psc.hhs.gov |
| ☐ Rachael Ames | Eastern/Western | (G – M) | Rachael.Ames@psc.hhs.gov |
| ☐ Isaiah Kohn | Eastern/Western | (N – Z) | Isaiah.Kohn@psc.hhs.gov |
| ☑ Niroshi Wijeweera | Eastern/Western | AGE OUT | Niroshi.Wijeweera@psc.hhs.gov |
| ☐ Natasha Betancourt-Pagan | Central | (A – F) | Natasha.Betancourt-Pagan@psc.hhs.gov |
| ☐ Mac Juniorson Eta-Fogam | Central | (G – M) | Macjuniorson.Eta-Fogam@psc.hhs.gov |
| ☐ Nicholas Biagini | Central | (N – Z) | Nicholas.Biagini@psc.hhs.gov |
| ☑ Johanna Villegas | Central | AGE OUT | Johanna.Villegas@psc.hhs.gov |

Comments:

### PSC/DCS USE BELOW – DO NOT FILL

Received:  Date: _____  Time: _____  Carrier: _____
Tracking Information: _____
Relationship to UAC: ☐ Sponsor  ☐ HHM  ☐ PNIP
DFS Initial: _____  Date and Time Scanned: _____
Results:  ☐ Referred to FFS _____  ☐ Appears Clear _____  ☐ 1st Unclassifiable _____  ☐ 2nd Unclassifiable
Query ID: _____  Immigration Status: ☐ USC  ☐ Appears Legal  ☐ Poss. Imm. Issues
LESC Immigration Status/Comments: _____
Missing Information/Documents: _____
_____
_____

☐ **AGE OUT (Date: _____ )**     ☐ **MINOR DISCHARGED**     Rev 5/14/2019

## Appendix 2.8 CA/N Check Coversheet



**PSC/DCS CA/N Check Coversheet**
Fax: (301) 480-0292

Date: _____ Facility: _____
From: _____ Email: _____
Position: _____ Fax #: _____
Phone #: _____

Includes (please check off):
☐ ORR/DCS Authorization for Release of Information – <mark>5 PAGES</mark>
☐ Copy of Sponsor ID
☐ Sponsor or _____ Household Member (Check which applies)
☐ Other _____

Sponsor's Name: (Name Transmitted)_____
Sponsor's DOB: _____
Sponsor's Alien # (if any): _____
Sponsor's Category (Check one): ☐ One      ☐ Two      ☐ Three
Relationship to UAC: _____

Facility: _____
Case Manager's name: _____
Federal Field Specialist's Name: _____

(Number of Minors:___) Minor's Alien #: _____
Minor's Name: _____
Minor's DOB: _____

**Contact Information**
(Check One)

| Security Specialist | Region | Telephone | Email |
|---|---|---|---|
| ☐ Karen Morales Ceron | Eastern | (301) 443-1249 | Karen.MoralesCeron@psc.hhs.gov |
| ☐ Kemba Arthur | Central (A-L) | (301) 443-1245 | Kemba.Arthur@psc.hhs.gov |
| ☐ Sandra Sanchez | Central (M-Z) | (301) 443-9392 | Sandra.Sanchez2@psc.hhs.gov |
| ☐ Edmand Coyoy | Western | (301) 443-0037 | Edmand.Coyoy@psc.hhs.gov |

**PSC/DCS/HHS Mailing Address**
Program Support Center (PSC)
Division of Children's Services (DCS)
Department of Health and Human Services (HHS)
Parklawn Building
5600 Fishers Lane, Room 02E-70
Rockville, Maryland 20857
Tel.: (301) 443-8571

Comments: One page for each Sponsor
_____
_____
_____

# Appendix 2.9 Background Check Submission Requirements

*All background check submissions must adhere to the following standards.*

ORR and PSC/DCS **reject** background check submissions that include errors or omissions. If ORR or PSC/DCS rejects the original submission care providers must resubmit the request which significantly delays the release process.

## Send All Requests Via Email

Care providers must email fingerprint check requests to **SponsorCheck.os@hhs.gov** and CA/N check requests to **CANchecks.os@hhs.gov**. ORR does not accept documents that are faxed or mailed (EXCEPT paper fingerprint cards and original CA/N check state forms, if required).

PSC/DCS **does not** accept any documents or requests directly from background check subjects (e.g., Sponsors and Household Members) or digital fingerprint sites. Subjects and/or digital fingerprint sites must submit all documents to the Case Manager, who reviews the documents for completeness and accuracy prior to submission to PSC.

PSC/DCS **does not** accept paper fingerprint cards directly from background check subjects. Subjects must submit paper fingerprint cards to the Case Manager, who reviews the documents for completeness and accuracy prior to submission to PSC/DCS. In extenuating circumstances, PSC/DCS **does** accept paper fingerprint cards directly from digital fingerprint sites (see **Appendix 2.14 Fingerprinting Guidance**).

