**TouchPoint: UM Case Management - Department TouchPoint**

| | |
|---|---|
| Date: 10/31/18<br>Created: 10/31/18  21:03:23 UTC | Last Updated By:<br>Last Updated: 10/31/18  21:03:23 UTC |
| Type of interaction | Meeting with Youth\|Meeting with family\|Phone call\| |
| Notes: | CM met with the client ▮▮▮▮▮ to explain how the reunification process was going to proceed, the shelter rules, and the client's rights while at the shelter. Minor was then asked if he understood what CM had explained, and upon confirmation minor was asked to sign the acknowledgement and client handbook form. Minor was then explained the services that will be offered to him while in care with SWK Casa Padre, such as case management services, counseling services, medical services, educational and vocational classes, and legal services. Minor was also informed on what was sexual abuse and harassment are and how to identify any potential instances. Minor was also asked questions about his emotional and physical well being and whether he was in need of anything at the time of the interview. CM then advised minor that he would be receiving two outgoing calls at the time of the interview and then every week during his stay in shelter care. Minor was also informed he could receive incoming calls from approved family/sponsors for his emotional well being. CM also advised minor that she would be meeting with minor once a week to update him on his case and allow him a phone call to his family members. At this time, no medical problems were reported. Client is currently doing well and stated that he feels safe. Minor states he came to the U.S. to reunify with his uncle, however, did not have contact information for uncle. CM reached out to minors father in COO in order to receive contact information for potential sponsor. However; father advised this CM that he would have to reach out to minor uncle to see if he will be willing to move forward reunification. CM will continue communication with minors father until a possible sponsor is found.<br>▮▮▮▮▮ Case Manager |
| Date: 11/6/18<br>Created: 11/06/18  21:23:24 UTC | Last Updated By:<br>Last Updated: 11/06/18  21:23:24 UTC |
| Type of interaction | Meeting with Youth\|Phone call\| |
| Notes: | Minor was provided with a phone call. Minor has been informed that as of today his parents in COO have not been able to provided contact information for a possible sponsor. CM has been communicating with minor parents in order to attempt to find a possible sponsor. However, at this time we have been unsuccessful. Minor father stated he will be speaking to minor uncle to see if he is willing to sponsor him. CM informed minor she will continue to meet with him on a weekly basis.<br>▮▮▮▮▮ CM |
| Date: 11/7/18<br>Created: 11/07/18  21:51:45 UTC | Last Updated By:<br>Last Updated: 11/20/18  20:37:09 UTC |
| Legal Service | Attended Know Your Rights presentation |
| Notes | Minor attended KYR on 11/7/2018. |
| Date: 11/14/18<br>Created: 11/14/18  23:26:15 UTC | Last Updated By:<br>Last Updated: 11/14/18  23:26:15 UTC |
| Type of interaction | Meeting with Youth\|Meeting with sponsor\|Phone call\| |
| Notes: | CM meet with minor today he has been informed that as of today his family in COO have been unable to find a suitable sponsor for him. CM spoke to minors father today and he advised me there was a family friend willing to assist minor. CM informed father of the importance of providing evidence as proof of pre-existing relationship between them and family friend. Cm also explained the additional check that would be required and estimate time frame of CA/N Check and finger prints results. Father stated he would contact CM with phone number to possible sponsor after he is able to explain to potential sponsor the checks he would need to conduct.<br>▮▮▮▮▮ Case Manager |
| Date: 11/7/18 | Last Updated By: |

| | |
|---|---|
| Date: 11/7/18<br>Created: 11/20/18 21:26:24 UTC | Last Updated By:<br>Last Updated: 11/20/18 21:26:24 UTC |
| Legal Service | Attended Know Your Rights presentation |
| Notes | Minor attended KYR on 11/7/18. |
| Date: 11/21/18<br>Created: 11/21/18 23:00:03 UTC | Last Updated By:<br>Last Updated: 11/21/18 23:00:03 UTC |
| Type of interaction | Meeting with Youth|Phone call| |
| Notes: | CM meet with minor and informed him as of today his parents have been unable to provided contact info for potential sponsor. Minor was provided with phone call to speak to father. Father stated he will be providing contact information to me by today.<br><br>                      Case Manager |
| Date: 11/29/18<br>Created: 11/29/18 22:23:58 UTC | Last Updated By:<br>Last Updated: 11/29/18 22:23:58 UTC |
| Type of interaction | Meeting with Youth|Phone call| |
| Notes: | CM meet with minor today and contacted potential sponsor          upon contacting sponsor CM explained the reunification process and what will be need in order to proof a pre-exsiting relationship between minor and sponsor. Sponsor informed me he has been in the U.S. for approximately 10 years therefore only saw minor when he was very small and believe there are no pictures between minor and him. CM asked if there was phone record between him and UC family he stated they would communicate but is unsure if we will be able to provided proof. CM informed potential sponsor that she will reach out to UC family to try to verify if there is in fact a pre-existing relationship between minor and         CM thank         for his time and advised she would contact him again in order to explore further his relationship with minor.         stated he would like to make sure that he qualify to sponsor minor before accepting sponsorship. CM contact UC parents in COO. CM used an interpreted in order to communicated with UC mother since she does not speak Spanish. Interpreted explained to UC mother that we need to proof their is a relationship between family and sponsor. Interpret talk phone drop before UC mother would be able to responded. UC asked minor if she understood and UC mother stated she will be looking into what she can gather. CM will continue to attempt communication.<br><br>                      Case Manager |
| Date: 12/6/18<br>Created: 12/06/18 21:09:46 UTC | Last Updated By:<br>Last Updated: 12/06/18 21:09:46 UTC |
| Type of interaction | Meeting with Youth|Phone call| |
| Notes: | CM meet with minor today. He was informed that his family in COO contact CM informed his of a possible sponsor for minor. UC family informed CM minor had a cousin in the U.S and will be contacting him to see if he is whiling to assist minor. CM will continue to keep communication between UC and his family until the provided contact information for a potential sponsor. Minor was provided with a phone call to COO. In addition, CM explained Case Summer and ISP to minor due to upcoming 40 day in care. CM will continue to meet with UC on a weekly basis.<br><br>                      Case Manager |
| Date: 12/16/18<br>Created: 12/16/18 17:26:25 UTC | Last Updated By:<br>Last Updated: 12/16/18 17:26:25 UTC |
| Type of interaction | Meeting with Youth|Phone call| |