Case Review

| UAC Basic Information |
|---|

**First Name:**
▮

**Last Name:**
▮

**AKA:**

| | | | |
|---|---|---|---|
| **Status:** | DISCHARGED | **Gender:** | F |
| **Date of Birth:** | ▮ | **LOS:** | 73 |
| **A No.:** | ▮ | **Current Program:** | Southwest Key El Presidente |
| **Age:** | 15 | **Admitted Date:** | 5/10/2019 |
| **Country of Birth:** | ▮ | | |

○ 30 day Case Review   ○ Discharge   ○ Transfer       Are there any changes?:   ○ Yes ● No

**Previous Placement:**
MInor was previously living in ▮ with her parents before traveling to the United Stated  Upon arrival to the United Stated she was apprehended by DHS an is now under the direct supervision of Southwest Key Programs Casa Presidente

**Religious Affiliation:**
Minor is affiliated with the Christian faith

**Case Manager:**
▮

**Clinician:**
▮

**Document any new information regarding the UAC not indicated in the UAC Assessment and/or the previous case summary below**

| Medical |
|---|

**List any allergies:**
Refer to Health Tab

**Do you feel unwell?**
○ Yes ● No

**If yes, what are your symptoms?**
Refer to Health Tab

**Additional medical information:**
Refer to Health Tab

| Medical History |||
|---|---|---|
| **Condition** | **Yes/NO** | **Date of Diagnosis/Clarification** |
| Pregnant | ○ Yes ○ No | |
| Tuberculosis | ○ Yes ○ No | |
| Varicella | ○ Yes ○ No | |
| Measles | ○ Yes ○ No | |
| Mumps | ○ Yes ○ No | |
| Rubella | ○ Yes ○ No | |
| Asthma | ○ Yes ○ No | |
| Diabetes | ○ Yes ○ No | |
| Cancer | ○ Yes ○ No | |
| Cardiac Issues | ○ Yes ○ No | |
| Sexually Transmitted Disease | ○ Yes ○ No | |
| Respiratory/Lung Disorder | ○ Yes ○ No | |
| Physical Disability | ○ Yes ○ No | |

**Medication History**

| Medication | Dosage | Timeframe | Medical Condition |
|---|---|---|---|
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |

## Legal

| | |
|---|---|
| **Know Your Rights Presentation provided?** | ○ Yes  ● No |
| **Date:** | Minor is pending KNow Your Rights presentation |
| **Legal screening completed?** | ○ Yes  ● No |
| **Date:** | Minor is pending Legal Screening |
| **Any possible legal relief identified?** | ○ Yes  ● No |
| **Specify:** | Unknown |

## Mental Health

**Provide a short summary of the UAC's current functioning:**

Update 06/07/2019: Minor is a 15-year-old ▮ from Guatemala  Clinician is working on establishing a rapport with the minor and securing a therapeutic alliance  Clinician has covered topics such as shelter adjustment, behavior expectations, how to report any abuse, services available at shelter, what services will be provided and available, and safety plan measures  Throughout the session, the minor was attentive and receptive to the information  Minor has disclosed that she has been communicating with family in home country  Overall, the minor has demonstrated a good understanding of the information discussed during his individual sessions  In addition, the minors affect, cognition, and behavior appear normal based on his developmental level  Moreover, there are no disturbances in her functioning (e g  sleep, appetite, suicidal/homicidal ideation, mood, & hallucinations)  Minor does not appear to be a risk to self or others  As reported by Clinician ▮▮▮▮ MS  06/07/2019

## Psychological Evaluation

**Date of Evaluation:**

**Evaluator:**

**Axis I:**

**Axis II:**

**Axis III:**

**Axis IV:**

**Axis V:**

**Summary of Recommendations:**

## Trafficking

**Who planned/organized your journey?**
Minor disclosed that she planned and organized her journey to the US by herself  Minor disclosed that no one was involved in planning her journey  Both of parents are a ware of her coming to the US and gave her consent  Minor disclosed that her sponsor is also aware of her coming to the US  Minor disclosed that no one paid for her journey she paid it with money save receive from her cousin  As reported by Clinician ▮▮▮ MS

