**ADMINISTRATION FOR**
# CHILDREN & FAMILIES

**Office of Refugee Resettlement** | 330 C Street, S.W., Washington, DC 20201
www.acf.hhs.gov/programs/orr

**FIELD GUIDANCE – April 6, 2020**

**RE:    ORR Field Guidance # 4, COVID-19 Discharge Guidance**

<u>**GUIDANCE**</u>

ORR's policies require the release of unaccompanied alien children to sponsors in a manner that promotes public safety, which includes concerns related to public health. These instructions fall under authority of **ORR Policy Guide Section 3.4.8 Medical Clearance Prior to Release and Transfer**:

> *"Unaccompanied alien children who have serious physical or mental health issues or have had exposure to a communicable disease may not be transferred or moved until they have been medically cleared by a physician or ORR is consulted….*
>
> *Children who are infectious with communicable diseases of public health concern, which have potential to cause outbreaks, will not be released from ORR care until they are non-infectious."*

ORR is issuing the following guidance to care providers and to ORR staff as it relates to UAC discharges during the COVID-19 pandemic.

<u>**INSTRUCTIONS**</u>

(1) **Postponing release related to COVID-19.** To ensure the health and safety of the sponsor, UAC, and the general public, ORR may postpone release of a UAC to a sponsor:

(a) If an ORR care provider facility (or in the case of transitional foster care, for individual foster homes) experience one or more confirmed cases of active COVID-19 infection in either children or staff, releases are temporarily postponed for all children at the care provider facility or in the foster care home until ORR's Division of Health for Unaccompanied Children (DHUC) lifts the hold on releases or allows the release of specific children on a case by case basis following CDC recommendations.

(b) If a sponsor or a member of the sponsor's household has an active COVID-19 infection, postpone release until a medical or public health professional determines it is safe to release the UAC to the sponsor household[1];

(c) If a State licensing agency or a state or local public health agency with jurisdiction over a care provider requires or recommends that a care provider isolate or quarantine children in their care, UAC cases that have completed the release process are postponed until cleared by DHUC and the state licensing or state or local public health agency; or,

(d) If DHUC determines that a specific child's case must be postponed due to COVID-19 related concerns in order to ensure health and safety of the sponsor, sponsor's household, UAC, and/or the general public.[2]

(2) **Post Release Reporting.**

(a) Case Managers must follow up with sponsors for 14-days following UACs release from custody for updates on the minor's health and to check on symptoms of acute respiratory illness.

(b) As a condition of release, until further notice, sponsors must immediately quarantine any released UAC for 14 days following their physical discharge from ORR custody. Further, the sponsor will report any signs of acute respiratory illness or fevers to their local medical provider.

(3) **Documentation.** Any postponement of release must be documented in the *UAC Assessment* or *UAC Case Review*, as appropriate, citing the public health reason for the delay under (1)(a), (b), (c) or (d). Any postponement of release must be sufficiently explained to the UAC and to their sponsor.

(4) **Post-18 Plans.** All children approaching age out must have a post-18 plan in place, which includes a recommendation for a non-secure placement, if appropriate. In the event a child

---

[1] For COVID-19 patients who are not hospitalized, isolation may be discontinued if the CDC recommended isolation time has passed since symptom onset, or if 3 days have passed since recovery/resolution of fever and improvement of symptoms. https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html . However, if other members of the household are quarantined and then go on to develop illness, the timeframe could be longer than 14 days.

[2] ORR considers any increased risk posed to the child, sponsor, or sponsor household members when making the decision to discharge, such as conditions in the sponsor or family member that increase the risk of severe disease, such as the potential exposure to a sponsor or family member with close contact to a confirmed case in prior 14 days.

is within 30 days of aging out and postponing release may result in their transfer to DHS/ICE custody, please notify your ORR/FFS and Case Coordinator for further instruction.

(5) **Voluntary Departure/Order of Removal.** In the event a child has a pending voluntary departure or removal order, care providers work with their ORR/FFS to determine whether DHS/ICE plans to execute the order and initiate removal. If removal appears unlikely evaluate the child for release following general ORR policies and procedures.

(6) **Monitoring for Potential Symptoms:** After a release is approved in accordance with ORR policies (see ORR Policy Guide Section 2.7 Recommendations and Decisions on Release), ORR care providers continually evaluate the child's health on a daily basis (until the child is physically discharged) for signs and symptoms of acute respiratory illness (e.g., fever, cough, shortness of breath).

    (a) Children with symptoms of acute respiratory illness **must not** be transferred or released until they have been medically cleared[3].

    (b) Follow technical instructions provided in the "COVID-19 AND OTHER RESPIRATORY DISEASE CHECK" tool available on the UAC Portal home page under the "COVID-19 Guidance and Materials" folder in the "Documents to Download" section.

    (c) For children with symptoms follow medical isolation instructions in ORR's March 13th Guidance.

(7) **Transportation.** Travel for the purpose of discharging a UAC is considered an essential activity. The safety of children and staff during the physical transfer of children to sponsors is a priority for ORR. To that end, ORR complies with any state or local governmental restrictions on travel. Additionally:

    (a) ORR directs care providers to follow provisions of ORR Policy Guide, Section 2.8.2 Transfer of Physical Custody and utilize air carrier escorts, to the greatest extent feasible, for children aged 14 and older. For children under 14, care providers and ORR/FFS will work with ORR/FFS Supervisors to use airline escorts following air carrier policies, in compliance with ORR's policy.

    (b) Where care provider escorts are still required, and travel is to a state or city which would require the escort to self-quarantine, care provider case managers must look into potential alternative transport locations where escorts would not be required to self-quarantine (such as traveling to Newark, NJ instead of New York City or Providence, RI instead of Boston, MA).

---

[3] See Footnote 1.

(c) Consider using ground transportation following ORR's generally applicable transport policies (see ORR Policy Guide Section 3.3.14 Transportation Services), as opposed to air transport, where travel is expected to be less than 10 hours.

(d) Travelers (including UAC and staff) must adhere to current recommendations for prevention measures (such as wash hands frequently, limit touching face) while conducting essential activities.