# DEFENDANTS' EXHIBIT 3

# DECLARATION OF CHRISTOPHER GEORGE

I, Christopher George, hereby declare that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an Assistant Field Office Director (AFOD) for the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) – Philadelphia Office.  I began my employment with ICE on October 14, 2007 as an Immigration Enforcement Agent and later served as a Deportation Officer and Supervisory Detention and Deportation Officer.  I have held my current position as an AFOD, since August 2018.  As part of my current duties, I oversee the day-to-day operations relating to the case management of aliens detained at the Berks Family Residential Center (BFRC), located in Leesport, Pennsylvania.

2. The following statements contained in this declaration are based on my personal knowledge and on information provided to me in my official capacity.

3. ICE contracts with Berks County, Pennsylvania for the housing and care of the families housed at the BFRC, pursuant to an Intergovernmental Service Agreement.

**Background Information About the BFRC**

4. The BFRC can house a maximum of 96 individuals; however, the use of bed space per room will depend on family configuration. Currently there are seven (7) family units, totaling 21 residents, at the BFRC.

5. Conditions at the BFRC, are governed by the ICE Family Residential Standards (FRS), which may be found at the following link: https://www.ice.gov/detention-standards/family-residential.

6. ERO at the BFRC is responsible for ensuring detention conditions comply with relevant standards, and must observe, identify, and notify Berks County Staff of any perceived deficiencies in its adherence to the FRS in its management and operation of the BFRC. Additionally, ERO, among other things, conducts individualized custodial determinations; initiates removal proceedings and issues removal orders, as appropriate and consistent with the law; monitors the status of immigration cases pending before the Immigration Court, the Board of Immigration Appeals (BIA) or U.S. Citizenship and Immigration Services (USCIS); addresses inquiries and concerns raised by the residents; and coordinates and handles the execution of removal orders involving residents, who are the subjects of final orders of removal.

7. The BFRC is also subject to Pennsylvania Department of Human Services (PADHS) oversight and must comply with the requirements found under 55 Pa.Code § 3800. ICE and the BFRC honors all requests for inspections and orders from PADHS. The latest PADHS state inspection took place on February 25, 2020, and the PADHS found no deficiencies.  PADHS also

conducts routine licensing inspections at the BFRC on a monthly basis. PADHS' last inspection was conducted virtually on March 30, 2020.

**Compliance with CDC COVID-19 Prevention Guidelines at the BFRC**

8. Since the inception of the Coronavirus Disease 2019 (COVID-19) outbreak in the United States, I have participated in regular meetings with ICE Health Service Corps (IHSC) staff, including with the Health Services Administrator Lieutenant Commander Illecia Benefield; almost daily meetings with the BFRC's Executive Director, Diane Edwards; and daily meetings with senior ICE leadership on resident care during the COVID-19 outbreak. I have also received, and reviewed guidance issued by ICE epidemiologist addressing infection prevention and control protocols, as well as the screening and management of any potential exposure of the disease among residents.

    a. Ms. Edwards is a Berks County official, who serves as the Executive Director of the BFRC. In this role, Ms. Edwards manages daily operations at the BFRC, as well as Berks County staff at the BFRC, and ensures compliance with PADHS requirements and the FRS.

9. Based on my discussions with IHSC personnel at the BFRC and review of ICE directives, both IHSC and ICE are following guidance issued by the U.S. Centers for Disease Control (CDC) on safeguarding those in its custody and care in light of COVID-19. Ms. Edwards has informed me that the BFRC follows the same CDC guidance, to include the Interim Guidance on Management of COVID-19 in Correctional and Detention Facilities at: https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html.

10. Each resident is screened for medical issues and for disabilities upon admission. Typically, residents are screened for the presence of a fever, cough, or sore throat within 24 hours of known exposure to someone who tested positive for COVID-19, and/or recent travel through high-risk countries. The residents all have their vital signs taken, and their relevant vaccine history, medical history, and current medication are reviewed.

11. Although the BFRC has not processed-in new families since March 18, 2020, the existing protocols require that during intake, residents are to be assessed for fever and respiratory illness, asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and asked whether they have traveled from or through area(s) with sustained community transmission in the past two weeks.

12. Based on my discussions with IHSC personnel at the BFRC and review of ICE guidance, if a resident is exposed to an individual who tests positive for COVID-19 but is asymptomatic, the resident's movement will be restricted for the duration of the most recent incubation period (14 days after most recent exposure to an ill individual). The resident will also be monitored daily for fever and symptoms of respiratory illness. During the incubation period, the resident will be housed (or placed in cohort) with other residents, who were also potentially exposed to

the individual with COVID-19. There is a 14-day incubation period to avoid the resident from becoming an undetected source patient, since he or she may already be contagious with COVID-19 before becoming symptomatic. If the resident shows the onset of fever and/or respiratory illness, he or she will be referred for evaluation to the onsite medical provider. If the resident is then diagnosed with COVID-19, per ICE guidance, the resident will be quarantined in accordance with CDC, as well as, state and local health department guidelines.

    a. Individuals in cohort will continue to be monitored by BFRC staff, who will ensure the resident's other needs continue to be met, to include receiving daily meals and snacks, maintaining continued communication with counsel, family and friends, and engaging in daily exercise, if medically feasible.

    b. As part of their normal duties, BFRC staff maintains "sight and sound" of all residents – meaning they will monitor the residents to see if they are displaying any symptoms or behavior warranting immediate referral to the in-house heath care provider for evaluation and treatment, as appropriate.

