# DEFENDANTS' EXHIBIT 4

# DECLARATION OF MICHAEL SHERIDAN

I, Michael Sheridan, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the foregoing is true and correct.

1. I am currently a Supervisory Management and Program Analyst (SMPA) of Enforcement and Removal Operations ("ERO"), U.S. Immigration and Customs Enforcement ("ICE"), in the San Antonio Field Office. I have held this position since January 2016. I am currently the Contractor Officer Representative (COR) at the South Texas Family Residential Center (STFRC) and the Karnes County Family Residential Center (KCFRC). Prior to assuming my current position, I worked in various other positions within the Department of Homeland Security since starting with the Department on December 08, 2008. The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

2. As the COR for both Family Residential Centers (FRCs), I manage each intergovernmental service agreement (IGSA) and ensure that the facilities comply with applicable standards. Specifically, at each FRC, I ensure that the Family Residential Standards (FRS) are upheld and contract requirements are adhered to in support of the detention operations that are conducted within each facility. My primary responsibilities include contract oversight at the STFRC and KCFRC, including monitoring of adherence to the FRS, conducting compliance walkthroughs, ensuring operational changes are within contract requirements, and working cohesively with all the stakeholders of the facility.

3. ICE contracts with the GEO Group, Inc. ("GEO") for the management and operation of the KCFRC, and with CoreCivic for the management and operation of the STFRC. The Government is also a party to an intergovernmental service agreement for each FRC with the local government.

**Compliance with CDC COV-19 Prevention Guidelines Generally**

4. Since the onset of reports of Coronavirus Disease 2019 (COVID-19), ICE epidemiologists have been tracking the outbreak, regularly updating infection prevention and control protocols, and issuing guidance to field staff on screening and management of potential exposure among residents. More information regarding ICE's efforts in response to COVID-19 are available at www.ice.go/covid19.

5. ICE and the ICE Health Service Corps (IHSC) are following guidance issued by the U.S. Centers for Disease Control (CDC) to safeguard those in ICE's custody and care.

1

I directly received the planning guidance from the Office of the Executive Assistant Director on March 24, 2020, under which the STFRC and KCFRC are following the CDC guidance, including the *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*, at: https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html. I communicate directly with the Health Services Administrators (HSA) for the STFRC (CDR Johnson) and the KCFRC (Mrs. Green) who provide the COVID guidance issued by ICE IHSC, specifically the *Interim Recommendations for 2019 Novel Coronavirus (COVID-19 Risk, Assessment and Early Management* and *Screening and Early Management*, which was updated on March 31, 2020. Upon receipt of the guidance, I tasked the FRC Facility Administrators at STFRC and KCFRC with implementing the operational changes necessary to adhere to the CDC guidance and incorporated it into the guidance for residents and into the duties for personnel.

**Background Information About South Texas Family Residential Center (STFRC/Dilley)**

6. Conditions of detention at the STFRC are governed by the ICE FRS. The FRS promote a unique, non-secure, open-movement environment which permits parents and children to live in a dorm-like setting with access to education, recreational opportunities, and health care on site. The FRS were developed with input from medical, psychological, and educational subject matter experts and various organizations such as the DHS Office of Civil Rights and Civil Liberties (CRCL) and many non-governmental organizations (NGOs).

7. The STFRC can house 2,400 individuals but the use of beds depends on family configuration. Currently, as of April 3, 2020, there are 609 individuals in the facility and ICE is housing only 1-2 families per dormitory area, dependent upon family configuration.

8. ERO at the STFRC is responsible for ensuring that detention conditions comply with relevant standards for managing the immigration cases of detained individuals. In addition, ERO is responsible for observing, identifying, and notifying CoreCivic of any perceived deficiencies in its adherence to the FRS in its management and operation of the STFRC.

9. The STFRC is also subject to the Texas Department of Family Protective Services (TXDFPS) oversight. ICE complies with any requests for inspections and orders from

2

the TXDFPS. The latest TXDFPS state inspection took place on February 27, 2020, and the TXDFPS found 3 deficiencies: 2 deficiencies for information not gathered on the initial 72-hour assessment (juvenile chronic health issues and contraindications for use of crisis prevention intervention (CPI) techniques) and a deficiency for the requirement that CPI training be received every 6 months. TXDFPS provided technical assistance and STFRC generated a corrective action plan which it submitted to TXDFPS on March 18, 2020.

