JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
     Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER ON APPLICATION TO SEAL EXHIBITS** <br><br> **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Exhibits Submitted in response to the Court's Order to Show Cause Re: Preliminary Injunction.  ECF No. 740.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following Exhibits submitted in support of Defendants' Response are to be filed under seal:

| Exhibit Number | ORR Files: |
|---|---|
| Defendant ORR Ex. 1 | Information listed in the Order Appointing Special Master/Independent Monitor, at B.1.c.i(i)-(x), as well as a brief summary of efforts toward family reunification or release of the detained Class Member |
| Defendant ORR Ex. 2 | ORR - Date of Apprehension Data from CBP |
| Defendant ICE Ex. 1 | Report of Juveniles in ICE Custody – 03/28/20 Report |

IN ADDITION, the Court hereby ORDERS that Defendants' disclosures of the above referenced information to Class Counsel is governed by the terms of the protective order that governs the disclosure of information to the Special Master/Independent Monitor. ECF No. 513. Further, any individual designated by Class Counsel as a Qualified Person under paragraph 6(c) of the protective order, shall be bound by the terms of the protective order, including compliance with the provisions of paragraph 7 of the order, which requires Qualified Person to read the terms of the protective order and sign a copy of the Acknowledgment of Protective Order form prior to receiving the information.  *Id.*

**IT IS SO ORDERED.**

DATED: _____, 2020.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE