FILED

APR 3 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, et al., | No. 19-56326 |
| Plaintiffs-Appellees, | D.C. No. 2:85-cv-04544-DMG-AGR<br>Central District of California, |
| v. | Los Angeles |
| WILLIAM P. BARR, Attorney General, et al., | **ORDER** |
| Defendants-Appellants. | |

Before: TASHIMA, W. FLETCHER, and BERZON, Circuit Judges.

Appellants' motion to set argument and hold argument by telephone or video conference [DE 71] is GRANTED. Argument shall take place on May 19, 2020, at 2:00 p.m. Counsel for appellants shall appear by video conference, and shall contact Kwame Copeland in the Court's IT/Audio-Visual unit at (415) 355-7888 for information regarding video connections. Counsel for appellees shall also appear via video conference, and also must contact Mr. Copeland in order to make the necessary arrangements for video connections.