# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES<br><br>Plaintiff(s),<br><br>v.<br><br>EDWIN MEESE<br><br>Defendant(s). | CASE NUMBER:<br><br>2:85–cv–04544–DMG–AGR<br><br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/6/2020__

Document Number(s):   __745__

Title of Document(s):   __Defendant's Ex Parte Apploication to Expand Page Limit__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

The filer set this Ex Parte Application for hearing on 4/10/2020 at 10:00 AM. As Ex Parte Applications do not require a hearing date, clerk has removed this matter from calendar.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: __April 7, 2020__         By: __/s/ Grace Kami  grace_kami@cacd.uscourts.gov__
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.