# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES<br><br>Plaintiff(s),<br><br>v.<br><br>EDWIN MEESE<br><br>Defendant(s). | CASE NUMBER:<br><br>2:85–cv–04544–DMG–AGR<br><br>---<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:   __4/6/2020__

Document Number(s):   __746__

Title of Document(s):   __Defendants' Supplemental Response to Plaintiffs' Request for a Temporary Restraining Order and Preliminary Injunction__

**ERROR(S) WITH DOCUMENT:**

Local Rule 11–8 Memorandum/brief exceeding 10 pages shall contain table of contents.

This document tendered for the judge's approval should have been submitted as a separate PDF attachment to the Ex Parte Application, document 745, or a Notice of Lodging, Local Rule 5–4.4.1.

Other:

**Note:    In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated:_ April 7, 2020 _                    By: _ /s/ Grace Kami  grace_kami@cacd.uscourts.gov _
                                                    Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS