1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING DEFENDANTS'** ***EX PARTE*** **APPLICATION TO EXPAND PAGE LIMIT [745]** |
| v. | |
| LORETTA LYNCH, Attorney General of the United States; *et al.,* | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendant's *Ex Parte* Application to Expand Page Limit.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that the page limit for Defendants' Supplemental Response in Opposition to Plaintiffs' Request for a Preliminary Injunction is hereby expanded by fifteen (15) pages.

**IT IS SO ORDERED.**

DATED: April 7, 2020

                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE