# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ERIC H. HOLDER, JR., Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER ON APPLICATION TO SEAL EXHIBITS [747]** |

    THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Exhibits Submitted in response to the Court's Order to Show Cause Re: Preliminary Injunction [Doc. # 740].

    UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following Exhibits submitted in support of Defendants' Response are to be filed under seal:

| Exhibit Number | ORR Files: |
|---|---|
| Defendant ORR Ex. 1 | Information listed in the Order Appointing Special Master/Independent Monitor, at B.1.c.i(i)-(x), as well |

as a brief summary of efforts toward family reunification or release of the detained Class Member

Defendant ORR

    Ex. 2    ORR - Date of Apprehension Data from CBP

Defendant ICE

    Ex. 1    Report of Juveniles in ICE Custody – 03/28/20 Report

IN ADDITION, the Court hereby ORDERS that Defendants' disclosures of the above-referenced information to Class Counsel is governed by the terms of the Protective Order that governs the disclosure of information to the Special Master/Independent Monitor. [Doc. # 513.] Further, any individual designated by Class Counsel as a Qualified Person under paragraph 6(c) of the Protective Order, shall be bound by the terms of the Protective Order, including compliance with the provisions of paragraph 7 of the Order, which requires a Qualified Person to read the terms of the Protective Order and sign a copy of the Acknowledgment of Protective Order form prior to receiving the information. *Id.*

IT IS SO ORDERED.

DATED: April 7, 2020

                                              DOLLY M. GEE
                                              UNITED STATES DISTRICT JUDGE