JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' SUPPLEMENTAL EXHIBITS TO SUPPLEMENTAL OPPOSITION, ECF No. 746** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | |
| Defendants. | |

On April 6, 2020, Defendants filed their Supplemental Response to Plaintiffs' Request for a Temporary Restraining Order and Preliminary Injunction, ECF No. 746. Because of the continuously-evolving government response to the COVID-19 pandemic, Defendants now hereby file two supplemental exhibits to that Response. Attached hereto are:

- Exhibit 5: ICE Updated Guidance: COVID-19 Detained Docket Review, dated April 4, 2020

- Exhibit 6: Supplemental Declaration of Christopher George, dated April 8, 2020

///

///

///

DATED: April 8, 2020

Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
    Tel: (202) 532-4824
    Fax: (202) 305-7000
    Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on April 8, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants