# Defendants' Exhibit 6

## **SUPPLEMENTAL DECLARATION OF CHRISTOPHER GEORGE**

I, Christopher George, hereby declare that the following statements are true and correct to the best of my knowledge, information and belief:

1. I am an Assistant Field Office Director (AFOD) for the U.S. Department of Homeland Security (DHS), U.S. Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO) – Philadelphia Office.  As part of my current duties, I oversee the day-to-day operations relating to the case management of aliens detained at the Berks Family Residential Center (BFRC), located in Leesport, Pennsylvania.

2. This declaration is to supplement my prior declaration, dated April 6, 2020, submitted in the instant case.

3. The following statements contained in this declaration are based on my personal knowledge and information provided to me in my official capacity.

4. On April 7, 2020, I was informed by the Executive Director for the BFRC, Diane Edwards, that effective April 7, 2020, all Berks County staff at the BFRC must wear a mask covering their nose and mouth at all times while at the BFRC.  This requirement is pursuant to an April 7, 2020 policy issued by Berks County and applies county-wide to all employees engaged in county business, whether in a county owned or leased facility or out in the community.

5. According to the Berks County policy, its purpose is to further promote compliance with federal and state recommendations for shrouding the nose and mouth when persons are in congregate environments in order to slow the spread of COVID-19.

6. Although the Berks County policy does not directly apply to the residents of the BFRC, in accordance with the policy, residents at the BFRC have been provided masks and gloves to wear within the facility.

7. ERO personnel at the BFRC also have been provided masks and gloves for their use when entering the portion of the facility utilized by Berks County staff and the residents.

Executed on this 8th day of April 2020.

_____
Christopher George
Assistant Field Office Director
Office of Enforcement and Removal Operations – Philadelphia Field Office
U.S. Immigration and Customs Enforcement
U.S. Department of Homeland Security