CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | EX PARTE APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES |
| v. | [Local Rules 11-6 and 7-19] |
| William Barr, Attorney General of the United States, *et al.*, | |
| Defendants. | Argument not requested |

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (300848)
Freya Pitts (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113

Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

COME NOW PLAINTIFFS, by and through their undersigned counsel, and request permission to file a brief four pages in excess of the 25 pages permitted under Local Rule 11-6 in support of Plaintiffs' Reply to Defendants' Opposition to Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction. This application is based upon the accompanying memorandum in support of the ex parte application pursuant to Local Rule 7-19 and declaration of counsel re: notice of application pursuant to Local Rule 7-19.

Dated: April 8, 2020

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguin

UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria

    /s/ Carlos Holguin
    Carlos Holguin
    *Attorneys for Plaintiffs*

MEMORANDUM IN SUPPORT OF EX PARTE APPLICATION

1. <u>Name of counsel for defendants</u>.

Sarah B. Fabian, Nicole Murley, Office of Immigration Litigation Civil Division, U.S. Department of Justice, P.O. Box 868, Ben Franklin Station, Washington, DC 20044; telephone: (202) 616-0473; email: Sarah.B.Fabian@usdoj.gov; Nicole.Murley@usdoj.gov.

2. <u>Reasons for seeking ex parte order; points and authorities</u>.

Rule 11-6 of the Local Rules of the United States District Court for the Central District of California provides, "No memorandum of points and authorities or pre-trial or post-trial brief shall exceed 25 pages in length, excluding indices and exhibits, unless permitted by order of the judge."

As the Court is aware, this case, a nation-wide class action, affects the lives of hundreds of children detained in congregate settings during the COVID-19 pandemic.

Plaintiffs request this expansion of the page limit in order to fully respond to Defendants' arguments and evidence presented in their Supplemental Opposition, for which they were granted an additional fifteen pages. Because of the complex issues involved, Plaintiffs cannot adequately or fully respond without additional pages. *See also* Declaration of Carlos R. Holguin, attached hereto.

Plaintiffs' counsel reached out to counsel for Defendants by email on April 8, 2020 to request their position on this request, and Defendants responded with their consent.

Plaintiffs accordingly request that the Court allow them to file a reply brief comprising 29 pages.

Dated: April 8, 2020

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguin

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts
USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria

    /s/ Carlos Holguin
Carlos Holguin
*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 8, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Leecia Welch*
Leecia Welch
Attorney for Plaintiffs