DECLARATION RE NOTICE OF EX PARTE APPLICATION

I, Carlos Holguín, declare and say as follows:

1. I am an attorney admitted to the bar of the United States District Court for the Central District of California. I am one of the attorneys for plaintiffs. My business address is 256 S. Occidental Blvd., Los Angeles, California, 90057.

2. Plaintiffs needed the additional four pages in order to fully respond to Defendants' arguments and evidence presented in their Supplemental Opposition, for which they were granted an additional fifteen pages. Because of the complex issues involved, Plaintiffs could not adequately or fully respond without these additional pages.

3. On this day, I emailed Sarah B. Fabian, one of the attorneys for defendants in the above-entitled action, to ask whether defendants have any objection to plaintiffs' filing a brief four pages in excess of the 25 permitted under the local rule. Ms. Fabian indicated defendants would consent to plaintiffs' request.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 8th day of April, 2020, at Santa Clarita, California.

/s/Carlos Holguín

/ / /