ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JENNY LISETTE FLORES, *et al.*,

Plaintiffs,

v.

WILLIAM P. BARR, Attorney General of the United States, *et al.*,

Defendants.

CASE NO. CV 85-4544 DMG (AGRx)

**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

Pursuant to the Court's "Order Appointing Special Master/Independent Monitor," the Special Master/Independent Monitor ("Monitor") hereby submits this Notice of Request for Extension for an additional six (6) month term, as permitted by the terms of Section C.2 of the Order. [Doc. #494]. The Monitor has informed the Parties of her intent to submit this Notice of Request for Extension and the Parties have no objections to the Request for Extension.

On October 5, 2018, the Court appointed the Monitor for a term of 12 months ("Initial Term") commencing October 17, 2018 (the "Effective Date"). [*Id.* at 4]. On October 16, 2019, the Court issued an Order Granting the Monitor's Request for Extension of Special Master/Independent Monitor Term until April 17, 2020. [Doc. #698].

After reappointment, the Monitor met with the Parties. On October 17, 2019, the Parties continued their mediation related to Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause (*re: United States Customs and Border Patrol (CBP)*) [Doc. #572]. The Parties reached tentative agreement on a number of issues and subsequently exchanged written proposals and met on January 14 and 15, 2020, overseen by the Monitor and Dr. Paul H. Wise, to discuss their proposals for settlement of the *Ex Parte* Application. Following the January 14-15 mediation, the parties exchanged amended written proposals and met telephonically on January 29, 2020 and February 26, 2020 to further discuss the updated written proposals. On March 2, 2020, the parties met and conferred in Los Angeles with Dr. Wise and the Monitor present. The parties have since met and conferred multiple times, most recently on April 2, 2020, and have exchanged drafts expanding upon and reflecting the progress made on March 2, 2020.

In addition to the mediation relating to the *Ex Parte* Application (*re: CBP*) [Doc. #572], the Monitor and Dr. Wise are participating in the hearings on Plaintiffs' March 26, 2020 *Ex Parte* Application for a Temporary Restraining

Order and Order to Show Cause re: Preliminary Injunction (TRO Application) [Doc. #733] related to minors in custody of Office of Refugee Resettlement (ORR) and Immigration and Customs Enforcement (ICE).

On March 28, 2020, the Court granted Plaintiffs' TRO Application in part, and ordered ORR and ICE to show cause why a preliminary injunction should not issue. [Doc. #740]. A videoconference hearing on the Order to Show Cause is currently scheduled for April 10, 2020. [*Id.*].

In light of the described pending mediation, pending Order to Show Cause, and the Monitor's continuing monitoring efforts, the Monitor requests a six month extension to her term commencing on the date of this Court's order. The Monitor proposes that, pursuant to the October 16, 2019 Order of this Court [Doc. #698], the Monitor be compensated at the hourly rate of $275.00 and the services of the Monitor's aides be billed at a rate not to exceed $125.00, except senior aides, with skill and experience comparable to the monitor, be compensated at the hourly rate of $275.00. The Monitor further submits that, after meeting with the Parties, the Monitor will present a budget for monitoring and acting as Special Master/Independent Monitor for six months, including a cap on total expenses and fees.

DATED: April 8, 2020

Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By s/ Andrea Sheridan Ordin
Andrea Sheridan Ordin

*Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on April 8, 2020, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/ INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on April 8, 2020 at Los Angeles, California.

Jeff Thomson