# EXHIBIT J

**Declaracion de Porfirio Tzoc Paau**

1. Mi nombre es Porifrio Tzoc Paau, tengo 31 años de edad y nací en Playa Grande, Quiche, Republica de Guatemala. Actualmente vivo en Apopka, FL con mi hijo de 11 años y comparto el apartamento con otras personas que incluyen una familia con 3 niños. Yo soy el tío de W███ F███ M█ T███ quien nació el █ de ████████ del 2005. La madre de W████, Vilma Tzoc Paau es mi hermana.

2. W████ entro a los Estados Unidos en Mayo, 2018 y ha estado bajo la custodia de la Oficina de Refugiados desde entonces. Yo llegue a los Estados Unidos en el mes de diciembre del año 2018 con mi hijo de 11 años. Mas o menos en Marzo, 2019 me contactaron desde el Centro de Tratamiento Shiloh donde se encontraba mi sobrino para preguntar si yo quería patrocinarlo. Yo soy el único familiar que W████ tiene en los Estados Unidos.

3. *El albergue me proporciono una aplicación para solicitar que mi sobrino W████ fuese dejado en libertad bajo mi custodia. La trabajadora social me explico que yo tenía que firmar una autorización para que se investigaran mis antecedentes y tenía que proveer mis huellas. Además me explicaron que como parte de la aplicación, todos los adultos que vivían en el apartamento también tenían que firmar para autorizar a que se investigaran sus antecedentes y tenían que proporcionar sus huellas.*

4. Cuando expliqué que las personas adultas que compartían el apartamento no querían firmar la autorización y proporcionar sus datos, fui descalificado para patrocinar a mi sobrino antes de poder completar la aplicación.

5. A principios del año 2020, fui contactado para preguntarme si todavía estaba interesado en patrocinar a W████ y yo les dije que si estaba interesado en hacerlo. Mi sobrino ya

Escaneado con CamScanner

no se encontraba en Shiloh y había sido trasladado a Children's Village en New York. Me informaron que el caso iba a ser reabierto y me explicaron nuevamente que como parte de la aplicación, todos los adultos que vivan en el apartamento conmigo tenían que firmar una autorización para que les revisaran los antecedentes y debían proporcionar sus huellas. Además, como parte del proceso seria necesario realizar una estudio del hogar.

6. Como las personas con las que comparto el apartamento no están dispuestas a firmar la autorización, empecé a buscar un nuevo apartamento para mudarme solo con mi hijo. Le informe a Estrella Vasquez, la trabajadora social, que estaba buscando apartamento y me dijo que no podía llenar la aplicación de patrocinio hasta que me mudara. Desde principios del mes de marzo he estado buscando apartamento, pero aún no he encontrado algo adecuado.

7. Yo estoy muy preocupado por el bienestar de mi sobrino W⬛ ya que El se encuentra en Children's Village en el estado de Nueva York donde hay muchos casos de Coronavirus. Además, mi sobrino se encuentra muy triste y deprimido. Esta retraido y desesperado porque ha pasado mucho tiempo y El todavía no ha sido dejado en libertad para vivir con mi hijo y conmigo.

Presentada bajo pena de perjurio este dia 7 de abril del 2020

_Porfirio Tzoc Paau_

Porfirio Tzoc Paau

### Declaration of Porfirio Tzoc Paau

1. My name is Porfirio Tzoc Paau. I am 31 years old and I was born in Playa Grande, Quiche, Republic of Guatemala. I currently live in Apopka, FL with my 11-year-old son and I share the apartment with other people including a family with 3 children. I am W███ F███ M█ T██'s uncle. He was born on ███████, 2005. W███'s mother is Vilma Tzoc Pau and she is my sister.

2. W███ came to the United States in May, 2018 and he has been under the custody of the Office of Refugees since then. I came to the United States in December, 2018 with my 11-year-old son. Approximately in March 2018, I was contacted by Shiloh Treatment Center where my nephew was detained and I was asked if I wanted to sponsor him. I am W███'s only family member in the United States.

3. The shelter provided an application to request that W███ would be released under my custody. The social worker explained to me that I had to sign a background check authorization and that I had to provide my fingerprints. In addition, she explained that as part of the application, all the adults living in the apartment with me had to sign the background check authorization and they needed to provide their fingerprints as well.

4. When I explained that the adults sharing the apartment with me did not want to sign the authorization and provide their information, I was disqualified to sponsor my nephew before I could even complete the application.

5. At the beginning of the year 2020, I was contacted and asked if I was still willing to sponsor W███ and I replied that I was willing to do it. My nephew was not in Shiloh anymore as he had been transferred to Children's Village in New York. I was told that the case was going to be re-opened and I was explained again that as part of the application, all the adults living in the apartment with me had to sign the background

check authorization and they had to provide their fingerprints. In addition, as part of the process, it was necessary to do a home study.

6. Since the people I live with are not willing to sign the authorization, I started looking for an apartment for my son and I. I told Estrella Vasquez, the social worker, that I was looking for an apartment and she told me that I could not complete the sponsorship application until I moved. Since the beginning of March, I have been looking for an apartment but I have not been able to find anything adequate yet.

7. I am very concerned about the well-being of my nephew, W███ because he is in Children's Village in the State of New York where there are a lot of Coronavirus cases. In addition, my nephew is very sad and depressed. He is withdrawn and he is desperate because a lot of time has passed and he has not been released to live with my son and I.

Submitted under penalty of perjury on this 7th day of April, 2020.

Signed by Porfirio Tzoc Paau

## CERTIFICATE OF TRANSLATION

I, Sylvia Rodriguez, am competent to translate from Spanish into English and certify that the translation of the declaration of Porfirio Tzoc Paau, provided in his native language of Spanish, is true and accurate to the best of my abilities.

Date: April 7, 2020

Sylvia Rodriguez
Wayne, New Jersey
(973) 769-8346