# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny Lisette Flores., et al.,<br><br>      Plaintiffs,<br><br>      vs.<br><br>William Barr, Attorney General of the United States, et al.,<br><br>      Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING PLAINTIFFS' *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF IN EXCESS OF 25 PAGES [757]** |

This Cause comes before the Court on Plaintiffs' *Ex Parte* Application for Leave to File Brief in Excess of 25 Pages.

UPON CONSIDERATION of Plaintiffs' *ex parte* application and supporting declaration, the Court hereby ORDERS that the page limit for Plaintiffs' Reply to Defendants' Opposition to *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction is hereby expanded by four pages.

IT IS SO ORDERED.

DATED:  April 9, 2020

_____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE