CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Listing continues on next page*

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **PLAINTIFFS' SUPPLEMENTAL EXHIBITS IN SUPPORT OF THE CORRECTED REPLY BRIEF, ECF NO. 759** <br><br> Hearing: April 10, 2020 <br> Time: 10:00 a.m. <br><br> [HON. DOLLY M. GEE] |

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Jonathan P. Mulligan (803383)
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (300848)
Freya Pitts (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300

San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

On April 8, 2020, Plaintiffs filed their Corrected Reply to Defendants' Opposition to Ex Parte Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction. Because of the continuously-evolving situation, Plaintiffs now hereby file eight supplemental exhibits to their initial Reply (Dkt. 759).

**Exhibit Index to Plaintiffs' Reply [Doc. # 759]**

| Exhibit No. | Exhibit Description |
|---|---|
| A | **Declaration of Charles J. Vernon**, regarding length of time it takes to decide an appeal before the Board of Immigration Appeals, dated March 10, 2020. |
| B | **Declaration of Dr. Amy J. Cohen**, regarding arbitrary delays in release of children from ORR causing harm and health concerns in COVID-19 context, dated April 6, 2020. |
| C | **Declaration of Claudia R. Cubas**, regarding ORR's blanket no-release policy for children with removal orders, dated April 7, 2020. |
| D | **Declaration of Anthony Enriquez**, regarding current state of class members in several ORR facilities in New York State, dated April 7, 2020. |
| E | **Declaration of Elisa Gahng**, regarding current state of class members detained in Cayuga Centers (ORR facilities) in New York City, dated April 7, 2020. |
| F | **OIL Letter in Flores, et al., v. Sessions et al.**, No. CV 85-4544 DMG (AGRx), dated September 12, 2017. |
| G | **Declaration of Dr. Julie DeAun Graves**, rebuttal to Defendants' Supplemental Response to Plaintiffs' Request for a Temporary Restraining Order and Preliminary Injunction (Dkt. 746) and Exhibit I (ORR Field Guidance) (Dkt. 746-11), dated April 7, 2020. |
| H | **Declaration of Hannah P. Flamm**, regarding current state of class members detained in The Children's Village and Abbott House (ORR facilities) in New York, dated April 8, 2020. |
| I | **Declaration of Erin Maxwell**, regarding the experience of a pregnant unaccompanied child being held at Bethany Christian |

| | | |
|---|---|---|
| | | Services shelter (ORR Facility) in Modesto, California, dated April 7, 2020. |
| | J | **Declaration of Porfirio Tzoc Paau**, regarding attempts to reunify with his nephew being detained at Children's Village (ORR Facility) in New York, dated April 7, 2020. |
| | K | **Declaration of Maria J. Bocanegra**, regarding current experiences and observations working with unaccompanied migrant youth detained at BCFS Baytown (ORR Facility), dated April 8, 2020. |
| | L | **Declaration of Dr. Katherine Peeler**, rebuttal declaration to Defendant's Declarations filed by Mr. Michael Sheridan, Mr. Christopher George, and Ms. Melissa Harper, dated April 8, 2020. |
| | M | **Declaration of Dr. Craig W. Haney**, regarding COVID-19 risks in congregate settings, including immigration detention centers, dated April 8, 2020. |
| | N | **Declaration of Bridget Cambria**, regarding current status of class members in Berks Family Detention Center (ICE Facility), dated April 7, 2020. |

### Supplemental Exhibits Filed April 9, 2020

| Exhibit No. | Exhibit Description |
|---|---|
| O | **Declaration of Shalyn Fluharty**, regarding current status of class members in South Texas Family Residential Center (ICE Facility), dated April 8, 2020.<br><br>Exhibits B-G in support of Shalyn Fluharty's Declaration attached. Plaintiffs will seek to file Shalyn Fluharty's Exhibit A under seal as Exhibit P. |
| P | **Exhibit A in Support of Declaration of Shalyn Fluharty**, emails to ICE on 3/31/20 and 4/2/20 regarding release request pursuant to Judge Gee and Judge Boasberg Orders, including names of class members who have been detained for more than 20 days in ICE custody. — ***Seeking Leave to File Under Seal*** |
| Q | **Declaration of D.A.M.**, regarding her current detention, as well as the detention of her minor child, Y.H.A., at South Texas Family Residential Center (ICE Facility), dated April 8, 2020. |

| | | |
|---|---|---|
| R | **Declaration of M.A.R.**, regarding her current detention, as well as the detention of her minor child, S.R.S., at South Texas Family Residential Center (ICE Facility), dated April 3, 2020. |
| S | **Declaration of M.J.P.**, regarding her current detention, as well as the detention of her three minor children, A.M.P., A.P.P., and C.P.P., at South Texas Family Residential Center (ICE Facility), dated April 8, 2020. |
| T | **Declaration of G.M.M.**, regarding her detention, as well as the detention of her mother M.A.M., at South Texas Family Residential Center (ICE Facility), dated April 3, 2020. |
| U | **Declaration of Ricardo de Anda**, regarding unnecessary detention of a Category 3 child at BCFS Fairfield (ORR Facility), dated April 8, 2020. |
| V | **Declaration of Andrea Meza**, regarding current status of class members in Karnes Family Detention Center (ICE Facility), dated April 9, 2020. |

Dated:   April 9, 2020

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguin

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper
Jonathan P. Mulligan

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts

THE LAW FOUNDATION OF SILICON VALLEY
Jennifer Kelleher Cloyd
Katherine H. Manning
Annette Kirkham

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria

    */s/ Leecia Welch*
    Leecia Welch
    *Attorneys for Plaintiffs*