# EXHIBIT Q

**DECLARATION OF D.A.M.**

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. I am D.A.M. and I am the mother of Y.H.A., who is seven years old. My son and I are currently detained at the South Texas Family Residential Center, 300 El Rancho Way, Dilley, Texas 78017. We are from Honduras and seek asylum in the United States.

2. I entered the United States on September 8, 2019 and was immediately detained by immigration officers. I was then brought to South Texas Family Residential Center on September 11, 2019. My son and I have been detained for over six months, around 214 days.

3. About two months ago I started to experience problems in my legs. I would experience a burning, painful sensation and it became difficult to walk and wear pants. I went to the doctor on November 2, 2019 and he told me I needed to see a specialist, but that has never happened. Instead I received a cream to help with the burning sensation because the doctor told me it was probably an allergy. This medication did not help, and I continue to experience pain that comes and goes. I recently went to the clinic on Sunday, March 29, because of a strong pain in my fingers. The doctor told me my vein had burst and gave me some medicine for the pain and told me to put a hot compress on my fingers. I still have intense pain in my fingers.

4. Since the coronavirus pandemic, I have noticed some changes in the detention center in an attempt to take precautions, but I do not think these changes are helping. I still have to share a room, and even though I am now only detained with one other family, it could be a different family next week. Since I was detained in September 2019, I have lived with 19 different families that have come and gone from my dorm room, which has often been filled with twelve people. When one family leaves another family arrives. Last week there were four families and about eight people in my room. On Monday, March 30, 2020, they took one family to another dormitory and the other family was released from the detention center. There are now four of us in my room: myself, my son, another mother, and her son. If she and her son were to leave, they would certainly replace them with another family; people are constantly arriving, leaving, and being moved around.

5. I have seen guidance posted on sheets around the detention center that tell us to stay six feet apart. But it is impossible to stay separated from the other mother and son in my room. The children are young and play with each other and share the same toys. It is impossible to stop our children from playing with each other. We all use the same TV remote, we have to sit together on the same couch if we want to watch TV, and we share the same tables, sink, soap dispenser, telephone, trashcan, couch, and broom.

6. Although I am doing my best to protect myself and my son from coronavirus, it is nearly impossible to stay away from other people and take precautions, especially in the dining room and bathroom.

7. The dining schedule has changed, and we are now divided into different groups and given a specific time to eat. We are required to eat at the time slot we are given. I am scheduled to go to breakfast at 5:00 a.m. and if I do not make if there on time, I do not think I will be allowed to enter.

8. In the dining room we now wait in line six feet apart outside before entering the building. After entering, we first sit at tables to wait for our turn to get food, and then sit at different tables to eat. While the dining tables are cleaned after each group, the tables we wait at are not. I have seen many children coughing and sneezing and touching all over the table, and when those children go to eat, that table is not cleaned before the next group sits to wait. Even if napkins are used to wipe children's noses, they are often put on the table or chairs and not thrown away right away.

9. Although we stay separated by six feet while waiting to enter the dining hall and while waiting to get food, we sit close together around tables to eat. There are about eight people per table. Different families sit at different tables each day and so we are always interacting with different people.

10. At the entry to the dining hall there are different guards working there each day. Families are let in one at a time. Each family has to touch the door handle and open the door to enter and leave, I have never seen this door handle cleaned.

11. There is no option to eat our food in our rooms. They have taken away the toasters and microwaves, but we still share containers of mustard, mayonnaise, and salsa. These containers are all on one table that we all share and get up and go to. To get juice or coffee we have to push a button. I have never seen this button cleaned and many people touch it. They have also taken away tortillas, fresh vegetables, and cheese. It is becoming more and more difficult to feed my child as the options are so limited and he was only eating toast and cheese.

12. To enter different buildings, such as the dining hall, library, gym, and clinic, you have to show or turn in your identity card. The reason they do this is to monitor where we are and limit our activities, such as limiting the amount of time on the computer or the bracelets we are allowed to make. This facility feels like a jail, we are always monitored, watched, and ordered around by guards. I am concerned because most of the workers who swipe and take our identity cards throughout the facility do not wear gloves. This means that when they take my card and pass it back to me, the card includes the germs of every other detained family who has also given that guard their identity card. At the dining hall, the workers that scan our cards sometimes wear gloves. On April 6, 7, and 8, at lunch the

person who scanned my card was not wearing gloves. At the library they take our identity cards, note our information, and then return them to us; no one is wearing gloves. In the gym, the workers take and keep our identity cards while we are inside and then return them to us after leaving; they are also not wearing any gloves and are touching many different cards. At the clinic on Saturday, April 28, 2020, the workers took my identity card and did not have gloves on.

