# EXHIBIT R

**Declaration of M.A.R.**

1. My name is M.A.R. I came to the United States in September 2019 with my 2-year-old son, S.R.S., seeking asylum from persecution we faced in Brazil. We have been detained at the South Texas Family Residential Center ("S.T.F.R.C.") for 188 days. Over the last couple of weeks, we have started hearing news of the coronavirus spreading throughout the world, and of its growth among the US population.

2. I speak Portuguese. Even though most of the news channels shown inside the center are in Spanish, I still understand what is going on because after six months in detention with mainly Spanish-speakers I understand a lot of spoken Spanish. If I do not understand something, I ask my friends who speak Spanish and they help explain. So, even though I do not personally speak Spanish I understand quite a lot of it.

3. About a week ago, this center started changing some aspects of our lives in detention, presumably in response to the coronavirus. The jail reduced the number of people living and allowed in each room at a time, including the cafeteria and library, took away our shared cooking tools, and put posters up (only in Spanish) about handwashing and only congregating in smaller groups.

4. For example, there are now Spanish-language posters on the tables outside that say we should only congregate in groups of four. However, there are only six Brazilians in detention right now, and we still all sit together every single day. The guards leave us alone and have never mentioned that we should separate. The guards have not said anything to me or my friends about the virus.

5. This center placed a Spanish-language poster in my room about washing hands. If I had not been in the room when they put up the new poster about handwashing, I do not know that I would have noticed it at all. Also, because it is in Spanish, I do not understand everything on the poster. There are pictures but not for every line of text, so I have no way of knowing exactly what the poster says. There have been no efforts made to translate anything on that poster or the posters on the tables outside.

6. In addition to the posters, the center has reduced the amount of time that we can be in the cafeteria and shared spaces. For example, in the cafeteria we get yelled at to only take thirty minutes, can only eat with people from our corridor, and have to stand outside waiting for other corridors to finish. I have a two-year old son, so it normally takes about thirty minutes to just get him settled down to eat and I am always rushing.

7. It is the same with the library and other shared spaces. We are assigned thirty-minute time slots to enter with our corridor only, and then we have to leave. I have never witnessed guards clean up or sanitize any surfaces in between groups in either the cafeteria or the library.

8.  We have to wait outside for other corridors to finish, even in the rain. Because they are reducing the number of people allowed inside shared spaces, sometimes we have to wait outside for a long time. By the time we get inside, we are completely soaked and wet while we eat, go to the library, etc. Because we only have a small amount of clothing provided from the detention center, a lot of times we are forced to wear our wet clothes the rest of the day, and not everyone has a rain cap. For example, between the six Brazilians only one of us has a raincoat. This really worries me and there is nothing I can do. We only have one pair of shoes, and on days like today when it is raining, my child and I will stay soaked all day.

9.  The center took away the microwave and toaster in order to stop people from touching the same surfaces. They did not replace them with anything, so now if we or our kids do not eat in the cafeteria, we have very little options in order to get them food.

10. I have not noticed any increased cleaning or sanitizing by the guards or other employees in this center.

11. No one has talked to us about the virus or about measures we should take to be careful, in any language. The center implemented these new measures and put up posters without talking to us about it. Furthermore, medical professionals are also not talking to us about it. When I went to the doctor with my son last week, about a cough, they only told him "not to put his hand in his mouth." Other than that, they did not mention the virus or tell us to be extra careful. Everything that I have learned about the virus, precautions to take, etc. has all been from the Spanish-language news. I have not seen a single poster in any language that is not in Spanish about the virus.

12. The guards are acting completely normal. It makes me nervous and scared because they are the ones that could infect us, because they are the ones that leave the center and return. They never use gloves, they are still getting very close to all of us to talk to us, and I wish they were using masks.

13. My son has been sick for the past week. I went to the medic last Saturday, March 28, 2020, because he had a terrible cough that keeps us up at night. He also has been having diarrhea and complaining every night that "his head is not working" because he has a headache. He has not had a fever that I know of, but they only take our temperature when we go to the doctor.

14. The doctor has refused to give my son anything for the diarrhea other than "water and honey." The doctor told me my son has a virus, but they have given him allergy medicine. He has been taking the allergy medicine for the past week. The cough has not gotten any better. I do not think the allergy medicine is helping.

15. We share a room with one other family. The three-year-old daughter in that family is also coughing a lot. Also, in the cafeteria we are surrounded by different people from the yellow neighborhood every day. Sometimes people cough and it makes me nervous. No one is cleaning or telling them to cover their mouths.

16. Additionally, they are still letting in new people and mixing them in with the normal population. It worries me that they are going to make us sick. For example, last week a new woman arrived in the building next to mine. She was placed in the room with a family that had been detained for a long time already.

Declaration of Julie Dargus

I, Julie Dargus, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a law student at UCLA School of Law and have been volunteering remotely with the Dilley Pro Bono Project for a year and a half, ever since I spent two months as an intern there in 2018.

2. I am fluent in the Portuguese and English languages.

3. On April 4, 2020, I spoke with M.A.R. by telephone. Given the COVID-19 pandemic, no one was unable to enter the South Texas Family Residential Center to meet with M.A.R. in-person.

4. During my telephone call with M.A.R, I read the entirety of the "Declaration of M.A.R." in Portuguese.

5. I swear under the penalty of perjury that R.A.M. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 3, 2020 in Los Angeles, California.

_____
Julie Dargus