# EXHIBIT S

## DECLARATION OF M.J.P.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. I am the plaintiff identified as M.J.P. I am the mother of three children who are also plaintiffs, A.M.P., who is seventeen years old, A.P.P., who is thirteen years old, and C.P.P., who is nine years old. My children and I are currently detained at the South Texas Family Residential Center, 300 El Rancho Way, Dilley, Texas 78017. We are from Honduras and seek asylum in the United States.

2. I entered the United States on September 16, 2019 by presenting myself at the bridge where we were detained by U.S. immigration officials and who we told that we were afraid to return to Honduras. We were then brought by immigration officials to the South Texas Family Residential Center the following day on September 17, 2019. My three children and I have been detained for over six months, around 205 days.

3. I am terrified about the coronavirus pandemic and how it could harm me and my children. I started experiencing seizures five years ago while living in Honduras. Around three weeks ago I began experiencing the same exact symptoms that I would have before having convulsions five years ago. I have felt numbness in my hands and side of my face, dizziness, lightheadedness, and headaches. I have had a headache that has come and gone for three weeks that I can't get rid of. Sometimes my right arm hurts and this scares me because it is not normal. I am terrified that I am going to have a seizure and choke before anyone is able to get to me. I went to the clinic twice and told them about my history of seizures. The doctor told me that I should go to a specialist at some point, but that it was probably stress. I have only received Ibuprofen to treat these symptoms.

4. My daughter, A.P.P., has also begun to fall sick. She has the flu and a bad cough. When we went to the clinic, they told her it was just allergies and she did not get any medication. Since going to the clinic, her symptoms have worsened, and she has begun having a hard time breathing at night. When I went to a doctor in Mexico before coming to the United States they told me she needed an inhaler. We have not had access to an inhaler while in the center.

5. While I have noticed some changes to the facility over the last week, I do not think enough is being done to protect us. In the dining hall we must stand six feet apart before we enter and while waiting in line for food, but we still sit with other families at the same table less than a foot apart from each other. There are around 100 people in the dining hall when I eat. On the afternoon of Friday, April 3, there were eight people at my table for lunch and every single seat was taken. We eat with a different family every day. We are given 30 minutes to eat, but this is not always enough time to eat our food and we are not allowed to bring it outside.

6. Although the silverware in the dining hall is individually packaged in small bags, all of these bags are in the same bin. When one person grabs a plastic bag, they are touching many plastic bags. There are still containers of mustard, mayonnaise, and salsa that are shared by multiple people. I have not seen the dining hall staff clean these containers.

7. Many changes have been made in the cafeteria, but it has made it more difficult to get my children to eat and to have a balanced meal. Before these changes there was a salad bar with fresh lettuce, cabbage, and other vegetables. They have now taken out the salad bar, microwave, toasters, tortillas, and all fresh vegetables. I don't know why they can't make this food available to us by serving it like the other food.

8. Some of these changes have resulted in the mistreatment of my own children. We now have set mealtimes and must eat during these times. On Thursday, April 2 in the morning, I went to the dining hall with my children. My two oldest daughters arrived four minutes after myself and my son because they were running a little behind. The guard at the door allowed them to enter, but when my daughters went to go get food, the guard yelled at them. She told them they couldn't eat because they had arrived four minutes late. She forced them to sit down at my table and I had to share my food with them, so that they could eat.

9. The bathrooms are still shared and there is no limit to how many women and children can be in the bathroom at the same time. Last week there were around 15 women and children in the bathroom at the same time and it is almost impossible not to touch each other. The bathrooms are medium size and only have about six toilets.

10. The bathrooms are only cleaned by facility staff once a day. There are many people touching the soap and faucets with dirty hands. There are often dirty paper towels on the floor because the trashcan is often overflowing. I have asked the official in my corridor if it could be cleaned more often, but that has not happened. As a result, I have cleaned the bathrooms personally when my children have to go because I am terrified that they are going to get sick. I have asked the official in my corridor to give me gloves and a broom, and I have swept the floor to collect all the dirty paper towels. I also asked for disinfectant and was given a container of water with some type of cleaner (either soap or disinfectant) in it. I cleaned the toilets, stall doors, sinks, and faucets.

11. I currently live in a dormitory alone with my three children. Although my family is the only one in my dormitory, we have many interactions with other people during the day. There are always many families and people in the hallways between rooms. We have to pass people in the hallways every time it is our assigned time to go to the dining hall or to go to the bathroom. There is no way to maintain a distance of six feet while passing someone in the hallway.

12. The school has been closed for about three weeks. I am concerned that my children are unable to continue learning because they also cannot freely go to the library and are limited to the number of books they can take when they are allowed to go. I have seen the library staff cleaning the outside of the books, but they do not disinfect the pages where children are frequently touching.

13. We are allowed to go to the gymnasium between 6:30pm – 8:00pm. We went to the gymnasium on Thursday, April 2. There were about a hundred people there on Thursday. There are some tables inside the gym and right outside near the park, and there is a paper that says only two to three adults are supposed to sit at the table, but usually there are more. There are no rules in the gym. Thursday, April 2, there was a soccer tournament between the children, and they were all tackling and touching each other. I don't want to go to the gym, but my son is only nine years old and he desperately needs to run and play since he is locked up the rest of the day. If I was with my sponsor, he could safely play in their yard outside.

14. I have never attended, nor been invited to attend, a meeting about the coronavirus and how we can keep ourselves safe while in detention. To my knowledge, no meeting has ever occurred. One official came and told us to wash our hands often and sneeze into a Kleenex. No one has ever told us how the center is taking precautions to make sure we are safe and do not get the virus. When I go to medical, even the nurses are not wearing masks or gloves. I haven't seen signs about coronavirus until April 4, 2020, when they began putting them up in our rooms and hallway.

15. What worries me the most is that people are still arriving to the center. Someone who works at the detention center told me that five new families arrived on the evening of April 2. I have not heard of anyone being tested for coronavirus even if they have the symptoms. I had a friend whose daughter had a cough, fever, and flu-like symptoms and she was never tested. I heard that the entire blue neighborhood has been isolated and is not allowed to leave. I am afraid that this might mean that someone has coronavirus. The people in the blue neighborhood are not allowed to leave and their food is brought to them.

16. I do not feel safe here at the detention center. I am afraid that me or my children will get sick with coronavirus. Over the last week I have observed many women and children with a cough and flu-like symptoms who do not have masks or gloves and are interacting with everyone. There are too many people here. It is impossible to avoid others. I am also very concerned that my children will not be able to exercise, eat a balanced meal, or receive any education if everything is changing and closing.

## Declaration of Audrey Mulholland

I, Audrey Mulholland, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a Law Graduate/Staff Attorney and Immigrant Justice Corps Fellow with the Dilley Pro Bono Project, where I have worked since September 2019. I have passed the New York Bar Examination and am pending admission to the New York Bar.

2. I am fluent in the Spanish and English languages.

3. On April 3, 5, and 8, 2020, I spoke with M.J.P. by telephone. Given the COVID-19 pandemic, I was unable to enter the South Texas Family Residential Center to meet with M.J.P. in person.

4. During my telephone calls with M.J.P., I read the entirety of the "Declaration of M.J.P." in Spanish.

5. I swear under the penalty of perjury that M.J.P. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 8, 2020 in San Antonio, Texas.

_____
Audrey Mulholland