# EXHIBIT T

Declaration of G.M.M.

1. My name is G.M.M. I am 17 years old. I came to the United States with my mom, M.A.M. on August 29, 2019, to seek asylum. We were brought to the South Texas Family Residential Center on September 1, 2019, where we have been detained ever since. Today is my 215th day in detention. My mom and I are housed in hallway #1 in the Red Parrot neighborhood.

### *I miss going to school.*

2. I used to like studying in Honduras. I was a good student. I especially liked natural sciences. I like medicine, nutrition, and chemistry; I want to be a biochemist. The school here isn't like school in Honduras. My class was composed of 20 students and the teacher. For most of my time here, our classes have consisted of time on the computer. I would have morning classes and the teacher would put us on computers to play "pix," a computer program of games and questions—questions about math, science, art, language, and Spanish. They are questions for children, like parts of the plant, identifying animals. The math questions were all addition, subtraction, multiplication and division - all in Spanish. Some of my classmates would use Youtube or Facebook and the teacher didn't care. Our school day was only four hours long. At the end of four hours, our teacher would tell us "arriba" or get up, and kick us out.

3. Some days when we weren't playing computer games, the teacher would talk to us about her life—about her children, the trips she had taken, about how Mexico had been before she came to the U.S. as a child, etc. She spoke English and Spanish, and we only replied to her in Spanish. There were kids in my class from India, Brazil, and Africa, who didn't speak Spanish. She talked to them in Spanish anyway. If they didn't understand, she just put them on the computers. I wasn't learning anything in class.

4. I was attending classes here at the center until about a week ago. No one told us they were closing the school. One day, a Monday I think, we showed up for school and it was closed. All the classes, and all the grades, closed at the same time. We were all walking around asking the guards what had happened, and they told us they didn't know. In March, I think the third week of March, they gave us a week off, and the teachers told us beforehand that we were going to have a break and that classes would resume the following week. But all of a sudden last week, they just stopped. Some of the moms were really mad, saying that they wanted their kids to have an education. The guards just said they would let us know when school started again.

### *I do not feel safe here, and do not think the living conditions are clean.*

5. In each room there are six bunkbeds, but only two families staying in them now. Three days ago, the guards took two families out of our room and brought them to another

room. room; now we share our room with one other family, a mom and her 9 year old daughter. There is currently a little girl staying in my room. The little girl gets bored a lot, and plays on the floor with toys or coloring books. She sometimes asks me to play with her, and since I also tend to get bored or stressed in my room, I usually play with her. We color or play word soup. She likes to hug people and hugs me a lot too.

6. There are seven tables, some furniture, a TV, and one sink and one phone for everyone in the dormitory. The soap they give us is the same liquid we are given to shower with. When we run out of soap, we have to go find a guard to refill the soap; sometimes we wait all day for them to refill the little bottle, and even then they often only fill it halfway or less.

7. There are eight bathrooms and eight showers per hallway that are only washed once a day. I have never seen the sinks or handles of the doors or stalls sanitized. The showerheads are attached to the wall, maybe about 2 feet away from each other. The bathrooms are very full at night and in the morning with usually between 10 and 15 people. Sometimes they are so full that we have to wait in a line in the bathroom for someone to get done using the facilities. The bathrooms aren't very big so the line feels very cramped during the busy times of day.

8. There are so many people in this center that we inevitably end up waiting in line to get into the cafeteria. We are not separated at all in the line; we are all together and very close to each other. When we get into the cafeteria, we are separated into 10 people per table, but we have to make another line to get our food. On each table, there is a salt-shaker and a pepper-shaker, as well as one napkin holder shared by the entire table. I have never seen anyone sanitizing those items.

9. In the cafeteria, there is one dispenser for cold water, milk, and coffee, which we all touch. The utensils are all in one container, and I have seen people take a utensil and then put it back for someone else to grab. I have also seen utensils that fall on the floor and then kids or guards put them back in the container.

10. There are three "parks" for the five neighborhoods, and people are always getting together there. Yesterday about 20 people, including boys, girls, little kids and adolescents, and even a guard, started playing soccer in the park. Some of them were pushing each other, elbowing each other, playing soccer normally—and not maintaining their distance.

11. People get together in the gym, too. There are games for the kids, they make bracelets, paint, knit, etc. The guard in charge of the activities gives out the needles, and distributes them to the next person without disinfecting them. The kids draw with crayons and

markers, which are in a communal box and always shared between a lot of kids. I have never seen anyone disinfect any part of the box of crayons/markers, nor have I seen them try to clean any part of the playground.

12. The center shows movies every weekend, usually aimed at small kids. Last week my mom and I went to the gym for the movie, but we only entered to get the popcorn, and then left before the movie started. I still got a glimpse of the movie-goers: about 60-70 people, not including guards, sitting in rows of chairs, one right next to the other.

*This place feels more like a jail than ever before, and I am still afraid I will get the Coronavirus.*

13. Yesterday one of my friends asked an officer in her hallway for a mask. He said that the guards hadn't even gotten masks for themselves, and that she could not have one.

14. Lately, the guards have started to clean the phone in our room once a day, sometimes less. I have never seen the guards wash the tables, furniture, door knob, or light switch, even though I am in my room most of the time.

15. Yesterday, the guards hung up a little poster in our room and in the bathroom that says, in Spanish, "wash your hands often," but doesn't specify for how long or how to wash our hands properly. We have seen on the news, like on Telemundo and Univision, that we should wash our hands for 20 seconds, including the middle and top of your hands, under your fingernails, everything; but none of the posters here have that level of detail.

16. There is a similar sign in the cafeteria but it is only in English. I haven't noticed any posters in any other languages.

