CARLOS R. HOLGUÍN (CAL. BAR NO. 90754)
PETER A. SCHEY (CAL. BAR NO. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
        pschey@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson B. Sessions, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> APPLICATION FOR LEAVE TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION <br><br> District Judge Dolly M. Gee |

*Counsel for Plaintiffs, continued*

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (300848)
Freya Pitts (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)

Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

# APPLICATION FOR LEAVE TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Plaintiffs submit this unopposed Application seeking leave from the Court to file under seal the following Supplemental Exhibit in support of their Reply to Defendants' Opposition to Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction.

| Exhibit Letter | Exhibit Title | Information Plaintiffs Seek to Seal |
| --- | --- | --- |
| Supplemental Exhibit P | Exhibit A to the Supplemental Declaration of Shalyn Fluharty | Class Members' Names<br>Class Members' Parents' Names<br>Class Members' Identifying Information<br>Class Members' Sponsors Names and Contact Information |

Plaintiffs submit concurrently with this application the declaration of Leecia Welch, a proposed order, and Supplemental Exhibit P.

Supplemental Exhibit P includes:

- the full names of Class Members,
- their alien registration numbers, and
- the names and contact information of their parents, other relatives and sponsors.

*See* Welch Decl. ¶ 2.

These individual Class Members are minors in the immigration detention custody of ICE residing at the South Texas Family Residential Center. Supplemental

Exhibit P implicates a number of private interests for the individual Class Members who are identified in the document. These youth have an interest in maintaining their privacy while in immigration custody and in their private identifying information and contact information.

## LEGAL STANDARD

Because the public generally has a "right to inspect and copy public records and documents, including judicial records and documents," there is "a strong presumption in favor of access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks and citations omitted). Accordingly, "a court may seal records only when it finds a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* at 1096-97. Under this standard, the "party seeking to seal a judicial record then bears the burden of . . . articulat[ing] compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citations omitted). The court must "conscientiously balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (internal quotation marks and citations omitted).

## ARGUMENT

There are compelling reasons to seal the document that Plaintiffs seek to protect from public disclosure. This document contains personally identifying information of the individual Class Members, and disclosure of this information could cause them harm.

Supplemental Exhibit P contains individually identifying information regarding the Class Members' immigration detention, including their alien registration numbers. Federal law and policy maintain personally identifying information related

to such matters as confidential, particularly for minors in federal immigration custody. *See, e.g.*, 8 C.F.R. § 236.6 (prohibiting release of "the name of, or other information relating, to" immigration detainees); 8 C.F.R. § 208.6 (maintaining confidentiality of asylum applications and related records). The U.S. Department of Health and Human Services maintains self-described "strong policies . . . to ensure the privacy and safety of unaccompanied alien children by maintaining the confidentiality of their personal information." U.S. Dept. of Health & Human Services, Unaccompanied Alien Children Released to Sponsors by State (June 30, 2017), https://www.acf.hhs.gov/orr/resource/unaccompanied-alien-children-released-to-sponsors-by-state (last accessed March 22, 2018). It explains, "These children may have histories of abuse," "may be seeking safety from threats of violence," or "may have been trafficked or smuggled." *Id.* Accordingly, the agency has recognized that it "cannot release information about individual children that could compromise the child's location or identity." *Id.*

To protect the Class Members' identities effectively, it is also necessary to protect the names and identifying information, such as the names and contact information, of their parents, other family members, and potential sponsors. Identification of those individuals could lead easily to the identification of the Class Members.

Plaintiffs seek only a limited sealing order that permits them to file this single exhibit under seal. The supplemental declaration explaining the information will be filed in the public record. Accordingly, filing this Exhibit under seal is the least restrictive method of ensuring Class members' and their family members' privacy while permitting the public access to the maximum amount of information.

## **CONCLUSION**

For the reasons set forth above, Plaintiffs respectfully request leave to file under seal the Supplemental Exhibit P.

| | |
|---|---|
| Dated: April 9, 2020 | Respectfully submitted, |
| | CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW<br>Peter A. Schey<br>Carlos R. Holguin |
| | UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW<br>Immigration Law Clinic<br>Holly S. Cooper |
| | NATIONAL CENTER FOR YOUTH LAW<br>Leecia Welch<br>Neha Desai<br>Poonam Juneja<br>Freya Pitts |
| | USF SCHOOL OF LAW IMMIGRATION CLINIC<br>Bill Ong Hing |
| | LA RAZA CENTRO LEGAL, INC.<br>Stephen Rosenbaum |
| | THE LAW FOUNDATION OF SILICON VALLEY<br>Jennifer Kelleher Cloyd<br>Katherine H. Manning<br>Annette Kirkham |
| | *Of counsel:* |
| | ALDEA - THE PEOPLE'S JUSTICE CENTER<br>Bridget Cambria |
| | /s/<br>Leecia Welch |

# CERTIFICATE OF SERVICE

I hereby certify that on April 9, 2020, I caused a copy of Plaintiffs' Application for Leave to File Under Seal Supplemental Exhibit Submitted in Support of Plaintiffs' Reply to Defendants' Opposition to Ex Parte Application for Temporary Restraining Order and Order to Show Cause Re Preliminary Injunction, the accompanying Declaration in Support of the Application, and the document to be sealed to be served by email to the following counsel listed below:

August E. Flentje
  august.flentje@usdoj.gov
Sarah B. Fabian,
  sarah.b.fabian@usdoj.gov
William C. Silvis,
  william.silvis@usdoj.gov
Nicole N. Murley
  Nicole.murley@usdoj.gov

Civil Division – Office of Immigration Litigation
US Department of Justice

Dated:  April 9, 2020

                                          /s/ Leecia Welch
                                          Leecia Welch