CARLOS R. HOLGUÍN (CAL. BAR NO. 90754)
PETER A. SCHEY (CAL. BAR NO. 58232)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org
          pschey@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>             Plaintiffs,<br><br>     v.<br><br>Jefferson B. Sessions, Attorney General, *et al.*,<br><br>             Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION<br><br>District Judge Dolly M. Gee |

*Counsel for Plaintiffs, continued*

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (300848)
Freya Pitts (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)

Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

Plaintiffs seek to file under seal portions of the exhibits in support of their Motion to Enforce, as listed below:

| Exhibit Letter | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| Supplemental Exhibit P | Exhibit A to the Supplemental Declaration of Shalyn Fluharty | Class Members' Names<br>Class Members' Parents' Names<br>Class Members' Identifying Information<br>Class Members' Sponsors Names and Contact Information |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

Plaintiffs are granted leave to file under seal Supplemental Exhibit P submitted in support of Plaintiffs' Reply to Defendants' Opposition to Ex Parte

Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

IT IS SO ORDERED.

DATED:

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE