UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date **April 10, 2020** |

Title *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Maria Bustillos |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | August E. Flentje, USDOJ |
| Katherine H. Manning | |
| Leecia Welch | |
| Elyse D. Echtman | |
| Holly S. Cooper | |
| Neha Desai | |
| Daisy O. Felt | |

**Proceedings: ORDER TO SHOW CAUSE RE: PRELIMINARY INJUNCTION**

     The cause is called and counsel state their appearance via videoconference and telephone. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor, and Dr. Paul Wise. The Court invites counsel to respond to the tentative ruling. A written order will issue.

:24