UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544-DMG (AGRx)** | Date | April 10, 2020 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. William P. Barr, et al.*** | Page | 1 of 2 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR'S TERM [758]**

On October 5, 2018, the Court issued an Order Appointing Andrea Sheridan Ordin, Esq. as the Special Master/Independent Monitor ("Appointment Order") and providing that the Monitor's 12-month Initial Term began on October 17, 2018, and could be extended if, at least four weeks before the expiration of the Initial Term, any of the Parties and/or the Monitor filed with the Court a Notice requesting an extension of the Monitor's term. [Doc. # 494.] On October 16, 2019, the Court issued an Order Granting the Monitor's Request for Extension of Special Master/Independent Monitor Term until April 17, 2020. [Doc. #698.]

The Monitor has filed a Notice to the Court requesting a further six-month extension of her term (the "Notice of Extension"), to which the parties do not object. [Doc. # 758.] The Notice of Extension describes the Monitor's efforts to mediate, among other matters, Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order [Doc. # 572] relating to Customs and Border Patrol's ("CBP") fulfillment of its *Flores* Settlement Agreement obligations, and to participate in the hearings on Plaintiffs' March 26, 2020 *Ex Parte* Application for a Temporary Restraining Order and Order to Show Cause re: Preliminary Injunction [Doc. # 733] against Immigration and Customs Enforcement and Office of Refugee Resettlement. The Notice of Extension describes significant progress in negotiations between the parties regarding CBP, as well as the Monitor's continuous monitoring efforts.

For good cause shown, the Court hereby **APPROVES** the Monitor's request for an extension of her term to **October 16, 2020** and further **ORDERS** that:

1. The "Terms and Extensions" provisions provided in Paragraph A.3 of the Appointment Order are modified such that the Parties and/or the Monitor may file, at least four (4) weeks before the expiration of the six-month extension on October 16, 2020, a Notice requesting a further extension of the Monitor's term.

| CV-90 | **CIVIL MINUTES—GENERAL** | Initials of Deputy Clerk KT |
|---|---|---|

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | April 10, 2020 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 2 of 2 |

2. The Monitor and senior aides, with skill and experience comparable to the Monitor, shall be compensated at the hourly rate of $275.00, while non-senior aides shall be compensated at the hourly rate of $125.00.

3. Except as modified herein, all other aspects of the Appointment Order, and the subsequent modifications thereto [Doc. ## 518, 533, 543, 563, 587, 591, 698], remain in full force and effect.

**IT IS SO ORDERED**.