UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Jefferson B. Sessions, Attorney General, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> ORDER GRANTING LEAVE TO FILE UNDER SEAL SUPPLEMENTAL EXHIBIT SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' OPPOSITION TO EX PARTE APPLICATION FOR TEMPORARY RESTRAINING ORDER AND ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [763] |

Plaintiffs seek to file under seal portions of the exhibits in support of their Motion to Enforce, as listed below:

| Exhibit Letter | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| Supplemental Exhibit P | Exhibit A to the Supplemental Declaration of Shalyn Fluharty | Class Members' Names<br>Class Members' Parents' Names<br>Class Members' Identifying Information<br>Class Members' Sponsors Names and Contact Information |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file under seal Supplemental Exhibit P submitted in support of Plaintiffs' Reply to Defendants' Opposition to *Ex Parte* Application for Temporary Restraining Order and Order to Show Cause re Preliminary Injunction.

IT IS SO ORDERED.

DATED: April 10, 2020

                                              DOLLY M. GEE
                                  UNITED STATES DISTRICT JUDGE