# Defendants' Exhibit 9

# DECLARATION OF MICHAEL SHERIDAN

I, Michael Sheridan, pursuant to 28 U.S.C. § 1746, hereby declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

1. I am currently a Supervisory Management and Program Analyst (SMPA) of Enforcement and Removal Operations ("ERO"), U.S. Immigration and Customs Enforcement ("ICE"), in the San Antonio Field Office. I have held this position since January 2016. I am currently the Contractor Officer Representative (COR) for two facilities, the South Texas Family Residential Center (STFRC) and the Karnes County Family Residential Center (KCFRC). Prior to assuming my current position, I worked in various other positions within the Department of Homeland Security since starting with the Department on December 8, 2008. The statements contained in this declaration are based upon my personal knowledge or upon information provided to me in my official capacity.

2. I have reviewed the affidavits filed by Plaintiffs, and attorneys Shalyn Fluharty and Andrea Meza, and provide the following information in response. Of note, Plaintiffs' affiant attorney Shalyn Fluharty has not been on site at STFRC for over a year.

**Compliance with CDC COV-19 Prevention Guidelines at South Texas Family Residential Center (STFRC/Dilley)**

3. ICE and CoreCivic make every effort to push out information about COVID-19 and address concerns of the residents.

    a. Case managers, in accordance with CDC PPE COVID-19 guidelines, are going dorm-to-dorm discussing COVID-19 with residents and are also addressing any and all concerns voiced by the residents. Case managers meet one-on-one with families in their assigned dorm room to answer questions and address concerns. This allows for social distancing while meeting residents' needs through addressing their concerns directly. Residents can access the internet at the library in order to obtain their own independent updates, walk into the main medical clinic to speak with medical staff, and/or ask for updates from CoreCivic staff.

    b. A CDC handwashing guidelines video, in English and Spanish, is played on a continuous loop on a dedicated channel, along with the increased posting of CDC handwashing posters in English and Spanish. My declaration dated April 6, 2020, paragraph 17(f) addressed the availability of cleaning products at STFRC. Every dorm room has a sink and liquid hand soap dispenser which

is full when initially provided and thereafter checked for refills at least daily, and liquid hand soap is also available in the pantry area. Hand sanitizer pumps are placed in locations throughout the facility as follows:

    i. 3 – Visitation; 1 – Chapel 1; 1 – Chapel 2; 3 – Library; 4 – Dining Annex; 8 – Main Dining; 2 – Monitored Childcare; 30 - Education Classrooms (15 rooms with 2 dispensers per room); 1 – Commissary; 2 – Barbershop; 1 – Red Gym; 1 – Green Gym; 1 – Blue Gym; 2 – Education Gym; 1 – Red Triage; and 1 – Blue Triage.

    ii. Additionally, there are some outlying areas where there are resident restrooms with liquid hand soap: Monitored Childcare; Courts; Visitation; Education; USCIS/Asylum; Intake; outside the dining halls; both triage trailers; and Main Medical.

4. The school closure has continued in compliance with the Texas Governor's directive. However, the week of April 6, 2020, the school began distance learning through the distribution of learning packets. The age appropriate packets include matching activities and directions for educationally focused assignments that students can do independently or with their parent. In addition, the Principal and 3 teachers are onsite at the STFRC from 7:30 a.m. to 11:30 a.m., Monday through Thursday, to offer and assist with the learning packets. Fuel Ed is a sub-contracted State of Texas TEA-certified Charter school and follows the state-mandated educational guidelines.

5. Regarding medical care provided at STFRC:

    a. ICE continues to implement CDC's *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities*.

    b. Ventilators are beyond the scope of care at the STFRC and therefore the STFRC leverages the existing hospital network within the community and area.

    c. As stated in my prior declaration, and now in response to paragraph 36 of Shalyn Fluharty's declaration, "Further, for contact visits, attorneys must wear the appropriate personal protective equipment (PPE) (eye protection, surgical or N95 mask, and latex gloves or equivalent), as designated by CDC guidance."

