# Attachment A



**VISITATION RULES AND REGULATIONS**

We encourage visits from family, friends and attorneys. Visits are permitted from consular officials, special interest groups and the news media with prior approval from ICE.

**VISITATION HOURS**

Visitation hours are 8:00 a.m. to 8:00 p.m., 7 days a week including holidays. Beginning and ending times are subject to change depending upon the safe and orderly operation of the facility.

**VISITOR IDENTIFICATION AND SEARCH**

The KCRC staff will verify each adult visitor's identity before admitting him/her beyond the Front Lobby. No adult visitor may be admitted without government-issued photo identification, such as a driver's license or other photo identification (i.e.; valid driver's license; unexpired passport, or other photo identification).

Legal representatives will be required to provide photo identification. State bar cards are the preferred forms of identification. Attorneys who are members of state bars that do not provide a bar card will be required to present other documentation that verifies bar membership. Legal representative and assistants are subject to non-intrusive search such as pat down search of the person or search of the person's belongings at any time for the purpose of ascertaining the presence of contraband.

**VISITATION RULES**

General visits may be limited to 1 hour, dependent upon the number of visitors. Each Resident is limited to (1) contact visit per day; however exceptions will be made depending on space. More time may be authorized by the Duty Program Director for members traveling significant distances. A maximum of two adults (18 years or older) and two children (17 years or younger) may visit at any one time. Any disruptive behavior by either party will result in the termination of the visit and may cause future visits by either party to be denied. Visitors who bring children are expected to maintain direct supervision of those children and prevent disruption to other visitors.

Visitors are not permitted to carry personal items into the visiting area. Lockers are provided at the entrance of the facility to secure these items.

**VISITOR DRESS CODE:**
Female Visitors Age 12 and older

- Shorts will cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting. Shorts no higher than mid-thigh comply. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Skirts and dresses will extend to mid-thigh, seated.
- Slits in skirts and dresses will rise no higher than mid-thigh, seated.
- Sheer (see-through) clothing is prohibited.
- The top of clothing will be no lower than the underarm in the front and back.
- Bare midriffs and strapless tops, tube tops and swimsuits are prohibited.
- Shoes will be worn at all times.
- Gang "colors" and other gang displays are prohibited.

Male Visitors Age 12 and Older

- Shorts will cover customarily covered areas of the anatomy, including the buttocks and crotch area, both when standing and sitting. Shorts no higher than mid-thigh comply. Short-shorts, jogging shorts, cut-offs, and other obviously inappropriate short garments are prohibited.
- Shirts will be worn at all times. Muscle shirts, bare midriff shirts and sleeveless shirts are prohibited.
- Shoes will be worn at all times.
- Gang "colors" and other gang displays are prohibited.

Hours Posted in Front Lobby



Hours Posted in Visitation

# Attachment C



CDC Guidelines Posted in English, Spanish and Haitian (Creole)



Due to Social Distancing, it is recommend that Residents sleep head to toe in suites.

••••••

Akoz sosval Distancing li rekomande pou rezidan domi tet nan zotev nan swit.

••••••

Devido ao Distanciamento Social, recomenda-se que os moradores durmam de cabeça aos dedos em suítes.

••••••

Datorită distantelor sociale, se recomandă rezidentilor să doarmă din cap până în pat în suite.

••••••

Debido a la distancia social se recomienda que los residentes duermen de cabeza a piez en los dormitorios.



**Posting of Recommended Social Distancing Guidelines for Sleep**

**Attachment E**



The GEO Group, Inc.

# Karnes County Residential Center

## Clean Teams Scheduled Cleaning

The visitation areas noted below will be cleaned / disinfected daily using the chemicals listed.

