**Attachment N**

GEO
The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | Aff | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-30-20 | | | O-46-6 | Mom | 5147 | 2227 | |
| 3-30-20 | | | O-130-4 | class | 2235 | 2250 | |
| 3-30-20 | | | 0182-3 | | 27-35 | 2240 | |
| 0-31-20 | | | E-70-6 | physical | 2240 | 2246 | |
| 4-1-20 | | | C-202-4 | walkin | 0600 | 0610 | |
| 4-1-20 | | | O-166-3 | Treatment | 0725 | 0745 | |
| 4-1-20 | | | O-113-4 | Treatment | 0742 | 0806 | |
| 4-1-20 | | | O-116-8 | Treatment | 0746 | 0806 | |
| 4-1-28 | | | O-126-3 | Treatment | 0757 | 0806 | |
| 4-1-28 | | | E-120-2 | Treatment | 0812 | 0828 | |
| 4-1-20 | | | C-202-6 | sickcall | 0815 | 0430 | |
| 4-1-20 | | | E-120-2 | MD | 0816 | 0846 | |
| 4-1-20 | | | O-107-6 | MD | 0824 | 0837 | |
| 4-7-20 | | | 9-177-4 | Food | 0832 | 0841 | |
| 4-1-20 | | | E-110-4 | E-out | 0532 | 0841 | |
| 4-7-20 | | | O-109-5 | capsule | 0840 | 0848 | |
| 02-1-4 | | | E-106-2 | MD | 0840 | 0848 | |
| 02-1-4 | | | E-132-2 | MD's | 0840 | 0854 | |
| 4-1-20 | | | C-215-4 | Walkin | 0846 | 0850 | |
| 4-1-20 | | | E-1708 | MD's | 0900 | 0913 | |
| 4-1-20 | | | E-124-1 | capsack | 0901 | 1025 | |
| 4-1-20 | | | O-106-2 | Treatment | 0926 | 0946 | |

GEO
The GEO Group, Inc. ®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|-----|---------|--------|---------|----------|-------------------------------|
| 3-31-20 | W | | P204-4 | WI | 1744 | 1851 | |
| 3-31-20 | | | E-1062 | +x | 1903 | 1914 | |
| 3-31-20 | C | | D12-4 | +x | 1912 | 1920 | |
| 3-31-20 | M | | E123-K | +x | 1918 | 1925 | |
| 3-31-20 | De | | C124-6 | WI | 1926 | 1940 | |
| 3-31-20 | A | | C224-2 | WI | 1926 | 1940 | |
| 3-31-20 | W | | D1263 | +Y | 2042 | 2043 | |
| 3-31-20 | U | | D120-1 | NSC | 2046 | 2104 | |
| 3-31-20 | M | | C202-2 | NSC | 2050 | 2112 | |
| 3-31-20 | M | | E114-2 | +Y | 2051 | 2055 | |
| 3-31-20 | M | | D-104-6 | NSC | 2053 | 2118 | |
| 3-31-20 | A | | E122-2 | +x | 2056 | 2105 | |
| 3-31-20 | M | | D108-7 | NSC | 2113 | 2120 | |
| 3-31-20 | W | | P204-4 | NSC | 2113 | 2132 | |
| 3-31-20 | le | | E119-6 | Boat mailr | 2116 | 2120 | |
| 3-31-20 | le | | D108-6 | NSC | 2123 | 2140 | |
| 3-31-20 | ke | | D108-2 | NSC | 2126 | 2149 | |
| 3-31-20 | M | | D104-6 | NSC | 2126 | 2134 | |
| 3-31-20 | Su | | P216-5 | NSC | 2133 | 2118 | |
| 3-31-20 | N | | E-109 Solit | watsin | 2146 | 2201 | |
| 3-31-20 | N | | D103-2 | mom | 2146 | 3201 | |
| 3-31-20 | A | | D116-8 | child | 2147 | 2227 | |

# Resident Sign In/Out Log



GEO — The GEO Group, Inc. ®

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-31-20 | ███ | ███ | P217-3 | Vac | 1513 | 1542 | ███ |
| 3-31-20 | ███ | ███ | b121-1 | Vac | 1513 | 1542 | ███ |
| 3-31-20 | ███ | ███ | 0121-2 | Vac | 1513 | 1542 | ███ |
| 3-31-20 | ███ | ███ | B122-1 | MD | 1534 | 1542 | ███ |
| 3-31-20 | ███ | ███ | B121-1 | NSc | 1546 | 1558 | ███ |
| 3-31-20 | ███ | ███ | C222-1 | Vac | 1546 | 1558 | ███ |
| 3-31-20 | ███ | ███ | E109-8 | Vac | 1550 | 1604 | ███ |
| 3-31-20 | ███ | ███ | E109-a | Vac | 1550 | 1604 | ███ |
| 3-31-20 | ███ | ███ | 0122-6 | good | 1655 | 1011 | ███ |
| 3-31-20 | ███ | ███ | 0127-8 | good | 1655 | 1011 | ███ |
| 3-31-20 | ███ | ███ | C220-2 | Vac | 1600 | 1014 | ███ |
| 3-31-20 | ███ | ███ | 0122-1 | MD | 1613 | 1014 | ███ |
| 3-31-20 | ███ | ███ | D-122-2 | MD | 1615 | 1706 | ███ |
| 3-31-20 | ███ | ███ | E-121-8 | walkin | 1610 | 1706 | ███ |
| 3-31-20 | ███ | ███ | D104-10 | walkin | 1610 | 1706 | ███ |
| 3-31-20 | ███ | ███ | P214-3 | dad | 1616 | 1706 | ███ |
| 3-31-20 | ███ | ███ | 0-100-1 | daguetar | 172 | 1714 | ███ |
| 3-31-20 | ███ | ███ | 0120-6 | UST | 1713 | 1050 | ███ |
| 3-31-20 | ███ | ███ | 0125-8 | drogas legal | 1620 | 1830 | ███ |
| 3-31-20 | ███ | ███ | E120-2 | footgordu | 1621 | 1834 | ███ |
| 3-31-20 | ███ | ███ | F120-8 | TK when | 1825 | 1847 | ███ |
| 3-31-20 | ███ | ███ | 0-102-3 | IT | 1843 | 1852 | ███ |

