# GEO — The GEO Group, Inc.

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|
| 3-27-20 | ▓ | C-326 | Treatment | 1120 | 1138 | ▓ |
| 3-27-20 | ▓ | C-218-8 | Treatment | 1148 | 1156 | ▓ |
| 3-27-20 | ▓ | C-224-8 | Meds | 1140 | 1200 | ▓ |
| 3-27-20 | ▓ | C-225-6 | Meds | 1142 | 1213 | ▓ |
| 3-27-20 | ▓ | C-225-8 | Treatment | 1142 | 1213 | ▓ |
| 3-27-20 | ▓ | C-214-2 | Meds | 1145 | 1203 | ▓ |
| 3-27-20 | ▓ | E-106-2 | walkin | 1210 | 1306 | ▓ |
| 3-27-20 | ▓ | P-206-4 | | 1215 | 1247 | ▓ |
| 3-27-20 | ▓ | E-102-8 | Treatment | 1218 | 1246 | ▓ |
| 3-27-20 | ▓ | P-207-2 | Meds | 1316 | 1323 | ▓ |
| 3-27-20 | ▓ | C-206-8 | Treatment | 1324 | 1353 | ▓ |
| 3-27-20 | ▓ | C-213-2 | Tx/MH | 1332 | 1401 | ▓ |
| 3-27-20 | ▓ | O-106-8 | MD | 1402 | 1415 | ▓ |
| 3-27-20 | ▓ | O-109-1 | MD | 1402 | 1416 | ▓ |
| 3-27-20 | ▓ | P-220-6 | tx | 1404 | 1406 | ▓ |
| 3-27-20 | ▓ | C-216-8 | MD | 1405 | 1422 | ▓ |
| 3-27-20 | ▓ | C-218-6 | tx | 1405 | 1420 | ▓ |
| 3-27-20 | ▓ | 0132-4 | tx | 1412 | 1426 | ▓ |
| 3-27-20 | ▓ | O-120-6 | WI | 1414 | 1422 | ▓ |
| 3-27-20 | ▓ | P-216-6 | NSC | 1415 | 1432 | ▓ |
| 3-27-20 | ▓ | C-220-6 | Vac | 1429 | 1553 | ▓ |
| 3-20-20 | ▓ | C-230-8 | Vac | 1429 | 1553 | ▓ |

GEO — The GEO Group, Inc.

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-27-20 | [redacted] | | 0-119-1 | Med | 0858 | 0904 | |
| 3-27-20 | [redacted] | | C-225-7 | Treatment | 0902 | 0908 | |
| 3-27-20 | [redacted] | | 0127-6 | Baby Feed | 0904 | 0915 | |
| 3-27-20 | [redacted] | | 0113-6 | Med | 0904 | 0910 | |
| 3-27-20 | [redacted] | | C224-6 | meds | 0923 | 0929 | |
| 3-27-20 | [redacted] | | 0-141-6 | meds | 0933 | 0958 | |
| 3-27-20 | [redacted] | | 0-181-6 | meds | 0940 | 1007 | |
| 3-27-20 | [redacted] | | 0-168-8 | Treatment | 0943 | 1016 | |
| 3-27-20 | [redacted] | | 0-108-2 | Sickcall | 1000 | 1032 | |
| 3-27-20 | [redacted] | | P-245-7 | meds | 1061 | 1018 | |
| 3-27-20 | [redacted] | | E-126-6 | meds | 1005 | 1018 | |
| 3-27-20 | [redacted] | | P-205-5 | Treatment | 1012 | 1016 | |
| 3-27-20 | [redacted] | | 0-124-4 | walk in | 1029 | 1117 | |
| 3-27-20 | [redacted] | | P-216-2 | MD | 1040 | 1051 | |
| 3-27-20 | [redacted] | | P-216-7 | MD | 1049 | 1100 | |
| 3-27-20 | [redacted] | | 0-163-1 | sickcall | 1051 | 1156 | |
| 3-29-20 | [redacted] | | 0-107-2 | sickcall | 1051 | 1104/1135 | |
| 3-27-20 | [redacted] | | C-224-6 | meds | 1054 | 1102 | |
| 3-27-20 | [redacted] | | 0-129-8 | Treatment | 1055 | 1112 | |
| 3-27-20 | [redacted] | | 0-108-4 | Treatment | 1656 | 1114 | |
| 3-27-20 | [redacted] | | 0-129-8 | Treatment | 1105 | 1110 | |
| 3-27-20 | [redacted] | | 0-126-3 | Treatment | 1118 | 1131 | |

