JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
        Tel:  (202) 532-4824
        Fax:  (202) 305-7000
        Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **NOTICE OF RELATED FILING** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | |
| Defendants. | |

On April 22, 2020, U.S. Immigration Customs and Enforcement (ICE) filed a status report in *O.M.G., et al. v. Chad Wolf, et al.*, Case No. 1:20-cv 00786- JEB (D.D.C.). That case, before The Honorable James E. Boasberg in the U.S. District Court for the District of Columbia, involves several counsel who are also participating in the instant litigation, and challenges the conditions at ICE family residential centers (FRCs) in light of the COVID-19 pandemic, raising claims under the *Flores* Settlement Agreement, the Administrative Procedure Act, and the U.S. Constitution. At the request of Judge Boasberg, ICE's status report provides information about the three FRCs to include: a) statistics on detainees and releases; b) compliance with CDC guidelines; c) medical capabilities (including testing); d) treatment plans; e) coordination with local health care; and f) PPE supplies.

In order to keep this Court informed of the latest information regarding ICE's constantly-evolving response to the COVID-19 pandemic, ICE hereby provides the Court notice of this related filing, and attaches a copy of that filing hereto.


///


///


///

DATED: April 22, 2020

JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

     I hereby certify that on April 22, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

                           <u>/s/ *Sarah B. Fabian*</u>
                           SARAH B. FABIAN
                           U.S. Department of Justice
                           District Court Section
                           Office of Immigration Litigation

                           Attorney for Defendants