*Jenny L. Flores, et al. v. William P. Barr, et al.*
Case No. CV 85-4544-DMG (AGRx)

**Exhibit Index to Plaintiffs' Reply to Defendants'
Supplemental Opposition to Order to Show Cause re Preliminary Injunction**

### Exhibits Relating to ORR

| Exhibit | Exhibit Description |
|---|---|
| A | Declaration of Dr. Julie DeAun Graves, dated April 22, 2020. |
| B | Declaration of Dr. Amy J. Cohen, dated April 21, 2020. |
| C | Declaration of Anthony Enriquez, dated April 22, 2020. |
| D | Declaration of Ana Raquel Devereaux, dated April 22, 2020. |
| E | Declaration of Clare Murphy Shaw, dated April 21, 2020. |
| F | Declaration of Ashley Huebner, dated April 21, 2020. |
| G | Declaration of Claudia R. Cubas, dated April 21, 2020. |
| H | Declaration of Elisa Gahng, dated April 21, 2020. |
| I | Declaration of Maria J. Bocanegra, dated April 22, 2020. |
| J | Declaration of D.V.V.C., dated April 21, 2020. |
| K | Declaration of E.R.V.R., dated April 5, 2020. |
| L | Declaration of Carlos Holguín, dated April 22, 2020. |

### Exhibits Relating to ICE

| Exhibit | Exhibit Description |
|---|---|
| M | Declaration of Peter Schey, dated April 22, 2020. |
| N | Declaration of Daisy O. Felt, dated April 22, 2020. |

### Cowlitz Exhibits

| Exhibit | Exhibit Description |
|---|---|
| O | Declaration of Samantha Ratcliffe, dated April 21, 2020. |
| P | Declaration of A.F.P.P, dated April 17, 2020. |
| Q | Declaration of A.P.P., dated April 17, 2020. |
| R | Declaration of B.B.B., dated April 17, 2020. |
| S | Declaration of M.E.B.R., dated April 17, 2020. |
| T | Declaration of X.E.S., dated April 17, 2020. |
| U | Declaration of M.D.J.S., dated April 18, 2020. |

## Berks FRC Exhibits

| Exhibit | Exhibit Description |
|---|---|
| V | Declaration of Bridget Cambria, dated April 21, 2020. |
| W | Declaration of B.L., dated April 21, 2020. |
| X | Declaration of E.O., dated April 21, 2020. |
| Y | Declaration of E.G., dated April 21, 2020. |
| Z | Declaration of P.M., dated April 21, 2020. |
| AA | Declaration of G.S., dated April 21, 2020. |

## South Texas FRC Exhibits

| Exhibit | Exhibit Description |
|---|---|
| BB | Declaration of Shalyn Fluharty, dated April 22, 2020. |
| CC | Declaration of A.D.L., dated April 20, 2020. |
| DD | Declaration of A.L.V., dated April 20, 2020. |
| EE | Declaration of C.C.G., dated April 20, 2020. |
| FF | Declaration of K.L.N.E., dated April 20, 2020. |
| GG | Declaration of D.P.R., dated April 20, 2020. |
| HH | Declaration of I.M.A.D., dated April 20, 2020. |
| II | Declaration of J.S.P., dated April 21, 2020. |
| JJ | Declaration of J.F.S.M., dated April 20, 2020. |
| KK | Declaration of L.O.R., dated April 21, 2020. |
| LL | Declaration of L.G.G., dated April 20, 2020. |
| MM | Declaration of M.G.D.E., dated April 20, 2020. |
| NN | Declaration of M.A.A., dated April 21, 2020. |
| OO | Declaration of N.B.G.F., dated April 20, 2020. |
| PP | Declaration of R.L.A., dated April 21, 2020. |
| QQ | Declaration of R.P.F., dated April 21, 2020. |
| RR | Declaration of S.L.R., dated April 20, 2020. |
| SS | Declaration of S.L.V., dated April 20, 2020. |
| TT | Declaration of Y.E.S., dated April 21, 2020. |
| UU | Declaration of Y.O.T., dated April 21, 2020. |
| VV | Declaration of A.C.O., dated April 21, 2020. |
| WW | Declaration of C.G.C.N., dated April 21, 2020. |
| XX | Declaration of I.P.F.L., dated April 21, 2020. |
| YY | Declaration of M.A.G., dated April 21, 2020. |
| ZZ | Declaration of N.M.L., dated April 21, 2020. |
| AAA | Declaration of R.N.L.F., dated April 21, 2020. |

| | |
|---|---|
| BBB | Declaration of E.M.E.C., dated April 21, 2020. |
| CCC | Declaration of M.R.C.D., dated April 21, 2020. |
| DDD | Declaration of M.L.R.A., dated April 21, 2020. |
| EEE | Declaration of M.C.M., dated April 21, 2020. |
| FFF | Declaration of S.G.H., dated April 21, 2020. |
| GGG | Declaration of Y.E.V., dated April 21, 2020. |

## Karnes FRC Exhibits

| Exhibit | Exhibit Description |
|---|---|
| HHH | Declaration of Andrea Meza, dated April 21, 2020. |
| III | Declaration of Javier O. Hidalgo, dated April 21, 2020. |
| JJJ | Declaration of H.N, dated April 21, 2020. |
| KKK | Declaration of M.S., dated April 21, 2020. |
| LLL | Declaration of A.M.P., dated April 21, 2020. |
| MMM | Declaration of J.S.C., dated April 21, 2020. |
| NNN | Declaration of N.V.G., dated April 21, 2020. |

## ICE Expert Exhibits

| Exhibit | Exhibit Description |
|---|---|
| OOO | Declaration of Dr. Katherine Peeler, dated April 22, 2020. |
| PPP | Declaration of Dr. Homer Venters, dated April 9, 2020. |

## General

| Exhibit | Exhibit Description |
|---|---|
| QQQ | Reporter's Transcript of Video Proceedings, March 27, 2020. |