# EXHIBIT B

## DECLARATION

1.  I, Amy J Cohen M.D. make this declaration based on my personal and professional knowledge and training and declare that the following is true and correct to the best of my knowledge.

2.  My name is Dr. Amy J. Cohen.  I am licensed to practice medicine in the state of California.  I received my medical degree with honors from the University of Pennsylvania Perelman School of Medicine.  I have previously outlined the remainder of my credentials to this court.

3.  I have been asked by Flores counsel - for whom I have served as an expert physician - to  give my professional opinion on the Field Guidance Report issued by ORR on April 6th and outlining recommendations for ORR facilities in response to the coronavirus pandemic.

4.  In my professional medical opinion, ORR's plan to delay a child's release to their sponsor if he or she resides in a facility where other children or staff have tested positive for COVID-19 is illogical and ill-advised as a measure to protect either those children or the public at large.  Indeed, in my opinion, such a policy is far more likely to *increase* the spread of Coronavirus than to prevent or slow it, placing the children, ORR staff, and the public in even greater danger.

5.  As has been amply demonstrated, the appropriate course of action for anyone with proven coronavirus infection as well as all contacts of that individual is to *separately* quarantine not only the infected individual but also each of  their contacts for a period of at least 14 days.

6.  Keeping children in a congregate facility after only a few may have been exposed to this virus significantly increases the risk that ALL will be exposed. This endangers not only all of the children, but also the staff who interact with them (and the staff's outside contacts) as well as the local community and public at large.  This was recently illustrated by the spread of the virus in the Heartland Alliance detention facility.

7.  ORR's April 6th Field Guidance Report directs facilities to isolate children *only* if they have symptoms.  This is not nearly an adequate protection, as it has for some time been demonstrated that coronavirus is highly communicable before symptoms appear and that up to 25% of those infected with coronavirus show no symptoms at all.  Choosing only to quarantine those with symptoms places children at high risk of contracting the virus from those either in the prodromal (pre-symptomatic) period or those who remain asymptomatic.

8.  And the option of delaying release in order to test every potentially infected child and adult would be neither possible nor protective.  There is a shortage of testing kits, up to 40 percent of tests show a false negative result, and there is a delay of days in obtaining results for many of the current tests.  During this delay, the virus could spread.  It is also possible that those who have newly acquired the virus - though still contagious - may not yet have converted their tests to positive.

9.  The only way to actually keep children in an infected ORR facility while minimizing the risk of spread would be to mandate the *immediate and separate* quarantine of ALL children and staff.  This would mean keeping each child in a separate room with separate bathroom and separate eating facility.  Staff would

all need to quarantine at home and all replacement staff would need to be tested before entering the facility.

10.  This is not only impractical but logistically impossible.  I have personally visited several ORR facilities, including Shiloh Treatment Center in Manvel, Texas, Homestead Influx Facility in Homestead, Florida, the BCFS Shelter in Raymondville, Texas and St Michael's shelter in Houston, Texas.  I can unequivocally state that none of these has the physical means to provide this type of individual quarantining for all child residents.

11.  Further, as staff are as likely to be infected as the children - if not more so - they too would need to be kept away from the children and each other.  All replacement staff entering the facility would have to be tested.  As explained above, this would not be a practical option, as testing is not widely available, often takes days before results are reported, and results are not completely reliable at this point, with up to a 40% false negative rate.

12.  In summary, as is now the consensus in the medical community, the only practical means for slowing the spread of Coronavirus is through separate quarantining of all who those who are potentially exposed for a period of at least 14 days.  For the ORR population of children, the only way to enable such effective quarantining is to have each child in the home of a sponsor where space capacity and individual supervision are far more likely to protect them and others.  In such an environment there are likely to be far fewer people coming in and out (with fewer opportunities for exposure), the child can be effectively supervised in all appropriate preventative measures, and he or she can be supported in withstanding the isolated and difficult existence of quarantine.

13. For the sake of the safety of children, staff, and the public, it is my unequivocal opinion that as many children as possible in a facility where there has been a known COVID outbreak should be removed from that facility as quickly as possible and placed in quarantine with sponsors. Others who do not have potential sponsors available should be removed to a child- centered quarantine facility so that the infected ORR environment can be completely sanitized and the children can safely quarantine. While in such a facility, ongoing measures to release children to home environments should be undertaken.

Signed under pain and penalty of perjury this 21st day of April, 2020, in Los Angeles, California.

Amy J Cohen MD