# EXHIBIT E

# DECLARATION OF CLARE MURPHY SHAW, ESQ.

I, Clare Murphy Shaw, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is Clare Murphy Shaw. and I am an attorney licensed to practice in the States of Kansas and Missouri. This declaration describes my experiences and observations working with unaccompanied migrant youth detained at The Villages in Topeka, Kansas.

Experience Serving Youth in ORR Custody

3. Since April of 2017, I have been an attorney at McCrummen Immigration Law Group (MILG), a legal service provider that works with immigrant youth.

4. Since July of 2017, MILG has served unaccompanied children in the legal custody of the Office of Refugee Resettlement ("ORR") who have been placed by ORR at The Villages, a care program within the ORR network of care providers. Since April of 2019, MILG has served over 481 youth in ORR custody at the Villages.

5. As the legal service provider for The Villages, our attorneys and paralegals maintain regular contact with the youth and case managers at the facilities. We provide Know Your Rights (KYR) presentations, legal screenings, and ongoing consultations concerning the legal rights of detained minors, as well as provide direct legal representation to youth in the Kansas City Immigration Court.

On-going Barriers to Release of Unaccompanied Children – Fingerprinting

6. We currently have multiple clients in custody whose release continues to be delayed due to fingerprinting requirements.

7. The first situation involves a minor who has an unrelated sponsor (Category 3). Sponsor must also provide a care plan with a care plan provider who also submits fingerprints. The minor's case manager is waiting on fingerprints from the care plan provider before she can submit the case for the required home study. Without a completed home study, the minor cannot be released to his sponsor. This minor has already been in shelter for 133 days.

8. The second situation also involves a minor with a Cat. 3 unrelated sponsor. This minor's sponsor is struggling to find a place to get his fingerprints taken and is going to attempt to find a private company who will take them. Due to COVID-19-related closures, there are fewer and fewer places providing fingerprint services that allow sponsors to meet fingerprinting requirements. This minor has already been in a shelter for 100 days.

9. The third situation also involves a minor with a Cat. 3 unrelated sponsor who is having difficulty getting fingerprints completed. That minor has been in a shelter for 75 days.

On-going Barriers to Release of Unaccompanied Children – Home Studies

10. We also have at least one client in custody whose release continues to be delayed due to home study requirements that cannot be completed.

11. The situation involves a minor whose home study was completed, but the home study provider must conduct an in-person follow up visit and file an addendum to the home study based on some of the initial findings. The provider is unable to go into the home and is therefore unable to submit the addendum. This minor has been in shelter for 84 days.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of April, 2020, at Kansas City, Missouri.

*Clare Murphy Shaw*
Digitally signed by Clare Murphy Shaw
DN: cn=Clare Murphy Shaw, o=McCrummen Immigration Law Group, ou, email=clare@kcimmigrationlaw.com, c=US
Date: 2020.04.21 13:52:06 -05'00'

_____

Clare Murphy Shaw