# EXHIBIT J

# DECLARATION

Under penalty of perjury, I faithfully declare that the following is true to the best of my knowledge:

1. My name is D▮ V▮ V▮ C▮. My date of birth is ▮. I am a 34 year old married woman from Honduras. My husband's name is S▮ F▮ M▮ B▮ and he is 32 years old. We have three children: M▮ F▮ M▮ V▮ (DOB ▮) age 16, V▮ K▮ M▮ V▮ (DOB ▮) age 10, and J▮ I▮ M▮ V▮ (DOB ▮) age 11 months.

2. My husband and I are currently living in Matamoros, Mexico, with our 11 month old baby. We are living in a crowded tent camp. My two older children, M▮ and V▮ are currently in the custody of the United States Office of Refugee Resettlement. They have been in a program called UpBring since March 17, 2020, when my husband and I made the very difficult decision to send them over the Brownsville bridge on their own because we felt that we could not keep them safe here in Matamoros, where there is so much violence and danger. For a full month - until last Friday, April 17th - my children were separated from each other and kept in separate houses. My daughter was and continues to be very sad to have to be with strangers. She is crying every time I speak with her.

3. I have a brother, G▮ who applied to be the sponsor to my children soon after they left Matamoros. G▮ is currently living in Washington State with his wife, his 12 year old son and his 1 year old baby. G▮ and his wife love my children very much. They lived next door to us for many years and so know my children well and are very close to them.

4. Last week, on April 14th, we were told by Ms. Angelica de LaRosa, the case manager at my children's program, that everything that was needed for the sponsorship of my children had been completed and cleared, including my brother's fingerprints. She said that they would be leaving to live with family any day. I immediately told my children and they were very excited.

5. But the next day, on April 15, Ms. de LaRosa called to tell us that she had gotten a letter from ICE saying that my children could not be released to their uncle because they were going to be deported. I started to cry and told her that this was not true - that our case and that of our children had been appealed - but Ms. de LaRosa said that this was not a decision that she had made and there wasn't anything she could do.

6. We had received a removal order at our hearing on March 11th but were told that we could appeal our case as long as we got the appeal in by April 10th. We did this for all five of us. We later found out that the lawyer at UpBring had also entered an appeal for our two children (even though we had done it). Someone who has been helping us called the Immigration Hotline to find out the status of our immigration case. They told us that all of us - myself, my husband and our children - are listed as having our cases in appeal. We don't understand why ICE doesn't know this or why the people in charge of our children don't know it.

7. We have also been told that the appeal process always takes many months before a decision is made. We were told that it will take even longer now with the Coronavirus problem, since so many of the courts are closed and everything is delayed. We don't want our children staying with strangers and away from family for many months. We think that would hurt them very much.

8. We do not understand why our children are not being released. We spoke with Ms. De LaRosa on Friday and again today. She told me that she has nothing to do with the decision to release my children, that it is up to ICE to allow them to be released.

9. We are very worried about both of our children. They have both been very traumatized. We fled our home in Honduras in July of 2019 because Mara 18 gang members had entered my son's school. They sold drugs and they wanted my son to join them. When he told them he wouldn't, they said that they would kill him and all of his family. We knew that these gangs do kill families when a child refuses to join and so we had to escape to protect ourselves and our children.

10. When we were in Reynosa, Mexico on our way to the United States our bus was boarded by gang members with weapons and we were all kidnapped. My children

were terrified and we were terrified. Fortunately, after days as captives, we were able to escape with our lives, though my husband was beaten

11. Having to be in Matamoros because of the MPP Program has been very, very hard and frightening. For the first month here we had no shelter at all and had to sleep in the open with all of our children (my baby was not even 4 months old) and beg for food. It was very dangerous with people getting kidnapped and lots of violence and people telling us that they didn't want us there. It is very dirty here and it's impossible to keep clean. The wind blows and the rain comes, it gets very hot and then very cold, and there's no protection.

12. We never leave the camp because it's just too dangerous to do so. Yesterday a gang came right into the camp, jumped on a man, beat him up and took him away. We haven't seen him since. The other day the body of a dead woman floated by us in the river. This sort of thing happens all the time. This is why we finally decided to do the difficult thing of sending our children to the United States on their own. We were scared for what would happen to them in Matamoros.

