# EXHIBIT K

# Declaración

Bajo pena de perjurio, declaro fielmente que lo siguiente es fiel a mi mejor conocimiento:

1. Mi nombre es E▇ R▇ V▇ R▇. Mi fecha de nacimiento es ▇▇▇. Soy de Guatemala y actualmente vivo en los Estados Unidos mientras mi solicitud de asilo en sentencia. Estoy casado y soy padre de dos hijos, de 3 años y 4 1/2 años de edad. Mi esposa y mi hija menor residen en Guatemala. Actualmente estoy viviendo en Plainfield, Nueva Jersey en una casa con mi tía, su esposo, mi prima de 3 años y mi primo varón de 20 años.

2. Originalmente crucé a los Estados Unidos buscando asilo con mi hija de 4 años y medio, A▇ A▇ V▇ S▇ el 18 de noviembre de 2019. Me detuvieron y me quitaron a mi hija el 21 de noviembre de 2019.

3. Mi hija de 4 años y media, A▇ está actualmente en la Oficina de Custodia de Reasentamiento de Refugiados en Transitional Foster Care con Lutheran Social Services en Nueva York. Ella ha estado allí desde el 22 de noviembre de 2019. Estoy desesperado por recuperarla.

4. He estado tratando de reunirme con mi hija desde mi liberación bajo fianza el 6 de marzo de 2020. Desde el momento de mi liberación he hecho todo lo posible para recuperarla, incluyendo llenar todo el papeleo y tomar mis huellas dactilares.

5. La trabajadora del caso de mi hija, Kimberly Ortega, me ha dicho que he completado TODOS los requisitos para la liberación de mi hijo. Ella me ha dicho que lo único que queda ante mi hija y yo podemos reunirnos es que una trabajadora social visite la casa de mi tía donde nos alojamos. Pero todas las inspecciones de la casa han sido detenidas debido al coronavirus y por lo que mi hija todavía no ha sido devuelta a mí. Si bien las restricciones para proteger a las personas de COVID-19 están en su lugar, no hay ningún plan para reanudar estas inspecciones, así que me han dicho que no hay idea de cuándo mi hija puede ser devuelta a su familia.

6. La casa de mi tía es una casa muy agradable donde hay una habitación que A▇ tendría para sí misma y que está todo listo para ella. Nadie ha solicitado fotos de nuestra casa o de cualquier otra forma de ver dónde viviría A▇. Mi tía y su esposo están ansiosos por traer a A▇ a su casa y se habían aplicado a ser patrocinadores mientras yo estaba detenido.

7. El administrador del caso me dijo que debe haber una inspección de la casa antes de poder conseguir a mi hija porque cuando tenía 19 (13 años) me acusaron en Guatemala de la violación de una niña. Este cargo que fue retirado después de la investigación. Estuve en la

cárcel durante 4 meses durante la investigación y luego fue liberado. Nunca cometí este crimen y apenas conocí a la chica involucrada que no sea como vecina.

8. Hablo con mi hija todas las semanas. Me hace llorar pensar en lo triste que es y lo terrible que es la separación. Al principio hablábamos en un videochat, pero A▮▮▮ se molestó tanto al verme y no poder estar conmigo que lloraría y no podría hablar. Esto fue tan difícil para ella que hemos tenido que tener nuestras conversaciones sólo por teléfono de voz, en lugar de por videochat.

9. A▮▮▮ me dice que está muy, muy triste de que no pueda estar conmigo y me pregunta, "¿por qué me dejaste aquí?" Intento decirle que no la dejé, que estábamos separados, pero ella no entiende.

10. A▮▮▮ ha estado teniendo pesadillas. En casa, todos rezamos como familia antes de acostarnos y le he preguntado si hace esto ahora. Cuando le pregunté esto, empezó a llorar y me dijo que estaba teniendo pesadillas cuando se va a dormir. Estas pesadillas parecen ser acerca de tener miedo de que nunca pueda volver a estar conmigo.

11. A▮▮▮ sabe que hay un virus matando gente y que no puede salir por esto. Esto es muy difícil para ella - estar lejos de mí y su madre durante un momento tan aterrador y cuando ella no ser capaz de salir y hacer nada. Me preocupa su salud, ya que sé que la pareja que la cuida tiene nietos que los han visitado en su casa.

12. Nunca me han presentado ni hablado con la familia que está cuidando de nuestra hija. Nunca he tenido la oportunidad de decirles nada de ella: lo que le gusta y no, con qué juega, qué come, qué clase de niña es. Ni siquiera sé si la familia con la que se hospeda habla español, ya que la única persona con la que he hablado ha sido el administrador de casos de A▮▮▮.

13. Mi esposa y yo queremos desesperadamente que A▮▮▮ vuelva a mi cuidado. Ella es una niña y sabemos que esta separación ha sido muy, muy difícil para ella como es, también, para nosotros. Mi tía y su esposo también la aman y están ansiosos por llevarla a su casa donde finalmente pueda estar con su familia, especialmente durante este tiempo aterrador.

