# EXHIBIT N

**DECLARATION OF DAISY OCAMPO FELT**

I, Daisy Ocampo Felt, declare as follows:

1.      This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about the following facts.

2.      My name is Daisy Ocampo Felt. and I am an attorney licensed to practice in the State of California.  I am Plaintiffs' counsel in this matter. This declaration describes my review of the publicly available information regarding confirmed COVID-19 cases for ICE detainees nationwide.


List of Sources Reviewed by Date Published

3.      Josh Gerstein, *Legal Battles Escalate Over Virus Dangers to Immigration Detainees*, POLITICO, March 24, 2020 ("officials announced the first confirmed case of coronavirus in a prisoner being held for immigration violations"), available at https://www.politico.com/news/2020/03/24/coronavirus-immigration-detainees-147721.

4.      Elizabeth Trovall, *Families Fear For Their Loved Ones in ICE Lockup, As Guards Test Positive for COVID-19*, HOUSTON PUBLIC MEDIA, April 2, 2020 ("at least six detained immigrants in other states have tested positive"), available at https://www.houstonpublicmedia.org/articles/news/health-science/coronavirus/2020/04/02/365878/families-fear-for-their-loved-ones-in-ice-lockup-as-guards-test-positive-for-covid-19/.

5.      Letter from Jerrold Nadler, Chairman House Committee on the Judiciary, and Zoe Lofgren, Chair Subcommittee on Immigration and Citizenship, to ICE Acting Director Matthew T. Albence, April 7, 2020 (on April 1, 2020, at 3:00 p.m. there were four confirmed COVID-19 cases in ICE detainees, compared to thirteen on April 7, 2020 at

9:10a.m.), available at https://judiciary.house.gov/uploadedfiles/2020-04-07_nadler-lofgren_letter_to_albence_re_ice_covid-19_response.pdf.

6.     Aldolfo Flores and Hamed Aleaziz, *Fear Among Immigrant Detainees Spreads As Coronavirus Outbreaks Hit ICE Detention Centers*, BUZZFEED NEWS, April 10, 2020 ("As of Friday afternoon, there are at least 61 confirmed cases of COVID-19 among immigrant detainees held by ICE, according to the agency."), available at https://www.buzzfeednews.com/article/adolfoflores/immigrant-detainees-ice-coronavirus-outbreaks-jails.

7.     Felipe De la Hoz, *Amid Coronavirus Pandemic, ICE has Life-or-Death Power to Release Detainees*, THE INTERCEPT, April 13, 2020 ("ICE currently acknowledges 72 confirmed cases of detainees with COVID-19"), available at https://theintercept.com/2020/04/13/ice-coronavirus-immigrant-detainees/.

8.     Matt Katz, ICE Releases Hundreds of Immigrants As Coronavirus Spreads in Detention Centers, NPR, April 16, 2020 ("Nationally, there are about 90 confirmed cases of COVID-19 among ICE detainees"), available at https://www.npr.org/sections/coronavirus-live-updates/2020/04/16/835886346/ice-releases-hundreds-as-coronavirus-spreads-in-detention-centers.

9.     ICE Issues Guidance on COVID-19, AILA, April 17, 2020 (noting that ICE release statement that an two additional ICE detainees have tested positive on March 30, 2020), available at https://www.aila.org/infonet/ice-issues-guidance-on-covid-19.

10.    Tanvi Misra, *ICE's COVID-19 Test Figures Hint At Health Crisis In Detention*, ROLL CALL, April 17, 2020 ("ICE's public tally on its website Friday said the total number of COVID-19 positive detainees was 105"), available at https://www.rollcall.com/2020/04/17/ices-covid-19-test-figures-hint-at-health-crisis-in-detention/.

11.     Caitlin Dickerson and Kirk Semple, U.S. Deported Thousands Amid COVID-19

Outbreak. Some Proved to Be Sick, THE NEW YORK TIMES, April 18, 2020 ("ICE says

that 124 detainees in its custody have been confirmed to have the coronavirus. . ."),

available at https://www.nytimes.com/2020/04/18/us/deportations-coronavirus-

guatemala.html.

12.     Immigration and Customs Enforcement, ICE Guidance on COVID-19: Confirmed

Cases, April 22 (confirmed cases for ICE detainees were 220 on April 20, 2020 at 10:58

p.m.; 253 on April 21, 2020 at 3:02 p.m.; 287 on April 22, 2020 at 2:48 p.m.), available

at https://www.npr.org/sections/coronavirus-live-updates/2020/04/16/835886346/ice-

releases-hundreds-as-coronavirus-spreads-in-detention-centers.

Summary of Data Pulled from Publicly Available Sources

13.     Using the above mentioned sources, I created a chart with the date of the source or

reporting of number of confirmed cases for ICE detainees, and created a column to

display that number.

| Date | # Of Confirmed COVID-19 Cases in ICE Detainees |
|---|---|
| 3/24/20 | 1 |
| 3/30/20 | 3 |
| 4/1/20 | 4 |
| 4/2/20 | 6 |
| 4/7/20 | 13 |
| 4/13/20 | 72 |
| 4/16/20 | 90 |
| 4/17/20 | 105 |
| 4/18/20 | 124 |
| 4/20/20 | 220 |
| 4/21/20 | 253 |
| 4/22/20 | 287 |

14.     Using the date from the sources above, and the dates and numbers in the chart in paragraph 12, I created a line graph to show the progression of confirmed cases in ICE detention facilities nationwide.



15.     As you can see from the chart, the number of confirmed COVID-19 cases for ICE detainees nationwide has started to take a steep increase, and many have expressed concerns that these numbers don't accurately reflect how widespread this issue is within ICE detention facilities where ICE is under-testing and under-reporting. Tanvi Misra, *ICE's COVID-19 Test Figures Hint At Health Crisis In Detention*, ROLL CALL, April 17, 2020 ("ICE's public tally on its website Friday said the total number of COVID-19 positive detainees was 105"), available at https://www.rollcall.com/2020/04/17/ices-covid-19-test-figures-hint-at-health-crisis-in-detention/.

I declare under penalty of perjury that the foregoing is true and correct.  Executed on this 22nd day of April, 2020, at San Diego, California.



Daisy Ocampo Felt