# EXHIBIT O

## DECLARATION OF SAMANTHA RATCLIFFE

I, Samantha Ratcliffe, declare as follows:

1.     This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about the following facts.

2.     My name is Samantha Ratcliffe and I am an attorney licensed to practice in the State of Oregon.  This declaration describes my experiences and observations working with migrant youth detained at the Cowlitz Juvenile Detention Center.

Experience Serving Youth in ICE Custody

3.     Since September 24, 2018, I have been an attorney at Immigrant Defense Oregon (IDO) of Metropolitan Public Defender, a legal service provider that works primarily with low income immigrants, including immigrant youth.

4.     Since December 2018, IDO has served children in the legal custody of Immigration and Customs Enforcement ("ICE") who have been placed by ICE at the Cowlitz County Juvenile Detention Center in Longview, Washington and at the Northern Oregon Regional Correctional Facility (NORCOR). Over the last year, IDO has served eight youth detained at Cowlitz Juvenile Detention Center in ICE custody. The majority of these youth come from Mexico, Guatemala, and El Salvador. As the legal service provider for Cowlitz County Juvenile Detention Center, our attorneys maintain regular contact with the youth at the facilities. We provide ongoing consultations for these detained minors, as well as provide direct legal representation to youth before ICE, USCIS, EOIR, and the BIA.

Cowlitz County Juvenile Detention Center

5.    It is my understanding that Cowlitz County Juvenile Detention Center is a correctional facility that houses detained juveniles who have criminal charges or convictions in Cowlitz County and juvenile ICE detainees. When our office last visited on February 27, 2020 , the population of Cowlitz Juvenile Detention Center was about 15 juveniles. Our ICE detainee juvenile clients are between 15 and 17 years old. Once they turn 18 years old, they are transferred to an adult immigration detention facility.

6.    Cowlitz County Juvenile Detention Center consists of a Courtroom, Probation Offices, and Detention. The youth are housed in one building that accommodates up to 64 youth.  Based on my observation, ICE male youth sleep in rooms with one bed. Female youth sleeps in rooms with several beds. Meals are served three times a day in a single location which serves up to 16 youth at a time. Various staff are present during meals. Residents are expected to share common equipment such as telephones, dining tables, chairs, pens, board games, books, and sports equipment.

7.    The ICE juvenile detainees detained at Cowlitz County Juvenile Detention Center do not have access to the outdoors and are only able to exercise indoors, they are not provided with pen and paper in their rooms to journal or write down important information they may remember about their case, they no longer have contact with support groups and clergy that came into the facility, and they no longer have access to private mental health care sessions with the counselors.

8.    ICE youth are separated from the rest of the youth and may have their own pods. Detained U.S. citizen juveniles receive visits from family members at the facility. ICE juvenile detainees do not get any visitors as their families are too far and not able to travel to Cowlitz, Washington.

<u>Delays in Reunification Due to Status as Accompanied Minor</u>

9.    Since February 27, 2020, attorneys have not visited our clients due to safety concerns.

10.    ICE has not pursued any efforts to reunify children with family, even though each of them have viable sponsors available, including parents in the United States. The children all have parents available to take care of them. A.P.P has his mother, B.B.B has both his mother and stepfather, and X.E.S has her mother and father. All of these parents are available and willing to provide for and take care of them. A.P.P has been detained at Cowlitz County Juvenile Detention Center since September 23, 2019. B.B.B has been detained by ICE since October 18, 2018 and has been at the Cowlitz County Juvenile Detention Center since June 3, 2019. X.E.S has been detained at the Cowlitz County Juvenile Detention Center since November 22, 2019. X.E.S has been in the U.S. since she was 11 months old so all she knows is this country and the majority of her family is in Texas.

11.    To my knowledge, ICE and the Cowlitz County Juvenile Detention Center have not had a blanket no-release policy for detained children who are considered "accompanied". ICE has never communicated regarding this policy.

