# EXHIBIT P

**DECLARATION OF A███ F████ P█████ P████**

I, A██ F█████ P█████ P███, declare as follows:

1. This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about the following facts.

2. My name is A██ F█████ P█████ P███ and I am a minor in custody at the Cowlitz Juvenile Detention Center in Longview, Washington.

3. I am from Honduras and my family lives in Maryland. I am seventeen years old.

4. Since September 23, 2019, I have been in ICE custody.

Experience in ICE Custody during COVID-19 Pandemic

5. The detention center staff is trying to keep us apart.  For example, they keep us sitting about six feet apart from each other in class. There is no soap in the classrooms but there is in the bathrooms. Some staff started covering their faces about two weeks ago and then a week ago it was a rule that all staff wear masks. The other youth and I have not been given face masks, and when I asked if we were going to wear them also, we were told no and that we do not need them because we do not go outside.

6. Meals are served three times a day, in the same room, with the three of us detained youth and we stay six feet apart.  I am alone in my cell at night. All of the children use the same phone to make our calls. I do not know if the phone is disinfected between uses. There are two men's bathrooms that the three of us share. We have to clean the bathroom every night.

7. The staff switch shifts around 2:00 p.m. every day. Since the pandemic started, there have been some changes in the staff. For example, 4 or 5 of them don't come in to work anymore and I wonder if they are sick but I don't know what's happening.

8.      Since the pandemic began my experience has been bad because I don't know when I will get sick or if someone else around me is sick. I am afraid all the time. The staff have given me information about what is going on, and on proper ways to take care of myself. We were told to stay apart, wash our hands well, not to sneeze on other people. We were told these recommendations verbally and we were given information sheets showing how to wash hands the right way. I have not been told anything about what the Cowlitz Juvenile Detention Center is doing to protect us.

9.      I see that others in detention with me are also being affected a lot. The others are also scared of what is happening and are afraid of getting sick. Almost all the other children, about fifteen children, have been allowed to leave and go home. Since the other children were allowed to leave, when a new child comes, they leave quickly. For example, when a child is detained overnight they leave the next day. There are only three other youth in total detained with me.

10.     To my knowledge, I do not have an underlying medical condition.

Delays in Reunification

11.     I do not know of any efforts ICE has made to release me to my family.

12.     I am allowed to contact my family and my lawyer to ask about my case. We have not had any visitors since the pandemic started. My family is far away and they are not able to visit. My lawyer used to be able to come visit but since the pandemic started she has not. Nobody is allowed to visit now from what I can tell. We are now allowed to have free ten-minute calls with parents, which is new. Before, we always had to pay for calls from an account. If we did not have money in our account, we were not able to make a phone call.

13.     I made a specific request to ICE for release on April 14, 2020 through a letter emailed by my new attorney, Paloma Norris-York, sent with a declaration from my mom saying she can take

care of me. On April 17, 2020, ICE sent an email to my attorney that said I am a flight risk and a danger to the community.

14.     I am not being provided with ongoing mental health services since the pandemic began. Nobody is allowed to visit us anymore. A counselor used to visit and talk to me to see if I was okay but not anymore.

15.     My experience of being held in a juvenile detention facility during this COVID-19 pandemic is frustrating because I feel like there is nothing I can do to protect myself. I am also worried about my family.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17 day of April 2020, at the Cowlitz Juvenile Detention Center in Longview, Washington.



I, A███ P████████ P██████, certify that my declaration was read to me in Spanish over the phone on April 17, 2020 and I confirmed that everything in this declaration is correct.

A████   P████████

Signature of A███ P████████ P██████

4 / 17 / 20

Date


I, <u>D. Paloma Norris-York</u>, certify that the foregoing was prepared by me on the contemporaneous oral statement of A███ P████████ P██████ I declare that I am proficient in the English and Spanish languages and the foregoing was read to A███ P████████ P██████ in Spanish before he signed the declaration.

Signature of D. Paloma Norris-York

4/17/2020

Date