# EXHIBIT Q

**Declaration of A▮▮ P▮▮▮▮ P▮▮▮**

I, A▮▮ P▮▮▮▮ P▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is A▮▮ P▮▮▮▮ P▮▮▮. A▮▮ P▮▮▮▮ P▮▮▮ is my son.

3. A▮▮ is 17 years old and has been detained by ICE at the Cowlitz Juvenile Detention Center in Longview, Washington since September of 2019.

4. My phone number is (202) ▮▮-▮▮.

5. My home address is ▮▮▮▮▮▮▮▮ Mount Rainier, MD 20712.

6. I am a single mother with four children in addition to A▮▮. A▮▮'s siblings were all born in the United States.

7. While A▮▮ has been at Cowlitz Juvenile Detention Center, I have been unable to visit him and cannot call him on the phone. I must put money in his phone account and wait for him to call us. Recently, he has been able to call us for ten minutes free of charge.

8. Since arriving there, it has been very difficult for him to wait for months in detention with no idea of when he will be released. He had therapy before when he was cutting himself and now he is not well because of the stress of being detained. I am worried about him. His time in detention in Washington State has been very hard for us because we cannot see him and I greatly miss him. His younger siblings also miss him very much.

9. A▮▮ tells us that they gave them information about how to wash their hands to protect themselves from the coronavirus. Still, he is afraid he will get the virus and I worry also because he is around people who work there who come in from the outside every day. He

would be safer here at home with me because we are staying inside our house all the time and only go out occasionally for food.

10. Nobody from ICE or immigration has communicated with me since the coronavirus started about conditions at the detention center and how they are protecting my son from the virus.

11. At the time A▇ was taken into ICE custody, I was temporarily living with a friend who only had space for me and my four younger children. For that reason, A▇ was temporarily living with an acquaintance. We now have our own place with room for A▇. I hope he can rejoin the family soon. I will provide for all of his needs here, including food, shelter, and enrolling him in school.

12. Nobody from ICE or immigration has contacted us to ask if we have a home ready for him to live in when he is released.

13. I will make sure A▇ attends all of his hearings with the Immigration Court. I will also make sure he attends any check-ins with ICE and updates his address with the court and ICE if we were to move. I will help find an attorney for A▇'s Immigration Court proceedings.

This declaration was read to me in Spanish over the phone on April 19, 2020 and I declare under penalty of perjury that the foregoing is true and correct.



A▇ P▇ P▇

---

### Certificate of Translation

I, D. Paloma Norris-York, swear that the foregoing was prepared by me based on the oral statement of A▇ P▇ P▇, that I am fluent in Spanish and English and that I read the

above declaration to A███ P█████ P█████ translated into Spanish to the best of my abilities and she confirmed that it was correct. Due to the declarant's limited resources and Covid-19, she was unable to sign this declaration.

_____
Signature

4-17-2020
_____
Date