# EXHIBIT R

## DECLARATION OF B███████ B████████ B██

I, B█████ B████████ B██, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is B█████ B████████ B██ and I am a minor in custody at the Cowlitz County Juvenile Detention Center in Longview, Washington.

3. I am 17 years old. I am from Frederick, Maryland. I was born in Jutiapa, Guatemala.

4. Since October 18, 2018, I have been in ICE custody; I was transferred to the Cowlitz Juvenile Detention Center on June 3, 2019.

Experience in ICE Custody during COVID-19 Pandemic

5. We eat three meals a day in our pod, me and the other two boys here. We each sleep in our own cell and there are two bathrooms. After dinner, we clean the pod and the bathrooms. We don't share stuff but A███ and I play basketball using the same ball. While we stay 6 feet apart at all other times, when we play basketball it is just like we did before. We wash our hands after playing.

6. In the classroom and in the pod, we stay 6 feet apart from each other. There is no hand sanitizer in the classroom. We all use the same phone. We wash our hands more than before.

7. The staff changes in the afternoon. I don't know if any staff members have stopped working and I don't know if anybody has had symptoms of the virus. All the Washington State kids were released because of the virus. Usually, there are about 10 guys detained and now there are only three of us.

8. I take medications for my mood and sleep problems. Before the virus, I met with the counselor every week and now I can't.

Delays in Reunification Due to COVID-19

9.  I know of no efforts by ICE to release me or to talk to my family about releasing me.

10. I am allowed to contact my relatives and lawyer to ask about my case. It is hard to talk with my mom because we can only call after 6pm and that is after 9pm her time. The facility is not allowing visitors now. My lawyer used to be able to come visit but hasn't since the pandemic started.

11. I made a specific request to ICE for release on April 14, 2020 through a letter emailed by my attorney sent with declarations from my mom and step-dad saying they can take care of me. On April 17, 2020, ICE sent an email to my attorney that said I am a flight risk and a threat to public safety.

12. I feel more frustration now and stronger emotions because it is hard to be away from my family, especially my mom. She had cancer and I worry that if she gets the virus she will die.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of April, 2020, at the Cowlitz County Juvenile Detention Center, Longview, Washington.



I, B████ B████████ B███ certify that my declaration was read to me in Spanish over the phone on April 17, 2020 and I confirmed that everything in this declaration is correct.

_B████ B████████ B███_      _4-17-2020_

Signature of B████ B████████ B███     Date

I, D. Paloma Norris-York, certify that the foregoing was prepared by me on the contemporaneous oral statement of B████ B████████ B███ I declare that I am proficient in the English and Spanish languages and the foregoing was read to B████ B████████ B███ in Spanish before he signed the declaration.

_[signature]_     _4/17/2020_

Signature of D. Paloma Norris-York     Date