# EXHIBIT S

**Declaration of M▮▮ E▮▮ B▮ R▮▮**

I, M▮▮ E▮▮ B▮ R▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is M▮▮ E▮▮ B▮ R▮▮. B▮▮ B▮▮ B▮ is my son.

3. My phone number is (240) ▮▮-▮▮.

4. My home address is ▮▮▮▮ Frederick, MD 21702.

5. I am married to F▮▮ A▮, a U.S. citizen and B▮▮'s step-father. My husband would like to submit a Petition for Alien Relative for B▮▮.

6. While B▮▮ has been at Cowlitz Juvenile Detention Center, we have been unable to visit him and cannot call him on the phone. We must put money in his phone account and wait for him to call me. Sometimes I do not have the money and then he is unable to call me which is very difficult emotionally on both him and me.

7. While B▮▮ has been at Cowlitz, he has changed a lot. He is sadder now and greatly misses me and his brother who lives with me and my husband.

8. Since he learned about the coronavirus, B▮▮ has told me that he is afraid of getting it. He has also told me that he is afraid that I will get the virus and die because I had cancer. He fears that I will get sick and die and that he will not be able to see me or be with me if I get sick.

9. We have space and a bed for B▮▮ in our home and hope he can rejoin the family soon. I will provide for all of his needs here, including food, shelter, and enrolling him in school once schools reopen.

10. Nobody from ICE or immigration has called me to ask if we have a home ready for B⬛ to come to when he is released.

11. We are able to pay a bond, if necessary, for B⬛'s release.

12. I will make sure B⬛ attends all of his hearings with the Immigration Court. I will also make sure he attends any check-ins with ICE and updates his address with the court and ICE if we were to move. I will find an attorney for B⬛'s Immigration Court proceedings.

13. This declaration was read to me in Spanish over the phone on April 17, 2020 and I confirmed that everything in this declaration is correct.

M⬛ E⬛ B⬛ R⬛

---

I, Paloma Norris-York, certify that the foregoing was prepared by me based on the oral statement of M⬛ E⬛ B⬛ R⬛. I swear that I am fluent in Spanish and English and that I read the above declaration to M⬛ E⬛ B⬛ R⬛ in Spanish to the best of my abilities and she confirmed that it is correct. Due to COVID-19 and time constraints, she was unable to sign the declaration.

_____     04/17/2020
Signature                 Date