# EXHIBIT T

**DECLARATION OF X███████ E███████ S██**

I, X████ E███████ S██, declare as follows:

1. This declaration is based on my personal knowledge.  If called to testify in this case, I would testify competently about the following facts.

2. My name is X████ E███████ S██ and I am a minor in custody in the Cowlitz Juvenile Detention Center in Longview, Washington.

3. I turned 17 years old last month, on ███████, 2020. I am from Houston, Texas. I was born in San Luis Potosi, Mexico.

4. Since November 22, 2019, I have been in ICE custody.

Experience in ICE Custody during the COVID-19 Pandemic

5. I am the only girl detained at the Cowlitz Juvenile Detention Center now. Classes restarted this week on Wednesday in a room with computers and a guard. Before the pandemic, we had a teacher in the room with us. The three boys sit at computers about 6 feet apart from each other. Because I am a girl, I sit about 20 feet away. The guard sometimes hands me a pen or pencil during school without wearing gloves or disinfecting it. There is no disinfectant in the classroom. We all use the same phone and I can smell it when the phone has been cleaned off. For the call with my attorney to do this declaration I didn't smell the cleaning solution on the phone so I do not think it had been cleaned recently.

6. In the common room, called "the pod" there is always a guard with me and that person sometimes is within an arm's length away from me, which is the same as before, and is about  2-3 feet. My three meals are served to me in the pod. Sometimes I play cards with the guards; some use disinfectant or wash their hands first and some don't. Another girl came this week for one night and she had a different cell and we kept distance between us. Because of the virus, they

cleared all of the Washington State girls out of the detention center and this one girl only stayed for one night and then left. I have been here alone for over a month.

7.      Last week all the guards started wearing masks; before that, one did. They have never offered me a mask or asked if I would like to wear one. Every night I sweep and then mop the pod and the bathroom. I also clean them. Everyday there is time in the gym, during which it is just me and a guard. We are not allowed to spend any time outside.

8.       Staff shifts are from 7am to 3pm, 3pm to 11pm, and 11pm to 7am. One staff member who worked in my area named Jamie stopped working after the pandemic started. The other guards do not know why she is not working. I do not know of anyone having symptoms of the virus. I heard that the guards take their temperature every time they come to work. But I also know that some people have the virus and don't have symptoms, so I worry we could get the virus anyways.

9.      They put posters up showing us how to wash hands. They told me once or twice that we need to stay 6 feet apart but they don't stay 6 feet from me and they sometimes joke about that rule. The ICE officer for Cowlitz has not come to see us since the pandemic started and we have not heard anything from ICE about what is going on.

10.     To my knowledge, I do not have an underlying medical condition.

<u>Delays in Reunification Due to COVID-19</u>

11.     I do not know of any efforts ICE has made to release me. I know that ICE has not talked to my parents about if I can go live with them if I am released.

12.     I am allowed to contact my relatives and my lawyer to ask about my case but the staff can hear what I say because the door is left open and sometimes they ask me questions about what we talked about. I heard the guards talking about what I was saying to my attorney during my

phone call with her to do this declaration. Before the pandemic, calls to my parents cost money and my parents had to put money in my phone account for me to be able to make phone calls. Since the virus started they are letting me talk for free for 10 minutes and this week for the first time I was able to do a video call with my family because my mom was sick. Thankfully, she is feeling better now. The county kids usually can have their parents visit, just not the ICE kids because our families are all very far. My lawyer used to be able to come visit but she has not come since the pandemic started. Because of the virus, nobody can visit now.

13.     When I was released from state detention two months early for good behavior, I was immediately detained by ICE. I was told that I was detained because I didn't have papers. I think they said something about the right to have a judge review my case. After I had been here for a little while, the ICE officer asked if I knew why I'm here and I told him "because I don't have papers," and he said that was right. He hasn't ever come talk to me about why I am still here or when I can be released.

14.     I made a specific request to ICE for release on April 6, 2020 through a letter emailed by my attorney sent with my statement and letters from my family and staff here in the Cowlitz Juvenile Detention Center. On April 7, 2020, ICE sent an email to my attorney that said I am a flight risk and a danger to the community.

15.     Before the pandemic, I had appointments with the counselor every other week and I was in a support group for girls every week. All of that stopped because of the pandemic.

16.     I am worried about my family getting the virus. My mom was sick and it was upsetting that I couldn't do anything to help her or my family.

I, X████ E████ S████ certify that my declaration was read to me in English over the phone on April 17, 2020 and I confirmed that everything in this declaration is correct.

_____                     4·17·2020
Signature of X███ E███ S███                    Date


I, D. Paloma Norris-York, certify that the foregoing was prepared by me on the contemporaneous oral statement of X███ E███ S███

_____                     4- 17- 7020
Signature of D. Paloma Norris-York            Date