# EXHIBIT U

**Declaration of M███ D█ J███ S███**

I, M███ D█ J███ S███, declare as follows:

1. My name is M███ D█ J███ S███. X████ E██████ S███ is my daughter.

2. X████ is 17 years old and has been detained at the Cowlitz Juvenile Detention Center in Longview, Washington since November of 2019.

3. My phone number is (832) ███-████.

4. My home address is ████████████████████, Houston, Texas 77035.

5. While X████ has been at Cowlitz Juvenile Detention Center, my husband and I have been unable to visit her and cannot call her on the phone. We must put money in her phone account and wait for her to call us. Recently, she has been able to call us for ten minutes free of charge.

6. Her time in detention in Washington State has been very hard for us because we cannot see her and we greatly miss being able to visit her as we were able to do when she was in detention in Texas. Her younger sister and brother also miss her very much. Since arriving there, X████ tells us that she cries more and often has no appetite because she is sad about not being able to have any visits with us.

7. Since she learned about the coronavirus, X████ tells us she is taking precautions to not get the virus. She has shared that she worries about us because we need to continue to work and might get the virus.

8. Nobody from ICE or immigration has communicated with us since the coronavirus started about conditions at the detention center, such as if people there have the virus, or anything about what is being done to protect X████ from getting the coronavirus or what medical care she will be given if she gets the virus. We are afraid to have X████ be in a

place where many workers go in and out of the facility every day and they could become infected and then give the coronavirus to our daughter.

9. We hope she can rejoin the family soon and all of us are eager for her to live at home with us again. We will provide for all of her needs.

10. Nobody from ICE or immigration has contacted us to ask if we have a home ready for X███ to come to when she is released.

11. We are able to pay a bond, if necessary, for X███'s release.

12. I will make sure X███ attends all of her hearings with the Immigration Court. I will also make sure she attends any check-ins with ICE and updates her address with the court and ICE if we were to move. I will find an attorney for X███'s Immigration Court proceedings.

This declaration was read to me in Spanish and I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of April, 2020, in Houston, Texas.



M███ D███ J███ S███

I, M███ D█ J███ S███, declare that this declaration was read to me in Spanish and I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18th day of April, 2020, in Houston, Texas.

__M███ S███_____   __04/18/2020_____
Signature of M███ D█ J███ S███         Date

---

I, Paloma Norris-York, certify that the foregoing was prepared by me based on the oral statement of M███ D█ J███ S███ as translated into English by Antonia Espinosa.

__[signature]_____   __4/18/2020_____
Signature of Paloma Norris-York        Date

### Certificate of Translation

I, Antonia Espinoza, swear that I am fluent in Spanish and English and that I provided Spanish-English translation to the best of my abilities for the above declaration of M███ D█ J███ S███ and that I read the declaration to her in Spanish and she confirmed that it is correct.

__[signature]_____   __4/18/2020_____
Signature of Antonia Espinoza         Date