# EXHIBIT W

## SWORN STATEMENT OF ███████████

B.L

I, ██████████, hereby swear and attest, under the penalties of perjury, that the following is true and correct to the best of my knowledge:

### Initial Intakes

1. We arrived at Berks County Residential Center on March 17, 2020 with our 19-month-old infant. It has been 35 days since we arrived along with other families from the border.

2. After doing our initial medical intake, they placed us with the rest of the families. There were many people staying here at that time.

3. We were first in San Diego for 7 days in another facility. There were so many people in that prison. There were more than 20 people in one room. I was separated from my wife and my child. After we arrived at Berks, they just assigned us a bed along with other families inside the facility.

### Medical Condition

4. As of two days ago, from April 19, there is a father from Ecuador that has been taken into medical isolation by medical staff. Because he has high fever and had problems breathing, he is alone in isolation and his wife and 5-year-old child can only see him through a glass.

5. My child developed a fever since April 14, and his fever lasted for more than 3 days. Now, he is fully recovered, and he is still taking some medication. I do not know what the medication is because the doctor did not explain what is wrong with him or what he has prescribed for him. He also has bumps all over his mouth, the doctor told me there is a virus going around this facility. He also has an infection for two weeks; the fever is on and off though.

6. My wife has not been eating at all, so our attorney referred her to see the psychologist here.

7. We have been taking our child to see the doctor nearly every day for the past two weeks except on the weekends where there is only a nurse who gives medication. There is one doctor for children.

8. No one has tested us for COVID-19, though my son has been breaking in fever for days.

### Social Distancing

9. We were only told once about the importance of taking distance from other families. To be realistic, it is very hard because everyone touches everything. My main concern

B.L

**SWORN STATEMENT OF** ███████████

is the staff more so than the families in this prison because staff do not wear gloves as they come and go to the facility.

10. Specially for our eating situation, they changed the table format about two weeks after our arrival, during the first week of April, I think this was possible only because 5-6 families were released and there was more space because before that, some of us had to eat in the hallway.

## Family Friendly Facility

11. We cannot be with our family except when it's a TV time. You can't go anywhere you want because it's a prison, not a shelter. We need permission

12. We can request to go outside as long as there is a staff member observing us.

## Bilingual Staff

13. None of the staff in this facility speaks Haitian Creole

14. There are two staff members, who seem like their families may be originally from Central American Countries, who speak Spanish and when they are at work. They will help others speak to us. Otherwise, the staff use signs and drawings to speak to us with their hand gestures.

15. The majority of TV programs are in English, but there are three channels in Spanish. There is none in Haitian Creole.

## Availability of PPE, Hand Sanitizer, and Soap

16. I had asked the staff why they are not wearing a mask or gloves; I explained that they are the one who come and go inside the facility, not us. Three weeks later on April 7, the staff started wearing masks, but no gloves except for when they are working in the kitchen.

17. They also gave us a surgical paper-based mask on April 7, but the mask was the same size for adults and infants. I told them the mask covers my son's whole face, but they did not respond.

18. Two days later, they gave us a second mask, which is washable. They told us to wear it for a week, and then they will give us another mask. It has been more than two weeks since we were given the second mask.

19. The staff recently brought posters in the second week of April.

20. The only soap we have access to is the liquid soap, but it gives you rashes and bumps on your body. Every person here has begged the staff to change the liquid soap, but we

**SWORN STATEMENT OF** ▮▮▮▮▮▮▮▮▮▮

have gotten no response. The staff generally won't talk to us, so we use shampoo to clean our hands.

## Cleaning Protocols

21. The people in prison are responsible for cleaning the facility. Besides our regular cleaning of the bedrooms and bathrooms, there is a list with three prisoner's names at any given time. The staff assigns us to clean downstairs where they sit, the living rooms, the shower area, kid's playroom and the kitchen. I was assigned to clean the shower. For one whole day of cleaning after we are assigned, they give us each one dollar per day.

22. I never see the staff clean the hallway or living room, except once at the beginning of April when the people with camera phones arrived. I didn't pay much attention because I was inside my room, but when I got out of my room, I saw them cleaning. Sometimes, staff members spray the toys without using a towel to clean them. I don't know what is inside that spray, but it worries me if it's bleach because my kid puts everything in his mouth.

## Phone Calls

23. We are allowed to have three phone calls per week, 10 minutes each. I don't think they allow every person to do that, some people have to pay.

## Video Recording

24. We were not comfortable during the video recording because we didn't know why they are filming us. The people who came inside with phone cameras were not wearing any mask or gloves.

## Parole Request

25. As of today, I was not given any paper regarding accepting or denying my parole request.

26. We are scared to be here because I can't protect my family from this virus. I brought my family to the United States to seek protection because our country turned its back to us. We weren't safe living in our homeland, and we are in prison now. I never have committed a crime in my life. When they brought us to this prison, they told us they are taking us to see our family and told us we are in California, but then the officer on the phone told us that we are somewhere in the State of Pennsylvania.

27. We tried and tried to tell our fear to the judge, to the officer, but nobody listens. We aren't offered explanations about why exactly we are detained. I am exhausted of thinking what I have done wrong.

## DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am an attorney with Aldea – The People's Justice Center

2. I obtained the foregoing declaration by telephone and utilized an interpreter on Language Line to interpret in the Haitian Creole language.
    B.L

3. On April 19, 2020, I spoke with ▌▌▌▌▌▌ by telephone. I was unable to enter the Berks County Residential Center to meet with this client in-person because of the COVID-19 pandemic.           B.L

4. During my telephone call with ▌▌▌▌▌▌, he confirmed that the information contained in the foregoing declaration is true and correct to the best of his knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.


Executed April 21, 2020 in Reading, Pennsylvania.


Bridget Cambria