# EXHIBIT X

**SWORN STATEMENT BY** ███████████████

E.O

I, ███████████████, hereby swear and attest, under the penalties of perjury, that the following is true and correct to the best of my knowledge:

### Initial Intake

1. After going through the most horrible conditions at the border, we arrived at Berks County Residential Center on March 14, 2020.

2. Before arriving at Berks, we were detained in Hielera (ICEBOX) for 3-4 days. It was very cold there.

3. My daughter and my wife were isolated a couple of days after we arrived at the center. We had initially been placed with the general population.

### Medical Condition

4. Since we arrived at the U.S. border, my 5-year-old daughter and my wife have been sick. My wife was hospitalized in El Paso. My daughter was coughing constantly to the point that she as unable to sleep. People did not want her in their vicinity as they were afraid of becoming infected. My daughter was running a fever and had a sore throat.

5. Twice, my daughter was taken to the hospital outside the facility. After she came back from the hospital, the medical staff put her and her mother in an isolation room in a medical quarter. My daughter was there for three days. The doctors told me she may have been infected by Coronavirus. I was dying of stress, as my daughter has been through a lot since we left Ecuador. She is still taking some medicine. However, I don't know the name of the medication because the doctor did not tell me what he prescribed. I do not know why she is sick.

6. My daughter was tested for COVID-19, and the result was negative at that time. Neither me nor my wife has been tested for COVID-19.

### Family Friendly Facility

7. I am only allowed to see my daughter and my wife in common rooms. I was unable see them when they were in isolation.

8. We are always monitored by the staff as if they are afraid that we will either run away or hide. I have to get permission to shower. The staff wait outside while I shower. I have to ask for permission to go outdoors. I also have to ask for permission to make phone calls that are not free. I usually make these phone calls to the lawyers.

**SWORN STATEMENT BY** ███████

### Dining Setting

9. Everyone now eats in one big room. Earlier, some people used to eat outside in the hallway. When workers serve us food, they wear gloves and mask. They don't wear gloves at any other time.

### Bilingual Staff

10. I am aware of one staff member who speaks Spanish, others only know few words. Not every shift has a Spanish language speaker. The other staff members only say "Bano" or "Yes" or "No" and a few words.

11. The staff speaks in English to us. The problem is that we don't speak English or understand it. Like the other day, my daughter was playing with toys and after she was done playing, I forgot to put one of the toys inside the basket. One of the staff members came and started yelling at me in English, and I couldn't understand what she was saying. This made her even more angry, so she grabbed my ID badge that was hanging from the chair so aggressively that she tore the elastic and the ID. Then another staff arrived and told me in a few words to go and put the toy in the basket.

12. The TV has a few programs in Spanish. Majority of the programs are in English.

### Availability of PPE, Hand Sanitizer, and Soap

13. Staff gave us a paper-based mask that we used for two days. Then the staff gave us a new mask in two days, but the size of the mask for children is the same size as for adults.

14. The staff told us they will give us one mask per week. We haven't received a new mask in more than two weeks.

15. We are not allowed to have gloves when it is not cleaning time.

16. My daughter doesn't want to wear the mask. She cries because we force her to wear it, and the mask is very big for her face. It falls off her face.

17. They brought more hand sanitizer this past week. There were not many before, or the previous one didn't smell like alcohol because it's prohibited in this facility.

### Cleaning Protocols

18. I don't see the staff clean where the families live. They might clean only the space they sit, and I see the staff sometimes spray kids' toys.

19. There is a cleaning sheet in the Berks facility where the staff assign us cleaning duties like common room where there is a TV, or kid's playroom and the bathrooms or the shower.

**SWORN STATEMENT BY** ███████████████████

My wife and I participate in the cleaning program. We get one dollar a day for one day of cleaning.

### Phone Calls

20. Because I arrived at this facility with $100, I have not been able to request free phone calls.

### Video Recording

21. I felt very bad when we were being video recording because I didn't know what this video was for, who would see it and I was separated from my family, so that made me more uncomfortable and scared.

### Parole Request

22. We have not been explained that why we are still detained and why we are not being released, though the judge granted our stay of removal pending her decision on our Motion. We have only learned from our attorney that the government is now saying that we are flight risks.

23. We are not. My wife and I are cooperating with authorities in our case. Our family has a sponsor to receive us. We promise to abide by the rules and procedures that immigration places on us. We are scared and I am very worried for myself and my family here in detention.

## DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am an attorney with Aldea – The People's Justice Center

2. I obtained the foregoing declaration by telephone and utilized an interpreter on Language Line to interpret in the Spanish language. E.O

3. On April 19, 2020, I spoke with ▮▮▮▮▮▮▮▮ by telephone. I was unable to enter the Berks County Residential Center to meet with this client in-person because of the COVID-19 pandemic. E.O

4. During my telephone call with ▮▮▮▮▮▮▮▮, he confirmed that the information contained in the foregoing declaration is true and correct to the best of his knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Reading, Pennsylvania.

_/s/ Bridget Cambria_
Bridget Cambria