# EXHIBIT Y

**SWORN STATEMENET BY** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓

E.G

I, ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓, hereby swear and attest, under the penalties of perjury, that the following is true and correct to the best of my knowledge:

### Initial Intake

1. We arrived at Berks Country Residential Center on March 18, 2020, along with other families. They brought us to this facility from the border after we had to wait in Tijuana for about 5 months.

2. Since we arrived, they haven't isolated us from the general population.

### Medical Condition

3. There is another Spanish-speaking family, who since they arrived here, keeps getting placed in isolation. He was taken to the isolation room again last night because of high fever. Before then, his 5-year-old daughter was in isolation.

4. Since we got here, we have encountered many medical conditions; we started having cold symptoms, and I had sore throat and fever. I also had body aches for about four to five days. My child also started breaking into fever. We had to ask for medication for her fever several times until they gave us some. The doctor kept telling us to give her water. My daughter used to drink Nido formula, but when we arrived here, it was taken away from us; now she has to drink regular milk. She is only 19 months old. Because of her young age, the doctors were hesitant to give her any medication. How can a child this young can't be given any medication, but has to stay in prison during this outbreak of Coronavirus?

5. My wife developed an infection in her ear, to the point that she lost her ability to hear anything, and so she was taken to the hospital outside of this facility about 3 days ago.

6. My child also has the same infection in her ears. My child also has severe hives and rashes on her private parts to the point that she can't use the bathroom. It started when she started drinking regular milk. Her fever lasted about 4 days. She is taking antibiotics now.

7. On the average, we have seen the doctor 7 times for my wife and 5-6 times for my child. The doctor who treats adults and children is the same doctor. The rest are nurses.

8. None of our family members have been tested for COVID-19.

### Social Distancing

9. The only time that the staff told us to stay 6 feet apart from each other was the same day that Immigration guy with camera in his hand came to the facility. The staff also put some bottles with wipes on it around the living room area.

**SWORN STATEMENET BY** ▮▮▮▮▮▮▮▮▮▮ E.G

10. When we got here, we had to sit in dining room with 3 other families on one table; now, since some families left, they allow each family to have their own table. It started to change around 2-3 weeks ago, at the beginning of April.

**Family Friendly Facility**

11. I need permission to go to another floor. The only time you can be with your family is when you request the staff to go to the small TV rooms. But you need to ask for permission to do that. After 8 pm, you can't do anything. It makes sense, as it's a prison.

**Bilingual Staff**

12. I don't know if the staff speak Creole, but I know two of them speak Spanish. The rest use sign language and gestures to speak to us if they need us to do something.

**Availability of PPE, Hand Sanitizer, and Soap**

13. I was never been told that I can request individualized soap or hand sanitizer because I don't believe that to be true. The staff even took away one of Haitians' individualized soap that their family members had sent to them.

14. The staff do not wear any gloves.

15. The first mask we were given was a surgical mask. The staff told us to use it for a week, but it was torn apart after one use. Specifically, the kids torn them apart because they were too big for their faces.

16. After two days, they gave us another mask that we can wash. They didn't say how many times we have to wash it, just that we have to wash them. They said they are going to give us a new one in a week, but it's been more than two weeks. Our masks are not usable anymore, so no one has been wearing their masks for the past 2-3 days.

17. They only give us gloves when it's time for cleaning.

**Cleaning Protocols**

18. My wife cleans the living room, hallway and sometimes kitchen, depending on where she is assigned to clean by the staff on the cleaning schedule sheet. She is given one dollar per day.

19. Usually when we wake up in the morning to do the cleaning of our bedroom and bathroom, there are not many cleaning carts, so we have to wait in line till one family finishes cleaning and then we get to have the cleaning cart. We were surprised that we don't need to wait in line today. On the day that immigration camera man came, the staff woke us up earlier and told us each can get one cart, so we don't need to wait in line, and they told us to clean everything deeply.

**SWORN STATEMENET BY** ▓▓▓▓▓▓▓▓▓▓▓▓▓▓

20. That day was the first day I have seen the staff clean. They also put some posters on the wall and put some bottles next to the telephone station that have wipes and bleach in them. I didn't see the bottles the next day. They were gone. There were only there for two days.

### Phone Calls

21. No, there are no free calls for my family. I saw that some people were given 10 minutes of free calling every week to talk to their family, so when I requested to use the phone for free, the staff replied that unless I had money, I could not make a free phone call.

### Video Recording

22. We were not comfortable when we were being video recorded. People with their children were running away from the camera man. They were all scared. We came here because we are running away from criminals in our country, we thought they are going to put this video on the news, so it would endanger our families' lives, the ones that are still in our home country.

### Parole Request

23. We have never been given any paperwork talking about parole or release.

24. We just want to feel safe. The whole world is scared, and we are in prison. Imagine that you already have lost your country, you go somewhere else to stay alive and seek protection, and then the judge only talks to you for 4 minutes, and everything changes. Now you are the criminal. That's the story of our lives.

## DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am an attorney with Aldea – The People's Justice Center

2. I obtained the foregoing declaration by telephone and utilized an interpreter on Language Line to interpret in the Spanish language. E.G

3. On April 19, 2020, I spoke with ███████████ by telephone. I was unable to enter the Berks County Residential Center to meet with this client in-person because of the COVID-19 pandemic. E.G

4. During my telephone call with ███████████, he confirmed that the information contained in the foregoing declaration is true and correct to the best of his knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Reading, Pennsylvania.

*[signature]*
Bridget Cambria