# EXHIBIT Z

**SWORN STATEMENT OF** ▮▮▮▮▮▮▮▮▮▮

P.M

I, ▮▮▮▮▮▮▮▮, hereby swear and attest, under the penalties of perjury, that the following is true and correct to the best of my knowledge:

1. We are still five families that are here, waiting every day to hear what is going to happen to us during this crisis.

## Initial intakes

2. We arrived on March 18, 2020 at Berks County Residential Center. Before that, we were detained in some facility for over a week. I was separated from my wife and child. I was in a room with 20 or more people. There were so many people coming and going.

3. When we arrived at Berks, they didn't isolate us. There were many people at the time at Berks, and they just gave us our badge and put us next to other families.

4. No one in my family has been tested for COVID-19.

## Medical Condition

5. Since we arrived at Berks County Residential Center on March 18 along with my wife and my two-year-old daughter, my child has been severely sick, and my wife and I have reported it to the medical staff every day since.

6. She has bumps all around her mouth, chin and lips, and sometimes it bleeds. Her throat is severely swollen that she cannot keep any food inside. She has been feverish. Only since this past Monday, March 30th, the medical staff started giving her some medications.

7. However, the medication did not stop the symptoms. On Wednesday, April 1 they took us to an outside facility where we had to wear gloves and masks.

8. The new medication that they prescribed to her on Thursday, April 2, is helping with the bleeding and the bumps.

9. On April 15, my daughter was still sick, and she woke up in the middle of the night crying, so we had to take her to see the doctor again because the bumps don't allow her to breath properly and she has breathing problems.

10. We only met one doctor regularly for our infant. There are some nurses that give the medications, not the doctors. The issue is the doctor and nurses don't tell us what the medication is for and what is wrong with our infant. They just give us the medication and ask us to give it to her. It is stressful for us because they don't communicate why they are giving this specific drug to my child.

**SWORN STATEMENT OF** ███████████

11. My wife has been bleeding non-stop for more than a month. The doctor here told her whoever is in her situation might react similarly, but I'm very worried about my wife because she is lightheaded all the time.

12. I myself can't sleep, as I have been shivering because we can't sleep well due to the fire alarms that start making sounds in the middle of the nights.

13. Last week, one of the adults from other families, drank the milk they serve at the fridge, and he started having rashes and big swollen bumps all over his body. At the same time, my child started coughing blood after drinking the same milk. We looked at the carton, and the milk was expired.

**Social Distancing**

14. Since the one-time individual meeting that we had with one of the staff about three weeks ago, nobody has talked to us about social distancing again. It is quite hard to keep your distance in prison especially if you have an infant because they crawl everywhere and put everything in their mouth.

15. Nobody has yet come to talk to us about this pandemic. There are two recent posters, where one talks about washing hands, and the other one talks about social distancing. They were hung on the wall a couple of days ago. But about 10 days ago before the camera man arrived, they put some extra posters next to the telephone area and where the TV is.

**Family Friendly Facility**

16. There is limitation on our movements inside the facility as, I mean, it's a prison. I cannot be with my child because my child stays with her mother, and the only time that I can be with my child is when we request to go outside. If I want to make a legal phone call from the legal visit rooms or go downstairs, I have to ask for permission; I can't go to dining room when it's not food time. The only place I can go without permission, is from my bedroom to the room that has sofa.

**Bilingual Staff**

17. None of the staff at this facility speaks Creole. There are two staff who speak Spanish. When they are working, other staff use their help to communicate with us, because we understand a bit of Spanish. Otherwise the staff speak English to us, and they expect us to understand what they are saying.

18. The other time, my child was very sick. I saw her having problem breathing, and I tried to go to the room to see if she is ok, and the staff started speaking loudly in English to me, which I didn't understand, and by signing to me with her hands, she showed me I can't go check on my child. It's very hard to communicate when almost none of the staff speak a language we understand.

P.M

**SWORN STATEMENT OF** [redacted]

19. The TV programs are in English, sometimes they put Telemundo channel on which is in Spanish. The only time I saw a Creole language program was when there was a documentary about Haiti.

**Availability of PPE, hand Sanitizer and Soap**

20. Since about a week ago, I noticed they changed the hand soap to a liquid that has alcohol in it.

21. On April 18, they gave each of us a surgical mask that was paper based and disposable, but they told us to use it for couple of days. But every child in the facility tore the masks already, so two or three days later, they gave us a washable mask. The staff didn't tell us how often we should wash them, and they said they will give another one in a week. It's been more than two weeks since then, and we have been using the same mask over and over again. The size of the masks for babies and adult are the same, so it covered my child's whole face and my child has problems breathing, so she refused to wear it. All the parents have mentioned this problem to the staff, but we have received no response from them. Maybe this is because we don't speak a common language.

22. They have not given us gloves to use, except when we get the cleaning cart, there is one disposable glove inside.

23. There are less staff working at the facility as of now. Before, no one inside the facility wore masks, and the only time staff used to wear gloves was when they serve us. Now, they all wear masks, but no gloves.

24. The wipes that have alcohol in it are recent, maybe less than a week. We didn't have access to those before.

25. I was not told that we can request gloves or masks, I thought they only give you cleaning supplies when you deserve them.

**Cleaning Protocols**

26. We are in charge of cleaning the bathroom and bedroom in the morning and the playroom for kids in the afternoon. The only time we are offered gloves is during the cleaning process.

27. The staff only clean where they sit, and sometimes they spray the kid's toys without using a cloth to clean it. I personally clean the living room and kitchen area because my kid plays around and I don't want her to get sicker.

SWORN STATEMENT OF ███████

### Video Recording

28. On Wednesday, one male and one female came inside the facility and started recording us with their camera phone. We didn't want to be recorded because nobody told us what this is about and what is the goal behind these videos. We were not feeling comfortable and we tried to avoid where the camera was pointing.

29. We were afraid because they can easily put the videos of us on social media. We didn't go to eat at the dining room that day because we were afraid the camera man would still be there

### Phone Calls

30. We are allowed to make one phone call for more than 10 minutes or three phone calls a week less than 10 minutes to our family members.

### Parole Request

31. Except the paperwork I received after my hearing that said they are going to deport me; I have not received any paperwork regarding whether they have evaluated us for release. Nobody has spoken to us about our release and I'm terrified, because my uncle and his child have been infected by Coronavirus and all I'm thinking is that what would happen to us now that we are in prison and we can't have proper cleaning routine or distance from other people.

## DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am an attorney with Aldea – The People's Justice Center

2. I obtained the foregoing declaration by telephone and utilized an interpreter on Language Line to interpret in the Haitian Creole language.

3. On April 19, 2020, I spoke with P.M ▉ by telephone. I was unable to enter the Berks County Residential Center to meet with this client in-person because of the COVID-19 pandemic.

4. During my telephone call with P.M ▉, he confirmed that the information contained in the foregoing declaration is true and correct to the best of his knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Reading, Pennsylvania.

_____
Bridget Cambria