# EXHIBIT AA

**SWORN STATEMENT OF** ▮

G.S

I, ▮, hereby swear and attest, under the penalties of perjury, that the following is true and correct to the best of my knowledge:

### Initial Intakes

1. We arrived at Berks County Residential Center on March 11, 2020. It has been 40 days since me, my wife, my 10-year-old child and 30-month-old child are at this facility.

2. Before coming here, we were in another facility in southern California for two days, and then we were transferred to a facility in Los Angeles for six days. In this facility, there were 26 people in one room, with so many others coming and going. Since there was no room to breathe over there, they moved us to the facility where we are now.

3. After we arrived, they put us with the general population from the first day. At the beginning, I was staying with 5 other men in one room. Two rooms used to use one bathroom for a total of 11 men for one bathroom. On Thursday, April 2, after 5 families left the facility, they gave each family one room.

4. Besides the one-time individual meeting, none of the staff have told us to take precautions and stay away from each other, something that is almost impossible given we are in prison. The staff recently put some posters around the living room area that talk about social distancing.

5. These past two weeks, though there has been some changes, to the best of our knowledge, the staff still hasn't talked to us in detail about COVID-19. On Thursday, April 2, they posted one poster on the wall next to the phone in English, Spanish and Creole about washing hands, and there is one poster in Spanish and English in the hallway about social distancing.

6. The only time the staff has taken our temperature was during the initial medical intake. As of today, none of my family members have been tested for COVID-19.

7. There was no hand sanitizer since we arrived here. They recently added those. We only had access to liquid soap.

8. On the day that a guy with camera phone came inside, the staff put more papers on the wall and some bottles next to the telephones.

### Medical Condition

9. Two families left on Monday afternoon, and three families left on Tuesday. There are now five families in this facility. Many people are still sick inside the facility. One of the families that are staying here with us has a child, who is severely sick and feverish. One of the fathers is now in isolation because of a high fever.

G.S

**SWORN STATEMENT OF** ▓▓▓▓▓▓▓▓▓▓

10. My children have some bumps growing around their mouth and inside their throats, and the doctor here told me that there is a virus going on inside the facility. Two other infants here have been struggling with fever.

11. I have seen a psychologist because I started having anxiety issues. I have been having experiencing episodes of panic attacks, and the doctor has prescribed me some medication to be able to sleep since my attorney requested that I have an appointment with him.

12. I am so worried that we might get the virus inside because there are still around twenty people living here, minus the staff.

**Family Friendly Facility**

13. We can only be with our family when we are at the living room. We have to ask permission from the staff if we want to take a shower because one of the staff has to be at the shower area when we take a shower. We also need permission to go downstairs, to go the courts or to use the phone at the legal visit rooms.

**Bilingual Staff**

14. I don't believe any staff here speak Creole.

15. I am aware of only two staff who speak Spanish. If they are on the shift, they help others with translation.

16. The TV channels are mainly in English, and there are some channels in Spanish but none in Creole.

**Availability of PPE, Hand Sanitizer and Soap**

17. Inside the facility, no one used to wear masks or gloves, until about two weeks ago; now the staff wear masks but no gloves.

18. The shampoo they provide us has given my child pimples. On Wednesday, April 1, the doctor finally gave my wife a small bottle of shampoo to use on my child. Her pimples are fading now.

19. As much as I'm aware, all the residents refuse to use the liquid soap because it gives us rashes and pimples. We all use shampoo to wash our hands, body and hair.

20. About two weeks ago, they gave us each one mask, because they said they don't have more to give. Starting at noon on April 7, the staff started wearing masks, but they don't have to wear gloves, how would that protect us from them bringing the virus inside?

21. I asked them how I should put the mask on a 2-year-and-8-month-old baby, and they said it's my own issue and a personal problem. My baby tore the mask after receiving it.

22. When they were giving us the mask, they said they will give us another one in a week.

23. The staff haven't given us any gloves except for when it is time to clean.

**Cleaning Protocols**

24. The staff do not do the cleaning, but instead, the staff lists a name sheet for playroom, hallway, living room and showers, and they assign different families to clean them.

25. The first time I saw the staff were cleaning was the morning before the camera person came into the building.

26. The staff ask you to clean based on when they put your name on the schedule, then they give us one dollar for one day, if you work and clean the bathroom and shower 7 days a week, you can earn 7 dollars.

27. Sometimes the staff wake you up at night to clean your bathroom and bedroom.

**Phone Calls**

28. When we got here, they told us we could have three free calls to our family members per week, each for 10 minutes.

**Video Recording**

29. On Wednesday, April 1, I had just come back from the doctor's office when I saw a man filming me, I told him to please stop it and left the area. My wife was sitting with two other mothers when two people, one male and one female, came inside the room with their phones in their hands. My wife panicked and went inside her bedroom where our child was, but the camera man followed her though she had her back to the camera.

30. All families were devastated because nobody would explain to us why they would suddenly allow some strangers take pictures and videos of our children when we are only here to seek protection from our own government. Nobody knows what happens when these videos and pictures get on the internet. All families refused to go to the dining room to eat for the whole day. The camera man and woman came back the next day. Finally, after two days, one of the staff told us the camera has nothing to do with our immigration proceedings.

**Parole Request**

**SWORN STATEMENT OF** G.S ▮

31. Since we got here, we have not received any paper regarding approval of our parole, or denial. They just don't talk to us about it.

32. We didn't know we were coming to another facility; we were told we are going to be with our family while our immigration process is pending. Now it has been one month and 8 days. I just want the court to know how stressful it is here to hear all the panics on TV and being locked inside, with no control over your health, or your family members. We have never committed a crime. Our only crime was that we wanted a better future for our country, but our country failed us.

33. We are still scared, because it is very important that our identities remain confidential because we escaped our country.

## DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am an attorney with Aldea – The People's Justice Center

2. I obtained the foregoing declaration by telephone and utilized an interpreter on Language Line to interpret in the Haitian Creole language.

3. On April 19, 2020, I spoke with ▉▉▉ G.S ▉▉▉ by telephone. I was unable to enter the Berks County Residential Center to meet with this client in-person because of the COVID-19 pandemic.

4. During my telephone call with ▉▉ G.S ▉▉ he confirmed that the information contained in the foregoing declaration is true and correct to the best of his knowledge and belief.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Reading, Pennsylvania.

*[signature]*
Bridget Cambria