# EXHIBIT CC

# DECLARATION OF A.D.L.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is A.D.L. I am the mother of M.D.D., who is six years old. My daughter and I entered the United States on September 13, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 20, 2020, we have been detained for 220 days.

*My daughter is suffering in detention.*

2. I write this declaration to inform the court that my daughter and I have been detained for 220 days at this detention center. The time that I have been in this place has given me great anxiety. Being locked up has made me feel terrible.

3. It is not easy being detained. I feel constantly reprimanded and unable to do what I want. With time, it has only gotten more difficult being here. They do not give children a chance to be kids and play.

4. I believe that children are innocent and should not be detained. Additionally, the other women in here and I should not be detained because we are not criminals. This place is not suited for children. Currently, my daughter is missing out on the care and love of her family, healthy food, food that she wants to eat, and the ability to be carefree and play at ease.

5. The worst day was when an official yelled at the top of his lungs, "I want you asleep right now!" at my daughter while we were in our rooms playing. She got very scared and hid under me. She couldn't cry, she panicked and couldn't breathe.

6. I have been moved around to seven different rooms while being detained. Each time I am moved I must relearn the specific rules of the different guards and figure out their temperaments. Sometimes the officials can be really angry for no reason. One of the guards had a rule that "food must be made at 8:00 p.m. and at 9:00 p.m. the television and lights must be turned off." This is not a rule in all parts of the center. This relearning can be exhausting and emotionally draining.

7. My anxiety here has made my blood pressure go up, and so the doctors here initially gave me a pill that would make me very dizzy and put me to sleep. I often thought, "I can't take this medication because if I fall asleep, who will take care of my daughter?"

8. I was put on a second medication as a response that was even worse. I had terrible side effects, such as vomiting, goosebumps, and extreme dizziness. The doctors then took me off and said they would try a different medication, but it was never filled. Currently, I am on no medication for anxiety and I feel it just keeps getting worse.

9. My daughter spent 25 days with a cold and a fever. There was even blood coming out of her nose. She also now has a small growth on her neck, and she tells me that it hurts her. In November she had an allergy attack, where her skin became inflamed and red. I took her to the doctor here but did not give me any cream to apply on her skin. I don't know what is wrong with her, and I can't get the right medical care here.

10. I ask the Court to give my daughter and I our freedom and allow us to keep fighting our case from outside of this detention center. I am asking you for your help.

11. Every night my daughter asks me when we will be able to be with her aunt and with her cousin, and when we will be able to leave this place. I pray to God that soon I can tell her the answer is "tomorrow."

12. My brother-in-law and sister are ready to receive me and my daughter in their house. My daughter and I have never been apart she often tells me she cannot sleep without me. I have an incredible bond with my daughter and we often play together. Once released, we plan on attending church together and going to the park together so that my daughter can play with her cousins.

***Immigration officials have made no efforts to release me or my child since we were detained 220 days ago.***

13. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughter has also never been arrested or charged with crime.

14. I arrived to STFRC on September 14, 2019. I had my initial credible fear interview on September 17, 2019 and September 24, 2019. I was issued a negative credible fear finding on September 26, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child, between September 14, 2019 and September 26, 2019.

15. I appeared before an immigration judge on October 3, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child, between September 26, 2019 and October 3, 2019.

16. I don't know of anyone who has been released before their interview or before their immigration court hearing. I know that some families get really sick and have to be taken to the hospital, and they might be the exception.

17. On October 17, 2019, I joined a lawsuit in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

18. Between September 13, 2019 and today, April 20, 2020, no one has ever spoken with me about my child's release from detention.

19. I have provided immigration officials with contact information for my receiving person. My receiving person is my brother-in-law who lives in Virginia. When I arrived at Dilley, I provided my brother-in-law's name and phone number during the intake process. During my credible fear interview I provided the Asylum Officer with my brother-in-law's name and where he lived. My attorney has also provided my brother-in-law's phone number to ICE numerous times.

20. To my knowledge, ICE has only called my brother-in-law a single time since I was taken into custody with my daughter on September 13, 2019, and this was simply to verify my relation to him. They have never called him to facilitate our release.

21. My brother-in-law is ready to purchase a bus or plane ticket for me and my daughter at any time. If ICE calls my brother-in-law today, he can book our tickets for tomorrow.

22. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention with my daughter on September 13, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

23. I am scared because I hope to God that a contagious person, be it an official or someone who comes in and out of the center, does not bring this illness here because I believe it would spread to everyone. I do not believe that my child would have the defense for a virus like this. I fear that if the virus arrives at the center, we would all get sick. I would rather be outside of the center.

24. It is not possible for my family to maintain a distance of six feet from other families while detained. For example, I am often in line for the cafeteria with many other families and once inside I sit at a table in the cafeteria with four other families. Additionally, when my daughter plays outside, she is constantly in the vicinity of, or touching and playing with other children.

25. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

26. My allotted time in the library is from 8:30 AM to 9:30 AM every day, and I get to use the computer for 30 minutes during that time. There are a lot of websites I can't use on the computer, like Facebook or Google. I can only access my email account, which makes it hard for me to do my own research about COVID-19.

27. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

28. During the last 14 days, I have not been offered gloves for myself or my child. We also have not been given gloves.

29. In general, the guards I have seen working in the facility over the last 14 days have worn masks and gloves very infrequently. I have only seen a handful of officials wearing protective gear.

30. All of the families in my corridor share a meal schedule. My family is assigned to eat lunch from 11:00 AM to 11:30 AM. Lunch assignments were first announced on or around April 1, 2020. Despite the new strict schedule, I continue to share a dining table and condiments with different families every day.

31. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned twice per day.

**Declaration of Ixchel López**

I, Ixchel López, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 20, 2020, I spoke with A.D.L. by telephone. I was unable to enter the South Texas Family Residential Center to meet with A.D.L. in-person because of the COVID-19 pandemic.

4. During my telephone call with A.D.L., I read the entirety of the "Declaration of A.D.L." in Spanish. A.D.L. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 20, 2020 in San Antonio, Texas.

_____
Ixchel López