# EXHIBIT DD

DECLARATION OF A.L.V.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is A.L.V. I am the mother of I.G.L., who is 6 years old, and A.G.L., who is 4 years old. I entered the United States with my children on August 28, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 20, 2020, we have been detained for 237 days.

***My children are suffering in detention.***

2. I submit this declaration to let the court know that I have been detained with my children for approximately eight months. Detention has not been easy for us.

3. My daughter has been sick the entire time we have been detained. She has a cough that doesn't seem to go away. I have taken her to the medical unit many times, but they have been unable to help her.

4. My daughter does not eat like she used to. She vomits. There have been three times that rather than coughing up phlegm, she coughed up blood. While detained my daughter has had a fever, eye infection, body allergies, sores in her mouth, and blisters on her body.

5. When I have taken my children to the medical unit I have explained that they do not eat and are not well. The medical staff has told me that if they drink water, they will be fine. I am a mother, and I know that children cannot survive if all they consume is water. I have learned that the doctors and nurses who work in this facility do not think a child's nutrition is important. My children need food, they are small children.

6. In detention my son has lost his desire to go to school. My son has always loved school, and this is a big change in him. When I try to encourage my son to go to school, he bursts into tears. He tells me he feels sad and asks me why we are in jail. He begs me to tell him why we have not been released.

7. Each day my son used to wake up with the hope that the guards would call our names to sign release paperwork and be released. He has lost this hope. He believes we will be detained forever. He is filled with desperation.

8. Every day I am detained, I see my children lose their vitality and curiosity. This morning, my daughter A.G.L. had bread for breakfast. When we got back to our room, she fell asleep on the floor. When it was time for lunch, she did not wake up. I called for her, and she would not get up. I had to carry her to the cafeteria. She wasn't always like this. She used to be so full of energy and laughter. All she wants to do now is sleep. Detention has drained the light from my children.

9. As a mother, I am overwhelmingly sad. I am tasked with protecting my children. I have done everything in my power to love and protect them. But here, I am unable to do anything to ease their pain, to take them out of this place where their world is closing in on them. This process has been very painful.

10. I see the difficulty of detention weigh on me and other detained women. When you are detained, the days blend together, I ask my peers for today's date, and they sometimes do not know either. I see mothers cry outside the cafeteria because their children will only eat tortillas or bread and cheese. My peers tell me they hurt from seeing their children lose so much weight and get sick. We feel powerless.

11. I have trouble sleeping. I stare at the clock at night and see it go from 10pm to 3am. I lay thinking: what have I done to deserve this? My only crime has been to cross a river. My only crime has been to seek safety for my children and myself.

12. I hope that the court will read this declaration and provide a response to help my family.

***Immigration officials have made no efforts to release me or my children since we were detained 237 days ago.***

13. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My son and daughter have also never been arrested or charged with crime.

14. I arrived to STFRC on August 30, 2019. I had my initial credible fear interview on September 3, 2019. I was issued a negative credible fear finding on September 3, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my children, between August 30, 2019 and September 3, 2019.

15. I appeared before an immigration judge on September 19, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my children, between September 3, 2019 and September 19, 2020.

16. To my knowledge, ICE has not released any family from detention while they were pending their credible fear interview or immigration court review hearing, unless they had a very severe medical issue.

17. On September 16, 2019 I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

18. In or around November I was given a written notice that said that my deportation officer would review my case to see if I could be released. The notice said my likelihood of removal, criminal history, behavior in this facility, and history of running away would be reviewed. Like I said, I have no criminal history. I have never gotten into trouble at this facility, and I have never tried to escape from custody. I was never interviewed in conjunction with my custody review, and was never released.

19. Between August 30, 2019 and today - April 20, 2020 - no one has ever spoken with me about my children's release from detention.

20. I have provided immigration officials with contact information for my receiving person. My receiving person is my husband who lives in New Jersey. I provided my husband's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I first arrived to Dilley, I provided my husband's name and phone number again during the intake process. During my credible fear interview, I provided the Asylum Officer with my husband's name and phone number one more time. My attorney has also provided my husband's phone number to ICE numerous times.

21. My husband is ready to purchase a bus or plane ticket for me and my children at any time. If ICE calls my husband today, he can book our tickets for tomorrow.

22. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention with my children on August 30, 2019.

### *I do not believe my family is safe from COVID-19 in detention.*

23. I have seen in the news that COVID-19 is deadly and highly contagious. I do not believe my children and I are safe in STFRC. From what I've seen, most detained families are arranged so that we are still in close contact with each other. I am afraid we will all catch this virus. I am afraid of my children catching this virus, watching them die while having little control or help over their health.

24. It is not possible for my family to maintain a distance of six feet from other families while detained. The restroom in my hall, Hall 3, has not been working for about two months. Families in Hall 3 must visit Hall 4 when they need to use the restroom. I have seen over 10 people use the communal restroom at once multiple times a day. Families that use the Green Gym also use the Hall 4 restroom because it is closer.

25. When we are told it is our time to grab a meal, we are grouped with the families of Hall 4. There is a total of 9 mothers in our hall with 8 children in Hall 3. Hall 4 has similar numbers. When we are escorted to the cafeteria, we are not told to stay 6 feet away from

    each other. In the line for food in the cafeteria, I only remember being asked to keep 6 feet away from other families two times. Besides those two times, I am in close contact with all the families in my group, eating with four other families three times a day every day.

26. A case manager has never had a one-on-one conversation with me about the coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

27. I am currently permitted to use the library from 1:50 p.m. to 3 p.m. every day. My scheduled hours seem to change every week. There are computers at the library, and you are allowed to use the computer for a total of 30 minutes during your scheduled time. Internet access is significantly blocked on the computers, which makes it difficult for me to do my own research about the coronavirus.

28. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

29. During the last 14 days I have attempted to wash my hands and found the soap dispenser empty 2 times.

30. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves.

31. All of the families in my corridor share a meal schedule. These schedules have changed every week, and we are alerted by CoreCivic staff when it is our time to eat. This week my family has been assigned to eat breakfast at 7:30 a.m. and lunch at 11:25 a.m. I have not yet been told about my dinner time. Despite meal shifts, I continue to share a dining table and condiments with different families every day.

32. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned once per day.

## Declaration of A.L.V.

I, Brian Elizalde, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 20, 2020, I spoke with A.L.V. by telephone. I was unable to enter the South Texas Family Residential Center to meet with A.L.V. in-person because of the COVID-19 pandemic.

4. During my telephone call with A.L.V., I read the entirety of the "Declaration of A.L.V." in Spanish. A.L.V. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 20, 2020 in San Antonio, Texas.

_____
Brian Elizalde