# EXHIBIT HH

DECLARATION OF I.M.A.D.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is I.M.A.D. I am the mother of C.F.L.A., who is seven years old. My daughter and I entered the United States on August 24, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 20, 2020, we have been detained for 240 days.

*My daughter is suffering in detention.*

2. I understand the court is investigating the reasons my daughter and I have been detained for so long and considering whether our detention violates the law. I would like the court to know that my daughter and I have suffered very much in detention and continue to suffer.

3. The process we have been forced to go through has not been easy. My daughter has been sick numerous times while detained. She has colds and fever regularly. During this past week, she has been having stomachaches. She does not want to go to the clinic because we have to wait for one or two hours to be seen each time we go. She has been drinking water and chamomile tea that I bought at the store. One month ago, I requested an appointment at the clinic because my daughter has not received any vaccines since we arrived. The clinic's staff told me that they would send me an appointment and they have not.

4. I have also been sick numerous times. I almost always have a headache that never seems to end. I usually don't go to the clinic because sometimes the staff is very rude and we have to wait for one or two hours just for them to tell us to drink water.

5. My daughter does not like the food that they give us here because it has too many spices. She usually eats white rice and tortillas with cheese, and salads. One month ago, they stopped giving us tortillas, cheese and salads, so she has been eating mostly white rice and beans. There are many days that she does not eat. Yesterday, for example, she just had some jelly for dinner. She's been losing a lot of weight. The clothes that were given to us when we arrived here do not fit her anymore.

6. My daughter repeatedly asks me why we are in jail if we have not killed anyone and we are not bad people. She told me "mom, you told me this was a free country, so why are we locked up?" I do not know how to answer her.

7. We have been detained for a very long time. We were detained on my birthday and my daughter's seventh birthday. We were detained on Thanksgiving, Christmas, Valentine's Day, and Easter.

8. Before Christmas my daughter wrote a letter to Santa Claus. I have attached her letter to my declaration. In her letter my daughter told Santa that she was very well-behaved last year. She wrote "I don't want toys. I want to ask you to take me to where my aunt lives". On Christmas, my daughter did not receive toys or freedom.

9. It is very difficult for me to see my daughter suffer the way she is suffering. I am helpless to help her. Before we came here, she was a very active kid. She loved to play with dolls and was very extroverted. She used to be very curious and ask me a lot of questions. Now, she looks sad, confused, has become very quiet and timid. She stopped asking me questions; she just stares at me. She has trouble sleeping. She used to like coloring a lot. Now, whenever she's given coloring books, she just leaves them at the room.

10. We long to be with our family in New Jersey, where we can be safe while we continue to fight our case to remain in the United States. My daughter is constantly telling me that she misses her aunt and her cousin who used to live with us back home and are now in New Jersey. She used to cry a lot after we talked to them on the phone. Now she's just sad permanently.

11. I urge the court for freedom for families like mine.

***Immigration officials have made no efforts to release me or my daughter since we were detained 240 days ago.***

12. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughter has also never been arrested or charged with crime.

13. I arrived to STFRC on or around August 27, 2019. I had my initial credible fear interview on August 30, 2019. I was issued a negative credible fear finding on September 4, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my daughter, between August 27, 2019 and September 4, 2019.

14. I appeared before an immigration judge on October 17, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my daughter, between September 4, 2019 and October 17, 2019.

15. To my knowledge, ICE has not released any family from detention while they were pending their credible fear interview or immigration court review hearing, other than for a serious medical issue.

16. On September 16, 2019 I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

17. Between August 27, 2019 and today - April 20, 2020 - no one has ever spoken with me about my child's release from detention.

18. I have provided immigration officials with contact information for my receiving person. My receiving person is my sister who lives in New Jersey. I provided my sister's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived to Dilley, I provided my sister's name and phone number again during the intake process. During my credible fear interview I also provided the Asylum Officer with my sister's name and phone number.

19. To my knowledge, ICE has not called my sister a single time since I was taken into custody with my daughter on August 27, 2019 to facilitate our release.

20. My sister is ready to purchase a bus or plane ticket for me and my daughter at any time. If ICE calls my sister today, she can book our tickets for tomorrow.

21. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention with my daughter on August 27, 2019.

### *I do not believe my family is safe from COVID-19 in detention.*

22. I am very scared that me and my daughter are going to be infected with COVID-19. I've heard in the news that the numbers are going up every day, and I've also heard that COVID-19 is very contagious. I am very scared that we're going to be infected and we're going to die in detention.

23. It is not possible for my family to maintain a distance of six feet from other families while detained. For example, when we're in the dining room, 8 people are sitting together in the same table. Also, in the bathroom, we are all together brushing our teeth or washing out hands.

24. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

25. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus. No one has never told me how to wash my hands either, there's only a little sign in the dining room.

26. During the last fourteen days, I have attempted to access hand sanitizer and found the hand sanitizer dispenser empty 5 times in the kitchen. During the last 14 days I have attempted to wash my hands at the bathroom outside the kitchen, and almost every time I've found the soap dispenser empty.

27. I have not seen the guards working in the facility wearing masks or gloves over the last 14 days.

28. All of the families in my corridor share a meal schedule. My family is assigned to eat lunch from 11:30 to 12:00, and dinner at 5:20pm. Eating assignments were first announced on or around March 30, 2020. Despite the new strict schedule, I continue to share a dining table and condiments with different families every day.

29. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned once per day.

**Declaration of Nora Picasso**

I, Nora Picasso, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a Staff Attorney with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 20, 2020, I spoke with I.M.A.D. by telephone. I was unable to enter the South Texas Family Residential Center to meet with I.M.A.D. in-person because of the COVID-19 pandemic.

4. During my telephone call with I.M.A.D., I read the entirety of the "Declaration of I.M.A.D." in Spanish. I.M.A.D. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 20, 2020 in San Antonio, Texas.

_____

Nora Picasso

