# EXHIBIT II

## DECLARATION OF J.S.P.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is J.S.P. I am the mother of M.A.S., who is 10 years old. My son and I entered the United States on August 16, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 250 days.

### *My son is suffering in detention.*

2. My son is in very low spirits after being detained here for so long. He is barely eating his food.

3. He is desperate to leave here, and so am I. We are waiting and waiting for an answer.

4. We feel desperate because we cannot go back to Honduras, and we are asking for an opportunity to be safe in this country. I know if we were free from here, we would still be complying with all of our obligations and the law.

5. I am very worried about my son after so much time here. He barely eats and has lost a lot of weight since arriving here. He has been frequently sick with stomach issues and has had diarrhea for the past three weeks, but the clinic here refuses to help him in any way.

6. My son is not the same child as he was before coming here. He is very sad and gets angry more frequently now. He argues with me more than he used to and has trouble sleeping at night. He always stays up until at least one in the morning and asks me why we are still here. He always asks me why we are stuck here when other people have come and gone and says he wishes we never came to this country. I explain to him that we had to come to save our lives but sometimes I feel like it would be better to die than to spend so much time in detention.

### *Immigration officials have made no efforts to release me or my child since we were detained 250 days ago.*

7. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My son has also never been arrested or charged with crime.

8. I arrived to STFRC on August 22, 2019. I had my initial credible fear interview on September 5, 2019. I was issued a negative credible fear finding on September 12, 2019.

1

No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between August 22, 2019 and September 12, 2019.

9. I appeared before an immigration judge on September 26, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between September 12, 2019 and September 26, 2019.

10. On September 16, 2019 I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

11. Approximately four months after I entered immigration custody, I was told my deportation officer would review my case to consider my release. Shortly thereafter, I was told I would not be released because I am a plaintiff in a federal lawsuit.

12. Since March 28, 2020 I know a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. I have been told in this facility that I am pre-diabetic and I don't know why I haven't been released.

13. Between August 22, 2019 and today, April 21, 2020, no one has ever spoken with me about my child's release from detention.

14. I have provided immigration officials with contact information for my receiving person. My receiving person is my friend who lives in Georgia. I provided my friend's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived to Dilley, I provided my friend's name and phone number again during the intake process. During my credible fear interview I provided the Asylum Officer with my friend's name and phone number. My attorney has also provided my friend's phone number to ICE numerous times.

15. To my knowledge, ICE has not called my friend a single time since I was taken into custody with my son on August 22, 2019 to facilitate our release.

16. My friend is ready to purchase a bus or plane ticket for me and my son at any time. If ICE calls my friend today, she can book our tickets for tomorrow.

17. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my son on August 22, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

18. I am very scared to be detained while COVID-19 is spreading because I feel that it is very easy for us to become sick in here. The guards leave and come back and it would be very easy for them to infect us. I'm especially concerned because of the lack of medical treatment here and the fact that there are no medical specialists. I hate to think about what would happen if my son got sick with this virus.

19. It is not possible for my family to maintain a distance of six feet from other families while detained. We always eat together at the table with other families and stand in line with many other people. Families are always outside together and other families we have known for a long time come up to talk to us. The kids always play together and don't know how to keep their distance.

20. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

21. I frequently ask the guards from core civic about coronavirus and the way it might affect us. I try to ask them about policies inside the detention center and ask why they don't hold meetings to give us more information or enforce distancing rules but they never give me an answer and always shrug me off.

22. I am permitted to use the library from 3:10 PM to 4:25 PM every day but sometimes they make us leave after only 20 minutes. There are computers at the library, and you are allowed to use the computer for a total of 30 minutes during your scheduled time but sometimes they cut me off after 10 minutes.

23. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

24. During the last fourteen days, I have attempted to access hand sanitizer and found the hand sanitizer dispenser empty three times.

25. During the last 14 days, I have not been offered a mask or gloves for myself of my child. We also have not been given a mask or gloves.

26. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves.

27. All of the families in my corridor share a meal schedule. My family is assigned to eat breakfast from 6:00 AM to 7:30 AM, lunch from 12:00 PM to 12:30 PM, and dinner from

3

5:40 to 6:10 PM. Eating assignments were first announced on or around April 5, 2020. . We continue to be restricted to our scheduled shift. On April 18, 2020 I attempted to eat after my scheduled shift was over and was told I was not allowed to and turned away. Despite the new strict schedule, I continue to share a dining table and condiments with different families every day.

28. There is a telephone in the trailer where I sleep. I usually only spend a few hours in my room during the day because I feel tormented when I'm stuck in there. I have seen the telephone cleaned two times per day, but it is only sprayed, not wiped down.

*My son does not have access to education.*

29. I'm worried about my son missing so much time out of school. The school here is not a place where a child can grow and learn and now that it's closed my son has nothing to do all day. He tells me all the time that he misses being in school and misses his normal life.

**Declaration of Rosalie Miller**

I, Rosalie Miller, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with J.S.P. by telephone. I was unable to enter the South Texas Family Residential Center to meet with J.S.P. in-person because of the COVID-19 pandemic.

4. During my telephone call with J.S.P., I read the entirety of the "Declaration of J.S.P." in Spanish. J.S.P. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Rosalie Miller