# EXHIBIT NN

## DECLARATION OF M.A.A.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is M.A.A. I am the mother of A.R.A., a 13 year-old girl, and C.A.A., a four year-old girl. My daughters and I entered the United States on August 27, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 238 days.

*My daughters are suffering in detention.*

2. My children are desperate and anxious because we have been indefinitely detained in this place. We'd like to be able to be with our family in Texas and knowing that we are so close to our family and yet cannot be with them has been so difficult for my daughters. My eldest daughter often cries and tells me, "Mom, I just want to study in a real school." I have begged her forgiveness for taking her out of our home, and I have tried to explain to them that it was to save their lives.

3. When my youngest daughter prays at night, she asks God to free us from this place. When I hear this, my heart becomes a lump in my throat, and I tell them that soon God will touch the hearts of the judges deciding our futures.

4. Only God knows what a mother is capable of doing for her children, and after God I look to the court for help. We are honorable people, hardworking people, and my only objective here is to save the lives of my children. I ask the court to understand that we are not bad people, and just mothers trying to save our children.

5. Recently, my eldest daughter has been running to the bathroom immediately after eating. The food here doesn't sit well with her and she always has diarrhea after eating. My youngest daughter hardly eats and always has stomach pain. I am worried she may have a parasite, but the clinic told me they could not do anything about this. Ensuring the health and wellbeing of my children is very important to me and since here we are denied basic medical care, I feel that I can no longer be sure my daughters are healthy.

6. I am managing a very high level of stress, but I know I have to be strong for my daughters, who need my support and everything I have to give. I tell them we have to stay positive and I always try to be strong in front of them but one time my youngest daughter saw me crying and I told her I had a cold so she wouldn't be upset. It seems that our only hope of being released is becoming very sick and this is not fair.

7. My daughters' temperaments have changed as we have been detained for so much time. They always ask me why we are still here and when we can leave. I do my best to distract them and not show them my stress because I don't want it to affect them. My older daughter has seen many friends come and go and the other day she begged me to talk to the lawyers so we could leave like her friends. We just want to be able to continue our lives. I would like to be able to understand the law because it doesn't seem fair that other people leave after only a few days or weeks here. What have we done to deserve this?

***Immigration officials have made no efforts to release me or my children since we were detained 238 days ago.***

8. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughters have also never been arrested or charged with a crime.

9. I arrived to STFRC on August 31, 2019. I had my initial credible fear interview on September 4, 2019. I was issued a negative credible fear finding on September 6, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my children between August 31, 2019 and September 6, 2019.

10. I appeared before an immigration judge on October 3, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my children between September 6, 2019 and October 3, 2019.

11. I don't know of anyone ICE has before their credible fear interview or immigration court review hearing. They might do that only for people who are very sick and have to be transported to the hospital.

12. On September 16, 2019, I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

13. Approximately three months after I entered immigration custody, I was told my deportation officer would review my case to consider my release. Shortly thereafter, I was told I would not be released because I am a plaintiff in a federal lawsuit.

14. Since March 28, 2020, I know a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. Myself and my daughters do not have medical conditions like this, but my daughters are frequently sick and we have a lot of stress and anxiety. It doesn't seem fair

2

that the only way to be released is to have a medical condition. I feel like we are hoping to get sick so we can be free.

15. Between August 27, 2019 and today, April 21, 2020, no one has ever spoken with me about my daughters' release from detention.

16. I have provided immigration officials with contact information for my receiving person. My receiving person is my uncle, who lives in Texas. I provided my uncle's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived at Dilley, I provided my uncle's name and phone number again during the intake process. During my credible fear interview I provided the Asylum Officer with my uncle's name and phone number. My attorney has provided my uncle's phone number to ICE numerous times.

17. To my knowledge, ICE has not called my uncle a single time since I was taken into custody with my daughters on August 27, 2019 to facilitate our release.

18. My uncle is ready to pick us up at any time. If ICE calls my uncle today, he can come to take us home tomorrow.

19. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my daughters on August 31, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

20. I am very worried about being here during the coronavirus pandemic because it would be very easy for my family to get sick. The immunity of my daughters is very low since they have been eating the same basic diet for eight months that doesn't offer any vitamins or nutrition. It's impossible to stay far away from other people here and the medical treatment here is very minimal. They have told us there are no antibiotics available in the facility.

21. It is not possible for my family to maintain a distance of six feet from other families while detained. We have been advised to stay apart from each other, but many people don't listen, so even if I try my best, people will always come up to talk to me and I have to continue to ask them to step back. It's even more difficult with the children because they don't know how to stay far away from each other, and they always play with the same items.

3

22. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

23. During the last fourteen days, I have not had access to hand sanitizer.

24. During the last 14 days, my daughters and I have been given one mask each and been told to use them as we like. We have not been told that we could replace our masks after use.

25. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves.

26. All of the families in my corridor share a meal schedule. My family is assigned to eat breakfast from 5:30 AM to 8:15 AM, lunch from 12:00 PM to 12:30 PM, and dinner from 5:00 PM to 5:30 PM. Eating assignments were first announced on or around April 1, 2020.

27. There is a telephone in the trailer where I sleep. In order to keep my children safe, we usually spend eight hours a day within our room. The officers say they clean the phone every two hours, but I have only seen the telephone cleaned two times per day.

*My daughters do not have access to education.*

28. My daughters are not being given the right to access an education. They should be in school learning and growing but here they can not have a normal education.

**Declaration of Rosalie Miller**

I, Rosalie Miller, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with M.A.A. by telephone. I was unable to enter the South Texas Family Residential Center to meet with M.A.A. in-person because of the COVID-19 pandemic.

4. During my telephone call with M.A.A., I read the entirety of the "Declaration of M.A.A." in Spanish. M.A.A. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Rosalie Miller