# EXHIBIT OO

**Declaration of N.B.G.F.**

1. My name is N.B.G.F. I am from Honduras and fled to the United States to seek asylum. My four-year-old son, J.V.G. and I were picked up by immigration officials on March 10, 2020, in Phoenix, Arizona. We arrived at the South Texas Family Residential Center in Dilley, Texas on March 11, 2020.

2. When we were first arrested by immigration officials, they brought us to a detention center in Arizona; that's where I first started vomiting.

3. I have been detained for about a month and a half in Dilley, and have felt sick this whole time. I have gone to the clinic many times because I felt ill. At first I thought I was pregnant because I hadn't gotten my period for two months. I felt that my blood pressure was dropping. I felt dizzy and weak and started to throw up.

4. I have been feeling headaches for about two weeks. The doctors here gave me Tylenol for the pain and told me to drink water. Three weeks ago I started coughing and feeling feverish. The doctors told me I didn't have a fever, and to drink a lot of water. I also went to the clinic for diarrhea two or three weeks ago.

5. I have continued vomiting for weeks. About two weeks ago, I got so nauseous I barely ate for five days, and started to feel very weak. A guard noticed I was unwell and gave me bags to vomit into. That same day I realized that I was struggling to breathe. I told the doctors here that I couldn't breathe, and they gave me some pills for the vomiting, as well as Vicks, and nose drops.

6. On the evening of Thursday, April 16, I got violently ill again. I started vomiting and I fainted. I was coughing non-stop and also felt feverish. That day, I also had a headache and full-body pains, and my hands suddenly started shaking. Some guards brought me to the clinic in Dilley around 9:30 p.m. I was there for about 3-4 hours. I talked to a doctor and they gave me pills for the fever.

7. Around midnight, still on April 16, 2020, a guard said "senora, get up time to leave." A guard grabbed me forcefully by the upper arm to pick me up, and my arm still hurts from that. My back has been hurting since. I told the guards I was still feeling badly but they said we had to go.

8. Very early in the morning on Friday, April 17, 2020, the guards took me to the office where they hold people's belongings. I had to sit there and wait for about an hour. They gave me and J.V.G. each a mask, then J.V.G. and I were put on a regular-sized bus with many other families and brought to the San Antonio airport, about 1.5 hours away. There

we waited many hours and then boarded a plane with many other people. During this entire time I was not wearing a mask. And up until I left the facility on April 17, 2020 in the middle of the night, I was mixed in with the general population at the facility.

9.  During all of this time, I was feeling so sick I could not focus on what was happening. I cannot remember the other passengers, or how long the flight was. I coughed the entire flight. I asked three different officers who were escorting us on the flight for help, or pills, because I was feeling very dizzy and my head hurt. They all ignored me.

10. When the plane landed, an official pulled me and one other family off the plane. Some officers sat me down on the stairs of the tarmac, and someone took my temperature. The official told me to sit there and wait, that they were going to take me to the hospital. I sat there while they took the other mother out to an ambulance, and then waited 20-30 minutes more for the ambulance that came for me. They had me lay down on the stretcher, and put a lab gown and a mask on me.

11. They brought me to a *casa de campana*, or field hospital, next to the hospital itself. It was a tent-like structure with plastic underneath. There seemed to be some kind of cloth divider separating areas of the field hospital. I didn't see any other patients there, just the person who was attending to me. She checked in on me often, gave me pills for my headache and fever, and checked my temperature frequently. A doctor came in to consult with me, but I was feeling so poorly that I couldn't concentrate on what he said.

12. The woman who was attending to me-- I think she was a nurse-- said, "I am going to give you a coronavirus test," and warned me it would be uncomfortable before inserting a cotton swab down each nostril. I was there for about 2-3 hours, and then the nurse told me "Let's go, they are coming for you." She prescribed me Tylenol and gave me gloves to wear in addition to the mask and gown. The official who had brought me to the hospital sent one of her coworkers to a CVS to pick up the prescription. The doctor did not tell me the results of the test.

13. I was put into a car with three people—two men and a young woman, and we drove for about 7 hours. They were all wearing normal clothes under transparent lab gowns, as well as masks and gloves.

14. They brought us back to the family residential center in Dilley. I went through the same intake process as when I had arrived the first time, in the same intake building office as I had been in the first time. I had a medical check-up, was issued new clothing, and had my belongings checked back in. A lot of the process was a blur. I was so sick, I do not remember the specifics. I remember some of the officers I interacted with were wearing

masks, and others were not. I could also hear some officers coughing behind the cubicle walls of the intake building.

