# EXHIBIT PP

# DECLARATION OF R.L.A.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is R.L.A. I am the mother of N.C.L., who is nine years old. My daughter and I entered the United States on September 9, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 226 days.

*My daughter is suffering in detention.*

2. My daughter asks me when we will be able to leave here. She tells me that she doesn't want to be here anymore, and that she just wants to be a complete family, with her father, her little sister, and her mother all together. She tells me that she misses them so much.

3. My daughter has bacteria in her stomach and has been taking medication for it for weeks, but her stomach still hurts. When I brought her to the clinic a month ago, they said they would check in with her in two weeks; now four weeks later, I still haven't received a follow-up appointment.

4. My daughter has become very depressed in detention and has gotten much worse ever since we became the only family in our room. She was suffering before, but she could distract herself a little bit by playing with the other kids in our room; but now we are the only family in the room. She asks me every day why we can't leave, telling me she doesn't want to be here. Not a day goes by that she doesn't cry here.

5. I believe children should not be detained, because of all the sickness here. Also, they are losing a lot of classes. They are not criminals; they haven't done anything. Children are the souls of God and shouldn't be suffering like this. I am worried that my daughter will suffer mental trauma. It is very unfair what ICE is doing to us.

*Immigration officials have made no efforts to release me or my child since we were detained 226 days ago.*

6. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughter has also never been arrested or charged with crime.

7. I arrived to STFRC on September 11, 2019. I had my initial credible fear interview on September 13, 2019. I was issued a negative credible fear finding on September 28, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between August 29, 2019 and September 28, 2019.

1

8. I appeared before an immigration judge on October 17, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between September 28, 2019 and October 17, 2019.

9. On October 17, 2019, I joined a lawsuit in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

10. Approximately three months after I entered immigration custody, I was told my deportation officer would review my case to consider my release. Shortly thereafter, I was told I would not be released because I am a plaintiff in a federal lawsuit.

11. Since March 28, 2020 I know a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. I have a medical condition. Specifically, I have severe headaches and have been experiencing pain in my left arm and left leg for about three weeks. My leg hurts so badly that sometimes I can barely walk. Sometimes my back hurts when I breathe. I get dizzy very quickly when I am standing up and feel like I am about to faint. One time I felt that way I went to the clinic and the doctors did a test and said it wasn't a problem with my heart but that it could be stress. A few days ago I developed itchy, burning blisters under my mouth, which have been spreading. I do not know why I have not been released.

12. Between September 9, 2019 and today, April 21, 2020, no one has ever spoken with me about my daughter's release from detention.

13. I have provided immigration officials with contact information for my receiving person. I gave my brother's contact information to the asylum officer who conducted my credible fear interview. Earlier this month, my lawyers emailed ICE the information of my new sponsor, a friend.

14. To my knowledge, ICE has not called my brother nor my friend a single time since I was taken into custody with my daughter on September 9, 2019 to facilitate our release.

15. My friend is ready to purchase a bus or plane ticket for me and my daughter at any time. If ICE calls my friend today, she can book our tickets for tomorrow.

16. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my daughter on September 11, 2019.

*I do not believe my family is safe from COVID-19 in detention.*

17. I am afraid to be detained primarily because of the coronavirus and also because my daughter and I feel very weak. I am afraid that we will both die if we get sick because we have no strength to go on; and because the medical care here is so poor. Maybe they would offer us a vitamin, but usually the doctors do nothing to help when you are sick.

18. It is not possible for my family to maintain a distance of six feet from other families while detained. We end up closer than six feet from other families in the cafeteria, the bathrooms, and the hallways. My daughter still plays with other kids at the park, and they are impossible to keep apart. I am worried that she might get sick, but I am also worried that her mental health will be affected even worse if she's not allowed to play with other kids.

19. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me. Last week, I went up to a guard in my hallway who works for Core Civic to ask why we have to be separated from other families in our rooms when we all intermingle anyway in the cafeteria. The guard told me, "You have to be apart; it's the rules, we don't know why." That didn't really answer my question.

20. I am permitted to use the library this week from 5:30-6:00 PM every day. That is the same time frame in which they offer knitting, so I have to choose between occupying myself or letting my daughter use the video games on the computer. You are allowed to use the computer for a total of 30 minutes during your scheduled time. You are not allowed to use any form of social media, such as Facebook, on the computers. You are also not allowed to get on You Tube or Google to do internet searches. The only thing you are allowed to access is your email account. These realities, and the struggles of trying to keep my young daughter occupied during lockdown in a detention center, have made it difficult for me to do my own research about COVID-19.

21. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

22. During the last 14 days I have attempted to wash my hands and found the soap dispenser empty twice.

23. All of the families in my corridor share a meal schedule. My family is assigned to eat lunch this week from 11:45-12:15 and dinner from 5:45-6:15; breakfast is not scheduled. Eating assignments were first announced about three weeks ago. Despite the new strict schedule, I continue to share a dining table and condiments with different families from different hallways every day.

24. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned once a day; sometimes less, depending on the guards working that day.

**My daughter does not have access to education.**

25. My daughter used to go to school every day in our country. She loved math, Spanish, and being with her friends. Even when they were still conducting classes here in the detention center, the teacher just put her on the computer every day, and she wasn't really studying. Nevertheless, she has been stressed ever since they canceled school because she doesn't see the other kids as much.

26. They have been giving my daughter homework packets weekly for about two weeks. It's a thin little notebook, with only about 5 pages; she usually finishes it within two days. It's mostly drawings and just a couple semi-educational matching exercises. I don't feel like she's learning anything. No one has come by to retrieve the packet she completed two weeks ago.

**Declaration of Mackenzie Levy**

I, Mackenzie Levy, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with R.L.A. by telephone. I was unable to enter the South Texas Family Residential Center to meet with R.L.A. in-person because of the COVID-19 pandemic.

4. During my telephone call with R.L.A., I read the entirety of the "Declaration of R.L.A." in Spanish. R.L.A. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

Mackenzie Levy