# EXHIBIT TT

**Declaration of Y.E.S.**

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is Y.E.S.  I am the mother M.I.E. who is fifteen years old. My daughter and I entered the United States on September 17, 2019 to seek asylum.  We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 218 days.

2. On Thursday, April 16, 2020, one of the guards in my corridor was recruiting women who had children twelve years old or older to make facemasks.  Because my daughter is fifteen years old, the guard approached me and asked me if I wanted to sign up to make facemasks.  I felt very intimidated and felt as if I couldn't really say no.  As I paused, the guard wrote my name down on her list.

3. On Friday, April 17, 2020, at around 1:00pm the women who had been placed on the list to make facemasks were called to a meeting in the chapel.  There were about twelve to thirteen mothers there. We sat in the chairs set up for us. The chairs were right next to each other, not six feet apart.

4. At the meeting, a woman I had never seen before who was wearing normal clothing, and not one of the guard uniforms, explained that we were going to be making facemasks. First, we would be making them for ourselves and our children. Then, we would make them for other families detained in Dilley. Next, we would make them for people detained in other detention centers.  There was tall man in normal clothing that was also at the meeting, and I overheard him say to someone else that we would be making 1,500,000 facemasks.

5. The woman explained that there would be two mask-making shifts a day, each for three hours. The first shift would run from 8:30 to 11:30 am, and the second shift would run from 12:30 pm to 3:30 pm.  We were told mask production would take place in chapel.

6. The woman told us that we were going to start making masks on Monday, April 20, and that on that day we would be instructed how to make the masks.  She explained that they only had one sewing machine right now, so that only one mother would be sewing at a time.  The other mothers would then be involved in an assembly line.  The woman told us that they were going to get more sewing machines soon, and once we got those machines, more mothers would sew.

7. The woman told us that we would be paid $3 per shift, or $1 per hour.  She also told us that we could only work one three-hour shift per day because we are not allowed to be paid more than three dollars a day.

8. The woman told us that a company had made an agreement with ICE in order for us to make the facemasks. I am not sure of the name of the company, but I think the woman said it was called PRAGNA.

9. On Saturday, April 19, 2020, around 10:00 am, we were all called to another meeting. At that meeting, we again sat in chairs that were set up for us. The chairs were side by side, and not six feet apart. The individual who lead the meeting was a man dressed in regular clothes who I have seen in the dormitory area before. We were given a contract to sign. The contract explained that we would be making facemasks, and that if we hurt ourselves while sewing, we would have to report it. I don't remember the other things the contract said. After I signed the contract, they did not give me a copy.

10. On Monday, April 20, 2020, I attended my first afternoon sewing shift. There was no training, as we had been promised. Instead, one mother who had worked in the morning shift was there and showed us what to do. There were four of us working in the afternoon shift.

11. My assigned task was to cut the fabric for the masks. The fabric that we are given to make masks comes from old shirts previously worn by mothers who were detained here, that have been released. On one side of the mask is white fabric from a white t-shirt, and on the other side of the mask is fabric from a colored t-shirt.

12. There were two of us cutting the fabric. The two of us sat at the same table, and we sat side by side.

13. While I working my daughter was at the gymnasium. That is where most of the children were while the mothers were working.

14. During my work shift I was hunched over a table for three hours cutting fabric. We were not given any water during that time, and there was no bathroom in that building. We were watched by a guard who was watching us the whole time. While we worked, I noticed a lot of different people come in to the chapel to watch us work. We did not have masks or hand sanitizer while we were working.

15. I think this is too much work for too little pay. But I am in a difficult situation. There are many things we need here that are not given to us, but that we must purchase at the commissary. For example, I buy my food for my daughter, so she has something to eat when she gets hungry at night when the dining area is closed.

## Declaration of Stephanie M. Alvarez-Jones

I, Stephanie M. Alvarez-Jones, hereby declare under penalty of perjury as prescribed in 28

U.S.C. § 1746:

1.      I am a Staff Attorney and Justice Catalyst Fellow with the Dilley Pro Bono Project, where I have worked since September 2019.  I am an attorney licensed to practice in the State of New Jersey.

2.      I am fluent in the Spanish and English languages.

3.      On April 21, 2020, I spoke with Y.E.S. by telephone. Given the COVID-19 pandemic I am unable to enter the South Texas Family Residential Center to meet with Y.E.S. in-person.

4.      During my telephone call with Y.E.S., I read the entirety of the "Declaration of Y.E.S." in Spanish. Y.E.S. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

Stephanie M. Alvarez-Jones