# EXHIBIT UU

**Declaration of Y.O.T.**

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is Y.O.T. I am the mother V.L.O., who is 17 years old, and D.L.O., who is 14 years old. My daughters and I entered the United States on August 19, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 246 days.

*My children are suffering in detention.*

2. My children are doing very poorly in detention. They do not eat and they do not sleep. They are smart girls, but they are forced to spend most of their days doing anything they can to entertain themselves after they complete their schoolwork. They do not have the stimulation that teenagers need to grow and learn.

3. My daughters dream of studying here, learning English, and become the best versions of themselves. I ask the court not to let their dreams die in this jail.

4. My daughters and I were forced to flee our country because of death threats, and we are terrified of going back and fear for our lives.

*Immigration officials have made no efforts to release me or my children since we were detained 246 days ago.*

5. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughters have also never been arrested or charged with crime.

6. I arrived to STFRC on August 30, 2019. I had my initial credible fear interview on September 4, 2019. I was issued a negative credible fear finding on September 5, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my children between August 30, 2019 and September 5, 2019.

7. I appeared before an immigration judge on September 23, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my children between September 5, 2019 and September 23, 2019.

8. On September 16, 2019, I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

9. Approximately three months after I entered immigration custody, I was told my deportation officer would review my case to consider my release. I was told I would not be released because I am a plaintiff in a federal lawsuit.

10. Since March 28, 2020 I know a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. One of my daughters has a medical condition. Specifically, she has ovarian cysts that have not been properly treated because I have been told that she needs to see a specialist and can receive treatment once we leave. However, we have been here for so many months, I worry she is losing time to receive treatment. I do not know why we have not been released.

11. Between August 19, 2019 and today, April 21, 2020, no one has ever spoken with me about my children's release from detention.

12. I have provided immigration officials with contact information for my receiving person. My receiving person is my brother who lives in Missouri. I provided my brother's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived at Dilley, I provided my brother's name and phone number again during the intake process. During my credible fear interview I provided the Asylum Officer with my brother's name and phone number. My attorney has provided my brother's phone number to ICE numerous times.

13. To my knowledge, ICE has not called my brother a single time since I was taken into custody with my children on August 19, 2019 to facilitate our release.

14. My brother is ready to purchase a bus or plane ticket for me and my children at any time. If ICE calls my brother today, he can book our tickets for tomorrow.

15. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my children on August 30, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

16. I have a great fear of being in the center during coronavirus, especially for my daughters. My older daughter in particular because she has been sick before in her life. When she was 11 years old, she had a number of medical problems including gastritis. When we arrived at the center, she began having problems with her ovaries. At first, we were told by the doctors here that her pain was normal for women. Only

when the pain continued, and we insisted on more treatment, did we discover that she had ovarian cysts. Given the lack of medical treatment we have received here, I worry about what will happen if one of us contracts coronavirus.

17. It is not possible for my family to maintain a distance of six feet from other families while detained. Every day, we wait in lines outside of the dining hall with other families to go eat our meals. After we enter the dining hall, we share tables with other families and share items on the table like salt and sauce.

18. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

19. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

20. During the last fourteen days, I have attempted to access hand sanitizer and found the hand sanitizer dispenser empty every time.

21. During the last 14 days, I have not been offered or given gloves for myself or for my children. When I have asked for cleaning supplies to help disinfect my room, they tell me that they do not have them.

22. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves. The guards and officials come and leave from the center every day. I am fearful that they will bring the virus with them to the center, especially because they do not wear the proper protective equipment.

23. All of the families in my corridor share a meal schedule. My family is assigned to eat lunch from 12:15 pm to 12:45 pm and dinner from 5:30 pm to 6 pm. There is no schedule for breakfast, which means there are many families in the dining hall at once to eat. Eating assignments were first announced at the beginning of April. A week later, we were told by Core Civic that we could once again go to eat any time the dining halls are open. However, since that time, we continue to be restricted to our scheduled shift. Despite the new strict schedule, I continue to share a dining table and condiments with different families every day.

24. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned only one time per day. In order to keep my children safe, we usually spend 20 hours a day within our room—we almost never leave.

**Declaration of Emma Leibowitz**

I, Emma Leibowitz, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with Y.O.T. by telephone. I was unable to enter the South Texas Family Residential Center to meet with Y.O.T. in-person because of the COVID-19 pandemic.

4. During my telephone call with Y.O.T., I read the entirety of the "Declaration of Y.O.T." in Spanish. Y.O.T. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Washington, D.C.

_____
Emma Leibowitz