# EXHIBIT VV

**Declaration of A.C.O.**

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is A.C.O. I am the mother of J.D.S.O., who is eleven years old. My son and I entered the United States on August 24, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 242 days.

2. I submit this declaration because my son and I are desperate to leave this place. When we arrived, we were told we would be here maximum twenty to thirty days, and we have now been here 242 days.

*My son is suffering in detention.*

3. I don't think it is fair that my son has been detained here for so long. My son barely eats anything. He suffers when he is eating; he struggles to sleep at night, and wakes up frequently. He tells me he doesn't want to be here anymore, in his bed, eating this food. He has been crying a lot that he doesn't want to be detained.

4. If I wasn't so terrified of going back to my country, I would have gone back already. But I have to keep fighting for my son and asking God to give me the opportunity to stay in this country with my son. When J.D.S.O. tells me he doesn't want to be here anymore, I tell him we can't go back to our country, but he is too young to understand. He just begs me to leave.

5. I think the detention is making my son sick. He has developed big blotches of discoloration across his face, and nothing the doctors have tried here have helped. I hope it is only a reaction to the stress, and not something more serious that could compromise his immune system. I worry a lot about him, and wish I had the freedom to get a second opinion about his health.

6. I am trying to stay strong for my son, but I spend every day in pain due to a cyst I have in my ovary that requires surgery. The doctors here told me that there is nothing they can do for me and that since I had this problem since before I came here, they don't need to take care of it.

*Immigration officials have made no efforts to release me or my child since we were detained 242 days ago.*

7. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My son has also never been arrested or charged with a crime.

8. I arrived to STFRC on August 27, 2019. I had my initial credible fear interview on August 30, 2019. I was issued a negative credible fear finding on September 3, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between August 27, 2019 and September 3, 2019.

9. I appeared before an immigration judge on September 18, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between September 3, 2019 and September 18, 2019.

10. On September 16, 2019 I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

11. Approximately three months after I entered immigration custody, I was told my deportation officer would review my case. I don't remember ever hearing from them about what their decision was.

12. Since March 28, 2020 I know a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. I have a medical condition. Specifically, I was diagnosed with an ovarian cyst in May 2019 in my home country and told that I would probably need surgery. I have been in pain for many months from this cyst, but the doctors here keep telling me that they can't do anything for me because this was a condition that I already had when I came in. Today I am feeling chest pains and I feel like I can't breathe. I am dizzy, nauseous, and sometimes my vision blurs. I was also diagnosed with pre-diabetes in March. I am taking two pills a day.

13. My son also has an eye infection; they have been red and itchy for over two months. He sometimes cries at night from the pain. I brought him to the doctor when the infection first developed, who said it was just an allergy. I brought him back to the clinic three weeks ago, and the doctor who examined him said he would need to see a specialist outside of detention. The doctor said they wouldn't be able to bring him to a hospital to consult a specialist because he could catch coronavirus. I am worried that he might still catch coronavirus inside detention, and that if he does, he would already be sick and vulnerable in this condition.

14. I do not know why we have not been released. I am afraid that eventually I will get so sick that I won't be able to take care of my son; I don't know who will watch him if I am sick.

15. Between August 24, 2019 and today, April 21, 2020, no one has ever spoken with me about my child's release from detention.

16. I have provided immigration officials with contact information for my receiving person. My receiving person is my brother who lives in New York. During my credible fear interview I provided the Asylum Officer with my brother's name and phone number. My attorney has provided my brother's phone number to ICE numerous times.

17. To my knowledge, ICE has not called my brother a single time since I was taken into custody with my son on August 24, 2019 to facilitate our release.

18. My brother is ready to purchase a bus or plane ticket for me and my son at any time. If ICE calls my brother today, he can book our tickets for tomorrow.

19. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my son on August 27, 2019.

### *I do not believe my family is safe from COVID-19 in detention.*

20. It is not possible for my family to maintain a distance of six feet from other families while detained. We all sit eight people at a table in the cafeteria. My son still goes out and plays with other kids inside the detention center; it is hard to keep him away because I know that he would suffer even more without friends in detention. There are always guards coming in and out of my room and they rarely keep six feet away from me.

21. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

22. About three weeks ago, I asked an official named Cerna why we are all together to eat, with up to eight people at a table. "How are we supposed to be distancing?" I asked. The guard said, "We don't have anything to do with the cafeteria, but the orders are that there can't be more than 10 people at each table." I don't think this addressed my concern.

23. I am permitted to use the library for 30 minutes a day, and only between the hours of 3:10 to 4:25 PM. There are computers at the library, and you are allowed to use the computer for a total of 30 minutes during your scheduled time. What we can use on the computers is very limited. You are not allowed to use any form of social media, such as Facebook. The only thing you are allowed to access is your email account,

and the kids can listen to music or play computer games. This makes it hard for me to do research about the coronavirus.

24. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus. Only within the last week have the officials hung up posters in my room about coronavirus-related hygiene.

25. Many of the guards who work in my hallway also work in the cafeteria. Many of them take the cards from families to scan them in. It is rare to see one of them wearing masks. After and between mealtimes, they come back to the hallways for the rest of their workday. The vast majority of the guards I've seen in the facility have not been wearing masks; none of them wear gloves.

26. Three or four days ago the guards were handing out masks for us "if you want." I asked how often they would be replacing them, and the guard said, "I don't know." I have not been offered a replacement mask yet.

27. All of the families in my corridor share a meal schedule. My family is assigned to eat breakfast from 7:30-8:00 AM, lunch from 12:00-12:30 PM, and dinner from 5:30-6:00 PM. Eating assignments were first announced last month. Despite the new strict schedule, I continue to share a dining table and condiments with different families every day.

28. Half an hour to eat is not enough time, especially because they start counting the half hour from the moment the guard scans our ID cards. We then have to wait at a special table to get in line to get our food, because they limit how many people are in line to keep everyone six feet apart. They will have eight people waiting at each table at a time. By the time we've gotten our food there is often only 10-15 minutes left in our time to eat. Two weeks ago my son and I were yelled at by a guard because our time was up, even though my son had hardly eaten anything.

29. There is a telephone in the trailer where I sleep. In order to keep my child safe, we usually spend 17 hours a day within our room. The permanent officer, who works in the afternoon, cleans the phone three times a day during his shift from 2-10 PM; the ones from the morning (6 AM - 2 PM) I have never seen clean the telephone. Some new guards came in the last two days who only cleaned the phones once or twice in their shift.

**My son does not have access to education.**

30. Today J.D.S.O. received an educational packet; he received one last week, too. I asked the teacher who delivered it if it was just for entertainment or if it was for his education; I explained that I was asking because no one had come to retrieve his finished packet from last week. A group of three teachers knocked on the door of our room, asked J.D.S.O. what grade he was in, and gave him the packet. They said they thought someone would come by to collect it, but nobody has yet. Only one of them was wearing a mask. There were less than six feet away from me and my son.

31. The packet is 8-10 pieces of paper; my son said it's the same kind of worksheets he has been filling out for months and months. There are some drawings and a couple of simple exercises. He finished filling out last week's packet the same day he received it.

**Declaration of Mackenzie Levy**

I, Mackenzie Levy, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with A.C.O. by telephone. I was unable to enter the South Texas Family Residential Center to meet with A.C.O. in-person because of the COVID-19 pandemic.

4. During my telephone call with A.C.O., I read the entirety of the "Declaration of A.C.O." in Spanish. A.C.O. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

Mackenzie Levy