# EXHIBIT ZZ

# DECLARATION OF N.M.L.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. I, N.M.L., am a resident of the family detention center of South Texas. I left my country, Honduras, on August 15th, 2019. I have been detained for 234 days in this center with my young daughter, A.R.M., who is four years old.

***My daughter has survived trauma that is being exacerbated by detention.***

2. I have gone through very difficult situations in my life. However, I never before had plans or the hope to come to this country where I am today.

3. My father died on March 19, 2002, exactly seventeen years ago. Ever since he left me, my paternal grandmother and my uncle have been responsible for me. Well, until I turned 16 years old, which is when I got together with the father of my daughter. I shared seven years of my life with the father of my daughter.

4. My grandmother and my uncle, who always supported me, both died. My grandmother died on February 9, 2017 from throat cancer. My uncle died on January 8, 2018 at the hands of criminals, who took his life in his own house.

5. My partner and my child were all I had but unfortunately I lost my second pregnancy because of ovarian problems on February 27, 2018, which left me with an immense pain and emptiness. I had a lot of hope for my baby, but nevertheless, we continued onwards with my family.

6. My husband and my daughter and I continued with our life, continued with our plans. We wanted to get married officially by the church and to start a business to be able to work so that I could afford to continue my studies in my university. My biggest dream has always been to graduate with a specialty in medicine.

7. My husband worked in a market. He was 25 years old. He lost his life on the 9th of July, 2019 from gangsters who beat him to death, leaving a mother without her son, a daughter without her father, and me without my partner of 7 years.

8. After saying goodbye to my husband we filed a police report. We wanted - and still want - the murder of my daughter's father to be punished. We demanded that the police do justice. This is when everything became worse.

9. I started to be persecuted by the murderers of my husband. I received death threats. They wanted to get revenge for the police report that I made on August 14, 2019. They tried to kidnap me. They grabbed me by the arms and grabbed my daughter outside of a pharmacy. I asked for help from the police who were very close by, and they refused to help me.

10. It was at that very moment that I decided to leave my country. Now my daughter is all that I have and the only thing I want is to protect her life. I want her to live a peaceful life without fear, so that she can be free and live happily, although the emptiness that the death of her father has left her can never be filled.

11. I want the court to help me. I ask you please, give me an opportunity to leave this center. The children here are sick and suffering. There is not adequate medical attention. We all need to leave this place and arrive to our destinations.

12. My aunt and my sister are in Atlanta, Georgia. Day-by-day my daughter is traumatized more by the death of her father. She cries for him. She asks to see him often. She doesn't want to eat, she doesn't sleep well, she cries at night and she wets the bed. She doesn't want to be here anymore and we cannot go back to our country. We don't have anything or anybody to go back to.

13. I feel sick today too. I have problems in my ovaries. I need treatment for that and also for the migraines I suffer from. My daughter and I need specialists who can help us. My daughter needs a psychologist who can help her with her trauma so that she can learn to overcome the death of her father.

14. I have tried to seek help for my daughter from the social worker in this center. For the social worker, everything that is happening with my daughter is a natural result of her detention. What my daughter is experiencing is not normal. All I want is to take care of my daughter. That's the reason I left my country, because our lives were in danger. I just want to protect her as a mother. All I want is for her to be well, she is all I have.

***Immigration officials have made no efforts to release me or my child since we were detained 234 days ago.***

15. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughter has also never been arrested or charged with crime.

16. I arrived to STFRC on September 1, 2019. I had my initial credible fear interview on September 4, 2019. I was issued a negative credible fear finding on September 5, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child, between September 1, 2019 and September 5, 2019.

17. I appeared before an immigration judge on September 18, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child, between September 5, 2019 and September 18, 2019.

18. On September 16, 2019 I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

19. After I entered immigration custody I was told my deportation officer would review my case to consider my release. Shortly thereafter, I was told I would not be released because I am a plaintiff in a federal lawsuit.

20. Since March 28, 2020 I know a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. I have a medical condition. Specifically, I suffer from migraines and ovarian cysts, and was recently found to have cysts in my breast. The center does not have the medical facilities to help me obtain the specialized medical treatment that I need. Additionally, my child suffers from frequent colds and chest pain. The treatment she has received in this facility has been for allergies, but none of the medicine has helped her. I do not know why I have not been released.

21. Between September 1, 2019 and today - April 20, 2020 - no one has ever spoken with me about my child's release from detention.

22. I have provided immigration officials with contact information for my receiving person. My receiving person is my aunt who lives in Georgia. I provided my aunt's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived to Dilley, I provided my aunt's name and phone number again during the intake process. During my credible fear interview, I also provided the Asylum Officer with my aunt's name and phone number. My attorney has also provided my aunt's phone number to ICE numerous times.

23. My aunt is ready to purchase a bus or plane ticket for me and my daughter at any time. If ICE calls my aunt today, she can book our tickets for tomorrow.

24. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention with my daughter on September 1, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

25. I am frightened to be in STFRC during the coronavirus because I fear for my child's life. As stated previously, my child suffers from frequent chest pain and cough. I know that this is a virus that is very difficult for those who have compromised lung capacity. Since my daughter has not been adequately treated at this facility thus far, I worry that if she contracted the virus she would become gravely ill.

26. It is not possible for my family to maintain a distance of six feet from other families while detained. Every meal that my child and I go to, we are seated at a table with six other people and are not able to sit elsewhere. Every evening, my child plays outside with many other kids. If I did not permit her to play during this time, she would not be able to have any time outside, which is inhumane for a four year old. .

27. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

28. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

29. During the last fourteen days, I have attempted to access hand sanitizer and found the hand sanitizer dispenser empty at least four times. During the last 14 days I have attempted to wash my hands and found the soap dispenser empty three times.

30. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves. The guards also use inadequate supplies to clean the facility. I have seen guards wipe off utensils in my housing unit with the same towel they have used to wipe off the microwaves. I know that this is inadequate cleaning to prevent the spread of coronavirus.

31. There is a telephone in the trailer where I sleep. In order to keep my child safe, we usually spend 20 hours a day within our room. I have only seen the telephone cleaned once per day, and I have no cleaning supplies aside from a broom in my room. When I have asked for cleaning supplies, such as disinfectant towels, I have been told they do not have any.

***My daughter does not have access to education.***

> My daughter is only four years old. She is supposed to be learning the things most fundamental to her future education. Since school shut down almost a month ago, we have only received one educational packet for her to work on. If we have a question as we work through her packet, there is no resource for us to turn to. The packet cannot replace her teacher. I do not know what will happen when we finish working through the packet.

**Declaration of Emma Leibowitz**

I, Emma Leibowitz, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with N.M.L. by telephone. I was unable to enter the South Texas Family Residential Center to meet with N.M.L. in-person because of the COVID-19 pandemic.

4. During my telephone call with N.M.L., I read the entirety of the "Declaration of N.M.L." in Spanish. N.M.L. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Washington, D.C.

_____
Emma Leibowitz