# EXHIBIT AAA

Declaration of R.N.L.F., a child

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is R.N.L.F. I am seven years old. I am detained in Dilley, Texas. I have been here with my mother for 242 days.

2. I promise to tell the truth.

3. I came to the United States with my mother because we are afraid to live in El Salvador. My mother's name is I.P.F.L.

4. I am very sad because I have been here for so long.  I am asking you for my liberty so I can be with my mom and family in Colorado. I want to eat my favorite foods, go to school and have lots of friends.

5. Please consider my desire to leave here with my mother. I just want to be happy and free.

6. I am also sick all the time here. My stomach hurts a lot, and I throw up, get diarrhea and fever and I feel ever sadder. I don't like the food here.

7. I want to exercise my right as a girl to be happy and free next to my mother outside of this place.

**Declaration of Natalie Lerner**

I, Natalie Lerner, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with R.N.L.F. by telephone. I was unable to enter the South Texas Family Residential Center to meet with R.N.L.F. in-person because of the COVID-19 pandemic.

4. During my telephone call with R.N.L.F., I read the entirety of the "Declaration of R.N.L.F." in Spanish. R.N.L.F. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Natalie Lerner