# EXHIBIT BBB

Declaration of E.M.E.C., a child

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is E.M.E.C. I am 13 years old. I am detained in Dilley, Texas. I have been here with my mother for 255 days.

2. I promise to tell the truth.

3. I came to the United States with my mother because we are afraid to live in Honduras. My mother's name is M.R.C.D.

4. I want to be released from detention. I am not well here.

5. I am not eating because the food they provide in this place is repetitive and it is affecting my stomach. I had an operation before because my tongue was stuck because they had discovered a cyst. It was benign. But now that I am in the process of growing, it is affecting me. And this is why I cannot eat well. I also eat very slowly, and we only have 30 minutes to eat now, so I eat even less.

6. When I eat, my food needs to be specially selected based upon what I am able to eat. My stomach hurts when I eat foods with too much spice or grease. I am used to eating slowly, and eating whenever I am hungry, not when I am forced to eat. For this reason, I have lost weight while detained here. I have had fever at times and I even lose my appetite.

7. Being locked up has made me very sad. What's worse, is looking at my mother, her anguish and desperation because we are detained. This sadness also affects my ability to eat.

8. I hope that the court will take note of this situation that we are living through every day while detained. I spent Christmas and the New Year here. I have been here for almost 8 months. I don't want to be detained for all of the important days of my life. I am growing up in jail.

**Declaration of Melissa Pena**

I, Melissa Pena, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a law graduate with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with E.M.E.C. by telephone. I was unable to enter the South Texas Family Residential Center to meet E.M.E.C. in-person because of the COVID-19 pandemic.

4. During my telephone call with E.M.E.C. I read the entirety of the "Declaration of E.M.E.C." in Spanish. E.M.E.C. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Melissa Pena

**Declaration of Melissa Pena**

I, Melissa Pena, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

5. I am a Staff Attorney with the Dilley Pro Bono Project.

6. I am fluent in the Spanish and English language.

7. On April 21, 2020, I spoke with E.M.E.C. by telephone. I was unable to enter the South Texas Family Residential Center to meet with E.M.E.C. in-person because of the COVID-19 pandemic.

8. During my telephone call with E.M.E.C., I read the entirety of the "Declaration of E.M.E.C." in Spanish. E.M.E.C. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Melissa Pena