# EXHIBIT DDD

## DECLARATION OF M.L.R.A.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is M.L.R.A. I am the mother of L.Y.C.R. who is five years old. My daughter and I entered the United States on August 28, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 238 days.

*My daughter is suffering in detention.*

2. I am very worried for my daughter because of all the time she has spent in detention. While we have been detained, she has gotten sick many times. She has had several nosebleeds. She does not want to eat, and she is always sad.

3. She already was not eating well, but since the officials have taken out the microwaves and more bland food like bread and tortillas, she barely eats at all.

4. She asks me when we will be able to leave. I tell her "soon," but now she's been asking me, "mommy, why do you always say 'soon,' and why are we still here?"

5. My daughter has had a lot of nightmares while we have been here. When there was school, she would get very sad when her classmates would be able to leave and she would have to stay.

6. I believe my daughter is depressed. She wants to be alone and does not want to play. I do not believe this detention center is a good place for children psychologically.

7. I am also worried because I am sick. I was told I have a thyroid problem, and I worry about my daughter seeing me so sick.

8. I hear my daughter cry all the time. She does not want to stay in detention, and she begs me to leave here so we can be with her aunts.

9. My daughter has dental problems and was told that she needs a filling, but she has not been given an appointment. Her teeth hurt her very badly.

10. I believe that 238 days is too long for a child to be in detention. My daughter deserves to be free, to be with me and my sisters in Maryland and to be able to play, go to school, and be happy.

1

***Immigration officials have made no efforts to release me or my child since we were detained 238 days ago.***

11. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughter has also never been arrested or charged with a crime.

12. I arrived to STFRC on August 30, 2019. I had my initial credible fear interview on September 3, 2019. I was issued a negative credible fear finding on September 4, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between August 30, 2019 and September 4, 2019.

13. I appeared before an immigration judge on September 23, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between September 4, 2019 and September 23, 2019.

14. On September 16, 2019, I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

15. In February 2020, I was told my deportation officer would review my case to consider my release. However, the appointment was cancelled, and I was never told anything more about my potential release.

16. Since March 28, 2020, I have known of a small number of families who are also plaintiffs in federal lawsuits who were released from this detention center because they had a medical condition. I have a medical condition. Specifically, I have a thyroid condition, for which I take medication. In addition, I have had unexplained vaginal bleeding for three months. When I have tried to go to the doctor here for help, they refuse to help me with the issue and tell me I should simply go to a doctor once I leave here. I do not know why I have not been released.

17. Between August 28, 2019 and today, April 21, 2020, no one has ever spoken with me about my child's release from detention.

18. I have provided immigration officials with contact information for my receiving person. My receiving person is my sister, who lives in Maryland. I provided my sister's phone number when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived at Dilley, I provided my sister's name and phone number again during the intake process. During my credible fear interview I provided the

2

Asylum Officer with my sister's name and phone number. My attorney has provided my sister's phone number to ICE numerous times.

19. To my knowledge, ICE has not called my sister a single time since I was taken into custody with my daughter on August 28, 2019 to facilitate our release.

20. My sister is ready to purchase a bus or plane ticket for me and my daughter at any time. If ICE calls my sister today, she can book our tickets for tomorrow.

21. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my daughter on August 30, 2019.

### *I do not believe my family is safe from COVID-19 in detention.*

22. We are not safe here. We are not given what we need. For example, we need to maintain distance, and that is not possible. Everyone living so close together with officials coming and going makes me worried.

23. It is not possible for my family to maintain a distance of six feet from other families while detained. When we are in the bathrooms and the dining hall, we are always closer than six feet away.

24. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

25. One time I asked a guard who works for Core Civic about the virus and they told me, "Don't worry about it, you are safer here than you would be outside." However, I do not think that is true.

26. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

27. During the last fourteen days, I have attempted to access hand sanitizer and found the hand sanitizer dispenser empty almost every time. During the last 14 days I have attempted to wash my hands and found the soap dispenser empty almost every time. There has only been soap one or two times in the bathroom in the last two weeks.

28. During the last 14 days, I have not been offered gloves for myself of my child. We also have not been given gloves.

29. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves.

30. All of the families in my corridor share a meal schedule. My family is assigned to eat lunch from 11:00 to 11:30, and dinner from 4:30 to 5:00. Eating assignments were first announced on or around March 30, 2020. Despite the new strict schedule, I continue to share a dining table and condiments with different families every day.

31. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned once per day.

*My daughter does not have access to education.*

32. My daughter has attended the school here since we arrived, but they teach the same things over and over. I have kept all of her school papers and have seen that they repeat the same thing each month. They do not teach the children how to read well, just numbers. It is not the same as normal school.

33. My daughter has been given an educational packet since the school closed, but it is even worse. No one has looked it over for her, and it is also very repetitive. I do not feel my daughter is being given the opportunities she needs to learn and grow.

**Declaration of Natalie Lerner**

I, Natalie Lerner, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with M.L.R.A. by telephone. I was unable to enter the South Texas Family Residential Center to meet with M.L.R.A. in-person because of the COVID-19 pandemic.

4. During my telephone call with M.L.R.A., I read the entirety of the "Declaration of M.L.R.A." in Spanish. M.L.R.A. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Natalie Lerner

5