# EXHIBIT EEE

# DECLARATION OF M.C.M.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is M.C.M. I am the mother of S.M.C., who is fifteen years old. My daughter and I entered the United States on August 26, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 240 days.

*My daughter is suffering in detention.*

2. I have watched my daughter fade away after all these months in detention. My daughter can hardly eat because of her severe and chronic gastritis, and she has serious heart problems that have yet to be addressed.

3. My daughter has told me that it makes her sad to see all the sick children around us. She tells me that she just wants to be with her aunt and with her brother here in North Carolina.

4. My daughter cries at night and asks me when we will be able to leave here. I don't know what to tell her. We haven't hurt anyone, and I wish I could tell her that this horror will be over soon. My daughter once told me that it would be better if she threw herself off a ledge rather than endure this.

5. I feel like I've been given an impossible choice: return to my country and be killed or stay locked up here and watch my daughter become more and more depressed and sick.

*Immigration officials have made no efforts to release me or my child since we were detained 240 days ago.*

6. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My daughter has also never been arrested or charged with a crime.

7. I arrived to STFRC on August 29, 2019. I had my initial credible fear interview on September 2, 2019. I was issued a negative credible fear finding on September 6, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child, between August 29, 2019 and September 6, 2019.

8. I appeared before an immigration judge on October 17, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me

about my release from detention, or the release of my daughter, between September 6, 2019 and October 17, 2019.

9. On October 17, 2019, I joined a lawsuit in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

10. Approximately four months after I entered immigration custody, I was told my deportation officer would review my case to consider my release. Shortly thereafter, I was told I would not be released because I am a plaintiff in a federal lawsuit.

11. Since March 28, 2020, I know that there have been a small number of families who are also plaintiffs in federal lawsuits who have been released from this detention center because they had a medical condition. My daughter has a medical condition. Specifically, she continues to have severe stomach pain and vomits daily because of her chronic gastritis. She also has dangerous heart palpitations because of her tachycardia. I also have gastritis and a medical condition that has given me severe migraines. I do not know why we have not been released.

12. Between August 29, 2019 and today, April 21, 2020, no one has ever spoken with me about my child's release from detention.

13. I have provided immigration officials with contact information for my receiving person. When I first arrived, my receiving person was going to be my sister who lives in North Carolina. I provided my sister's name when I was detained at the border prior to my transfer to the South Texas Family Residential Center. When I arrived at Dilley, I provided my sister's name and phone number again during the intake process. During my credible fear interview I provided the Asylum Officer with my sister's name and phone number.  As of February 2020, my receiving person is now my brother-in-law, who lives in North Carolina. My attorney has provided my brother-in-law's phone number to ICE numerous times.

14. ICE called my brother-in-law once in March 2020. I know my brother-in-law attempted to get in contact with ICE, but they never called him back. I don't know why they called him. I thought ICE was going to release my daughter and me because she has been so sick, but that was a month ago and nothing ever happened.

15. My brother-in-law is ready to purchase a bus or plane ticket for me and my daughter at any time. If ICE calls my brother-in-law today, he can book our tickets for tomorrow.

16. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my daughter on August 29, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

17. I am terrified of the risks that coronavirus poses to my daughter and me. My daughter is already sick and struggling with multiple illnesses and I am concerned about what would happen to her if she contracts coronavirus.

18. From what I have seen and heard, coronavirus is very contagious, and I am concerned that the detention center is not prepared and is not protecting us well. I am worried that people are coming and going from the detention center all the time. The immigration officials and Core Civic employees that work there come and go from the facility all day and bring in outside germs. While we are required to wear masks, the guards are not, and I do not feel they are protecting us very well.

19. I am also deeply concerned about the lack of access to medical care. It does not seem that they are well prepared. There is very little medication available to us if we have a bad cough or an illness that won't go away. There is no doctor or medical personnel available in the evenings if there is an emergency.

20. It is not possible for my family to maintain a distance of six feet from other families while detained. We can't stay separated because even though we wait in line to eat food, we all sit close together at tables. The bathrooms are always full, and it is impossible to keep our distance. The gymnasium is also filled with mothers and children playing.

21. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

22. A few times I have asked some Core Civic guards why they were also not wearing masks. I was concerned that we have masks, but they didn't. They told me that they had their temperature checked after entering and weren't sick. This doesn't make sense to me because I have seen on the news that people without symptoms are sometimes sick. They also told me that they didn't want to scare the children. I am scared that the people that work in the facility are often not wearing masks when they are the ones who are always leaving and coming in.

23. I am permitted to use the library for a limited time each day. There are computers at the library, and you are allowed to use the computer for a set time during your scheduled time in the library. Internet access is significantly blocked in the library. You are not allowed to use any form of social media, such as Facebook. You are also not allowed to

3

get on YouTube or Google to do internet searches. The only thing you are allowed to access is your email account. This makes it difficult for me to do my own research about COVID-19.

24. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

25. During the last 14 days I have attempted to wash my hands and found the soap dispenser empty various times.

26. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves.

27. All of the families in my corridor share a meal schedule. These schedules are now changing every day and we have to wait until we are told to go eat by the Core Civic guards in our corridor. We eat at different times each day and I never know when we are going to be called to eat. We are told upon entering the dining hall that we have only 20-30 minutes to eat. They are always trying to get us to leave so quickly. It is so difficult to collect our food and eat in the time they give us. Every week they are changing the schedules and when we are supposed it eat. It is very difficult to follow.

28. There is a telephone and table in the room where I sleep, these are the only two items that are ever cleaned even though there are many other things we frequently use in the room. The Core Civic guards in my corridor are responsible for cleaning the table and phone. One Core Civic guard cleans it three times a day, while the other doesn't clean it at all. They work on different days and so sometimes we go four days without having the table and phone cleaned.

29. In order to keep my child and myself safe, we usually spend 21 hours a day within our room. We try to leave as little as possible so that we can protect ourselves, but it is difficult to spend so much time in one place. We feel more and more like we are in a jail.

*My daughter does not have access to education.*

30. My daughter enjoyed going to school and learning. Although she is receiving an education packet each week, it is not sufficient. There are only about 5-7 pages in each packet, and she finishes them in about a day. She only receives one packet a week.

31. There is no one to help my daughter if she doesn't understand the packet. She goes and asks a Core Civic guard to help her if she has questions, but he is not a teacher.

32. Although there are education activities for her to work on, she is not learning anything new.

**Declaration of Audrey Mulholland**

I, Audrey Mulholland, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a law graduate with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with M.C.M. by telephone. I was unable to enter the South Texas Family Residential Center to meet with M.C.M. in-person because of the COVID-19 pandemic.

4. During my telephone call with M.C.M., I read the entirety of the "Declaration of M.C.M." in Spanish. M.C.M. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Audrey Mulholland