# EXHIBIT FFF

## DECLARATION OF S.G.H.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is S.G.H. I am the mother of A.G.H., who is seven years old. My son and I entered the United States on August 29, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 237 days.

*My son is suffering in detention.*

2. It has been several months now that my son has stopped wanting to eat. He is sick so often, and we are absolutely desperate now that we have spent so much time locked up in here.

3. I feel sick every day, and I believe that it is very unjust for my son and I to be detained for so long when we are fleeing our country. I do not think it is right that my son has to suffer so much here just because we are seeking safety.

4. I have seen my son's personality change over the months we've been detained here. He has begun to wet the bed and he is always afraid. He has a lot of nightmares and is terrified of being left alone. His health has continued to decline, and he is really skinny with pale skin. I think this is caused by our indefinite detention here.

5. My son is always staring at the clock and asking me when we are going to do things. He is preoccupied with time and has told me, "I feel like I am in prison here."

*Immigration officials have made no efforts to release me or my child since we were detained 237 days ago.*

6. Other than my apprehension by immigration authorities, I have never been arrested or charged with a crime anywhere in the world. My son has also never been arrested or charged with a crime.

7. I arrived to STFRC on September 3, 2019. I had my initial credible fear interview on September 5, 2019. I was issued a negative credible fear finding on September 12, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child between September 3, 2019 and September 12, 2019.

8. I appeared before an immigration judge on September 23, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me

1

about my release from detention, or the release of my child between September 12, 2019 and September 23, 2019.

9. On September 16, 2019, I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

10. Approximately three months after I entered immigration custody, I was told my deportation officer would review my case to consider my release. Shortly thereafter, I was told I would not be released. Another woman in the lawsuit told me that she went to a meeting with ICE officers who told a group of plaintiffs that they wouldn't be released until after the lawsuit was resolved. The officers told them they couldn't release them because they were in the lawsuit and to go talk to the lawyer to remove them from the lawsuit.

11. Between September 3, 2019 and today, April 21, 2020, no one has ever spoken with me about my son's release from detention.

12. I have provided immigration officials with contact information for my receiving person. My receiving person is my friend, who lives in New Jersey. When I arrived at Dilley, I provided my friend's name and phone number during the intake process. During my credible fear interview I provided the Asylum Officer with my friend's name and phone number. My attorney has provided my friend's phone number to ICE numerous times.

13. To my knowledge, ICE has only called my friend once, since I arrived at STFRC only to confirm his name and address.

14. My friend is ready to purchase a bus or plane ticket for me and my son at any time. If ICE calls my friend today, he can book our tickets for tomorrow.

15. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention here with my son on September 3, 2019.

*I do not believe my family is safe from COVID-19 in detention.*

16. I am terrified that my son and I are detained during the coronavirus pandemic. I am afraid that we will both get sick and never recover. I am concerned that many people here are always coming and going. All the workers and immigration officials come from outside the center every day and bring in germs. I feel like our lives are at risk.

17. It is not possible for my family to maintain a distance of six feet from other families while detained. Although we wait in lines, we sit close together at tables while we are eating, with different families each day. My seven-year old son is always touching other children when he plays. It is impossible to have a seven-year old boy who needs to play keep a distance of six feet when other children are around.

18. A case manager has never had a one-on-one conversation with me about coronavirus, given me the opportunity to ask questions, or discussed my concerns with me.

19. I have never seen a video playing in Dilley that explains how to wash my hands or that provides other information about the coronavirus.

20. In general, the guards I have seen working in the facility over the last 14 days have not worn masks or gloves. Today, April 21, 2020 I saw a group of about 15 officials walking towards the chapel, and only one of them was wearing a mask.

21. There is a telephone in the trailer where I sleep. I have only seen the telephone cleaned once per day.  In order to keep my child safe, we usually spend 20 hours a day within our room, we only leave for about three to four hours.

**My son does not have access to education.**

22. My son really loved going to school. However, now the school has been closed for some time. He tells me that he wants to go to school, but I have to tell him that it is closed.

23. About a week ago, one of the schoolteachers gave my son a small educational packet and some practice papers. He finished the packet in seven days. He wants another packet and I want him to be able to continue his studies. No one has given him any other educational materials to work on.

## Declaration of Audrey Mulholland

I, Audrey Mulholland, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a law graduate with the Dilley Pro Bono Project.

2. I am fluent in the Spanish and English language.

3. On April 21, 2020, I spoke with S.G.H. by telephone. I was unable to enter the South Texas Family Residential Center to meet with S.G.H. in-person because of the COVID-19 pandemic.

4. During my telephone call with S.G.H., I read the entirety of the "Declaration of S.G.H." in Spanish. S.G.H. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.

_____
Audrey Mulholland

4