# EXHIBIT GGG

## DECLARATION OF Y.E.V.O.

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is Y.E.V.O. I am the mother of E.J.P.V., who is two years old. My son and I entered the United States on September 11, 2019 to seek asylum. We are currently detained at the South Texas Family Residential Center in Dilley, Texas. As of April 21, 2020, we have been detained for 224 days.

***My son is suffering in detention.***

2. I write to express my restlessness inside this detention center and my fears for my son, who has been detained for seven months.

3. For my son, life in detention is horrible and I worry about him greatly. He has lost his appetite and has lost much weight while detained. He no longer wants to go outside to play. He passes the time crying. My son is sad all of the time. I do not know how to help him.

4. Before my son wanted to make phone calls to speak with his father. Now he doesn't want to call his father at all. Additionally, it is hard for two-year-olds to communicate well by phone. My son says he wants to *see* his father. He cannot do that while detained. We cannot make video calls in this place.

5. The experience we are living has brought me great despair. I have faith that what we are going through now will end. I hope for freedom for me and my son. We want nothing more than to pursue our claims for asylum. We can do that safely from the home of my husband in Washington.

***Immigration officials have made no efforts to release me or my child since we were detained 224 days ago***

.

6. Aside from my apprehension by immigration authorities at the border, I have never been arrested or charged with a crime anywhere in the world. My son has also never been arrested or charged with crime.

7. I arrived to STFRC on September 14, 2019. I had my initial credible fear interview on September 18, 2019. I was issued a negative credible fear finding on September 20, 2019. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my child, between September 14, 2019 and September 20, 2019.

8.  I appeared before an immigration judge on September 30, 2019. The judge affirmed my negative credible fear finding. No one who works for ICE or Core Civic spoke with me about my release from detention, or the release of my son, between September 20, 2019 and September 30, 2019.

9.  To my knowledge, ICE has not released any family from detention while they were pending their credible fear interview or immigration court review hearing except if they had a medical emergency and were transported to the hospital.

10. On October 17, 2019 I filed a complaint in the District of Columbia challenging the procedures used during my credible fear interview. I believe the procedures used during my interview were unfair and in conflict with the law.

11. Between September 14, 2019 and today - April 21, 2020 - no one has ever spoken with me about my child's release from detention.

12. I have provided immigration officials with contact information for my husband, who will receive me, on numerous occasions. My husband lives in Washington. When I arrived at Dilley, I provided my husband's name and phone number again during the intake process. During my credible fear interview, I gave the Asylum Officer my husband's name and phone number. My attorney has also provided my husband's information to ICE numerous times.

13. To my knowledge, ICE has not called my husband a single time since I was taken into custody with my son in September to facilitate our release.

14. My husband is ready to purchase a bus or plane ticket for me and my son at any time. If ICE calls my husband today, he can book our tickets for tomorrow.

15. To my knowledge, ICE has not made any efforts to release me from this detention center since I was placed in detention with my son on September 14, 2019.

***I do not believe my family is safe from COVID-19 in detention.***

16. I am scared for my son's life and health in the face of coronavirus. We have been detained here for months without proper nutrition or vitamins. As I said earlier, he is only two years old and in the time we have been detained, he has lost a noticeable amount of weight. If my son were to contract the virus, I worry about what would happen.

17.  I also believe that were my family to contract coronavirus in the center, we would not be given adequate medical treatment. On the times that we have gone to the clinic for my son's coughs or other ailments, they have told me that he needs to drink more water.

18. It is not possible for my family to maintain a distance of six feet from other families while detained. Even if my family tries to maintain appropriate social distancing, we have to eat and live near other women. We cannot possibly stop the spread of this virus. While we were given masks, almost no one wears them.

19. I have never seen a video playing in Dilley that explains how to wash my hands or any other information about the coronavirus.

20. No official from the center has ever had a one-on-one conversation with me about coronavirus. I have never been given the opportunity to ask questions or raise any concerns. My only option to know about the virus is to try and find information myself. However, that is very difficult.

21. I am permitted to use the library from around 10 am to 11 am. While there are computers in the library, the internet access is restricted. It is difficult for me to find out more information about the virus online. The only way I can learn about the virus is by watching television.

22. During the last fourteen days, I have attempted to access hand sanitizer and found the hand sanitizer dispenser empty every time. I have not been able to access any cleaning supplies at the center because I have been told there are none. I have tried to clean my room repeatedly to protect my son from the virus, but the only resource I have to do that is hand soap.

23. During the last fourteen days, I have not been offered gloves for myself or for my child.

24. In general, the guards I have seen working in the facility over the last fourteen days have not worn gloves or masks. They come back and forth to the center each day from the outside and do not wear protective equipment. I know from the news that there are many cases of COVID-19 in Texas.

25. Everyone at the center eats at breakfast at the same time - there are no specified hours for families that live near each other for breakfast, only for lunch and dinner. My family is assigned to eat lunch at 11:30 a.m. and dinner at 5:30 p.m. We are only allowed to be in the dining call for 30 minutes during this time. Despite the schedule for dining, I continue to share a table and condiments with different families every day.

26. I have not seen anyone in the facility take proper precautions to clean. There is no way to stop the spread of germs. For example, the bathrooms are shared by everyone in my corridor. People go in and out of the bathrooms multiple times a day - after being in the dining hall, after playing on the playground, after going to the library or after using toys from the shared toy area - yet the facilities are only cleaned twice during the day.

27. In order to keep my child safe, we spend almost all of our time in our room - more than 20 hours a day. It is inhumane for a child of two years old to be trapped indoors like that.

**Declaration of Emma Leibowitz**

I, Emma Leibowitz, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1.   I am a legal assistant with the Dilley Pro Bono Project.

2.   I am fluent in the Spanish and English language.

3.   On April 21, 2020, I spoke with Y.E.V.O. by telephone. I was unable to enter the South Texas Family Residential Center to meet with Y.E.V.O. in-person because of the COVID-19 pandemic.

4.   During my telephone call with Y.E.V.O., I read the entirety of the "Declaration of Y.E.V.O." in Spanish. Y.E.V.O. confirmed that the information contained in the declaration I read and interpreted is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in Washington, D.C.

_____
Emma Leibowitz