# EXHIBIT III

## DECLARATION OF JAVIER O. HIDALGO

I, Javier O. Hidalgo, swearing under penalties of perjury, make the following declaration:

1. My name is Javier O. Hidalgo and I am the Supervising Attorney of the Family Detention Services Program at the Refugee and Immigrant Center for Education and Legal Services ("RAICES"). I have been the Supervising Attorney since October 2018. I have been licensed in the State of Texas since January 24, 2019, and in the State of New York since February 27, 2013.

2. The team of attorneys I supervise provide pro bono legal services to minors and their families detained at the Karnes County Family Residential Center ("Karnes").

3. I have read the Declaration of Michael Sheridan dated April 17, 2020.

4. The facts set forth below are known personally to me and, if called as a witness, I could and would testify competently thereto under oath.

**RAICES Attorneys Notify Defendants of Potential Flores Violations**

5. Because ICE-ERO at Karnes consistently disregards *Flores* Protections, we have made it part of our normal course of business to notify Defendants of potential Flores Violations.

6. As a matter of practice, our team monitors the length of time our minor clients - *Flores* class members - are in DHS custody.

7. As a matter of practice, our team notifies ICE-ERO at Karnes when it appears class members' prolonged detention may be in violation of *Flores*. We are unable to notify ICE-ERO of every violation of *Flores*, and our effort to notify Defendants of potential

*Flores* violations under-represents the true number of cases where a class member's prolonged detention at Karnes may be in violation of *Flores*.

8. Notwithstanding, when class members have been detained for more than twenty days, as a matter of practice our team notifies ICE-ERO that it is potentially violating *Flores* and we inquire as to ICE-ERO's efforts toward release of the family.

9. I have reviewed our records and since the beginning of March 2020, we have notified Defendants of at least thirty-three (33) unique instances of what appear to be unnecessary delay of a class member's release - and at least seven (7) of these notices were sent after this Court's March 28, 2020 order.

10. Attached hereto as **Exhibit A** are true and correct copies of the Notice of Potential Flores Violations our records indicate were sent to ICE-ERO since the beginning of March 2020, with our clients personal identifying information redacted.

11. In each of the notices we have sent, we ask ICE-ERO the status of the class member's release or case status otherwise. Of the at least 33 inquiries, we only have record of ICE-ERO providing a response on seven (7) occasions, and only twice since this Court's March 28, 2020 Order. *See* **Exhibit A** at pp 2, 9, 11, 12, 15, 28, 29.

12. A response from Defendants often indicates no efforts to release the class member. For example, in response to an April 7, 2020 inquiry with regard to a class member in DHS custody for over sixty (60) days, ICE-ERO employee Brian Goke responded "Your clients are currently awaiting their IJ review hearing on 4/15/20." *See* **Exhibit A** at p 28.

13. Based on our records, there has been no observable increase in Defendants' efforts to release class members from Karnes.

**RAICES ATTORNEYS HAVE HAD TO PRESSURE DEFENDANTS TO COMPLY WITH *FLORES***

14. Our team has repeatedly found it is necessary to submit parole requests to ICE-ERO and/or file motions for custody redetermination pursuant to *Flores* with the San Antonio Immigration Court to prompt ICE-ERO to take and action towards release.

15. We have submitted at least fifteen (15) parole requests to ICE-ERO since this Court's March 28, 2020 Order. There appeared to be unnecessary delay in release for all of the class members for whom we submitted parole requests as each of them were detained in excess of twenty days. A review of our records indicates ICE-ERO has only provided written responses to four (4) of the parole requests submitted.

16. Attached hereto as **Exhibit B** are true and correct copies of our correspondence with ICE-ERO submitting parole requests, with our clients personal identifying information redacted.

17. Again, at times, Defendants' response will indicate no effort to release the *Flores* class member. Indeed, in response to a parole request submitted on April 10, 2020, for a family detained for at least forty (40) days, ICE-ERO responded, "Your client requested IJ review of his negative credible fear decision by CIS on 3/30/20. We are confident the SNA EOIR will schedule the review as soon as possible. We will reconsider your parole request once the Immigration Judge has given his/her decision." *See* **Exhibit B** at p 27.

**Defendants' Unnecessary Delay in Class Members' Release Includes Minors Who are not in Expedited Removal**

18. It has generally been the practice of ICE-ERO to release class members with their parents when the family is issued a Notice to Appear to initiate removal proceedings under INA § 240, or a referral to an immigration judge for withholding only proceedings.

19. Nevertheless, I have observed that unnecessary delay in class members' release includes minors who are not in expedited removal. Indeed, since the beginning of March 2020, our team has filed three motions for custody redetermination pursuant to *Flores*. One of these three motions is still pending.

20. In one case, a class member was detained at Karnes since on or about December 5, 2019. This class member was not in expedited removal. After repeated unanswered inquiries as to the status of their releases, undersigned counsel ultimately filed a motion for custody redetermination pursuant to *Flores* on March 19, 2020. A parole request was also submitted on March 24, 2020. On April 2, 2020, prior to this motion being calendared to be heard by an immigration judge, Defendants responded to the parole request submission stating "We have conducted a thorough case review of the FAMU and decided to release pending their motion in ELP.  The case officer is working to release as soon as travel arrangements can be made." *See* **Exhibit B** at p 19.

21. In a second case where a class member was detained without being in expedited removal, the detained family's motion to reopen had been granted. Rather than make efforts to release the class member, and despite repeated inquiries as to the efforts to release this class member, ICE-ERO at Karnes instead reached out to DHS counsel in the class members' proceedings to coordinate changing the venue of the class member's

4

proceedings from the New Orleans non-detained docket to the San Antonio detained docket. At no time did ICE-ERO respond to our inquiries about release efforts. *See* **Exhibit A** at pp 32-36. Ultimately RAICES attorneys were forced to argue a motion for custody redetermination pursuant to Flores, which was granted.

### Immediate Release of Class Members and their Parents is Necessary to Prevent the Immediate and Irreparable Injury

22. There has been no observable increase in Defendants' efforts to release class members from Karnes. Indeed, ICE-ERO at Karnes does not appear to regard *Flores* protections as creating any obligation to which they should adhere. ICE-ERO will continue to detain children and their families at Karnes well in excess of twenty (20) days. It is quite evidence that absent judicial intervention, ICE-ERO at Karnes will continue to ignore class members' protections under *Flores,* including the protections set forth in Paragraphs 14 and 18 of the Settlement Agreement for accompanied *Flores* class members.

23. Continued and prolonged detention puts class members at risk of immediate and irreparable harm, namely illness or death from the Covid-19 pandemic. While ICE-ERO has the discretion to release class members with their parents to sponsors regardless of procedural posture, as set forth herein, ICE-ERO has indicated no plan to exercise that discretion to protect the class members currently detained at Karnes from the immediate harm of Covid-19. Accordingly, the only way to protect class members detained at Karnes is through the temporary order sought by plaintiffs herein.

