# EXHIBIT JJJ

## Declaration of H.N. A# A#

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is H.N., A# A#. I have been detained in Department of Homeland Security Custody since February 6, 2020. I am 28 years old and detained with my 18 month old son at the Karnes County Residential Center ("Karnes").

2. I arrived at Karnes on February 11, 2020. I have been detained for so long, with my 18 month old son. I understand that the United States is not my home country, but immigration officers are not doing anything to move our case along or explain why we are still being detained. I have just been waiting for weeks now.

3. I know that there are rules about how long families can be detained, I do not understand why those rules are being violated.

4. There has been a drastic change in my son's behavior since he has been detained. He is not free, he is incarcerated. It also really affects him that he is not able to eat what he wants. Of course this situation has changed him.

5. They used to try to give my son solid food that everyone else eats. He could not digest or chew that food, because he is too young. Then, they switched and started giving him baby food, but my son is not used to that kind of food. At my house, I usually give my son a healthy diet and puree food for him myself. I cannot do that here.

6. My son is always sick here. He has a cough and cold that has not gone away at all since being detained.

7. My son is not the same child I used to see when we were free. He used to always bring me so much joy to look at, he was chubby and healthy, he looked great. Now, when I look at him, I see a lot of sadness. There is a noticeable difference when a child is not free, I notice it when I look at him.

## Declaration of Laila Ayub

I, Laila Ayub, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am an Attorney with the Refugee and Immigrant Center for Education and Legal Services (RAICES), where I have worked since September 23, 2019. I am an attorney licensed to practice in the District of Columbia.

2. On April 21, 2020, I spoke with H.N. by telephone through a certified interpreter FRTB who is certified to interpret in the English and Haitian Creole languages. During the telephone call I read the entirety of the "Declaration of H.N." in English, and FRTB translated the entirety of the declaration into Haitian Creole. I swear under the penalty of perjury that H.N. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.