# EXHIBIT KKK

**Declaration of** M.S. **, A#** A#

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is M.S., A# A#. I am 35 years old. I am currently detained at the Karnes County Family Residential Center ("Karnes") with my 18-month old son, J.B.K.M.D., A# A#. We have been detained for over 3 months, since January 11, 2020.

2. ICE has never explained to me why they are detaining us, or why we have been detained for so long. I have been detained with my son for over 3 months. During this time, I can tell that detention has been bad for my son's health.

3. For about a month, my baby has been sick with a cold. When I took him to the medical center last regarding his cold, GEO told me that they did not have medication for him and turned us away. I have not returned to the medical center since then to get help for his cold. On April 13, 2020 I took my baby to the medical center to get formula for him and once again, they turned me away. They told me that they will not be giving me any more milk for him but did not explain why, they just told me no. I have no way to get him any milk since it is not for sale on the commissary. The only milk available to us gives him diarrhea because it is not meant for babies. Babies should not be drinking that milk.

4. On April 13, 2020, a male GEO guard showed up at my room with a new ID for me and my son. He did not explain to me why we were getting new IDs and made me sign a form that was not in my preferred language of Haitian Creole. I do not know what I signed. The GEO guard also took the old ones from me without telling me why. After I received our new IDs, I noticed that GEO misrepresented my date of arrival at the facility. Our new IDs say that we arrived to Karnes on April 13,



## Declaration of Aramis Mendez

I, Aramis Mendez, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Refugee and Immigrant Center for Education and Legal Services (RAICES), where I have worked since September 2018.

2. On April 21, 2020, I spoke with M.S. by telephone through a certified interpreter HCDR who is certified to interpret in the English and Haitian Creole languages. During the telephone call I read the entirety of the "Declaration of M.S., A# A#" in English, and HCDR translated the entirety of the declaration into Haitian Creole. I swear under the penalty of perjury that M.S. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

Executed April 21, 2020 in San Antonio, Texas.