# EXHIBIT LLL

**Declaration of** A.M.P. **, A#** A#

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is A.M.P., A# A#. I am 30 years old and currently detained at the Karnes County Family Residential Center ("Karnes") with my wife, B.A.V., A# A#, and our two children, A.M.A., A A#, who is 7 years old and suffers from asthma, and B.M.A.a, A# A#, who is 3 years old. We have been detained since February 24, 2020, almost 2 months.

### GEO IS FAILING TO PROTECT MY FAMILY AND ITS OFFICERS FROM COVID-19

2. It is scary to be detained at Karnes during the COVID-19 pandemic. I am afraid that my family is trapped here and could get sick at any moment. Specifically, I worry that my son, who is asthmatic, will become seriously ill from COVID-19 if the virus gets into Karnes. I worry that any new family or officer may bring the virus inside Karnes with them.

3. In the last week, ICE has accepted more than 10 new families. About 5 days ago, I met new families that had spent the last two weeks in quarantine. Most of them were from India, and another was from Guatemala. The Indian families told me that they had more relatives with them, and other families they knew of that were still in quarantine. This is particularly dangerous because GEO officers transit through multiple sections at Karnes and risk infecting us with the virus.

4. I believe that there are currently over 300 people detained here. There's a whiteboard inside of a GEO room that shows how many people are currently detained in each of the sections. At the top, it shows that the total is 308 as of April 21, 2020. When I asked a GEO officer about the number, she confirmed that that was an accurate count of the number of people currently detained at Karnes.

5. I have also spoken to a few GEO officers who have expressed fear of working with the families in quarantine and whom GEO forces to work with them anyway. For example, I know of one female GEO officer that told me she refused to work with families in quarantine and GEO told her that it was her job and that they would speak with her privately. I am not sure how they conversation went but I worry that GEO is putting its officers in danger, and also putting us in danger by having us interact with officers who

work with quarantine families.

6. I also worry that ICE will either keep us detained indefinitely or will separate my family. I have heard from other fathers that GEO officers are telling them that they will start a new process after two and half months in detention. Specifically, I heard from a Mexican father that GEO made him sign a paper in English that he did not understand and that they did not explain to him. They only told him that he would be starting a new process. I know another father from Haiti, whom GEO forced to sign a paper in English after telling him that his process would be different after two and half months in detention. They also did not explain the paper to him. I worry that ICE is taking steps on our case without our knowledge or consent, and I worry that they'll either separate my family, or detain us indefinitely.

**MY SON'S HEALTH HAS DETERIORATED AT KARNES AND ICE AND GEO ARE NOT PROPERLY CARING FOR HIM**

7. I believe that ICE should release my family from detention. I fear that my son, who is asthmatic, will be severely harmed by COVID-19 and neither GEO nor ICE are taking the measures necessary to keep us safe. I worry because the health of my son has deteriorated since being detained.

8. Since about our third day at Karnes almost two months ago, my son has been suffering from pain in the nervous system of his tongue. He has developed blisters in his mouth that have popped out blood. When my wife first took him to GEO, they said they couldn't do anything and to wait for another appointment. At the next appointment, GEO prescribed pain and anti-inflammatory medication but it did not alleviate his pain. We followed GEO's treatment plan for 2 weeks and nothing helped. We were finally able to take him to an outside specialist who suggested he have surgery done on his mouth. Still, neither GEO nor ICE has followed up with us about his potential surgery or when it will be.

9. ICE and GEO are failing to protect us here. We ask to be released to our sponsors so that my family can be safe and my son can get the treatment he needs.

## Declaration of Aramis Mendez

I, Aramis Mendez, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Refugee and Immigrant Center for Education and Legal Services (RAICES), where I have worked since September 2018.

2. On April 21, 2020, I spoke with A.M.P. by telephone. During the telephone call I translated the entirety of the "Declaration of A.M.P., A# A#" into Spanish. I am fluent in the Spanish and English language and swear under the penalty of perjury that Mr. A.M.P. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.