# EXHIBIT MMM

**Declaration of** J.S.C. /A# A#

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is J.S.C., A# A#. I was born on March 4, 1971 in Acapulco, Mexico. I am 49 years old and currently detained in ICE custody at the Karnes County Residential Center with my wife, 33 year old Y.A.B., A# A#, born on DOB in Mexico, and our children, 10 year old C.A.B. A# A# born on February 11, 2010 and 3 year old R.S.A. A# A# born on May 2, 2016 in Mexico. We have been detained at Karnes since February 22, 2020.

2. A couple of weeks ago, my 3 year old son, R.S.A. was tested for the flu and received a positive result. He was placed in medical isolation with my wife and our other son for 3 days. After 3 days with no symptoms, my wife and children were released from isolation. After this, my son had constipation which caused him to have hemorrhoids. His mom took him to the medical center and he has been receiving laxatives every morning for two weeks. This causes him to have diarrhea. The doctor said this was because he was not eating adequate food. He has not, however, received any sort of special diet to help with this problem.

3. His constipation has gone away, but hemorrhoids are still there. My wife didn't receive anything, cream or pill, for the hemorrhoids. One night, she saw blood in his stool. She went to medical, but the nurse did not attend to her because it was not an emergency and asked her to fill out a form. Last Friday, April 17, 2020, she saw a doctor and asked if they can give him a different diet with gelatin or yogurt that helps his digestion. The doctor turned this down and We know that this is a lie. We only get bread or cookies for the child to eat.

4. When my children play with other children outside, there is no hand sanitizer or any other disinfectant to clean their hands between sharing toys. I don't know if these other children my children play with are sick or not. When we are outside we can't be in groups of more than 10, but there are many other people outside at the same time. I have seen people clean surfaces outside two times a day. Once at 9am and another time at 1pm. The people that clean at these times are other detainees that are getting paid for this job.

5. My children's behavior has changed while being detained. They are now a little more aggressive with each other and have been acting more like troublemakers. My children have been more disobedient. If my wife and I try to correct their behavior, it is difficult to

get them to listen. My children don't eat very well sometimes, it depends on what is being served. At times we have to buy food for them from the commissary so they can have something in their stomachs. My children play with other children, but the other children are also aggressive so I try to keep them away from them. Before detention, my children were not disobedient. They listened to my wife and I when we disciplined them and they were not as aggressive with each other. My son, C.A.B. has not been able to focus as much on the packets he gets for school. He used to be very focused in school but now he does not want to learn and would rather play with toys. I believe it is from the stress of the detention center that my children have changed in these ways.

## Declaration of Mrynna Cervantes

I, Mrynna Cervantes, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Refugee and Immigrant Center for Education and Legal Services (RAICES), where I have worked since December 3, 2019.

2. On April 21, 2020, I spoke with J.S.C. by telephone. During the telephone call I translated the entirety of the "Declaration of J.S.C." into Spanish. I am fluent in the Spanish and English language and swear under the penalty of perjury that J.S.C. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed April 21, 2020 in San Antonio, Texas.