# EXHIBIT NNN

**Declaration of N.V.G., A# A#**

Pursuant to 28 U.S.C. § 1746 and subject to penalty of perjury, I declare that the following is true and correct:

1. My name is N.V.G., A# A# I am 30 years old and am detained at Karnes County Residential Center along with my husband, J.C.J. who is 36 years old. We are detained along with our 13 year old daughter, C.C.V., our 10 year old daughter, M.C.V., and our 5 year old son, J.C.V. We have been in DHS custody since March 20th, 2020 and detained at Karnes since April 9, 2020.

2. When we were held in El Paso, Texas, we were held in a small room for 18 days with 50-70 people, including young children and the sick, coughing all over the place. This room was cold and many of us had to sleep on the floor. We were only allowed to take a shower every 3 days. When we left this place, we were told that we would be taken to a shelter, in a house where we would stay for 2 weeks and then be released to our families. We now know this was a lie, and that we were taken to a jail, where our freedoms have been taken away. We have been detained for over a month and nobody has told us anything about how we can leave. In fact when we arrived, we weren't even told that we could have access to a lawyer, they told us nothing. It was another family who gave us a number that we could call for help.

3. We have been detained in a quarantine here at Karnes since we arrived on April 9th, being held in the Willow patio. However, aside from being in quarantine, we do not feel safe from the coronavirus. In fact, where we are held is dirty and seems to be forgotten from the rest of the center. There are GEO staff that take care of this section, but we only see them clean once per day. The other cleaning is up to us. I have caught scorpions in my room, and there are stains in the bathroom. Our room always feels humid, it does not feel clean.

4. The only PPE (Personal Protection Equipment) that we have ever been given were gloves while we were in El Paso, which we brought with us to Karnes. We have not been given facial masks or new gloves, and the gloves we have saved have now become dirty and worn from re-use. The officials here at Karnes told us that these supplies were not available.

5. In addition, we have not been told about any ways that our family can keep safe in light of an infectious disease. We have not been given instructions on how to stay healthy. We really haven't been told much of anything. The only thing that we have been given is the

soap that we use to wash our hands, but this is also the soap that we are supposed to use to wash our bodies and our hair with. This soap is not meant to wash your body, and in fact since using this soap to wash our hair our children have started to lose some of their hair in the shower.

6. We left Guatemala because of the abuse of my children. My oldest daughter was raped, and has just started to show signs of recovering from that trauma, and now she is in jail.

7. I sometimes just look at the terrible conditions that my children are in, that my family is in, and I am in shock. We came here in the hopes to provide my children a safe and prosperous life, we did not think that we did anything to deserve this kind of treatment. Like we are criminals. This is not a place for children. I am not well. My children are not well. My youngest child is 5 years old, this is not the kind of place that he should be, or even see. We were supposed to go live with my sister, and my children constantly ask me, "When can we go see Tia? I want to leave and see Tia."

8. When I am here, I don't even know what day it is, my children don't know what day it is. They don't have the ability to have privacy. They don't have the ability to put on the clothes that they like according to their personalities. They can't leave and play like children are meant to play. They are only babies. Because we are in quarantine, my children are only allowed to see their father through a window in the door, and the officials yell at them. This is all affecting them greatly. They ask me, "Mommy, this is where we are living, why? We are in jail Mommy, why can't we leave?" and it crushes me to not have an answer for them. I don't know why we are here. Nobody will tell us.

9. I know what is best for my children, I am their mother. This jail is not what is best for them. If we were able to live with my sister as we were told, I would be able to provide for them as I know how.

## Declaration of Matthew Bratek

I, Matthew Bratek, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant with the Refugee and Immigrant Center for Education and Legal Services (RAICES), where I have worked since August 5th, 2019.

2. On April 21, 2020, I spoke with N.V. G. by telephone. During the telephone call I translated the entirety of the "Declaration of N.V.G." into Spanish. I am fluent in the Spanish and English language and swear under the penalty of perjury that N.V.G. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*[signature]*

(Signature: Matthew Bratek)

Executed April 21, 2020 in San Antonio, Texas.