CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>             Plaintiffs,<br><br>   v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br>             Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' REFERENCE LIST OF REDACTED INFORMATION SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' SUPPLEMENTAL OPPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**<br><br>[HON. DOLLY M. GEE] |

*Counsel for Plaintiffs, continued*

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (Cal. Bar No. 197626)
Daisy O. Felt (Cal. Bar No. 307958)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Email: hscooper@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)

Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: kate.manning@lawfoundation.org

*Of counsel:*

ALDEA - THE PEOPLE'S JUSTICE CENTER
Bridget Cambria
532 Walnut Street
Reading, PA 19601
Phone: (484) 877-8002
Fax: (484) 926-2032
Email: bridget.cambria@cambriaklinelaw.com

# APPLICATION FOR LEAVE TO FILE UNDER SEAL PLAINTIFFS' REFERENCE LIST OF REDACTED INFORMATION SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' SUPPLEMENTAL OPPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION

Plaintiffs submit this Application seeking leave from the Court to file under seal their reference list, submitted pursuant to Federal Rule of Civil Procedure 5.2(g), which identifies certain redacted information in their Exhibits in support of their Reply to Defendants' Supplemental Opposition to Order to Show Cause Re Preliminary Injunction ("Reply").[1]

Plaintiffs submit concurrently with this application the declaration of Leecia Welch, a proposed order, and their reference list, which they seek to file under seal.

Plaintiffs' reference list includes the following information, where it is redacted from the publicly filed Exhibits in support of their Reply and available to Plaintiffs:

- the full names of Class Members, their parents, other relatives, and/or sponsors;[2]
- their alien registration numbers;

---

[1] Defendants' counsel (Ms. Sarah Fabian, Senior Litigation Counsel, Office of Immigration Litigation, PO Box 868. Ben Franklin Station, Washington, DC 20044, (202) 532-4824, Sarah.B.Fabian@usdoj.gov) has informed Plaintiffs that Defendants will not oppose this Application "[s]o long as [Defendants] are provided the names and A#s of all declarants." Plaintiffs have provided the names of all declarants in the reference list. Plaintiffs have also provided the alien registration numbers for all declarants on the reference list who are presently in ORR or ICE detention.

[2] In some instances, the redacted names include partially redacted signatures. Plaintiffs are maintaining in their possession unredacted versions that contain the full signatures of declarants where signatures have been redacted, and can file them under seal, should the Court prefer.

...

- their full birth dates; and

- their contact information, including addresses and/or telephone numbers.

See Welch Decl. ¶ 2. Plaintiffs seek to file the reference list under seal to provide the redacted information where it is available to Plaintiffs, as an alternative to filing unredacted versions of the Exhibits under seal.

These individual Class Members are minors in the custody of Immigration and Customs Enforcement ("ICE") or the Office of Refugee Resettlement ("ORR"). The information contained in the reference list implicates a number of privacy interests for the individual Class Members and their related individuals who are identified in the documents. These youth have an interest in maintaining their privacy while in immigration custody and in protecting their private identifying information and contact information.

## **LEGAL STANDARD**

Because the public generally has a "right to inspect and copy public records and documents, including judicial records and documents," there is "a strong presumption in favor of access to court records." *Ctr. for Auto Safety v. Chrysler Grp., LLC*, 809 F.3d 1092, 1096 (9th Cir. 2016) (internal quotation marks and citations omitted). Accordingly, "a court may seal records only when it finds a compelling reason and articulate[s] the factual basis for its ruling, without relying on hypothesis or conjecture." *Id.* at 1096-97. Under this standard, the "party seeking to seal a judicial record then bears the burden of . . . articulat[ing] compelling reasons supported by specific factual findings . . . that outweigh the general history of access and the public policies favoring disclosure, such as the public interest in understanding the judicial process." *Kamakana v. City & Cnty. of Honolulu*, 447 F.3d 1172, 1178-79 (9th Cir. 2006) (internal quotation marks and citations omitted). The court must "conscientiously balance[] the competing interests of the public and the party who seeks to keep certain judicial records secret." *Id.* at 1179 (internal quotation marks and citations omitted).

# ARGUMENT

There are compelling reasons to seal the reference list that Plaintiffs seek to protect from public disclosure.

