UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br>WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br>　　　　　Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br>**ORDER GRANTING PLAINTIFFS' APPLICATION FOR LEAVE TO FILE UNDER SEAL REFERENCE LIST OF REDACTED INFORMATION SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO DEFENDANTS' SUPPLEMENTAL OPPOSITION TO ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION [775]** |

Plaintiffs seek to file under seal their reference list of redacted information submitted in support of their Reply to Defendants' Supplemental Opposition to Order to Show Cause Re Preliminary Injunction.

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and therefore GRANTS their request.

Accordingly, IT IS HEREBY ORDERED that Plaintiffs are granted leave to file under seal their reference list of redacted information submitted in support of Plaintiffs' Reply to Defendants' Supplemental Opposition to Order to Show Cause Re Preliminary Injunction.

DATED: April 23, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE