ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544-DMG (AGRx)<br><br>**NOTICE OF FILING OF SPECIAL MASTER / INDEPENDENT MONITOR'S RESPONSE CONTAINING FURTHER INFORMATION** |

On October 5, 2018, the Court ordered the appointment of Andrea Sheridan Ordin as Special Master/Independent Monitor ("Monitor") and ordered the Monitor to file formal Reports and Recommendations to the Court [Doc #494]. On April 10, 2020, the Court ordered, among other things, that the Monitor "may in the exercise of her monitoring duties request such further information regarding Defendants' continuous efforts at release as she deems appropriate pursuant to her authority under Paragraph B(1)(c)(iii) of the October 5, 2018 Order appointing her." [Doc. #768.] In accordance with the Court's Orders, the Monitor submits the attached Special Master/Independent Monitor's Response Containing Further Information Pursuant to Court Order.

DATED: April 23, 2020

Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By *__/s/ Andrea Sheridan Ordin__*
Andrea Sheridan Ordin

*Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544-DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on April 23, 2020, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Central District of California by using the CM/ECF system:

**NOTICE OF FILING OF SPECIAL MASTER/INDEPENDENT MONITOR'S RESPONSE CONTAINING FURTHER INFORMATION**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on April 23, 2020, at Los Angeles, California.

*/s/ Jeff Thomson*

Jeff Thomson

In the United States District Court

Central District of California – Western Division

JENNY LISETTE FLORES, *et al.*, Plaintiffs,

v.

WILLIAM P. BARR, *et al.*, Defendants.

Case No. CV 85-4544-DMG (AGRx)

Hon. Dolly M. Gee, United States District Judge

# Special Master/Independent Monitor's Response Containing Further Information Pursuant to Court Order

Andrea Sheridan Ordin
Special Master/Independent Monitor
Strumwasser & Woocher LLP
1094 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
(310) 576-1233

## INTRODUCTION

On April 10, 2020, this Court ordered (Doc. 768), among other things:

> "The Independent Monitor, Andrea Ordin, may in the exercise of her monitoring duties request such further information regarding Defendants' continuous efforts at release as she deems appropriate pursuant to her authority under Paragraph B(1)(c)(iii) of the October 5, 2018 Order appointing her. (Doc. 494.)"

After review of the Court's Order and questions raised, the Independent Monitor, working with the Juvenile Coordinators, requested the following data, interviews and reports:

(1) Data from ORR reflecting the census in its facilities, the capacities of the facilities and number of releases from each facility during the past two weeks.

(2) Data from ICE reflecting the census and the capacities of the three FRC's, known variously as Karnes FRC (Karnes County Residential Center), Dilley FRC (South Texas Family Residential Center) and Berks FRC (Berks Family Residential Center).

(3) Interviews of ORR senior personnel including Dr. Michael Bartholomew related to compliance with CDC guidance and COVID-19 guidance unique to ORR facilities.

(4) Interviews with ORR personnel responsible for prompt and safe release of minors to their sponsors in the United States in one of the ORR shelters which the Independent Monitor had previously toured.

(5) Further information on ORR Heartland Alliance shelter in Chicago that suffered a serious COVID-19 outbreak in April 2020.

(6) A video tour of a Houston shelter picturing the minors and staff in their usual routines: mealtimes, recreation, school, or study time, contacting family or counsel, entertainment, sleep, and rest.

The Independent Monitor received all information requested, and, in addition, interviewed Dr. Michael Bartholomew and Melissa R. Hunter. The Independent Monitor had access to daily internal unaudited documents designed to give real time data to decision makers, managers, and staff in their responsibilities. For the purposes of this Independent Monitor's Response, the Independent Monitor will summarize relevant data and information received relating to the requirement that ICE and ORR promptly and safely release minors in their custody. The information provided by ORR and ICE in response to the remaining listed requests by the Independent Monitor will be used in subsequent Responses or Reports.

