UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 85-4544-DMG (AGRx) | Date | April 24, 2020 |

Title *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable     DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | |
| Katherine H. Manning | |
| Leecia Welch | |
| Elyse D. Echtman | |
| Holly S. Cooper | |
| Neha Desai | |
| Daisy O. Felt | |

**Proceedings: HEARING ON ORDER TO SHOW CAUSE RE PRELIMINARY INJUNCTION**

The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor, Dr. Paul Wise, ORR Juvenile Coordinator Aurora Miranda-Maese, and ICE Juvenile Coordinator Deane Dougherty. The Court invites counsel to respond to the oral tentative ruling. Following oral argument, the Court advises counsel that the matter shall be taken under submission and a written order will issue.

A status conference is set on **May 22, 2020 at 11:00 a.m.** By no earlier than May 18, 2020, counsel shall contact the courtroom deputy clerk at dmg_chambers@cacd.uscourts.gov to receive the videoconference link.

1:09