## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et. al*., | ) |
| | ) |
|       Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| WILLIAM BARR, Attorney General of the United States, *et al*., | ) |
| | ) |
|       Defendants. | ) |
| | ) |

Case No.: CV 85-4544-DMG

## MAY 2020 INTERIM REPORT
## OF JUVENILE COORDINATOR DEANE DOUGHERTY
## SUBMITTED BY IMMIGRATION AND CUSTOMS ENFORCEMENT

As required by the Court in its order issued on April 24, 2020, (Order) U.S. Immigration and Customs Enforcement (ICE) Juvenile Coordinator Deane Dougherty is submitting the following interim report describing ICE's efforts to expedite, make and record individualized custody determinations and redeterminations of Class Members at ICE's Family Residential Centers (FRCs) and providing a census of those Class Members remaining at the FRCs longer than 20 days. In addition, this report provides an update on the status of implementation of COVID-19 guidances, to include the description of any new or modified policies and/or practices designed to identify and protect minors who are at a heightened risk of serious illness or death should they contract COVID-19.

Due to the constantly evolving nature of the COVID-19 crisis, and the frequency of custody and discharge determinations, the information in this report is current and accurate as of the time of signature, or for the reported data, as of the date or time noted in conjunction with the information provided.

## Making and Recording Individualized Custody (Re)determinations and Census of Minors at FRCs

Class Members, whether processed for removal proceedings under section 240 of the Immigration and Nationality Act (INA) or expedited removal pursuant to section 235 of the INA, are reviewed for release during intake at an FRC. Officers review each Class Member's case individually and are directed to exercise their discretion in determining whether parole is appropriate on a case-by-case basis.  The criteria set forth in INA § 212(d)(5) (urgent humanitarian reasons or significant public benefit), 8 C.F.R. § 212.5(b) (also requiring that alien be "neither a security risk nor risk of absconding"), and paragraph 14 of the *Flores* Settlement Agreement (FSA) (assessing whether detention is required to secure the minor's timely appearance before ICE or the immigration court, or to ensure the minor's safety or that of others) are used when making parole decisions for Class Members.  Officers are directed to conduct parole determinations during intake, every 90 days thereafter, and when new pertinent information is received.

I understand that in compliance with subsections (1) and (4)(b)(i) (reporting requirement) of section VI of the Court's April 24, 2020, Order, ICE has (re)reviewed, for release to suitable custodians, the cases of *all* Class Members currently housed at an FRC, or secure juvenile facility, under the applicable parole authority, regardless of whether there was new pertinent information since the last parole custody determination. In order to best ensure that the reporting included more information about any parole determinations, officers at FRCs were instructed to conduct new parole determinations for all minors held in ICE custody. These determinations occurred the week of May 10, 2020. These reviews were conducted consistent with the existing parole review process in order to "make every effort to promptly and safely release Class Members who have suitable custodians . . . absent a specific and individualized determination

that they are a flight risk or danger to themselves or others, or a proper waiver of *Flores* rights," and included *all* Class Members ("including those categorized as 'MPP,' participants in class litigation, 'pending IJ hearing/decision' or 'pending USCIS response'").  Order pp. 18 and 20-21.   As part of this determination, officers inquired about possible sponsors in the United States for the Class Members and considered parole factors speaking to flight risk and danger including, but not limited to, the ability to establish identity; the presentation of a valid address in the United States for purposes of residence; the existence of a final order of removal; the presence of activity contrary to U.S. national security interests, activity giving rise to concerns of public safety or danger to the community, disciplinary infractions or incidents, or other criminal or detention history; prior immigration history; ties to the community; and other exceptional, overriding factors.  The forms used for these reviews were the same parole worksheet forms that have been used for this purpose since 2017, and no additional forms were presented or used. Officers did not ask any parent to waive his or her *Flores* rights while conducting this parole review, and no parent requested a waiver of *Flores* rights during this process. All responses were recorded in Exhibit A, attached.

Pursuant to the reporting requirements of subsection 4(b)(i) of section IV of the Court's April 24, 2020, Order, the census of minors remaining in custody at FRCs longer than 20 days, and the specific reason(s) therefore, is attached as Exhibit A.  As of Friday, May 15, 2020, there are a total of 185 Class Members at ICE FRCs. On a weekly basis, ICE collects information on Class Members who have been at an FRC for longer than 20 days. The information collected includes the number of days the Class Member has been at an FRC, as well as the reason why the Class Member was not released in 20 days. This process of collecting information for census purposes is distinct from the inquiry discussed in the prior paragraph addressing when parole is

appropriate. This report is monitored by Juvenile and Family Residential Management Unit staff who review the lists on a weekly basis.

