# ORR JUVENILE COORDINATOR INTERIM REPORT

May 15, 2020

Aurora Miranda-Maese, ORR Juvenile Coordinator

## Introduction

On April 24, 2020, The Honorable Dolly M. Gee of The United States District Court for the Central District of California held a third hearing on the Motion for Temporary Restraining Order on Jenny L. Flores, et al. v. William P. Barr, et al., directing the undersigned designated as the Office of Refugee Resettlement (ORR), Juvenile Coordinator, Aurora Miranda-Maese, to compile a report by May 15, 2020 on six topics, which are listed below.

Subsequent to the Court Order, the undersigned established a workgroup to assist in obtaining the data from all congregate care shelters and transitional foster care nationwide, on issues as it pertains to the six topics. Under the Juvenile Coordinator, this workgroup developed questionnaires to gain further insight from the ORR network on a case-by-case basis where clarity was needed. This work was conducted through multiple stages and approximately 1,500 cases were reviewed individually during this reporting period, which began on April 26, 2020 – May 15, 2020. During the reporting period, the census of minors in ORR custody has since continued to decrease, with approximately 825 minors residing in congregate care facilities as of May 13, 2020. The workgroup collaborated with ORR grantee staff, Federal Field Specialists (FFS), and other ORR staff members to obtain the information needed from ORR network. Figure 1 below provides minors census information and discharges since the onset of when the Juvenile Coordinator began tracking this information. Also listed below is a chart detailing ORR's total bed capacity as of May 14, 2020.



*Figure 1: ORR Census & Discharges from March 15 to May 14, 2020[1]*

---

[1] The census reflected in Figure 1 is a snapshot of the minors in care from March 15 - May 14, 2020, in addition to the daily discharges.

Figure 2: ORR Bed Capacity by Residence Type as of May 14, 2020[2]

| ORR Program Type | Total Beds | # of Beds Occupied (% of total beds) | # of Beds Not Occupied (% of total beds) |
|---|---|---|---|
| Shelter | 10,459 | 786 8% | 9,673 92% |
| Staff Secure | 134 | 25 19% | 109 81% |
| Secure | 34 | 2 6% | 32 94% |
| RTC | 50 | 12 24% | 38 76% |
| TFC | 2,007 | 158 8% | 1,849 92% |
| LTFC | 627 | 435 69% | 192 31% |
| TOTAL | 13,311 | 1,418 11% | 11,893 89% |

This report addresses specifically the six topics ordered to be covered by the Juvenile Coordinator, which follows below.

I. Measures taken to expedite the release of Class Members to suitable custodians during the COVID-19 health emergency, including the status of fingerprinting and home study policies and practices, in compliance with this Order, and provide census data as to any minors who remain in custody due to lack of fingerprinting or home studies.

Figure 3: Status of Fingerprinting & Home Study[3]

| Type | Not Required | Completed | In Progress | Delayed |
|---|---|---|---|---|
| Fingerprinting | 558 | 222 | 228 | 25 |
| Home Study | 826 | 76 | 148 | 27 |

---

[2] Census for minors in ORR custody constantly fluctuate as children are admitted, transferred, and discharged at all times of each day. Therefore, the census reflected in Figure 1 is a snapshot of the capacity at the exact time that the review was conducted.
[3] This chart provides a snapshot of fingerprinting and home study status for UAC cases at a moment in time on May 4, 2020. This number fluctuates as case evaluation and determinations regarding home study and fingerprinting eligibility changes as more information is learned about each UAC case and as UAC census changes due to referrals and discharges.

2

## Status of Fingerprinting Policies and Practices

This workgroup reviewed the entire census where fingerprinting was unavailable. The workgroup actively audited each case individually to determine if the lack of the fingerprinting site was the sole reason for a delay in a minor's release, and if provisional release was appropriate under the Order.

