JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION FOR DISMISSAL OF PENDING MOTIONS, ECF Nos. 547 and 612** <br><br> Hearing:  None set <br><br> [HON. DOLLY M. GEE] |

The parties, by and through undersigned counsel, hereby stipulate to the dismissal without prejudice of Plaintiffs' pending Motion to Enforce, ECF No. 547, and Defendants' Motion to Exclude and for Evidentiary Hearing, ECF No. 612. Each party agrees to bear their own fees and costs related to these motions. In conjunction with these dismissals, Defendants have agreed to provide the Independent Monitor, Andrea Sheridan-Ordin, with certain information related to influx facilities, as indicated in the attached letter to Ms. Ordin.

Respectfully submitted,

Dated: May 16, 2020

*/s/Peter Schey (*with permission)
Peter A. Schey
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW

*Class Counsel for Plaintiffs*

*/s/ Sarah Fabian*
Sarah B. Fabian
Senior Litigation Counsel
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants