

May 15, 2020

Dear Ms. Ordin:

As discussed during the meet and confer of May 4, 2020, although Defendant the U.S. Department of Health & Human Services ("HHS"), Office of Refugee Resettlement ("ORR") does not believe that monitoring of the below issues is required by the Independent Monitoring Order of October 5, 2018, ECF No 494, ORR nonetheless agrees to work with you in your role as the *Flores* Independent Monitor as follows:

1. ORR's Juvenile Coordinator, (currently Aurora Miranda Maese), will notify you when ORR's operational capacity is at or exceeds 85 percent. ORR tracks this number on a daily basis and will be able to notify you when capacity reaches 85 percent. Per section 7.2.2 of the ORR Guide: "ORR may activate and open an influx care facility when ORR's operational capacity is at or exceeds 85 percent for a period of three days. (*Operational capacity* refers to the net bed capacity of ORR's State-licensed shelters and transitional foster care programs. See Section 7.2.1.)."
2. At a date and time requested by you (including over multiple meetings, if necessary, as well as prior to, subsequent to, or at the time capacity reaches 85 percent), ORR will provide information to you on the following issues to the extent you believe it is necessary to assist you in your Monitoring duties:
    a. The "standard capabilities" of ORR to process and transport class members timely and/or shelter them with existing resources, as described in section 7.1 of the ORR Guide;
    b. The basis by which ORR may, consistent with the FSA, use facilities that are not subject to state or local licensing;
    c. The criteria used for placement in an ORR influx care facility, as set out in 7.2.1 of the ORR Guide. (See also Section 306 of the Emergency Supplemental Appropriations for Humanitarian Assistance and Security at the Southern Border Act, 2019, Pub. L. 116-26, which provides funds that remain available through September 30, 2021); and
    d. The status of the contract for a future influx care facility at the Homestead, Florida site (except that ORR does not agree to provide copies of those contracts or other proprietary, confidential commercial information).

In discussing any of the above with you, in accordance with the Independent Monitoring order of October 5, 2018, ECF No. 494, ORR agrees to share only non-privileged information. ORR may share personally identifiable information subject to the protective order entered into and signed by all Parties, as well as the Independent Monitor.

Administration for Children and Families | Office of Refugee Resettlement
www.acf.hhs.gov/programs/orr

In discussing the above issues with you, ORR understands that you may, in your discretion, share such documents and information with Plaintiffs only to the extent it is in furtherance of the performance of your duties under the Monitoring Order.

        Best regards,

        _____

        Toby Biswas
        Senior Supervisory Policy Counsel
        Office of Refugee Resettlement