JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>    Plaintiffs, <br><br>v. <br><br>ERIC H. HOLDER, JR., Attorney General of the United States; *et al.*, <br><br>    Defendants. | Case No. CV 85-4544-DMG <br><br>[Proposed] <br><br>**ORDER ON STIPULATION FOR DISMISSAL OF PENDING MOTIONS, ECF Nos. 547 and 612** <br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Parties' stipulation to dismiss without prejudice Plaintiffs' pending Motion to Enforce, ECF No. 547, and Defendants' Motion to Exclude and for Evidentiary Hearing, ECF No. 612.

UPON CONSIDERATION of the Stipulation, the Court hereby ORDERS that Plaintiffs' pending Motion to Enforce, ECF No. 547, and Defendants' Motion to Exclude and for Evidentiary Hearing, ECF No. 612 are dismissed without prejudice. Each party will bear its own fees and costs related to these motions.

**IT IS SO ORDERED.**

DATED: _____, 2020.

                                                                         _____
                                                                        THE HONORABLE DOLLY M. GEE
                                                                        UNITED STATES DISTRICT JUDGE