1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER ON APPLICATION TO SEAL [789]** |
| WILLIAM BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Before the Court is Defendants' Application for Leave to File Under Seal Portions of Juvenile Coordinator Reports.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Exhibit A to the Juvenile Coordinator Report of Deane Dougherty (in its entirety)
- Juvenile Coordinator Report of Aurora Miranda-Maese (portions).

Pursuant to Local Rule 79-5.2.2(c), Defendants shall e-file the unredacted documents consistent with this Order within three (3) court days from the date of this Order.

**IT IS SO ORDERED.**

DATED: May 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-