1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States; *et al.,* <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER ON STIPULATION FOR DISMISSAL OF PENDING MOTIONS, ECF Nos. 547 and 612 [791]** |

THIS CAUSE comes before the Court upon the Parties' stipulation to dismiss without prejudice Plaintiffs' pending Motion to Enforce, ECF No. 547, and Defendants' Motion to Exclude and for Evidentiary Hearing, ECF No. 612.

UPON CONSIDERATION of the Stipulation, and good cause appearing, the Court hereby ORDERS that Plaintiffs' pending Motion to Enforce, ECF No. 547, and Defendants' Motion to Exclude and for Evidentiary Hearing, ECF No. 612 are dismissed without prejudice. Each party will bear its own fees and costs related to these motions.

**IT IS SO ORDERED.**

DATED: May 19, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE