# EXHIBIT A

## DECLARATION OF BRIDGET CAMBRIA, ESQ.

I, Bridget Cambria, declare and say as follows:

1. My name is Bridget Cambria, Esq. and I am an attorney with, and the Executive Director of, Aldea – The People's Justice Center ("Aldea"), a non-profit located in Reading, Pennsylvania in the County of Berks. Our organization, Aldea, offers universal representation to families detained at the Berks County Residential Center in Leesport, Pennsylvania. In the last five years, we have represented more than one thousand parents and children who have been detained in family detention in the Berks County Residential Center ("BCRC").

2. I previously filed declarations in the *Flores* with respect to compliance with the Flores Settlement Agreement, and more recently with regards to enforcement of *Flores* during the COVID-19 pandemic. I am now providing this supplementary declaration to update the court concerning the detention of families in the BCRC during the COVID-19 pandemic.

3. The BCRC is an ICE family detention facility in Leesport, Pennsylvania for immigrant families. Primarily, the families who are brought to the detention center are seeking asylum in the United States. Each family currently detained has a close family member living in the United States who is willing to receive each family member, today.

4. Aldea represents every family, including Flores class members, who remain in the BCRC during COVID-19, consisting of five asylum seeking immigrant families with matters pending in federal courts, the immigration court, and before the United States Citizenship and Immigration Services for humanitarian applications for relief and protection.

5. At this moment, all families have been detained in the BCRC in excess of 20 days. All families remain in detention since March of 2020. Two families have been detained for 79 days, two families have been detained for 70 days and one family has been detained for 69 days.

6. Additionally, conditions have remained unchanged since this Court's finding that they are not safe or sanitary in light of the COVID-19 pandemic. There remains an ongoing lack of education for detainees concerning the pandemic and, more strikingly, a lack of concern by authorities of the risk COVID-19 poses on families in their care in their determinations on custody.

7. Despite the lower census, families continue to report that they cannot socially distance in BCRC due to its nature as congregate care facility. They further report that children in the BCRC are unable to comprehend or practice social distancing given their age, lack of maturity, and nature as curious infants, toddlers and young children.

8. Since my last update with this Court, no family has been released from custody at the BCRC and we have not received a any individualized determination from Immigration and Customs Enforcement as to why class members or parents remain detained

        in light of their lengths of detention, the availability of sponsors, dangerousness of the pandemic nor the fact that each family has a very young child and is vulnerable to mental and physical harms associated with continued detention.

9. The same families who were detained as of my last writing, remain detained today, with the exception of one family, consisting of a mother, father and one-year-old infant daughter, that was removed from the BCRC facility yesterday at approximately 9am with no notice to counsel for the purposes of removal to Mexico. Although their removal has been temporally stayed, we have no knowledge of their exact physical location. We were advised only that the family is somewhere in McAllen, Texas and were refused additional information.

10. Immigration has facilitated phone calls between us and this family, however, our clients are also unable to provide more details of their whereabouts other than the fact that they are in a hotel in the custody of ICE officials. This concerns us as the child is only one-year-old.

11. Currently in the BCRC is a family from Ecuador with a five-year-old child, a Haitian family with a one-year-old infant, a Haitian family with an 11-year-old child and a three-year-old toddler, and a Haitian family with a two-year-old infant.

12. On May 14, 2020, we learned that ICE had met with our clients without giving us notice of these meetings or an opportunity to be present. On May 14, 2020, I spoke with each of our clients who reported the following:

    a. On Thursday, May 14, 2020, ICE in the BCRC called each family into a meeting without counsel and without notice to us as counsel of record.
    b. One by one ICE agents questioned the parents in each of the five families about whether they wished to separate themselves from their infants, toddlers and children and send their children to sponsors outside of detention.
    c. They were explained no process or procedure in place to separate them from their very small children and no process to protect their rights as parents or to protect their children's rights or safety.
    d. Each family was told that if they opted to separate themselves from their children, they – the parents – would remain in detention. If they chose to remain with their children, they would also remain in detention.
    e. Families were not permitted to consult with counsel in order to answer ICE's questions. ICE conducted these interviews with the use of a telephonic interpreter.
    f. Not fully understanding their rights or having counsel present, without exception each parent declined to separate from their children.
    g. Each meeting with the families lasted no longer than a few minutes.
    h. The families reported that they were asked no other individualized questions other than, again, confirming their sponsor's contact information and being asked to separate themselves from their child
    i. No class member's or family's specific and unique situation or conditions were discussed during these brief meetings.

13. Following these meetings, and on May 14, 2020, Aldea submitted parole requests for each and every family detained at the BCRC. The parole request asked ICE to consider each family individually, to consider their detention in light of applicable

14. Families report conditions in the facilities remain unchanged and that they continue to feel unsafe and unprotected from COVID-19. According to our clients, they are provided with 1 mask per person every 8 days. PPE utilization remains difficult for children given their age, maturity and small size. Children are still suffering from effects of detention including poor appetite, colds, infections, and other physical issues related to their detention in close quarters with other asylum-seeking families. Families continue to report fears while in detention because facility and ICE staff come and go from the facilities in light of the COVID-19 pandemic raging in the surrounding community.

15. Berks County has issued an order as of April 7, 2020 requiring employees to wear masks in County facilities. Prior to that order, masks were not worn. Employees do not use gloves unless serving food or cleaning. Families are only provided gloves when they clean.

16. Children in Berks have been suffering from some type of "virus" which has caused bumps and sores around their mouths, in their mouths and in their throats making eating difficult. Parents are concerned as it has affected more than one child.

17. Berks County, where the BCRC is located is currently in a "red" designation by the Governor of Pennsylvania. Residents of Berks County must shelter in place.

18. Pennsylvania currently has 67,427 total cases of COVID-19 with nearly 5,000 deaths attributed to COVID-19. Berks County itself has 3,735 cases of COVID-19 and 262 deaths due to COVID-19. A large number of COVID-19 cases are in congregate care settings. Family detention remains a congregate care setting.

19. For example, less than 500 yards away from the BCRC is the Berks Heim, the county operated nursing home facility. Both the BCRC and the Berks Heim are owned and operated by the County of Berks. In the Berks Heim, located next to the BCRC, there are 52 positive cases for COVID-19, 8 employees positive for COVID-19 and at least 13 deaths.

20. Each of the detained families fear return to their countries of origin. Each of the families fear for themselves and their families while detained or upon removal as a result of the COVID-19 pandemic.

///
///
///

(continued from previous page: laws and regulations, and to do so immediately in light of the dangers of COVID-19. We have not yet received a determination on our request, but ICE has acknowledged receipt of the requests.)

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct pursuant to 28 U.S.C. § 1746.

Executed this 20th day of May, 2020 in Reading, Pennsylvania.

Bridget Cambria, Esq.