# EXHIBIT D

# DECLARATION OF SAMANTHA RATCLIFFE

I, Samantha Ratcliffe, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is Samantha Ratcliffe and I am an attorney licensed to practice in the State of Oregon. This declaration describes my experiences and observations working with migrant youth detained at the Cowlitz Juvenile Detention Center.

<u>Experience Serving Youth in ICE Custody</u>

3. Since September 24, 2018, I have been an attorney at Immigrant Defense Oregon (IDO) of Metropolitan Public Defender, a legal service provider that works primarily with low income immigrants, including immigrant youth.

4. Since December 2018, IDO has served children in the legal custody of Immigration and Customs Enforcement ("ICE") who have been placed by ICE at the Cowlitz County Juvenile Detention Center in Longview, Washington and at the Northern Oregon Regional Correctional Facility (NORCOR). Over the last year, IDO has served eight youth detained at Cowlitz Juvenile Detention Center in ICE custody. The majority of these youth come from Mexico, Guatemala, and El Salvador.

5. As the legal service provider for Cowlitz County Juvenile Detention Center, our attorneys maintain regular contact with the youth at the facilities. We provide ongoing consultations for these detained minors, as well as provide direct legal representation to youth before ICE, USCIS, EOIR, and the BIA.

## Cowlitz County Juvenile Detention Center

6. It is my understanding that Cowlitz County Juvenile Detention Center is a correctional facility that houses detained juveniles who have criminal charges or convictions in Cowlitz County and juvenile ICE detainees. When our office last visited on February 27, 2020, the population of Cowlitz Juvenile Detention Center was about 15 juveniles. Our ICE detainee juvenile clients are between 15 and 17 years old. Once they turn 18 years old, they are transferred to an adult immigration detention facility.

7. Cowlitz County Juvenile Detention Center consists of a Courtroom, Probation Offices, and Detention. The youth are housed in one building that accommodates up to 64 youth. Based on my observation, ICE male youth sleep in rooms with one bed. Female youth sleep in rooms with several beds. Meals are served three times a day in a single location which serves up to 16 youth at a time. Various staff are present during meals. Residents are expected to share common equipment such as telephones, dining tables, chairs, pens, board games, books, and sports equipment.

8. The ICE juvenile detainees detained at Cowlitz County Juvenile Detention Center do not have regular access to the outdoors and are only able to exercise indoors. To date, the youth have only been outdoors once during their stay. The youth are not provided with pen and paper in their rooms to journal or write down important information they may remember about their case, they no longer have contact with support groups and clergy that come into the facility, and they no longer have access to in person private mental health care sessions with the counselors.

9. ICE youth are separated from the rest of the youth and may have their own pods. Detained U.S. citizen juveniles receive visits from family members at the facility. ICE juvenile detainees do not get any visitors as their families are over 2,000 miles away and not able to travel to the Cowlitz County Juvenile Detention Center in Longview, Washington due to the distance and limited financial resources.

Delays in Reunification Due to Status as Accompanied Minor

10. Since February 27, 2020, attorneys have not visited our clients due to safety concerns.

11. ICE has not pursued any efforts to reunify children with family, even though each of them have viable sponsors available, including parents in the United States. The children all have parents available to take care of them. A.P.P has his mother, B.B.B has both his mother and stepfather, and X.E.S has her mother and father. Each of these parents are available and willing to provide for and take care of them. A.P.P has been detained at Cowlitz County Juvenile Detention Center since September 23, 2019. B.B.B has been detained by ICE since October 18, 2018 and has been at the Cowlitz County Juvenile Detention Center since June 3, 2019. X.E.S has been detained at the Cowlitz County Juvenile Detention Center since November 22, 2019. X.E.S has been in the U.S. since she was 11 months old so all she knows is this country and the majority of her family is in Texas.

12. To my knowledge, ICE has not pursued any efforts to transfer X.E.S., B.B.B., or A.F.P.P. to a less restrictive placement.

