# EXHIBIT C

# DECLARATION OF ANTHONY ENRIQUEZ, ESQ.

I, Anthony Enriquez, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. I am the Director of the Unaccompanied Minors Program of Catholic Charities Community Services of the Archdiocese of New York, (CCCS-NY) and an attorney licensed to practice in the State of New York. I have previously submitted declarations to this Court on April 7, 2020 and April 22, 2020. This declaration addresses the on-going challenges and obstacles to release our clients continue to face relating to sponsor access to fingerprinting and a lack of transparency and communication from ORR regarding its release decisions.

## On-going Barriers to Release of Unaccompanied Children

3. Our clients' releases continue to be delayed because of the difficulty of completing fingerprinting during the COVID-19 closures. At the time of this writing, we have at least 5 clients whose release is on hold due to discretionary fingerprinting requirements.

4. At least one of our clients is pending reunification with his father. Another client is fearful of transfer to ICE detention should he age out of ORR custody.

5. Several of the clients' sponsors have told us that they have been unable to submit fingerprints because local fingerprinting sites are closed due to COVID-19. The five clients whose releases have been delayed due to fingerpinting have already been detained for an average of about 88 days.

6. Our clients express confusion and uncertainty about their delayed release. They ask us for help in finding out if there is any timeline for their release.

## ORR's On-going Lack of Transparency

7. As I have previously noted, to be effective advocates, legal service providers need up-to-date guidance and transparency from ORR regarding practices impacting the safety, welfare, and release of our clients to their sponsors.

8. Unfortunately, we continue to experience a lack of information and transparency from ORR regarding release of our clients.

9. Since receiving this Court's order on April 24, 2020, we have directly communicated with our local Federal Field Specialists ("FFS") to let them know about the order's requirements and to seek understanding as to how the order will be implemented locally. When we follow up on these inquiries, their response has been that they are waiting for ORR-HQ guidance. When we followed up with our contact for the FFS supervisor, we have not received a response. Accordingly, we continue to be in the dark about how ORR is implementing the Court's order on release during the COVID pandemic.

10. This on-going lack of transparency continues to impede our ability to inform children about their legal rights and results in unnecessarily prolonged detention of children.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 21st day of May, 2020, at New York, New York.

_____
ANTHONY ENRIQUEZ