# EXHIBIT D

# DECLARATION OF ROSA VICTORIA GILCREASE-GARCIA

I, Rosa Victoria Gilcrease-García, hereby declare that the following statements are true and correct to the best of my knowledge, information, and belief.

1. I am a Staff Attorney with the St. Frances Cabrini Center for Immigrant Legal Assistance from Catholic Charities of the Archdiocese of Galveston-Houston ("Cabrini"). In this position, I provide direct representation to unaccompanied children detained in Houston Office of Refugee Resettlement ("ORR") shelters.

2. The statements contained in this declaration are based upon my personal knowledge.

3. Cabrini is the legal service provider for five Office of Refugee Resettlement ("ORR") shelters for unaccompanied immigrant children in the Houston area, including Catholic Charities Houston ("St. Michael's"), Southwest Key Casa Houston Reliant ("Reliant"), Southwest Key Quetzal ("Quetzal"), Southwest Key Montezuma, and United States Conference of Catholic Bishops Catholic Charities Long Term Foster Care.

4. I understand from my communications with ORR representatives that at least five minors' releases are pending due to lack of completion of in-person home studies, which are indefinitely postponed due to the COVID pandemic. These minors are placed at Reliant, St. Michael's, and Quetzal.

5. Cabrini staff have requested updates about the reunification status of these five minors. In each of these cases, shelter staff stated that ORR required an in-person home study before it could release the minor. They did not indicate whether ORR had considered a virtual alternative.

6. In my communications with ORR representatives discussed below, the representatives have been professional and courteous.

7. In mid-April 2020, I made several calls to the FFS responsible for overseeing ORR's contract with the Reliant and Quetzal shelters to discuss home study policies and did not receive a response.

8. On April 29, 2020, the FFS emailed to schedule a call for the next day. On April 30, 2020, the FFS canceled the call by email. She wrote that she was not available the rest of the week and offered to potentially follow up the subsequent week. She also wrote that, regarding the judge's order that came out on April 24, 2020 in *Flores*, ORR currently did not have policies and procedures in place and that ORR was working on operationalizing the outcome in policies and procedures. I requested a new meeting between May 2–5, 2020. On May 8, 2020, I received a response. The FFS indicated she would follow up about a possible call.

1

9. On May 13, 2020, I spoke with the FFS by phone about the minors at Reliant whose sponsors awaited home studies. The FFS said on the call that ORR required an in-person home study for all these minors.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: 5/21/2020
Houston, Texas

ROSA VICTORIA GILCREASE-GARCÍA

2