UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date May 22, 2020 |
| Title *Jenny L. Flores v. William Barr, et al.* | |

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Anne Kielwasser |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | |
| Leecia Welch | |
| Holly S. Cooper | |
| Neha Desai | |
| Daisy O. Felt | |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor, Dr. Paul Wise, ORR Juvenile Coordinator Aurora Miranda-Maese, and ICE Juvenile Coordinator Deane Dougherty. The hearing is held by videoconference and telephone. The Court and counsel confer.

A further status conference is set for **June 19, 2020 at 11:00 a.m**.[1] The Court grants leave for counsel of record to appear by videoconference ("VTC") or telephone. By no earlier than June 15, 2020, counsel of record shall contact the courtroom deputy clerk at dmg_chambers@cacd.uscourts.gov to receive the VTC link and telephone line. Associates of counsel and the public may attend the hearing at the courthouse by submitting an online form at https://www.cacd.uscourts.gov/hearing-access-request-form.[2]

:50

---

[1] The Court neglected to announce the date and time of the next status conference date at the hearing.

[2] To ensure that the submitted requests are timely processed, the complete online form must be submitted by June 18, 2020 at 4:00 p.m.