CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (90754)
Peter A. Schey (58232)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: pschey@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> PLAINTIFFS' SUPPLEMENTAL EXHIBIT TO STATEMENT RE ORR JUVENILE COORDINATOR'S REPORT <br><br> Hearing: May 22, 2020 <br> 11:00 AM <br><br> [Hon. Dolly M. Gee] |

///

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
Daisy O. Felt (CA 307958)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Emails: hscooper@ucdavis.edu
      jpmulligan@ucdavis.edu
      dofelt@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email:   lwelch@youthlaw.org
      ndesai@youthlaw.org
      pjuneja@youthlaw.org
      fpitts@youthlaw.org

   ///

On May 21, 2020, Plaintiffs filed a Statement Regarding the ORR Juvenile Coordinator's Report. [Doc. # 797]. The declaration of Ashley Huebner, attached as Exhibit A to this Statement, discussed the case of the minor J.M.A. [Doc. # 797-1]. On May 22, 2020, the Court held a status conference in this matter and the parties discussed the status of J.M.A.'s reunification process. Plaintiffs hereby submit a supplemental declaration from Ashley Huebner to address Defendants' factual representations regarding J.M.A.'s case.

Dated: May 22, 2020.

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín
Peter A. Schey

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper
Daisy O. Felt

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts

/s/ Leecia Welch
Leecia Welch
*One of the Attorneys for Plaintiffs*

- 1 -