JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **RESPONSE TO COURT ORDER** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On May 22, 2020, the Court ordered that:

> Minor J.M.A., identified in Ashley Huebner's May 21, 2020 declaration [Doc. # 797-1], shall be provisionally released forthwith pursuant to the Court's April 24, 2020 Order, unless the Court receives an explanation by May 25, 2020 why, as a matter of law, he cannot be released.

Order, ECF No. 799, at 3. Minor J.M.A. could not be provisionally released pursuant to the Court's April 24, 2020 Order because he required a mandatory home study under the Trafficking Victims Protection and Reauthorization Act (TVPRA). *See* Declaration of Stephen Antkowiak (Antkowiak Decl.), attached hereto, ¶¶ 6-8. The TVPRA requires a home study for "a child who has been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened[.]" 8 U.S.C. § 1232(c)(3)(B). Because J.M.A. experienced such abuse, the U.S. Department of Health and Human Services, Office of Refugee Resettlement (ORR) determined that a home study was mandated under this provision. Antkowiak Decl. ¶ 8. ORR was able to complete the necessary home study on May 24, 2020, and because the study had positive results, ORR is releasing J.M.A. today, May 25, 2020, to his current sponsor. *Id.* ¶ 4.

The May 21, 2020 declaration of Ashley Huebner, an attorney with the National Immigrant Justice Center (NIJC), stated that "it is critical [J.M.A.] be released prior to [May 26, 2020] to avoid a transfer to an ICE adult detention facility." ECF No. 797-1, ¶ 6. Ms. Huebner reiterated this statement in a second

declaration filed late in the day on May 22, 2020. *See* ECF No. 800-1. As Ms. Huebner should have been aware, on May 14, 2020, ORR requested that U.S. Immigration and Customs Enforcement (ICE) release J.M.A. on his own recognizance (ROR) should he turn eighteen before he could be released from ORR custody. Antkowiak Decl. ¶ 12. NIJC was informed of this request on May 15, 2020. *Id.* NIJC also was aware on May 22, 2020, that ICE had approved the request that J.M.A. be released ROR. *Id.* ¶ 11.

DATED:     May 25, 2020            Respectfully submitted,

                                   JOSEPH H. HUNT
                                   Assistant Attorney General
                                   WILLIAM C. PEACHEY
                                   Director, District Court Section
                                   Office of Immigration Litigation
                                   WILLIAM C. SILVIS
                                   Assistant Director, District Court Section
                                   Office of Immigration Litigation

                                   */s/ Sarah B. Fabian*
                                   SARAH B. FABIAN
                                   Senior Litigation Counsel
                                   Office of Immigration Litigation
                                   District Court Section
                                   P.O. Box 868, Ben Franklin Station
                                   Washington, D.C. 20044
                                   Tel: (202) 532-4824
                                   Fax: (202) 305-7000
                                   Email: sarah.b.fabian@usdoj.gov

                                   *Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on May 25, 2020, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<u>/s/ *Sarah B. Fabian*</u>
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants