1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **AMENDED ORDER ON APPLICATION TO SEAL [802]** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Declaration of Stephen Antkowiak.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following document is filed under seal:

- Declaration of Stephen Antkowiak (portions)

Pursuant to Local Rule 79-5.2.2(c), Defendants shall e-file the unredacted documents under seal within three days of this order.

**IT IS SO ORDERED.**

DATED: May 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE