JOSEPH H. HUNT
Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION FOR EXTENSION OF FILING DEADLINE FOR ICE JUVENILE COORDINATOR REPORT** <br><br> Hearing:  None set <br><br> [HON. DOLLY M. GEE] |

The parties, by and through undersigned counsel, hereby stipulate to an extension of the filing date for the U.S. Immigration and Customs Enforcement ("ICE") Juvenile Coordinator report of Ms. Deane Dougherty until June 10, 2020. This Court previously ordered Ms. Dougherty to file her report on June 8, 2020, *see* ECF No. 799, and Ms. Dougherty has been working diligently with her ICE colleagues to prepare this report. Ms. Dougherty is also working with the *Flores* Independent Monitor, Ms. Andrea Ordin. Having consulted with Ms. Ordin, Ms. Dougherty and ICE now seek additional time, until June 10, 2020, to finalize the ICE Juvenile Coordinator report. Ms. Ordin has authorized Defendants to state that she supports ICE's request for this brief extension. Counsel for Plaintiffs, Peter Schey, states that he agrees to this brief extension request as well.

                                          Respectfully submitted,

Dated: June 8, 2020            /s/Peter Schey (with permission)
                                       Peter A. Schey
                                         CENTER FOR HUMAN RIGHTS &
                                         CONSTITUTIONAL LAW

                                         *Class Counsel for Plaintiffs*

                                         */s/ Sarah Fabian*
                                         Sarah B. Fabian
                                         Senior Litigation Counsel
                                         U.S. DEPARTMENT OF JUSTICE
                                         Office of Immigration Litigation
                                         District Court Section

                                         *Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants