# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER EXTENDING FILING DEADLINE FOR ICE JUVENILE COORDINATOR REPORT [807]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation for Extension of Filing Deadline for ICE Juvenile Coordinator Report.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the extension of time is GRANTED and the next ICE Juvenile Coordinator Report shall be filed on or before June 10, 2020.

**IT IS SO ORDERED.**

DATED: June 8, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE