JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **NOTICE FILING ICE JUVENILE COORDINATOR REPORT** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On May 22, 2020, the Court ordered Defendants to file an interim compliance report from Ms. Deane Dougherty, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"), on June 8, 2020. *See* ECF No. 799. On June 8, 2020, the Court allowed an extension of the filing deadline to June 10, 2020. ECF No. 811. In accordance with the Court's Orders, ICE submits the attached compliance report from Ms. Dougherty for the Court's consideration. A redacted version of Exhibit A to the Report is also being filed herewith. Unredacted versions of Exhibits A and B to the Report are being filed separately under seal.

DATED: June 10, 2020          Respectfully submitted,

JOSEPH H. HUNT
Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on June 10, 2020, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

        /s/ *Sarah B. Fabian*
        SARAH B. FABIAN
        U.S. Department of Justice
        District Court Section
        Office of Immigration Litigation

        Attorney for Defendants