| DETLOC | Alien File Number | Family Name | Given Name | Citizenship Country Code | Book In Date | Birth Date | Age | Age category | Final Order Date | Case Status | Parole Granted (Y/N) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CHILE | 3/18/2020 | | 2.8 | 0-5 years old | 4/8/2020 | ER-completed the immigration process | No |
| | | | | CHILE | 3/18/2020 | | 1.6 | 0-5 years old | 4/8/2020 | ER-completed the immigration process | No |
| | | | | MEXIC | 3/18/2020 | | 1.4 | 0-5 years old | 4/8/2020 | ER-completed the immigration process | No |
| | | | | CHILE | 3/11/2020 | | 3.6 | 0-5 years old | 3/24/2020 | ER-completed the immigration process | No |
| | | | | HAITI | 3/11/2020 | | 11.2 | 6-13 years old | 3/24/2020 | ER-completed the immigration process | No |
| | | | | ECUAD | 3/15/2020 | | 5.1 | 0-5 years old | | ER-completed the immigration process | No |
| | | | | INDIA | 2/24/2020 | | 7.0 | 6-13 years old | 4/8/2020 | ER-completed the immigration process | No |
| | | | | CHILE | 2/24/2020 | | 1.9 | 0-5 years old | | ER-completed the immigration process | No |
| | | | | BRAZI | 2/24/2020 | | 3.1 | 0-5 years old | 2/22/2020 | ER-currently going through CF process/IJ review of CF | No |
| | | | | HAITI | 2/21/2020 | | 7.4 | 6-13 years old | | ER-completed the immigration process | No |
| | | | | HAITI | 2/21/2020 | | 3.8 | 0-5 years old | | ER-completed the immigration process | No |
| | | | | HAITI | 2/27/2020 | | 1.6 | 0-5 years old | | ER-completed the immigration process | No |
| | | | | BRAZI | 3/12/2020 | | 2.3 | 0-5 years old | | ER-completed the immigration process | No |
| | | | | NICAR | 3/27/2020 | | 7.0 | 6-13 years old | 9/26/2019 | Final order from 240 proceedings | No |
| | | | | HONDU | 2/12/2020 | | 5.3 | 0-5 years old | 1/22/2020 | Final order from 240 proceedings | No |
| | | | | INDIA | 2/24/2020 | | 7.9 | 6-13 years old | 4/16/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 2/24/2020 | | 3.9 | 0-5 years old | 4/16/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 3/5/2020 | | 2.9 | 0-5 years old | | ER-currently going through CF process/IJ review of CF | No |
| | | | | INDIA | 3/10/2020 | | 1.7 | 0-5 years old | 4/15/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 3/10/2020 | | 5.2 | 0-5 years old | 4/15/2020 | ER-completed the immigration process | No |
| | | | | MEXIC | 3/9/2020 | | 1.9 | 0-5 years old | | ER-currently going through CF process/IJ review of CF | No |
| | | | | INDIA | 3/26/2020 | | 16.1 | 14-17 years old | 4/15/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 3/26/2020 | | 13.1 | 6-13 years old | 4/15/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 3/26/2020 | | 9.7 | 6-13 years old | 4/24/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 3/26/2020 | | 11.5 | 6-13 years old | | ER-currently going through CF process/IJ review of CF | No |
| | | | | INDIA | 3/26/2020 | | 1.9 | 0-5 years old | 4/17/2020 | ER-completed the immigration process | No |
| | | | | INDIA | 3/26/2020 | | 0.4 | 0-5 years old | 4/22/2020 | ER-completed the immigration process | No |
| | | | | MEXIC | 3/15/2020 | | 1.1 | 0-5 years old | | ER-currently going through CF process/IJ review of CF | No |
| | | | | URUGU | 2/28/2020 | | 1.9 | 0-5 years old | | ER-currently going through CF process/IJ review of CF | No |
| | | | | INDIA | 4/11/2020 | | 10.7 | 6-13 years old | | ER-completed the immigration process | No |
| | | | | INDIA | 4/11/2020 | | 7.2 | 6-13 years old | | ER-completed the immigration process | No |
| | | | | HONDU | 3/10/2020 | | 7.9 | 6-13 years old | 8/6/2019 | Final order from 240 proceedings | No |
| | | | | CHINA | 4/13/2020 | | 3.5 | 0-5 years old | 4/30/2020 | ER-completed the immigration process | No |
| | | | | CHILE | 2/26/2020 | | 0.9 | 0-5 years old | | ER-currently going through CF process/IJ review of CF | No |
| | | | | HONDU | 10/19/2019 | | 8.9 | 6-13 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 10/6/2019 | | 7.6 | 6-13 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 10/8/2019 | | 9.8 | 6-13 years old | 12/3/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 10/8/2019 | | 13.3 | 6-13 years old | 12/11/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 10/5/2019 | | 1.3 | 0-5 years old | 11/14/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 10/6/2019 | | 11.7 | 6-13 years old | 11/21/2019 | ER-completed the immigration process | No |
