CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
      crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>William Barr, Attorney General of the United States, *et al.*,<br><br>        Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>**STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO JUVENILE COORDINATOR REPORTS**<br><br>Hearing: June 19, 2020 11 AM<br><br>[HON. DOLLY M. GEE] |

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

THE LAW FOUNDATION OF SILICON VALLEY
LEGAL ADVOCATES FOR CHILDREN AND YOUTH
PUBLIC INTEREST LAW FIRM
Jennifer Kelleher Cloyd (Cal. Bar No. 197348)
Katherine H. Manning (Cal. Bar No. 229233)
Annette Kirkham (Cal. Bar No. 217958)
4 North Second Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 280-2437
Email: jenniferk@lawfoundation.org,
kate.manning@lawfoundation.org
annettek@lawfoundation.org

By Order filed May 22, 2020, the Court ordered Defendants' ORR and ICE Juvenile Coordinators to file updated reports on or before June 8, 2020, covering the topics listed in the April 24, 2020 Order. Order Re Updated Juvenile Coordinator Reports ("Order") at 3-4 (May 22, 2020).[Doc. # 799.] The Court further ordered that Plaintiffs may respond to the Juvenile Coordinators' Reports on or before June 12, 2020. *Id*. at 4.

Defendants filed the ORR Juvenile Coordinator's Report on June 8, 2020, and the ICE Juvenile Coordinators' Report on June 10, 2020.

To provide Plaintiffs with adequate time to review and investigate the Juvenile Coordinators' Reports and consult with advocates representing individual class members regarding the Reports, the parties stipulate that Plaintiffs may file and serve any response(s) they may have to the Juvenile Coordinators' Reports on or before Noon Pacific Time, June 16, 2020.

A proposed Order is being filed herewith.

Respectfully submitted,

Dated: June 11, 2020    /s/Peter Schey
*Class Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín


 /s/ Sarah Fabian
*Counsel for Defendants*
U.S. DEPARTMENT OF JUSTICE
Sarah B. Fabian
Nicole N. Murley
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

# CERTIFICATE OF SERVICE

I, Peter Schey, declare and say as follows:

I am over the age of eighteen years of age and am not a party to this action. I am employed in the County of Los Angeles, State of California. My business address is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

On June 11, 2020, I electronically filed the following document(s): STIPULATION EXTENDING TIME FOR PLAINTIFFS TO RESPOND TO JUVENILE COORDINATOR REPORTS with the United States District Court, Central District of California by using the CM/ECF system. Participants in the case who are registered CM/ECF users will be served by the CM/ECF system.

/s/Peter Schey
*Attorney for Plaintiffs*