# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br>    Plaintiffs,<br>v.<br>William Barr, Attorney General of the United States, *et al.*,<br>    Defendants. | Case No. CV 85-4544-DMG-AGRx<br>**[PROPOSED] ORDER**<br>Hearing: June 19, 2020 11 AM<br>[HON. DOLLY M. GEE] |

The parties have stipulated that the time for Plaintiffs to file and serve any response(s) they may have to the Juvenile Coordinators' Reports be extended to on or before Noon Pacific Time, June 16, 2020.

UPON CONSIDERATION of the parties' Stipulation and for the reasons set forth therein, the Court hereby ORDERS that Plaintiffs may file and serve any response(s) they may have to the Juvenile Coordinators' Reports on or before Noon Pacific Time, June 16, 2020.

**IT IS SO ORDERED.**

DATED: June __, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE