# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>WILLIAM P. BARR, Attorney General of the United States; et al.,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION TO SEAL [809]** |

THIS CAUSE comes before the Court upon Defendants' unopposed Application for Leave to File Under Seal Portions of HHS Juvenile Coordinator Report.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following document is filed under seal:

• Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

IT IS SO ORDERED.

DATED: June 12, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-