1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**
9              **CENTRAL DISTRICT OF CALIFORNIA**
10

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG |
| Plaintiffs, | **ORDER ON APPLICATION TO SEAL [814]** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of Exhibits to ICE Juvenile Coordinator Report.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents be filed under seal:

- Exhibit A to the ICE Juvenile Coordinator Report of Deane Dougherty (partial)
- Exhibit B to the ICE Juvenile Coordinator Report of Deane Dougherty (in its entirety)

**IT IS SO ORDERED.**

DATED: June 12, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-