UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*,<br>　　　　Plaintiffs,<br>　　v.<br>William Barr, Attorney General of the United States, *et al*.,<br>　　　　Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE EXTENSION OF TIME FOR PLAINTIFFS' RESPONSE TO JUVENILE COORDINATORS' REPORTS AND CONTINUANCE OF HEARING DATE [816]** |

The parties have stipulated that the time for Plaintiffs to file and serve any response(s) they may have to the Juvenile Coordinators' Reports be extended to on or before Noon Pacific Time, June 16, 2020.

UPON CONSIDERATION of the parties' Stipulation and because the Court intends to continue the date of the next hearing, the Court hereby ORDERS that Plaintiffs may file and serve any response(s) they may have to the Juvenile Coordinators' Reports by **June 17, 2020**.

The Court *sua sponte* continues the hearing (via videoconference) from June 19, 2020 to **June 26, 2020 at 11:00 a.m.** The Court grants leave for counsel of record to appear by videoconference ("VTC") or telephone. By no earlier than June 22, 2020, counsel of record shall contact the courtroom deputy clerk at dmg_chambers@cacd.uscourts.gov to receive the VTC link and telephone line. Associates of counsel and the public may attend the hearing at the courthouse by submitting an online form at https://www.cacd.uscourts.gov/hearing-access-request-form.[1]

IT IS SO ORDERED.

DATED: June 12, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

---

[1] To ensure that the submitted requests are timely processed, the complete online form must be submitted by June 25, 2020 at 4:00 p.m.