JOSEPH H. HUNT
Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
        Tel:  (202) 532-4824
        Fax:  (202) 305-7000
        Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | |
| Defendants. | |

On April 24, 2020, the Court ordered the parties to continue to meet and confer regarding "the quality of the data that Defendants provide to Class Counsel pursuant to Paragraph 28A of the FSA[]" and to provide a status report on those meet and confer efforts no later than June 15, 2020. Order, ECF No. 784, ¶ 5. On May 22, 2020, the Court ordered the parties to meet and confer regarding "the adoption and implementation of proper written advisals and other protocols to inform detained guardians about minors' rights under the FSA and obtain information regarding available sponsors" and to provide a joint status report regarding these efforts to meet and confer no later than June 15, 2020. Order, ECF No. 799, ¶ 3. In accordance with the Court's orders, the parties provide the following joint status report.

(1)  The quality of the data that Defendants provide to Class Counsel pursuant to Paragraph 28A of the FSA

The parties met and conferred by phone on May 1, 2020. The discussions included Plaintiffs' attorneys and data experts as well as attorneys and data operators from the U.S. Department of Health and Human Services ("HHS"), U.S. Immigration and Customs Enforcement ("ICE"), and U.S. Customs and Border Protection ("CBP"). Following these discussions, HHS, ICE, and CBP data operators conferred and collectively made additional updates and changes to the reporting that was already being provided on a monthly basis in an effort to respond to Plaintiffs' concerns. Today, Defendants have provided to Class Counsel the May 2020 reporting, and those reports reflect changes made based on the parties' meet and confer discussions. Plaintiffs will notify Defendants of any concerns they may have regarding the data production on or before June 24, 2020. The parties will thereafter promptly meet and confer regarding any such concerns.

The parties recommend that they file a further joint status report on this issue on or before July 8, 2020.

1

(2) The adoption and implementation of proper written advisals and other protocols to inform detained guardians about minors' rights under the FSA and obtain information regarding available sponsors

The parties held an initial meet and confer by phone on this issue on June 11, 2020. In preparation for that call, each side prepared and exchanged draft documents. On the June 11, 2020, call, the parties discussed a possible framework for the process of providing notice to class members' parents and obtaining waivers and/or consents. The parties agreed that Plaintiffs will review a draft "Questionnaire" document provided by Defendants, and will provide comments or proposed edits to that document to Defendants on or before June 26, 2020. Defendants likewise will provide comments or proposed edits to the materials provided by Plaintiffs on or before June 26, 2020. The parties will schedule a follow up meet and confer call to take place on or before July 2, 2020.

The parties propose that they file a further joint status report on or before July 8, 2020.

///

///

///

2

DATED: June 15, 2020          */s/Peter Schey* (with permission)
                              *Class Counsel for Plaintiffs*
                              CENTER FOR HUMAN RIGHTS &
                              CONSTITUTIONAL LAW
                              Peter A. Schey
                              Carlos Holguín

DATED: June 15, 2020          JOSEPH H. HUNT
                              Acting Assistant Attorney General
                              Civil Division

                              WILLIAM C. PEACHEY
                              Director, District Court Section
                              Office of Immigration Litigation

                              WILLIAM C. SILVIS
                              Assistant Director, District Court Section
                              Office of Immigration Litigation

                              */s/ Sarah B. Fabian*
                              SARAH B. FABIAN
                              NICOLE N. MURLEY
                              Senior Litigation Counsel
                              Office of Immigration Litigation
                              District Court Section
                              P.O. Box 868, Ben Franklin Station
                              Washington, D.C. 20044
                              Tel: (202) 532-4824
                              Fax: (202) 305-7000
                              Email: sarah.b.fabian@usdoj.gov

                              *Attorneys for Defendants*

3

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on June 15, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ <i>Sarah B. Fabian</i>
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants
