1  CENTER FOR HUMAN RIGHTS &
2  CONSTITUTIONAL LAW
   Peter A. Schey (Cal. Bar No. 58232)
3  Carlos Holguín (Cal. Bar No. 90754)
4  256 South Occidental Boulevard
   Los Angeles, CA  90057
5  Telephone: (213) 388-8693
6  Facsimile: (213) 386-9484
   Email:pschey@centerforhumanrights.org
7         crholguin@centerforhumanrights.org
8  *Listing continues on next page*
   *Attorneys for Plaintiffs*
9

10                UNITED STATES DISTRICT COURT
11                CENTRAL DISTRICT OF CALIFORNIA
12                        WESTERN DIVISION
13

| | |
|---|---|
| 14  JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| 15  Plaintiffs, | **EXHIBIT 1 TO PLAINTIFFS'** |
| 16  | **RESPONSE TO DEFENDANTS'** |
| 17  v. | **NOTICE OF** |
|     | **FILING OF ICE JUVENILE** |
| 18  WILLIAM BARR, Attorney General of the United States, *et al.*, | **COORDINATOR REPORT** |
| 19  | Hearing:  June 26, 2020 |
| 20  Defendants. | Time: 11:00 a.m. |
| 21  | [HON. DOLLY M. GEE] |

# DECLARATION OF SAMANTHA RATCLIFFE

I, Samantha Ratcliffe, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about the following facts.

2. My name is Samantha Ratcliffe and I am an attorney licensed to practice in the State of Oregon. This declaration describes my experiences and observations working with migrant youth detained at the Cowlitz Juvenile Detention Center and at the Northern Oregon Regional Correctional Facility (NORCOR).

Experience Serving Youth in ICE Custody

3. Since September 24, 2018, I have been an attorney at Immigrant Defense Oregon (IDO) of Metropolitan Public Defender, a legal service provider that works primarily with low income immigrants, including immigrant youth.

4. Since December 2018, IDO has served children in the legal custody of Immigration and Customs Enforcement ("ICE") who have been placed by ICE at the Cowlitz County Juvenile Detention Center in Longview, Washington and at NORCOR in The Dalles, Oregon. Over the last year, IDO has served ten youth detained at Cowlitz Juvenile Detention Center and NORCOR in ICE custody. The majority of these youth come from Mexico, Guatemala, and El Salvador.

5. As the legal service provider for Cowlitz County Juvenile Detention Center and NORCOR, our attorneys maintain regular contact with the youth at the facilities. We provide ongoing consultations for these detained minors, as well as provide direct legal representation to youth before ICE, USCIS, EOIR, and the BIA.

## Cowlitz County Juvenile Detention Center

6. It is my understanding that Cowlitz County Juvenile Detention Center is a correctional facility that houses detained juveniles who have criminal charges or convictions in Cowlitz County and juvenile ICE detainees. When our office last visited on February 27, 2020, the population of Cowlitz Juvenile Detention Center was about 15 juveniles. Our ICE detainee juvenile clients are between 15 and 17 years old. Once they turn 18 years old, they are transferred to an adult immigration detention facility.

7. Cowlitz County Juvenile Detention Center consists of a Courtroom, Probation Offices, and Detention. The youth are housed in one building that accommodates up to 64 youth. Based on my observation, ICE male youth sleep in rooms with one bed. Female youth sleep in rooms with several beds. Meals are served three times a day in a single location which serves up to 16 youth at a time. Various staff are present during meals. Residents are expected to share common equipment such as telephones, dining tables, chairs, pens, board games, books, and sports equipment.

8. The ICE juveniles detainees detained at Cowlitz County Juvenile Detention Center do not have access to the outdoors and are only able to exercise indoors, they are not provided with pen and paper in their rooms to journal or write down important information they may remember about their case, they no longer have contact with support groups and clergy that come into the facility, and they no longer have access to in person private mental health care sessions with the counselors.

9. ICE youth are separated from the rest of the youth and may have their own pods. Detained U.S. citizen juveniles receive visits from family members at the facility. ICE juvenile detainees do not get any visitors as their families are over 2,000 miles away and not able to travel to the Cowlitz County Juvenile Detention Center in Longview, Washington due to the distance and having limited financial resources.

10. It is my understanding that NORCOR is a correctional facility that houses detained adults and juveniles who have criminal charges or convictions in Wasco, Hood River, Sherman, and Gilliam Counties as well as juvenile ICE detainees. Our ICE detainee juvenile clients are between 15 and 17 years old. Once they turn 18 years old, they are transferred to an adult immigration detention facility.

11. The youth are housed in one building separate from the adults. Based on my observation, ICE male youth sleep in different rooms than female youth. Meals are served three times a day in a single location. At this time, the ICE juvenile detainee eats his meals alone, with no other juveniles in the room. Staff is present during meals. Residents are expected to share common equipment such as telephones, dining tables, chairs, pens, board games, books, and sports equipment.

12. The ICE juveniles detainees detained at NORCOR have some access to the outdoors and are able to exercise indoors, they are provided with pen and paper in their rooms to journal or write down important information they may remember about their case. However, they do not have contact with support groups and clergy that come into the facility, and they no longer have access to in person private mental health care sessions with a counselor. The ICE juvenile detainee currently detained at NORCOR has had only one conversation with a mental health provider since he was detained there.

13. ICE youth are separated from the rest of the youth. At this time, the ICE juvenile detainee at NORCOR is the only ICE detainee in the entire facility. For this reason, he is isolated most of the day. He is only allowed to be with other youth during school classes, but they are not allowed to talk to each other.

14. Detained U.S. citizen juveniles receive visits from family members at the facility. ICE juvenile detainees do not get any visitors as their families are over 2,000 miles away and not able to travel to NORCOR in The Dalles, Oregon due to the distance and having limited financial resources.

