Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Phone: (213) 622-6469 / Fax: (213) 622-6019
Email: gnelson@nflawfirm.com
Email: gbarenfeld@nflawfirm.com

*Attorneys for Amici and Movant*

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br>  Defendants. | Case No. 8:19-cv-01115-DOC-DFM <br><br> **DECLARATION OF GABRIEL S. BARENFELD IN SUPPORT OF EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE** <br><br> [Submission on the Papers] <br><br> COURTROOM: 8C <br> JUDGE: Hon. Dolly Gee |

1

I, Gabriel S. Barenfeld, declare:

1. I am an attorney admitted to practice before this Court and all of the courts of the State of California and through my firm, Nelson & Fraenkel, LLP, I am one of the attorneys for *amici* applicants RAICES, Proyecto Dilley, and Aldea - the People's Justice Center ("Aldea") (collectively "*Amici*") in this case.

2. I submit this Declaration in support of *Amici's* Ex Parte Application for Leave to Participate as *Amicus Curiae*. The following is based on my personal knowledge and/or on information and belief.

3. I am informed that, pursuant to Local Rule 7-19.1, the director of RAICES, Andrea Meza, Esq., advised counsel for Plaintiffs, by email dated June 24, 2020, as to the substance of this proposed *ex parte* application. Counsel for Plaintiffs responded that they have no objection to the filing of the *amicus brief* and exhibits.

4. I am also informed that, the director of Aldea, Bridget Cambria, Esq., advised counsel for Defendants, by email dated June 24, 2020, as to the substance of this proposed *ex parte* application. The government, by email dated June 25, 2020, responded as follows:

> The government consents to the filing of an amicus brief consistent with the applicable federal and local rules. The government opposes the submission of evidence in this case by a non-party. The government also notes that there is no pending moon before the Court, and objects to the consideration by the Court of briefing that is outside the scope of the ongoing Juvenile Coordinator reporting and of evidence submitted by a non-party to which Defendants have had no opportunity to respond.

1  I declare under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on June 25, 2020, at Los Angeles, California.

/s/ Gabriel S. Barenfeld<br>Gabriel S. Barenfeld

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28