1

Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146

2

NELSON & FRAENKEL LLP

3

601 So. Figueroa Street, Suite 2050

4

Los Angeles, CA  90017
Phone:  (213) 622-6469 / Fax:  (213) 622-6019

5

Email:  gnelson@nflawfirm.com
Email:  gbarenfeld@nflawfirm.com

6

7

*Attorneys for Amici*

8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

WESTERN DIVISION

11

12

| JENNY LISETTE FLORES, *et al.*, | Case No. 8:19-cv-01115-DOC-DFM |
|---|---|
| Plaintiffs, | |
| v. | **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE** |
| WILLIAM BARR, Attorney General of the United States, *et al.*, | [Submission on the Papers] |
| Defendants. | COURTROOM:   8C<br>JUDGE:            Hon. Dolly Gee |

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

1     **IT IS HEREBY ORDERED** that the application of RAICES, Proyecto

2     Dilley, and Aldea for leave to participate as *amici curiae* and file amicus brief is

3     **GRANTED**, and the proposed brief submitted with the application is deemed filed

4     and served.

5

6     Dated: June \_\_\_, 2020                                  _____

7                                                                   Hon. Dolly M. Gee

8                                                                   United States District Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

i