Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA  90017
Phone:  (213) 622-6469 / Fax:  (213) 622-6019
Email:  gnelson@nflawfirm.com
Email:  gbarenfeld@nflawfirm.com

[Additional counsel listed on signature page]

*Attorneys for Amici and Movant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br>    Defendants. | 2:85-cv-04544-DMG-AGR<br><br>**NOTICE OF ERRATA IN EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE AND SUPPORTING DOCUMENTS**<br><br>[Submission on the Papers]<br><br>COURTROOM:  8C<br>JUDGE:           Hon. Dolly Gee |

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** of that the below-listed documents filed by *amici curiae* RAICES, Proyecto Dilley, and Aldea - the People's Justice Center ("Aldea") (collectively "*Amici*")  inadvertently include the incorrect case number in the caption. For each of the following documents, the case number in the caption

1

should be "**2:85-cv-04544-DMG-AGR**":

(1) Ex Parte Application For Leave To Participate As Amicus Curiae ("Application") [Doc. #826], and the [Proposed] Amicus Brief (attached thereto)

(2) Declaration Of Gabriel S. Barenfeld In Support Of Ex Parte Application For Leave To Participate As Amicus Curiae [Doc. #826-1]; and

(3) [Proposed] Order Granting Ex Parte Application For Leave To Participate As Amicus Curiae [Doc. #826-2].

Additionally, the signature page on the Application has the incorrect date, which should be "June 25, 2020."

Respectfully Submitted,

DATED: June 25, 2020                    NELSON & FRAENKEL LLP

/s/ Gabriel S. Barenfeld
Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
601 So. Figueroa Street, Suite 2050
Los Angeles, CA  90017
Tel:  (213) 622-6469
Fax:  (213) 622-6019
Email:  gnelson@nflawfirm.com;
            gbarenfeld@nflawfirm.com

ANDREA MEZA, Esq.
Director of Family Detention Services
RAICES
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Andrea.Meza@raicestexas.org
(*Pro Hac Vice* admission pending)

SHALYN FLUHARTY, Esq.
Director
Proyecto Dilley

Shay@caraprobono.org
(Pro Hac Vice admission pending)

BRIDGET CAMBRIA, Esq.
Executive Director
ALDEA - The People's Justice Center
532 Walnut St.
Reading, PA 19601
bridget@aldeapjc.org
(Pro Hac Vice admission pending)

*Attorneys for Amici*

1