1

2

3

4

5

6

7

8

9

10

11

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

12

13

14

15

16

17

JENNY LISETTE FLORES, *et al.*,

    Plaintiffs,

    v.

WILLIAM BARR, Attorney General of the United States, *et al.*,

    Defendants.

Case No.: CV 85-4544-DMG (AGRx)

**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO PARTICIPATE AS *AMICUS CURIAE* [826]**

18

19

20

21

22

23

24

25

26

27

28

1

**IT IS HEREBY ORDERED** that the *ex parte* application of RAICES, Proyecto Dilley, and Aldea for leave to participate as *amici curiae* and file their *amicus* brief is **GRANTED**.   The proposed *amicus* brief submitted with the application shall be filed separately from the application on the docket forthwith and upon that filing shall be deemed filed and served.   At the June 26, 2020 status conference, the Court will address Defendants' request for time to respond to the *amicus* brief.

DATED:  June 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

i