UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date June 26, 2020 |

Title *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable  DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | |

**Proceedings: STATUS CONFERENCE**

     The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor, Dr. Paul Wise, ORR Juvenile Coordinator Aurora Miranda-Maese, ICE Juvenile Coordinator Deane Dougherty, and Gabriel Barenfeld and Bridget Cambria for Amici. The hearing is held by videoconference and telephone. The Court and counsel confer. A written order will issue.

0:54