# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

## TRANSCRIPT ORDER FORM

**Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form.** *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| 1a. Contact Person for this Order | Daniel C. Meyer | 2a. Contact Phone Number | 202-532-4224 | 3a. Contact E-mail Address | Daniel.C.Meyer@usdoj.gov |
|---|---|---|---|---|---|
| 1b. Attorney Name (if different) | Sarah Fabian | 2b. Attorney Phone Number | 202-532-4824 | 3b. Attorney E-mail Address | Sarah.B.Fabian@usdoj.gov |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)

U.S. Department of Justice
Civil Division
Office of Immigration Litigation - District Court Section
450 5th Street NW
Washington, D.C. 20001

| 5. Name & Role of Party Represented | Edwin Meese, Defendant |
|---|---|
| 6. Case Name | Jenny L Flores v. Edwin Meese |
| 7a. District Court Case Number | 2:85-cv-4544 | 7b. Appeals Court Case Number |

8. INDICATE WHETHER PROCEEDING WAS (choose only one per form):

[ ] DIGITALLY RECORDED    [X] TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam Baird

9. THIS TRANSCRIPT ORDER IS FOR: [ ] Appeal  [X] Non-Appeal    [ ] Criminal  [X] Civil    [ ] CJA  [ ] USA  [ ] FPD  [ ] In forma pauperis (Court order for transcripts must be attached)

10. HEARING(S) OR PORTIONS REQUESTED (Specify portion(s) and date(s) of proceedings(s) for which transcript is requested, format(s), and delivery type):

a. HEARING(S) OR PORTIONS OF HEARINGS *(Attach additional pages if necessary. If sealed, a court order releasing transcript to the ordering party must be attached here or emailed to transcripts_cacd@cacd.uscourts.gov.)*

b. SELECT FORMAT(S)

You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION (If requesting less than full hearing, specify portion (e.g. witness or time). CJA orders; indicate if openings, closings, voir dire, or instructions requested.) | PDF (email) | TEXT / ASCII (email) | PAPER | CONDEN-SED (email) | CM/ECF ACCESS (web) | WORD INDEXING | c. RELEASE OF TRANS. RESTRICTION DATE (Provide release date of e-filed transcript, or check to certify none yet on file.) | DELIVERY TYPE (One per line, but check with court reporter before choosing any type but "ordinary.") EXPEDITED (7-day) |
|---|---|---|---|---|---|---|---|---|---|---|
| 06/26/2020 | GEE | Status Conference | (●) | ○ | ○ | ○ | ○ | ○ | (●) | ○ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ | ○ |

(CM/ECF access included with purchase of transcript.)

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC.  *CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).*

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.

| Date | June 29, 2020 | Signature | /s/ Sarah B. Fabian |
|---|---|---|---|

G-120 (06/18)