1  CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
2  Carlos R. Holguín (90754)
   Peter A. Schey (58232)
3  256 South Occidental Boulevard
4  Los Angeles, CA 90057
   Telephone: (213) 388-8693
5  Email: crholguin@centerforhumanrights.email

6  *Attorneys for Plaintiffs*

7  *Additional counsel listed on following page*

8

9

10

11

12

13              UNITED STATES DISTRICT COURT

14             CENTRAL DISTRICT OF CALIFORNIA

15                  WESTERN DIVISION

16

17  JENNY LISETTE FLORES, *et al.*,          No. CV 85-4544-DMG-AGRx

18        Plaintiffs,                        NOTICE OF FILING OF DECLARATION OF
                                             COUNSEL CORRECTING ORAL STATEMENT
19  v.                                       RE CLASS MEMBER J.J.S.D.

20
    WILLIAM BARR, Attorney General of        Hearing: None.
21  the United States, *et al.*,

22

23        Defendants.

24

25  / / /

26

27

28

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper (197626)
Jonathan P. Mulligan (803383)
Daisy O. Felt (CA 307958)
One Shields Avenue, TB 30
Davis, CA 95616
Telephone: (530) 754-4833
Emails: hscooper@ucdavis.edu
        jpmulligan@ucdavis.edu
        dofelt@ucdavis.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
        ndesai@youthlaw.org
        pjuneja@youthlaw.org
        fpitts@youthlaw.org

/ / /

NOTICE OF FILING OF DECLARATION OF COUNSEL
CV 85-4544-DMG-AGRX

1   　　During the status conference convened in this matter on June 26, 2020,

2   the undersigned counsel for Plaintiffs stated that Amy Maldonado, individual

3   counsel for class member J.J.S.D., had informed the ORR Juvenile

4   Coordinator, Independent Monitor, and counsel for Defendants that, contrary

5   to Defendants' email of May 29, 2020,[1] J.J.S.D.'s proposed custodian had

6   not withdrawn her request to receive J.J.S.D. into her care.

7   　　As reflected in the annexed declaration of counsel, on June 10, 2020,

8   Ms. Maldonado emailed Defendants' counsel to advise that J.J.S.D.'s

9   proposed custodian continued seek J.J.S.D.'s custody. The same day, the

10  undersigned—not Ms. Maldondo—forwarded Ms. Maldonado's email to the

11  Independent Monitor and ORR Juvenile Coordinator, such that both would

12  be on notice that J.J.S.D.'s proposed custodian had not withdrawn.

13  / / /

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

[1] *See* Plaintiffs' Statement re ORR Juvenile Coordinator's Second Report, June 17, 2020 (Doc. #823), at 16.

- 1 -

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Plaintiffs thereafter heard nothing regarding J.J.S.D. from the ORR Juvenile Coordinator, Independent Monitor, or counsel for Defendants prior to filing their Statement re ORR Juvenile Coordinator's Second Report, June 17, 2020 (Doc. #823).

Dated: June 29, 2020.

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín
Peter A. Schey

UNIVERSITY OF CALIFORNIA DAVIS
SCHOOL OF LAW
Immigration Law Clinic
Holly S. Cooper
Jonathan P. Mulligan
Daisy O. Felt

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts

/s/ Carlos Holguín_____
Carlos Holguín
One of the Attorneys for Plaintiffs

/ / /

NOTICE OF FILING OF DECLARATION OF COUNSEL
CV 85-4544-DMG-AGRX

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DECLARATION OF CARLOS HOLGUÍN

I, Carlos Holguín, declare and say as follows:

1. I am one of the lawyers for Plaintiffs in the within action.

2. On June 10, 2020, Amy Maldonado, individual counsel for class member J.J.S.D., copied me with her email to Sarah Fabian, one of the attorneys for Defendants, which advised,

> It is my understanding that you were told that [J.J.S.D.'s] sponsor had withdrawn her willingness to be a sponsor, and that is the reason for [J.J.S.D.'s] extended period in ORR custody. This is absolutely not the case (that is false, and there seem to be significant issues with the BCFS case manager), and the government/ORR is in violation of the *Flores* Settlement with regard to this child.

3. The same day, I forwarded Ms. Maldonado's email to ORR Juvenile Coordinator Aurora Miranda and Independent Monitor Andrea Sheridan Ordin. I heard nothing from Defendants' counsel, the ORR Juvenile Coordinator, or the Independent Monitor regarding J.J.S.D. prior to filing Plaintiffs' Statement re ORR Juvenile Coordinator's Second Report (Doc. #823) on June 17, 2020, or, indeed, prior to the June 26, 2020, status conference.

4. On June 25, 2020—the day before the status conference—Ms. Maldonado advised that J.J.S.D. "[w]as apparently released to his sponsor this morning."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of June, 2020, at Santa Clarita, California.

*/s/ Carlos Holguín*_____

Carlos Holguín