**DECLARATION OF SARAH B. FABIAN**

I, SARAH B. FABIAN, declare:

1. I am Senior Litigation Counsel with the U.S. Department of Justice, Office of Immigration Litigation.  I am counsel of record for the instant case.  As such, I submit this declaration in support of Defendants' Ex Parte Application.

2. On June 26, 2020, the Court issued an order following its review of the reports of the government's Juvenile Coordinators, and Plaintiffs' responses. ECF No. 833. Among other things the Court ordered that the Juvenile Coordinators should file new interim reports by July 24, 2020, and that the U.S. Immigration and Customs Enforcement ("ICE") Juvenile Coordinator "shall report on the status of conditions at the Cowlitz County Juvenile Detention Center ("Cowlitz") and Northern Oregon Regional Corrections ("NORCOR") detention facilities, including specific reasons why B.B.B., A.F.P.P., and K.J.A.B. remain in detention. None of these minors who age out shall be sent to an adult detention facility pending resolution of this inquiry. If these Defendants [sic.] remain in detention, the report shall include a detailed explanation demonstrating flight risk and/or danger to the community." Order ¶ 4.e

3. The government respectfully asks the Court to lift the prohibition regarding transfer to an adult detention facility for A.F.P.P., who will age out of juvenile detention on July 7, 2020. See ECF No. 828 at ¶ 3.

4. Defendants request this relief from the Court's order for

1

the reasons set forth in the accompanying memorandum of points and authorities and the Declaration of Dawnisha Helland.
5. This relief is sought by means of an ex parte application because A.F.P.P. will age out of juvenile detention on July 7, 2020, and Defendants seek relief from the prohibition on transfer in the June 26, 2020 order on or before that date. Defendants therefore do not have enough time to notice and file a traditional motion to obtain the requested relief.
6. Counsel for Defendants met and conferred with counsel for Plaintiffs by phone on July 2, 2020, regarding the subject of this ex parte application. The parties were not able to reach any resolution regarding this issue, and counsel for Plaintiffs has stated that Plaintiffs oppose the relief requested in this Application.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 6, 2020 at Denver, CO.

*/s/ Sarah B. Fabian*
SARAH B. FABIAN