ETHAN P. DAVIS
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | [Proposed] |
| v. | **ORDER LIFTING TRANSFER RESTRICTION IN PARAGRAPH 4.e OF THE June 26, 2020 ORDER, ECF No. 833** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | **[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendants' Ex Parte Application to Lift Restrictions in Paragraph 4.e of the June 26, 2020 Order, ECF No. 833.

UPON CONSIDERATION of the Application, and for the reasons set forth in Defendants' Memorandum of Points and Authorities in Support of the Application, the Application is GRANTED, and the Court hereby ORDERS as follows:

Paragraph 4.e of the June 26, 2020 Order, ECF No. 833, is amended to remove the restriction preventing Defendants from transferring A.F.P.P. to an adult detention facility when he ages out of juvenile detention.

**IT IS SO ORDERED.**

DATED: _____, 2020.

>   _____
>   THE HONORABLE DOLLY M. GEE
>   UNITED STATES DISTRICT JUDGE