ETHAN P. DAVIS
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | |
| v. | **Supplement to Defendants' Ex Parte Application to Lift Restrictions in Paragraph 4.e of the June 26, 2020 Order, ECF No. 833;** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | |
| Defendants. | |

On July 6, 2020, Defendants filed an Ex Parte Application to Lift Restrictions in Paragraph 4.e of the June 26, 2020 Order, ECF No. 833. ECF No. 841. Defendants hereby notify the Court that U.S. Immigration and Customs Enforcement ("ICE") has released A.F.P.P. from custody. *See* ICE Form I-830, attached hereto as Exhibit A.[1] ICE continues to assert that it is appropriate for the Court to lift the restrictions in Paragraph 4.e of the Court's June 26, 2020 Order, but recognize that ex parte treatment of their request with regard to A.F.P.P. is no longer appropriate. Unless the Court directs otherwise, Defendants will re-file their application in the near future as a properly-noticed motion seeking more general relief on this issue.

///

///

///

---

[1] ICE released A.F.P.P. because he turned 18 and could no longer be housed at Cowlitz nor transferred to adult custody.

1

DATED:     July 7, 2020              Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on July 7, 2020, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants