# EXHIBIT A

DEPARTMENT OF HOMELAND SECURITY
U.S. Immigration and Customs Enforcement

# NOTICE TO EOIR: ALIEN ADDRESS

Date: 07/07/2020

To: Enter Name of BIA or Immigration Court I-830  1220 SW Third Avenue, Suite 500, Portland OR 97204
    Enter BIA or Immigration Court Three Letter Code@usdoj.gov  POO.I-830@usdoj.gov

From: Enter Name of ICE Office  Enforcement and Removal Operations
      Enter Street Address of ICE Office  4310 SW Macadam Avenue
      Enter City, State and Zip Code of ICE Office  Portland, OR 97239

Respondent: Enter Respondent's Name  [REDACTED]
            Alien File No: Enter Respondent's Alien Number  A[REDACTED]

This is to notify you that this respondent is:

☐ Currently incarcerated by federal, state or local authorities. A charging document has been served on the respondent and an Immigration Detainer-Notice of Action by the ICE (Form I-247) has been filed with the institution shown below. He/she is incarcerated at:

Enter Name of Institution where Respondent is being detained
Enter Street Address of Institution where Respondent is being detained
Enter City, State and Zip code of Institution where Respondent is being detained
**Enter Respondent's Inmate Number**
His/her anticipated release date is Enter Respondent's Anticipated Release Date.

☐ Detained by ICE on **Enter Date Respondent was Detained by ICE** at:
Enter Name of ICE Detention Facility where Respondent is being detained
Enter Street Address of ICE Detention Facility where Respondent is being detained
Enter City, State and Zip Code of ICE Detention Facility where Respondent is being detained

☐ Detained by ICE and transferred on **Enter Date Respondent was transferred** to:
Enter Name of ICE Detention Facility where Respondent has been transferred
Enter Street Address of ICE Detention Facility where Respondent has been transferred
Enter City, State and Zip Code of ICE Detention Facility where Respondent has been transferred

☒ Released from ICE custody on the following condition(s):
　☒ Order of Supervision or Own Recognizance (Form I-220A)
　☐ Bond in the amount of Enter Dollar Amount of Respondent's Bond
　☐ Removed, Deported, or Excluded
　☐ Other

Upon release from ICE custody, the respondent reported his/her address and telephone number would be:
Enter Respondent's Street Address  C/O [REDACTED], [REDACTED]
Enter Respondent's City, State and Zip Code  Olympia, WA 98501
Enter Respondent's Telephone Number (including area code)  (360) [REDACTED]

☒ I hereby certify that the respondent was provided an EOIR-33 Form and notified that they must inform the Immigration Court of any further change of address.

ICE Official: Enter Your First, Last Name and Title  J. Chan, SDDO

ICE Form I-830E (09/09)