1                    UNITED STATES DISTRICT COURT

2                   CENTRAL DISTRICT OF CALIFORNIA

3                               ---

4              HONORABLE **DOLLY M. GEE,** JUDGE PRESIDING

5                               ---

6

7

8    **JENNY L FLORES,** et al.,              )
                                              )
9                                             )
                                              )
10                        Plaintiffs,         )
                                              )No. CV 85-4544DMG
11           vs.                              )
                                              )
12   **JEFFERSON B. SESSIONS,** III, et al.,  )
                                              )
13                                            )
                          Defendants.         )
14   _____)

15

16              Reporter's Transcript of Proceedings
                        **STATUS CONFERENCE**
17                   Los Angeles, California
                      **FRIDAY, MAY 22, 2020**
18                           **1:00 P.M.**

19

20

21

22

23           ANNE KIELWASSER, CRR, RPR, CSR
                  Official Court Reporter
24            UNITED STATES DISTRICT COURT
           CENTRAL DISTRICT OF CALIFORNIA
25             Telephone: (213) 894-2969
               anne.kielwasser@gmail.com

```
 1                    A P P E A R A N C E S
                          (BY PHONE)
 2

 3    ON BEHALF OF THE PLAINTIFFS:

 4

      PETER SCHEY
 5    CARLOS R HOLGUIN
      Center For Human Rights & Constitutional Law
 6    256 South Occidental Boulevard
      Los Angeles, CA 90057
 7    213-388-8693
      Fax:  213-386-9484
 8    E-mail:  Pschey@centerforhumanrights.org
      Crholguin@centerforhumanrights.org
 9

10    LEECIA WELCH
      National Center for Youth Law
11    405 Fourteenth Street 15th Floor
      Oakland, CA 94612
12    510-835-8098
      Fax:  510-835-8099
13    E-mail:  Lwelch@youthlaw.org

14

15    HOLLY COOPER
      UC Davis School of Law
      Clinical Programs
16    One Shields Avenue TB 30
      Davis, CA 95616
17    530-754-4833
      Fax:  530-752-0822
18    E-mail:  Hscooper@ucdavis.edu

19    AlSO PRESENT (BY PHONE)

20    NEHA DESAI

21    DAISY O FELT

22    ANDREA SHERIDAN ORDIN

23    DR. PAUL WISE

24

25
          (Appearances continued on next page)
```

UNITED STATES DISTRICT COURT

```
1                         A P P E A R A N C E S

2


3


4        ON BEHALF OF THE DEFENDANTS:


5
         SARAH B FABIAN (By Video)
6        US Department of Justice
         Office of Immigration Litigation
7        PO Box 868 Ben Franklin Station
         Washington, document 20044
8        202-532-4824
         Fax:  202-305-7000
9        E-mail:  Sarah.b.fabian@usdoj.gov


10
         (ALSO PRESENT BY PHONE)
11
         AURORA MIRANDA-MAESE
12
         DEANE DOUGHERTY
13

14

15

16

17

18

19

20

21

22

23

24

25
```

| | |
|---|---|
| 1 | **FRIDAY, MAY 22, 2020**                                    **1:00 P.M.** |
| 2 | ~ ~ ~ |
| 3 | P R O C E E D I N G S |
| 4 | ~ ~ ~ |

13:12:04  5    COURT CLERK:  This United States District Court is

13:12:06  6  now in session.  The Honorable Dolly M. Gee, United States

13:12:10  7  District Judge presiding.

13:12:12  8            On the phone and video we have:  Mr. Peter

13:12:15  9  Schey, Carlos Holguin, Leecia Welch, Holly Cooper, Neha

13:12:15 10  Desai, Daisy Felt.

13:12:23 11            For defense we have:  Sarah Fabian, Aurora

13:12:29 12  Miranda-Maese, Deane Dougherty.

13:12:30 13            And we also have Andrea Ordin and Dr. Paul

13:12:34 14  Wise.

13:12:35 15        **THE COURT:**  All right, good morning everyone.

13:12:42 16        **MS. FABIAN:**  Good morning, Your Honor.

13:12:43 17        **THE COURT:**  Okay.  Good.  Let me just remind

13:12:45 18  everyone again that whenever someone leaves the call, there

13:12:52 19  is a noise that occurs that causes the court reporter

13:12:55 20  sometimes to miss what is being said.  So, if you hear that

13:12:59 21  blooping noise, then please repeat what you were just in the

13:13:03 22  middle of saying, and also please state your name when you

13:13:08 23  speak since not all of you are on video.

13:13:11 24            All right, first of all, I would like to

13:13:16 25  thank Ms. Miranda Maese and Ms. Dougherty for submitting

13:13:21  1    their reports.  I have reviewed them.  I also have reviewed

13:13:26  2    the responses from plaintiffs.

13:13:29  3              Let me just say that when I look at these

13:13:33  4    reports, I am not looking for perfection.  What I'm looking

13:13:38  5    for effort and progress.

13:14:29  6              All right, let's start with the ORR report.

13:14:32  7              I did see effort and progress.  I should note

13:14:37  8    that as of March 29th, there were 2,281 minors in custody in

13:14:49  9    congregate settings, according to Ms. Sinulog's declaration.

13:14:53  10   As of May 13th, according to Ms. Miranda Maese's report, it

13:15:00  11   was 825.  So that is substantial.

13:17:20  12              (Lost video connection)

13:17:21  13              (Resumed connection via telephone)

13:17:21  14        **THE COURT:**  What I was saying is that my May 24th

13:17:25  15   order specifically required provisional releases of those

13:17:29  16   minors who had fully vetted custodians and whose custodians

13:17:35  17   were nearly unable to obtain fingerprinting because of

13:17:40  18   fingerprinting facilities not being available, and that those

13:17:47  19   individuals should be provisionally released provided that

13:17:52  20   the custodian agrees to submit fingerprints as soon as

13:17:56  21   practicable after the release of the minor and within a

13:17:59  22   reasonable timeframe specified by the ORR.

13:18:02  23              That was my order on April 24th.

13:18:06  24              Ms. Miranda Maese, can you tell me why there

13:18:09  25   has been no compliance with that order for provisional

13:18:14   1    release?

13:18:16   2          **MS. MAESE:**  Yes, Your Honor.  When we conducted

13:18:21   3    this study and this information, as you see, we still had 25

13:18:28   4    provisional release.  Fingerprinting was the only thing that

13:18:32   5    was keeping a minor there that we could tell.

13:18:35   6          I mean, this process is extremely fluid.  One

13:18:39   7    of the things is that we received field guidance on this just

13:18:44   8    on the 19th of May.  So, the field guidance was received

13:18:50   9    subsequent to my submitting my report to you.

13:18:53  10          I do know ORR is processing cases under the

13:18:57  11    field waiver process currently.  There are approximately

13:19:03  12    18 cases from a conversation I had with an ORR staff

13:19:08  13    yesterday that may be eligible for release.  So, I believe

13:19:12  14    that with this additional field guidance, and -- we'll be

13:19:18  15    able to have a more robust information in this section of the

13:19:25  16    report moving forward.  But that's the information I have,

13:19:32  17    Your Honor.

13:19:33  18          **THE COURT:**  All right, can you also address the

13:19:37  19    situation involving minor JMA who is going to age out as of

13:19:44  20    May 26th?  Is he still in custody?  And why is he being

13:19:51  21    detained?

13:19:52  22          **MS. MAESE:**  The information that I have, Your

13:19:57  23    Honor, is that this minor, JMA, needs a TBPRA home study,

13:20:04  24    therefore fingerprinting is not the only reason that he

13:20:07  25    remains in care.  That's the latest information that I

| | |
|---|---|
| 13:20:09 | 1 |
received as of this morning.

13:20:11   2         **THE COURT:**  And do you know why he needs an

13:20:13   3   additional home study?

13:20:17   4         **MS. MAESE:**  I'm not aware of that at this point.

13:20:20   5   I don't know the particulars of it, Your Honor.

13:20:27   6         **THE COURT:**  All right.  I am inclined to, with

13:20:29   7   regard to JMA, to order his immediate provisional release

13:20:34   8   unless by Monday somebody tells me why he shouldn't be.

13:20:49   9         **MS FABIAN:**  Your Honor, Monday is a holiday.

13:20:49   10         Sorry, this is Sarah Fabian.

13:20:52   11         I'm not sure why my microphone isn't picking

13:20:56   12   up.  This is Sarah Fabian for the defendants.

13:20:59   13         Monday is a holiday, so, I will -- we will

13:21:02   14   reach out to ORR as soon as we can and try to get something

13:21:06   15   filed for the Court on that.  But I suspect that if -- if as

13:21:11   16   Ms. Maese suggests it is a TBPRA home study, then release

13:21:18   17   would not be permissible under the statute until that home

13:21:23   18   study is completed, but we can file more information on that.

13:21:29   19         **MS. MAESE:**  Your Honor, this is Aurora

13:21:31   20   Miranda-Maese again.

13:21:31   21         It appears that this child is a victim of

13:21:36   22   abuse, therefore he qualifies under victim of abuse, that he

13:21:38   23   was abused by his father, from the notes that I'm looking at.

13:21:44   24         **THE COURT:**  All right, but what does that have to

13:21:47   25   do with whether he needs to have a home study by his uncle

13:21:50  1    who has been already, according to the declarations, has

13:21:56  2    already been vetted and approved as a custodian?

13:22:08  3            **MS FABIAN:**  This is Sarah Fabian with the

13:22:11  4    defendant.  I believe as a legal matter, the TBPRA requires a

13:22:15  5    home study in that case.

13:22:20  6            **THE COURT:**  So, one was not already conducted

13:22:22  7    before he was approved as a custodian?

13:22:31  8            **MS FABIAN:**  I don't have that information, Your

13:22:33  9    Honor.  I don't know if Ms. Miranda-Maese has it.  However, I

13:22:40  10   think we -- we could look into this case some more and follow

13:22:45  11   up, but I don't think --

13:22:46  12            I mean, as far as individual cases being the

13:22:50  13   subject of the Court's order, I think the home study cases is

13:22:55  14   outside -- it is a supplement to the fingerprinting issue as

13:23:00  15   far as any delays in release.  I'm not sure that our position

13:23:04  16   would be that individual cases are really the subject of the

13:23:11  17   Flores case.  Certainly we can look at the individual case

13:23:14  18   and work with counsel on that.

13:23:16  19           **THE COURT:**  All right, well, my understanding was

13:23:19  20   that the only impediment was the lack of fingerprinting, and

13:23:22  21   if that was the case, then that would fall directly within

13:23:25  22   the contours of my April 24th order.  So, I am acting with

13:23:33  23   speed because obviously his birthday is next Tuesday.

13:23:44  24           **MR. HOLGUIN:**  If I may, Your Honor.  This is

13:23:44  25   Carlos Holguin with the Center For Human Rights on behalf of

13:23:47  1    plaintiffs.

13:23:48  2              Yes, this is a circumstance where this minor

13:23:52  3    is going to be shipped off to ICE congregate detention on the

13:23:58  4    16th or the 17th, and the notion that there needs to be, you

13:24:03  5    know, further home studies and further vetting of his uncle,

13:24:10  6    you know, is really placing form over substance, exalting

13:24:14  7    form over substance in this case.

13:24:17  8              The notion that he is going to need to be

13:24:19  9    protected for one day, and yet once he turns 18 will be

13:24:24  10   shipped off to ICE and be immediately eligible for release,

13:24:28  11   it simply makes no sense.  It's an irrational requirement at

13:24:32  12   this point in time, and this minor should be released.

13:24:37  13        **THE COURT:**  All right, let's move on to the delays

13:24:39  14   in home studies.

13:24:42  15            Ms. Miranda-Maese, can you tell me why there

13:24:46  16   have been delays in these home studies?  There are 27,

13:24:55  17   apparently that are delayed.

13:24:59  18        **MS. MAESE:**  Yes, Your Honor, I was on hold here.

13:25:01  19            We received home study process guidance on

13:25:06  20   the 6th of May.  So, as much as I could, I incorporated that

13:25:11  21   information onto the report.

13:25:18  22        **THE COURT:**  So, at this time you don't know what

13:25:20  23   the reason for the delay is.

13:25:27  24        **MS. MAESE:**  I do not, no.

13:25:30  25        **THE COURT:**  All right, on page 4 of your report,

13:25:32  1    you indicate that all minors in care have been tested.  Am I

13:25:37  2    reading that correctly to mean that all minors in ORR custody

13:25:42  3    have been tested for Covid-19?

