ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email: Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION TO EXTEND DEADLINE TO COMPLETE COMPLIANCE WITH PARAGRAPH 1 OF THE COURT'S JUNE 26, 2020 ORDER** <br><br> Hearing: None set <br><br> [HON. DOLLY M. GEE] |

The parties, by and through undersigned counsel, hereby stipulate to extend by ten days, until July 27, 2020, the deadline for Defendants to complete compliance with Paragraph 1 of the Court's June 2, 2020 Order, ECF No. 833 ("Order"). That Paragraph sets a deadline by which U.S. Immigration and Customs Enforcement ("ICE") must:

> transfer Class Members who have resided at the FRCs for more than 20 days to non-congregate settings through one of two means: (1) releasing minors to available suitable sponsors or other available COVID-free non-congregate settings with the consent of their adult guardians/parents; or (2) releasing the minors with their guardians/parents if ICE exercises its discretion to release the adults or another Court finds that the conditions at these facilities warrant the transfer of the adults to non-congregate settings.

Order, ¶ 1.

Paragraph 6 of the Order requires that the parties meet and confer regarding the adoption and implementation of proper written advisals and other protocols to inform detained guardians/parents about minors' rights under the FSA and obtain information regarding, and procedures for placement with, available and suitable sponsors.[1]

---

[1] Footnote 5 of Paragraph 6 further states: "To provide further guidance to the parties, the Court clarifies that any 'waiver' should be only as narrow as the issue being waived. For example, a parent/guardian may waive a Class Member's *Flores* right to release 'without unnecessary delay' to an available suitable custodian in the order of preference listed in Paragraph 14, if that parent/guardian does not prefer for the Class Member to be released to that custodian, without waiving any of the Class Member's other *Flores* rights. *See* FSA at ¶ 14 [Doc. # 101]. On the other hand, the

The parties are diligently engaging in discussions to comply with Paragraph 6 of the Order.[2] The parties currently aim to provide documents for the Court's review and approval and, if necessary, resolution of any issues, no later than July 20, 2020. Accordingly, the parties jointly request that the Court extend the deadline for Defendants to complete compliance with Paragraph 1 of the Order to and including July 27, 2020.

Respectfully submitted,

Dated: June 15, 2020

*/s/Peter Schey (*with permission)
Peter A. Schey
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW

*Class Counsel for Plaintiffs*

*/s/ Sarah Fabian*
Sarah B. Fabian
Senior Litigation Counsel
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

---

guardian/parent of a Class Member who simply has no available suitable custodian need not sign any waiver at all."

[2] Defendants do not concede that these processes are required by the *Flores* Settlement Agreement, nor do Defendants waive any right to appeal the Order by making this request.

## CERTIFICATE OF SERVICE

I hereby certify that on June 15, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants