ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**ORDER EXTENDING DEADLINE TO COMPLETE COMPLIANCE WITH PARAGRAPH 1 OF THE COURT'S JUNE 26, 2020 ORDER**<br><br>**[Hon. Dolly M. Gee]** |

1
2
3
4   THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Deadline to Complete Compliance With Paragraph 1 of the Court's June 26, 2020 Order.

5
6
7
8
9   UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the deadline for Defendants to complete compliance with Paragraph 1 of the Court's June 26, 2020 Order is extended to and including July 27, 2020.

10
11  **IT IS SO ORDERED.**

12
13  DATED: _____, 2020.

14
15  _____
    THE HONORABLE DOLLY M. GEE
    UNITED STATES DISTRICT JUDGE

16
17
18
19
20
21
22
23
24
25
26
27
28

-1-