1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER EXTENDING DEADLINE TO COMPLETE COMPLIANCE WITH PARAGRAPH 1 OF THE COURT'S JUNE 26, 2020 ORDER [850]** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Deadline to Complete Compliance With Paragraph 1 of the Court's June 26, 2020 Order.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the deadline for Defendants to complete compliance with Paragraph 1 of the Court's June 26, 2020 Order is extended to and including July 27, 2020.

All other deadlines remain unchanged.

**IT IS SO ORDERED.**

DATED: July 16, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-