# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>　　　　　　Plaintiffs,<br><br>　　vs.<br><br><br>EDWIN MEESE, et al.,<br><br>　　　　　　Defendants. | Case No. 2:85-cv-04544-DMG-AGRx<br><br>**[PROPOSED] ORDER GRANTING PROPOSED INTERVENORS'** *EX PARTE* **APPLICATION FOR LEAVE TO INTERVENE**<br><br>Action Filed: July 17, 1985 |

**WHEREAS**, the Court, having considered Proposed Plaintiff Intervenors' Ex Parte Application For Leave To Intervene together with the supporting Declarations of Manoj Govindaiah, Andrea Meza, Shalyn Fluharty and Catherine Troisi, as well as the record and proceedings to date in the above-captioned action, and good cause having been shown:

**IT IS HEREBY ORDERED THAT** Proposed Plaintiff Intervenors' *Ex Parte* Motion is **GRANTED.** Proposed Plaintiff Intervenors are granted leave to intervene so that they may: (i) protect their interests in the enforcement of the Agreement; (ii) address the adequacy of class counsel and appointment of co-counsel to represent the interests of accompanied Class Members detained by the Government at the FRCs; (iii) address their anticipated request for reconsideration of the extension of the July 17, 2020 release deadline, and any request for further extension of that deadline; (iv) address any proposed waiver protocol that may be presented; and (v) for any other appropriate relief under the Agreement or the Court's orders in this action.

**SO ORDERED** this _____ day of July, 2020.

_____
The Honorable Dolly M. Gee
United States District Judge