# Exhibit A

 

July 16, 2020

Peter A. Schey
President
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057

**RE: Coercive Binary "Choice" and Sanctioned Family Separation**

Mr. Schey:

The three family detention legal service providers (LSP)—ALDEA, Proyecto Dilley, and RAICES—continue to object to the development of a purported waiver of *Flores* release rights, especially in the midst of a pandemic. The three LSP teams are in active communication with Independent Monitor Ordin and Dr. Wise regarding the implementation of the *Flores* Settlement Agreement. The three LSP teams cannot provide input in furtherance of a waiver process directly at odds with the stated interests, health, and well-being of our clients, including our accompanied Class Member clients.

Judge Gee issued an order "addressing how [she] wants ICE to comply with the release provisions of the *Flores* Settlement" on June 26, 2020. The Court's order was clear; ICE is to release children "**with all deliberate speed**." (emphasis in original). Specifically, ICE must release Class Members detained 20 days or more by Friday, July 17, 2020. In the March, April, and May 2020 Orders of the Court, Judge Gee similarly ordered ICE to make prompt and continuous efforts to release class members. Any ongoing delays fail to comply with this straightforward order.

As of today, July 16, 2020, ICE continues to detain at least 97 children at the family detention centers for longer than 20 days, not including additional time in CBP custody. Nothing precludes ICE from compliance with the Court's order through release of Class Members with their parents in the absence of a finalized waiver protocol. Indeed, as Judge Gee specifically noted in her June 26 Order, it is well within ICE's discretion to release accompanied class members with their parents. Therefore, due to ICE's continued violation of Judge Gee's orders, the three LSP teams strongly object to any continuance of the Court's July 17, 2020 deadline. Similarly, though they were not consulted, our accompanied Class Member clients do not consent to a continuance of the Court's July 17th deadline for their release. We do not, however, object to your plans to move, jointly with the government, to extend the future filing of the joint status report.

Timely release of Class Members is crucial to their health. As of today's date, a total of 70 detained class members, their parents, and detention center staff have tested positive for COVID-19 at the Karnes County and South Texas Family Residential Centers. The number of persons who test positive for COVID-19 grows daily.

Accompanied Class Members simply cannot wait 10 days more, with an accompanying unknown increase in the number of positive COVID-19 cases, to receive the relief that Judge Gee has now ordered several times over. Copious evidence demonstrates that the ICE family detention centers are not equipped to provide safe and sanitary conditions for accompanied Class Members, particularly in the current COVID-19 pandemic, because of their lack of adequate medical services.[1] Furthermore, ICE continues to detain new, additional families at all three family detention centers, thus increasing the risk of COVID-19 exposure for Class Members and their parents. As Judge Gee stated in her order, "The FRCs are 'on fire' and there is no more time for half measures."

Sincerely,

_____
Andrea Meza, Esq.
Director, Family Detention Services
RAICES
Andrea.Meza@raicestexas.org

_____
Shalyn Fluharty, Esq.
Director
Proyecto Dilley
Shay@caraprobono.org

_____
Bridget Cambria, Esq.
Executive Director
ALDEA – The People's Justice Center
bridget.cambria@cambriaklinelaw.com

---

[1] Complaint to the DHS Office of Civil Rights and Civil Liberties, Deliberate Indifference to the Serious Medical Needs of Detained Families and Request for Investigation into the Continued Detention of Medically Fragile Individuals During the COVID-19 Pandemic (July 12, 2020), *https://cliniclegal.org/resources/enforcement-and-detention/ongoing-failures-provide-adequate-access-medical-care-family?fbclid=IwAR2vWU0dcEg4suclF-EyQtNCQhdD9CRdgEr9GDh6XHXFxrj6X_uoGla9lYA*