# Exhibit C

VOLUME 1 / NUMBER 1 / OCTOBER 2019

# Immigration Initiative AT HARVARD

# ISSUE BRIEF SERIES

The IIH supports the production and dissemination of rigorous, non-partisan, and non-ideological research on immigration issues across a broad diversity of disciplines and perspectives, and the application of this research to local, regional, and national policy issues.

# Toxic Stress: Issue Brief on Family Separation and Child Detention



Photo courtesy of: Leva Jusionyte

## Background

## Toxic Stress and its Long-Term Consequences

### KEY FACTS

- Toxic stress is a physiological response that produces serious disruptions of the developing brain and other biological systems that can lead to significant problems in learning, behavior, and both physical and mental health.

- Toxic stress can be caused by the extended absence of nurturing protection.

- Experience of toxic stress as a child may lead to poor educational achievement; adult disease; trouble with basic life skills and controlling emotions; addiction; and difficulties parenting.

For more information, visit: immigrationinitiative.harvard.edu or email ImmigrationInitiative@harvard.edu

Exhibit C, Page 46

Case 2:85-cv-04544-DMG-AGR   Document 856-3   Filed 07/20/20   Page 3 of 7   Page ID #:39180

## The Underlying Science that Cannot be Ignored



Exhibit C, Page 47

Case 2:85-cv-04544-DMG-AGR   Document 856-3   Filed 07/20/20   Page 4 of 7   Page ID #:39181





Exhibit C, Page 48

3

Case 2:85-cv-04544-DMG-AGR   Document 856-3   Filed 07/20/20   Page 5 of 7   Page ID #:39182



## Take-Home Messages for Policymakers and the Public at Large

Exhibit C, Page 49



## THE MISSION OF THE CENTER ON THE DEVELOPING CHILD

The Center on the Developing Child at Harvard was founded in 2006 to generate new knowledge and close the gap between what we know and what we do to promote the healthy development of children. Our current portfolio of activities is designed to drive science-based innovation in the early childhood ecosystem to achieve breakthrough outcomes for young children facing adversity and the adults who care for them. As a non-partisan academic center, we do not advocate for or against specific policies or political agendas. Our aim is to generate, synthesize, and translate advances in the biological, behavioral, and social sciences   and to make that knowledge accessible and actionable across the early childhood field. Through the production and dissemination of a wide array of publications, videos, and other multimedia resources, we educate thought leaders and policy makers across the political spectrum about how credible scientific principles can inform decisions that affect the lives of millions of children and families (especially those facing the greatest adversity) as well as influence far-reaching impacts on a wide diversity of communities in the United States and around the world.

Since the intentional separation of children from their families at the southern U.S. border began more than 18 months ago, many humanitarian, scientific, and medical organizations and individuals have expressed outrage at the harm that is being inflicted on innocent children. Without compromising the critical need to preserve our Ce e  ig a  e iche a a  ed,  -partisan knowledge broker, we have chosen to speak out on this issue because it transcends political ideology and party affiliation. Building on the multitude of concerns that continue to be voiced on both moral and scientific grounds, we view our Center as having a distinctive role and compelling responsibility to help the public understand what is literally happening inside the bodies and brains of these children and what the consequences will be, regardless of where they and their families will be living in the future.
Website: https://developingchild.harvard.edu/


Center on the Developing Child
HARVARD UNIVERSITY

Exhibit C, Page 50

Case 2:85-cv-04544-DMG-AGR   Document 856-3   Filed 07/20/20   Page 7 of 7   Page ID #:39184

## ABOUT IIH





**About the Author:**

Exhibit C, Page 51