# Exhibit G



Manoj Govindaiah <manoj.govindaiah@raicestexas.org>

## Position on Proposed Motion to Intervene in Flores v. Barr
10 messages

---

**Manoj Govindaiah** <manoj.govindaiah@raicestexas.org>        Thu, Jul 16, 2020 at 11:23 AM
To: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>
Cc: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>

Sarah,

I hope you're doing well. I write to inform you that accompanied child class members intend to submit a motion to intervene as Plaintiffs-Intervenors in *Flores v. Barr* later today.

Please reply with your position regarding this motion so that we may advise the court per the local rules.

Thank you,

Manoj

--



**Manoj Govindaiah**
*Director of Litigation*
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
Tel & Fax: 210-787-3745
manoj.govindaiah@raicestexas.org
www.raicestexas.org

   

---

**Fabian, Sarah B (CIV)** <Sarah.B.Fabian@usdoj.gov>        Thu, Jul 16, 2020 at 1:37 PM
To: Manoj Govindaiah <manoj.govindaiah@raicestexas.org>
Cc: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>

Manoj:

I hope you are doing well also. Without knowing more about the basis for your intervention and the authority under which you are asserting a right to intervene, the government cannot take a position on your motion. The government reserves the right to assert a position, including to oppose your motion, after we see your filing.

Best,

Sarah

Exhibit G, Page 95

Sarah B. Fabian

Senior Litigation Counsel

Office of Immigration Litigation – District Court Section

(202) 532-4824

[Quoted text hidden]

---

**manoj.govindaiah@raicestexas.org** <manoj.govindaiah@raicestexas.org>   Thu, Jul 16, 2020 at 1:38 PM
To: Sarah.B.Fabian@usdoj.gov, Sarah.B.Fabian@usdoj.gov

Your message

> To: Sarah.B.Fabian@usdoj.gov
> Subject: RE: Position on Proposed Motion to Intervene in Flores v. Barr
> Sent: 7/16/20, 1:37:16 PM EST

was read on 7/16/20, 1:38:31 PM EST

---

**Manoj Govindaiah** <manoj.govindaiah@raicestexas.org>   Mon, Jul 20, 2020 at 11:06 AM
To: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>
Cc: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>
Bcc: "Stortz, Michael" <mstortz@akingump.com>, "Manisco, Brett" <bmanisco@akingump.com>

Sarah--I wanted to follow up on your email below. Apologies for the short notice, but would you be available for a phone call in about 30 minutes, at 11:30 CT? Here is call in information: 929-324-9240 PIN: 141 960 202#.

[Quoted text hidden]

---

**Manoj Govindaiah** <manoj.govindaiah@raicestexas.org>   Mon, Jul 20, 2020 at 11:40 AM
To: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>
Cc: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>
Bcc: "Manisco, Brett" <bmanisco@akingump.com>, "Stortz, Michael" <mstortz@akingump.com>

Sarah,

We dialed in just now to the conference call line that I sent you this morning but did not hear from you. I'm writing to advise that we will be filing an ex parte application to intervene later today. Please let us know whether you will be filing an opposition and if you believe there's any opportunity to resolve this threshold issue of intervention without the necessity of an ex parte application. Happy to discuss later today if your schedule permits.

Thanks,

Manoj

[Quoted text hidden]

---

**Fabian, Sarah B (CIV)** <Sarah.B.Fabian@usdoj.gov>   Mon, Jul 20, 2020 at 11:59 AM

To: Manoj Govindaiah <manoj.govindaiah@raicestexas.org>
Cc: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>

Manoj:

My apologies - our computer systems were down and just came back online. I am going to be tied up from 1130-230 MT today, but am available after that.

Is there something new to discuss since our last response regarding intervention? If not, the government's position likely remains the same. If there is something else you would like us to consider I am happy to discuss or if you can send the information by email I will share with my team and get back to you.

