# Exhibit H

IN THE UNITED STATES DISTRICT COURT
FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that additional employees and new intakes in the Family Residential Center ("FRCs") have tested positive for COVID-19, since the last notice. ECF No. 93. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I. Karnes County Family Residential Center ("Karnes FRC")**

New Intake 1: Resident tested on July 14, 2020, due to the resident being a new arrival. On July 18, 2020, the test result came back positive. New resident 1 is asymptomatic and will remain in quarantine until July 16, 2020. At this time, New resident 1 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

Resident 1: Resident 1 arrived at the facility on February 23, 2020, and was tested on June 22, 2020, as part of the saturation testing. The result from the saturation testing came back negative. The resident has been housed with the general population sharing a room with her two minor children. Resident 1's husband was house separately in a suite in a different area of the FRC. Resident 1 and husband were allowed to visit for one hour per day and were required to wear PPE during visits. On July 10, 2020, Resident 1, her two children, and husband were tested in preparation for a deportation flight. On July 18, 2020, Resident 1's test came back

positive, husband's test came back negative, one minor's test came back negative, and the other minor's test is pending results. Resident 1 is asymptomatic but is being monitored and assessed for symptoms twice per day. Contract tracing was conducted and all of the residents who were housed in the same area as Resident 1 have been released or deported. Resident 1 has been quarantined and will remain in quarantine for 14 days from the date of testing.

**II. South Texas Family Residential Center ("Dilley FRC")**

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility on July 15, 2020, due to having symptoms. On July 17, 2020, the results came back positive. Employee 1 was exposed to COVID-19 positive residents on July 3, 2020, and was off work from July 4 to July 8, 2020. Employee 1 returned to work on July 9, 2020, with no symptoms. Employee 1 was last at Dilley on July 13, 2020. Contact tracing is being conducted via video surveillance for the 48 hours prior to Employee 1's last date on site, and those identified will be notified of the exposure. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

New Intake 1: Resident tested on July 16, 2020, due to the resident being a new arrival. On July 20, 2020, the test result came back positive. New resident 1 is housed in the medical unit for monitoring and treatment for headache and abdominal pain. Medical care is being provided by the ICE Health Service Corps.

Respondents will appraise the Court of any further developments as it receives them from ICE.

//

//

//

Exhibit H, Page 100

RESPECTFULLY SUBMITTED this 20th day of July 2020.

    MICHAEL R. SHERWIN
    Acting United States Attorney
    District of Columbia
    DANIEL VAN HORN
    Assistant U.S. Attorney
    555 4th St. NW
    Washington, DC 20530
    Telephone: (202) 252-2506
    Email: Daniel.VanHorn@usdoj.gov

    ETHAN P. DAVIS
    Acting Assistant Attorney General
    Civil Division
    WILLIAM C. PEACHEY
    Director
    Office of Immigration Litigation
    District Court Section
    ELIANIS PEREZ
    Assistant Director

    s/ *Vanessa Molina*
    VANESSA MOLINA
    Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4413
    Email: Vanessa.Molina@usdoj.gov

    *Attorneys for Defendants*