MICHAEL J. STORTZ (SBN 139836)
mstortz@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:   415-765-9500
Facsimile:   415-765-9501

BRETT M. MANISCO (SBN 318351)
bmanisco@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone:   310.229.1000
Facsimile:   310.229.1001

**THE REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES**
MANOJ GOVINDAIAH (*Pro Hac Pending*)
manoj.govindaiah@raicestexas.org

**ALDEA – THE PEOPLE'S JUSTICE CENTER**
BRIDGET CAMBRIA (*Pro Hac Pending*)
bridget@aldeapjc.org

Attorneys for Plaintiff-Intervenors
B.L.N., D.F.L.G., and W.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>EDWIN MEESE, et al.,<br><br>Defendants. | Case No. 2:85-cv-04544-DMG-AGRx<br><br>[Judge:  Hon. Dolly M. Gee]<br><br>**DECLARATION OF CATHERINE L. TROISI IN SUPPORT OF PROPOSED INTERVENORS'** *EX PARTE* **APPLICATION FOR LEAVE TO INTERVENE**<br><br>Date Action Filed:  July 11, 1985 |

DECLARATION OF CATHERINE L. TROISI  IN SUPPORT OF PROPOSED INTERVENORS' EX PARTE APPLICATION FOR LEAVE TO INTERVENE

I, Catherine L. Troisi, declare as follows:

## Introduction

1. My name is Catherine L. Troisi. I am over the age of eighteen (18), of sound mind, and in all respects competent to testify. The facts stated herein are true, correct, and within my personal knowledge.

2. I have been asked by counsel for plaintiffs to opine on the novel coronavirus and its implications on children in detention in Texas. Based on my 40 years of experience as an epidemiologist and work in public health in the area of infectious disease epidemiology specializing in viruses, I have reached the following high level conclusions, which are supported in more detail throughout my declaration:

- SARS-Cov-2, the causative agent of COVID-19, is widespread throughout Texas and has cases and deaths are increasing.
- The virus is spread from person to person through the air and on environmental surfaces. Therefore, congregate gatherings contribute to virus spread.
- The risk of infection increases with time spent in congregate settings.

## Qualifications

3. I am an infectious disease epidemiologist and public health expert as well as an Associate Professor in the Department of Management, Policy, and Community Health and Department of Epidemiology, Human Genetics, and Environmental Sciences and Center for Infectious Diseases at the University of Texas Health Science Center at Houston, School of Public Health and an Adjunct Associate Professor at Baylor College of Medicine.

4. I have a B.A. in Chemistry from The University of Rochester (NY) in 1974, an M.S. in Biochemistry from Michigan State University in 1975, and a PhD in Epidemiologic Sciences from The University of Michigan in 1980, specializing in influenza studies. I completed a postdoctoral position at Baylor College of Medicine in

the Department of Virology and Epidemiology. I am a graduate of the National Public Health Leadership Institute at the University of North Carolina and have received post-doctoral training in epidemiologic techniques and public health preparedness.

5. My forty-year career in public health has been in the area of infectious disease epidemiology specializing in viruses. I was on the faculty in the Department of Virology and Epidemiology at Baylor College (the name was changed to Department of Molecular Virology during my tenure there) from 1983-1996, and I joined the faculty at University of Texas Health Science Center at Houston School of Public Health in Disease Control and Biological Sciences in 1997. I left academia in 2003 for seven years to practice public health at the Houston Health Department, beginning as Bureau Chief for HIV/STD and Viral Hepatitis Prevention, was promoted to Assistant Director of the Health Department, overseeing the Division of Prevention and Communicable Diseases, and finally creating and filling a new position as Director of Public Health Practice. I rejoined the UTSPH faculty in 2010, in the Departments of Management, Policy, and Community Health and Epidemiology, Human Genetics, and Environmental Sciences and the Center for Infectious Diseases.

6. I was Incident Commander in the National Incident Management System structure (i.e., in charge of the Houston Health Department's response) in 2009 for the H1N1 influenza pandemic, a respiratory virus.

