# Exhibit A

<div align="right">

**CATHERINE L. TROISI**
B.A., M.S., Ph.D.
*June, 2020*

</div>

## CONTACT INFORMATION

University of Texas					*Voice*: 713-500-9164
School of Public Health				*Cell*: 713-854-5980
PO Box 20186						*E-mail*: Catherine.L.Troisi@uth.tmc.edu
Houston, TX 77225

## PRIMARY APPOINTMENT - CURRENT

### ASSOCIATE PROFESSOR 2010 TO PRESENT (TENURED)

Primary Appointment:  Management, Policy, & Community Health (tenure track)
Secondary Appointment:   Epidemiology, Human Genetics, and Environmental Sciences
Co-Coordinator, Leadership Theory and Practice Certificate
University of Texas (UTHealth) School of Public Health, Houston, TX

## DUAL/JOINT APPOINTMENT

### ADJUNCT FACULTY, DIVISION OF MOLECULAR VIROLOGY AND MICROBIOLOGY

Baylor College of Medicine, Houston, TX

## EXPERIENCE & SERVICE

### PUBLIC HEALTH PRACTICE

- Director, Office of Public Health Practice, 2008 - 2010, Houston Department of Health and Human Services
- Incident Commander, Public Health, 2009 N1H1 Response, Houston Department of Health and Human Services
- Incident Commander, Public Health, 2005 City of Houston Hurricane Katrina shelter at George R. Brown Convention Center
- Assistant Director, Disease Prevention & Control, Houston Department of Health and Human Services, 2004-2008
- Bureau Chief, HIV/STD Prevention, Houston Department of Health and Human Services, 2003-2004

### ACADEMIC APPOINTMENTS

- Assistant Professor (non-tenure research track appointment), Biological Sciences (secondary appointment in Epidemiology) and Member, Center for Infectious Diseases, University of Texas - Houston Health Science Center School of Public Health, Houston, TX, 1997 - 2000 (75% FTE), 2000-2003 (100% FTE)
    - Associate Director, Center for Infectious Diseases, UT-Houston, Health Science Center, School of Public Health, Houston, TX, 2001 - 2003
- Assistant Professor (non-tenure research track appointment), Department of Virology and Epidemiology, Baylor College of Medicine, 1983 - 1991 (62.5% FTE), 1991-1996; name changed to Division of Molecular Virology (70% FTE)

- o  Supervisor, Eugene B. Casey Hepatitis and HIV Research and Diagnostic Laboratories, Baylor College of Medicine, Houston, TX, 1989 - 1996
- o  Coordinator, Virology Reference Laboratory, Virology QA Program, DAIDS, Division of Molecular Virology, Baylor College of Medicine, Houston, TX, 1992 – 1993

## EDUCATION

University of Michigan, Ann Arbor, MI, Ph.D., 1980, Epidemiological Sciences

- Thesis: Influenza, type C; Antibody Detection & Epidemiology
- Chairs: Arnold Monto, M.D. and H.F. Maassab, Ph.D.

Michigan State University, E. Lansing, MI, M.S., 1975, Biochemistry

- Thesis: Biochemical Effects of Polybrominated Biphenyls on Microsomal Enzymes
- Chair: Steven Aust, Ph.D.

University of Rochester, Rochester, NY, B.A., 1974, Chemistry

## LEADERSHIP TRAINING

- National Public Health Leadership Institute, University of North Carolina, Class of 2010

## HONORS & AWARDS

- Excellence in Community Service Award, UTSPH, 2019
- Association of Schools and Programs in Public Health Service Award, 2018
- Nominated by UTHealth for Association of Schools and Programs in Public Health Teaching Excellence Award, 2017
- Excellence in Teaching Award, UTSPH, 2017
- American Public Health Association Advocate of the Year Award, 2015
- Advocate Spotlight, The Immunization Partnership, 2015
- Excellence in Community Service Award, UTSPH, 2013
- Elected Fellow, Texas Public Health Association, 2012
- Outstanding Service Award, Texas Public Health Association, 2010
- Eugene B. Casey Fellow, 1985-1990
- Fellowship, University of Michigan 1977-1980
- Elected to Sigma Xi (Scientific Honor Society), 1979

