ETHAN P. DAVIS
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' NOTICE REGARDING EX PARTE APPLICATION TO INTERVENE, ECF No. 854** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

On July 20, 2020, Proposed Intervenors filed an Ex Parte Application for Leave to Intervene in the above-captioned action. Application, ECF No. 854. The Application states that Proposed Intervenors notified the government of the proposed filing, and explains that the government stated that it could not take a position on the motion without additional information about the basis for the intervention. Application at ii; Declaration of Manoj Govindaiah, ECF No. 856 at ¶ 8. However, Proposed Intervenors did not comply with Local Rule 7.19-1 and the Court's Procedures with regard to *Ex Parte* Applications because they did not inform the government regarding the 24 hour timeframe for the government's response, nor did they inform the Court that the government had reserved its right to assert a position and to file a response to the Application once it had the opportunity to see Proposed Intervenor's filing and learn the basis for the proposed intervention. *Id.* Having now reviewed the filing, and given the complexity of the issues involved, the government requests 48 hours to consider whether to file a response and to file that response, until 5pm Pacific Time on July 22, 2020.

///

///

///

DATED: July 21, 2020  Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 21, 2020, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants