MICHAEL J. STORTZ (SBN 139836)
mstortz@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
580 California Street, Suite 1500
San Francisco, CA 94104
Telephone:   415-765-9500
Facsimile:   415-765-9501

BRETT M. MANISCO (SBN 315381)
bmanisco@akingump.com
**AKIN GUMP STRAUSS HAUER & FELD LLP**
1999 Avenue of the Stars, Suite 600
Los Angeles, CA 90067-6022
Telephone:   310.229.1000
Facsimile:   310.229.1001

**REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES**
MANOJ GOVINDAIAH (*Pro Hac Vice Forthcoming*)
manoj.govindaiah@raicestexas.org

**ALDEA – THE PEOPLE'S JUSTICE CENTER**
BRIDGET CAMBRIA (*Pro Hac Vice Forthcoming*)
bridget@aldeapjc.org

Attorneys for Proposed Plaintiffs-Intervenors
B.L.N., D.F.L.G., and W.B.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al., | Case No. 2:85-cv-04544-DMG-AGRx |
| Plaintiffs, | [Judge: Hon. Dolly M. Gee] |
| vs. | **STATEMENT OF NON-OPPOSITION TO REQUEST FOR ADDITIONAL TIME TO RESPOND** |
| EDWIN MEESE, et al., | |
| Defendants. | Date Action Filed: July 11, 1985 |

Proposed Plaintiffs-Intervenors do not oppose Defendants' request [Doc. # 859] to extend to July 22, 2020 at 5 p.m. Pacific time the deadline for the parties – Plaintiffs or Defendants – to file any response to the *ex parte* application to intervene.

However, as Proposed Plaintiffs-Intervenors prepared their *ex parte* application, it became abundantly clear that – as expected – the issues identified in the application have grown more urgent. As reported in the *O.M.G. v. Wolf* action, four additional positive cases have been identified at the Karnes and Dilley FRCs. *See* July 20, 2020 Notice of COVID-19 Positive Cases, attached as Ex. H to Decl. of M. Govindaiah [Doc. # 858-8].

Accordingly, Proposed Plaintiffs-Intervenors respectfully request that any extension of the parties' deadline to respond be limited to July 22, 2020 at 5 p.m. Pacific.

Respectfully submitted,

Dated:  July 21, 2020

**AKIN GUMP STRAUSS HAUER & FELD LLP**
Michael J. Stortz
Brett M. Manisco

**REFUGEE AND IMMIGRANT CENTER FOR EDUCATION AND LEGAL SERVICES**
Manoj Govindaiah (*Pro Hac Vice Forthcoming*)

**ALDEA – THE PEOPLE'S JUSTICE CENTER**
Bridget Cambria (*Pro Hac Vice Forthcoming*)

By   */s/ Michael J. Stortz*
Michael J. Stortz
Attorneys for Proposed Plaintiffs-Intervenors
B.L.N., D.F.L.G., and W.B.

# CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On July 21, 2020, I served the foregoing document(s) described as: **STATEMENT OF NON-OPPOSITION TO REQUEST FOR ADDITIONAL TIME TO RESPOND**, on the interested party(ies) below, using the following means:

| | |
|---|---|
| Marchela Iahdjian<br>Center for Human Rights and Constitutional Law<br>256 South Occidental Boulevard<br>Los Angeles, CA 90057 | Peter D Keisler<br>Office of the Immigration Litigation - Civil Litigation<br>US Department of Justice<br>PO Box 878<br>Ben Franklin Station<br>Washington, DC 20044 |

☒ BY UNITED STATES MAIL. I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.

☒ (FEDERAL) I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 21, 2020, at San Francisco, California.

_Suzanne G. Martinson_
Suzanne G. Martinson