## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

Jenny L. Flores, et al.

Plaintiff(s)

v.

William P. Barr, et al.

Defendant(s).

CASE NUMBER:

2:85-cv-04544-DMG-AGR

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

_____ Jenny L. Flores, et al. _____   X  Plaintiff   ☐ Defendant   ☐ Other _____
        *Name of Party*

to withdraw ___Carter C. White_____ who is

        X   Retained Counsel      ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

One Shields Avenue, Bldg. TB-30_____
                                        *Street Address*

____Davis, CA 95616_____              ccwhite@ucdavis.edu
            *City, State, Zip*                            *E-Mail Address*
(530) 752-5440                    (530) 752-5788                    ___164149___
_____            _____            _____
*Telephone Number*                   *Fax Number*                   *State Bar Number*

**is hereby**      ☐ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____              _____
                                              U. S. District Judge/U.S. Magistrate Judge