**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

Jenny L. Flores, et al.

Plaintiff(s)

v.

William P. Barr, et al.

Defendant(s).

CASE NUMBER:
2:85-cv-04544-DMG-AGR

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Jenny L. Flores, et al.__   X Plaintiff ☐ Defendant ☐ Other _____
*Name of Party*

to withdraw   Holly Cooper, Daisy Felt and Monica Julian of UC Davis Immigration Law Clinic   who are

X   Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

One Shields Avenue, TB-30
*Street Address*

Davis, CA 95616                                          hscooper@ucdavis.edu
*City, State, Zip*                                            *E-Mail Address*

(530) 752-6942                                                      197626
*Telephone Number*          *Fax Number*          *State Bar Number*

**is hereby**   ☐ GRANTED  ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                            _____
                                                                  U. S. District Judge/U.S. Magistrate Judge