**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et al.<br>*Plaintiff(s)*<br>v.<br>William P. Barr, et al.<br>*Defendant(s).* | CASE NUMBER:<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

Jenny L. Flores, et al.     X  Plaintiff     ☐ Defendant     ☐ Other
*Name of Party*

to withdraw Carter C. White who is

X   Retained Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

One Shields Avenue, Bldg. TB-30
*Street Address*

Davis, CA 95616      hscooper@ucdavis.edu
*City, State, Zip*                                                                                 *E-Mail Address*

197626
*Telephone Number*                       *Fax Number*                              *State Bar Number*


**is hereby     X  GRANTED          ☐ DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 22, 2020

*/s/ Dolly M. Gee*
Dolly M. Gee, U. S. District Judge