**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et al.<br>*Plaintiff(s)*<br>v.<br>William P. Barr, et al.<br>*Defendant(s).* | CASE NUMBER:<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

     __Jenny L. Flores, et al.__     X  Plaintiff   ☐ Defendant  ☐ Other _____
           *Name of Party*

to withdraw   __Holly Cooper__   who is

     X   Retained Counsel       ☐ Counsel appointed by the Court (Criminal cases only)       ☐ Pro Se

__One Shields Avenue, TB-30__
                              *Street Address*

__Davis, CA 95616__                                                                           hscooper@ucdavis.edu
        *City, State, Zip*                                                                                    *E-Mail Address*

                                                                                                                               __197626__
        *Telephone Number*                                  *Fax Number*                                  *State Bar Number*


**is hereby**     X  GRANTED         ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 22, 2020

*(signed)* Dolly M. Gee
Dolly M. Gee, U. S. District Judge