# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et. al.<br><br>v.                                         Plaintiff(s)<br><br>WILLIAM BARR, et. al.<br><br>                                                 Defendant(s). | CASE NUMBER<br><br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cambria, Bridget
*Applicant's Name (Last Name, First Name & Middle Initial)*

(610) 451-1792         (484) 772-8003
*Telephone Number*      *Fax Number*

bridget@aldeapjc.org
*E-Mail Address*

of

Aldea - The Pepole's Justice Center
532 Walnut Street
Reading, PA 19601

*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

B.L.N., D.F.L.G., and W.B.

*Name(s) of Party(ies) Represented*   [x] Plaintiff(s)   [ ] Defendant(s)   [ ] Other: _____

and designating as Local Counsel

Manisco, Brett M.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 318351     (310) 229-1000     (310) 229-1001
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

bmanisco@akingump.com
*E-Mail Address*

of

AKING GUMP STRAUSS HAUER & FELD LLP
1999 Avenue of the Stars, Suite 600
Los Angeles, CA  90067-6022

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

[x] **GRANTED.**
[ ] **DENIED:** [ ] for failure to pay the required fee.
  [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  [ ] for failure to complete Application: _____
  [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
  [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT** the Application fee, if paid: [ ] be refunded   [x] not be refunded.

Dated      July 22, 2020

*/s/ Dolly M. Gee*
**Dolly M. Gee, U.S. District Judge**