**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et al.<br>Plaintiff(s)<br>v.<br>William P. Barr, et al.<br>Defendant(s). | CASE NUMBER:<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Jenny L. Flores, et al.__   X Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to withdraw  __Katherine H. Manning__  who is

X   Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

__4 North Second Street, Suite 1300__
*Street Address*

__San Jose, CA 95113__                                    __kate.manning@lawfoundation.org__
*City, State, Zip*                                                             *E-Mail Address*

__(408) 280-2437__                                             __229233__
*Telephone Number*            *Fax Number*                  *State Bar Number*

as attorney of record

**is hereby**    X GRANTED         DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 22, 2020

*(signed)* Dolly M. Gee
Dolly M. Gee, U. S. District Judge

G-01 ORDER (09/17)   **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**