**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et. al<br><br>Plaintiff(s)<br><br>v.<br><br>William P. Barr, et al.<br><br>Defendant(s) | CASE NUMBER<br><br>2:85-cv-04544-DMG-ARG<br><br>**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Jenny L. Flores__   ☑ Plaintiff  ☐ Defendant  ☐ Other
*Name of Party*

to withdraw __Daisy O. Felt__ who is

☑ Retained Counsel   ☐ Counsel appointed by the Court (Criminal cases only)   ☐ Pro Se

One Shields Avenue, TB-30
*Street Address*

Davis, CA                                   dofelt@ucdavis.edu
*City, State, Zip*                          *E-Mail Address*

(916) 508-5090                                                           307958
*Telephone Number*        *Fax Number*        *State Bar Number*

**is hereby**   ☐ GRANTED   ☐ DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____                    _____
                                                U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17)   **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**