# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

Jenny L. Flores, et. al

**Plaintiff(s)**

v.

William P. Barr, et al.

**Defendant(s)**

CASE NUMBER

2:85-cv-04544-DMG-ARG

**(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**

The Court hereby orders that the request of:

__Jenny L. Flores__    ☑ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to withdraw __Monica J. Julian_____ who is

☑ Retained Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

__One Shields Avenue, TB-30__
*Street Address*

__Davis, CA__                               __mjulian@ucdavis.edu__
*City, State, Zip*                          *E-Mail Address*

__707-291-5613__        _____        __265075__
*Telephone Number*       *Fax Number*        *State Bar Number*

**is hereby**    **GRANTED**    **DENIED**
                 ☐           ☐

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____    _____
                                  U. S. District Judge/U.S. Magistrate Judge

G–01 ORDER (09/17) **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**