**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et. al<br>Plaintiff(s)<br>v.<br>William P. Barr, et al.<br>Defendant(s) | CASE NUMBER<br>CV 85-4544-DMG (ARGx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Jenny L. Flores__         ☑ Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to withdraw  __Daisy O. Felt__ who is

☑ Retained Counsel  ☐ Counsel appointed by the Court (Criminal cases only)  ☐ Pro Se

One Shields Avenue, TB-30
*Street Address*

Davis, CA                                      dofelt@ucdavis.edu
*City, State, Zip*                              *E-Mail Address*

(916) 508-5090                                                          307958
*Telephone Number*           *Fax Number*                  *State Bar Number*

**is hereby**      X **GRANTED**      **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 22, 2020                          /s/ Dolly M. Gee
                                              Dolly M. Gee, U. S. District Judge