**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et al.<br>*Plaintiff(s)*<br>v.<br>William P. Barr, et al.<br>*Defendant(s).* | CASE NUMBER:<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

    Jenny L. Flores, et al.    X Plaintiff ☐ Defendant ☐ Other
*Name of Party*

to withdraw   Monica Julian   who is

    X   Counsel    ☐ Counsel appointed by the Court (Criminal cases only)    ☐ Pro Se

One Shields Avenue, TB-30
*Street Address*

Davis, CA 95616        mjulian@ucdavis.edu
*City, State, Zip*        *E-Mail Address*

(530) 752-5440                           275075
*Telephone Number*    *Fax Number*    *State Bar Number*

as attorney of record

**is hereby**    X GRANTED    DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 22, 2020

*[signature: Dolly M. Gee]*
Dolly M. Gee, U. S. District Judge

G-01 ORDER (09/17) **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY**