# Exhibit 4



Peter Schey <pschey@centerforhumanrights.org>

# Final Version of Proposed Order + Declarations & Exhibits
9 messages

**Andrea Meza** <andrea.meza@raicestexas.org>                                                             Wed, Jun 17, 2020 at 6:51 PM
To: Peter Schey <pschey@centerforhumanrights.org>, Holly S Cooper <hscooper@ucdavis.edu>, Chapman Noam <chapmannoam@centerforhumanrights.org>, Jonathan P Mulligan <jpmulligan@ucdavis.edu>, Daisy O Felt <dofelt@ucdavis.edu>
Cc: Javier Hidalgo <javier.hidalgo@raicestexas.org>, Shalyn Fluharty <shay@caraprobono.org>, Stephanie Alvarez-Jones <stephanie@caraprobono.org>, Bridget Cambria <bridget.cambria@cambriaklinelaw.com>

Peter,

Attached are the finalized versions of the following documents:

- Proposed Order
- List of class members to be ordered released
- Declaration of Andrea Meza
    - accompanying exhibit list
- Declaration of Shalyn Fluharty
    - accompanying exhibit list
- Declaration of Bridget Cambria

We only consent to your submission of this evidence in its entirety with the attached Proposed Order.  We do not consent to your submission of any of this evidence with an order that differs in any way from the attached Proposed Order.

We do not consent to your submission of any of this evidence with any oral argument that suggests family separation or that mentions waiver of Flores rights.

If the Court asks how it can order release of children without causing family separation, we urge you to remind the Court of the following:

> This Court may order, and in fact has previously ordered prompt release of Class Member children.  Any question as to how the government complies with this Court's order is for the government, not Plaintiff's counsel or this Court, to decide.  The Proposed Order does not force ICE to separate Class Member minors from their parents which may violate other Settlement Agreements to which the government is bound.  Any custody decision for parents is within the discretion of the government and the government can make its own decisions about possible litigation strategy.  What is before the court, and in the Court's power to do, is order release of Class Members given ICE's continued indifference to the Court's previous orders and the current COVID-19 pandemic.

Peter, please remember that what we ask of you is simply to submit the attached Proposed Order.  Judge Gee may grant the order in substance but edit it as she sees fit.

Thank you,
Andrea
--



Andrea Meza

Exhibit 4
Page 8

Director of Family Detention Services
Refugee and Immigrant Center
for Education and Legal Services (RAICES)
2511 North Loop 1604 West, Suite 201
San Antonio, Texas 78258
Office Phone: (210) 226-7722 Ext. 200
Fax: (210) 610-6143
andrea.meza@raicestexas.org
www.raicestexas.org

   

PRIVILEGED AND CONFIDENTIAL ATTORNEY-CLIENT COMMUNICATION, ATTORNEY WORK PRODUCT AND ATTORNEY MENTAL IMPRESSIONS.
The information contained in this e-mail (along with any attachments) is intended only for the use of the individual to whom it is addressed and may contain privileged and/or confidential information that is exempt from disclosure by the Electronic Communications Privacy Act, 18 U.S.C. §§ 2510-2521. If the reader of this message is not the intended recipient, you are hereby notified that you should not read any further, and any dissemination, distribution, or copying of this communication is strictly prohibited. If you are the intended recipient, please be aware that forwarding this message to others may result in a waiver of these privileges. If you have received this e-mail in error, please immediately return this e-mail to the sender and delete it and any copies.

**7 attachments**

- **Peter edits June 16 2020 Proposed Order - AM edits 06-17-2020.docx**
  49K
- **Flores Class Members to be ordered released.pdf**
  44K
- **Andrea Meza Flores Declaration 06-17-2020.pdf**
  590K
- **Exhibits A-E.pdf**
  1140K
- **June 17 2020 Flores Declaration_FINAL.pdf**
  171K
- **6.17.2020 exhibits.pdf**
  1020K
- **Declaration of Bridget Cambria Flores (6.17.20) (003).pdf**
  369K

Exhibit 4
Page 9