NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org
            ndesai@youthlaw.org
            pjuneja@youthlaw.org
            fpitts@youthlaw.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following pages*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> William Barr, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **NOTICE OF PLAINTIFF COUNSEL'S NON-OPPOSITION TO PROPOSED PLAINTIFF-INTERVENORS' EX PARTE APPLICATION AND CONSENT TO PROPOSED PLAINTIFF-INTERVENORS' REQUESTED RELIEF** <br><br> [HON. DOLLY M. GEE] |

1  ORRICK, HERRINGTON & SUTCLIFFE LLP
2  Kevin Askew (Cal. Bar No. 238866)
   777 South Figueroa Street, Suite 3200
3  Los Angeles, CA 90017
4  Telephone: (213) 629-2020
   Email: kaskew@orrick.com
5
6  ORRICK, HERRINGTON & SUTCLIFFE LLP
   Elyse Echtman (Admitted *pro hac vice*)
7  Rene Kathawala (Admitted *pro hac vice*)
8  51 West 52nd Street
   New York, NY 10019-6142
9  Telephone: (212) 506-5000
10 Email: eechtman@orrick.com
           rkathawala@orrick.com
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD

PLEASE TAKE NOTICE that the undersigned attorneys, as co-counsel for class members in the above-captioned litigation, consent to the relief requested by Proposed Plaintiff-Intervenors B.L.N., D.F.L.G., and W.B. ("Proposed Plaintiff-Intervenors") and do not oppose the Ex Parte Application for Leave to Intervene submitted on July 20, 2020 (ECF 854).

In these extraordinary times, the undersigned attorneys have concluded that the Proposed Plaintiff-Intervenors have unique perspectives and access to accompanied class members detained in the Family Detention Centers at Berks Family Residential Center, Karnes County Residential Center, and South Texas Family Residential Center, in light of the COVID-19 pandemic. While we do not agree with the Proposed Plaintiff-Intervenors' position regarding overall inadequate representation, we have similar concerns as the Proposed Plaintiff-Intervenors regarding the proposed waiver protocol and strongly believe that the class would benefit from the involvement and active participation of the Proposed Plaintiff-Intervenors.

Dated:  July 23, 2020.

> NATIONAL CENTER FOR YOUTH LAW
> Leecia Welch
> Neha Desai
> Poonam Juneja
> Freya Pitts
>
> ORRICK, HERRINGTON & SUTCLIFFE LLP
> Kevin Askew
> Elyse Echtman
> Rene Kathawala
>
> */s/ Leecia Welch*
> Leecia Welch
> *Attorneys for Plaintiffs*

- 1 -

NOTICE OF PLAINTIFF COUNSEL'S NON-OPPOSITION TO PROPOSED PLAINTIFF-INTERVENORS' EX PARTE APPLICATION AND CONSENT TO PROPOSED PLAINTIFF-INTERVENORS' REQUESTED RELIEF
CV 85-4544-DMG-AGRx