ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email: Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | [Proposed] |
| v. | **ORDER STAYING PROCEEDINGS** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | **[Hon. Dolly M. Gee]** |
| Defendants. | |

THIS CAUSE comes before the Court upon the Defendants' *Ex Parte* Application to Stay all Proceedings.

UPON CONSIDERATION of the *Ex Parte* Application, and for the reasons set forth therein, the Court hereby ORDERS that these proceedings are stayed pending the resolution of the Application to for Leave to Intervene, ECF No. 854, filed by proposed intervenors, and the issues raised therein.

**IT IS SO ORDERED.**

DATED: _____, 2020.

                                                        _____
                                                        THE HONORABLE DOLLY M. GEE
                                                        UNITED STATES DISTRICT JUDGE