**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| Jenny L. Flores, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 85-4544-DMG (AGRx) |
| v. | |
| William P. Barr, et al. | **AMENDED ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>  Jenny L. Flores, et al.  </u>   X  Plaintiff  ☐Defendant  ☐ Other _____
*Name of Party*

to withdraw   <u>Katherine H. Manning and **Annette D Kirkham**</u> who are

   X   Counsel      ☐ Counsel appointed by the Court (Criminal cases only)    ☐Pro Se

<u>4 North Second Street, Suite 1300</u>
*Street Address*

<u>San Jose, CA 95113</u>                    <u>kate.manning@lawfoundation.org</u>
*City, State, Zip*                                                     *E-Mail Address*

<u>   (408) 280-2437   </u>         _____         <u>   229233   </u>
*Telephone Number*                       *Fax Number*                *State Bar Number*

as attorney of record

**is hereby**      X  GRANTED          DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 23, 2020

_____
Dolly M. Gee, U. S. District Judge