# Certificate of Admission
# To the Bar of Illinois

I, Carolyn Taft Grosboll, Clerk of the Supreme Court of Illinois, do hereby certify that

Manoj Gorantla Govindaiah

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/09/2006 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 21st day of July, 2020.

*Carolyn Taft Grosboll*

Clerk,
Supreme Court of the State of Illinois

# STATE BAR OF TEXAS



*Office of the Chief Disciplinary Counsel*

July 20, 2020


Re: Manoj Gorantla Govindaiah, State Bar Number 24094384


To Whom It May Concern:

This is to certify that Manoj Gorantla Govindaiah was licensed to practice law in Texas on April 02, 2015, and is an active member in good standing with the State Bar of Texas. "Good standing" means that the attorney is current on payment of Bar dues; has met Minimum Continuing Legal Education requirements; and is not presently under either administrative or disciplinary suspension from the practice of law.


This certification expires 30 days from the date, unless sooner revoked or rendered invalid by operation of rule or law.


Sincerely,

Seana Willing
Chief Disciplinary Counsel
SW/web



# The Florida Bar

**651 East Jefferson Street**
**Tallahassee, FL 32399-2300**

**Joshua E. Doyle**
**Executive Director**

**850/561-5600**
**www.FLORIDABAR.org**

State of Florida )

County of Leon )

In Re: 0098510
Manoj Gorantla Govindaiah
RAICES
802 Kentucky Ave
San Antonio, TX 78201-6123

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

The Florida Bar membership records indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **September 25, 2012**.

The Florida Bar membership records also indicate that The Florida Bar member above is an inactive member of The Florida Bar in good standing.

The Inactive status of The Florida Bar member above means that The Florida Bar member above is not eligible to practice law in the state of Florida.

Dated this <u>20th</u> day of **July**, **2020**.

Cynthia B. Jackson, CFO
Administration Division
The Florida Bar

PG:R12:Inactive
CTM-93890