CERTIFICATE OF SERVICE

STATE OF CALIFORNIA, COUNTY OF SAN FRANCISCO

I am employed in the County of San Francisco, State of California. I am over the age of 18 and not a party to the within action; my business address is: 580 California Street, Suite 1500, San Francisco, California 94104. On July 24, 2020, I served the foregoing document(s) described as:

1. **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** ; and

2. **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

on the interested party(ies) below, using the following means:

| | |
|---|---|
| Marchela Iahdjian<br>Center for Human Rights and Constitutional Law<br>256 South Occidental Boulevard<br>Los Angeles, CA 90057 | Peter D Keisler<br>Office of the Immigration Litigation - Civil Litigation<br>US Department of Justice<br>PO Box 878<br>Ben Franklin Station<br>Washington, DC 20044 |

☒ BY UNITED STATES MAIL. I enclosed the documents in a sealed envelope or package addressed to the respective address(es) of the party(ies) stated above and placed the envelope(s) for collection and mailing, following our ordinary business practices. I am readily familiar with the firm's practice of collection and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid at San Francisco, California.

**All parties identified for Notice of Electronic Filing generated by the Court's CM/ECF system under the referenced case caption and number**

☒ BY ELECTRONIC MAIL OR ELECTRONIC TRANSMISSION. Based on a court order or an agreement of the parties to accept service by e-mail or electronic transmission, I caused the document(s) to be sent to the respective e-mail address(es) of the party(ies) as stated above.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on July 24, 2020, at San Francisco, California.

*Suzanne G. Martinson*
_____
Suzanne G. Martinson