| Det Location | A-Number | Last Name | First Name | Country of Citizenship Code | Book-In Date | Birth Date | Age | Age Group | Final Order Date ("as of" 7/18/20) | Case Category |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | HAITI | 6/28/2020 | | 1 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | CHILE | 6/30/2020 | | 1 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | CHILE | 6/30/2020 | | 1 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | CHILE | 6/30/2020 | | 1 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 7/1/2020 | | 1 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 3/10/2020 | | 2 | 0 to 5 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 3/26/2020 | | 2 | 0 to 5 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | KYRGY | 6/6/2020 | | 2 | 0 to 5 | | [8A] Excludable / Inadmissible - Hearing Not Commenced |
| | | | | CHILE | 6/30/2020 | | 2 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 3/5/2020 | | 3 | 0 to 5 | 6/10/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | DECON | 6/28/2020 | | 3 | 0 to 5 | | [8K] Expedited Removal Terminated due to Credible Fear Finding / NTA Issued |
| | | | | DECON | 6/29/2020 | | 3 | 0 to 5 | | [8K] Expedited Removal Terminated due to Credible Fear Finding / NTA Issued |
| | | | | CHILE | 6/30/2020 | | 3 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 2/24/2020 | | 4 | 0 to 5 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 6/30/2020 | | 4 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | BRAZI | 6/30/2020 | | 4 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 6/30/2020 | | 4 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 3/10/2020 | | 5 | 0 to 5 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | DECON | 6/28/2020 | | 6 | 6 to 13 | | [8K] Expedited Removal Terminated due to Credible Fear Finding / NTA Issued |
| | | | | INDIA | 4/11/2020 | | 7 | 6 to 13 | 5/18/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 2/24/2020 | | 8 | 6 to 13 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 6/30/2020 | | 9 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 4/11/2020 | | 10 | 6 to 13 | 5/18/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 6/30/2020 | | 12 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 3/26/2020 | | 13 | 6 to 13 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ANGOL | 6/29/2020 | | 14 | 14 to 17 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | INDIA | 3/26/2020 | | 16 | 14 to 17 | 4/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ECUAD | 2/28/2020 | | 1 | 0 to 5 | 3/20/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | CHILE | 3/18/2020 | | 1 | 0 to 5 | 3/15/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 9/11/2019 | | 2 | 0 to 5 | 10/17/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 10/5/2019 | | 2 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/9/2020 | | 2 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/9/2020 | | 2 | 0 to 5 | 3/26/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/22/2019 | | 3 | 0 to 5 | 9/18/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/29/2019 | | 3 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/29/2019 | | 3 | 0 to 5 | | [8F] Expedited Removal |
| | | | | HONDU | 9/14/2019 | | 3 | 0 to 5 | 9/30/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 9/14/2019 | | 3 | 0 to 5 | 9/30/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | BRAZI | 10/5/2019 | | 3 | 0 to 5 | 9/30/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | CHILE | 3/11/2020 | | 3 | 0 to 5 | 3/6/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | CHILE | 3/18/2020 | | 3 | 0 to 5 | 3/14/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/31/2019 | | 4 | 0 to 5 | 10/3/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/1/2019 | | 4 | 0 to 5 | 8/30/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 12/17/2019 | | 4 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/4/2020 | | 4 | 0 to 5 | 3/25/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/4/2020 | | 4 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/9/2020 | | 4 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/30/2019 | | 5 | 0 to 5 | 9/19/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 9/28/2019 | | 5 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 10/9/2019 | | 5 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ECUAD | 3/15/2020 | | 5 | 0 to 5 | 3/9/2020 | |
| | | | | GUATE | 4/4/2020 | | 5 | 0 to 5 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/30/2019 | | 6 | 6 to 13 | 9/23/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/30/2019 | | 6 | 6 to 13 | 9/19/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/14/2019 | | 6 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 9/16/2019 | | 6 | 6 to 13 | 11/4/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ECUAD | 1/19/2020 | | 6 | 6 to 13 | 2/5/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/2/2020 | | 6 | 6 to 13 | 3/11/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/4/2020 | | 6 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/9/2020 | | 6 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/9/2020 | | 6 | 6 to 13 | 3/31/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/30/2019 | | 7 | 6 to 13 | 8/29/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/31/2019 | | 7 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 9/3/2019 | | 7 | 6 to 13 | 9/23/2019 | [8F] Expedited Removal |
| | | | | HONDU | 9/11/2019 | | 7 | 6 to 13 | 10/3/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/4/2020 | | 7 | 6 to 13 | 3/25/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/27/2019 | | 8 | 6 to 13 | 9/18/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/27/2019 | | 8 | 6 to 13 | 9/30/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/29/2019 | | 8 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 9/28/2019 | | 8 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 10/6/2019 | | 8 | 6 to 13 | | [8F] Expedited Removal |
| | | | | ECUAD | 1/19/2020 | | 8 | 6 to 13 | 2/5/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 3/5/2020 | | 8 | 6 to 13 | 3/25/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/2/2020 | | 8 | 6 to 13 | 3/11/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/28/2020 | | 8 | 6 to 13 | 11/14/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/27/2019 | | 9 | 6 to 13 | 9/18/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/18/2019 | | 9 | 6 to 13 | 11/4/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 10/19/2019 | | 9 | 6 to 13 | 10/17/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/11/2019 | | 10 | 6 to 13 | 10/17/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 10/8/2019 | | 10 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ECUAD | 1/19/2020 | | 10 | 6 to 13 | 2/5/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 3/5/2020 | | 10 | 6 to 13 | 3/25/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/22/2019 | | 11 | 6 to 13 | 9/12/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/22/2019 | | 11 | 6 to 13 | 8/20/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/27/2019 | | 11 | 6 to 13 | 8/26/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HAITI | 3/11/2020 | | 11 | 6 to 13 | 3/6/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 10/6/2019 | | 12 | 6 to 13 | | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/2/2020 | | 12 | 6 to 13 | 3/11/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | NICAR | 8/27/2019 | | 13 | 6 to 13 | 9/30/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ELSAL | 8/31/2019 | | 13 | 6 to 13 | 10/3/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/18/2019 | | 13 | 6 to 13 | 11/4/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 8/30/2019 | | 14 | 14 to 17 | 9/23/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/10/2019 | | 14 | 14 to 17 | 9/9/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 9/26/2019 | | 14 | 14 to 17 | 10/8/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 10/8/2019 | | 14 | 14 to 17 | 12/11/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | GUATE | 4/2/2020 | | 14 | 14 to 17 | 3/11/2020 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 8/29/2019 | | 15 | 14 to 17 | 10/17/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/11/2019 | | 15 | 14 to 17 | 10/3/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | HONDU | 9/18/2019 | | 17 | 14 to 17 | 11/4/2019 | [8G] Expedited Removal - Credible Fear Referral |
| | | | | ECUAD | 2/24/2020 | | 17 | 14 to 17 | 2/23/2020 | [8G] Expedited Removal - Credible Fear Referral |