# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNY L. FLORES, et. al.

Plaintiff(s)

v.

WILLIAM BARR, et. al.

Defendant(s).

CASE NUMBER

CV 85-4544-DMG (AGRx)

**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE***

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Govindaiah, Manoi G.      of   Refugee and Immigrant Center for Education and Legal Services (RAICES)
*Applicant's Name (Last Name, First Name & Middle Initial)*   802 Kentucky Avenue
(210) 787-3745     (210) 787-3745                             San Antonio, TX  78201
*Telephone Number*   *Fax Number*
Manoi.Govindaiah@raicestexas.org
*E-Mail Address*                                              *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
B.L.N., D.F.L.G., and W.B.

*Name(s) of Party(ies) Represented*   [x] Plaintiff(s)  [ ] Defendant(s)  [ ] Other: _____

**and designating as Local Counsel**

Manisco, Brett M.      of   AKING GUMP STRAUSS HAUER & FELD LLP
*Designee's Name (Last Name, First Name & Middle Initial)*    1999 Avenue of the Stars, Suite 600
SBN 318351   (310) 229-1000   (310) 229-1001                  Los Angeles, CA  90067-6022
*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*
bmanisco@akingump.com
*E-Mail Address*                                              *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[x] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
            [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            [ ] for failure to complete Application: _____
            [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
            [ ] because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated    July 24, 2020                                    /s/ Dolly M. Gee
                                                          Dolly M. Gee, U.S. District Judge