UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | **[PROPOSED] ORDER** |
| v. | |
| WILLIAM BARR, Attorney General of the United States, *et al.*, | [HON. DOLLY M. GEE] |
| Defendants. | |

/ / /

Pursuant to Local Rule 7-19, Defendants have moved *ex parte* for a stay of the Court's Order of June 26, 2020. [Doc. # 879]. Plaintiffs have responded to the *ex parte* application. [Doc. # ___]. For good cause shown, as set forth in the parties' filings, Defendants' *ex parte* application is *granted in part and denied in part*.

It is ORDERED that:

1. On or before _____, the parties shall submit their joint report to the Court with draft written advisals and other protocols to inform detained guardians/parents about minors' rights under the FSA and obtain information regarding, and procedures for placement with, available and suitable sponsors, and a description of whatever differences they have regarding the advisal or the procedures;

2. any *amici* may within seven days of the parties' filing of their joint report comment on the parties' submission, and/or meet and confer with the parties or the Special Master regarding their concerns, if any;

3. the parties may file any responses they may have to any comments filed by any *amici* party within five days of *amici's* filing(s);

4. within seven (7) days of the Court issuing any Order setting forth proper written advisals to inform detained guardians/parents about minors' rights under the FSA and obtain information regarding, and procedures for placement with, available and suitable sponsors, Defendants shall commence implementation of the Order;

5. one month after implementation of a proper advisal to inform detained guardians/parents about minors' rights under the FSA and obtain information regarding, and procedures for placement with, available and suitable sponsors, the parties shall submit a joint report on implementation of the Court's Order and may. propose modifications to the written advisals or the procedures to obtain information regarding, and procedures for placement with, available and suitable sponsors.

IT IS SO ORDERED.

CV 85-4544-DMG-AGRx

Dated:  July __, 2020.

_____
Dolly M. Gee
United States District Judge

Submitted by:


CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey
*Attorneys for Plaintiffs*

*/ / /*

2

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

CERTIFICATE OF SERVICE

I hereby certify that on July 24, 2020, I served the foregoing

**PLAINTIFFS' RESPONSE TO DEFENDANTS' EX PARTE APPLICATION**

on all counsel of record by means of the District Clerk's CM/ECF electronic

filing system.

                                       */s/ Peter Schey*
                                       PETER SCHEY
                                       Center for Human Rights and
                                       Constitutional Law
                                         Attorney for Plaintiffs

CV 85-4544-DMG-AGRX