CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> **PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO FILE JUVENILE COORDINATOR REPORTS UNDER SEAL** <br><br> Hearing:  None <br> [HON. DOLLY M. GEE] |

///

*Plaintiffs' counsel continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500
Email: srosenbaum@law.berkeley.edu

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (208741)
Neha Desai (CAL. RLSA NO. 803161)
Poonam Juneja (300848)
Freya Pitts (295878)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email:  lwelch@youthlaw.org, ndesai@youthlaw.org
        pjuneja@youthlaw.org, fpitts@youthlaw.org

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman
51 West 52nd Street
New York, NY  10019-6142
Telephone:  212/506-3753
Email:      eechtman@orrick.com

/ / /

PLAINTIFFS' RESPONSE TO DEFENDANTS
EX PARTE APPLICATION
CV 85-4544-DMG-AGRX

Pursuant to Local Rule 7-19, Defendants have moved *ex parte* for Leave to File Under Seal Portions of the Juvenile Coordinator Reports ("Application"). [Doc # 883].

Plaintiffs have no opposition Defendants' Application.

Dated: July 25, 2020.          Respectfully Submitted,

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguin

UNIVERSITY OF SAN FRANCISCO
SCHOOL OF LAW
IMMIGRATION CLINIC
Bill Ong Hing

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman


          /s/ Peter Schey
          Peter A. Schey
          *Attorneys for Plaintiffs*

/ / /

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 25, 2020, I served the foregoing

**PLAINTIFFS' NON-OPPOSITION TO DEFENDANTS' EX PARTE APPLICATION TO FILE JUVENILE COORDINATOR REPORTS UNDER SEAL**

on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Peter Schey*
PETER SCHEY
Center for Human Rights and
Constitutional Law
Attorney for Plaintiffs