# *O.M.G. v. Wolf*

# FILINGS

Case 2:85-cv-04544-DMG-AGR Document 898 Filed 07/24/20 Page 2 of 27 Page ID
#:39624
Case 1:20-cv-00786-JEB Document 86 Filed 07/12/20 Page 1 of 27

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; | Case No. 1:20-cv00786-JEB |
| *Petitioners*, | |
| v. | **NOTICE OF COVID-19 POSITIVE CASES** |
| Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable James E. Boasberg |
| *Respondents*. | |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that additional employees and new intakes in the Family Residential Center ("FRCs") have tested positive for COVID-19, since the last notice. ECF No. 81.  U.S. Immigration and Customs Enforcement ("ICE") informs the Department of Justice of the following:

### I. Karnes County Family Residential Center ("Karnes FRC")

New intake 1: New intake 1 arrived at Karnes on July 8, 2020, and was tested due to being a new arrival.  New intake 1 was asymptomatic. On July 11, 2020, New intake 1's test returned positive.  New Intake 1 remains asymptomatic, but is being assessed for symptoms two times per day. New intake 1 is, and will remain, in quarantine for 14 days and is being monitored for symptoms twice per day.

New intake 2: New intake 2 arrived at Karnes on July 8, 2020, and was tested due to being a new arrival.  New intake 2 was asymptomatic, but during the medical history and physical assessment, the Karnes medical provider noted an irregular respiration rate and rhythm. The medical provider ordered an EKG within three days and medicine for Intake 2's complaints of gastric irritation. On July 1, 2020, New intake 2's test returned positive.  New intake 2 remains asymptomatic, but is being assessed for symptoms two times per day. New

intake 2 is and will remain in quarantine for 14 days and is being monitored for symptoms twice per day.

**II. South Texas Family Residential Center ("Dilley FRC")**

<u>Employee 1</u>: Employee 1 is a resident supervisor-perimeter patrol, who tested at an off-site facility on July 6, 2020, after experiencing symptoms. On July 9, 2020, the results came back positive. Employee 1 was last at Dilley FRC on July 1, 2020. Contact tracing is being conducted via video surveillance review and interview with Employee 1. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

<u>Employee 2</u>: Employee 2 is a resident supervisor-relief, who tested at an off-site facility on June 29, 2020, as a prophylactic measure. On July 10, 2020, the test results came back positive. Employee 2 is asymptomatic. Contact tracing via video review is being conducted for the 48-hour period preceding their test date and for the period from their test date to their last date on site. Employee 2's medical doctor has advised them to re-test on July 20, 2020. Employee 2 is and will remain in quarantine.

<u>Employee 3</u>: Employee 3 is an administrative compliance officer, who has been working from home since March 28, 2020, because they were self-identified as a high-risk group. Employee 3 was tested at an off-site facility on July 6, 2020, after experiencing symptoms. On July 11, 2020, the results came back positive. Employee 3 is and will remain in quarantine.  No contract tracing conducted because employee works exclusively from home.


Respondents will appraise the Court of any further developments as it receives them from ICE.


//

Case 1:20-cv-00786-JEB   Document 36   Filed 07/12/20   Page 4 of 27

RESPECTFULLY SUBMITTED this 12th day of July 2020.

                              MICHAEL R. SHERWIN
                              Acting United States Attorney
                              District of Columbia
                              DANIEL VAN HORN
                              Assistant U.S. Attorney
                              555 4th St. NW
                              Washington, DC 20530
                              Telephone:  (202) 252-2506
                              Email: Daniel.VanHorn@usdoj.gov

                              ETHAN P. DAVIS
                              Acting Assistant Attorney General
                              Civil Division
                              WILLIAM C. PEACHEY
                              Director
                              Office of Immigration Litigation
                              District Court Section
                              ELIANIS PEREZ
                              Assistant Director

                              s/ *Vanessa Molina*
                              VANESSA MOLINA
                              Trial Attorney
                              P.O. Box 868, Ben Franklin Station
                              Washington, DC 20044
                              Telephone: (202) 532-4413
                              Email: Vanessa.Molina@usdoj.gov

                              *Attorneys for Defendants*

Case 1:20-cv-00786-JEB Document 90 Filed 07/15/20 Page 5 of 27

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; | Case No. 1:20-cv00786-JEB |
| *Petitioners*, | |
| v. | **NOTICE OF COVID-19 POSITIVE CASES** |
| Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable James E. Boasberg |
| *Respondents*. | |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that additional employees and new intakes in the Family Residential Center ("FRCs") have tested positive for COVID-19, since the last notice. ECF No. 86. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

### I. Karnes County Family Residential Center ("Karnes FRC")

New intake 1: New intake 1 arrived at Karnes on July 9, 2020, and was tested due to being a new arrival. New intake 1 was asymptomatic. On July 14, 2020, New intake 1's test returned positive. New Intake 1 remains asymptomatic, but is being assessed for symptoms two times per day. New intake 1 is, and will remain, in quarantine for 14 days and is being monitored for symptoms twice per day.

