# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al.<br>Plaintiff(s)<br>v.<br>William P. Barr, et al.<br>Defendant(s). | CASE NUMBER:<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |

The Court hereby orders that the request of:

__Jenny L. Flores, et al.__   X Plaintiff  ☐ Defendant  ☐ Other _____
*Name of Party*

to withdraw  __Jennifer Kelleher Cloyd__   who is

X   Counsel     ☐ Counsel appointed by the Court (Criminal cases only)     ☐ Pro Se

__4 North Second Street, Suite 1300__
*Street Address*

__San Jose, CA 95113__                          __jenniferk@lawfoundation.org__
*City, State, Zip*                                              *E-Mail Address*

__(408) 280-2428__                                              __197348__
*Telephone Number*        *Fax Number*                  *State Bar Number*

as attorney of record

**is hereby**     X  GRANTED          DENIED

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated  July 27, 2020

*(signature)*
Dolly M. Gee, U. S. District Judge