CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>DECLARATION OF MELISSA ADAMSON IN SUPPORT OF PLAINTIFFS' REPORT ON PARTIES' CONFERENCE RE "TITLE 42" CLASS MEMBERS.<br><br>Status conference: Aug. 7, 2020<br>Time: 11:00 a.m.<br>Hon. Dolly M. Gee |

I, Melissa Adamson, declare as follows:

1. I am an attorney at the National Center for Youth Law, which serves as class counsel for Plaintiffs in *Flores v. Sessions*. I execute this declaration in support of Plaintiffs' Report on Parties' Conference re: "Title 42" class members.

2. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

3. Attached hereto as **Exhibit A** is a true and correct copy of the transcript of the telephonic motion hearing held on June 24, 2020 in *J.B.B.C. v. Wolf*, No. 20-cv-01509-CJN (D.D.C. June 24, 2020) (ECF No. 39).

4. Attached hereto as **Exhibit B** is a true and correct copy of the Declaration of Daniel A. Galindo, dated July 24, 2020. This declaration was originally filed in *Texas Civil Rights Project v. Wolf*, No. 1:20-cv-02035 (D.D.C. July 24, 2020) (ECF No. 2-3).

5. I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of July, 2020 at San Mateo, California.

                                        /s/ Melissa Adamson
                                        Melissa Adamson