1   Gretchen Nelson, SBN: 112566
2   Gabriel S. Barenfeld, SBN: 224146
    NELSON & FRAENKEL LLP
3   601 So. Figueroa Street, Suite 2050
4   Los Angeles, CA  90017
    Phone:  (213) 622-6469 / Fax:  (213) 622-6019
5   Email:  gnelson@nflawfirm.com
    Email:  gbarenfeld@nflawfirm.com
6

7   *Attorneys for Amici and Movant*

8
                    UNITED STATES DISTRICT COURT
9
                   CENTRAL DISTRICT OF CALIFORNIA
10
                          WESTERN DIVISION
11

12
    JENNY LISETTE FLORES, *et al.*,          Case No. 2:85-cv-04544-DMG-AGR
13
            Plaintiffs,
14                                           **DECLARATION OF GABRIEL S.
        v.                                   BARENFELD IN SUPPORT OF EX
15                                           PARTE APPLICATION FOR
    WILLIAM BARR, Attorney General of        LEAVE TO PARTICIPATE AS
16  the United States, *et al.*,             AMICUS CURAE**

17          Defendants.                       [Submission on the Papers]

18
                                             COURTROOM:   8C
19                                           JUDGE:          Hon. Dolly Gee

20

21

22

23

24

25

26

27

28
                                     1

1    I, Gabriel S. Barenfeld, declare:

2    1.   I am an attorney admitted to practice before this Court and all of the

3 courts of the State of California and through my firm, Nelson & Fraenkel, LLP, I

4 am one of the attorneys for *amici* applicants RAICES, Proyecto Dilley, and Aldea -

5 the People's Justice Center ("Aldea") (collectively "*Amici*") in this case.

6    2.   I submit this Declaration in support of *Amici's* Ex Parte Application

7 for Leave to Participate as *Amicus Curae*. The following is based on my personal

8 knowledge and/or on information and belief.

9    3.   I am informed that, pursuant to Local Rule 7-19.1, the litigation

10 director of RAICES, Manoj Govindaiah, Esq., advised counsel for Plaintiffs, by

11 email dated August 5, 2020, as to the substance of this proposed *ex parte*

12 application. Counsel for Plaintiffs did not respond.

13    4.   I am also informed that Mr. Govindaiah also advised counsel for

14 Defendants, by email dated August 5, 2020, as to the substance of this proposed *ex*

15 *parte* application. The government, by email dated August 5, 2020, expressed its

16 view that the proposed filing is not in compliance as to timing and the procedures

17 required by the June 26, 2020 (ECF No. 833 at 5).

18    5.   In response to counsel for Defendants, Mr. Govindaiah explained

19 *Amici's* position as follows:

20      Through this amicus brief, Amici do not intend to provide

21      formal objections to the Juvenile Coordinators' report. Rather

22      our intent is to provide evidence on topics covered by the

23      Juvenile Coordinators' report based on our current observations

24      of the on-the-ground conditions at the 3 FRCs; evidence that we

25      believe the court should consider. Additionally, we read the June

26      26 order as applying the July 31 due date to plaintiffs and

27      defendants, specifically. Amici organizations are neither of

28      those.

1      I declare under the penalty of perjury under the laws of the United States of

2  America that the foregoing is true and correct.

3      Executed on August 6, 2020, at Los Angeles, California.

4

5                                                /s/ Gabriel S. Barenfeld
                                                 Gabriel S. Barenfeld

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

1