Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA  90017
Phone:  (213) 622-6469 / Fax:  (213) 622-6019
Email:  gnelson@nflawfirm.com
Email:  gbarenfeld@nflawfirm.com

[Additional counsel listed on signature page]

*Attorneys for Amici and Movant*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. 2:85-cv-04544-DMG-AGR |
| Plaintiffs, | |
| v. | **NOTICE OF LODGING OF [PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE AS AMICUS CURIAE** |
| WILLIAM BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | [Submission on the Papers] |
| | COURTROOM: |
| | 8C |
| | JUDGE: |
| | Hon. Dolly Gee |

1

**TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD: PLEASE TAKE NOTICE** that RAICES, Proyecto Dilley, and Aldea - the People's Justice Center ("Aldea") (collectively "*Amici* applicants") herby lodge the attached [Proposed] Order Granting Ex Parte Application for Leave to Participate as Amicus Curiae.

DATED: August 6, 2020          NELSON & FRAENKEL LLP

/s/ Gabriel S. Barenfeld
Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
601 So. Figueroa Street, Suite 2050
Los Angeles, CA  90017
Tel:  (213) 622-6469
Fax:  (213) 622-6019
Email:  gnelson@nflawfirm.com;

gbarenfeld@nflawfirm.com

ANDREA MEZA, Esq.
Director of Family Detention Services
RAICES
2511 N Loop 1604 W, Suite 201
San Antonio, Texas 78258
Andrea.Meza@raicestexas.org
(*Pro Hac Vice* admission pending)

SHALYN FLUHARTY, Esq.
Director
Proyecto Dilley
Shay@caraprobono.org
(Pro Hac Vice admission pending)

BRIDGET CAMBRIA, Esq.
Executive Director
ALDEA - The People's Justice Center
532 Walnut St.
Reading, PA 19601
bridget@aldeapjc.org
(Pro Hac Vice admission pending)

*Attorneys for Amici*