Gretchen Nelson, SBN: 112566
Gabriel S. Barenfeld, SBN: 224146
NELSON & FRAENKEL LLP
601 So. Figueroa Street, Suite 2050
Los Angeles, CA 90017
Phone: (213) 622-6469 / Fax: (213) 622-6019
Email: gnelson@nflawfirm.com
Email: gbarenfeld@nflawfirm.com

*Attorneys for Amici*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>    Plaintiffs, <br><br>    v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br>    Defendants. | Case No. 2:85-cv-04544-DMG-AGR <br><br> **[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO PARTICIPATE AS AMICUS CURAE** <br><br> [Submission on the Papers] <br><br> COURTROOM:  8C <br> JUDGE:         Hon. Dolly Gee |

1

**IT IS HEREBY ORDERED** that the application of RAICES, Proyecto Dilley, and Aldea for leave to participate as *amici curae* and file amicus brief is **GRANTED**, and the proposed brief submitted with the application is deemed filed and served.

.

Dated: August ___, 2020    _____

                                                Hon. Dolly M. Gee

                                                United States District Judge

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28