1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | **ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO PARTICIPATE AS *AMICI CURIAE* [903]** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

**IT IS HEREBY ORDERED** that the *ex parte* application of RAICES, Proyecto Dilley, and Aldea for leave to participate as *amici curiae* and file their *amicus* brief is **GRANTED**. The proposed *amicus* brief submitted with the application shall be filed separately from the application on the docket forthwith and upon that filing shall be deemed filed and served. At the August 7, 2020 status conference, the Court will address Defendants' request for the opportunity to submit objections to the *amicus* brief.

DATED: August 6, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE