| Name and address | |
|---|---|
| Gabriel S. Barenfeld<br>Nelson & Fraenkel, LLP<br>601 So.Figueroa St., Suite 2050<br>Los Angeles, CA 90017<br>Tel: (213) 622-6469 | |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | CASE NUMBER |
|---|---|
| JENNY L. FLORES, et. al.<br><br>v.<br><br>WILLIAM BARR, et. al. | 2:85-cv-04544-DMG-AGRx |
| Plaintiff(s) | |
| Defendant(s). | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Cambria, Bridget
*Applicant's Name (Last Name, First Name & Middle Initial)*

(610) 451-1792    (484) 772-8003
*Telephone Number*    *Fax Number*

bridget@aldeapjc.org
*E-Mail Address*

of

Aldea - The Pepole's Justice Center
532 Walnut Street
Reading, PA 19601

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Amici Aldea - The People's Justice Center, Proyecto Dilley, RAICES

*Name(s) of Party(ies) Represented*    [x] *Plaintiff(s)*  [ ] *Defendant(s)*  [ ] Other: ____

**and designating as Local Counsel**

Barenfeld, Gabriel S.
*Designee's Name (Last Name, First Name & Middle Initial)*

SBN 224146    (844) 622-6468    (213) 622-6019
*Designee's Cal. Bar No.*    *Telephone Number*    *Fax Number*

gbarenfeld@nflawfirm.com
*E-Mail Address*

of

NELSON & FRAENKEL LLP
601 S. Figueroa Street, Suite 2050
Los Angeles, CA 90017

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**
[ ] GRANTED.
[ ] DENIED: [ ] for failure to pay the required fee.
   [ ] for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
   [ ] for failure to complete Application: ____
      [ ] pursuant to L.R. 83-2.1.3.2: [ ] Applicant resides in California; [ ] previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      [ ] pursuant to L.R. 83-2.1.3.4; Local Counsel: [ ] is not member of Bar of this Court; [ ] does not maintain office in District.
      [ ] because ____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** [ ] be refunded  [ ] not be refunded.

Dated ____    ____
U.S. District Judge/U.S. Magistrate Judge