# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, ET AL.,<br><br>                                             Plaintiff(s)<br>      v.<br>WILLIAM BARR, ET AL.<br><br>                                             Defendant(s). | CASE NUMBER<br><br>CV 85-4544-DMG (AGRx)<br><br>ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Cambria, Bridget        of        Aldea- The People's Justice Center
*Applicant's Name (Last Name, First Name & Middle Initial)*        532 Walnut Street
610-451-1792        484-722-8003        Reading, PA 19601
*Telephone Number*        *Fax Number*
bridget@aldeapjc.org
*E-Mail Address*        *Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Amici Aldea- The People's Justice Center, Proyecto Dilley, RAICES

*Name(s) of Party(ies) Represent*        ✓ Plaintiff(s) ☐ Defendant(s) ☐ Other: _____

**and designating as Local Counsel**

Barenfeld, Gabriel S.        of        Nelson & Fraenkel LLP
*Designee's Name (Last Name, First Name & Middle Initial)*        601 South Figueroa Street, Suite 2050
224146        213-622-6469        213-622-6019        Los Angeles, CA 90017
*Designee's Cal. Bar No.*        *Telephone Number*        *Fax Number*
gbarenfeld@nflawfirm.com
*E-Mail Address*        *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED
☐ DENIED:
      ☐ for failure to pay the required fee.
      ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
      ☐ for failure to complete Application: _____
      ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
      ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office District.
      ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated: August 7, 2020

*(signature)* Dolly M. Gee
**Dolly M. Gee, U.S. District Judge**