UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date August 7, 2020 |
| Title *Jenny L. Flores v. William Barr, et al.* | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Nicole N. Murley, USDOJ |
| Leecia Welch | |
| Neha Desai | |

**Proceedings: STATUS CONFERENCE**

  The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; and Gabriel Barenfeld and Bridget Cambria for Amici. The hearing is held by telephone. The Court and counsel confer. A further status conference is set on **September 4, 2020 at 11:00 a.m.** A written order detailing other dates and deadlines will issue.

1:07