UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date August 7, 2020 |

Title *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Nicole N. Murley, USDOJ |
| Leecia Welch | |
| Neha Desai | |

**Proceedings:  STATUS CONFERENCE**

     The cause is called and counsel state their appearance.  Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; and Gabriel Barenfeld and Bridget Cambria for Amici.  The hearing is held by telephone.  The Court and counsel confer.  A further status conference is set on **September 4, 2020 at 11:00 a.m.**  A written order detailing other dates and deadlines will issue.

1:07