# EXHIBIT A

**Declaration of Peter Schey**

I, Peter Schey, declare as follows:

1. Paragraph 29 of the Flores Settlement Agreement states in part "[o]n a semi-annual basis … the INS shall provide to Plaintiffs' [class] counsel … each INS policy or instruction issued to INS employees regarding the implementation of this Agreement."

2. Defendants have provided class counsel with no current policies or instructions.

I declare under penalty of perjury that the foregoing is true and correct.

Executed this 14th day of August, 2020, in Oak View, California.

Peter Schey