EXHIBIT B

<u>*Flores* Settlement Agreement Notice of Rights</u>
*[with Plaintiffs comments inserted]*

READ THIS NOTICE CAREFULLY. IF YOU CANNOT READ IT, YOU CAN ASK FOR SOMEONE WHO SPEAKS YOUR LANGUAGE OR DIALECT TO READ IT TO YOU. YOU MUST BE GIVEN THIS NOTICE WITHIN 48 HOURS OF COMING INTO A FAMILY RESIDENTIAL CENTER, INCLUDING THE BERKS FAMILY RESIDENTIAL CENTER, THE KARNES COUNTY RESIDENTIAL CENTER, AND THE SOUTH TEXAS FAMILY RESIDENTIAL CENTER.

With some exceptions, all minors detained in immigration custody have certain rights under an agreement signed by the Federal Government in the "*Flores* case." Detained parents do **not** have rights under the *Flores* agreement. You are being given this Notice to explain some of the rights that any minor child detained with you may have under the *Flores* case, including rights related to release from immigration custody. You are also being given a list of free legal service providers who you may contact. If you were not given the list, then ask an immigration officer to give you the list of legal service providers.

You may decide whether you wish to identify a caregiver to whom the Federal Government may release your minor child(ren) under the *Flores* case, or allow the child(ren) to remain in immigration detention with you. The caregiver may be a family member of your child (such as a parent, grandparent, uncle, aunt, or brother or sister), or an unrelated family friend, living here in the United States.

You can change your mind with regard to any decisions you make under the *Flores* case while you and the minor child(ren) remain detained together. <u>You are not required to make any decisions.</u> If you do not make any decisions, your child(ren) may lawfully continue to be detained together with you.

Before you make any decision about whether you want your child(ren) to be released under the *Flores* case, you have a right to and should speak with an attorney, a legal representative, family member, friend, or other individual of your choice. You may also ask your Case Manager or your attorney to assist you setting up a call or meeting with a social worker you identify.

If you do not have a lawyer, you may use a telephone, without charge to you, to call any of the organizations on the list you are given to discuss your child(ren)'s options under the *Flores* case. You may also telephone without charge the attorneys for children in the *Flores* case at 800-xxx-xxxx [phone number to be provided]

<u>You have the right to keep this Notice with you at all times</u>. You may keep this Notice with you even if you cannot read or understand it.

If a Caregiver you have identified is unable or unwilling to travel to the place where you are detained with your child, you may designate another person who will transport your child to any Caregiver you have identified and ICE has approved to care for your child. ICE may conduct a background check on this person to determine if it believes the person will safely transport your child to your selected sponsor. If ICE decides that the person you selected is not appropriate to transfer your child to the approved sponsor, you. may then select a different adult to transport your child.

1

*[Plaintiffs' Comment: FSA Exhibit 2(k) states, "[w]hen a minor is to be released, the INS will assist him or her in making transportation arrangements to the INS office nearest the location of the person or facility to whom a minor is to be released. The INS may, in its discretion, provide transportation to such minors." Unless parents are allowed to coordinate transportation for their child(ren)'s release by securing transportation with a verified person, INS is impermissibly interfering with the child(ren)'s right to release, and violates the FSA's mandate to "assist" in "making [transportation] arrangements." This is especially true where no other transportation is available, so denying transportation with another background-checked adult amounts to denying a child's right to release "without unnecessary delay" under FSA ¶ VI.]*

<u>Basic *Flores* Rights</u>

With a few exceptions, all children (ages 0-17) in immigration detention have rights under the *Flores* case. They have the right to safe and sanitary conditions of detention including at least a bed, cot, or mattress to sleep on; and blankets, food, drinking water, medical and dental care, emergency health care services, clean bathrooms, toothbrushes, soap, towels, change of clothing, baby products, educational services, recreation time, family reunification services designed to identify relatives in the United States, and the right to legal representation at no cost to the U.S. Government.

*[Plaintiffs' comment: See FSA Exhibit(s) 2(k) & FSA ¶ 1(A)(1-14).]*

Unless they are an escape risk or a danger to themselves or others, your children also have e the right to be held in a <u>non-secure</u> facility that is licensed by a state to care of dependent children.

*[Plaintiffs' comment: See FSA ¶¶ 6, 12A,19.]*

Under the Flores case, children have the right to be promptly released to a family member of your child or an unrelated family friend. Your child does not have this right to release if ICE properly decides that your child is an escape risk or a danger to himself or herself or others.
does not require that the caregiver have lawful immigration status.

As the parent, you have the right to decide whether you want your child(ren) to remain with you in detention or be released to a sponsor you choose.

*[Plaintiffs' comment: See FSA Exhibit(s) 2(d)(4)- "Minors shall be released, in the following order of preference, to [. . .] (iv) an adult individual or entity designated by the parent or legal guardian as capable and willing to care for the minor's well-being [. . .]"*

If you want your child(ren) to be released to a relative living in the United States, you or your lawyer must advise ICE of your decision and provide information about the persons to whom you may want your child released. This information should include the names of all your chosen sponsors, and the contact information you have such as their email addresses, telephone numbers, addresses, and their relationship to your child (for example, another parent, grandparent, brother, sister, uncle, aunt).

Under the *Flores* case your child(ren) may also be released to a licensed group home close to where your relatives live. In addition, in the discretion of ICE, your child may be released to a responsible *unrelated adult* that you select. The Government may ask that you provide information about this

2

person or a licensed group home to make sure that your child(ren) will be in a safe situation. Your lawyer may help you to identify licensed group homes close to where your relatives live.

*[Plaintiffs' comment: See FSA ¶ 14.]*

If ICE decides not to release your child, ICE must provide you or your child with (i) an explanation for its decisions,(ii) a Form I-770, (iii) a list of free legal services unless previously given to you or your child, and (iv) an explanation bout your right to challenge ICE's decision in a federal court.

*[Plaintiffs' comment: See Paragraph FSA 24B,D and Exhibit 2 ¶ J]*

Also remember that you are not required to make a decision about your child(ren)'s release. If you make no decision, your child will remain with you in detention. Any decision you make must be voluntary and made with an understanding of your child's *Flores* rights. No one may coerce you into making any particular decision. You may make a decision based on what you believe is in your child's best interest.

Before you make any decisions about whether you want your child(ren) to remain with you or to be released, you have the right to and you should speak with a lawyer, a legal representative, family member, friend, social worker, or other individual of your choice. If you do not have a lawyer, then you can call the lawyers or organizations on the list an immigration officer must give you.  You can speak with a lawyer and your family members as often as you want. You will be provided with opportunities to make free calls to a lawyer. If you have any questions about your children's rights under the *Flores* case, you may telephone without charge the attorneys for children in the *Flores* case at 800-xxx-xxxx [phone number to be provided]

/ / /