CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT RE "TITLE 42" CLASS MEMBERS <br><br> Hearing: Sept. 4, 2020 <br> Time: 11:00 a.m. <br> Hon. Dolly M. Gee |

To Defendants and their attorneys of record:

Please take notice that on September 4, 2020, at 11:00 a.m. or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for a class-wide order requiring Defendants to cure breaches of the settlement approved by this Court on January 28, 1997 ("Settlement"), as described in the accompanying memorandum of law.

This motion is based upon the memorandum of law and exhibits filed concurrently hereiwth, and all other matters of record; it is brought following a meeting of counsel pursuant to Local Rule 7-3 and ¶ 37 of the Settlement on July 27, 2020, and the Court's Order re August 7, 2020 Status Conference [Doc. #912].

Dated: August 14, 2020

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Poonam Juneja
Freya Pitts


*/s/ Carlos Holguín*
Carlos Holguín
*One of the Attorneys for Plaintiffs*