# EXHIBIT F

## <u>DECLARATION OF DANIEL A. GALINDO</u>

I, Daniel A. Galindo, hereby declare:

1. I am an attorney licensed to practice law in New York.  I am a staff attorney at the ACLU's Immigrants' Rights Project, where I litigate cases in state and federal trial and appellate courts.

2. I am one of the attorneys working on legal challenges the ACLU has filed to the U.S. government's practice, since March 2020, of invoking Title 42 to summarily expel people at the southern border.  I make this declaration based on my personal experience working with noncitizens subjected to the government's Title 42 process.

3. As of August 13, 2020, the U.S. government has transferred at least 44 unaccompanied children out of the Title 42 process and into ORR care as a result of our efforts.

4. Additionally, we have identified to the U.S. government at least 17 families (adults with children) who we understood were in the Title 42 process. The government subsequently informed us that those families would be processed under Title 8.

I declare under penalty of perjury, under the laws of the United States of America and New York, that the foregoing is true and correct to the best of my knowledge.

Executed and dated: August 14, 2020, in Brooklyn, New York, United States.

Signature: _____

Daniel A. Galindo

1