# EXHIBIT G

I, Melissa Adamson, declare as follows:

1. I am an attorney at the National Center for Youth Law, which serves as class counsel for Plaintiffs in *Flores v. Sessions*. I execute this declaration in support of Plaintiffs' Motion to Enforce Settlement re "Title 42" Class Members.

2. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

3. Pursuant to ¶¶ 28 and 29 of the *Flores* Settlement Agreement, the Department of Homeland Security ("DHS") and the Department of Health and Human Services ("HHS") provide class counsel with monthly statistical reports on class members in its custody.

4. The monthly HHS reports include a "Referrals Tab," "Discharges Tab," "Census Tab," "Transfers Tab," and "Out of Network Placements Tab." The "Referrals Tab" lists all unaccompanied children referred to ORR custody in that month.

5. The March HHS report indicates that 1,852 unaccompanied children were referred to ORR custody in March 2020.

6. The April HHS report indicates that 62 unaccompanied children were referred to ORR custody in April 2020.

7. The May HHS report indicates that 39 unaccompanied children were referred to ORR custody in May 2020.

8. The June HHS report indicates that 61 unaccompanied children were referred to ORR custody in June 2020.

9. The DHS reports provide each class member's "Alien File Number," "Subject ID," "Given Name," "Family Name," "Country of Citizenship," "Birth Date," and "Initial ICE Book-In Date." The DHS reports also provide the "Book-in Date" and "Book-out Date" for each placement in which the child has been detained,

as well as each placement's "Facility Name" and "Facility Type." The DHS reports also include information regarding "Release Reason" and "Detention Criteria."

10. The June DHS report states the following under "Detention Criteria" for 16-year-old B.B.C.: "On 06/29/20 case was reporcessed [sic] from a T42 to T8, UAC was placed in ORR Custody pending Immigration Hearing." The June ICE report indicates that B.B.C was first detained at a hotel for four days, sent to a different hotel for one day, returned back to the original hotel for 19 days, and transferred to a licensed ORR placement on the day DHS "reprocessed" him from Title 42 to Title 8.

11. In the month of June, 20 unaccompanied children were detained in hotels and awaiting expulsion under Title 42 at the end of the month. These children were listed as "T42 Awaiting Expulsion" in the "Detention Criteria" column and were still in custody as of June 30, 2020.

12. Among the children listed as "T42 Awaiting Expulsion" at the end of June were 2-month-old B.E.F., 1-year-old M.E., 5-year-old H.E., and 8-year-old H.E., likely siblings, who had already been held at a hotel for three days, and 13-year-old J.M.A., who had already been held at a hotel for six days.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 14th day of August, 2020 at San Mateo, California.

*Melissa Adamson*
Melissa Adamson