# EXHIBIT H

**From:** Fabian, Sarah B (CIV) Sarah.B.Fabian@usdoj.gov
**Subject:** RE: Letter requesting conference re detention facility COVID disclosures, etc.
**Date:** August 12, 2020 at 1:11 PM
**To:** Carlos Holguín crholguin@centerforhumanrights.email
**Cc:** Silvis, William (CIV) William.Silvis@usdoj.gov, Andrea Sheridan Ordin aordin@strumwooch.com, Leecia Welch lwelch@youthlaw.org, Neha Desai ndesai@youthlaw.org, Melissa Adamson madamson@youthlaw.org, Peter Schey pschey@centerforhumanrights.org, Murley, Nicole (CIV) Nicole.Murley@usdoj.gov

Carlos – see attached copies of the March and May ICE "Redo" spreadsheets that we previously sent you, each of which add a column containing apprehension dates from CBP, which is the data usually provided in the CBP reporting. This should resolve the issues you identified below for those two months. If I recall correctly ICE is still preparing an updated April spreadsheet and when that is complete CBP can provide any updated CBP data. If this does not resolve your concerns please let me know.

The data teams are working on getting the monthly reporting as quickly as possible and I will send as soon as I have them but I do not think they can expedite the production at this stage.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Monday, August 10, 2020 7:46 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Peter Schey <pschey@centerforhumanrights.org>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Subject:** Re: Letter requesting conference re detention facility COVID disclosures, etc.

Sarah,

Thank you for checking in with CBP. We are happy to clarify our request.

In the May CBP report supplementing ICE reporting ("May CBP Subjects by Requested Alien Number_Corresponds to ICE Data," attached), the report includes three columns: "Alien Number," "APP/Inadmissible DT," and "Component." This report does not include "Subject ID" as a column and therefore does include children who were only assigned a Subject ID and not an Alien Number.

The other two CBP files provided for May ("CBP_MAY2020" and "CBP_May 2020_by Requested Alien Number_Corresponds to HHS Data") do not include children who were only assigned a Subject ID and therefore do not provide the CBP entry date for such children.

In the June CBP report supplementing ICE reporting ("June 2020_CBP Subjects by Requested Subject Ids_Corresponds to ICE Data," attached), the report includes four columns: "Alien Number," "APP/Inadmissible DT," "Component," and "Subject ID." This report therefore does include children who were assigned a Subject ID and not an Alien Number. This is the data that we are requesting for March, April, and May.

On a related matter, as you know, Plaintiffs are required to file papers respecting Title 42 children by Friday, August 14. The Court ordered that "[b]riefing on a motion to enforce regarding the Title 42 hotelling issue shall be accompanied by data regarding, inter alia, how many minors are affected, whether they are accompanied or unaccompanied, the minors' ages, and where they were hotelled." Order, Aug. 7, 2020 [Doc. # 914], at 4.

We appreciate that Defendants have been producing ¶ 29 reports on the 15th of each month, but given the Court's order, Plaintiffs request that Defendants produce ¶ 29 reports for July at their earliest convenience such that we may supply the Court the information it requests in Friday's filing.

Thank you.

—
Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.309 (v)
(213) 290-1642 (direct)
(213) 386.9484 (fax)
http://www.centerforhumanrights.org
--
CONFIDENTIALITY NOTICE: This communication, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized interception, review, use, distribution, or disclosure not authorized by the intended recipient(s) is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848, codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient, please contact the sender and destroy all copies of the original communication.

> On Aug 10, 2020, at 12:46 PM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:
>
> I am following up on this portion of your request below:
>
>> Second, the March, April, and May CBP data reports appear to omit children for whom no A-number was assigned, which we understand to be the practice when designating children for "Title 42" removal. The June CBP data included both children with an A-number and children

June CBP data included both children with an A-number and children with only a "Subject ID." We will accordingly request that you provide updated March, April, and May CBP data reports that include children to assigned only a "Subject ID."

