CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br>Defendants. | No. CV 85-4544-DMG-AGRx<br><br>[PROPOSED] ORDER ENFORCING SETTLEMENT<br><br>Hearing: Sept. 4, 2020<br>Time: 11:00 a.m.<br>Hon. Dolly M. Gee |

Plaintiffs' Motion to Enforce Settlement Regarding "Title 42" Class Members, which seeks a class-wide order requiring Defendants to comply with the settlement approved by this Court on January 28, 1997 ("Settlement") came on regularly for hearing on September 4, 2020.

The Court, having read and considered the parties' respective memoranda of law in support of and in opposition to Plaintiffs' motion, and having heard oral argument from counsel, now GRANTS Plaintiffs' motion.

IT IS HEREBY ORDERED as follows:

1. Children designated for Title 42 expulsion are class members and protected by the class-wide Settlement herein.

2. Except as provided in Settlement ¶ 12A, Defendants shall place all unaccompanied class member children detained pursuant to Title 42 as expeditiously as possible in licensed facilities as defined in Settlement ¶ 6. If a bed in a licensed facility is immediately available, Defendants shall generally make a licensed placement available to such class members within 72 hours of arrest or apprehension.

3. Defendants shall allow Plaintiffs' counsel access to class members detained subject to Title 42 for monitoring, interviews, and representation as Settlement ¶¶ 32 and 33 require.

Dated: _____, 2020

_____
United States District Judge

Presented by:

/s/ Carlos Holguín
Carlos Holguín
One of the attorneys for Plaintiffs