ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

JENNY LISETTE FLORES, *et al*.,

Plaintiffs,

v.

WILLIAM P. BARR, Attorney General of the United States, *et al*.,

Defendants.

CASE NO. CV 85-4544-DMG (AGRx)

**NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME AND MODIFICATION**

On August 7, 2020, the Court ordered Dr. Paul Wise and the Special Master/Independent Monitor ("Monitor") to continue to provide enhanced monitoring of the ICE Family Residential Centers' ("FRCs") care of minors. [Doc. #914.] The Court also ordered Dr. Wise and the Monitor to continue to monitor the hoteling of minors, under the authority discussed in the Court's July 25, 2020 Order [Doc. #887]. [Doc. #914]. Under the Court's Order, Dr. Wise and the Monitor shall have the ability to:

> (a) request and obtain copies of medical care data and policies; (b) have telephone or videoconference access to persons most knowledgeable at the FRCs with whom they can discuss the baseline of custodial medical care, health care protocols, and COVID-19 prevention practices; (c) consider protocols for identifying minors who have serious medical conditions that may make them more vulnerable to COVID-19; (d) interview minors with serious medical conditions or, as appropriate, their guardians; and (e) make such recommendations for remedial action as they deem appropriate.

[*Id*.]. The Court ordered Dr. Wise and the Monitor to file any report and recommendations by August 24, 2020. [*Id*.].

Due to the need to conduct further interviews scheduled for Monday, August 24, 2020, the Monitor requests the following modifications and extensions of time for the filing of her Report and Recommendation pursuant to the Court's August 7, 2020 Order.

**<u>Modification to the Timing of Reports</u>**

Report and Recommendation: Wednesday, August 26, 2020

No further modifications are requested.

The Monitor has informed counsel for Plaintiffs and Defendants of this Notice to the Court Re Proposed Extension of Time and Modification and the Monitor has received no objections.

DATED: August 21, 2020

Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP

By *__/s/ Andrea Sheridan Ordin__*
Andrea Sheridan Ordin

*Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on August 21, 2020, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME AND MODIFICATION**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on August 21, 2020, at Los Angeles, California.

Jeff Thomson