# Defendants' Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et. al.*, | Case No.: CV 85-4544-DMG |
| Plaintiffs, | |
| v. | |
| WILLIAM BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

# DECLARATION OF MELLISSA HARPER

I, Mellissa Harper, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, relating to the above-captioned matter, hereby declare as follows:

1. I am the Chief of the Juvenile and Family Residential Management Unit (JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security. JFRMU addresses issues confronting unaccompanied alien children (UAC) and alien family groups who come into ERO custody. JFRMU develops policies sensitive to the various vulnerabilities and needs of these populations. JFRMU trains, monitors, and advises Field Office Juvenile Coordinators. JFRMU oversees and monitors the implementation of nationwide court orders that impact this population, including

those in the present case.

2. Responsibilities within my purview include oversight of the housing of minors and family groups/units in hotels.[1] This is accomplished through a contract with MVM Inc. (MVM), a company specializing in the transportation and care of this vulnerable population. Minors and family groups/units are housed in hotels in and around McAllen, Texas; El Paso, Texas; and, Phoenix, Arizona.

3. MVM hires "Transportation Specialists" who interact and care for minors and family groups/units while in the hotel. These Specialists must meet the following requirements in order to provide care in hotel settings: 1) Possess an associate degree in an appropriate discipline from an accredited college (a high school diploma with one or more years of extra relevant experience may be substituted for an associate degree); and, 2) Have at least two years of documented experience in a field related to law, social work, detention, corrections, or similar occupational area; as well as certification, licensure, and credentials applicable to the professional accreditation of the position if applicable (a minimum of three years of experience in a related field is required when a high school diploma with one or more years of relevant experience is substituted for an associate degree).

---

[1] A family "groups" refers to siblings, minors with aunts/uncles, etc., and family "units" are traditional parent/child units.

**Placement into hotels**

4. When a single minor or family group/unit is completely processed by U.S. Customs and Border Protection (CBP), JFRMU and MVM are notified that the single minor or family group/unit is ready for transfer to ICE. Based on the specifics of the single minor(s) or family group/unit ready for transfer, MVM assigns staff to respond. MVM normally takes custody of a single minor or family group/unit within hours of notification and they are transported to a local hotel.

**ICE oversight of hotel placements**

5. MVM has management on-site at the hotels and additional levels of management that conduct random drop-ins at the hotels. Additionally, MVM quality control compliance specialists are on-site to ensure compliance with agreed-upon detention standards.

6. There are, at minimum, two Transportation Specialists assigned to each room, with at least one Transportation Specialist the same gender as the minor(s) in the room. Each minor has their own bed; therefore, room configuration determines the number of minors in a room. Transportation Specialists must remain inside the rooms within the line-of-sight of the minors or family members.

7. Transportation Specialists are assigned to safeguard the minors and family groups/units and to ensure that COVID-19 protocols are followed.

8. Parents are responsible for the care of their children with the assistance of the Transportation Specialists.

9. The Transportation Specialists interact with single minors in ways such as playing board or video games or watching television and movies (chosen by the minor) in order to keep them comfortable, engaged, and at ease.

10. Most Transportation Specialists are native Spanish speakers and, thus, are able to keep the minors and family groups/units informed and are able to respond to any questions they may have.

11. An ICE Supervisory Detention and Deportation Officer is the contractual local Compliance Officer and oversees all aspects of the operations. In addition, in McAllen, Texas, the location of the largest operation, there are ICE personnel assigned to the MVM operation. ICE personnel regularly visit the hotels to ensure compliance.

12. Additionally, ICE JFRMU's independently contracted inspection team for the family residential centers and ICE juvenile facilities has created a *Flores*-based inspection tool specific to the hotel program.  Unannounced virtual inspections have been conducted in all three cities to verify conditions at the hotels are humane and safe.  As a result of these inspections, additional *Flores* compliance has been achieved and improvements have been made to the hotel program to include

streaming religious services, if desired by the minor or family group/unit, as well as virtual exercise programs through streaming video.

**Personal care items, food and sanitary measures (COVID-19 protections) provided**

13. When the MVM Command Center receives notification from CBP that a minor or family group/unit processed under Title 42 is ready for transfer to MVM care, a travel kit is created for each minor or family member. The kits are gender and age specific. A kit includes a toothbrush, toothpaste, comb/brush, body soap, shampoo, deodorant, lip balm, and feminine hygiene products (if female minor over 10). Additionally, depending on the age(s) and composition of a family group/unit, the kit may also include: diapers, wipes, diaper rash ointment, formula, bottles, pacifiers, and baby blankets. Climate appropriate clothing items such as gloves, hats, and jackets are also included, if necessary.

14. Sets of new clothing and shoes are provided daily for all minors and family members. Clothing sets generally consist of undergarments, socks, shirts, sweatpants or jeans, t-shirts, sweatshirts or light jacket, and "crocs" or sneakers. Climate appropriate clothing items such as gloves, hats, and jackets are also included, if necessary.

15. Each minor receives a backpack containing their hygiene kit, clothing and shoes, and any toys/books issued. The backpack is also provided for storage of any personal items the minor or family member may have with them.

