ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  Sarah.B.Fabian@usdoj.gov
Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
|     Plaintiffs, | [Proposed] |
|     v. | **ORDER ON APPLICATION TO SEAL** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | **[Hon. Dolly M. Gee]** |
|     Defendants. | |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Attachment A to Defendants' Exhibit 1, the Declaration of Mellissa Harper.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Attachment A to Defendants' Exhibit 1, the Declaration of Mellissa Harper

**IT IS SO ORDERED.**

DATED: _____, 2020.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE