ETHAN P. DAVIS
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | ) Case No. CV 85-4544 |
| Plaintiffs, | ) |
| | ) **FOURTH SUPPLEMENT TO** |
| | ) **DEFENDANTS' RESPONSE TO** |
| v. | ) **JUNE 25, 2020 AMICUS BRIEF** |
| | ) |
| WILLIAM P. BARR, Attorney | ) |
| General of the United States; *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| | ) |

On June 26, 2020, the Court ordered that "Defendants may respond to the amicus brief [Doc. # 831] by July 2, 2020." ECF No. 833 at ¶ 3. In accordance with the Court's order, on July 2, 2020, Defendants filed a response from Ms. Deane Dougherty, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"). *See* ECF No. 838. That response explained that "ICE has been reporting any positive test results to the Court in *O.M.G. v. Wolf*, 1:20-cv-00786-JEB (D.D.C filed March 21, 2020)," and attached the reports submitted to the *O.M.G.* Court as of July 2, 2020. *See* Response of Deane Dougherty, ECF No. 838-1, at 2 and attachments.

Defendants have continued to submit updates to that Court, and on July 8, 2020, July 13, 2020, and July 27, 2020, Defendants supplemented their July 2, 2020 filing with additional reports filed in *O.M.G.* through July 27, 2020. Defendants also stated that they will continue to update this Court by filing the reports filed in *O.M.G.* with this Court as well. Accordingly, attached hereto are the additional reports filed in *O.M.G.* through August 24, 2020.

///

///

///

DATED:      August 24, 2020          Respectfully submitted,


                                     ETHAN P. DAVIS
                                     Acting Assistant Attorney General

                                     WILLIAM C. PEACHEY
                                     Director, District Court Section
                                     Office of Immigration Litigation

                                     WILLIAM C. SILVIS
                                     Assistant Director, District Court Section
                                     Office of Immigration Litigation

                                     */s/ Sarah B. Fabian*
                                     SARAH B. FABIAN
                                     Senior Litigation Counsel
                                     Office of Immigration Litigation
                                     District Court Section
                                     P.O. Box 868, Ben Franklin Station
                                     Washington, D.C. 20044
                                     Tel: (202) 532-4824
                                     Fax: (202) 305-7000
                                     Email: sarah.b.fabian@usdoj.gov

                                     *Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants