ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
   P.O. Box 868, Ben Franklin Station
   Washington, D.C. 20044
   Tel: (202) 532-4824
   Fax: (202) 305-7000
   Email: sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | **NOTICE OF APPEAL** |
| v. | Hon. Dolly M. Gee |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

Defendants the U.S. Department of Health and Human Services and U.S. Department of Homeland Security hereby appeal the District Court's June 26, 2020 Order, ECF No. 833, in the above-captioned case to the United States Court of Appeals for the Ninth Circuit.

DATED: August 24, 2020     Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on August 24, 2020, I served the foregoing on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants