| Det Location | A-Number | Last Name | First Name | Country of Citizenship Code | Book-in Date | Birth Date | Age | Age Group | Final Order Date ("as of" 8/15/20) | Case Category | Specific explanation for detention 20+ Days |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | CHILE | 3/18/2020 | | 2 | 0 to 5 | 3/15/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | CHILE | 3/18/2020 | | 3 | 0 to 5 | 3/14/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | CHILE | 3/11/2020 | | 4 | 0 to 5 | 3/6/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | VIETNAM | 7/14/2020 | | 8 | 6 to 13 | 7/11/2020 | [BG] Expedited Removal - Credible Fear Referral | The minor is subject to a final order of removal and there are no legal impediments to removal at this time. The family is cooperating with the travel document process and has completed the documents required for issuance of their travel documents. The ICE Assistant Attache for Removals in Vietnam is working with the Vietnamese government on the travel documents needed to effectuate the removal. Once the documents are issued the family will be scheduled for removal on the next available removal flight. |
| | | | | HAITI | 3/11/2020 | | 11 | 6 to 13 | 3/6/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | CHILE | 7/14/2020 | | 1 | 0 to 5 | 8/5/2020 | [BG] Expedited Removal - Credible Fear Referral | Removed 08.18.20 |
| | | | | CONGO | 7/23/2020 | | 1 | | 8/11/2020 | [BG] Expedited Removal - Credible Fear Referral | The minor is subject to a final order of removal and there are no legal impediments to removal at this time. Minor/family is scheduled for removal on [redacted] via ICE charter flight. Due to COVID 19, there are not commercial flights for individual family unit removals and ICE must coordinate charter flights with individual countries. ICE is working with the Consulate of Democratic Republic of Congo for the travel documents and concurrence to receive the family. |
| | | | | CHILE | 7/12/2020 | | 2 | 0 to 5 | 8/5/2020 | [BF] Expedited Removal | Removed 08.18.20 |
| | | | | BRAZIL | 7/26/2020 | | 3 | 0 to 5 | | [BG] Expedited Removal - Credible Fear Referral | The minor(FAMU) was initially processed as a 742 but were processed under Title 8. [redacted] On 8/21/2020, an IJ affirmed the decision by USCIS. The minor and family unit will be removed the very next Brazil removal flight. Brazil removal flights are scheduled through ICE Air Operations at this time due to COVID 19 restrictions on commercial flights. Brazil removal flights occur approximately every two weeks. |
| | | | | BRAZIL | 7/12/2020 | | 5 | 0 to 5 | 8/5/2020 | [BF] Expedited Removal | Removed 08.18.20 |
| | | | | HAITI | 7/14/2020 | | 6 | 6 to 13 | 8/5/2020 | [BG] Expedited Removal - Credible Fear Referral | Removed 08.18.20 |
| | | | | ANGOLA | 7/18/2020 | | 7 | 6 to 13 | | [BG] Expedited Removal - Credible Fear Referral | RELEASED FROM [redacted] ON PAROLE 8/19/20 |
| | | | | ECUADOR | 10/5/2019 | | 3 | 0 to 5 | 9/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | BRAZIL | 7/19/2020 | | 4 | 0 to 5 | | [BG] Expedited Removal - Credible Fear Referral | RELEASED FROM [redacted] ON PAROLE 8/19/20 |
| | | | | CONGO | 7/18/2020 | | 6 | 6 to 13 | | [BK] Expedited Removal Terminated due to Credible | RELEASED FROM [redacted] ON PAROLE 8/19/20 |
| | | | | CONGO | 7/18/2020 | | 10 | 6 to 13 | | [BK] Expedited Removal Terminated due to Credible | RELEASED FROM [redacted] ON PAROLE 8/19/20 |
| | | | | CONGO | 7/18/2020 | | 15 | 14 to 17 | | [BK] Expedited Removal Terminated due to Credible | RELEASED FROM [redacted] ON PAROLE 8/19/20 |
| | | | | ECUADOR | 2/28/2020 | | 1 | 0 to 5 | 3/20/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | ECUADOR | 1/19/2020 | | 6 | 6 to 13 | 2/5/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | ECUADOR | 1/19/2020 | | 8 | 6 to 13 | 2/5/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | ECUADOR | 1/19/2020 | | 10 | 6 to 13 | 2/5/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | ECUADOR | 2/24/2020 | | 17 | 14 to 17 | 2/23/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 9/11/2019 | | 2 | 0 to 5 | 10/17/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/29/2019 | | 3 | 0 to 5 | 9/18/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/29/2019 | | 3 | 0 to 5 | 9/18/2019 | [BF] Expedited Removal | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/31/2019 | | 4 | 0 to 5 | 10/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/30/2019 | | 6 | 6 to 13 | 8/29/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/31/2019 | | 7 | 6 to 13 | 12/12/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 9/3/2019 | | 7 | 6 to 13 | 9/23/2019 | [BF] Expedited Removal | The minor has final order of removal. FAMU WAS ADDED TO THE MMV V. BARR PLAINTIFF LIST. FAMU DROPPED FROM THE 05/19/2020 REMOVAL MISSION DUE TO PENDING LITIGATION. Voluntary dismissal of subject from the DAM litigation ON 08/13/2020. TENTATIVE REMOVAL OF 08/21/2020. |
| | | | | EL SALVADOR | 8/27/2019 | | 8 | 6 to 13 | 9/18/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U.S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |

