|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 |   |
| 6 |   |
| 7 |   |

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
|---|---|
| Plaintiffs, | **ORDER ON APPLICATIONS TO SEAL [926; 933]** |
| v. |  |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, |  |
| Defendants. |  |

THIS CAUSE comes before the Court upon Defendants' Applications for Leave to File Under Seal Attachment A to Defendants' Exhibit 1, the Declaration of Mellissa Harper, [Doc. # 926], and Portions of Juvenile Coordinator Reports, [Doc. # 933].

UPON CONSIDERATION of the Applications, and for the reasons set forth therein, the Court hereby ORDERS that the following documents shall be filed under seal:

- Attachment A to Defendants' Exhibit 1, the Declaration of Mellissa Harper
- Exhibit A to the Juvenile Coordinator Report of Deane Dougherty (portions)
- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED: August 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-