ALDEA – THE PEOPLE'S JUSTICE CENTER
Bridget Cambria, Esq.
Executive Director
532 Walnut Street
Reading, PA 19601
Tel. (484) 877-8002 / Fax. (484) 772-8003
E-mail: bridget@aldeapjc.org

[Additional counsel listed on signature page]

Attorneys for *Amici Curiae*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV-85-4544-DMG <br><br> ***EX PARTE* APPLICATION BY *AMICI CURIAE* TO EXPAND PAGE LIMIT;** <br><br> **MEMORANDUM OF POINTS AND AUTHORITIES;** <br><br> **DECLARATION OF BRIDGET CAMBRIA;** <br><br> **PROPOSED ORDER.** <br><br> Judge: Hon. Dolly M. Gee |

*Ex Parte* Application By *Amici Curiae* To Expand Page Limit

Pursuant to Local Rule 7-19, *amici curiae* hereby apply *ex parte* for an order from this Court expanding the page limit for their Brief addressing the Plaintiffs' Motion to Enforce Settlement of Class Action and Defendants' Response in Opposition to Plaintiffs' Motion to Enforce Settlement to forty (40) pages. Defendants request this expansion of the page limit for the reasons set forth in the accompanying memorandum of points and authorities and Declaration. Counsel for *amici curiae* reached out to counsel for Plaintiffs and Defendants by email on August 26, 2020 to request the parties' position on this request, and no party has any objection.

Dated:       August 27, 2020            Respectfully submitted,

/s/ Gabriel S. Barenfeld
BRIDGET CAMBRIA, Esq.
Executive Director
ALDEA - The People's Justice Center
532 Walnut St.
Reading, PA 19601
bridget@aldeapjc.org
(Admitted *Pro Hac Vice*)

MANOJ GOVINDAIAH
Director of Litigation
RAICES
802 Kentucky Avenue
San Antonio, TX 78201
Manoj.Govindaiah@raicestexas.org
(Admitted *Pro Hac Vice*)

# MEMORANDUM OF POINTS AND AUTHORITIES

*Amici curiae* Aldea – The People's Justice Center, Proyecto Dilley, and RAICES hereby respectfully request that the Court expand the L.R. 11-6 page limit for their amicus brief by fifteen (15) pages to a total of 40 pages. *Amici* request this expansion because of the dual role of the brief in addressing the proposed advisal and protocol suggested by Class Counsel as well as the Government's noncompliance and opposition to any remedy, as well as detailing proposed alternatives to the Court with regard to both the advisal/Notice of Rights and remedies for noncompliance for the Court's consideration.

Because this brief includes proposed alternatives with regard to the contents of the Notice of Rights/advisal as well as a number of remedies for the Court's consideration in addition to raising issues of law and fact with regard to Class Counsel's proposed remedy (advisal and protocol) and the Government's opposition and continued noncompliance with the *Flores* Settlement Agreement and multiple orders of this Court, the *amicus* brief cannot be easily be consolidated or limited. Therefore, *amici curiae* request that the Court grant them an additional fifteen (15) pages in order to more fully respond to the parties' proposals for compliance or lack thereof. *See also* Declaration of Bridget Cambria, attached hereto.

///

| | | |
|---|---|---|
| 1 | Dated: August 27, 2020 | Respectfully submitted, |
| 2 | | /s/ Gabriel S. Barenfeld |
| 3 | | BRIDGET CAMBRIA, Esq. |
| | | Executive Director |
| 4 | | ALDEA - The People's Justice Center |
| 5 | | 532 Walnut St. |
| | | Reading, PA 19601 |
| 6 | | bridget@aldeapjc.org |
| 7 | | (Admitted *Pro Hac Vice*) |
| 8 | | |
| | | MANOJ GOVINDAIAH |
| 9 | | Director of Litigation |
| 10 | | RAICES |
| | | 802 Kentucky Avenue |
| 11 | | San Antonio, TX 78201 |
| 12 | | Manoj.Govindaiah@raicestexas.org |
| | | (Admitted *Pro Hac Vice*) |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 27, 2020, I served the foregoing *Ex Parte* Application By *Amici Curiae* To Expand Page Limit and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ Gabriel S. Barenfeld
Bridget Cambria, Esq.
Executive Director
ALDEA – THE PEOPLE'S JUSTICE CENTER

Attorney for *amici curiae*