# DECLARATION OF BRIDGET CAMBRIA

I, Bridget Cambria, declare:

1. I am the Executive Director of and an attorney with Aldea – The People's Justice Center. I have entered my appearance *pro hac vice* in this matter on behalf of *amici curiae* Aldea – The People's Justice Center, Proyecto Dilley, and RAICES. As such, I have personal knowledge of the following facts and, if called as a witness, I could and would testify competently thereto.

2. *Amici curiae* ask the Court to expand the page limit for its brief ("Brief") to forty (40) pages. *Amici curiae* request this expansion for the following reasons.

4. *Amici curiae* are the legal service providers ("LSPs") providing direct representation at the FRCs to Class Members and their accompanying parents, and represent them in other federal litigation.

5. *Amici curiae* were given the opportunity by the Court in its order of August 10, 2020 to submit additional, alternative remedies to the Court for its consideration, and to further raise factual and legal issues relevant to the nature of parties' claims and factual assertions.

6. The undersigned has made every effort to keep the Brief to the 25-page limitation through several rounds of editing. It has proven impossible to both present *amici curiae*'s proposed alternative remedies and their basis in law and to bring to the Court's attention the legal and factual issues relevant to the Court's

consideration of the remedy proposed by Class Counsel and the Government's response in 25 pages or fewer.

7. Therefore, *amici curiae* request that the Court grant them a total of 40 pages to propose its alternative "Notice of Rights" and remedies and bring additional issues of law and fact to the Court's attention with regard to the remedy proposed by Class Counsel, and issues raised by the Government's opposition to that remedy.

8. On August 26, 2020, I reached out to the parties (both Class Counsel and counsel for the Government) regarding their position on *amici curiae*'s request to expand the page limit, and received responses on the same day via e-mail from both Class Counsel Peter Schey and Department of Justice, Office of Immigration Litigation counsel Sarah B. Fabian stating that they have no objections.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on August 27, 2020 at Reading, Pennsylvania.

                                          BRIDGET CAMBRIA