ALDEA – THE PEOPLE'S JUSTICE CENTER
Bridget Cambria, Esq.
Executive Director
532 Walnut Street
Reading, PA 19601
Tel. (484) 877-8002 / Fax. (484) 772-8003
E-mail: bridget@aldeapjc.org

RAICES
Manoj Govindaiah, Esq.
Director of Litigation
802 Kentucky Avenue
San Antonio, TX 78201
Tel. & Fax (210 787-3745
E-mail: Manoj.Govindaiah@raicestexas.org

Attorneys for *Amici Curiae*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV-85-4544-DMG |
| Plaintiffs, | **[PROPOSED]** |
| v. | **ORDER EXPANDING PAGE LIMIT** |
| WILLIAM P. BARR, Attorney General of the United States, *et al.*, | Judge: Hon. Dolly M. Gee |
| Defendants. | |

1

**IT IS HEREBY ORDERED** that the ex parte application of *amici curae* to expand the page limit is **GRANTED**, and *amici curiae* may file and serve the proposed 40-page brief.

Dated: August ___, 2020

_____
Hon. Dolly M. Gee
United States District Judge