Jeremy S. Barber
Wilkinson Walsh LLP
130 W 42nd Street
24th Floor
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al.<br><br>v.<br><br>William P. Barr, et. al.<br><br>Plaintiff(s)<br><br>Defendant(s). | CASE NUMBER<br>CV 85-4544-DMC (AGRx)<br><br>**(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Barber, Jeremy S.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(929)264-7755
*Telephone Number*

(202)847-4005
*Fax Number*

jbarber@wilkinsonwalsh.com
*E-Mail Address*

of

Wilkinson Walsh LLP
130 W 42nd Street
24th Floor
New York, NY 10036
*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**
Amnesty International USA and Human Rights Watch

*Name(s) of Party(ies) Represented*    ☐ *Plaintiff(s)*   ☐ *Defendant(s)*   ☒ *Other:* Amicus

**and designating as Local Counsel**

Hari, Rahul
*Designee's Name (Last Name, First Name & Middle Initial)*

313528
*Designee's Cal. Bar No.*

(424)291-9664
*Telephone Number*

(202)847-4005
*Fax Number*

rhari@wilkinsonwalsh.com
*E-Mail Address*

of

Wilkinson Walsh LLP
11601 Wilshire Blvd.
Suite 600
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED:   ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge