Name and address:

> Chanakya A. Sethi
> Wilkinson Walsh LLP
> 130 W 42nd Street
> 24th Floor
> New York, NY 10036

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al.<br><br>Plaintiff(s), | CASE NUMBER<br><br>CV 85-4544-DMC (AGRx) |
| v. | |
| William P. Barr, et. al.<br><br>Defendant(s), | **APPLICATION OF NON-RESIDENT ATTORNEY<br>TO APPEAR IN A SPECIFIC CASE**<br>*PRO HAC VICE* |

## INSTRUCTIONS FOR APPLICANTS

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED.** *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

## SECTION I - INFORMATION

Sethi, Chanakya A.
_____
*Applicant's Name (Last Name, First Name & Middle Initial)*                         *check here if federal government attorney* ☐

Wilkinson Walsh LLP
_____
*Firm/Agency Name*

| 130 W 42nd Street | (929) 264-7758 | (202) 847-4005 |
|---|---|---|
| 24th Floor | *Telephone Number* | *Fax Number* |
| *Street Address* | | |
| New York, NY 10036 | csethi@wilkinsonwalsh.com | |
| *City, State, Zip Code* | *E-mail Address* | |

**I have been retained to represent the following parties:**

| Amnesty International USA | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other: | Amicus |
|---|---|---|
| Human Rights Watch | ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ Other: | Amicus |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| District - Illinois Northern | 2/23/2016 | Yes |
| Circuit - 11th | 6/19/2018 | Yes |
| Circuit - 9th | 1/3/2016 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| *Case Number* | *Title of Action* | *Date of Application* | *Granted / Denied?* |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

## SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.

(2)  I am not a resident of the State of California.  I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.

(3)  I am not currently suspended from and have never been disbarred from practice in any court.

(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.

(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  8/28/2020

Chanakya A. Sethi

*Applicant's Name (pl...*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Hari, Rahul
_____

*Designee's Name (Last Name, First Name & Middle Initial)*

Wilkinson Walsh LLP
_____

*Firm/Agency Name*

| | | |
|---|---|---|
| 11601 Wilshire Blvd | (424) 291-9664 | (202) 847-4005 |
| | *Telephone Number* | *Fax Number* |
| Suite 600 | rhari@wilkinsonwalsh.com | |
| *Street Address* | | |
| Los Angeles, CA 90025 | *Email Address* | |
| *City, State, Zip Code* | 313528 | |
| | *Designee's California State Bar Number* | |

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  8/28/2020
_____

Rahul Hari
_____

*Designee's Name (please type or print)*

_____

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

COURT - DATE OF ADMISSION - ACTIVE IN GOOD STANDING?
United States Supreme Court (8/7/2017) Yes
District - New York Eastern (3/25/2016) Yes
District - New York Southern (11/4/2014) Yes
District - Massachusetts (2/11/2020) Yes
Circuit - 1st (1/30/2020) Yes
Circuit - District of Columbia (6/1/2020) Yes
State - New York (1/24/2013) Yes



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

## *Chanakya Arjun Sethi*

was duly qualified and admitted on April 24, 2019 as an attorney and counselor entitled to
practice before this Court; and is, on the date indicated below, a(n)
ACTIVE member in good standing of this Bar.

**In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on August
20, 2020.**

**JULIO A. CASTILLO
Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email
memberservices@dcbar.org.

WILKINSON WALSH LLP
Chanakya A. Sethi (*pro hac vice* pending)
csethi@wilkinsonwalsh.com
130 W. 42nd Street, 24th Floor
New York, NY 10036
Telephone:   (929) 264-7765
Facsimile:    (202) 847-4005

*Attorney for Amnesty International USA*
*and Human Rights Watch*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>                              Plaintiffs,<br><br>        v.<br><br>WILLIAM P. BARR,<br>Attorney General, et al.,<br><br>                              Defendants. | Case No. CV-85-4544 DMG (AGRx)<br><br>**DECLARATION OF**<br>**CHANAKYA A. SETHI** |

I, Chanakya A. Sethi, declare and state as follows:

1.     I have been an active member of the State Bar of New York (Third Department) since January 2013.

2.     I submitted a request for a Certificate of Good Standing from the Third Department on August 20, 2020.

3.     As a result of the COVID-19 public health emergency, I have been unable to receive in a timely manner the requested Certificate of Good Standing.

4.     I plan to supplement my Pro Hac Vice application once said certificate is received.

5.     As of the date hereof, I remain a member in good standing of the State Bar of New York.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 28th day of August, 2020 in Brooklyn, N.Y.

/s/ Chanakya A. Sethi
Chanakya A. Sethi

1

DECLARATION OF CHANAKYA A. SETHI
CASE NO.  CV-85-4544 DMG (AGRX)