Chanakya A. Sethi
Wilkinson Walsh LLP
130 W 42nd Street
24th Floor
New York, NY 10036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al. | **CASE NUMBER** |
| Plaintiff(s) | CV 85-4544-DMC (AGRx) |
| v. | |
| William P. Barr, et. al. | **(PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sethi, Chanakya A.     of     Wilkinson Walsh LLP
*Applicant's Name (Last Name, First Name & Middle Initial)*          130 W 42nd Street
(929)264-7758     (202)847-4005                                      24th Floor
*Telephone Number*     *Fax Number*                                  New York, NY 10036
csethi@wilkinsonwalsh.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Amnesty International USA and Human Rights Watch

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Amicus

and designating as Local Counsel

Hari, Rahul     of     Wilkinson Walsh LLP
*Designee's Name (Last Name, First Name & Middle Initial)*           11601 Wilshire Blvd.
313528     (424)291-9664     (202)847-4005                           Suite 600
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*    Los Angeles, CA 90025
rhari@wilkinsonwalsh.com
*E-Mail Address*                                                     *Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
            ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
            ☐ for failure to complete Application: _____
            ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
            ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
            ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☐ not be refunded.

Dated _____

U.S. District Judge/U.S. Magistrate Judge