Name and address:

Caitlin Callahan
Wilkinson Walsh LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Jenny L. Flores, et al. | | CASE NUMBER |
| | Plaintiff(s), | CV 85-4544-DMC (AGRx) |
| v. | | |
| William P. Barr, et. al. | | **APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| | Defendant(s), | |

**INSTRUCTIONS FOR APPLICANTS**

(1) *The attorney seeking to appear pro hac vice must complete Section I of this Application, personally sign, in ink, the certification in Section II, and have the designated Local Counsel sign in Section III.* **ELECTRONIC SIGNATURES ARE NOT ACCEPTED**. *Space to supplement responses is provided in Section IV. The applicant must also attach a Certificate of Good Standing (issued within the last 30 days) from every state bar to which he or she is admitted; failure to do so will be grounds for denying the Application. Scan the completed Application with its original ink signature, together with any attachment(s), to a single Portable Document Format (PDF) file.*

(2) *Have the designated Local Counsel file the Application electronically using the Court's electronic filing system ("Motions and Related Filings => Applications/Ex Parte Applications/Motions/Petitions/Requests => Appear Pro Hac Vice (G-64)"), attach a Proposed Order (using Form G-64 ORDER, available from the Court's website), and pay the required $400 fee online at the time of filing (using a credit card). The fee is required for each case in which the applicant files an Application. Failure to pay the fee at the time of filing will be grounds for denying the Application.* **Out-of-state federal government attorneys are not required to pay the $400 fee.** *(Certain attorneys for the United States are also exempt from the requirement of applying for pro hac vice status. See L.R. 83-2.1.4.) A copy of the G-64 ORDER in Word or WordPerfect format must be emailed to the generic chambers email address. L.R. 5-4.4.2.*

**SECTION I - INFORMATION**

Callahan, Caitlin G.
*Applicant's Name (Last Name, First Name & Middle Initial)*       check here if federal government attorney ☐

Wilkinson Walsh LLP
*Firm/Agency Name*

2001 M Street                          (202) 841-4022            (202) 847-4005
10th Floor                             *Telephone Number*        *Fax Number*
*Street Address*

Washington, DC 20036                   ccallahan@wilkinsonwalsh.com
*City, State, Zip Code*                *E-mail Address*

**I have been retained to represent the following parties:**

| | | | |
|---|---|---|---|
| Amnesty International USA | ☐ *Plaintiff(s)* ☐ *Defendant(s)* | ☒ *Other:* | Amicus |
| Human Rights Watch | ☐ *Plaintiff(s)* ☐ *Defendant(s)* | ☒ *Other:* | Amicus |

*Name(s) of Party(ies) Represented*

List all state and federal courts (including appellate courts) to which the applicant has been admitted, and provide the current status of his or her membership. Use Section IV if more room is needed, or to provide additional information.

| *Name of Court* | *Date of Admission* | *Active Member in Good Standing? (if not, please explain)* |
|---|---|---|
| New York State | 1/18/2018 | Yes |
| U.S. District Court for D.C. | 7/17/2019 | Yes |
| U.S. District Court for S.D.N.Y. | 3/17/2020 | Yes |

List all cases in which the applicant has applied to this Court for *pro hac vice* status in the previous three years (continue in Section IV if needed):

| Case Number | Title of Action | Date of Application | Granted / Denied? |
|---|---|---|---|
| | | | |
| | | | |
| | | | |
| | | | |

If any *pro hac vice* applications submitted within the past three (3) years have been denied by the Court, please explain:

*Attorneys must be registered for the Court's electronic filing system to practice pro hac vice in this Court. Submission of this Application will constitute your registration (or re-registration) to use that system. If the Court signs an Order granting your Application, visit www.pacer.gov to complete the registration process and activate your e-filing privileges in the Central District of California.*

### SECTION II - CERTIFICATION

I declare under penalty of perjury that:

