Caitlin Callahan
Wilkinson Walsh LLP
2001 M Street, NW, 10th Floor
Washington, DC 20036

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| Jenny L. Flores, et al. | CASE NUMBER |
|---|---|
| Plaintiff(s) | CV 85-4544-DMC (AGRx) |
| v. | |
| William P. Barr, et. al. | (PROPOSED) ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE* |
| Defendant(s). | |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Callahan, Caitlin G.                                    of

*Applicant's Name (Last Name, First Name & Middle Initial)*

(202)841-4022                    (202)847-4005

*Telephone Number*          *Fax Number*

ccallahan@wilkinsonwalsh.com

*E-Mail Address*

Wilkinson Walsh LLP
2001 M Street, NW
10th Floor
Washington, DC 20036

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Amnesty International USA and Human Rights Watch

*Name(s) of Party(ies) Represented*        ☐ *Plaintiff(s)* ☐ *Defendant(s)* ☒ *Other:* Amicus

**and designating as Local Counsel**

Hari, Rahul                                    of

*Designee's Name (Last Name, First Name & Middle Initial)*

313528            (424)291-9664            (202)847-4005

*Designee's Cal. Bar No.*   *Telephone Number*   *Fax Number*

rhari@wilkinsonwalsh.com

*E-Mail Address*

Wilkinson Walsh LLP
11601 Wilshire Blvd.
Suite 600
Los Angeles, CA 90025

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☐ GRANTED.

☐ DENIED: ☐ for failure to pay the required fee.

    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.

    ☐ for failure to complete Application: _____

    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.

    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.

    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

**Dated** _____

_____
**U.S. District Judge/U.S. Magistrate Judge**