WILKINSON WALSH LLP
Xiao Wang (SBN 301279)
Caitlin G. Callahan (*pro hac vice* pending)
xwang@wilkinsonwalsh.com
ccallahan@wilkinsonwalsh.com
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone:   (202) 847-4000
Facsimile:   (202) 847-4005

Jeremy Barber (*pro hac vice* pending)
Chanakya A. Sethi (*pro hac vice* pending)
jbarber@wilkinsonwalsh.com
csethi@wilkinsonwalsh.com
130 W. 42nd Street, 24th Floor
New York, NY 10036
Telephone:   (929) 264-7765
Facsimile:   (202) 847-4005

Rahul R.A. Hari (SBN 313528)
rhari@wilkinsonwalsh.com
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone:   (424) 291-9655
Facsimile:   (202) 847-4005

*Attorneys for Amnesty International USA
and Human Rights Watch*

**UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>                    Plaintiffs,<br><br>      v.<br><br>WILLIAM P. BARR,<br>Attorney General, et al.,<br><br>                    Defendants. | Case No. CV-85-4544 DMG (AGRx)<br><br>**EX PARTE APPLICATION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AMNESTY INTERNATIONAL USA AND HUMAN RIGHTS WATCH IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FSA** |

      Proposed amici Amnesty International USA and Human Rights Watch hereby request leave of this Court to file the attached Proposed Brief of Amici Curiae in Support of Plaintiffs' Motion to Enforce the *Flores* Settlement Agreement ("FSA"), Dkt No. 919. A copy of the proposed brief is appended hereto as <u>Exhibit 1</u>.

      On August 7, 2020, this Court ordered Plaintiffs to file a "motion for the implementation of a proposed remedy for findings of breach relating to ICE's failure to release Class Members without unnecessary delay and to make and record continuous efforts to release Class Members." In Chambers Order (Aug. 7, 2020), Dkt. No. 914 at 3. The Court "has broad discretion to appoint amici curiae," *Hoptowit v. Ray*, 682 F.2d 1237, 1260 (9th Cir. 1982), *abrogated on other grounds by Sandin v. Conner*, 515 U.S. 472 (1995), and previously directed any amici to file briefs in connection with Plaintiffs' motion no later than August 28, 2020, In Chambers Order (Aug. 7, 2020), Dkt. No. 914 at 4.

      Amici are leading non-partisan, non-profit human rights organizations. They have substantial expertise in the rights of asylum-seekers and migrants, including the rights of children detained by U.S. immigration authorities. In filing this brief, amici aim to provide an additional perspective as the Court determines how best to enforce the commitments the government has made in the FSA. Amici also propose additional substantive and procedural measures to ensure that the best interests of the child are protected in all efforts to enforce the FSA.

      Pursuant to Central District of California's Local Civil Rules L.R. 7-19 and 7-19.1, counsel for amici have contacted the parties in this matter. Both Plaintiffs and Defendants have consented to the filing of this amicus brief.

Counsel for Plaintiffs' contact information is as follows:

    Peter A. Schey (Cal. Bar No. 58232)

    256 South Occidental Boulevard

    Los Angeles, CA 90057

    Telephone: (213) 388-8693

    Facsimile: (213) 386-9484

    Email: pschey@centerforhumanrights.org

Counsel for Defendants' contact information is as follows:

    Sarah B. Fabian

    Senior Litigation Counsel

    Office of Immigration Litigation

    U.S. Department of Justice

    P.O. Box 868, Ben Franklin Station

    Washington, D.C. 20044

    Tel: (202) 532-4824

    Fax: (202) 305-7000

    Email: sarah.b.fabian@usdoj.gov

EX PARTE APPLICATION OF AMNESTY INTERNATIONAL USA AND HUMAN RIGHTS WATCH
CASE NO.  CV-85-4544 DMG (AGRX)

Respectfully submitted,

Dated:  August 28, 2020          WILKINSON WALSH LLP

By: /s/ Xiao Wang

WILKINSON WALSH LLP
Xiao Wang (SBN 301279)
Caitlin G. Callahan (*pro hac vice* pending)
xwang@wilkinsonwalsh.com
ccallahan@wilkinsonwalsh.com
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone:   (202) 847-4000
Facsimile:    (202) 847-4005

Jeremy Barber (*pro hac vice* pending)
Chanakya A. Sethi (*pro hac vice* pending)
jbarber@wilkinsonwalsh.com
csethi@wilkinsonwalsh.com
130 W. 42nd Street, 24th Floor
New York, NY 10036
Telephone:   (929) 264-7765
Facsimile:    (202) 847-4005

Rahul R.A. Hari (SBN 313528)
rhari@wilkinsonwalsh.com
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone:   (424) 291-9655
Facsimile:    (202) 847-4005

*Attorneys for Amnesty International USA and Human Rights Watch*