WILKINSON WALSH LLP
Xiao Wang (SBN 301279)
Caitlin G. Callahan (*pro hac vice* pending)
xwang@wilkinsonwalsh.com
ccallahan@wilkinsonwalsh.com
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone:  (202) 847-4000
Facsimile:  (202) 847-4005

Jeremy Barber (*pro hac vice* pending)
Chanakya A. Sethi (*pro hac vice* pending)
jbarber@wilkinsonwalsh.com
csethi@wilkinsonwalsh.com
130 W. 42nd Street, 24th Floor
New York, NY 10036
Telephone:  (929) 264-7765
Facsimile:  (202) 847-4005

Rahul R.A. Hari (SBN 313528)
rhari@wilkinsonwalsh.com
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:  (202) 847-4005

*Attorneys for Amnesty International USA and Human Rights Watch*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>WILLIAM P. BARR,<br>Attorney General, et al.,<br><br>            Defendants. | Case No. CV-85-4544 DMG (AGRx)<br><br>**[PROPOSED] ORDER GRANTING EX PARTE APPLICATION FOR LEAVE TO FILE BRIEF OF AMICI CURIAE AMNESTY INTERNATIONAL USA AND HUMAN RIGHTS WATCH IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FSA** |

| | |
|---|---|
| 1 | **[PROPOSED] ORDER** |
| 2 | IT IS HEREBY ORDERED that the *Ex Parte* Application for Leave to File |
| 3 | Brief of Amici Curiae Amnesty International USA and Human Rights Watch in Support of Plaintiffs' Motion to Enforce the FSA is **GRANTED**. The proposed brief submitted with the *ex parte* application must be re-filed separately on the docket within three court days of this Order. |
| 7 | IT IS SO ORDERED. |
| 10 | DATED: |
| 11–12 | DOLLY M. GEE<br>UNITED STATES DISTRICT JUDGE |