# EXHIBIT A

## Declaration of S.M.C.

1. My name is S.M.C.  I fled Guatemala to seek asylum in the United States with my seven-year-old daughter, D.A.S., and my four-year-old son, A.M.M.  We have been detained for 165 days at the South Texas Family Residential Center in Dilley, Texas.

2. My son A.M.M. is developmentally delayed. Even though A.M.M. is four years old, he struggles to respond to questions, form words, and pay attention to others. He is also hyperactive; he seems to constantly be restless and irritable. This was a problem I noticed in Guatemala, and I developed some coping skills to keep him calm for a while.

3. Ever since we were first detained at the border, I have seen A.M.M.'s behavior worsening. He has gotten more aggressive and more restless; he is always moving all the time and he has become less responsive when I talk to him. I would bring him to the gym almost every day, for hours, so that he could try to burn off some of his energy, but what little calm he felt after that would always vanish soon after. He climbs all over things but also struggles to focus on some tasks. I worry that he will hurt himself.

4. Starting around April, we were put on an eating schedule due to coronavirus, and we were only given thirty minutes in the cafeteria for each meal. In reality, we had even less time to actually eat our food because some of that time was spent in line to hand in our IDs or to get our food. A.M.M. has been tough to feed here in detention, because he refuses to eat almost all of the food we are served. It's hard, and time-consuming, to coax him to eat enough. D.A.S. doesn't like the food either, so I often left the cafeteria at the end of our half hour unsatisfied with the amount of food either of them had eaten. It was stressful trying to force A.M.M. to eat, knowing that my other daughter would go hungry too if I didn't take a break to coax her to eat too.

5. Around June 2020, the doctors at the clinic here realized that A.M.M.'s development was not what it should be for a four-year-old. They focused a lot on the fact that he wouldn't answer questions and struggled to form words.

6. A little later in June, A.M.M. and I were taken to San Antonio for a medical appointment related to his disability.  When we got back, we were brought to a new complex to quarantine for two weeks after the appointment, since we had been outside of the detention center and may have been exposed to coronavirus. Since A.M.M. has two therapy appointments a week, we never complete those fourteen days of quarantine.

7. Being in quarantine, stuck in a room with just ourselves for almost the entire day, A.M.M.'s behavior has gotten even worse. We're only allowed to go to the gym once a day for an hour, but sometimes the therapy appointments or our lunch hour get in the way of our scheduled gym time. A.M.M. gets very restless, even angry, when he can't play, and his behavior has been regressing. Sometimes D.A.S. will say, "A.M.M., let's play,"

and he'll reply, "shut up." He has also told me to shut up sometimes when I try to talk to him. Even when I tell him over and over again to be quiet, or behave himself, he doesn't obey me. A.M.M. tells me every day that he wants to be outside, and he gets mad and cries when we can't be. He was potty trained years ago back in Guatemala, but has recently, this month, started wetting the bed.

8. I know that A.M.M.'s behavior is both noticeable and abnormal. He yells more than other kids his age, especially since we've been in quarantine. He often yells or plays loudly and I imagine the guards must overhear him being so hyperactive. He screams, "food food!" every time the guards bring him food, but then refuses to eat it. Sometimes when he is walking in the hallway a guard will say something to him, but A.M.M. doesn't respond; he just walks right past them.

9. Being in quarantine has been really hard for my children, but I don't want A.M.M. to lose the gains we've seen in his development. When he was first assessed by the doctors, they told me he was well behind where a four-year-old should be. Lately, they told me he has been improving and I should continue practicing with him so that he continues improving. I want him to continue improving, and D.A.S. does too, so that she can really talk to her own brother. I know that if he doesn't work hard now when he's young, it will be harder for A.M.M. to make strides when he is older.

10. A little over a week ago, my children and I were moved to a new hallway in the quarantine complex, where another Guatemalan family with two children are being held. I was hopeful that having other children around to play with would improve A.M.M.'s behavior. Even though he has been playing with these other kids, his hyperactivity and irritability have not improved.

11. I believe that the only way for A.M.M. to improve his behavior and get the therapy he needs, and for me to get the help I need to give both my children the attention they deserve, is to get out of detention. I have never committed any crime, except, apparently, entering this country to seek asylum. I always appeared when I had court in my immigration proceedings. I do not understand why I have been detained for so long.

**Declaration of Mackenzie Levy**

I, Mackenzie Levy, hereby declare under penalty of perjury as prescribed in 28 U.S.C. § 1746:

1. I am a legal assistant and Family Separation Coordinator with the Dilley Pro Bono Project where I have worked since August 2018.

2. I am fluent in the Spanish and English languages.

3. On August 27, 2020, I spoke with S.M.C. by telephone. Given the COVID-19 pandemic, I was unable to enter the South Texas Family Residential Center to meet with S.M.C. in-person.

4. During my telephone call with S.M.C., I read the entirety of the "Declaration of S.M.C." in Spanish.

5. I swear under the penalty of perjury that S.M.C. confirmed that the information contained in the declaration is true and correct.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed August 27, 2020 in San Antonio, Texas.

_____
Mackenzie Levy