# EXHIBIT B

NOTICE OF RIGHTS
YOUR CHILD'S RIGHTS UNDER THE FLORES SETTLEMENT AGREEMENT FSA ¶ 12A

The United States government agreed in a class action settlement to provide all children under 18 detained in their custody certain important rights. This agreement is called the Flores Settlement Agreement or the "FSA."

It is important that you contact a trusted person or legal service provider as soon as possible to understand all of your rights while you are detained.

All <u>children</u> in immigration detention, whether they are detained with their families or are detained alone without family members, have the right to:

- Be represented by a lawyer at no cost to the Government. If you cannot afford a lawyer, you may call one from the list of free legal services given to you with this notice.

- Be treated by the Government with dignity, respect and special concern for their vulnerability as minors. FSA ¶ 11

- Be held in the least restrictive setting appropriate to their age and special needs (considering the need to ensure timely appearance in immigration court, protect the child's well-being and the well-being of others). FSA ¶¶ 11, 23

- Be processed and have a decision concerning their custody without delay. FSA ¶ 12A

- Be held in facilities that are safe and sanitary, with access to toilets and sinks, soap and toothbrushes, beds and blankets, drinking water and food, adequate temperature control and ventilation, adequate supervision to protect children from harm, contact with family members including private phone calls, emergency and routine medical services, educational services, activities including exercise, recreation and reading materials, counseling, etc. FSA ¶ 12A, FSA Exhibit 1.

- Be detained separate and apart from unrelated adults if the child is unaccompanied. If that is not immediately possible, the Government may not detain unaccompanied children with an unrelated adult for more than 24 hours. FSA ¶ 12A

- Be released without unnecessary delay (unless required to protect the safety of the child or others or to make sure the child appears in immigration court) to (in order of preference):
  1. A parent, including a parent detained with the child (the FSA does not provide detained parents with a <u>right</u> to release with the child, but the Government must review release as a family unit on a case-by-case basis);
  2. A legal guardian;
  3. An adult relative (such as a brother, sister, aunt, uncle or grandparent);
  4. Another adult caregiver chosen by the parent willing and able to care for the child;
  5. A licensed program willing to accept legal custody; or

6. In the discretion of the Government, an adult individual or entity seeking custody when it appears there is no alternative to long-term detention and no reasonable possibility of family reunification. FSA ¶ 14

- ❖ If you want a child released to someone who is not a parent, that person must agree to meet certain conditions (including establishing sufficient income/support, guarantee that the child will attend court hearings, and a promise to notify ICE of address changes, etc.). FSA ¶ 15 ICE may take a child back from that person if they fail to comply with these requirements. FSA ¶ 16

- ❖ ICE is not required to release any child to any person or agency that it has reason to believe will harm or neglect the child or fail to present the child at an immigration court hearing. FSA ¶ 11

- ❖ ICE can only keep children detained in secure facilities if they have committed certain criminal activity, have threatened themselves or others, are in danger in a non-secure facility, have been disruptive, or may escape from a non-secure facility.  A secure facility is one where the entrances and exits are closed or obstructed or you are not free to leave. FSA ¶ 21

- ❖ A child has the right to a written explanation of the reasons that he or she is detained in a secure facility. FSA ¶ 24C

- ❖ Any change in a child's placement requires notice to the child's lawyer, if any. FSA ¶ 27

- ❖ A child who is detained has the right to a bond hearing before an immigration judge, upon request. FSA ¶ 24A.  If you would like a bond hearing, request one from the government or ask for help from a legal service provider of your choosing or on the attached list of free legal service providers.

- ❖ A child who is detained has the right to request a Federal Court Hearing to contest his or her placement in a detention facility, including detention with a parent. FSA ¶ 24B. A child may contest the type of placement they are in or whether the facility where the child is detained complies with the requirements of the Flores Settlement.

- ❖ As a detained child you may have additional rights outside of the Flores Settlement Agreement. Parents are not part of the agreement and do not have any rights under the FSA. IF YOU HAVE QUESTIONS ABOUT YOUR LEGAL RIGHTS OR YOUR IMMIGRATION CASE, PLEASE SEEK OUT COUNSEL TO ASSIST YOU IN YOUR CASE.