# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No.: CV-85-4544-DMG (AGRx) <br><br> **ORDER EXPANDING PAGE LIMIT [941]** |

**IT IS HEREBY ORDERED** that the unopposed *ex parte* application of *amici curiae* to expand the page limit is **GRANTED**, and *amici curiae* may file and serve the proposed 40-page brief.

DATED: August 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1