**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et al.<br><br>Plaintiff(s)<br>v.<br>William P. Barr, et. al.<br><br>Defendant(s). | CASE NUMBER<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

**The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by**

Barber, Jeremy S. of Wilkinson Walsh LLP, 130 W 42nd Street, 24th Floor, New York, NY 10036

*Applicant's Name (Last Name, First Name & Middle Initial)*

(929)264-7755  *Telephone Number*
(202)847-4005  *Fax Number*
jbarber@wilkinsonwalsh.com  *E-Mail Address*

*Firm/Agency Name & Address*

**for permission to appear and participate in this case on behalf of**

Amnesty International USA and Human Rights Watch

*Name(s) of Party(ies) Represented*     ☐ Plaintiff(s)   ☐ Defendant(s)   ☒ Other: Amicus

**and designating as Local Counsel**

Hari, Rahul of Wilkinson Walsh LLP, 11601 Wilshire Blvd., Suite 600, Los Angeles, CA 90025

*Designee's Name (Last Name, First Name & Middle Initial)*

313528  *Designee's Cal. Bar No.*
(424)291-9664  *Telephone Number*
(202)847-4005  *Fax Number*
rhari@wilkinsonwalsh.com  *E-Mail Address*

*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
    ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
    ☐ for failure to complete Application: _____
    ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
    ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
    ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded   ☒ not be refunded.

Dated August 28, 2020

*Dolly M. Gee, U.S. District Judge*