# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Jenny L. Flores, et al.<br><br>Plaintiff(s)<br>v.<br>William P. Barr, et. al.<br><br>Defendant(s). | **CASE NUMBER**<br>CV 85-4544-DMG (AGRx)<br><br>**ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE *PRO HAC VICE*** |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Sethi, Chanakya A.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(929)264-7758     (202)847-4005
*Telephone Number*     *Fax Number*

csethi@wilkinsonwalsh.com
*E-Mail Address*

of Wilkinson Walsh LLP
130 W 42nd Street
24th Floor
New York, NY 10036
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of
Amnesty International USA and Human Rights Watch

*Name(s) of Party(ies) Represented*     ☐ *Plaintiff(s)*  ☐ *Defendant(s)*  ☒ *Other:* Amicus

**and designating as Local Counsel**

Hari, Rahul
*Designee's Name (Last Name, First Name & Middle Initial)*

313528     (424)291-9664     (202)847-4005
*Designee's Cal. Bar No.*     *Telephone Number*     *Fax Number*

rhari@wilkinsonwalsh.com
*E-Mail Address*

of Wilkinson Walsh LLP
11601 Wilshire Blvd.
Suite 600
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded  ☒ not be refunded.

Dated August 28, 2020

*Dolly M. Gee, U.S. District Judge*