**UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Jenny L. Flores, et al. | **CASE NUMBER** |
| Plaintiff(s) | CV 85-4544-DMG (AGRx) |
| v. | |
| William P. Barr, et. al. | **ORDER ON APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR IN A SPECIFIC CASE** *PRO HAC VICE* |
| Defendant(s). | |

The Court, having determined whether the required fee has been paid, and having reviewed the Application of Non-Resident Attorney to Appear in a Specific Case *Pro Hac Vice* filed by

Callahan, Caitlin G.
*Applicant's Name (Last Name, First Name & Middle Initial)*

(202)841-4022
*Telephone Number*

(202)847-4005
*Fax Number*

ccallahan@wilkinsonwalsh.com
*E-Mail Address*

of

Wilkinson Walsh LLP
2001 M Street, NW
10th Floor
Washington, DC 20036
*Firm/Agency Name & Address*

for permission to appear and participate in this case on behalf of

Amnesty International USA and Human Rights Watch

*Name(s) of Party(ies) Represented*

☐ Plaintiff(s)   ☐ Defendant(s)   ☒ Other: Amicus

**and designating as Local Counsel**

Hari, Rahul
*Designee's Name (Last Name, First Name & Middle Initial)*

313528
*Designee's Cal. Bar No.*

(424)291-9664
*Telephone Number*

(202)847-4005
*Fax Number*

rhari@wilkinsonwalsh.com
*E-Mail Address*

of

Wilkinson Walsh LLP
11601 Wilshire Blvd.
Suite 600
Los Angeles, CA 90025
*Firm/Agency Name & Address*

**HEREBY ORDERS THAT the Application be:**

☒ GRANTED.
☐ DENIED: ☐ for failure to pay the required fee.
  ☐ for failure to attach a Certificate of Good Standing issued within 30 days prior to filing of Application.
  ☐ for failure to complete Application: _____
  ☐ pursuant to L.R. 83-2.1.3.2: ☐ Applicant resides in California; ☐ previous Applications listed indicate Applicant is regularly employed or engaged in business, professional, or other similar activities in California.
  ☐ pursuant to L.R. 83-2.1.3.4; Local Counsel: ☐ is not member of Bar of this Court; ☐ does not maintain office in District.
  ☐ because _____

**IT IS HEREBY FURTHER ORDERED THAT the Application fee, if paid:** ☐ be refunded ☐ not be refunded.

Dated August 28, 2020

*/s/ Dolly M. Gee*
Dolly M. Gee, U.S. District Judge