# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>    Plaintiffs,<br><br>    vs.<br><br>WILLIAM P. BARR, Attorney General, et al.,<br><br>    Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE BRIEF OF *AMICI CURIAE* AMNESTY INTERNATIONAL USA AND HUMAN RIGHTS WATCH IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE THE FSA [948]** |

IT IS HEREBY ORDERED that the unopposed *Ex Parte* Application for Leave to File Brief of *Amici Curiae* Amnesty International USA and Human Rights Watch in Support of Plaintiffs' Motion to Enforce the FSA [Doc. # 919] is **GRANTED**. [Doc. # 948.]  The proposed brief submitted with the *ex parte* application must be re-filed separately on the docket forthwith and upon that filing shall be deemed filed and served.

DATED: August 28, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE