CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
Melissa Adamson (Cal. Bar No. 319201)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 TO THE DECLARATION OF MELISSA ADAMSON SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO ENFORCE SETTLEMENT RE "TITLE 42" CLASS MEMBERS <br><br> Hearing: Sept. 4, 2020 <br> Time: 11:00 a.m. <br> Hon. Dolly M. Gee |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 TO THE DECLARATION OF MELISSA ADAMSON SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO ENFORCE SETTLEMENT RE "TITLE 42" CLASS MEMBERS**

Plaintiffs seek to file under seal portions of Exhibit 1 to the Declaration of Melissa Adamson submitted in support of Plaintiffs' Reply to Opposition to Motion to Enforce Settlement Re "Title 42" Class Members.

Specifically, Plaintiffs seek leave from the Court to file under seal the following portions of Exhibit 1:

| Exhibit | Exhibit Title | Information Plaintiffs Seek to Seal |
|---|---|---|
| 1 | Title 42 Data Summary | Detained children's Subject ID numbers |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

Plaintiffs are granted leave to file under seal the unredacted version of Exhibit 1 submitted in support of Plaintiffs' Reply to Opposition to Motion to Enforce Settlement Re "Title 42" Class Members.

IT IS SO ORDERED.

DATED: _____

                                              DOLLY M. GEE
                                    UNITED STATES DISTRICT JUDGE