# EXHIBIT A

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
Melissa Adamson (Cal. Bar No. 319201)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

|  |  |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br><br>        Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>DECLARATION OF MELISSA ADAMSON IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO ENFORCE SETTLEMENT RE "TITLE 42" CLASS MEMBERS<br><br>Hearing: Sept. 4, 2020<br>Time: 11:00 a.m.<br>Hon. Dolly M. Gee |

**DECLARATION OF MELISSA ADAMSON
IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO ENFORCE
SETTLEMENT RE "TITLE 42" CLASS MEMBERS**

I, Melissa Adamson, declare as follows:

1.   I am counsel of record for Plaintiffs in the above-captioned case. I execute this declaration in support of Plaintiffs' Reply to Opposition to Motion to Enforce Settlement re "Title 42" Class Members.

2.   This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

3.   Attached hereto is a true and correct copy of Exhibit 1 ("Title 42 Data Summary"). I authored Exhibit 1, which includes a description of inconsistencies between Defendants' Attachment A (Doc. # 927) ("Attachment A") to Exhibit 1 (Declaration of Mellissa Harper) (Doc. # 925-1) ("Harper Decl.") and the monthly *Flores* data reports, an analysis of the Attachment A data, and an analysis of the July *Flores* data report.

Data Inconsistencies

4.   On the morning of August 25, promptly after identifying significant inconsistencies, Plaintiffs communicated their questions regarding inconsistences between Attachment A and the monthly *Flores* data reports to Defendants. Attached hereto as Exhibit 2 is a true and correct copy of the email correspondence addressing data inconsistencies.

5.   On August 27, Defendants provided an updated version of Attachment A which they stated reconciled certain date inconsistencies. *See* Exhibit 2. As of this filing, the updated Attachment A had not yet been approved by the Court to file under seal, and

- 1 -

therefore the attached Data Summary does not address that data set. However, upon examination of the Attachment A Defendants included in their August 27th email correspondence, it does not appear that the "updated Attachment A" resolves the inconsistencies identified in Exhibit 1, namely missing children, inconsistent dates of detention, inconsistent locations of detention, and inconsistent Subject ID numbers.

6. In comparing Attachment A and the monthly *Flores* reports, I used children's Subject ID numbers to locate their record within each respective data set. For children that were listed in the *Flores* report but not in Attachment A, or children listed in Attachment A but not in the monthly *Flores* report, I also searched their given and family names in case they had been assigned different Subject ID numbers.

7. In comparing Attachment A and the monthly *Flores* reports, I used the most recent versions of the *Flores* reports produced by Defendants.

July *Flores* Data Report Analysis

8. In preparing the Title 42 Data Summary, I reviewed the monthly statistical data reports produced by the Department of Homeland Security ("DHS") and the Department of Health and Human Services ("HHS") pursuant to ¶¶ 28 and 29 of the *Flores* Settlement Agreement for the month of July 2020 ("July ICE data report").

9. The July ICE data report provides each class member's "Alien File Number," "Subject ID," "Given Name," "Family Name," "Country of Citizenship," "Birth Date," and "Initial ICE Book-In Date." The ICE data report also provides the "Book-in Date" and "Book-out Date" for each placement in which the child has been detained, as well as each placement's "Facility Name" and "Facility Type." The report also includes columns listing information regarding "Release Reason," "In a Family Unit or Family Group?", and "Detention Criteria."

10. I used the methodology described in ¶¶ 11-22 to calculate the information presented in the Title 42 Data Summary.

11. To identify **unaccompanied children**, I limited the inquiry to children listed as "No" in the "In a Family Unit or Family Group?" column.

12. To identify **accompanied children**, I limited the inquiry to children listed as "Yes, Family Unit" in the "In a Family Unit or Family Group?" column.

13. Defendants state that "**family 'groups'** refer to siblings, minors with aunts/uncles, etc., and **family 'units'** are traditional parent/child units." Harper Decl. at 3 n.1. To identify children in "family groups," I limited the inquiry to children listed as "Yes, Family Group" in the "In a Family Unit or Family Group?" column.

14. To identify **children expelled under Title 42**, I limited the inquiry to children listed as "Title 42 Expulsion" in the "Detention Criteria" column and listed as "Title 42 Return" or "Removed" in the "Release Reason" column.

15. To identify **children awaiting expulsion under Title 42**, I limited the inquiry to children listed as "T42 awaiting expulsion" in the "Detention Criteria" column and listed as "Title 42 Return" or "Transferred" in the "Release Reason" column.

16. To identify **children that were held under Title 42, reprocessed under Title 8**, and transferred to an ORR facility, I limited the inquiry to children listed as "Initially processed under T42. Reprocessed under T8 after claiming CF" in the "Detention Criteria" column who had an entry for an ORR facility in their subsequent detention history.

17. To identify **children that were held in hotels or other unlicensed placements after leaving an ORR placement**, I reviewed the full detention history for class members who had an entry for "ORR" in the "Facility Type" column.

18. To identify **children that were held under Title 42, reprocessed under Title 8, and either transferred to a Family Residential Center, paroled, or released on order of recognizance**, I limited the inquiry to children listed as "Initially processed under T42. Reprocessed under T8 after claiming CF" in the "Detention Criteria" column who were listed as "Yes, Family Unit" in the "In a Family Unit or Family Group?" column.

19. To identify **children that were held in Customs and Border Protection custody for three or more days**, I limited the inquiry to children for whom this information was provided in the "Detention Criteria" column (listed as "3 days in CBP custody. F/O transferred to ICE for Rep," "4 days in CBP custody," "4 days in CBP custody prior to transfer to the FRC," "5 days in CBP custody," "6 days in CBP custody," "7 days in CBP custody," "8 days in CBP custody," "9 days in CBP custody," "10 days in CBP custody," "11 days in CBP custody," "11 days in CBP custody/transferred to ICE for release," "12 days in CBP custody," or "13 days in CBP custody.").

20. To determine each **child's "Total Days in ICE Custody,"** I calculated the number of days between each class member's "Book-in Date" and "Book-out Date." For example, a class member with a book-in date of 7/15/2020 and a book-out date of 7/20/20 was calculated as having spent five days in ICE custody. This method was chosen to avoid overcounting days spent in custody, as the monthly data reports do not list the exact time that class members arrive at each placement.

21. For the purposes of this Data Summary, the **"Total Days in ICE Custody"** calculated in each table reflects the children's time spent in hotels, "MVM Transport," "MVN Transportation," ICE hold rooms, and field offices. It does not include time that children spent in Customs and Border Protection or ICE Family Residential Centers.

22. To determine each **child's age**, I calculated the difference between each class member's listed date of birth and the last day of the month (July 31, 2020). For children under 1 year old, age was determined based on the child's date of birth and the child's "book-in" date.

/

/

/

/

23.  The information contained in Exhibit 1 is true and correct to the best of my knowledge and belief.

24.  I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of August, 2020 at San Mateo, California.


Melissa Adamson

# EXHIBIT 1

**TITLE 42 DATA SUMMARY**

## I.      Introduction

This Data Summary includes a description of inconsistencies between Defendants' provided data sets, an analysis of Defendants' Attachment A (Doc. # 927) ("Attachment A") to Exhibit 1 (Declaration of Mellissa Harper) (Doc. # 925-1) ("Harper Decl."), and an analysis of the July *Flores* data report. The July *Flores* data report analysis includes numbers of unaccompanied and accompanied children detained in hotels or other unlicensed placements that have been expelled or are awaiting expulsion under Title 42. The July *Flores* data report analysis also includes numbers of unaccompanied and accompanied children who have been detained in hotels or unlicensed placements under Title 42, reprocessed to Title 8, and transferred to ORR placements, ICE Family Residential Centers, or released.

