UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG (AGRx) <br><br> ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBIT 1 TO THE DECLARATION OF MELISSA ADAMSON SUBMITTED IN SUPPORT OF PLAINTIFFS' REPLY TO OPPOSITION TO MOTION TO ENFORCE SETTLEMENT RE "TITLE 42" CLASS MEMBERS [957] |

Plaintiffs seek to file under seal portions of Exhibit 1 to the Declaration of Melissa Adamson submitted in support of Plaintiffs' Reply to Opposition to Motion to Enforce Settlement Re "Title 42" Class Members. [Doc. # 957.]

Specifically, Plaintiffs seek leave from the Court to file under seal the Class Members' Subject ID numbers included in Exhibit 1. Having considered the papers submitted by Plaintiffs and reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and it therefore GRANTS their request.

Plaintiffs shall file under seal forthwith the unredacted version of Exhibit 1 submitted in support of Plaintiffs' Reply to Opposition to Motion to Enforce Settlement Re "Title 42" Class Members.

**IT IS SO ORDERED.**

DATED: September 1, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1