# Defendants' Supplemental Exhibit 1

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY LISETTE FLORES, *et. al*., | ) | Case No.: CV 85-4544-DMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| WILLIAM BARR, Attorney General of the | ) | |
| United States, *et al*., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## DECLARATION OF MELLISSA HARPER

I, Mellissa Harper, pursuant to 28 U.S.C. § 1746, and based upon my personal

knowledge and information made known to me from official records and reasonably

relied upon in the course of my employment, relating to the above-captioned matter,

hereby declare as follows:

1.  I am the Chief of the Juvenile and Family Residential Management Unit

(JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and

Customs Enforcement (ICE), Department of Homeland Security. I am filing this

declaration to update paragraphs 22-24 of my declaration filed on August 21, 2020

which detailed "Data regarding minors in Title 42."

2.  It has come to my attention that the data provided in "Attachment A"

of the August 21, 2020, filing has some inconsistencies when compared to the

monthly Flores report for July.  For Title 42 data, JFRMU is working with data

maintained by MVM, Inc., the contractor that manages the hotel temporary housing program, in its own database.  Normally, this data is reconciled with the ICE electronic data from its own database prior to reporting.  However, in this instance, because the ICE data systems were not yet updated when the data was prepared for the report, I reported the data from the MVM database based on my understanding of the MVM electronic system.

3.      The MVM dataset included a "Planned Pick Up Date" and a "Planned Removal Date" column.  It was my understanding, at the time that I received the dataset, that these two columns were identical with what is commonly known as a "book-in" date and a "book-out" date as maintained in ICE systems, but that the MVM system simply had different headings, because their system isn't built around custody operations.

4.      After review, I have since learned that the "Planned Pick Up Date" and the  "Planned Removal Date" are not identical to the actual "book-in" and "book-out" dates in ICE systems, namely, the date the minor enters and leaves ICE custody. Rather, the "Planned Pick-Up Date" and "Planned Removal Date" represent the dates the minor is scheduled for pick-up from CBP and for an expulsion flight at the time that MVM generates a work order in their database.  However, if the MVM team picks up the minor on a different date or the expulsion flight information changed, and the minor was on an earlier flight, the MVM "Planned Pick-Up Date"

and "Planned Removal Date" does not change. As a result, the dates reflected in those data field might be different from the actual "book-in" or "book-out" dates. To update the reporting that was provided to Plaintiffs and the Court, we have amended the dataset provided to reflect the "book-in" and "book-out" dates reflected in ICE systems rather than the MVM "Planned Pick-Up Date" and "Planned Removal Date".

5.     Having made this change, the data provided now reflects the actual dates that the minor entered and left ICE custody.  Using the corrected dataset, we recalculated each minor's length of stay at a hotel and the average length of stay for all minors.  The corrected dataset reflects that average length of stay for minors in the hotel program is 4.7 days, not the 5.5 days we indicated in our original filing. "Attachment A" has been updated to accurately reflect each minor's time in custody at the hotels and new charts have been provided to update my declaration.

6.     The below graph and table show the updated Average Length of Stay in a hotel by both month and category:

| Book-in Month | Category | | | Average |
| --- | --- | --- | --- | --- |
| | Family Group | Family Unit | Single Minor | |
| April | 4.0 | 3.0 | 3.3 | **3.3** |
| May | 1.7 | 12.3 | 5.8 | **6.5** |
| June | 3.9 | 14.5 | 5.3 | **5.9** |
| July | 2.9 | 4.2 | 3.9 | **3.9** |
| **Average** | **3.2** | **7.6** | **4.5** | **4.7** |



Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated:  September 2, 2020

_____

Mellissa Harper. Unit Chief,
Juvenile and Family Residential
Management Unit
U.S. Immigration and Customs Enforcement