ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
  Tel:  (202) 532-4824
  Fax:  (202) 305-7000
  Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL** |
| v. | **ATTACHMENT A TO DEFENDANTS' SUPPLEMENTAL EXHIBIT 1** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | |
| Defendants. | Hearing Date: <u>Not Set</u> |
| | Time: |
| | Dept: |

Defendants submit this Application seeking leave from the Court to file under seal Attachment A to Defendants' Supplemental Exhibit 1, the Declaration of Mellissa Harper, filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5. As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Sarah B. Fabian, a proposed order, and unredacted copies of the Attachment. On August 21, 2020, counsel for Defendants contacted counsel for Plaintiffs, Peter Schey and Carlos Holguin, by email regarding Defendants' proposed filing. Both counsel stated that they have no objection to filing this document under seal.

The materials that Defendants seek to seal are:

- Attachment A to Defendants' Supplemental Exhibit 1, the Declaration of Mellissa Harper

Defendants seek to seal this Attachment because it contains personally identifiable information regarding minors in the government's custody. Given the potentially sensitive nature of the information in these records, there is compelling reason to file the Attachment under seal in order to protect the privacy and safety of the individuals identified in these records.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support

1

sealing this Attachment because it contains personal information regarding minors and their locations. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Therefore, there is compelling reason to seal this Attachment to protect the privacy interests and safety of these minors.

DATED:        September 2, 2020            Respectfully submitted,

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel to the Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

I hereby certify that on September 2, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system. Documents associated with this filing that are proposed to be filed under seal will further be served on Plaintiffs' counsel of record by other means.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants