1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,  Plaintiffs,  v.  WILLIAM P. BARR, Attorney General of the United States; *et al.*,  Defendants. | Case No.: CV 85-4544-DMG (AGRx_)  **ORDER ON APPLICATION TO SEAL [971]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Attachment A to Defendants' Supplemental Exhibit 1, the Declaration of Mellissa Harper.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Attachment A to Defendants' Supplemental Exhibit 1, the Declaration of Mellissa Harper

**IT IS SO ORDERED.**

DATED: September 4, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE