UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date **September 4, 2020** |

Title *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Nicole N. Murley, USDOJ |
| Leecia Welch | Scott G. Stewart, USDOJ |
| Neha Desai | |

**Proceedings:** STATUS CONFERENCE

PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT OF CLASS ACTION [919]

PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT RE "TITLE 42" CLASS MEMBERS [920]

  The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; and Bridget Cambria, Denise Bell, and Stephanie M. Alvarez-Jones for Amici. The hearing is held by telephone. The Court confers with the Juvenile Coordinators regarding their Interim Reports and invites counsel to respond to the written tentative ruling regarding the Title 42 hoteling issue and the oral tentative regarding the Notice of Rights issue. Following oral argument, the Court advises counsel that the motions shall be taken under submission and written orders will issue.

  A further status conference is set on **October 16, 2020 at 11:00 a.m.** Refer to the Orders relating to the above-referenced motions for further dates and deadlines.

0:47

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |