# TRANSCRIPT ORDER FORM

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

Please use one form per court reporter per case, and contact court reporter directly immediately after e-filing form. *(Additional instructions on next page.)*

COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1a. Contact Person for this Order: Soraya Morales Nunez | 2a. Contact Phone Number: (510) 899-6572 | 3a. Contact E-mail Address: smoralesnunez@youthlaw.org |
| 1b. Attorney Name (if different): Freya Pitts | 2b. Attorney Phone Number: (510) 899-6572 | 3b. Attorney E-mail Address: fpitts@youthlaw.org |

4. MAILING ADDRESS (INCLUDE LAW FIRM NAME, IF APPLICABLE)
National Center for Youth Law
1212 Broadway, Suite 600
Oakland, CA 94612

5. Name & Role of Party Represented: Plaintiffs, Jenny Lisette Flores, et al.

6. Case Name: Flores v. Meese

7a. District Court Case Number: 2:85-cv-04544-DMG-AGR
7b. Appeals Court Case Number: 20-55951

8. INDICATE WHETHER PROCEEDING WAS *(choose only one per form)*:
- ☐ DIGITALLY RECORDED
- ☒ TRANSCRIBED BY A COURT REPORTER; NAME OF COURT REPORTER: Miriam Baird

9. THIS TRANSCRIPT ORDER IS FOR: ☒ Appeal ☐ Non-Appeal   ☐ Criminal ☒ Civil   ☐ CJA ☐ USA ☐ FPD ☐ In forma pauperis (Court order for transcripts must be attached)

10. TRANSCRIPT(S) REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested, format(s), and delivery type):   You MUST check the docket to see if the transcript has already been filed, and if so, provide the "Release of Transcript Restriction" date in column c, below.

| DATE | JUDGE (name) | PROCEEDING TYPE / PORTION | PDF (email) | TEXT/ASCII (email) | PAPER | CONDENSED (email) | CM/ECF ACCESS (web) | WORD INDEXING | RELEASE OF TRANS. RESTRICTION DATE | DELIVERY TYPE |
|---|---|---|---|---|---|---|---|---|---|---|
| 09/04/2020 | D. M. Gee | Status Conference and Motion Hearing | ● | ○ | ○ | ○ | ○ | ○ | ● None yet on file | HOURLY (2 hrs) |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |
| | | | ○ | ○ | ○ | ○ | ○ | ○ | ○ _____ | ▼ |

11. ADDITIONAL COMMENTS, INSTRUCTIONS, QUESTIONS, ETC. CJA Orders: Explain necessity of non-appeal orders, orders for transcripts of proceedings involving only a co-defendant, & special authorizations to be requested in Section 14 of CJA-24 Voucher (attach additional pages if needed).

12. ORDER & CERTIFICATION. By signing below, I certify that I will pay all charges (deposit plus additional), or, where applicable, promptly take all necessary steps to secure payment under the Criminal Justice Act.   Date: September 11, 2020   Signature: /s/ Freya Pitts

G-120 (06/18)