UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 13 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>   Plaintiff-Appellee,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General; et al.,<br><br>   Defendants-Appellants. | No. 20-55951<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

This panel sua sponte accepts this appeal as a comeback case. *See* 9th Cir. Gen. Ord. 3.6(d). Pursuant to G.O. 3.2(h), Judge M. Smith has been drawn to replace Judge Tashima, who is recused. The reconstituted panel will now consist of W. FLETCHER, BERZON and M. SMITH, Circuit Judges.

The court has received appellants' emergency motion for a temporary administrative stay and a stay pending appeal.

Appellee does not object to the issuance of a temporary administrative stay of the district court's September 4, 2020 order through September 16, 2020. A temporary administrative stay of the district court's September 4, 2020 order is granted through September 16, 2020.

Appellee's request to file an opposition to the emergency motion for stay

pending appeal is granted (Docket Entry No. 3). The response to the emergency motion is due by 5:00 p.m. Pacific Time on September 15, 2020. The optional reply in support of the motion is due by 12:00 p.m. Pacific Time on September 16, 2020.