UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

SEP 17 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>        Defendants-Appellants. | No. 20-55951<br><br>D.C. No. 2:85-cv-04544-DMG-AGR Central District of California, Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

It appears to the court that mediation may be appropriate in this case. The case is referred to the court's Mediation Unit to explore a possible resolution through mediation. The Circuit Mediator shall contact counsel and shall inform the court within ten days whether the parties wish to attempt mediation. If the parties agree to pursue mediation, the Circuit Mediator shall provide a status report to the panel within sixty days following the notification to the panel that the parties wish to pursue mediation.

IT IS SO ORDERED.