# *O.M.G. v. Wolf*
# FILINGS

Case 2:85-cv-04544-DMG-AGR Document 911-25 Filed 09/28/20 Page 2 of 20   Page ID
#:41360
Case 1:20-cv-00786-JEB Document 125 Filed 08/26/20 Page 1 of 20

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that, since the last notice, two additional employees the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19. ECF No. 123. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.  South Texas Family Residential Center ("Dilley FRC")**

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility on August 20, 2020, due to having symptoms. On August 21, 2020, the results came back positive. Employee 1 was last at Dilley on August 18, 2020. Contact tracing is being conducted via video surveillance and shift roster review for August 16, 2020 to August 18, 2020.  Employee 1's work areas are currently being disinfected. Employee 1 is and will remain in quarantine for 14 days from August 20, 2020.

Employee 2: Employee 2 is a resident supervisor, who tested at an off-site facility on August 23, 2020, due to having symptoms. On the same day, the results came back positive. Employee 2 was last at Dilley on August 22, 2020. Contact tracing is being conducted via video surveillance and shift roster review for August 21, 2020 to August

22, 2020. Employee 2's work areas are currently being disinfected. Employee 2 is and will remain in quarantine for 10 days from August 23, 2020.

Respondents will apprise the Court of any further developments as they receive them.

RESPECTFULLY SUBMITTED this 25th day of August, 2020.

    MICHAEL R. SHERWIN
    Acting United States Attorney
    District of Columbia
    DANIEL VAN HORN
    Assistant U.S. Attorney
    555 4th St. NW, Washington, DC 20530
    Telephone: (202) 252-2506
    Email: Daniel.VanHorn@usdoj.gov

    ETHAN P. DAVIS
    Acting Assistant Attorney General
    Civil Division
    WILLIAM C. PEACHEY
    Director
    Office of Immigration Litigation - DCS
    ELIANIS PEREZ
    Assistant Director

    s/ *Vanessa Molina*
    VANESSA MOLINA
    Trial Attorney
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 532-4413
    Email: Vanessa.Molina@usdoj.gov

    *Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*,<br><br>    *Petitioners*,<br><br>v.<br><br>Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>    *Respondents*. | Case No. 1:20-cv-00786-JEB<br><br>**NOTICE OF COVID-19 POSITIVE CASES**<br><br>The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that, since the last notice, three (3) new intake at the Karnes County Family Residential Centers ("Karnes FRC") have tested positive for COVID-19. ECF No. 125. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.  Karnes County Family Residential Center ("Karnes FRC")**

Three (3) New Intakes:  On August 23, 2020, a new family of four (4) individuals arrived at Karnes FRC, and they were placed in a cohort in a dedicated neighborhood within Karnes. The family members were tested on August 23, 2020, due to being new arrivals at Karnes. On August 26, 2020, the test results for one (1) individual came back positive; the test results for the other three (3) individuals came back negative. The individual with positive results is asymptomatic. The three (3) individuals who tested negative have been placed in quarantine until September 7, 2020. The individual who tested positive has been place in isolation until September 7, 2020. At this time, the individual who tested positive has not required treatment at an outside medical facility and she being monitored and assessed twice per day.

Likewise, on August 25, 2020, a new family of three (3) individuals arrived at Karnes FRC, and they were placed in a cohort in a dedicated neighborhood within Karnes. The family members were tested in August 25, 2020, due to being new arrivals at Karnes. On August 27, 2020, the test results for two (2) individuals came back positive; the test results for the other one (1) individual came back negative. The two (2) individuals with positive results are asymptomatic. The one (1) individual who tested negative has been placed in quarantine until September 9, 2020. The two (2) individuals who tested positive have been place in isolation until September 9, 2020. At this time, the individuals who tested positive have not required treatment at an outside medical facility and they being monitored and assessed twice per day.

Respondents will apprise the Court of any further developments as they receive them.

RESPECTFULLY SUBMITTED this 27th day of August, 2020.

    MICHAEL R. SHERWIN
    Acting United States Attorney
    District of Columbia
    DANIEL VAN HORN
    Assistant U.S. Attorney
    555 4th St. NW, Washington, DC 20530
    Telephone: (202) 252-2506
    Email: Daniel.VanHorn@usdoj.gov

    ETHAN P. DAVIS
    Acting Assistant Attorney General
    Civil Division
    WILLIAM C. PEACHEY
    Director
    Office of Immigration Litigation - DCS
    ELIANIS PEREZ
    Assistant Director

    s/ *Vanessa Molina*
    VANESSA MOLINA
    Trial Attorney

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that, since the last notice, two (2) employees at the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19. ECF No. 126. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.     South Texas Family Residential Center ("Dilley FRC")**

Employee 1: Employee 1 is a maintenance technician, who tested at an off-site facility on August 27, 2020, due to having symptoms. On that same day, the results came back positive. Employee 1 was last at Dilley on August 24, 2020. Contact tracing is being conducted for August 22-24, 2020, via video surveillance and shift roster review. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 1 is and will remain in quarantine for 14 days from August 27, 2020, and until cleared by a medical doctor. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a contract certified medical assistant, who tested at an off-site facility on August 25, 2020, due to having symptoms. On that same day, the results came back

positive. Employee 2 was last at Dilley on August 25, 2020. Contact tracing is being conducted for August 25, 2020, via video surveillance and shift roster review. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 2 is and will remain in quarantine for 14 days from August 25, 2020, and until cleared by a medical doctor. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Respondents will apprise the Court of any further developments as they receive them.

