FILED

SEP 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; et al., <br><br> Defendants-Appellants. | No.   20-55951 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR <br> Central District of California, Los Angeles <br><br> ORDER |

Before:  W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

The court has received appellants' renewed emergency motion for a temporary administrative stay and a stay pending appeal.  A temporary administrative stay of the district court's September 4, 2020 order, as modified by its September 21, 2020 order, is granted through September 30, 2020.

Absent objection, the court adopts the parties' agreed upon schedule as set forth in appellants' stay motion.  The response to the emergency motion is due by 12:00 midnight Pacific Time on September 25, 2020.  The optional reply in support of the motion is due by 2:00 p.m. Pacific Time on September 28, 2020.

The briefing schedule established on September 16, 2020 remains in effect.