FILED

SEP 25 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants-Appellants. | No.   20-55951 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR Central District of California, Los Angeles <br><br> ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

Oral argument will be held at 3:30 p.m. Pacific Time on Wednesday, September 30, 2020. All parties, as well as the judges, will appear for argument by video. Each side will have 20 minutes of argument time.

In addition to the briefed issues regarding the propriety of a stay pending appeal, counsel should be prepared to discuss the basis for appellate jurisdiction in light of *Flores v. Barr*, 934 F.3d 910 (9th Cir. 2019).

IT IS SO ORDERED.