UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

SEP 30 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES, | No. 20-55951 |
| Plaintiff-Appellee, | D.C. No. 2:85-cv-04544-DMG-AGR Central District of California, Los Angeles |
| v. | |
| WILLIAM P. BARR, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, | ORDER |
| Defendants-Appellants. | |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

This court's temporary administrative stay of the district court's September 4, 2020 order, as modified by its September 21, 2020 order, is extended through October 5, 2020.

IT IS SO ORDERED.