UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | October 15, 2020 |
| Title | ***Jenny L. Flores, et al. v. William P. Barr, et al.*** | Page | 1 of 2 |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR'S TERM [1003]**

On October 5, 2018, the Court issued an Order Appointing Andrea Sheridan Ordin, Esq. as the Special Master/Independent Monitor ("Appointment Order") and providing that the Monitor's 12-month Initial Term began on October 17, 2018, and could be extended if, at least four weeks before the expiration of the Initial Term, any of the Parties and/or the Monitor filed with the Court a Notice requesting an extension of the Monitor's term. [Doc. # 494.] On October 16, 2019, the Court issued an Order Granting the Monitor's Request for Extension of Special Master/Independent Monitor Term until April 17, 2020, and on April 10, 2020, the Court issued a similar order extending Ms. Ordin's term to October 16, 2020. [Doc. ## 698, 769.]

The Monitor has filed a Notice to the Court requesting a further three-month extension of her term (the "Notice of Extension"), to which the parties do not object. [Doc. # 1003.] The Notice of Extension describes the Monitor's and Special Expert Dr. Paul Wise's efforts to perform enhanced monitoring of the Family Residential Centers during the COVID-19 pandemic, in accordance with the Court's April 24, May 22, June 26, July 25, and August 7, 2020 Orders, and to meet and confer with the parties regarding data reporting. [*See* Doc. ## 784, 799, 833, 887, 914.] The Notice also describes the Ms. Ordin's and Dr. Wise's discovery and monitoring of the hoteling of minors awaiting expulsion under Title 42, which the Court addressed in its August 7 and September 4, 2020 Orders. [Doc. ## 914, 976.] Furthermore, according to the Notice, the Monitor intends to restart efforts in concluding mediation of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order [Doc. # 572] relating to Customs and Border Patrol's fulfillment of its *Flores* Settlement Agreement obligations.

For good cause shown, the Court hereby **APPROVES** the Monitor's request for an extension of her term to **January 16, 2021** and further **ORDERS** that:

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | October 15, 2020 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 2 of 2 |

1. The "Terms and Extensions" provisions in Paragraph A.3 of the Appointment Order are modified such that the Parties and/or the Monitor may file, at least one (1) week before the expiration of the three-month extension on January 16, 2021, a Notice requesting a further extension of the Monitor's term.

2. Pursuant to Paragraph C.2 of the Appointment Order, the Monitor, Special Expert Dr. Wise, and senior aides, with skill and experience comparable to the Monitor, shall be compensated at the hourly rate of $275.00, while non-senior aides shall be compensated at the hourly rate of $125.000.

3. In no event will the total compensation to the Monitor, Dr. Wise, and their aides exceed $95,000 for the three-month extension period.

4. Except as modified herein, all other aspects of the Appointment Order, and the subsequent modifications thereto [Doc. ## 518, 533, 543, 563, 587, 591, 698, 769], remain in full force and effect.

**IT IS SO ORDERED**.