# Attachment 3

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et. al.*, | Case No.: CV 85-4544-DMG |
| Plaintiffs, | |
| v. | |
| WILLIAM BARR, Attorney General of the United States, *et al.*, | |
| Defendants. | |

# DECLARATION OF MELLISSA HARPER

I, Mellissa Harper, pursuant to 28 U.S.C. § 1746, and based upon my personal knowledge and information made known to me from official records and reasonably relied upon in the course of my employment, relating to the above-captioned matter, hereby declare as follows:

1. I am the Chief of the Juvenile and Family Residential Management Unit (JFRMU), Enforcement and Removal Operations (ERO), U.S. Immigration and Customs Enforcement (ICE), Department of Homeland Security. JFRMU addresses issues confronting unaccompanied alien children (UAC) and alien family groups who come into ERO custody. JFRMU develops policies sensitive to the various vulnerabilities and needs of these populations. JFRMU trains, monitors, and advises Field Office Juvenile Coordinators. JFRMU oversees and monitors the implementation of nationwide court orders that impact this population, including

those in the present case.

2. Responsibilities within my purview include oversight of the training and dissemination of information related to nationwide court orders impacting the relevant population, including the Notice of Rights and updated policy/instruction regarding the *Flores* Settlement Agreement ("FSA Directive") required by the Court's September 4, 2020; and September 18, 2020, Orders.

**Notice of Rights**

3. When the Notice of Rights form is finalized, a census of individuals housed at the FRCs will be conducted. The census will determine the numbers of forms to be served, and the languages needed for translation.

4. In order to accomplish written translations, ERO anticipates needing approximately 7-10 business days to have the Notice of Rights form translated into the most common languages currently encountered at the FRCs: Spanish, Haitian Creole, Romanian, Punjabi, Lingala, Portuguese, and French. ERO anticipates needing audio recordings for indigenous languages, such as Mam and K'iche, which will take additional time.

5. When the Notice of Rights form is ready for initial dissemination to the entire FRC population, JFRMU. and the officers at the FRCs responsible for serving the Notice of Rights form, will proceed to disseminate the Notice at each facility. This may be accomplished by group meetings or individual service as deemed

appropriate for each population. Service of the English version of the Notice of Rights form, accompanied by a telephonic oral interpretation, can be accomplished after the Notice of Rights form is finalized and where written translations are not yet available.

6. In order to coordinate the initial service of the Notice of Rights form to the entire populations in the FRCs, such things as social-distancing measures, preexisting legal/medical appointments, and interpreter availability will need to be considered.

7. New intakes (those not present at the FRCs during the initial service of the Notice of Rights form to the entire populations) who arrive before written translations are available will be served with the English version of the form, accompanied by telephonic oral translation in their native language.

8. Once written translations are available, ERO anticipates providing the Notice of Rights form to new intakes during initial intake.

**FSA Directive and training for implementation**

9. Once the process for implementing a separation decision by a parent in accordance with the Court's orders is finalized, ERO anticipates it will be able to develop the requisite training materials in approximately two weeks. ERO anticipates the training will be provided via PowerPoint presentations.

10. ERO anticipates an additional 1-2 weeks will be needed, after the training materials are finalized, to conduct the trainings via videoconferencing software. ERO estimates there will be 2 to 3 different live training sessions, over the course of one week, to account for shift work, approved leave, and other relevant circumstances.

11. Training will be mandatory for all FRC ICE officers, JFRMU staff at headquarters, and JFRMU staff in the field.

12. When the training sessions are completed, the training materials will be uploaded to a shared internal intranet site for immediate access.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Dated: October 16, 2020

_____
Mellissa Harper, Unit Chief,
Juvenile and Family Residential
Management Unit
U.S. Immigration and Customs Enforcement