UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | October 23, 2020 |

Title  *Jenny L. Flores v. William Barr, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Marea Woolrich |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Scott G. Stewart, USDOJ |
| Leecia Welch | |
| Neha Desai | |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; and Bridget Cambria, Denise Bell, and Chanakya Sethi for Amici. The hearing is held by videoconference. The Court and counsel confer.

A further status conference is set on **December 4, 2020 at 11:00 a.m.** The Juvenile Coordinators' Interim Reports are due by November 16, 2020. Responses to the reports are due by November 23, 2020. A further written order will issue regarding additional details and deadlines.

:42