# *O.M.G. v. Wolf*
# FILINGS

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*,<br><br>*Petitioners*,<br><br>v.<br><br>Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,<br><br>*Respondents*. | Case No. 1:20-cv-00786-JEB<br><br>**NOTICE OF COVID-19 POSITIVE CASES**<br><br>The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that, since the last notice, two (2) employees at the Karnes County Family Residential Center ("Karnes FRC") and one (1) employee at the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19. ECF No. 139. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.      Karnes County Family Residential Center ("Karnes FRC")**

Employee 1: Employee 1 is a registered nurse, who tested at Karnes FRC on September 29, 2020, due to experiencing symptoms. On September 30, 2020, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility.  Employee 1 was last at Karnes FRC on September 29, 2020. Contact tracing will not be conducted because Employee 1 was not present at Karnes FRC on September 27 and 28, 2020, and, on September 29, 2020, Employee 1 had no contact with residents and no direct contact with other employees as all employees wear appropriate PPE. Employee 1 is and will remain in quarantine for 14 days from September 30, 2020.  After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a recreation specialist, who tested at an off-site facility on September 30, 2020, due to experiencing symptoms. That same day, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Karnes FRC on September 29, 2020. Contact tracing was conducted and revealed that Employee 2 did not have close contact with any other employees or residents. Employee 2 is and will remain in quarantine for 14 days from September 30, 2020. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

## II.     South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility due to contact with an individual who tested positive for COVID-19. On September 29, 2020, the results came back positive. Employee 1 was last at Dilley FRC on September 29, 2020. Contact tracing is currently being conducted for September 29, 2020, as Employee 1 was not present at Dilley FRC on September 27 and 28, 2020. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 is and will remain in quarantine for 14 days from September 28, 2020.

RESPECTFULLY SUBMITTED this 2nd day of October, 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General

Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that, since the last notice (ECF No. 139), two (2) employee at the Karnes County Family Residential Center ("Karnes FRC") have tested positive for COVID-19. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.  Karnes County Family Residential Center ("Karnes FRC")**

Employee 1: Employee 1 is a licensed practical nurse, who tested at an off-site facility, due to experiencing symptoms. On October 5, 2020, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC on October 2, 2020. Contact tracing was conducted for October 2, 3, and 4, 2020, and revealed that Employee 1 was in contact with two co-workers on October 2, 2020. Human Resources notified the exposed co-workers with instructions on steps to follow. The exposed co-workers are and will be required to cohort or self-quarantine for 14 days and are asked to report any symptoms to the Human Resources Department. Employee 1 is and will remain in quarantine for 14 days from October 5, 2020. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

<u>Employee 2</u>: Employee 2 is a licensed practical nurse, who tested at an off-site facility, due to experiencing symptoms. On October 8, 2020, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Karnes FRC on October 2, 2020. Contact tracing will not be conducted as Employee 2 was not present at Karnes FRC for more than 5 days before Employee 2's positive test result. Employee 2 is and will remain in quarantine for 14 days from October 8, 2020. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

RESPECTFULLY SUBMITTED this 9th day of October, 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that, since the last notice (ECF No. 142), one (1) employee, one (1) new intake, and three (3) residents at the Karnes County Family Residential Center ("Karnes FRC"), one (1) new intake at the South Texas Family Residential Center ("Dilley FRC"), and one (1) former employee at the Berks Family Residential Center ("Berks FRC"), have tested positive for COVID-19. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

   **I.    Karnes County Family Residential Center ("Karnes FRC")**

Employee 1: Employee 1 is a licensed practical nurse, who tested at an off-site facility, due to experiencing symptoms. On October 9, 2020, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC on October 7, 2020. Contact tracing was conducted for October 7, 2020, and revealed that Employee 1 was in contact with one co-worker on that date. Human Resources notified the exposed co-worker with instructions on steps to follow. The exposed co-worker is and will be required to self-quarantine for 14 days and is asked to report any symptoms to the Human

Resources Department. Employee 1 is and will remain in quarantine for 14 days from October 9, 2020. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

New Intake 1: New Intake 1 was tested at Karnes FRC on October 6, 2020, as part of the new intake process. On October 9, 2020, the results came back positive. New Intake 1 is asymptomatic, and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of the positive test result, and, if New Intake 1 remains asymptomatic, will complete quarantine on October 24, 2020. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 1 and remain asymptomatic are and will remain in cohort for 14 days from their arrival at Karnes FRC, until October 21, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

Resident 1: Resident 1 arrived at Karnes FRC on October 6, 2020, and was tested as part of the new intake program. The results of that test came back negative. Following the procedures applicable to all new intakes, Resident 1 began a 14-day cohort, projected to be completed on October 21, 2020. On October 12, 2020, Resident 1 was scheduled to be released from Karnes FRC and was tested a second time at Karnes FRC as part of the release process. That same day, the results came back positive. Resident 1 is asymptomatic, and being closely monitored. Resident 1 is and will remain in quarantine for 14 days from the date of the positive test result, and, if Resident 1 remains asymptomatic, will complete quarantine on October 27, 2020. At this time, Resident 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with Resident 1 on October 6, 2020, and remain asymptomatic are and will remain in cohort for 14 days from their date of arrival, until October 21, 2020, and will be

monitored and assessed for signs and symptoms of COVID-19 once per day.

