CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org
*Attorneys for Plaintiffs*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **DECLARATION OF PETER SCHEY RE PLAINTIFFS EX PARTE APPLICATION RE OPPOSITION TO MOTION TO LIFT RESTRICTIONS IN PARAGRAPH 4.E OF THE JUNE 26, 2020 ORDER, ECF NO. 833** <br><br> Hearing: November 13, 2020 9:30 AM <br><br> [HON. DOLLY M. GEE] |

///

*Plaintiffs' counsel continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500
Email: srosenbaum@law.berkeley.edu

/ / /

I, Peter Schey, depose and say:

1. I serve as Class Counsel for Plaintiffs in this action.

2. Pursuant to Section 6 of this Court's Procedures ("Procedures"), and for good cause shown set forth below, Plantiffs are respectfully requesting that the Court grant them until November 4, 2020, to submit a brief opposition to Defendant's Motion to Terminate Transfer Restriction in Paragraph 4.e of the June 26, 2020 Order, ECF No. 833 ("Motion") [Doc # 1006]. Defendants filed the Motion on October 16, 2020, asking that it be heard November 13, 2020, at 9:30 A.M.

3. In its Order Re Updated Juvenile Coordinator Reports [Doc # 833] filed 06/26/20 ("June 26, 2020, Order"), the Court ordered that "None of these minors [B.B.B., A.F.P.P., and K.J.A.B ] who age out shall be sent to an adult detention facility pending resolution of [the] inquiry" regarding ICE's compliance with the FSA at the Cowlitz County Juvenile Detention Center ("Cowlitz") and Northern Oregon Regional Corrections ("NORCOR") detention facilities.

4. At this time, only Class Member BBB will age out soon. His 18th birthday is on November 15, 2020. The ICE Report purports to provide accurate background information on BBB. ICE Report at 11-12. B.B.B. has been detained by ICE since October 18, 2018. *Id*. I am informed and believe that a juvenile delinquency adjudication in Maryland in October 2018 found BBB guilty of assault and wearing/carrying a weapon with intent to injure, though the weapon was never used to injure the victim who had previously assaulted BBB with a baseball bat requiring BBB's hospitalization and the assault by BBB was in revenge for the beating he had suffered. I am further informed and believe that video shows that BBB never used the weapon and the victim walked away seemingly with little injury.

5. On October 16, 2020, Defendants filed their Motion seeking to vacate Paragraph 4e of the Court's June 26, 2020, Order.

1

6. The Court's Order Re October 23, 2020 Status Conference ("October 23, 2020, Order")[Doc. # 1014], filed October 26, 2020, states in relevant part: "The parties … shall meet and confer regarding the need for Defendants' Motion to Lift Restriction in Paragraph 4.e of the June 26, 2020 Order [Doc. # 1006] in light of the Court's statements at the status conference. The parties shall provide an update on these discussions in a Joint Status Report to be filed by November 23, 2020." *Id*. The parties have not yet met and conferred as ordered by the Court.

7. To date, Defendants have not indicated how they intend to proceed regarding their Motion to vacate Paragraph 4.e of the June 26, 2020 Order.

8. I am informed that counsel for Class Member BBB filed a Motion for Bond Redetermination in Portland Immigration Court on October 2, 2020, and on October 29, 2020, counsel for Class Member BBB received the immigration judge's decision denying a hearing and any assessment of dangerousness or flight risk. *Id*.

9. On October 30, 2020, counsel for Class Member BBB informed me of the Immigration Judge's refusal to conduct a further bond hearing for Class Member BBB.

10. As stated above, Class Member BBB will turn 18 on November 15, 2020.

11. Uncertain how Defendants wish to proceed on their Motion, and whether the Court wishes to conduct a hearing on defendants' Motion on November 13, 2020, as requested by Defendants, Plaintiffs wish to file a brief opposition to Defendants' Motion by November 4, 2020.

12. Even if the Court does not conduct a hearing on November 13, 2020, and continues to require that the parties meet and confer and provide an update on these discussions in a Joint Status Report to be filed by November 23, 2020, Plaintiffs' proposed opposition may assist the parties to focus on issues on which they must meet and confer.

13. I am informed and believe that under Washington law, Cowlitz, where Class Member BBB is detained, may hold detainees beyond their 18th birthdays.

14. Plaintiff's counsel requested Defendants' counsel consent to this application by email sent on Tuesday, November 3, 2020. Defendants responded today stating "Defendants assent to your request for an extension only to the extent that the Court sets a schedule that would allow the Court to rule on Defendants' pending motion on or before November 14."

I declare under penalty of perjury that the foregoing is true and correct. Executed this 4th day of November, in Oak View, California.

                      <u>/s/ Peter Schey</u>
                      Peter A. Schey
                      *Counsel for Plaintiffs*

///

3

# CERTIFICATE OF SERVICE

I hereby certify that on November 4, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

    /s/ *Peter Schey*
Peter A. Schey
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
*Class Counsel for Plaintiffs*