# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.,*<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>**[PROPOSED] ORDER** |

Plaintiffs have filed an *ex parte* Application ("Application") requesting that the Court grant them until November 4, 2020, or such date as the Court may set, to submit an **OPPOSITION TO MOTION TO LIFT RESTRICTIONS IN PARAGRAPH 4.E OF THE JUNE 26, 2020 ORDER** ("Opposition") [Doc # 1006]. Defendants assent to the request for an extension to the extent that the Court sets a schedule that would allow the Court to rule on Defendants' pending motion on or before November 14, 2020.

For good cause shown, Plaintiffs request is GRANTED and Plaintiffs Opposition, filed with its *Ex Parte* Application, may be filed.

Defendants may file a reply to Plaintiffs' Opposition on or before November 9, 2020.

The Court's Order Re October 23, 2020 Status Conference ("October 23, 2020, Order")[Doc. # 1014], in relevant part: "The parties … shall meet and confer regarding the need for Defendants' Motion to Lift Restriction in Paragraph 4.e of the June 26, 2020 Order [Doc. # 1006] in light of the Court's statements at the status conference. The parties shall provide an update on these discussions in a

Joint Status Report to be filed by November 23, 2020." *Id*. In light of Defendants' not withdrawing or modifying their pending Motion to Lift Restrictions In Paragraph 4.e of the June 26, 2020 Order, and BBB's 18th birthday on November 15, 2020, the parties shall meet and confer regarding the need for Defendants' Motion to Lift Restriction [Doc. # 1006] in light of the Court's statements at the status conference, and regarding –

      • how Defendants may comply with the June 26, 2020 Order if it is not vacated, including whether a modification of the Order should be considered;

      • the extent to which Defendants have complied or will comply with the FSA including to assess BBB's current likelihood to appear at future proceedings or his dangerousness;

      • the extent to which BBB or his mother have been informed of his FSA rights by Defendants;

      • the extent to which BBB's potential sponsor's suitability has been assessed by Defendants;

      • whether the suitability of a sponsor has been considered when assessing BBB's likelihood to appear at future proceedings or dangerousness.

      The parties shall provide an update on their discussions and positions on these points in a Joint Status Report to be filed by November 10, 2020.

      **IT IS SO ORDERED**

Dated: November ___, 2020

                                     _____

                                     The Honorable DOLLY M. GEE
                                     UNITED STATES DISTRICT JUDGE

Submitted by:
Peter A. Schey
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
*Counsel for Plaintiffs*

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Peter Schey*
Peter A. Schey
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
*Class Counsel for Plaintiffs*

1