# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER GRANTING PLAINTIFFS'** ***EX PARTE* APPLICATION [1016]** |

On November 4, 2020, Plaintiffs filed an *ex parte* Application ("Application") requesting that the Court accept their late-filed Opposition to Defendants' Motion to Lift Restrictions In Paragraph 4.e of the June 26, 2020 Order [Doc. # 1006] set for hearing on November 13, 2020, and order the parties to meet and confer and report to the Court by November 10, 2020. [Doc. # 1016.] The Opposition was due on October 23 but filed on November 4 along with Plaintiffs' Application. [Doc. # 1017.] Defendants assent to the request for an extension to the extent that the Court sets a schedule that would allow the Court to rule on Defendants' pending motion on or before November 14, 2020, given Class Member B.B.B. is affected by the transfer restriction in the June 26, 2020 Order

-1-

and B.B.B.'s 18th birthday is on November 15, 2020. The parties do not yet appear to have met and conferred as the Court ordered at the October 23, 2020 status conference and in its subsequent Order. *See* October 23, 2020 Order at 3 [Doc. # 1014].

      Given the need to resolve this matter promptly, Plaintiffs' Application is GRANTED. It is hereby ORDERED that:

1. The Court will accept Plaintiffs' late-filed Opposition. [Doc. # 1017.]
2. Defendants shall file a Reply to Plaintiffs' Opposition on or before **November 9, 2020**. The Reply shall cite to portions of any Juvenile Coordinator Report that provide a "a detailed explanation demonstrating flight risk and/or danger to the community" for Class Member B.B.B. *See* June 26, 2020 Order at 5 [Doc. # 833].
3. The parties shall meet and confer regarding Defendants' pending motion and the topics Plaintiffs raised in their Application and file a Joint Status Report by **November 10, 2020**.
4. Defendants' motion will thereafter be taken under submission.

**IT IS SO ORDERED.**

DATE: November 5, 2020

                                                          DOLLY M. GEE
                                                          UNITED STATES DISTRICT JUDGE