JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **Defendants' Application for Leave to File Under Seal Portions of Exhibits A, C, D, E, F, and G, to the Declaration of Jeffrey K. Chan** |
| v. | |
| WILLIAM P. BARR, Attorney General of the United States; *et al.,* | Hearing Date: <u>Not Set</u> |
| Defendants. | Time: |
| | Dept: |

Defendants submit this Application seeking leave from the Court to file under seal portions of Exhibits A, C, D, E, F, and G, to the Declaration of Jeffrey K. Chan filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5. As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Sarah B. Fabian, a proposed order, and unredacted copies of these Exhibits. On November 9, 2020, counsel for Defendants contacted counsel for Plaintiffs, Peter Schey, by email regarding Defendants' proposed filing. Counsel for Plaintiffs had not responded to that email at the time of Defendants' filing.

The materials that Defendants seek to partially seal are:

- Exhibit A – Form I-286, Notice of Custody Determination
- Exhibit C – Form I-770, Notice of Rights and Request for Disposition
- Exhibit D – Form I-286, Notice of Custody Determination
- Exhibit E – List of Pro Bono Legal Service Providers in the Baltimore, Maryland area
- Exhibit F – Form I-770, Notice of Rights and Request for Disposition
- Exhibit G – Incident Report

Defendants seek to seal portions of these exhibits to the extent they contain sensitive and/or personally identifiable information regarding B.B.B., his mother, and agents of Defendants. Given the potentially sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the privacy of the individuals identified in these records and to avoid harassment or embarrassment to those individuals.

## ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v.*

*Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support sealing these portions of Defendants' reports because they contain personally identifiable information or other sensitive information regarding B.B.B., his mother, and agents of Defendants, that might be used to identify or harass those individuals. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Therefore, there is compelling reason to seal these materials to protect the privacy interests of B.B.B., his mother, and agents of Defendants.

///

///

///

DATED:    November 9, 2020        Respectfully submitted,

JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 9, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system. Documents associated with this filing that are proposed to be filed under seal will further be served on Plaintiffs' counsel of record by other means.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants