1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER ON APPLICATION TO SEAL [1021]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Exhibits A, C, D, E, F, and G, to the Declaration of Jeffrey K. Chan. [Doc. # 1021.]

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed partially under seal:

- Exhibit A – Form I-286, Notice of Custody Determination
- Exhibit C – Form I-770, Notice of Rights and Request for Disposition
- Exhibit D – Form I-286, Notice of Custody Determination
- Exhibit E – List of Pro Bono Legal Service Providers in the Baltimore, Maryland area
- Exhibit F – Form I-770, Notice of Rights and Request for Disposition
- Exhibit G – Incident Report

**IT IS SO ORDERED.**

DATED:  November 12, 2020

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-