FILED

NOV 10 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff-Appellee, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, <br><br> Defendants-Appellants. | No.   20-55951 <br>         20-56052 <br><br> D.C. No. <br> 2:85-cv-04544-DMG-AGR <br> Central District of California, <br> Los Angeles <br><br> ORDER |

Before:  W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

Defendants-Appellants' unopposed motion to consolidate these cases is GRANTED. The existing briefing schedule in case number 20-55951 shall apply to both cases.