JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*, <br><br>Defendants. | Case No. CV 85-4544-DMG <br><br>**JOINT STATUS REPORT** |

On October 26, 2020, the Court ordered that the parties should continue to meet and confer regarding:

> (1) preparation of a poster or other methods by which to disseminate the Notice of Rights and other suggestions of Amici for notice process; (2) video conference interviews with Class Members and video inspections of the FRCs; (3) provision of information of the reasons for placement of Class Members in a particular detention facility. The parties also shall meet and confer regarding the need for Defendants' Motion to Lift Restriction in Paragraph 4.e of the June 26, 2020 Order [Doc. # 1006] in light of the Court's statements at the status conference. The parties shall provide an update on these discussions in a Joint Status Report to be filed by November 23, 2020.

ECF No. 1014, ¶ 4. In accordance with the Court's order, the parties submit the following updates.

## (1) preparation of a poster or other methods by which to disseminate the Notice of Rights and other suggestions of Amici for notice process

The parties continue to meet and confer regarding the Notice of Rights and will continue to discuss this topic as appropriate as part of these ongoing discussions.

## (2) video conference interviews with Class Members and video inspections of the FRCs

From November 3-10, 2020, Plaintiffs conducted video conference interviews with Class Members and video inspections at all three of the ICE FRCs.

(3) provision of information of the reasons for placement of Class Members in a particular detention facility

PLAINTIFFS' POSITION:

Settlement ¶ 28A provides: "The INS, through the Juvenile Coordinator, shall also collect information regarding the reasons for every placement of a minor in a detention facility or medium security facility." Settlement ¶ 29 provides: "[T]he INS shall provide to Plaintiffs' counsel the information collected pursuant to Paragraph 28, as permitted by law, and each INS policy or instruction issued to INS employees regarding the implementation of this Agreement." Defendants have not reported the reasons for holding Class Members (1) in CBP detention facilities, (2) in ORR facilities where Class Members are detained (i.e. not free to leave the facilities even if they are licensed), or (3) in ICE holding rooms, hotels, or transport companies under contract by ICE.

DEFENDANTS' POSITION:

Defendants are providing, or have committed to provide, all of the information required by Paragraphs 28.A and 29 of the Agreement. Plaintiffs' characterization above of their continued requests for information is incomplete and therefore misleading as to what information they continue to request. To the extent that Plaintiffs continue to request that Defendants report information that is not required by the Agreement, Defendants decline to provide this additional reporting.

(4) the need for Defendants' Motion to Lift Restriction in Paragraph 4.e of the June 26, 2020 Order [Doc. # 1006] in light of the Court's statements at the status conference

This issue has been resolved by the Court's November 12, 2020 Order, ECF No. 1024.

| | |
|---|---|
| DATED: November 23, 2020 | */s/Peter Schey* (with permission)<br>*Class Counsel for Plaintiffs*<br>CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW<br>Peter A. Schey<br>Carlos Holguín |
| DATED: November 23, 2020 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division<br><br>AUGUST E. FLENTJE<br>Special Counsel<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Sarah B. Fabian*<br>SARAH B. FABIAN<br>NICOLE N. MURLEY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 532-4824<br>Fax: (202) 305-7000<br>Email: sarah.b.fabian@usdoj.gov<br><br>*Attorneys for Defendants* |

## CERTIFICATE OF SERVICE

I hereby certify that on November 23, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

      /s/ *Sarah B. Fabian*
      SARAH B. FABIAN
      U.S. Department of Justice
      District Court Section
      Office of Immigration Litigation

      Attorney for Defendants