CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> [PROPOSED] ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS B, C, D, I, AND J SUBMITTED IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE NOVEMBER 16, 2020 JUVENILE COORDINATORS' INTERIM REPORTS <br><br> Hearing: Dec. 4, 2020 <br> Time: 11:00 a.m. <br> Hon. Dolly M. Gee |

**[PROPOSED] ORDER GRANTING LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS B, C, D, I, AND J SUBMITTED IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE NOVEMBER 16, 2020 JUVENILE COORDINATORS' INTERIM REPORTS**

Plaintiffs seek to file under seal portions of Exhibits B, C, D, I, and J submitted in support of Plaintiffs' Response to the November 16, 2020 Juvenile Coordinators' Interim Reports.

Specifically, Plaintiffs seek leave from the Court to file under seal the following portions of Exhibits B, C, D, I, and J:

| Exhibit | Information Plaintiffs Seek to Seal |
|---|---|
| B | Detained child's name, ID number, and date of apprehension |
| C | Detained child's name and date of apprehension |
| D | Detained child's name, ID number, and date of apprehension |
| I | Detained child's name, date of birth, country of origin; details of child's journey to United States |
| J | Detained child's name, date of birth, location of prior placement |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

Plaintiffs are granted leave to file under seal the unredacted version of Exhibits B, C, D, I, and J submitted in support of Plaintiffs' Response to the November 16, 2020 Juvenile Coordinators' Interim Reports.

IT IS SO ORDERED.

DATED: _____

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE