# EXHIBIT C

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case 2:85-cv-04544-DMG-AGR   Document 1037-3   Filed 11/23/20   Page 1 of 3   Page ID #:42030

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 13 years old. I am from Guatemala. My A number is pending.

3. I was apprehended by Border Patrol agents on or around ███████████. I do not know where I was when I was apprehended. I surrendered willingly to immigration. Then I was loaded onto a truck. Then I was brought to the Weslaco station. This all happened on the same day.

4. I have been detained at this facility for 4 days.

5. I have not been told where I am going next or what is going to happen. I have been told I am going to be transferred but I do not know where. I have not been told I am going to be deported. I do not know why I am here.

6. I have not received any documents from immigration officials. I have not signed any documents.

7. There are one other boy in my cell. There are many kids detained inside. I do not know how long other kids here have been detained.

8. I sleep on a cushion on the floor. I have a thin nylon blanket that I use to sleep. I do not have soap to wash my hands. I have not been given hand sanitizer. I do not get my temperature checked regularly. I have not received a face mask. I am wearing the cloth mask that I arrived to the United States with.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 18 day of November, 2020, at Weslaco, Texas.

_____███████████████_____

1

## CERTIFICATE OF TRANSLATION

My name is Denise Adriana Rosales and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated:        November 18, 2020                    _____

                                                                         Denise Adriana Rosales