# EXHIBIT I

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**DECLARATION OF** ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I was born in ▇▇▇▇▇▇ on ▇▇▇▇▇▇▇▇▇▇. I came to the United States approximately ▇▇▇▇▇▇▇▇▇.

3. I arrived at the border station ▇▇▇▇▇▇. I came alone. There was a border official who was very rude to me and would laugh at me.

4. At first, I was sent to a place in El Paso and then San Antonio, and now I'm here at Nexus in Houston. El Paso was a border facility. It was called an hielera.

5. I liked the place in San Antonio. I didn't like El Paso much, but it was better than here. In San Antonio, I really liked it because they let us go outside and there were a lot of activities. I was there for about two months.

6. I have now been at Nexus for about seven months. I woke up on a Saturday and they told me I was leaving the shelter in San Antonio that day. It was a surprise. They sent me here because of the weight problem I have and because of my knees and diabetes.

7. I am doing better now. But no one has talked to me about how much longer I need to stay here.

8. I liked the hielera better than here because of how they treat people here. It's not well. They don't treat people well. They try to be rude to me, but I don't let them get away with it. They are not nice to the other kids.

9. At first they told me that I had to reach a weight level to leave. But then I reached that goal and they told me they did not have a place for me to go.

10. I spend eight hours a day in my room. I leave for therapy or to go outside or the activities room. Being in my room is better than what else is going on in the hospital.

11. I have school once a week on Wednesdays. A teacher comes in for an hour and a half and we go over math, English, and language arts. I do my homework on Tuesdays and it takes me most of the day.

12. I was told about long term foster care and that is where I would like to go. I don't feel good here.

13. I would like to be a gynecologist someday. I like kids and would love to help bring kids into the world.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 13th day of November, 2020 at Houston, Texas.

CERTIFICATE OF TRANSLATION

I, Soraya Morales Nuñez, hereby certify that I am proficient in both Spanish and English, and that I accurately translated the foregoing statement and read it back to ████ ████████████, in its entirety in Spanish on November 13, 2020.

*Soraya Morales Nuñez*

Soraya Morales Nuñez