# Exhibit A

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, ET AL., | No. CV 85-4544-DMG-AGRx |
| PLAINTIFFS, | |
| V. | |
| WILLIAM BARR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., | DECLARATION OF MELISSA ADAMSON |
| DEFENDANTS. | |

I, Melissa Adamson, declare as follows:

1.      I am an attorney at the National Center for Youth Law and I represent Plaintiffs in the above-titled action.  I execute this declaration in support of Plaintiffs' Response to Juvenile Coordinators' Interim Reports.

2.      This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true.  If called to testify in this case, I would testify competently about these facts.

3.      Pursuant to ¶¶ 28 and 29 of the *Flores* Settlement Agreement, the Department of Homeland Security ("DHS") and the Department of Health and Human Services ("HHS") provide class counsel with monthly statistical reports on class members in its custody.  DHS provides reports from Immigration and Customs Enforcement ("ICE") and Customs and Border Protection ("CBP").

4.      The monthly DHS CBP report ("CBP report") lists children that were detained for more than 72 hours in CBP custody (excluding transfers to Enforcement and Removal Operations ("ERO") or HHS).  The CBP report provides each class member's "Alien Number," "APP/Inadmissible Date," "Sector/Field Office," "Subject Name," "Date of Birth," "Country of Birth," "Most Recent Book Out Date," "Most Recent Book Out Location," "Demographic," "T42 (Y/N)," "Time in Custody (TIC) Hours," and "Component."

October 2020

5.      The October CBP report covers the time period from October 1, 2020 to October 31, 2020.

6.      The October CBP report lists 35 children in total, each of whom were detained for longer than 72 hours in CBP custody.

7.      Of these 35 children, ten children were listed as "Y" and 25 children were listed as "N" in the "T42 (Y/N)" column.

8.      Of these 35 children, eight children were listed as "UAC / Single Minors" and 27 children were listed as "Family Unit / Group" in the "Demographics" column.

9.      Of these 35 children, 15 children spent five or more days in CBP custody, including:[1]

- **A 17-year-old child for approximately 18.3 days (438.87 hours).**  Listed as "UAC / Single Minors" in the "Demographic" column and "Y" in the "T42 (Y/N)" column.

- **A 6-year-old for approximately 11.4 days (272.95 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 12-year-old for approximately 11.4 days (272.95 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 2-year-old held for approximately 11 days (264.87 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 16-year-old held for approximately 8 days (193.00 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 9-month-old held for approximately 7.4 days (177.50 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "Y" in the "T42 (Y/N)" column.

- **An 8-month-old held for approximately 7.2 days (171.90 hours).** Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 13-year-old held for approximately 7.2 days (171.88 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 4-year-old held for approximately 7.1 days (170.03 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 4-year-old held for approximately 6.5 days (156.08 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

---

[1] Children's ages were determined based on children's listed "Date of Birth" and "Inadmissible Date."

- **A 12-year-old held for approximately 6.5 days (156.08 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 5-year-old held for approximately 6.1 days (145.55 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "Y" in the "T42 (Y/N)" column.

- **A 2-year-old held for approximately 5.7 days (136.40 hours**).  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 5-year-old held for approximately 5.3 days (127.52 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **An 8-year-old held for approximately 5.3 days (127.52 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

September 2020

10.    The September CBP report covers the time period from September 1, 2020 to September 30, 2020.

11.    The September CBP report lists 36 children in total, each of whom were detained for longer than 72 hours in CBP custody.

12.    Of these 36 children, 5 children were listed as "Y" and 31 children were listed as "N" in the "T42 (Y/N)" column.

13.    Of these 35 children, 5 children were listed as "UAC / Single Minors" and 31 children were listed as "Family Unit / Group" in the "Demographics" column.

14.    Of these 35 children, 16 children spent five or more days in CBP custody, including:[2]

- **A 1-month-old held for approximately 16.4 days (394.47 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

---

[2] Children's ages were determined based on children's listed "Date of Birth" and "Inadmissible Date."

- **A 3-month-old held for approximately 14.4 days (345.12 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 12-year-old held for approximately 14 days (336.47 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 15-year-old held for approximately 14 days (336.45 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 4-month-old held for approximately 13 days (311.65 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 15-year-old held for approximately 12.9 days (308.97 hours).**  Listed as "UAC / Single Minors" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 7-year-old held for approximately 7 days (167.90 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 2-year-old held for approximately 6.7 days (160.27 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 6-year-old held for approximately 6.7 days (155.23 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 3-month-old held for approximately 6.4 days (152.98 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 17-year-old held for approximately 6.3 days (151.73 hours).**  Listed as "UAC / Single Minors" in the "Demographic" column and "Y" in the "T42 (Y/N)" column.

- **A 15-year-old held for approximately 5.9 days (142.62 hours).**  Listed as "UAC / Single Minors" in the "Demographic" column and "Y" in the "T42 (Y/N)" column.

- **A 17-year-old held for approximately 5.4 days (130.37 hours).**  Listed as "UAC / Single Minors" in the "Demographic" column and "Y" in the "T42 (Y/N)" column.

- **A 2-year-old held for approximately 5.4 days (129.77 hours).**  Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 4-month-old held for approximately 5.2 days (124.83 hours).** Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

- **A 5-month-old held for approximately 5.2 days (124.83 hours).** Listed as "Family Unit / Group" in the "Demographic" column and "N" in the "T42 (Y/N)" column.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 23rd day of November, 2020 at San Mateo, California.

Melissa Adamson