# EXHIBIT D

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 8 years old. I am from Guatemala. My A- number is pending. My FMU/G# is ███████████.

3. I was apprehended by Border Patrol agents on or around ███████████. I do not know where I crossed the border. The day I was apprehended, I surrounded willingly to border patrol along with my mother. There was a man and woman who arrested us. The man was nice. The woman was mean to my mom. She yelled "hurry up and get in" when they were loading us to a vehicle. My mom was sick and she could barely walk. Then we went down some stairs and we were separated. I got on a bus and my mom got in an ambulance. I was loaded onto a bus with other people. I was the only child on the bus. I was brought to the Weslaco station. My mom is somewhere else. I think she is in the hospital because her back hurts. I have not been able to talk to her because she is sick. They told me that I cannot leave until she gets here. That is what an officer with a green shirt told me. The officer told me I would have to wait at the Weslaco station for her.

4. I have been detained at this facility for 2 days.

5. I have been told I am here because I have to wait here until my mother gets out of the hospital. I have not been told when she will get out. I have not been told how long I will have to wait at the facility. One boy had to wait five days. I do not remember his name. He told me he had been here five days.

6. I have not received documents from here.

7. I am alone in my room. I do not know why I am alone. It makes me feel abandoned. I feel very alone. I have been completely alone for an entire day. I am sleeping on a cushion that is on the floor. I do not have a pillow but I do have a think silver nylon blanket. I use my coat as a pillow. I am the only one in the room when I sleep. It is very cold. It is always very cold. I get water often. When I want to wash my

1

1  hands, there is only water. There is no soap. I do not know why there is no soap. I
2  received one disposable mask when I arrived to Weslaco station and I have had the same
3  mask since then. I have not received a new mask. My mask is dirty on the inside. Here,
4  people do not practice social distancing. Social distancing is when people do not get too
5  close so that they are not get sick from COVID. When we are in line, we sit or stand
6  close together. When I see other children in their cells, some are very close to each other.
7  I think many people here will get sick from COVID. That makes me feel scared.
8  Sometimes, there are kids without masks on. Today I saw a soldier that did not have a
9  mask on. He had it on top of his head.  I am afraid I will get COVID.

11  I declare under penalty of perjury that the foregoing is true and correct.  Executed on this
12  18th day of November, 2020, at Weslaco, Texas.

13
14                                              _____ ████████████████ _____
15                                                   ████████████████

19                      CERTIFICATE OF TRANSLATION
20  My name is Denise Adriana Rosales and I swear that I am fluent in both the English and
21  Spanish languages and I translated the foregoing declaration from English to Spanish to
22  the best of my abilities.

24  Dated:       November 18, 2020                _____
25                                                   Denise Adriana Rosales

2