# Exhibit H

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Poonam Juneja (Cal. Bar No. 300848)
Freya Pitts (Cal. Bar No. 295878)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, ET AL., <br><br>   PLAINTIFFS, <br><br> V. <br><br> WILLIAM BARR, ATTORNEY GENERAL OF THE UNITED STATES, ET AL., <br><br>   DEFENDANTS. | No. CV 85-4544-DMG-AGRx <br><br> DECLARATION OF LEECIA WELCH |

### DECLARATION OF LEECIA WELCH

I, Leecia Welch, declare as follows:

1. I am the Senior Director of Legal Advocacy and Child Welfare at the National Center for Youth Law (NCYL). I represent Plaintiffs in the above-titled action. If called to testify in this case, I would testify competently about these facts.

2. On November 6, 2020, in my role as *Flores* counsel, I requested client interviews of children in Office of Refugee and Resettlement ("ORR") custody placed at Nexus Children's Hospital ("Nexus") in Houston, Texas.

### Inaccuracies in Flores Placement Data

3. On November 12, 2020, the day before my site visit to Nexus, Department of Justice counsel Sarah Fabian emailed me an excel spreadsheet that I was told identified the only three children in ORR custody placed at Nexus. As it turned out, this information was inaccurate. As of November 13, there were six children in ORR custody placed at Nexus, four of whom appear to have been there for six months or longer. One child has been at Nexus for over a year.

4. The "Out of Network Placements" tab of the monthly HHS *Flores* data reports is supposed to list the children that ORR has placed in out of network facilities. However, the three children missing from the November 12 excel spreadsheet were also missing from the "Out of Network Placements" tab for the corresponding period. The HHS *Flores* data reports only show these children in the "Census" tab and incorrectly indicate they are currently placed in either long term foster care or various shelters.

5. I find it concerning that ORR continues to have inaccurate information regarding the location of children in out of network placements, who are among the most vulnerable children in ORR custody. Plaintiffs' counsel have raised this concern to Department of Justice counsel Sarah Fabian, met and conferred regarding this issue on

November 19, and are awaiting an explanation as to why these children were not included in prior out of network data reports.

### General Impressions of Nexus Children's Hospital

6. On November 13, 2020, I arrived at Nexus and was provided a brief tour. A Nexus staff person and I discussed who I would be interviewing, and I indicated I would like to interview all of the children in ORR custody. At that point, based on communications with legal service providers, it was my understanding that there were five such children currently placed at Nexus. We discussed the fact that one of the children was only two years old and had been placed at Nexus due to very serious medical needs. Given that his mother was there with him every day (including that day), I indicated that I would meet with him if his mother was interested in speaking with me. The Nexus staff person agreed to speak to the child's mother on my behalf while I met with the other four children. She subsequently informed me that the child's mother was not interested in speaking with me, and I decided to follow up with this mother another time out of respect for her wishes and so as not to interfere with her time visiting her medically fragile child.

7. During my brief tour of the hospital, I found it to be a typical medical facility. Various children's wings were connected by long hallways with secure double doors. Personnel were dressed in hospital scrubs and stationed at various points in the hallways. Walls in some of the children's wings were brightly colored and there was a playground for outdoor recreation, but otherwise the facility was a traditional, sterile hospital environment.

8. While at Nexus, I met with three children in the behavioral health wing, one child who I believe was in a separate wing for children with behavioral and physical health needs, and one child who was in the wing for patients with more intensive physical health needs.

### Overmedication of Children Placed at Nexus Children's Hospital

9. As a children's attorney, I have interviewed hundreds of children in government custody over the last twenty years, including children living in group homes, residential

treatment centers, psychiatric hospitals, juvenile facilities, and prisons. I have met with enough children and youth over the years to assess whether a facility appears to be overmedicating its young patients. At Nexus, there were clear indications that the three children I met with in the behavioral health wing were on excessive medications based both on their physical appearance and their complaints about the effects of the medication, e.g. drowsiness during the day, agitation, shaky hands, slurred speech, and sleep interference at night.

