Bridget Cambria, Esq.
Executive Director
ALDEA - The People's Justice Center
532 Walnut St.
Reading, PA 19601
bridget@aldeapjc.org
(Admitted *Pro Hac Vice*)

Manoj Govindaiah, Esq.
Director of Litigation
RAICES
802 Kentucky Ave
San Antonio, Texas 78201
manoj.govindaiah@raicestexas.org
(Admitted *Pro Hac Vice*)

*Attorneys for Amici Curiae*

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV-85-4544-DMG <br><br> CLASS ACTION <br><br> **RESPONSE BRIEF OF *AMICI CURIAE* TO THE NOVEMBER 2020 INTERIM REPORT OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT JUVENILE COORDINATOR** <br><br> Judge: Hon. Dolly M. Gee |

**RESPONSE BRIEF OF *AMICI CURIAE* TO THE NOVEMBER 2020 INTERIM REPORT OF THE IMMIGRATION AND CUSTOMS ENFORCEMENT JUVENILE COORDINATOR**

Pursuant to the Court's order of October 26, 2020, the ICE Juvenile Coordinator on November 16, 2020 filed an interim report, "covering the topics listed in the April 24, 2020 Order," including measures taken to expedite the release of minors during the COVID-19 pandemic and monitoring the status of ICE's COVID-19 guidances, as well as to update the Court on the status of the FRCs' compliance with applicable state licensing regulations. *Flores v. Barr*, 2:85-cv-4544 (DMG) ("Oct. 26, 2020 Order") [Doc. # 1014]. Amici Legal Service Providers (LSPs) hereby file this response to that Report, as permitted by the Court's October 26 Order. Amici have shared this response with Plaintiffs' Class Counsel Peter Schey who has authorized amici to inform the Court that Plaintiffs join amici with regards their concerns outlined below.

**I. The FRCs Remain Unlicensed**

Amici LSPs communicated with counsel for each of the state licensing matters and requested their current status. Amici received responses from counsel for each matter, attached at <u>Exhibits A and B.</u>

The ICE Juvenile Coordinator correctly indicated in her Report that CoreCivic and GEO, the operators of the STFRC and the KCRFC, were denied licensure to operate the FRCs in the State of Texas in 2016 and that no license has ever been issued. Per counsel for the plaintiffs challenging the final regulations

issued by the Texas Department of Family and Protective Services, the regulation that would allow the issuance of licenses to the Texas FRCs has been stayed pending the outcome of the litigation, which is now before the Texas Supreme Court. See Exhibit A.

The BCFRC in Pennsylvania is similarly operating without a proper license issued under Pennsylvania law. Per counsel for plaintiffs challenging the stipulations entered into between the BCFRC and the Commonwealth, while it had previously been granted licensure, in 2016 the Commonwealth refused to renew BCRFC's license. Since that time, it has operated without a current license and without current valid Certificate of Compliance of licensure. See Exhibit B.

Regardless of the status of the FRC's licensing, as Plaintiffs have also repeatedly pointed out, under the FSA Class Members who are not flight risks or a danger are to be held in licensed and *non-secure* facilities. All three FRCs are secure facilities with detainees uniformly informed that they face immediate arrest and detention should they depart the facilities unless upon release by ICE.

II.  **Conditions and Access to Counsel**

Amici LSPs have previously raised concerns regarding access to counsel for Class Members detained in ICE facilities, and specifically at the FRCs, under Title 42 and ICE COVID-19 procedures for those Class Members in Title 8 proceedings. These concerns have not been addressed and are not mentioned in the ICE Juvenile Coordinator's Report.

Attached at <u>Exhibit C</u>, please see declaration of counsel for LSP RAICES, which serves the KCFRC, where the ICE Juvenile Coordinator confirms children are being held under Title 42. Specifically, the LSP describes access to counsel at KCFRC as non-existent, impeding both the legal representation of Class Members as well as amici's ability to provide information to this Court. The LSP reports that Class Members have faced significant obstacles in trying to reach counsel, contrary to the FSA and ICE's own Family Residential Standards for Legal Access. Class Members and the LSP have faced the discontinuation of telephone access from the facility, followed by unannounced transfers of Class Members to another FRC. Further, RAICES staff have confronted multiple levels of required "approval" between the facility contractor and ICE for communication with Class Members. When finally able to communicate with counsel, Class Members and their parents report receiving information about free legal services only *after* receiving a negative fear determination. An ICE ERO supervisor admitted that the reason behind these hurdles is that Title 42 cases run "a little different" indicating heightened restrictions to access to counsel for Class Members and their parents subject to Title 42.

Similar concerns have previously been raised by Plaintiffs and the amici LSPs for BCFRC and STFRC, where the access to counsel issues, especially including those caused by ICE's quarantine procedures, may be preventing children

held under both Title 42 and Title 8 proceedings from speaking with LSPs or other counsel.

DATED: November 23, 2020

                      /s/ *Bridget Cambria*
                      Bridget Cambria, Esq.
                      Executive Director
                      ALDEA - The People's Justice Center
                      (Admitted *Pro Hac Vice*)

                      Manoj Govindaiah, Esq.
                      Director of Family Detention Services
                      RAICES
                      (Admitted *Pro Hac Vice* )

                      *Attorneys for Amici Curiae*

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 23, 2020, I served the foregoing Response Brief of *Amici Curiae* to the November 2020 Interim Report of Immigration and Customs Enforcement Juvenile Coordinator on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<u>/s/ Bridget Cambria</u>
Bridget Cambria, Esq.
Executive Director
ALDEA – THE PEOPLE'S JUSTICE CENTER

Attorney for *Amici Curiae*