# EXHIBIT A

# TO NOVEMBER 23, 2020 RESPONSE BY *AMICI CURIAE* LSPs TO ICE JUVENILE COORDINATOR REPORT





1719 North Broad Street
Philadelphia, PA 19122
215.204.8800 (F): 215.204.4881
www2.law.temple.edu/csj

November 23, 2020

Hon. Dolly M. Gee
United States Courthouse
350 West 1st Street
Los Angeles, CA, 90012

      Re:    Licensing Status of Berks County Residential Center (BCRC)

Dear Judge Gee,

I am writing this letter to explain the current licensing status of BCRC. My law school clinic serves as counsel on *J.S.C. v. Pa. Dep't of Human Services*, No. 678 M.D. 2019 (Commw. Ct. filed Dec.17, 2019), which currently challenges the licensing status of BCRC.

In Pennsylvania, the Department of Human Services (DHS), regulates "all children's institutions." 62 P.S. § 902. No children's facility in Pennsylvania may operate without a license. 62 P.S. § 1002. DHS has statutory authority to issue one-year licenses to children's facilities. 62 P.S. § 1009. DHS, however, has not issued an annual license for BCRC since 2015-16. Rather, DHS has entered into a series of stipulations since 2017 with BCRC that state that they "permit [BCRC] to continue to operate pursuant to the 2016-2017 Certificate of Compliance despite the expiration of the Certificate of Compliance on February 21, 2017."

On October 25, 2015, DHS provided notice to BCRC that it did not intend to renew its child residential facility license because BCRC was operating as a family detention facility, and therefore was not in compliance with the applicable law and regulations. On January 27, 2016, DHS issued a letter formally refusing to renew BCRC's 2016-17 license. BCRC has appealed this decision, which is currently pending before an administrative court housed within DHS.

Petitioners in *J.S.C.* have argued that DHS has acted *ultra vires*, since no Pennsylvania law gives DHS the authority to enter into such stipulations. In the meantime, these stipulations have allowed BCRC to continue to operate for nearly five years, license-free, while its appeal goes forward.

Please let me know if I can provide any further information.

Best Regards,

Jennifer J. Lee
Associate Professor of Law

2