1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   CENTRAL DISTRICT OF CALIFORNIA
10                            WESTERN DIVISION
11

| | |
|---|---|
| 12  JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGRx |
| 13       Plaintiffs, | ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS B, C, D, I, AND J SUBMITTED IN SUPPORT OF PLAINTIFFS' RESPONSE TO THE NOVEMBER 16, 2020 JUVENILE COORDINATORS' INTERIM REPORTS [137] |
| 14  v. | |
| 15  WILLIAM BARR, Attorney General of the United States, *et al.*, | |
| 16 | |
| 17 | |
| 18       Defendants. | |

Plaintiffs seek to file under seal portions of Exhibits B, C, D, I, and J submitted in support of Plaintiffs' Response to the November 16, 2020 Juvenile Coordinators' Interim Reports. [Doc. # 137.]

Specifically, Plaintiffs seek leave from the Court to file under seal the following portions of Exhibits B, C, D, I, and J:

| Exhibit | Information Plaintiffs Seek to Seal |
|---|---|
| B | Detained child's name, ID number, and date of apprehension |
| C | Detained child's name and date of apprehension |
| D | Detained child's name, ID number, and date of apprehension |
| I | Detained child's name, date of birth, country of origin; details of child's journey to United States |
| J | Detained child's name, date of birth, location of prior placement |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and **GRANTS** their request. The Court ORDERS Plaintiffs to e-file the unredacted versions of the documents in question [Doc. # 1038-1, # 1038-2, # 1038-3, # 1038-4, # 1038-5] under seal, consistent with this Order and Local Rule 79-5.2.2, within three (3) court days of this Order.

IT IS SO ORDERED.

DATED: November 25, 2020

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

1