JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division
SCOTT G. STEWART
Deputy Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR, Attorney General of the United States; *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>**JOINT FILING REGARDING PROPOSED NOTICE OF RIGHTS** |

On October 26, 2020, the Court ordered:

> The Court will e-mail to the parties and Amici the Court's additional edits to the draft Notice of Rights and to the ICE Directive, having considered the parties' proposed revisions. With the Independent Monitor Ms. Ordin presiding, the parties and Amici shall meet and confer regarding the Court's edits/comments to the proposed Notice of Rights and the ICE Directive and attempt to finalize the language in both. The parties shall file a Joint Status Report regarding the Notice of Rights and ICE Directive by November 30, 2020.

ECF No. 1014, ¶ 2. The parties met and conferred, and on November 3, 2020, they filed a status report regarding their ongoing discussions and efforts towards resolving this issue. ECF No. 1045. In that report, the parties stated that with regard to the Notice of Rights, they intended to either resolve any remaining outstanding issues, or submit them to the Court for resolution no later than December 3, 2020. *Id.* at 2. Accordingly, attached hereto are:

1. The redlined copy of the Notice of Rights emailed to the parties by the Court on October 26, 2020.

2. A draft of the Notice of Rights that reflects the current status of the parties' meet and confer efforts. The draft contains (in clean form) edits from the Court's version that have been agreed to by the parties. The draft also identifies (in redline with accompanying comments) outstanding issues that require resolution by the Court. For clarity, comments from Plaintiffs are highlighted in green, and comments from Defendants are highlighted in blue.

With regard to the Court's edited draft of the ICE Directives, as discussed in the Joint Status Report, Defendants are continuing to meet and confer with Plaintiffs to see if alternative processes can be agreed upon, or whether Defendants will need to submit issues related to the ICE Directives to the Court for resolution. ECF No. 1045 at 2.

| | |
|---|---|
| DATED: December 3, 2020 | */s/Peter Schey* (with permission)<br>*Class Counsel for Plaintiffs*<br>CENTER FOR HUMAN RIGHTS &<br>CONSTITUTIONAL LAW<br>Peter A. Schey<br>Carlos Holguín |
| DATED: December 3, 2020 | JEFFREY BOSSERT CLARK<br>Acting Assistant Attorney General<br>Civil Division<br><br>SCOTT G. STEWART<br>Deputy Assistant Attorney General<br><br>WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation<br><br>*/s/ Sarah B. Fabian*<br>SARAH B. FABIAN<br>NICOLE N. MURLEY<br>Senior Litigation Counsel<br>Office of Immigration Litigation<br>District Court Section<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Tel: (202) 532-4824<br>Fax: (202) 305-7000<br>Email: sarah.b.fabian@usdoj.gov<br><br>*Attorneys for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on December 3, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants