WILKINSON STEKLOFF LLP
Xiao Wang (SBN 301279)
Caitlin G. Callahan (*pro hac vice*)
xwang@wilkinsonstekloff.com
ccallahan@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone:  (202) 847-4000
Facsimile:   (202) 847-4005

Jeremy S. Barber (*pro hac vice*)
Chanakya A. Sethi (*pro hac vice*)
jbarber@wilkinsonstekloff.com
csethi@wilkinsonstekloff.com
130 W. 42nd Street, 24th Floor
New York, NY 10036
Telephone:  (929) 264-7765
Facsimile:   (202) 847-4005

Rahul R.A. Hari (SBN 313528)
rhari@wilkinsonstekloff.com
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone:  (424) 291-9655
Facsimile:   (202) 847-4005

*Attorneys for Amici Amnesty International USA
and Human Rights Watch*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L. FLORES, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>WILLIAM P. BARR,<br>Attorney General, et al.,<br><br>Defendants. | Case No. CV-85-4544 DMG (AGRx)<br><br>**COMMENTS OF AMICI AMNESTY INTERNATIONAL, HUMAN RIGHTS WATCH, AND LEGAL SERVICE PROVIDERS ON DRAFT NOTICE** |

Amici Amnesty International USA, Human Rights Watch, RAICES, Proyecto Dilley, and Aldea – the People's Justice Center jointly provide the following comments to the proposed Notice of Rights to supplement the discussion between the parties.

### A.   Written Explanation of Decision Not to Release

Both Plaintiffs and amici favor noting that, if the government elects not to release an individual, the government should provide "an explanation of its decision not to release you and the right to have a federal court review your detention." Such an explanation falls well within the purview of the FSA. See FSA ¶ 24.

Amici believe that this documentation is especially necessary in light of this Court's observations of the government's non-compliance with its obligation under the FSA to make "individualized determinations" for its parole decisions. See, e.g., In Chambers Order (Mar. 28, 2020), Dkt. No. 740 at 10 (emphasis in original). Moreover, as the government readily acknowledges, the FSA allows Class Members to seek judicial review of decisions denying release. In order for such review to be meaningful, Class Members must have a written explanation that they can point to, examine, and marshal evidence against. Judicial review cannot work if there is nothing to review.

### B.   Other Rights Under Federal Law

Amici favors keeping language stating that "you and your parents may have other rights under federal law or other authorities." Based on its experiences on the ground, amici are concerned that Class Members may read the Notice as reflecting an exclusive description of their rights. The Notice, in fact, summarizes only rights under the FSA, and should make clear that Class Members may be able to seek relief under the Constitution, relevant asylum and refugee laws, and other regulations.

### C. A Know Your Rights Should Attempt to Be as Informative As Possible and Avoid Language That Does Not Consider ICE's Discretion To Maintain Family Unity[1]

As has previously been acknowledged, ICE always has the discretion to maintain family unity and render a custody determination that releases a family from detention, together. To that end, LSP Amici offer the following potential examples to avoid misunderstandings:

- Include - "You may be released later if your parent decides you should be released to a suitable sponsor, or *if ICE decides to maintain family unity and release you and your parents together*." – last full paragraph on page 1 of the Know Your Rights.
- Include - "Remember that your parents are not required to make a decision about your release and you have the right to stay together. If your parents make no decision, *you may remain detained with your parents unless ICE decides to maintain family unity and release you and your parents together.*" – fifth paragraph, page 2, of the Know Your Rights.

Subsequent to that concern, LSP Amici have raised concerns that a parent should always be able to change their mind concerning the placement of their child, however, such ability is not included in the know your rights, which may be an issue to be considered at a later date.

---

[1] This comment is provided solely on behalf of the LSP Amici (Aldea, RAICES, and Proyecto Dilley).

|     |                          |                                                                 |
| --- | ------------------------ | --------------------------------------------------------------- |
|     |                          | Respectfully submitted,                                         |
|     | Dated:  December 3, 2020 |                                                                 |
|     |                          | By: /s/ Xiao Wang                                               |

WILKINSON STEKLOFF LLP
Xiao Wang (SBN 301279)
Caitlin G. Callahan (*pro hac vice*)
xwang@wilkinsonstekloff.com
ccallahan@wilkinsonstekloff.com
2001 M Street NW, 10th Floor
Washington, D.C. 20036
Telephone:   (202) 847-4000
Facsimile:    (202) 847-4005

Jeremy S. Barber (*pro hac vice*)
Chanakya A. Sethi (*pro hac vice*)
jbarber@wilkinsonstekloff.com
csethi@wilkinsonstekloff.com
130 W. 42nd Street, 24th Floor
New York, NY 10036
Telephone:   (929) 264-7765
Facsimile:    (202) 847-4005

Rahul R.A. Hari (SBN 313528)
rhari@wilkinsonstekloff.com
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Telephone:   (424) 291-9655
Facsimile:    (202) 847-4005

*Attorneys for Amici Amnesty International USA and Human Rights Watch*

By: /s/ Bridget Cambria (with permission)

ALDEA – THE PEOPLE'S JUSTICE CENTER
Bridget Cambria (*pro hac vice*)
bridget@aldeapjc.org
532 Walnut Street
Reading, PA 19601
Telephone:   (484) 877-8002

*Attorney for Amici Legal Service Providers*

**CERTIFICATE OF SERVICE**

 I hereby certify that on December 3, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ Xiao Wang

*Attorney for Amici Amnesty International USA and Human Rights Watch*