UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

FILED

DEC 7 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>            Plaintiff-Appellee,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General; ELAINE C. DUKE, Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>            Defendants-Appellants. | No.   17-56297<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |
| JENNY LISETTE FLORES, et al.,<br><br>            Plaintiff-Appellee,<br><br> v.<br><br>WILLIAM P. BARR, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>            Defendants-Appellants. | No.   19-56326<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR |
| JENNY LISETTE FLORES, | No.   20-55658<br>        20-55753 |

| | |
|---|---|
| Plaintiff-Appellee, | 20-55888 |
| v. | D.C. No. 2:85-cv-04544-DMG-AGR |
| WILLIAM P. BARR, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION, | |
| Defendants-Appellants. | |

Before:  W. FLETCHER, BERZON and M. SMITH, Circuit Judges.

Pursuant to G.O. 3.2(h), Judge M. Smith has been drawn to replace Judge Tashima, who is recused. The reconstituted panel will now consist of W. FLETCHER, BERZON and M. SMITH, Circuit Judges.