| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | DEC 8 2020 |
| | MOLLY C. DWYER, CLERK |
| | U.S. COURT OF APPEALS |

JENNY LISETTE FLORES,

        Plaintiff-Appellee,

 v.

WILLIAM P. BARR, Attorney General; ELAINE C. DUKE, Acting Secretary of Homeland Security; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,

        Defendants-Appellants.

No.  17-56297

D.C. No.
2:85-cv-04544-DMG-AGR
Central District of California,
Los Angeles

ORDER

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

      The stay of the deadline for Appellants' response to Appellees' motion for attorney's fees is lifted. Appellants shall file a response to the motion for attorney's fees by December 18, 2020.