CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
       crholguin@centerforhumanrights.org

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544-DMG |
| Plaintiffs, | |
| v. | **JOINT STATUS REPORT** |
| WILLIAM P. BARR, Attorney General of the United States; *et al.*, | |
| Defendants. | |

/ / /

On September 18, 2020, the Court granted in part and denied in part Plaintiffs' request for a remedy for ongoing breaches of Paragraphs 14 and 18 of the Flores Settlement Agreement ("FSA") by Defendant Immigration and Customs Enforcement ("ICE"). [Doc. # 987.]

In accordance with those provisions, as well as Paragraphs 12A and 29 of the FSA, the Court ordered ICE to disseminate to Class Members and their parents or guardians a Notice of Rights, as revised by the Court, and to update its own internal policy or instruction consistent with Paragraph 29 and Exhibit 2 of the FSA, as well as the Court's order. Sept. 18, 2020 Order at 10 [Doc. # 987].

On October 16, 2020, the parties submitted a Joint Report regarding the Court's Revised Notice of Rights setting forth their proposed revisions and disagreements as to the Notice. [Doc. # 1007.] The Joint Report also included an ICE Directive setting forth instructions for ICE personnel to disseminate the Notice of Rights and implement a procedure by which parents can affirmatively, knowingly, and voluntarily consent to the release of a Class Member child to a vetted custodian under Paragraph 14 of the FSA. [Doc. # 1007-1.]

On October 21, 2020, Plaintiffs and Amici Curiae Human Rights Watch, Amnesty International, Aldea - The People's Justice Center, Proyecto Dilley, and the Refugee and Immigrant Center for Education and Legal Services ("RAICES") filed responses to Defendants' draft ICE Directive with their suggested edits to the Directive's language. [Doc. ## 1010, 1011.]

The Court held a status conference on October 23, 2020 at which the Court addressed the Proposed Notice and ICE Directive.

Following the status conference, the Court e-mailed to the parties and Amici the Court's suggested edits to the draft Notice of Rights and to the ICE Directive, having considered the parties' proposed revisions. The parties and Amici were ordered to meet and confer, with the assistance of the Independent Monitor,

1

regarding the Court's suggested edits to the proposed Notice of Rights and the ICE Directive. The parties were Ordered to file, and filed, a Joint Status Report regarding the Notice of Rights and ICE Directive by November 30, 2020. [Doc. # 1002].

On December 4, 2020, the Court issued its MINUTES OF IN CHAMBERS - ORDER RE 12/4/2020 STATUS CONFERENCE by Judge Dolly M. Gee: "On 12/4/2020, the Court held a status conference to discuss … the Joint Status Reports filed by the parties and Amici Curiae. The Court ORDERS the following: … (2) The Court will e-mail to the parties and Amici the Court's further edits to the draft Notice of Rights, having considered the parties' proposed revisions and Amici's comments. With the Independent Monitor Andrea Ordin presiding, the parties and Amici shall meet and confer regarding the Court's edits to the proposed Notice of Rights and the ICE Directive and attempt to finalize the language in both. The parties shall file a Joint Status Report regarding the Notice of Rights and ICE Directive by 12/18/2020."

On December 7, 2020, the Court circulated a revised draft of the Notice of Rights to all parties and certain *amici*.

In accordance with the Court's Order, the parties file the following joint status report.

PLAINTIFFS' POSITION

With one exception noted below, Plaintiffs have reviewed the latest draft from the Court and accept the Court's edits.

Without objection by Defendants, Plaintiffs propose one change to the Court's draft Notice of Rights: Page 1 second to last Paragraph, Plaintiffs propose adding the underlined words: "If your parent does not make any decisions, you may continue to be detained together and your continued detention would not be a basis to assert a violation of the release provisions of the Flores Agreement."

Reason: To make clear the only right being waived or not asserted is the right to prompt release.

DEFENDANTS' POSITION

Defendants have reviewed the latest draft from the Court and accept the Court's edits. Defendants do not object to the additional edit proposed by Plaintiffs. Defendants intend to circulate an amended ICE Directive to Plaintiffs shortly and will continue discussions with Plaintiffs regarding the ICE Directive as appropriate.

DATED: December 18, 2020  /s/Peter Schey
Class Counsel for Plaintiffs
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

DATED: December 18, 2020  JEFFREY BOSSERT CLARK
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah B. Fabian (with permission)
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824

3

Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov
*Attorneys for Defendants*

///

CERTIFICATE OF SERVICE

I hereby certify that on December 18, 2020, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/Peter Schey
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey
*Counsel for Plaintiffs*