UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544-DMG (AGRx)** | Date | January 5, 2021 |
| Title | *Jenny L. Flores, et al. v. William P. Barr, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER APPROVING FINAL NOTICE OF RIGHTS**

On December 18, 2020, the parties filed a joint status report indicating their acceptance of the Court's edits to the latest version of the draft Notice of Rights and offering one agreed-upon edit. [Doc. # 1053.] Unless any party indicates otherwise by January 12, 2021, the Court will accept the attached version as final.

The joint status report also notes that the parties will continue discussions on an updated version of the ICE Directive. The Court hereby **ORDERS** that the parties submit a further joint status report regarding the finalization and implementation of the ICE Directive by **January 12, 2021**.

**IT IS SO ORDERED**.