1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

JOHN V. COGHLAN
Deputy Assistant Attorney General
Federal Programs Branch
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
 Tel:  (202) 532-4824
 Fax:  (202) 305-7000
 Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE ICE JUVENILE COORDINATOR REPORT; SUPPORTING DECLARATION** <br><br> Hearing Date: Not set <br><br> Hon. Dolly M. Gee <br><br> [Proposed] Order Filed Concurrently |

### *EX PARTE* APPLICATION

Pursuant to Local Rule 7-19, Defendants apply to this Court *ex parte* to extend the date for filing the Juvenile Coordinator Report for U.S. Immigration and Customs Enforcement (ICE) until Tuesday January 19, 2021. Defendants submit that good cause exists to grant the relief requested herein because a personal emergency for one of the individuals involved in preparing the report has caused delays in finalizing this report, and the additional time is necessary to allow the ICE Juvenile Coordinator to speak with the Monitor, Ms. Ordin, regarding the report. Declaration of Sarah B. Fabian (Fabian  Decl.) ¶ 4. Ms. Ordin agrees that an extension is appropriate, and no party will be prejudiced by the extension. *Id.* ¶ 5.

**Urgency:** This order is sought by means of an *ex parte* application because there is insufficient time to seek an extension by noticed motion.

**Notice:** Pursuant to L.R. 7-19.1, on January 15, 2021, Defendants' counsel notified Plaintiffs' counsel regarding Defendants' possible need for an extension, and asked whether counsel would oppose. ¶ 6.  Plaintiffs' counsel, Mr. Carlos Holquin, stated that he has no objection to Defendants' request. *Id.*


///


///


///

DATED: January 15, 2021          Respectfully submitted,

JOHN V. COGHLAN
Deputy Assistant Attorney General, Federal
Programs Branch

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## <u>DECLARATION OF SARAH B. FABIAN</u>

I, Sarah B. Fabian, declare pursuant to 28 U.S.C. § 1746 that:

1. I am an attorney with the Office of Immigration Litigation, Civil Division, Department of Justice, Washington, D.C., and, in such capacity, have been assigned by the Department of Justice as counsel to the defense of this action.

2. This Declaration is submitted in support of Defendants' *Ex Parte* Application for an extension of time to January 19, 2021 to file the U.S. Immigration and Customs Enforcement (ICE) Juvenile Coordinator report.

3. Defendants apply to this Court *ex parte* to extend the date for filing the ICE Juvenile Coordinator Report for until Tuesday January 19, 2021.

4. Good cause exists to grant the relief requested herein because I was informed today that a personal emergency for one of the individuals involved in preparing the report has caused delays in finalizing this report, and that additional time is necessary to allow the ICE Juvenile Coordinator to speak with the Monitor, Ms. Ordin, regarding the report.

5. Ms. Ordin has informed me that she agrees that an extension is appropriate.

6. I e-mailed Plaintiffs' counsel regarding Defendants' extension request on January 15, 2021, and Mr. Carlos Holguin responded by email that he has no objection.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of January, 2021, in the City of Denver, Colorado.

*/s/ Sarah B. Fabian*
SARAH B. FABIAN

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED THAT:

I, Sarah B. Fabian, am a citizen of the United States and am at least eighteen years of age. My business address is 450 Fifth Street, NW, Washington, DC 20001. I am not a party to the above-entitled action. I have caused service of the accompanying *EX PARTE* **APPLICATION FOR EXTENSION OF TIME TO FILE ICE JUVENILE COORDINATOR REPORT** on all counsel of record, by electronically filing the foregoing with the Clerk of the District Court using its ECF System, which electronically provides notice. I also notified Plaintiffs' counsel by electronic mail.

I declare under penalty of perjury that the foregoing is true and correct.

DATED:  January 15, 2021

*/s/Sarah B. Fabian*
Sarah B. Fabian