JOHN V. COGHLAN
Deputy Assistant Attorney General
Federal Programs Branch
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.*; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**[Proposed]**<br><br>**ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION FOR EXTENSION OF TIME TO FILE ICE JUVENILE COORDINATOR REPORT**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendants' Ex Parte Application for Extension of Time to File ICE Juvenile Coordinator Report.

UPON CONSIDERATION of the Request, and for the reasons set forth therein, the Court hereby ORDERS that the deadline for filing the ICE Juvenile Coordinator Report is reset to January 19, 2021.

.**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE