JOHN V. COGHLAN
Deputy Assistant Attorney General
Federal Programs Branch
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
 P.O. Box 868, Ben Franklin Station
 Washington, D.C. 20044
 Tel:  (202) 532-4824
 Fax:  (202) 305-7000
 Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>  Plaintiffs,<br><br>   v.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.,*<br><br>  Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**<u>ORDER ON APPLICATION TO SEAL</u>**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of ORR Juvenile Coordinator Report.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following document is filed under seal:

- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE