ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JEFFREY A. ROSEN, Acting Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |

Pursuant to the Court's Order Appointing Special Master/Independent Monitor, the Special Master/Independent Monitor ("Monitor") hereby submits this Notice of Request for Extension for an additional three (3) month term, as permitted by the terms of Section C.2 of the Order. [Doc. #494]. The Monitor has informed the Parties of her intent to submit this Notice of Request for Extension and has received no objections to a three month extension, but the Defendants stated that should the term be extended any further, the Defendants will object to the cap for the full year exceeding $300,000.

On October 5, 2018, the Court appointed the Monitor for a term of 12 months ("Initial Term") commencing October 17, 2018 (the "Effective Date"). [*Id.* at 4]. The Court has granted a series of Requests for Extension of Term [Doc. #698, #769, #1003], and on October 15, 2020, the Court granted a three month extension, extending the term to January 16, 2021. [Doc #1005].

Since the Monitor's reappointment on October 15, 2020, the Court has issued two Orders requiring Special Expert Dr. Paul H. Wise and the Monitor to provide enhanced monitoring of the Family Residential Centers' ("FRCs") care of minors, and to continue monitoring the conditions at Weslaco Border Patrol Station, and any hoteling of minors. [Doc. #1014, #1050].

The Court further ordered the parties to "meet and confer regarding the Court's edits/comments to the proposed Notice of Rights and the ICE Directive and attempt to finalize the language in both" [Doc. #1014], and on December 4, 2020, the Court ordered the parties and *Amici* to meet and confer and attempt to finalize the language in both with the Monitor presiding. The parties met on multiple occasions and submitted language for the Notice, and on January 5, 2020, the Court entered its Order approving the Notice. [Doc. #1056]. The Monitor continued to meet with counsel and *Amici* on the final language for the ICE Directive, and the parties and *Amici* filed their respective positions with the Court on January 12, 2021. [Doc. #1057].

After conducting multiple conference calls with Immigration and Customs Enforcement ("ICE") leadership, data specialists, and data experts for the Plaintiffs, the Monitor and Dr. Wise made recommendations for further future reporting by ICE.  The Monitor and Dr. Wise conferred with Plaintiffs regarding their interviews of minors detained at Weslaco, conducted conference calls regarding the treatment of minors detained at Weslaco and Nexus Children's Hospital, and conducted virtual tours at FRCs, interviewing staff and residents.

On occasion, in the course of the past three months, specific resident class members have raised issues of medical care in the FRCs through their lawyers or advocates.   Dr. Wise and the Monitor were given complete access to information requested and have worked cooperatively with the staff of the FRCs to resolve any issues.

The Monitor and Dr. Wise conducted virtual tours of two U.S. Office of Refugee Resettlement ("ORR") facilities and met with staff to evaluate conditions at these facilities, specifically focusing on the surge of numbers in the custody of ORR and implementation of COVID-19 safety protocols and precautions.

The Monitor and Dr. Wise request a three month extension in order to complete the enhanced monitoring in coordination with the Juvenile Coordinators, as contemplated by Court's orders, and to make any recommendations that may be necessary.  The Monitor also wishes to use this extension to focus on concluding the mediation related to Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause (*re: United States Customs and Border Protection (CBP)*).  [Doc. #572].  As stated in the October 15, 2020 Notice of Request for Extension of Special Master/Independent Monitor Term, the Parties had reached tentative agreement on a number of issues and subsequently exchanged lengthy written proposals.  Even without a written agreement, the government has implemented certain proposals and recommendations.  After a long delay caused in part by the pressing emergencies of COVID-19, the parties

commenced conferring telephonically in October 2020 and in early January 2021. The Monitor proposes scheduling a final mediation in order to reach a conclusion by February 2021.

## CONCLUSION

The term of the Special Master/Independent Monitor should be extended by a three month period, and the Monitor should be compensated at the hourly rate of $275.00, and Special Expert Dr. Paul H. Wise and aides of comparable skill and experience, should be compensated at the hourly rate of $275.00.  The services of additional Monitor's aides should be billed at a rate of $125.00.  The Monitor anticipates a cumulative 80 hours per month for the work of Dr. Wise and the Monitor together, with an additional 60 hours for the services of the Monitor's aides, and commits to a cap of $95,000.00 for the three month period. No travel expenses are expected for this period, but if travel is deemed necessary and consistent with safety during the pandemic, the Monitor and Dr. Wise will make a separate request.  The Monitor plans to file her final report on or before March 15, 2021.

DATED:   January 15, 2021          Respectfully submitted,

Andrea Sheridan Ordin


By   s/ Andrea Sheridan Ordin
       Andrea Sheridan Ordin

*Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on January 15, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/ INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on January 15, 2021, at Los Angeles, California.

Jeff Thomson