JOHN V. COGHLAN
Deputy Assistant Attorney General, Federal Programs Branch
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **NOTICE FILING JUVENILE** |
| v. | **COORDINATOR REPORTS** |
| JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.*, | |
| Defendants. | |

On December 4, 2020, the Court ordered Defendants to file an interim compliance reports from Ms. Deane Dougherty, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"), by January 15, 2021 (ECF No. 1050). On January 15, 2021, ICE requested an extension until January 19, 2021 to file its report (ECF No. 1059). ICE submits the attached compliance report for the Court's consideration.

DATED:       January 19, 2021              Respectfully submitted,

                                           JOHN V. COGHLAN
                                           Deputy Assistant Attorney General, Federal
                                           Programs Branch

                                           WILLIAM C. PEACHEY
                                           Director, District Court Section
                                           Office of Immigration Litigation

                                           WILLIAM C. SILVIS
                                           Assistant Director, District Court Section
                                           Office of Immigration Litigation

                                           */s/ Sarah B. Fabian*
                                           SARAH B. FABIAN
                                           NICOLE N. MURLEY
                                           Senior Litigation Counsel
                                           Office of Immigration Litigation
                                           District Court Section
                                           P.O. Box 868, Ben Franklin Station
                                           Washington, D.C. 20044
                                           Tel: (202) 532-4824
                                           Fax: (202) 305-7000
                                           Email: sarah.b.fabian@usdoj.gov

                                           *Attorneys for Defendants*

1

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2021, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants