JOHN V. COGHLAN
Deputy Assistant Attorney General
Federal Programs Branch
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
     P.O. Box 868, Ben Franklin Station
     Washington, D.C. 20044
     Tel:  (202) 532-4824
     Fax:  (202) 305-7000
     Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER ON APPLICATION TO SEAL** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Exhibit A to the ICE Juvenile Coordinator Report.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following document is filed under seal:

- Exhibit A to the Juvenile Coordinator Report of Deane Dougherty (portions)

**IT IS SO ORDERED.**

DATED: _____, 2021.

                                                        _____
                                                       THE HONORABLE DOLLY M. GEE
                                                       UNITED STATES DISTRICT JUDGE