1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER GRANTING DEFENDANTS' *EX PARTE* APPLICATION FOR EXTENSION OF TIME TO FILE ICE JUVENILE COORDINATOR REPORT [1059]** |

THIS CAUSE comes before the Court upon Defendants' *Ex Parte* Application for Extension of Time to File ICE Juvenile Coordinator Report. [Doc. # 1059.]

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the deadline for filing the ICE Juvenile Coordinator Report is reset to January 19, 2021.

**IT IS SO ORDERED.**

DATED: January 19, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE