1
2
3
4
5
6
7
8

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

9
10
11

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No.: CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | **ORDER ON APPLICATION TO SEAL [1061]** |
| JEFFREY A. ROSEN, Acting Attorney General of the United States; *et al.*, | |
| Defendants. | |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of ORR Juvenile Coordinator Report. [Doc. # 1061.]

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that Defendants file the following document under seal within three business days:

- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED: January 19, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-