BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MONTY WILKINSON, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **JOINT STATUS REPORT** |

On December 4, 2020, the Court ordered that the parties should continue to meet and confer regarding:

> (1) preparation of a poster or other methods by which to disseminate the Notice of Rights and other suggestions of Amici for notice process; and (2) video conference interviews with Class Members and video inspections of the FRCs.

ECF No. 1050, ¶ 4. The Court ordered that the parties should provide an update on these discussions in a Joint Status Report to be filed by January 22, 2021. In accordance with the Court's order, the parties submit the following updates.

<u>(1) preparation of a poster or other methods by which to disseminate the Notice of Rights and other suggestions of Amici for notice process</u>

The Court issued an order on January 5, 2021, approving the final Notice of Rights. ECF No. 1056. The parties have continued to meet and confer regarding the ICE Directive, and filed a joint status report regarding those discussions on January 12, 2021, ECF No. 1057. Amici are currently preparing the text of a draft poster. Defendants and Plaintiffs are awaiting receipt of the proposed poster, and will review it and discuss with the group as soon as it is received.

Plaintiffs believe the matter of the ICE Directive can be dealt with independent of when a poster is agreed upon or ordered and its use commenced.

<u>(2) video conference interviews with Class Members and video inspections of the FRCs</u>

From November 3-10, 2020, Plaintiffs conducted video conference interviews with Class Members and video inspections at all three of the ICE FRCs. Plaintiffs have not made any additional requests for interviews or inspections since that time.

Plaintiffs intend to conduct video conference interviews with Class Members and video inspections at selected ICE facilities where Class Members are detained, including all three of the ICE FRCs, and selected CBP facilities in March 2021.

Because Plaintiffs are stating their intent to conduct interviews and inspections in March 2021 for the first time in this draft JSR. Defendants will address those requests and coordinate with Plaintiffs as appropriate if and when such requests are properly submitted to Defendants.

///

///

///

DATED: January 22, 2021          */s/Peter Schey* (with permission)
                                 *Class Counsel for Plaintiffs*
                                 CENTER FOR HUMAN RIGHTS &
                                 CONSTITUTIONAL LAW
                                 Peter A. Schey
                                 Carlos Holguín

DATED: January 22, 2021          BRIAN BOYNTON
                                 Acting Assistant Attorney General
                                 Civil Division

                                 AUGUST E. FLENTJE
                                 Special Counsel
                                 Civil Division

                                 WILLIAM C. PEACHEY
                                 Director, District Court Section
                                 Office of Immigration Litigation

                                 WILLIAM C. SILVIS
                                 Assistant Director, District Court Section
                                 Office of Immigration Litigation

                                 */s/ Sarah B. Fabian*
                                 SARAH B. FABIAN
                                 NICOLE N. MURLEY
                                 Senior Litigation Counsel
                                 Office of Immigration Litigation
                                 District Court Section
                                 P.O. Box 868, Ben Franklin Station
                                 Washington, D.C. 20044
                                 Tel: (202) 532-4824
                                 Fax: (202) 305-7000
                                 Email: sarah.b.fabian@usdoj.gov

                                 *Attorneys for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on January 22, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants