CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (58232)
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: pschey@centerforhumanrights.org

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>   Plaintiffs,<br><br>v.<br><br>WILLIAM BARR, Attorney General of the United States, *et al.*,<br><br>   Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>PLAINTIFFS' COMMENTS RE ICE AND CBP JUVENILE COORDINATORS' REPORTS AND PROPOSED MEET AND CONFER RE ALL OUTSTANDING COMPLIANCE ISSUES<br><br>Hearing: January 29, 2021<br>11:00 AM<br><br>[Hon. Dolly M. Gee] |

/ / /

1 | *Plaintiffs' counsel continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu


LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500
Email: srosenbaum@law.berkeley.edu

/ / /

2

PLAINTIFFS' COMMENTS RE JUVENILE COORDINATORS' REPORTS
CV 85-4544-DMG-AGRX

On December 4, 2020, the Court ordered the ICE Juvenile Coordinators to file their next interim reports by 1/15/2021, and the CBP Juvenile Coordinator to file an interim report by 1/15/2021. Doc. # 1050.[1] Plaintiffs, Defendants, and Amici were granted to 1/22/2021 to file responses, if any, to these interim reports. The parties were also ordered to continue to meet and confer on the areas on which they agreed to further discussions in their 10/9/2020 Joint Status Report and to provide an update on these discussions in a Joint Status Report to be filed by 1/22/2021, which the parties did.

On January 15, 2021, Defendants filed the CBP Juvenile Coordinators. On January 19, 2021, four days late but pursuant to an unopposed Court ordered extension, Defendants provided Plaintiffs with an unredacted ICE Juvenile Coordinators Report.

In light of the new Administration, Plaintiffs are seeking a meet and confer with the Defendants as promptly as reasonably possible with the participation of the Special Master to explore and attempt to resolve *all* issues relating to the FSA and FSA compliance. The Court has frequently urged the parties to meet and confer and develop solutions to compliance short of motions and Court Orders, and the new Administration may be inclined to agree.

In 2020, the docket entries in this case started with Docket # 718, and by December 31, 2020, ended with Docket # 1055. Thus, the parties disputes caused over 300 filings in 2020. Defendants and Plaintiffs meeting and conferring to address all FSA issues will hopefully eliminate or very substantially reduce the need for over 300 filings in 2021.

---

[1] Plaintiffs provided Defendants with notice of this filing on January 26, 2021. Defendants responded as follows: "Defendants object to the late-filed response on the basis that Defendants have not had the opportunity to … address any issues raised in the response in advance of its filing." Plaintiffs believe Defendants can address any issues raised herein at the scheduled status conference.

- 1 -

## ICE COORDINATOR'S REPORT

As the ICE Juvenile Coordinator's reports states, as of January 8, 2021, there were 141 Class Members at ICE FRCs, with 37 detained for more than twenty (20) days. Plaintiffs have three concerns regarding the report.

First, it appears release continues to be linked to positive credible fear determinations rather than the terms of the FSA.

Second, the number of Class Members testing positive for COVID-19 indicates the importance of ICE promptly implementing the notice of rights and a directive so parents who want Class Members released to a sponsor may exercise their child's right to release under the FSA.

Third, the licensing of the FRCs and their status as non-secure facilities as contemplated by the FSA continue to be in dispute.

## CBP JUVENILE COORDINATOR'S REPORT

The CBP Juvenile Coordinator's Report generally states that significant progress has been made in the conditions relating to Class Members in CBP custody. If accurate, this should provide the parties with the incentive to finalize a settlement setting forth Class Members' rights and CBPs responsibilities under the FSA. The Special Master continues to be actively involved in this process and the Court may consider requiring a status report in 30 days to encourage the meet and confer process.[2]

///

---

[2] Plaintiffs do not by way of the above comments suggest that they are in agreement with all aspects of the recently filed ICE and CBP Juvenile Coordinators' reports.

2  PLAINTIFFS' COMMENTS RE JUVENILE COORDINATORS' REPORTS
CV 85-4544-DMG-AGRX

Dated: January 26, 2021

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Peter A. Schey
Carlos R. Holguín


USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing


LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum


*/s/ Peter Schey*
Peter Schey
*One of the Attorneys for Plaintiffs*

///

## CERTIFICATE OF SERVICE

I hereby certify that on January 27, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Peter Schey*
PETER SCHEY
CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Attorney for Plaintiffs

/ / /