UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date January 29, 2021 |

Title *Jenny L. Flores, et al. v. Jeffrey A. Rosen, et al.*

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | |
| Leecia Welch | |

**Proceedings: STATUS CONFERENCE**

The cause is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; and Bridget Cambria, Denise Bell, and Xiao Wang for Amici. The hearing is held by videoconference. The Court and counsel confer.

A further status conference is set on **March 19, 2021 at 11:00 a.m.** The Juvenile Coordinators' Interim Reports are due by March 5, 2021. Responses to the reports are due by March 12, 2021. A further written order will issue regarding additional details and deadlines.

:38