BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MONTY WILKINSON, Acting Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>**STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT**<br><br>Hearing:  None set<br><br>[HON. DOLLY M. GEE] |

The parties, by and through undersigned counsel, hereby file their stipulated request to extend by fourteen days, until February 22, 2021, the deadline set in Paragraph 1 of the Court's January 29, 2021 Order, requiring the parties to file the latest version of the ICE Directive along with a joint status report identifying remaining areas of disagreement with regard to the dissemination of the Notice of Rights by February 8, 2021. ECF No. 1077 at 2, ¶ 1. Defendants request this additional time to allow the U.S. Department of Homeland Security to review the ICE Directive, and to allow Defendants to consider whether further changes may be required in light of new agency leadership and recently-issued policy directives. Defendants emailed Plaintiffs regarding this extension on February 3, 2021, and Plaintiffs agreed to join in Defendants' extension request. Accordingly, the parties jointly request that the Court extend the deadline for filing the ICE Directive and joint status report directed in Paragraph 1 of the Court's January 29, 2021 order to February 22, 2021.

///

///

///

Respectfully submitted,

Dated: February 5, 2021

/s/*Peter Schey (*with permission)
Peter A. Schey
  CENTER FOR HUMAN RIGHTS &
  CONSTITUTIONAL LAW

*Class Counsel for Plaintiffs*

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah Fabian*
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants