BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MONTY WILKINSON, Acting Attorney General of the United States; *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG<br><br>[Proposed]<br><br>**<u>ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT</u>**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Deadline to File Joint Status Report.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, the Court hereby ORDERS that the deadline for the parties to file the ICE Directive and joint status report directed in Paragraph 1 of the Court's January 29, 2021 order is extended to February 22, 2021.

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE