BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  sarah.b.fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
|     Plaintiffs, | **TENTH SUPPLEMENT TO DEFENDANTS' RESPONSE TO JUNE 25, 2020 AMICUS BRIEF** |
|     v. | |
| MONTY WILKINSON, Acting Attorney General of the United States; *et al.*, | |
|     Defendants. | |

On June 26, 2020, the Court ordered that "Defendants may respond to the amicus brief [Doc. # 831] by July 2, 2020." ECF No. 833 at ¶ 3. In accordance with the Court's order, on July 2, 2020, Defendants filed a response from Ms. Deane Dougherty, the Juvenile Coordinator for U.S. Immigration and Customs Enforcement ("ICE"). See ECF No. 838. That response explained that "ICE has been reporting any positive test results to the Court in *O.M.G. v. Wolf*, 1:20-cv-00786-JEB (D.D.C filed March 21, 2020)," and attached the reports submitted to the *O.M.G.* Court as of July 2, 2020. See Response of Deane Dougherty, ECF No. 838-1, at 2 and attachments.

Defendants have continued to submit updates to that Court, and have supplemented their July 2, 2020 filing to this Court with additional reports filed in *O.M.G.* through January 15, 2021. Defendants stated that they will continue to update this Court regarding the reports filed in *O.M.G.* Accordingly, attached hereto are the additional reports filed in *O.M.G.* through February 12, 2021.

///

///

///

1

DATED:     February 16, 2021          Respectfully submitted,

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 16, 2021, I served the foregoing pleading and attachments on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants