# *O.M.G. v. Wolf*

# FILINGS

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

O.M.G., *et al.*,

        *Petitioners*,

v.

Chad WOLF, Acting Secretary of the U.S. Department of Homeland Security, *et al.*,

        *Respondents*.

Case No. 1:20-cv-00786-JEB

**NOTICE OF COVID-19 POSITIVE CASES**

The Honorable James E. Boasberg

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that since the last notice (ECF No. 162) one (1) employee at the Karnes County Family Residential Center ("Karnes FRC"), and five (5) employees at the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19.[1] U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

## I.    Karnes County Family Residential Center ("Karnes FRC")

<u>Employee 1</u>: Employee 1 is a recreation specialist, who tested on January 15, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC on January 14, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 1 was at Karnes FRC, including January 13 and 14, 2021, and revealed that Employee 1 had close contact with other employees, but no residents. The exposed employees have been notified and asked to quarantine for 14 days from the date of

---

[1] Acting Secretary David Pekoske is substituted for his predecessor, Peter R. Gaynor, who was substituted for his predecessor, Chad Wolf.  *See* Fed. R. Civ. P. 25(d).

exposure and to contact Human Resources for further guidance before reporting to work. Employee 1 is and will remain in quarantine for 14 days from the date of the positive test result, until January 30, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

## II.     South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is an administrative clerk, who tested at an off-site facility on January 18, 2021, due to experiencing symptoms beginning on January 16, 2021. On January 18, 2021, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Dilley FRC on January 12, 2021. Contact tracing will not be conducted as Employee 1 was not at Dilley FRC in the 48-hours prior to experiencing symptoms. Employee 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 2, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is an assistant facility administrator, who tested at an off-site facility on January 18, 2021, due to experiencing symptoms beginning on that date. On January 20, 2021, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Dilley FRC on January 17, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Dilley FRC, including January 16 and 17, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 4, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

2

Employee 3: Employee 3 is a case manager, who tested at an off-site facility on January 19, 2021, due to experiencing symptoms beginning on January 17, 2021. On January 19, 2021, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Dilley FRC on January 15, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 3 was at Dilley FRC, including January 15, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 3 is and will remain in quarantine for 14 days from the date of the positive test result, until February 3, 2021. After that time, Employee 3 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 is a resident supervisor, who tested at a local hospital on January 17, 2021, due to experiencing symptoms beginning on January 11, 2021. On January 17, 2021, the results came back positive. On January 18, 2021, Employee 4 was admitted to a local hospital for treatment. Employee 4 was last at Dilley FRC on December 31, 2020.[2] Contact tracing will not be conducted since Employee 4 was not at Dilley FRC in the 48-hours prior to experiencing symptoms. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 1, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 5: Employee 5 is a resident supervisor, who tested at an off-site facility on January 19, 2021, due to experiencing symptoms beginning on that date. On January 20, 2021, the results came back positive. At this time, Employee 5 has not required treatment at a hospital or medical facility. Employee 5 was last at Dilley FRC on January 18, 2021. Contact tracing will be

---

[2] Employee 4 had already been on quarantine since January 6, 2021, after being potentially exposed outside Dilley FRC.

conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 5 was at Dilley FRC, including January 18, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 5 is and will remain in quarantine for 14 days from the test date, until February 3, 2021. After that time, Employee 5 has been directed to contact Human Resources for further guidance before reporting to work.

RESPECTFULLY SUBMITTED this 22nd day of January, 2021.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division, U.S. Attorney's Office
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2549
Email: BHudak@usdoj.gov

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| O.M.G., *et al.*, <br><br> *Petitioners*, <br><br> v. <br><br> David PEKOSKE, Acting Secretary of the U.S. Department of Homeland Security, *et al.*, <br><br> *Respondents*. | Case No. 1:20-cv-00786-JEB <br><br> **NOTICE OF COVID-19 POSITIVE CASES** <br><br> The Honorable James E. Boasberg |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that since the last notice (ECF No. 168) six (6) employees and four (4) new intakes at the Karnes County Family Residential Center ("Karnes FRC"), nine (9) employees and four (4) new intakes at the South Texas Family Residential Center ("Dilley FRC"), and three (3) new intakes at the Berks Family Residential Center ("Berks FRC") have tested positive for COVID-19.[1] U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

## I.      Karnes County Family Residential Center ("Karnes FRC")

<u>Employee 1</u>: Employee 1 is a resident advisor, who tested on January 20, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC on January 20, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 1 was at Karnes FRC, including January 20, 2021,

---

[1] Acting Secretary David Pekoske is automatically substituted for his predecessor, Peter R. Gaynor, who was substituted for his predecessor, Chad Wolf. *See* Fed. R. Civ. P. 25(d).

