BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
    Tel:  (202) 532-4824
    Fax:  (202) 305-7000
    Email:  Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br>  Plaintiffs, <br><br> v. <br><br> MONTY WILKINSON, Acting Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION TO EXTEND DEADLINE TO FILE JOINT STATUS REPORT** <br><br> Hearing:  None set <br><br> [HON. DOLLY M. GEE] |

The parties, by and through undersigned counsel, hereby file their stipulated request to extend by thirty days, until March 24, 2021, the deadline set in Paragraph 1 of the Court's January 29, 2021 Order, requiring the parties to file the latest version of the ICE Directive along with a joint status report identifying remaining areas of disagreement with regard to the dissemination of the Notice of Rights by February 8, 2021. ECF No. 1077 at 2, ¶ 1. In light of the change in administrations, DHS is in the process of reviewing the manner in which it uses family residential centers (FRCs), and expects that it will make a transition such that the need for a policy to facilitate the release of class members to individuals other than their parent(s) or legal guardian(s) may become unnecessary. Defendants expect the transition to be completed in the near future. Defendants have discussed these anticipated changes with Plaintiffs, and have agreed to continue these discussions while the transition is ongoing. Defendants have explained to Plaintiffs that it their position that dissemination of the current version of the Notice of Rights would be premature during this transition. Plaintiffs have agreed to join in Defendants' extension request for thirty days.[1] Accordingly, the parties jointly request that the Court extend the deadline for filing the ICE Directive and joint status report directed in Paragraph 1 of the Court's January 29, 2021 order to March 24, 2021.

---

[1] Plaintiffs intend to separately file a Supplement to this Stipulation explaining their additional positions with which Defendants do not agree.

Respectfully submitted,

Dated: February 22, 2021

/s/*Peter Schey (*with permission)
Peter A. Schey
 CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW

*Class Counsel for Plaintiffs*

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

/s/ Sarah Fabian
SARAH B. FABIAN
NICOLE N. MURLEY
Senior Litigation Counsel
U.S. DEPARTMENT OF JUSTICE
Office of Immigration Litigation
District Court Section

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants