1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>MONTY WILKINSON, Acting Attorney General of the United States; *et al.*,<br><br>　　　Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER EXTENDING DEADLINE TO FILE JOINT STATUS REPORT [1081]** |

THIS CAUSE comes before the Court upon the Parties' Stipulation to Extend Deadline to File Joint Status Report.

UPON CONSIDERATION of the Stipulation, and for good cause shown, the Court hereby ORDERS that the deadline for the parties to file the ICE Directive and joint status report directed in Paragraph 1 of the Court's January 29, 2021 order is extended to March 24, 2021.

**IT IS SO ORDERED.**

DATED: February 23, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE