FILED

MAR 5 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>    Plaintiff-Appellee,<br><br> v.<br><br>ROBERT M. WILKINSON, Acting Attorney General; ALEJANDRO MAYORKAS; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>    Defendants-Appellants. | No.  20-55951<br>       20-56052<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

It appears that the Centers for Disease Control and Prevention ("CDC") has suspended the Order Suspending the Right To Introduce Certain Persons From Countries Where a Quarantinable Communicable Disease Exists, 85 Fed. Reg. 65,806 (Oct. 16, 2020) ("Title 42 Order"), with respect to unaccompanied minors, pending the CDC's "reassessment" of the Title 42 Order. *See* Notice of Temporary Exception from Expulsion of Unaccompanied Noncitizen Children Encountered in the United States Pending Forthcoming Public Health Determination (Feb. 11, 2021). Within 14 days of the date of this Order, the parties shall provide the Court with a status report addressing: (1) the current status of the CDC's reassessment of

2

the Title 42 Order; (2) whether the government is continuing to expel accompanied minors under the Title 42 Order, and whether it is reconsidering its practice of holding these minors in hotels prior to their expulsion; and (3) how these considerations affect whether this appeal should go forward.