AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Jenny Lisette Flores, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:85-cv-4544 |
| Edwin Meese, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants .

Date: 03/11/2021

s/ Fizza Batool
*Attorney's signature*

Fizza Batool, MO 69958
*Printed name and bar number*

P.O. Box 868, Ben Franklin Station
Washington, DC 20044

*Address*

fizza.batool2@usdoj.gov
*E-mail address*

(202) 616-4863
*Telephone number*

(202) 305-7000
*FAX number*