UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544 DMG (AGRx) | Date | March 18, 2021 |
|---|---|---|---|

| Title | Jenny L. Flores, et al. v. Jeffrey A. Rosen, et al. | Page | 1 of 2 |
|---|---|---|---|

Present: The Honorable DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—AMENDED ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR'S TERM [1063]**

According to the terms of the October 5, 2018 Order Appointing Andrea Sheridan Ordin, Esq. as the Special Master/Independent Monitor ("Appointment Order") [Doc. # 494], the Monitor has requested, and the Court has granted, three extensions of her term. [Doc. ## 698, 769, 1005.]

The Monitor has filed a Notice to the Court requesting a further three-month extension of her term (the "Notice of Extension"), to which the parties do not object. [Doc. # 1063.] The Notice of Extension describes the Monitor's and Special Expert Dr. Paul Wise's efforts to meet with counsel and *Amici Curiae* to finalize the language of the proposed Notice of Rights and the Immigrations and Customs Enforcement ("ICE") Directive, as directed by the Court. [*See* Doc. # 1014.] It also describes their recommendations regarding ICE data reporting and their enhanced monitoring of numerous facilities, including the Family Residential Centers ("FRCs"), Weslaco, Nexus Children's Hospital, and two Office of Refugee Resettlement ("ORR") facilities, specifically focusing on issues regarding medical care at FRCs and implementation of COVID-19 safety protocols and precautions at ORR facilities. The Monitor and Dr. Wise seek the extension in order to complete the enhanced monitoring ordered by the Court. [*See* Doc. ## 1014, 1050.] Furthermore, according to the Notice, the Monitor intends to focus on concluding mediation of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order [Doc. # 572] relating to Customs and Border Patrol's fulfillment of its *Flores* Settlement Agreement obligations, in which substantial progress has already been made.

For good cause shown, the Court hereby **APPROVES** the Monitor's request for an extension of her term to **April 16, 2021** and further **ORDERS** that:

1. The "Terms and Extensions" provisions in Paragraph A.3 of the Appointment Order are modified such that the Parties and/or the Monitor may file, at least one (1) week before

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | | | |
|---|---|---|---|
| Case No. | **CV 85-4544 DMG (AGRx)** | Date | March 18, 2021 |
| Title | ***Jenny L. Flores, et al. v. Jeffrey A. Rosen, et al.*** | Page | 2 of 2 |

    the expiration of the three-month extension on April 16, 2021, a Notice requesting a further extension of the Monitor's term.

2. Pursuant to Paragraph C.2 of the Appointment Order, the Monitor, Special Expert Dr. Wise, and senior aides, with skill and experience comparable to the Monitor, shall be compensated at the hourly rate of $275.00, while non-senior aides shall be compensated at the hourly rate of $125.000.

3. In no event will the total compensation to the Monitor, Dr. Wise, and their aides exceed $95,000 for the three-month extension period.

4. Except as modified herein, all other aspects of the Appointment Order, and the subsequent modifications thereto [Doc. ## 518, 533, 543, 563, 587, 591, 698, 769, 1005], remain in full force and effect.

**IT IS SO ORDERED**.