ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM P. BARR, Attorney General of the United States, *et al.*, <br><br> Defendants. | CASE NO. CV 85-4544-DMG (AGRx) <br><br> **NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME** |

On March 19, 2021, the Court ordered the Special Expert, Dr. Paul Wise, and the Special Master/Independent Monitor ("Monitor") to file their next interim report with the Court by March 31, 2021. [Doc. # 1098.] The Court's order also allowed the parties to file any responses to that interim report by April 7, 2021. [Doc. # 1098.] The Court has scheduled a video status conference for April 23, 2021. [Doc. # 1098.]

Due to the benefits of two further days of review and input from the parties, the Monitor requests the following modifications and extensions of time for the filing of the Interim Report pursuant to the Court's March 19, 2021 Order.

**Modification to the Timing of Reports**

| | |
|---|---|
| Interim Report | Friday, April 2, 2021 |
| Parties' Responses to Interim Report | Friday, April 9, 2021 |

No further modifications are requested.

The Monitor has informed counsel for Plaintiffs and Defendants of this Notice to the Court Re: Proposed Extension of Time and the Monitor has received no objections.

DATED:   March 30, 2021            Respectfully submitted,

Andrea Sheridan Ordin
STRUMWASSER & WOOCHER LLP


By   /s/ Andrea Sheridan Ordin
       Andrea Sheridan Ordin

*Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on March 30, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE TO THE COURT RE: PROPOSED EXTENSION OF TIME**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on March 30, 2021 at Los Angeles, California.

Jeff Thomson