# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER RE EXTENSION OF TIME [1101]** |

For good cause shown, the Court **GRANTS** the Special Monitor Andrea Sheridan Ordin's request for an extension of time to file her and Special Expert Dr. Paul Wise's next interim report, originally due on March 31, 2021. The interim report will now be due on April 2, 2021, and the parties' responses thereto will be due on April 9, 2021. IT IS SO ORDERED.

DATED: March 31, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-