ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al*., <br><br> Defendants. | CASE NO. CV 85-4544-DMG (AGRx) <br><br> **NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |

The Special Master/Independent Monitor ("Monitor") submits this Notice of Request for Extension for an additional three (3) month term to July 15, 2021, as permitted by the terms of the Court's Order Appointing The Special Master/Independent Monitor ("Appointment Order") [Doc. # 494] and by the Amended Order of March 18, 2021 ("Amended Order"). [Doc. # 1096].

According to the terms of the Appointment Order, the Monitor has requested, and the Court has granted, four extensions of her term [Doc. ## 698, 769, 1005, 1071] and, pursuant to the Amended Order, extended the Monitor's appointment to April 16, 2021. In the Amended Order, the Court modified the Appointment Order such that the Parties and/or the Monitor may file a Notice requesting a further extension of the Monitor's term at least one (1) week before the expiration of the three-month extension.

Since the Monitor's reappointment, the Monitor and Dr. Paul H. Wise, Special Expert ("Special Expert"), have continued to monitor the evolving situation relating to migrant minors at the U.S. Southwest Border, the conditions at U.S. Customs and Border Protection ("CBP") facilities that process minors, temporary Office of Refugee Resettlement ("ORR") facilities, and other new sites under any Defendant's control that care for Class Members.

The Special Expert visited Border Patrol facilities in the Rio Grande Valley ("RGV") Sector between March 7-9, 2021, including the Texas Donna Centralized Processing Center ("Donna I"), as well as other Border Patrol stations receiving families with young children and Unaccompanied Alien Children ("UACs"). In addition, the Special Expert visited the ORR Emergency Intake Site in Midland, Texas on March 18, 2021 and the ORR Emergency Intake Site at the Kay Bailey Hutchison Convention Center in Dallas, Texas on March 19, 2021. His monitoring included discussions with site management from the Federal Emergency Management Agency ("FEMA"), ORR, and other government

agencies, such as the Center for Disease Control and Prevention ("CDC"), as well as with minors being held in two of ORR's Emergency Intake Sites.

On April 2, 2021, the Monitor and Special Expert filed their Interim Report and Recommendations ("Interim Report"). [Doc. # 1103]. The Court granted the Parties the opportunity to respond to a draft of that Interim Report before it was finalized and filed on the docket, and the Court granted the Parties the opportunity to respond to the filed Interim Report by April 7, 2021. [Doc. # 1102].

During the week of March 29, 2021, the Parties responded to the draft Interim Report with both written comments and telephone conferences, all of which were considered by the Monitor in editing the Interim Report filed on the docket. As of the time of this filing, the Parties have filed no additional responses to the Interim Report.

The Monitor and Special Expert request a three (3) month extension in order to complete the enhanced monitoring in coordination with the Juvenile Coordinators, as contemplated by the Court's Orders, and to make any recommendations that may be necessary. As the Interim Report explains, much is still unknown about the standard of care provided at these facilities, and the Monitor and Expert are developing plans to physically travel to these sites to monitor conditions. Furthermore, the Monitor and Special Expert intend to submit future reports focusing on the family detention posture at U.S. Immigration and Customs Enforcement ("ICE") Family Residential Centers and any use of alternative facilities by ICE.

During the period of the proposed extension, the Monitor also wishes to conclude the mediation related to Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause (*Re: United States Customs and Border Protection (CBP)*). [Doc. # 572]. The Parties had reached tentative agreement on a number of issues and subsequently exchanged lengthy written proposals. However, even without a written agreement, the government has

implemented certain proposals and recommendations. Building on this progress is a priority for the Monitor during the requested three-month extension.

## CONCLUSION

The term of the Monitor should be extended by a three (3) month period to July 15, 2021. The Monitor should be compensated at the hourly rate of $275.00, and the Special Expert and aides of comparable skill and experience should be compensated at the hourly rate of $275.00. The services of additional Monitor's aides should be billed at an hourly rate of $125.00.

The Monitor anticipates a cumulative 80 hours per month for the work of Dr. Wise and the Monitor together, with an additional 60 hours for the services of the Monitor's aides, with a cap of $95,000.00 for the three month period exclusive of travel expenses, which are expected to be necessary during this period. The Monitor will make special requests for any such travel.

DATED:   April 9, 2021              Respectfully submitted,

                                    Andrea Sheridan Ordin


                                    By  s/ Andrea Sheridan Ordin
                                           Andrea Sheridan Ordin

                                    *Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on April 9, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**NOTICE OF REQUEST FOR EXTENSION OF SPECIAL MASTER/ INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on April 9, 2021 at Los Angeles, California.

_____
Jeff Thomson