# Exhibit B

# Declaration of Melissa Adamson

DECLARATION OF MELISSA ADAMSON

I, Melissa Adamson, declare as follows:

1. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

2. I am an attorney at the National Center for Youth Law (NCYL). I am counsel of record for Plaintiffs in the above-captioned case.

3. I execute this declaration based on personal knowledge following a *Flores* monitoring visit to the Kay Bailey Hutchinson Convention Center Emergency Intake Site in Dallas, Texas, on March 29, 2021, and to the Midland Emergency Intake Site in Midland, Texas, on March 30, 2021.

Kay Bailey Hutchinson Convention Center EIS

4. The *Flores* monitoring visit at the Kay Bailey Hutchinson Conventer Center EIS ("Convention Center") was conducted by myself and my colleagues Leecia Welch and Neha Desai. We were joined by two Spanish-language translators in person, and one Spanish-language translator via video conference.

5. On the morning that we arrived, we met with our point of contact at the entrance to the facility area. Before entering the facility, our temperatures were checked and we were provided with KN95 masks to wear throughout the day.

6. Our point of contact led us on a tour of the Convention Center. During the tour, we were taken throughout the facility, which was comprised of two large areas used for eating and sleeping as well as smaller areas designated for medical services, logistics, recreation, and showers/bathrooms.

7. During our visit, there were approximately 2,270 children placed at the Convention Center. All of the children were boys and between the ages of 13 and 17 years old. We

were informed that all of the children at the Convention Center were transferred directly from Customs and Border Protection ("CBP") custody and had not previously been placed in a licensed ORR facility.

8. Children are grouped into "pods" of 50 children each, and move around the facility in single-file lines with their pod and assigned staff members. During the day, the staffing ratio is approximately one staff member to every 25 children.

9. All of the children placed at the Convention Center sleep in one large hall, with thousands of cots spread out in an immense grid. We were told that the cots are spaced out according to Centers for Disease Control and Prevention ("CDC") guidelines. Children have no privacy in the sleeping area. The lights in the sleeping hall are dimmed at night, but they are not turned off. Children are given black duffel bags to store their personal belongings under their assigned cots.

10. Within the sleeping hall, a small number of tables had been set up for crafts and for children to make phone calls. There were also a few large emergency tents set up in the hall to quarantine children awaiting COVID-19 test results.

11. The eating area is separate from the large sleeping hall, and pods of children are cycled through the eating area for each meal. We observed parts of the lunch and dinner meal times in between interviews.

12. We also toured the loading dock of the Convention Center, which is used for accepting new transfers of children as well as access to showers and bathrooms. We observed mobile shower trailers and bathrooms lined up on the loading dock, as well as lines of children waiting to use them.

13. The limited recreation area consists of a few basketball hoops, a small soccer "field" that had been marked out in tape on the carpet, and a few tables for children to watch movies. Other than going outside to shower, children are not allowed to go outside at any time. We were informed that this rule was due to staffing limitations and security concerns.

14. Children are provided with limited educational instruction. We were told that volunteer teachers from the Dallas Independent School District are providing some English language classes to children during the week.

15. Throughout the tour, I observed that staff members were wearing masks. Children were also wearing masks, and only took them off when at their table in the eating area. I observed several hand sanitizer stations located throughout the sleeping and eating areas.

16. After the tour, we interviewed multiple class members, all of whom had been held at the Convention Center for over a week. The children that I interviewed had been placed at the Convention Center for between 8 to 12 days. All of the boys spoke Spanish, with the exception of one child, who spoke Akateko and very limited Spanish.

17. The children that I interviewed had spent between 8 to 12 days in Customs and Border Protection ("CBP") custody before they were transferred to the Convention Center. Though not all of the children could identify the name of the facility where they were held, their physical description of the facility matched descriptions of the Donna Central Processing Center. Children reported that they were held with many other children in crowded plastic "cells" within a large white tent, slept on thin mattresses on the floor, often felt hungry due to inadequate food, and had limited access to showers.

18. None of the children that I interviewed had met with a case manager regarding the sponsor process, even though all of them identified a close family member that was available to be their sponsor. Some children shared that their sponsors had received one phone call from a CBP official, but had not received any other information about filling out paperwork or what information they needed to submit for the child's release. Other children shared that their sponsors had not been contacted at all. In general, the children that I interviewed did not have an understanding of the sponsor process and and did not know when or if they would be released.

19. Each of the children that I interviewed had been able to make one phone call during the 8 to 12 days that they had been at the Convention Center. They each reported

Declaration of Melissa Adamson

3

that they were only allowed to use the phone for ten minutes, and that they wished they had more time to call their family and let them know that they were safe.

20. Each of the children that I interviewed said that they received about 20-30 minutes of educational instruction each day during the week (Monday-Friday). The children shared that these classes focused on basic English words and phrases.

