CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> PLAINTIFFS' RESPONSE TO ORR JUVENILE COORDINATOR'S INTERIM REPORT <br><br> Status Conference: April 23, 2021 <br> 11:00 AM <br><br> [Hon. Dolly M. Gee] |

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email:   lwelch@youthlaw.org

On April 9, 2021, the ORR Juvenile Coordinator filed an interim report pursuant to the Court's orders. *See* ORR Juvenile Coordinator Interim Report, April 9, 2021 [Doc. # 1104-2]. On April 13, 2021, Plaintiffs requested the Parties meet and confer in an effort to seek additional detail and clarification regarding issues raised by the ORR Juvenile Coordinator's report. *See* Exhibit A, Email from Leecia Welch, April 13, 2021. Specifically, Plaintiffs requested clarification regarding the status of case management at ORR's Emergency Intake Sites (EISs), ORR's use of its licensed bed capacity, and ORR's expedited release procedures. *Id.*

On April 15, 2021, the Parties met and conferred. In response to Plaintiffs' concerns regarding the status of case management at the EISs, Defendants stated that ORR is prioritizing building up case management at its EIS facilities and recognizes the importance of case management in ensuring the prompt and safe release of children in its custody. Defendants were unable to provide Plaintiffs with specific information regarding current or anticipated case management ratios at any particular EIS facility, or a time frame within which EISs will have sufficient case management services. Defendants agreed to consider providing additional information if it is available in the future. Defendants were also unable to provide a specific date by which the policy concerning standards at EISs will be released.

As outlined in Plaintiffs' response to the Independent Monitor's report, Plaintiffs remain extremely concerned about the number of children in ORR custody who are not making progress toward release because of a lack of case management. *See* Plaintiffs' Response to Independent Monitor's Interim Report, April 9, 2021 [Doc. # 1109]. Given the lack of clarity on ORR's progress toward building up case management capacity, Plaintiffs respectfully request the next ORR Juvenile Coordinator report include a more detailed update on the status of case management at each Emergency Intake Site, including the ratio of case managers to children at each EIS and any case management standards issued by

1 | ORR.

Dated: April 16, 2021

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Melissa Adamson
Mishan Wroe
Diane de Gramont

<u>/s/ Leecia Welch</u>
Leecia Welch
*One of the Attorneys for Plaintiffs*