# EXHIBIT A



**Mishan Wroe <mwroe@youthlaw.org>**

## HHS Juvenile Coordinator report meet and confer

**Leecia Welch** <lwelch@youthlaw.org>   Tue, Apr 13, 2021 at 11:55 AM
To: "Fabian, Sarah B (CIV)" <Sarah.B.Fabian@usdoj.gov>
Cc: Carlos Holguín <crholguin@centerforhumanrights.email>, Mishan Wroe <mwroe@youthlaw.org>, Neha Desai <ndesai@youthlaw.org>, "Murley, Nicole (CIV)" <Nicole.Murley@usdoj.gov>

Sarah,

In advance of Friday's filing deadline, we'd like to meet and confer about the following issues raised by the HHS Juvenile Coordinator report.

1. **Case Management at EISs**

- The report offers minimal concrete information about case management at EISs. This information is relevant to Settlement ¶ 14. We appreciate the field guidance you shared which provides some additional information on this topic. We would still like to know more about case management at the EIS sites. For example, sponsors of children at Dallas Convention Center are telling us they have no information about release and no point of contact. What are the actual staffing ratios at each of the EISs? Is there a point of contact at each EIS so that we can provide that info to the potential sponsors who are reaching out to us?

2. **ORR Licensed Bed Capacity**

- Why is ORR not fully utilizing its licensed bed capacity? This information is relevant to Settlement ¶¶ 12.A, 19. The JC report indicates that there are 642 empty shelter beds (9% of total capacity), 427 empty TFC beds (31% of total capacity), and 200 empty LTFC beds (43% of total capacity). JC Report at p. 3. There is no explanation in the report regarding the empty shelter beds and only a vague explanation on foster care beds, stating that ORR is trying to transfer minors to foster care and "a foster care home may have specifications for the demographics able to reside with them (i.e. parenting teens, tender aged children, and special needs)." JC Report at p. 4.

**Cat1 Expedited Release Policy**

- How does ORR define "especially vulnerable" in the CAT1 expedited release policy and how does this definition differ (if at all) from TVPRA home study criteria? Relevant to Settlement ¶ 14.

Given our short turnaround time, do you have time to touch base tomorrow or early Thursday, at the latest? For Wed, we could talk from 10-12 or 2-3:30 pacific time. For Thurs, we could talk 8:30-9:15 pacific time. I don't anticipate needing more than 30 minutes for this call.

Thanks, Leecia

--
**Leecia Welch** *(Pronouns: she / her / hers)*
**Senior Director, Legal Advocacy and Child Welfare**
National Center for Youth Law

1212 Broadway, 6th Floor, Oakland, CA 94612
Phone: (510) 835-8098 ext. 3023
Fax: (510) 835-8099

