## SUPPLEMENTAL DECLARATION OF ANDREA MEZA

I, Andrea Meza, swearing under penalties of perjury, make the following declaration:

1. I previously submitted a declaration to the Court in this matter. I now submit this supplemental sworn declaration. The facts set forth below are known personally to me and, if called as a witness, I could and would testify competently thereto under oath. I have reviewed the ICE Juvenile Coordinator's report dated April 9, 2021 prior to making this declaration.

2. My name is Andrea Meza and I am an attorney and the Director of the Family Detention Services Program at the Refugee and Immigrant Center for Education and Legal Services ("RAICES"). I have been the program Director since March 2019. Prior to my position as Director I served as the Associate Director from October 2018-March 2019. From September 2015 to July 2017 I was an Equal Justice Work Fellow and provided direct legal services to families at Karnes. I have been licensed in the state of Texas since November 6, 2015.

3. Since 2015 RAICES has offered free legal services and representation to Class Members and their parents detained at the Karnes family prison under a model of universal representation. RAICES' team of attorneys and legal assistants is available daily Monday through Friday to meet with Class Members and their families between the hours of 8:00 a.m. and 8:00 p.m. and regularly accommodates same day visitation requests.

4. RAICES' services not only include representation through expedited removal proceedings, but also representation in custody matters and advocacy in individual cases regarding conditions of detention including but not limited to medical care, religious observation, education, and language access. In some cases, RAICES is able to connect detained Class Members and their parents to volunteer medical and mental health care providers when these needs are not met in ICE custody. Because of RAICES' capacity to provide advocacy related to conditions of detention and the near universal representation we provide, RAICES often files suit on behalf of plaintiffs who are Class Members and

parents of class members, and has participated with other legal service providers as *Amici* in matters related to the *Flores* Settlement Agreement.

5. RAICES also provides several types of Know Your Rights (KYR) presentations including rights related to the *Flores* Settlement Agreement and KYR prior to a family unit's release from detention regarding rights and obligations post-release. RAICES' KYR and consultations are individualized to the specific circumstances of Class Members and their families. For example, when Class Members in Title 42 proceedings were detained in ICE custody at Karnes, RAICES was often the first to inform Class Members and their parents that they were subject to Title 42 expulsion and were not in Title 8 removal or expedited removal proceedings.

6. I have reviewed the report of ICE Juvenile Coordinator Deane Dougherty dated April 9, 2021. The report indicates that at the family detention center located in Karnes City, Texas, "Class Members now have access to twice daily VTC group meetings [sic] a legal service provider, which are conducted in a large space that can accommodate up to twenty (20) people at a time." RAICES has not provided a group presentation at Karnes since April 2020.

7. On November 1, 2020, RAICES requested group meetings with Class Members and their parents pursuant to the Family Residential Standards (FRS) section 6.4. ICE did not respond to this request in writing and RAICES was not permitted to provide group meetings to Class Members and their parents.

8. On December 18, 2021, RAICES again requested group meetings with Class Members and their parents pursuant to FRS 6.4. ICE denied this request on January 4, 2021 citing COVID-19 precautions. In the denial, ICE stated that legal access was available to families through the EOIR contracted Legal Orientation Provider via a pre-recorded video. Based on information and belief, the EOIR contracted Legal Orientation Provider has not provided group presentations in-person or via phone or televideo in months.

9. It is unclear what current COVID-19 protocols are in effect at Karnes. At least one family detained at Karnes has indicated to RAICES that their members share sleeping quarters with unrelated members of another family unit.

10. Since February 26, 2021, RAICES has consulted with only 34 family units at Karnes. RAICES has attempted video teleconference meetings with Class Members and their parents, but ICE and their contractor frequently inform RAICES that the video teleconference equipment is either unavailable or is broken. Because ICE has failed to respond to or denied RAICES' requests for group meetings pursuant to FRS 4.6, RAICES has not been able to provide class members with KYR regarding *Flores* rights or pre-release KYR, nor has RAICES been able to monitor or advocate in individual cases regarding conditions of detention at Karnes.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: April 16, 2021

San Antonio, Texas

*[signature: Andrea Meza]*

_____
Andrea Meza, Esq.
Director, Family Detention Services
RAICES
Andrea.Meza@raicestexas.org