UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | May 10, 2021 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 1 of 2 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR'S TERM [1107]**

According to the terms of the October 5, 2018 Order Appointing Andrea Sheridan Ordin, Esq. as the Special Master/Independent Monitor ("Appointment Order") [Doc. # 494], the Monitor has requested, and the Court has granted, four extensions of her term. [Doc. ## 698, 769, 1005, 1071.]

The Monitor has filed a Notice to the Court requesting a further three-month extension of her term (the "Notice of Extension"). [Doc. # 1107.] The Notice of Extension describes the Monitor's and Special Expert Dr. Paul Wise's efforts to monitor the evolving situation relating to migrant minors at the U.S. Southwest Border, particularly conditions at the Border Patrol facilities in the Rio Grande Valley and at the temporary Office of Refugee Resettlement ("ORR") facilities. Their monitoring culminated in their Interim Report filed on April 2, 2021. [Doc. # 1103.] The Monitor and Dr. Wise seek the extension in order to complete the enhanced monitoring ordered by the Court regarding these facilities and make any necessary recommendations. [*See* Doc. ## 1014, 1050, 1098.] They also intend to submit future reports regarding the Immigration and Customs Enforcement ("ICE") family detention posture and plans for the Family Residential Centers. Lastly, the Monitor asserts that she will prioritize concluding the mediation of Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order [Doc. # 572] relating to the obligations of Customs and Border Protection ("CBP") under the *Flores* Settlement Agreement.

For good cause shown, the Court hereby **APPROVES** the Monitor's request for an extension of her term to **July 15, 2021** and further **ORDERS** that:

1. The "Terms and Extensions" provisions in Paragraph A.3 of the Appointment Order are modified such that the Parties and/or the Monitor may file, at least one (1) week before

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | May 10, 2021 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 2 of 2 |

    the expiration of the three-month extension on July 15, 2021, a Notice requesting a further extension of the Monitor's term.

2. Pursuant to Paragraph C.2 of the Appointment Order, the Monitor, Special Expert Dr. Wise, and senior aides, with skill and experience comparable to the Monitor, shall be compensated at the hourly rate of $275.00, while non-senior aides shall be compensated at the hourly rate of $125.000.

3. In no event will the total compensation to the Monitor, Dr. Wise, and their aides exceed $95,000 for the three-month extension period, exclusive of travel expenses for which the Monitor will make special requests.

4. Except as modified herein, all other aspects of the Appointment Order, and the subsequent modifications thereto [Doc. ## 518, 533, 543, 563, 587, 591, 698, 769, 1005, 1071], remain in full force and effect.

**IT IS SO ORDERED**.