UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| | |
|---|---|
| Case No.  **CV 85-4544-DMG (AGRx)** | Date  May 7, 2021 |
| Title  *Jenny L. Flores, et al. v. Merrick Garland, et al.* | Page  1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Jennifer Graciano | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Carlos R. Holguin<br>Leecia Welch<br>Neha Desai | Sarah B. Fabian, USDOJ |

**Proceedings: STATUS CONFERENCE**

The case is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; CBP Juvenile Coordinator Henry A. Moak, Jr.; Bridget Cambria and Denise Bell for Amici; and present by telephone is ICE Juvenile Coordinator Deane Docherty. The hearing is held by videoconference. The Court and counsel confer.

The Court grants the Special Master / Independent Monitor's Request for Extension of Special Master/Independent Monitor Term [1107], extending the Monitor's term to July 15, 2021.

A further status conference is set on **June 25, 2021 at 11:00 a.m**. A further written order will issue regarding additional details and deadlines.

:42