UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | May 12, 2021 |
|---|---|---|---|

| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 1 of 4 |
|---|---|---|---|

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER RE MAY 7, 2021 STATUS CONFERENCE**

On May 7, 2021, the Court held a status conference to discuss (1) the parties' March 26, 2021 Joint Status Report [Doc. # 1100]; (2) the Independent Monitor's Interim Report [Doc. # 1103] and the parties' responses thereto [Doc. ## 1108-09]; (3) the April Interim Juvenile Coordinator Reports [Doc. # 1104] and Plaintiffs' and *Amici Curiae*'s responses thereto [Doc. ## 1113-14]; and (4) requirements for the Juvenile Coordinators' next interim reports.

In light of the ongoing influx at the Southwest Border and new Immigration and Customs Enforcement ("ICE") policies, the Court will not divert Defendants' time and energy to require further action or briefing on the Notice of Rights and ICE Directive at this time. Nor will it require specific action with respect to settlement negotiations with CBP relating to Plaintiffs' *Ex Parte Application* for a Temporary Restraining Order [Doc. # 572], although it encourages the parties and the Special Master to continue any productive discussions. According to the parties' update at the status conference, they appear to be making progress on their disputes over the provision of legal services in ICE and Office of Refugee Resettlement ("ORR") facilities. Thus, no issues remain that necessitate a Joint Status Report before the next status conference.

Defendants continue to act with commendable speed and dedication to address compliance with the *Flores* Settlement Agreement at Customs and Border Protection ("CBP") facilities in the Rio Grande Valley ("RGV") sector, ORR temporary influx care facilities and emergency intake sites ("EISes"), and ICE Family Residential Centers ("FRCs") and hotels. The Juvenile Coordinators will continue their enhanced monitoring and include in their next interim report the topics enumerated below.

If the Special Master and Special Expert seek to file another interim report before the next status conference, the parties shall, as before, have the opportunity to view the interim report before it is finalized and filed on the docket, as well as the opportunity to respond again once it is filed. [Doc. # 494.]

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | May 12, 2021 |
|---|---|---|---|

| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 2 of 4 |
|---|---|---|---|

In light of the foregoing, the Court **ORDERS** the following:

1. Defendants shall continue to release Class Members from their custody without unnecessary delay in a manner consistent with the FSA and the Court's prior Orders, and consistent with concern for the particular vulnerability of minors, especially during the pandemic. FSA at ¶¶ 11, 14 [Doc. # 101].

2. By **June 4, 2021**, the CBP, ICE, and ORR Juvenile Coordinators shall file their next interim reports. Each Juvenile Coordinator will report on: (i) the census of minors in each of the agency's facilities; (ii) the average length of stay for minors in the agency's facilities; (iii) the number of minors currently testing positive for COVID-19; and (iv) whether the Juvenile Coordinator has adequate personnel or other capacity to provide detailed monitoring of new or expanded facilities. The ORR and ICE Juvenile Coordinators will also report on: (v) case management services at each facility; and (vi) minors' access to counsel in general, and to the Legal Services Providers *Amici Curiae* in particular.

    a. The CBP Juvenile Coordinator shall also provide: (i) a census of Class Members in CBP custody in the Rio Grande Valley sector, (ii) an update on CBP's policies and capacity for processing minors in light of COVID-19, Title 42, and the recent influx, (iii) an update as to whether the conditions at the Donna Centralized Processing Center (CPC-DNT) or any other facility that serves as a hub for processing minors are safe and sanitary under FSA Paragraph 12, and (iv) a status update, if any, on the CPC Ursula renovation project and any other CBP construction or renovation projects related to processing Class Members.

    b. The ICE Juvenile Coordinator shall also cover the topics listed in the April 24, 2020 Order [Doc. # 784] and compliance with the Court's Order regarding minors held under Title 42 authority [Doc. # 976] with respect to any facilities in which ICE receives Class Members. In addition, the interim report shall provide: (i) specific explanations for the continued detention of minors beyond 20 days; (ii) updates on the number, locations, and safe and sanitary conditions of the hotels used to process families; and (iii) updates on ICE policies regarding the use of the hotels or of the FRCs, including policies and procedures to address COVID-19.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | May 12, 2021 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 3 of 4 |

        c.        The ORR Juvenile Coordinator shall also provide: (i) a census of minors in an EIS for more than 20 days and those minors' length of stay; (ii) updates on ORR's plans to improve case management and expedite release of minors; (iii) updates on ORR's plans, if any, to expand capacity, particularly of licensed shelter beds; (iv) updates on ORR's plans, if any, with respect to long-term use of EISes and processes to transfer minors from EISes into licensed facilities, if release to a sponsor is not feasible; and (v) updates on ORR policies regarding the use of EISes, including policies and procedures to address COVID-19.

        d.        Plaintiffs, Defendants, and *Amici* may file responses, if any, to these interim reports by **June 11, 2021**, *after first meeting and conferring regarding areas of dispute and attempting to achieve resolution*.

        e.        The Court relieves the Juvenile Coordinators of the July 1, 2021 deadline for the filing of their next annual compliance reports. [Doc. # 469.] The Juvenile Coordinators may include information required for their annual reports in the interim report due on June 4, 2021, or they may file their annual reports at some later date to be set at the June 25, 2021 status conference.

    3.    Special Expert Dr. Paul Wise and the Special Master Andrea Ordin shall continue to provide enhanced monitoring of CBP, ORR, and ICE facilities' care of minors, and shall have the ability to (a) request and obtain copies of medical care data and policies; (b) have in-person, telephone, or videoconference access to persons most knowledgeable at those facilities with whom they can discuss the baseline of custodial medical care, health care protocols, and COVID-19 prevention practices; (c) consider protocols for identifying minors who have serious medical conditions that may make them more vulnerable to COVID-19; (d) interview minors with serious medical conditions or, as appropriate, their parents; and (e) make such recommendations for remedial action that they deem appropriate. They shall continue to monitor the conditions of any new facilities that care for Class Members, including hotels under the authority discussed in the Court's July 25, 2020 Order [Doc. # 887], and provide such informal recommendations to the parties and to the Court as they deem appropriate.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | **CV 85-4544 DMG (AGRx)** | Date | May 12, 2021 |
|---|---|---|---|
| Title | ***Jenny L. Flores, et al. v. Merrick B. Garland, et al.*** | Page | 4 of 4 |

        a.        If the Special Master and Special Expert seek to file an interim report and recommendations, they shall first deliver a draft to the parties by **June 4, 2021**.

        b.        By **June 11, 2021**, the Special Master and Special Expert shall file their next interim report, if any, with the Court.

        c.        The parties may file any responses to the interim report by **June 18, 2021**.

4.        The Court will hold a further video status conference on **June 25, 2021, at 11:00 a.m.**

**IT IS SO ORDERED**.