```
 1  BRIAN BOYNTON
    Acting Assistant Attorney General
 2  Civil Division
    AUGUST E. FLENTJE
 3  Special Counsel
    WILLIAM C. PEACHEY
 4  Director, District Court Section
    WILLIAM C. SILVIS
 5  Assistant Director, District Court Section
    SARAH B. FABIAN
 6  NICOLE N MURLEY
    Senior Litigation Counsel
 7  Office of Immigration Litigation
    Civil Division
 8  U.S. Department of Justice
    P.O. Box 868, Ben Franklin Station
 9  Washington, D.C. 20044
    (202) 616-0473 (telephone)
10  (202) 616-8962 (facsimile)
    Nicole.N.Murley@usdoj.gov
11
12  *Attorneys for Defendants*
```

## UNITED STATES DISTRICT COURT FOR THE

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JENNY LISETTE FLORES, et al.,** | Case No.:2:85-CV-04544-DMG-AGR |
| Plaintiffs, | **NOTICE OF WITHDRAWAL OF NICOLE N. MURLEY AS COUNSEL FOR THE RESPONDENT** |
| v. | |
| **MERRICK GARLAND,** Attorney General of the United States; et al., | |
| Defendants. | |

TO THE COURT AND ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

    PLEASE TAKE NOTICE that Nicole N. Murley from the United States Department of Justice, Office of Immigration Litigation is no longer counsel of record for the Defendants in the above-captioned action and requests to be removed from the service list.

    Defendants remains represented by the United States Department of Justice, Office of Immigration Litigation. Therefore, there is good cause to permit Attorney Nicole N. Murley's withdrawal.

Dated this May 20, 2021

BRIAN BOYNTON
Acting Assistant Attorney General

WILLIAM C. PEACHEY
Director

WILLIAM C. SILVIUS
Assistant Director

SARAH FABIAN
Senior Litigation Counsel

/s/ Nicole N. Murley
NICOLE N. MURLEY
Senior Litigation Counsel
Office of Immigration Litigation
Civil Division
U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
(202) 616-0473 (telephone)
(202) 616-8962 (facsimile)
Nicole.N.Murley@usdoj.gov

Attorneys for Defendants

## CERTIFICATE OF SERVICE

I hereby certify that on May 20, 2021, I electronically filed the foregoing documents with the Clerk of the Court using CM/ECF. I also certify that the foregoing document should automatically be served this day on all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.

Dated May 20, 2021                             */s/Nicole N. Murley*
                                               Nicole N Murley
                                               Senior Litigation Counsel