BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
      P.O. Box 868, Ben Franklin Station
      Washington, D.C. 20044
      Tel:  (202) 616-4863
      Fax:  (202) 305-7000
      Email:  fizza.batool2@usdoj.gov

Attorneys for Defendants

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> [Proposed] <br><br> **ORDER ON APPLICATION TO SEAL** <br><br> [Hon. Dolly M. Gee] |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of Juvenile Coordinator Reports.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Exhibit A to the Juvenile Coordinator Report of Deane Dougherty (portions)
- Juvenile Coordinator Report of Deane Dougherty (portions)
- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE