1  ANDREA SHERIDAN ORDIN (SBN 38235)
2  STRUMWASSER & WOOCHER LLP
   10940 Wilshire Boulevard, Suite 2000
3  Los Angeles, California 90024
   Telephone: (310) 576-1233
4  Facsimile: (310) 319-0156
   E-mail: aordin@strumwooch.com

5  *Special Master / Independent Monitor*

6

7                    **UNITED STATES DISTRICT COURT**

8              **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

9

10

11  JENNY LISETTE FLORES, *et al*.,        CASE NO. CV 85-4544 DMG (AGRx)

12              Plaintiffs,                 **STIPULATION FOR EXTENSION
                                            OF MEET AND CONFER PERIOD
13                                          AND DEADLINE TO FILE
            v.                              RESPONSES TO ORR JUVENILE
14                                          COORDINATOR REPORT**

15  MERRICK GARLAND,                        **[Hon. Dolly M. Gee]**
    Attorney General of the United
16  States, *et al*.,

17
                Defendants.
18

19

20

21

22

23

24

25

26

27

28

The Special Master/Independent Monitor ("Monitor") hereby files, on behalf of Plaintiffs and Defendants and their undersigned counsel (the "Parties"), this stipulated request for an Order extending the meet and confer period and deadline to file responses to the ORR Juvenile Coordinator Report, from the deadlines set in Paragraph 2(d) of the Court's May 12, 2021 Order, requiring Plaintiffs, Defendants, and Amici to file any response to the ORR Juvenile Coordinator's interim report by June 11, 2021. [Doc. #1122]. On behalf of the Parties, the Monitor requests this additional time so that the Parties can comply with the Court's May 12, 2021 directive that Plaintiffs, Defendants, and Amici meet and confer regarding areas of dispute and attempt to achieve resolution prior to filing their responses.

Accordingly, the Monitor hereby submits the Parties' stipulation, subject to the Court's approval, that: the Parties' June 11, 2021 deadline to respond to the ORR Juvenile Coordinator's Report shall be extended to June 21, 2021; and that before responding to the ORR Juvenile Coordinator's Report, the Parties shall meet and confer regarding areas of dispute and attempt to achieve resolution. The Parties have reviewed and agreed to join in the Monitor's extension request.

DATED:   June 10, 2021                    Respectfully submitted,

                                          s/ Andrea Sheridan Ordin
                                          Andrea Sheridan Ordin

                                          *Special Master / Independent Monitor*


                                          _____
                                          Carlos Holguín
                                          CENTER FOR HUMAN RIGHTS &
                                          CONSTITUTIONAL LAW

1  *Class Counsel for Plaintiffs*

2

3  BRIAN BOYNTON
   Acting Assistant Attorney General
4  Civil Division
5  AUGUST E. FLENTJE
   Special Counsel
6  WILLIAM C. PEACHEY
7  Director, District Court Section
   Office of Immigration Litigation
8  WILLIAM C. SILVIS
9  Assistant Director, District Court
   Section
10 Office of Immigration Litigation
11
12                           _____
13                           SARAH B. FABIAN
14                           FIZZA BATOOL
                             Senior Litigation Counsel
15                           U.S. DEPARTMENT OF JUSTICE
16                           Office of Immigration Litigation
                             District Court Section
17
18
19                           *Counsel for Defendants*

20

21

22

23

24

25

26

27

28

3

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on June 10, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

- **STIPULATION FOR EXTENSION OF MEET AND CONFER PERIOD AND DEADLINE TO FILE RESPONSES TO ORR JUVENILE COORDINATOR REPORT**

- **[PROPOSED] ORDER EXTENDING MEET AND CONFER PERIOD AND DEADLINE TO FILE RESPONSES TO ORR JUVENILE COORDINATOR REPORT**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on June 10, 2021 at Los Angeles, California.

Jeff Thomson