ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND,<br>Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**[PROPOSED] ORDER EXTENDING MEET AND CONFER PERIOD AND DEADLINE TO FILE RESPONSES TO ORR JUVENILE COORDINATOR REPORT**<br><br>**[Hon. Dolly M. Gee]** |

THIS CAUSE comes before the Court upon the Stipulation to Extend the Meet and Confer Period and Deadline to File Responses to the ORR Juvenile Coordinator's Report.

UPON CONSIDERATION of the Stipulation, and for the reasons set forth therein, this Court hereby orders that: the Parties' June 11, 2021 deadline to respond to the ORR Juvenile Coordinator's Report shall be extended to June 21, 2021; and that before responding to the ORR Juvenile Coordinator's Report the Parties shall meet and confer regarding areas of dispute and attempt to achieve resolution between June 11 and June 17, 2021.

**IT IS SO ORDERED.**

Dated:_____          _____
                                                      HON. DOLLY M. GEE
                                                      U.S. DISTRICT JUDGE