AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Central District of California

| Jenny Lisette Flores, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 2:85-cv-4544 |
| Edwin Meese, et al. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

All Defendants

Date: 06/14/2021

/s/ Eric C. Steinhart
*Attorney's signature*

Eric C. Steinhart; DC:1034461; TX:24098469
*Printed name and bar number*

U.S. Department of Justice
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
*Address*

eric.c.steinhart@usdoj.gov
*E-mail address*

(202) 514-0618
*Telephone number*

(202) 305-7000
*FAX number*