# EXHIBIT 1 of EXHIBIT C

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

# EMERGENCY INTAKE SITE AND INFLUX CARE FACILITY DATA SUMMARY

## I. Length of Stay at ORR Emergency Intake Sites and Influx Care Facility

*Figure 1: Length of Stay at ORR Emergency Intake Sites and Influx Care Facility Operational as of May 14, 2021[1]*

| Facility Name | Number of children at the facility | Days in Operation (as of 5/14/21)[2] | Range of children's length of stay (at the facility) |
|---|---|---|---|
| Carrizo Springs ICF | 672 | 81 | 0 – 66 days[3] |
| Delphi EIS | 1,314 | 38 | 3 – 38 days |
| Dimmit EIS | 339 | 39 | 3 – 39 days |
| Fort Bliss EIS | 4,565 | 45 | 1 – 45 days |
| Kay Bailey Hutchison Convention Center EIS | 512 | 56[4] | 19 – 58 days[5] |
| Lackland EIS | 370 | 27 | 3 – 27 days |
| Long Beach EIS | 672 | 22[6] | 2 – 23 days |
| Midland EIS | 322 | 61 | 2 – 31 days |
| Pecos EIS | 1,314 | 39 | 1 – 39 days |
| Pomona EIS | 452 | 13 | 3 – 13 days |
| San Diego EIS | 1,104 | 48 | 3 – 48 days |
| Starr Commonwealth EIS | 98 | 33 | 12 – 32 days |

---

[1] "HHS Flores Data-April 2021," provided by Defendants on May 19, 2021.
[2] *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html (listing opening dates for each emergency intake site).
[3] Six children had a length of stay of 52 days or more at Carrizo Springs ICF as of May 14, 2021.
[4] Kay Bailey Hutchison Convention Center EIS was opened on March 19, 2021, however the April *Flores* Data Report shows that 23 children were admitted to Kay Bailey Hutchison Convention Center EIS on March 17, 2021. *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html ("With the assistance of FEMA, on March 19, HHS opened an Emergency Intake Site (EIS) in Dallas, Texas, with the potential capacity of 2,300 beds.").
[5] 324 children had a length of stay of 50 days or more at Kay Bailey Hutchison Convention Center EIS as of May 14, 2021.
[6] Long Beach EIS was opened on April 22, 2021, however the April *Flores* Data Report shows that one child was admitted to Long Beach EIS on April 21, 2021. *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html.

*Figure 2: Length of Stay at Fort Bliss EIS as of June 2, 2021[7]*

| Facility Name | Days in Operation (as of 6/2/21) | Range of children's length of stay at Fort Bliss EIS | Number of children with length of stay at Fort Bliss EIS of 50-59 days | Number of children with length of stay at Fort Bliss EIS of 60 days or more | Number of children at Fort Bliss EIS |
|---|---|---|---|---|---|
| Fort Bliss EIS | 64 | 4 – 64 days | 297 | 122 | 3,151 |

*Figure 3: Length of Stay at Pecos EIS as of June 7, 2021[8]*

| Facility Name | Days in Operation (as of 6/7/21) | Range of children's length of stay at Pecos EIS | Number of children with length of stay at Pecos EIS of 50-59 days | Number of children with length of stay at Pecos EIS of 60 days or more | Number of children at Pecos EIS |
|---|---|---|---|---|---|
| Pecos EIS | 63 | 0 – 63 days | 145 | 70 | 1,598 |

---

[7] "UAC placed at Ft. Bliss as of 2021-06-02" census provided by Defendants on June 2, 2021, prior to *Flores* Counsel's site visit to the Fort Bliss EIS conducted on June 3-4, 2021.

[8] "UAC placed at Pecos EIS as of 2021-06-07" census provided by Defendants on June 7, 2021, prior to *Flores* Counsel's site visit to the Pecos EIS conducted on June 8-9, 2021.

2

## II. Length of Stay of Tender Age Children[9] at ORR Emergency Intake Sites and Influx Care Facility

A total of 819 tender age children were held at 8 different ORR emergency intakes sites or influx care facility as of May 14, 2021.

*Figure 4: Length of Stay of Tender Age Children at ORR Emergency Intake Sites and Influx Care Facility Operational as of May 14, 2021*[10]

| Facility Name | Number of tender age children held at the facility | Range of tender age children's length of stay at the facility | Number of tender age children with length of stay (at the facility) of 20-29 days | Number of tender age children with length of stay (at the facility) of 30 days or more |
|---|---|---|---|---|
| Carrizo Springs ICF | 58 | 2 – 34 days | 0 | 14 |
| Delphi EIS | 1 | 9 days | 0 | 0 |
| Fort Bliss EIS | 1 | 22 days | 1 | 0 |
| Long Beach EIS | 347 | 2 – 22 days | 92 | 0 |
| Midland EIS | 57 | 2 – 29 days | 32 | 0 |
| Pomona EIS | 191 | 3 – 13 days | 0 | 0 |
| San Diego EIS | 92 | 13 – 40 days | 1 | 67 |
| Starr Commonwealth EIS | 72 | 12 – 32 days | 10 | 40 |

For example, as of May 14, 2021:

- 8-year-old J.O.O. () had been held at the San Diego EIS for 40 days.
- 9-year-old L.A.L.G. () and 11-year-old J.M.L.G. (), likely siblings or cousins, had been held at the San Diego EIS for 40 days.
- 7-year-old D.S.L. () had been held at the San Diego EIS for 38 days.
- 7-year-old R.E.G.U. () and 9-year-old J.J.G.U. (), likely siblings or cousins, had been held at Starr Commonwealth for 32 days.
- 8-year-old E.M.Z. () had been held at Starr Commonwealth for 32 days.
- 5-year-old P.V.A.G.G. () and 9-year-old Y.F.A.G.G. (), likely siblings or cousins, had been held at Starr Commonwealth for 32 days.

---

[9] ORR defines "tender age children" as 0-12 years old. *See* Dep't Health & Human Servs., *Latest UAC Data – FY 2021*, https://www.hhs.gov/programs/social-services/unaccompanied-children/latest-uc-data-fy2021/index.html ("Tender Age (0-12) UC").
[10] "HHS Flores Data-April 2021," provided by Defendants on May 19, 2021.

3

*Figure 5: Length of Stay of Tender Age Children at Long Beach EIS as of May 24, 2021[11]*

| Facility Name | Number of tender age children held at Long Beach EIS | Range of tender age children's length of stay at Long Beach EIS | Number of tender age children with length of stay at Long Beach EIS of 20-29 days | Number of tender age children with length of stay at Long Beach EIS of 30 days or more |
|---|---|---|---|---|
| Long Beach EIS | 89 | 2 – 32 days | 37 | 22 |

For example, as of May 24, 2021:

- 6-year-old C.M.J. (　　　), had been held at Long Beach EIS for 32 days.
- 5-year-old E.C.B. (　　　) and 7-year-old J.C.B. (　　　), likely siblings or cousins, had been held at Long Beach EIS for 32 days.
- 6-year-old D.S.P.I. (　　　) and 9-year-old E.F.R.I. (　　　), likely siblings or cousins, had been held at Long Beach EIS for 32 days.
- 10-year-old L.Z.F. (　　　), had been held at Long Beach EIS for 28 days.
- 8-year-old J.M.B. (　　　), had been held at Long Beach EIS for 27 days.

---

[11] "Long Beach EIS" census provided by Defendants on May 24, 2021, prior to *Flores* Counsel's site visit to the Long Beach EIS conducted on May 25-26, 2021.