# EXHIBIT D

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 16 years old. I am from Guatemala.

Pecos Emergency Intake Site

3. I have been at the Pecos Emergency Intake Site in Pecos, TX since about April 8, 2021.

4. When I arrived here, I was taken to be with other boys in a dorm.

5. My uncle is applying to be my sponsor. He lives in Maryland. After he moved to the United States, we kept in touch over the phone or video chat. We have a good relationship.

6. My uncle told me that he filled out paperwork and that he sent the paperwork back about four weeks ago. No staff have called my uncle since they told him about the paperwork. My uncle has tried to call the staff using the phone number that they used to call him, but no one has picked up when he has called. He hasn't spoken to any staff for the past four weeks.

7. I have not spoken with a case manager the entire time that I have been here. I have asked to speak with a case manager, but the staff have not given me the name of my case manager. It is as if the staff don't want me to speak with anyone about my case.

8. I've seen other kids who have been here for less time leave before me. I feel sad because it seems like the staff don't want me to leave. I have been here for a long time – it's been 62 days now.

9. Every day, I want to cry because I see that there are other kids who have been here less time, some 15 days, some 20 days, and they get to leave. There are some other kids who have been here for about the same time as me, and there is just a lot of sadness among us.

10. I am allowed to call my family every four to six days. I speak with my uncle for five minutes. And I call my brother in Guatemala for five minutes.

11. I don't like the food here. It is the same food every day. It's all the same.

12. Every day, we go outside. When we are outside, I see other kids having fun. But I don't have the desire to join them. Every day, I don't have the desire to eat. I just want to lie down all the time. In Guatemala, I played soccer every week on a field. It was my favorite sport.

13. I did not receive a list of free legal service providers, and I have not spoken with an attorney.

14. I have English class in the tent – the class lasts for about 30 minutes. That is the only school here.

15. I have not wanted to talk to anyone about how I am feeling. I don't want to. When I have tried to speak with someone to ask about my case and talk to a case manager, they offer to call my uncle so that I can feel better. It helps to be able to talk to him.

16. Every day, I feel really sad. I keep seeing other kids leave. I feel like the staff don't want me to get out of here.

17. I look forward to living with my uncle in Maryland. What I would like more than anything is to learn English and to study. I would also like to work and make money.

18. My uncle spends time with other family members. They like to play soccer in their free time. I look forward to playing soccer with them too.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of June, 2021, at Pecos, TX.

[signature redacted]

## CERTIFICATE OF TRANSLATION

My name is Soraya Morales Nunez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 9, 2021

[signature: Soraya Morales Nunez]