# EXHIBIT M

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ■■■■■■■■■■■■■■■■■■■■, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 14 years old. I am from Honduras.

3. I arrived in the United States around the beginning of April 2021.

Pecos Emergency Intake Site

4. I have been at the Pecos Emergency Intake Site in Pecos, TX since about April 8, 2021.

5. My family friend is applying to be my sponsor. He is a friend of my parents. I met him in person two years ago. He lives in Virginia. I think he lives there with his wife and kids. He and I have a good relationship. We kept in touch by phone over the past two years.

6. Last Thursday, the staff told me that I have been assigned a case manager, but I have never met the case manager. I was not given any contact information for the case manager, but I would like to be able to talk to them. I don't know if I am allowed to speak with my case manager. If I could speak with the case manager, I would ask them, "When will I be able to leave?" The staff told me that the case manager would send paperwork to my sponsor and that fingerprints would be needed. The staff said that my case manager needed to upload all of the paperwork and submit it for approval, and then the president would need to approve it. Before last week, I hadn't spoken with anyone about my case.

7. I am allowed to call my family friend and my family every six or seven days. When I speak to my family friend, he has told me that he has completed all the paperwork and submitted his fingerprints. He told me that he submitted the fingerprints last Thursday. I think we are just waiting for the president to approve my case. I don't know whether my family friend has spoken with my case manager or any staff.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  9th day of June, 2021, at Pecos, TX.

CERTIFICATE OF TRANSLATION

My name is Jorayza Morales Nuñez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: June 9, 2021                              /s/ Jorayza Morales Nuñez