# EXHIBIT O

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 16 years old. I am from Honduras.

3. This is the first time that I came to the United States. I came by myself. I don't remember exactly when I came across the border.

CBP Custody

4. After I came across the border, I was put in a big white tent, which was all separated by plastic into different cells. There were about 60 to 75 other boys in my cell, and they were all between about 15 and 17 years old.

5. We all had to sleep very close together because there were so many people in the cells. We slept on thin mattresses on the floor and we were given thin aluminum blankets. It was very cold at night, and the blankets weren't enough to keep us warm. We did not sleep at night because the officials cleaned the cells around midnight or one in the morning and so they kept the lights on until on until then. They would also wake us up multiple times to do a roll call of the list of the boys in the cell. They called the roll call list every single night that I was there. It was impossible to sleep, because we were waiting for the list to be called to see if we had an interview or to respond and say that we were there.

6. I was in the white tent for seven days. During those seven days I was only allowed outside one time for ten minutes.

7. The food was always the same. I didn't eat most of the food because it was always the same – a burrito with lettuce, rice, and beans. Sometimes it was cold and sometimes it was warm.

8. The border agents did not treat us well. There was a paper on the wall that said we could ask for medical assistance if we felt sick. But if anyone had a headache or stomachache, the agents would not pay attention to us and they wouldn't help us.

9. One day, I told the agents that I had a headache and stomachache. I think the food wasn't sitting well in my stomach. The agents just told me to drink lots of water, but didn't give me anything else or bring a doctor to help.

10. Another boy in my cell had a really bad earache and told an agent that his ear was hurting, so the agent took him to the medical area. The boy told me that when he went to the medical area, the medical people were on their phones and ignored him and were laughing at him. He came back to the cell and hadn't gotten any medical help for his ear and was crying because he was in so much pain. I don't know what happened to him because I was transferred out of the cell and never saw him again.

11. After seven days in the tent, I was given a COVID test in my nose and I tested negative. The agents then put me on a bus with many other boys, but they didn't tell us anything about where we were going. I don't remember how long we were on the bus, but I think it was about eight hours.

Freeman Emergency Intake Site

12. I have been detained at the Freeman site in San Antonio for about 22 days.

13. I have been allowed to use a phone five times to call my family, for ten minutes each time. I've spoken to my sister three times and my father two times. I give the phone numbers to a staff member and they dial the phone number for me.

14. My sister wants to apply to be my sponsor. She lives in New Orleans, Louisiana.

15. I am feeling very desperate because I don't know if anyone here is following my case. When I talk to my sister, she says that no one has called her to tell her what to do or what paperwork to fill out. I am very worried because I hear that the case managers are only helping the children who have recently arrived. I heard from other boys in my group

2

that their family members have been contacted to start the paperwork, so I am very confused about why my sister has not been contacted yet.

16. I have not yet had any meeting with a case manager about my sister. I have not talked to any staff member about my sister. I don't know why other boys have had meetings with case managers and I have not yet been able to talk to anyone. It makes me very worried and anxious. No one has told me why I haven't had a meeting yet or what is going on.

17. Today I have a phone call, so I plan to call my sister and I hope that she will tell me that someone has called her to start the process so that I can leave.

18. I spend most of the day in the sleeping area on my cot. I play cards with the other boys in my group. One time, I was drawing on one of my shirts and the staff members took away the markers that I was using. They told me I wasn't allowed to use markers to decorate my shirt.

19. We have some English classes about once a week, for about 15-20 minutes. So far we have learned simple phrases like "Hi, my name is Elquin" and "How are you?" and "Where is the bathroom?" We have also learned the colors.

20. We are allowed to go outside about once or twice a day, for 30 minutes each time.

21. We get three meals each day, and the food is much better than it was in the white tent at the border. I usually feel full after meals, and there are also snacks if I'm hungry.

22. I sleep in a very big hall with hundreds and hundreds of other boys. We each have our own cot with a thin mattress to sleep on. I can sleep better here than I did in the white tent at the border. The staff turn off the lights at night and it's not cold. At night, we have to be escorted to the bathroom individually, and so sometimes we have to wait for a while for a staff member to be available to bring us the bathroom.

23. We are allowed to shower every two or three days.

24. I have received a list of free legal service providers. A few days ago, there was a group talk about legal services from KIND. I got a form that I filled out and submitted, but I have not yet talked to a lawyer.

3

25. The staff members here are nice to us and treat and us well.

26. Six days after I arrived, I talked to a counselor because I was not feeling well. It was helpful to talk to them about how I was feeling because I was feeling very sad and anxious. But now that there are many more boys here, lots of other boys are sad and want to see the counselor, so it's harder to be able to get time to talk to them. I signed up on the list today to talk to a counselor, but I don't know how long it will take for me to get an appointment. One of my friends has also been here for 22 days and he is also feeling very desperate.

27. We all wear masks during the day and at night. Generally, the staff give out new masks every week or so, but if we ask for a new mask or our mask breaks or gets torn, then we can get a new mask.

28. I hope to be released to my sister soon. I am desperate. I wouldn't mind being here for 20 or 30 days if I knew that I was going to be released soon. But because the process hasn't started and because I had no idea what's happening or when the process will start, that makes me feel very, very anxious. I don't know when this will end.

29. When I'm released, I hope that I can study and work.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  20th day of April, 2021, at San Antonio, Texas.

CERTIFICATE OF TRANSLATION

1
2  My name is _Elena Jiménez Gutiérrez_ and I swear that I am
3  fluent in both the English and Spanish languages and I translated the foregoing
4  declaration from English to Spanish to the best of my abilities.
5
6  Dated: April 20, 2021                                    _Elena J.G._
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28