# EXHIBIT Q

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am seventeen years old. I am from Honduras.

3. I left Honduras on January 2nd. I came here by myself. I don't have family in Honduras except my sister. I don't know where my mom is. It's been a long time since I was in touch with her. My dad died eight months ago.

4. I arrived at the border about twenty days ago. My journey was really really difficult. I came without family and it was hard and painful. I crossed the river by swimming and then immigration officials apprehended me.

CBP Custody

5. They took me to a large place. It was like a big tent. It had a lot of walls separated by plastic. I was in a plastic cell with other kids. There were probably about 70 kids in my cell. There were other cells with adults. It was very cold. I was there for about eleven days.

6. It was really sad to be there. For one, I missed my family. And they also didn't treat me well. Some of the guards were nice, but very few.

7. I was always locked up there. They never let us outside. I was only allowed outside one time for only twenty minutes while I was there. I would spend the whole day and night lying down or sitting around. I would just sleep. They would let us sit, but that was it.

8. I was only allowed to take a shower two times in the eleven days I was there.

9. The food was not good. I didn't really eat the food. I only ate the fruit while I was there.

10. Sometimes I would get to sleep on a pad, but most times I slept on the floor. There was also a bench. It was cold and they just gave us these thin blankets that looked like aluminum.

11. I was never allowed to make a phone call while I was there. I spent almost three months without knowing anything about my family until finally yesterday I was allowed to make a call to my nephew who lives in Missouri. It was hard to go so long without knowing anything about my family.

12. On the day I left, I was woken up at about 2 in the morning and they told me to pack my belongings. The trip began around 9. During that time, people were packing up their belongings and they were doing COVID testing. There were three busses of kids. We took a bus, a plane, and then another bus. I got here around 9 pm that night. From my group of 70 people, about nine or ten of us came here. They didn't tell me anything about why I would be coming here. They didn't give us any information.

Dallas Convention Center

13. I've been here for nine days. They haven't told me anything. I have been asking for phone calls, but they told me I had to wait my turn. I would feel more comfortable if I could talk to my family more often.

14. I was finally able to talk to my nephew yesterday. He's 24 years old. He is going to be my sponsor. He said that he had been contacted three times and that he was waiting for a fourth call from someone. After that call, he was told he would be able to come here to get me. He wasn't sure when that would happen.

15. Sometimes I feel safe here, but sometimes I don't. Truthfully, everything here is okay, but I don't think I will feel safe until I'm with my family.

16. The food portions here feel too small, particularly at breakfast and at dinner. The food is good; it's just not enough sometimes.

2

17. I am able to take a shower here every day. We don't have a fixed schedule for showers. Sometimes it's in the afternoon and sometimes it's at night.

18. We had English class today, but before that there were three or four days that I didn't have class. The class lasts about ten minutes, I think. Then we do worksheets. That's the only school we have here.

19. Everyone here sleeps in a really big area together. There's no separation in that room, and I've heard that there are about 2600 kids. I don't like sleeping in a room with so many people. I don't like having so many people around me. I feel asphyxiated having so many people around me.

20. I spend most of my days on my cot. Sometimes I practice my English. There's not much to do here. Some of the other kids like to play amongst themselves, but I don't like to join. At the other facility, I got in trouble one time and they made me sit for two hours by myself outside the cell. I get worried that I will get punished here and so I would rather just stay by myself on my cot.

21. We are not allowed to go outside here except when we shower. It is hard to be inside all day long.

22. There is no one here I can talk to about my case. There's also no one here I can talk to when I'm feeling sad. There's no one here; I just talk to God. It helps me and I cry. It would help if I could have a Bible.

23. I would like to study to be able to get ahead and help my family. I'm not sure yet what I would want to study. I mainly just want to spend time with my family in a way I wasn't able to do before.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  29th day of March, 2021, at Dallas, Texas.

[signature redacted]

# CERTIFICATE OF TRANSLATION

My name is _Soraya Morales Nuñez_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: March 29, 2021

_____
Soraya Morales Nuñez