# EXHIBIT T

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆ , declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 9 years old. I am from Guatemala.

3. I arrived in the United States over a month ago. I arrived with my brother ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆. He is 5 years old.

CBP Custody

4. My brother and I were held at the border for 2 days. That place was bad. The food was not good and we weren't able to play. After two days, my brother and I took a bus and a plane to Michigan.

Starr Commonwealth Emergency Intake Site

5. I have been at the Starr Commonwealth Emergency Intake Site in Albion, MI for about one month.

6. My grandmother is applying to be my sponsor. I think that she has sent in all the documents yesterday. I don't know how much longer we will be here but I think we are now just waiting for someone to approve our release. I hope we will be able to go live with my grandmother soon.

7. I have been allowed to call my grandmother about two times a week.

8. I live in a cabin with my brother ▆▆▆ and other boys. ▆▆▆ and I used to share a room but then other kids arrived and they moved me to another room. The other boy that shares a room with ▆▆▆ is 7 years old and he is not very nice to him. The other boys are not nice with ▆▆▆ and it upsets me. Two other boys in our cabin are 17 years old and hit ▆▆▆. We told the staff and they told the boys to stop bothering ▆▆▆.

9. There are too many rules here. If a child breaks a rule, they get a report. I got a report once because I got into a fight with someone who was trying to hurt my brother. A

staff member told me that if a child gets too many reports, they have to stay here for longer.

10. I am not allowed to leave my cabin without one of the men who take care of us. I also have to ask permission before going to the bathroom, the living room, the kitchen, or the second floor of the cabin.

11. I am very bored here. During the day we play and sometimes there are English classes. I like drawing and ▌ likes to play with cars.

12. The staff here treat us well but only some of them speak Spanish.

13. I think the food here is a bit weird.

14. I spoke with another lawyer here. Those lawyers also gave a presentation about our rights.

15. I am excited to go live with my grandmother soon. When I am released to my grandmother I want to study, play, and draw.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 12 day of May, 2021, at Albion, MI.

███████████

CERTIFICATE OF TRANSLATION

My name is Marisol Garcia and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 5/12/2021            M Garcia