# EXHIBIT A

**From:** Carlos Holguín crholguin@centerforhumanrights.email 🚩
**Subject:** Request to meet/confer re ORR Juvenile Coordinator report
**Date:** June 8, 2021 at 11:25 AM
**To:** Fabian, Sarah B (CIV) Sarah.B.Fabian@usdoj.gov
**Cc:** Peter Schey pschey@centerforhumanrights.org, Andrea Sheridan Ordin aordin@strumwooch.com, Leecia Welch lwelch@youthlaw.org, Neha Desai ndesai@youthlaw.org, Melissa Adamson madamson@youthlaw.org, Batool, Fizza (CIV) Fizza.Batool2@usdoj.gov, Paul H. Wise pwise@stanford.edu, Alex Harten aharten@strumwooch.com
**Bcc:**

Dear Sarah,

As we discussed earlier today, here are our concerns regarding the June 4 report:

1) <u>Length of stay at EISs; transfers to licensed facilities</u>.

    The report states there are 2,177 children at EISs whose LOS is 41 days or higher and 2,622 children in EISs whose LOS is between 21 and 40 days, with the highest LOS being 66 days. The report offers no specifics on plans to minimize length of stay in EISs beyond reciting that ORR is "shifting focus" to addressing lengthy stays at EISs and that these efforts will include transfer to licensed facilities.

    The report also fails to explain the criteria ORR uses to place or continue class members in EISs in lieu of placement or transfer to a licensed faciity or ICF.

2) <u>Under-utilization of licensed beds; expansion of licensed capacity.</u>

    The report indicates that 473 TFC beds are unoccupied out of 1,408 TFC beds total, meaning that over one-third of TFC beds are unoccupied. In addition, the report states that 596 shelter beds are unoccupied, representing 8 percent of the 7,820 total shelter beds. There are also 199 empty LTFC beds, representing 43 percent of total LTFC capacity.

    The report also states that ORR has over 240 unused beds at Carrizo Springs, representing 30 percent of that facility's capacity. Although beds at Carrizo Springs are not licensed, they are much better than any of the EISs Plaintiffs have visited.

    The report's explanation for these unused beds—i.e., that foster programs are reserved for certain demographics such as parenting teens or tender age children and that some families do not want to take kids directly from the border—does not adequately explain why so many licensed or ICF beds remain empty or why many tender age children are staying in EISs for weeks.

    Nor does the report provide specific information regarding how long ORR intends to continue detaining class members in unlicensed EISs or its plans to expand licensed bed capacity.

3) <u>Case management; quality control</u>.

    The Court's order requires the report to supply "updates on ORR's plans to improve case management and expedite release of minors," Doc. # 1122 at 3, yet this section of the report focuses only on expediting release and does not address plans to improve case management.

    During interviews at mulitple EISs, class members with prolonged periods in EIS placement repeatedly report (a) never meeting with a case manager and/or having no ability to request a meeting with their case manager; (b) hearing nothing from their case managers for extended periods; (c) having had their case managers removed and replaced without notice or explanation, which seemingly causes or contributes to delay in their release; and (d) remaining in EIS detention while other children with more distant relatives and shorter LOSs are promptly released.

    The report states: "Currently, all EIS facilities have case management services in place. Some EIS facilities have developed robust Case Management Services while others continue to ramp up their services." The description of case management services at each facility offers no information from which it may reasonably concluded that adequate case management is being supplied at any given facility.

Please advise as to the earliest date Defendants can be available to discuss the foregoing.

Thank you,

—

Carlos Holguín

Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.309 (v)
(213) 290-1642 (direct)
(213) 386.9484 (fax)
http://www.centerforhumanrights.org
--

CONFIDENTIALITY NOTICE: This communication, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized interception, review, use, distribution, or disclosure not authorized by the intended recipient(s) is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848, codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient, please contact the sender and destroy all copies of the original communication.

> On Jun 7, 2021, at 4:18 PM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:
>
> I understand why we might want to discuss an extension of the deadlines related to the EISs and relatedly the ORR JC Report, and I think that's worth discussing. I will discuss with my clients and see if we have a suggestion, or happy to consider any proposals.
>
> I do not think there is any basis to discuss extensions for any responses to the CBP or ICE reports which are currently due this Friday. If there is a reason to do so please let me know so that I can discuss with my clients.
>
> Sarah B. Fabian
> Senior Litigation Counsel
> Office of Immigration Litigation – District Court Section
> (202) 532-4824
>
> **From:** Peter Schey <pschey@centerforhumanrights.org>
> **Sent:** Monday, June 07, 2021 7:03 PM
> **To:** Andrea Sheridan Ordin <aordin@strumwooch.com>
> **Cc:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>; Carlos Holguín <crholguin@centerforhumanrights.email>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>; Paul H. Wise <pwise@stanford.edu>; Alex Harten <aharten@strumwooch.com>
> **Subject:** Re: Flores - Recent TX Order
>
> Agree some adjustment of schedule for responses to all juv coord reports makes sense if Govt agrees.
>
>
> Peter A. Schey
> President
> Center for Human Rights and Constitutional Law

256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.304 (v)
(323) 251-3223 (direct)
(213) 386.9484 (fax)
http://www.centerforhumanrights.org
--

CONFIDENTIALITY NOTICE: This communication, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized interception, review, use, distribution, or disclosure not authorized by the intended recipient(s) is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848, codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient, please contact the sender and destroy all copies of the original communication.

