# EXHIBIT B

DECLARATION OF CARLOS HOLGUIN

I, Carlos Holguín, declare and say as follows:

1. I am one of the attorneys for Plaintiffs in the within action. I am a resident of the State of California, and I am over the age of 18. I execute this declaration based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

2. Pursuant to ¶¶ 28 and 29 of the settlement approved in this action in 1997, the Office of Refugee Resettlement ("ORR") provides Plaintiffs' counsel with statistical reports on all juveniles in its custody. Among other things, these reports identify class members, indicate in the name and type of facility in which they are detained, and provide the date on which each juvenile came into ORR custody.

3. ORR's statistical report for May 2019 provides a snapshot census of all children in ORR custody as of June 17, 2019. I have compared the June 17, 2019 snapshot against ORR reports provided for months both before and after, and thereby determined that the June 17, 2019 reports reflects the greatest number children in ORR custody during the mid-2019 influx.

4. The June 17, 2019 report indicates that ORR then had 13,179 children in custody. It further indicates that 2,407, or approximately 18.3 percent, of these children were then being detained at the Homestead, Florida, influx facility, an unlicensed, emergency installation ORR established to house children it could not or would not place in its existing network of state-licensed dependent care facilities. The report indicates that Homestead was the sole unlicensed influx facility ORR used at the time.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on this 21st day of June, 2021, at Santa Clarita, California.

_____
Carlos Holguín

---

Declaration of Carlos Holguin

1