## Review and Inspect Sponsor Documents

Each background check request email must contain a complete *Coversheet*, *Authorization for Release of Information (ARI)* (with a May 14, 2018, revision date or later), and a copy of acceptable photo identification. See **ORR Policy Guide Section 2.2.4**, for a list of acceptable documents. Do not include any other supporting documents (e.g. proof of address, birth certificates) with the request.

## Send Only Complete, Accurate and Legible Documents

Care providers **must** ensure:
- That all fields in the *Coversheet* and *ARI* are complete and accurate and that all five pages of the *ARI* are included. The sponsor **must sign** the *ARI*.
- That the copy of the photo ID is readable - that the subject's picture is clear, and that the information on the ID is legible.
- For paper fingerprint submissions, verify in advance of submission that the sponsor has completed the descriptor/identifier and signature fields (see **Appendix 2.13 Fingerprint Card**). The Case Manager must also include the five page signed *ARI* and photo ID in order for PSC to match the cards to the original email request.

- For CA/N Checks, that all fields in the state forms are complete and accurate and that PSC/DCS instructions were followed.

PSC/DCS rejects copies of documents that are too dark or too light; and, those with partial, missing, or incomplete information. If the sponsor's handwriting is illegible, include the information that is unclear typed on a separate page. While pictures of documents are acceptable, PSC/DCS rejects images that are unclear or blurred.

## Include Address History on the *ARI*

The *ARI* must provide all addresses where the subject **resided in the past five years**. For non-U.S. addresses the subject enters the country in which they resided in the "City (Country)" column of the address table in the *ARI* and complete the "From date" and "To date" columns.

## Update the UAC Portal and Cancel Unnecessary Background Check Requests

Create subject records in the UAC Portal after identifying a sponsor or household member. Enter a check mark on the "Check Requested?" column next to the types of checks requested to allow PSC/DCS to record the results. These steps must be completed **before** the background check request is emailed to PSC/DCS.

Email notification to PSC within one business day if a background check requires cancellation.

## Request Background Checks for Individuals Who Have Previously Completed Background Checks

In cases where an individual has previously completed a background check, the case manager must still formally request the background check from PSC/DCS with all required paperwork (this includes a **new** *Coversheet*, a **new** *ARI*, and copy of a government issued photo ID).

PSC/DCS automatically checks to see if the potential sponsor, household member, or adult caregiver has previously sponsored a UAC and if he/she has completed any of the following background checks:

- FBI National Criminal History Check (Fingerprint Check)
- CA/N Check
- FBI/BSU Civil Name Check

PSC/DCS will forward the results of an existing check to the case manager and/or FFS if it has been 270 days or less since the background check was completed. In these cases, the individual will not need to be fingerprinted again nor will a new CA/N check request need to be sent to the state. If the background check is older than 270 days, PSC/DCS is required to conduct a new check which will require new fingerprints and/or submission of a new CA/N Check request to the state.

# Appendix 2.10 Release Request Completion Guidance

*Use a fillable version of this available on the UAC Portal.*



**Administration for Children & Families**
Office of Refugee Resettlement

## Release Request Completion Guidance

The purpose of this guidance document is to provide Case Managers, Case Coordinators, and FFS with a clear understanding of what ORR expects to be documented in a *Release Request* and a structured way of entering this information so that it is easily understood. Note that some of the items in the template below (e.g., Letter of Designation) may not apply to all cases and should be deleted if not applicable. Likewise, there may be additional information needed to make a release decision for more complicated cases. In those instances, the additional information may be entered with the caveat that it must be written clearly and concisely without re-summarizing information that is available in the UAC Portal or the UAC's case file.

The *Release Request* is a summary of the information in the UAC Portal, which shows who the sponsor is, if there are any concerns, how the concerns were mitigated, whether all reunification requirements were completed, whether it appears to be a safe release and what is being recommended in the case. Documents supporting the Case Manager's recommendation are:

- Family Reunification Packet
- UAC Assessment
- Sponsor Assessment
- UAC Case Review
- ISP, if applicable
- Background Check Results
- Home study Recommendation, if applicable
- SIR Summary, if applicable

For Case Managers, it is recommended that the templates below for *Provide Details on Relationship Including Official Documentation* and *Comments* be pasted into and edited in a Word document before copying the information into the *Release Request* in the UAC Portal. The templates for those two sections are long and it will be easier for the Case Manager to ensure that they have not missed any items if they are editing in a Word document. Because their sections are short, Case Coordinators and FFS may paste their templates directly into the *Release Request* in the UAC Portal and edit them there.

### Sponsor Information

**SPONSOR/UAC RELATIONSHIP:** [Ms./Mr.] [sponsor full name] (sponsor age, category, relationship with child – e.g. age 65, Category 2A, Grandmother) requests sponsorship of [UAC full name] (A# [###-###-###], [UAC gender], age [UAC age]). [Ms./Mr.] [sponsor last mane] currently resides in [city, state]. *[INCLUDE IF APPLCIABLE]* The sponsor is also attempting to sponsor the UAC's sibling [UAC full name] (A# [###-###-###], [UAC gender], age [UAC age] who is in ORR custody at [ORR placement name].