**What were you told about the arrangements before the journey?**
Minor stated that she was not told anything about the journey, she decide to try luck all by herself and follow the people she would find in her way  As reported by Clinician ▮▮▮ MS

**Did the arrangements change during the journey?**   ○ Yes  ● No

**If yes, how?**
Minor disclosed that she did not have any arrangement for her journey  As reported by Clinician ▮▮▮ MS

**Does your family owe money to anyone for the journey?**   ○ Yes  ● No

**If yes, how much?**

**Whom is the money owed?**
not applicable, As reported by Clinician ▮▮▮ MS

**Who is expected to pay?**
not applicable, As reported by Clinician ▮▮▮ MS

**What do you expect to happen if payment is not made?**
not applicable, As reported by Clinician ▮▮▮ MS

### Coercion Indicators

**Did anyone threaten your or your family?**   ○ Yes  ● No

**If yes, who made the threats?**
Minor disclosed that her family never has been threaten  As reported by Clinician ▮▮▮ MS

**Were you ever physically harmed?**   ○ Yes  ● No

**If yes, how?**
Minor disclosed that she never has been physically harmed  As reported by Clinician ▮▮▮ MS

**Was anyone around you ever physically harmed?**   ○ Yes  ● No

**If yes, who?**
Minor disclosed that one around her has been physically harmed  As reported by Clinician ▮▮▮ MS

**Were you ever held against your will?**   ○ Yes  ● No

**If yes, where?**
Minor denies ever been held against her will  As reported by Clinician [redacted] MS

**Did anything bad happen to anyone else in this situation or anyone else who tried to leave?**  ○ ● Yes No

**What happened and to whom?**
not applicable, As reported by Clinician [redacted] MS

**Did anyone ever keep/destroy your documents?**  ○ ● Yes No

**If yes, who and what?**
Minor denies that anyone has keep or destroy personal documents  As reported by Clinician [redacted] MS

**Did anyone ever threaten to report you to the police/immigration?**  ○ ● Yes No

**If yes, who?**
Minor denies ever being threaten to be reported to the police or immigration  As reported by Clinician [redacted] MS

**Are you worried anyone might be trying to find you?**  ○ ● Yes No

**If yes, who?**
Minor is not worried that anyone might find her  As reported by Clinician [redacted] MS

### Debt Bondage/ Labor Trafficking

**Did you perform any work or provide any services?**  ○ ● Yes No

**If yes, what and where?**
not applicable, As reported by Clinician [redacted] MS

**Who arranged the work?**
not applicable, As reported by Clinician [redacted] MS

**What type of work did you perform?**
not applicable, As reported by Clinician [redacted] MS

**What was the work schedule?**
not applicable, As reported by Clinician [redacted] MS

**Did work conditions change over time?**
not applicable, As reported by Clinician [redacted] MS

**Is there a debt?**  ○ ● Yes No

**If yes, has any debt amount increased?**  ○ ● Yes No

**By how much?**

**When did it increase?**
not applicable, As reported by Clinician [redacted] MS

**Why did it increase?**
not applicable, As reported by Clinician [redacted] MS

**Have you or your family ever been threatened over payment or work for the journey?**  ○ ● Yes No

**If yes, who threatened you and how?**
not applicable, As reported by Clinician [redacted] MS

**What did you expect would happen if you left the job or stopped working?**
not applicable, As reported by Clinician [redacted] MS