13. Family units at the BFRC continue to have daily access to sick call in a clinical setting, onsite mental health and dental services, and an infirmary equipped with negative pressure rooms. The onsite medical provider will refer residents' requiring higher level of care to the local hospital for evaluation and treatment as needed. On March 18, 2020, IHSC, in coordination with offsite healthcare providers, temporarily suspended scheduled elective medical procedures for all residents consistent with CDC guidance.

14. I have been informed by IHSC that as of April 3, 2020, there are zero confirmed cases of COVID-19 at the BFRC.

    a. There was one case involving a resident, a minor, who had symptoms of coughing and wheezing that the treating healthcare provider found to be consistent with a cold and not COVID-19 given the absence of other general COVID-19 symptoms. However, in abundance of caution, the minor was tested for COVID-19 on March 23, 2020 and the result was negative.

15. The BFRC has a population within their approved capacity and is not overcrowded. The facility is currently operating at 22% capacity.

16. Since at least March 12, 2020, the BFRC staff and residents have received continued COVID-19 education on, among other things, the importance of personal hygiene and social distancing. The residents have been given this training in their preferred language. CDC signage on preventative measures to mitigate against COVID-19, such as frequent handwashing, has also been posted throughout the facility in the English, Spanish, Creole, and Hindi languages given the current nationalities of the families housed at the BFRC.

17. Additionally, the BFRC, in coordination with ICE, has taken the following measures for the safety of residents and facility staff given the CDC's evolving guidance:

a. As of March 12, 2020 - encourage the residents to engage in social distancing, as well as advise residents to frequently wash their hands and to use hand sanitizer. Residents are also routinely informed about the availability of personal protective equipment (PPE), such as masks and gloves, which are provided upon request.

b. As of March 18, 2020 - suspended all new admissions to the BFRC.

c. Suspended the BFRC's in-person educational program in accordance with Pennsylvania Governor Wolf's March 13, 2020 order and March 31, 2020 order, which directed that K-12 schools throughout the state remain closed.

d. As of March 20, 2020 – suspended all in-person legal visits, in accordance with Governor's Wolf's county and statewide stay at home orders.

   1. Although in-person legal visitations have been temporarily suspended, residents may continue to communicate with their attorneys by telephone, email, and written correspondence.

   2. Prior to suspending in-person legal visits, the BFRC screened all visitors, to include asking questions to ensure they were not feeling ill or displaying symptoms related to COVID-19, prior to allowing entry into the facility. Visitors who cleared the screening process were required to wash their hands before entering the facility. Although there were no visitors who had a positive COVID-19 screening, had that happened, the individual would have been denied access to the facility.

e. As of March 12, 2020 - suspended all social visits with residents.

   1. Although in-person social visits have been suspended, residents may continue to communicate with their families and others by telephone, email, and written correspondence.

   2. Prior to suspending in-person legal visits, the BFRC screened all visitors, to include asking questions to ensure they were not feeling ill or displaying symptoms related to COVID-19, prior to allowing entry into the facility. Visitors who cleared the screening process were required to wash their hands before entering the facility. Although there were no visitors who had a positive COVID-19 screening, had that happened, the individual would have been denied access to the facility.

f. As of March 12, 2020 - suspended all BFRC resident community field trips, shopping trips, and social trips outside the facility.

g. As of March 12, 2020 - suspended all volunteer programs, which generally involve members of the local community, that would potentially expose residents to in-person contact.

4

h.  As of March 12, 2020 - suspended non-essential civilian access to the facility.

i.  As of March 12, 2020 - lifted a ban on the use of alcohol-based hand sanitizers for all staff and residents. BFRC also continues to supply residents with a constant supply of soap for washing hands. Soap dispensers are checked daily and immediately replenished, when necessary. There are no reports of damaged or broken soap dispensing machines. Hand sanitizer dispensers and sanitizing wipes are located throughout the facility for the residents and the BFRC staff's use.

   1. Even prior to the ban having been lifted, non-alcohol-based hand sanitizers were and continue to be available for use by the BFRC staff and residents.

j.  Continued cleaning and disinfecting of commonly touched surfaces, such as tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks at various times each day.  Moreover, a BFRC supervisor may also direct additional cleaning of these items, as appropriate.

k.  As of March 12, 2020 - increased the frequency in which preventative cleaning procedures are taking place from multiple times a day to continuously throughout the day upon conclusion of a resident's use of the item  These cleaning procedures focuses on routinely used items by the residents, to include recreational items, computers, children toys and entertainment devices.

l.  Since March 7, 2020 - engages in a deep cleaning of all surfaces in areas where residents congregate, including classrooms, dining facilities, and other common areas.

m.  As of March 18, 2020 - temporarily placed non-essential BFRC staff on telework.

n.  As of March 19, 2020 - temporarily closed all *non*-resident weight training rooms and fitness rooms at the BFRC.