10. Pursuant to the FRS Admission and Release, Medical Care, and Security, each resident is screened for medical issues and for disabilities upon admission. Medical issues and disabilities identified by IHSC are further evaluated and addressed as medically appropriate.

11. Pursuant to CDC guidelines disseminated on March 24, 2020, by the Office of the Executive Assistant Director, prior to entering the STFRC facility, temperature checks are taken at the sally port. *See* https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html. During intake medical screenings, residents are assessed for fever and respiratory illness, and are asked to confirm whether they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days and whether they have traveled from or through area(s) with sustained community transmission in the prior two weeks.

12. The residents' responses, and the results of these assessments, dictate whether the resident is monitored and/or isolated. On the occurrence of a resident presenting with symptoms compatible with COVID-19, he or she will be placed in isolation, and will be tested. The STFRC has 20 medical housing unit (MHU) beds and 6 negative pressure rooms for medical isolation. If testing is positive, the resident will remain isolated, and will be treated. In case of any clinical deterioration, they will be referred to a local hospital. The STFRC has procedures in place to continue monitoring the population's health, including additional temperature checks of residents where medical circumstances indicate the need for additional checks.

13. As part of my oversight responsibilities, I spoke to the HSA. The HSA provided me with, and informed me of, the IHSC guidance providing that, in cases of known exposure to a person with confirmed COVID-19, asymptomatic residents are placed in cohorts with restricted movement for the duration of the most recent incubation period (14 days after most recent exposure to an ill resident) and are monitored daily for fever and symptoms of respiratory illness. Cohorting is an infection-prevention strategy involving housing together residents who were exposed to a person with an infectious organism but who are asymptomatic. This practice lasts for the duration of the 14-day incubation period, because individuals with these and other communicable diseases can be contagious before they develop symptoms and can serve as undetected source

patients. Those residents who show onset of fever and/or respiratory illness are referred to a medical provider for evaluation. Cohorting is discontinued when the 14-day incubation period ends with no new cases presenting. Per ICE policy, residents diagnosed with any communicable disease who require isolation, including COVID-19, are placed in an appropriate setting in accordance with CDC or state and local health department guidelines.

14. Family units at the STFRC have daily access to sick call in a clinical setting, onsite mental health and emergency dental services, and an infirmary equipped with negative pressure rooms onsite. Regular dental services are currently suspended. The facility can admit patients to the local hospital for a higher level of care when needed.

15. The medical watch list is a daily generated list of all the residents that the medical department is tracking, such as pregnancies, diabetes, allergies, and other medical conditions. As part of my responsibilities, I receive the medical watch list and all facility medical notifications from IHSC:

    a. As of April 2, 2020, there are zero confirmed cases of COVID-19 at the STFRC.

16. The STFRC has a population within their approved capacities and is not overcrowded. The facility is currently operating at 25% capacity.

17. As of March 25, 2020, the STFRC increased sanitation frequency and provides sanitation supplies, as follows:

    a. All common areas in the facility are being disinfected every 2 hours from 8:00am – 8:00pm per day. These areas include resident housing areas, law libraries, dining halls, medical areas, Intake areas, door handles throughout the facility, desk and counter surfaces in high traffic areas, lobby seating areas, restrooms, court rooms and any other areas the facility identifies as needing such cleaning.

    b. Additional cleaning products have been added to housing areas and are available to residents.

    c. Alcohol based disinfectant dispensers have been placed in lobby areas for public and staff use.

    d. Internal facility areas have been equipped with disinfectant dispensers for use by residents and staff.

4

  e. Residents have been educated through social-distanced in-person meetings with their assigned CoreCivic Case Managers on best practices to keep from spreading any contagions. Educational posters with illustrations demonstrating good hygiene practices have been placed throughout the facility to include resident living areas.

  f. Each resident is provided with hand soap and/or bar soap, and there is ample access to running water for hand washing and drying supplies. Residents upon admission are provided a small bar of soap. There are soap dispensers, paper towels and sinks in every suite, pantry, restroom and shower areas. In addition, there are hand sanitizer dispensers at recreation, library, visitation, intake and dining. In addition, there are posters in the facility indicating proper hand washing technique. There are posters in English, Spanish, and French Creole that promote handwashing, social distancing and general prevention in all suites, pantries, laundry area, activity rooms, telephone rooms and other common areas around the facility; such as recreation, library, dining and chapel.