13. I am also very afraid when my son and I use the bathroom because, to my knowledge, it is only cleaned once a day around 10:00am and many different people from all over the facility use it. The detention center is divided into five different "neighborhoods" and each neighborhood has different corridors, or sections. I live in the red neighborhood and the bathroom in my corridor is also the bathroom that is closest to the park and red gym, where many people go to do activities when permitted. Many people from other neighborhoods, such as the yellow, brown, and green neighborhoods, frequently use the bathroom in my corridor because it is the most convenient when they are at the red gym or park. No one is limiting the number of people who are using the bathroom and at night it is full of people getting ready for bed. Even without all these extra people, there are at least 40 people who are assigned to share the communal bathroom in my section of the red neighborhood.

14. In the bathroom we share many different things. There is a plastic container that holds the feminine products, and we all have to open and touch this plastic container to get a feminine product. We also all share soap and sinks. Throughout the day everyone is touching the bathroom stalls, locks, and toilets, but they are only cleaned once a day from what I have seen. There is no possible way my son and I can avoid the bathroom to try and be safe.

15. The activities that my son and I can do outside of our room have been limited. To the extent the facility has not restricted our activity outside of our room, I try to restrict the times we leave our room to limit our exposure to the hundreds of people who work here and are detained here. This has made my son sad and depressed. We usually don't go to the gym because there are too many people. We spend the entire day in our rooms, with few exceptions. I decided to take my son to the gym on April 5, 2020, because he needed to get some exercise, but there were 66 people there, which greatly concerned me. I also saw people sitting at tables and then getting up and more people sitting down without the tables ever being cleaned.

16. I sometimes take my son to the playroom in our neighborhood. There are ten people allowed in the playroom at the same time, and we are only allowed to be in there for thirty minutes per family. They clean the toys at night, but not after the children touch them during the day. I have seen children sharing toys with other children, and you can bring a toy back to your room and share it with the people in your room before returning it to the playroom.

17. Even if we wanted to go out, we are only allowed to go certain places at certain times. We can go to the gym at a certain time, which doesn't restrict the number of people and where there are a lot of interactions. We can go to the dining hall during our scheduled mealtime, which lasts about thirty minutes. We can go to the library at a scheduled time. During the week I am scheduled to go to lunch at 11:00am, and I am only given access to the computers in the library from 11:10am to 12:30pm. Because of the distancing, we have to wait to eat lunch and wait to get a computer and there is not enough time to do both. I have to choose whether I want to use the computer to contact my family and lawyer or whether my son and I eat lunch. Church is only on Saturday at 10:00am and Monday at 8:30am. Many people have to choose between going to church and eating because the times overlap. On the weekends I am scheduled to eat lunch at 10:00am and on Saturday church is only at 10:00am and I have to choose between food and God.

18. The school is now closed, and my son has access to a limited amount of toys in the room that he shares with the other child. I am concerned that there is no educational program that he can receive from our room.

19. I have seen signs around the center telling us how to wash our hands and to stay six feet apart. Some of these signs are in numerous languages, but the sign in our rooms is only in English and Spanish. We have not had a single meeting nor received any written information on the coronavirus or what the center is doing to protect us. We do not have access to masks or gloves that I have seen other places have on the television.

20. I have heard that people might have coronavirus. I heard from someone in my corridor that an employee of the detention center who works in the red neighborhood in corridor 4 tested positive for coronavirus. This scares me because I live in the red neighborhood, corridor 2, and we are always passing people that live in other corridors. Also one to two weeks ago they took a woman who lived in the green neighborhood to the hospital in an ambulance, but I do not know if she had coronavirus and no one told us anything.

21. I went to the doctor on Saturday, March 28, because my son had a pain in his neck, and I saw six people working in the clinic without masks and gloves.

22. I am afraid of what is going to happen to me and my son, and I feel a lot of despair. I am trying to protect us and follow the advice I have been given, but it is impossible to distance myself from other people. Even though changes are being made it feels like every day we are more and more in prison because of all the restrictions. I am concerned about how both the coronavirus and these increasing rules will affect me and my seven-year-old son.

## Declaration of Audrey Mulholland

I, Audrey Mulholland, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a Law Graduate/Staff Attorney and Immigrant Justice Corps Fellow with the Dilley Pro Bono Project, where I have worked since September 2019. I have passed the New York Bar Examination and am pending admission to the New York Bar.

2. I am fluent in the Spanish and English languages.

3. On April 3, 5, and 8, 2020, I spoke with D.A.M. by telephone. Given the COVID-19 pandemic, I was unable to enter the South Texas Family Residential Center to meet with D.A.M. in-person.

4. During my telephone calls with D.A.M., I read the entirety of the "Declaration of D.A.M." in Spanish.

5. I swear under the penalty of perjury that D.A.M. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 8, 2020 in San Antonio, Texas.

_____
Audrey Mulholland