17. Two days ago they instituted a schedule for using the library by complex. There are 20-25 computers in the library that are used by all the families in the facility. People come and go on the computers and they are not disinfected in between uses. The library also provides books for people. There are more tables in the library where the kids color and make bracelets. I have never seen them disinfect the tables in the library.

18. This morning we went to eat breakfast at 7:20 a.m., which is the time we had generally been eating breakfast in the past. They hadn't told us that the red and yellow complexes now have to eat at 5:30 a.m.. The officer outside yelled at us that it wasn't our time to eat. He said tomorrow we could come back at 5:30 and if we didn't want to eat at that time, we wouldn't eat at all, and that wasn't his problem. We haven't been given a specific time for lunch or dinner yet.

19. When we are allowed inside to eat, we have only 20-30 minutes to eat. At the end of the half hour, the guards yell, "arriba arriba", or get up get up, because the other group is coming, and kick us out. This is especially hard for the little kids when they don't have time to finish eating.

20. They have also taken away the microwave and toaster from the cafeteria, which has been hard on the little kids, who like to eat toast and who prefer the milk with their cereal warm. The girl in my room is very picky and loves toast; she cries from hunger now sometimes. They've also reduced the amount of food they give us for meals and if you ask for more they get upset at you. It wasn't like this up until about two weeks ago.

21. There are some mothers who are trying to keep their kids away from other kids, but it is impossible. Most of the moms I have seen are trying to tell their kids to keep their distance, and not play with other kids, but the kids just don't listen, especially when they are surrounded by so many other children. I have seen the girl from my room playing with her friends in the park. When their moms told them not to play together, they started crying uncontrollably. It's not possible to control all of these young kids, when they are so bored and just want to play.

***Earlier this week, a film crew walked through the center, and for one day, the guards tried to enforce social distancing. But they didn't do it properly, and haven't been trying to enforce social distancing since the film crews left.***

22. Three days ago, a group of people started walking around inside the center taking videos. That very day, the guards started yelling at us to keep apart, but they would get just as close to us as they always did to communicate those rules, much closer than 6 feet.

23. Usually when we are allowed to go outside, there are still groups of people congregating everywhere: in the cafeteria, in the park, in the library. When the video crews were here, the guards would walk around separating even groups of two, often rudely. We asked what was the point of separating us just that day, because we were together all the rest of the time. The guards said that it was because we were having visitors. We were concerned that the people who came from outside weren't protecting themselves, and the guards said that they were healthy. We said the news said 25-50% of people don't have symptoms, so how do we know that the filmers don't have coronavirus? The officer told us he couldn't answer because he wasn't a doctor. The people who were filming walked around without gloves or masks.

24. During the filming, they let a few families into the larger cafeteria with the cameras and then crammed the rest of us into the other cafeteria. There were more than 100 people, like 10 people at each table, each seated about 3 feet away. That day, while we ate, the guards came into our rooms and made our beds and added extra trash bags to our rooms.

25. The guards have always been quite aggressive, but they got even angrier that day when they couldn't control people. They threatened to report people or call their bosses when they are trying to separate us. It's especially hard to control the kids, because there are always 10, 20, up to 50 kids playing and the guards got frustrated that they couldn't separate them.

26. As soon as the cameras left, they stopped enforcing the rules and everyone got together again. Ever since, we have been allowed to congregate when let out of our rooms unless there are supervisors nearby. Even the guards get together with us to talk.

*The medical attention provided by the clinic in the center in insufficient at best.*

27. I was diagnosed with ovarian cysts a year and a half ago in Honduras, where I was brought to the hospital and given medication. At the time, the oncologists told me that if my ovarian problems continued, I may need surgery. They also did an EKG on me in Honduras in 2019, which revealed a heart condition that I was told could lead to a dangerous heart murmur. The doctor prescribed me a medication for that as well and warned that stress could exacerbate the problem.

28. About three months into my detention in Dilley I started having severe pain around my ovaries and heart palpitations. I also noticed a lump in my breast, which hurts upon applying pressure. A doctor here examined the lump with his hands and said it was normal and offered ibuprofen for the pain. In March, we went back to the clinic and the doctors gave me painkillers, but said they were not going to do anything else because I was too young to have a heart condition. They suggested I walk more—an hour a day. I have been walking around more but my chest still hurts, and now I feel uncomfortable walking around everywhere even when I am allowed to because I am afraid of catching the coronavirus.

29. My mom and I have gone many times to the clinic in the center. Lately, for the last two weeks, we have been told that there are no doctors, just nurses. We've been told by others who went to the clinic lately that they were only offered water and painkillers. In the past, the nurses gave us Vicks as some kind of miracle cure for everyone; now, you have to have a serious problem even to get Vick's.

30. The last time we went to the clinic, about 20 to 25 days ago, we went because I was feeling chest pain. We waited for two hours to be seen by a nurse and then another hour to see a doctor. While we were waiting, we saw the doctors lounging around talking amongst themselves. We have stopped going to the clinic because we know they are just going to offer water and ibuprofen. I am still in pain, and very worried about my heart. I feel that I should do everything I can to avoid sick people.

Declaration of Mackenzie Levy

I, Mackenzie Levy, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant and Family Separation Coordinator with the Dilley Pro Bono Project, where I have worked since August 2018.

2. I am fluent in the Spanish and English languages.

3. On April 3, 2020, I spoke with G.M.M. by telephone. Given the COVID-19 pandemic, I was unable to enter the South Texas Family Residential Center to meet with G.M.M. in-person.

4. During my telephone call with G.M.M, I read the entirety of the "Declaration of A.B.B." in Spanish.

5. I swear under the penalty of perjury that G.M.M. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 3, 2020 in San Antonio, Texas.

Mackenzie Levy