    d. Within the CDC Guidance is a table showing the PPE required for confirmed COVID patients and close contacts. If a facility chooses to routinely quarantine all new intakes (without symptoms or known exposure to a COVID-19 case) before integrating into the facility's general population, face masks are not necessary. Newly apprehended families apprehended along the border with unverified travel

2

histories undergo the 14-day quarantine. Families that are transferred to STFRC and have been in DHS (CBP and/or ICE) custody for 14 days, and medically cleared, do not require quarantine at STFRC unless they present with COVID-19 symptoms during the intake process.

e. There is a process for all residents to initiate requests for health services on a daily basis. These requests are triaged daily by health licensed health care professionals. A priority system is used to schedule clinical services. Clinical services are available to residents in a clinical setting 7 days a week and are performed by a physician or other qualified health care professional.

f. STFRC has a sick call procedure allowing residents unrestricted opportunities to freely request health care services (including mental health and dental services) provided by a physician or other qualified licensed medical health care professionals in a clinical setting.

g. There are twenty-four (24) hour emergency medical, dental, and mental health services. Services include the following:

   1) On-site emergency first aid and crisis intervention;

   2) Emergency evacuation of the resident from the facility;

   3) Use of an emergency medical vehicle;

   4) Use of one or more designated hospital emergency rooms or other appropriate health facilities;

   5) Emergency on-call and/or physician, dentist, and mental health professional services are available twenty-four (24) hours per day, when the emergency health facility is not located in a nearby community; and

h. Security procedures ensure the immediate transfer of residents, when appropriate.

**Background Information About STFRC/Dilley**

6. At STFRC, dining procedures are as follows:

   a. Families are brought into the dining facility and seated at a table of 8. Each table is called up to receive their meals one at a time and must abide by the social distancing markers on the floor, which outline 6-feet between residents

3

while in line, with no more than 8 residents in the line at one time.

b. Families can eat at any time during open dining hours, however, STFRC organizes mealtimes to be grouped by neighborhood in order to maintain small groups in the dining facility and to ensure social distancing. A neighborhood consists of 4 complexes. Each complex has a bed capacity of 120 and there are 480 bed capacity per neighborhood. The 5 neighborhoods within the STFRC constitute the 2,400-bed population. As of April 17, 2020, there are only 416 residents in custody at STFRC, so there are fewer than 100 people per neighborhood, and STFRC has two separate dining facilities which allows for small groups in the dining facilities. Open dining hours are from 5:45 a.m. – 7:45 a.m. for breakfast, 11:00 a.m. – 1:00 p.m. for lunch, and 4:30 p.m. – 6:30 p.m. for dinner.

c. A meal is never denied if a family or family member does not eat at the time their neighborhood is called for meals. There are no time limits on how long a family may take to eat.

d. Toasters and tortillas have been removed due to limits on self-service and related social distancing requirements; salad, beans and rice are still available at the main line.

e. Tables are thoroughly wiped down between seatings, to include condiments and napkin dispensers. Staff are constantly cleaning and disinfecting self-serve beverage containers during the meal hours. More than 5 hand sanitizer stations are available in the dining facility, including one at the entrance door to sanitize hands after touching the handle, and these stations are checked daily for refills.

7. CoreCivic is the service provider for STFRC. All cleaning addressed below is done by CoreCivic personnel and, if requested by the resident, they may elect to do further other intermittent cleaning. Common areas, day rooms, and toys are cleaned and logged at the following intervals:

a. Tables, toys (gaming systems), and seating areas in the Activity rooms are sanitized every two hours between the hours of 8:00 a.m. – 8:00 p.m.

b. Telephones are sanitized every two hours between the hours of 8:00 a.m. – 8:00 p.m.

c. Laundry room tables, knobs, and door handles are sanitized every two hours

4

between the hours of 8:00 a.m. – 8:00 p.m.

    d. All hard surfaces, knobs, and handles in the pantry are sanitized every two hours between the hours of 8:00 a.m. – 8:00 p.m.

    e. Between 4:00 p.m. – 8:00 p.m. CoreCivic Staff are responsible for sanitizing the door handles and handrails throughout the complex every two hours.