- Adhere to manufacturer's instructions for all chemical use

| Target Areas | Name | Chemicals | Special Instructions | PPE |
|---|---|---|---|---|
| Suite Showers | C. ▮ | Air Lift Tropical<br><br>Halt | Spray and wipe clean the suite showers daily and as needed | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves.<br><br>Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| Floors | A▮ | Wax Stripper | Strip, buff & wax floors | Gloves |
| Paint | C▮ | Citrus Strip Stripping Gel | Paint target areas noted by administration | Face mask, goggles and gloves |
| Powerwash Compound areas | Resident advisor staff | None | Powerwash compound sidewalk areas on:<br>• Sunday<br>• Tuesday<br>• Thursday<br>• Saturday | None |
| Light Fixtures | Resident advisor staff | Halt | Mon/ Wed/ Fri.<br>1x per shift and as needed. Spray and wipe clean the light fixtures. | Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off.<br><br>Use safety goggles and ladder. |

Revised 02/2018



The GEO Group, Inc.

## KARNES COUNTY RESIDENTIAL CENTER

### DAYCARE Scheduled Cleaning

Daycare staff is responsible to ensure the cleanliness and sanitation of the daycare room(s) and closet.  The daycare areas will be cleaned according to schedule using the chemicals listed below.

SPECIAL INSTRUCTIONS:

The daycare rooms will include daily wiping and sanitation of the following:

- All Tables
- All Chairs
- Desks
- Baby changing table
- Baby playpen
- Child sleeping mats
- Toys
- Cubicle boxes
- Storage room organization
- Empty trash can / replace bags
- Dust wipe T.V.
- Windows
- Threshold
- Floors (sweep / mop)
- Carpet (vacuum daily & shampoo as needed)
- Adhere to manufacturer's  instructions for all chemical use

| AREA | SCHEDULED CLEANING | Chemicals | Special Instructions/ Personal Protective Equipment (PPE) |
|---|---|---|---|
| Daycare | Daily and as needed | Air Lift Tropical | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves. |
| | | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes:  No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| | | Halt | Halt: Wear rubber or chemical-resistant gloves. |

Revised 02/2018

**Attachment G**



The GEO Group, Inc.

## KARNES COUNTY RESIDENTIAL CENTER

### Food Service Scheduled Cleaning

The food service staff is responsible for the cleanliness and sanitation of the kitchen, dining hall, closet, restrooms, office and common areas.  These areas will be cleaned according to schedule using the chemicals listed below and will be overseen by the Production Manager.

SPECIAL INSTRUCTIONS:

- The food service staff clean and sanitize all cooking implements and serving items. The cleaning and sanitizing of the prep areas include dining halls, kitchen, dry storage, regular storage, secure storage, walk-in cooler, restroom(s), janitor closet and office area.

- Adhere to manufacturer's instructions for all chemical use.

| AREA | SCHEDULED CLEANING | Chemicals | Special Instructions/ Personal Protective Equipment (PPE) |
|---|---|---|---|
| All restrooms | Twice daily or as needed | San-T-10 Plus sanitizer | Sani-T-10 Plus User Prepared: eye/face/skin/body protection not required with expected use. Apply solution with a hand pump trigger sprayer so as to wet all surfaces thoroughly and wipe off |
| | Mop floors | Spartan GS Neutral Disinfectant | Spartan GS Neutral Disinfectant Wear eye / face protection.  Wear gloves and protective clothing. |
| Dining Halls<br>• Refrigerators<br>• Table clothes<br>• salt & pepper shakers<br>• napkins holders<br>• windows<br>• picture frames<br>• high chairs<br>• tray & utensil racks<br>• door entry fans<br>• wall baseboards | Cleaned daily and as needed | San-T-10 Plus sanitizer | Sani-T-10 Plus User Prepared: eye/face/skin/body protection not required with expected use.<br><br>Apply solution with spray bottle, thoroughly wetting surfaces, with a cloth wipe and clean area. |
| Dining Hall floors | After every meal and as needed | Cold water only | Use auto scrubber as needed. Use mop bucket filled with cold water only when cleaning up spills or spot mopping |