**GEO** — The GEO Group, Inc. ®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-31-20 | ▓▓▓ | ▓▓▓ | O101-1 | MD | 1400 | 1425 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 102-1 | med | 1000 | 1405 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | O115-6 | Laske | 1400 | 1442 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 30 155 | Laske | 1405 | 1533 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | E122-6 | MD | 1408 | 1410 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | P216-4 | Vac | 1423 | 1442 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | P201-3 | dental | 1424 | 1533 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | C-202-4 | WI | 1425 | 1456 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 202-2 | Mom | 1425 | 1456 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 0-108-5 | WI | 1439 | 1452 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 0108-6 | WI | 1439 | 1452 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | E109-6 | dental | 1439 | 1457 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | C221-1 | WI | 1445 | 1453 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | C204-2 | Vacds | 1446 | 1533 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | C204-1 | Vacds | 1446 | 1533 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | P215-4 | VAC | 1458 | 1500 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | E122-2 | MD | 1458 | 1600 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 0-22-3 | Scomplo | 1500 | 1600 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 0132-4 | SG-own | 1500 | 1600 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | E103-2 | MD | 1503 | 1533 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | E103-1 | MD | 1503 | 1533 | ▓▓▓ |
| 3-31-20 | ▓▓▓ | ▓▓▓ | 0112-7 | WI | 1505 | 1526 | ▓▓▓ |



The GEO Group, Inc. ®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|-----|---------|--------|---------|----------|-------------------------------|
| 3-31-20 | | | P 230-1 | dr. | 1023 | 1031 | |
| 3-31-20 | | | 0-067 | dr.12 | 1045 | 1107 | |
| 3-31-20 | | | P-215-7 | meds | 1033 | 1050 | |
| 3-31-20 | | | 0-08-8 | MD | 1122 | 1155 | |
| 3-31-20 | | | 0-165-3 | walk-in | 1140 | 1236 | |
| 3-31-20 | | | 0-072 | MD | 1203 | 1221 | |
| 3-31-20 | | | 0-193 | MD | 1208 | 1339 | |
| 3-31-20 | | | 0-122-2 | MD | 1208 | 1246 | |
| 3-31-20 | | | 0-121-4 | MD | 120 | 1343 | |
| 3-31-20 | | | 0-132-6 | MD | 1216 | 1231 | |
| 3-31-20 | | | P-207-2 | meds | 1248 | 1322 | |
| 3-31-20 | | | P-291 | meds | 1258 | 1318 | |
| 3-31-20 | | | E-114-12 | meds | 1306 | 1315 | |
| 3-31-20 | | | E-103-1 | vaccine | 1310 | 1412 | |
| 3-31-20 | | | E-103-2 | vaccine | 1310 | 1412 | |
| 3-31-20 | | | 0-132-1 | Diaz | 1316 | 1356 | |
| 3-31-20 | | | C-226-5 | vaccine | 1322 | 1435 | |
| 3-31-20 | | | C-226-6 | vaccine | 1322 | 1435 | |
| 3-31-20 | | | C-226-7 | vaccine | 1322 | 1435 | |
| 3-31-20 | | | P-208-8 | walk-in | 1330 | 1343 | |
| 3-31-20 | | | P-215-6 | MydS | 1347 | 1350 | |
| 3-31-20 | | | 0-120-2 | 7X | 1352 | 1356 | |

**GEO** — The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|
| 3-31-20 | | R-201-6 | Cuidula | 0326 | 0335 | |
| 3-31-20 | | B-216-4 | walk in | 0327 | 0343 | |
| 3-31-20 | | O-126-3 | Treatment | 0721 | 0731 | |
| 3-31-20 | | O-02-8 | Treatment | 0800 | 0805 | |
| 3-31-20 | | C-224-4 | Treatment | 0844 | 0812 | |
| 3-31-20 | | O-113-4 | Treatment | 0867 | 0825 | |
| 3-31-20 | | A-105-6 | MD | 0820 | 0852 | |
| 3-31-20 | | E-106-2 | Treatment | 0826 | 0827 | |
| 3-31-20 | | C-225-8 | MD | 0851 | 0918 | |
| 3-31-20 | | O-103-8 | MD | 0858 | 0925 | |
| 3-31-20 | | E-122-2 | Treatment | 0915 | 0926 | |
| 3-31-20 | | C-220-4 | meds | 0926 | 0938 | |
| 3-31-20 | | O-108-10 | MD | 0938 | 0951 | |
| 3-31-20 | | O-104-6 | meds | 0944 | 0944 | |
| 3-31-20 | | O-132-8 | meds | 0950 | 0955 | |
| 3-31-20 | | C-226-1 | Diaz | 0953 | 0087 1134 | |
| 3-31-20 | | E-122-2 | Treatment | 1004 | 1012 | |
| 3-31-20 | | C-220-4 | Vaccine | 1014 | 1100 | |
| 3-31-20 | | C-230-6 | Vaccine | 1014 | 1100 | |
| 3-31-20 | | C-220-1 | Vaccine | 1014 | 1100 | |
| 3-31-20 | | E-113-6 | Treatment | 1018 | 1101 | |