# Resident Sign In/Out Log — The GEO Group, Inc.

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|
| 3-26-20 | [redacted] | D207-2 | NSC | 2127 | 2142 | [redacted] |
| 3-26-20 | [redacted] | 0121-3 | NSC | 2128 | 2158 | |
| 3-26-20 | [redacted] | 0128-6 | NSC | 2130 | 2158 | |
| 3-26-20 | [redacted] | 0120-2 | NSC | 2130 | 2322 | |
| 3-26-20 | [redacted] | E120-6 | NSC | 2131 | 2147 | |
| 3-26-20 | [redacted] | 0109 | NSC | 2133 | 2226 | |
| 3-26-20 | [redacted] | C-203-3 | NSC | 2167 | 2208 | |
| 3-26-19 | [redacted] | C-216-2 | walk-in | 2220 | 2251 | |
| 3-26-19 | [redacted] | C-2K8 | child walk-in | 2226 | 2251 | |
| 3-26-19 | [redacted] | C-230-3 | NSC | 2302 | 2353 | |
| 3-26-20 | [redacted] | 0311-7 | Child walk-in | 2234 | 1246 | |
| 3-27-20 | [redacted] | F-119-6 | walk-in | 0315 | 0332 | |
| 3-27-20 | [redacted] | E-119-8 | walk-in | 0315 | 0332 | |
| 3-27-20 | [redacted] | 0-102-8 | Treatment | 0734 | 0755 | |
| 3-27-20 | [redacted] | 0-1263 | Treatment | 0751 | 0801 | |
| 3-27-20 | [redacted] | C206-6 | FT visit | 0832 | 0833 | |
| 3-27-20 | [redacted] | P208-5 | Treatment | 0840 | 0843 | |
| 3-27-20 | [redacted] | P216-4 | Treatment | 0842 | 0853 | |
| 3-27-20 | [redacted] | C206-8 | Treatment | 0842 | 0847 | |
| 3-27-20 | [redacted] | 0109-2 | walk-in MCE | 0849 | 0927 | |
| 3-27-20 | [redacted] | 0119-2 | walk-in | 0851 | 0900 | |
| 3-27-20 | [redacted] | 0124-1 | med | 0852 | 0900 | |

# GEO
The GEO Group, Inc.

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-26-20 | | | E121-2 | tx | 1921 | 1928 | |
| 3-26-20 | | | 0132-8 | WI | 1922 | 1935 | |
| 3-26-20 | | | 0128 | tx | 1945 | 1955 | |
| 3-26-20 | | | 0-109-5 | tx | 1946 | 2028 | |
| 3-26-20 | | | 0709-6 | tx | 1945 | 2028 | |
| 3-26-20 | | | 0-106-8 | X-ray | 2005 | 2025 | |
| 3-26-20 | | | 0-106-7 | X-ray | 2005 | 2025 | |
| 3-26-20 | | | 0105-3 | MSC | 2031 | 2110 | |
| 3-26-20 | | | WI | 0-109-5 | 2035 | 2045 | |
| 3-26-20 | | | WI | 0-109-6 | 2035 | 2045 | |
| 3-26-20 | | | C225-6 | tx | 2045 | 2051 | |
| 3-26-20 | | | P205-8 | tx | 2047 | 2055 | |
| 3-26-20 | | | E119-8 | tx | 2047 | 2100 | |
| 3-26-20 | | | 0132-4 | tx | 2047 | 2106 | |
| 3-26-20 | | | 0132-8 | WI | 2055 | 2113 | |
| 3-26-20 | | | 0216-2 | tx | 2055 | 2108 | |
| 3-26-20 | | | 012-63 | tx | 2055 | 2101 | |
| 3-26-20 | | | 0-106-2 | tx | 2115 | 2120 | |
| 3-26-20 | | | E106-2 | tx | 2116 | 2120 | |
| 3-26-20 | | | E115-6 | NSC | 2112 | 2135 | |
| 3-26-20 | | | 220-9 | tx | 2117 | 2121 | |
| 3-26-20 | | | 3-116-3 | NSC | 2117 | 2126 | |