13. Every day I cry for my children. Our children have never before been away from us and we all miss each other terribly. It is so much more difficult now because we are only allowed to talk to them for a short time once a week and we never get to see them, even on the telephone. Every day I cry from missing them and worrying about whether they're healthy, worry about their being away from family.

14. I know how sad and worried my children are, especially with all of the scary illness coming from the Coronavirus. I worry that they are not being protected the way that their family would protect them. And I worry that they'll get sick from the stress of being away from family. I beg anyone who can help us to please take care of my children and get them quickly and safely to my brother's home.

Signed this 21st day of April, 2020, in Matamoros, Mexico,



## DECLARACIÓN

Bajo pena de perjurio, declaro fielmente que lo siguiente es fiel a mi mejor conocimiento:

1. Mi nombre es D██ V██ V██ C██ Mi fecha de nacimiento es ██████. Soy una mujer casada de 34 años de Honduras. Mi marido se llama S██ F██ M██ B██ y tiene 32 años. Tenemos tres hijos: M██ F██ M██ V██ (DOB ██████) 16 años, V██ K██ M██ V██ (DOB ██████) 10 años, y J██ I██ M██ V██ (DOB ██████) edad 11 meses.

2. Mi esposo y yo estamos viviendo actualmente en Matamoros, México, con nuestro bebé de 11 meses. Vivimos en un campamento de tiendas de campaña lleno de gente. Mis dos hijos mayores, M██ y V██, están actualmente bajo la custodia de la Oficina de Reasentamiento de Refugiados de los Estados Unidos. Han estado en un programa llamado UpBring desde el 17 de marzo de 2020, cuando mi esposo y yo tomamos la muy difícil decisión de enviarlos por su cuenta porque sentimos que no podíamos mantenerlos a salvo aquí en Matamoros, donde hay tanta violencia y peligro. Durante un mes completo - hasta el pasado viernes, 17 de abril - mis hijos fueron separados entre sí y mantenidos en casas separadas. Mi hija estaba y sigue siendo muy triste tener que estar con extraños. Llora cada vez que hablo con ella.

3. Tengo un hermano, G██ que solicitó ser el padrino de mis hijos poco después de cue dejaran Matamoros. G██ vive actualmente en el estado de Washington con su esposa, su hijo de 12 años y su bebé de 1 año. G██ y su esposa aman mucho a mis hijos. Vivieron al lado de nosotros para muchos años y así que conocer a mis hijos bien y están muy cerca de ellos.

4. La semana pasada, el 14 de abril, nos dijeron la Sra. Angélica de LaRosa, la directora de casos del programa de mis hijos, que todo lo que se necesitaba para el patrocinio de mis hijos había sido completado y borrado, incluyendo las huellas dactilares de mi hermano. Dijo que se irían a vivir con la familia cualquier día. Inmediatamente se lo dije a mis hijos y estaban muy emocionados.

5. Pero al día siguiente, el 15 de abril, la Sra. de LaRosa llamó para decirnos que había recibido una carta del ICE diciendo que mis hijos no podían ser liberados a su tío porque iban a ser deportados. Empecé a llorar y le dije que esto no era cierto -que nuestro caso y el de nuestros hijos habían sido apelados- pero la Sra. de LaRosa dijo que esta no era una decisión que ella había tomado y que no había nada que pudiera hacer.

6. Habíamos recibido una orden de expulsión en nuestra audiencia el 11 de marzo, pero nos dijeron que podríamos apelar nuestro caso, siempre y cuando tenemos la apelación en antes del 10 de abril. Hicimos esto por los cinco. Más tarde descubrimos que el abogado de UpBring también había presentado una apelación para nuestros dos hijos (a pesar de que lo habíamos hecho). Alguien que nos ha estado ayudando llamó a la Línea Directa de Inmigración para averiguar el estado de nuestro caso de inmigración. Nos dijeron que todos nosotros -yo, mi esposo y nuestros hijos- estamos catalogados como que tenemos nuestros casos en apelación. No entendemos por qué ICE no sabe esto o por qué las personas a cargo de nuestros hijos no lo saben.