14. También me preocupa que esté en peligro de contraer el virus. Nadie la ama como nosotros y nadie la protegería como yo. Necesita estar con la familia.

Firmó este ▮▮▮▮▮▮▮▮▮ 2020, en Plainfield, Nueva Jersey,



**DECLARATION**

Under penalty of perjury, I faithfully declare that the following is true to the best of my knowledge:

1. My name is E█████ R█████ V█████ R█████. My date of birth is ██████████. I am from Guatemala and am currently living in the United States while my asylum claim in adjudicated. I am married and am the father of two children, ages 3 and 4½ years old. My wife and younger daughter reside in Guatemala. I am currently living in Plainfield, New Jersey in a house with my aunt, her husband, my 3 year old female cousin and my 20 year old male cousin.

2. I originally crossed over into the United States seeking asylum with my 4½ year old daughter, A████ A████ V████ S███ on or around November 18th, 2019. I was placed in detention and my daughter taken from me on or around November 21, 2019.

3. My 4½ year old daughter, A████, is currently in Office of Refugee Resettlement custody in Transitional Foster Care with Lutheran Social Services in New York. She has been there since about November 22, 2019. I am desperate to get her back.

4. I have been attempting to reunite with my daughter since my release on bond from detention on or around March 6, 2020. From the moment of my release I have done all I can to get her back, including filling out all of the paperwork and getting my fingerprints taken.

5. I have been told by my daughter's case worker, Kimberly Ortiz, that I have completed ALL of the requirements for the release of my child. She has told me that the only thing remaining before my daughter and I can be reunited is having a social worker visit the home of my aunt where we are staying. But all of the home inspections have been stopped because of the coronavirus and so my daughter has still not been returned to me. While the restrictions to protect people from COVID-19 are in place, there is no plan to resume these inspections so I have been told that there is no idea when my daughter may be returned to her family.

6. The home of my aunt is a very nice home where there is a room that A████ would have for herself and which is all ready for her. No one has ever requested photos of our home or any other way of seeing where A████ would be living. My aunt and her husband are eager to bring A████ to their home and had applied themselves to be sponsors while I was in detention.

7. I was told by the case manager that there must be a home inspection before I can get my daughter because when I was 19 (13 years ago) I was accused in Guatemala of the rape of a young girl. This charge that was dropped after the investigation. I was held in jail for 4 months during the investigation and was then released. I never committed this crime and barely knew the girl involved other than as a neighbor.

8. I speak to my daughter every week. It makes me cry to think about how sad she is and how terrible the separation is. At first we would talk on a video chat, but A████ became so upset seeing me and not being able to be with me that she would cry and not be able to talk. This was so hard for her that we've had to have our conversations only by voice telephone, instead of by video chat.

9. A████ tells me that she is very, very sad that she can't be with me and she asks me, "why did you leave me here?" I try to tell her that I didn't leave her, that we were separated, but she doesn't understand.

10. A████ has been having nightmares. At home, we would all pray as a family before bedtime and I've asked her if she does this now. When I asked her this, she started to cry and told me that she's having nightmares when she goes to sleep. These nightmares seem to be about being afraid that she'll never be able to be with me again.

11. A████ knows that there is a virus killing people and that she can't go outside because of this. This is very difficult for her - to be away from me and her mother during such a scary time and when she not be able to go out and do anything. I worry about her health, since I know that the couple who are caring for her have grandchildren who have visited them in their home.

12. My wife and I have never been introduced or talked with the family who are taking care of our daughter. We have never had a chance to tell them anything about her: what she likes and doesn't like, what she plays with, what she eats, what kind of

    child she is.  I don't even know if the family she is staying with speak spanish, since the only person with whom I've ever spoken has been A▮▮▮ case manager.

13. My wife and I desperately want A▮▮▮ returned to my care.  She is such a little girl and we know that this separation has been very, very hard for her as it is, also, for us.  My aunt and her husband also love her and are eager to bring her to their home where she can finally be with family, especially during this scary time.

14. I am also concerned that she might be in danger of getting the virus.  No one loves her as we do and no one would protect her as I would.  She needs to be with family.

Signed this 5th day of April, 2020, in Plainfield, New Jersey,

_____

E▮▮ R▮▮▮▮ V▮▮▮ R▮▮▮▮

Certificate of Translation

I, Tatiana Piccone, certify that I am fluent in English and Spanish.

O█████ 5th ██ 0, ██████v that I interpreted the declaration from Spanish to English of E███ R█████ V█████ R█████.

I certify that the foregoing declaration is a true representation of E███ R█████ V█████ statement.

Executed this 5th day of April, 2020 in North Hollywood, California.



Tatiana Piccone