12.    The three youth presently detained by ICE at the Cowlitz County Juvenile Detention Center requested release from ICE. The three of them were denied release on the basis that, given their criminal backgrounds, they appeared to be a flight risk and threat to public safety. In addition to their criminal backgrounds, two of them were considered dangerous because they had recent write ups at Cowlitz County Juvenile Detention Center. Two of these minors have already served their sentence for their criminal juvenile convictions and one of them was arrested by ICE but never charged with a crime. The requests for release were emailed to ICE officers by their attorney and ICE communicated their decision to their attorney through email. The attorney then relayed the decision to the minors and their parents. ICE did not provide any

Declaration of Samantha Ratcliffe

3

documentation as attachments to their email. ICE mentioned in their denial that the
minors could request a bond hearing before the Immigration Court and request release at
that time. Aside from the decision denying the requests for release, to our knowledge ICE
had not re-assessed the youth's ongoing dangerousness while detained at the Cowlitz
County Juvenile Detention Center.

13.    To my knowledge, ICE has either not considered any alternate safety measures,
such as release on home monitoring, or has considered them and decided they were not
safe enough for these youth. ICE has not provided any information about consideration of
alternate safety measures.

14.    X.E.S participated in drug and anger treatment classes during her time in State
custody. This minor was promoted through the stages at the juvenile correctional facility
and she volunteered mentoring others, training dogs, got a GED, and went to church.
X.E.S completed her sentence and was released two months early due to her good
behavior. She has had no issues at Cowlitz Juvenile Detention Center and would not pose
a danger to the community. This minor would greatly benefit from having contact with
her parents and family and an alternate measure, such as home monitoring, would
mitigate any potential danger to society.

15.    During B.B.B' time in a state juvenile detention facility he was awarded student of
the week certificates on many occasions for "demonstrating excellent effort and
behavior". In his first ICE detention facility he excelled academically, getting mostly As,
and was described by his teacher as having made significant progress in developing
coping skills that allowed him to act appropriately.

Delays in Reunification Due to COVID-19

16.    ICE has not provided clear guidance regarding the release of immigrant children detained in juvenile detention facilities during this pandemic. It is not clear in what circumstances release will be delayed due to COVID-19 related issues, or in what circumstances we can expect any release process to proceed as per usual.

Cowlitz County Juvenile Detention Center has made efforts to release minors in response to COVID-19 by releasing U.S. citizen youth in March, 2020. The only other U.S. citizen juvenile left at the facility is from out of state pursuant to a contract with Cowlitz County Juvenile Detention Center. The ICE detainees have not been released.

17.    The immigrant children at Cowlitz County Juvenile Detention Center have been denied requests of release by ICE.

18.    To their knowledge, the ICE youth have no particular medical concerns.

COVID-19 Protocols

     To my knowledge, Cowlitz County Juvenile Detention Center has implemented the following measures related to COVID-19:

- Implemented temperature screenings for staff
- Released all but one of the U.S. citizen juveniles, leaving four children detained at the facility.
- Implementing a distance of six feet between children, except when the boys play basketball.
- Adjusting communal spaces to practice social distancing by spacing children in the classroom and dining room further apart.
- Provided information about proper hand washing.

19.    I am not aware of any children or staff at Cowlitz County Juvenile Detention Center testing positive for COVID-19.

Declaration of Samantha Ratcliffe

20.    I am not aware of any children or staff at Cowlitz County Juvenile Detention
Center exhibiting symptoms consistent with COVID-19. However, the juveniles currently
detained at this facility have noticed that four or five staff members have stopped going
to work during this pandemic.

21.    I am not aware of any children at this facility being tested for COVID-19.

22.    Remaining detained in a juvenile correctional facility during a global pandemic
severely affects the emotional and mental health impact on youth. The detained juveniles
at this facility are constantly scared of contracting the virus, are concerned they are not
being protected, and are afraid for their family members who may contract it.

23.    I am concerned that the continued detention of youth during this pandemic puts the
children's health in danger and will have negative effects on their mental health. Due to
the restrictions on people entering the facility, the juveniles had no time in the classroom
from March 15 to April 15, 2020. As of now, they have time in the classroom but no
longer have a teacher in the classroom, instead of a teacher there is a guard. The youth
does not have private one on one appointments with the counselor at this time. X.E.S. no
longer sees a support group that came into the facility and no longer receives visits from
religious volunteers. One of the juveniles is a girl and because she is the only girl at the
facility she was isolated from the other youth for a month and only interacted with a
guard.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this
21st day of April, 2020, at Portland, Oregon.

_____

Samantha Ratcliffe