15. Eventually we finished the process and the officers had put my things in a wagon. They told me pull it to our room. I was very sick and my back hurt a lot and I felt like I could barely pull it. I had not slept all night. They told me that I would be living in the Blue neighborhood because I needed to be in quarantine.

16. They brought me back to medical a little later that day. An officer accompanied me to the clinic. There were no other families in the clinic, just me. Some of the doctors were wearing masks and gloves. I was still coughing a lot, to the point where I thought I was going to throw up or faint. They took my temperature and I did have a fever. I also received cream for my back pain. They told me to drink a lot of water.

17. There are about 7 or 8 families in our hallway of the Blue neighborhood. There are about 10 rooms in each hallway, and 4 hallways in the entire neighborhood. A guard told me today that there are two hallways in which there are no families. As of April 20, 2020, I have been here for three days, and I have not seen any new families arrive here.

18. I am only allowed out of my room when I go to the bathroom. We're not allowed to walk around the hallways. The guards tell me I'm not allowed to leave because they don't know if the other families are sick, and that if J.V.G. and I feel well in 14 days we will be transferred to a different hallway. There are common rooms in the hallway, like a play room for the kids, but we're not allowed to use it. The guards bring us food three times a day. If we have any special requests for food, like milk or juice, we have to ask the guards to bring us that food.

19. On April 20, 2020, I called the phone number of one of the Dilley Pro Bono Project legal assistants at around 1 PM. She said she would send me an appointment to speak with her on a legal phone call at 3 PM. I received the paper with the notification of the appointment. I asked if I would be able to leave the blue trailer to talk to her from the visitation trailer phones and one of the guards told me I would not be allowed to leave because I was in quarantine, and that they would give me a phone. It was almost 4 PM when a guard brought me into a small room in their office, with the door open, and said I would have just 2 minutes to talk. When we spoke, I gave her the names and information of some other families who are here in the blue neighborhood. I knocked on the doors of their room and collected their information-- the guards didn't notice me. Since they have been in quarantine for so long, they have had no way to talk to a lawyer. The way that you can ask for legal help from the Dilley Pro Bono Project is by going to the legal visitation trailer and signing up for an appointment. When families are not allowed out of

their room, they are unable to go and sign up. I was lucky because I was able to make contact with the lawyers before I was in quarantine and received a direct phone number for the lawyers when we started to work together.

20. I have seen the officials here in Blue neighborhood cleaning the doors, but never the phones. The bathrooms are communal. Sometimes there are other families in the bathroom at the same time as me; we chat as we go about our business. The bathrooms are neither big nor small, but it always feels like the other families are too close. We sometimes use the sink one after another, and there is no one to clean it in between uses. There is soap in the bathroom and at the sink in our rooms, but no hand sanitizer. We don't have cleaning products either.

21. When I returned to Dilley after being taken to the airport, the guards told me to throw away my gloves. I have not been given new gloves. I have been wearing the same mask I was given on Friday, April 17, 2020. Both the guards here in the Blue neighborhood and the mothers and children wear masks.

22. My son is not wearing his mask because he got it dirty. I noticed the dirt on Friday during our admission process, and threw out the dirty mask. One of the officials asked me if I wanted another one. I said yes, but I still haven't gotten a replacement. J.V.G. has been going around without a mask for three days now. I have seen the other families wearing masks, but I don't know how old they are. I haven't seen much of the other families here.

23. Such a long time in detention was having a negative effect on my son before we were quarantined. He started peeing his pants last week, which he has not done for a very long time. Here in the blue neighborhood, we spend almost 24 hours of the day alone in our room. My son is losing his mind in such a restrictive place. He has become inconsolable and aggressive. He is always complaining, yelling about how he wants to go to the park, or be with his dad; he says he wants to play with his siblings and friends outside; he kicks the wall often, hurting himself in the process; he hits me and tells me I'm a bad mom; and inevitably starts to cry. He doesn't stop until about 11 p.m., and often complains of headaches. This has been very hard for me, because I have been so sick, for a long time.

24. I also feel very depressed. I have suffered from depression since about 2003. I feel even more desperate now, especially since my son is having such a hard time.

Declaration of Mackenzie Levy

I, Mackenzie Levy, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant and Family Separation Coordinator with the Dilley Pro Bono Project, where I have worked since August 2018.

2. I am fluent in the Spanish and English languages.

3. On April 20, 2020, I spoke with N.B.G.F. by telephone. Given the COVID-19 pandemic, I was unable to enter the South Texas Family Residential Center to meet with N.B.G.F. in-person.

4. During my telephone call with N.B.G.F., I read the entirety of the "Declaration of N.B.G.F." in Spanish.

5. I swear under the penalty of perjury that N.B.G.F. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 20, 2020 in San Antonio, Texas.

_____
Mackenzie Levy