24. Any such order must provide for the release of both class members and their parents. It is my experience that any family separation, especially in the context of detention, causes irreparable injury to both child and parent, including in the form of trauma, and as such

would cause immediate irreparable injury to class members here. It is also my experience that parents desperately wish to avoid injury to their children even at the cost of irreparable injury or death to self. As such, it could never be a justifiable outcome of an order from this Court that the parents of class members detained at Karnes be sacrificed to Covid-19 as a half measure to allow for the release of just the class members. The *only* way to avoid irreparable injury to class members is to order the release of every class member with their parents to their sponsors.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 21, 2020

San Antonio, Texas

Javier O. Hidalgo

# EXHIBIT A

| From: | Fernando Martinez-Smith <fernando.martinez@raicestexas.org> |
|-------|-------------------------------------------------------------|
| Sent: | Thursday, March 12, 2020 5:12 PM |
| To: | kcd_correspondence@ice.dhs.gov; Lessa N |
| Cc: | RAICES - Karnes |
| Subject: | Notice of Potential Flores Violation/AXXX-XXX-█ |
| Attachments: | G-28s ████████.pdf |

Dear Officers:

We write with regard to Mr. ████████████ (█████████), his wife Ms. ████████████ (A██████████, and their two minor children, ████████████ (A██████████) an d ████████, A██████████). The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 19, 2020. Accordingly, this family has been detained by DHS for 22 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Very truly yours,

Fernando Martinez-Smith

--



**Fernando Martinez-Smith**
*Associate Attorney*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 North Loop 1604 West, Suite 201
San Antonio, Texas 78258
Office Phone: (210) 226-7722 Ext. 180
Direct Phone and Fax: (210) 526-0254

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| | |
|---|---|
| **From:** | Goke, Brian D <Brian.D.Goke@ice.dhs.gov> |
| **Sent:** | Friday, March 13, 2020 3:05 PM |
| **To:** | RAICES - Karnes |
| **Subject:** | RE: Notice of Potential Flores Violation/AXXX-XXX-██ |

Subjects received a negative fear decision on 3/12/20.

*Brian D. Goke*

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Friday, March 13, 2020 2:58 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** RAICES - Karnes <raiceskarnes@raicestexas.org>; Gianvito Grieco <gianvito.grieco@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/AXXX-XXX-██

Dear Officers:

We write with regard to Mr. ██████████ (A██████████), his wife Ms. ██████████ (██████████), and their three minor children, ██████████, (██████████), (A████ ██████████) and ██████████ (A██████████). The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 19, 2020. Accordingly, this family has been detained by DHS for 24 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| From: | RAICES - Karnes <raiceskarnes@raicestexas.org> |
|---|---|
| Sent: | Friday, March 13, 2020 2:33 PM |
| To: | KCD_Correspondence |
| Cc: | RAICES - Karnes; Fernando Martinez-Smith; Javier Hidalgo; Gianvito Grieco |
| Subject: | Notice of Potential Flores Violation/AXXX-XXX-686 |
| Attachments: | ███████████████████████████████ |

Dear Officers:

We write with regard to Mr. ███████ (A ███████), his wife Ms. ███████ (A ███████), and their two minor children, ███████ (A ███████) and ███████ (A ███████). The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 18, 2020. Accordingly, this family has been detained by DHS for 25 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Very truly yours,
RAICES

1

| From: | Fernando Martinez-Smith <fernando.martinez@raicestexas.org> |
| Sent: | Monday, March 16, 2020 8:29 PM |
| To: | kcd_correspondence@ice.dhs.gov; Lessa N; RAICES – Karnes |
| Subject: | Notice of Potential Flores Violation/A███████████ |
| Attachments: | ████████████████████████████████████████ |

Dear Officers:

We write with regard to Mr. ████████ (A████████████), his wife Ms. ████████ (A████████, and their three minor children █████████████, ████████ (A████████████), █████████ (A████████), and ███████████ (A████████████). The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 19, 2020. Accordingly, this family has been detained by DHS for 26 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Very truly yours,

Fernando Martinez-Smith

--



**Fernando Martinez-Smith**
*Associate Attorney*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 North Loop 1604 West, Suite 201
San Antonio, Texas 78258
Office Phone: (210) 226-7722 Ext. 180
Direct Phone and Fax: (210) 526-0254

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1

**From:**         RAICES – Karnes <raiceskarnes@raicestexas.org>
**Sent:**         Monday, March 16, 2020 12:17 PM
**To:**           KCD_Correspondence
**Cc:**           Nicole Morgan; RAICES - Karnes; Gianvito Grieco; Javier Hidalgo
**Subject:**      Notice of Potential Flores Violation/A███████████
**Attachments:**

Dear Officers:

We write with regard to Mr. ███████████ (A███████████), his wife ███████████ (███████████), and children: ███████████na (A███████████), ███████████ (A███████████), and ███████████ (A███████████). The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 19, 2020. Accordingly, this family has been detained by DHS for 27 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

EXHIBIT A - Page 5

| | |
|---|---|
| **From:** | RAICES - Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Monday, March 16, 2020 12:00 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | RAICES - Karnes; Javier Hidalgo; Gianvito Grieco; Fernando Martinez-Smith |
| **Subject:** | Notice of Potential Flores Violation/ █████████████ |
| **Attachments:** | ████████████████████████████ |

Dear Officers:

We write with regard to Mr. ██████████████████ (A███████████) and his son minor son (11 months old) ██████████████ (A█████████. The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 19, 2020. Accordingly, this family has been detained by DHS for 27 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 12:20 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Alvin Rodriguez; Javier Hidalgo; Gianvito Grieco; RAICES – Karnes |
| **Subject:** | Notice of Potential Flores Violation/A█████████ |

Dear Officers:

We write with regard to Mr. ████████████████ (A█████████), his wife █████████ _(A██████████), and children: ████████████ (A███████████) and ████████████ (A████████). The executed G28s were filed on 03/05/2020 and the attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 25, 2020. Accordingly, this family has been detained by DHS for 23 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | RAICES - Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 4:56 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Javier Hidalgo; Gianvito Grieco; RAICES - Karnes |
| **Subject:** | Notice of Potential Flores Violation/A█████████ |

Dear Officers:

We write with regard to Mr. █████████ (A█████████), his wife █████████ (A█████████, and children: █████████ (A█████████) and █████████ (█████). Executed G-28s were filed on 03/05/2020. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 24, 2020. Accordingly, this family has been detained by DHS for 24 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

EXHIBIT A - Page 8

| | |
|---|---|
| **From:** | Goke, Brian D <Brian.D.Goke@ice.dhs.gov> |
| **Sent:** | Wednesday, March 18, 2020 4:22 PM |
| **To:** | RAICES - Karnes |
| **Subject:** | RE: Notice of Potential Flores Violation/A█████████ |

This FAMU is scheduled to be paroled on 3/20/20. Travel arrangements have been secured.