This document contains personally identifying information of the individual Class Members and their family members, and disclosure of this information could cause them harm. The information contained within the reference list has been redacted from the publicly filed Exhibits that Plaintiffs submit in support of their Reply. Plaintiffs seek to file the reference list under seal to provide the redacted information where it is available to Plaintiffs, as an alternative to filing unredacted versions of the Exhibits under seal. *See* Fed. Rule Civ. Proc. 5.2(g) (providing an "option for filing a reference list" and stating that such list "must be filed under seal").

Plaintiffs' reference list contains individually identifying information regarding Class Members, including the names, birth dates, alien registration numbers, addresses, and phone numbers of themselves, their relatives, and their potential sponsors. Federal law and policy maintain personally identifying information related to such matters as confidential, particularly for minors in federal immigration custody. *See, e.g.*, 8 C.F.R. § 236.6 (prohibiting release of "the name of, or other information relating, to" immigration detainees); 8 C.F.R. § 208.6 (maintaining confidentiality of asylum applications and related records). The U.S. Department of Health and Human Services maintains self-described "strong policies . . . to ensure the privacy and safety of unaccompanied alien children by maintaining the confidentiality of their personal information." U.S. Dept. of Health & Human Services, Unaccompanied Alien Children Released to Sponsors by State (Sept. 27, 2019), https://www.acf.hhs.gov/orr/resource/unaccompanied-alien-children-released-to-sponsors-by-state (last accessed April 22, 2020). It explains, "These children may have histories of abuse," "may be seeking safety from threats of violence," or "may have been trafficked or smuggled." *Id.* Accordingly, the agency has recognized that

it "cannot release information about individual children that could compromise the child's location or identity." *Id.*

To effectively protect the Class Members' identities, it is also necessary to protect the names, identifying information, and contact information of their parents, other family members, and potential sponsors. Identification of those individuals could lead easily to the identification of the Class Members.

Plaintiffs seek only a limited sealing order that permits them to file the reference list under seal. The redacted exhibits are otherwise filed in the public record. Accordingly, filing the reference list under seal is the least restrictive method of ensuring Class members' and their family members' privacy while permitting the public access to the maximum amount of information.

## **CONCLUSION**

For the reasons set forth above, Plaintiffs respectfully request leave to file under seal their reference list.

| | |
|---|---|
| Dated: April 22, 2020 | Respectfully submitted, |
| | CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW<br>Peter A. Schey<br>Carlos R. Holguín |
| | UNIVERSITY OF CALIFORNIA DAVIS SCHOOL OF LAW<br>Immigration Law Clinic<br>Holly S. Cooper<br>Daisy O. Felt |
| | NATIONAL CENTER FOR YOUTH LAW<br>Leecia Welch<br>Neha Desai<br>Poonam Juneja<br>Freya Pitts |
| | USF SCHOOL OF LAW IMMIGRATION CLINIC<br>Bill Ong Hing |
| | LA RAZA CENTRO LEGAL, INC.<br>Stephen Rosenbaum |
| | THE LAW FOUNDATION OF SILICON VALLEY<br>Jennifer Kelleher Cloyd<br>Katherine H. Manning<br>Annette Kirkham |
| | *Of counsel:* |
| | ALDEA - THE PEOPLE'S JUSTICE CENTER<br>Bridget Cambria |
| | /s/<br>Leecia Welch |

# CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2020, I caused a copy of Plaintiffs' Application for Leave to File Under Seal Plaintiffs' Reference List of Redacted Information Submitted in Support of Plaintiffs' Reply to Defendants' Supplemental Opposition to Order to Show Cause Re Preliminary Injunction, the accompanying Declaration in Support of the Application, and the document proposed to be sealed to be served by email to the following counsel listed below:

August E. Flentje
  august.flentje@usdoj.gov
Sarah B. Fabian,
  sarah.b.fabian@usdoj.gov
William C. Silvis,
  william.silvis@usdoj.gov
Nicole N. Murley
  Nicole.murley@usdoj.gov

Civil Division – Office of Immigration Litigation
US Department of Justice

Dated:  April 22, 2020

                                              /s/ Leecia Welch
                                              Leecia Welch