## 1. CURRENT ICE DATA ON NUMBER OF CLASS MEMBERS IN CUSTODY AND LENGTH OF STAY

Juvenile Coordinator Deane Dougherty provided the following Census for the three FRCs as of April 8, 2020:

| **Facility** | **Capacity** | **Census** | |
|---|---|---|---|
| Karnes | 830 individuals | 216 adults | 157 juveniles |
| Dilley | 2,400 individauls | 222 adults | 283 juveniles |
| Berks | 96 individauls | 13 adults | 8 juveniles |

*Table 1*

The internal Daily Census figures ending April 20, 2020, twelve days later, reflected the following changes:

| Facility | Capacity | Census | |
|---|---|---|---|
| Karnes | 830 individuals | 179 adults | 129 juveniles |
| Dilley | 2,400 individauls | 168 adults | 210 juveniles |
| Berks | 96 individauls | 10 adults | 6 juveniles |

*Table 2*

This comparison reflects a continuing downward trend in census from April 8 to April 20, 2020. There was a total of 94 fewer adults (-21%) and 103 fewer juveniles (-23%) in the three facilities on April 20 than 12 days before.

The downward trend this year is more marked when referring to the Juvenile Coordinator's Report lodged April 8, 2020. In the Juvenile Coordinator's Report, the Coordinator shows the Census at the end of February to be 1602 accompanied juveniles. That Report shows that 637 juveniles were in custody less than twenty days, but 965 juveniles were in custody at an FRC for 20 days or more. Of those 965 juveniles in custody for 20 days or more, 211 were in custody for more than 100 days.

On April 22, 2020, Defendants filed a Notice of Related Filing in the case of *O.M.G. v. Wolf*, which included the Supplemental Declaration of Melissa B. Harper (Supplemental Declaration). (Doc. 773.) The Supplemental Declaration includes census and capacity data, and also

includes the number of individuals entering the facilities and released from April 13 through April 21, 2020.[1]

The Supplemental Declaration also describes the immigration status of the 698 adults and juveniles in custody. It does not describe in detail the *Flores* release system. In an interview with Ms. Harper on April 22, the Independent Monitor reviewed certain redacted *Flores* parole worksheets, which are filled out upon the entry of a family to an FRC. At the conclusion of the interview, it became clear that in order for the Independent Monitor to analyze whether there had been a release without unnecessary delay and whether efforts toward release had been recorded, the Independent Monitor will have to review a sample of individual family files which are maintained electronically by ICE. Those files, unlike the *Flores* parole worksheets, contain relevant information, including whether there has or has not been a waiver by the parent or juvenile of the juvenile's rights to prompt and continuous efforts for release. The Independent Monitor has requested access to that information in the coming week.

## 2. CENSUS AND LENGTH OF STAY AT ORR FACILITIES

The Independent Monitor received and reviewed two weeks of internal daily reports providing unaudited analysis of significant factors for management. The current utilization of ORR facilities stands at 33%. The ORR release data during the period of February 27, 2020 through April 8,

---

[1] Harper's Supplement Declaration, along with a companion Declaration of Michael Sheridan, contain census figures as of April 21, 2020, showing one fewer adult and three fewer juveniles a day later than the census data contained above in Table 2. (Doc. 773.)

2020 is shown below. Tables 3 and 4 below demonstrate the current length of stay for unaccompanied children (UAC) with an identified parent or legal guardian (Category 1) and for UAC without an identified sponsor (Category 4):

| **UAC LENGTH OF STAY BY CATEGORY**<br>*February 27, 2020 – April 8, 2020* | | | | |
|---|---|---|---|---|
| **Week** | **Category 1** | | **Category 4** | |
| | **# of UAC** | **Average LOC (days)** | **# of UAC** | **Average LOC (days)** |
| 2/27/20 – 3/04/20 | 177 | 30 | 49 | 237 |
| 3/05/20 – 3/11/20 | 192 | 29 | 47 | 174 |
| 3/12/20 – 3/18/20 | 193 | 27 | 46 | 185 |
| 3/19/20 – 3/25/20 | 226 | 25 | 43 | 211 |
| 3/26/20 – 4/01/20 | 142 | 24 | 30 | 219 |
| 4/02/20 – 4/08/20 | 179 | 29 | 32 | 241 |
| **Average** | **185** | **27** | **41** | **211** |

*Table 3*

UAC LENGTH OF STAY BY CATEGORY

\# of Days in Custody

| | 2/27/20 - 3/04/20 | 3/05/20 - 3/11/20 | 3/12/20 - 3/18/20 | 3/19/20 - 3/25/20 | 3/26/20 - 4/01/20 | 4/02/20 - 4/08/20 |
|---|---|---|---|---|---|---|
| Category 1 | 30 | 29 | 27 | 25 | 24 | 29 |
| Category 4 | 237 | 174 | 185 | 211 | 219 | 241 |

*Table 4*