## Status of ICE's Implementation of COVID-19 Guidances

The health and safety of individuals in ICE's care is one of the agency's highest priorities, and the agency is taking and continues to take steps to detect and mitigate the spread of COVID-19 throughout its detention facility network, including its FRCs.  On April 10, 2020, ICE Enforcement and Removal Operations (ERO) issued its *COVID-19 Pandemic Response Requirements* (PRR), which sets forth specific mandatory requirements for all facilities housing ICE detainees, including FRCs, designed to mitigate the risk to the safety and well-being of individuals at the facilities due to COVID-19.  The ERO PRR builds upon the U.S. Centers for Disease Control and Prevention (CDC) guidance for correctional and detention facilities.[1]  Due to the evolving nature of the COVID-19 situation, the ERO PRR may be revised as deemed necessary.

The timeline of the operational changes made by the FRCs in order to mitigate the introduction into, and spread of COVID-19 in, the facilities as recommended in the CDC guidance, or mandated by the ERO PRR and any applicable state- or county-specific COVID-19 directives, was previously detailed in multiple declarations submitted to this Court. I have confirmed that the measures described in those declarations are still in effect. One modification to operations at the Berks FRC began on May 8, 2020, when the legal visitation hours were updated, and attorneys were provided the ability to conduct legal video calls with their clients.

## Report of ICE Facilities Holding Minors and Number of COVID-19 Cases

---

[1] https://www.cdc.gov/coronavirus/2019-ncov/community/correction-detention/guidance-correctional-detention.html.

4

ICE has continued to closely monitor, cohort, quarantine, and isolate residents as needed, and as described in previous declarations filed with this Court. In accordance with the ERO PRR, all confirmed and suspected COVID-19 cases are reported to the local ERO Field Office Director (or designee), Field Medical Coordinator, and local health department immediately. As of Thursday, May 14, 2020, no residents or staff members have tested positive for COVID-19 at the three ICE FRCs. One staff member at the South Texas FRC (STFRC) tested positive for COVID-19 while on a detail to a non-immigration facility in January 2020. That staff member was not at the STFRC at the time of diagnosis nor during the time of illness. The employee has since been medically cleared and returned to work at the STFRC.  As of Thursday, May 14, 2020, no residents or staff members have tested positive for COVID-19 at the two secure juvenile facilities housing minors under paragraph 21A of the FSA, NORCOR Juvenile Detention Center and Cowlitz County Juvenile Detention Center.

**Additional Policies and Practices Aimed at Identifying and Protecting Minors from COVID-19**

Beginning in late March 2020, the FRCs began identifying residents with certain medical conditions that place the resident at a higher risk for serious illness or death from COVID-19 and promptly reviewed those cases to determine whether release was appropriate.  The identification and review of cases involving individuals who medical professionals identify as high-risk remains ongoing, and is in accordance with current CDC and ICE guidance, as well as compliant with the April 20, 2020, nationwide preliminary injunction issued by the U.S. District Court for the Central District of California in *Fraihat v. ICE*, --- F. Supp. 3d ---, 2020 WL 1932570 (Apr. 20, 2020).

As Juvenile Coordinator I will continue to monitor any guidance and developments related to the COVID-19 to ensure the latest practices are implemented at facilities.

Signed on this 15th  day of May 2020

Deane Dougherty
Juvenile Coordinator

# ERO Custody Management Division

## Detained Juveniles Re: Flores Parole Review 5/15/2020

The following document was created based on ICE Integrated Decision Support (IIDS)

IIDS is a data warehouse that contains dynamic data extracts from the Enforcement Integrated Database (EID).