During their audit, the workgroup reviewed the status of fingerprinting requirements for sponsors, their household members, and additional adults designated by the sponsor as an alternate care giver. In most cases where fingerprinting is required, the persons successfully scheduled an appointment or completed the fingerprinting. Twenty-five cases involved instances where fingerprinting was delayed for a variety of reasons, including inability for the person being fingerprinted to obtain supporting identification from their consulate due to COVID-19 closures, incomplete paperwork associated with the fingerprinting process, and unavailability of open fingerprinting services at nearby locations. In the case where fingerprinting services are not available, case managers are searching for alternative locations within driving distance and communicating with the persons on their options. Where no reasonable alternative fingerprinting options are available and fingerprinting is the only requirement delaying release, ORR assesses whether a waiver is appropriate on a case-by-case basis. There were no provisional releases as of May 14, 2020.

## Status of Home Study Policies and Practices

ORR issued Home Study Practice Guidance due to COVID-19 on May 6, 2020 and ORR is in alignment with the many states who have imposed restrictions on movement or shelter-in-place orders for residents due to the COVID-19 pandemic. It remains paramount that minors are released to a safe and healthy environment with a sponsor who is able to meet their needs. It is also important to protect the staff who conduct home studies and assure they feel safe and supported during this time as well.

ORR's home study providers are to follow their respective state's official guidance on conducting home visits/home studies for domestic minors. ORR honors the state's guidance until further notice is provided to the shelter network from ORR. If no official state guidance has been issued on conducting home studies during the COVID-19 pandemic or if states require that the home visit be conducted in person, ORR home study providers can seek a waiver on the in-person home visit via the Federal Field Specialist (FFS) for that region. ORR will decide on an individual, case-by-case basis if a virtual home visit/study can take place in lieu of the in-person contact.

Home study reports must still be submitted within 10 business days of the receipt of the home study referral and documentation is made in the minor's file as to which method the home study was conducted.

Figure 4: Positive COVID-19 Census Data[4]

| Program Name | Positive COVID-19 Minors | Positive COVID-19 Staff |
|---|---|---|
| ▬▬▬ (Shelter) | 38 | 15 |
| ▬▬▬▬▬▬▬▬▬▬ (Shelter) | 1 | 2 |
| ▬▬▬▬▬▬ (Shelter) | 1 | 0 |
| ▬▬▬▬▬▬▬ (Shelter) | 1 | 7 |
| ▬▬▬▬ (Shelter) | 2 | 6 |
| ▬▬▬ (Staff Secure) | 2 | 0 |
| ▬▬▬ 2 (Shelter) | 1 | 4 |
| ▬▬▬▬▬ (Shelter) | 7 | 7 |
| ▬▬▬▬▬▬▬ (Shelter) | 5 | 5 |
| ▬▬ (Shelter) | 1 | 2 |

II. Identify the location of any ORR facility that has had any individual, whether detainee or staff member, test positive for COVID-19, and provide a status report and census of those infected at that facility during the reporting period.

Under the Juvenile Coordinator, the workgroup sent questionnaires to the ORR network with specific questions regarding the census of minors and staff members who tested positive for COVID-19. Additionally, follow up questions were sent to address the status of those infected to determine whether any minors or staff remained in quarantine or had been medically cleared.

Status of Minors and Staff Infected

▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬▬ IL)

- **Minors Infected**: There were 38 minors who tested positive for COVID-19, and the medical staff treated all 38 of these minors. All minors in care have been tested. All COVID-19 positive minors

---

[4] This table is a result of the data gathered by the workgroup as it pertains to positive COVID-19 cases of both minors and staff throughout the shelter network. This information reflects the status as of May 4, 2020, which is the date that the survey of the shelters was conducted in preparation for this report. The next report will include data beginning May 5, 2020.

were medically isolated and have since been medically assessed and cleared to return to the general milieu.

- **Staff Infected**: There were 15 staff members who tested positive for COVID-19, and the majority of staff have been medically cleared to return to work.

███████████████████████████████ PA)

- **Minors Infected**: There were five minors who tested positive for COVID-19, and they were cleared from quarantine as of May 6, 2020.  There is a sixth minor who was tested on May 7, 2020, and the test returned a positive result for COVID-19.  This minor will remain in isolation until May 18, 2020.

- **Staff Infected**: There were five staff members who tested positive for COVID-19.  All staff who tested positive are still out on leave of absence.  Those who are medically cleared may come back to work on May 14, 2020.  The shelter has implemented a rotating shift of staff who will work and live on campus for two weeks at a time to minimize the risk of exposure and spread of COVID-19.