13. The three youth presently detained by ICE at the Cowlitz County Juvenile Detention Center requested release from ICE. The three of them were denied release on because they appeared to be a flight risk and/or a threat to public safety. One of the youths was arrested by ICE but never charged with a crime still to this date. The requests for release were emailed to ICE officers by their attorney and ICE communicated their decision to their attorney through email. The attorney then relayed the decision to the minors and their parents. ICE did not provide any documentation as attachments to their email. ICE did not request any additional information, speak to the children or their

family members, or otherwise individually assess the children for release or transfer to a less restrictive placement.

14. Aside from the decision denying the requests for release, to our knowledge ICE had not re-assessed the youth's ongoing dangerousness while detained at the Cowlitz County Juvenile Detention Center.

15. To my knowledge, ICE has not considered any alternate safety measures, such as release on home monitoring. ICE has not provided any information about consideration of alternate safety measures.

16. X.E.S participated in drug and anger treatment classes during her time in State custody. This minor was promoted through the stages at the juvenile correctional facility and she volunteered mentoring others, training dogs, got a GED, and went to church. X.E.S completed her sentence and was released two months early due to her good behavior. She has had no issues at Cowlitz Juvenile Detention Center and would not pose a danger to the community.

17. During B.B.B's time in a state juvenile detention facility he was awarded student of the week certificates on many occasions for "demonstrating excellent effort and behavior". In his first ICE detention facility he excelled academically, getting mostly As, and was described by his teacher as having made significant progress in developing coping skills that allowed him to act appropriately.

Delays in Reunification Due to COVID-19

18. ICE has not provided clear guidance regarding the release of immigrant children detained in juvenile detention facilities during this pandemic. It is not clear in what circumstances release will be delayed due to COVID-19 related issues, or in what circumstances we can expect any release process to proceed as per usual.
Cowlitz County Juvenile Detention Center has made efforts to release minors in response to COVID-19 by releasing almost all U.S. citizen youth in March, 2020. There are only

two U.S. citizen juveniles left at the facility and they are both from out of state pursuant to a contract with Cowlitz County Juvenile Detention Center. The ICE detainees have not been released.

19. The immigrant children at Cowlitz County Juvenile Detention Center have been denied requests of release by ICE.

20. To their knowledge, the ICE youth have no particular medical concerns.

COVID-19 Protocols

To my knowledge, Cowlitz County Juvenile Detention Center has implemented the following measures related to COVID-19:
- Implemented temperature screenings for staff
- Released all but two of the U.S. citizen juveniles, leaving five children detained at the facility.
- Implementing a distance of six feet between children.
- Adjusting communal spaces to practice social distancing by spacing children in the classroom and dining room further apart.
- Provided information about proper hand washing.
- Provided masks for the youth, which must be used when in the hallways and going to the bathroom. The masks are optional the rest of the time.

21. I am not aware of any children or staff at Cowlitz County Juvenile Detention Center testing positive for COVID-19.

22. I am not aware of any children or staff at Cowlitz County Juvenile Detention Center exhibiting symptoms consistent with COVID-19. However, the juveniles currently detained at this facility have noticed that one of the staff members stopped going to work during this pandemic and then quit. Three or four other staff members that stopped going to work during the pandemic have now returned to work.

23. I am not aware of any children at this facility being tested for COVID-19.

Declaration of Samantha Ratcliffe

5

24. Remaining detained in a juvenile correctional facility during a global pandemic severely affects the emotional and mental health of youth. The detained juveniles at this facility are constantly scared of contracting the virus, are concerned they are not being properly protected, and are afraid for their family members who may contract it. They have not been given any explanation or information as to why some staff members stopped going to work and then returned which leads them to be even more worried about the potential repercussions to their health.

25. I am concerned that the continued detention of youth during this pandemic puts the children's health in danger and will have negative effects on their mental health. Due to the restrictions on people entering the facility, the juveniles had no time in the classroom since March 15, 2020. As of now, they have time in the classroom but no longer have a teacher in the classroom, instead of a teacher there is a guard. The youth do not have private one on one appointments with the counselor at this time. X.E.S. no longer sees a support group that came into the facility and no longer receives visits from religious volunteers. One of the juveniles is a girl and because she is the only girl at the facility, in order to maintain social distancing, she was isolated from the other youth and only interacted with a guard for an entire month.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 20th day of May, 2020, at Portland, Oregon.



Samantha Ratcliffe

---

Declaration of Samantha Ratcliffe

6