| | | | | ECUAD | 1/27/2020 | | 1.4 | 0-5 years old | 2/3/2020 | ER-completed the immigration process | No |
| | | | | COSTA | 2/8/2020 | | 1.9 | 0-5 years old | 12/19/2019 | Final order from 240 proceedings | No |
| | | | | MEXIC | 2/18/2020 | | 14.6 | 14-17 years old | 3/6/2020 | ER-completed the immigration process | No |
| | | | | MEXIC | 2/18/2020 | | 11.0 | 6-13 years old | 3/6/2020 | ER-completed the immigration process | No |
| | | | | MEXIC | 2/18/2020 | | 6.6 | 6-13 years old | 3/6/2020 | ER-completed the immigration process | No |
| | | | | MEXIC | 2/18/2020 | | 4.1 | 0-5 years old | 3/6/2020 | ER-completed the immigration process | No |
| | | | | VENEZ | 3/5/2020 | | 10.5 | 6-13 years old | 3/25/2020 | ER-completed the immigration process | No |
| | | | | VENEZ | 3/5/2020 | | 8.3 | 6-13 years old | 3/25/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 9/28/2019 | | 7.6 | 6-13 years old | 11/19/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 9/28/2019 | | 4.2 | 0-5 years old | 11/19/2019 | ER-completed the immigration process | No |
| | | | | BRAZI | 10/5/2019 | | 2.4 | 0-5 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 9/26/2019 | | 13.7 | 6-13 years old | 10/08/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/22/2019 | | 10.9 | 6-13 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/22/2019 | | 10.2 | 6-13 years old | 9/12/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/22/2019 | | 3.0 | 0-5 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 8/22/2019 | | 11.7 | 6-13 years old | 9/26/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/27/2019 | | 7.6 | 6-13 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | CUBA | 9/18/2019 | | 15.2 | 14-17 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/18/2019 | | 16.8 | 14-17 years old | 11/4/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/18/2019 | | 12.5 | 6-13 years old | 11/4/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/18/2019 | | 8.8 | 6-13 years old | 11/4/2019 | ER-completed the immigration process | No |
| | | | | ECUAD | 2/27/2020 | | 12.1 | 6-13 years old | 2/19/2020 | Final order from 240 proceedings | No |
| | | | | GUATE | 2/6/2020 | | 6.3 | 6-13 years old | 1/30/2020 | Ongoing 240 proceedings | No |
| | | | | MEXIC | 1/18/2020 | | 2.1 | 0-5 years old | 2/7/2020 | ER-completed the immigration process | No |
| | | | | ECUAD | 1/19/2020 | | 8.2 | 6-13 years old | 2/5/2020 | ER-completed the immigration process | No |
| | | | | ECUAD | 1/19/2020 | | 5.6 | 0-5 years old | 2/5/2020 | ER-completed the immigration process | No |
| | | | | ECUAD | 1/19/2020 | | 10.4 | 6-13 years old | 2/5/2020 | ER-completed the immigration process | No |
| | | | | CUBA | 2/16/2020 | | 5.6 | 0-5 years old | 3/3/2020 | ER-completed the immigration process | No |
| | | | | ECUAD | 2/28/2020 | | 1.3 | 0-5 years old | 3/20/2020 | ER-completed the immigration process | No |
| | | | | ELSAL | 9/3/2019 | | 6.6 | 6-13 years old | 9/23/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/11/2019 | | 7.1 | 6-13 years old | 10/3/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/27/2019 | | 7.4 | 6-13 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/27/2019 | | 8.5 | 6-13 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | NICAR | 8/27/2019 | | 13.0 | 6-13 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/31/2019 | | 6.1 | 6-13 years old | 12/12/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/31/2019 | | 3.9 | 0-5 years old | 10/3/2019 | ER-completed the immigration process | Parole |
| | | | | ELSAL | 8/31/2019 | | 12.7 | 6-13 years old | 10/3/2019 | ER-completed the immigration process | Parole |