Delays in Reunification Due to Status as Accompanied Minor

15. Since February 27, 2020, attorneys have not visited our clients due to safety concerns.

16. ICE has not pursued any efforts to reunify children with family, even though each of them have viable sponsors available, including parents in the United States. The children have parents available to take care of them. A.P.P has his mother, B.B.B has his mother and stepfather, and K.J.A.B has his mother and stepfather. These parents are available and willing to provide for and take care of them. A.P.P has been detained at Cowlitz County Juvenile Detention Center since September 23, 2019. B.B.B has been detained by ICE since October 18, 2018 and has been at the Cowlitz County Juvenile Detention Center since June 3, 2019. K.J.A.B has been detained by ICE at NORCOR since May 8, 2020. Before that, he was detained at the Cobb County Sheriff's Office Adult Detention Center since March of 2020. F.J.D.E. was detained at NORCOR until earlier this week. He was deported before I had a chance to assess his immigration case.

17. To my knowledge, ICE has not pursued any efforts to transfer B.B.B., A.F.P.P., or K.J.A.B to a less restrictive placement.

18. Three youth detained by ICE at the Cowlitz County Juvenile Detention Center requested release from ICE. Two of these youth are still detained there. One of the youths was arrested by ICE but never charged with a crime still to this date. The requests for release were emailed to ICE officers by their attorney and ICE communicated their decision to their attorney through email. The attorney then relayed the decision to the minors and their parents. ICE did not provide any documentation as attachments to their email. ICE did not request any additional information, speak to the children or their family members, or otherwise individually assess the children for release or transfer to a less restrictive placement.

19. A third youth, X.E.S., who was detained at Cowlitz County Juvenile Detention Center until recently filed a motion for bond redetermination before the Portland

Immigration Court. Her bond was granted and set at $5,000 on May 21, 2020. She was released from custody on May 26, 2020. She returned to live with her parents.

20.   To our knowledge ICE has not individually assessed youths' ongoing dangerousness while detained at the Cowlitz County Juvenile Detention Center. To our knowledge, ICE has not assessed the youths' ongoing dangerousness while detained at NORCOR.

21.   To my knowledge, ICE has not considered any alternate safety measures, such as release on home monitoring. ICE has not provided any information about consideration of alternate safety measures.

22.   During B.B.B's time in a state juvenile detention facility he was awarded student of the week certificates on many occasions for "demonstrating excellent effort and behavior". In his first ICE detention facility he excelled academically, getting mostly As, and was described by his teacher as having made significant progress in developing coping skills that allowed him to act appropriately.

23.   During K.J.A.B's time in both state detention and ICE detention, he has had exemplary behavior. K.J.A.B was attending high school before he was detained. He had good grades and played soccer. He was playing in a local league and aspired to play professionally and/or obtain a scholarship to go to college. While detained, K.J.A.B has taken classes and is diligent about his homework. He is always getting positive feedback from his teachers.

Delays in Reunification Due to COVID-19

24.   ICE has not provided clear guidance regarding the release of immigrant children detained in juvenile detention facilities during this pandemic. It is not clear in what circumstances release will be delayed due to COVID-19 related issues, or in what circumstances we can expect any release process to proceed as per usual.

25. Cowlitz County Juvenile Detention Center has made efforts to release minors in response to COVID-19 by releasing almost all U.S. citizen youth in March, 2020. There are only two U.S. citizen juveniles left at the facility and they are both from out of state pursuant to a contract with Cowlitz County Juvenile Detention Center. The ICE detainees have not been released.

26. NORCOR has made efforts to release minors in response to COVID-19. At this time, there are only 10 U.S. citizen youth. The ICE detainee has not been released.

27. The immigrant children at Cowlitz County Juvenile Detention Center have been denied requests of release by ICE. The immigrant child at NORCOR has not requested release before ICE.

28. To their knowledge, the ICE youth have no particular medical concerns.

29. I am not aware of any children or staff at Cowlitz County Juvenile Detention Center or at NORCOR testing positive for COVID-19.

30. I am not aware of any children or staff at Cowlitz County Juvenile Detention Center exhibiting symptoms consistent with COVID-19. However, the juveniles currently detained at this facility have noticed that one of the staff members stopped going to work during this pandemic and then quit. Three or four other staff members that stopped going to work during the pandemic have now returned to work.

31. I am not aware of any children at Cowlitz County Juvenile Detention Center being tested for COVID-19.

32. One child was tested for COVID-19 at NORCOR, the results were negative.

33. Remaining detained in a juvenile correctional facility during a global pandemic severely affects the emotional and mental health of youth. The detained juveniles at these facilities are constantly scared of contracting the virus, are concerned they are not being properly protected, and are afraid for their family members who may contract it. The youth at Cowlitz County Juvenile Detention Center have not been given any explanation or information as to why some staff members stopped going to work and then returned

which leads them to be even more worried about the potential repercussions to their health.

34. I am concerned that the continued detention of youth during this pandemic puts the children's health in danger and will have negative effects on their mental health. The juveniles at Cowlitz County Juvenile Detention Center had no time in the classroom since March 15, 2020. As of now, they have time in the classroom but no longer have a teacher in the classroom, instead of a teacher there is a guard. The youth do not have private one on one appointments with the counselor at this time. The juvenile at NORCOR is isolated from the other youth and only sees them during his time in the classroom. During this time, they are not allowed to speak with each other.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 17th day of June, 2020, at Portland, Oregon.

_____
Samantha Ratcliffe

## CERTIFICATE OF SERVICE

I hereby certify that on June 17, 2020, I served the foregoing Exhibit 1 on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Peter Schey*
PETER SCHEY
Center for Human Rights and Constitutional Law

Attorney for Plaintiffs