13:25:49  4              MS. MAESE:  All minors in care at the centers?

13:25:49  5    You're talking about Hartland?  Would that be the first

13:25:54  6    center you're talking about?

13:25:54  7              THE COURT:  It's on page 4 of your report.  I'm

13:25:57  8    not sure whether that was only with regard to a particular

13:26:00  9    place or whether you were --

13:26:01  10             That's what I wanted clarification was, is

13:26:03  11   this true of all minors in ORR care or just in that facility?

13:26:10  12             MS. MAESE:  No, I believe it's in those

13:26:14  13   facilities, Your Honor.  As of yesterday, May the 21st, there

13:26:21  14   were 224 minors that have been tested for Covid.

13:26:27  15             THE COURT:  In that facility.

13:26:28  16             MS. MAESE:  Oh, no, total.  This is the total for

13:26:30  17   the current minor, the current information, based on our

13:26:32  18   coordination calls that we -- that we have, there were 224

13:26:37  19   minors total.

13:26:38  20             But I provide the information on who tested

13:26:41  21   in each individual section of my report.

13:26:46  22             THE COURT:  All right, are you moving towards a

13:26:49  23   situation at some point where you'll have the capacity to

13:26:53  24   test all of those who were in your custody?

13:26:58  25             MS. MAESE:  I will follow up with the -- our

13:27:01  1    medical department for that, Your Honor, and see what their

13:27:10  2    directive would be, and I can certainly put that in my next

13:27:14  3    report.

13:27:15  4            **THE COURT:**  Okay.  And what efforts have been

13:27:16  5    undertaken specifically to identify those who are at

13:27:22  6    heightened risk of serious illness or death?  Not those who

13:27:27  7    have contracted Covid-19 but those who have not yet

13:27:31  8    contracted Covid.

13:27:37  9            **MS. MAESE:**  I believe what happens is our medical

13:27:39  10   department gets alerted immediately, and they start to

13:27:42  11   provide guidance to the shelters.

13:27:44  12            As I note in my report, Your Honor, there

13:27:46  13   were no children that were at heightened risk at this time.

13:27:49  14   That doesn't mean that that couldn't change, right?  But

13:27:54  15   there is direct contact with our department for the -- for

13:28:01  16   medical guidance and followthrough.

13:28:05  17            In addition to that, you know, of course all

13:28:07  18   of the things that are listed there are being done which help

13:28:13  19   all of the minors there to remain safe; and given the fact

13:28:17  20   that most of the shelters have the capability or the

13:28:23  21   availability right now to quarantine and isolate

13:28:27  22   individually, is also very helpful.

13:28:30  23            **THE COURT:**  I guess what I wanted to have further

13:28:32  24   clarification on is, when you have a minor who comes into ORR

13:28:36  25   custody at the outset, is there at that time an initial

13:28:40  1   screening to determine whether a minor has certain

13:28:45  2   preexisting health conditions?

13:28:51  3        MS. MAESE:  Yes, there is an accepted screening

13:28:54  4   that's being done.

13:28:55  5        THE COURT:  And who does that screening?

13:28:57  6        MS. MAESE:  The screening is being done at the

13:28:59  7   shelter when they arrive, and I believe our intake department

13:29:04  8   may ask a few questions to determine -- to get some

13:29:11  9   information prior to a child going in, but at the time that

13:29:15  10  they are at a shelter, they are screened at that time.

13:29:19  11        THE COURT:  But it's not by some medical

13:29:21  12  professional, it's by someone who is employed by ORR to do

13:29:25  13  screening and intake?

13:29:29  14        MS. MAESE:  There is an initial medical exam, Your

13:29:32  15  Honor, and it is conducted within two business days by a

13:29:35  16  medical professional.  The child also receives their vaccines

13:29:46  17  at that time.

13:29:48  18        THE COURT:  Okay.  Thank you.

13:29:50  19        All right, let's turn our attention now to

13:29:53  20  the ICE report.  Since April 21st when there were 324 minors

13:30:08  21  in custody at FRCs, that has gone down to 184 as of May 11th.

13:30:14  22  So, that is a pretty good reduction as well, but I also have

13:30:23  23  some concerns about Ms. Dougherty's report.

13:30:35  24        I don't see any progress on compliances with

13:30:42  25  Paragraph 18 of the Flores agreement, that is making

13:30:45  1    continuance records.  And, frankly, what little effort that

13:30:51  2    went into this about five days before your report was due

13:30:57  3    appeared to have caused a lot of unnecessary emotional

13:31:00  4    upheaval for families at the FRCs.

13:31:04  5               So, perhaps Ms. Dougherty or Ms. Fabian,

13:31:10  6    perhaps you can address whether, in fact, there was an effort

13:31:14  7    to obtain waivers, or this was merely some sort of informal

13:31:22  8    questioning, or what was it that happened?

13:31:27  9         **MS FABIAN:**  This is Sarah Fabian.

13:31:29  10              Your Honor, I'll -- ICE made an effort to

13:31:35  11   comply with the Court's order -- new individualized

13:31:41  12   evaluations of class members.  It was not obtaining a waiver

13:31:46  13   in the sense that it was not a -- what is known to be as

13:31:51  14   binary choice, it was not requesting a waiver of -- of the

13:31:56  15   child's rights at this time, but ICE was taking the first

13:32:00  16   steps to conduct the new individualized reviews which

13:32:03  17   included obtaining information about sponsors to whom the

13:32:08  18   child could be released.

13:32:09  19              I would say that while I understand there was

13:32:12  20   confusion that came into play, I think that confusion

13:32:16  21   reflects some challenges that I -- in identifying exactly the

13:32:23  22   steps to proceed to ensure to follow the rights that are

13:32:26  23   inherent in this case as well as the Messile (phonetically

13:32:30  24   spelled) case, as reflected at the last hearing.

13:32:34  25              I think there -- there even -- even with

| | | |
|---|---|---|
| 13:32:39 | 1 | regard to what is happening here, we received follow-up and |
| 13:32:43 | 2 | different requests from counsel representing parents |
| 13:32:46 | 3 | representing children, multiple e-mails and multiple cases |
| 13:32:49 | 4 | requesting different things, and there continues to be |
| 13:32:52 | 5 | confusion on our part about precisely what the lawyers |
| 13:32:57 | 6 | representing folks are, in fact, requesting. |
| 13:33:01 | 7 | So, ICE did not at this time request a formal |
| 13:33:05 | 8 | waiver of rights from the children.  That is not what |
| 13:33:08 | 9 | happened.  And I'll let Ms. Dougherty speak more |
| 13:33:10 | 10 | specifically, if you -- as to the facts, if you'd like, on |
| 13:33:14 | 11 | that, but that was not what was occurring at this time. |
| 13:33:21 | 12 | ICE is continuing to evaluate how to move |
| 13:33:25 | 13 | forward to comply with all of the orders in all of the |
| 13:33:27 | 14 | requirements in various courts. |
| 13:33:32 | 15 | **THE COURT:**  Ms. Dougherty, do you wish to comment? |
| 13:33:39 | 16 | **MS. DOUGHERTY:**  Yes, thank you, Your Honor.  And |
| 13:33:40 | 17 | thank you, Sarah, for that as well.  And I concur |
| 13:33:43 | 18 | wholeheartedly with what Sarah just referred to. |
| 13:33:46 | 19 | And I'll be perfectly honest with you, Judge. |
| 13:33:49 | 20 | I completely understand that it could have, and it very well |
| 13:33:56 | 21 | did, cause consternation to some of the parents when they |
| 13:34:02 | 22 | received that form. |
| 13:34:03 | 23 | Now, granted, this is a form that they have |
| 13:34:05 | 24 | already been presented with before.  It was already in their |
| 13:34:09 | 25 | file.  We did not delay until the very last moment purposely. |

13:34:15  1    It was literally -- it was, uh, it was a situation in which

13:34:20  2    we were trying to decide how best to proceed and -- and

13:34:23  3    comply with your order.

13:34:25  4                Now, we did not specifically ask the parents,

13:34:28  5    or the mothers in this case, if they wanted to waive their

13:34:32  6    rights under Flores, because we received conflicting views on

13:34:37  7    how we should proceed with that.

13:34:39  8                And as Sarah mentioned earlier, the binary

13:34:44  9    choice were loathed to even really put that in writing

13:34:47  10   because it's so controversial.  But by virtue of asking the

13:34:55  11   parent:  Is there a sponsor?  Is there somebody?  Is there an

13:34:59  12   address, a valid address that you would send your child to?

13:35:03  13   I mean, it's semantics.  Is it a binary choice without

13:35:07  14   calling it a binary choice?  I believe so.  That's my

13:35:10  15   personal opinion.

13:35:11  16               But we are very, very much interested in

13:35:14  17   trying to comply with your order, but given kind of -- there

13:35:18  18   is a gray area in how to proceed with that.  So, we -- we

13:35:23  19   would very much welcome more direction from you, how we can

13:35:28  20   be in more compliance.

13:35:30  21               We did not intend to wait until five days

13:35:32  22   prior to our filings.  It was just literally, it took us that

13:35:37  23   long as an agency to come up with a plan on how to comply,

13:35:41  24   and, again, those parole worksheets that presented to the

13:35:49  25   parents were the same parole worksheets that were presented

13:35:53  1    to FRC.  So, it was not a new form.  It was approved in 2017.

13:35:56  2    It was -- to their A File.

13:35:56  3                COURT REPORTER:  Excuse me, Ms. Dougherty.  You're

13:35:56  4    going in and out.  I'm not sure if I'm missing anything.

13:36:50  5                **MS. DOUGHERTY:**  The worksheet that was presented

13:36:52  6    to all of the parents is the same worksheet that we -- that

13:36:56  7    has been in use since 2017, and it's the same parole

13:37:01  8    worksheet that was presented upon admission to the FRC.

13:37:06  9                So, it's already part of their files.  And it

13:37:09  10   was just -- it was a resubmission and -- and I can certainly

13:37:17  11   understand how it could be maybe confusing to the parents

13:37:21  12   because they've already been served basically the same

13:37:25  13   questions.

13:37:26  14               So, of course I'm not there, I'm not the one

13:37:30  15   who's administering the worksheet; but on the other hand, it

13:37:35  16   was not a new form, it was the same form that's been

13:37:38  17   presented in the past.  It was just -- we were attempting to

13:37:47  18   continuously recess the opportunity for parole --

13:37:47  19               **THE COURT:**  All right.

13:37:53  20               **MS. DOUGHERTY:**  -- without binary choice.

13:37:59  21               **THE COURT:**  So, as I understand it, there was not

13:38:01  22   an attempt to obtain a formal waiver, but if that was the

13:38:05  23   case, then, why have untrained officers broached such a

13:38:11  24   sensitive subject at all?

13:38:13  25               This inquiry seems to be neither fish nor

| | | |
|---|---|---|
| 13:38:16 | 1 | fowl, would serve no useful purpose other than to inform me |
| 13:38:20 | 2 | what I already know, which is that when faced with a Hobson's |
| 13:38:24 | 3 | choice without any context or explanation, of course a parent |
| 13:38:29 | 4 | is going to choose not to be separated from their children. |
| 13:38:32 | 5 | And given the sensitivity with which |
| 13:38:36 | 6 | Ms. Fabian approached this at our last hearing, I would have |
| 13:38:41 | 7 | expected that there would have been more sensitivity applied |
| 13:38:44 | 8 | to broaching this subject, and maybe the best way to deal |
| 13:38:47 | 9 | with it wasn't to have untrained officers do it but enlist |
| 13:38:53 | 10 | the assistance of counsel for these parents to assist in |
| 13:38:58 | 11 | explaining options. |
| 13:39:00 | 12 | I'm not going to suggest at this point how it |
| 13:39:02 | 13 | should be done.  What I want to make clear on the record is |
| 13:39:06 | 14 | that I am in no way in favor of presenting parents with this |
| 13:39:10 | 15 | Hobson's choice, but given that the government is hellbent on |
| 13:39:17 | 16 | detaining these parents, even during this Covid-19 crisis, |
| 13:39:19 | 17 | then you need to give me more specific explanations for why |
| 13:39:22 | 18 | these minors must remain in indefinite detention too. |
| 13:39:27 | 19 | And so to that end, I am going to require |
| 13:39:31 | 20 | counsel for both sides to meet and confer to come up with |
| 13:39:33 | 21 | some sort of reasonable protocol that will provide an |
| 13:39:36 | 22 | explanation of the Flores agreement rights to parents so that |
| 13:39:40 | 23 | they have some context as to why they're being asked this |
| 13:39:43 | 24 | question. |
| 13:39:54 | 25 | **MS. DOUGHERTY:**  Your Honor, I welcome that |

UNITED STATES DISTRICT COURT

13:39:56  1    opportunity.