Best,

Sarah

Sarah B. Fabian

Senior Litigation Counsel

Office of Immigration Litigation – District Court Section

(202) 532-4824

**From:** Manoj Govindaiah <manoj.govindaiah@raicestexas.org>
**Sent:** Monday, July 20, 2020 12:40 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Bridget Cambria <bridget.cambria@cambriaklinelaw.com>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Subject:** Re: Position on Proposed Motion to Intervene in Flores v. Barr

Sarah,

We dialed in just now to the conference call line that I sent you this morning but did not hear from you. I'm writing to advise that we will be filing an ex parte application to intervene later today. Please let us know whether you will be filing an opposition and if you believe there's any opportunity to resolve this threshold issue of intervention without the necessity of an ex parte application. Happy to discuss later today if your schedule permits.

Thanks,

Manoj

On Mon, Jul 20, 2020 at 11:06 AM Manoj Govindaiah <manoj.govindaiah@raicestexas.org> wrote:

Exhibit G, Page 97

> Sarah--I wanted to follow up on your email below. Apologies for the short notice, but would you be available for a phone call in about 30 minutes, at 11:30 CT? Here is call in information: 929-324-9240 PIN: 141 960 202#.
>
> [Quoted text hidden]

[Quoted text hidden]

---

**Manoj Govindaiah** <manoj.govindaiah@raicestexas.org>  Mon, Jul 20, 2020 at 12:04 PM
To: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Stortz, Michael" <mstortz@akingump.com>, "Manisco, Brett" <bmanisco@akingump.com>

See below--at least she responded. I mean, I don't think there is anything new to discuss from last week, except now it's ex parte? How do you suggest we respond?

[Quoted text hidden]

---

**manoj.govindaiah@raicestexas.org** <manoj.govindaiah@raicestexas.org>  Mon, Jul 20, 2020 at 12:04 PM
To: Sarah.B.Fabian@usdoj.gov, Sarah.B.Fabian@usdoj.gov

Your message

　　To: Sarah.B.Fabian@usdoj.gov
　　Subject: RE: Position on Proposed Motion to Intervene in Flores v. Barr
　　Sent: 7/20/20, 11:59:37 AM EST

was read on 7/20/20, 12:04:05 PM EST

---

**Stortz, Michael** <mstortz@akingump.com>  Mon, Jul 20, 2020 at 12:08 PM
To: "Govindaiah, Manoj (External)" <manoj.govindaiah@raicestexas.org>, Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Manisco, Brett" <bmanisco@akingump.com>

I agree, I think you just say:

Thanks. There's nothing new to discuss from our perspective, over and above the discussion we had last week. We simply wanted to check in with the information that we plan to proceed with this via ex parte application, and to confirm that there wasn't anything additional from your side to consider. We appreciate your quick response and confirmation.

**From:** Manoj Govindaiah <manoj.govindaiah@raicestexas.org>
**Sent:** Monday, July 20, 2020 10:04 AM
**To:** Bridget Cambria <bridget.cambria@cambriaklinelaw.com>; Stortz, Michael <mstortz@akingump.com>; Manisco, Brett <bmanisco@akingump.com>
**Subject:** Fwd: Position on Proposed Motion to Intervene in Flores v. Barr

**\*\*EXTERNAL Email\*\***

[Quoted text hidden]

The information contained in this e-mail message is intended only for the personal and confidential use of the recipient(s) named above. If you have received this communication in error, please notify us immediately by e-mail, and delete the original message.

Exhibit G, Page 98

**Manoj Govindaiah** <manoj.govindaiah@raicestexas.org>  Mon, Jul 20, 2020 at 12:17 PM
To: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>
Cc: Bridget Cambria <bridget.cambria@cambriaklinelaw.com>, "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>
Bcc: "Manisco, Brett" <bmanisco@akingump.com>, "Stortz, Michael" <mstortz@akingump.com>

Thanks. There's nothing new to discuss from our perspective, over and above the discussion we had last week. We simply wanted to check in with the information that we plan to proceed with this via ex parte application, and to confirm that there wasn't anything additional from your side to consider. We appreciate your quick response and confirmation.

[Quoted text hidden]