7. I am also currently an elected Executive Board Member of the American Public Health Association, a Board Member of International Network of Epidemiology in Policy, an Elected Fellow, Texas Public Health Association, a member of the National Association of County and City Health Officials epidemiology workgroup, and a member of the American College of Epidemiology. I have received several awards and honors including the Excellence in Community Service Award, UTSPH, 2013 and 2019, and the Association of Schools and Programs in Public Health Service Award, 2018. I was elected to Sigma Xi (Scientific Honor

2
DECLARATION OF CATHERINE L. TROISI IN SUPPORT OF PROPOSED INTERVENORS' EX PARTE
APPLICATION FOR LEAVE TO INTERVENE

Society) in 1979, received a fellowship from the University of Michigan 1977-1980, and was a Eugene B. Casey Fellow at Baylor College of Medicine. I have testified before the US House of Representatives Committee on Homeland Security, Ebola Preparedness (October 2014, Dallas, TX), Governor Perry's Task Force on Public Health Prevention, Ebola Preparedness (October 2014, Austin, TX), the Texas House County Affairs Committee, Syringe Exchange Programs (April 2019, Austin, TX), and provided expert testimony in the Texas 21st Judicial District, Travis County, *Texas Democratic Party, et al vs. Dana Debeauvoir and the State of Texas*, April 2020. I have also submitted an expert declaration in *Lewis, et al. v. Hughes*, No. 5:20-cv-00577 (W.D. Tex 2020) and *LaRose, et al vs. Steve Simon, MN Secretary of State,* No. 62-CV-20-3149.

8. Attached as Appendix A and incorporated by reference to this declaration is a copy of my curriculum vitae.

## Background on COVID-19

9. The first reports of this novel coronavirus, now named SARS-CoV-2, occurred on December 31, 2019. The first confirmed case in the United States was noted one month later on January 20, 2020. In the nearly six months since that first confirmed U.S. case, there have been over 3.7 million cases in all 50 states plus District of Columbia with over 140,500 deaths reported as of July 18, 2020.[1] Forty-seven states, including Texas, are currently experiencing an increase in cases as states begin to reopen from shelter-in-place orders, and the U.S. as a whole has experienced a 41% increase in cases over the two weeks.[2]

10. The COVID-19 infection is caused by the SARS-CoV-2 virus and is spread in two ways: (1) by the respiratory route (through the air and through mucous

---

[1] https://gisanddata.maps.arcgis.com/apps/opsdashboard/index.html#/bda7594740fd40299423467b48e9ecf6 accessed July 19, 2020

[2] https://www.cdc.gov/coronavirus/2019-ncov/php/public-health-recommendations.html accessed July 19, 2020

3
DECLARATION OF CATHERINE L. TROISI IN SUPPORT OF PROPOSED INTERVENORS' EX PARTE APPLICATION FOR LEAVE TO INTERVENE

membranes), and (2) by fomites, that is, environmental surfaces that are contaminated with the virus. While droplet transmission is thought to be the main route of respiratory transmission, there is evidence that aerosol spread can occur as well under certain circumstances.[3] The importance of this route is that aerosols can linger in the air, unlike droplets, and thus enhance transmissibility of the virus. SARS CoV-2 can also be found in feces, although importance of this in transmission is not yet known.[4]

11. Although the complete epidemiology of SARS-CoV-2 in children has not been elucidated, a recent report found that children ages 9 years and older transmit the virus as well as adults.[5]

12. Reported illnesses from SARS-CoV-2 have ranged from no to mild symptoms to severe illness and death. Symptoms can include fever, dry cough, and shortness of breath. In addition to lung damage, the virus can cause damage and failure of other organs including heart, kidney, and intestines.[6] When severe, COVID-19 is a systemic illness characterized by hyperinflammation, cytokine storm, and elevations of cardiac injury biomarkers.[7] Forty percent of deaths from COVID-19 are due to cardiac damage, and these serious consequences can occur even after respiratory symptoms are resolved.[8] There are reports of some individuals who clear the infection but suffer effects from the infection for months.[9] Children generally do not have severe disease from COVID-19, but recently there has been recognition of multi-system inflammatory

---

[3] https://www.who.int/publications/i/item/modes-of-transmission-of-virus-causing-covid-19-implications-for-ipc-precaution-recommendations