## INSTITUTIONAL COMMITTEE ACTIVITIES

- UTSPH Academic Council, 2018 to present
- UTSPH School-wide Curriculum Committee, 2012 – 2015; 2018 - present
- UTSPH Grievance Committee, 2018 - present
- UTSPH CEPH Accreditation Committee, 2017 - present
- UTSPH Faculty Awards Committee, 2016 – present; Chair, 2019 - present
- UTHealth Committee on the Status of Women 2014 - 2018
- UTSPH Practice Committee, 2008 - 2018
- Chair, HDHHS Accreditation Coordination Group, 2008 - 2010
- HDHHS representative to Texas Medical Center Policy Advisory Committee, 2008 - 2010

- HDHHS Legislative Liaison to Mayor`s Office, 2008 - 2010
- Investigative Review Committee, HDHHS, Chair, 2008 - 2010
- Epidemiology Committee of Greater Houston Partnership Public Health Task Force, 2004
- State of Emergency Task Force (HIV in the African-American Community), 2003 - 2008
- Member, Quality Improvement Committee - Eugene B. Casey Hepatitis and HIV Laboratory, Baylor College of Medicine, 2003 - present
- Representative for Disease Control and Epidemiology, UT School of Public Health Admissions Committee, 2000 - 2003
- University of Texas - Houston Health Science Center Interinstitutional Biosafety Committee, 1997 – 2003

## CONSULTANTSHIPS

- Coalition for the Homeless, 2010-present
- Texas Association of Local Health Officials, 2010, 2011
- Consultant/Mentor, "Bridging the Gap:  Addressing Environmental Health Though Science," (collaboration between UTMDACC, UTHSC-Houston, Baylor College of Medicine, Prairie View A&M, PVAM College of Nursing, University of Houston, Texas Southern University, Rice University, San Jacinto College and Lee College, as well as School Districts and Communities in Houston, Baytown, Fresno, and La Joya), L. Jones, PI, 2003 - 2008
- Grant writer for National Hemophilia Foundation, 1996

## RESEARCH (LAST THREE YEARS)

### ACTIVE GRANTS AND CONTRACTS:

**Liver Cancer Prevention among those with Experiences of Homelessness**  $1,159,751
V. Schick, PI Cancer Prevention Research Institute of Texas  8/31/2018-8/30/2021
The purpose of this prevention grant is to screen residents of permanent supportive housing for hepatitis B and C, link to care, and treat HCV using a community health worker model.
Role:  Co-Principal Investigator

**National HIV Behavioral Surveillance among MSM, IDUs, and Heterosexuals in Houston** (UT Title: Behavioral Surveillance Services Agreement) $1,468,436
U62/CCU606238 Khuwaja, PI; Houston Health Department) 1/1/2016 – 12/31/2020 CDC/ NCHHSTP (1U62PS000977-01)
The purpose of this Agreement is to develop and conduct HIV Behavioral Surveillance activities in Houston/Harris County among men who have sex with men, injection drug users, and heterosexuals living in high-risk areas of Houston.  This is a CDC funded project, funded through the Houston Department of Health.
Role: Subcontractor PI (20% FTE)

[redacted]



[redacted]

COMPLETED:

[redacted]



### GRANT REVIEWER/SERVICE ON NIH/OTHER STUDY SECTIONS

- Special Review Panel Viral Hepatitis and Liver Cancer Research: U.S.-Mongolia Pilot Collaborative Award Program, NIH/CRDF Global 2016
- Ad hoc Member, HIV/AIDS Review panel, NIH, 2008
- Ad hoc Member, Epidemiology of Diabetes, Kidney and Infectious Diseases Member Review panel, NIH, 2004
- Grant Reviewer, Paso del Norte Health Foundation/Center for Border Health Research, 2003 - 2005
- Member, EPIC (formerly Epidemiology and Disease Control-2) Study Section, NIH, 2002 - 2004; serving presently as ad hoc reviewer
- Grant Reviewer, Michael Smith Foundation for Health Research, British Columbia's premier funding agency, 2001
- Ad hoc Member, Epidemiology and Disease Control 3 Study Section, NIH, 2000 - 2002
- Special Review Panel - National Institute of Allergy & Infectious Diseases, NIH, 1997
- Ad hoc Member, Epidemiology and Disease Control-2 Study Section, NIH, 1995 - 2002
- Reverse Site Visit - National Heart, Lung, and Blood Institute, NIH, 1992
- Special Review Panel - National Institute of Allergy & Infectious Diseases, NIH, 1990