New intake 2: New intake 2 arrived at Karnes on July 9, 2020, and was tested due to being a new arrival. New intake 2 was asymptomatic. On July 14, 2020, New intake 2's test returned positive. New Intake 2 remains asymptomatic, but is being assessed for symptoms two times per day. New intake 2 is, and will remain, in quarantine for 14 days and is being monitored for symptoms twice per day.

Case 2:20-cv-00786-JEB  Document 90  Filed 07/15/20  Page 6 of 27

New intake 3: New intake 2 arrived at Karnes on July 12, 2020, and was tested due to being a new arrival. New intake 3 was asymptomatic. On July 15, 2020, New intake 3's test returned positive. New Intake 3 remains asymptomatic, but is being assessed for symptoms two times per day. New intake 3 is, and will remain, in quarantine for 14 days and is being monitored for symptoms twice per day.

Employee 1: Employee 1 is a cook, who tested at an off-site facility on July 11, 2020, due to experiencing symptoms.  On July 14, 2020, the results came back positive. Employee 1 was last day at Karnes was on July 13, 2020. Contact tracing conducted through an interviews of Employee 1 and the Assistant facility administrator confirmed that Employee 1 wore the required PPE on the days prior to her testing positive. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

Employee 2: Employee 2 is a resident advisor, who tested at an off-site facility on July 11, 2020, due to receiving notification of exposure to a co-worker—the coworker received positive test results on July 6, 2020.  On July 14, 2020, the results came back positive. Employee 2 was last Karnes on July 14, 2020. Contact tracing is being conducted via interview with Employee 2, and Human Resources will notify individuals who were exposed. Employee 2 is and will remain in quarantine for 14 days from the date of the positive result.

Employee 3: Employee 3 is an interpreter, who tested at an off-site facility on July 9, 2020, for her own piece of mind.  On July 13, 2020, the results came back positive. Employee 3 was last Karnes on July 6, 2020, after which Employee 3 began a personal vacation. Contact tracing conducted through an interview revealed that Employee 3 interpreted for two residents on July 6, 2020, and that she wore PPE while the interpretation took place. Both residents who received interpretation services wore PPE and have since tested negative for COVID-19. Employee 3 is and will remain in quarantine for 14 days from the date of the positive result.

Case 2:85-cv-04544-DMG-AGR   Document 893-90   Filed 07/27/20   Page 7 of 27   Page ID
#:39629
Case 1:20-cv-00786-JEB   Document 90   Filed 07/15/20   Page 7 of 7

Employee 4: Employee 4 is a cook, who tested at an off-site facility on July 7, 2020, due to having a fever. On July 13, 2020, the results came back positive. Employee 4 was last Karnes on July 4, 2020, after which Employee 4 began a vacation. Employee 4 is and will remain in quarantine for 14 days from the date of the positive result.

**II. South Texas Family Residential Center ("Dilley FRC")**

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility on July 20, 2020, after a relative showed symptoms of COVID-19. On July 15, 2020, the results came back positive. Employee 1 was last at Dilley on July 1, 2020. Contact tracing is being conducted through a review of video surveillance for the 48 hours prior to Employee 1's last date on site. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

Respondents will appraise the Court of any further developments as it receives them from ICE.