CBP has reviewed your question but does not understand your request. Both the May and June CBP reports listed minors who do not have A#s. May was the first month that Defendants provided a CBP-only report from CBP following the meet and confer between the parties and Defendants' changes to their reporting in response to those discussions. Prior to that, the CBP report being provided supplemented the HHS reporting only. Since May, there are three reports from CBP, two of which supplement the ICE and HHS reporting, and the third of which provides CBP-only data.

Best,
Sarah


Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Fabian, Sarah B (CIV)
**Sent:** Thursday, August 06, 2020 2:31 PM
**To:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Cc:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Peter Schey <pschey@centerforhumanrights.org>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Subject:** RE: Letter requesting conference re detention facility COVID disclosures, etc.

Please see the attached in response to your correspondence below.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Sunday, July 26, 2020 8:46 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Leecia Welch <lwelch@youthlaw.org>; Neha

Desai <ndesai@youthlaw.org>; Melissa Adamson
<madamson@youthlaw.org>; Peter Schey
<pschey@centerforhumanrights.org>; Murley, Nicole (CIV)
<NMurley@civ.usdoj.gov>
**Subject:** Re: Letter requesting conference re detention facility COVID disclosures, etc.

Sarah,

Defendants' refusing to discuss the treatment and conditions children experience in hotels and other irregular facilities will only increase the likelihood they will face even more litigation.

Plaintiffs are advised that some or all class members have been removed from the Hampton Inn hotel in McAllen, Texas, and we can think of no reason Defendants should refuse to disclose where those still in Defendants' custody are now placed. Plaintiffs expect the Parties to discuss why licensed placements are not being used, who is caring for these children, where they are being flown, why only 61 children were transferred to ORR in June when 120 were relegated to Title 42 expulsion. Plaintiffs also propose to discuss arranging video interviews with class members detained in unlicensed facilities.

With respect to ¶ 29 reports, Plaintiffs are advised that Defendants began designating class members for "Title 42" detention and removal beginning in March, yet as best I can determine, the reports for that period fail to include data on such class members detained longer than 72 during the reporting period. We will accordingly request a supplemental report for March.

Second, the March, April, and May CBP data reports appear to omit children for whom no A-number was assigned, which we understand to be the practice when designating children for "Title 42" removal. The June CBP data included both children with an A-number and children with only a "Subject ID." We will accordingly request that you provide updated March, April, and May CBP data reports that include children to assigned only a "Subject ID."

With respect to the HHS Juvenile Coordinator's July 24 report, Plaintiffs propose to confer regarding the following deficiencies:
1. Failure to identify infected minors.
2. Failure to state what ORR considers "medical vulnerabilities" and define "children with complex medical needs."
3. Failure to state specific reasons minors in COVID-infested facilities have not been released.
4. Failure to describe each facility's "unique" policies and/or practices aimed at identifying and protecting minors who are at heightened risk of serious illness or death should they contract COVID-19.
5. Complete failure to "[e]xplain whether the medical professionals at ORR are making expeditious individual assessments about a Class Member's eligibility for release when a Class Member has been exposed to COVID-

19 or has a sponsor whose household has a confirmed case of COVID-19, and provide the average time in which such individual assessments take place during the reporting period."

6. Complete failure to explain the reasons each of the 30 MPP detainees have not been released.
7. ORR's revised fingerprinting waiver policy does not appear to comply with the Court's order requiring ORR to "provide for a less onerous chain of approvals or show cause to the
Court why the policy, as written, is imperative." Doc. 833 at 5. The revised policy included as Attachment B to the Report now
requires approval by both the Director for Unaccompanied Children's Operations and the ORR Director (pp. 18-19), and accordingly appears even more onerous than its prior policy.

Please advise at your earliest convenience regarding tomorrow's 9:00 am call.

Thank you.