16. Snacks and water are always available during transport. Snacks, such as chips, crackers, cookies, fruit gummies, etc., water, juice, milk, and fruit are available 24/7 in the room. Three hot meals delivered from local restaurants, and chosen by the detainees, are served per day. Meals designed to meet nutritional standards are catered from various local area restaurants and include entrees and sides.

17. All hotel rooms are equipped with showers, and minors are reminded by the Transportation Specialists to bathe daily. Additionally, hand washing is required and encouraged regularly. Signs showing proper hand-washing procedures are posted by MVM personnel when preparing the hotel room.

18. Personal protective equipment, namely, masks, gloves, hand sanitizer, and cleaning wipes, are available 24/7. Sanitizing of the flat surfaces and commonly touched areas in the hotel room is conducted throughout the day pursuant to a regular schedule. Additionally, games, books, toys, remote controls, and video game controllers are wiped clean with sanitizer regularly throughout the day. Masks are required to be worn at all times except when eating or drinking, and social distancing is enforced.

19. In addition to the measures described above, other COVID-19 related practices are in place including, but not limited to:

   a. Prior to the beginning of their shift, temperatures of Transportation Specialists are taken, and they are asked COVID-19 related questions.

   b. Thereafter, the Transportation Specialists take their own temperature every four hours and at the end of their shift.

   c. Prior to taking family groups/units and minors into custody, their temperatures are taken, and they are asked COVID-19 related questions.

   d. If a minor or family group/unit develops symptoms of COVID-19, or has been diagnosed with COVID-19, the minor or family group/unit is provided and wears an N95 mask instead of the surgical mask, and the Transportation Specialist wears the N95 mask, gloves, gowns, shoe covers, and face shields.

   e. If a minor or family unit has been in the hotel room and tested positive for COVID-19, the room is sanitized every three days using the "Halo Fogger."[2]

   f. If a minor or family group/unit is taken to an urgent care center or local emergency room and tests positive for COVID-19, the positive

---

[2] https://halosil.com/#

individual will be moved to a separate room and kept away from others. If it is a member of a family group/unit, the positive family member will be cared for separately, unless there is a tender age child present, in which case a parent will remain in the room to care for the child. Under these circumstances, the Transportation Specialist notifies ICE and the MVM Site Manager immediately.

**Medical care available to minors at hotels**

20. A medical professional from the ICE Health Services Corps (IHSC) is on-site at the hotels to check the health of both minors and adults housed at the hotel. Each day, all minors and family members are seen, and screened for any medical issues, by the on-site IHSC medical professional. Medical professionals include registered nurses and/or advanced practice providers. These providers can consult with an on-call physician, if necessary. Additionally, temperatures of minors and family members are taken and recorded every 4 hours. Urgent care centers or local emergency rooms are used in the event of a medical emergency or in cases where behavioral health services are needed. If an emergency occurs when no medical staff is present, MVM informs IHSC immediately and transports the adult or minor to local health resources as stated in the previous sentence.

**Access to counsel and family**

21.     Every minor or family group/unit housed in a hotel is given a minimum of one phone call a day. They can call any family member, domestic or international. Additionally, phone calls are granted upon request without limitations. If an attorney has a Form G-28 ("Notice of Entry of Appearance as Attorney or Accredited Representative") on file, or if a request for an attorney call is relayed to JFRMU or MVM, the call is scheduled and facilitated as soon as possible.

**Data regarding minors in Title 42 proceedings**

22.     On August 12, 2020, ICE conducted a data analysis of minors held in hotels for purposes of Title 42 expulsion. This data reflects minors subject to the Title 42 process who were housed in hotels from April 18, 2020, until July 31, 2020. The data reflects that minors under age 10 have been accompanied by a family member. The data is attached to this declaration for the court's review as Exhibit 1 (note, in Exhibit 1, references to "FAMGR" refer to family "groups" [siblings, minors with aunts/uncles, etc.], as compared to the typical FAMU reference, which is a traditional parent/child unit).

23. The below graph and table show the Average Length of Stay in a hotel by both month and category:



| Book-in Month | Category | | | Average |
| --- | --- | --- | --- | --- |
| | Family Group | Family Unit | Single Minor | |
| April | 4.0 | 3.0 | 3.5 | **3.5** |
| May | 1.7 | 12.1 | 5.5 | **6.2** |
| June | 4.1 | 13.1 | 5.5 | **6.0** |
| July | 3.7 | 11.0 | 4.7 | **5.3** |
| **Average** | **3.6** | **11.5** | **4.9** | **5.5** |

24. The below table details the count(s) of T42 minors held in hotels by Age and Category:

| Category | Age | | | Total |
|---|---|---|---|---|
| | < 10 years old | 10 - 14 years old | 15 - 17 years old | |
| Family Group | 24 | - | - | 24 |
| Family Unit | 44 | 9 | 6 | 59 |
| Single Minor | - | 124 | 453 | 577 |
| Total | 68 | 133 | 459 | 660 |

Source: ICE Title 42 enforcement data from March 20, 2020 through July 31, 2020.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: August 21, 2020

_____
Mellissa Harper. Unit Chief,
Juvenile and Family Residential
Management Unit
U.S. Immigration and Customs Enforcement