| | | | | Country | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | EL SALVADOR | 8/27/2019 | 8 | 6 to 13 | 9/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/29/2019 | 8 | 6 to 13 | 9/19/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/27/2019 | 9 | 6 to 13 | 9/18/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | EL SALVADOR | 8/31/2019 | 13 | 6 to 13 | 10/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 10/5/2019 | 2 | 0 to 5 | 11/14/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/9/2020 | 2 | 0 to 5 | 4/2/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/9/2020 | 2 | 0 to 5 | 3/26/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 9/14/2019 | 3 | 0 to 5 | 9/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 12/17/2019 | 4 | 0 to 5 | 9/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/4/2020 | 4 | 0 to 5 | 3/25/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/4/2020 | 4 | 0 to 5 | 3/23/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/9/2020 | 4 | 0 to 5 | 4/6/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 9/28/2019 | 5 | 0 to 5 | 11/19/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/4/2020 | 5 | 0 to 5 | 3/20/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 9/16/2019 | 6 | 6 to 13 | 11/4/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/2/2020 | 6 | 6 to 13 | 3/11/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/4/2020 | 6 | 6 to 13 | 3/23/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/9/2020 | 6 | 6 to 13 | 4/6/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/9/2020 | 6 | 6 to 13 | 3/31/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 4/4/2020 | 7 | 6 to 13 | 3/25/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| | | | | GUATEMALA | 9/28/2019 | 8 | 6 to 13 | 11/19/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him.  ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court.  The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |

| | | | | Country | | | | Age | | | Notes |
|---|---|---|---|---|---|---|---|---|---|---|---|
| ▮ | ▮ | ▮ | GUATEMALA | 10/6/2019 | 8 | 6 to 13 | 12/4/2019 | [BF] Expedited Removal | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 4/2/2020 | 8 | 6 to 13 | 3/11/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 9/30/2019 | 9 | 6 to 13 | 11/14/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 10/6/2019 | 12 | 6 to 13 | 11/21/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 4/2/2020 | 12 | 6 to 13 | 3/11/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 8/30/2019 | 14 | 14 to 17 | 9/23/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 9/26/2019 | 14 | 14 to 17 | 10/8/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 4/2/2020 | 14 | 14 to 17 | 3/11/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | GUATEMALA | 8/30/2019 | 18 | 14 to 17 | 9/23/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HAITI | 7/11/2020 | 15 | 14 to 17 | 7/20/2020 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 9/14/2019 | 3 | 0 to 5 | 9/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 8/22/2019 | 4 | 0 to 5 | 9/18/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 9/1/2019 | 4 | 0 to 5 | 8/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 8/30/2019 | 5 | 0 to 5 | 9/19/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 10/9/2019 | 5 | 0 to 5 | 12/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 8/30/2019 | 6 | 6 to 13 | 9/23/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 8/30/2019 | 6 | 6 to 13 | 9/19/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 9/14/2019 | 6 | 6 to 13 | 10/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 9/11/2019 | 8 | 6 to 13 | 10/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 9/18/2019 | 9 | 6 to 13 | 11/4/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▮ | ▮ | ▮ | HONDURAS | 10/19/2019 | 9 | 6 to 13 | 10/17/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |

| | | | | Country | Date | # | Age | Date | Classification | Notes |
|---|---|---|---|---|---|---|---|---|---|---|
| ▓ | ▓ | | ▓ | HONDURAS | 9/11/2019 | 10 | 6 to 13 | 10/17/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | | HONDURAS | 10/8/2019 | 10 | 6 to 13 | 12/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 8/22/2019 | 11 | 6 to 13 | 9/12/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 8/22/2019 | 11 | 6 to 13 | 8/20/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 8/27/2019 | 11 | 6 to 13 | 8/26/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 9/18/2019 | 13 | 6 to 13 | 11/4/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 9/10/2019 | 14 | 14 to 17 | 9/9/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | | HONDURAS | 10/8/2019 | 14 | 14 to 17 | 12/11/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 9/11/2019 | 15 | 14 to 17 | 10/3/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | HONDURAS | 9/18/2019 | 17 | 14 to 17 | 11/4/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |
| ▓ | ▓ | | ▓ | NICARAGUA | 8/27/2019 | 14 | 14 to 17 | 9/30/2019 | [BG] Expedited Removal - Credible Fear Referral | This minor may be eligible for individual release if the parent designates a caregiver to whom the minor can be released. As of today, a parent has not designated a caregiver or requested that the minor be released separately from her or him. ICE will determine the minor's eligibility for release with the consent of a parent or guardian in accordance with any future order or decision issued by the court. The minor has final order of removal but cannot be removed at this time because the minor/family unit is subject to an administrative stay of removal issued by the U. S. District Court for the District of Columbia on 07/23/20 in D.A.M. v. Barr. |