(1)  All of the above information is true and correct.
(2)  I am not a resident of the State of California. I am not regularly employed in, or engaged in substantial business, professional, or other activities in the State of California.
(3)  I am not currently suspended from and have never been disbarred from practice in any court.
(4)  I am familiar with the Court's Local Civil and Criminal Rules, the Federal Rules of Civil and Criminal Procedure, and the Federal Rules of Evidence.
(5)  I designate the attorney listed in Section III below, who is a member in good standing of the Bar of this Court and maintains an office in the Central District of California for the practice of law, in which the attorney is physically present on a regular basis to conduct business, as local counsel pursuant to Local Rule 83-2.1.3.4.

Dated  8/28/2020

Caitlin G. Callahan
*Applicant's Name (please type or print)*

*Applicant's Signature*

**SECTION III - DESIGNATION OF LOCAL COUNSEL**

Hari, Rahul
*Designee's Name (Last Name, First Name & Middle Initial)*

Wilkinson Walsh LLP
*Firm/Agency Name*

11601 Wilshire Blvd.
Suite 600
*Street Address*

Los Angeles, CA 90025
*City, State, Zip Code*

(424) 291-9664
*Telephone Number*

(202) 847-4005
*Fax Number*

rhari@wilkinsonwalsh.com
*Email Address*

313528
*Designee's California State Bar Number*

**I hereby consent to the foregoing designation as local counsel, and declare under penalty of perjury that I maintain an office in the Central District of California for the practice of law, in which I am physically present on a regular basis to conduct business.**

Dated  8/28/2020

Rahul Hari
*Designee's Name (please type or print)*

*Designee's Signature*

**SECTION IV - SUPPLEMENT ANSWERS HERE (ATTACH ADDITIONAL PAGES IF NECESSARY)**

District of Columbia; Admitted on August 27, 2020.  I was unable to obtain a Certificate of Good Standing in time for this filing because of the necessary processing time for my registration with the Bar.  Please see attached Declaration.

# State of New York
# Supreme Court, Appellate Division
# Third Judicial Department

I, **Robert D. Mayberger**, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that

## Caitlin Gilbert Callahan

having taken and subscribed the Constitutional Oath of Office as prescribed by law, was duly licensed and admitted to practice by this Court as an Attorney and Counselor at Law in all courts of the State of New York on the **18th day of January, 2018**, is currently in good standing and is registered with the Administrative Office of the Courts as required by section four hundred sixty-eight-a of the Judiciary Law.

In Witness Whereof, I have hereunto set my hand and affixed the Seal of said Court, at the City of Albany, this **24th day of August, 2020**.



*Robert D. Mayberger*
Clerk

WILKINSON WALSH LLP
Caitlin G. Callahan (*pro hac vice* pending)
ccallahan@wilkinsonwalsh.com
2001 M Street, NW 10th Floor
Washington, DC 20036
Telephone:   (202) 847-4000
Facsimile:    (202) 847-4005

*Attorney for Amnesty International USA and Human Rights Watch*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY L. FLORES, et al., | Case No. CV-85-4544 DMG (AGRx) |
| Plaintiffs, | **DECLARATION OF CAITLIN G. CALLAHAN** |
| v. | |
| WILLIAM P. BARR, Attorney General, et al., | |
| Defendants. | |

I, Caitlin G. Callahan, declare and state as follows:

1. I was admitted to the District of Columbia Bar on August 27, 2020.

2. At this moment, I am unable to obtain a Certificate of Good Standing due to the necessary processing time for my registration with the Bar.

3. I plan to supplement my Pro Hac Vice application once said certificate is received.

4. As of this date, I am a member in good standing of the District of Columbia Bar.

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 28th day of August, 2020 in Washington, District of Columbia.

/s/ Caitlin G. Callahan
Caitlin G. Callahan

1
DECLARATION OF CAITLIN G. CALLAHAN
CASE NO. CV-85-4544 DMG (AGRX)