## II.     Data Inconsistencies

Plaintiffs have identified significant inconsistencies between the data provided in Attachment A and the data that has been produced in the monthly *Flores* data reports ("*Flores* reports"). These inconsistencies include: 1) missing children; 2) inconsistent dates of detention; 3) inconsistent locations of detention; and 4) inconsistent Subject ID numbers.

Plaintiffs communicated their concern regarding these inconsistencies to Defendants on the morning of August 25, 2020. *See* Exhibit 2 to Declaration of Melissa Adamson in Support of Plaintiffs' Reply to Opposition to Motion to Enforce Settlement Re "Title 42" Class Members ("Adamson Decl."). On August 27, Defendants provided an updated version of Attachment A which they stated reconciled certain date inconsistencies. *Id*. As of this filing, the updated Attachment A had not yet been approved by the Court to file under seal, and therefore this Summary does not address that data set. However, upon examination of the Attachment A Defendants included in their August 27 email correspondence, it does not appear that the "updated Attachment A" resolves the inconsistencies identified in this document, namely missing children, inconsistent dates of detention, inconsistent locations of detention, and inconsistent Subject ID numbers.

Due to time constraints, Plaintiffs were unable to complete a full comparison of each of the 660 children listed in Attachment A with the children listed in the *Flores* reports. However, the number of inconsistencies identified for the children that Plaintiffs did compare was alarming. Based on these inconsistencies, Plaintiffs are concerned that one or both data sets are inaccurate.

The examples listed below, as well as the examples footnoted throughout this summary, are not a comprehensive list of the inconsistencies between the data sets but a representative sample of the types of inconsistencies that exist. Additionally, while some children's records only included one inconsistency between Attachment A and the *Flores* report, other records included multiple inconsistencies. For example:

1

- A.P.V. (███████)
  - July *Flores* report[1]: Held from 6/9-7/1 at "MVM Transport, San Antonio Proper." Country of citizenship listed as Brazil.
  - Attachment A: Held from 6/9/-7/7 at "Homewood Suites San Antonio Nw." Nationality listed as Haitian.
- G.J.P. (███████, ███████)
  - April *Flores* report: Held from 4/22-4/27 at "Hampton Inn & Stes Mcallen," and 4/27/-4/28 at "MVN Transportation, SNA." Subject ID (███████).
  - Attachment A: Held from 4/21-4/28 at "Courtyard Airport Marriot." Subject ID (███████).[2]

1. **Missing Children**

Plaintiffs have identified multiple children detained in hotels under Title 42 that were listed in the *Flores* reports but were not included in Attachment A.

Attachment A listed a total of 46 children detained in hotels under Title 42 in the month of April. However, the following 12 children were listed as "Title 42 Return" in the April *Flores* report[3] but were not included in Attachment A. All 12 children were held in hotels.

- I.L.G. (███████) (Listed as "Single Minor," held 4/18-4/24)
- J.D.L.M. (███████) (Listed as "Single Minor," held 4/17-4/19)
- N.F.G. (███████) (Listed as "Single Minor," held 4/17-4/19)
- N.F.R. (███████) (Listed as "Single Minor," held 4/21-4/24)
- N.C.M. (███████) (Listed as "Single Minor," held 4/23-4/24)
- A.G.G. (███████) (Listed as "Single Minor," held 4/17-4/19)
- N.G.C. (███████) (Listed as "Single Minor," held 4/17-4/19)
- J.L.P. (███████) (Listed as "Single Minor," held 4/17-4/19)
- F.L.T. (███████) (Listed as "Single Minor," held 4/17-4/19)
- M.M.M. (███████) (Listed as "Single Minor," held 4/22-4/24)
- W.M.C. (███████) (Listed as "Single Minor," held 4/17-4/19)
- K.M.M. (███████) (Listed as "Single Minor," held 4/17-4/19)

This issue extended to other months as well. For example, the following seven children were included in the July *Flores* report, but were not included in Attachment A. All seven children were held in hotels.

- L.L. (███████) (Listed as "Family Unit," held 7/1-7/26)
- T.P.Z. (███████) (Listed as not in a "Family Unit" or "Family Group," held 6/21-7/8)
- L.P. (███████) (Listed as not in a "Family Unit" or "Family Group," held 7/20-7/26)
- H.E. (███████) (Listed as "Family Unit," held 6/26-7/26)
- H.E. (███████) (Listed as "Family Unit," held 6/26-7/26)
- M.E. (███████) (Listed as "Family Unit," held 6/26-7/26)
- B.E.F. (███████) (Listed as "Family Unit," held 6/26-7/26)

---

[1] "ICE July 2020 Flores Report," provided by Defendants on August 14, 2020.

[2] All other information for the minor, including full name, date of birth, and nationality, was the same.

[3] "Copy of April 2020 Flores Report REDO," provided by Defendants on August 24, 2020.

Plaintiffs have also identified multiple children listed in Attachment A that were not included in the *Flores* reports. For example, of the 46 total children detained in April under Title 42 listed in Attachment A, the following six children were listed in Attachment A but were not included in the April *Flores* report:

- J.R.A. ( █ )[4] (Listed as "Single Minor," held 4/20-4/24)
- M.T.S. ( █ ) (Listed as "Single Minor," held 4/19-4/19)
- A.M.P.V. ( █ ) (Listed as "Single Minor," held 4/24/-4/24)
- E.C.O. ( █ ) (Listed as "Single Minor," held 4/23-4/24)
- J.G.C. ( █ ) (Listed as "Single Minor," held 4/23-4/24)
- J.M.M. ( █ ) (Listed as "Single Minor," held 4/23-4/24)

This issue extended to other months as well. For example, the following ten children were listed in Attachment A but were not included in the July *Flores* report:

- D.B.R. ( █ ) (Listed as "Single Minor," held 7/2-7/13)
- L.G.B. ( █ ) (Listed as "Single Minor," held 7/22-7/31)
- Z.E.Y. ( █ ) (Listed as "Single Minor," held 7/16-7/24)
- E.D.Z.L. ( █ ) (Listed as "Single Minor," held 7/22-7/27)
- S.P.V. ( █ ) (Listed as "Single Minor," held 7/23-7/27)
- M.R.O. ( █ ) (Listed as "Single Minor," held 7/23-7/27)
- F.N.C. ( █ ) (Listed as "Single Minor," held 7/23-7/27)
- E.A.G. ( █ ) (Listed as "Single Minor," held 7/23-7/27)
- L.A.G. ( █ ) (Listed as "Single Minor," held 7/23-7/27)
- R.R.R. ( █ ) (Listed as "Single Minor," held 7/23-7/27)

## 2. Inconsistent Dates of Detention

Plaintiffs have identified multiple children for whom the listed dates of detention in Attachment A and the *Flores* report are inconsistent. For example, of the 46 total children detained in April under Title 42 listed in Attachment A, the following five children's dates of detention were inconsistent with what was reported in the April *Flores* report.

- Y.M.D.L. ( █ )
  - April *Flores* report: Held 4/17-4/19
  - Attachment A: Held 4/19-4/19
- B.L.G.J. ( █ )
  - April *Flores* report: Held 4/23-4/24
  - Attachment A: Held 4/22-4/24
- M.E.M ( █ )
  - April *Flores* report: Held 4/25-4/29
  - Attachment A: Held 4/28-4/29
- V.R. ( █ )
  - April *Flores* report: Held 4/26-4/29
  - Attachment A: 4/28-4/29

---

[4] The data entry for this child's Subject ID number was " █ ." Due to lack of this child's full Subject ID number, Plaintiffs searched for this child's listed name and date of birth in the April *Flores* report but could not locate him.