RESPECTFULLY SUBMITTED this 31st day of August, 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/ *Vanessa Molina*
VANESSA MOLINA
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 532-4413
Email: Vanessa.Molina@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that, since the last notice, two (2) employees at the South Texas Family Residential Center ("Dilley FRC") and two (2) new intakes at the Karnes County Family Residential Center ("Karnes FRC") have tested positive for COVID-19. ECF No. 129. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I. South Texas Family Residential Center ("Dilley FRC")**

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility, due to having symptoms. On August 28, 2020, the results came back positive. Employee 1 was last at Dilley FRC on August 19, 2020. Contact tracing is being conducted for August 19, 2020. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 1 is and will remain in quarantine for 14 days from August 28, 2020, and until cleared by a medical doctor.

Employee 2: Employee 2 is a licensed vocational nurse, who tested at an off-site facility on August 26, 2020, due to close contact with an individual who tested positive. On that same day, the results came back positive. Employee 2 was last at Dilley FRC on August 26, 2020. Contact

tracing is being conducted for the 48 hours prior to and including August 26, 2020. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 2 is and will remain in quarantine for 14 days from August 26, 2020, and until cleared by a medical doctor.

### II. Karnes County Family Residential Center ("Karnes FRC")

<u>New Intake 1</u>: New Intake 1 was tested at Karnes FRC on August 30, 2020, as part of the new intake process. On September 2, 2020, the results came back positive. New Intake 1 is asymptomatic, and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from September 2, 2020, and will be released at that time if New Intake 1 remains asymptomatic. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at Karnes FRC with New Intake 1 and remain asymptomatic are and will remain in cohort for 14 days from September 2, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

<u>New Intake 2</u>: New Intake 2 was tested at Karnes FRC on August 30, 2020, as part of the new intake process. On September 2, 2020, the results came back positive. New Intake 2 is asymptomatic, and being closely monitored. New Intake 2 is and will remain in quarantine for 14 days from September 2, 2020, and will be released at that time if New Intake 2 remains asymptomatic. At this time, New Intake 2 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at Karnes FRC with New Intake 1 and remain asymptomatic are and will remain in cohort for 14 days from September 2, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

Respondents will apprise the Court of any further developments as they receive them.

RESPECTFULLY SUBMITTED this 2nd day of September, 2020.

MICHAEL R. SHERWIN

Acting United States Attorney
District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that, since the last notice, one (1) employee at the South Texas Family Residential Center ("Dilley FRC") has tested positive for COVID-19. ECF No. 131.[1] U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

## I. South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility on August 31, 2020, due to having symptoms. On September 2, 2020, the results came back positive. Employee 1 was last at Dilley FRC on August 6, 2020. Contact tracing is not being conducted because Employee 1 has not been at Dilley FRC for nearly one month. Employee 1 is and will remain in quarantine for 14 days from August 31, 2020, and until cleared by a medical doctor.

Respondents will apprise the Court of any further developments as they receive them.

RESPECTFULLY SUBMITTED this 3rd day of September, 2020.

MICHAEL R. SHERWIN
Acting United States Attorney

---

[1] Please note that the September 2, 2020 Notice indicated the ECF filing number as 129, however, the correct ECF filing number for that notice is 130.

District of Columbia
DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

ETHAN P. DAVIS
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section
ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*,<br><br>          *Petitioners*,<br><br>v.<br><br>Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>          *Respondents*. | Case No. 1:20-cv-00786-JEB<br><br>**NOTICE OF COVID-19<br>POSITIVE CASES**<br><br>The Honorable James E. Boasberg |

     Pursuant to the June 25, 2020 minute order, Respondents hereby notify the Court that, since the last notice, one (1) employee at the Karnes County Family Residential Center ("Karnes FRC") has tested positive for COVID-19. ECF No. 132. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

    **I.**    **Karnes County Family Residential Center ("Karnes FRC")**

    Employee 1: Employee 1 is a resident advisor, who tested at an off-site facility on September 4, 2020, due to contact with an individual who tested positive for COVID-19. That same day, the results came back positive. Employee 1 was last at Karnes FRC for an overnight shift beginning on September 3, 2020, and ending on September 4, 2020. At this time, Employee 1 has not required treatment at a hospital or medical facility. Contact tracing was conducted for the 48 hours before Employee 1 tested positive and revealed that Employee 1 was in contact with two employees on September 3, 2020. Employee 1 is and will remain in quarantine for 14 days from September 4, 2020. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work. Human Resources notified the exposed co-workers with instructions on steps to follow. The exposed co-workers are and will be cohorted for 14 days and are

asked to report any symptoms to the Human Resources Department.

Respondents will apprise the Court of any further developments as they receive them.