Resident 2: Resident 2 arrived at Karnes FRC on October 12, 2020, and was tested as part of the new intake program. The results of that test came back negative. Following the procedures applicable to all new intakes, Resident 2 began a 14-day cohort, projected to be completed on October 27, 2020. On October 14, 2020, Resident 2 was scheduled to be released from Karnes FRC and was tested a second time at Karnes FRC as part of the release process. That same day, the results came back positive. Resident 2 is asymptomatic, and being closely monitored. Resident 2 is and will remain in quarantine for 14 days from the date of the positive test result, and, if Resident 2 remains asymptomatic, will complete quarantine on October 29, 2020. At this time, Resident 2 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with Resident 2 on October 12, 2020, and remain asymptomatic are and will remain in cohort for 14 days from their date of arrival, until October 27, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

Resident 3: Resident 3 arrived at Karnes FRC on October 12, 2020, and was tested as part of the new intake program. The results of that test came back negative. Following the procedures applicable to all new intakes, Resident 2 began a 14-day cohort, projected to be completed on October 27, 2020. On October 14, 2020, Resident 3 was scheduled to be released from Karnes FRC and was tested a second time at Karnes FRC on as part of the release process. That same day, the results came back positive. Resident 3 is asymptomatic, and being closely monitored. Resident 3 is and will remain in quarantine for 14 days from the date of the positive test result, and, if Resident 3 remains asymptomatic, will complete quarantine on October 29, 2020. At this time, Resident 3 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with Resident 3 on October 12, 2020, and remain asymptomatic are and

will remain in cohort for 14 days from their date of arrival, until October 27, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

## II. South Texas Family Residential Center ("Dilley FRC")

<u>New Intake 1</u>: New Intake 1 was tested at Dilley FRC on October 9, 2020, as part of the new intake process. On October 12, 2020, the results came back positive. New Intake 1 is asymptomatic, and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of the positive test result, and, if New Intake 1 remains asymptomatic, will complete quarantine on October 27, 2020. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 1 and remain asymptomatic are and will remain in cohort for 14 days from their arrival at Dilley FRC, until October 24, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

## III. Berks Family Residential Center ("Berks FRC")

<u>Former Employee 1</u>: Former Employee 1 is an advance practice provider, who tested at an off-site facility on October 12, 2020, due to experiencing symptoms. On October 16, 2020, the results came back positive. At this time, Former Employee 1 has not required treatment at a hospital or medical facility. Former Employee 1 was last at Berks FRC on October 9, 2020, and resigned from his position at Berks FRC on October 16, 2020. Contact tracing was conducted for October 9, 2020, and revealed that Former Employee 1 was not in contact with any residents and was not in direct contact with any co-workers on that date. Former Employee 1 has been in quarantine since October 11, 2020, and, due to his resignation, will not return to Berks FRC.RESPECTFULLY SUBMITTED this 16th day of October, 2020.

                                                                       MICHAEL R. SHERWIN
                                                                       Acting United States Attorney

District of Columbia

DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that, since the last notice (ECF No. 143), one (1) new intake at the Karnes County Family Residential Center ("Karnes FRC"), and one (1) employee at the South Texas Family Residential Center ("Dilley FRC"), have tested positive for COVID-19. U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

### I. Karnes County Family Residential Center ("Karnes FRC")

New Intake 1: New Intake 1 was tested at Karnes FRC on October 19, 2020, as part of the new intake process. On October 22, 2020, the results came back positive. New Intake 1 is asymptomatic, and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of the positive test result, and, if New Intake 1 remains asymptomatic, will complete quarantine on November 6, 2020. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 1, and remain asymptomatic, are and will remain in cohort for 14 days from their arrival at Karnes FRC, until October 31, 2020, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

## II. South Texas Family Residential Center ("Dilley FRC")

<u>Employee 1</u>: Employee 1 is a resident supervisor, who tested at an off-site facility on October 19, 2020, due to experiencing symptoms. That same day, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Dilley FRC on October 14, 2020. Contact tracing is currently being conducted for October 12, 13, and 14, 2020. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 1 is and will remain in quarantine for 14 days from October 19, 2020. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

RESPECTFULLY SUBMITTED this 23rd day of October, 2020.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

DANIEL VAN HORN
Assistant U.S. Attorney
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2506
Email: Daniel.VanHorn@usdoj.gov

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS

P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*