10. Two youth, in particular, appeared to be on extremely high doses of medication. A sixteen-year-old youth was able to track our conversation and engage with me to some degree but had a glazed over, vacant expression much of the time and reported to me that he takes somewhere between fourteen to twenty pills a day. Although I do not know exactly how many pills he takes each day, I know it is too many. Two independent child psychiatrists have reviewed his medication regimen at Nexus and made this determination. These pills make him feel tired during the day; yet he wakes up in the middle of the night and is unable to fall back asleep. In his six months at Nexus, they have forcibly injected him around five times. After he gets an injection, he sleeps for a day and wakes up feeling desperate.

11. A fifteen-year-old youth I met with appeared to be so overmedicated he could barely talk or maintain eye contact. I observed his hands shaking and his speech was slurred. He fell asleep repeatedly over a 20-minute period. When he was awake, he did nothing but lay in bed drooling and staring blankly at his TV. Despite his difficulty tracking my questions, he did look at me intensely for one brief moment and asked when he could go home. He said he had been asking for voluntary departure for seven months.

### Excessive Lengths of Stay at Nexus Children's Hospital

12. In addition to my concerns regarding overmedication, the excessive length of time children are staying at Nexus is also disturbing. Three of the children I spoke with have been there for six months or longer. For the children with behavioral health needs, this was particularly perplexing because the primary mental health intervention appeared to

be psychotropic medications. While youth shared that they had individual and group therapy, these modalities can be provided in a much less restrictive setting. It was not apparent from my conversations with youth that the treatment they were receiving could possibly justify keeping them in a highly restrictive hospital setting for such a long period of time. Youth shared that they spent the better part of their days confined in their hospital rooms with limited outside time and little to no education.

13. One fifteen-year-old youth I spoke to was sent to Nexus due to her weight, diabetes and issues with her knees. She has been there for over seven months. She would rather go back to the hielera than stay at Nexus because of how staff treat the children. When she arrived at Nexus, she was told that once she met the doctor's weight loss goal, she could leave. But – once that weight goal had been met, she was told she would still have to stay. Although I have not been able to assess the extent of her medical needs, I did observe her moving around with a cane with no difficulty and checking her own blood sugar levels. In our time together, there were no indications that her medical needs continued to require her to live at a hospital.

### Lack of Educational Services at Nexus Children's Hospital

14. Children in ORR custody at Nexus are also not receiving adequate educational services. Several reported that they received no education at all. It would be one thing if a child were there for a week, stabilized, and then returned to their placement—but children are staying for six months or longer with no educational services and little else to do. According to my conversation with a Nexus staff person, the onus for setting up an educational plan appears to be on the child's designated ORR "shelter". Nexus views the shelter as the child's guardian for purposes of arranging educational services through the local school district. Youth who don't have a designated local shelter, appear to get no education. Youth who do receive educational services though the local district, apparently get 1.5 hours a week of instruction and are given homework packets for the rest of the week.

**Concerns about Separated Child**

15. After finishing my interviews with the four children in ORR custody, I checked in with the Nexus staff point of contact to let her know I was wrapping up for the day. I asked her if there were any additional children in ORR custody we had not discussed. She then noted that there was one additional child but that she was "nonverbal" and wouldn't be able to be interviewed. I said that wasn't a problem, and that I would just meet with her briefly. The Nexus staff person then led me to another part of the hospital with patients who appeared to have more intensive physical health needs. She couldn't remember exactly how long the child had been at Nexus but mentioned it had been a very long time.

16. Upon entry into the room, I observed a small child with perfectly coifed pigtails under a pink Minnie Mouse blanket. She was connected to machines and was unable to move or establish eye contact. An occupational therapist was standing next to her bed and about 5 other health care workers were standing to the side of the room—I believe receiving training on the child's individualized needs.

17. Hospital staff left me with the impression that the child's father had abandoned her. However, I have since learned that this child was separated from her father in August 2019 after they crossed the border together. He was deported before his daughter was in a position to safely return to home country with him; they remain separated and without any direct contact.

18. Based on my observation and subsequent fact gathering, the child appears to be well cared for. She has an independent Child Advocate who is appointed to advocate for her best interests, and who is in contact with the child's medical team, ORR staff, other independent medical experts, and the child's father.

19. What is most disturbing and cruel is that this child's father, who came here seeking help and protection, has now been separated from his daughter for more than a year. Although this child has now lived far longer than her predicted life expectancy, her

long-term prognosis remains poor and without swift intervention, she and her father may never see one another again.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 23rd day of November, 2020 at Boca Grande, Florida.

_____
Leecia Welch