1

and revealed that Employee 1 did not have any close contact with other employees or residents. Employee 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 4, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a resident advisor, who tested on January 20, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Karnes FRC on January 20, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Karnes FRC, including January 18, 19, and 20, 2021, and revealed that Employee 2 had close contact with one (1) other employee, but no residents. The exposed employee has been notified and asked to quarantine for 14 days from the date of exposure and to contact Human Resources for further guidance before reporting to work. Employee 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 4, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 3: Employee 3 is a bailiff lieutenant, who tested on January 20, 2021, due to experiencing symptoms beginning on that date. On January 22, 2021, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Karnes FRC on January 18, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 3 was at Karnes FRC, including January 18, 2021, and revealed that Employee 3 did not have any close contact with other employees or residents. Employee 3 is and will remain in quarantine for 14 days from the date of the positive test result, until February 6, 2021. After that time, Employee 3 has been directed to

2

contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 is a resident advisor, who tested on January 26, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 4 has not required treatment at a hospital or medical facility. Employee 4 was last at Karnes FRC on January 26, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 4 was at Karnes FRC, including January 25 and 26, 2021, and revealed that Employee 4 had close contact with three (3) other employees, but no residents. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure, and be asked to report any symptoms to Human Resources. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 10, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 5: Employee 5 is a resident advisor, who tested on January 26, 2021, due to experiencing symptoms beginning on January 25, 2021. On January 26, 2021, the results came back positive. At this time, Employee 5 has not required treatment at a hospital or medical facility. Employee 5 was last at Karnes FRC on January 25, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 5 was at Karnes FRC, including January 23, 24, and 25, 2021, and revealed that Employee 5 had close contact with five (5) other employees, but no residents. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure, and be asked to report any symptoms to Human Resources. Employee 5 is and will remain in quarantine for 14 days from the date of the positive test result, until February 10, 2021. After that time, Employee 5 has been directed to contact Human Resources for further guidance before reporting to work.

3

Employee 6: Employee 6 is a resident advisor, who tested on January 27, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 6 has not required treatment at a hospital or medical facility. Employee 6 was last at Karnes FRC on January 24, 2021. As a precaution, contact tracing was conducted for the last date Employee 6 was at Karnes FRC and revealed that Employee 6 did not have any close contact with other employees or residents at the facility, however, after January 24, 2021, Employee 6 had close contact with seven (7) employees outside of the facility. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure, and be asked to report any symptoms to Human Resources. Employee 6 is and will remain in quarantine for 14 days from the date of the positive test result, until February 11, 2021. After that time, Employee 6 has been directed to contact Human Resources for further guidance before reporting to work.

New Intake 1: New Intake 1 arrived at Karnes FRC on January 23, 2021, and was tested that same day as part of the new intake process. On January 25, 2021, the results came back positive. New Intake 1 is asymptomatic and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 9, 2021. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 1 are and will remain in cohort for 14 days from the date of their arrival, until February 7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 2: New Intake 2 arrived at Karnes FRC on January 20, 2021, and was tested that same day as part of the new intake process.[2] On January 23, 2021, the results came back

---

[2] New Intake 2 arrived at Karnes FRC with their family unit including New Intake 2's spouse (reported at New Intake 3 below) and child (reported as New Intake 4 below).

positive. New Intake 2 is asymptomatic and being closely monitored. New Intake 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 7, 2021. At this time, New Intake 2 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 2 are and will remain in cohort for 14 days from the date of New Intake 2's positive test result, until February 7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 3: New Intake 3 arrived at Karnes FRC on January 20, 2021, and was tested that same day as part of the new intake process. On January 23, 2021, the results came back positive. New Intake 3 is asymptomatic and being closely monitored. New Intake 3 is and will remain in quarantine for 14 days from the date of the positive test result, until February 7, 2021. At this time, New Intake 3 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 3 are and will remain in cohort for 14 days from the date of New Intake 3's positive test result, until February 7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 4: New Intake 4 arrived at Karnes FRC on January 20, 2021, and was tested that same day as part of the new intake process. On January 23, 2021, the results came back positive. New Intake 4 is asymptomatic and being closely monitored. New Intake 4 is and will remain in quarantine for 14 days from the date of the positive test results, until February 7, 2021. At this time, New Intake 4 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 4 are and will remain in cohort for 14 days from the date of New Intake 4's positive test result, until February 7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

## II. South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is a resident supervisor, who tested at an off-site facility on January 20, 2021, due to exposure to an individual who tested positive for COVID-19 on that same date. On January 21, 2021, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Dilley FRC on January 20, 2021. Contact tracing will be conducted for the 48-hours prior to the date of exposure, on the dates Employee 1 was at Dilley FRC, including January 20, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 1 is and will remain in quarantine for 14 days from the date of exposure, until February 4, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a resident advisor, who tested on January 14, 2021, due to experiencing symptoms beginning on that date. On January 18, 2021, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Dilley FRC on January 13, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Dilley FRC, including January 11, 12, and 13, 2021, and revealed that Employee 2 had close contact with one (1) other employee, but no residents. The exposed employee has been notified and asked to quarantine for 14 days from the date of exposure and to contact Human Resources for further guidance before reporting to work. Employee 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 2, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 3: Employee 3 is an employee cook, who tested on January 11, 2021, due to