21. All of the children that I interviewed reported that they spent the majority of their day sitting on or near their cots. This is also consistent with my observations throughout the day. The children I interviewed reported that they had only been able to play basketball or soccer once or twice during their 8 to 12 days at the Convention Center, and that they wished they could have more time to play or go outside. All of the children that I interviewed reported that they had not been outside – other than to shower – for the duration of their time at the Convention Center.

22. None of the children that I interviewed had previously spoken with legal counsel or received a list of free legal services providers.

23. Children expressed feeling sad because they did not know when they would be able to leave the Convention Center. None of the children that I interviewed had previously spoken with a counselor or knew if a counselor was available if they wished to speak with someone.

24. In general, children shared that the staff and volunteers at the Convention Center were much nicer than the officials at their prior CBP placement. Children expressed gratitude for the care and services provided by the Convention Center staff and volunteers.

Midland EIS

25. The *Flores* monitoring visit at the Midland Emergency Intake Site ("Midland") was conducted by myself and my colleague Carlos Holguín. We were joined by one Spanish-language translator.

26. On the morning that we arrived, we met with our point of contact. Before entering the facility, we received rapid COVID-19 tests.

27. Our point of contact led us on a tour of the Midland site. During the tour, we were taken throughout the campus, which included a large white tent, numerous pairs of metal trailers, and buildings for logistics and medical services personnel. We were informed that certain services, previously provided by the American Red Cross and Federal Emergency Management Agency ("FEMA"), had recently been shifted to a contract with Southwest Key, and that Midland may in the process of transitioning from an EIS to an influx site. Southwest Key started their contract at Midland on or about March 27.

28. During our visit, there were approximately 590 children placed at Midland. All of the children were boys and between the ages of 14 and 17 years old. The site has a maximum capacity of approximately 607 children. We were informed that more than half of the children at Midland have either Category 1 sponsors (parent or legal guardian) or Category 2 sponsors (immediate relative).

29. Children are cohorted into groups of ten when they arrive at the facility, are housed with their cohort group, and move around the facility with that group. The staffing ratio is approximately one staff member to every 12 children.

30. Children at Midland are housed in metal trailers, which are internally subdivided into five individual rooms and bathrooms with showers. The trailers are set up in pairs, with the ten rooms facing into an wooden deck area that is covered by a metal awning. Each child has their own room with a bed, television, and either their own bathroom or a shared bathroom with another child. When not in their individual rooms, children may spend time outside in the covered wooden deck area with the other children in their cohort group. Staff deliver food to the individual trailers, there is no communal eating area.

31. During the tour, we also visited a large white tent that is used for activities. We observed long rows of folding tables and chairs with several dozen children coloring or

Declaration of Melissa Adamson

5

completing worksheets. In addition, we observed two paved areas that were being used as soccer fields or additional outdoor space.

32. Throughout the tour, I observed that staff members and children were wearing masks.

33. After the tour, Mr. Holguín and I interviewed multiple class members, all of whom had been held at Midland for 15 days.

34. All of the children that I interviewed had spent 10 days in Customs and Border Protection ("CBP") custody before they were transferred to Midland. Again, though not all of the children could identify the name of the facility where they were held, their physical description of the facility matched descriptions of the Donna Central Processing Center. Children reported that they were held with many other children in crowded plastic "cells" within a large white tent, slept on thin mattresses on the floor, often felt hungry due to inadequate food, had limited access to showers, rarely left the cells, and often felt cold.

35. The majority of the children that I interviewed had not met with a case manager regarding the sponsorship process, even though all of them identified a close family member that was available to be their sponsor. One boy thought that he might have met with a social worker the day before our interview, but he wasn't entirely sure of the staff person's role.

36. Many children shared that their sponsors had not received any phone calls regarding the sponsor process and did not know what paperwork or other information they needed to submit. In general, the children that I interviewed did not have an understanding of the sponsorship process and and did not know when or if they would be released.

37. Most of the children that I interviewed reported being able to make one or two phone calls of ten minutes each during the 15 days that they had been at Midland. One child, also placed at Midland for 15 days, had not been able to make any phone calls at all.

Declaration of Melissa Adamson

6

38. The children that I interviewed reported that they only began receiving some educational instruction on either the day of our site visit or the day prior to our site visit. Children stated that they received some English-Spanish worksheets with some words and phrases.

39. Many of the children that I interviewed reported spending much of their time watching television. Children reported inconsistent access to recreation. Some children said that they had been able to play soccer for 30 minutes each day or every other day, while others reported getting less time. Children reported that they were occasionally allowed to go to the big white tent to draw or make crafts, but other times they had to stay in their rooms or on the trailer decks. Many children expressed that they wished they could have more time to play and that there wasn't much to do.

40. None of the children that I interviewed had previously spoken with legal counsel or received a list of free legal services providers.

41. None of the children that I interviewed had previously spoken with a counselor or knew if a counselor was available if they wished to speak with someone.

I declare under penalty of perjury that the foregoing is true and correct. Executed on April 9, 2021 in San Mateo, California.

_____

Melissa Adamson