On Mon, Jun 7, 2021 at 3:24 PM Andrea Sheridan Ordin <aordin@strumwooch.com> wrote:

> The date is good for me and I agree that Aurora and her team are critical to the EIS/Ft. Bliss discussion.   The availability of the ORR team and the recent ongoing informal meet and confers between and among Plaintiffs, Defendants, Amici and the Independent Monitor and Dr. Wise have been helpful and I look forward to that continuing.
>
> Waiting until June 16 to meet with Aurora and her team therefore makes sense , but I don't see how all the parties can fulfill the current deadlines set by the Court on May 12.  As you remember, the Order contemplates that after the Juvenile Coordinator Reports are filed on June 4 (which they were) the responses are due June 11, 2021, but only after meeting and conferring and attempting to achieve resolution.  Similarly the Order requires that the Special Master and Expert shall file their next interim report on June 11, if any, if they first deliver a draft to the parties by June 4 (which they haven't).  Although I don't know if plaintiffs or amici intend to file responses to the Juvenile Coordinator reports, but assuming they do,  it is difficult to see how meaningful meet and confers could be held by June 11 among the parties.  The Special Master and Expert do expect to file an interim report and will have a draft to the defendants soon, but it also appears that some of the essential parties to comment will not be available until June 16.
>
> We could agree on a new schedule and ask the Court to adjust deadlines, while trying to hold to the June 25 hearing.   Thoughts, suggestions?
>
> Best!
>
> Andrea
>
> ---
>
> **From:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>
> **Sent:** Monday, June 7, 2021 2:13 PM

**To:** Andrea Sheridan Ordin <aordin@strumwooch.com>; Carlos Holguín <crholguin@centerforhumanrights.email>
**Cc:** Peter Schey <pschey@centerforhumanrights.org>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>; Paul H. Wise <pwise@stanford.edu>; Alex Harten <aharten@strumwooch.com>
**Subject:** RE: Flores - Recent TX Order

Thanks.

Also, we had discussed setting up a time to follow up re the EIS/Ft. Bliss discussions. Given that Aurora and her team are there this week, and she is then out for a couple of days, we are tentatively looking at some time in the afternoon of Wednesday 6/16. I will send proposed times shortly, but if that day won't work please let me know what days would be better for Plaintiffs and the Monitors.

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Andrea Sheridan Ordin <aordin@strumwooch.com>
**Sent:** Monday, June 07, 2021 5:04 PM
**To:** Carlos Holguín <crholguin@centerforhumanrights.email>; Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>
**Cc:** Peter Schey <pschey@centerforhumanrights.org>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>; Paul H. Wise <pwise@stanford.edu>; Alex Harten <aharten@strumwooch.com>
**Subject:** RE: Flores - Recent TX Order

And for us.

---

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Monday, June 7, 2021 1:53 PM
**To:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>
**Cc:** Peter Schey <pschey@centerforhumanrights.org>; Andrea Sheridan Ordin <aordin@strumwooch.com>; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
**Subject:** Re: Flores - Recent TX Order

That time works for Plaintiffs.

Thanks,

Carlos,

<0>

--
Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.309 (v)
(213) 290-1642 (direct)
(213) 386.9484 (fax)
http://www.centerforhumanrights.org

--
CONFIDENTIALITY NOTICE: This communication, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized interception, review, use, distribution, or disclosure not authorized by the intended recipient(s) is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848, codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient, please contact the sender and destroy all copies of the original communication.