*[DESCRIBE STEPS TAKEN TO VERIFY THE SPONSOR/UAC RELATIONSHIP. THIS INCLUDES BIRTH CERFICITATE TRAILS (ALL CATS), FAMILY TREES (CAT 3), AND DOCUMENTATION PROVING A PRIMARY CAREGIVER RELATIONSHIP (CAT 2A THAT ARE NOT A GRANDPARENT, SIBLING, HALF-SIBLING, OR STEP-SIBLING THROUGH LEGAL MARRIAGE). DO NOT REFER TO THE SPONSOR AS AN UNVERIFIED RELATIVE; INSTEAD DOCUMENT THE BIRTH CERTIFICATE TRAIL AND STATE THAT YOU WERE NOT ABLE TO CONCLUSIVELY PROVE THE RELATIONSHIP. IF THERE IS NO EVIDENCE OTHER THAN STATEMENTS TO VERIFY THE RELATIONSHIP, THEN PROVIDE INFORMATION ABOUT FAMILY SESSION AND COMMUNICATION OBSERVATIONS AND CLINICIAN RECOMMENDATIONS AND CONCLUSION ABOUT THE RELATIONSHIP. (e.g., Ms. Lopez is Maria's unverified paternal aunt who reports living next to Maria's family for 10*

ORR UAC/R-5 [Rev. 06/24/2019]                                                                      Page 1 of 4

**Release Request Completion Guidance**

Office of Refugee Resettlement

*years in home country. Proof of Address was provided in order to verify the claim that they lived next to each other in home country. Maria's birth certificate did not have her father's name. However, Maria's mother and father have verbally and in writing stated that Ms. Lope is Marai's aunt. Family Skype sessions were completed on March 3, 2016 and March 7, 2016, and another is scheduled for March 18, 2016. The plan is to have these ongoing until the minor is approved for release. The Clinician reports that there was a lot of positive interaction during the sessions and they discussed the UAC attending school and old memories of family gatherings. Maria's parents provided a letter of designation for Ms. Lopez.]]*

## Case Manager Recommendation

**FRP AND SUPPORTING DOCUMENTS:**
*[INCLUDE A BRIEF PARAGRAPH ABOUT THE DAILY LIFE OF THE UAC IN COUNTRY OF ORIGIN INCLUDING WHO HE LIVED WITH, INFORMATION ABOUT SCHOOL, WHY HE OR SHE TRAVELED TO THE US, WHO TRAVELED WITH THE UAC, AND IF HE OR SHE HAS A DEBT THAT IS EXPECTED TO BE PAID BACK BY THE MINOR OR FAMILY.]*

The Case Manager received and reviewed *[Ms./Mr.] [sponsor last name]*'s family reunification packet, which includes: *[ONLY LIST OUT WHAT WAS ACTUALLY RECEIVED AND REVIEWED AS REQUIRED BY ORR POLICY AND PROCEDURES TO RELEASE A UAC TO THIS CATEGORY OF SPONSOR]*
--Sponsor ID: *[LIST TYPE OF ID(S)]*
--Household Member ID: *[LIST TYPE OF ID(S)]*
-- *[INCLUDE IF APPLICABLE]* Adult Caregiver ID: *[LIST TYPE OF ID(S) AND EXPIRATION DATE, IF APPLICABLE]*
--Proof of ability to provide housing, food, education. : The sponsor adequately demonstrated that he/she is able to support the minor financially.
--Proof of Address: [type of document] received on *[mm/dd/yyyy]*. Verified through Smarty Streets on *[mm/dd/yyyy]*. Verified through Google Maps on *[mm/dd/yyyy]*.
--Proof of immigration/citizenship status: *[LIST TYPE OF DOCUMENT(S) PROVIDED OR REASON WHY NO DOCUMENTS WERE PROVIDED]*
-- *[INCLUDE IF APPLICABLE]* Letter of Designation: Received on *[mm/dd/yyyy]*.
--LOPC Packet: Sent on *[mm/dd/yyyy]*.
--Sponsor Handbook: Sponsor confirmed reading Sponsor Handbook on *[mm/dd/yyyy]*.