**Were you ever made to work or do anything you did not want to do?**  ○ ● Yes No

**Did you receive pay or did someone else keep the pay?**
not applicable, As reported by Clinician [redacted] MS

**Were you paid what was promised when you started working?**
not applicable, As reported by Clinician [redacted] MS

**Were expenses taken out of the pay?**  ○ ● Yes No

**If yes what?**
not applicable, As reported by Clinician [redacted] MS

**How did you get to the work site?**
not applicable, As reported by Clinician [redacted] MS

**Where did you live while working?**
not applicable, As reported by Clinician [redacted] MS

### Commercial Sex Indicators

| | |
|---|---|
| Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value? | ○ Yes ● No |
| Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear? | ○ Yes ● No |
| Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts? | ○ Yes ● No |
| If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings? | ○ Yes ● No |
| Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value? | ○ Yes ● No |
| Did anyone ever promise or give money or anything of value to you in exchange for sexual acts? | ○ Yes ● No |
| Based on the information provided above in the "Trafficking" section, is there a trafficking concern? | ○ Yes ● No |

If yes, date of trafficking referral:

### Sponsor Information (List by Priority)

| Current Sponsor | Cat (1,2,3) | Sponsor Name | DOB | Address | Phone | Legal Status | Relationship |
|---|---|---|---|---|---|---|---|
| ☑ | | ▓▓▓ | | ▓▓▓ | ▓▓▓ | Without status | Adult First Cousin |

**Sponsor Risk Assessment** Sponsor Risk Assessment

**Substance use concerns?**    ○ Yes ● No
If yes, explain:

**Domestic violence concerns?**    ○ Yes ● No
If yes, explain:

**Child abuse or neglect concerns?**    ○ Yes ● No
If yes, explain:

**Mental health issues?**    ○ Yes ● No
If yes, explain:

**Does the sponsor have any family support?**    ○ Yes ● No
Specify:

**Does the sponsor have any identified special needs?**    ○ Yes ● No
If yes, explain:

**Does the sponsor have financial needs?**    ○ Yes ● No
If yes, explain:

**Does the sponsor have adequate housing?**    ○ Yes ● No
If yes, explain:

**Are there any concerns with the disciplinary practices/philosophy of sponsor?**

**Does the sponsor have any criminal history?**    ○ Yes ● No

**List any Felony convictions:**

**List any Misdemeanor convictions:**

**List any Probation/Parole:**

**List and describe any disclosed criminal activity:**
Minor denied any criminal history

| History of Incarceration: | Crime | Date | Length of Sentense | Location |
|---|---|---|---|---|

**Are there any parent/child relational issues?**    ○ Yes ● No
If yes, explain:

**Does the sponsor have an Order of Removal?**    ○ Yes ● No
If yes, date issued:

**Has the sponsor sponsored any other UAC in DCS care?**    ○ Yes ● No

**Additional sponsor information:**
Updated 06/07/2019: BC's submitted Missing sponsor's to prove the relationship Update 06/06/2019: FRA submitted Update 06/04/2019: OG sponsor will continue with the process Pending FRA, BC's, proof of address Received POA, and sponsor ID Update 05/27/2019: Pending sponsor Update 05/21/2019: Pending all docs Potential sponsor advised she is getting assistance with filling out the application and getting all the necessary documents Update 05/13/2019: Pending all docs and further assessment

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|

| | Mandatory TVPRA 2008 | |
|---|---|---|
| Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC ) | | ○ Yes  ● No |
| Date eligibility letter issued: | | |
| Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U S C § 12102(1)? | | ○ Yes  ● No |
| If yes, specify disability: Minor denies being trafficking screening, is the child a victim of a severe form of trafficking in persons  As reported by Clinician ▮▮▮ MS | | |
| Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened? | | ○ Yes  ● No |
| If yes, provide a short summary: Minor denies being victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened  As reported by Clinician ▮▮▮ MS | | |
| Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC? | | ○ Yes  ● No |
| If yes, provide a short summary: | | |

| | Recommendations | |
|---|---|---|
| **Discharge:** | ○ Yes  ● No | |
| **Sponsor:** | | |
| **Discharge w/ Post Release:** | ○ Yes  ● No | |
| **Date of PR referral:** | | |
| **Refer to Home Study** | ○ Yes  ● No | |
| **Reason for HS referral:** | | |