   1. The exercise room for the residents remains open and is regularly cleaned and monitored to limit the number of individuals in the room at one time to no more than 10 people, as recommended by the CDC in order to promote social distancing.

o.  As of March 13, 2020 - limit medical transports to only when necessary (e.g., medical emergency) with an added requirement that residents and staff wear PPE before and during the transport.

p.  As of March 13, 2020 - limit the service of food items from the soup and salad bar in the BFRC's dining hall to BFRC SERV Safe certified staff.  Previously, residents were able to assist in the service of food through the BFRC's Kitchen Work Program.  However, this program has been temporarily suspended.  BFRC residents do not prepare meals.

q. As of March 19, 2020 - implemented medical screening for influenza like illness (ILI) symptoms, to include mandatory temperature checks for all BFRC and ICE staff entering the facility pursuant to ICE, CDC, and IHSC guidance. To date, zero staff members have been denied entry into the facility due to exhibiting ILI symptoms.

r. Continued to provide residents open access to multiple media outlets through television and internet access, thereby allowing for additional education about the COVID-19 pandemic in their preferred language.

s. Continued regular monitoring of residents and BFRC staff to see if anyone develops ILI symptoms throughout the course of the day.

t. As of March 16, 2020 – augmented cleaning protocol for shared BFRC staff equipment, such as phones, radios and facility keys, to require that the equipment be cleaned several times a day and upon conclusion of its use.

u. Continued to thoroughly clean transport vehicles after each use.

v. As of March 16, 2020 - staggered meal service and lengthened meal service times; rearranged the seating configuration to augment social distancing and assigned seating for families in the dining hall so that each table only has one family per table.

w. As of March 16, 2020 - changed the food available to residents in kitchenettes on residential floors to individually served, self-contained items. Foods that are not prepacked are served by a BFRC staff member. Whole fruit that is taken by a resident cannot be stored and should be consumed or thrown away. Disposable utensils are being utilized and BFRC staff are also providing these utensils upon request by a resident.

x. As of March 12, 2020 - limit the size of group activities at the BFRC in accordance with CDC measures recommending social distancing in order to minimize the potential spread of COVID-19.

y. As of March 16, 2020 - rearranged beds within the bedrooms to provide more space and further foster social distancing among residents.

z. Before any family units are placed in recently vacated rooms, the rooms are cleaned and sanitized. As of April 5, 2020, the BFRC is only housing one family unit, comprised of a mother or father and their accompanying children, per bedroom, so to enhance separation and encourage social distancing to the greatest extent possible.

   1. Since March 18, 2020 - multiple family units that had been housed together in a room began to be separated as vacant rooms became available so that each family unit had their own room. Prior to then, families who roomed together

would remain together, and newly vacant rooms were used for incoming families.

aa. As of March 16, 2020 - provide PPE to residents upon discharge, if requested.

bb. As of the end of February 2020 - increased orders of all supplies, to include soap and hand sanitizer, to ensure items remain fully stocked for the residents' use.

18. In addition to CDC, ICE and IHSC guidance, the BFRC continues to operate in compliance with all mandates issued by the PADHS and the Pennsylvania Department of Health. To date, the BFRC has been found to be in compliance with state guidelines.

**Video of the Facilities**

19. On April 2, 2020, I was present at the BFRC and used my government issued iPhone to take video footage of different areas within the BFRC. The video shows true and correct images of the conditions at BFRC at the time of my visit.

**Continuous Efforts at Releasing Minors**

20. ICE makes individual parole determinations for all minors in the facility. Information regarding possible sponsors and other parole factors is gathered shortly after intake. The determination is recorded in a parole worksheet.

21. Most families that come into the BFRC are released within 20 days. In some cases, removal arrangements may take additional days. In other cases, family units have been held beyond 20 days where the family has, for example, a judicial or administrative stay of removal; a pending motion to reopen before the Immigration Court or the BIA; a pending credible fear or reasonable fear claim before USCIS or the Immigration Court; or where the family is pending removal from the United States.

22. Currently there are seven (7) family units at the BFRC. Five (5) of the families are awaiting an Immigration Judge's review of USCIS' negative credible fear determination of their claims; one (1) family, who has a final order of removal, is the subject of stay of removal based on a pending federal court case, and one (1) family has a pending motion to reopen before the Immigration Court. All (7) families have removal orders and are considered to be flight risks.

Executed on this 6th day of April 2020.

_____
Christopher George
Assistant Field Office Director
Office of Enforcement and Removal Operations – Philadelphia Field Office
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security