18. The STFRC provides education on COVID-19 to staff and residents to include daily video presentations on hand washing hygiene presented in English and Spanish on housing unit televisions. Through social-distanced one-on-one meetings with their CoreCivic Case Manager, their handbook, orientation, and staff communications, residents are reminded to seek medical care if they feel ill. The STFRC provides residents daily access to medical staff through a sick call process. Medical staff also are available at the medical trailers located throughout the facility grounds.

19. Due to the current COVID-19 global pandemic, and for the safety of ICE residents and facility staff, as of March 13, 2020, in-person social visitation and facility tours at the FRCs are suspended until further notice.

20. In-person legal visitation is permitted at the STFRC, and accommodations have been made to respond to the COVID-19 Pandemic. If available, non-contact legal visits conducted telephonically are offered and strongly encouraged in order to limit exposure to ICE residents. However, if the attorney believes the legal visit requires contact, attorneys are able to meet with their clients in the attorney visiting rooms. Legal visitors who wish to enter the STFRC beyond the lobby must submit to a temperature check and complete a questionnaire to determine COVID-19 risk. Further, for contact visits, attorneys must wear the appropriate personal protective equipment (PPE) (eye protection, surgical or N95 mask, and latex gloves or equivalent), as designated by CDC guidance. All attorneys are allowed daily access to contact and non-contact visitation with residents.

21. Talton Communications is ICE's telecommunications provider, and upon request during the intake process a resident is allowed a phone call and thereafter each resident is provided with a free three-minute phone card at the conclusion of the intake process.

22. Residents have access to dayrooms (wherein social distancing, as described in paragraph 25 below, is practiced) and telephones 24 hours a day. In addition, residents have access to the law library computers and legal visitation, in compliance with paragraph 20 above, 12 hours a day from 0800-2000. There are 20 telephones per housing complex, which are checked daily and rarely out of order. The only interruptions to dayroom access and telephones are during the evening count during which residents must be by their beds. Counts take approximately 30-45 minutes.

23. As of March 13, 2020, all family visitation was suspended. Visitors who wish to enter the STFRC beyond the lobby must submit to a temperature check and complete a questionnaire to determine COVID-19 risk. All visitors must provide their own PPE in order to enter the facility.

24. Staff entering on duty each day must submit to temperature checks and complete questionnaires to determine COVID-19 risk prior to assuming their posts and positions.

25. On March 23, 2020, the STFRC has implemented the following social distancing strategies to increase physical space between residents:

   a. No more than 10 residents are allowed in common areas such as the commissary.

   b. Based on social distancing space available within the library, gymnasium or chapel, no more than 50 residents are allowed in at a time. A schedule has been established to ensure access for each neighborhood and complex within the facility.

   c. No more than 1-2 family units are placed in a housing unit.

   d. Dining halls have been rearranged so that resident families are more than six feet apart while eating their meals, and each neighborhood and complex is escorted individually to the dining facilities to ensure appropriate occupancy

   e. Group activities and school have been suspended for the time being.

26. In addition to complying with CDC Guidelines, the STFRC also complies with state guidelines. The following actions have been taken to comply with the Texas state COVID-19 prevention guidelines: Suspension of Education Services and Dental Services, except Emergency Dental Services, which are permitted pursuant to the guidance.

**Video of the Facilities**

27. On April 1, 2020, I went to the STFRC and used a camera to take video footage of twenty-nine different areas. The video shows true and correct images of the conditions within the STFRC at the time of my visit.

**Continuous Efforts at Releasing Minors**

28. The STFRC makes individual parole determinations for all minors housed in the facility. Information regarding possible sponsors and other parole factors is gathered shortly after intake. The determination is recorded in a parole worksheet.

29. The vast majority of families that come into the STFRC are released within 20 days. In some cases, removal arrangements may require additional days. In other cases, family units have stayed beyond 20 days in cases involving judicial stays. Out of the population as of April 3, 2020, 190 of 258 family units have been detained longer than 20 days. Of these, 58 families are pending ongoing federal litigation, 46 families are pending removal, 42 families are pending USCIS interview results, 40 families are pending a credible fear review by an Immigration Judge (IJ) review, and 4 families are pending release.

**Background Information About Karnes County Family Residential Center (KCFRC)**

30. Conditions of detention at the KCFRC are governed by the ICE FRS.

31. The KCFRC can house 830 individuals, but the use of beds depends on family configuration. Currently there are 433 individuals in the facility and ICE is housing only one family per dormitory area.