8. Other locations within the facility follow the procedures listed below:

    a. Bathrooms and showers are cleaned 2 times daily between 8:30 a.m. and 5:30 p.m.

    b. Playground equipment is cleaned multiple times throughout the day.

    c. The Library has scheduled visits in small groups to enforce social distancing. Books are not limited in use.

    d. Gym access is scheduled to enforce social distancing and small groupings per sq. ft. of the gym.

9. During the month of March 2020, two families were housed per 722 sq. ft. suite. In April 2020, with the reduced population, STFRC is capable of housing 1 family per suite.

10. Since April 1, 2020, intake processed 79 residents (31 family units), all of which had been in DHS custody beyond the 14-day quarantine period and medically cleared. One family unit of 3 arrived on April 13, 2020, and is asymptomatic, but will remain in medical observation, separate from the general population, for 14 days.

11. The video I took at STFRC clearly showed the following:

    a. The Front lobby was filmed to show the entrance procedures into the facility.

    b. The space used in the Asylum Interview Building by U.S. Citizenship and Immigration Services (USCIS) for asylum interviews was not videoed because it referenced that all interviews are occurring telephonically. Additionally, on the day of filming, all interviews had been completed, and the building was locked. Per USCIS, all asylum interviews are currently being conducted telephonically to comply with social distancing. Individual family units are called into the asylum building for

  their telephonic interview. The asylum officer is either teleworking off site or doing telephonic interviews from the court building.

c. The courtroom and courtroom lobby were both included in the initial video.

d. The courtroom lobby for the asylum interview space was not videoed because asylum interviews are occurring telephonically. To clarify, the Court Administrative area that was used to also hold asylum interviews has been temporarily suspended because the population is so low all telephonic interviews can be handled directly at the USCIS asylum building.

e. Building 100 was not videoed.

f. The pill line was videoed along with its social distancing.

g. The general grounds were captured in the video, as well.

## Compliance with CDC COV-19 Prevention Guidelines at Karnes County Family Residential Center (KCFRC)

12. Hand sanitizer pumps are placed in locations throughout the facility as follows:
  a. Medical–15; Intake–4; Visitation-1; Law Library-1; Recreation Yards-3; Food Service-2; Gym-1.

13. The questionnaire population and statistics in the Meza declaration have a variable denominator. For example, Sub-Bullets A-E all have different denominators per question, and if 51 residents participated, the data set should be reflective of all 51 participants for each question.[1] However, to address the assertions made:

  a. Social Distancing Signs located within the facility:

    i. KCFRC recognizes the importance of social distancing. Our goal is to prevent the spread of contagious illnesses such as COVID-19. The coronavirus can spread though coughing, sneezing, and close contact

---

[1] Of the 51 questions, the completion rates, cited in Andrea Meza's declaration, were as follows: (a) 39/44; (b) 21/38; (c) 5/22; (d) 26/51; (e) 3/37.

with one another. In order to minimize the amount of close contact between residents, KCFRC has implemented the following measures (See attachments B-D):

ii. Staff have been provided information capturing STOP COVID-19, Version 1.0/03-30-2020, flyers from the CDC's *Interim Guidance on Management of Coronavirus Disease 2019 (COVID-19) in Correctional and Detention Facilities* regarding Social Distancing. In addition, the security staff have been required to promote social distancing of 6-feet among themselves and residents with no more than 10 persons in one area.

iii. KCFRC has also suspended all organized recreational activities, family visitations, and educational classes.

iv. Legal and asylum interviews have been modified using video conferencing and/or conducted telephonically.

v. Residents are currently provided meals in their suites, and not in the dining rooms, to meet social distancing requirements.

vi. Recreational activities have been suspended, and alternate game board activities have been provided to the residents in their suites. KCFRC also offers movies to each room through the television system.

vii. There are two daycares within KCFRC. The Rainforest DayCare, an area that has since been transitioned into the area of the facility that allows the 14-day observation period for new intake, permits 1 family unit at a time for daycare. A separate daycare is located in room 611-A on Yellowstone Park, which is the post 14-day Parks (general population) usage and allows for co-mingling of children at the daycare while applying social distancing. Social distancing in room 611-A is achieved by permitting only 10 persons, including staff, to be present in the daycare room at one time, to conform with CDC guidelines.