Revised 02/2018

| | | Spartan Pot & Pan Detergent | Spartan Pot & Pan Detergent |
|---|---|---|---|
| Serving Line & Salad bar | After every meal | Spartan Pot & Pan Detergent | Spartan Pot & Pan Detergent<br>PPE not required with expected use.<br><br>Apply solution with bucket filled with solution, thoroughly wetting surfaces, with a cloth wipe and clean area. |
| | | San-T-10 Plus sanitizer | Sani-T-10 Plus User Prepared:<br>eye/face/skin/body protection not required with expected use.<br>apply solution with spray bottle filled with solution, thoroughly wetting surfaces, with a cloth wipe and clean area. |
| Serving wells<br>Walls next to serving line<br>Food holding warmer<br>Cooler unit<br>above food holding unit | Daily and as needed | San-T-10 Plus sanitizer | Sani-T-10 Plus User Prepared:<br>eye/face/skin/body protection not required with expected use.<br><br>Apply solution with spray bottle or bucket filled with solution, thoroughly wetting surfaces, with a cloth wipe and clean area. |
| Rollers above window | Weekly or as needed | San-T-10 Plus sanitize | Sani-T-10 Plus User Prepared:<br>eye/face/skin/body protection not required with expected use.<br><br>Apply solution with spray bottle, thoroughly wetting surfaces, with a cloth wipe and clean area |
| Dishwasher | End of each working shift or at least twice a day | Spartan Pot & Pan Detergent | Spartan Pot & Pan Detergent<br>PPE not required with expected use. |
| | Monthly or as needed | Spartan Delimer | Spartan Delimer<br>Wear protective gloves and eye / face protection and clothing. |
| Stove drip pan<br>Grill drip pan | Daily and as needed | Spartan Pot & Pan Detergent | Spartan Pot & Pan Detergent<br>PPE not required with expected use.<br><br>Remove/scrape any food particles and scrub any heavy scorched area using pot & pan detergent in 3 compartment sink and run through dish washer. Let air dry and replace. |
| Hood filters | Weekly and as needed | Spartan Pot & Pan Detergent | Spartan Pot & Pan Detergent<br>PPE not required with expected use.<br><br>Remove filters from hood, soak in hot water using Pot & Pan Detergent to allow grease to break down for at least 5 minutes. |
| | | Oven & Grill Cleaner | Oven & Grill Cleaner<br>Do not breathe mist, vapors or spray.  Wear protective gloves. Wear eye/face and |

Revised 02/2018

| | | | clothing protection.<br><br>Use Oven & Grill Cleaner for heavy stains if necessary. Run filter through dishwasher and allow to air dry before replacing. |
|---|---|---|---|
| Behind tilt skillet<br>Behind kettles | Daily and as needed | Spartan Pot & Pan Detergent | <u>Spartan Pot & Pan Detergent</u><br>PPE not required with expected use.<br><br>Ddd pot & pan detergent to bucket and pour on floor far enough to reach back side. With a brush with long handle, scrub area behind skillets and kettles until clean. Using a bucket add plain hot water pour to area to remove soap, use squeegee to bring water to drain. |
| Ice Maker/Bin | Monthly and as needed | San-T-10 Plus sanitizer | <u>Sani-T-10 Plus User Prepared:</u><br>eye/face/skin/body protection not required with expected use.<br><br>You will need gloves, spray bottle, and clean clothes or a nylon brush. Use spray bottle to apply this solution to the inside of the bin, then use a clean cloth or nylon brush to scrub it clean. Rinse bin completely with clean water. After you have cleaned and sanitized ice bin, start ice production immediately, and discard the first batch of ice. |
| A/C vents | Weekly or as needed | San-T-10 Plus sanitizer | <u>Sani-T-10 Plus User Prepared:</u><br>eye/face/skin/body protection not required with expected use.<br><br>Using ladder located in warehouse to reach ceiling, remove all A/C vents, run through dishwasher to clean and let air dry before replacing. Using Sani-T-10 Plus spray bottle and a damp cloth, clean inside of each vent |
| Light fixtures | Weekly or as needed | San-T-10 Plus sanitizer | <u>Sani-T-10 Plus User Prepared:</u><br>eye/face/skin/body protection not required with expected use.<br><br>Using ladder located in warehouse to reach ceiling, remove all light fixture panels, run through dishwasher to clean and let air dry before replacing. Using Sani-T-10 Plus spray bottle and a damp cloth, clean inside of each light fixture. |