**GEO** — The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | Resident Advisor Printed Name | Housing | Reason | Time In | Time Out |
|------|---------------|-------------------------------|---------|--------|---------|----------|
| 03 28 2020 | ███ | ███ | W217-8 | Med | 1616 | 1711 |
| 3/28/2020 | ███ | ███ | E 108-6 | Dental | 1774 | 1753 |
| 3/28/2020 | ███ | ███ | P 201-6 | Dental | 1726 | 1803 |
| 3/28/2020 | ███ | ███ | D 220-6 | Treat. | 1737 | 1802 |
| 3/28/2020 | ███ | ███ | W 221-4 | Treat. | 1812 | 1827 |
| 3/28/2020 | ███ | ███ | P 216-8 | Walker | 1830 | 1841 |
| 3/28/2020 | ███ | ███ | D 125-8 | Treat | 1833 | 1845 |
| 3/28/2020 | ███ | ███ | D 127-8 | Meal. | 1835 | 1845 |
| 3/28/2020 | ███ | ███ | E 120-2 | Treat | 1848 | 1853 |
| 3/28/2020 | ███ | ███ | W 224-3 | Scall | 1913 | 1950 |
| 3/28/2020 | ███ | ███ | O 120-6 | Scall | 1915 | 1939 |
| 3/28/2020 | ███ | ███ | E 106-2 | Treat | 1921 | 1930 |
| 3/28/2020 | ███ | ███ | O 107-8 | Treat. | 1923 | 1932 |
| 3/28/2020 | ███ | ███ | O 122-6 | WT | 1938 | 1957 |
| 3/28/2020 | ███ | ███ | O 119-3 | OT | 2017 | 2030 |
| 3/28/2020 | ███ | ███ | D 118-4 | WT | 2035 | 2056 |
| 3/28/2020 | ███ | ███ | D 126-3 | Treat. | 2036 | 2047 |
| 3/28/2020 | ███ | ███ | O 113-4 | Treat | 2056 | 2100 |
| 3/28/2020 | ███ | ███ | O 106-2 | Med. | 2057 | 2106 |
| 3/28/2020 | ███ | ███ | P 205-5 | Treat | 2100 | 2110 |
| 3/28 2020 | ███ | ███ | P 214-5 | Treat. | 2101 | 2190 |
| 3/28 2020 | ███ | ███ | P 207-2 | Med. | 2104 | 2120 |

**GEO** — The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3.25.20 | ■ | ■ | P-223-4 | NUSC | 22:57 | 23:16 | ■ |
| 3.26.20 | ■ | ■ | C-161-6 | meds | 07:03 | 07:12 | ■ |
| 3.26.20 | ■ | ■ | 0-151-5 | mD | 07:15 | 07:16 | ■ |
| 3.26.20 | ■ | ■ | C-123-2 | mD | 07:17 | 0736 | ■ |
| 3.27.20 | ■ | ■ | 0-145-1 | mD | 07:32 | 0735 | ■ |
| 3.26.20 | ■ | ■ | P-213-4 | mD | 07:00 | 07:33 | ■ |
| 3.28.20 | ■ | ■ | P-216-8 | 5/c | 7:21 | 07:50 | ■ |
| 3.28.20 | ■ | ■ | 6-105-3 | 516 | 07:16 | 07:27 | ■ |
| 3.28.20 | ■ | ■ | 0-129-8 | mD | 07:22 | 07:46 | ■ |
| 3.26.20 | ■ | ■ | 6-146-3 | test | 07:30 | 07:32 | ■ |
| 3.29.20 | ■ | ■ | 0-127-4 | mD | 07:12 | 07:51 | ■ |
| 3.28.20 | ■ | ■ | E-184-2 | treat | 07:20 | 07:44 | ■ |
| 3.22.20 | ■ | ■ | 2-207-6 | treat | 07:41 | 07:57 | ■ |
| 3.24.20 | ■ | ■ | 6-194-4 | treat | 07:24 | 07:58 | ■ |
| 3.24.20 | ■ | ■ | 0-172-4 | mD | 08:00 | 08:14 | ■ |
| 3.26.20 | ■ | ■ | C-238-8 | mD | 08:01 | 08:06 | ■ |
| | ■ | ■ | C-177-6 | treat | 08:10 | 08:17 | ■ |
| | ■ | ■ | C-225-6 | treat | 08:11 | 08:44 | ■ |
| | ■ | ■ | E-164-1 | mD | 08:12 | 08:23 | ■ |
| | ■ | ■ | P-106-5 | Tx | 09:13 | 09:17 | ■ |
| | ■ | ■ | E-186-4 | mD | 08:19 | 08:14 | ■ |
| | ■ | ■ | P-106-8 | mD | 08:14 | 08:37 | ■ |