# GEO — The GEO Group, Inc.

## Resident Sign In/Out Log

| Date | Resident Name | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|
| 3-26-20 | [redacted] | C-217-6 | walk in | 1553 | 1622 | [redacted] |
| 3-26-2020 | [redacted] | P-202-1 | walk in | 1611 | 1623 | [redacted] |
| 3-26-20 | [redacted] | E120-6 | Pena | 1652 | 1729 | [redacted] |
| 3-26-20 | [redacted] | E-120-8 | child | 1652 | 1729 | [redacted] |
| 3-26-20 | [redacted] | 0-1045 | abogado | 1705 | 1710 | [redacted] |
| 3-26-20 | [redacted] | 0-1067 | Juzgado Eastman | 1707 | 1759 | [redacted] |
| 3-26-20 | [redacted] | 0-1065 | child | 1708 | 1759 | [redacted] |
| 3-26-20 | [redacted] | C-218-4 | WI | 1712 | 1758 | [redacted] |
| 3-26-20 | [redacted] | C-218-6 | WI | 1712 | 1758 | [redacted] |
| 3-26-20 | [redacted] | E-116-4 | WI Circe | 1735 | 1858 | [redacted] |
| 3-26-20 | [redacted] | E-116-6 | dad | 1735 | 1858 | [redacted] |
| 3-26-20 | [redacted] | E-1204 | Juzgado | 1803 | housing 540 | [redacted] |
| 3-26-20 | [redacted] | E/120-2 | Meghan | 1803 | housing 540 | [redacted] |
| 3-26-20 | [redacted] | C 206-8 | WI | 1850 | 1855 | [redacted] |
| 3-26-20 | [redacted] | E/102-8 | +y | 1853 | 1855 | [redacted] |
| 3-26-20 | [redacted] | D/102-8 (w-226-3) | +y | 1855 | 1902 | [redacted] |
| 3-26-20 | [redacted] | 0108-2 | WI | 1906 | 1907 | [redacted] |
| 3-26-20 | [redacted] | 0209-5 | +c | 1910 | 1937 | [redacted] |
| 3-26-20 | [redacted] | 0182-4 | WI | 1912 | 1912 | [redacted] |
| 3-26-20 | [redacted] | 0107-6 | WI | 1912 | 1933 | [redacted] |
| 3-26-20 | [redacted] | 6/94-2 | WI | 1912 | 1933 | [redacted] |

# GEO
The GEO Group, Inc.®

## Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-26-20 | ▓ | ▓ | 0121-3 | Chica | 1415 | 1449 | ▓ |
| 3-26-20 | ▓ | ▓ | E106-6 | trauma | 1416 | 1533 | ▓ |
| 3-26-20 | ▓ | ▓ | D-1047 | Vac | 1427 | 1442 | ▓ |
| 3-26-20 | ▓ | ▓ | 01048 | Vac | 1427 | 1442 | ▓ |
| 3-26-20 | ▓ | ▓ | D-208-6 | Lindsay | 1430 | 1433 | ▓ |
| 3-26-20 | ▓ | ▓ | E-118-1 | Vac | 1433 | 1455 | ▓ |
| 3-26-20 | ▓ | ▓ | E-118-2 | Vac | 1433 | 1455 | ▓ |
| 3-26-20 | ▓ | ▓ | C206-b | Messes | 1434 | 1513 | ▓ |
| 3-26-20 | ▓ | ▓ | C230-4 | MD | 1445 | 1525 | ▓ |
| 3-26-20 | ▓ | ▓ | D-2205 | Husband | 1447 | 1541 | ▓ |
| 3-26-20 | ▓ | ▓ | D203-3 | Vac | 1447 | 1505 | ▓ |
| 3-26-20 | ▓ | ▓ | E126-1 | TX | 1453 | 1501 | ▓ |
| 3-26-20 | ▓ | ▓ | E126-2 | TX | 1455 | 1501 | ▓ |
| 3-26-20 | ▓ | ▓ | D214-5 | med | 1456 | 1511 | ▓ |
| 3-26-20 | ▓ | ▓ | D208-2 | WI | 1457 | 1528 | ▓ |
| 3-26-20 | ▓ | ▓ | D20-7 | trauma | 1505 | 1533 | ▓ |
| 3-26-20 | ▓ | ▓ | D204-4 | Psioon | 1520 | 1545 | ▓ |
| 3-26-20 | ▓ | ▓ | 0108-8 | Vac | 1530 | 1600 | ▓ |
| 3-26-20 | ▓ | ▓ | 0108-7 | Vac | 1530 | 1610 | ▓ |
| 3-26-20 | ▓ | ▓ | C221-1 | Vac | 1538 | 1616 | ▓ |
| 3-26-20 | ▓ | ▓ | D2N2 | Vac | 1542 | 1641 | ▓ |
| 3-26-20 | ▓ | ▓ | D124-1 | Vac | 1542 | 164 | ▓ |