7. También nos han dicho que el proceso de apelación siempre toma muchos meses antes de que se tome una decisión. Nos dijeron que tomará aún más tiempo ahora con el problema del Coronavirus, ya que muchos de los tribunales están cerrados y todo se retrasa. No queremos que nuestros hijos se queden con extraños y lejos de la familia durante muchos meses. Creemos que eso les dolería mucho.

8. No entendemos por qué nuestros hijos no están siendo liberados. Hablamos con la Sra. De LaRosa el viernes y otra vez hoy. Me dijo que no tiene nada que

ver con la decisión de liberar a mis hijos, que depende de ICE permitir que sean liberados.

9. Estamos muy preocupados por nuestros dos hijos. Ambos han estado muy traumatizados. Huimos de nuestra casa en Honduras en julio de 2019 porque mara 18 pandilleros habían entrado en la escuela de mi hijo. Vendían drogas y querían que mi hijo se uniera a ellos. Cuando les dijo que no lo haría, dijeron que lo matarían a él y a toda su familia. Sabíamos que estas pandillas matan a las familias cuando un niño se niega a unirse, por lo que tuvimos que escapar para protegernos a nosotros mismos y a nuestros hijos.

10. Cuando estábamos en Reynosa, México de camino a los Estados Unidos, nuestro autobús fue abordado por pandilleros con armas y todos fuimos secuestrados. Mis hijos estaban aterrorizados y nosotros estábamos aterrorizados. Afortunadamente, después de días como cautivos, pudimos escapar con nuestras vidas, aunque mi marido fue golpeado

11. Tener que estar en Matamoros debido al Programa MPP ha sido muy, muy duro y aterrador. Para el primer mes aquí no teníamos refugio en absoluto y tuvimos que dormir a la intemperie con todos nuestros hijos (mi bebé ni siquiera tenía 4 meses de edad) y suplicar por comida. Era muy peligroso que la gente fuera secuestrada y mucha violencia y gente nos dijera que no nos querían allí. Es muy sucio aquí y es imposible mantener limpio. El viento sopla y la lluvia viene, se pone muy caliente y luego muy frío, y no hay protección.

12. Nunca salimos del campamento porque es demasiado peligroso hacerlo. Ayer una banda entró en el campamento, atacó a un hombre, lo golpeó y se lo llevó. No lo hemos visto desde entonces. El otro día el cuerpo de una mujer muerta flotaba junto a nosotros en el río. Este tipo de cosas suceden todo el tiempo. Esta es la razón por la que finalmente decidimos hacer lo difícil de enviar a nuestros hijos a los Estados Unidos por su cuenta. Teníamos miedo de lo que les pasaría en matamoros.

13. Cada día lloro por mis hijos. Nuestros hijos nunca han estado lejos de nosotros y todos nos extrañamos terriblemente. Ahora es mucho más difícil porque sólo podemos hablar con ellos por un corto tiempo una vez por semana y nunca los vemos, ni siquiera por teléfono. Cada día lloro por extrañarlos y preocupándome por si están sanos, preocupados por su ausencia de familia.

14. Sé lo triste y preocupadísima que son mis hijos, especialmente con toda la enfermedad que viene de la Coronavirus. Me preocupa que no estén protegidos de la forma en que su familia los protegería. Y me preocupa que se enfermen por el estrés de estar lejos de la familia. Le ruego a cualquiera que pueda ayudarnos a cuidar de mis hijos y a conseguirlos rápidamente y a salvo a casa de mi hermano.

Firmado este 21 día de abril de 2020, en matamoros, méxico,



## Certificate of Translation

I, Sylvia Rodriguez, certify that I am fluent in English and Spanish.

On April 20th, 2020, I certify that I interpreted the declaration from Spanish to English of D███ V███ M███ C███.

I certify that the foregoing declaration is a true representation of D███ V███ C███ statement.

Executed this 20th day of April, 2020 in Wayne, New Jersey.

*Sylvia Rodriguez* (signature)

Sylvia Rodriguez