*Brian D. Goke*
**Deportation Officer**
**U.S. DHS/ICE/ERO**
**Karnes County Residential Center (KCRC)**
**O: 830.254.2530**
**C: 830.358.6515**



**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Wednesday, March 18, 2020 4:20 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Gianvito Grieco <gianvito.grieco@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>; RAICES - Karnes <raiceskarnes@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/A█████████

Dear Officers:

We write with regard to Mr. █████████████ (A███████████), his wife ███████████ (A██████), and child: █████████ (A███████████). Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 23, 2020. Accordingly, this family has been detained by DHS for 25 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| | |
|---|---|
| **From:** | Fernando Martinez-Smith <fernando.martinez@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 3:04 PM |
| **To:** | kcd_correspondence@ice.dhs.gov; Lessa N |
| **Cc:** | RAICES - Karnes |
| **Subject:** | Notice of Potential Flores Violation/A███████ |
| **Attachments:** | ████████████ |

Dear Officers:

We write with regard to Mr. ███████████████ ("Mr. ████████," A████████), her spouse, Ms. ████████████ (A████████████), and their two minor children, ███████████ (A████████) and ████████████████ (A████████████), who are currently detained in the Karnes County Residential Center. The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 22, 2020. Accordingly, this family has been detained by DHS for 25 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Very truly yours,

Fernando Martinez-Smith

--



**Fernando Martinez-Smith**
*Associate Attorney*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 North Loop 1604 West, Suite 201
San Antonio, Texas 78258
Office Phone: (210) 226-7722 Ext. 180
Direct Phone and Fax: (210) 526-0254

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| From: | Day, Jason W <Jason.W.Day@ice.dhs.gov> |
|---|---|
| Sent: | Wednesday, March 18, 2020 2:36 PM |
| To: | RAICES - Karnes |
| Cc: | Fernando Martinez-Smith; Javier Hidalgo; Gianvito Grieco |
| Subject: | RE: Notice of Potential Flores Violation/A█████████ |

This FAMU is being released tomorrow 3.19.20. Travel has been secured . I spoke to the residents and let them know this afternoon. Thank you

*Jason Day*
U.S. DHS/ICE
Karnes County Residential Center
409 FM 1144
Karnes City, Texas, 78118
☎ : 830.254.2500 EXT 1110
🖷 : 830.399.1940
✉ : jason.w.day@ice.dhs.gov

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Wednesday, March 18, 2020 2:12 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Fernando Martinez-Smith <fernando.martinez@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>;
RAICES - Karnes <raiceskarnes@raicestexas.org>; Gianvito Grieco <gianvito.grieco@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/A█████████

Dear Officers:

We write with regard to Mr. ███████████████ (A███████████), his wife ███████
████ (A███████), and children: ██████████████ (A██████ ████ ██████ ████████) and
(A███████) and ████████████████ (A███████ ████████). The executed G28s were filed on
03/06/2020 and the attorney of record is copied to this email. Please let us know the status of this Family Unit's
release, or their case status otherwise. This family has been in DHS custody since February 20, 2020.
Accordingly, this family has been detained by DHS for 28 days, which violates the requirements of
the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| | |
|---|---|
| **From:** | Goke, Brian D <Brian.D.Goke@ice.dhs.gov> |
| **Sent:** | Wednesday, March 18, 2020 12:53 PM |
| **To:** | RAICES - Karnes |
| **Cc:** | De Leon, Maria V |
| **Subject:** | RE: Notice of Potential Flores Violation/A██████████ |

This family will be released once we receive the NTA's from USCIS.

Thank you,

*Brian D. Goke*
**Deportation Officer**
**U.S. DHS/ICE/ERO**
**Karnes County Residential Center (KCRC)**
**O: 830.254.2530**
**C: 830.358.6515**

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Wednesday, March 18, 2020 12:30 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Fernando Martinez-Smith <fernando.martinez@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>; RAICES - Karnes <raiceskarnes@raicestexas.org>; Gianvito Grieco <gianvito.grieco@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/A██████████

Dear Officers:

We write with regard to Mr. ██████████ (A ██████████), his wife ██████████ (██████), and children: ██████████ (A ██████████) and ██████████ (A ██████████). The executed G28s were filed on 03/06/2020. The attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 20, 2020. Accordingly, this family has been detained by DHS for 28 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

This email has been scanned by the Symantec Email Security.cloud service.

1

For more information please visit http://www.symanteccloud.com

2

| **From:** | RAICES - Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 3:33 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Javier Hidalgo; Gianvito Grieco; Fernando Martinez-Smith; RAICES - Karnes |
| **Subject:** | Notice of Potential Flores Violation/A█████████ |

Dear Officers:

We write with regard to Mr. ████████████████████ (A███████████), his wife ████████████ (A███████████), and child: ████████████████ (A███████████). The executed G28s were filed on 03/06/2020 and the attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 25, 2020. Accordingly, this family has been detained by DHS for 23 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | Goke, Brian D <Brian.D.Goke@ice.dhs.gov> |
| **Sent:** | Wednesday, March 18, 2020 4:21 PM |
| **To:** | RAICES - Karnes |
| **Subject:** | RE: Notice of Potential Flores Violation/A█████████ |

This FAMU is tentatively scheduled to be paroled on 3/20/20, pending travel arrangements.

*Brian D. Goke*
**Deportation Officer**
**U.S. DHS/ICE/ERO**
**Karnes County Residential Center (KCRC)**
**O: 830.254.2530**
**C: 830.358.6515**

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Wednesday, March 18, 2020 4:14 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Nicole Morgan <nicole.morgan@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>; Gianvito Grieco <gianvito.grieco@raicestexas.org>; RAICES - Karnes <raiceskarnes@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/████████████

Dear Officers:

We write with regard to Mr. █████████████ (A█████████), his wife█████████████ (█████████), and child: █████████████ (A█████████). The executed G28s were filed on 03/05/2020 and the attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 22, 2020. Accordingly, this family has been detained by DHS for 26 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

_____

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

1

| | |
|---|---|
| **From:** | RAICES - Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 5:04 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | RAICES - Karnes; Javier Hidalgo; Gianvito Grieco |
| **Subject:** | Notice of Potential Flores Violation/A█████████ |

Dear Officers:

We write with regard to Mr. ████████████ (A█████████), his wife ████████████ (████████), and child: ████████████ (A█████████). Executed G-28s were filed on 03/06/2020. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 24, 2020. Accordingly, this family has been detained by DHS for 24 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 1:44 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Fernando Martinez-Smith; Javier Hidalgo; RAICES – Karnes; Gianvito Grieco |
| **Subject:** | Notice of Potential Flores Violation/A███████ |

Dear Officers:

We write with regard to Mr. ██████████ (A███████████, his wife ████████ (A█████████), and children: ███████████, ███████████ (████████), █████████, (A██████████), █████████, (A██████████). The executed G28s were filed on 03/06/2020 and the attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 25, 2020. Accordingly, this family has been detained by DHS for 23 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

**From:**            RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:**            Wednesday, March 18, 2020 4:48 PM
**To:**               KCD_Correspondence
**Cc:**               RAICES - Karnes; Javier Hidalgo; Gianvito Grieco
**Subject:**        Notice of Potential Flores Violation/A████████

Dear Officers:

We write with regard to Mr. ██████████ A███████), his wife ████████ (██████), and children: ████████████ (A█████████) and ███████ (A█████████). Executed G-28s were filed on 03/06/2020. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 24, 2020. Accordingly, this family has been detained by DHS for 24 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

EXHIBIT A - Page 18

| | |
|---|---|
| **From:** | RAICES - Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 12:13 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Javier Hidalgo; Gianvito Grieco; RAICES - Karnes |
| **Subject:** | Notice of Potential Flores Violation/A█████████ |

Dear Officers:

We write with regard to Mr. ██████████ (A█████████), his wife ████████████ (A█████████), and child: ████████████ (A█████████). The executed G28s were filed on 03/05/2020. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 20, 2020. Accordingly, this family has been detained by DHS for 28 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 2:05 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Gianvito Grieco; Javier Hidalgo; RAICES – Karnes |
| **Subject:** | Notice of Potential Flores Violation/A████████ |
| **Attachments:** | ████████████████████████ |

Dear Officers:

We write with regard to Mr. ███████████████████ (A██████████), his wife ███████████ (A██████████), and children: █████████████████ (A██████████) and ████████████ ██████ (A██████████). The executed G28s are attached and the attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 20, 2020. Accordingly, this family has been detained by DHS for 28 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | Fernando Martinez-Smith <fernando.martinez@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 1:42 PM |
| **To:** | kcd_correspondence@ice.dhs.gov; Lessa N |
| **Cc:** | RAICES - Karnes |
| **Subject:** | Notice of Potential Flores Violation/█████████ |
| **Attachments:** | G-28s_Ramos Family.pdf |

Dear Officers:

We write with regard to Mr. ████████████ ("Mr. ██████," A ██████████), her spouse, Ms. ████████████ (A ██████████), and their two minor children, ████████████ █) and ██████ (████████████), who are currently detained in the Karnes County Residential Center. The executed G28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 21, 2020. Accordingly, this family has been detained by DHS for 26 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Very truly yours,

Fernando Martinez-Smith

--



**Fernando Martinez-Smith**
*Associate Attorney*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 North Loop 1604 West, Suite 201
San Antonio, Texas 78258
Office Phone: (210) 226-7722 Ext. 180
Direct Phone and Fax: (210) 526-0254

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Wednesday, March 18, 2020 1:52 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Fernando Martinez-Smith; Javier Hidalgo; RAICES – Karnes; Gianvito Grieco |
| **Subject:** | Notice of Potential Flores Violation/A███████ |

Dear Officers:

We write with regard to Mr. ████████████ (A████████████), his wife ████████████ (A███████████), and child: ████████████ A████████████). The executed G28s were filed on 03/06/2020 and the attorney of record is copied to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 25, 2020. Accordingly, this family has been detained by DHS for 23 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Monday, March 23, 2020 2:21 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Alvin Rodriguez; RAICES - Karnes; Javier Hidalgo; Gianvito Grieco |
| **Subject:** | Notice of Potential Flores Violation/A█████████ |

Dear Officers:

We write with regard to Mr. █████████████ (A███████████), his wife ██████████████ (A███████████), and child: █████████████ (A███████████). Executed G-28s were filed on 03/05/2020. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 27, 2020. Accordingly, this family has been detained by DHS for 26 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | Krystle Cartagena <krystle.cartagena@raicestexas.org> |
| **Sent:** | Wednesday, March 25, 2020 12:29 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | RAICES - Karnes; Javier Hidalgo |
| **Subject:** | Notice of Potential Flores Violation/A▮▮▮▮▮▮ |

Dear Officers:

We write with regard to Mr. ▮▮▮▮▮▮▮ (A▮▮▮▮▮▮▮), his wife ▮▮▮▮▮▮▮ (A▮▮▮▮▮▮), and child: ▮▮▮▮▮▮▮ (A▮▮▮▮▮▮). Executed G-28s were filed on 03/10/2020. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 22, 2020. Accordingly, this family has been detained by DHS for 32 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

--
Sincerely,



**Krystle Cartagena, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 184
Direct Phone: 210-469-4264
krystle.cartagena@raicestexas.org
www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| From: | Krystle Cartagena <krystle.cartagena@raicestexas.org> |
| Sent: | Wednesday, March 25, 2020 2:25 PM |
| To: | KCD_Correspondence@ice.dhs.gov |
| Cc: | Javier Hidalgo; RAICES - Karnes |
| Subject: | Notice of Potential Flores Violation/████████ |
| Attachments: | ████████████████ |

Dear Officers:

We write with regard to Mr. ████████████ (A████████), his wife ████████████ (A████████), and child, ████████████ (A████████). Executed G-28s are attached to this email. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since February 28, 2020. Accordingly, this family has been detained by DHS for 26 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Sincerely,

**Krystle Cartagena, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 184
Direct Phone: 210-469-4264
krystle.cartagena@raicestexas.org
www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| | |
|---|---|
| **From:** | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
| **Sent:** | Wednesday, March 25, 2020 11:38 AM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | Javier Hidalgo; RAICES - Karnes |
| **Subject:** | Notice of Potential Flores Violation/A███████████ |

Dear Officers:

We write with regard to Mr. ████████████████ A█████████, his wife ███████ A████████ and children: ███████████████████ A\███████ A███████████ and █████████████████ A'████████████. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since January 31, 2020. Accordingly, this family has been detained by DHS for 55 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Sincerely,



**Gianvito Grieco, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Friday, April 3, 2020 9:13 AM |
| **To:** | KCD_Correspondence |
| **Cc:** | RAICES – Karnes; Fernando Martinez-Smith; Gianvito Grieco; Javier Hidalgo; Andrea Meza |
| **Subject:** | Notice of Potential Flores Violation/A███████ |
| **Attachments:** | |

Dear Officers:

We write with regard to Mr. ████████████ f███████████, and his son ████████████ A███████████. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since 2/16/20. Accordingly, this family has been detained by DHS for 48 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

1

| | |
|---|---|
| **From:** | Goke, Brian D <Brian.D.Goke@ice.dhs.gov> |
| **Sent:** | Tuesday, April 7, 2020 10:58 AM |
| **To:** | RAICES - Karnes |
| **Subject:** | RE: Notice of Potential Flores Violation/A█████████ |

Your clients are currently awaiting their IJ review hearing on 4/15/20. Thank you.

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Tuesday, April 7, 2020 9:42 AM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Javier Hidalgo <javier.hidalgo@raicestexas.org>; RAICES - Karnes <raiceskarnes@raicestexas.org>; Gianvito Grieco <gianvito.grieco@raicestexas.org>; Nicole Morgan <nicole.morgan@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/A█████████

Dear Mr. Hofbauer and DO Goke:

We write to follow up on our prior email from March 9, 2020 (attached) regarding Mr. ███████████████ (A#█████████) and his minor son William Fabian Carrillo (A#201-923-955). Our G28s are attached hereto. Please let us know the status of this Family Unit's release, or their case status otherwise. Mr. ███████ and his son have been in DHS custody since 2/4/2020 . Accordingly, this family has been detained by DHS for 64 days, which violates the requirements of the Flores Settlement Agreement.

Again, kindly let us know when the family can expect to be released. Please do not hesitate to contact us with any questions.

Respectfully,
RAICES

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| | |
|---|---|
| **From:** | De Leon, Maria V <Maria.V.DeLeon@ice.dhs.gov> |
| **Sent:** | Thursday, April 9, 2020 11:19 AM |
| **To:** | RAICES - Karnes; KCD_Correspondence; Javier Hidalgo; Andrea Meza |
| **Subject:** | RE: Notice of Potential Flores Violation/A█████████ |

ICE received an NTA from CIS for this FAMU on 4/8/2020. They are scheduled for release 4/10/2020, assuming no transportation cancelations or delays.

**Maria Villagomez De Leon**
*Supervisory Detention and Deportation Officer*
ICE/ ERO/ Karnes County Residential Center
409 FM 1144
Karnes City, TX 78118
(830) 254-2543 office
(210) 336-1004 cell
(830) 254-2975 fax
Maria.V.DeLeon@ice.dhs.gov

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Thursday, April 09, 2020 11:13 AM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>; RAICES - Karnes <raiceskarnes@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>; Andrea Meza <andrea.meza@raicestexas.org>
**Subject:** Notice of Potential Flores Violation/A█████████

Dear Officers:

We write with regard to Mr. ████████████ A████████, his wife████████████ A██████████, and his daughter ████████████████ A█████████. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since 2/27/20. Accordingly, this family has been detained by DHS for 42 days, which violates the requirements of the Flores settlement agreement.

Please do not hesitate to contact us with any questions.

Respectfully,

RAICES

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1

| From: | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
|---|---|
| Sent: | Thursday, April 9, 2020 11:02 AM |
| To: | KCD_Correspondence |
| Cc: | RAICES - Karnes; Javier Hidalgo |
| Subject: | Notice of Potential Flores Violation/A███████ |

Dear Officers:

We write with regard to Mr. █████████████ A████████, and his spouse ██████████████
███ A█████████, and child ██████████████ A██████████. Please let us know the status of
this Family Unit's release, or their case status otherwise. This family has been in DHS custody since
03/09/20. Accordingly, this family has been detained by DHS for 32 days, which violates the
requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.

Sincerely,

**Gianvito Grieco, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

1

| From: | RAICES – Karnes <raiceskarnes@raicestexas.org> |
|---|---|
| Sent: | Thursday, April 9, 2020 11:31 AM |
| To: | KCD_Correspondence; Javier Hidalgo; Andrea Meza; RAICES – Karnes |
| Subject: | Notice of Potential Flores Violation/A█████████ |
| Attachments: | |

Dear Officers:

We write with regard to ███████████████ A████████, his wife ████████████████ A████████ ██ and his minor daughter ███████████████ A██████████. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since 3/13/20. Accordingly, this family has been detained by DHS for 27 days, which violates the requirements of the Flores settlement agreement.

Please do not hesitate to contact us with any questions.

Regards,
RAICES

| From: | RAICES - Karnes <raiceskarnes@raicestexas.org> |
|---|---|
| Sent: | Wednesday, April 15, 2020 10:59 AM |
| To: | Hofbauer, Anthony S; KCD_Correspondence |
| Cc: | Javier Hidalgo; Andrea Meza; Gianvito ███████ sa N |
| Subject: | Re: Reopened Case - Release Status A ██████ - Notice of Potential Flores Violation |

Good morning, AFOD Hofbauer,

What is the status of this case? We have yet to have been provided a reason for ICE's decision to not release this family. This family's prolonged detention is in clear violation of the Flores Settlement Agreement, the March 28, 2020 order of Judge Dolly Gee, and the March 30, 2020 order of Judge James E. Boasberg. *Flores v. Barr*, No. CV-85-4544-DMG (AGRx), Dkt. No. 740 at 14, 15 (C.D. Cal. Mar. 28, 2020) ("March 28, 2020 Order"); *O.M.G. v. Barr*, 1:20-cv-00786-JEB, March 30, 2020 Minute Order (D.D.C. Mar. 30, 2020).

Please do not hesitate to contact us with any questions.

Very truly yours,

Javier O. Hidalgo, Esq.
--



**Javier O. Hidalgo, Esq.**
*Supervising Attorney*
*Family Detention Services*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Tel: 210-469-4042
Fax: 210-469-4042
javier.hidalgo@raicestexas.org
www.raicestexas.org



On Mon, Mar 2, 2020 at 10:17 AM Hofbauer, Anthony S <Anthony.S.Hofbauer@ice.dhs.gov> wrote:

I have asked the officer in charge of the case to follow up.

1

EXHIBIT A - Page 32

Regards,

*Anthony  Hofbauer*

DHS/ICE/ERO

Assistant Field Office Director

Karnes County Family Residental Center

409 FM 1144

Karnes City, TX 78118

☏: 830-254-2506

✆Anthony.S.Hofbauer@ice.dhs.gov



**From:** Javier Hidalgo <javier.hidalgo@raicestexas.org>
**Sent:** Monday, March 2, 2020 10:13 AM
**To:** Hofbauer, Anthony S <Anthony.S.Hofbauer@ice.dhs.gov>
**Cc:** Andrea Meza <andrea.meza@raicestexas.org>; Gianvito Grieco <gianvito.grieco@raicestexas.org>;
RAICES - Karnes <raiceskarnes@raicestexas.org>
**Subject:** Re: Reopened Case - Release Status A███████ - Notice of Potential Flores Violation

Good morning, AFOD Hofbauer:

Circling back here. Do you have any update with regard to this family unit's release. Our concern is he is
scheduled for non-detained court in New Orleans on March 4, 2020.

Very truly yours,

EXHIBIT A - Page 33

Javier O. Hidalgo, Esq.


On Tue, Feb 25, 2020 at 11:06 PM Javier Hidalgo <javier.hidalgo@raicestexas.org> wrote:

Good evening, AFOD Hofbauer,


As I mentioned on our call earlier today, we wanted to inquire with regard to this matter, on behalf of our clients Mr. ▮▮▮▮▮▮▮▮ (A▮▮▮▮▮▮▮) and his minor son ▮▮▮▮▮▮▮▮▮▮ (A▮▮▮▮▮▮. We have learned Mr. ▮▮▮▮▮▮ and his son's cases have been reopened by the immigration judge in their proceedings. The presently are scheduled for master calendar hearings on March 4, 2020 in the New Orleans Immigration Court. It is our understanding our client's Master Calendar hearings are on the non-detained docket. It is further our understanding that they have pending proceedings in the Mississippi Chancery Court.


As you can imagine, it is important they be released with sufficient time to attend their Master Calendar hearing in New Orleans Immigration Court on March 4, 2020.


Our G28s are attached hereto. Please let us know the status of this Family Unit's release, or their case status otherwise. Mr. ▮▮▮▮▮▮▮ and his son have been in DHS custody since February 6, 2020. Accordingly, this family has been detained by DHS for 20 days, which violates the requirements of the Flores settlement agreement. .
Please do not hesitate to contact us with any questions.Very truly yours,


Javier O. Hidalgo, Esq.


--




**Javier O. Hidalgo, Esq.**

*Supervising Attorney*

3

*Family Detention Services*

Refugee and Immigrant Center

for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 102
San Antonio, Texas 78258

Tel: 210-469-4042

Fax: 210-469-4042

javier.hidalgo@raicestexas.org

www.raicestexas.org



--



**Javier O. Hidalgo, Esq.**

*Supervising Attorney*

*Family Detention Services*

Refugee and Immigrant Center

for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 102
San Antonio, Texas 78258

Tel: 210-469-4042

Fax: 210-469-4042

javier.hidalgo@raicestexas.org

www.raicestexas.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

| | |
|---|---|
| **From:** | RAICES – Karnes <raiceskarnes@raicestexas.org> |
| **Sent:** | Thursday, April 16, 2020 1:56 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Javier Hidalgo; Andrea Meza; Tony Ortega; Laila Ayub |
| **Subject:** | Re: URGENT: Request for Documents, Notice of Appeal, and Notice of Potential Flores Violation ███████ |

Good afternoon,

We are writing to follow up on our previous email regarding our client, Mr. ██████████ A-████ and his family: ██████████ A ██████████, and , ██████ A-████

First, we would like to reiterate that Mr. ██████ and his family have been detained for over a month now, and that they have filed an appeal in their case. Thus, we request an explanation of this family's quarantine.

Given Mr. ██████ quarantine, he is unable to access his personal belongings and case documents or send us a copy of them. Under the circumstances, we request that you send us a copy of his case documents. Please also let us know when Mr. ████████ will be able to access his money so that he may put it in his account for use at Karnes.

We appreciate your prompt attention to this matter as it affects our ability to access and represent our clients.

Sincerely,
Laila Ayub

--


**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

1

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

www.raicestexas.org

| × | × | × | × |

**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

On Tue, Apr 14, 2020 at 1:49 PM Tony Ortega <tony.ortega@raicestexas.org> wrote:
Dear Officers,

Our organization represents Mr. ███████████ A-███████. Our signed G-28s for the family are attached for reference.

Mr. ███████ has informed us that ICE has stated they will be transferring him out of the Karnes County Residential Center. Mr. ██████████ has asked where he is being taken, but ICE will not state where they will be taking him. ICE has also informed his sponsor that ICE will call him to purchase transportation tickets for Mr. ████████. but to date ICE has not followed up with the sponsor.

**Please let us know the status of Mr. ██████████ and his Family Unit's release, pending transfer, or their case status otherwise.** Mr. ████████ and his family have been DHS custody since March 13, 2020. Accordingly, this family has been detained by DHS for 32 days, which violates the requirements of the Flores Settlement Agreement, the March 28, 2020 order of Judge Dolly Gee, and the March 30, 2020 order of Judge James E. Boasberg.  Flores v. Barr, No. CV-85-4544-DMG (AGRx), Dkt. No. 740 at 14, 15 (C.D. Cal. Mar. 28, 2020) ("March 28, 2020 Order"); O.M.G. v. Barr, 1:20-cv-00786-JEB, March 30, 2020 Minute Order (D.D.C. Mar. 30, 2020).

Please note, we filed an E-26 Notice of an Appeal and served ICE with same on 04/09/2020. Proof of delivery on 04/10/20 to the BIA of the Notice of an Appeal is also attached for reference.

Again, kindly let us know the status of this Family Unit and particularly of Mr. Miron Linares. Please do not hesitate to contact us with any questions.

Very truly yours,

2



**Anthony Ortega**
*Attorney*
*Family Detention Services*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Tel: 210-226-7722 x. 175
Fax: 210-226-7722
tony.ortega@raicestexas.org
www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

**From:** Krystle Cartagena <krystle.cartagena@raicestexas.org>
**Sent:** Monday, April 20, 2020 5:30 PM
**To:** KCD_Correspondence
**Cc:** RAICES - Karnes; Javier Hidalgo
**Subject:** Notice of Potential Flores Violation/A█████████

Dear Officers:

We write with regard to Mr. ████████ A█████████, and his spouse ████████████ A███████, and their minor children ██████████████ A██████ and ████████ A████████. Please let us know the status of this Family Unit's release, or their case status otherwise. This family has been in DHS custody since 02/24/20. Accordingly, this family has been detained by DHS for 56 days, which violates the requirements of the Flores settlement agreement.

Again, kindly let us know when the family can expect to be released.

Please do not hesitate to contact us with any questions.


--
Sincerely,

Krystle Cartagena
Staff Attorney
Family Detention Services
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 184
Direct Phone: 210-469-4264
krystle.cartagena@raicestexas.org
www.raicestexas.org

_____

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

1

# EXHIBIT B

| | |
|---|---|
| **From:** | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
| **Sent:** | Monday, March 30, 2020 4:37 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | Javier Hidalgo; Andrea Meza; RAICES - Karnes |
| **Subject:** | Parole Request ███████████████ |
| **Attachments:** | ████████████████ |

Good afternoon Officers,

Please find attached a request for parole for the following family unit: ████████████████, ████████████, ██████████████████, █████████████████.

Thank you.

Sincerely,



**Gianvito Grieco, Esq.**
*Staff Attorney*
*Family Detention Services*
**Refugee and Immigrant Center for Education and Legal Services (RAICES)**
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| | |
|---|---|
| **From:** | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
| **Sent:** | Monday, March 30, 2020 5:11 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | RAICES - Karnes; Andrea Meza; Javier Hidalgo; Fernando Martinez-Smith |
| **Subject:** | Parole Request ███ |
| **Attachments:** | ███████████████ |

Good afternoon Officers,

Please find attached a request for parole for the following family unit: ████████████████████, ███,
████████, ██████████████████████, and ██████████████.

Thank you.

Sincerely,

Gianvito Grieco, Esq.
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

EXHIBIT B - Page 2

| | |
|---|---|
| **From:** | Laila Ayub <laila.ayub@raicestexas.org> |
| **Sent:** | Tuesday, March 31, 2020 1:29 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | Javier Hidalgo; Andrea Meza; RAICES - Karnes |
| **Subject:** | PAROLE REQUEST A# XXX-XXX█ |
| **Attachments:** | |

Good afternoon officers,

Attached is the parole request for our clients, Mr. ████████ A# ████████, Ms. ████████ – A# ████, and their minor child, ████████████████ A# ████. Executed G-28s for this family are attached.

Please do not hesitate to reach out with any questions.

Sincerely,
Laila Ayub

--



**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

EXHIBIT B - Page 3

laila.ayub@raicestexas.org

www.raicestexas.org



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| From: | Laila Ayub <laila.ayub@raicestexas.org> |
|-------|------------------------------------------|
| Sent: | Tuesday, March 31, 2020 5:26 PM |
| To: | KCD_Correspondence@ice.dhs.gov |
| Cc: | RAICES - Karnes; Javier Hidalgo; Andrea Meza |
| Subject: | PAROLE REQUEST A XXX-XXX ███ |
| Attachments: | ████████████████████████████████ |

Dear Officers,

Attached is the parole request for our clients, Mr. █████████████ – A# ████████, and his minor son, █████████████ – A# ████████. Executed G-28s are attached.

Please do not hesitate to contact us if you have any questions.

Sincerely,
Laila Ayub
--



**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

www.raicestexas.org

1



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**

The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

EXHIBIT B - Page 6

| | |
|---|---|
| **From:** | KCD_Correspondence <KCD_Correspondence@ice.dhs.gov> |
| **Sent:** | Tuesday, March 31, 2020 4:40 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | RAICES - Karnes; Javier Hidalgo; Andrea Meza |
| **Subject:** | RE: PAROLE REQUEST A XXX-XXX-█ |

Good afternoon,

This family is already scheduled for release in the near future.

Brandon Porter
SDDO

**From:** Laila Ayub <laila.ayub@raicestexas.org>
**Sent:** Tuesday, March 31, 2020 4:35 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:**
**Subject:** Re: PAROLE REQUEST A XXX-XXX-█

Dear Officers,

Attached is the fully executed parole request for our clients. Please disregard the previous attachment.

Sincerely,
Laila Ayub

On Tue, Mar 31, 2020 at 4:30 PM Laila Ayub <laila.ayub@raicestexas.org> wrote:

Good afternoon Officers,

Attached is the parole request for our clients, Mr. █████████ – A# █████████, Ms. █████████ – A# █████████
█, and their child, █████████ – A# █████████. Executed G-28s are attached to this email.

Please do not hesitate to contact us with any questions.

Sincerely,
Laila Ayub

--



1

**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

www.raicestexas.org



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

--



**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

2

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

www.raicestexas.org



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**

The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| | |
|---|---|
| **From:** | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
| **Sent:** | Wednesday, April 1, 2020 3:20 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Laila Ayub; Javier Hidalgo; Andrea Meza; RAICES - Karnes |
| **Subject:** | SUPPLEMENT: Parole Request – ██ |

Good afternoon Officers,

Our office filed a parole request for Mr. ████████████  ████████ yesterday. It has recently been brought to our attention that Mr. ██████ has an eight-month-old United States citizen infant in Mississippi.

This is a very important fact for the purposes of parole and release because it highlights Mr. ██████'s low flight risk and makes release more appropriate. Mr. ██████ is not a danger to the community. In addition, release is even more in the public benefit now because he is needed to care for the well-being of the eight-month-old infant.

Our arguments submitted in yesterday's parole request stand as strong arguments to grant parole as well.

Sincerely,



**Gianvito Grieco, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

EXHIBIT B - Page 10

| | |
|---|---|
| **From:** | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
| **Sent:** | Wednesday, April 1, 2020 11:31 AM |
| **To:** | De Leon, Maria V |
| **Cc:** | KCD_Correspondence; Javier Hidalgo; Andrea Meza; Alvin Rodriguez; RAICES - Karnes; Porter, Brandon L; Day, Jason W |
| **Subject:** | Re: Parole Request - ███████ |

Thank you for the update.


Sincerely,

**Gianvito Grieco, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org


On Wed, Apr 1, 2020 at 11:15 AM De Leon, Maria V <Maria.V.DeLeon@ice.dhs.gov> wrote:

We are working to release this family as soon as possible.



Thanks,



**Maria Villagomez De Leon**

*Supervisory Detention and Deportation Officer*

ICE/ ERO/ Karnes County Residential Center

409 FM 1144

Karnes City, TX 78118

1

(830) 254-2543 office

(210) 336-1004 cell

(830) 254-2975 fax

Maria.V.DeLeon@ice.dhs.gov


**From:** Gianvito Grieco <gianvito.grieco@raicestexas.org>
**Sent:** Wednesday, April 01, 2020 10:51 AM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Javier Hidalgo <javier.hidalgo@raicestexas.org>; Andrea Meza <andrea.meza@raicestexas.org>; Alvin Rodriguez <alvin.rodriguez@raicestexas.org>; RAICES - Karnes <raiceskarnes@raicestexas.org>
**Subject:** Parole Request -918, -919


Good morning Officers,


Please find attached a request for parole for the following family unit: ███████████████ ████████ ██ and ████████████████████ ███████████ .


This family has a hearing in Arizona on April 7, 2020 and requires immediate attention and release. Thank you.


Sincerely,

**Gianvito Grieco, Esq.**

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

2

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 204

Direct Phone: 210-740-0692

gianvito.grieco@raicestexas.org

www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

EXHIBIT B - Page 13

| | |
|---|---|
| **From:** | Alvin Rodriguez <alvin.rodriguez@raicestexas.org> |
| **Sent:** | Thursday, April 2, 2020 6:09 PM |
| **To:** | KCD_Correspondence; RAICES - Karnes |
| **Cc:** | Aida Farahani; Javier Hidalgo; Andrea Meza |
| **Subject:** | Parolole Request for A# xxx-xxx-▇▇ and family |
| **Attachments:** | |

Dear Officers,

Attached for your consideration you will find a Parole Request for our clients ▇▇▇▇▇▇▇, A# ▇▇ and his family, ▇▇▇▇▇▇▇ – A ▇▇▇▇▇, ▇▇▇▇ – A ▇▇▇, ▇▇▇▇ – A# ▇▇▇ 5, ▇▇▇▇▇ – A# ▇▇▇▇, and ▇▇▇▇▇ – A# ▇▇▇. Also attached, executed G-28s for all family members.
Please don't hesitate to contact us if you have any questions.
Sincerely,

--



**Alvin B. Rodriguez Lynch, Esq.**
Staff Attorney
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 102
San Antonio, Texas 78258
Office Phone: (210) 226-7722 Ext. 222
Direct Phone and Fax: (210) 960-4595
alvin.rodriguez@raicestexas.org
www.raicestexas.org



---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

1

| From: | Nicole Morgan <nicole.morgan@raicestexas.org> |
|---|---|
| Sent: | Thursday, April 2, 2020 3:33 PM |
| To: | KCD_Correspondence@ice.dhs.gov |
| Cc: | Javier Hidalgo |
| Subject: | RE: Parole Request For Axxx-xxx-█████████████████████████ |
| Attachments: | |

Dear ICE Officers,

Please find the attached parole request being submitted on behalf of ██████████, A██████████, and his minor son, ██████████████, A██████████. Also, see the attached executed G-28 for your records. The attorney of record is copied on this email.

If you should have any questions or concerns, please feel free to contact me.

Regards,
Nicole Morgan


**Nicole L. Morgan**
Staff Attorney
Refugees and Immigrant Center for
Education and Legal Services (R.A.I.C.E.S)
2511 North Loop, 1604 West, Suite 201
San Antonio, Texas 78258
Office: (210) 226-7722 ext. 237
Fax: (830) 715-5399
Email: Nicole.Morgan@raicestexas.org
Website: www.raicestexas.org


PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to  whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended  recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies


This email has been scanned by the Symantec Email Security.cloud service.

For more information please visit http://www.symanteccloud.com

EXHIBIT B - Page 16

| | |
|---|---|
| **From:** | Laila Ayub <laila.ayub@raicestexas.org> |
| **Sent:** | Thursday, April 2, 2020 3:10 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | RAICES - Karnes; Javier Hidalgo; Andrea Meza |
| **Subject:** | PAROLE REQUEST A# XXX-XXX-█ |
| **Attachments:** | |

Good Afternoon Officers,

Attached is the parole request for our clients, Mr. ███████████ – A# ███████, and his minor son, ███████████ - A# ███████. Executed G-28s are attached to this email.

Please do not hesitate to contact us with any questions.

Sincerely,
Laila Ayub


--


**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

EXHIBIT B - Page 17



www.raicestexas.org

**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**

The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| From: | De Leon, Maria V <Maria.V.DeLeon@ice.dhs.gov> |
|---|---|
| Sent: | Thursday, April 2, 2020 9:12 AM |
| To: | Laila Ayub; KCD_Correspondence |
| Cc: | RAICES - Karnes; Javier Hidalgo; Andrea Meza |
| Subject: | RE: Parole Request A XXX-XXX█████ |

We have conducted a thorough case review of the FAMU and decided to release pending their motion in ELP.  The case officer is working to release as soon as travel arrangements can be made.

**Maria Villagomez De Leon**
*Supervisory Detention and Deportation Officer*
ICE/ ERO/ Karnes County Residential Center
409 FM 1144
Karnes City, TX 78118
(830) 254-2543 office
(210) 336-1004 cell
(830) 254-2975 fax
Maria.V.DeLeon@ice.dhs.gov

**From:** Laila Ayub <laila.ayub@raicestexas.org>
**Sent:** Tuesday, March 24, 2020 1:44 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** RAICES - Karnes <raiceskarnes@raicestexas.org>; Javier Hidalgo <javier.hidalgo@raicestexas.org>; Andrea Meza <andrea.meza@raicestexas.org>
**Subject:** Parole Request A XXX-XXX-█

Good afternoon Officers,

Please find attached the parole request for our clients, Mr. ████████████████████ - A#████████, and his son, ████████████████████ – A#████████. Executed G-28s are attached.

Please do not hesitate to contact us if you have any questions.

Sincerely,
Laila Ayub

--

**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

1

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

www.raicestexas.org

**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**

The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

EXHIBIT B - Page 20

| | |
|---|---|
| **From:** | Gianvito Grieco <gianvito.grieco@raicestexas.org> |
| **Sent:** | Friday, April 3, 2020 12:26 PM |
| **To:** | KCD_Correspondence |
| **Cc:** | Fernando Martinez-Smith; Aida Farahani; Javier Hidalgo; Andrea Meza; RAICES - Karnes |
| **Subject:** | Re: Parole Request ███████ |

Good afternoon,

I'd like to follow up on this parole request. We are concerned because this family has been detained since December 12, 2019 without any updates. Can you please provide a case status update or release date? Thank you.


Sincerely,



**Gianvito Grieco, Esq.**
*Staff Attorney*
*Family Detention Services*
Refugee and Immigrant Center for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Office Phone: 210-226-7722 Ext. 204
Direct Phone: 210-740-0692
gianvito.grieco@raicestexas.org
www.raicestexas.org


On Wed, Apr 1, 2020 at 11:36 AM Gianvito Grieco <gianvito.grieco@raicestexas.org> wrote:
> Good morning Officers,
>
> Please find attached a request for parole for the following family unit: ███████████████ ██████ ██ and ████████████████████████████.
>
> Thank you.
>
> Sincerely,
>
> 
>
> **Gianvito Grieco, Esq.**
> *Staff Attorney*

1

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 204

Direct Phone: 210-740-0692

gianvito.grieco@raicestexas.org

www.raicestexas.org

---

This email has been scanned by the Symantec Email Security.cloud service.

For more information please visit http://www.symanteccloud.com

---

| | |
|---|---|
| **From:** | Laila Ayub <laila.ayub@raicestexas.org> |
| **Sent:** | Tuesday, April 7, 2020 3:40 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | Javier Hidalgo; Andrea Meza; RAICES - Karnes |
| **Subject:** | PAROLE REQUEST A XXX-XXX- ███ |
| **Attachments:** | |

Good afternoon officers,

Attached is the parole request for Mr. ██████████ – A# ████████, and his family: ████████ – A# ████████, and ████████ – A# ████████. Executed G-28s are attached.

Please do not hesitate to reach out if there are any questions.

Sincerely,
Laila Ayub

--

**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

1

www.raicestexas.org



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

---

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

---

| | |
|---|---|
| **From:** | Laila Ayub <laila.ayub@raicestexas.org> |
| **Sent:** | Thursday, April 9, 2020 1:09 PM |
| **To:** | KCD_Correspondence@ice.dhs.gov |
| **Cc:** | RAICES - Karnes; Javier Hidalgo; Andrea Meza |
| **Subject:** | PAROLE REQUEST A XXX-XXX-█ |
| **Attachments:** | |

Good Afternoon Officers,

Attached is the parole request for our clients, Mr. ███████████ – A#████████, and his minor son, ███████████████ – A#████████. Executed G-28s are attached. They have been detained for over 80 days.

Please let us know if you have any questions.

Sincerely,
Laila Ayub
--



**Laila Ayub**

*Pronouns: she/her*

*Staff Attorney*

*Family Detention Services*

Refugee and Immigrant Center for Education and Legal Services (RAICES)

2511 N Loop 1604 W, Suite 201

San Antonio, Texas 78258

Office Phone: 210-226-7722 Ext. 242

Direct Phone: 830-715-4462

laila.ayub@raicestexas.org

1

www.raicestexas.org



**PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.**

The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies

_____

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com
_____

EXHIBIT B - Page 26

| | |
|---|---|
| **From:** | KCD_Correspondence <KCD_Correspondence@ice.dhs.gov> |
| **Sent:** | Friday, April 10, 2020 12:46 PM |
| **To:** | RAICES - Karnes; KCD_Correspondence |
| **Cc:** | Javier Hidalgo |
| **Subject:** | RE: Parole Request Axxx-xxx-█ |

Your client requested IJ review of his negative credible fear decision by CIS on 3/30/20. We are confident the SNA EOIR will schedule the review as soon as possible. We will reconsider your parole request once the Immigration Judge has given his/her decision.

**From:** RAICES - Karnes <raiceskarnes@raicestexas.org>
**Sent:** Friday, April 10, 2020 12:06 PM
**To:** KCD_Correspondence <KCD_Correspondence@ice.dhs.gov>
**Cc:** Javier Hidalgo <javier.hidalgo@raicestexas.org>
**Subject:** Parole Request Axxx-xxx-█

Good afternoon, Officers:

Attached please find a parole request for our clients, █████████████ – A# ███████████, ████████ - A#████████████, and ████████████████ - A# ████████████. This family has been detained for over 40 days.

Please do not hesitate to contact us with any questions.

Very truly yours,

Javier O. Hidalgo, Esq.

--

**Javier O. Hidalgo, Esq.**
*Supervising Attorney*
*Family Detention Services*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Tel: 210-469-4042
Fax: 210-469-4042
javier.hidalgo@raicestexas.org
www.raicestexas.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

2

**From:**     Aida Farahani <aida.farahani@raicestexas.org>
**Sent:**     Friday, April 10, 2020 11:47 AM
**To:**     RAICES - Karnes; Javier Hidalgo; Andrea Meza; KCD_Correspondence@ice.dhs.gov
**Subject:**     PAROLE REQUEST A █████████
**Attachments:**

Good afternoon officers,

Please find attached the supplements in support of parole request pending as of March March 24, 2020 for our clients, Mr. ████████████████ A# ████████, ████████████████ ██████, A# ████████████, and their child, ████████████ A# ████████. Executed G-28s are attached.

Please do not hesitate to contact us if you have any questions.

Kind Regards,



**Aida Farahani, Esq.**
*Pro Bono Attorney Coordinator*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 North Loop 1604 West, Suite 201
San Antonio, TX 78258
Direct Phone and Fax: 210-634-1343
aida.farahani@raicestexas.org
www.raicestexas.org

This email has been scanned by the Symantec Email Security.cloud service.
For more information please visit http://www.symanteccloud.com

EXHIBIT B - Page 29