Source: IIDS data as of 05/11/2020; EID data through 05/09/2020.

| DETLOC CODE | Count of Alien File Number |
|---|---|
| BEFAMPA | 6 |
| COWJVWA | 3 |
| KRNRCTX | 56 |
| NOJUVOR | 2 |
| STFRCTX | 122 |
| **Total** | **189** |

| DETLOC CODE | FACILITY NAME |
|---|---|
| BEFAMPA | BERKS COUNTY FAMILY SHELTER |
| COWJVWA | COWLITZ COUNTY JUVENILE |
| KRNRCTX | KARNES COUNTY RESIDENTIAL CENTER |
| NOJUVOR | NORTHERN OREGON JUVENILE DETENTION |
| STFRCTX | SOUTH TEXAS FAMILY RESIDENTIAL CENTER |

| A/TG/C | Alien File Number | Family Name | Given Name | Citizenship Country Code | Book In Date | Birth Date | Final Order Date | Parole Granted (Y/N) | Parole Denial Reason #1 (Dropdown) | Parole Denial Reason #2 (Dropdown) | Parole Denial Reason #3 (Dropdown) | Parole Denial Reason #4 (Dropdown) | Parole Denial Reason #5 (Dropdown) | Additional Details/ Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 3/18/2020 | | 4/8/2020 | No | Flight Risk | Final Order/Stay | Parent Does Not wish to Separate | Other | Select | Purposefully evaded U.S. Immigration Controls |
| | | | | | 3/18/2020 | | 4/8/2020 | No | Flight Risk | Final Order/Stay | Parent Does Not wish to Separate | Other | Select | Purposefully evaded U.S. Immigration Controls |
| | | | | | 3/18/2020 | | 4/8/2020 | No | Flight Risk | Final Order/Stay | Parent Does Not wish to Separate | Other | Select | Purposefully evaded U.S. Immigration Controls |
| | | | | | 3/11/2020 | | 3/24/2020 | No | Flight Risk | Final Order/Stay | Parent Does Not wish to Separate | Other | Select | Purposefully evaded U.S. Immigration Controls |
| | | | | | 3/11/2020 | | 3/24/2020 | No | Flight Risk | Final Order/Stay | Parent Does Not wish to Separate | Other | Select | Prior Absentia Order |

| DETLOC | Alien File Number | Family Name | Given Name | Citizenship Country Code | Book In Date | Birth Date | Final Order Date | Parole Granted (Y/N) | Parole Denial Reason #1 (Dropdown) | Parole Denial Reason #2 (Dropdown) | Parole Denial Reason #3 (Dropdown) | Parole Denial Reason #4 (Dropdown) | Parole Denial Reason #5 (Dropdown) | Additional Details/ Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ■ | ■ | ■ | ■ | ■ | 6/3/2019 | ■ | | No | Flight Risk | USCIS/LI Review | Other | Select | Select | Circumstances Surrounding Detention: On March 01, 2017, the subject was arrested by the Frederick Police Department on a Grand Jury Indictment Circuit Court Arrest Warrant for the charges of Conspiracy First Degree Murder, Assault First Degree, Conspiracy Assault First Degree, Assault Second Degree, Reckless Endangerment, Dangerous Weapon: Wear and Carry with Intent to Injure, and Participate Criminal Gang. On January 22, 2018, the subject's criminal case was remanded to the Juvenile Court. The subject was determined delinquent of 1st Degree Assault and Use of a Weapon. |
| ■ | ■ | ■ | ■ | ■ | 11/22/2019 | ■ | | No | Flight Risk | USCIS/LI Review | Other | Select | Select | Circumstances Surrounding Detention: On July 9, 2018, the Harris County 314th Juvenile District Court in Houston, TX convicted subject for the offenses of Aggravated Robbery/Displaying weapon/serious bodily injury and Retaliation. She was sentenced to 18 months. On November 22, 2019 ■■■ in Brownsville, TX released subject to ICE ERO pursuant to the detainer. |
| ■ | ■ | ■ | ■ | ■ | 9/26/2019 | ■ | | No | Flight Risk | USCIS/LI Review | Other | Select | Select | Circumstances Surrounding Detention: On September 21, 2019, ■■■ was arrested by ICE/ERO Baltimore after attempting to "retrieve what he dropped", which ■■■ later was a knife. ■■■ initially told the officer that he was going to retrieve a passport to provide to the officer as identification. However, no passport was recovered. Sareca change in custody status was denied. |