██████████████, PA)

- **Minors Infected**: There was one minor who tested positive for COVID-19. The minor was re-tested, and after providing a negative test result for COVID-19, a medical clearance was obtained and the minor returned to the general milieu.

- **Staff Infected**: There were two staff members who tested positive for COVID-19.  Both staff have been medically cleared to return to work after being quarantined in their homes for 14 days.  Any and all staff that were reported to have encountered these two staff members were properly quarantined at home and have been medically cleared to return to work.

████████████████████ NY)

- **Minors Infected:** There was one minor who tested positive for COVID-19.  The minor is out of quarantine and has returned to the general milieu.

- **Staff Infected:** There were four staff members who tested positive for COVID-19.  One staff member is still in quarantine, while three have been medically cleared to return to work.

██████████████████████, NY)

- **Minors Infected:** There was one minor who tested positive for COVID-19, and this minor remains in quarantine status.

- **Staff Infected:** There were seven staff members who tested positive for COVID-19.  Six staff members have fully recovered and have returned to work while one staff member is pending medical clearance.

████████████████████████, NY)

- **Minors Infected:** There were two minors who tested positive for COVID-19.  Both minors have been medically cleared and have returned to the general milieu.

5

- **Staff Infected:** Staff numbers were not reported by this shelter as they advised they do not document those numbers for privacy reasons. ORR Medical Team reported there were six staff members who tested positive for COVID-19.

██████████████████████████████, NY)

- **Minors Infected:** There were two minors who tested positive for COVID-19. Both minors have been medically cleared and have returned to the general milieu. One minor is pending transfer to Long Term Foster Care (LTFC).

- **Staff Infected:** Staff numbers were not reported by this shelter as they advised they do not document those numbers for privacy reasons.

██████████████████████████████, TX)

- **Minors Infected:** There were seven minors who tested positive for COVID-19. In consultation with ██████ s Health Department ██████, the ORR Medical Team and the primary care provider, all seven minors were medically cleared on May 5, 2020.

- **Staff Infected:** There were seven staff members who tested positive for COVID-19. All staff members are pending medical clearance to return to work.

██████████████████████████████, NY)

- **Minors Infected:** There was one minor who tested positive for COVID-19. This minor was quarantined and has been medically cleared.

- **Staff Infected:** There were two staff members who tested positive for COVID-19. Both staff members remain in quarantine at this time and are pending medical clearance to return to work.

██████████████████████████████ NY)

- **Minors Infected:** There was one minor who tested positive for COVID-19. This minor was quarantined and has been medically cleared.

- **Staff Infected:** There were no staff members who tested positive for COVID-19.

III. **With respect to minors placed at congregate facilities in which either a detainee or staff member has tested positive for COVID-19, identify the specific reason the minors located there have not been released or transferred to a non-congregate setting.**

Under the Juvenile Coordinator, the workgroup sent questionnaires to the ORR network to determine whether any staff members or minors had tested positive for COVID-19. The questionnaire also addressed questions regarding the specific reasons the minors in care who tested positive for COVID-19 had not been released or transferred.

███████████████████████████████████████, IL)

Bed Capacity: 250
Minors in Care as of May 4, 2020: 44
Minors in Care as of May 15, 2020: 29
*Releases during reporting period: 15*

There were 38 minors who tested positive at this facility. Transfers out of congregate care were not pursued due to the risk of potentially spreading or catching COVID-19 during the transfer process. The current low occupancy at the congregate shelters allows for social distancing much easier than a single family home, and provides a pool of staff available to care for the minors. Efforts at release continue even after the midst of the COVID-19 pandemic.

███████████████████████████████████████, PA)

Bed Capacity: 48
Minors in Care as of May 4, 2020: 10
Minors in Care as of May 15, 2020: 4
*Releases during reporting period: 6*

There were five minors who tested positive at this facility, therefore they are able to properly handle their care in alignment with CDC guidelines. Due to the low number of minors that tested positive for COVID-19 in addition to the current low occupancy at this facility, these minors were able to properly isolate. This also allowed for proper social distancing in order to protect the other minors in care. Efforts at release continue even after the midst of the COVID-19 pandemic.