| | | | | HONDU | 9/1/2019 | | 11.1 | 6-13 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/16/2019 | | 12.4 | 6-13 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/29/2019 | | 2.1 | 0-5 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/29/2019 | | 15.0 | 14-17 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 8/30/2019 | | 17.2 | 14-17 years old | 10/23/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 8/30/2019 | | 13.8 | 6-13 years old | 9/23/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 12/17/2019 | | 4.3 | 0-5 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | ECUAD | 8/27/2019 | | 6.9 | 6-13 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/29/2019 | | 7.3 | 6-13 years old | 9/19/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/27/2019 | | 11.6 | 6-13 years old | 8/26/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/30/2019 | | 5.9 | 0-5 years old | 9/19/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/30/2019 | | 4.4 | 0-5 years old | 9/19/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/29/2019 | | 2.9 | 0-5 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 9/14/2019 | | 2.2 | 0-5 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 9/16/2019 | | 5.6 | 0-5 years old | 11/4/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/14/2019 | | 2.4 | 0-5 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/14/2019 | | 5.4 | 0-5 years old | 10/3/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 8/30/2019 | | 5.2 | 0-5 years old | 9/23/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/1/2019 | | 3.7 | 0-5 years old | 9/18/2019 | ER-completed the immigration process | No |
| | | | | ELSAL | 8/30/2019 | | 6.8 | 6-13 years old | 10/18/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 4/28/2020 | | 8.7 | 6-13 years old | 11/14/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 10/9/2019 | | 4.3 | 0-5 years old | 12/3/2019 | ER-completed the immigration process | No |
| | | | | BRAZI | 1/25/2020 | | 1.7 | 0-5 years old | 2/14/2020 | ER-completed the immigration process | No |
| | | | | ANGOL | 1/23/2020 | | 16.7 | 14-17 years old | 2/6/2020 | ER-completed the immigration process | No |
| | | | | ANGOL | 1/23/2020 | | 10.7 | 6-13 years old | 2/6/2020 | ER-completed the immigration process | No |
| | | | | ELSAL | 9/11/2019 | | 1.6 | 0-5 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/10/2019 | | 13.9 | 6-13 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | GUATE | 9/10/2019 | | 5.3 | 0-5 years old | 9/30/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/11/2019 | | 14.6 | 14-17 years old | 10/3/2019 | ER-completed the immigration process | No |
| | | | | HONDU | 9/11/2019 | | 9.3 | 6-13 years old | 10/17/2019 | ER-completed the immigration process | No |
| | | | | ECUAD | 4/24/2020 | | 2.6 | 0-5 years old | 3/2/2020 | Final order from 240 proceedings | No |
| | | | | ECUAD | 2/24/2020 | | 17.0 | 14-17 years old | 2/23/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/2/2020 | | 14.5 | 14-17 years old | 3/11/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/2/2020 | | 11.9 | 6-13 years old | 3/11/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/2/2020 | | 7.9 | 6-13 years old | 3/11/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/2/2020 | | 6.5 | 6-13 years old | 3/11/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/4/2020 | | 6.2 | 6-13 years old | 5/23/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/4/2020 | | 4.3 | 0-5 years old | 5/23/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/4/2020 | | 5.5 | 0-5 years old | 5/20/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/4/2020 | | 4.1 | 0-5 years old | 3/25/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/4/2020 | | 7.2 | 6-13 years old | 3/25/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/9/2020 | | 4.2 | 0-5 years old | 4/6/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/9/2020 | | 6.0 | 0-5 years old | 4/6/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/9/2020 | | 2.5 | 0-5 years old | 4/2/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/9/2020 | | 6.6 | 6-13 years old | 3/26/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/9/2020 | | 1.9 | 0-5 years old | 3/26/2020 | ER-completed the immigration process | No |
| | | | | GUATE | 4/9/2020 | | 14.7 | 14-17 years old | 3/30/2020 | ER-completed the immigration process | No |