13:39:58  2               **THE COURT:**  That was Ms. Dougherty.

13:40:00  3               What I see in the current spreadsheets that

13:40:02  4    you've filed, they are really no better than the ones I saw

13:40:05  5    before when I found ICE to be in noncompliance in Paragraph

13:40:09  6    18 of the Agreement.  So, I'm beyond frustrated in that

13:40:13  7    regard.

13:40:15  8               I hope that in an updated report that you

13:40:19  9    will be able to provide more specificity as to the reasons

13:40:22  10   why some of these 184 minors continue to be detained.  And

13:40:29  11   I'm going to require an update in that regard by June 8th,

13:40:37  12   but before you file an updated report, I'm going to require

13:40:41  13   that you lend some of these explanations by the independent

13:40:45  14   monitor Andrea Ordin first so that we don't end up at the

13:40:51  15   next due date with another report that basically says the

13:40:55  16   same thing that already was seen in the previous go-around

13:40:59  17   which is a complete waste of time for everyone concerned.

13:41:02  18               So, I'm going to ask that you confer with

13:41:05  19   Ms. Andrea Ordin so that she can give you some feedback as to

13:41:10  20   whether the explanations are adequate or not, and then you

13:41:13  21   can put it in your report so that we can have some meaningful

13:41:17  22   dialogue about the information that's contained in it.  Right

13:41:22  23   now when I look at these spreadsheets, it's the same as what

13:41:26  24   I found before when I found noncompliance.

13:41:30  25               I'm not saying that's necessarily your fault,

13:41:33  1   Ms. Dougherty, but I think you need to sort of oversee what

13:41:36  2   is happening on the ground to make sure that individualized

13:41:40  3   inquiries are being made, and we're not just putting down

13:41:45  4   things that are carried over from form to form.

13:41:51  5        **MS FABIAN:**  Your Honor, this is Sarah Fabian.

13:41:53  6             Can I ask --

13:41:54  7             Is the Court requesting that we file the

13:41:56  8   individual parole worksheets with the report?

13:41:59  9             I know that we did provide some of those to

13:42:01 10   Ms. Ordin at her request.  It was -- it recently -- and so

13:42:06 11   perhaps we've already begun that process of working with her,

13:42:09 12   and we can continue it.

13:42:10 13             But is the Court asking for the parole

13:42:14 14   worksheets to be filed as well?

13:42:16 15        **THE COURT:**  Let me just say that I'm not wed to

13:42:22 16   the parole worksheets.  If the parole worksheets allow you to

13:42:26 17   determine on an individualized basis what the reason is for

13:42:33 18   detaining a minor, then you can continue to use them.  If

13:42:36 19   they don't facilitate that process, then you might want to

13:42:39 20   consider using some other method.

13:42:40 21             When I compare the specificity that's

13:42:43 22   provided to me by ORR versus ICE, it's night and day.  So, I

13:42:50 23   need greater specificity about what the reason for detention

13:42:56 24   is.  And if the parole worksheet doesn't accomplish that,

13:43:00 25   then maybe you need to look at some other format.

| | |
|---|---|
| 13:43:04 | 1 |
| 13:43:05 | 2 |
| 13:43:07 | 3 |
| 13:43:10 | 4 |
| 13:43:13 | 5 |
| 13:43:17 | 6 |
| 13:43:21 | 7 |
| 13:43:27 | 8 |
| 13:43:27 | 9 |
| 13:43:29 | 10 |
| 13:43:32 | 11 |
| 13:43:35 | 12 |
| 13:43:39 | 13 |
| 13:43:43 | 14 |
| 13:43:47 | 15 |
| 13:43:49 | 16 |
| 13:43:56 | 17 |
| 13:43:57 | 18 |
| 13:44:01 | 19 |
| 13:44:08 | 20 |
| 13:44:11 | 21 |
| 13:44:13 | 22 |
| 13:44:16 | 23 |
| 13:44:23 | 24 |
| 13:44:27 | 25 |

**MS FABIAN:**  I think, Your Honor --

This is Sarah Fabian again.

And I think -- and I'll work with Ms. Dougherty and Ms. Ordin on this, but I think that the parole worksheets in fact contained more of that information that the Court is asking, and the spreadsheet is sort of an attempt to provide that in a more aggregate basis.

So, we can discuss whether --

I just wanted to ask if the Court specifically wanted to ensure that we file all of the parole worksheets which I think would provide more of that information but might raise just some concerns I want to be careful with the information or --

But we can work with Ms. Ordin on the best way to sort of translate that information into something that should be filed or whether to file those worksheets.

**THE COURT:**  All right, well, I will leave it up to you to decide how best to convey the underlying information to me.  I'm not wed to any worksheet or any other format.  I mean, it could be a chart for all I care that's contained in Ms. Dougherty's report, but it has to have more specificity so that I can understand what the reason is for detention beyond a simple line item that says, you know, IJ hearing pending or something.  That's pretty meaningless to me.

**MR. SCHEY:**  Your Honor, this is Peter Schey for

13:44:32  1    the plaintiffs.

13:44:33  2              Just two brief points.  One is just to remind

13:44:37  3    the Court -- I know the Court is aware of this but just to

13:44:40  4    remind the Court that the parole worksheet, that the

13:44:44  5    standards that are set forth in the parole worksheet are

13:44:48  6    completely different from the standards that are set forth in

13:44:52  7    the Flores settlement agreement.

13:44:56  8              So, seems there would be some modification

13:45:01  9    because the parole worksheet follows the language in the

13:45:05  10   parole statute and in the parole regulations which basically

13:45:13  11   requires one of two things in order to have a positive

13:45:16  12   release decisions.  It requires a screening humanitarian

13:45:24  13   stipulation, which is largely limited to illness or

13:45:28  14   pregnancy, and -- or No. 2, it requires that it be in the

13:45:31  15   national interest.  So, it is --

13:45:34  16             It's not an instrument that is a good fit

13:45:37  17   with compliance with the settlement because the standards are

13:45:42  18   completely -- the standards for release are completely

13:45:45  19   different in the FSA versus the parole situation.  So, I just

13:45:51  20   wanted to make that point.

13:45:52  21        THE COURT:  I think that point has been made clear

13:45:55  22   repeatedly, and I think both Ms. Ordin and I are aware of the

13:46:00  23   of the distinction, which is why I'm saying I don't need to

13:46:04  24   have it in any particular format.

13:46:07  25             What I am interested in is the results of the

13:46:10  1   individualized inquiry that is required by the Flores

13:46:16  2   Agreement.

13:46:17  3            MR. SCHEY:  Correct.  And that would be helpful.

13:46:19  4   If the government can come up with that, that would be

13:46:22  5   helpful.

13:46:22  6            The only other brief point, the Court had

13:46:27  7   said a few minutes ago that it will order the parties to meet

13:46:37  8   and confer and try to come up with a joint suggestion to the

13:46:44  9   Court in the nature of an advise to the parents, and I assume

13:46:50  10  to the older class members about their rights under the

13:46:53  11  Flores --

13:46:54  12           And I believe that the ICE monitors welcomes

13:47:01  13  that, and I'm sure Sarah Fabian would welcome that and we

13:47:07  14  would welcome that.  And the only point or question I would

13:47:09  15  have about that is can we put time limits on that so that it

13:47:14  16  doesn't drag it out for a long time and so that we know that

13:47:18  17  we have a deadline by which to accomplish that and to report

13:47:22  18  back to the Court.

13:47:23  19           THE COURT:  Yes, definitely.  I was just giving

13:47:26  20  you a broad outline of my thoughts on what I'm going to be

13:47:29  21  requiring, but whatever order I enter is going to have very

13:47:34  22  strict deadlines.

13:47:36  23           MR. SCHEY:  Thank you, Your Honor.

13:47:45  24           MS. DOUGHERTY:  That's great.  And Mr. Schey, to

13:47:46  25  your point, and, yes, I look very much forward to working

| | |
|---|---|
| 13:47:49 | 1 |
| 13:47:50 | 2 |
| 13:47:52 | 3 |
| 13:47:57 | 4 |

1  with the monitor and of course the Court so that ICE is in as

2  much compliance as possible, but I do want to throw something

3  out there, in that, we will not work with the older class

4  members.  We work with the parents.

5          So, when we sit down at the table, that is --

6  umm -- just so we make clear that we're not going to be

7  working with 16 and 17-year-olds, who is, what, requesting

8  emancipation?  I don't know.  Or even SIJ?  But I just wanted

9  to clarify that.

10         **MR. SCHEY:**  This is Peter Schey again.

11             I -- I think that this is something that -- I

12  think what the Court was saying, and I think what makes sense

13  is that in terms of devising a notice to class members that's

14  fair and that's evenhanded and that can be efficiently

15  implemented.  I think what the Court contemplates is that

16  that's something that the parties --

17             That's not just something that you would be

18  discussing with Ms. Ordin, that that's something that class

19  counsel would be discussing with you and with counsel for the

20  government, and we could certainly include Ms. Ordin and

21  probably should include Ms. Ordin in that discussion.

22             But I think it's in the course of those

23  discussions that we should also address the extent to which

24  older class members should or should not be involved in -- in

25  decision-making.

13:49:33  1              I don't think it's an open and shut question.

13:49:39  2    And I know that when we addressed this issue in 2016 and 2017

13:49:45  3    with the Courts, there was some general thinking that

13:49:50  4    older -- that the views of older class members would be

13:49:55  5    considered as part of this overall situation.

13:49:57  6              But, again, I -- I don't think it's something

13:49:59  7    that we should have a hard-and-fast rule about today.  It's

13:50:04  8    something that I think should just be part of the discussions

13:50:07  9    that we have leading up to a report to the Court to see if we

13:50:14  10   can arrive at some common approach to this situation.

13:50:20  11       **MS. DOUGHERTY:**  Okay, and I look forward to

13:50:24  12   working with all the parties to further this and to ensure

13:50:28  13   compliance.

13:50:30  14              So, thank you, Peter.  I appreciate that.

13:50:32  15       **THE COURT:**  All right, well, let me tell you what

13:50:33  16   I have in mind for my order going forward, and then if

13:50:39  17   anybody has any comments about it, we can take it up at that

13:50:44  18   point.

13:50:44  19              By June 8th I'm going to ask for

13:50:49  20   Ms. Dougherty to provide me with an updated report with

13:50:54  21   specific explanations for the detention of each minor

13:50:58  22   detained at the FRC beyond 20 days, but you will review each

13:51:04  23   of those explanations with the special master first, because

13:51:07  24   I don't want to be put in the position again of reading a

13:51:10  25   report that tells me basically nothing.

13:51:12  1        Similarly, by June 8th I'm going to ask

13:51:18  2   Ms. Miranda-Maese to update the ORR report, including an

13:51:25  3   update regarding each minor delayed by fingerprinting or home

13:51:31  4   study and why that has been delayed.

13:51:36  5        And as I said before because I've already

13:51:38  6   ordered in my April 24th report that there should be

13:51:45  7   provisional release of minors who are -- have a vetted

13:51:50  8   custodian and who are only delayed because of fingerprinting,

13:51:56  9   I'm going to order the immediate release of minor JMA to his

13:52:03  10  custodian, provided that his custodian agrees to

13:52:07  11  fingerprinting at some later point when it becomes available.

13:52:10  12  Unless by Monday, May 25th I'm provided with some explanation

13:52:16  13  as to why that should not occur.

13:52:26  14        I'm going to also require counsel to meet and

13:52:29  15  confer regarding a protocol for informing parents of their

13:52:32  16  children's Flores rights, and whether there is an available

13:52:37  17  custodian to whom they wish their children to be placed or

13:52:41  18  whether they want to stay together.

13:52:44  19        I'd like a joint status report on that by

13:52:47  20  June 15th which is the deadline for another status report

13:52:54  21  they owe me already.