[4] https://wwwnc.cdc.gov/eid/article/26/8/20-0681_article accessed 6/6/20

[5] https://wwwnc.cdc.gov/eid/article/26/10/20-1315_article

[6] https://www.thelancet.com/journals/lancet/article/PIIS0140-6736(20)30937-5/fulltext accessed 6/6/20

[7] ibid

[8] https://jamanetwork.com/journals/jamacardiology/fullarticle/2763843 accessed 6/6/20

[9] https://www.theatlantic.com/health/archive/2020/06/COVID-19-coronavirus-longterm-symptoms-months/612679/?utm_source=email&utm_medium=cr&utm_campaign=jeff-letter-actives&utm_content=20200606&silverid-ref=NjIzNjE1NzU4MjkxS0 accessed 6/5/20

syndrome in SARS-CoV-2 infected children.[10] There also is concern that there may be long term consequences of infection in children.[11,12]

13. According to the CDC, certain groups such as those over 65 years of age and those with certain underlying medical conditions (including chronic lung disease such as moderate to severe asthma, chronic heart disease, diabetes, obesity, chronic kidney disease, liver disease, immunosuppression) are at higher risk of serious illness and death from COVID-19.[13] Pregnant women are at increased risk of a severe outcome.[14] However, anyone can be infected with COVID-19 and suffer serious outcomes.[15] Rates of hospitalization increase with age.[16]

14. Racial minorities have been particularly affected by this pandemic for several reasons. They are more likely to get infected due to increased possibility of exposure (crowding, essential jobs that interact with the public) and, once infected, experience worse outcomes. Race and ethnicity has not been routinely captured on test results reporting to health departments, although that will change in a few months, but we do have hospitalization data showing Blacks are overrepresented among hospitalized COVID-19 patients compared to the hospital catchment area.[9] Other vulnerable populations include Native Americans, who have five times the COVID-19 age-adjusted hospitalization rates compared to non-Hispanic whites.[17]

15. Scientists estimate that between 40-45% of infected individuals will either never show symptoms or have very mild symptoms, but they can transmit the virus to

---

[10] https://emergency.cdc.gov/han/2020/han00432.asp accessed 6/6/20

[11] https://www.winknews.com/2020/07/17/health-officials-worry-about-long-term-effects-of-covid-19-on-kids/

[12] https://www.ncbi.nlm.nih.gov/pmc/articles/PMC2870533/

[13] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/people-at-higher-risk.html accessed 6/7/20

[14] https://www.cdc.gov/mmwr/volumes/69/wr/mm6925a1.htm?s_cid=mm6925a1_w

[15] https://www.cdc.gov/coronavirus/2019-ncov/symptoms-testing/symptoms.html accessed 4/11/20

[16] https://www.cdc.gov/mmwr/volumes/69/wr/mm6915e3.htm?s_cid=mm6915e3_w

[17] https://www.cdc.gov/coronavirus/2019-ncov/need-extra-precautions/racial-ethnic-minorities.html

others up to 14 days following infection. Even those who do not have symptomatic disease may suffer long term effects from the virus.[18,19]

16. The novel coronavirus is detected through use of a reverse-transcriptase polymerase chain reaction (RT-PCR) test.[20] Sampling technique is important and needs to be performed by a trained professional in order to minimize the chances of a false negative result, that is a negative result in someone who is infected with the virus. While improving, there has not been adequate testing for the virus anywhere in the United States, including Texas, due to a lack of test kits, lack of testing supplies, and lack of personal protective equipment to protect those healthcare workers taking samples.[21,22]

17. Within my area of expertise, social distancing and masks, frequent handwashing, and environmental disinfection are the only ways to limit the spread of the virus,[23] as there is no FDA-licensed vaccine that could be administered to elicit immunity to the virus.

18. Social (also called physical) distancing refers to maintaining a distance of at least 6 feet between persons. Social distancing is a proven method to stop the spread of viruses such as the novel coronavirus through the respiratory route.[24] As noted, the novel coronavirus is spread through droplet transmission. These droplets are produced through coughing, sneezing, talking, and singing. The droplets are fairly heavy, and most studies have shown that they cannot travel more than approximately 6 feet,[25] although under