### PUBLICATIONS - H-INDEX=17; 1514 CITATIONS (GOOGLE SCHOLAR)

#### ARTICLES IN PEER-REVIEWED JOURNALS

https://www.ncbi.nlm.nih.gov/sites/myncbi/1v1NFrkilz9kt/bibliography/51517383/public/?sort=date&direction=ascending

1. Kim, H, R. Guerrero, S. Reader, M. Daheri, M. Balakrishnan, C. Troisi, H El-Serag  Low yield of hepatitis C infection in an outreach screening program in Harris County, Texas (2020), Infectious Disease Open Forum   https://doi.org/10.1093/ofid/ofaa191
2. Swamy, P, A Monterrey, M Wood, CL Troisi, C. Greeley  Caregiver and Pediatric Health Care Provider Views on Social Needs Identification (2020) Journal of Primary Care & Community Health Vol 11: 1–7
3. Troisi, C The time for a Public Health Response is Now! (2018) TPHJ 70: 24-25

https://doi.org/10.1177/107

7. Balogun T, C Troisi, M Swartz, L Lloyd, R Beyda (2017)  For Drug and Alcohol Use I Would Talk to Mom: A Mixed Methods Study of Detained Youth Journal of Adolescent Health 60(2):S122
8. Ahaneku H, M Ross, J NyoniJ, B Selwyn, C Troisi, J Mbwambo, A Adeboye, S McCurdy (2016) Depression and HIV Risk among Men Who Have Sex with Men in Tanzania.  AIDS Care, 28:sup1, 140-147, DOI: 10.1080/09540121.2016.1146207
9. Troisi C., D'Andrea R., Grier G., Williams S. (2015). Enhanced Methodologies to Enumerate Persons Experiencing Homelessness in a Large Urban Area. Evaluation Review. 39(5) 480-500.
10. Obinani C, Lloyd L, Ross M, Troisi C, Onweagba A, Ohazurike N, Chukwu A. 2014 The Development of Poultry Farm Risk Assessment Tool for Avian Influenza in Imo State, Nigeria Preventive Veterinary Medicine, 116:145-150
11. Tran TQ, CZ Grimes, D Lai, CL Troisi, LY Hwang.  2012 "Effect of age and frequency of injections on immune response to hepatitis B vaccination in drug users. " Vaccine. 30(2):342-9. PMID: 22075088
12. Shahani, L, C. Hartman, C. Troisi, D. Hewett-Emmett, A. Kapadia and T. Giordano. 2012 "Causes of Hospitalization and Perceived Access to Care Among Persons Newly Diagnosed With HIV Infection: Implications for HIV Testing Programs."  AIDS Patient Care and STDs. 2012 PMID: 22149765
13. Troisi, CL, S.L. Williams and L. Lane. "The Future of Public Health." 2011, Texas Journal of Public Health. 63(2): 25-28.
14. Hwang LY, C. Grimes, T.Q. Tran, A. Clark, R. Xia, D. Lai, C.L. Troisi, M. Williams.  2010, Journal of Infectious Diseases.  Accelerated Vaccine Schedule Improves Hepatitis B Vaccination Adherence and Immune Protection among Drug Users - A Randomized Controlled Trial in Urban Communities in Houston, Texas. 202: 1500-1509. PMCID: PMC2957504.
15. Coker AL, J.S. Hanks, K.S. Eggleston, J. Risser, P.G.Tee, K.J. Chronister, C.L. Troisi, R. Arafat, L. Franzini. 2006 "Social and mental health needs assessment of Katrina evacuees." Disaster Management Response. 2006. 4(3): 88-94.
16. Hwang LY, JR Kramer, CL Troisi, L Bull, CZ Grimes, R Lyerla, MJ Alter. 2006 "Relationship of Cosmetic Procedures and Drug Use to Hepatitis C and Hepatitis B Virus Infections in Low Risk Population"  Hepatology.  Vol. 44(2): 341-351
17. Giordano, TP, F Vinegarwala, AC White, Jr, CL Troisi, RF Frankowski, CM Hartman, and RM Grimes.   2005 Patients referred to an urban HIV clinic frequently fail to establish care: factors predicting failure, AIDS Care; 17: 773-783.
18. Stancoven, K, LY Hwang, C.L. Troisi. 2005 "Significance of Anti-HBc in the Absence of Other Hepatitis B Markers in a College-aged Population", Intervirology. 48: 273-278.
19. Zhao H, H.B. Grossman, G.L. Delclos, L-Y Hwang, C.L. Troisi, R.M. Chamberlain, M.A. Chenoweth, H. Zhang, M.R.Spitz, X. Wu. 2005 "Increased plasma levels of angiogenin and risk of bladder cancer: from initiation to recurrence" Cancer. 104: 30-35.
20. Monga, H.K., C.L. Troisi, M.B. Rodriguez, B. Yoffe 2001 "Hepatitis C virus infection-related morbidity and mortality among patients with human immunodeficiency virus infection."  Clin Infect Dis 33: 240-247.
21. Troisi, C.L. and F.B. Hollinger.  1997 "Detection of Antibodies to Hepatitis C Virus in Seronegative Patients Using an Immune Complex Dissociation Assay"  J. Viral Hepatitis 4/6, p 383-386
22. Troisi, C.L., F. B. Hollinger, D. S. Krause, and L. Pickering.  1997 "A Comparative Study in Infants of Two Hepatitis A Vaccine Dosing Schedules."  Vaccine. 15: 1613-1617