//

//

//

RESPECTFULLY SUBMITTED this 15th day of July 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW
Washington, DC 20530
Telephone:  (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/  *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*

Case 2:85-cv-04544-DMG-AGR Document 898-3 Filed 07/29/20 Page 9 of 27 Page ID
#:39631
Case 1:20-cv-00786-JEB Document 93 Filed 07/19/20 Page 1 of 2

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; | Case No. 1:20-cv00786-JEB |
| *Petitioners*, | |
| v. | **NOTICE OF COVID-19 POSITIVE CASES** |
| Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable James E. Boasberg |
| *Respondents*. | |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that additional employees and new intakes in the Family Residential Center ("FRCs") have tested positive for COVID-19, since the last notice. ECF No. 90.  U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

## I. Karnes County Family Residential Center ("Karnes FRC")

Employee 1: Employee 1 is a resident, who tested at an off-site facility on July 9, 2020, due to experiencing symptoms. On July 15, 2020, the results came back positive. Employee 1 was last day at Karnes on July 7, 2020. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

## II. South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility on July 11, 2020, as a precautionary measure due to having a newborn in the household. On July 15, 2020, the results came back positive. Employee 1 was last at Dilley on July 5, 2020. Contact tracing is not being conducted because Employee 1 began their family leave after July 5, 2020. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

Respondents will appraise the Court of any further developments as it receives them

from ICE.

RESPECTFULLY SUBMITTED this 18th day of July 2020.

<div style="margin-left:40%;">

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW
Washington, DC 20530
Telephone:  (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/  *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*

</div>

Case 1:20-cv-00786-JEB   Document 94   Filed 07/20/20   Page 1 of 27

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; | Case No. 1:20-cv00786-JEB |
| *Petitioners*, | |
| v. | **NOTICE OF UPDATED CENSUS** |
| Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable James E. Boasberg |
| *Respondents*. | |

Pursuant to this Court's query at the July 13, 2020 hearing, Respondents hereby submit information about the intakes and releases, as well as an updated census of the Family Residential Centers.  The details are contained in the declaration of Mellissa B. Harper, Unit Chief, Juvenile and Family Residential Management, Immigration and Customs Enforcement, Enforcement and Removal Operations, attached hereto as Exhibit 1.

RESPECTFULLY SUBMITTED this 20th day of July 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW
Washington, DC 20530
Telephone:  (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

District Court Section
ELIANIS PEREZ
Assistant Director

s/ *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
United States Department of Justice
Civil Division
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et. al*., | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | ) Case No.: 1:20-cv-00786-JEB |
| | ) |
| CHAD WOLF, Acting Secretary of the U.S. | ) |
| Department of Homeland Security, *et al*., | ) |
| | ) |
| Respondents. | ) |
| | ) |

## SUPPLEMENTAL DECLARATION OF MELLISSA B. HARPER

I, Mellissa B. Harper, hereby make the following declaration with respect to the above-captioned matter:

1. I am the Chief of the Juvenile and Family Residential Management Unit (JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security (DHS). JFRMU addresses issues confronting unaccompanied alien children (UAC) and alien family groups who come into ERO custody, including those detained at a Family Residential Center (FRC). JFRMU develops policies sensitive to the various vulnerabilities and needs of these populations. JFRMU trains, monitors, and advises Field Office Juvenile Coordinators (FOJCs). These officers serve as subject matter experts on juvenile and family matters in their respective field offices. As JFRMU advises FOJCs, they in turn, advise their fellow officers who encounter minors during enforcement activities. JFRMU oversees and monitors the implementation of nationwide court orders that impact this population, including those in the present case.

2. This declaration is to supplement my prior declarations, dated April 6, April 13, April 22, April 27, May 15, May 20, June 19, June 26, and June 30, 2020 submitted in the instant case.

3. The statements contained in this declaration are based on my personal knowledge and information provided to me in my official capacity.

4. As of July 20, 2020, the number of individuals housed at the FRCs are as follows:

   a. At Karnes, there were a total of 153 individuals, comprised of 84 adults and 69 juveniles.

   b. At Dilley, there were a total of 172 individuals, comprised of 72 adults and 100 juveniles.

   c. At Berks, there were a total of 21 individuals, comprised of 12 adults and 9 juveniles.

5. From July 1, 2020, through July 20, 2020, there were 262 total new intakes into ICE FRCs. The breakdown of these new intakes are as follows:

   a. At Karnes, there were a total of 186 intakes during this time period, comprised of 108 adults and 78 juveniles.

   b. At Dilley, there were a total of 66 intakes during this time period, comprised of 22 adults and 44 juveniles.

   c. At Berks, there were a total of 10 intakes during this time period, comprised of 5 adults and 5 juveniles.