—

Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.309 (v)
(213) 290-1642 (direct)
(213) 386.9484 (fax)
http://www.centerforhumanrights.org
--
CONFIDENTIALITY NOTICE: This communication, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential and
legally privileged information. Any unauthorized interception, review,
use, distribution, or disclosure not authorized by the intended recipient(s) is
prohibited and may violate applicable laws, including the
Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848,
codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient,
please contact the sender and destroy all copies of the original communication.

> On Jul 26, 2020, at 6:54 AM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:
>
> Carlos - I'm still waiting on confirmation from my client regarding our tentative plan to talk Monday at 9am PT. I am unlikely to have confirmation before tomorrow morning and will let you know as soon as I hear. Defendants are prepared to discuss our positions on Issues 2 and 4 from your letter. Defendants are not planning to discuss media reports or unverified claims from other sources, particularly where those claims are the subject of other litigation. With regard to the Monitor's report, Defendants will review the Judge's latest order

the Monitor's report, Defendants will review the Judge's latest order which I have not yet had the chance to discuss with my team and will determine how to proceed after that. I do not expect we will meet and confer on those issues on Monday morning.

Having heard nothing more from you on issue 3 we are assuming the updated spreadsheet that we sent has resolved that issue.

On Issue 1, I am waiting to hear from you regarding when you intend to send us a list of Issues-if any-from the HHS juvenile coordinator report for discussion. once we receive that list from you I can confirm a time to discuss those issues along with Issue 1.

Best

Sarah

Sarah B. Fabian
Tel. 202.532.4824

> On Jul 25, 2020, at 2:34 PM, Carlos Holguín <crholguin@centerforhumanrights.email> wrote:
>
> Sarah,
>
> Plaintiffs request to go forward on Monday to discuss Defendants' position regarding the points set out in Plaintiffs' correspondence of July 14, 2020, as well as Title 42 detentions and media reports on how children and their legal service providers are being treated.
>
> We can use the following conference line: (205) 825-9165; no access code required.
>
> Please confirm Defendants' availability for that call as soon as possible.
>
> Thank you.
>
> Carlos Holguín
> General Counsel
> Center for Human Rights & Constitutional Law
> 256 S. Occidental Blvd.
> Los Angeles, California 90057
> 213.388-8693 x.309 (v)
> (213) 290-1642 (direct)
> 213.386.9484 (fax)
> http://www.centerforhumanrights.org
>
>> On Jul 23, 2020, at 5:39 PM, Fabian, Sarah

On Jul 23, 2020, at 3:03 PM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:

Carlos – if you send a letter demanding information regarding four separate issues then I need time to gather the information before I can discuss the issues, and as the information comes from many different sources that can take some time. Moreover, as you may be aware there are several other pressing Flores issues going on at this time and I have been focused primarily on working with your co-counsel on the most immediate deadlines. While it may feel leisurely to you, I assure you that I and my team have been working quite a bit on several *Flores*-related issues at one time.

I can talk at 9am PT on Monday about Issues 2 and 4. I cannot confirm that time until Monday morning though because as I mentioned, my client who I need to participate in the call is having surgery and is out the rest of this week. I will try to touch base with her and will confirm a time as soon as I can.

If you would like to meet and confer regarding the HHS juvenile coordinator report first thing on Monday as well then I will check with HHS regarding their availability. Please confirm that you will send us notification of what issues you would like to discuss related to the report —which is being filed tomorrow—no later than 9am ET Monday morning, so that we can be prepared to discuss any issues you may have.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Thursday, July 23, 2020 8:21 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Peter Schey <pschey@centerforhumanrights.org>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Subject:** Re: Letter requesting conference re detention facility COVID disclosures, etc.

Sarah,

Plaintiffs continue to believe your proposed schedule unacceptably leisurely, especially in light of the Independent Monitor's findings regarding Defendants' routine use of unlicensed hotels to detain very young children during the COVID-19 pandemic. I urge Defendants to meet and confer tomorrow, especially with respect to Issues 2 and 4.