- G.J.P. (██████, ██████)
  - April *Flores* report: Held 4/22-4/28
  - Attachment A: Held 4/21-4/28

This issue extended to other months as well. For example:
- E.E.M.V. (████████)
  - July *Flores* report: Held 7/11-7/15
  - Attachment A: Held 7/8-7/15
- A.P.V. (██████)
  - July *Flores* report: Held 6/9-7/1
  - Attachment A: Held 6/9-7/7
- Y.A.S. (██████)
  - July *Flores* report: Held 7/16-7/18
  - Attachment A: Held 7/17-7/17
- M.J.M. (██████)
  - July *Flores* report: Held 7/21-7/27
  - Attachment A: Held 7/21-7/24

**3. Inconsistent Locations of Detention**

Attachment A lists 25 different hotels where children were detained, at least 20 of which were never listed in the March, April, May, June or July *Flores* reports. The *Flores* reports include "MVM Transport" and "MVN Transportation" as detention locations whereas Attachment A does not.

Plaintiffs have identified multiple children for whom the listed location of detention in Attachment A and the *Flores* report are inconsistent. For example, of the 46 total children detained in April listed in Attachment A, 18 children's locations of detention were inconsistent with what was reported in the April *Flores* report, including inconsistent states. For example:

- N.V.V. (██████)
  - April *Flores* report: Held 4/23-4/29 at "Hampton Inn & Stes Elp Ap," and 4/29-4/30 at "MVM Transport"
  - Attachment A: Held 4/23-4/30 at "Hampton Inn & Suites Phoenix Airport" and "Hampton Inn & Stes Mcallen"
- J.R.M. (██████)
  - April *Flores* report: Held 4/20-4/29 at "Hampton Inn & Stes Elp Ap," and 4/29-4/30 at "MVM Transport"
  - Attachment A: Held 4/20-4/30 at "Towneplace Suites Alexandria Marriott" and "Hampton Inn & Stes Mcallen"
- A.H.M. (██████)
  - April *Flores* report: Held 4/18-4/24 at "Hampton Inn & Stes Mcallen"
  - Attachment A: Held 4/18-4/24 at "Best Western Rose Garden Inn & Suites – McAllen"
- J.S.U. (██████)
  - April *Flores* report: Held 4/18-4/24 at "Hampton Inn & Stes Mcallen"

- o Attachment A: Held 4/18-4/24 at "Best Western Rose Garden Inn & Suites – McAllen"
- G.J.P. (███████, ████████)
  - o April *Flores* report: Held 4/22-4/27 at "Hampton Inn & Stes Mcallen," and 4/27/-4/28 at "MVN Transportation, SNA"
  - o Attachment A: Held 4/21-4/28 at "Courtyard Airport Marriot"
- C.E.A. (████████)
  - o April *Flores* report: Held 4/22/-4/29 at "Hampton Inn Pho[enix] Airport N"
  - o Attachment A: Held 4/22-4/29 at "Courtyard Airport Marriot"
- G.A.R. (████████)
  - o April *Flores* report: Held 4/20-4/24 at "Hampton Inn & Stes Mcallen"
  - o Attachment A: Held 4/20-4/24 at "Hotel Pharr Plaza"

This issue extended to other months as well. For example:
- P.G.A. (████████)
  - o July *Flores* report: Held 7/8-7/16 at "Hampton Inn Pho[enix] Airport N" and 7/16-7/17 at "MVM Transport, Phoenix"
  - o Attachment A: Held 7/7-7/17 at "Hampton Inn & Suites Mcallen"
- N.R.S. (████████)
  - o July *Flores* report: Held 7/15-7/21 at "Hampton Inn Pho[enix] Airport N" and 7/21-7/24 at "MVM Transport, Phoenix"
  - o Attachment A: Held 7/15-7/24 at "Hampton Inn & Stes McAllen"

### 4. Inconsistent Subject ID Numbers

Plaintiffs have identified multiple children with differing Subject ID numbers across the data sets. For example, of the 46 total children detained in April under Title 42 listed in Attachment A, the following two children had different Subject ID numbers in the April *Flores* report. All other information for the minor, including name, date of birth, and nationality, was the same.
- J.D.C.
  - o April *Flores* report: ███████
  - o Attachment A: ███████
- G.J.P.
  - o April *Flores* report: ███████
  - o Attachment A: ███████

### III.   Attachment A Analysis

This section analyzes data from Attachment A, which "reflects minors subject to the Title 42 process who were housed in hotels from April 18, 2020, until July 31, 2020." *See* Harper Decl. at 10. As noted above, Plaintiffs have concerns regarding the accuracy of this data set.

Attachment A listed a total of 660 children, which Defendants categorized as either "Family Unit," "Family Group," or "Single Minor."[5] Plaintiffs have included figures showing the lengths of stay for each of these categories below.

*Figure 1: "Hotel Length of Stay" for Title 42 "Single Minors"*



Of the 577 total "single minors" that were held in hotels, 436 children were held for three or more days (75.6%).

---

[5] Defendants state that "family 'groups' refer to siblings, minors with aunts/uncles, etc., and family 'units' are traditional parent/child units." Harper Decl. at 3 n.1.

*Figure 2: "Hotel Length of Stay" for Title 42 "Family Groups"*



Of the 24 total "family group" children that were held in hotels, 18 children were held for three or more days (75%).

*Figure 3: "Hotel Length of Stay" for Title 42 "Family Units"*



Of the 59 total "family unit" children that were held in hotels, 56 children were held for three or more days (94.9%).

*Figure 4: Hotels Listed in Attachment A[6]*



---

[6] Hotel names (and city codes in parentheses) in Figure 4 are written exactly as listed in Attachment A. Although some children were held in multiple hotels, Figure 4 only includes the hotel listed in Attachment A's "Hotel 1" column in order to avoid double-counting children.

## IV.  *Flores* Data Summary: July 2020

This summary is based on the July *Flores* data report and includes information regarding the following categories of children for July 2020.[7]

1. Unaccompanied Children Detained in Hotels/Unlicensed Placements & Expelled or Awaiting Expulsion Under Title 42
2. Unaccompanied Children Detained in Hotels/Unlicensed Placements, Reprocessed as Title 8, and Transferred to ORR
3. Unaccompanied Children Detained in Hotels/Unlicensed Placements After Leaving ORR Custody.
4. Accompanied Children Detained in Hotels/Unlicensed Placements & Awaiting Expulsion Under Title 42
5. Accompanied Children Detained in Hotels/Unlicensed Placements, Reprocessed as Title 8, and Transferred to Family Residential Centers or Released
6. CBP Custody

## 1. Unaccompanied Children Detained in Hotels/Unlicensed Placements & Expelled or Awaiting Expulsion Under Title 42

### A.  Unaccompanied Children Expelled Under Title 42

In the July report, 177 unaccompanied children were detained in hotels and expelled under Title 42. All 177 children were listed as "Title 42 Expulsion" in the "Detention Criteria" column and were listed as either "Title 42 Return" or "Removed" in the "Release Reason" column. All 177 children were listed as "No" in the "In a Family Unit or Family Group?" column.

| Total Days in ICE Custody[8] | Number of Children Detained | Ages of Children Detained[9] |
|---|---|---|
| 1 day | 19 | 10 years old (2) |
| | | 12 years old (1) |
| | | 13 years old (1) |
| | | 14 years old (1) |
| | | 15 years old (4) |
| | | 16 years old (2) |
| | | 17 years old (8) |
| 2 days | 13 | 12 years old (1) |
| | | 14 years old (1) |
| | | 15 years old (1) |

---

[7] "ICE July 2020 Flores Report," provided by Defendants on August 14, 2020.