RESPECTFULLY SUBMITTED this 8th day of September, 2020.

        MICHAEL R. SHERWIN
        Acting United States Attorney
        District of Columbia

        DANIEL VAN HORN
        Assistant U.S. Attorney
        555 4th St. NW, Washington, DC 20530
        Telephone: (202) 252-2506
        Email: Daniel.VanHorn@usdoj.gov

        JEFFREY BOSSERT CLARK
        Acting Assistant Attorney General
        Civil Division

        WILLIAM C. PEACHEY
        Director
        Office of Immigration Litigation
        District Court Section

        ELIANIS PEREZ
        Assistant Director

        s/ *Jordan K. Hummel*
        JORDAN K. HUMMEL
        Trial Attorney
        Office of Immigration Litigation - DCS
        P.O. Box 868, Ben Franklin Station
        Washington, DC 20044
        Telephone: (202) 598-8715
        Email: jordan.hummel@usdoj.gov

        *Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that, since the last notice, one (1) employee and one (1) new intake at the Karnes County Family Residential Center ("Karnes FRC") and one (1) employee at the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19. ECF No. 134. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

### I. Karnes County Family Residential Center ("Karnes FRC")

Employee 1: Employee 1 is a resident advisor, who tested at an off-site facility on September 15, 2020, due to experiencing symptoms. That same day, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC for an overnight shift over two months ago, beginning on July 2, 2020, and ending on July 3, 2020. Therefore, contact tracing is not being conducted because Employee 1 has not been present at Karnes FRC for more than two months. *See* ECF No. 108 (Contact tracing is not required when an employee has not been at Karnes FRC for more than two days prior to the positive result.). Employee 1 is and will remain in quarantine for 14 days from September 15, 2020. After that time, Employee 1 has been directed to contact Human Resources for further guidance

before reporting to work.

<u>New Intake 1</u>: New Intake 1 was tested at Karnes FRC on September 10, 2020, as part of the new intake process. On September 17, 2020, the results came back positive. New Intake 1 is asymptomatic, and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from September 10, 2020, and will be released at that time if New Intake 1 remains asymptomatic. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at Karnes FRC with New Intake 1 have been tested for COVID-19 and are and will remain in cohort until 14 days after September 10, 2020, presuming they remain asymptomatic and or do not test positive. All new intakes who arrived at Karnes FRC with New Intake 1 will be monitored and assessed for signs and symptoms of COVID-19 once per shift.

## II. South Texas Family Residential Center ("Dilley FRC")

<u>Employee 1</u>: Employee 1 is a resident supervisor, who tested at an off-site facility due to contact with an individual who tested positive for COVID-19. On September 18, 2020, the results came back positive. Employee 1 was last at Dilley FRC on September 17, 2020. Contact tracing is currently being conducted for September 15, 2020, September 16, 2020, and September 17, 2020. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 is and will remain in quarantine for 14 days from September 17, 2020.

RESPECTFULLY SUBMITTED this 18th day of September, 2020.

                                                MICHAEL R. SHERWIN
                                                Acting United States Attorney
                                                District of Columbia

DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| O.M.G., *et al.*,<br><br>        *Petitioners*,<br><br>v.<br><br>Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>        *Respondents*. | Case No. 1:20-cv-00786-JEB<br><br>**NOTICE OF COVID-19 POSITIVE CASES**<br><br>The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that, since the last notice, one (1) new intake at the Karnes County Family Residential Center ("Karnes FRC") has tested positive for COVID-19. ECF No. 138. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

    **I.**    **Karnes County Family Residential Center ("Karnes FRC")**

New Intake 1: New Intake 1 was tested at Karnes FRC on September 16, 2020, as part of the new intake process. On September 21, 2020, the results came back positive. New Intake 1 is asymptomatic, and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from September 16, 2020, and will be released at that time if New Intake 1 remains asymptomatic. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at Karnes FRC with New Intake 1 have been tested for COVID-19 and are and will remain in cohort until 14 days after September 16, 2020, presuming they remain asymptomatic and or do not test positive. All new intakes who arrived at Karnes FRC with New Intake 1 will be monitored and assessed for signs and symptoms of COVID-19 once per shift.

RESPECTFULLY SUBMITTED this 25th day of September, 2020.

    MICHAEL R. SHERWIN
    Acting United States Attorney
    District of Columbia

    DANIEL VAN HORN
    Assistant U.S. Attorney
    555 4th St. NW, Washington, DC 20530
    Telephone: (202) 252-2506
    Email: Daniel.VanHorn@usdoj.gov

    JEFFREY BOSSERT CLARK
    Acting Assistant Attorney General
    Civil Division

    WILLIAM C. PEACHEY
    Director
    Office of Immigration Litigation
    District Court Section

    ELIANIS PEREZ
    Assistant Director

    s/ *Jordan K. Hummel*
    JORDAN K. HUMMEL
    Trial Attorney
    Office of Immigration Litigation - DCS
    P.O. Box 868, Ben Franklin Station
    Washington, DC 20044
    Telephone: (202) 598-8715
    Email: jordan.hummel@usdoj.gov

    *Attorneys for Respondents*