experiencing symptoms beginning on that date. On January 15, 2021, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Dilley FRC on January 9, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 3 was at Dilley FRC, including January 9, 2021, and revealed that Employee 3 did not have any close contact with other employees or residents. Employee 3 is and will remain in quarantine for 14 days from the date of the positive test result, until January 30, 2021. After that time, Employee 3 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 is a resident advisor, who tested on January 14, 2021, prior to receiving a medical procedure. On January 18, 2021, the results came back positive. At this time, Employee 4 has not required treatment at a hospital or medical facility for COVID-19. Employee 4 was last at Dilley FRC on January 14, 2021. Contact tracing was conducted for Employee 4's last day at Dilley FRC and revealed that Employee 4 did not have any close contact with other employees or residents. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 2, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 5: Employee 5 is a resident advisor, who tested on January 13, 2021, due to experiencing symptoms beginning on that date. On January 15, 2021, the results came back positive. On January 16, 2021, Employee 5 was admitted to a local hospital for treatment. Employee 5 was last at Dilley FRC on January 13, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 5 was at Dilley FRC, including January 13, 2021, and revealed that Employee 5 did not have any close contact with other employees or residents. Employee 5 is and will remain in quarantine for 14 days from the date of

7

the positive test result, until January 30, 2021. After that time, Employee 5 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 6: Employee 6 is a resident supervisor, who tested on January 21, 2021, due to experiencing symptoms beginning on that date. On January 22, 2021, the results came back positive. At this time, Employee 6 has not required treatment at a hospital or medical facility. Employee 6 was last at Dilley FRC on January 20, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 6 was at Dilley FRC, including January 19 and 20, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 6 is and will remain in quarantine for 14 days from the date of testing, until February 5, 2021. After that time, Employee 6 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 7: Employee 7 is a commissary worker, who tested on January 22, 2021, due to experiencing symptoms beginning on January 19, 2021. On January 22, 2021, the results came back positive. At this time, Employee 7 has not required treatment at a hospital or medical facility for COVID-19. Employee 7 was last at Dilley FRC on January 19, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 7 was at Dilley FRC, including January 19, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 7 is and will remain in quarantine for 14 days from the date of the positive test result, until February 6, 2021. After that time, Employee 7 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 8: Employee 8 is a resident supervisor, who tested on January 24, 2021, due to experiencing symptoms beginning on January 23, 2021. On January 25, 2021, the results came

back positive. At this time, Employee 8 has not required treatment at a hospital or medical facility for COVID-19. Employee 8 was last at Dilley FRC on January 23, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 8 was at Dilley FRC, including January 22 and 23, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 8 is and will remain in quarantine for 14 days from the date of testing, until February 8, 2021. After that time, Employee 8 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 9: Employee 9 is a resident supervisor, who tested on January 21, 2021, due to experiencing symptoms beginning on January 20, 2021. On January 23, 2021, the results came back positive. At this time, Employee 9 has not required treatment at a hospital or medical facility for COVID-19. Employee 9 was last at Dilley FRC on January 20, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 9 was at Dilley FRC, including January 18, 19, and 20, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 9 is and will remain in quarantine for 14 days from the date of testing, until February 5, 2021. After that time, Employee 9 has been directed to contact Human Resources for further guidance before reporting to work.

New Intake 1: New Intake 1 arrived at Dilley FRC on January 22, 2021, and was tested the following day, January 23, 2021, as part of the new intake process. On January 25, 2021, the results came back positive. New Intake 1 is currently asymptomatic and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of arrival, until February 6, 2021. At this time, New Intake 1 has not required treatment at an outside hospital or medical

9

facility. As a precaution, contact tracing will be conducted from the date of New Intake 1's arrival on January 22, 2021, through the date of the positive test result on January 25, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 1 are and will remain in cohort for 14 days from the date of their arrival, until February 6, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 2: New Intake 2 arrived at Dilley FRC on January 24, 2021, and was tested that same day as part of the new intake process. On January 26, 2021, the results came back positive. New Intake 2 is currently asymptomatic and being closely monitored. New Intake 2 is and will remain in quarantine for 14 days from the date of arrival, until February 8, 2021. At this time, New Intake 2 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 2's arrival on January 24, 2021, through the date of the positive test result on January 26, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 2 are and will remain in cohort for 14 days from the date of their arrival, until February 8, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 3: New Intake 3 arrived at Dilley FRC on January 24, 2021, and was tested that same day as part of the new intake process. On January 26, 2021, the results came back positive. New Intake 3 is currently asymptomatic and being closely monitored. New Intake 3 is and will remain in quarantine for 14 days from the date of arrival, until February 8, 2021. At this time, New Intake 3 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 3's arrival on January

24, 2021, through the date of the positive test result on January 26, 2021. If any exposure is

identified, the protocols for contact exposure previously described in ECF No. 108 will be

implemented. All new intakes who arrived at the facility with New Intake 3 are and will remain in

cohort for 14 days from the date of their arrival, until February 8, 2021, and will be monitored and

assessed for signs and symptoms of COVID-19 once per day.