> On Jun 7, 2021, at 10:13 AM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:
>
> Sorry I miscalculated the time differences. I mean 10am PT/1pm ET? Thank you.
>
> Sarah B. Fabian
> Senior Litigation Counsel
> Office of Immigration Litigation – District Court Section
> (202) 532-4824
>
> **From:** Fabian, Sarah B (CIV)
> **Sent:** Monday, June 07, 2021 12:24 PM
> **To:** crholguin@centerforhumanrights.org
> **Cc:** Schey Peter <pschey@centerforhumanrights.org>; aordin@strumwooch.com; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
> **Subject:** RE: Flores - Recent TX Order
>
> Carlos – how about 9am PT tomorrow (Tuesday) morning?
>
> Sarah B. Fabian
> Senior Litigation Counsel
> Office of Immigration Litigation – District Court Section

(202) 532-4824

**From:** Carlos Holguín <crholguin@centerforhumanrights.org>
**Sent:** Thursday, June 03, 2021 1:43 PM
**To:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>
**Cc:** Schey Peter <pschey@centerforhumanrights.org>; aordin@strumwooch.com; Leecia Welch <lwelch@youthlaw.org>; Neha Desai <ndesai@youthlaw.org>; Melissa Adamson <madamson@youthlaw.org>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
**Subject:** Re: Flores - Recent TX Order

Sarah,

A number of us are working at Fort Bliss through Friday, so it would be difficult to organize a call this week. We could try for Monday afternoon, but Tuesday morning would be easier.

Please let us know your preference.

Carlos.

---- On Wed, 02 Jun 2021 14:34:02 -0700 **Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>** wrote ----

> Carlos (and team):
>
> As you may be aware, this week Gov. Abbott issued a Declaration that would, among other things, require the Texas Health and Human Services Commission to take all necessary steps to discontinue state licensure of any child care facility under a contract with the federal government that shelters or detains unaccompanied children. HHS's top priority is the health and safety of the children in our care.  HHS is assessing the situation and evaluating its options, and does not intend to close any facilities as a result of the order. We would like to speak with you about the impact of the order on HHS, and particularly the potential impact of the order on the agency's ability to comply with the *Flores* Settlement Agreement. I know you are traveling this week, but if you are able to set time for a call sooner rather than later we would appreciate it. If this week proves impossible, please let me know your availability at the beginning of next week.
>
> Please be assured that in the coming days, ORR will continue its humanitarian mission and advance our shared goals of family unification in Texas and throughout the U.S.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
Department of Justice
PO Box 868, Ben Franklin Station
Washington, DC 20044
(202) 532-4824

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**Disclaimer**

The information contained in this communication from the sender is confidential. It is intended solely for use by the recipient and others authorized to receive it. If you are not the recipient, you are hereby notified that any disclosure, copying, distribution or taking action in relation of the contents of this information is strictly prohibited and may be unlawful.

This email has been scanned for viruses and malware, and may have been automatically archived by Mimecast, a leader in email security and cyber resilience. Mimecast integrates email defenses with brand protection, security awareness training, web security, compliance and other essential capabilities. Mimecast helps protect large and small organizations from malicious activity, human error and technology failure; and to lead the movement toward building a more resilient world. To find out more, visit our website.

**From:** Carlos Holguín crholguin@centerforhumanrights.email
**Subject:** Follow up to May 27 meet/confer
**Date:** June 11, 2021 at 5:22 PM
**To:** Fabian, Sarah B (CIV) Sarah.B.Fabian@usdoj.gov
**Cc:** Andrea Sheridan Ordin aordin@strumwooch.com, Alex Harten aharten@strumwooch.com, Paul H. Wise pwise@stanford.edu, Leecia Welch lwelch@youthlaw.org, Mishan Wroe mwroe@youthlaw.org, Melissa Adamson madamson@youthlaw.org, Ryan Matlow rmatlow@stanford.edu, Batool, Fizza (CIV) Fizza.Batool2@usdoj.gov, Peter Schey pschey@centerforhumanrights.org
**Bcc:** flores@youthlaw.org

Dear Sarah,

We remain very concerned about the lengths of stay children are subjected to at EISs and the conditions of their detention. Our recent visit to Ft. Bliss only exacerbated our concerns. We understand the government is working to remedy these issues, but children are spending too long in large, unlicensed facilities that are inherently inappropriate for them.

We are hopeful the parties will come to agreement on concrete solutions to avoid the need for litigation. As briefly explained on Tuesday's call, the points Plaintiffs propose to discuss are the following:

- Whether HHS will agree not to oppose Plaintiffs' intervening in any litigation it may file challenging Gov. Abbott's executive order re licensing ("Abbott EO").
- Whether HHS will agree to keep Plaintiffs advised re the status of the Abbott EO, litigation involving the Abbott EO, and the status of ORR's Texas facilities' licensing.
- Whether HHS will agree not to move to terminate the *Flores* settlement, if at all, unless and until the Abbott EO is set aside.
- Whether ORR will adopt a policy re placements to and transfers from EISs that would minimize EIS placements for particularly vulnerable youth.
- Whether ORR will agree to review the adequacy of case management services to class members who spend more than 20 days at EISs and take necessary steps (such as increasing staffing) to improve case management at facilities where children routinely spend longer than 20 days.
- Whether ORR is willing to refer class members who spend more than 20 days at EISs to NGOs willing to assist proposed custodians in completing reunification procedures.
- Whether ORR is willing to increase its use of licensed beds and beds at the Carrizo Springs ICF, such that no more than perhaps five percent of such beds are unused.
- Whether ORR is willing to prioritize placement at Long Beach and other smaller EISs and reserve placement at Fort Bliss as a last resort.
- Whether ORR is willing to agree to limit the number of days a child can spend at an EIS (unless movement to a licensed shelter would delay reunification).
- Whether HHS is willing to work with Plaintiffs to establish an independent team of reputable child welfare experts from NGOs who will inspect facilities Texas refuses to license or inspect for compliance with Texas licensing standards.
- Whether ORR is willing to only place Cat 1 and 2 children in EISs and move Cat 3 and 4 children to licensed facilities within 5 days of determining they are Cat 3 or 4.