**CRIMINAL:**
--As of *[mm/dd/yyyy]*, for *[Ms./Mr.] [sponsor last name]*: *[DELETE ANY BULLETS BELOW THAT DO NOT APPLY]*
   --Public Records Check: *[Clear/Not Clear]*
   --Sex offender Check: *[Clear/Not Clear]*
   --Fingerprint Check: Fingerprints taken: *[mm/dd/yyyy]*. Results Required Prior to Release: *[yes/no]*. Results Status: *[Pending/Received]* Results: *[Clear/Referred to the FFS]* *[IF RESULTS WERE REFERRED TO THE FFS, THEN STATE WHETHER THE FFS INSTRUCTED THAT IT WAS SAFE TO MOVE FORWARD WITH SPONSOR AS FOLLOWS: The FFS informed this case manager that the sponsor has criminal record information that [does/does not] allow for the UAC to be safely released to the sponsor.]*
   --CA/N Check: Requested *[mm/dd/yyyy]*. Results Required Prior to Release: *[yes/no]*. Results Status: *[Pending/Received]* Results: *[Clear/Record Was Found]*. *[IF RECORD FOUND, LIST CHARGES AND DATES]*
--As of *[mm/dd/yyyy]*, for *[Ms./Mr.] [adult household member / adult caregiver full name]*, *[relationship to sponsor]*: *[LIST THE NAME OF EVERY ADULT HOUSEHOLD MEMBER AND ADULT CAREGIVER THAT THE CHECKS WERE COMPLETED FOR]*
   -- Public records check: *[Clear/Not Clear]*
   -- Sex offender check: *[Clear/Not Clear]*
   -- CA/N Check: Requested *[mm/dd/yyyy]*. Results Required Prior to Release: *[yes/no]*. Results Status: *[Pending/Received]* Results: *[Clear/Record Was Found]*. *[IF RECORD FOUND, LIST CHARGES AND DATES]*
--There are no other household members in the residence.
--Self-Disclosure: This Case Manager asked the sponsor if he/she has any criminal history on *[mm/dd/yyyy]*. Sponsor responded: *[Yes/No]*. *[IF YES, LIST CHARGES AND DATES]*

**ORR UAC/R-5 [Rev. 06/24/2019]**                                                                                          **Page 2 of 4**

## Release Request Completion Guidance
### Office of Refugee Resettlement

--Evidence of Rehabilitation: *[IF APPLICABLE, LIST DOCUMENTS AND EVIDENCE THAT SHOW REHABILITATION]*
--*[INCLUDE BULLET IF A HOME STUDY WAS CONDUCTED]* Due to the concerns regarding [applicable reason for home study, including who the perpetrator of the abuse is and where the abuse occurred], ORR referred the case for a TVPRA/ORR mandated/or discretionary home study. *[USE THE FOLLOWING SENTENCE IF THE HOME STUDY REASON INVOLVES PHYSICAL OR SEXUAL ABUSE:* "[Ms./Mr.] [sponsor last name] was not the perpetrator of the abuse and the perpetrator does not reside with [him/her]."] The home study worker concluded the home study with a positive recommendation on [mm/dd/yyyy]. *[SUMMARIZE ANY RECOMMENDATIONS MADE BY THE HOME STUDY PROVIDER AND IF THE SPONSOR MET THE RECOMMENDATIONS OR WILL WITH THE ASSISTANCE OF THE POST RELEASE SERVICE PROVIDER.]*
--*[INCLUDE IF THERE WERE CONCERNS THAT WERE MITIGATED] LIST THE CONCERNS AND HOW THEY WERE MITIGATED.  (THIS WOULD BE WHERE YOU MENTION SIRS, MENTAL HEALTH OR MEDICAL ISSUES AND SPONSOR CRIMINAL HISTORY).  MENTION WHAT DOCUMENTATION WAS RECEIVED (COURT DOCUMENTS, POLICE REPORTS, MEDICAL REPORTS, SCHOOL DOCUMENTS, DNA TESTING, ETC.) AND STEPS THAT WERE TAKEN TO MITIGATE ANY OF THESE CONCERNS (FAMILY SESSION, PSYCHOLOGICAL OR PSYCHIATRIC EVALUATION, COUNSELING SESSIONS, SAFETY PLANNING, DNA TESTING, ETC.]]*

**BIRTH CERTIFICATES:** All birth certificates needed to prove the sponsor-UAC relationship were received on [mm/dd/yyyy]. Sponsor is confirmed to be the UAC's [type of relationship]. Birth certificates received are: *[LIST BIRTH CERTIFICATES PROVIDED (E.G., UAC, SPONSOR, UAC'S UNCLE, SPONSOR'S SON/UAC'S BROTHER, FAMILY FRIEND)] [STATE WHETHER THE BIRTH CERTIFCIATE OF THE SPONSOR MATCHES THE OFFICAL ID OF THE SPONSOR.]*

**PRIOR SPONSORSHIP:** *CHOOSE ONE:* [Verified on mm/dd/yyyy that the sponsor did not previously sponsor or attempt to sponsor a child.] OR [Verified on (mm/dd/yyyy) that the sponsor previously sponsors/attempted to sponsor a child.] *[IF APPLICABLE, PROVIDE DETAILS ON COMPLIANCE WITH ORR REQUIREMENTS AS IT RELATES TO THE PREVIOUS SPONSORSHIP.]*