| | Care Plan |
|---|---|
| **Reunification:** | |
| **Legal:** | |
| **Mental Health:** | UPDATE: 30 Th Day: Clinician meets with minor ▮▮▮ once a week and attends group counseling covering a variety of topics each week  Minor affect appears reactive and is mood congruent  During individual sessions, clinician has covered topics such as shelter adjustment, setting short-term/long-term goals  Overall, the minor has demonstrated a good understanding of the information discussed during her individual sessions  Minor will continue to attend individual counseling and group counseling sessions weekly  The goal of the session focused on building rapport with the minor and increasing awareness regarding her emotional well-being and coping skills  Minor will notify staff or clinician if she has any emotional issues or concerns  The minor reports feeling prepared for reunification; clinician has successfully helped the minor process her feelings and thoughts about the subject  Minor has not presented any mental health concerns and has stated she is doing well and appears to be doing well  Minor is waiting for her case to be submitted  In addition, minor does not present any high-risk behavior posing a risk to self or others  As reported by ▮▮▮ MS Clinician, 06/07/2019 |

| Certification |
|---|

**Signature:**
▮▮▮ CM  ▮▮▮ MS

**Date:**
6/7/2019

**Print Name:**
▮▮▮

**Title:**
Case Manager //
Clinician

# Case Review

| UAC Basic Information |
|---|

**First Name:**
█████

**Last Name:**
█████

**AKA:**

| | | | |
|---|---|---|---|
| **Status:** | DISCHARGED | | |
| **Date of Birth:** | █████ | **Gender:** | F |
| **A No.:** | █████ | **LOS:** | 73 |
| **Age:** | 15 | **Current Program:** | Southwest Key El Presidente |
| **Country of Birth:** | █████ | **Admitted Date:** | █████ |

⦿ 30 day Case Review   ○ Discharge   ○ Transfer    Are there any changes?:   ○ Yes  ⦿ No

**Previous Placement:**
MInor was previously living in Guatemala with her parents before traveling to the United Stated  Upon arrival to the United Stated she was apprehended by DHS an is now under the direct supervision of Southwest Key Programs Casa Presidente

**Religious Affiliation:**
Minor is affiliated with the Christian faith

**Case Manager:**
█████

**Clinician:**
█████

**Document any new information regarding the UAC not indicated in the UAC Assessment and/or the previous case summary below**

| Medical |
|---|

**List any allergies:**
Refer to Health Tab

**Do you feel unwell?**
○ Yes  ⦿ No

**If yes, what are your symptoms?**
Refer to Health Tab

**Additional medical information:**
Refer to Health Tab

| Medical History | | |
|---|---|---|
| **Condition** | **Yes/NO** | **Date of Diagnosis/Clarification** |
| Pregnant | ○ Yes ○ No | |
| Tuberculosis | ○ Yes ○ No | |
| Varicella | ○ Yes ○ No | |
| Measles | ○ Yes ○ No | |
| Mumps | ○ Yes ○ No | |
| Rubella | ○ Yes ○ No | |
| Asthma | ○ Yes ○ No | |
| Diabetes | ○ Yes ○ No | |
| Cancer | ○ Yes ○ No | |
| Cardiac Issues | ○ Yes ○ No | |
| Sexually Transmitted Disease | ○ Yes ○ No | |
| Respiratory/Lung Disorder | ○ Yes ○ No | |
| Physical Disability | ○ Yes ○ No | |

**Medication History**

| Medication | Dosage | Timeframe | Medical Condition |
|---|---|---|---|
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |
| | | | Refer to Health Tab |

## Legal

| | |
|---|---|
| **Know Your Rights Presentation provided?** | ○ Yes  ● No |
| **Date:** | Minor is pending KNow Your Rights presentation |
| **Legal screening completed?** | ○ Yes  ● No |
| **Date:** | Minor is pending Legal Screening |
| **Any possible legal relief identified?** | ○ Yes  ● No |
| **Specify:** | Unknown |