32. ERO at the KCFRC is responsible for ensuring detention conditions comply with relevant standards for managing the immigration cases of detained individuals. In

7

addition, ERO is responsible for observing, identifying, and notifying GEO of any perceived deficiencies in its adherence to the FRS in its management and operation of KCFRC.

33. The KCFRC is also subject to TXDFPS oversight. ICE complies with any requests for inspections and orders from the TXDFPS. The latest TXDFPS state inspection took place on February 26, 2020, and the TXDFPS found no deficiencies.

**Compliance with CDC COVID-19 Prevention Guidelines**

34. Each resident is screened for medical issues and for disabilities upon admission. Identified disabilities and medical issues are further evaluated and addressed as medically appropriate.

35. Pursuant to CDC guidelines, prior to entering the KCFRC facility, temperature checks are taken at the sally port. See https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html. During intake medical screenings, residents are assessed for fever and respiratory illness, are asked to confirm if they have had close contact with a person with laboratory-confirmed COVID-19 in the past 14 days, and whether they have traveled from or through area(s) with sustained community transmission in the past two weeks.

36. The residents' responses, and the results of these assessments, dictate whether to monitor or isolate the resident. Those residents presenting with symptoms compatible with COVID-19 are placed in isolation and are tested. On the occurrence of a positive test, the resident will remain isolated and treated. In case of any clinical deterioration, they will be referred to a local hospital. The KCFRC has procedures to continue monitoring the population's health, including additional temperature checks of residents where medical circumstances indicate the need for additional checks.

37. Cohorting is used at KCFRC in the same manner described above. Family units at the KCFRC have daily access to sick call in a clinical setting, onsite mental health and emergency dental services, and an infirmary equipped with negative pressure rooms onsite. The facility can admit patients to the local hospital for a higher level of care when needed.

38. As part of my responsibilities, I receive the Medical update from the HSA during the weekly KCFRC Stakeholder meeting and all facility medical notifications from GEO Medical staff:

8

    a. As of April 3, 2020, there are zero confirmed cases of COVID-19 at the KCFRC.

    b. There were 3 ICE Residents who were tested for COVID-19 due to the symptoms they were experiencing, but whose test results were negative. The three patients have been cleared and returned to general population.

    c. On March 13, 2020, there was one family unit (FAMU) that arrived at the KCFRC with an unverifiable travel history. The FAMU was asymptomatic and afebrile. All three were tested for COVID-19 and placed in medical observation for 14 days. The test results returned negative. and the FAMU was returned to general population.

39. The KCFRC has a population within their approved capacities and is not overcrowded. The facility is currently operating at approximately 52% capacity.

40. Pursuant to CDC guidelines, the KCFRC has increased sanitation frequency and provides sanitation supplies as follows:

    a. All common areas in the facility are being disinfected multiple times per day. KCRFC has resident compound workers that are overseen by staff and assigned to disinfecting all high-touch areas, i.e. handrails, picnic tables, door handles, toys, windows, benches, chairs, counters. This is completed sanitation practice is conducted twice daily (AM and PM). This does not include the staff cleaning teams that disinfectant the high touch area throughout the day. The PM staff cleaning crew utilizes spray disinfectant to the play areas and grounds (the entire parks is covered in artificial grass). All cleaning products used for this process are CDC approved. These areas include resident housing areas, law libraries, dining halls, medical areas, Intake areas, door handles throughout the facility, desk and counter surfaces in high traffic areas, lobby seating areas, restrooms, court rooms and any other areas the facility identifies as needing such cleaning.

    b. Additional cleaning products have been added to the clean cart that is made available to housing areas and are available to residents upon request. Halt is a CDC approved disinfectant utilized on cleaning carts. These carts are available for residents to utilize during the waking hours for their rooms and all common areas.

    c. Alcohol based disinfectant dispensers have been placed in lobby areas for public and staff use.

    d. Internal facility areas have been equipped with disinfectant dispensers for use by residents and staff.

    e. Residents have been educated through in-person meetings with their designated GEO Case Manager on best practices to keep from spreading any contagions. Educational posters with illustrations demonstrating good hygiene practices have been placed throughout the facility to include detainee living areas.

    f. Residents are provided with liquid soap in their bathroom; there is ample access to running water for hand washing and drying supplies. There is a coordinated effort between Case Management and the Fire & Safety departments to inspect all staff restrooms, residents' rooms, and any other location that may have a hand-washing station. This is to ensure there is an abundant level of soap, disposable paper towels, tissue/toilet paper and a trash receptacle for disposal purposes. In addition, there are posters in the facility indicating proper hand washing technique. KCFRC has posters that are in English and Spanish. These posters illustrate hands washing techniques, the use of soap, the 20 second timeframe at which they are to run their hands under water, use of the paper towels for drying their hands, and to properly dispose paper towels in the trash receptacles. KCFRC has support services staff, with the assistance of language lines, to assist with any residents who cannot read or understand the illustrated posters displayed throughout the facility.