b. Cleaning schedule posted by GEO:

i. KCFRC has established "clean teams" in all departments and areas where there are high touch surfaces such as: tables, doorknobs, light switches, counter tops, door handles, desks, phones, vents, keyboards,

7

    toilet, faucets, sinks, and showers. These clean teams utilize the CDC and EPA recommended cleaning products which kills germs on these surfaces. This process is accomplished throughout the day, with high touch areas being cleaned hourly (See attachments E-M).

  ii. KCFRC has increased emphasis on cleaning high-volume touchpoints. KCFRC's updated cleaning schedule, staff support efforts, and resources increase the cleaning frequency. Should additional cleaning supplies be needed for staff use, they need only go to the supply room/warehouse to obtain additional cleaning products. KCFRC's warehouse process for keeping additional cleaning disinfectants on hand is measured through an inventory system, so if additional products are needed, KCFRC contacts the facility vendor for more products.

  iii. There are currently 140 resident workers assigned to work in the following areas: Intake, Medical, Residential Compounds, Kitchen, Dining room, Commissary, and Barbershop. There are sufficient resident workers assigned to these areas to keep up sanitization practices. These resident workers are provided the same cleaning products and personal protective equipment as the employees who clean.

  iv. KCFRC currently has sufficient employees on each shift to maintain management of the resident workers and to provide additional support with the facility cleaning practices in all areas.

c. Disinfecting cleaning liquid:

  i. KCFRC provides 3 EPA registered disinfectants which are available for general facility cleaning. One of these products is utilized in the food service area (See attachments E-M).

  ii. There is a coordinated effort between Case Management and the Fire & Safety departments to inspect all staff restrooms, residents' rooms, and any other location that may have a hand-washing station. This is to ensure there is an abundant level of soap, disposable paper towels, tissue/toilet paper, and a trash receptacle for disposal purposes.

8

      iii. As explained in paragraph 40(b) on my April 6, 2020, declaration, cleaning products are made available on the cleaning carts.

  d. Access to medical professionals in relation to experiencing COVID-19 symptoms:

      i. There is a process for all residents to initiate requests for health services on a daily basis. These requests are triaged daily by health licensed health care professionals. A priority system is used to schedule clinical services. Clinical services are available to residents in a clinical setting 7 days a week and are performed by a physician or other qualified health care professional. Health care request forms are readily available to all residents.

      ii. KCFRC has a sick call procedure allowing residents unrestricted opportunities to freely request health care services (including mental health and dental services) provided by a physician or other qualified licensed medical health care professionals in a clinical setting.

      iii. There are twenty-four (24) hour emergency medical, dental, and mental health services. Services include the following:

           6) On-site emergency first aid and crisis intervention;

           7) Emergency evacuation of the resident from the facility;

           8) Use of an emergency medical vehicle;

           9) Use of one or more designated hospital emergency rooms or other appropriate health facilities;

           10) Emergency on-call and/or physician, dentist, and mental health professional services are available twenty-four (24) hours per day, when the emergency health facility is not located in a nearby community; and

           11) Security procedures ensure the immediate transfer of residents, when appropriate.

  e. COVID-19 Updates:

i. Over the PA system, KCFRC conducts public announcements which are designed to keep residents informed of facility updates, changes of routine practices, and the latest information on the coronavirus. Prior to April 9, 2020, public announcements were given via PA systems at 9:00 a.m. and 3:00 p.m. As of April 9, 2020, COVID announcements are given twice an hour from 7:00 a.m. – 9:00 p.m. via the PA system. There is also signage posted throughout the facility describing health standards and facility sanitization practices.

ii. The facility's support service staff are available to consult privately with a resident 7 days a week. During this time, a resident can voice any concerns, issues, or ask questions, in an effort to reduce a resident's anxiety and/or stress.

f. Access to news:

i. As stated previously, residents receive updates via the daily announcements per paragraph 12(e)(i).

ii. Residents have access to the internet within the library to access other news sources.

g. COVID-19 Signage:

i. KCFRC is committed to providing a safe and healthful working and living environment for staff and residents. There is signage throughout the facility providing information on the coronavirus, education on health standards/hygiene practices, proper cough and sneeze etiquette, and to inform staff and residents of symptoms of the coronavirus, and if symptoms develop, the CDC recommendations.

ii. Postings are in the following areas: administrative lobby, office doors, dayrooms, medical, chapel, visitation, classrooms, case-management offices, food service, and any other area in which a resident or staff may frequently visit (See Attachments A-C).

h. COVID-19 signage in other languages:

i. KCFRC posts the direct CDC guidance to inform on COVID-19 precautions.

      ii. KCFRC reviews the CDC website for updates and posts updated signage in the various languages within the facility.

  i. Social distancing within their designated rooms:

      i. Family units entering the facility are placed in individual rooms until the 14-day observation period is satisfied.

      ii. Residents are placed into the general population only after they have cleared the 14-day waiting period and, thereafter, are housed based on family configuration. Multiple families may share a room on the general population side. With population at its current level, there are no more than 2 families per room.

      iii. It is recommended that residents sleep head-to-toe and toe-to-head in order to promote further distancing while sleeping.

  j. Provision of school lessons for residents' children:

      i. School was suspended, in accordance with the Texas Governor's mandate, effective March 23, 2020.

      ii. BrainNation, a subcontracted Charter school, has implemented the distribution of educational packets for all school-aged children at KCFRC:

          1) As of April 6, 2020, 106 educational packets had been handed out.

          2) As of April 13, 2020, 81 additional educational packets had been handed out. The packets are weekly educational assignments. The reduction in packets reflects the current school age population which has gone down due to removals/releases occurring at the facility.

          3) This represents all school-aged children currently within KCFRC receiving educational materials.

14. Regarding medical care provided at KCFRC:

  a. There is a process for all residents to initiate requests for health services daily. These requests are triaged daily by licensed health care professionals. A priority

11

system is used to schedule clinical services. Clinical services are available to residents in a clinical setting 7 days a week and are performed by a physician or other qualified health care professional. Health care request forms are readily available to all residents.

b. KCFRC will has a sick call procedure allowing residents the unrestricted opportunity to freely request health care services (including mental health and dental services) provided by a physician or other qualified licensed medical health care professionals in a clinical setting.

**Background Information About KCFRC**

15. Standardized legal visitation hours are already established within KCFRC. However, additional hours have been provided that exceed the standards for Legal Visitation.

    a. Five iPads were purchased for legal visitation, specifically for telephonic/video interviews. Due to technical issues, four had to be returned to GEO corporate to be repaired.

    b. On April 9, 2020, Andrea Meza was informed of the technical issues. Two additional iPads were obtained from GEO medical to utilize in while the others are repaired.

    c. Phones to conduct legal visitation calls are available in each suite for each housing unit. RAICES and pro bono toll free calls are available at any time for the residents.

    d. Since April 8, 2020, additional families have been allowed to wait in legal visitation in order to help expedite the interview process. This revised process allows for more people in each area of visitation, not to exceed 10. Overall, this procedure continues to follow CDC guidelines regarding social distancing. KCFRC visitation area has five private and enclosed rooms for the attorney and resident use. Four of these rooms have a telephone, table, and chairs to accommodate the attorney and client needs. The fifth room has all of the furniture noted but does not have a phone line, therefore, if needed, an Apple iPad is provided for the attorney and client private use. In addition to the 5 private rooms, there is a large open area within visitation (filmed on the video) that residents can now occupy as a larger waiting area that are appropriately social distanced in accordance with CDC guidelines.

16. Social distancing within the residents' designated rooms:

a. Family units entering the facility are placed in individual rooms until the 14-day observation period is satisfied.

b. Upon placement in general population, residents have cleared the 14-day waiting period and are housed based on family configuration.

c. It is recommended that residents to sleep head-to-toe, toe-to-head to promote further distancing while sleeping.

Executed this 17 day of April, 2020 at 3:53 PM.

_____
Michael M. Sheridan
Supervisory Management and Program Analyst
Enforcement and Removal Operations
U.S. Immigration and Customs Enforcement

13