Revised 02/2018

| Hobart Mixer | After each use | Sani-T-10 Plus sanitizer | Sani-T-10 Plus User Prepared: eye/face/skin/body protection not required with expected use. |
|---|---|---|---|
| | | Spartan Pot & Pan Detergent | Spartan Pot & Pan Detergent PPE not required with expected use. Pour solution into a bucket and damp cloth, wipe down mixer until clean after every use. Take mixer bowl to double sink to wash with pot & pan detergent using a cloth and/or brush, clean thoroughly and rinse. |
| Tortilla Machine | Daily and as needed | Slick'em | Slick'em Wear impermeable and resistant gloves. Goggles recommended during refilling. Apply Slick'em on a soft cloth and apply to oven plates. To clean the press plates, pull the locking pin out, and pull the white knob to open the top plate. Remove the debris at the bottom base with a damp towel or vacuum. Clean the press plates with damp soft cloth. Never use any cleaning solutions, abrasive materials or sharp metal objects to clean press. Wipe the exterior with Stainless Steel Polish. The Press and Oven are now clean and ready to use.  Cleaning the Beta 900 Spray Slick'em on a cloth. Wipe the plates clean. Then pivot the bottom plate to open; exposing the base. Use vacuum to remove all the debris in the motor compartment area. |
| | | WOW! Stainless Steel Cleaner | WOW! Stainless Steel Cleaner Wear eye goggles and/or protective eyewear. Wipe the exterior with Stainless Steel Polish. |

Revised 02/2018


The GEO Group, Inc.

## KARNES COUNTY RESIDENTIAL CENTER
### Intake Scheduled Cleaning

The Intake staff is responsible for the cleanliness and sanitation of the intake department and will be cleaned according to schedule utilizing the chemicals listed below.

SPECIAL INSTRUCTIONS:

The cleaning will include a wipe down of all chairs, tables, counters, dust vents, sweep and mop floor, empty trash cans, insert clean trash bags, clean windows, clean restrooms/showers, refrigerator / microwave & light fixtures.

- Adhere to manufacturer's instructions for all chemical use

| Area | Cleaning Schedule | Chemicals | Personal Protective Equipment (PPE) |
|------|-------------------|-----------|-------------------------------------|
| 705 Hallway | Daily & As Needed | Fabuloso<br><br>Halt | • Dust picture frames and/or other surfaces with Swiffer Duster or rag.<br>• Clean floor with dust mop.<br>• <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use.<br>• <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off. |
| 319 A & B Hallway | Daily & As Needed | Fabuloso<br><br>Halt | • Dust picture frames and/or other surfaces with Swiffer Duster or rag.<br>• Clean floor with dust mop.<br>• <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use.<br>• <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off. |
| Employee Restroom | Daily & As Needed | Clorox Disinfecting Wipes<br><br>Fabuloso<br><br>Halt<br><br>Cranberry Ice | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to clean toilet, sink and/or other surfaces.<br>• Clean floor with dust mop.<br>• <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use.<br>• <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on mirror, surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off.<br>• Take out trash and replace liner.<br>• Cranberry Ice – No PPE's required. Refill |

| | | | soap dispenser as needed. |
|---|---|---|---|
| | | | • Restock toilet paper and paper towel dispenser. |
| Intake Showers | Daily & As Needed | Clorox Disinfecting Wipes | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to clean shower surfaces. |
| | | | • Sweep floor with broom. |
| | | Fabuloso | • <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use. |
| | | Halt | • <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on mirror, surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off. |
| | | | • Take out trash and soiled towels and replace liners. |
| | | Cranberry Ice | • Cranberry Ice – No PPE's required. Refill soap dispensers as needed. |
| | | | • Wash shower curtains as needed. |
| Intake & Release Waiting Rooms, and Main Lobby Area | Daily & As Needed | Clorox Disinfecting Wipes | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to clean surfaces, including bathrooms in waiting rooms. Disinfect phones with wipes. |
| | | | • Sweep floor with broom and/or dust mop. |
| | | Fabuloso | • <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use. |
| | | Halt | • <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on chairs, mirror(s), surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off. |
| | | | • Take out trash and replace liners. |
| | | Cranberry Ice | • Cranberry Ice – No PPE's required. Refill soap dispensers as needed. |
| | | | • Dust vents as needed. |
| | | | • Restock toilet paper and paper towel dispenser. |
| | | | • Wash crib sheets and toddler bed sheets as needed. |
| Intake & Release Offices & Work Stations (Including ICE work stations) | Daily & As Needed | Clorox Disinfecting Wipes | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to clean surfaces. |
| | | | • Clean floor with dust mop and/or broom. |
| | | Fabuloso | • <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use. |
| | | Halt | • <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on mirror, surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off. |
| | | | • Take out trash and replace liners. |
| | | | • Dust shelves, computers, copy machines, vents and any other surfaces. (Focus on cracks, crevices and corners.) |

Revised 02/2018

|  |  |  | • Restock supplies at intake and release work stations and supply rooms.<br>• Water plants as needed.<br>• Empty dehumidifiers as needed. |
|---|---|---|---|
| Metal Detector Hall | Daily & As Needed | Clorox Disinfecting Wipes<br><br><br>Fabuloso<br><br><br>Halt | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to clean metal detector and other surfaces.<br>• Clean floor with dust mop and/or broom.<br>• <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floor thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use.<br>• <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off. |
| Staff Break Room | Daily & As Needed | Clorox Disinfecting Wipes<br><br><br>Fabuloso | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to tables, refrigerator, microwave and surfaces.<br>• Clean floor with dust mop and/or broom.<br>• <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floor thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use.<br>• Clean out old food from refrigerator every Friday.<br>• Take out trash and replace liner. |
| Property Room | Daily & As Needed | Clorox Disinfecting Wipes<br><br><br>Fabuloso<br><br><br>Halt | • <u>Clorox Disinfecting Wipes</u> – No PPE's required. Wear gloves for prolonged use. Use wipes to clean surfaces.<br>• Clean floor with dust mop and/or broom.<br>• <u>Fabuloso</u> – Mix ¼ cup in a gallon of water in bucket. Mop floors thoroughly. Place wet floor signs appropriately. Wear gloves for prolonged use.<br>• <u>Halt</u> – Wear rubber or chemical resistant gloves. Spray Halt on mirror, surface(s) and/or window(s) to be cleaned, let stand for 10 minutes before wiping off.<br>• Take out trash and replace liners.<br>• Dust shelves, computers, and any other surfaces. (Focus on cracks, crevices and corners.)<br>• Restock clothing and supplies as needed. |

Revised 02/2018



The GEO Group, Inc.

## KARNES COUNTY RESIDENTIAL CENTER
### Medical Scheduled Cleaning

The Medical staff is responsible for sanitizing and disinfecting the areas noted below.  This will be completed according to schedule using the chemicals listed.

SPECIAL INSTRUCTIONS:
- Sanitize all chairs, tables, counter tops, toys and wipe T.V.
- Dust vents, dust mop floor.
- Empty trash cans replace clean trash bag.
- Sanitize restroom(s).
- Clean refrigerator / microwave.
- Sanitize lab, medical equipment, showers, mattresses, dental office, x-ray room, waiting room and intake exam room.
- Adhere to manufacturer's  instructions for all chemical use

| AREA | SCHEDULED CLEANING | Chemicals | Personal Protective Equipment (PPE) |
|---|---|---|---|
| **Exam Tables, Surface Counters & Medical Equipment** | Before and After each use | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Biohazard, Laundry Containers & Medical Trash Containers** | 2X's Weekly | Clorox Disinfecting Wipes

Halt | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes

Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| **Bathrooms** | Daily or as needed | Clorox Disinfecting Wipes

Halt | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes

Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| **Medication Cart** | Every Shift | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Computer Keyboards** | Every Shift | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes

Eye/face/skin/body protection not required with expected use |
| **Medical Showers** | Daily or as needed | Clorox Disinfecting Wipes

Halt | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes

Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |

Revised 02/2018

| Emergency Stretcher | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
|---|---|---|---|
| **Medical Over bed Tables** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Wheelchairs** | Every Friday | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Beds & Mattresses** | Daily or as needed | Clorox Disinfecting Wipes<br><br>Halt | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes<br><br>Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| **Lab** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Offices** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Dental** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **X-Ray Room** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Waiting Room** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| **Intake Exam Room** | Daily or as needed | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |

Revised 02/2018



The GEO Group, Inc. ®

## KARNES COUNTY RESIDENTIAL CENTER

## RECREATION SPECIALIST Scheduled Cleaning

The Recreation staff is responsible for the cleanliness and sanitation of the recreation rooms, gym(s), soccer field, and basketball court.  Staff will clean according to schedule using the chemicals listed below.

SPECIAL INSTRUCTION:

- Empty trash cans and replace with new bag.
- Dust mop floor and vents.
- Sanitize toys and elliptical equipment.
- Sanitize tables & chairs.
- Wipe down windows.
- Organize counters and office area.
- Clean threshold and door frame.
- Rake mulch in areas as needed.
- Refill sand in playscape area as needed.
- Check nets, clear turf of debris.
- Sweep standing water as needed.
- Adhere to manufacturer's  instructions for all chemical use

| AREA | SCHEDULED CLEANING | Special Instruction per area | Chemicals | Special Instructions/ Personal Protective Equipment (PPE) |
|---|---|---|---|---|
| Rainforest & Yellowstone Gym | At the completion of each day including Holidays and weekends | Empty trash and replace with clean trash bags, sweep floor, sanitize toys & elliptical equipment, wipe windows and organize counters / office area. | Air Lift Tropical<br><br>Clorox Wipes<br><br>Halt | <u>Air Lift Tropical:</u> Wear splash goggles, rubber or other chemical resistant gloves.<br><br><u>Clorox Disinfecting Wipes:</u> No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes<br><br><u>Halt:</u> Wear rubber or chemical-resistant gloves. |
| Playscape (Rainforest) | Daily and as needed | Sanitize all toys<br><br>Rake mulch in Playscape area. | Halt | <u>Halt:</u> Wear rubber or chemical-resistant gloves. |
| Playscape (Redwood) | Daily and as needed | Sanitize all toys<br><br>Re-fill sand as needed. Check for ant mounds and insects. | Halt | <u>Halt:</u> Wear rubber or chemical-resistant gloves. |
| Blue Toy | Daily and as | Sanitize all toys. | Halt | <u>Halt:</u> Wear rubber or |

Revised 02/2018

| Tub | needed | | | chemical-resistant gloves. |
|---|---|---|---|---|
| Medical Recreation | Daily and after each use | Sweep outside medical recreation area, sanitize toys, replace / discard damaged toys, light fixtures. | Halt | Halt: Wear rubber or chemical-resistant gloves. |
| Supply Room #694 | Daily and as needed | Empty trash can and replace with new bag, ensure all materials are neatly organized & stored. Clean floor, vents, light fixtures. | Halt | Halt: Wear rubber or chemical-resistant gloves. |
| Art & Craft Rooms 612A, 622, 634 | Daily and as needed | Sanitize all toys, tables, chairs, sweep floor, remove trash & replace new bag, dust vents and light fixtures. | Halt | Halt: Wear rubber or chemical-resistant gloves. |
| Toddler Room #612B | Daily and as needed | Sanitize all toys, tables, chairs, sweep floor, remove trash & replace new bag, dust vents and light fixtures. | Halt | Halt: Wear rubber or chemical-resistant gloves. |
| Game Room #618 | Daily and as needed | Sanitize all toys, tables, chairs, sweep floor, remove trash & replace new bag, dust vents and light fixtures. | Halt | Halt: Wear rubber or chemical-resistant gloves. |
| Soccer Field & Basketball Court | Daily and as needed | Check nets, clear turf of debris. | Halt | Halt: Wear rubber or chemical-resistant gloves. |

Revised 02/2018



## KARNES COUNTY RESIDENTIAL CENTER

### HALLS, PARKS, RESTROOMS Scheduled Cleaning

The security staff is responsible for the cleanliness of all halls, parks, restrooms and resident suites.  These areas will be cleaned according to schedule using the chemicals listed below.

SPECIAL INSTRUCTIONS:

- Parks & halls will be clean of debris.
- Windows wiped clean.
- Halls will be power washed.
- Floors dust mopped.
- Dayrooms- clean washer, dryer, refrigerator, microwave,  threshold, doors frames, dust vents & light fixture (replace light bulb as needed).
- Restrooms sanitized and trash emptied with new bag replaced.
- Refill soap, toilet paper and paper towels.

Suites:

- Sweep, mop.
- Sanitize mattresses.
- Clean counter top, sink, wipe mirror.
- Clean toilet.
- Clean threshold.
- Dust vents / light fixture
- Cleaning carts located in each park janitorial closet in dayroom.
- Adhere to manufacturer's  instruction for all chemical use.

| AREA | SCHEDULED CLEANING | Chemicals | Special Instructions/ Personal Protective Equipment (PPE) |
|------|--------------------|-----------|-----------------------------------------------------------|
| HALLS (Inside & Outside) | Daily and as needed | Air Lift Tropical<br><br>Halt | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves.<br><br>Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| RESIDENT SUITES | Based on schedule | Air Lift Tropical<br><br>Halt | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves.<br><br>Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |



Karnes County Residential Center

# SUITE SHOWERS Scheduled Cleaning
## Clean Teams

The clean team is responsible for cleaning and disinfecting the suite shower.  This will be completed according to schedule on a rotating basis using the chemicals listed below.

SPECIAL INSTRUCTION:

- Spray and wipe clean the suite showers daily as schedule dictates.
- Adhere to manufacturer's instructions for all chemical use

| Target Areas | Name | Chemicals | Personal Protective Equipment |
|---|---|---|---|
| Suite Showers | C. ▆▆▆ | Halt | Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| | | Baking Soda | No PPE – use as directed. |
| | | Vinegar | No PPE – use as directed. |

Revised 02/2018



## KARNES COUNTY RESIDENTIAL CENTER

### VISITATION Scheduled Cleaning

The Visitation staff is responsible for the cleanliness and sanitation of visitation areas noted below.  These areas will be cleaned according to schedule using the chemicals listed below.

SPECIAL INSTRUCTIONS:

- Sanitize main visiting area, attorney rooms, waiting area, and baby changing room.

- Wipe down of all chairs, tables, toys and chalk board.

- Dust vents.

- Dust mop floor.

- Empty trash cans, insert clean trash bag.

- Vacuum carpet (shampoo as needed)

- Clean restroom(s) & janitor closet.

- Clean visitation break room, refrigerator / microwave.

- Clean threshold and door frame.

- Adhere to manufacturer's  instructions for all chemical use.

| AREA | SCHEDULED CLEANING | Chemicals | Personal Protective Equipment (PPE) |
|---|---|---|---|
| Main Visitation Room<br>Attorney rooms<br>Visitation Breakroom<br>Waiting area<br>Baby Changing room<br>& table | Daily at conclusion of working day and as needed | Air Lift Tropical<br><br>Clorox Disinfecting Wipes<br><br>Halt | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves.<br><br>Clorox Disinfecting Wipes:  No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes<br><br>Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |
| Restroom(s) | Daily and as needed | Air Lift Tropical<br><br>Clorox Disinfecting Wipes<br><br>Halt | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves.<br><br>Clorox Disinfecting Wipes:  No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes<br><br>Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for |

Revised 02/2018

| | | | 10 minutes before wiping off. |
|---|---|---|---|
| Janitor Closet | Daily and as needed | Air Lift Tropical | Air Lift Tropical: Wear splash goggles, rubber or other chemical resistant gloves. |
| | | Clorox Disinfecting Wipes | Clorox Disinfecting Wipes: No special protective equipment required. Use gloves for prolonged or frequent use of Clorox wipes |
| | | Halt | Halt: Wear rubber or chemical-resistant gloves. Spray Halt on surface to be cleaned, let stand for 10 minutes before wiping off. |

Revised 02/2018