**GEO** The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|
| 3-25-10 | [redacted] | OMK-104-2 | MD | 8:30 | 09:32 | [redacted] |
| 9-16-20 | [redacted] | O 100-1 | TX | 00:37 | 00:37 | [redacted] |
| 3-11-20 | [redacted] | 0 113-4 | TX | 08:47 | 04:53 | [redacted] |
| 03-25-20 | [redacted] | 0.919.6 | TX | 09:15 | 09:38 | [redacted] |
| 03-29-20 | [redacted] | E1023 | Walk in | 09:37 | 10::4 | [redacted] |
| 03-29-20 | [redacted] | E102.2 | Walk in | 09:40 | 16:10 | [redacted] |
| 03-29-20 | [redacted] | 0 175-6 | TX | 09:44 | 11:02 | [redacted] |
| 3-29-20 | [redacted] | 0203-2 | MD | 11:31 | 11:50 | [redacted] |
| 3-16-20 | [redacted] | 6-06-C | MD | 12:36 | 12:54 | [redacted] |
| 2-29-20 | [redacted] | 0-127-8 | TX | 12:44 | 12:57 | [redacted] |
| 2-29-20 | [redacted] | 0-127-3 | med | 12:57 | 13:06 | [redacted] |
| 3-29-20 | [redacted] | O 104-4 | walk in | 13:04 | 13:13 | [redacted] |
| 7-29-20 | [redacted] | W217-8 | walk in | 14:35 | 14:45 | [redacted] |
| 7-29-20 | [redacted] | E103-1 | med | 14:48 | 14:34 | [redacted] |
| 7-29-20 | [redacted] | E105-2 | med | 14:48 | 14:34 | [redacted] |
| 3-21-20 | [redacted] | O-105-3 | X-Ray | 16:17 | 16:26 | [redacted] |
| 3-29-20 | [redacted] | O-118-4 | Food | 16:24 | 16:41 | [redacted] |
| 3-29-20 | [redacted] | E122-1 | walk in | 16:17:15 | 17:34 | [redacted] |
| 3-29-20 | [redacted] | W20-2 | pregnancy | 18:20 | 18:52 | [redacted] |
| 3-29-20 | [redacted] | O124-0 | emergency | 18:70 | 18:52 | [redacted] |
| 3-29-20 | [redacted] | O124-7 | emergency | 18:70 | | [redacted] |

GEO
The GEO Group, Inc. ®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|----|---------|--------|---------|----------|-------------------------------|
| 3-29-20 | ■ | ■ | 0124-8 | Emergency | 0820 | 0852 | ■ |
| 3-29-20 | ■ | ■ | C-7082 | Work in | 0832 | 0838 | ■ |
| 3-29-20 | ■ | ■ | C127-3 | Work in | 0849 | 0850 | ■ |
| 3-29-20 | ■ | ■ | A-0147 | +M | 1853 | 0858 | ■ |
| 3-29-20 | ■ | ■ | 113-18 | +M | 1855 | 0907 | ■ |
| 3-29-20 | ■ | ■ | 7055-0 | NSC | 0918 | 0902 | ■ |
| 3-29-20 | ■ | ■ | C-7182 | +M | 0921 | 0945 | ■ |
| 3-29-20 | ■ | ■ | 0113-4 | +M | 1022 | 0920 | ■ |
| 3-29-20 | ■ | ■ | 0126-3 | NSC | 1043 | 0931 | ■ |
| 3-29-20 | ■ | ■ | 0102-3 | NSC | 7046 | 1053 | ■ |
| 3-29-20 | ■ | ■ | P-213-8 | NSC | 1048 | 1107 | ■ |
| 3-29-20 | ■ | ■ | P-203-7 | NSC | 1053 | 7163 | ■ |
| 3-29-20 | ■ | ■ | P-206-7 | NSC | 7122 | 7124 | ■ |
| 3-29-20 | ■ | ■ | C-7182 | +M | 7122 | 7124 | ■ |
| 3-29-20 | ■ | ■ | 0124-7 | +M | 7122 | 7124 | ■ |
| 3-29-20 | ■ | ■ | P124-1 | +M | 7130 | 7124 | ■ |
| 3-29-20 | ■ | ■ | P-125-1 | WI | 7133 | 2133 | ■ |
| 3-29-20 | ■ | ■ | P-103-4 | WI | 7133 | 22-39 | ■ |
| 3-29-20 | ■ | ■ | P-103-2 | WI | 7135 | 2-21-1 | ■ |
| 3-19-20 | ■ | ■ | 0108-7 | Meds | 21.54 | 22.05 | ■ |
| 3-23-20 | ■ | ■ | 0124-1 | — | 22.10 | ■ | ■ |

**GEO** — The GEO Group, Inc.

## Resident Sign In/Out Log

| Date | Resident Name | Resident Advisor Printed Name | Housing | Reason | Time In | Time Out |
|---|---|---|---|---|---|---|
| 3-28-20 | ████ | ████ | ████ | Osteend | | 1320 |
| 3-29-20 | ████ | ████ | E-102-L | Sick walk in | 2305 | 2330 |
| 3-30-20 | ████ | ████ | E-102-B | Said walk in | 2305 | 2345 |
| 3-30-20 | ████ | ████ | 00 217-B | walk in | 0121 | 0136 |
| 3-30-20 | ████ | ████ | E-106-2 | Lab | 0510 | 0520 |
| 3-30-20 | B | ████ | 0-109-1 | Lab | 0517 | 0522 |
| 3-30-20 | N | ████ | 0-102-8 | Treatment | 0650 | 0657 |
| 3-30-20 | Er | ████ | C-224-4 | Treatment | 0658 | 0701 |
| 3-30-20 | Dr | ████ | D-205-5 | Treatment | 0700 | 0705 |
| 3-30-20 | Gu | ████ | 0-113-4 | Treatment | 0707 | 0726 |
| 3-30-20 | Da | ████ | 0-126-2 | Treatment | 0709 | 0730 |
| 3-30-20 | Br | ████ | C-209-2 | Sickcall | 0713 | 0736 |
| 3-30-20 | He | ████ | 0-128-4 | Sickcall | 0725 | 0800 |
| 3-30-20 | Nc | ████ | E-119-3 | Treatment | 0817 | 0829 |
| 3-30-20 | Gi | ████ | E-102 | Treatment | 0836 | 0842 |
| 3-30-20 | f | ████ | E-116-8 | Treatment | 0842 | 0851 |
| 3-30-20 | S | ████ | E-118-1 | walk in | 0935 | 1007 |
| 3-30-20 | T | ████ | 0-176 | walk in | 0938 | 1004 |
| 3-30-20 | ████ | ████ | 0-125-2 | walk in | 0945 | 1624 |
| 3-30-20 | ████ | ████ | 0-108-1 | MD | 1006 | 1049 1044 |
| 3-30-20 | D | ████ | E-119-6 | MD | 1026 | 1648 |
| 3-30-20 | ████ | ████ | C-263-6 | MD | 1032 | 1047 1040 |

**Resident Sign In/Out Log**

The GEO Group, Inc. ®

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|-----|---------|--------|---------|----------|-------------------------------|
| 3-30-20 | | | C-209-2 | MD | 1033 | 1058 | |
| 3-30-20 | | | 0-116-4 | Diaz | 105 | 1155 | |
| 3-30-20 | | | P-203-7 | MD | 1119 | 1156 | |
| 3-30-20 | | | D-185-6 | Treat | 112Y | 1748 | |
| 3-30-20 | | | C-205-1 | MD | 112Y | 1198 | |
| 3-30-20 | | | 0-185-4 | no | 1142 | 1198 | |
| 3-30-20 | | | 0-103-2 | no | 1142 | 1142 | |
| 3-30-20 | | | 0-116 | Treat | 1158 | 1207 | |
| 3-30-20 | | | 0-127-1 | MD | 1204 | 1250 | |
| 3-30-20 | | | 0-106-7 | Diaz | 1213 | 1308 | |
| 3-30-20 | | | P-207-6 | walkin | 1222 | 1253 | |
| 3-30-20 | | | 0-125-8 | Treatment | 1233 | 1237 | |
| 3-30-20 | | | 0-119-1 | walkin | 1235 | 1348 | |
| 3-30-20 | | | P-207-2 | meds | 1240 | 1250 | |
| 3-30-20 | | | 0-109-7 | walkin | 1245 | 1310 | |
| 3-30-20 | | | 0-113-2 | walkin | 1328 | 1559 | |
| 3-30-20 | | | P-245 | Diaz | 1340 | 1448 | |
| 3-30-20 | | | C-215-6 | Meds | 1346 | 1400 | |
| 3-30-20 | | | P-207-2 | meds | 1403 | 1415 | |
| 3-30-20 | | | 0-117-8 | WSI | 1404 | 1420 | |
| 3-30-20 | | | E117-4 | Norm | 1404 | 1420 | |
| 3-30-20 | | | E-20-7 | TX | 1406 | 1419 | |

**GEO**
The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|
| 3-30-20 | ███ | E-120-1 | doc | 1406 | 1411 | ███ |
| 3-30-20 | ███ | 0106-2 | food | 1440 | 1418 | ███ |
| 3-30-20 | ███ | 0117-7 | Rhoda | 1413 | 1418 | ███ |
| 3-30-20 | ███ | 0117-7 | Rhonda | 1413 | 1418 | ███ |
| 3-30-20 | ███ | 0127-3 | WI | 1424 | 1448 | ███ |
| 3-30-20 | ███ | 0127-4 | child | 1424 | 1448 | ███ |
| 3-30-20 | ███ | E-120-2 meds | WI | 1427 | 1456 | ███ |
| 3-30-20 | ███ | 01K-2 | WI | 1440 | off site medical | ███ |
| 3-30-20 | ███ | 0-118-1 | WI | 1840 | hospital | ███ |
| 3-30-20 | ███ | 0104-4 | husband | 1500 | 1505 | ███ |
| 3-30-20 | ███ | C228-1 | WI | 1506 | 1533 | ███ |
| 3-30-20 | ███ | 0124-2 | X-tray | 1509 | 1516 | ███ |
| 3-30-20 | ███ | 0127-1 | mom | 1505 | 1516 | ███ |
| 3-30-20 | ███ | 0108-1 | X-tray | 1516 | 1526 | ███ |
| 3-30-20 | ███ | 0122-1 | WI child | 1523 | 1536 | ███ |
| 3-30-20 | ███ | 0122-1 | Mom | 1523 | 1536 | ███ |
| 3-30-20 | ███ | 1214-2 | WI | 1531 | 1542 | ███ |
| 3-30-20 | ███ | 1213-S | doctor for pill | 1620 | 1659 | ███ |
| 3-30-20 | ███ | 1214-1 | + ylon | 1623 | surescript | ███ |
| 3-30-20 | ███ | 0127-3 | Nubie | 1733 | 1530 | ███ |
| 3-30-20 | ███ | 1208-S | time | 1743 | 1735 | ███ |
| 3-30-20 | ███ | E-120-2 | food | 1839 | 1743 | ███ |
| | | | | | 1843 | |

# Resident Sign In/Out Log

GEO — The GEO Group, Inc.®

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|-----|---------|--------|---------|----------|-------------------------------|
| 3-30-20 | ■ | ■ | 02B-3 | NI | 1742 | 1835 | ■ |
| 3-30-20 | ■ | ■ | 0103-8 | Tx | 1855 | 1910 | ■ |
| 3-30-20 | ■ | ■ | E 106-2 | Tx | 1900 | 1903 | ■ |
| 3-30-20 | ■ | ■ | 0-106-2 | food | 1908 | 1914 | ■ |
| 3-30-20 | ■ | ■ | 0126-3 | Tx | 1916 | 1914 | ■ |
| 3-30-20 | ■ | ■ | 02141 | visit | 1922 | borayson | ■ |
| 3-30-20 | ■ | ■ | 0105-6 | visit | | 2040 | ■ |
| 3-30-20 | ■ | ■ | 0-115-8 | Child | 1930 | 2040 | ■ |
| 3-30-20 | ■ | ■ | 0113-4 | Tx | 2040 | 2042 | ■ |
| 3-30-20 | ■ | ■ | 01044 | NSC | 2041 | 2045 | ■ |
| 3-30-20 | ■ | ■ | 0125-5 | NSC | 2044 | 2057 | ■ |
| 3-30-20 | ■ | ■ | 0 104-1 | NSC | 2051 | 2055 | ■ |
| 3-30-20 | ■ | ■ | 0 127-2 | WI | 2106 | 2142 | ■ |
| 3-30-20 | ■ | ■ | 0 127-1 | WI | 2106 | 2142 | ■ |
| 3-30-20 | ■ | ■ | P 209-7 | NSC | 2112 | 2134 | ■ |
| 3-30-20 | ■ | ■ | P266-7 | NSC | 2113 | 2134 | ■ |
| 3-30-20 | ■ | ■ | P203-8 | NSC | 2114 | 2133 | ■ |
| 3-30-20 | ■ | ■ | 0132-6 | NSC | 2134 | 2133 | ■ |
| 2-30-20 | ■ | ■ | E 201-1 | NSC | 2146 | 2320 | ■ |
| 3-30-20 | ■ | ■ | C-202-4 | child NSC | 2308 | 2308 | ■ |
| 3-30-20 | ■ | ■ | C-202-2 | visit | 2308 | 2208 | ■ |
| 3-30-20 | ■ | ■ | P 204-7 | visit | 0002 | 0011 | ■ |

**GEO** — The GEO Group, Inc.

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|----|---------|--------|---------|----------|-------------------------------|
| 3.18.20 | ▮ | ▮ | C-215-8 | +X | 12:51 | 9:14 | ▮ |
| 3.18.20 | ▮ | ▮ | P-208-4 | 3X | 12:23 | 12:38 | ▮ |
| 3.18.20 | ▮ | ▮ | C-245-4 | TX | 12:35 | 12:30 | ▮ |
| 3.18.20 | ▮ | ▮ | 0-184-2 | TREAT | 12:37 | 12:46 | ▮ |
| 3.08.20 | ▮ | ▮ | C-273-4 | MSD | 12:44 | 12:22 | ▮ |
| 3.18.20 | ▮ | ▮ | E 108-8 | WHAREIN | 12:47 | 13:08 | ▮ |
| 3.18.20 | ▮ | ▮ | P 219-7 | meals | 13:03 | 13:31 | ▮ |
| 3.10.20 | ▮ | ▮ | C-245-4 | meals | 18:09 | 13:31 | ▮ |
| 3.28.20 | ▮ | ▮ | 0-172-4 | WI | 1318 | 1337 | ▮ |
| 3.18.20 | ▮ | ▮ | C-125-8 | treatment | 1317 | 1326 | ▮ |
| 3/8/2020 | ▮ | ▮ | 0113-4 | WI | 1345 | 1419 | ▮ |
| 3/28/2020 | ▮ | ▮ | E 108-8 | XRAY | 1402 | 1432 | ▮ |
| 3/8/2020 | ▮ | ▮ | E 126-8 | WI | 1403 | 1423 | ▮ |
| 3/28/2020 | ▮ | ▮ | 0 118-1 | WI | 1411 | 1426 | ▮ |
| 3/28/2020 | ▮ | ▮ | W 213-8 | Med | 1417 | 1435 | ▮ |
| 3/28/2020 | ▮ | ▮ | 0 1315 | XRAY | 1423 | 1436 | ▮ |
| 3/28/2020 | ▮ | ▮ | 0 1154 | WI | 1425 | 1451 | ▮ |
| 3/28/2020 | ▮ | ▮ | E 102-8 | meal | 1450 | 1458 | ▮ |
| 3/28/2020 | ▮ | ▮ | 0 124-1 | Treat | 1558 | 1600 | ▮ |
| 3/28/2020 | ▮ | ▮ | 0-209-2 | med | 1858 | 1916 | ▮ |
| 3/28/2020 | ▮ | ▮ | P201-2 | med | 1602 | 1609 | ▮ |
| 3/28/2020 | ▮ | ▮ | E 126-2 | med(es) | 1605 | 1617 | ▮ |

**Resident Sign In/Out Log**

GEO — The GEO Group, Inc. ®

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-18-20 | | | 0-724-3 | Treasure | 10:01 | 10:11 | ████ |
| 3-18-20 | | | E-184-4 | walk in | 10:03 | 1016 | ████ |
| 03-28-20 | | | 0-109-3 | meds TX | 1007 | 10:46 | ████ |
| 03-28-20 | | | 0-109 | meds TX | 1007 | 10:32 | ████ |
| 03-28-20 | | | E-100-2 | TX | 1016 | 10:53 | ████ |
| 03-28-20 | | | E-117-6 | meds | 1019 | 10:43 | ████ |
| 03-28-20 | | | 0-130-5 | meds | 1022 | 10:42 | ████ |
| 03-28-20 | | | 0-188-6 | walk in | 1025 | 10:53 | ████ |
| 03-28-20 | | | 0-188 | TX | 1026 | 11:10 | ████ |
| 03-28-20 | | | 0-119-1 | walk in | 1029 | 1045 | ████ |
| 03-28-20 | | | 0-122-3 | meds | 1030 | 11:21 | ████ |
| 03-28-20 | | | 0-131-5 | Xray | 1041 | 1052 | ████ |
| 03-28-20 | | | R-205-6 | meds | 1044 | | ████ |
| 03-28-20 | | | 0-100-8 | TV | 1050 | 11:23 | ████ |
| 3-28-20 | | | 0-118-4 | TX | 1056 | 11:26 | ████ |
| 3-28-20 | | | C-226-4 | TX/ | 11:08 | 11:12 | ████ |
| 3-28-20 | | | 0-127-5 | med distro | 10:54 | 12:16 | ████ |
| 3-28-20 | | | 6-132-4 | TX | 11:31 | 11:37 | ████ |
| 3-28-20 | | | 0-129-4 | TX | 11:32 | 11:35 | ████ |
| 3-28-20 | | | C-223-12 | TX | 11:48 | 11:51 | ████ |
| 3-28-20 | | | C-219-4 | MD | 12:00 | 12:30 | ████ |
| 3-28-20 | | | P-205-5 | TX | 12:00 | 12:10 | ████ |

The GEO Group, Inc. ®

**Resident Sign In/Out Log**

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-26-20 | | | Q 105-4 | MD | 09:03 | 09:51 | |
| 3-26-20 | | | Q 206-4 | MD | 08:10 | 09:42 | |
| 3-26-20 | | | C213-4 | MD | 08:11 | 09:36 | |
| 3-26-20 | | | Q 208-7 | treat | 08:16 | 08:34 | |
| 3-26-20 | | | 0-126-8 | MD | 08:24 | 08:72 | |
| 3-26-20 | | | P 208-2 | MD | 08:24 | 08:45 | |
| 3-26-20 | | | 0-116-1 | MD | 08:24 | 08:36 | |
| 3-26-20 | | | 0-126-3 | TOX | 08:36 | 09:52 | |
| 3-26-20 | | | 0-127-6 | MD | 08:37 | 09:42 | |
| 3-26-20 | | | C 207-8 | walk-in | 08:41 | 09:17 | |
| 3-26-20 | | | E 102-4 | walk-in | 08:41 | 09:50 | |
| 3-26-20 | | | C-172-1 | walk-in | 08:58 | 09:22 | |
| 3-26-20 | | | P 202-3 | NCS | 08:52 | 09:01 | |
| 3-26-20 | | | 0 120-4 | walk-in | 05:24 | 09:37 | |
| 3-26-20 | | | 0 101-4 | walk-in | 09:04 | 10:13 | |
| 3-26-20 | | | E 114-8 | walk-in | 09:12 | 09:52 | |
| 3-26-20 | | | E-116-8 | treatment | 09:14 | 09:51 | |
| 3-26-20 | | | 2 200-1 | treatment | 09:18 | 10:12 | |
| 3-26-20 | | | 0-107-8 | treatment | 09:25 | 09:42 | |
| 3-26-20 | | | P 217-4 | x-ray | 09:40 | 1033 | |
| 3-26-20 | | | 2 115-4 | walk-in | 09:04 | 10:12 | |
| 3-26-20 | | | E 106-1 | TX | 9:53 | 10:12 | |

**The GEO Group, Inc. ®**

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Adjusted Name |
|------|---------------|---------|--------|---------|----------|------------------------|
| 3-27-20 | ▮ | P-267-1 | walker | 2245 | 20:45 | ▮ |
| 3-27-20 | ▮ | 0-245-1 | NSC | 2259 | 2311 | |
| 3-27-20 | ▮ | C-220-1 | NSC | 2300 | 2335 | |
| 3-27-20 | ▮ | 2121-1 | CMG | 2304 | 2357 | |
| 3-27-20 | ▮ | O-121-3 | Moon | 2306 | 2352 | |
| 3-27-20 | ▮ | C-103-1 | NSC | 2306 | 2304 | |
| 3-27-20 | ▮ | P-205-2 | Toush | 2352 | 0030 | |
| 3-1-20 | ▮ | C-200-1 | MD | 0717 | 07:44 | |
| 3-3-20 | ▮ | 0-115-3 | MD | 0717 | 07:47 | |
| 3-28-20 | ▮ | 6-100-1 | MD | 07:18 | 0755 | |
| 3-18-20 | ▮ | C-220-1 | MD | 07:35 | 0800 | |
| 3-10-20 | ▮ | 0-151-5 | MD | 07:37 | 08:00 | |
| 3-18-20 | ▮ | P-200-1 | NSC | 0751 | 08:15 | |
| 3-18-20 | ▮ | P-213-3 | MD | 0751 | 0608 | |
| 3-16-20 | ▮ | P-210-2 | MD | 0755 | 0900 | |
| 3-16-20 | ▮ | E-100-6 | NSC | 0757 | 0830 | |
| 3-18-20 | ▮ | O-108-7 | NSC | 0754 | 0838 | |
| 3-18-20 | ▮ | P-219-7 | NSC | 0754 | 06:47 | |
| 3-18-20 | ▮ | P-214-4 | MD | 5756 | 0814 | |
| 3-18-20 | ▮ | 5-03-2 | NSC | 0757 | 0900 | |
| 3-18-20 | ▮ | P-214-5 | MD | 08:01 | 08:30 | |
| 3-18-20 | ▮ | P-217-4 | MD | 08:04 | 08:53 | |

**GEO** — The GEO Group, Inc. ®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-12-20 | ███ | ███ | P214-5 | WL | 215 | 8/33 | ███ |
| 3-21-20 | ███ | ███ | E108-6 | NSC | 217 | 2128 | ███ |
| 3-24-20 | ███ | ███ | O205-7 | NSC | 2123 | 2136 | ███ |
| 3-24-20 | ███ | ███ | P206-4 | NSC | 2123 | 2134 | ███ |
| 3-24-20 | ███ | ███ | P?? 8 | WI | 2123 | 2137 | ███ |
| 3-24-20 | ███ | ███ | O165-6 | WI | 2123 | 2735 | ███ |
| 3-24-20 | ███ | ███ | E19-6 | NSC | 2123 | 2138 | ███ |
| 3-24-20 | ███ | ███ | E19-6 | NSC | 2123 | 2140 | ███ |
| 3-24-20 | ███ | ███ | O216-4 | NSC | 2123 | 2153 | ███ |
| 3-27-20 | ███ | ███ | P2-6 | NSC | 2123 | 5210 | ███ |
| 3-27-20 | ███ | ███ | O205-6 | NSG | 2123 | 2154 | ███ |
| 3-27-20 | ███ | ███ | P2138 | NSC | 2/23 | 2220 | ███ |
| 3-24-20 | ███ | ███ | O108-1 | Food | 2125 | 2142 | ███ |
| 3-24-20 | ███ | ███ | O108-2 | WEE | 5125 | 2142 | ███ |
| 3-27-20 | ███ | ███ | O244-6 | NSC | 2430 | 2242 | ███ |
| 3-24-20 | ███ | ███ | P2028 | NSC | 2130 | 2287 | ███ |
| 3-24-26 | ███ | ███ | O124-6 | Class | 2159 | 2306 | ███ |
| 3-27-20 | ███ | ███ | O 9413 | Mom | 2159 | 2306 | ███ |
| 3-24-20 | ███ | ███ | O-108-1 | TYSC | 2201 | 2247 | ███ |
| 3-24-20 | ███ | ███ | O 203-8 | Child | 2211 | 2219 | ███ |
| 3-31-20 | ███ | ███ | O 29-8 | Omd | 2214 | 2214 | ███ |

GEO The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|------|---------------|---------|--------|---------|----------|-------------------------------|
| 3-27-20 | | E/20-2 | food | 1735 | 1742 | |
| 3-27-20 | | E/20-1 | Med | 1735 | 1742 | |
| 3-27-20 | | D219-7 | WI | 1920 | 1836 | |
| 3-27-20 | | D106-2 | +x | 1923 | 1838 | |
| 3-27-20 | | H204-4 | +x | 1832 | 1841 | |
| 3-27-20 | | D205-5 | +x | 1838 | 1844 | |
| 3-27-20 | | D220-6 | +x | 1745 | 1850 | |
| 3-27-20 | | C1244 | water | 1846 | 1904 | |
| 3-27-20 | | C106-2 | +x | 1847 | 1905 | |
| 3-29-20 | | D102X | +x | 1905 | 1908 | |
| 3-27-20 | | H201-6 | WI | 1900 | 2040 | |
| 3-27-20 | | D2207 | dad | 1920 | 2040 | |
| 3-27-20 | | E121-2 | +x | 1921 | 1922 | |
| 3-27-20 | | C206-2 | WI | 2016 | 2052 | |
| 3-27-20 | | C213-6 | xray | 2033 | 2040 | |
| 3-27-20 | | C213-5 | mom | 2033 | 2040 | |
| 3-27-20 | | E-116-8 | WI/ANC | 2038 | 2112 | |
| 3-27-20 | | D225-7 | +x | 2053 | 2109 | |
| 3-27-20 | | C2N-6 | +x | 2056 | 2101 | |
| 3-27-20 | | D126-3 | +x | 2057 | 2102 | |
| 3-27-20 | | D101-6 | water | 2058 | 2/23 | |
| 3-27-20 | | D214-5 | WI | 2105 | 2130 | |

**GEO** — The GEO Group, Inc. ®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-26-20 | ▮ | ▮ | C226-4 | Vac | 1429 | 1553 | ▮ |
| 3-27-20 | ▮ | ▮ | C226-2 | Vac | 1424 | 1553 | ▮ |
| 3-27-20 | ▮ | ▮ | C226+ | Vac | 1429 | 1553 | ▮ |
| 3-29-20 | ▮ | ▮ | C226-8 | Vac | 1429 | nurse 1440 | ▮ |
| 3-26-20 | ▮ | ▮ | C226-6 | + | 1432 | | ▮ |
| 3-27-20 | ▮ | ▮ | C221-3 | mD | 1440 | 1505 | ▮ |
| 3-27-20 | ▮ | ▮ | C225-5 | + | 1443 | 1453 | ▮ |
| 3-27-20 | ▮ | ▮ | C216-6 | mD | 1505 | 1520 | ▮ |
| 3-27-20 | ▮ | ▮ | C216-3 | mD | 1505 | 1520 | ▮ |
| 3-27-20 | ▮ | ▮ | C216-8 | mD | 1508 | 1520 | ▮ |
| 3-27-20 | ▮ | ▮ | C206-8 | mD | 1432 | 8446 | ▮ |
| 3-29-20 | ▮ | ▮ | C105-6 | mD | 1528 | 1554 | ▮ |
| 3-29-20 | ▮ | ▮ | C105-3 | mom | 1528 | 1554 | ▮ |
| 3-29-20 | ▮ | ▮ | C126-1 | Vac | 1559 | 1613 | ▮ |
| 3-27-20 | ▮ | ▮ | CA-10-2 | Wanted | 1615 | 1630 | ▮ |
| 3-27-06 | ▮ | ▮ | C213-6 | Directs | 1615 | 1721 | ▮ |
| 3-29-20 | ▮ | ▮ | C206-5 | med | 1615 | 1721 | ▮ |
| 3-29-20 | ▮ | ▮ | C213-5 | mom | 1615 | 1721 | ▮ |
| 3-29-20 | ▮ | ▮ | E119-8 | food | 1700 | 1715 | ▮ |
| 3-27-20 | ▮ | ▮ | E119-6 | dm | 1705 | 1715 | ▮ |
| 3-27-20 | ▮ | ▮ | C206-2 | Shower | 1725 | 1738 | ▮ |
| 3-27-20 | ▮ | ▮ | C206-1 | Shower | 1715 | 1738 | ▮ |