# Resident Sign In/Out Log

**The GEO Group, Inc.**

| Date | Resident Name | Housing | Reason | Time In | Time Out |
|---|---|---|---|---|---|
| 3-26-20 | | E-1206 | MD | 1115 | 1202 |
| 3-26-20 | | 0-1287 | Dental | 1120 | 1310 |
| 3-26-20 | | C-2012 | MD | 1121 | special 1462 |
| 3-26-20 | | 8-1695 | MD | 1124 | 1228 |
| 3-26-20 | | 0-1062 | Treatment | 1129 | 1141 |
| 3-26-20 | | 0-108-7 | Psych | 1142 | 1313 |
| 3-26-20 | | C-2174 | meds | 1145 | 1207 |
| 3-26-20 | | C-2021 | Psych | 1243 | 1343 |
| 3-26-20 | | E-1001 | walk in | 1305 | 1434 |
| 3-26-20 | | C-2156 | meds | 1309 | 1316 |
| 3-26-20 | | 0-103-5 | vaccine | 1319 | 1353 |
| 3-26-20 | | E-1071 | Trauma | 1324 | 1500 |
| 3-26-20 | | E-1066 | Trauma | 1324 | 1573 off |
| 3-26-20 | | P-2071 | Trauma | 1327 | 1500 |
| 3-26-20 | | C-2026 | Callin | 1328 | 1337 |
| 3-26-20 | | P-2338 | meds | 1329 | 1334 |
| 3-26-20 | | P-2014 | Trauma | 1330 | 1578 |
| 3-26-20 | | P-2085 | Trauma | 1339 | 1500 |
| 3-26-20 | | P-2044 | meds | 1344 | 1358 |
| 3-26-20 | | 0109-7 | Vac | 1408 | 1425 |
| 3-26-20 | | 0109-8 | Vac | 1408 | 1425 |
| 3-26-20 | | 0121-4 | | 1415 | 1449 |

# Resident Sign In/Out Log

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out |
|---|---|---|---|---|---|---|
| 3-26-20 | | | C-248-6 | Treatment | 0903 | 0909 |
| 3-26-20 | | | P-205-5 | Treatment | 0921 | 0935 |
| 3-26-20 | | | 0-106-8 | Treatment | 0924 | 0935 |
| 3-26-20 | | | 0-128-8 | Meds | 0946 | 0950 |
| 3-26-20 | | | E-192-6 | meds | 0957 | 1002 |
| 3-26-20 | | | F-062-2 | meds | 0959 | 1004 |
| 3-26-20 | | | E-121-2 | treatment | 1001 | 1007 |
| 3-26-20 | | | E-113-6 | med | 1000 | 1005 |
| 3-26-20 | | | 0-126-1 | treatment | 1020 | 1034 |
| 3-26-20 | | | 0-126-8 | Treatment | 1030 | 1034 |
| 3-26-20 | | | 0-103-4 | MD | 1036 | 1047 |
| 3-26-20 | | | 0-163-1 | MD | 1036 | 1047 |
| 3-26-20 | | | P-245-7 | meds | 1046 | 1049 |
| 3-26-20 | | | C-246-6 | meds | 1055 | 1100 |
| 3-26-20 | | | C-244-4 | walkin | 1100 | 1116 |
| 3-26-20 | | | 0-178-8 | MD | 1102 | 1116 |
| 3-26-20 | | | G-226-1 | Dental | 1103 | 1120 |
| 3-26-20 | | | 0-187-7 | meds | 1107 | 1112 |
| 3-26-20 | | | C-225-8 | MD | 1110 | 1147 |
| 3-26-20 | | | P-286 | MD | 1110 | 1144 |
| 3-26-20 | | | 0-190-7 | MD | 1112 | 1154 |
| 3-26-20 | | | 0-115-6 | MD | 1111 | 1158 |

## Resident Sign In/Out Log — The GEO Group, Inc.

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3/26 | ■ | | C-215-4 | WT | 0514 | 0522 | ■ |
| 3/26 | ■ | | O-117-8 | Labs | 0527 | 0535 | ■ |
| 3/26 | ■ | | O-117-7 | Labs | 0527 | 0535 | ■ |
| 3/26 | ■ | | P-215-5 | Labs | 0531 | 0550 | ■ |
| 3-26-20 | ■ | | P-216-6 | Treatment | 0729 | 0733 | ■ |
| 3-26-20 | ■ | | E-106-2 | Treatment | 0736 | 0748 | ■ |
| 3-26-20 | ■ | | J-220-6 | Treatment | 0741 | 0745 | ■ |
| 3-26-20 | ■ | | J-209-5 | Treatment | 0741 | 0748 | ■ |
| 3-26-20 | ■ | | E-120-1 | Treatment | 0742 | 0751 | ■ |
| 3-26-20 | ■ | | C-213-2 | Treatment | 0745 | 0750 | ■ |
| 3-26-20 | ■ | | O-129-8 | Treatment | 0752 | 0756 | ■ |
| 3-26-20 | ■ | | O-126-3 | Treatment | 0754 | 0758 | ■ |
| 3-26-20 | ■ | | O-132-4 | Treatment | 0754 | 0811 | ■ |
| 3-26-20 | ■ | | C-225-4 | Treatment | 0759 | 0819 | ■ |
| 3-26-20 | ■ | | O-131-1 | sickcall | 0820 | 0829 | ■ |
| 3-26-20 | ■ | | C-225-6 | Treatment | 0825 | 0831 | ■ |
| 3-26-20 | ■ | | C-225-7 | Treatment | 0825 | 0831 | ■ |
| 3-26-20 | ■ | | C-215-8 | Treatment | 0832 | 0902 | ■ |
| 3-26-20 | ■ | | O-102-8 | Treatment | 0847 | 0902 | ■ |
| 3-26-20 | ■ | | O-132-2 | Treatment | 0851 | 0909 | ■ |
| 3-26-20 | ■ | | E-126-8 | Treatment | 0851 | 0909 | ■ |
| 3-26-20 | ■ | | C-202-2 | Treatment | 0853 | 0911 | ■ |

child*

## Resident Sign In/Out Log — The GEO Group, Inc.

| Date | Resident Name | A# | Housing | Reason | Time In | Time Out | Resident Advisor Printed Name |
|---|---|---|---|---|---|---|---|
| 3-25-20 | ▇ | ▇ | P246-6 | TX | 2317 | 2319 | ▇ |
| 3-25-20 | ▇ | ▇ | C218-6 | WT | 2325 | 2332 | ▇ |
| 3-25-20 | ▇ | ▇ | B106-2 | TX | 2328 | 2332 | ▇ |
| 3-25-20 | ▇ | ▇ | B205-5 | TX | 2336 | 2341 | ▇ |
| 3-25-20 | ▇ | ▇ | O103-4 | TX | 2337 | 2341 | ▇ |
| 3-25-20 | ▇ | ▇ | O132-4 | TX | 2350 | 2354 | ▇ |
| 3-25-20 | ▇ | ▇ | O128-8 | TX | 2351 | 2354 | ▇ |
| 3-25-20 | ▇ | ▇ | O126-6 | TX | 2354 | 2358 | ▇ |
| 3-26-20 | ▇ | ▇ | C219-6 | NSC | 0006 | 0114 | ▇ |
| 3-26-20 | ▇ | ▇ | C213-5 | NSC | 0005 | 0030 | ▇ |
| 3-26-20 | ▇ | ▇ | D128-8 | NSC | 0102 | 0118 | ▇ |
| 3-26-20 | ▇ | ▇ | D114-1 | NSC | 0103 | 0125 | ▇ |
| 3-26-20 | ▇ | ▇ | B130-5 | NSC | 0104 | 0142 | ▇ |
| 3-26-20 | ▇ | ▇ | O109-7 | NSC | 0106 | 0207 | ▇ |
| 3-26-20 | ▇ | ▇ | O132-8 | NSC | 0110 | 0120 | ▇ |
| 3-26-20 | ▇ | ▇ | C201-2 | WT | 0138 | 0148 | ▇ |
| 3-26-20 | ▇ | ▇ | E202 | WT | 0203 | 0256 | ▇ |
| 3-26-20 | ▇ | ▇ | P201-6 | NSC | 0211 | 0215 | ▇ |
| 3-26-20 | ▇ | ▇ | E212 | NSC | 0213 | 0222 | ▇ |
| 3-26-20 | ▇ | ▇ | P213-8 | NSC | 0223 | 0238 | ▇ |
| 3-26-20 | ▇ | ▇ | P215-7 | NSC | 0235 | 0245 | ▇ |
| 3-26-20 | ▇ | ▇ | C215-4 | WT | 0514 | 0522 | ▇ |

## Resident Sign In/Out Log — GEO Group, Inc.

| Date | Resident Name | Housing | Reason | Time In | Time Out |
|---|---|---|---|---|---|
| 3-25-20 | ■ | 0115-6 | WI | 1823 | 1845 |
| 3-25-20 | ■ | 0115-8 | child | 1823 | 1845 |
| 3-25-20 | ■ | C218-6 | +WI | 1824 | 1856 |
| 3-25-20 | ■ | C4124-7 | +x | 1826 | 1842 |
| 3-25-20 | ■ | C4124-2 | +x | 1826 | 1842 |
| 3-25-20 | ■ | P230-6 | WI | 1903 | 1918 |
| 3-25-20 | ■ | W224-4 | +x | 1940 | 1942 |
| 3-25-20 | ■ | W222-2 | +x | 1940 | 1943 |
| 3-25-20 | ■ | C201-2 | WI | 1940 | 2100 |
| 3-25-20 | ■ | W232-4 | WI | 1940 | 2100 |
| 3-25-20 | ■ | 0127-2 | WI | 1945 | 1954 |
| 3-25-20 | ■ | 0122-4 | WI | 1945 | 1954 |
| 3-25-20 | ■ | 0102-8 | +x | 1946 | 1953 |
| 3-25-20 | ■ | W221-7 | dad | 1946 | 1953 |
| 3-25-20 | ■ | C4121-6 | hospital | 2106 | 2149 |
| 3-25-20 | ■ | C-216-2 | WI | 2106 | 2122 |
| 3-25-20 | ■ | 0108-2 | +x | 2110 | 2123 |
| 3-25-20 | ■ | 0108-1 | Mom | 2110 | 2123 |
| 3-25-20 | ■ | C4120-4 | +x | 2130 | 2134 |
| 3-25-20 | ■ | 0106-2 | +x | 2136 | 2146 |
| 3-25-20 | ■ | C-2256 | Tx | 2304 | 2310 |
| 3-25-20 | ■ | C-25-7 | Ty | 2304 | 2310 |

## Attachment O

Account

# Wireless order (5 items)

Order number: 10-153522746657087

Order date: 03/20/2020 at 12:20:15 p.m. ET

**Order status: Partially shipped**

We've shipped part of your order. We'll let you know when we ship the rest.

**Item status: Delivered**

We delivered your order to the address you gave us.


Apple iPad Air (3rd generation)
Quantity: 1
830.254.0941


Apple iPad Air (3rd generation)
Quantity: 1
830.254.0942


Apple iPad Air (3rd generation)
Quantity: 1
830.623.1052

**Tracking number:** 1Z1WE1710259805193

**Ship date:** March 28, 2020

Track shipment

**Item status: In progress**

We're preparing your order, and we'll let you know once it's ready.

**Estimated ship dates:** May 3, 2020 - May 10, 2020

Keep a lookout for an email with the exact shipping date.



Apple iPad Air (3rd generation)
Quantity: 1
830.623.1212



Apple iPad Air (3rd generation)
Quantity: 1
830.623.1380

- <u>Cancel order</u>

---

| | |
|---|---|
| Find a store | About AT&T |
| Make a store appointment | Contact us |
| Coverage maps | Feedback |
| Learn about 5G | Ver en español |

---

| | | |
|---|---|---|
| Site map | Terms of use | Accessibility |
| Broadband details | Legal policy center | Advertising choices |
| Privacy center | Do Not Sell My Personal Information | |

©2020 AT&T Intellectual Property. All rights reserved.