| DET/LOC | Alien File Number | Family Name | Given Name | Citizenship Country Code | Book In Date | Birth Date | Final Order Date | Parole Granted (Y/N) | Parole Denial Reason #1 (Dropdown) | Parole Denial Reason #2 (Dropdown) | Parole Denial Reason #3 (Dropdown) | Parole Denial Reason #4 (Dropdown) | Parole Denial Reason #5 (Dropdown) | Additional Details/Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1/5/2020 | | 1/1/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 1/7/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 1/7/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/14/2020 | | 4/8/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/14/2020 | | 1/9/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 4/1/2020 | | 8/26/2019 | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/13/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/13/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/24/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/24/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/24/2020 | | 2/22/2020 | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/21/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/21/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/27/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/29/2020 | | 4/28/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/29/2020 | | 4/28/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/5/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 1/5/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 1/12/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 1/27/2020 | | 9/26/2019 | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/24/2020 | | 1/22/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/24/2020 | | 4/16/2020 | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/14/2020 | | 4/16/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 1/5/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 3/10/2020 | | 4/15/2020 | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 3/10/2020 | | 4/15/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/18/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 3/9/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 3/26/2020 | | 4/11/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 3/26/2020 | | 4/11/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 3/26/2020 | | 4/24/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 3/26/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 3/26/2020 | | 4/17/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 3/26/2020 | | 4/22/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 3/29/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 3/15/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/22/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/22/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/22/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/28/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 4/11/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 4/13/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 4/13/2020 | | 8/6/2019 | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 4/13/2020 | | 4/20/2020 | No | Parent Does Not wish to Separate | Flight Risk | Final Order/Pending Removal | Select | Select | |
| | | | | | 2/18/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 2/26/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |
| | | | | | 1/5/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Other | Select | Select | new case, NTA Issued, FAMU will be considered for Parole together, review pending |
| | | | | | 5/8/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Other | Select | Select | new case, NTA Issued, FAMU will be considered for Parole together, review pending |
| | | | | | 5/8/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Other | Select | Select | new case, NTA Issued, FAMU will be considered for Parole together, review pending |
| | | | | | 5/8/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Other | Select | Select | new case, NTA Issued, FAMU will be considered for Parole together, review pending |
| | | | | | 5/8/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | Other | Select | Select | new case, NTA Issued, FAMU will be considered for Parole together, review pending |
| | | | | | 5/8/2020 | | | No | Parent Does Not wish to Separate | Flight Risk | USCIS/U Review | Select | Select | |

| DETLOC | Alien File Number | Family Name | Given Name | Citizenship Country Code | Book In Date | Birth Date | Final Order Date | Parole Granted (Y/N) | Parole Denial Reason #1 (Dropdown) | Parole Denial Reason #2 (Dropdown) | Parole Denial Reason #3 (Dropdown) | Parole Denial Reason #4 (Dropdown) | Parole Denial Reason #5 (Dropdown) | Additional Details/ Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | ███ | ███ ███ | ██ | 1/30/2020 | | 10/13/2017 | No | Flight Risk | Final Order/Pending Removal | Select | Select | Select | Circumstances Surrounding Detention: On November 6, 2017, the Harris County 314th Juvenile District Court in Houston, TX convicted subject for the offense of Burglary of a vehicle and sentenced him to 12 months.  On June 26, 2019, the Harris County 314th Juvenile District Court in Houston, TX convicted subject for the offenses of Accident Involving Damage to Vehicle, Unauthorized Use of a Vehicle and Evading Arrest with Vehicle. Subject was sentenced to 12 months. On December 14, 2019, the Harris County Constable's Office, Precinct 7, Houston, TX arrested subject for the offense of Assault Cause Bodily Injury.  Subject |
| ███ | ███ | ███ | ███ ███ | ██ | 5/8/2020 | | ███ | No | Flight Risk | Other | Select | Select | Select | Circumstances Surrounding Detention: ERO encountered ███ ███. Born in BRAZIL on 12/26/2002 (17 yrs. Old). ███ ███ was arrested by Cobb County School District Police Department on 3/4/2020 at approximately 1430 hrs. for Terrorist threats (F). |

| DETLOC | Alien File Number | Family Name | Given Name | Citizenship Country Code | Book In Date | Birth Date | Final Order Date | Parole Granted (Y/N) | Parole Denial Reason #1 (Dropdown) | Parole Denial Reason #2 (Dropdown) | Parole Denial Reason #3 (Dropdown) | Parole Denial Reason #4 (Dropdown) | Parole Denial Reason #5 (Dropdown) | Additional Details/ Other |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/19/2019 | [redacted] | 10/17/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/27/2020 | [redacted] | 3/13/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/6/2019 | [redacted] | 10/17/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/8/2019 | [redacted] | 12/3/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/8/2019 | [redacted] | 12/11/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/5/2019 | [redacted] | 11/14/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/6/2019 | [redacted] | 11/21/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/27/2020 | [redacted] | 2/3/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal-Plaintiff ABB vs MORGAN |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/6/2020 | [redacted] | NO | Yes | N/A (For Cases Where Parole Is Granted) | N/A (For Cases Where Parole Is Granted) | Select | Select | Select | IJO Vacated -Received by ICE ERO 5/14/2020 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/8/2020 | [redacted] | 12/19/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | Removal Mission Cancelled by IAO-Pending New Removal Date |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/23/2020 | [redacted] | 2/10/2020 | No | Parent Does Not wish to Separate | Parent Does Not wish to Separate | Select | Select | Select | IJO Vacated -Received by ICE ERO 5/14/2020 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/23/2020 | [redacted] | 2/10/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | IJO Vacated -Received by ICE ERO 5/14/2020 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/9/2020 | [redacted] | NO | Yes | N/A (For Cases Where Parole Is Granted) | N/A (For Cases Where Parole Is Granted) | Select | Select | Select | IJ Vacate Order 2/21/20-Order Received by ICE 5/14/20 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/9/2020 | [redacted] | NO | Yes | N/A (For Cases Where Parole Is Granted) | N/A (For Cases Where Parole Is Granted) | Select | Select | Select | IJ Vacate Order 2/21/20-Order Received by ICE 5/14/20 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/18/2020 | [redacted] | 3/6/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal-Plaintiff ABB vs MORGAN |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/18/2020 | [redacted] | 3/6/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal-Plaintiff ABB vs MORGAN |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/18/2020 | [redacted] | 3/6/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal-Plaintiff ABB vs MORGAN |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/18/2020 | [redacted] | 3/6/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal-Plaintiff ABB vs MORGAN |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/11/2020 | [redacted] | NO | No | USCIS/IJ Review | Parent Does Not wish to Separate | Select | Select | Select | As of April 9, 2020 IJO is still pending/Email sent to EOIR 5/14/20 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/11/2020 | [redacted] | NO | No | USCIS/IJ Review | Parent Does Not wish to Separate | Select | Select | Select | As of April 9, 2020 IJO is still pending/Email sent to EOIR 5/14/20 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/5/2020 | [redacted] | 3/25/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/5/2020 | [redacted] | 3/25/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/28/2019 | [redacted] | 11/19/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/28/2019 | [redacted] | 11/19/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/5/2019 | [redacted] | 9/30/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/26/2019 | [redacted] | 10/08/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 5/3/2020 | [redacted] | NO | No | USCIS/IJ Review | Parent Does Not wish to Separate | Select | Select | Select | Claimed Fear-Triggered w/USCIS on 5/4/2020 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/22/2019 | [redacted] | 9/30/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/22/2019 | [redacted] | 9/12/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/22/2019 | [redacted] | 9/18/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/22/2019 | [redacted] | 9/26/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 9/18/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/18/2019 | [redacted] | 10/17/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/18/2019 | [redacted] | 11/4/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | Stay of Removal- Plaintiff MMV vs BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/18/2019 | [redacted] | 11/4/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/18/2019 | [redacted] | 11/4/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/27/2020 | [redacted] | 2/19/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/6/2020 | [redacted] | 1/30/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/31/2020 | [redacted] | 2/19/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/5/2020 | [redacted] | NO | No | Other | Parent Does Not wish to Separate | Select | Select | Select | Pending IJ Vacated Order |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/18/2020 | [redacted] | 2/7/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2020 | [redacted] | 2/5/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2020 | [redacted] | 2/5/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/19/2020 | [redacted] | 2/5/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/16/2020 | [redacted] | 3/3/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/4/2020 | [redacted] | 4/1/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/28/2020 | [redacted] | 3/20/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/4/2020 | [redacted] | 3/26/2020 | No | USCIS/IJ Review | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/7/2020 | [redacted] | 3/25/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/23/2019 | [redacted] | 11/13/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/23/2019 | [redacted] | 11/13/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/23/2019 | [redacted] | 11/13/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/3/2019 | [redacted] | 9/23/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/11/2019 | [redacted] | 10/3/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 9/30/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 9/18/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 9/23/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 9/30/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2019 | [redacted] | 12/12/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/14/2020 | [redacted] | 1/28/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/14/2020 | [redacted] | 1/28/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2019 | [redacted] | 10/3/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/31/2019 | [redacted] | 10/3/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/1/2019 | [redacted] | 10/17/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/16/2019 | [redacted] | 9/18/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/29/2019 | [redacted] | 9/18/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/29/2019 | [redacted] | 10/17/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2019 | [redacted] | 10/23/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2019 | [redacted] | 9/23/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 12/17/2019 | [redacted] | 9/30/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 10/17/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/29/2019 | [redacted] | 9/19/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/27/2019 | [redacted] | 8/26/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2019 | [redacted] | 9/19/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2019 | [redacted] | 9/19/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/29/2019 | [redacted] | 9/18/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/14/2019 | [redacted] | 9/30/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/16/2019 | [redacted] | 11/4/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/14/2019 | [redacted] | 9/30/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/14/2019 | [redacted] | 10/3/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2019 | [redacted] | 9/23/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/1/2019 | [redacted] | 9/18/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Other | Select | Select | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 8/30/2019 | [redacted] | 10/18/2019 | No | Final Order/Stay | Parent Does Not wish to Separate | Other | Other | Select | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/15/2019 | [redacted] | 1/8/2020 | Yes | N/A (For Cases Where Parole Is Granted) | N/A (For Cases Where Parole Is Granted) | Select | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/28/2020 | [redacted] | 11/14/2019 | No | USCIS/IJ Review | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 10/9/2019 | [redacted] | 12/3/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/25/2020 | [redacted] | 2/14/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/23/2020 | [redacted] | 2/6/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Other | Other | Pending TD and Removal Date |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 1/23/2020 | [redacted] | 2/6/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/5/2020 | [redacted] | 2/21/2020 | No | N/A (For Cases Where Parole Is Granted) | Select | Select | Select | Select | IJ vacated decision pending NTA |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/11/2019 | [redacted] | 10/17/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/10/2019 | [redacted] | 9/30/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/10/2019 | [redacted] | 9/30/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/11/2019 | [redacted] | 10/3/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 9/11/2019 | [redacted] | 10/17/2019 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/24/2020 | [redacted] | 3/2/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Select | Select | Removal Set for 06/2020 |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 2/24/2020 | [redacted] | 2/23/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Other | Other | Other | Subject part of Litigation MMV v. BARR |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/2/2020 | [redacted] | 3/11/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/2/2020 | [redacted] | 3/11/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/2/2020 | [redacted] | 3/11/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/2/2020 | [redacted] | 3/11/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/8/2020 | [redacted] | 3/26/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 3/8/2020 | [redacted] | 3/26/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/4/2020 | [redacted] | 5/23/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/4/2020 | [redacted] | 5/23/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/4/2020 | [redacted] | 3/26/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/4/2020 | [redacted] | 5/20/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/4/2020 | [redacted] | 3/25/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/4/2020 | [redacted] | 3/25/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/2/2020 | [redacted] | 3/17/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/2/2020 | [redacted] | 3/17/2020 | No | Final Order/Pending Removal | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 5/4/2020 | [redacted] | NO | No | USCIS/IJ Review | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 5/4/2020 | [redacted] | NO | No | USCIS/IJ Review | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 5/4/2020 | [redacted] | NO | No | USCIS/IJ Review | Other | Other | Other | Other | Pending Travel Itinerary |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 5/6/2020 | [redacted] | NO | No | Other | Parent Does Not wish to Separate | Select | Select | Select | Pending IJ Vacated Order |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/9/2020 | [redacted] | 4/6/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/9/2020 | [redacted] | 4/6/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/9/2020 | [redacted] | 4/2/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/9/2020 | [redacted] | 3/26/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/9/2020 | [redacted] | 3/26/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/9/2020 | [redacted] | 3/30/2020 | No | Final Order/Stay | Parent Does Not wish to Separate | Flight Risk | Select | Select | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | 4/23/2020 | [redacted] | NO | Yes | N/A (For Cases Where Parole Is Granted) | N/A (For Cases Where Parole Is Granted) | Select | Select | Select | Pending Travel Itinerary |