████████████████ PA)

Bed Capacity: 112
Minors in Care as of May 4, 2020: 17
Minors in Care as of May 15, 2020: 12
*Releases during reporting period: 5*

There was one minor who tested positive at ████████ therefore, they are able to properly handle the minor's care in alignment with CDC guidelines. The minor was quarantined in a private bedroom with a personal bathroom. Social distancing was not a problem due this minor being the only one who tested positive. Efforts at release continue even after the midst of the COVID-19 pandemic.

███████████████████████████████████████, NY)

Bed Capacity: 56
Minors in Care as of May 4, 2020: 2
Minors in Care as of May 15, 2020: 2
*Releases during reporting period: 0*

There was one minor who tested positive for COVID-19. The ORR Medical Team, the Department of Health and state licensing did not recommend the transfer or immediate release of this minor. At the time of exposure and quarantine the minor's reunification case was pending as the Family Reunification Packet (FRP) was incomplete and a home study was in progress. Efforts at release continue even after the midst of the COVID-19 pandemic.

████████████████████████████████, NY)

Bed Capacity: 24
Minors in Care as of May 4, 2020: 8
Minors in Care as of May 15, 2020: 4
*Releases during reporting period: 4*

There was one minor who tested positive at this shelter and a home study is currently being conducted (in-person home visit) in furtherance of release efforts. Due to the current low occupancy at this facility, these minors were able to properly isolate. Efforts at release continue even after the midst of the COVID-19 pandemic.

████████████████████████████████ NY)

Bed Capacity: 157
Minors in Care as of May 4, 2020: 50
Minors in Care as of May 15, 2020: 40
*Releases during reporting period: 10*

There were two minors who tested positive at this shelter. Both minors have been medically cleared and have returned to the general milieu. Due to the current low occupancy at this facility, these minors were able to properly isolate. Efforts at release continue even after the midst of the COVID-19 pandemic.

████████████████████████████████, NY)

Bed Capacity: 28
Minors in Care as of May 4, 2020: 3
Minors in Care as May 15, 2020: 3
*Releases during reporting period: 0*

There were two minors who tested positive at this facility. Both minors have been medically cleared and have returned to the general milieu. One minor is pending transfer to Long Term Foster Care. Due to the current low occupancy at this facility, these minors were able to properly isolate. Efforts at release continue even after the midst of the COVID-19 pandemic.

████████████████████████████████, TX)

Bed Capacity: 56
Minors in Care as of May 4, 2020: 14
Minors in Care as of May 15, 2020: 9
*Releases during reporting period: 5*

There was one minor who tested positive at this shelter. A home study referral was submitted for this minor and remains pending. Due to the current low occupancy at this facility, this minor was able to properly isolate. Efforts at release continue even after the midst of the COVID-19 pandemic.

███████████████████████████████████████, NY)

Bed Capacity: 20
Minors in Care as of May 4, 2020: 4
Minors in Care as of May 15, 2020: 2
*Releases during reporting period: 2*

There was one minor who tested positive at this shelter. The minor was going to be released, however the sponsor withdrew, and therefore the minor currently remains in care at this facility. Due to the current low occupancy at this facility, this minor was able to properly isolate. Efforts at release continue even after the midst of the COVID-19 pandemic.

███████████████████████████████████████, NY)

Bed Capacity: 12
Minors in Care as of May 4, 2020: 1
Minors in Care as of May 15, 2020: 1
*Releases during reporting period: 0*

There was one minor who tested positive at this shelter. The minor was scheduled to voluntarily depart the United States per a Court Order, however this was rescheduled due to quarantine and travel restrictions. A tentative date for voluntary departure is scheduled for May 14, 2020. Due to the current low occupancy at this facility, this minor was able to properly isolate. Efforts at release continue even after the midst of the COVID-19 pandemic.

IV. **Describe any policies and/or practices aimed at identifying and protecting minors who are at heightened risk of serious illness or death should they contract COVID-19.**

Under the Juvenile Coordinator, the workgroup sent questionnaires to the ORR network to determine if there were any minors that were at heightened risk for serious illness or death should they contract COVID-19, and the protective measures that were taken to protect all minors in care.

███████████████████████████████████████████, IL)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. ████████ has taken many protective measures to protect minors in care. ████████ secured tests for all the minors in care, which provided the opportunity to identify, isolate, quarantine and treat in order to lessen the spread of COVID-19. Testing all minors allowed them to identify all positive cases, including those minors who were asymptomatic, so they could be isolated. ████████ medical team have been closely monitoring the minors who tested positive for COVID-19 and ensuring that employees are monitoring their health as well.

████████ adheres to strict social distancing guidelines that are CDC compliant. Frequent disinfecting and deep cleaning of the facility are occurring and mandated PPE is used by staff. Additionally, ORR screening criteria is being followed for staff, contractors and minors, which involve screening and temperature checks for staff at the beginning of shifts. Screening and temperature checks are also conducted on all contractors, while temperature checks are conducted on minors twice daily.

Enhanced social distancing has been implemented to further limit the contact among minors and staff. Other measures used to protect minors include display of appropriate signage, CDC cleaning protocols and correct usage of PPE is being adhered to as well. The shelter secured additional medical staff to further support minors, staff and the medical team. Adjustments have been made to the program schedule to ensure social distancing is a priority while still maintaining normalcy to the daily routine. Additional technology has been introduced for teaching, entertaining and connecting with family and counseling staff so that minors remain engaged.

Alternate staff scheduling was created to reduce the number of staff on site to maximize social distancing. An alternate week schedule has been implemented to limit the number of people allowed in each room of the facility, and the number of staff members in the building is being limited to maintain ratios, and to minimize the number of bodies in the building at any given time.

The shelter introduced a hand washing station at the entrance of the facility and has implemented single use cutlery and plates; meals are served on individually packaged containers. The general staff at ▇▇▇▇ is restricted access to the cooking and laundry facilities and specific stairwells have been designated for access to isolation floors in order to minimize the potential of cross contamination and virus spread.

▇▇▇▇ has also secured a hotel room program sponsored by the ▇▇▇▇ This program is made available to staff whose living situation does not allow them to safely quarantine from other household members. This resource allows ▇▇▇▇ to maintain a more stable staffing level than would otherwise have been possible.

▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, PA)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. The shelter is utilizing several precautions, which include isolation and quarantine procedures, use of PPE, frequent building cleaning and sanitizing.

All minors are wearing surgical masks when out of their rooms. All minors are placed in individual rooms, and minors are provided with new masks daily and more frequently if needed. Hand sanitizer and hand washing stations are placed throughout the shelter. Minors who are in isolation are eating their meals in their rooms, while minors in quarantine are eating in the cafeteria while maintaining distance between each other at each table.

Signs are posted on the facility entrance doors that indicate no one may enter without a temperature check and risk assessment questionnaire being completed. The entire campus is closed to visitors, thus only staff are entering the program building at this time. Posters and handwashing practice/educational information is displayed throughout the facility next to all sinks. Furthermore, the facility has added posters in English and Spanish about COVID-19 specifically.

Staff have implemented regular cleansing and disinfecting routines at each shift, three times per day. All surfaces are cleaned regularly during each shift; with focus on disinfecting all handles, doorknobs and bathrooms between each use, etc.

The facility is completing daily health assessments that include symptom review and twice daily temperature checks. Any reported or observed symptom, including fever is reported in an incident report

10

to the program management who subsequently elevates this to the ORR Medical Team for further guidance. The facility schedules telehealth appointments for review of symptoms and necessity of COVID-19 testing and follows all directives. COVID-19 testing is facilitated through the Pennsylvania State hotline.

All staff wear PPE (N-95 mask, gown, face shield) at all times. Minors are using surgical masks when outside of their rooms. Minors do not use bathrooms at the same time and all surfaces are disinfected between each use. There are two minors per table for mealtime, adhering to the proper social distancing space. Group activities are small and include 2 to 3 minors in a group in order to comply with social distancing measures.

, PA)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. However, the shelter has implemented many measures to safeguard and protect minors and staff against the spread of the virus as noted below.

Minors are educated on the symptoms associated with the virus and are encouraged to wash their hands with soap and water for at least 20 seconds. Minors have been encouraged to avoid touching their eyes, nose, and mouth with unwashed hands and have been educated on the importance of social distancing during activities hosted in common areas. Large group gatherings and activities among minors have been limited to smaller groups, and staff pay close attention to minors who may be exhibiting COVID-19 related symptoms. In the event that symptoms in minors are reported, they are immediately placed on the sick call list in the shelter and assessed by nursing staff. Minors are now required to wear disposable face coverings on a daily basis, and are only to remove their masks to eat, shower and enter their bedrooms for the purpose of sleeping.

Touchable surfaces are cleaned and disinfected frequently to minimize minors' risk of contracting the virus. This includes regular disinfecting of tables, doorknobs, light switches, countertops, handles, desks, phones, keyboards, toilets, faucets, and sinks.

Minors' temperatures are taken twice daily and are frequently evaluated by nursing staff. Should there be minors with health vulnerabilities, enhanced measures of social distancing will be encouraged.

, NY)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. However, the shelter has implemented protective measures to prevent the spread of the virus to others. Minors and staff were given masks to wear when social distancing is not possible, as well as when outside. If minors have a fever they are quarantined for three days until they show evidence of no fever without fever-reducing medication. Medical consultations are requested as needed. Staff are expected to wear masks on-site and practice social distancing.

, NY)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. However, they remain vigilant in the event this were to occur and will advise the medical professionals at ORR immediately.

This shelter is utilizing protective measures to prevent the spread of the virus to others, such as social distancing, use of PPE, and frequent sanitizing of all areas. Strict compliance is reinforced and maintained with social distancing and quarantine practices. Additionally, temperature checks are conducted twice daily.

, NY)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. Protective measures taken at this shelter to protect all minors and staff include the requirement to wear masks throughout the day. Minors are encouraged to increase frequency of hand washing and refrain from touching face, along with regular practice of social distancing. If minors test positive for COVID-19, they are quarantined for 14 days in an isolated room and are without physical contact with staff or other minors in care. If minors have been exposed to COVID-19, they are quarantined for 14 days with the use of face masks. All staff and minors practice social distancing.

, NY)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. At this shelter, all minors and staff are required to wear face masks; minors are encouraged to wash hands frequently, and refrain from touching their face. All minors practice social distancing.

Frequency of evaluation by a doctor or nurse practitioner is on an as needed basis as there is an on-site medical clinic staffed with pediatricians, nurse practitioners and nurses. If minors test positive for COVID-19, they are quarantined for 14 days in an isolated room and are without physical contact with staff or other minors in care. If minors have been exposed to COVID-19, they are quarantined for 14 days with the use of face masks. All staff and minors practice social distancing.

, TX)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. All minors received personal protective equipment, and the minors who tested positive for COVID-19 were medically isolated.

This shelter utilizes several preventive measures to prevent the spread of the virus to others. Staff must wear face masks and gloves, and follow strict handwashing protocols.

This shelter also avoids switching employees between the two facilities until lab results are received and confirmed. The expectation is that staff who have tested positive, receive two negative tests prior to being cleared to return to work. Testing is conducted for COVID-19 to all employees who had been in direct contact with the minors in both facilities.

, NY)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. The program practices social distancing techniques and monitors activities to reduce contact among minors and staff. Additionally, other protective measures are being taken to prevent the spread of the virus are the use of surgical masks, frequent hand washing and cleaning and

disinfecting high-touch surfaces daily, adhering to quarantine and social distancing practices, as well as limiting face-to-face contact.

███████████████████, NY)

There were no minors who have tested positive for COVID-19 at this shelter who were at heightened risk of serious illness or death. The program practices social distancing techniques and monitors activities to reduce contact among minors and staff. Additionally, other protective measures are being taken to prevent the spread of the virus are the use of surgical masks, frequent hand washing and cleaning and disinfecting high-touch surfaces daily, adhering to quarantine and social distancing practices, as well as limiting face-to-face contact.

V. Explain whether the medical professionals at ORR are making expeditious individual assessments about a Class Member's eligibility for release when a Class Member has been exposed to COVID-19 or has a sponsor whose household has a confirmed case of COVID-19, and provide the average time in which such individual assessments take place during the reporting period.

The following table illustrates those minors exposed to COVID-19, which remain in quarantine, and the number of days they have been medically isolated:

Figure 5: DHUC Isolation and Quarantine Data[5]

| Program Name | # of Minors Remaining in Isolation/Quarantine | # of Days Medically Isolated |
|---|---|---|
| ███████████████ (Shelter) | 1 | 26 |
| ███████████████████████ (Shelter) | 1 | 5 |

As it pertains to the table above, the minor at ████████████████████ shelter was retested for COVID-19 on May 4, 2020, and the test result was still positive. The minor continues to be medically isolated per local health department recommendations.

At ████████████████████████████████ shelter, the minor was symptomatic beginning May 7, 2020. The minor has not completed the required isolation period per CDC guidelines.

The Division of Health for Unaccompanied Children (DHUC) tracks when COVID-19 positive minors are released from medical isolation. DHUC uses release from medical isolation as a proxy for 'medical clearance' as it relates to COVID-19.

DHUC provides consultation on delays of reunification and works with the FFS and the program to make decisions about delaying releases when a member of the sponsor household has been diagnosed with COVID-19. Per the attached field guidance, responsibility for documentation of these delays rests with

---

[5] The data in this table was provided by the Division of Health for Unaccompanied Children (DHUC). This information reflects the status of minors remaining in isolation or quarantine as of May 12, 2020.

the program, and DHUC does not independently track each case where consultation was provided. However, delaying release for this reason is uncommon, and DHUC has identified the following occurrence as it pertains to one minor:

- *DHUC was notified on April 15, 2020, by the program of a case in which a sponsor household tested positive for COVID-19. DHUC recommended reunification be delayed until all cases of COVID-19 in the household met CDC criteria for discontinuing home isolation. The approval for reunification was made on April 29, 2020, and the minor was discharged from ORR care on May 1, 2020.*

## VI. Explain whether ORR is making individualized assessments regarding its ability to release minors subject to removal orders under the MPP, including census data and reasons for non-release.

From April 28, 2020 to May 14, 2020, ORR discharged a total of 26 minors with MPP cases. As of the writing of this report ORR approved the release of two (2) minors and was considering the possible release of seven (7) minors. Among the releases under consideration are three (3) minors with pending or granted Motions for Temporary Restraining Orders seeking a stay of Department of Homeland Security's (DHS) intent to remove them pursuant to a final order of removal. ORR is also conducting home studies for five (5) minors with MPP cases in preparation for their possible release and working with sponsors going through the family reunification process in six (6) cases.

## Summary

The undersigned respectfully submits this report to the Court pursuant to the Court Order dated April 24, 2020. The undersigned will continue to work independently and with the Special Master, and file interim written reports per the Court's directive to monitor facilities to assure adherence to CDC-compliant and ORR guidelines are maintained.

**FIELD GUIDANCE – April 6, 2020**

RE:     ORR Field Guidance # 4, COVID-19 Discharge Guidance

**GUIDANCE**

ORR's policies require the release of unaccompanied alien children to sponsors in a manner that promotes public safety, which includes concerns related to public health. These instructions fall under authority of **ORR Policy Guide Section 3.4.8 Medical Clearance Prior to Release and Transfer**:

> *"Unaccompanied alien children who have serious physical or mental health issues or have had exposure to a communicable disease may not be transferred or moved until they have been medically cleared by a physician or ORR is consulted….*
>
> *Children who are infectious with communicable diseases of public health concern, which have potential to cause outbreaks, will not be released from ORR care until they are non-infectious."*

ORR is issuing the following guidance to care providers and to ORR staff as it relates to UAC discharges during the COVID-19 pandemic.

**INSTRUCTIONS**

(1) **Postponing release related to COVID-19.** To ensure the health and safety of the sponsor, UAC, and the general public, ORR may postpone release of a UAC to a sponsor:

(a) If an ORR care provider facility (or in the case of transitional foster care, for individual foster homes) experience one or more confirmed cases of active COVID-19 infection in either children or staff, releases are temporarily postponed for all children at the care provider facility or in the foster care home until ORR's Division of Health for Unaccompanied Children (DHUC) lifts the hold on releases or allows the release of specific children on a case by case basis following CDC recommendations.

    (b) If a sponsor or a member of the sponsor's household has an active COVID-19 infection, postpone release until a medical or public health professional determines it is safe to release the UAC to the sponsor household[1];

    (c) If a State licensing agency or a state or local public health agency with jurisdiction over a care provider requires or recommends that a care provider isolate or quarantine children in their care, UAC cases that have completed the release process are postponed until cleared by DHUC and the state licensing or state or local public health agency; or,

    (d) If DHUC determines that a specific child's case must be postponed due to COVID-19 related concerns in order to ensure health and safety of the sponsor, sponsor's household, UAC, and/or the general public.[2]

(2) **Post Release Reporting.**

    (a) Case Managers must follow up with sponsors for 14-days following UACs release from custody for updates on the minor's health and to check on symptoms of acute respiratory illness.

    (b) As a condition of release, until further notice, sponsors must immediately quarantine any released UAC for 14 days following their physical discharge from ORR custody. Further, the sponsor will report any signs of acute respiratory illness or fevers to their local medical provider.

(3) **Documentation.** Any postponement of release must be documented in the *UAC Assessment* or *UAC Case Review*, as appropriate, citing the public health reason for the delay under (1)(a), (b), (c) or (d). Any postponement of release must be sufficiently explained to the UAC and to their sponsor.

(4) **Post-18 Plans.** All children approaching age out must have a post-18 plan in place, which includes a recommendation for a non-secure placement, if appropriate. In the event a child

---

[1] For COVID-19 patients who are not hospitalized, isolation may be discontinued if the CDC recommended isolation time has passed since symptom onset, or if 3 days have passed since recovery/resolution of fever and improvement of symptoms. https://www.cdc.gov/coronavirus/2019-ncov/hcp/disposition-in-home-patients.html . However, if other members of the household are quarantined and then go on to develop illness, the timeframe could be longer than 14 days.

[2] ORR considers any increased risk posed to the child, sponsor, or sponsor household members when making the decision to discharge, such as conditions in the sponsor or family member that increase the risk of severe disease, such as the potential exposure to a sponsor or family member with close contact to a confirmed case in prior 14 days.

2

is within 30 days of aging out and postponing release may result in their transfer to DHS/ICE custody, please notify your ORR/FFS and Case Coordinator for further instruction.

(5) **Voluntary Departure/Order of Removal.** In the event a child has a pending voluntary departure or removal order, care providers work with their ORR/FFS to determine whether DHS/ICE plans to execute the order and initiate removal. If removal appears unlikely evaluate the child for release following general ORR policies and procedures.

(6) **Monitoring for Potential Symptoms:** After a release is approved in accordance with ORR policies (see ORR Policy Guide Section 2.7 Recommendations and Decisions on Release), ORR care providers continually evaluate the child's health on a daily basis (until the child is physically discharged) for signs and symptoms of acute respiratory illness (e.g., fever, cough, shortness of breath).

   (a) Children with symptoms of acute respiratory illness **must not** be transferred or released until they have been medically cleared[3].

   (b) Follow technical instructions provided in the "COVID-19 AND OTHER RESPIRATORY DISEASE CHECK" tool available on the UAC Portal home page under the "COVID-19 Guidance and Materials" folder in the "Documents to Download" section.

   (c) For children with symptoms follow medical isolation instructions in ORR's March 13th Guidance.

(7) **Transportation.** Travel for the purpose of discharging a UAC is considered an essential activity. The safety of children and staff during the physical transfer of children to sponsors is a priority for ORR. To that end, ORR complies with any state or local governmental restrictions on travel. Additionally:

   (a) ORR directs care providers to follow provisions of ORR Policy Guide, Section 2.8.2 Transfer of Physical Custody and utilize air carrier escorts, to the greatest extent feasible, for children aged 14 and older. For children under 14, care providers and ORR/FFS will work with ORR/FFS Supervisors to use airline escorts following air carrier policies, in compliance with ORR's policy.

   (b) Where care provider escorts are still required, and travel is to a state or city which would require the escort to self-quarantine, care provider case managers must look into potential alternative transport locations where escorts would not be required to self-quarantine (such as traveling to Newark, NJ instead of New York City or Providence, RI instead of Boston, MA).

---

[3] See Footnote 1.

(c) Consider using ground transportation following ORR's generally applicable transport policies (see ORR Policy Guide Section 3.3.14 Transportation Services), as opposed to air transport, where travel is expected to be less than 10 hours.

(d) Travelers (including UAC and staff) must adhere to current recommendations for prevention measures (such as wash hands frequently, limit touching face) while conducting essential activities.