13:52:55  22        Third, I'm going to ask that Dr. Paul Wise

13:53:01  23  and the Independent Monitor Andrea Ordin obtain medical care

13:53:08  24  data and/or have telephone and video access to persons most

13:53:14  25  knowledgeable at the ICE FRCs with whom they can discuss the

UNITED STATES DISTRICT COURT

13:53:20  1    baseline of custodial medical care, healthcare protocols, and

13:53:27  2    Covid-19 preventive practices as well as examine protocols

13:53:33  3    for identifying minors who have been identified with serious

13:53:35  4    medical conditions, including the option to interview such

13:53:44  5    minors if necessary remotely.

13:53:52  6                And then, finally, I'm going to ask that

13:53:57  7    counsel meet and confer regarding minors detained at juvenile

13:54:04  8    detention facilities.  I think I already ordered that in my

13:54:08  9    April 24th order at paragraph 7 of the conclusion.  I'm not

13:54:15  10   going to address things that are raised without the

13:54:19  11   opportunity for the other side to respond.  And so, these

13:54:22  12   things were raised again in plaintiff's response to the

13:54:27  13   juvenile coordinator's reports with no opportunity for

13:54:30  14   defendants to respond.

13:54:32  15               So, I'm going to kick that back to

13:54:34  16   paragraph 7 of the April 24th order, and if no resolution is

13:54:40  17   possible, then maybe I will order a briefing schedule on that

13:54:43  18   issue by June 15th.  But it seems that given the small number

13:54:47  19   of people who are at issue at those detention facilities,

13:54:53  20   that it would behoove the parties to meet and confer about

13:54:57  21   them and see if some kind of resolution cannot be obtained.

13:55:01  22               All right, does anybody wish to comment?

13:55:06  23        **MR. SCHEY:**  This is Mr. Schey for the plaintiffs

13:55:08  24   on the ICE.

13:55:12  25               That all makes sense to us, Your Honor.

UNITED STATES DISTRICT COURT

13:55:15  1    Thank you.

13:55:20  2              MR. HOLGUIN:  Your Honor, if I may.  This is

13:55:21  3    Carlos Holguin on behalf of plaintiffs.

13:55:23  4              This is the first we've heard of the

13:55:25  5    fingerprint guidance that was issued on May 19th.  In

13:55:30  6    speaking with class members' individual lawyers, none of them

13:55:36  7    are aware of this, and I -- it -- it doesn't appear to be

13:55:39  8    that there be any reason why that guidance should be

13:55:43  9    concealed from either the Court, the plaintiffs' counsel or

13:55:46  10   the individual class members' counsel.  So, we would ask that

13:55:51  11   that guidance be made available.

13:55:53  12             Secondly, with respect --

13:55:58  13             THE COURT:  Before you move on to the next thing.

13:56:00  14   Let me ask Ms. Miranda-Maese.  Is there any reason why the

13:56:04  15   May 19th fingerprint guidance cannot be provided to counsel

13:56:08  16   for the class members?

13:56:14  17             MS. MAESE:  I don't believe so, Your Honor.  We

13:56:15  18   can definitely --

13:56:16  19             I'll discuss that with some of my work group,

13:56:19  20   and moving forward, we can definitely submit that to them.

13:56:23  21             THE COURT:  All right, thank you.

13:56:26  22             MS. MAESE:  If I'm able to.  Thank you.

13:56:27  23             THE COURT:  There was something else.

13:56:30  24             MR. HOLGUIN:  Yes, as far as the plaintiffs are

13:56:32  25   aware, we've never seen a description or a list of

UNITED STATES DISTRICT COURT

13:56:36  1    preexisting conditions that ORR deems to place children in

13:56:40  2    congregate facilities at risk, heightened risk of Corona

13:56:46  3    virus.  And so, you know, it seems we would like to be able

13:56:51  4    to look at the list and consult our own experts as to whether

13:56:54  5    it's adequate or not.

13:56:56  6              There is another question in the Lucas

13:57:01  7    matter.  We had taken the deposition of Dr. Bartholomew, and

13:57:06  8    according to his -- his testimony, medical information as of

13:57:12  9    the initial screening which is supposedly to be conducted

13:57:16  10   48 hours after a child arrives in an ORR facility is not

13:57:20  11   consistently logged into the UAC portal.  This is the online

13:57:24  12   system that OR uses to track information around children.

13:57:28  13             And he -- he also said that it's difficult to

13:57:31  14   pull aggregate data from the UAC portal without taking the

13:57:37  15   time to write new code, including the data.

13:57:40  16             So to the extent that the defendants are

13:57:42  17   relying on the review of UC portal data to identify children

13:57:45  18   with heightened medical risk before they contract Covid, this

13:57:52  19   method would not appear to be sufficient.

13:57:53  20             So, in terms of how the government is

13:58:00  21   compiling information on children with preexisting

13:58:04  22   conditions, plaintiffs would request, you know, how they're

13:58:08  23   going about doing that and what are the particular heightened

13:58:11  24   medical risks that are considered -- or medical conditions,

13:58:14  25   preexisting conditions, that they consider to place children

| | | |
|---|---|---|
| 13:58:18 | 1 | at heightened risk for Covid-19. |
| 13:58:22 | 2 | **THE COURT:**  All right, because that was not raised |
| 13:58:23 | 3 | in any motion that's pending before me specifically, I'm |
| 13:58:26 | 4 | going to ask that you direct your questions to |
| 13:58:29 | 5 | Ms. Miranda-Maese.  In fact, I want you to get used to |
| 13:58:33 | 6 | contacting the juvenile coordinator to ask these types of |
| 13:58:37 | 7 | questions, and if there is a logjam or a problem, then you |
| 13:58:40 | 8 | can either raise it with Ms. Ordin, or it can be the subject |
| 13:58:47 | 9 | of some other motion. |
| 13:58:48 | 10 | Not that I'm inviting motions, but there is |
| 13:58:51 | 11 | and should be a process here that you need to get used to, |
| 13:58:54 | 12 | and that is that there are juvenile coordinators in place for |
| 13:58:58 | 13 | both ORR and ICE, and they appear to be quite competent and |
| 13:59:04 | 14 | able to answer some of these questions.  So, I'm going to |
| 13:59:07 | 15 | defer to them to respond to your inquiries that I presume you |
| 13:59:12 | 16 | will direct to them. |
| 13:59:18 | 17 | **MS FABIAN:**  Your Honor, this is Ms. Fabian. |
| 13:59:19 | 18 | I want to add that, you know, to the extent |
| 13:59:24 | 19 | plaintiffs are trying to obtain information about, that is, |
| 13:59:27 | 20 | you know, the subject of monitoring, we have continued to |
| 13:59:30 | 21 | object to providing the information directly to plaintiffs, |
| 13:59:34 | 22 | but -- for example, I'm aware that Ms. Ordin and Dr. Wise |
| 13:59:38 | 23 | have had a conversation with Dr. Bartholomew about some of |
| 13:59:43 | 24 | these issues.  I believe that Ms. Ordin and Ms. Dougherty |
| 13:59:47 | 25 | have a call scheduled I believe next week to talk about |

| | | |
|---|---|---|
| 13:59:51 | 1 | issues related to the juvenile detention. |
| 13:59:54 | 2 | So, these issues are being addressed between |
| 13:59:57 | 3 | the juvenile coordinators and defendant's personnel and the |
| 14:00:01 | 4 | Monitor and she, is my understanding, would provide |
| 14:00:06 | 5 | information to plaintiffs as she deemed necessary in |
| 14:00:09 | 6 | conjunction with monitoring under the monitoring orders. |
| 14:00:12 | 7 | So, these processes are not stalled, they are |
| 14:00:17 | 8 | moving forward, although perhaps not always with information |
| 14:00:21 | 9 | being provided directly to plaintiffs.  But we believe that's |
| 14:00:28 | 10 | consistent with Your Honor's orders so far. |
| 14:00:30 | 11 | **THE COURT:**  All right, well, I appreciate that, |
| 14:00:31 | 12 | and I'm hoping that the parties will cooperate given the |
| 14:00:35 | 13 | unique and unprecedented circumstances relating to the |
| 14:00:38 | 14 | pandemic, that maybe there should be a little more |
| 14:00:43 | 15 | information provided just to assuage people's concerns about |
| 14:00:48 | 16 | the health conditions prevailing in the facilities. |
| 14:00:51 | 17 | But having said that, I don't want to become |
| 14:00:57 | 18 | a micro manager of all of these facilities.  If there are |
| 14:01:02 | 19 | overarching big issues that need to be raised through a |
| 14:01:06 | 20 | motion, then of course that may have to happen.  But this is |
| 14:01:11 | 21 | a relationship that spans 20-plus years.  You are going to |
| 14:01:16 | 22 | need to get used to using the institutionalized methods that |
| 14:01:23 | 23 | have been set forth in the Flores agreement to try to resolve |
| 14:01:26 | 24 | some of these issues without having to always litigate them. |
| 14:01:29 | 25 | So, I am trying to wean you off of motions, |

14:01:36  1    and try to get you to resolve some of these issues informally

14:01:40  2    through the use of the juvenile coordinator or through the

14:01:42  3    independent monitor.

14:01:44  4              I think that's a much more efficient way to

14:01:46  5    proceed, and unless there is some sort of logjam that thumbs

14:01:51  6    up that process, I don't think that I need to be overseeing

14:01:55  7    every piece of minutia of what's going on this information

14:02:00  8    sharing.

14:02:01  9              Am I understood?

14:02:04  10             **MR. SCHEY:**  Yes, Your Honor.  Peter Schey for the

14:02:06  11   plaintiff.  Yes, totally understood.

14:02:10  12             **MR. HOLGUIN:**  Yes, Your Honor.  Carl Holguin for

14:02:13  13   plaintiffs.

14:02:14  14             **THE COURT:**  All right, anything further?

14:02:16  15             **MR. SCHEY:**  Nothing further from --

14:02:20  16             **MS FABIAN:**  Nothing from the government, Your

14:02:22  17   Honor.

14:02:22  18             **THE COURT:**  All right, thank you, Ms. Fabian.

14:02:25  19             And we are adjourned.

14:02:37  20             (Proceedings concluded.)

14:02:40  21             (Court adjourned.)

          22

          23

          24

          25

1                    C E R T I F I C A T E

2     I hereby certify that the foregoing is a true and correct

3     transcript of the stenographically recorded proceedings in

4     the above matter.

5     Fees charged for this transcript, less any circuit fee

6     reduction and/or deposit, are in conformance with the

7     regulations of the judicial conference of the united states.

8

9

10    /S/Anne Kielwasser

      _____        _7/15/2020 _
11    Anne Kielwasser, CSR, RPR        Date
      Official Court Reporter
12

13

14

15

16

17

18

19

20

21

22

23

24

25

**/**

/S/Anne [1] - 32:10

**1**

11th [1] - 12:21
13th [1] - 5:10
15th [3] - 2:11, 25:20, 26:18
16 [1] - 23:7
16th [1] - 9:4
17-year-olds [1] - 23:7
17th [1] - 9:4
18 [4] - 6:12, 9:9, 12:25, 18:6
184 [2] - 12:21, 18:10
19th [3] - 6:8, 27:5, 27:15
1:00 [2] - 1:18, 4:1

**2**

2 [1] - 21:14
2,281 [1] - 5:8
20 [1] - 24:22
20-plus [1] - 30:21
20044 [1] - 3:7
2016 [1] - 24:2
2017 [3] - 16:1, 16:7, 24:2
202-305-7000 [1] - 3:8
202-532-4824 [1] - 3:8
2020 [2] - 1:17, 4:1
213 [1] - 1:25
213-386-9484 [1] - 2:7
213-388-8693 [1] - 2:7
21st [2] - 10:13, 12:20
22 [2] - 1:17, 4:1
224 [2] - 10:14, 10:18
24th [6] - 5:14, 5:23, 8:22, 25:6, 26:9, 26:16
25 [1] - 6:3
256 [1] - 2:6
25th [1] - 25:12
26th [1] - 6:20
27 [1] - 9:16
29th [1] - 5:8

**3**

30 [1] - 2:16
324 [1] - 12:20

**4**

4 [2] - 9:25, 10:7
405 [1] - 2:11
48 [1] - 28:10

**5**

510-835-8098 [1] - 2:12
510-835-8099 [1] - 2:12
530-752-0822 [1] - 2:17
530-754-4833 [1] - 2:17

**6**

6th [1] - 9:20

**7**

7 [2] - 26:9, 26:16
7/15/2020 [1] - 32:10

**8**

825 [1] - 5:11
85-4544DMG [1] - 1:10
868 [1] - 3:7
894-2969 [1] - 1:25
8th [3] - 18:11, 24:19, 25:1

**9**

90057 [1] - 2:6
94612 [1] - 2:11
95616 [1] - 2:16

**A**

able [5] - 6:15, 18:9, 27:22, 28:3, 29:14
abuse [2] - 7:22
abused [1] - 7:23
accepted [1] - 12:3
access [1] - 25:24
accomplish [2] - 19:24, 22:17
according [4] - 5:9, 5:10, 8:1, 28:8
acting [1] - 8:22
add [1] - 29:18
addition [1] - 11:17
additional [2] - 6:14, 7:3
address [6] - 6:18, 13:6, 15:12, 23:23, 26:10
addressed [2] - 24:2, 30:2
adequate [2] - 18:20, 28:5
adjourned [2] - 31:19,

31:21
administering [1] - 16:15
admission [1] - 16:8
advise [1] - 22:9
age [1] - 6:19
agency [1] - 15:23
aggregate [2] - 20:7, 28:14
ago [1] - 22:7
Agreement [2] - 18:6, 22:2
agreement [4] - 12:25, 17:22, 21:7, 30:23
agrees [2] - 5:20, 25:10
al [2] - 1:8, 1:12
alerted [1] - 11:10
allow [1] - 19:16
ALSO [1] - 3:10
ANDREA [1] - 2:22
Andrea [4] - 4:13, 18:14, 18:19, 25:23
Angeles [2] - 1:17, 2:6
Anne [1] - 32:11
ANNE [1] - 1:23
anne.kielwasser@
  gmail.com [1] - 1:25
answer [1] - 29:14
appear [3] - 27:7, 28:19, 29:13
appearances [1] - 2:25
appeared [1] - 13:3
applied [1] - 17:7
appreciate [2] - 24:14, 30:11
approach [1] - 24:10
approached [1] - 17:6
approved [2] - 8:2, 8:7, 16:1
April [6] - 5:23, 8:22, 12:20, 25:6, 26:9, 26:16
area [1] - 15:18
arrive [2] - 12:7, 24:10
arrives [1] - 28:10
assist [1] - 17:10
assistance [1] - 17:10
assuage [1] - 30:15
assume [1] - 22:9
attempt [2] - 16:22, 20:7
attempting [1] - 16:17
attention [1] - 12:19
AURORA [1] - 3:11
Aurora [2] - 4:11, 7:19
availability [1] - 11:21
available [4] - 5:18,

25:11, 25:16, 27:11
Avenue [1] - 2:16
aware [6] - 7:4, 21:3, 21:22, 27:7, 27:25, 29:22

**B**

Bartholomew [2] - 28:7, 29:23
based [1] - 10:17
baseline [1] - 26:1
basis [2] - 19:17, 20:7
become [1] - 30:17
becomes [1] - 25:11
begun [1] - 19:11
BEHALF [2] - 2:3, 3:4
behalf [2] - 8:25, 27:3
behoove [1] - 26:20
Ben [1] - 3:7
best [4] - 15:2, 17:8, 20:14, 20:18
better [1] - 18:4
between [1] - 30:2
beyond [3] - 18:6, 20:23, 24:22
big [1] - 30:19
binary [5] - 13:14, 15:8, 15:13, 15:14, 16:20
birthday [1] - 8:23
blooping [1] - 4:21
Boulevard [1] - 2:6
Box [1] - 3:7
brief [2] - 21:2, 22:6
briefing [1] - 26:17
broached [1] - 16:23
broaching [1] - 17:8
broad [1] - 22:20
business [1] - 12:15
BY [3] - 2:1, 2:19, 3:10

**C**

CA [3] - 2:6, 2:11, 2:16
CALIFORNIA [2] - 1:2, 1:24
California [1] - 1:17
cannot [2] - 26:21, 27:15
capability [1] - 11:20
capacity [1] - 10:23
care [7] - 6:25, 10:1, 10:4, 10:11, 20:20, 25:23, 26:1
careful [1] - 20:13
Carl [1] - 31:12
Carlos [3] - 4:9, 8:25, 27:3
CARLOS [1] - 2:5

carried [1] - 19:4
case [10] - 8:5, 8:10, 8:17, 8:21, 9:7, 13:23, 13:24, 15:5, 16:23
cases [6] - 6:10, 6:12, 8:12, 8:13, 8:16, 14:3
caused [1] - 13:3
causes [1] - 4:19
center [1] - 10:6
Center [3] - 2:5, 2:10, 8:25
centers [1] - 10:4
CENTRAL [2] - 1:2, 1:24
certain [1] - 12:1
certainly [4] - 8:17, 11:2, 16:10, 23:20
certify [1] - 32:2
challenges [1] - 13:21
change [1] - 11:14
charged [1] - 32:5
chart [1] - 20:20
child [6] - 7:21, 12:9, 12:16, 13:18, 15:12, 28:10
child's [1] - 13:15
children [10] - 11:13, 14:3, 14:8, 17:4, 25:17, 28:1, 28:12, 28:17, 28:21, 28:25
children's [1] - 25:16
choice [7] - 13:14, 15:9, 15:13, 15:14, 16:20, 17:3, 17:15
choose [1] - 17:4
circuit [1] - 32:5
circumstance [1] - 9:2
circumstances [1] - 30:13
clarification [2] - 10:10, 11:24
clarify [1] - 23:9
class [10] - 13:12, 22:10, 23:3, 23:13, 23:18, 23:24, 24:4, 27:6, 27:10, 27:16
clear [3] - 17:13, 21:21, 23:6
CLERK [1] - 4:5
Clinical [1] - 2:15
code [1] - 28:15
comment [2] - 14:15, 26:22
comments [1] - 24:17
common [1] - 24:10
compare [1] - 19:21
competent [1] - 29:13
compiling [1] - 28:21

**complete** [1] - 18:17
**completed** [1] - 7:18
**completely** [4] - 14:20, 21:6, 21:18
**compliance** [5] - 5:25, 15:20, 21:17, 23:2, 24:13
**compliances** [1] - 12:24
**comply** [5] - 13:11, 14:13, 15:3, 15:17, 15:23
**concealed** [1] - 27:9
**concerned** [1] - 18:17
**concerns** [3] - 12:23, 20:12, 30:15
**concluded** [1] - 31:20
**conclusion** [1] - 26:9
**concur** [1] - 14:17
**conditions** [7] - 12:2, 26:4, 28:1, 28:22, 28:24, 28:25, 30:16
**conduct** [1] - 13:16
**conducted** [4] - 6:2, 8:6, 12:15, 28:9
**confer** [1] - 17:20, 18:18, 22:8, 25:15, 26:7, 26:20
**conference** [1] - 32:7
**CONFERENCE** [1] - 1:16
**conflicting** [1] - 15:6
**conformance** [1] - 32:6
**confusing** [1] - 16:11
**confusion** [3] - 13:20, 14:5
**congregate** [3] - 5:9, 9:3, 28:2
**conjunction** [1] - 30:6
**connection** [2] - 5:12, 5:13
**consider** [2] - 19:20, 28:25
**considered** [2] - 24:5, 28:24
**consistent** [1] - 30:10
**consistently** [1] - 28:11
**consternation** [1] - 14:21
**Constitutional** [1] - 2:5
**consult** [1] - 28:4
**contact** [1] - 11:15
**contacting** [1] - 29:6
**contained** [3] - 18:22, 20:5, 20:20
**contemplates** [1] - 23:15

**context** [2] - 17:3, 17:23
**continuance** [1] - 13:1
**continue** [3] - 18:10, 19:12, 19:18
**continued** [2] - 2:25, 29:20
**continues** [1] - 14:4
**continuing** [1] - 14:12
**continuously** [1] - 16:18
**contours** [1] - 8:22
**contract** [1] - 28:18
**contracted** [2] - 11:7, 11:8
**controversial** [1] - 15:10
**conversation** [2] - 6:12, 29:23
**convey** [1] - 20:18
**COOPER** [1] - 2:14
**Cooper** [1] - 4:9
**cooperate** [1] - 30:12
**coordination** [1] - 10:18
**coordinator** [2] - 29:6, 31:2
**coordinator's** [1] - 26:13
**coordinators** [2] - 29:12, 30:3
**Corona** [1] - 28:2
**correct** [2] - 22:3, 32:2
**correctly** [1] - 10:2
**counsel** [11] - 8:18, 14:2, 17:10, 17:20, 23:19, 25:14, 26:7, 27:9, 27:10, 27:15
**course** [6] - 11:17, 16:14, 17:3, 23:1, 23:22, 30:20
**court** [1] - 4:19
**COURT** [40] - 1:1, 1:24, 4:5, 4:15, 4:17, 5:14, 6:18, 7:2, 7:6, 7:24, 8:6, 8:19, 9:13, 9:22, 9:25, 10:7, 10:15, 10:22, 11:4, 11:23, 12:5, 12:11, 12:18, 14:15, 16:3, 16:19, 16:21, 18:2, 19:15, 20:17, 21:21, 22:19, 24:15, 27:13, 27:21, 27:23, 29:2, 30:11, 31:14, 31:18
**Court** [20] - 1:23, 4:5, 7:15, 19:7, 19:13, 20:6, 20:9, 21:3, 21:4, 22:6, 22:9, 22:18, 23:1, 23:12,

23:15, 24:9, 27:9, 31:21, 32:11
**Court's** [2] - 8:13, 13:11
**Courts** [1] - 24:3
**courts** [1] - 14:14
**Covid** [3] - 10:14, 11:8, 28:18
**Covid-19** [5] - 10:3, 11:7, 17:16, 26:2, 29:1
**crholguin@ centerforhumanrights .org** [1] - 2:8
**crisis** [1] - 17:16
**CRR** [1] - 1:23
**CSR** [2] - 1:23, 32:11
**current** [3] - 10:17, 18:3
**custodial** [1] - 26:1
**custodian** [7] - 5:20, 8:2, 8:7, 25:8, 25:10, 25:17
**custodians** [2] - 5:16
**custody** [6] - 5:8, 6:20, 10:2, 10:24, 11:25, 12:21
**cV** [1] - 1:10

**D**

**DAISY** [1] - 2:21
**Daisy** [1] - 4:10
**data** [4] - 25:24, 28:14, 28:15, 28:17
**date** [1] - 18:15
**Date** [1] - 32:11
**Davis** [2] - 2:15, 2:16
**days** [4] - 12:15, 13:2, 15:21, 24:22
**deadline** [2] - 22:17, 25:20
**deadlines** [1] - 22:22
**deal** [1] - 17:8
**DEANE** [1] - 3:12
**Deane** [1] - 4:12
**death** [1] - 11:6
**decide** [2] - 15:2, 20:18
**decision** [1] - 23:25
**decision-making** [1] - 23:25
**decisions** [1] - 21:12
**declaration** [1] - 5:9
**declarations** [1] - 8:1
**deemed** [1] - 30:5
**deems** [1] - 28:1
**defendant** [1] - 8:4
**defendant's** [1] - 30:3
**DEFENDANTS** [1] -

3:4
**defendants** [4] - 1:13, 7:12, 26:14, 28:16
**defense** [1] - 4:11
**defer** [1] - 29:15
**definitely** [3] - 22:19, 27:18, 27:20
**delay** [2] - 9:23, 14:25
**delayed** [4] - 9:17, 25:3, 25:4, 25:8
**delays** [3] - 8:15, 9:13, 9:16
**Department** [1] - 3:6
**department** [4] - 11:1, 11:10, 11:15, 12:7
**deposit** [1] - 32:6
**deposition** [1] - 28:7
**Desai** [1] - 4:10
**DESAI** [1] - 2:20
**description** [1] - 27:25
**detained** [4] - 6:21, 18:10, 24:22, 26:7
**detaining** [2] - 17:16, 19:18
**detention** [8] - 9:3, 17:18, 19:23, 20:22, 24:21, 26:8, 26:19, 30:1
**determine** [3] - 12:1, 12:8, 19:17
**devising** [1] - 23:13
**dialogue** [1] - 18:22
**different** [4] - 14:2, 14:4, 21:6, 21:19
**difficult** [1] - 28:13
**direct** [3] - 11:13, 29:4, 29:16
**direction** [1] - 15:19
**directive** [1] - 11:2
**directly** [3] - 8:21, 29:21, 30:9
**discuss** [2] - 20:8, 25:25, 27:19
**discussing** [2] - 23:18, 23:19
**discussion** [1] - 23:21
**discussions** [2] - 23:23, 24:8
**distinction** [1] - 21:23
**DISTRICT** [4] - 1:1, 1:2, 1:24, 1:24
**District** [2] - 4:5, 4:7
**document** [1] - 3:7
**DOLLY** [1] - 1:4
**Dolly** [1] - 4:6
**done** [4] - 11:18, 12:4, 12:6, 17:13
**DOUGHERTY** [7] - 3:12, 14:16, 16:5, 16:20, 17:25, 22:24,

24:11
**Dougherty** [11] - 4:12, 4:25, 13:5, 14:9, 14:15, 16:3, 18:2, 19:1, 20:4, 24:20, 29:24
**Dougherty's** [2] - 12:23, 20:21
**down** [3] - 12:21, 19:3, 23:5
**DR** [1] - 2:23
**Dr** [5] - 4:13, 25:22, 28:7, 29:22, 29:23
**drag** [1] - 22:16
**due** [2] - 13:2, 18:15
**during** [1] - 17:16

**E**

**e-mail** [4] - 2:8, 2:13, 2:18, 3:9
**e-mails** [1] - 14:3
**efficient** [1] - 31:4
**efficiently** [1] - 23:14
**effort** [5] - 5:5, 5:7, 13:1, 13:6, 13:10
**efforts** [1] - 11:4
**either** [2] - 27:9, 29:8
**eligible** [2] - 6:13, 9:10
**emancipation** [1] - 23:8
**emotional** [1] - 13:3
**employed** [1] - 12:12
**end** [2] - 17:19, 18:14
**enlist** [1] - 17:9
**ensure** [3] - 13:22, 20:10, 24:12
**enter** [1] - 22:21
**et** [2] - 1:8, 1:12
**evaluate** [1] - 14:12
**evaluations** [1] - 13:12
**evenhanded** [1] - 23:14
**exactly** [1] - 13:21
**exalting** [1] - 9:6
**exam** [1] - 12:14
**examine** [1] - 26:2
**example** [1] - 29:22
**excuse** [1] - 16:3
**expected** [1] - 17:7
**experts** [1] - 28:4
**explaining** [1] - 17:11
**explanation** [3] - 17:3, 17:22, 25:12
**explanations** [5] - 17:17, 18:13, 18:20, 24:21, 24:23
**extent** [3] - 23:23, 28:16, 29:18

**extremely** [1] - 6:6

## F

**Fabian** [12] - 4:11, 7:10, 7:12, 8:3, 13:5, 13:9, 17:6, 19:5, 20:2, 22:13, 29:17, 31:18
**FABIAN** [10] - 3:5, 4:16, 7:9, 8:3, 8:8, 13:9, 19:5, 20:1, 29:17, 31:16
**faced** [1] - 17:2
**facilitate** [1] - 19:19
**facilities** [7] - 5:18, 10:13, 26:8, 26:19, 28:2, 30:16, 30:18
**facility** [3] - 10:11, 10:15, 28:10
**fact** [5] - 11:19, 13:6, 14:6, 20:5, 29:5
**facts** [1] - 14:10
**fair** [1] - 23:14
**fall** [1] - 8:21
**families** [1] - 13:4
**far** [4] - 8:12, 8:15, 27:24, 30:10
**fast** [1] - 24:7
**father** [1] - 7:23
**fault** [1] - 18:25
**favor** [1] - 17:14
**Fax** [4] - 2:7, 2:12, 2:17, 3:8
**fee** [1] - 32:5
**feedback** [1] - 18:19
**fees** [1] - 32:5
**FELT** [1] - 2:21
**Felt** [1] - 4:10
**few** [2] - 12:8, 22:7
**field** [4] - 6:7, 6:8, 6:11, 6:14
**file** [6] - 7:18, 14:25, 18:12, 19:7, 20:10, 20:16
**File** [1] - 16:2
**filed** [4] - 7:15, 18:4, 19:14, 20:16
**files** [1] - 16:9
**filings** [1] - 15:22
**finally** [1] - 26:6
**fingerprint** [2] - 27:5, 27:15
**fingerprinting** [9] - 5:17, 5:18, 6:4, 6:24, 8:14, 8:20, 25:3, 25:8, 25:11
**fingerprints** [1] - 5:20
**first** [6] - 4:24, 10:5, 13:15, 18:14, 24:23,

27:4
**fish** [1] - 16:25
**fit** [1] - 21:16
**five** [2] - 13:2, 15:21
**Floor** [1] - 2:11
**FLORES** [1] - 1:8
**Flores** [9] - 8:17, 12:25, 15:6, 17:22, 21:7, 22:1, 22:11, 25:16, 30:23
**fluid** [1] - 6:6
**folks** [1] - 14:6
**follow** [4] - 8:10, 10:25, 13:22, 14:1
**follow-up** [1] - 14:1
**follows** [1] - 21:9
**followthrough** [1] - 11:16
**foregoing** [1] - 32:2
**form** [9] - 9:6, 9:7, 14:22, 14:23, 16:1, 16:16, 19:4
**formal** [2] - 14:7, 16:22
**format** [3] - 19:25, 20:19, 21:24
**forth** [3] - 21:5, 21:6, 30:23
**forward** [7] - 6:16, 14:13, 22:25, 24:11, 24:16, 27:20, 30:8
**Fourteenth** [1] - 2:11
**fowl** [1] - 17:1
**Franklin** [1] - 3:7
**frankly** [1] - 13:1
**FRC** [3] - 16:1, 16:8, 24:22
**FRCs** [3] - 12:21, 13:4, 25:25
**FRIDAY** [2] - 1:17, 4:1
**frustrated** [1] - 18:6
**FSA** [1] - 21:19
**fully** [1] - 5:16

## G

**GEE** [1] - 1:4
**Gee** [1] - 4:6
**general** [1] - 24:3
**given** [6] - 11:19, 15:17, 17:5, 17:15, 26:18, 30:12
**go-around** [1] - 18:16
**government** [5] - 17:15, 22:4, 23:20, 28:20, 31:16
**granted** [1] - 14:23
**gray** [1] - 15:18
**great** [1] - 22:24
**greater** [1] - 19:23

**ground** [1] - 19:2
**group** [1] - 27:19
**guess** [1] - 11:23
**guidance** [10] - 6:7, 6:8, 6:14, 9:19, 11:11, 11:16, 27:5, 27:8, 27:11, 27:15

## H

**hand** [1] - 16:15
**hard** [1] - 24:7
**hard-and-fast** [1] - 24:7
**Hartland** [1] - 10:5
**health** [2] - 12:2, 30:16
**healthcare** [1] - 26:1
**hear** [1] - 4:20
**heard** [1] - 27:4
**hearing** [3] - 13:24, 17:6, 20:23
**heightened** [6] - 11:6, 11:13, 28:2, 28:18, 28:23, 29:1
**hellbent** [1] - 17:15
**help** [1] - 11:18
**helpful** [3] - 11:22, 22:3, 22:5
**hereby** [1] - 32:2
**Hobson's** [2] - 17:2, 17:15
**hold** [1] - 9:18
**Holguin** [4] - 4:9, 8:25, 27:3, 31:12
**HOLGUIN** [5] - 2:5, 8:24, 27:2, 27:24, 31:12
**holiday** [2] - 7:9, 7:13
**HOLLY** [1] - 2:14
**Holly** [1] - 4:9
**home** [12] - 6:23, 7:3, 7:16, 7:17, 7:25, 8:5, 8:13, 9:5, 9:14, 9:16, 9:19, 25:3
**honest** [1] - 14:19
**Honor** [28] - 4:16, 6:2, 6:17, 6:23, 7:5, 7:9, 7:19, 8:9, 8:24, 9:18, 10:13, 11:1, 11:12, 12:15, 13:10, 14:16, 17:25, 19:5, 20:1, 20:25, 22:23, 26:25, 27:2, 27:17, 29:17, 31:10, 31:12, 31:17
**Honor's** [1] - 30:10
**Honorable** [1] - 4:6
**HONORABLE** [1] - 1:4
**hope** [1] - 18:8
**hoping** [1] - 30:12

**hours** [1] - 28:10
**hscooper@ucdavis. edu** [1] - 2:18
**Human** [2] - 2:5, 8:25
**humanitarian** [1] - 21:12

## I

**ICE** [14] - 9:3, 9:10, 12:20, 13:10, 13:15, 14:7, 14:12, 18:5, 19:22, 22:12, 23:1, 25:25, 26:24, 29:13
**identified** [1] - 26:3
**identify** [2] - 11:5, 28:17
**identifying** [2] - 13:21, 26:3
**Ill** [1] - 1:12
**IJ** [1] - 20:23
**illness** [2] - 11:6, 21:13
**immediate** [2] - 7:7, 25:9
**immediately** [2] - 9:10, 11:10
**Immigration** [1] - 3:6
**impediment** [1] - 8:20
**implemented** [1] - 23:15
**inclined** [1] - 7:6
**include** [2] - 23:20, 23:21
**included** [1] - 13:17
**including** [3] - 25:2, 26:4, 28:15
**incorporated** [1] - 9:20
**indefinite** [1] - 17:18
**independent** [2] - 18:13, 31:3
**Independent** [1] - 25:23
**indicate** [1] - 10:1
**individual** [7] - 8:12, 8:16, 8:17, 10:21, 19:8, 27:6, 27:10
**individualized** [5] - 13:11, 13:16, 19:2, 19:17, 22:1
**individually** [1] - 11:22
**individuals** [1] - 5:19
**inform** [1] - 17:1
**informal** [1] - 13:7
**informally** [1] - 31:1
**information** [27] - 6:3, 6:15, 6:16, 6:22, 6:25, 7:18, 8:8, 9:21,

10:17, 10:20, 12:9, 13:17, 18:22, 20:5, 20:12, 20:13, 20:15, 20:18, 28:8, 28:12, 28:21, 29:19, 29:21, 30:5, 30:8, 30:15, 31:7
**informing** [1] - 25:15
**inherent** [1] - 13:23
**initial** [3] - 11:25, 12:14, 28:9
**inquiries** [2] - 19:3, 29:15
**inquiry** [2] - 16:25, 22:1
**institutionalized** [1] - 30:22
**instrument** [1] - 21:16
**intake** [2] - 12:7, 12:13
**intend** [1] - 15:21
**interest** [1] - 21:15
**interested** [2] - 15:16, 21:25
**interview** [1] - 26:4
**inviting** [1] - 29:10
**involved** [1] - 23:24
**involving** [1] - 6:19
**irrational** [1] - 9:11
**isolate** [1] - 11:21
**issue** [4] - 8:14, 24:2, 26:18, 26:19
**issued** [1] - 27:5
**issues** [6] - 29:24, 30:1, 30:2, 30:19, 30:24, 31:1
**item** [1] - 20:23

## J

**JEFFERSON** [1] - 1:12
**JENNY** [1] - 1:8
**JMA** [4] - 6:19, 6:23, 7:7, 25:9
**joint** [2] - 22:8, 25:19
**JUDGE** [1] - 1:4
**Judge** [2] - 4:7, 14:19
**judicial** [1] - 32:7
**June** [5] - 18:11, 24:19, 25:1, 25:20, 26:18
**Justice** [1] - 3:6
**juvenile** [7] - 26:7, 26:13, 29:6, 29:12, 30:1, 30:3, 31:2

## K

**keeping** [1] - 6:5
**kick** [1] - 26:15

4

KIELWASSER [1] - 1:23
Kielwasser [2] - 32:10, 32:11
kind [2] - 15:17, 26:21
knowledgeable [1] - 25:25
known [1] - 13:13

## L

lack [1] - 8:20
language [1] - 21:9
largely [1] - 21:13
last [3] - 13:24, 14:25, 17:6
latest [1] - 6:25
Law [3] - 2:5, 2:10, 2:15
lawyers [2] - 14:5, 27:6
leading [1] - 24:9
leave [1] - 20:17
leaves [1] - 4:18
LEECIA [1] - 2:10
Leecia [1] - 4:9
legal [1] - 8:4
lend [1] - 18:13
less [1] - 32:5
limited [1] - 21:13
limits [1] - 22:15
line [1] - 20:23
list [2] - 27:25, 28:4
listed [1] - 11:18
literally [2] - 15:1, 15:22
litigate [1] - 30:24
Litigation [1] - 3:6
loathed [1] - 15:9
logged [1] - 28:11
logjam [2] - 29:7, 31:5
look [8] - 5:3, 8:10, 8:17, 18:23, 19:25, 22:25, 24:11, 28:4
looking [3] - 5:4, 7:23
Los [2] - 1:17, 2:6
lost [1] - 5:12
Lucas [1] - 28:6
lwelch@youthlaw. org [1] - 2:13

## M

MAESE [17] - 3:11, 6:2, 6:22, 7:4, 7:19, 9:18, 9:24, 10:4, 10:12, 10:16, 10:25, 11:9, 12:3, 12:6, 12:14, 27:17, 27:22
Maese [10] - 4:12,

4:25, 5:24, 7:16, 7:20, 8:9, 9:15, 25:2, 27:14, 29:5
Maese's [1] - 5:10
mail [4] - 2:8, 2:13, 2:18, 3:9
mails [1] - 14:3
manager [1] - 30:18
March [1] - 5:8
master [1] - 24:23
matter [3] - 8:4, 28:7, 32:4
MAY [2] - 1:17, 4:1
mean [6] - 6:6, 8:12, 10:2, 11:14, 15:13, 20:20
meaningful [1] - 18:21
meaningless [1] - 20:24
medical [13] - 11:1, 11:9, 11:16, 12:11, 12:14, 12:16, 15:23, 26:1, 26:4, 28:8, 28:18, 28:24
meet [5] - 17:20, 22:7, 25:14, 26:7, 26:20
members [7] - 13:12, 22:10, 23:4, 23:13, 23:24, 24:4, 27:16
members' [2] - 27:6, 27:10
mentioned [1] - 15:8
merely [1] - 13:7
Messile [1] - 13:23
method [2] - 19:20, 28:19
methods [1] - 30:22
micro [1] - 30:18
microphone [1] - 7:11
middle [1] - 4:22
might [2] - 19:19, 20:12
mind [1] - 24:16
minor [13] - 5:21, 6:5, 6:19, 6:23, 9:2, 9:12, 10:17, 11:24, 12:1, 19:18, 24:21, 25:3, 25:9
minors [16] - 5:8, 5:16, 10:1, 10:2, 10:4, 10:11, 10:14, 10:19, 11:19, 12:20, 17:18, 18:10, 25:7, 26:3, 26:5, 26:7
minutes [1] - 22:7
minutia [1] - 31:7
MIRANDA [1] - 3:11
Miranda [10] - 4:12, 4:25, 5:10, 5:24, 7:20, 8:9, 9:15, 25:2,

27:14, 29:5
MIRANDA-MAESE [1] - 3:11
Miranda-Maese [7] - 4:12, 7:20, 8:9, 9:15, 25:2, 27:14, 29:5
miss [1] - 4:20
missing [1] - 16:4
modification [1] - 21:8
moment [1] - 14:25
Monday [4] - 7:8, 7:9, 7:13, 25:12
Monitor [2] - 25:23, 30:4
monitor [3] - 18:14, 23:1, 31:3
monitoring [3] - 29:20, 30:6
monitors [1] - 22:12
morning [3] - 4:15, 4:16, 7:1
most [1] - 11:20, 25:24
mothers [1] - 15:5
motion [3] - 29:3, 29:9, 30:20
motions [2] - 29:10, 30:25
move [3] - 9:13, 14:12, 17:13
moving [4] - 6:16, 10:22, 27:20, 30:8
MR [11] - 8:24, 20:25, 22:3, 22:23, 23:10, 26:23, 27:2, 27:24, 31:10, 31:12, 31:15
MS [31] - 4:16, 6:2, 6:22, 7:4, 7:9, 7:19, 8:3, 8:8, 9:18, 9:24, 10:4, 10:12, 10:16, 10:25, 11:9, 12:3, 12:6, 12:14, 13:9, 14:16, 16:5, 16:20, 17:25, 19:5, 20:1, 22:24, 24:11, 27:17, 27:22, 29:17, 31:16
multiple [1] - 14:3
must [1] - 17:18

## N

name [1] - 4:22
National [1] - 2:10
national [1] - 21:15
nature [1] - 22:9
nearly [1] - 5:17
necessarily [1] - 18:25
necessary [2] - 26:5, 30:5
need [9] - 9:8, 17:17,

19:1, 19:23, 19:25, 21:23, 29:11, 30:19, 30:22, 31:6
needs [4] - 6:23, 7:2, 7:25, 9:4
Neha [1] - 4:9
NEHA [1] - 2:20
never [1] - 27:25
new [5] - 13:11, 13:16, 16:1, 16:16, 28:15
next [6] - 2:25, 8:23, 11:2, 18:15, 27:13, 29:25
night [1] - 19:22
noise [2] - 4:19, 4:21
noncompliance [2] - 18:5, 18:24
none [1] - 27:6
note [2] - 5:7, 11:12
notes [1] - 7:23
nothing [3] - 24:25, 31:15, 31:16
notice [1] - 23:13
notion [2] - 9:4, 9:8
number [1] - 26:18

## O

Oakland [1] - 2:11
object [1] - 29:21
obtain [5] - 5:17, 13:7, 16:22, 25:23, 29:19
obtained [1] - 26:21
obtaining [2] - 13:12, 13:17
obviously [1] - 8:23
Occidental [1] - 2:6
occur [1] - 25:13
occurring [1] - 14:11
occurs [1] - 4:19
OF [4] - 1:2, 1:24, 2:3, 3:4
Office [1] - 3:6
officers [1] - 16:23, 17:9
official [1] - 32:11
Official [1] - 1:23
older [5] - 22:10, 23:3, 23:24, 24:4
ON [2] - 2:3, 3:4
once [1] - 9:9
One [1] - 2:16
one [6] - 6:6, 8:6, 9:9, 16:14, 21:2, 21:11
ones [1] - 18:4
online [1] - 28:11
open [1] - 24:1
opinion [1] - 15:15
opportunity [4] - 16:18, 18:1, 26:11,

26:13
option [1] - 26:4
options [1] - 17:11
OR [1] - 28:12
order [17] - 5:15, 5:23, 5:25, 7:7, 8:13, 8:22, 13:11, 15:3, 15:17, 21:11, 22:7, 22:21, 24:16, 25:9, 26:9, 26:16, 26:17
ordered [2] - 25:6, 26:8
orders [3] - 14:13, 30:6, 30:10
Ordin [14] - 4:13, 18:14, 18:19, 19:10, 20:4, 20:14, 21:22, 23:18, 23:20, 23:21, 25:23, 29:8, 29:22, 29:24
ORDIN [1] - 2:22
ORR [14] - 5:6, 5:22, 6:10, 6:12, 7:14, 10:2, 10:11, 11:24, 12:12, 19:22, 25:2, 28:1, 28:10, 29:13
outline [1] - 22:20
outset [1] - 11:25
outside [1] - 8:14
overall [1] - 24:5
overarching [1] - 30:19
oversee [1] - 19:1
overseeing [1] - 31:6
owe [1] - 25:21
own [1] - 28:4

## P

P.M [2] - 1:18, 4:1
page [3] - 2:25, 9:25, 10:7
pandemic [1] - 30:14
paragraph [2] - 26:9, 26:16
Paragraph [2] - 12:25, 18:5
parent [2] - 15:11, 17:3
parents [13] - 14:2, 14:21, 15:4, 15:25, 16:6, 16:11, 17:10, 17:14, 17:16, 17:22, 22:9, 23:4, 25:15
parole [17] - 15:24, 15:25, 16:7, 16:18, 19:8, 19:13, 19:16, 19:24, 20:5, 20:10, 21:4, 21:5, 21:9, 21:10, 21:19

**part** [4] - 14:5, 16:9, 24:5, 24:8
**particular** [3] - 10:8, 21:24, 28:23
**particulars** [1] - 7:5
**parties** [5] - 22:7, 23:16, 24:12, 26:20, 30:12
**past** [1] - 16:17
**PAUL** [1] - 2:23
**Paul** [2] - 4:13, 25:22
**pending** [2] - 20:24, 29:3
**people** [1] - 26:19
**people's** [1] - 30:15
**perfection** [1] - 5:4
**perfectly** [1] - 14:19
**perhaps** [4] - 13:5, 13:6, 19:11, 30:8
**permissible** [1] - 7:17
**personal** [1] - 15:15
**personnel** [1] - 30:3
**persons** [1] - 25:24
**PETER** [1] - 2:4
**Peter** [5] - 4:8, 20:25, 23:10, 24:14, 31:10
**PHONE** [3] - 2:1, 2:19, 3:10
**phone** [1] - 4:8
**phonetically** [1] - 13:23
**picking** [1] - 7:11
**piece** [1] - 31:7
**place** [4] - 10:9, 28:1, 28:25, 29:12
**placed** [1] - 25:17
**placing** [1] - 9:6
**plaintiff** [1] - 31:11
**plaintiff's** [1] - 26:12
**plaintiffs** [13] - 1:10, 5:2, 9:1, 21:1, 26:23, 27:3, 27:24, 28:22, 29:19, 29:21, 30:5, 30:9, 31:13
**PLAINTIFFS** [1] - 2:3
**plaintiffs'** [1] - 27:9
**plan** [1] - 15:23
**play** [1] - 13:20
**PO** [1] - 3:7
**point** [11] - 7:4, 9:12, 10:23, 17:12, 21:20, 21:21, 22:6, 22:14, 22:25, 24:18, 25:11
**points** [1] - 21:2
**portal** [3] - 28:11, 28:14, 28:17
**position** [2] - 8:15, 24:24
**positive** [1] - 21:11

**possible** [2] - 23:2, 26:17
**practicable** [1] - 5:21
**practices** [1] - 26:2
**precisely** [1] - 14:5
**preexisting** [4] - 12:2, 28:1, 28:21, 28:25
**pregnancy** [1] - 21:14
**PRESENT** [2] - 2:19, 3:10
**presented** [6] - 14:24, 15:24, 15:25, 16:5, 16:8, 16:17
**presenting** [1] - 17:14
**presiding** [1] - 4:7
**PRESIDING** [1] - 1:4
**presume** [1] - 29:15
**pretty** [2] - 12:22, 20:24
**prevailing** [1] - 30:16
**preventive** [1] - 26:2
**previous** [1] - 18:16
**problem** [1] - 29:7
**proceed** [5] - 13:22, 15:2, 15:7, 15:18, 31:5
**proceedings** [1] - 32:3
**Proceedings** [2] - 1:16, 31:20
**process** [7] - 6:6, 6:11, 9:19, 19:11, 19:19, 29:11, 31:6
**processes** [1] - 30:7
**processing** [1] - 6:10
**professional** [2] - 12:12, 12:16
**Programs** [1] - 2:15
**progress** [3] - 5:5, 5:7, 12:24
**protected** [1] - 9:9
**protocol** [2] - 17:21, 25:15
**protocols** [2] - 26:1, 26:2
**provide** [9] - 10:20, 11:11, 17:21, 18:9, 19:9, 20:7, 20:11, 24:20, 30:4
**provided** [7] - 5:19, 19:22, 25:10, 25:12, 27:15, 30:9, 30:15
**providing** [1] - 29:21
**provisional** [5] - 5:15, 5:25, 6:4, 7:7, 25:7
**provisionally** [1] - 5:19
**pschey@ centerforhumanrights .org** [1] - 2:8
**pull** [1] - 28:14

**purpose** [1] - 17:1
**purposely** [1] - 14:25
**put** [5] - 11:2, 15:9, 18:21, 22:15, 24:24
**putting** [1] - 19:3

**Q**

**qualifies** [1] - 7:22
**quarantine** [1] - 11:21
**questioning** [1] - 13:8
**questions** [5] - 12:8, 16:13, 29:4, 29:7, 29:14
**quite** [1] - 29:13

**R**

**raise** [2] - 20:12, 29:8
**raised** [4] - 26:10, 26:12, 29:2, 30:19
**reach** [1] - 7:14
**reading** [2] - 10:2, 24:24
**really** [4] - 8:16, 9:6, 15:9, 18:4
**reason** [7] - 6:24, 9:23, 19:17, 19:23, 20:22, 27:8, 27:14
**reasonable** [2] - 5:22, 17:21
**reasons** [1] - 18:9
**received** [7] - 6:7, 6:8, 7:1, 9:19, 14:1, 14:22, 15:6
**receives** [1] - 12:16
**recently** [1] - 19:10
**recess** [1] - 16:18
**record** [1] - 17:13
**recorded** [1] - 32:3
**records** [1] - 13:1
**reduction** [2] - 12:22, 32:6
**referred** [1] - 14:18
**reflected** [1] - 13:24
**reflects** [1] - 13:21
**regard** [5] - 7:7, 10:8, 14:1, 18:7, 18:11
**regarding** [3] - 25:3, 25:15, 26:7
**regulations** [2] - 21:10, 32:7
**related** [1] - 30:1
**relating** [1] - 30:13
**relationship** [1] - 30:21
**release** [12] - 5:21, 6:1, 6:4, 6:13, 7:7, 7:16, 8:15, 9:10, 21:12, 21:18, 25:7,

25:9
**released** [3] - 5:19, 9:12, 13:18
**releases** [1] - 5:15
**relying** [1] - 28:17
**remain** [2] - 11:19, 17:18
**remains** [1] - 6:25
**remind** [3] - 4:17, 21:2, 21:4
**remotely** [1] - 26:5
**repeat** [1] - 4:21
**repeatedly** [1] - 21:22
**report** [27] - 5:6, 5:10, 6:9, 6:16, 9:21, 9:25, 10:7, 10:21, 11:3, 11:12, 12:20, 12:23, 13:2, 18:8, 18:12, 18:15, 18:21, 19:8, 20:21, 22:17, 24:9, 24:20, 24:25, 25:2, 25:6, 25:19, 25:20
**Reporter** [2] - 1:23, 32:11
**reporter** [1] - 4:19
**REPORTER** [1] - 16:3
**Reporter's** [1] - 1:16
**reports** [3] - 5:1, 5:4, 26:13
**representing** [3] - 14:2, 14:3, 14:6
**request** [3] - 14:7, 19:10, 28:22
**requesting** [5] - 13:14, 14:4, 14:6, 19:7, 23:7
**requests** [1] - 14:2
**require** [4] - 17:19, 18:11, 18:12, 25:14
**required** [2] - 5:15, 22:1
**requirement** [1] - 9:11
**requirements** [1] - 14:14
**requires** [4] - 8:4, 21:11, 21:12, 21:14
**requiring** [1] - 22:21
**resolution** [2] - 26:16, 26:21
**resolve** [2] - 30:23, 31:1
**respect** [1] - 27:12
**respond** [3] - 26:11, 26:14, 29:15
**response** [1] - 26:12
**responses** [1] - 5:2
**resubmission** [1] - 16:10
**results** [1] - 21:25
**resumed** [1] - 5:13

**review** [2] - 24:22, 28:17
**reviewed** [2] - 5:1
**reviews** [1] - 13:16
**Rights** [2] - 2:5, 8:25
**rights** [7] - 13:15, 13:22, 14:8, 15:6, 17:22, 22:10, 25:16
**risk** [6] - 11:6, 11:13, 28:2, 28:18, 29:1
**risks** [1] - 28:24
**robust** [1] - 6:15
**RPR** [2] - 1:23, 32:11
**rule** [1] - 24:7

**S**

**safe** [1] - 11:19
**SARAH** [1] - 3:5
**Sarah** [11] - 4:11, 7:10, 7:12, 8:3, 13:9, 14:17, 14:18, 15:8, 19:5, 20:2, 22:13
**sarah.b.fabian@ usdoj.gov** [1] - 3:9
**saw** [1] - 18:4
**schedule** [1] - 26:17
**scheduled** [1] - 29:25
**Schey** [6] - 4:9, 20:25, 22:24, 23:10, 26:23, 31:10
**SCHEY** [8] - 2:4, 20:25, 22:3, 22:23, 23:10, 26:23, 31:10, 31:15
**School** [1] - 2:15
**screened** [1] - 12:10
**screening** [7] - 12:1, 12:3, 12:5, 12:6, 12:13, 21:12, 28:9
**secondly** [1] - 27:12
**section** [2] - 6:15, 10:21
**see** [7] - 5:7, 6:3, 11:1, 12:24, 18:3, 24:9, 26:21
**semantics** [1] - 15:13
**send** [1] - 15:12
**sense** [4] - 9:11, 13:13, 23:12, 26:25
**sensitive** [1] - 16:24
**sensitivity** [1] - 17:5, 17:7
**separated** [1] - 17:4
**serious** [2] - 11:6, 26:3
**serve** [1] - 17:1
**served** [1] - 16:12
**session** [1] - 4:6
**SESSIONS** [1] - 1:12

**set** [3] - 21:5, 21:6, 30:23
**settings** [1] - 5:9
**settlement** [2] - 21:7, 21:17
**sharing** [1] - 31:8
**shelter** [2] - 12:7, 12:10
**shelters** [2] - 11:11, 11:20
**SHERIDAN** [1] - 2:22
**Shields** [1] - 2:16
**shipped** [2] - 9:3, 9:10
**shut** [1] - 24:1
**side** [1] - 26:11
**sides** [1] - 17:20
**SIJ** [1] - 23:8
**similarly** [1] - 25:1
**simple** [1] - 20:23
**simply** [1] - 9:11
**Sinulog's** [1] - 5:9
**sit** [1] - 23:5
**situation** [6] - 6:19, 10:23, 15:1, 21:19, 24:5, 24:10
**small** [1] - 26:18
**someone** [2] - 4:18, 12:12
**sometimes** [1] - 4:20
**soon** [2] - 5:20, 7:14
**Sorry** [1] - 7:10
**sort** [6] - 13:7, 17:21, 19:1, 20:6, 20:15, 31:5
**South** [1] - 2:6
**spans** [1] - 30:21
**speaking** [1] - 27:6
**special** [1] - 24:23
**specific** [2] - 17:17, 24:21
**specifically** [6] - 5:15, 11:5, 14:10, 15:4, 20:10, 29:3
**specificity** [4] - 18:9, 19:21, 19:23, 20:21
**specified** [1] - 5:22
**speed** [1] - 8:23
**spelled** [1] - 13:24
**sponsor** [1] - 15:11
**sponsors** [1] - 13:17
**spreadsheet** [1] - 20:6
**spreadsheets** [2] - 18:3, 18:23
**staff** [1] - 6:12
**stalled** [1] - 30:7
**standards** [4] - 21:5, 21:6, 21:17, 21:18
**start** [2] - 5:6, 11:10
**state** [1] - 4:22

**states** [1] - 32:7
**STATES** [2] - 1:1, 1:24
**States** [2] - 4:5, 4:6
**Station** [1] - 3:7
**status** [2] - 25:19, 25:20
**STATUS** [1] - 1:16
**statute** [2] - 7:17, 21:10
**stay** [1] - 25:18
**stenographically** [1] - 32:3
**steps** [2] - 13:16, 13:22
**still** [2] - 6:3, 6:20
**stipulation** [1] - 21:13
**Street** [1] - 2:11
**strict** [1] - 22:22
**studies** [3] - 9:5, 9:14, 9:16
**study** [10] - 6:3, 6:23, 7:3, 7:16, 7:18, 7:25, 8:5, 8:13, 9:19, 25:4
**subject** [6] - 8:13, 8:16, 16:24, 17:8, 29:8, 29:20
**submit** [2] - 5:20, 27:20
**submitting** [2] - 4:25, 6:9
**subsequent** [1] - 6:9
**substance** [2] - 9:6, 9:7
**substantial** [1] - 5:11
**sufficient** [1] - 28:19
**suggest** [1] - 17:12
**suggestion** [1] - 22:8
**suggests** [1] - 7:16
**supplement** [1] - 8:14
**supposedly** [1] - 28:9
**suspect** [1] - 7:15
**system** [1] - 28:12

**T**

**table** [1] - 23:5
**TB** [1] - 2:16
**TBPRA** [3] - 6:23, 7:16, 8:4
**telephone** [3] - 1:25, 5:13, 25:24
**terms** [2] - 23:13, 28:20
**test** [1] - 10:24
**tested** [4] - 10:1, 10:3, 10:14, 10:20
**testimony** [1] - 28:8
**THE** [38] - 2:3, 3:4, 4:15, 4:17, 5:14, 6:18, 7:2, 7:6, 7:24,

8:6, 8:19, 9:13, 9:22, 9:25, 10:7, 10:15, 10:22, 11:4, 11:23, 12:5, 12:11, 12:18, 14:15, 16:19, 16:21, 18:2, 19:15, 20:17, 21:21, 22:19, 24:15, 27:13, 27:21, 27:23, 29:2, 30:11, 31:14, 31:18
**therefore** [2] - 6:24, 7:22
**they've** [1] - 16:12
**thinking** [1] - 24:3
**third** [1] - 25:22
**thoughts** [1] - 22:20
**throw** [1] - 23:2
**thumbs** [1] - 31:5
**timeframe** [1] - 5:22
**today** [1] - 24:7
**together** [1] - 25:18
**took** [1] - 15:22
**total** [3] - 10:16, 10:19
**totally** [1] - 31:11
**towards** [1] - 10:22
**track** [1] - 28:12
**Transcript** [1] - 1:16
**transcript** [2] - 32:3, 32:5
**translate** [1] - 20:15
**true** [2] - 10:11, 32:2
**try** [4] - 7:14, 22:8, 30:23, 31:1
**trying** [4] - 15:2, 15:17, 29:19, 30:25
**Tuesday** [1] - 8:23
**turn** [1] - 12:19
**turns** [1] - 9:9
**two** [3] - 12:15, 21:2, 21:11
**types** [1] - 29:6

**U**

**UAC** [2] - 28:11, 28:14
**UC** [2] - 2:15, 28:17
**umm** [1] - 23:6
**unable** [1] - 5:17
**uncle** [2] - 7:25, 9:5
**under** [6] - 6:10, 7:17, 7:22, 15:6, 22:10, 30:6
**underlying** [1] - 20:18
**understood** [2] - 31:9, 31:11
**undertaken** [1] - 11:5
**unique** [1] - 30:13
**United** [2] - 4:5, 4:6
**united** [1] - 32:7
**UNITED** [2] - 1:1, 1:24

**unless** [3] - 7:8, 25:12, 31:5
**unnecessary** [1] - 13:3
**unprecedented** [1] - 30:13
**untrained** [1] - 16:23, 17:9
**up** [13] - 7:12, 8:11, 10:25, 14:1, 15:23, 17:20, 18:14, 20:17, 22:4, 22:8, 24:9, 24:17, 31:6
**update** [3] - 18:11, 25:2, 25:3
**updated** [2] - 18:8, 18:12, 24:20
**upheaval** [1] - 13:4
**US** [1] - 3:6
**useful** [1] - 17:1
**uses** [1] - 28:12

**V**

**vaccines** [1] - 12:16
**valid** [1] - 15:12
**various** [1] - 14:14
**versus** [2] - 19:22, 21:19
**vetted** [3] - 5:16, 8:2, 25:7
**vetting** [1] - 9:5
**via** [1] - 5:13
**victim** [2] - 7:21, 7:22
**video** [4] - 4:8, 4:23, 5:12, 25:24
**Video** [1] - 3:5
**views** [2] - 15:6, 24:4
**virtue** [1] - 15:10
**virus** [1] - 28:3
**vS** [1] - 1:11

**W**

**wait** [1] - 15:21
**waive** [1] - 15:5
**waiver** [5] - 6:11, 13:12, 13:14, 14:8, 16:22
**waivers** [1] - 13:7
**Washington** [1] - 3:7
**waste** [1] - 18:17
**wean** [1] - 30:25
**wed** [2] - 19:15, 20:19
**week** [1] - 29:25
**WELCH** [1] - 2:10
**Welch** [1] - 4:9
**welcome** [4] - 15:19, 17:25, 22:13, 22:14
**welcomes** [1] - 22:12

**wholeheartedly** [1] - 14:18
**wise** [1] - 29:22
**Wise** [2] - 4:14, 25:22
**WISE** [1] - 2:23
**wish** [3] - 14:15, 25:17, 26:22
**worksheet** [9] - 16:5, 16:6, 16:8, 16:15, 19:24, 20:19, 21:4, 21:5, 21:9
**worksheets** [9] - 15:24, 15:25, 19:8, 19:14, 19:16, 20:5, 20:11, 20:16
**write** [1] - 28:15
**writing** [1] - 15:9

**Y**

**years** [1] - 30:21
**yesterday** [2] - 6:13, 10:13
**Youth** [1] - 2:10