---

[18] https://www.acpjournals.org/doi/10.7326/M20-3012
[19] https://www.nature.com/articles/s41591-020-0965-6.pdf
[20] https://jamanetwork.com/journals/jama/fullarticle/2762997
[21] https://www.nytimes.com/2020/03/28/us/testing-coronavirus-pandemic.html
[22] https://www.wbur.org/onpoint/2020/03/18/COVID-19-testing-in-the-u-s
[23] https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html accessed 4/10/20
[24] https://www.nap.edu/catalog/25753/rapid-expert-consultation-on-social-distancing-for-the-COVID-19-pandemic-march-19-2020
[25] https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/prevention.html?CDC_AA_refVal=https%3A%2F%2Fwww.cdc.gov%2Fcoronavirus%2F2019-ncov%2Fprepare%2Fprevention.html

certain circumstances, they can travel a longer distance.[26] Therefore masks are recommended as well as physical distancing. Non-medical (e.g., cloth) masks have been shown to prevent an infected person from transmitting infection and evidence is accumulating wearing one can protect the wearer from acquiring viral infection.[27]

19.  Frequent handwashing is also recommended because the virus can be spread when, for example, an infected person coughs into their hand and touches a surface which another person then touches and, without washing their hands, touches their eye can become infected this way.[28] Infected persons, whether or not they have symptoms, can spread the virus to others, and we are learning that this is a very infectious virus.[29]

20.  Any place where people gather and cannot maintain physical distancing, such as a congregate setting, represents a heightened danger for transmission of COVID-19 disease. Transmission of the virus can take place between detainees or between workers who have acquired infection in the community, and detainees. This is particularly important because some people who are infected with the novel coronavirus do not have any symptoms but can transmit the virus and/or are infectious before they develop symptoms.[30] This means that isolating only symptomatic persons will not stop the spread of infection. Instead, we have to assume anyone could be infected and transmit that infection to another person.

**Children in Detention Centers**

21. Texas is currently seeing an increase in COVID-19 cases and hospitalizations. As of July 18, 2020, 325,030 cases have been reported with 3,958

---

[26] https://jamanetwork.com/journals/jama/fullarticle/2763852
[27] http://files.fast.ai/papers/masks_lit_review.pdf
[28] https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/cleaning-disinfection.html accessed 4/10/20
[29] https://www.jwatch.org/na51616/2020/06/01/you-can-speak-and-sing-COVID-19?query=C19&cid=DM93011_NEJM_Registered_Users_and_InActive&bid=207638425 accessed 6/6/20
[30] Li R, Pei S, Chen B, et al. Substantial undocumented infection facilitates the rapid dissemination of novel coronavirus (SAROVIS-CoV2). Science (New York, NY). 2020

deaths.[31] The 14-day trend of COVID-19 positive cases shows a 45% increase and testing positivity rates have increased from 13.0% to 16.3% over the last 14 days. Deaths, a lagging indicator, are increasing in the state as well.[32]

22. In my expert opinion, one-time testing such as occurred on June 23, 2020 and on entry to the facility with subsequent 14-day quarantine does not eliminate the possibility of transmission of SARS-CoV-2 within the facility. Someone who tests negative on the testing day may be incubating the virus and become infectious and able to infect others up to two weeks later. SARS-CoV-2 infection can be introduced into the facility by staff who acquired it in the community.

23. Transmission of SARS-CoV-2 occurs through airborne, aerosol, and fomite routes (see paragraph 10). Probability of transmission from one person to another is increased in 1) crowded situations, 2) confined spaces, and 3) crowds.[33] Also increasing the probability of transmission is the duration of contact between persons.[34] All four of these conditions are met in detention centers. Therefore, in my expert opinion, any additional time in detention centers will increase the probability that a child will be exposed to the virus and become infected.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 20th Day of July, 2020 in Houston, Texas.

*Catherine L. Troisi*
_____
Catherine L. Troisi, Ph.D.

---

[31] https://txdshs.maps.arcgis.com/apps/opsdashboard/index.html#/ed483ecd702b4298ab01e8b9cafc8b83 accessed 7/19/2020

[32] https://txdshs.maps.arcgis.com/apps/opsdashboard/index.html#/ed483ecd702b4298ab01e8b9cafc8b83, accessed 7/19/20

[33] https://www.nytimes.com/2020/06/06/health/virus-reopenings.html

[34] https://www.cdc.gov/coronavirus/2019-ncov/php/public-health-recommendations.html