23. Troisi, C.L., F. B. Hollinger, D. Krause, and L. Pickering. 1997 Immunization of Infants with Hepatitis A Vaccine (HAVRIX):  A comparative study of two dosing schedules Viral Hepatitis and Liver Disease, M. Rizzetto, ed, pgs 936-938
24. Troisi, C.L., F. B. Hollinger, and the Delta Hepatitis Study Group.  1997 "Interactions between hepatitis C and HIV in hemophiliacs:  Results of a 7-year follow-up study". Viral Hepatitis and Liver Disease, M. Rizzetto, ed., pgs 258-260.
25. Troisi, C.L., F. B. Hollinger, D. Krause, and L. Pickering. 1997 Immunization of Infants with Hepatitis A Vaccine (HAVRIX):  A comparative study of two dosing schedules  Viral Hepatitis and Liver Disease, M. Rizzetto, ed, pgs 936-938
26. Troisi, C.L., F. B. Hollinger, and the Delta Hepatitis Study Group.  1997 "Interactions between hepatitis C and HIV in hemophiliacs:  Results of a 7- year follow-up study". Viral Hepatitis and Liver Disease, M. Rizzetto, ed., pgs 258-260.
27. Sönmez, E., C. Troisi, F.B. Hollinger, H-J. Lin, M. Naem. 1996. "Detection of Hepatitis C Virus RNA by PCR in Hemophiliac Patients".  Journal of Turgut Özal Medical Center 3: 294-298.
28. Sönmez, E., C. Troisi, F.B. Hollinger, H-J. Lin, M. Naem 1996.  "Screening of Blood Donors for HCV RNA by RT-PCR."  Journal of Turgut Özal Medical Center 3: 303-305.
29. Troisi, C.L., F.B. Hollinger, K. Hoots, C. Contant, J. Gill, M. Ragni, R. Parmley, C. Sexauer, E. Gomperts, G. Buchanan, B. Schwartz, S. Adair, H. Fields. 1993.  A multicenter study of viral hepatitis in a United States hemophilic population BLOOD 81: 412-418.
30. Troisi, C.L., F.B. Hollinger, K. Hoots et al.  1990.  Delta Hepatitis and Liver Disease in Hemophiliacs. Viral Hepatitis and Liver Disease.  Hollinger, FB, SM Lemon, and HS Margolis, eds.  Williams and Wilkins, Baltimore.  487-491.
31. Troisi, C.L. and F.B. Hollinger.  1987.  Current anti-HBc tests used to screen donors for non-A, non-B hepatitis are comparable to the original anti-HBc assay.  Transfusion 27: 438-440.
32. Hollinger, F.B., C.L. Troisi, D.A. Heiberg, Y. Sanchez, G.R. Dreesman, and J.L. Melnick. 1986. Response to a Hepatitis B Polypeptide Vaccine in Micelle Form in a Young Adult Population.  J. Med. Virol. 19: 229-240.
33. Pepe, P.E., F. B. Hollinger, C.L. Troisi, and D.A. Heiberg.  1986.  Viral Hepatitis Risk in Urban Emergency Medical Service Personnel. Ann. Emer. Med.  15: 454-457.
34. Hollinger, F.B., C.L. Troisi, and P.E. Pepe.  1986.  Anti-HBs Responses to Vaccination with a Human Hepatitis B Vaccine made by Recombinant DNA Technology in Yeast.  J. Infect. Dis. 151: 153-159.
35. Pepe, P.E., C.L. Troisi, D.A. Heiberg, and F.B. Hollinger.  1985.  Viral Hepatitis Risk in Urban EMS Personnel.  Ann. Emer. Med. 14: 513.
36. Troisi, C.L., D.A. Heiberg, and F.B. Hollinger.  1985.   Normal Immune Responses in Persons with Down's Syndrome to Hepatitis B Vaccine.  J.A.M.A. 254: 3196-3199.
37. Troisi, C.L. and F.B. Hollinger. 1985.  Detection of an IgM Anti-idiotype Directed Against Anti-HBs in Hepatitis B Patients. Hepatology 5: 758-762.
38. Chin, T., F.B. Hollinger, R. Rich, C.L. Troisi, G. Dreesman, and J.L. Melnick.  1983.  Cytotoxicity by NK-like Cells from Hepatitis B Immune Patients to a Human Hepatoma Cell Line Secreting HBsAg. J. Immunology 130: 173-180.
39. Troisi, C.L., and A.S. Monto.  1981.  Comparison of ELISA and HAI in a Seroepidemiological Study of Influenza, Type C Infection. J. Clin. Micro. 14: 516-521.

### BOOK CHAPTERS

40. Troisi, C.L. and F.B. Hollinger.  "Overview of Clinical Trials in Low Endemic Areas" In:  Hepatitis B Vaccines in Clinical Practice, Ronald Ellis, ed., marcel dekker, New York, p179-208, 1993.

41. Troisi, C.L. and F.B. Hollinger. "Hepatitis B Vaccines" In: Progress in Liver Disease, vol IX. H. Popper and F. Schaffner, eds, W.B. Saunders Co., Orlando, 1990

## INVITED TALKS, PRESENTATIONS, AND POSTER SESSIONS (LAST FOUR YEARS)

[redacted]

## NON-PEER REVIEWED PUBLICATIONS

[redacted] http://www.homelesshouston.org/wp-content/uploads/2012/08/2012-PIT-Executive-summary-final.pdf

2. Houston/Harris County/Ft Bend County Point–in-time Enumeration: 2013 Executive Summary [redacted] http://www.homelesshouston.org/wp-content/uploads/2014/06/2013-PIT-Executive-summary-final.pdf

3. Perceived Needs of Homeless Persons in Houston/Harris County, 2012 C. Troisi, R. D'Andrea Lee, [redacted]

[redacted] http://www.homelesshouston.org/wp-content/uploads/2016/06/2016-PIT-Executive-Summary-v4.pdf

[redacted] http://www.homelesshouston.org/wp-content/uploads/2017/06/2017-Executive-Summary-Final-revised-after-HUD-review.pdf

[redacted] http://www.homelesshouston.org/wp-content/uploads/2018/05/052418-Final-2018-Homeless-Count-Executive-Summary.pdf

[redacted] http://www.homelesshouston.org/wp-content/uploads/2019/05/2019-PIT-Report-Final.pdf

[redacted] https://irp-cdn.multiscreensite.com/2d521d2c/files/uploaded/FINAL%202020%20PIT%20Report_Pgs.pdf

[redacted]

READER ESSAYS AND LETTERS TO THE EDITOR (LTE) ON PUBLIC HEALTH TOPICS:

[redacted]

14. Public Health Prevention Fund, C. Troisi, Austin Statesman June 2017
15. Better Care Reconciliation Act and Prevention Fund, C. Troisi, Houston Chronicle, June 2017
16. ACA and Public Health funding (LTE), C. Troisi, Houston Chronicle, September 2017
17. What should you do if told to self-quarantine, P Bray and C. Troisi, Houston Chronicle, March 2020
18. A Deficit in Public Health workers is no way to fight covid-19. R. Wilson, C. Troisi, T Gary-Webb Stat News.com, April 2020  https://www.statnews.com/2020/04/05/deficit-public-health-workers-no-way-to-fight-covid-19/
19. You may have coronavirus even with a negative test.  C. Troisi and A. Khoei  Houston Chronicle April 2020 https://www.houstonchronicle.com/opinion/outlook/article/You-may-have-coronavirus-even-with-negative-test-15213226.php
20. Support public health epidemiologists to end this.  C. Troisi, R. Taylor-Wilson, T. Gary-Webb Houston Chronicle April 2020 https://www.houstonchronicle.com/opinion/outlook/article/Support-public-health-epidemiologists-to-end-this-15224654.php
21. Why we're not ready to require "immunity passports"  C. Troisi and A. Khoei  June 2020 Austin American-Statesman https://www.statesman.com/opinion/20200603/opinion-why-were-not-ready-to-require-immunity-passports "

**INVITED LEGISLATIVE TESTIMONY**

**EXPERT TESTIMONY**

1. Texas 21st Judicial District, Travis County, Texas Democratic Party, et al vs. Dana Debeauvoir and the State of Texas, April 2020

**EDITORIAL AND REVIEW ACTIVITIES**

**GUEST EDITOR**

- International Journal of Environmental Research and Public Health special issue "Emerging and Reemerging Infectious Diseases" 2019

**JOURNAL REVIEWER**

- Review manuscripts for Cancer Epidemiology, Biomarkers and Prevention, Journal of Leadership Studies, Journal of Pediatric Infectious Diseases, Texas Public Health Journal, Journal of Infectious Diseases, Annals of Internal Medicine, JAMA, Journal of Immunology, Journal of Medical Virology,

Gastroenterology, Journal of Hepatology, American Journal of Tropical Medicine, Health and Place, Evaluation Reviews, and others 1983 – present

### ORGANIZATION OF NATIONAL OR INTERNATIONAL CONFERENCES/SYMPOSIA

- Member, Planning Committee, 2005 National HIV Prevention Conference sponsored by CDC, Atlanta, June, 2005; also reviewed abstracts for this committee
- US Conference on AIDS 2005, scheduled be held in Houston, TX October 2005, Chair, Abstract Committee, (event was canceled due to Hurricane Rita)
- Foundation for International AIDS Research and Education International Conference, to be held in Houston, TX 2005, Vice co-chair, National Planning Committee
- International Symposium on Viral Hepatitis and Liver Disease, Houston, TX, Session Chair, April 1990
- International Symposium on Viral Hepatitis and Liver Disease, Houston, TX 1990, Member Local Planning Committee

### PROFESSIONAL MEMBERSHIP/ACTIVITIES
### PROFESSIONAL SOCIETY ACTIVITIES, WITH OFFICES HELD

- Local/State
  - Texas Public Health Association, 2004 - present
    - Governing Council 2010 - 2016
    - Member, 2011 Annual Educational Conference Planning Committee
    - Chair, Administration/Management Section, 2008 - 2010
  - Member (ex officio), Public Health Accreditation Council of Texas, 2008 -2010
  - Co-Chair, Houston Viral Hepatitis Task Force, 2017 to 2019
    - Science Officer, 2019 - present
  - Houston HIV Monitoring Project Advisory Committee, 2005 – present
  - Enhanced Comprehensive HIV Prevention Plan (ECHPP) Scientific Advisory Council Meeting, 2011 – present

- National
  - Member, National Association of City and County Health Officials, Epidemiology Workgroup, 2009 – 2019
  - Elected to Executive Board, American Public Health Association – 2017 - 2021
  - Member, American Public Health Association, 2004 - present
    - Governing Counselor, Epidemiology Section, 2008 - 2015
    - Chair, Social Committee, Epidemiology Section, 2010
    - Co-Chair, Programming Committee, Epidemiology Section, 2011 – 2013
    - Member, Action Board, 2013- present; chair-elect 2016
    - Member, Joint Policy Committee, 2014-present, co-chair 2016
  - Member, American Association for the Advancement of Science, 1980 - present
  - Elected to Sigma Xi (Scientific Honor Society), member, 1979 – present

- International
  - Board Member, International Network for Epidemiology in Policy, 2019 -present

**COURSES TAUGHT, LAST THREE YEARS:**

- PH 2998 Shoe Leather Epidemiology
  - Sole instructor
  - Spring Semester, 2019
- PH 3620, Principles and Practice of Public Health
  - Sole instructor
  - Fall semester, 2013-18
- PH 3998, CHP Core II
  - Sole instructor
  - Spring semester, 2016
- PH 5220, Gender and Leadership
  - Co-taught with Dr. E. Gammon, 2013, Sole instructor, 2014-19
  - Spring semester, 2013-2018
- PHD 3950, Advanced Leadership
  - Sole instructor
  - Spring semester, 2013-2015, 2019
- Capstone Class
  - Sole Instructor
  - Summer semester, 2017
- Proposal Development
  - Co-taught
  - Fall 2016, Spring 2017. Fall, 2019

**STUDENTS ADVISED, LAST THREE YEARS:**
MPH STUDENTS, ACADEMIC ADVISOR (YR, IF GRADUATED)

1. Bao, Thomas – Community Health Practice
2. Berringer, Jennifer – Community Health Practice
3. Bleiweiss, Katelyn – Community Health Practice - 2017
4. Borden, Alisha Nakia - Community Health Practice
5. Brown, Jourdan – Epidemiology - 2019
6. Chau, Dennis - Epidemiology
7. Chee, Allyson - Epidemiology -2018
8. Chima, Nneka – Community Health Practice - 2017
9. Hackett, Gabrielle, Community Health Practice
10. Hornstein, Benjamin – Epidemiology – committee member
11. Maners, Jillian – Epidemiology
12. Moher, Justin – Community Health Practice
13. Ng-Wing-Sheung, Chloe - Epidemiology
14. Ross, Lauren Elizabeth - Community Health Practice -2019
15. Ruff, Jeanne Christine – Epidemiology - 2018
16. Shah, Joel – Community Health Practice -2019
17. Spieler, Zoe - Epidemiology
18. Swamy, Padma – Community Health Practice – 2017
*Pasadena-PAHC Study of Social Determinants of Health*

19. Trevino, Marcus – Epidemiology

20. Tovar-Yanez, Angel – Epidemiology
21. Veerati, Tejaswi –Community Health Practice 2018
22. Villazana, Rita – Community Health Practice
23. Walker, Rachel – Community Health Practice

MS STUDENTS (ROLE INDICATED BELOW)

24. Markert, Brandi -Epidemiology (academic advisor)  2018

*Usage and Awareness of Pre-Exposure Prophylaxis among MSM:  Houston, 2014*

25. Delgado, Nicole - Epidemiology (academic advisor) 2018
*Investigation of Hantavirus and Leptospirosis as Possible Contributing Causes of Unexplained Kidney Disease Epidemic in Nicaragua*

DRPH STUDENTS (ROLE AND YEAR, IF GRADUATED, INDICATED BELOW)

26. Dierschke, Nicole Adele – Community Health Practice, committee member
27. Ekworumadu, MarCia – Community Health Practice, academic advisor
28. Guerrero, Rosalia – Community Health Practice, academic advisor
29. Gruenenwald, Paul – Community Health Practice, academic advisor
30. Jackson, Haley Dyanne - Community Health Practice, academic advisor – 2019

*Redesigning care:  evaluation of a postpartum depression screening and treatment program in obstetric clinics in Houston, Texas*

31. Dayoung, Jung – Epidemiology, committee member
32. Rallapalli, Vijayashri - Community Health Practice, academic advisor
33. Sokale, Itunu – Community Health Practice, academic advisor
34. Zangeneh, Ana - Community Health Practice, academic advisor


PHD STUDENTS (ROLE INDICATED BELOW)

35. Cunningham, Raven - Behavioral Science, dissertation committee member Spring 2017
    *Depression screening using smartphone technologies: A data driven approach*
36. Erickson, Timothy – Epidemiology, committee member
37. Haag, Austin Jade - Management, dissertation committee member Spring 2017
 *Treatment Patterns and Cost Effectiveness of Adjuvant Chemotherapy Sequences among Resected Gastric Adenocarcinoma Patients:  A Retrospective Analysis of Medicare Claims Data*

38. Lopez, Melissa Stephanie – Epidemiology, academic advisor
*39.* Pelletier, Jamie – Epidemiology, dissertation committee member
40. Sanchez, Ricci - Management, dissertation committee member 2018
    *Navigating Health Disparities in Federally Qualified Health Centers' (FQHC) Patient-Centered Medical Homes*
41. Sandoval, Micaela – Epidemiology
*42.* Tooker-Blue, Health – Epidemiology, committee member
*43.* Tremblay, Jacqueline – Epidemiology, academic advisor
44. Uppal, Tanu – Environmental Sciences, committee member
45. Watkins, Kellie Lee - Epidemiology, academic advisor 2018
    *Quantifying the Impact of HIV Surveillance and Care Systems on Relinkage to Care*