6. From July 1, 2020, through July 20, 2020, ICE released[1] 145 total individuals from its FRCs. The breakdown of these releases are as follows:

---

[1] Released into the U.S. interior. The source for this is data pulled from ENFORCE on 7/20/2020.

    a.   At Karnes, there were a total of 99 individuals released from custody during this time period, comprised of 56 adults and 43 juveniles.

    b.   At Dilley, there were a total of 44 individuals released from custody during this time period, comprised of 18 adults and 26 juveniles.

    c.   At Berks, there were a total of 2 individuals released from custody during this time period, comprised of 1 adult and 1 juvenile.

7.   This declaration is based upon my personal and professional knowledge, information obtained from other individuals employed by ICE, and information obtained from various records and systems maintained by DHS. I provide this declaration based on the best of my knowledge, information, belief, and reasonable inquiry for the above-captioned case.

Signed on this 20th day of July 2020.

Mellissa B. Harper
Unit Chief, Juvenile and Family Residential Management Unit
ICE Enforcement and Removal Operations

# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

O.M.G., *et al.*;

        *Petitioners*,

v.

Chad WOLF, Acting Secretary of the U.S.
Department of Homeland Security, *et al.*,

        *Respondents.*

Case No. 1:20-cv00786-JEB

**NOTICE OF COVID-19 POSITIVE
CASES**

The Honorable James E. Boasberg

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that additional employees and new intakes in the Family Residential Center ("FRCs") have tested positive for COVID-19, since the last notice. ECF No. 93. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

## I. Karnes County Family Residential Center ("Karnes FRC")

New Intake 1: Resident tested on July 14, 2020, due to the resident being a new arrival. On July 18, 2020, the test result came back positive. New resident 1 is asymptomatic and will remain in quarantine until July 16, 2020. At this time, New resident 1 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

Resident 1: Resident 1 arrived at the facility on February 23, 2020, and was tested on June 22, 2020, as part of the saturation testing. The result from the saturation testing came back negative. The resident has been housed with the general population sharing a room with her two minor children. Resident 1's husband was house separately in a suite in a different area of the FRC. Resident 1 and husband were allowed to visit for one hour per day and were required to wear PPE during visits. On July 10, 2020, Resident 1, her two children, and husband were tested in preparation for a deportation flight. On July 18, 2020, Resident 1's test came back

positive, husband's test came back negative, one minor's test came back negative, and the other minor's test is pending results. Resident 1 is asymptomatic but is being monitored and assessed for symptoms twice per day. Contract tracing was conducted and all of the residents who were housed in the same area as Resident 1 have been released or deported. Resident 1 has been quarantined and will remain in quarantine for 14 days from the date of testing.

**II. South Texas Family Residential Center ("Dilley FRC")**

<u>Employee 1</u>: Employee 1 is a resident supervisor, who tested at an off-site facility on July 15, 2020, due to having symptoms. On July 17, 2020, the results came back positive. Employee 1 was exposed to COVID-19 positive residents on July 3, 2020, and was off work from July 4 to July 8, 2020. Employee 1 returned to work on July 9, 2020, with no symptoms. Employee 1 was last at Dilley on July 13, 2020. Contact tracing is being conducted via video surveillance for the 48 hours prior to Employee 1's last date on site, and those identified will be notified of the exposure. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

<u>New Intake 1</u>: Resident tested on July 16, 2020, due to the resident being a new arrival. On July 20, 2020, the test result came back positive. New resident 1 is housed in the medical unit for monitoring and treatment for headache and abdominal pain. Medical care is being provided by the ICE Health Service Corps.

Respondents will appraise the Court of any further developments as it receives them from ICE.

//

//

//

RESPECTFULLY SUBMITTED this 20th day of July 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW
Washington, DC 20530
Telephone:  (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/ *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
# FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; | Case No. 1:20-cv00786-JEB |
| *Petitioners*, | |
| v. | **NOTICE OF COVID-19 POSITIVE CASE AND SUPPLEMENTAL INFORMATION** |
| Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, | |
| *Respondents*. | The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that one additional employee and five new arrivals to the Karnes Family Residential Center ("Karnes FRCs") has tested positive for COVID-19, since the last notice. ECF No. 95. Respondents also submit information to supplement the description of the circumstances of Resident 1's positive test as described in the July 20, 2020 report, and to provide clarification on the new intake reported from Dilley. *Id*. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.      Karnes County Family Residential Center ("Karnes FRC")**

<u>Employee 1</u>: Employee 1 is a resident advisor, who tested at an off-site facility on July 20, 2020, due to having symptoms. The results came back positive on the same day. Employee 1 was last at the facility on July 19, 2020. Employee 1 is supplying a contract trace list, and those identified will be notified of the exposure. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result.

<u>New Intake 1:</u>  New Intake 1 tested on July 16, 2020, due to the resident being a new arrival. New Intake 1 arrived with four additional family members. On July 21, 2020, the test

result came back positive. New Intake 1 is asymptomatic and will remain in quarantine until July 29, 2020. At this time, New Intake 1 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

New Intake 2:  New Intake 2 tested on July 16, 2020, due to the resident being a new arrival. New Intake 2 arrived with four additional family members. On July 21, 2020, the test result came back positive. New Intake 2 is asymptomatic and will remain in quarantine until July 29, 2020. At this time, New Intake 2 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

New Intake 3:  New Intake 3 tested on July 16, 2020, due to the resident being a new arrival. New Intake 3 arrived with four additional family members. On July 21, 2020, the test result came back positive. New Intake 3 is asymptomatic and will remain in quarantine until July 29, 2020. At this time, New Intake 3 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

New Intake 4:  New Intake 4 tested on July 16, 2020, due to the resident being a new arrival. New Intake 4 arrived with four additional family members. On July 21, 2020, the test result came back positive. New Intake 4 is asymptomatic and will remain in quarantine until July 29, 2020. At this time, New Intake 4 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

New Intake 5:  New Intake 5 tested on July 16, 2020, due to the resident being a new arrival. New Intake 5 arrived with four additional family members. On July 21, 2020, the test result came back positive. New Intake 5 is asymptomatic and will remain in quarantine until July 29, 2020. At this time, New Intake 5 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

Supplemental information about Resident 1 in July 20 notice ECF No. 93

Resident 1: The results for Resident 1's other minor child came back negative. Given that the results for Resident 1's immediate family all came back negative, a medical doctor from the IHCS has ordered a second test for Resident 1. On July 10, 2020, Resident 1 and her family had been placed in cohort status with 30 other individuals in preparation for deportation. All other individuals in cohort with Resident 1 also had been tested due to the pending deportation or release. The results came back negative for all other individuals and, except for Resident 1 and her immediate family, they were deported or released on or prior to July 20, 2020. To be clear, Resident 1 was tested on July 10, 2020 and her results came back positive on July 17, 2020. The results for the three members of Resident 1's immediate family were negative. Resident 1 and her family have remained in cohort status since July 10, 2020. Contact tracing of Resident 1 showed that Resident 1 did not have close personal contact, as defined by the Center for Disease Control Guidelines, with any staff member. All staff members and residents are required to wear PPE while in general areas.

Recap of the July 20, 2020 Report on Resident 1, ECF No. 93.

Resident 1 arrived at the facility on February 23, 2020, and was tested on June 22, 2020, as part of the saturation testing. The result from the saturation testing came back negative. The resident has been housed with the general population sharing a room with her two minor children. Resident 1's husband was housed separately in a suite in a different area of the FRC. Resident 1 and husband were allowed to visit for one hour per day and were required to wear PPE during visits. On July 10, 2020, Resident 1, her two children, and husband were tested in preparation for a deportation flight. On July 18, 2020, Resident 1's test came back positive, husband's test came back negative, one minor's test came back negative, and the other minor's test is pending results. Resident 1 is asymptomatic but is being monitored and assessed for symptoms twice per day. Contract tracing was conducted and all of the residents who were

housed in the same area as Resident 1 have been released or deported. Resident 1 has been

quarantined and will remain in quarantine for 14 days from the date of testing.

**II.    South Texas Family Residential Facility ("Dilley FRC")**

On July 20, 2020, Respondents filed a report of positive cases for a new intake at

Dilley. ECF No. 95. The narrative refers to New Intake 1 followed by the word "Resident."

Respondents clarify that New Intake 1 is a new arrival, and not a resident who has been housed

in the general population. The use of the word "resident" is a scrivener's error.

Respondents will appraise the Court of any further developments as it receives them

from ICE.

RESPECTFULLY SUBMITTED this 22nd day of July 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW
Washington, DC 20530
Telephone:  (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director
s/ *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*

Case 1:20-cv-00786-JEB   Document 104   Filed 07/24/20   Page 23 of 27

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*; | Case No. 1:20-cv00786-JEB |
| *Petitioners*, | |
| v. | **NOTICE OF COVID-19 POSITIVE CASES** |
| Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable James E. Boasberg |
| *Respondents*. | |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that one additional employee and two new arrivals to the Karnes Family Residential Center ("Karnes FRCs") has tested positive for COVID-19, since the last notice. ECF No. 97. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

## I.      Karnes County Family Residential Center ("Karnes FRC")

Employee 1: Employee 1 is a resident advisor, who tested at an off-site facility on July 23, 2020, due to having symptoms. The results came back positive on the same day. Employee 1 was last at the facility on the third shift spanning from July 22, 2020 through July 23, 2020. Employee 1 is supplying a contract trace list, and those identified will be notified of the exposure. Employee 1 is and will remain in quarantine for 14 days from the date of the positive result. Human Resources will contact Employee 1 twice per week to check on their wellbeing. Employee 1 must contact Human Resources at the end of the quarantine period for instructions on reporting to duty.

New Intake 1:  New Intake 1 tested on July 18, 2020, due to the resident being a new arrival. New Intake 1 arrived at the facility with nine other new intakes. Two of the ten new intakes tested positive while the remaining eight tested negative. On July 22, 2020, the test

result for New Intake 1 came back positive. New Intake 1 is asymptomatic and has been placed in isolation until August 2, 2020. The eight other residents who arrived with New Intake 1, and tested negative, will remain in cohort status until August 2, 2020. At this time, New Intake 1 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

      <u>New Intake 2:</u>  New Intake 2 tested on July 18, 2020, due to the resident being a new arrival. New Intake 2 arrived at the facility with nine other new intakes. Two of the ten new intakes tested positive while the remaining eight tested negative. On July 22, 2020, the test result came back positive for New Intake 2. New Intake 2 is asymptomatic and has been placed in isolation until August 2, 2020. The eight other residents who arrived with New Intake 2, and who tested negative, will remain in cohort status until August 2, 2020. At this time, New Intake 2 has not required treatment at an outside medical facility and is being monitored and assessed twice per day.

      Respondents will appraise the Court of any further developments as it receives them from ICE.

      RESPECTFULLY SUBMITTED this 24th day of July 2020.

<div style="margin-left:40%">

MICHAEL R. SHERWIN  
Acting United States Attorney  
District of Columbia  
DANIEL VAN HORN  
Assistant U.S. Attorney  
555 4th St. NW  
Washington, DC 20530  
Telephone:  (202) 252-2506  
Email: Daniel.VanHorn@usdoj.gov  

ETHAN P. DAVIS  
Acting Assistant Attorney General  
Civil Division  
WILLIAM C. PEACHEY  
Director  
Office of Immigration Litigation  

</div>

District Court Section
ELIANIS PEREZ
Assistant Director

s/ *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR DISTRICT OF COLUMBIA

O.M.G., *et al.*;

                *Petitioners*,

v.

Chad WOLF, Acting Secretary of the U.S.
Department of Homeland Security, *et al.*,

                *Respondents*.

Case No. 1:20-cv00786-JEB

**NOTICE OF COVID-19 POSITIVE
CASES AND STATUS UPDATE**

The Honorable James E. Boasberg

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that seven (7) new arrivals to the Karnes Family Residential Center ("Karnes FRC") have tested positive for COVID-19, since the last notice. ECF No. 104. Respondents also submit information about the test results of Resident 1 as described in ECF Nos. 95 and 97. U.S. Immigration and Customs Enforcement ("ICE") informs the Department of Justice of the following:

    **I.**      **Karnes County Family Residential Center ("Karnes FRC")**

<u>Seven (7) New Intakes:</u>  Seven new intakes tested on July 20, 2020, due to the individuals being new arrivals at Karnes. The seven new intakes were part of a group of 14 new intakes. On July 24, 2020, the test results for seven of the new intakes came back positive.. All seven new intakes with positive results are asymptomatic and have been placed in isolation until August 4, 2020. At this time, none of the seven new intakes who tested positive have required treatment at an outside medical facility and they are all being monitored and assessed twice per day.

<u>Update for Resident 1 as described in ECF Nos. 95 and 97</u>

As described in the July 22, 2020 notice, ECF No. 97, a medical doctor from the ICE

Health Corps Service ordered a second test for Resident 1, who had previously tested positive

on July 18, 2020, while the three other members of her immediate family had tested negative.

On July 21, 2020, Resident 1 was tested for a second time.  On July 26, 2020, the results came

back as negative.

Respondents will appraise the Court of any further developments as it receives them

from ICE.

RESPECTFULLY SUBMITTED this 27th day of July 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW
Washington, DC 20530
Telephone:  (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/  *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Defendants*