If Monday of next week is the soonest Defendants are willing to meet, Plaintiffs will meet then. I suggest 9:00 am pacific, or as soon thereafter as Defendants are willing. I suggest we convene a second call with the "separate group" to discuss Issue 1 and the HHS Juvenile Coordinator's report immediately following the 9:00 am call.

Thank you,

Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law

256 S. Occidental Blvd.
Los Angeles, California 90057
213.388-8693 x.309 (v)
(213) 290-1642 (direct)
213.386.9484 (fax)
http://www.centerforhumanrights.org

> On Jul 23, 2020, at 8:08 AM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:
>
> Please see the attached updated May ICE report. This responds to, and hopefully resolves, the concerns raised in Issue Number 3 of your letter.
>
> I expect to have more information regarding issues 2 and 4 tomorrow. However, the individual I need to participate on a call regarding issue 4 is out of the office having surgery this week. Therefore I propose that we set a call on that issue for Monday or Tuesday of next week. Please let me know your availability on those days. If I get the information I need from my clients, we can hopefully talk about issue 2 at that time as well.
>
> With regard to Issue 1, as noted, I propose we set a time next week to discuss at the same time that we talk about any issues related to the HHS Juvenile Coordinator report that will be filed tomorrow. Since that will be a separate group that call should be separate from the one above. Please let

me know your availability for that call as well and I will figure out a time with my clients.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Friday, July 17, 2020 5:04 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Deane.Dougherty@ice.dhs.gov; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Holly S Cooper <hscooper@ucdavis.edu>; Peter Schey <pschey@centerforhumanrights.org>; Murley, Nicole (CIV) <NMurley@civ.usdoj.gov>
**Subject:** Re: Letter requesting conference re detention facility COVID disclosures, etc.

In Plaintiffs' view, your proposal would needlessly delay any potential resolution of growing concerns over both ORR's and DHS's treatment of class members during an expanding pandemic. We urge Defendants to reconsider and agree to meet at their earliest convenience the first part of next week.

Thank you,

Carlos Holguín
General Counsel
Center for Human Rights
& Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
213.388-8693 x.309 (v)
(213) 290-1642 (direct)
213.386.9484 (fax)
http://www.centerforhumanrights.org

> On Jul 17, 2020, at 12:58 PM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:
>
> Carlos – with regard to the issues concerning ORR, Defendants propose that we combine this meet and confer with the required meet and confer to take place

to take place following the submission of the Juvenile Coordinator's report on July 24 in advance of filing a joint response to that report on July 31. Therefore, please let me know your availability to talk that week regarding these issues.

With regard to the issues concerning DHS I am talking to my clients on Tuesday 7/21 and will suggest a time to discuss those issues after that.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation –
District Court Section
(202) 532-4824

---

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Friday, July 17, 2020 1:24 PM
**To:** Silvis

**To:** Silvis, William (CIV) <WSilvis@civ.usdoj.gov>; Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Andrea Sheridan Ordin <aordin@strumwooch.com>; Deane.Dougherty@ice.dhs.gov; Miranda-Maese, Aurora (ACF) (CTR) <Aurora.Miranda-maese@acf.hhs.gov>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Holly S Cooper <hscooper@ucdavis.edu>; Peter Schey <pschey@centerforhumanrights.org>
**Subject:** Letter requesting conference re detention facility COVID disclosures, etc.

Plaintiffs request the courtesy of a response indicating whether Defendants

intend to meet and confer Monday, July 20, at 11:00 am, as proposed in the annexed correspondence.

Thank you,

Carlos Holguín
General Counsel
Center for Human Rights
& Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
213.388-8693 x.309 (v)
(213) 290-1642 (direct)
213.386.9484 (fax)
http://www.centerforhumanrights.org

<ICE_May 2020 Flores Report Redo_7_23_2020.xlsx>


CBP May 2020 Flores...do.xlsx


Copy of March 2020 F...n.xlsx