[8] For this table and the following tables, the "Total Days in ICE Custody" column reflects the length of time between a child's ICE "book-in" and "book-out" date, including time spent in hotels, "MVM Transport," "MVN Transportation," and ICE hold rooms. For example, a child with a book-in date of 7/21/2020 and book-out date of 7/24/2020 is listed as spending three days in ICE custody.

[9] For this table and the following tables, children's ages were determined based on the child's date of birth and the last day of the month (7/31/2020). For children under 1 year old, age was determined based on the child's date of birth and the child's "book-in" date.

|  |  | 16 years old (5) |
|  |  | 17 years old (5) |
| 3 days | 26 | 11 years old (2) |
|  |  | 13 years old (2) |
|  |  | 14 years old (1) |
|  |  | 15 years old (5) |
|  |  | 16 years old (7) |
|  |  | 17 years old (9) |
| 4 days | 38 | 11 years old (1) |
|  |  | 12 years old (1) |
|  |  | 13 years old (2) |
|  |  | 14 years old (5) |
|  |  | 15 years old (5) |
|  |  | 16 years old (14) |
|  |  | 17 years old (10) |
| 5 days | 16 | 13 years old (1) |
|  |  | 14 years old (2) |
|  |  | 15 years old (2) |
|  |  | 16 years old (3) |
|  |  | 17 years old (8) |
| 6 days | 32 | 13 years old (2) |
|  |  | 14 years old (1) |
|  |  | 15 years old (3) |
|  |  | 16 years old (11) |
|  |  | 17 years old (15) |
| 7 days | 8 | 16 years old (6) |
|  |  | 17 years old (2) |
| 8 days | 14 | 11 years old (1) |
|  |  | 13 years old (1) |
|  |  | 15 years old (2) |
|  |  | 16 years old (4) |
|  |  | 17 years old (6) |
| 9 days | 5 | 16 years old (2) |
|  |  | 17 years old (3) |
| 11 days | 2 | 17 years old (2) |
| 12 days | 3 | 14 years old (1) |
|  |  | 17 years old (2) |
| 15 days | 1 | 17 years old (1) |

For example:

- 11-year-old W.F.R. ( ███ ) was held at a hotel for five days, transferred to MVM Transport for one day, and then held at a different hotel for two days before he was expelled.
- 13-year-old E.C.P ( ███ ) was held at a hotel for eight days before he was expelled.
- 16-year-old V.V.D. ( ███ ) was held at MVM Transport for five days and then transferred to a hotel for one day before he was expelled.[10]
- 17-year-old N.R.S. ( ███ ) was held at a hotel for six days and then transferred to MVM Transport for three days before she was expelled.[11]
- 17-year-old N.M.T. ( ███ ) was held at a hotel for six days, transferred to MVM Transport for one day, and then held at a different hotel for eight days before he was expelled.[12]
- 17-year-old R.H.V. ( ███ ) was held at MVM Transport for one day, transferred to a hotel for two days, transferred to MVM Transport for one day, and then transferred to a different hotel for eight days before he was expelled.
- 17-year-old M.R.G. ( ███ ) was held at MVM Transport for one day, transferred to a hotel for two days, transferred to MVM Transport for one day, and then held at a different hotel for eight days before he was expelled.

### B. Unaccompanied Children Awaiting Expulsion Under Title 42

In July, 20 unaccompanied children were listed as "T42 awaiting expulsion" in the "Detention Criteria" column and were listed as either "Title 42 Return" or "Transferred" in the "Release Reason" column. All 20 of these children had a listed book-out date and did not appear to still be in custody as of July 31, 2020, but are listed separately here because they were coded as "awaiting expulsion." All 20 children were listed as "No" in the "In a Family Unit or Family Group?" column.

| Total Days in ICE Custody | Number of Children Detained | Ages of Children Detained |
|---|---|---|
| 2 days | 1 | 15 years old (1) |
| 3 days | 1 | 17 years old (1) |
| 6 days | 1 | 13 years old (1) |
| 8 days | 2 | 15 years old (2) |
| 9 days | 1 | 17 years old (1) |
| 10 days | 2 | 17 years old (2) |
| 11 days | 2 | 11 years old (1) |

---

[10] The July *Flores* report lists V.V.D. ( ███ ) as detained from 7/11-7/16 at MVM Transport and from 7/16-7/17 at Hampton Inn & Suites McAllen. Attachment A lists V.V.D. ( ███ ) as detained from 7/11-7/16 at Hampton Inn & Suites McAllen.

[11] The July *Flores* report lists N.R.S. ( ███ ) as detained from 7/15-7/21 at Hampton Inn Phoenix Airport and from 7/21-7/24 at MVM Transport. Attachment A lists N.R.S. ( ███ ) as detained from 7/15-7/24 at Hampton Inn & Suites McAllen.

[12] The July *Flores* report lists N.M.T. ( ███ ) as detained from 7/9-7/15 at Hampton Inn Phoenix Airport and from 7/16-7/24 at Hampton Inn & Suites McAllen. Attachment A lists N.M.T. ( ███ ) as detained from 7/9-7/24 at Hampton Inn & Suites McAllen.

|  |  | 14 years old (1) |
| --- | --- | --- |
| 12 days | 1 | 16 years old (1) |
| 13 days | 2 | 14 years old (1) |
|  |  | 16 years old (1) |
| 14 days | 2 | 13 years old (1) |
|  |  | 17 years old (1) |
| 15 days | 3 | 16 years old (2) |
|  |  | 17 years old (1) |
| 28 days | 2 | 16 years old (1) |
|  |  | 17 years old (1) |

For example:[13]

- 11-year-old N.L.A. (⬛⬛⬛⬛) was held at a hotel for four days, transferred to MVM Transport for one day, and then transferred to a hotel for six days before she was expelled.[14]
- 13-year-old J.M.A (⬛⬛⬛⬛) was held at a hotel for 14 days before he was expelled.
- 17-year-old M.D.L.O (⬛⬛⬛⬛) and 16-year-old K.T.D.L. (⬛⬛⬛⬛), likely siblings, were held at a hotel for 28 days before they were expelled.[15]

## 2. Unaccompanied Children Detained in Hotels/Unlicensed Placements, Reprocessed as Title 8, and Transferred to ORR

In July, nine unaccompanied children were listed as being held under Title 42, reprocessed under Title 8, and transferred to an ORR facility. All nine children were listed as "Initially processed under T42. Reprocessed under T8 after claiming CF" in the "Detention Criteria" column. All nine children were listed "No" in the "In a Family Unit or Family Group?" column.

| Total Days in ICE Custody before Transfer to ORR Custody | Number of Children Detained | Ages of Children Detained |
| --- | --- | --- |
| 0 days[16] | 3 | 16 years old (1) 17 years old (2) |
| 2 days | 3 | 10 years old (1) 13 years old (1) 17 years old (1) |

---

[13] As noted above, these children were listed as "T42 awaiting expulsion" in the "Detention Criteria" column and but had listed "book-out" dates and did not appear to be in custody as of July 31, 2020. The examples listed below are based on the children's listed "book-in" and "book-out" dates.

[14] The July *Flores* report lists N.L.A. (⬛⬛⬛) as detained from 6/30-7/7 at MVM Transport and Hampton Inn & Suites Mcallen. Attachment A lists N.L.A. (⬛⬛⬛) as detained from 6/26-7/7 at Hampton Inn & Suites Phoenix Airport, Courtyard Airport Marriot, and Crown Plaza Phoenix Airport.

[15] The July *Flores* report lists M.D.L.O (⬛⬛⬛) as detained from 6/26-7/24 at Hampton Inn & Suites Mcallen. Attachment A lists M.D.L.O (⬛⬛⬛) as detained from 6/26-7/24 at Hampton Inn & Suites Phoenix Airport. The July *Flores* report lists K.T.D.L. (⬛⬛⬛) as detained from 6/26-7/24 at Hampton Inn & Suites Mcallen. Attachment A lists K.T.D.L. (⬛⬛⬛) as detained from 6/26-7/24 at Hampton Inn & Suites Phoenix Airport.

[16] For children whose "book-in" and "book-out" date was on the same day, they are listed as "0 days."

| 6 days | 3 | 13 years old (1) |
| | | 14 years old (1) |
| | | 16 years old (1) |

Six of these children were held in hotels or other unlicensed placements before they were transferred to ORR (all children held for two and six days in the above table). For example:

- 13-year-old M.J.M. ( ████████ ) was held at "MVM Transport" for one day, transferred to a hotel for two days, transferred to "MVN Transportation" for one day, transferred to "MVM Transport" for two days, and then transferred to an ORR shelter.[17]
- 14-year-old L.P. ( ██████ ) was held at a hotel for one day, transferred to "MVM Transport" for one day, transferred to a different hotel for two days, transferred to "MVN Transportation" for two days, and then transferred to an ORR shelter.[18]
- 16-year-old L.C.B. ( ██████ ) was held at a hotel for six days before he was transferred to an ORR shelter.[19]

Separately, at least two children were held in hotels, transferred to ORR custody, and were listed as "T42 awaiting expulsion" in the "Detention Criteria" column.

- 17-year-old T.P.Z. ( ██████ ) was held at a hotel for 17 days before she was transferred to an ORR shelter. She is listed as "T42 awaiting expulsion."[20]
- 15-year-old Y.A.S. ( ██████ ) was held at a hotel for two days before he was transferred to an ORR shelter. He is listed as "T42 awaiting expulsion."[21]

Additionally, at least one child was initially placed in ORR custody and then transferred to a hotel before being expelled under Title 42.

- 16-year-old J.S.P. ( ██████ ) was transferred by "MVM Transport" to an ORR shelter for three days, then transferred to "MVM Transport" for one day, and then transferred to a hotel for one day before he was expelled. He is listed as "Title 42" under "Release Reason" and "Title 42 Expulsion" under "Detention Criteria."

---

[17] The July *Flores* report lists M.J.M. ( ██████ ) as detained at a hotel or MVM Transport from 7/21-7/27. Attachment A lists M.J.M. ( ██████ ) as detained at a hotel from 7/21-7/24.
[18] L.P. ( ██████ ) was not included in Attachment A.
[19] The July *Flores* report lists L.C.B. ( ██████ ) as detained at a hotel from 7/9-7/15. Attachment A lists L.C.B. ( ██████ ) as detained at a hotel from 7/9-7/17.
[20] T.P.Z. ( ██████ ) was not included in Attachment A.
[21] The July *Flores* report lists Y.A.S. ( ██████ ) as detained at a hotel or MVM Transport from 7/16-7/18. Attachment A lists Y.A.S. ( ██████ ) as detained at a hotel from 7/17-7/17.

### 3. Children Detained in Hotels/Unlicensed Placements After Leaving ORR Custody

In July, at least seven children were held in hotels or other unlicensed placements after leaving ORR custody and before they were removed or voluntarily departed the country.

| Total Days in ICE Custody (after ORR) | Number of Children Detained | Ages of Children Detained |
|---|---|---|
| 0 day | 2 | 10 years old (1) <br> 17 years old (1) |
| 1 day | 1 | 2 years old (1) |
| 2 days | 1 | 13 years old (1) |
| 3 days | 1 | 15 years old (1) |
| 6 days | 1 | 17 years old (1) |
| 8 days | 1 | 7 years old (1) |

For example:
- 7-year-old D.V.A. (░░░░░░) was transferred from her ORR Transitional Foster Care placement to a hotel for one day, and then transferred to "INS Airport Hold." As of July 31, 2020, D.V.A. was still held at "INS Airport Hold" and had been there for seven days.[22]
- 17-year-old F.P.M. (░░░░░░) was transferred from his ORR placement to a hotel for six days, then transferred to a hold room before he departed the country.[23]

### 4. Accompanied Children Detained in Hotels/Unlicensed Placements & Expelled or Awaiting Expulsion Under Title 42

#### A. Accompanied Children ("Family Unit") Expelled Under Title 42

The July report lists 30 accompanied children detained in hotels or unlicensed placements and expelled under Title 42. All 30 children were listed as "Title 42 Return" in the "Release Reason" column and listed as "Title 42 Expulsion" in the "Detention Criteria" column. All 30 children were listed "Yes, Family Unit" in the "In a Family Unit or Family Group?" column.

| Total Days in ICE Custody | Number of Children Detained | Ages of Children Detained |
|---|---|---|
| 3 days | 3 | 1 year old (1) <br> 2 years old (1) <br> 17 years old (1) |
| 4 days | 1 | 9 years old (1) |
| 6 days | 14 | 3 months old (4) <br> 4 months old (3) <br> 5 months old (1) <br> 9 months old (1) |

---

[22] D.V.A. (░░░░░) was not included in Attachment A.
[23] F.P.M. (░░░░░) was not included in Attachment A.

14

| | | 4 years old (1) |
|---|---|---|
| | | 6 years old (1) |
| | | 8 years old (1) |
| | | 10 years old (1) |
| | | 16 years old (1) |
| 7 days | 1 | 2 months old (1) |
| 18 days | 11 | 1 year old (2) |
| | | 2 years old (3) |
| | | 6 years old (1) |
| | | 7 years old (1) |
| | | 10 years old (1) |
| | | 11 years old (1) |
| | | 12 years old (2) |

Of these children, at least three were held at Karnes County Residential Center ("Karnes") before they were expelled under Title 42. For example:

- 3-month-old E.C.D. (⬛⬛⬛⬛) was transferred by "MVM Transport" to Karnes, where he was held for one day, then transferred to a hotel for four days, and then transferred to "MVN Transportation" for one day before he was expelled.
- 3-month-old Cl.L.S. (⬛⬛⬛⬛) was transferred by "MVM Transport" to Karnes for one day, then transferred to "MVN Transportation" for 5 days before she was expelled.
- 3-month-old Co.L.S. (⬛⬛⬛⬛) was transferred by "MVM Transport" to Karnes, then transferred to "MVN Transportation" for one day, transferred to a hotel for four days, and then transferred to "MVN Transportation" for one day before he was expelled.

Separately, at least 8 accompanied children held under Title 42 were at one point held at Karnes County Residential Center ("Karnes"). All 8 children were listed as "Title 42 Return" in the "Release Reason" column and were listed as "Individual is part of a family unit and Head of Household is subject to detention" (as opposed to "Title 42 Expulsion") under the "Detention Criteria" column. All 8 children were listed "Yes, Family Unit" in the "In a Family Unit or Family Group?" column.

Four of these children were held at hotels or other unlicensed placements as well as at Karnes before they were expelled under Title 42.[24]

- 1-year-old A.L.A. (⬛⬛⬛⬛) was held by "MVM Transport" for one day, transferred to a hotel for one day, and then transferred by "MVN Transportation" to Karnes for 9 days before he was expelled.
- 1-year-old A.L.J. (⬛⬛⬛⬛) was held at a hotel for 10 days, then transferred to Karnes for 6 days before she was expelled.
- 2-year-old A.D.B.A. (⬛⬛⬛⬛) was held at "MVM Transport" for five days, then transferred to Karnes for six days before he was expelled.

---

[24] These four children were not included in Attachment A.

- 1-year-old E.D.E. (█████████) was held at "MVM Transport" for five days, then transferred to Karnes for six days before he was expelled.

Four children were transferred directly to Karnes and then expelled under Title 42.

- 11-year-old S.F. (█████████) was transferred by "MVM Transport" to Karnes for 4 days before she was expelled.
- 8-year-old W.F. (█████████) was transferred by "MVM Transport" to Karnes for 4 days before he was expelled.
- 1-year-old A.M.J.D. (█████████) was transferred by "MVM Transport" to Karnes for 5 days before she was expelled.
- 1-year-old S.J.P. (█████████) was transferred by "MVM Transport" to Karnes for 5 days before she was expelled.

Additionally, at least four accompanied children were held in hotels and were released or still in custody at the end of the month (July 31, 2020).[25] These children were not listed as "Title 42 Return" in the "Release Reason" column or "Title 42 Expulsion" in the "Detention Criteria" column.

- 8-year-old I.D. (█████████) and 13-year-old Z.D. (█████████), likely siblings, were held at a hotel for 13 days before they were released under an order of recognizance. Their "Detention Criteria" column states "FAMU apprehended on 6/18/20. The FAMU was released on 7/2/10. No information found regarding the detention."
- 12-year-old A.M.B. (█████████) was held at a hotel for two days and then transferred to "MVN Transportation" for 12 days before she was released under an order of recognizance.
- 7-year-old L.M.R. (█████████) was held at "Miami District" for one day, transferred to a hotel for seven days, and then transferred back to "Miami District," where she had been for seven days as of July 31, 2020. L.M.R. did not have a listed book-out date in the July report.

## B. Accompanied Children ("Family Unit") Awaiting Expulsion Under Title 42

The July report lists five accompanied children detained in hotels or unlicensed placements and awaiting expulsion under Title 42 (listed as "T42 awaiting expulsion" in the "Detention Criteria" column). All five children were listed "Yes, Family Unit" in the "In a Family Unit or Family Group?" column.

- 8-year-old H.E. (█████████), 5-year-old H.E. (█████████), 1-year-old M.E. (█████████), and 3-month-old B.E.F. (█████████), likely siblings, were held at "MVM Transport" for one day, transferred to a hotel for 29 days, and then transferred to Karnes.[26] They are listed as "T42 awaiting expulsion" in the "Detention Criteria" column.

---

[25] These four children were not included in Attachment A.
[26] These four children were not included in Attachment A.

- 17-year-old L.S.H. (⬛⬛⬛) was held at "MVM Transport" for one day and then transferred to a hotel for 12 days. He has a "book-out" date but is listed as "T42 awaiting expulsion" in the "Detention Criteria" column.

### C. Children ("Family Group") Expelled Under Title 42

In July, nine "family group" children were detained in hotels and expelled under Title 42. All nine children were listed as "Title 42 Expulsion" in the "Detention Criteria" column and were listed as "Title 42 Return" in the "Release Reason" column. All nine children were listed "Yes, Family Group" in the "In a Family Unit or Family Group?" column. There were no "Family Group" children that were listed as "awaiting expulsion" under Title 42.

| Total Days in ICE Custody | Number of Children Detained | Ages of Children Detained |
|---|---|---|
| 2 days | 5 | 4 years old (1) |
| | | 5 years old (1) |
| | | 6 years old (1) |
| | | 8 years old (1) |
| | | 9 years old (1) |
| 3 days | 1 | 7 years old (1) |
| 4 days | 2 | 8 years old (2) |
| | | 9 years old (1) |

### 5. Accompanied Children Detained in Hotels/Unlicensed Placements, Reprocessed as Title 8, and Transferred to Family Residential Centers

In July, at least 37 accompanied children were held under Title 42, reprocessed as Title 8, and either transferred to a Family Residential Center, paroled, or released on order of recognizance (as listed in the "Release Reason" column). All 37 children were listed as "Initially processed under T42. Reprocessed under T8 after claiming CF" under the "Detention Criteria" column. All 37 children were listed as "Yes, Family Unit" in the "In a Family Unit or Family Group?" column.

| Total Days in ICE Custody[27] | Number of Children Detained | Ages of Children Detained |
|---|---|---|
| 0 days | 13 | 1 year old (3) |
| | | 2 years old (1) |
| | | 3 years old (2) |
| | | 8 years old (1) |
| | | 10 years old (1) |
| | | 11 years old (2) |
| | | 12 years old (1) |
| | | 15 years old (1) |

---

[27] Here, "Total Days in ICE Custody" reflects the time spent in hotels, "MVM Transport," "MVN Transportation," and ICE hold rooms. It does not include time spent in an ICE Family Residential Center or Custom and Border Protection custody.

| | | 16 years old (1) |
|---|---|---|
| 6 days | 1 | 9 months old (1)[28] |
| 8 days | 3 | 2 years old (2) |
| | | 3 years old (1) |
| 11 days | 10 | 5 months old (1) |
| | | 1 year old (3) |
| | | 2 years old (1) |
| | | 5 years old (1) |
| | | 8 years old (1) |
| | | 12 years old (1) |
| | | 13 years old (1) |
| 12 days | 5 | 11 months old (1) |
| | | 1 year old (1) |
| | | 6 years old (1) |
| | | 7 years old (1) |
| | | 15 years old (1) |
| 13 days | 3 | 7 months old (2) |
| | | 8 months old (1) |
| 14 days | 1 | 17 years old (1) |
| 25 days | 1 | 3 years old (1) |

Of these children, 24 were held in hotels or other unlicensed placements before they were
reprocessed under Title 8 (all children held for between six and 25 days in the above table). For
example:

- 3-year-old L.L. (▮▮▮▮▮▮▮) was held at "MVM Transport" for one day, transferred to a
  hotel for 24 days, and then transferred to Karnes.[29]
- 17-year-old F.B. (▮▮▮▮▮▮▮) was held at a hotel for two days, transferred to "MVN
  Transportation" for 12 days, and then released on an order of recognizance.[30]

Separately, at least three other accompanied children were held in hotels and then transferred to a
family residential center or paroled, but were not listed as "processed under T42" or
"reprocessed under T8" in the "Detention Criteria" column." These children were listed as "Yes,
Family Unit" in the "In a Family Unit or Family Group?" column.

- 2-year-old A.S.J.P. (▮▮▮▮▮▮▮) was held at "MVM Transport" for one day, transferred
  to a hotel for 24 days, and then transferred to Karnes.[31] The "Detention Criteria" column
  states "Individual is part of family unit and Head of Household is subject to detention."

---

[28] Nine-month-old T.T.N. (▮▮▮▮▮▮▮) was listed as "Initially processed under T42. Reprocessed under T8 after
claiming CF" and did not have a listed book-out date in the July report. He had been held at a hotel for six days as of
July 31, 2020.
[29] L.L. (▮▮▮▮▮▮) was not included in Attachment A.
[30] F.B. (▮▮▮▮) was not included in Attachment A.
[31] A.S.J.P. (▮▮▮▮▮▮) was not included in Attachment A.

- 3-year-old A.P.V. (⬛⬛⬛⬛) and 7-year-old S.V. (⬛⬛⬛⬛), likely siblings, were held at "MVM Transport" for 22 days and then transferred to Karnes before they were released on parole.[32] Their "Detention Criteria" column states "Individual is part of family unit and Head of Household is subject to detention."

## 6. CBP Custody

As noted, the "Total Days in ICE Custody" columns in the tables above reflect the length of time between a child's ICE "book-in" and "book-out" date, including time spent in hotels, "MVM Transport," "MVN Transportation," and ICE hold rooms. These tables do not include time spent in ICE Family Residential Centers or take into account the time that children may have already spent in Customs and Border Protection ("CBP") custody.

In the July report, there were 41 children that were listed as having spent three or more days in CBP custody prior to their transfer to ICE custody. All 41 children were listed as "Yes, Family Unit" in the "In a Family Unit or Family Group?" column. The Detention Criteria column for these children stated "3 days in CBP custody. F/O transferred to ICE for Rep,"  "4 days in CBP custody," "4 days in CBP custody prior to transfer to the FRC," "5 days in CBP custody," "6 days in CBP custody," "7 days in CBP custody," "8 days in CBP custody," "9 days in CBP custody," "10 days in CBP custody," "11 days in CBP custody," "11 days in CBP custody/transferred to ICE for release," "12 days in CBP custody," or "13 days in CBP custody."

| Number of Days in CBP Custody | Number of Children Detained | Ages of Children Detained |
| --- | --- | --- |
| 3 days | 1 | 1 year old (1) |
| 4 days | 9 | 1 year old (1) |
| | | 2 years old (2) |
| | | 3 years old (1) |
| | | 5 years old (1) |
| | | 7 years old (1) |
| | | 10 years old (1) |
| | | 16 years old (2) |
| 5 days | 2 | 9 years old (1) |
| | | 12 years old (1) |
| 6 days | 1 | 3 years old (1) |
| 7 days | 1 | 3 years old (1) |
| 8 days | 10 | 1 year old (2) |
| | | 2 years old (1) |
| | | 4 years old (2) |
| | | 6 years old (1) |
| | | 7 years old (1) |
| | | 8 years old (1) |
| | | 10 years old (1) |

---

[32] The July data report lists A.P.V. (⬛⬛⬛⬛) and S.V. (⬛⬛⬛⬛) as detained from 6/9-7/1 at MVM Transport. Attachment A lists A.P.V. (⬛⬛⬛⬛) and S.V. (⬛⬛⬛⬛) as detained from 6/9-7/7 at a hotel.

| | | 13 years old (1) |
|---|---|---|
| 9 days | 3 | 2 years old (2)<br>5 years old (1) |
| 10 days | 5 | 1 year old (1)<br>2 years old (1)<br>3 years old (1)<br>14 years old (1)<br>16 years old (1) |
| 11 days | 3 | 1 year old (2)<br>3 years old (1) |
| 12 days | 3 | 4 years old (1)<br>8 years old (1)<br>14 years old (1) |
| 13 days | 3 | 8 years old (1)<br>15 years old (1)<br>16 years old (1) |

# EXHIBIT 2

From: **Fabian, Sarah B (CIV)** Sarah.B.Fab an@usdoj.gov
Subject: RE: Act v ty n Case 2:85-cv-04544-DMG-AGR Jenny L F ores v. Edw n Meese Sea ed Dec arat on n SupportDec arat on
Date: August 27, 2020 at 1:22 PM
To: Car os Ho guín crho gu n@centerforhumanr ghts.ema
Cc: Andrea Sher dan Ord n aord n@strumwooch.com, Leec a We ch we ch@youth aw.org, Neha Desa ndesa @youth aw.org, Me ssa Adamson madamson@youth aw.org, Peter Schey pschey@centerforhumanr ghts.org, Mur ey, N co e (CIV) N co e.Mur ey@usdoj.gov, S v s, W am (CIV) W am.S v s@usdoj.gov, F entje, August (CIV) August.F entje@usdoj.gov

Carlos – ICE reviewed your inquiry below and has identified the source of the inconsistencies. The below statement will be included in an updated declaration from Mellissa Harper which we will file with the Court, but given the timing and your filing deadline I wanted to provide you with the information as soon as I can.

Best,
Sarah

It has come to my attention that the data provided in "Attachment A" of the August 21, 2020, filing has some inconsistencies when compared to the monthly *Flores* report for July. Due to ICE electronic systems and database challenges, JFRMU is working with data supplied by MVM, Inc., the contractor that manages the hotel temporary housing program. The MVM dataset included a "Planned Pick Up Date" and a "Planned Removal Date" column. It was my understanding, at the time that I received the dataset, that these two columns correlated with what is commonly known as a "book-in" date and a "book-out" date, but that the MVM system simply had different headings, because their system isn't built around custody operations. After review, I have since learned that the "Planned Pick Up Date" does correspond to a "book-in" date and represents the date and time that MVM accepted transfer of custody of the minor from CBP; however, the "Planned Removal Date" does not correlate with the actual "book-out" date, namely, the date the minor left ICE custody. Rather, the "Planned Removal Date" represents the date the minor is scheduled for an expulsion flight. However, if the flight information changed, and the minor was on an earlier flight, that date was not updated. We have amended the dataset to include the actual "book-out" date. With the addition of the actual date the minor left ICE custody, we recalculated each minor's length of stay at a hotel and the average length of stay for all minors.





Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Tuesday, August 25, 2020 1:33 PM
**To:** Fabian, Sarah B (CIV) <sfabian@CIV.USDOJ.GOV>
**Cc:** Andrea Sheridan Ordin <aordin@strumwooch.com>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Peter Schey <pschey@centerforhumanrights.org>
**Subject:** Re: Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Sealed Declaration in SupportDeclaration

Sarah,

We have reviewed the data provided in Attachment A and have identified numerous inconsistencies between this data and the monthly *Flores* reports. Plaintiffs are concerned that one or both data sets are inaccurate.

Attachment A lists multiple children that Plaintiffs have been unable to locate in the July report. For example: D.B.R. [███████] (unaccompanied, held 7/2-7/13); L.G.B. [███████] (unaccompanied, held 7/22-7/31); Z.E.Y. [███████] (unaccompanied, held 7/16-7/24); E.D.Z.L. [███████] (unaccompanied, held 7/22-7/27); S.P.V. [███████] (unaccompanied, held 7/23-7/27); M.R.O. [███████] (unaccompanied, held 7/23-7/27); and four unaccompanied children held from 7/23-7/27 at "Towneplace Suites Alexandria Marriot" (F.N.C. [███████]; E.A.G. [███████]; L.A.G. [███████]; R.R.R. [███████]).

There are also inconsistencies in the locations of where children were detained. For example, the July report shows that P.G.A. [███████] was held from 7/8-7/16 at "Hampton Inn Phoenix Airport" and 7/16-7/17 at "MVM Transport, Phoenix," but Attachment A reports that P.G.A. [███████] was held from 7/7-7/17 at "Hampton Inn & Suites Mcallen." The July report shows that N.R.S. [███████] was held from 7/15-7/21 at "Hampton Inn Pho[enix] Airport N" and from 7/21-7/24 at "MVM Transport, Phoenix," but Attachment A shows that N.R.S. [███████] was

held from 7/15-7/24 at "Hampton Inn & Stes McAllen."

Other inconsistencies appear in the dates of children's detention. For example, the July report shows that E.E.M.V. [████████] was held from 7/11-7/15 at the Hampton McAllen, but Attachment A shows that E.E.M.V. [████████] was held from 7/8-7/15 at the Hampton McAllen. The July report shows that 3-year-old A.P.V [████████], country of citizenship Brazil, was held at "MVM Transport, San Antonio Proper" from 6/9-7/1, then at Karnes FRC from 7/1-7/17, but Attachment A shows that 3-year-old A.P.V. [████████], nationality "Haitian," was held at "Homewood Suites San Antonio Nw" from 6/9/-7/7.

These are examples and not a comprehensive list of the inconsistencies between the data sets, which are too numerous to list. We accordingly request a corrected data set as soon as possible or, in the alternative, an explanation of the reasons for the inconsistencies. We are also available to discuss these issues should Defendants think it helpful.

Thank you.

Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
213.388-8693 x.309 (v)
(213) 290-1642 (direct)
213.386.9484 (fax)
http://www.centerforhumanrights.org


On Aug 21, 2020, at 6:27 PM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:

All:

Please see attached the unredacted version of Attachment A to Defendants' Exhibit 1, filed today. I include the Court on this email as well in order to provide to both Plaintiffs and the Court an Excel version of Attachment A, which is easier to review than the filed pdf version.

Thank you all and have a nice weekend.

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

**From:** cacd_ecfmail@cacd.uscourts.gov <cacd_ecfmail@cacd.uscourts.gov>
**Sent:** Friday, August 21, 2020 9:21 PM
**To:** ecfnef@cacd.uscourts.gov
**Subject:** Activity in Case 2:85-cv-04544-DMG-AGR Jenny L Flores v. Edwin Meese Sealed Declaration in SupportDeclaration

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United

**States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

## Notice of Electronic Filing

The following transaction was entered by Fabian, Sarah on 8/21/2020 at 6:21 PM PDT and filed on 8/21/2020

| | |
|---|---|
| **Case Name:** | Jenny L Flores v. Edwin Meese |
| **Case Number:** | 2:85-cv-04544-DMG-AGR |
| **Filer:** | Edwin Meese |

**WARNING: CASE CLOSED on 10/11/2018**

**Document Number:** 927

**Docket Text:**

**SEALED DECLARATION IN SUPPORT OF APPLICATION to file document *Attachment A to Defendants' Exhibit 1* under seal[926] filed by Defendant Edwin Meese. (Attachments: # (1) Unredacted Document) (Fabian, Sarah)**

**2:85-cv-04544-DMG-AGR Notice has been electronically mailed to:**

Ahilan T Arulanantham    aarulanantham@aclusocal.org, gtien@aclu-sc.org

Amy P Lally    alally@sidley.com, amy-lally-0501@ecf.pacerpro.com, martha.serrano@sidley.com, nigra@sidley.com, tberninzoni@sidley.com

Andrea Sheridan Ordin
 aordin@strumwooch.com, jthomson@strumwooch.com, loliver@strumwooch.com

August E Flentje    august.flentje@usdoj.gov

Brett Michael Manisco
 bmanisco@akingump.com, cdoubroff@akingump.com, eswatek@akingump.com, rguillory@akingump.com, tthomas@akingump.com, westdocketing@akingump.com

Bridget Cambria    bridget@aldeapjc.org

Carlos Holguin
 crholguin@centerforhumanrights.org, pschey@centerforhumanrights.org

Carlton F Sheffield    carlton.f.sheffield@usdoj.gov

Catherine A Veeneman    cveeneman@ecjlaw.com, dloranger@ecjlaw.com

Christina Parascandola    christina.parascandola@usdoj.gov

Colin A Kisor    colin.kisor@usdoj.gov

_____@_____

Crystal Adams      cadams@youthlaw.org

David J Kaloyanides      djpkaplc@me.com

Elyse D Echtman      eechtman@orrick.com

Eric S Silvestri      silvest@chapman.com

Freya E K Pitts      fpitts@youthlaw.org, smoralesnunez@youthlaw.org

Gabriel Barenfeld
  gbarenfeld@nflawfirm.com, ktorres@nflawfirm.com, pdavis@nflawfirm.com

Gretchen M Nelson
  gnelson@nflawfirm.com, aho@nflawfirm.com, ktorres@nflawfirm.com, mlevin@nf
lawfirm.com, pdavis@nflawfirm.com

Jeffrey S Robins      jeffrey.robins@usdoj.gov

John S Purcell      john.purcell@arentfox.com, susan.baca@arentfox.com

Joseph P Lombardo      lombardo@chapman.com

Judy Rabinovitz      jrabinovitz@aclu.org, judy-rabinovitz-
3958@ecf.pacerpro.com, mtan@aclu.org

Justin Alan Goldberg      justin.goldberg@arentfox.com

Kevin M Askew
  kaskew@orrick.com, bmurray@orrick.com, casestream@ecf.courtdrive.com

Leecia Welch
  lwelch@youthlaw.org, madamson@youthlaw.org, ndesai@youthlaw.org, pjuneja@y
outhlaw.org, smoralesnunez@youthlaw.org

Manoj G Govindaiah      manoj.govindaiah@raicestexas.org

Michael J Dundas      mike.dundas@lacity.org

Michael James Stortz      mstortz@akingump.com, AGSearch-
Lit@akingump.com, jcordero@akingump.com, smartinson@akingump.com, westdoc
keting@akingump.com

Michael K T Tan      mtan@aclu.org, michael-tan-9223@ecf.pacerpro.com

Natasha E Daughtrey      ndaughtrey@goodwinlaw.com, lparra@goodwinlaw.com

Neha Desai
  ndesai@youthlaw.org, ddegramont@youthlaw.org, mbedrick@youthlaw.org

Nicole N Murley      nicole.murley@usdoj.gov, Daniel.C.Meyer@usdoj.gov, ecf.oil-
_____@___

dcs@usdoj.gov

Peter Bach-y-Rita    pbr@brewerattorneys.com, peter.bachyrita@yahoo.com

Peter A Schey
  pschey@centerforhumanrights.org, avikerend@centerforhumanrights.org, chapmann
oam@centerforhumanrights.org, djimenez@centerforhumanrights.org,ldiamond@cen
terforhumanrights.org, nwebb@centerforhumanrights.org, rleach@centerforhumanrig
hts.org

Poonam Juneja    pjuneja@youthlaw.org, Lcohencomms@gmail.com

Rebekah A. Fretz    rebekah.fretz@doj.ca.gov

Rene Kathawala    rkathawala@orrick.com

Sara T Ghadiri    ghadiri@chapman.com

Sarah B Fabian    sarah.b.fabian@usdoj.gov

Sarah Pascal Alexander    spalexander@constantinecannon.com

Stephen A Rosenbaum    srosenbaum@law.berkeley.edu

Steven H Schulman    sschulman@akingump.com

William Charles Silvis    william.silvis@usdoj.gov

Zachary Nightingale    zn@vblaw.com, floresteam@vblaw.com

**2:85-cv-04544-DMG-AGR Notice has been delivered by First Class U. S. Mail or by other means BY THE FILER to :**

Marchela Iahdjian
Center for Human Rights and Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057

Peter D Keisler
Office of the Immigration Litigation - Civil Litigation
US Department of Justice
PO Box 878
Ben Franklin Station
Washington, DC 20044
The following document(s) are associated with this transaction:
**Document description:**Main Document
**Original filename:**\\civ-lpl-fls-01\oil-dcs$\sfabian\My Documents\C.D Cal\Flores
Enforcement-Amendment Proceeding\2020 TRO COVID\Title 42\For
Filing\Application to Seal Attachment A 8_21_20_SBF Declaration.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/21/2020] [FileNumber=30394117-0
] [94985dbf5eaf4dc67f2c7f9d05418b08162869d5604bd483414c458561a25b0446c
d1dceba70645d72888cb7d3410a6950792b426f6435c01484fafc0d1f78e11]

**Document description:**Unredacted Document
**Original filename:**\\civ-lpl-fls-01\oil-dcs$\sfabian\My Documents\C.D Cal\Flores Enforcement-Amendment Proceeding\2020 TRO COVID\Title 42\For Filing\Copy of Summary T42 minors in Hotels through 07_31_20.pdf
**Electronic document Stamp:**
[STAMP cacdStamp_ID=1020290914 [Date=8/21/2020] [FileNumber=30394117-1] [34185e087387b43a8dd1275a0bf3c7d2bea66709f43ceb0a09e4e09f5144cf5e779 05c3e07f631081d83542f97384456f912de246e71c889932366bc4636fcbf]]

<Summary T42 minors in Hotels through 07_31_20.xlsx><927 - UNDER SEAL Declaration in Support and Unredacted Exhibit A.pdf>



8_27_20 - Update...20.x sx