New Intake 4: New Intake 4 arrived at Dilley FRC on January 25, 2021, and was tested

that same day as part of the new intake process. On January 27, 2021, the results came back

positive. New Intake 4 is currently asymptomatic and being closely monitored. New Intake 4 is

and will remain in quarantine for 14 days from the date of the positive test result, until February

11, 2021. At this time, New Intake 4 has not required treatment at an outside hospital or medical

facility. As a precaution, contact tracing will be conducted from the date of New Intake 4's arrival

on January 25, 2021, through the date of the positive test result on January 27, 2021. If any

exposure is identified, the protocols for contact exposure previously described in ECF No. 108

will be implemented. All new intakes who arrived at the facility with New Intake 4 are and will

remain in cohort for 14 days from the date of their arrival, until February 9, 2021, and will be

monitored and assessed for signs and symptoms of COVID-19 once per day.

### III.   Berks Family Residential Center ("Berks FRC")

New Intake 1: New Intake 1 arrived at Berks FRC on January 23, 2021, and was tested that

same day as part of the new intake process.[3] On January 25, 2021, the results came back positive.

New Intake 1 is currently experiencing a cough and being closely monitored. New Intake 1 has

been in quarantine since arriving at Berks FRC and will remain in quarantine until cleared by

medical staff. At this time, New Intake 1 has not required treatment at an outside hospital or

---

[3] New Intake 1 arrived at Berks FRC with their family unit including New Intake 1's spouse (reported at New Intake 2 below) and child (reported as New Intake 3 below).

medical facility. As a precaution, contact tracing was conducted from the date of New Intake 1's
arrival on January 23, 2021, through the date of the positive test result on January 25, 2021, and
revealed that New Intake 1 had close contact with two (2) employees, but no residents outside of
New Intake 1's cohorted family unit. The exposed employees have been notified and asked to
quarantine for 14 days from the date of exposure. All new intakes who arrived at the facility with
New Intake 1 are and will remain in cohort for 14 days from the date of their arrival, until February
7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 2: New Intake 2 arrived at Berks FRC on January 23, 2021, and was tested that
same day as part of the new intake process. On January 25, 2021, the results came back positive.
New Intake 2 is asymptomatic and being closely monitored. New Intake 2 has been in quarantine
since arriving at Berks FRC and will remain in quarantine until cleared by medical staff. At this
time, New Intake 2 has not required treatment at an outside hospital or medical facility. As a
precaution, contact tracing was conducted from the date of New Intake 2's arrival on January 23,
2021, through the date of the positive test result on January 25, 2021, and revealed that New Intake
2 had close contact with two (2) employees, but no residents outside of New Intake 2's cohorted
family unit. The exposed employees have been notified and asked to quarantine for 14 days from
the date of exposure. All new intakes who arrived at the facility with New Intake 2 are and will
remain in cohort for 14 days from the date of their arrival, until February 7, 2021, and will be
monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 3: New Intake 3 arrived at Berks FRC on January 23, 2021, and was tested that
same day as part of the new intake process. On January 25, 2021, the results came back positive.
New Intake 3 is asymptomatic and being closely monitored. New Intake 3 has been in quarantine
since arriving at Berks FRC and will remain in quarantine until cleared by medical staff. At this

time, New Intake 3 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing was conducted from the date of New Intake 3's arrival on January 23, 2021, through the date of the positive test result on January 25, 2021, and revealed that New Intake 3 had close contact with two (2) employees, but no residents outside of New Intake 3's cohorted family unit. The exposed employees have been notified and asked to quarantine for 14 days from the date of exposure. All new intakes who arrived at the facility with New Intake 3 are and will remain in cohort for 14 days from the date of their arrival, until February 7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

RESPECTFULLY SUBMITTED this 29th day of January, 2021.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division, U.S. Attorney's Office
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2549
Email: BHudak@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715

Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

O.M.G., *et al.*,

           *Petitioners*,

v.

Alejandro MAYORKAS, Secretary of the U.S. Department of Homeland Security, *et al.*,

           *Respondents*.

Case No. 1:20-cv-00786-JEB

**NOTICE OF COVID-19 POSITIVE CASES**

The Honorable James E. Boasberg

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that since the last notice (ECF No. 173) seven (7) employees and four (4) new intakes at the Karnes County Family Residential Center ("Karnes FRC"), and five (5) employees and five (5) new intakes at the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19, and there were no additional positive cases at the Berks Family Residential Center ("Berks FRC").[1] U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

### I.    Karnes County Family Residential Center ("Karnes FRC")

<u>Employee 1</u>: Employee 1 is a supervisory detention and deportation officer, who tested on January 29, 2021, due to experiencing symptoms beginning on January 28, 2021. On January 29, 2021, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC on January 28, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 1

---

[1] Secretary Alejandro Mayorkas is automatically substituted for his predecessor, David Pekoske, who was substituted for predecessors Peter R. Gaynor and Chad Wolf. *See* Fed. R. Civ. P. 25(d).

was at Karnes FRC, including January 26, 27, and 28, 2021, and revealed that Employee 1 had close contact with two (2) other employees, but no residents. The exposed employees have been notified and asked to self-monitor for, and report, any symptoms to Human Resources. Employee 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 13, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a cook, who tested on January 29, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Karnes FRC on January 29, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Karnes FRC, including January 29, 2021, and revealed that Employee 2 had close contact with seven (7) other employees at the facility and one (1) other employee outside of the facility, but no residents. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure, and be asked to report any symptoms to Human Resources. Employee 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 13, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 3: Employee 3 is a resident supervisor, who tested on January 29, 2021, due to experiencing symptoms beginning January 28, 2021. On January 29, 2021, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Karnes FRC on January 28, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 3 was at Karnes FRC, including January 28, 2021, and revealed that Employee 3 did not have any close contact with other

2

employees or residents at the facility, but had close contacts with two (2) other employees outside of the facility. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure, and be asked to report any symptoms to Human Resources. Employee 3 is and will remain in quarantine for 14 days from the date of the positive test result, until February 13, 2021. After that time, Employee 3 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 is a supervisory detention and deportation officer, who tested on January 31, 2021, due to experiencing symptoms beginning January 30, 2021. On January 31, 2021, the results came back positive. At this time, Employee 4 has not required treatment at a hospital or medical facility. Employee 4 was last at Karnes FRC on January 29, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 4 was at Karnes FRC, including January 28, and 29, 2021, and revealed that Employee 4 had close contact with three (3) other employees, but no residents. The exposed employees have been notified and asked to self-monitor for, and report, any symptoms to Human Resources. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 15, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 5: Employee 5 is a cook, who tested on January 30, 2021, due to experiencing symptoms beginning on that date. On January 31, 2021, the results came back positive. At this time, Employee 5 has not required treatment at a hospital or medical facility. Employee 5 was last at Karnes FRC on January 28, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 5 was at Karnes FRC, including January 28, 2021, and revealed that Employee 5 did not have any close contact with other employees or residents.

Employee 5 is and will remain in quarantine for 14 days from the date of the positive test result, until February 15, 2021. After that time, Employee 5 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 6: Employee 6 is a resident advisor, who tested on January 28, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 6 has not required treatment at a hospital or medical facility. Employee 6 was last at Karnes FRC on January 27, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 6 was at Karnes FRC, including January 27, 2021, and revealed that Employee 6 did not have any close contact with other employees or residents at the facility, but did have close contact with two (2) other employees outside of the facility. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure, and be asked to report any symptoms to Human Resources. Employee 6 is and will remain in quarantine for 14 days from the date of the positive test result, until February 12, 2021. After that time, Employee 6 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 7: Employee 7 is a cook, who tested on February 2, 2021, due to experiencing symptoms beginning on January 31, 2021. That same day, the results came back positive. At this time, Employee 7 has not required treatment at a hospital or medical facility. Employee 7 was last at Karnes FRC on January 30, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 7 was at Karnes FRC, including January 29 and 30, 2021, and revealed that Employee 7 had close contact with two (2) other employees at the facility and two (2) other employees outside of the facility, but no residents. The exposed employees will be notified, have their temperature checked twice per shift for 14 days from the date of exposure,

4

and be asked to report any symptoms to Human Resources. Employee 7 is and will remain in quarantine for 14 days from the date of the positive test result, until February 15, 2021. After that time, Employee 7 has been directed to contact Human Resources for further guidance before reporting to work.

New Intake 1: New Intake 1 arrived at Karnes FRC on January 27, 2021, and was tested that same day as part of the new intake process. On January 29, 2021, the results came back positive. New Intake 1 is asymptomatic and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 13, 2021. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. New Intake 1 arrived at Karnes FRC with New Intake 1's child (reported as New Intake 2 below), and no other residents. New Intake 1's child is and will remain in cohort with New Intake 1 for 14 days from the date of New Intake 1's positive test result, until February 13, 2021.

New Intake 2: New Intake 2 arrived at Karnes FRC on January 27, 2021, and was tested that same day as part of the new intake process. On January 29, 2021, the results came back positive. New Intake 2 is asymptomatic and being closely monitored. New Intake 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 13, 2021. At this time, New Intake 2 has not required treatment at an outside hospital or medical facility. As noted above, New Intake 2 arrived at Karnes FRC with a parent (reported as New Intake 1 above), and no other residents. New Intake 2 is and will remain in cohort with his/her parent for 14 days from the date of New Intake 2's positive test result, until February 13, 2021.

New Intake 3: New Intake 3 arrived at Karnes FRC on January 23, 2021, was tested that same day as part of the new intake process. On January 25, 2021, the results came back negative. New Intake 3 was tested a second time on January 30, 2021, due to New Intakes 3's scheduled

departure from the facility on February 2, 2021. On January 30, 2021, the results came back positive. From the date of New Intake 3's positive test result until New Intake 3's date of departure, New Intake 3 was asymptomatic and closely monitored. New Intake 3 was and remained in quarantine from their date of arrival until their date of departure and did not require treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 3 are and will remain in cohort for 14 days from their date of arrival, until February 7, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 4: New Intake 4 arrived at Karnes FRC on January 30, 2021, and was tested that same day as part of the new intake process. On February 2, 2021, the results came back positive. New Intake 4 is asymptomatic and being closely monitored. New Intake 4 is and will remain in quarantine for 14 days from the date of the positive test results, until February 17, 2021. At this time, New Intake 4 has not required treatment at an outside hospital or medical facility. All new intakes who arrived at the facility with New Intake 4 are and will remain in cohort for 14 days from their date of arrival, until February 14, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

## II.     South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is a warehouse / commissary worker, who tested at an off-site facility on January 29, 2021, due to experiencing symptoms beginning on January 28, 2021. On January 30, 2021, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Dilley FRC on January 27, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 1 was at Dilley FRC, including January 27, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented.

6

Employee 1 is and will remain in quarantine for 14 days from the date of testing, until February 13, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a resident supervisor, who tested on January 29, 2021, due to experiencing symptoms beginning on that date. On January 30, 2021, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Dilley FRC on January 27, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Dilley FRC, including January 27, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 2 is and will remain in quarantine for 14 days from the date of testing, until February 13, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 3: Employee 3 is a resident supervisor, who began experiencing symptoms on January 11, 2020, but received a negative test result. On January 28, 2021, Employee 3 tested a second time due to continuing symptoms. On January 30, 2021, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Dilley FRC on January 5, 2021. Contact tracing will not be conducted since Employee 3 was not present at Dilley FRC in the 48-hours prior to the onset of symptoms. Employee 3 is and will remain in quarantine for 14 days from the date of testing, until February 12, 2021. After that time, Employee 3 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 provides administrative support to the medical staff, who was tested on January 31, 2021. That same day, the results came back positive. At this time, Employee

4 is asymptomatic and has not required treatment at a hospital or medical facility. Employee 4 was last at Dilley FRC on January 29, 2021. Contact tracing will be conducted for the 48-hours prior to testing, on the dates Employee 4 was at Dilley FRC, including January 29, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 15, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 5: Employee 5 is a resident supervisor, who tested on February 4, 2021, due to experiencing symptoms beginning on February 2, 2021. At this time, Employee 5 has not required treatment at a hospital or medical facility. Employee 5 was last at Dilley FRC on January 27, 2021. Contact tracing will not be conducted since Employee 5 was not present at Dilley FRC in the 48-hours prior to the onset of symptoms. Employee 5 is and will remain in quarantine for 14 days from the date of the positive test result, until February 19, 2021. After that time, Employee 5 has been directed to contact Human Resources for further guidance before reporting to work.

New Intake 1: New Intake 1 arrived at Dilley FRC on January 26, 2021, and was tested the following day, January 27, 2021, as part of the new intake process. On January 28, 2021, the results came back positive. New Intake 1 is currently asymptomatic and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of arrival, until February 10, 2021. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 1's arrival on January 26, 2021, through the date following New Intake 1's positive test result, January 29, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 1 are

and will remain in cohort for 14 days from the date of their arrival, until February 10, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 2: New Intake 2 arrived at Dilley FRC on January 26, 2021, and was tested on January 29, 2021, as part of the new intake process. On January 29, 2021, the results came back positive. New Intake 2 is currently asymptomatic and being closely monitored. New Intake 2 is and will remain in quarantine for 14 days from the date of arrival, until February 10, 2021. At this time, New Intake 2 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 2's arrival on January 26, 2021, through the date of the positive test result on January 29, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 2 are and will remain in cohort for 14 days from the date of their arrival, until February 10, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 3: New Intake 3 arrived at Dilley FRC on January 27, 2021, and was tested the following day, on January 28, 2021, as part of the new intake process. On January 29, 2021, the results came back positive. New Intake 3 is currently asymptomatic and being closely monitored. New Intake 3 is and will remain in quarantine for 14 days from the date of arrival, until February 11, 2021. At this time, New Intake 3 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 3's arrival on January 27, 2021, through the date of the positive test result on January 29, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 3 are and will remain in cohort for 14 days from the date of their arrival, until February 11, 2021, and will be

9

monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 4: New Intake 4 arrived at Dilley FRC on January 27, 2021, and was tested that same day as part of the new intake process. On January 28, 2021, the results came back positive. New Intake 4 is currently asymptomatic and being closely monitored. New Intake 4 is and will remain in quarantine for 14 days from the date of arrival, until February 11, 2021. At this time, New Intake 4 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 4's arrival on January 27, 2021, through the date following New Intake 4's positive test result, January 29, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 4 are and will remain in cohort for 14 days from the date of their arrival, until February 11, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

New Intake 5: New Intake 5 arrived at Dilley FRC on January 27, 2021, and was tested that same day as part of the new intake process. On January 28, 2021, the results came back positive. New Intake 5 is currently asymptomatic and being closely monitored. New Intake 5 is and will remain in quarantine for 14 days from the date of arrival, until February 11, 2021. At this time, New Intake 5 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 5's arrival on January 27, 2021, through the date following New Intake 5's positive test result, January 29, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the facility with New Intake 5 are and will remain in cohort for 14 days from the date of their arrival, until February 11, 2021, and will be monitored and assessed for signs and symptoms of COVID-19 once per day.

RESPECTFULLY SUBMITTED this 5th day of February, 2021.

MICHAEL R. SHERWIN
Acting United States Attorney
District of Columbia

BRIAN P. HUDAK
Acting Chief, Civil Division, U.S. Attorney's Office
555 4th St. NW, Washington, DC 20530
Telephone: (202) 252-2549
Email: BHudak@usdoj.gov

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation
District Court Section

ELIANIS PEREZ
Assistant Director

s/ *Jordan K. Hummel*
JORDAN K. HUMMEL
Trial Attorney
Office of Immigration Litigation - DCS
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: (202) 598-8715
Email: jordan.hummel@usdoj.gov

*Attorneys for Respondents*

11

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| O.M.G., *et al.*, | Case No. 1:20-cv-00786-JEB |
| Petitioners, | |
| v. | **NOTICE OF COVID-19 POSITIVE CASES** |
| Alejandro MAYORKAS, Secretary of the U.S. Department of Homeland Security, *et al.*, | The Honorable James E. Boasberg |
| Respondents. | |

Pursuant to the June 25, 2020 and September 9, 2020 minute orders, Respondents hereby notify the Court that since the last notice (ECF No. 175) four (4) employees at the Karnes County Family Residential Center ("Karnes FRC"), and four (4) employees, three (3) new intakes, and one (1) resident at the South Texas Family Residential Center ("Dilley FRC") have tested positive for COVID-19, and there were no additional positive cases at the Berks Family Residential Center ("Berks FRC").[1] U.S. Immigration and Customs Enforcement informs the Department of Justice of the following:

**I.  Karnes County Family Residential Center ("Karnes FRC")**

<u>Employee 1</u>: Employee 1 is a deportation officer, who tested on February 5, 2021, due to experiencing symptoms beginning on February 4, 2021. On February 5, 2021, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Karnes FRC on January 29, 2021. Contact tracing was conducted for the

---

[1] New Intake 3 in the February 5, 2021 Notice of Positive Cases should be identified as "Resident 1," as they tested negative during their initial intake screening, but then tested positive during their release screening. Notably, the release screening occurred before Resident 1 had completed their mandatory 14-day cohort from their date of arrival at Karnes FRC, so Resident 1 was never in the general population.

1

48-hours prior to the onset of symptoms and revealed that Employee 1 did not have any close contact with other employees or residents, as Employee 1 was not at Karnes during that time period. As a precaution, all employees have been notified and asked to self-monitor for, and report, any symptoms to Human Resources. Employee 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 20, 2021. After that time, Employee 1 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a recreation specialist, who tested on February 6, 2021, due to experiencing symptoms beginning on February 4, 2021. On February 7, 2021, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Karnes FRC on February 4, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Karnes FRC, including February 2, 3, and 4, 2021, and revealed that Employee 2 had close contact with six (6) other employees, but no residents. The exposed employees have been notified, will have their temperature checked twice per shift for 14 days from the date of exposure, and have been asked to report any symptoms to Human Resources. Employee 2 is and will remain in quarantine for 14 days from the date of the positive test result, until February 22, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 3: Employee 3 is an assistant shift supervisor, who tested on February 7, 2021, due to experiencing symptoms beginning on that date.  That same day, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Karnes FRC on February 6, 2021. Contact tracing was conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 3 was at Karnes FRC, including February 5 and 6, 2021, and revealed that Employee 3 had close contact with two (2) other

employees, but no residents. The exposed employees have been notified, will have their temperature checked twice per shift for 14 days from the date of exposure, and will be asked to report any symptoms to Human Resources. Employee 3 is and will remain in quarantine for 14 days from the date of the positive test result, until February 22, 2021. After that time, Employee 3 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 is a nurse practitioner, who tested on February 5, 2021, due to a scheduled medical procedure unrelated to COVID-19. On February 6, 2021, the results came back positive. At this time, Employee 4 has not required treatment at a hospital or medical facility. Employee 4 was last at Karnes FRC on February 6, 2021. Contact tracing was conducted for the 48-hours prior to the positive test result, on the dates Employee 4 was at Karnes FRC, including February 6, 2021, and revealed that Employee 4 did not have any close contact with other employees or residents. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 21, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

## II.     South Texas Family Residential Center ("Dilley FRC")

Employee 1: Employee 1 is an enforcement and removal assistant, who tested at an off-site facility on February 5, 2021, due to exposure to an individual who tested positive for COVID-19. That same day, the results came back positive. At this time, Employee 1 has not required treatment at a hospital or medical facility. Employee 1 was last at Dilley FRC on January 25, 2021. As a precaution, contact tracing was conducted for Employee 1's last day at Dilley FRC and revealed that Employee 1 had close contact with one (1) other employee, but no residents. The exposed employee has been notified. Employee 1 is and will remain in quarantine for 14 days from the date of the positive test result, until February 20, 2021. After that time, Employee 1 has been directed

3

to contact Human Resources for further guidance before reporting to work.

Employee 2: Employee 2 is a case manager, who tested on February 7, 2021, due to experiencing symptoms beginning on February 5, 2021. On February 7, 2021, the results came back positive. At this time, Employee 2 has not required treatment at a hospital or medical facility. Employee 2 was last at Dilley FRC on February 5, 2021. Contact tracing will be conducted for the 48-hours prior to the onset of symptoms, on the dates Employee 2 was at Dilley FRC, including February 3, 4, and 5, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 2 is and will remain in quarantine for 14 days from the date of the positive test results, until February 22, 2021. After that time, Employee 2 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 3: Employee 3 is a unit manager, who tested on February 8, 2021, due to experiencing symptoms beginning on that date. That same day, the results came back positive. At this time, Employee 3 has not required treatment at a hospital or medical facility. Employee 3 was last at Dilley FRC on February 5, 2021. Contact tracing will not be conducted since Employee 3 was not present at Dilley FRC in the 48-hours prior to the onset of symptoms. Employee 3 is and will remain in quarantine for 14 days from the date of the positive test result, until February 23, 2021. After that time, Employee 3 has been directed to contact Human Resources for further guidance before reporting to work.

Employee 4: Employee 4 is a case manager, who was tested on February 10, 2021, due to experiencing symptoms beginning on February 9, 2021. On February 10, 2021, the results came back positive. At this time, Employee 4 has not required treatment at a hospital or medical facility. Employee 4 was last at Dilley FRC on February 9, 2021. Contact tracing will be conducted for the

4

48-hours prior to the onset of symptoms, on the dates Employee 4 was at Dilley FRC, including February 7, 8, and 9, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. Employee 4 is and will remain in quarantine for 14 days from the date of the positive test result, until February 25, 2021. After that time, Employee 4 has been directed to contact Human Resources for further guidance before reporting to work.

New Intake 1: New Intake 1 arrived at Dilley FRC on February 6, 2021, and was tested the following day, February 7, 2021, as part of the new intake process.[2] On February 8, 2021, the results came back positive. New Intake 1 is currently asymptomatic and being closely monitored. New Intake 1 is and will remain in quarantine for 14 days from the date of testing, until February 22, 2021. At this time, New Intake 1 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 1's arrival on February 6, 2021, through the date of New Intake 1's test, February 7, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented.

New Intake 2: New Intake 2 arrived at Dilley FRC on February 6, 2021, and was tested the following day, February 7, 2021, as part of the new intake process. On February 8, 2021, the results came back positive. New Intake 2 is currently asymptomatic and being closely monitored. New Intake 2 is and will remain in quarantine for 14 days from the date of testing, until February 22, 2021. At this time, New Intake 2 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 2's arrival

---

[2] New Intake 1 arrived at Dilley FRC with their spouse (reported below as New Intake 2) and child (reported below as New Intake 3). No other new intakes arrived with New Intake 1 and their family.

on February 6, 2021, through the date of New Intake 2's test, February 7, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented.

New Intake 3: New Intake 3 arrived at Dilley FRC on February 6, 2021, and was tested the following day, February 7, 2021, as part of the new intake process. On February 8, 2021, the results came back positive. New Intake 3 is currently asymptomatic and being closely monitored. New Intake 3 is and will remain in quarantine for 14 days from the date of testing, until February 22, 2021. At this time, New Intake 3 has not required treatment at an outside hospital or medical facility. As a precaution, contact tracing will be conducted from the date of New Intake 3's arrival on February 6, 2021, through the date of New Intake 3's test, February 7, 2021. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented.

Resident 1: Resident 1 arrived at Dilley FRC on January 26, 2021, and was tested that same day as part of the new intake process.[3] The results of the initial intake screening came back negative. Upon arrival, Resident 1 began the mandatory 14-day cohort, scheduled to be completed on February 10, 2021. Resident 1 was tested a second time on February 6, 2021, due to experiencing symptoms beginning on that date. On February 8, 2021, the results came back positive. Resident 1 is being closely monitored and has not required treatment at an outside hospital or medical facility. Resident 1 is and will remain in quarantine for 14 days from the date of testing, until February 21, 2021. As a precaution, contact tracing will be conducted for the 48-hours prior to the onset of symptoms. If any exposure is identified, the protocols for contact exposure previously described in ECF No. 108 will be implemented. All new intakes who arrived at the

---

[3] Resident 1 is the parent of New Intake 1 in the February 5, 2021 Notice of Positive Cases.

facility with Resident 1 remained in cohort for 14 days from their date of arrival, until February

10, 2021, and will continue to be monitored and assessed for signs and symptoms of COVID-19

once per day.

     RESPECTFULLY SUBMITTED this 12th day of February, 2021.

           MICHAEL R. SHERWIN
           Acting United States Attorney
           District of Columbia

           BRIAN P. HUDAK
           Acting Chief, Civil Division, U.S. Attorney's Office
           555 4th St. NW, Washington, DC 20530
           Telephone: (202) 252-2549
           Email: BHudak@usdoj.gov

           BRIAN M. BOYNTON
           Acting Assistant Attorney General
           Civil Division

           WILLIAM C. PEACHEY
           Director
           Office of Immigration Litigation
           District Court Section

           ELIANIS PEREZ
           Assistant Director

           s/ *Jordan K. Hummel*
           JORDAN K. HUMMEL
           Trial Attorney
           Office of Immigration Litigation - DCS
           P.O. Box 868, Ben Franklin Station
           Washington, DC 20044
           Telephone: (202) 598-8715
           Email: jordan.hummel@usdoj.gov

           *Attorneys for Respondents*