Plaintiffs attach to this email is a zip file containing a sample of declarations we have collected across several site visits so the government may have the benefit of children's own descriptions of the treatment and conditions they have experienced in EISs. The password for the zip file will follow by separate email.

In addition, Plaintiffs propose that Dr. Ryan Matlow present his findings regarding children's mental health at Fort Bliss and recommendations for improving mental health outcomes.

Please advise as to the specific time on June 16, 2021, Defendants will be prepared to meet and confer regarding the foregoing.

Thank you,

Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.309 (v)
(213) 290-1642 (direct)
(213) 386-9484 (fax)

(213) 380.9484 (fax)
http://www.centerforhumanrights.org
--
CONFIDENTIALITY NOTICE: This communication, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized interception, review, use, distribution, or disclosure not authorized by the intended recipient(s) is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848, codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient, please contact the sender and destroy all copies of the original communication.


--
To unsubscribe from this group and stop receiving emails from it, send an email to flores+unsubscribe@youthlaw.org.


EIS_Decs4Govt.zip

--
To unsubscribe from this group and stop receiving emails from it, send an email to flores+unsubscribe@youthlaw.org.

**From:** Fabian, Sarah B (CIV) Sarah.B.Fabian@usdoj.gov
**Subject:** RE: [Not Virus Scanned] [Not Virus Scanned] Re: Texas's 6/11 Reply to HHS
**Date:** June 16, 2021 at 3:46 PM
**To:** Carlos Holguín crholguin@centerforhumanrights.email
**Cc:** Andrea Sheridan Ordin aordin@strumwooch.com, Batool, Fizza (CIV) Fizza.Batool2@usdoj.gov



Thank you. We will take a look at these but I cannot promise a response by Monday.

Best,
Sarah

Sarah B. Fabian
Senior Litigation Counsel
Office of Immigration Litigation – District Court Section
(202) 532-4824

---

**From:** Carlos Holguín <crholguin@centerforhumanrights.email>
**Sent:** Wednesday, June 16, 2021 6:36 PM
**To:** Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov>
**Cc:** Andrea Sheridan Ordin <aordin@strumwooch.com>; Batool, Fizza (CIV) <Fizza.Batool2@usdoj.gov>
**Subject:** [Not Virus Scanned] [Not Virus Scanned] Re: Texas's 6/11 Reply to HHS

This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
This message has not been virus scanned because it contains encrypted or otherwise protected data. Please ensure you know who the message is coming from and that it is virus scanned by your desktop antivirus software.
Thank you.

As discussed, I'm forwarding a protected zip file containing several additional declarations recounting poor case management, delays in release having no obvious explanation, and placement of especially vulnerable youth at EISs.

We ask that the Juvenile Coordinator look into these accounts, as well as those sent last week, and inform us of her findings by Monday morning of next week.

A password for the zip file will follow via separate email.

Thank you.

—
Carlos Holguín
General Counsel
Center for Human Rights & Constitutional Law
256 S. Occidental Blvd.
Los Angeles, California 90057
(213) 388-8693 x.309 (v)
(213) 290-1642 (direct)
(213) 386.9484 (fax)

http://www.centerforhumanrights.org
--
CONFIDENTIALITY NOTICE: This communication, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and legally privileged information. Any unauthorized interception, review, use, distribution, or disclosure not authorized by the intended recipient(s) is prohibited and may violate applicable laws, including the Electronic Communications Privacy Act of 1986, Pub. L. 99-508, 100 Stat. 1848, codified at 18 U.S.C. §§ 2510 et seq. If you are not the intended recipient, please contact the sender and destroy all copies of the original communication.

On Jun 16, 2021, at 12:46 PM, Fabian, Sarah B (CIV) <Sarah.B.Fabian@usdoj.gov> wrote:

As discussed, attached is Texas's 6/11 response to HHS's letter regarding the May 31st Proclamation.  HHS requests that counsel and the Monitor keep this document confidential as agreed on our call today.

Thank you,
Sarah

<O-BecerraXavier202106111940.pdf>