**PRIOR ADDRESS:** Verified on (mm/dd/yyyy) that the sponsor's address (was/was not) used in a previous case. *[IF APPLICABLE, LIST CONCERNS AND MITIGATING FACTORS.]*

**CONTACT WITH PRIMARY CAREGIVER IN COO:** Spoke with [name of caregiver] on [mm/dd/yyyy]. [Name of caregiver] [was/was not] able to verify information provided by the UAC and the sponsor. *[IF APPLICABLE, LIST CONCERNS AND MITIGATING FACTORS.]*

**SPONSOR RESOURCES:** The following emergency contact information was provided to the sponsor: 911, ORR Parent and Sponsor Hotline, information regarding health care and vaccinations, Department of Family and Protective Services (in state of residence), and National Human Trafficking Resource Center.

**RELEASE RECOMMENDATION:** *[INCLUDE THE RELEASE RECOMMENDATION FOR A STRAIGHT RELEASE, RELEASE WITH PRS, RELEASE WITH A POSITIVE HOME STUDY RECOMMENDATION, OR DENIAL.]*

**HOMESTUDY AND PRS:** *[LIST THE REASONS FOR RECOMMENDING HOME STUDY, AND OR, POST RELEASE SERVICES. THE RELEASE REQUEST NEEDS TO STATE WHAT THE REASON FOR THE HOME STUDY WAS, WHAT KIND OF HOME STUDY (TVPRA OR DISCRETIONARY) IF THERE ARE ANY SPECIAL RECOMMENDATIONS/CONDITIONS FROM THE HOME STUDY PROVIDER AND IF THEY WERE COMPLETED.]*

### Case Coordinator Recommendation To Be Entered into the Portals Release Request

The Case Coordinator [concurs/does not concur] with the Case Manager's release recommendation.

*[IF THE CC DOES NOT CONCUR WITH THE RECOMMENDATION, NOTE THE DISCREPANT INFORMATION IDENTIFIED AND PROVIDE BRIEF JUSTIFICATION SUPPORTING A DEFERRING RECOMMENDATION WITHOUT RE-SUMMARIZING INFORMATION THAT IS ALREADY AVAILABLE IN THE UAC PORTAL AND UAC CASE FILE.]*

ORR UAC/R-5 [Rev. 06/24/2019]                                                                 Page 3 of 4

**Release Request Completion Guidance**
Office of Refugee Resettlement

| ORR Decision To Be Entered into the Portals Release Request |
|---|
| The FFS [concurs/does not concur] with the Case Manager's and Case Coordinator's release recommendation. |
| *[IF THE FFS DOES NOT CONCUR WITH THE RECOMMENDATION, NOTE THE DISCREPANT INFORMATION IDENTIFIED AND PROVIDE BRIEF JUSTIFICATION SUPPORTING A DENIAL RECOMMENDATION WITHOUT RE-SUMMARIZING INFORMATION THAT IS ALREADY AVAILABLE IN THE UAC PORTAL AND UAC CASE FILE.]* |

ORR UAC/R-5 [Rev. 06/24/2019]

Page 4 of 4

## Appendix 2.11 ORR HQ Bond Hearing Procedures

### Processing Bond Hearing Requests

1. Immediately upon receipt of the care provider email including signed *Request for a Flores Bond Hearing* and completed *Motion* documents, ORR HQ staff complete the following steps:

   - Logs receipt of the request on an internal Bond Hearing Request Tracker on SharePoint.

   - Saves copies of the *Request* and *Motion* documents in a shared electronic folder accessible to ORR/DPP.

   - Creates a bond hearing file for the UAC in which to save all correspondence and documentation associated with the case, and stores it in a shared electronic folder accessible to ORR/DPP. (ORR HQ staff track the case and communications, updating the bond hearing file as appropriate).

2. **Within 15 business days of receiving the care provider email,** in consultation with the ORR Representative arguing the case, ORR HQ staff file the *ORR Motion Requesting Bond Hearing for Unaccompanied Alien Child –Secure or Staff-Secure Custody* or *ORR Motion Requesting Bond Hearing for Unaccompanied Alien Child (Non-Secure) Shelter Care* (depending on the child's placement type); pre-trial brief (for cases where ORR believes the UAC is a danger); supporting evidence; and, motion for telephonic hearing (if appropriate) with the local immigration court having jurisdiction over the case. **Alternatively,** ORR staff may file the *Motion* to the court and later file a pre-trial brief with supporting evidence in order to expedite scheduling a hearing that would otherwise be delayed while the ORR Representative prepares the pre-trial brief. 🕐
If a UAC in shelter care who is not a danger to the community requests a bond hearing, the ORR HQ staff provides a No Concern form letter along with the ORR Motion explaining to the immigration court that ORR does not consider the UAC a danger.

   **NOTE**: The child or the child's attorney may make an oral motion in immigration court, or file a *Motion* document with the immigration court directly requesting a *Flores* bond hearing. In these cases, ORR HQ staff will receive notice from the court itself (as opposed to the care provider) and file correspondence as indicated in Step 1. The assigned ORR Representative will either prepare a pre-file brief, with supporting evidence or file a No Concern Letter; and, file a motion for telephonic hearing (if appropriate) in response to properly served motions on ORR by the court or attorney of record.

3. After filing the motion with the immigration court, ORR HQ staff notifies the Care Provider Point of Contact; FFS and the child's attorney or local legal service provider if the child is unrepresented, that the motion has been filed with EOIR. ✉

4. The local immigration court informs ORR and the child's attorney of record (if applicable) or the care provider if the child is unrepresented that a bond hearing is scheduled. ☝
   If ORR does not receive a notice that a hearing has been scheduled with the local immigration court within 10 business days of filing the motion, ORR HQ staff contact the local immigration court's Court Administrator to determine whether a bond hearing has been scheduled. ☺

5. **Within 1 business day of receiving notice that the hearing has been scheduled**, ORR HQ notifies the minor's attorney (if applicable) and care provider of the date and time and location of the hearing.

### Quick Glance: Processing Bond Hearing Requests

| Care Provider Staff | ORR HQ Staff | EOIR/Immigration Court |
|---|---|---|
| **1** Completes the *ORR Motion Requesting Bond Hearing for Unaccompanied Alien Child* (using the form corresponding with the child's placement level) | **3** Creates a bond hearing file for the UAC; Files *Motion* and supporting materials with the appropriate court **within 15 business days of receiving the request** (filing the No Concern letter as needed); Serves a copy of the filing on the UAC's attorney (if applicable) or on the care provider if the UAC is unrepresented. | **4** Notifies ORR HQ that a hearing has been scheduled, providing the time and location. |
| **2** Notifies ORR by email, attaching the *Request* and *Motion* documents, **within 1 business day** of the UAC request for a bond hearing | | |
| | **5** Contacts the local court administrator if there has been no notice of a scheduled hearing within **10 business days** of the ORR HQ Staff confirmation email. | |

| | **6** Notifies Care Provider FFS and UAC's attorney (if applicable) that a hearing has been scheduled, provides the time and location and the location of the hearing within **1 business day** of receiving the notice from the immigration court. | |

## Preparing for *Flores* Bond Hearings and Filing with the Immigration Court (ORR)

1. The ORR Representative works with the other ORR and care provider staff to gather evidence relevant to a finding that a UAC is a **danger to the community**. Evidence may include placement documents; SIRs; police reports/court records, clinical notes, psychological reports/records, etc. **prior to the hearing**. See Quick Glance: Documents Relevant to Finding Danger to the Community.

   **NOTE:** The ORR Representative should collect primary, original (copies of originals are acceptable) and documents that are relevant evidence that the child is a danger to the community. The ORR Representative saves this evidence in the bond hearing file and may attach it to submissions to the immigration court.

   **NOTE:** UAC in shelter care may not require an actual hearing before the immigration judge, if ORR does not find that the child is a danger to the community. In these circumstances, the ORR HQ staff processing the motions will send the No Concern letter stating as such to the immigration court, attached to the UAC's motion for a bond hearing.

---

**Quick Glance: Possible Evidentiary Sources to Finding Danger to the Community**

- Juvenile court or criminal records
- Police records
- Intakes referral and placement records in the UAC Portal
- Placement Tool
- Initial Intakes Assessment
- UAC Assessment/UAC Case Review
- Relevant clinical notes
- Psychological records/reports
- Significant Incident Reports, as applicable
- 30 day Case Review(s)

---

- Other documents, if relevant

2. ORR HQ staff submit the following materials when filing *Flores* bond hearing motions (filings must be organized in accordance with Immigration Court rules, as explained in the Immigration Court Practice Manual):

   a. Motion Requesting Bond Hearing;

   b. *Motion Requesting a Telephonic Hearing* if applicable (i.e., if the hearing is not in the Arlington, VA court and/or the attorney will not appear in person)*; and*

   c. Pre-hearing brief with supporting exhibits (from materials collected in the bond hearing file) if ORR is contesting bond, or No-concern letter if ORR does not find the UAC to be a danger

3. In addition to serving the court, per Immigration Court rules, the ORR HQ staff  must also serve a physical copy of all materials to the UAC's attorney (or to the UAC care of the care provider if the UAC is unrepresented). As a courtesy, ORR HQ staff emails scanned copies of these materials to the UAC's attorney (or to the FFS to provide to unrepresented UACs). ✉🗐

## Quick Glance: Preparing for Bond Hearings

| ORR HQ Staff | HHS HQ staff and/or Attorney |
|---|---|
| **1** Receives notice of *Flores* bond hearing request from care provider, logs the request in the internal tracker, saves copies of the *Request* and *Motion* documents on the shared drive, and creates a bond hearing file for the UAC on the shared drive. | **3** Communicates with ORR and care provider staff to collect evidence supporting ORR's position in the hearing, saving all documents to the bond hearing file. |
| **2** Notifies the assigned ORR Representative of the bond hearing case | **4** Prepares pre-trial brief and exhibits. |
| **5** In coordination with ORR representative, assembles all materials for submission to the court, obtaining ORR representative signatures as appropriate, and mails the document to the appropriate court and to the UAC's attorney (or to the UAC care of the care provider if the UAC is unrepresented). | |

### *Flores* Bond Hearing Proceedings

1. The care provider follows standard immigration court transport procedures for transporting the UAC to their scheduled *Flores* bond hearing *if* there is a hearing scheduled. See **Section 3.3.14 Transportation Services**. 📖

2. The *Flores* bond hearing proceedings commence. After conclusion the immigration judge issues an order.  The ORR representative keeps the original order for filing at HQ, and provides a copy to the care provider point of contact.

3. If ORR loses the case, ORR reserves the right to appeal. OGC handles all appeals for ORR.

## Appendix 2.12 Legal Status Definitions

| IMMIGRATION STATUS/U.S. CITIZENSHIP STATUS | DEFINITION |
|---|---|
| Asylee | Sponsor was granted or has a pending case for asylum, Withholding of Removal, or Convention Against Torture protections. |
| Conditional Permanent Resident | Sponsor has a valid, non-expired Permanent Resident Card (i.e., green card) that is valid for a 2-year period. |
| Continued Presence | Sponsor has remained in the U.S. longer than allowed by their Visa without DHS ICE permission. |
| DACA | Sponsor is a Deferred Action for Childhood Arrivals (DACA) recipient. |
| Humanitarian Parole | Sponsor was paroled into the U.S. on humanitarian grounds. |
| Legal Permanent Resident | Sponsor has a valid, non-expired Permanent Resident Card (i.e., green card) that is valid for a 10-year period. |
| Non Immigrant Status | Sponsor received temporary admission into the U.S. and has a valid, non-expired Visa (e.g., exchange visitors, students, temporary workers, religious workers, business visitors tourists, victims of criminal activity or trafficking, spouse or child or a lawful permanent resident) or the sponsor received a visa-waiver from certain participating countries who can travel to the U.S. for tourism or business for 90 days or less without needing a visa. |
| Order of Removal | Sponsor was issued an Order of Removal with a 30-day window to appeal, an Order of Removal *in absentia*, or a final Order of Removal. |
| Refugee | Sponsor was admitted as a refugee with a pending or approved application for refugee status. |
| SIJS | Sponsor was granted Special Immigrant Juvenile Status. |
| Temporary Protected Status | Sponsor was granted Temporary Protected Status. |
| U.S. Citizen | Sponsor is a United States citizen through birth, naturalization, acquisition, or derivation. |
| Under Removal Proceedings | Sponsor was served an NTA to appear in front of an Immigration Judge to potentially initiate removal proceedings. |
| Other | Sponsor has an immigration status that does not fall under any of the above categories. |

| Without Status | Sponsor does not have an immigration or U.S. citizenship status. The sponsor entered without inspection, is present in the U.S. without being admitted or paroled, and/or did not enter through a border inspection station or port of entry. The sponsor does not have an order of removal and is not under removal proceedings. |
|---|---|
| Unknown – Likely With Status | Sponsor's immigration or U.S. citizenship status could not be determined. However, based on expired documentation and/or conversations with the sponsor, it is likely that the sponsor has an immigration or U.S. citizenship status. |
| Unknown – Likely Without Status | Sponsor's immigration or U.S. citizenship status could not be determined. However, based on expired documentation and/or conversations with the sponsor, it is likely that the sponsor is without status. |
| Unknown | Sponsor's immigration status or U.S. Citizenship could not be determined and it is unclear whether the sponsor is with or without status. |

## Appendix 2.13 Fingerprint Card

The subject of the fingerprint check must complete all fields highlighted in yellow for two fingerprint cards. The minor's full name and A# must be entered under "Reason Fingerprinted." The agency or vendor taking fingerprints from the subject must roll prints for all boxes and sign and date each fingerprint card (areas highlighted in blue).



## Appendix 2.14 Fingerprinting Guidance

**DIGITAL FINGERPRINTS**

1. The case manager assists the potential sponsor, adult household member, and/or adult caregiver in scheduling a fingerprint appointment at an ORR digital fingerprint site to occur **within 3 business days of receiving the signed *ARI* and government issued photo ID.** Unless the ORR digital site indicates that they only accept walk-ins, the case manager **must make an appointment**. 🖫

2. The case manager must provide the ORR digital fingerprint site the following information and documents when making an appointment:

   - Completed and signed *ARI*

   - Copy of government issued photo ID

   - Case manager name, email, phone number, and care provider program name

   - Subject phone number, relationship to UAC, and whether they are the sponsor, household member, or adult caregiver

   - UAC name and A#

   - Reason for expedited processing, if applicable

   **NOTE:** If the individual who is being fingerprinted requires in-person assistance from the ORR digital fingerprint site completing the *FRP* and/or *ARI*, the case manager must notate that assistance is requested (see **Quick Glance: Assistance Completing the *FRP* at ORR Digital Fingerprint Sites**).

3. The case manager instructs the individual being fingerprinted to bring at least one form of government issued photo ID to the appointment.

   **NOTE:** ORR strongly prefers that the case manager schedule the fingerprint appointment for potential sponsors, adult household members, and adult caregivers. However, if that is not possible then the individual may contact the ORR digital fingerprint site directly to make an appointment. In those instances, digital site staff will instruct the individual to bring a completed *ARI*, at least one form of government issued photo ID, and their case manager's contact information to the appointment.

   **NOTE:** If a situation arises in which paper fingerprint cards must be used, the ORR digital fingerprint site will send the following directly to PSC/DCS via an express mail courier.

   - Two original fingerprint cards (ORR no longer collects Social Security Numbers and this field should be blacked out – see **Appendix 2.13 Fingerprint Card)**

- Copy of the *Sponsor Check Coversheet* (completed by the ORR digital fingerprint site)
- Copy of the *Authorization for Release of Information*
- Copy of the subject's government issued photo ID

The ORR digital fingerprint site will also email a copy of the *Sponsor Check Coversheet*, which will include the courier name and tracking number, to the case manager.

This does not take the place of the case manager's responsibility to email the required paperwork to PSC/DCS following the procedures in **2.5.1 Criteria for Background Check Requirements**.

ORR digital fingerprint sites take digital fingerprints <u>and</u> complete paper fingerprint cards for UAC who are aging out in three days or more to minimize the chances of unclassifiable fingerprints. ✉🗐

### Quick Glance: Assistance Completing the *FRP* at ORR Digital Fingerprint Sites

Some ORR digital fingerprint sites offer in-person assistance completing the *FRP* and/or *ARI* to potential sponsors, adult household members, and adult caregivers.

If the case manager believes the potential sponsor, adult household member, or adult caregiver would benefit from in-person assistance completing the *FRP* and/or *ARI*, they may request this service from any ORR digital fingerprint that offers it when making an appointment.

ORR digital fingerprint site staff assist the individual(s) being fingerprinted in completing the *FRP* and/or *ARI* and email legible copies of these documents to the case manager the same day of the appointment.

The ORR digital fingerprint site does not email copies of these document to PSC/DCS on behalf of the case manager to request a Fingerprint Check. PSC/DCS does not accept documents or requests directly from ORR digital fingerprint sites. All documents are submitted from the digital site to the Case Manager who reviews the documents for completeness and accuracy prior to submission to PSC/DCS.


## PAPER FINGERPRINT CARDS

If distance or other limitations prevent the individual(s) from traveling to an ORR digital fingerprint site, the individual may have paper fingerprints taken at any local law enforcement agency or U.S. government agency.

1. The case manager sends the following items to the individual being fingerprinted via an express mail service (e.g., UPS, FedEx, USPS Priority Mail):

   - Two paper fingerprint cards (ORR no longer collects Social Security Numbers and this field should be blacked out)

   - A prepaid priority mail service envelope addressed to the case manager

2. The individual has their fingerprints taken on both paper fingerprint cards, completes all fields at the top of the fingerprint cards (except the Social Security Number field), signs both fingerprint cards, and mails them back to the case manager.

3. The case manager checks to ensure that all required fields were completed (see **Appendix 2.13 Fingerprint Card**) and mails the original fingerprint cards with legible copies of the *ARI*, *Sponsor Check Coversheet*, and government issued photo ID to PSC/DCS for **next morning** delivery. The case manager must include the name of the courier and the tracking number on the *Sponsor Check Coversheet* when they email the Fingerprint Check request to PSC/DCS (see **2.5.1 Criteria for Background Check Requirements**).

## Appendix 2.15 Prior Sponsorship Information Request

### Prior Sponsorship Information Request

**Current Minor Information:**
Name:
A#:
Facility:

---

**Requesting previous sponsorship information by**: (Highlight)
- Back Up Sponsor
- Sponsor

**Previously Sponsored Minor Information:**
Name:
A#:
Facility:
Discharge Date:

---

I would like to request the following documents. (Highlight)

| Sponsor | Back Up Sponsor |
|---|---|
| • UC Assessment (UC Portal)<br>• Release Request (UC Portal)<br>• FRP & supporting documents<br>• Latest Case Review<br>• Sponsor Assessment<br>• 30 Day Follow Up Note (applies for minor released after 8/15/17)<br>• PRS Acceptance (if applicable)<br>• Home Study Report (if applicable)<br>• Background Checks | • 30 Day Follow Up Note (applies for minor released after 8/17/15)<br>• FRP & supporting documents<br>• Release Request (UC Portal) |