## Mental Health

Provide a short summary of the UAC's current functioning:

UPDATE: 60 Th DAY: UAC appears to be stable and adapting to current placement has remains cooperative and respectful  Minor is able to engage openly in conversation, also has been able to have proper communication skill, her feeling and thoughts are clear sin the first day to arrive at the program   Minor has adjusted well to the shelter, as evident by appropriate mood and behavior  Minor reports getting along with peers, staff and teachers  Minor reported her personal conduct remains within the establish parameters in class and the program  There is no history of having any issues, and none has been identify by clinician  Minor does not presents any current high- risk behavior to self or others  Mino denied ever receiving treatment for mental health illness, and denies a history of suicidal or homicidal ideation, as well as any auditory or visual hallucination  In addition, UAC denied having history of self-harming behavior  Clinician ███████  MS   07/05/2019
**************************

Update 06/07/2019: Minor is a 15-year-old ███ from Guatemala  Clinician is working on establishing a rapport with the minor and securing a therapeutic alliance  Clinician has covered topics such as shelter adjustment, behavior expectations, how to report any abuse, services available at shelter, what services will be provided and available, and safety plan measures  Throughout the session, the minor was attentive and receptive to the information  Minor has disclosed that she has been communicating with family in home country   Overall, the minor has demonstrated a good understanding of the information discussed during his individual sessions  In addition, the minors affect, cognition, and behavior appear normal based on his developmental level  Moreover, there are no disturbances in her functioning (e g  sleep, appetite, suicidal/homicidal ideation, mood, & hallucinations)  Minor does not appear to be a risk to self or others  As reported by Clinician ███████  MS  06/07/2019

## Psychological Evaluation

**Date of Evaluation:**

**Evaluator:**

**Axis I:**

**Axis II:**

**Axis III:**

**Axis IV:**

**Axis V:**

**Summary of Recommendations:**

## Trafficking

**Who planned/organized your journey?**

Minor disclosed that she planned and organized her journey to the US by herself  Minor disclosed that no one was involved in planning her journey  Both of parents are a ware of her coming to the US and gave her consent  Minor disclosed that her sponsor is also aware of her coming to the US  Minor disclosed that no one paid for her journey she paid it with money save receive from her cousin  As reported by Clinician ███████  MS

**What were you told about the arrangements before the journey?**

Minor stated that she was not told anything about the journey, she decide to try luck all by herself and follow the people she would find in her way  As reported by Clinician ███████  MS

**Did the arrangements change during the journey?**  ○ Yes  ● No

**If yes, how?**

Minor disclosed that she did not have any arrangement for her journey  As reported by Clinician ███████  MS

**Does your family owe money to anyone for the journey?**  ○ Yes  ● No

**If yes, how much?**

**Whom is the money owed?**

not applicable, As reported by Clinician ███████  MS

**Who is expected to pay?**

not applicable, As reported by Clinician ███████  MS

**What do you expect to happen if payment is not made?**

not applicable, As reported by Clinician ███████  MS

### Coercion Indicators

**Did anyone threaten your or your family?**  ○ Yes  ● No

**If yes, who made the threats?**

Minor disclosed that her family never has been threaten  As reported by Clinician ███████  MS

**Were you ever physically harmed?**  ○ Yes  ● No

**If yes, how?**

Minor disclosed that she never has been physically harmed  As reported by Clinician ███████  MS

**Was anyone around you ever physically harmed?**  ○ Yes  ● No

**If yes, who?**

Minor disclosed that one around her has been physically harmed  As reported by Clinician ▮ MS

**Were you ever held against your will?**    ○ Yes   ● No

**If yes, where?**
Minor denies ever been held against her will  As reported by Clinician ▮ MS

**Did anything bad happen to anyone else in this situation or anyone else who tried to leave?**    ○ Yes   ● No

**What happened and to whom?**
not applicable, As reported by Clinician ▮ MS

**Did anyone ever keep/destroy your documents?**    ○ Yes   ● No

**If yes, who and what?**
Minor denies that anyone has keep or destroy personal documents  As reported by Clinician ▮ MS

**Did anyone ever threaten to report you to the police/immigration?**    ○ Yes   ● No

**If yes, who?**
Minor denies ever being threaten to be reported to the police or immigration  As reported by Clinician ▮ MS

**Are you worried anyone might be trying to find you?**    ○ Yes   ● No

**If yes, who?**
Minor is not worried that anyone might find her  As reported by Clinician ▮ MS

### Debt Bondage/ Labor Trafficking

**Did you perform any work or provide any services?**    ○ Yes   ● No

**If yes, what and where?**
not applicable, As reported by Clinician ▮ MS

**Who arranged the work?**
not applicable, As reported by Clinician ▮ MS

**What type of work did you perform?**
not applicable, As reported by Clinician ▮ MS

**What was the work schedule?**
not applicable, As reported by Clinician ▮ MS

**Did work conditions change over time?**
not applicable, As reported by Clinician ▮ MS

**Is there a debt?**    ○ Yes   ● No

**If yes, has any debt amount increased?**    ○ Yes   ● No

**By how much?**

**When did it increase?**
not applicable, As reported by Clinician ▮ MS

**Why did it increase?**
not applicable, As reported by Clinician ▮ MS

**Have you or your family ever been threatened over payment or work for the journey?**    ○ Yes   ● No

**If yes, who threatened you and how?**
not applicable, As reported by Clinician ▮ MS

**What did you expect would happen if you left the job or stopped working?**
not applicable, As reported by Clinician ▮ MS

**Were you ever made to work or do anything you did not want to do?**    ○ Yes   ● No

**Did you receive pay or did someone else keep the pay?**
not applicable, As reported by Clinician ▮ MS

**Were you paid what was promised when you started working?**
not applicable, As reported by Clinician ▮ MS

**Were expenses taken out of the pay?**    ○ Yes   ● No

**If yes what?**
not applicable, As reported by Clinician ▮ MS

**How did you get to the work site?**
not applicable, As reported by Clinician ▮ MS

| Where did you live while working? | |
|---|---|
| not applicable, As reported by Clinician Carol Lopez, MS | |

### Commercial Sex Indicators

| | |
|---|---|
| Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value? | ○ Yes  ● No |
| Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear? | ○ Yes  ● No |
| Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts? | ○ Yes  ● No |
| If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings? | ○ Yes  ● No |
| Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value? | ○ Yes  ● No |
| Did anyone ever promise or give money or anything of value to you in exchange for sexual acts? | ○ Yes  ● No |
| Based on the information provided above in the "Trafficking" section, is there a trafficking concern? | ○ Yes  ● No |

**If yes, date of trafficking referral:**

### Sponsor Information (List by Priority)

| Current Sponsor | Cat (1,2,3) | Sponsor Name | DOB | Address | Phone | Legal Status | Relationship |
|---|---|---|---|---|---|---|---|
| ☑ | | ███ | ███ | ███ | ███ | Without status | Adult First Cousin |

### Sponsor Risk Assessment

**Substance use concerns?**  ○ Yes  ● No
If yes, explain:

**Domestic violence concerns?**  ○ Yes  ● No
If yes, explain:

**Child abuse or neglect concerns?**  ○ Yes  ● No
If yes, explain:

**Mental health issues?**  ○ Yes  ● No
If yes, explain:

**Does the sponsor have any family support?**  ○ Yes  ● No
Specify:

**Does the sponsor have any identified special needs?**  ○ Yes  ● No
If yes, explain:

**Does the sponsor have financial needs?**  ○ Yes  ● No
If yes, explain:

**Does the sponsor have adequate housing?**  ○ Yes  ● No
If yes, explain:

**Are there any concerns with the disciplinary practices/philosophy of sponsor?**

**Does the sponsor have any criminal history?**  ○ Yes  ● No

**List any Felony convictions:**

**List any Misdemeanor convictions:**

**List any Probation/Parole:**

**List and describe any disclosed criminal activity:**
Minor denied any criminal history

| History of Incarceration: | Crime | Date | Length of Sentense | Location |
|---|---|---|---|---|

**Are there any parent/child relational issues?**  ○ Yes  ● No
If yes, explain:

**Does the sponsor have an Order of Removal?**  ○ Yes  ● No
If yes, date issued:

**Has the sponsor sponsored any other UAC in DCS care?**  ○ Yes  ● No

**Additional sponsor information:**
Update 07/02/2019: CM is pending to receive fingerprint cards in the mail to submit to PCS  Updated 06/07/2019: BC's submitted  Missing sponsor's to prove the relationship  Update 06/06/2019: FRA submitted  Update 06/04/2019: OG sponsor will continue with the process  Pending FRA, BC's, proof of address  Received POA, and sponsor ID  Update 05/27/2019: Pending sponsor  Update 05/21/2019: Pending all docs  Potential sponsor advised she is getting assistance with filling out the application and getting all the necessary documents  Update 05/13/2019: Pending all docs and

further assessment

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|
| | | | | |

| Mandatory TVPRA 2008 |
|---|

Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC )  ☐ Yes  ☒ No

Date eligibility letter issued:

Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U S C § 12102(1)?  ☐ Yes  ☒ No

If yes, specify disability:
Minor denies being trafficking screening, is the child a victim of a severe form of trafficking in persons  As reported by Clinician [redacted] MS

Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened?  ☐ Yes  ☒ No

If yes, provide a short summary:
Minor denies being victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened  As reported by Clinician [redacted], MS

Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC?  ☐ Yes  ☒ No

If yes, provide a short summary:

| Recommendations |
|---|

**Discharge:**  ☐ Yes  ☒ No

**Sponsor:**
**Discharge w/ Post Release:**  ☐ Yes  ☒ No
**Date of PR referral:**
**Refer to Home Study**  ☐ Yes  ☒ No
**Reason for HS referral:**

| Care Plan |
|---|

**Reunification:**

**Legal:**

**Mental Health:** UPDATE 60TH DAY: UAC at the present moment does not have any mental health concerns  Minor remains well mannered, attentive and cooperative  Minor appears to be functioning at an appropriate level for her age, as evident by her appropriate mood and behavior  Minor reported that she has adjusted well to the program, and currently he has no problems with peers  Minor remains calm, and she is oriented to person, place, and time situation  Minor reported never being in a psychiatric hospital for any inpatient or outpatient services  Minor reported that he never been prescribed, nor has ever taken psychotropic medications  Minor denied any drug any history of drugs and alcohol abuse  Minor stated she has been eating and sleeping well while in the program  Overall, youth does not indicate to have any therapeutic needs or psychological services at this time  Minor has not presented any emotional or mental health concern have been voice or identified  Minor has participated of individual and group session weekly; also participate in outing activities  Minor also participate in vocational classes  Minor will continue to have her family call in home country and sponsor  This clinician will further assist minor in coping while in placement and will address any concerns with minor as they arise  Minor receives individual counseling on a weekly basis and group session  In addition, clinician will assist minor any other day upon request other and his regular individual session  As reported by Clinician [redacted] MS  07/05/2019 ****************************** On 06/22/2019, Clinician had family session via video cam with minor [redacted] due minor father is sick and she has not seen him sin he left home country  Minor was able to speak and see her father her tranquility  Minor disclosed that he sometime calls her by her sister name but she just wanted to see him  During the conversation, her dad told her to be patient that soon she will be with her sponsor  Minor also interacted with her small sister and saw the four pig that he left and now there are very big  Minor disclosed to clinician that she was one to take care of them  Minor spoke with her mother and both got emotion but wore calm, minor was very pleased that clinician was able to give her a video called with her family she felt like she was near them  During the family session, clinician was able to observe that family is very caring for one another, very expressive with their love for everyone  The family session was ended by minor saying good-bye to everyone, and that she love them  As reported by: Clinician [redacted] MS *********************** On 06/21/2019, a family session was conducted via video cam and with minor [redacted] and minor's Sponsor [redacted] Sponsor was informed with an explanation of the role of the clinician  Minor shared with sponsor that she has been adjusting well to the Program  Sponsor was informed that minor actively participate in weekly individual session and group session  There are mental health concerns at this moment  Sponsor was excited to see her cousin through video cam  Sponsor disclosed that the last time she saw [redacted] a was a couple of weeks before she left home country However, sponsor reported that she has maintain communication with minor weekly sin she arrived to the program and family in home country  Sponsor shared that she knows that is priority for minor is to attend to school  Additionally sponsor disclosed that she has already identified and adult school near her home  Clinician informed sponsor the importance for [redacted] to obtain a high school equivalent diploma for a better opportunity in her future when looking for a job  Sponsor disclosed that she would focus on [redacted] learning English and completing her high school  Clinician informed sponsor that the minor was provided with shots and she will need to provide the school with the shots record upon enrollment  Sponsor reported that she would be responsible for all of her cousin emotional and financial well-being  Sponsor reported that the minor would sleep in her own bed and her room is already upon her arrival  Sponsor was informed that minor is not allowed to work, that she must complete her academic studies  Sponsor reported that she would be available to spend time with minor at school, medical appointments, or any other need that his sister would require  Clinician share with sponsor minor is responsible for cleaning after herself and helping with household chores, such as mopping, throwing away trash, washing dishes, and fix her room  Furthermore, sponsor stated that minor main responsibility would be to attend school and complete all her assignments  Additionally, sponsor reported to minor that she must follow rules in home, such as going to bed around 9pm, and returning home after school to eat and do her homework or project assigned  During the family session Clinician discus, the safety plan with sponsor and minor  Sponsor share that she will discipline minor by giving her advice and modeling positive behavior  Minor had the opportunity to speak with her sponsor it was a positive conversation  In addition minor was able to see and speak with sponsor family were all very excited to see [redacted] see her thru video camera  Sponsor was cooperative and asked good question during the family session  Minor and sponsor appeared to have a positive relationship as evidenced by their interactions, family session was complete by minor say good bye hope to be reunify soon  Sponsor cannot wait for minor to be reunify with her  Clinician informed minor and sponsor how to report threats to the school and the police if necessary  Sponsor stated she would make sure that minor is safe, and if anything would happens, must be reported to the authority  Minor and sponsor communicated well throughout the family session  Clinician is recommending straight release to minor sponsor  As reported by Clinician [redacted] MS 06/21/2019 *********************** UPDATE: 30 Th Day: Clinician meets with minor [redacted] once a week and attends group counseling covering a variety of topics each week  Minor affect appears reactive and is mood congruent  During individual sessions, clinician has covered topics such as shelter adjustment, setting short-term/long-term goals  Overall, the minor has demonstrated a good understanding of the information discussed

during her individual sessions  Minor will continue to attend individual counseling and group counseling sessions weekly  The goal of the session focused on building rapport with the minor and increasing awareness regarding her emotional well-being and coping skills  Minor will notify staff or clinician if she has any emotional issues or concerns  The minor reports feeling prepared for reunification; clinician has successfully helped the minor process her feelings and thoughts about the subject  Minor has not presented any mental health concerns and has stated she is doing well and appears to be doing well  Minor is waiting for her case to be submitted  In addition, minor does not present any high-risk behavior posing a risk to self or others  As reported by ▇▇▇▇ MS Clinician, 06/07/2019

## Certification

**Signature:**

▇▇▇▇ CM  ▇▇▇▇ MS

**Date:**

7/6/2019

**Print Name:**

▇▇▇▇ MS

**Title:**

Case Manager // Clinician