41. The KCFRC provides education on COVID-19 to staff and residents to include daily video presentations on hand washing hygiene presented in English and Spanish on housing unit televisions. Residents are reminded to seek medical care if they feel ill. At both FRCs, residents have a resident Handbook in the English and Spanish languages, with language lines available to interpret the handbook, that outlines the Medical services offered at the facility, residents receive an orientation on the handbook and facility operations, receive updates from their Case Managers if they have questions or need assistance on adapting the facility, and can approach staff who will direct or if needed, escort them to medical. The KCFRC provides residents 24-hour access to medical staff through a sick call process.

42. For the safety of ICE residents and facility staff, as of March 13, 2020, in-person social visitation and facility tours at the KCFRC were suspended until further notice.

43. However, residents have access to dayrooms, telephones, law library computers, and tablets. There are telephones in each housing unit, which are checked daily and rarely out of order. The only interruptions to dayroom access and telephones are during evening count during which Residents must be by their beds. Counts take approximately 30-45 minutes.

44. Talton Communications is ICE's telecommunications provider, and upon request during the intake process a resident is allowed a phone call and thereafter each resident is provided with a free three-minute phone card at the conclusion of the intake process.

45. The KCFRC has 5 tablets available with video visitation and audio capabilities, which residents can use to communicate with attorneys.

46. In-person legal visitation at the KCFRC is currently occurring via tablet communication. However, if the attorney believes the legal visit requires contact, attorneys are able to meet with their clients in the attorney visiting rooms. For contact attorney visits, attorneys may elect to wear self-provided PPE depending upon their client's health. All attorneys are allowed daily access to contact and non-contact visitation with residents.

47. All visitors, including attorneys, who wish to enter the KCFRC beyond the lobby must submit to a temperature check and complete a questionnaire to determine COVID-19 risk.

48. Staff entering on duty each day must submit to temperature checks and complete questionnaires to determine COVID-19 risk prior to assuming their posts and positions.

49. The KCFRC has implemented the following social distancing strategies to increase physical space between residents.

    a. No more than 10 are allowed in common areas such as the activity rooms, dayroom, playscapes, library and other indoor amenities.

    b. Satellite feeding has been implemented in order to reduce congestion in the dining halls. Satellite feeding is the delivery of food service outside of the dining facilities. Satellite feeding is accomplished through individual containers, such as pots with lids; or larger conveyances that can move objects in bulk, such as enclosed, satellite feeding carts. All food safety provisions (sanitation, safe handling, storage, etc.) apply to food in transit.

11

      c. Group activities and school have been suspended indefinitely.

50. In addition to complying with CDC Guidelines, the KCFRC also complies with state guidelines. The following actions have been taken to comply with the Texas state COVID-19 prevention guidelines: Suspension of Education Services and Dental Services, except Emergency Dental Services.

**Video of the Facilities**

51. On April 2, 2020, I went to the KCFRC to take video footage of 29 different areas. The video shows true and correct images of the conditions within the KCFRC at the time of my visit.

**Continuous Efforts at Releasing Minors**

52. The KCFRC makes individual parole determinations for all minors in the facility. Information regarding possible sponsors and other parole factors is gathered shortly after intake. The determination is recorded in a parole worksheet.

53. The vast majority of families that come into the KCFRC are released within 20 days. In some cases, removal arrangements may take additional days. In other cases, families have remained in custody beyond 20 days in cases involving judicial stays. On April 3, 2020, 93 of 134 family units have been detained longer than 20 days due to judicial stays. Of these families, 12 are pending USCIS interview results, 12 families are pending ongoing litigation, 31 families are pending removal, and 38 families are pending an asylum Immigration Judge (IJ) review.

Executed this __6__ day of April, 2020 at 8:30AM.

Michael M. Sheridan
Supervisory Management and Program Analyst
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement