# EXHIBIT C

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG-AGRx <br><br> DECLARATION OF MELISSA ADAMSON IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORR JUVENILE COORDINATOR'S JUNE 4, 2021 INTERIM REPORT <br><br> Hearing: June 25, 2021 <br> Time: 11:00 am <br> Hon. Dolly M. Gee |

**DECLARATION OF MELISSA ADAMSON
IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORR JUVENILE COORDINATOR'S
JUNE 4, 2021 INTERIM REPORT**

I, Melissa Adamson, declare as follows:

1. I am counsel of record for Plaintiffs in the above-captioned case. I execute this declaration in support of Plaintiffs' Response to ORR Juvenile Coordinator's June 4, 2021 Interim Report.

2. This declaration is based on my personal knowledge, except as to those matters based on information and belief, which I believe to be true. If called to testify in this case, I would testify competently about these facts.

3. Attached hereto is a true and correct copy of Exhibit 1 ("Emergency Intake Site and Influx Care Facility Data Summary"). I authored Exhibit 1, which includes a description of the total numbers of children and lengths of stay at ORR emergency intake sites and influx care facility, as well as a description of the numbers and lengths of stay of tender age children held at ORR emergency intake sites and influx care facility.

4. In preparing the Emergency Intake Site and Influx Care Facility Data Summary, I reviewed the monthly statistical data report produced by the Department of Health and Human Services ("HHS") pursuant to ¶¶ 28 and 29 of the *Flores* Settlement Agreement for the month of April 2020 ("April HHS data report").

5. The census tab of the April HHS data report provides the following information for each class member in custody as of May 14, 2021 at 8:00 AM: "ALIEN_NO," "FIRST_NAME," "LAST_NAME," "DOB," "COB," "ORR_PLACEMENT_DATE," "GENDER," "DATE_ADMITTED," "PROGRAM_NAME," and "PROGRAM_TYPE."

6. In preparing the Emergency Intake Site and Influx Care Facility Data Summary, I also reviewed three census data reports produced by Defendants prior to *Flores*

- 1 -

counsel monitoring site visits: (1) "Long Beach EIS" census provided by Defendants on May 24, 2021, prior to *Flores* counsel's site visit to the Long Beach EIS conducted on May 25-26, 2021; (2) "UAC placed at Ft. Bliss as of 2021-06-02" census provided by Defendants on June 2, 2021, prior to *Flores* counsel's site visit to the Fort Bliss EIS conducted on June 3-4, 2021; and (3) "UAC placed at Pecos EIS as of 2021-06-07" census provided by Defendants on June 7, 2021, prior to *Flores* counsel's site visit to the Pecos EIS conducted on June 8-9, 2021.

7. The April HHS data report is a snapshot of ORR data as of May 14, 2021 at 8:00 AM. The "Long Beach EIS" census is a snapshot of children placed at Long Beach EIS as of May 24, 2021. The "UAC placed at Ft. Bliss as of 2021-06-02" census is a snapshot of children placed at Fort Bliss EIS as of June 2, 2021. The "UAC placed at Pecos EIS as of 2021-06-07" census is a snapshot of children placed at Pecos EIS as of June 7, 2021.

8. I used the methodology described in ¶¶ 9-11 to calculate the information presented in the Emergency Intake Site and Influx Care Facility Data Summary.

9. To determine each child's "length of stay" I calculated the number of days between each class member's "DATE_ADMITTED" to their current EIS placement and the snapshot date of the particular data file, as listed in ¶ 7. For example, in the analysis of the April HHS data report (snapshot date May 14, 2021), a class member that was admitted to an EIS on May 1, 2021 was calculated as having spent 13 days at that EIS. This method was chosen to avoid overcounting days spent in custody, as the monthly data reports do not list the exact time that class members arrive at each placement.

10. For the purposes of this Data Summary, the "length of stay" calculated in each table reflects the children's time held in their current EIS placement. It does not include time that children may have been held in a prior Emergency Intake Site or time that children were held in Customs and Border Protection.

11. To determine each child's age, and therefore which children were "tender age children," I calculated the difference between each class member's listed date of birth and the snapshot date of the particular data file, as listed in ¶ 7.

12. The information contained in Exhibit 1 is true and correct to the best of my knowledge and belief.

13. I declare under penalty of perjury that the foregoing is true and correct. Executed this 11th day of June, 2021 at Princeville, Hawaii.

*[signature]*

Melissa Adamson

# EXHIBIT 1

# EMERGENCY INTAKE SITE AND INFLUX CARE FACILITY DATA SUMMARY

## I. Length of Stay at ORR Emergency Intake Sites and Influx Care Facility

*Figure 1: Length of Stay at ORR Emergency Intake Sites and Influx Care Facility Operational as of May 14, 2021[1]*

| Facility Name | Number of children at the facility | Days in Operation (as of 5/14/21)[2] | Range of children's length of stay (at the facility) |
|---|---|---|---|
| Carrizo Springs ICF | 672 | 81 | 0 – 66 days[3] |
| Delphi EIS | 1,314 | 38 | 3 – 38 days |
| Dimmit EIS | 339 | 39 | 3 – 39 days |
| Fort Bliss EIS | 4,565 | 45 | 1 – 45 days |
| Kay Bailey Hutchison Convention Center EIS | 512 | 56[4] | 19 – 58 days[5] |
| Lackland EIS | 370 | 27 | 3 – 27 days |
| Long Beach EIS | 672 | 22[6] | 2 – 23 days |
| Midland EIS | 322 | 61 | 2 – 31 days |
| Pecos EIS | 1,314 | 39 | 1 – 39 days |
| Pomona EIS | 452 | 13 | 3 – 13 days |
| San Diego EIS | 1,104 | 48 | 3 – 48 days |
| Starr Commonwealth EIS | 98 | 33 | 12 – 32 days |

---

[1] "HHS Flores Data-April 2021," provided by Defendants on May 19, 2021.
[2] *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html (listing opening dates for each emergency intake site).
[3] Six children had a length of stay of 52 days or more at Carrizo Springs ICF as of May 14, 2021.
[4] Kay Bailey Hutchison Convention Center EIS was opened on March 19, 2021, however the April *Flores* Data Report shows that 23 children were admitted to Kay Bailey Hutchison Convention Center EIS on March 17, 2021. *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html ("With the assistance of FEMA, on March 19, HHS opened an Emergency Intake Site (EIS) in Dallas, Texas, with the potential capacity of 2,300 beds.").
[5] 324 children had a length of stay of 50 days or more at Kay Bailey Hutchison Convention Center EIS as of May 14, 2021.
[6] Long Beach EIS was opened on April 22, 2021, however the April *Flores* Data Report shows that one child was admitted to Long Beach EIS on April 21, 2021. *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html.

*Figure 2: Length of Stay at Fort Bliss EIS as of June 2, 2021[7]*

| Facility Name | Days in Operation (as of 6/2/21) | Range of children's length of stay at Fort Bliss EIS | Number of children with length of stay at Fort Bliss EIS of 50-59 days | Number of children with length of stay at Fort Bliss EIS of 60 days or more | Number of children at Fort Bliss EIS |
|---|---|---|---|---|---|
| Fort Bliss EIS | 64 | 4 – 64 days | 297 | 122 | 3,151 |

*Figure 3: Length of Stay at Pecos EIS as of June 7, 2021[8]*

| Facility Name | Days in Operation (as of 6/7/21) | Range of children's length of stay at Pecos EIS | Number of children with length of stay at Pecos EIS of 50-59 days | Number of children with length of stay at Pecos EIS of 60 days or more | Number of children at Pecos EIS |
|---|---|---|---|---|---|
| Pecos EIS | 63 | 0 – 63 days | 145 | 70 | 1,598 |

---

[7] "UAC placed at Ft. Bliss as of 2021-06-02" census provided by Defendants on June 2, 2021, prior to *Flores* Counsel's site visit to the Fort Bliss EIS conducted on June 3-4, 2021.

[8] "UAC placed at Pecos EIS as of 2021-06-07" census provided by Defendants on June 7, 2021, prior to *Flores* Counsel's site visit to the Pecos EIS conducted on June 8-9, 2021.

2

## II. Length of Stay of Tender Age Children[9] at ORR Emergency Intake Sites and Influx Care Facility

A total of 819 tender age children were held at 8 different ORR emergency intakes sites or influx care facility as of May 14, 2021.

*Figure 4: Length of Stay of Tender Age Children at ORR Emergency Intake Sites and Influx Care Facility Operational as of May 14, 2021[10]*

| Facility Name | Number of tender age children held at the facility | Range of tender age children's length of stay at the facility | Number of tender age children with length of stay (at the facility) of 20-29 days | Number of tender age children with length of stay (at the facility) of 30 days or more |
|---|---|---|---|---|
| Carrizo Springs ICF | 58 | 2 – 34 days | 0 | 14 |
| Delphi EIS | 1 | 9 days | 0 | 0 |
| Fort Bliss EIS | 1 | 22 days | 1 | 0 |
| Long Beach EIS | 347 | 2 – 22 days | 92 | 0 |
| Midland EIS | 57 | 2 – 29 days | 32 | 0 |
| Pomona EIS | 191 | 3 – 13 days | 0 | 0 |
| San Diego EIS | 92 | 13 – 40 days | 1 | 67 |
| Starr Commonwealth EIS | 72 | 12 – 32 days | 10 | 40 |

For example, as of May 14, 2021:

- 8-year-old J.O.O. (        ) had been held at the San Diego EIS for 40 days.
- 9-year-old L.A.L.G. (       ) and 11-year-old J.M.L.G. (       ), likely siblings or cousins, had been held at the San Diego EIS for 40 days.
- 7-year-old D.S.L. (        ) had been held at the San Diego EIS for 38 days.
- 7-year-old R.E.G.U. (       ) and 9-year-old J.J.G.U. (       ), likely siblings or cousins, had been held at Starr Commonwealth for 32 days.
- 8-year-old E.M.Z. (        ) had been held at Starr Commonwealth for 32 days.
- 5-year-old P.V.A.G.G. (       ) and 9-year-old Y.F.A.G.G. (       ), likely siblings or cousins, had been held at Starr Commonwealth for 32 days.

---

[9] ORR defines "tender age children" as 0-12 years old. *See* Dep't Health & Human Servs., *Latest UAC Data – FY 2021*, https://www.hhs.gov/programs/social-services/unaccompanied-children/latest-uc-data-fy2021/index.html ("Tender Age (0-12) UC").
[10] "HHS Flores Data-April 2021," provided by Defendants on May 19, 2021.

3

*Figure 5: Length of Stay of Tender Age Children at Long Beach EIS as of May 24, 2021*[11]

| Facility Name | Number of tender age children held at Long Beach EIS | Range of tender age children's length of stay at Long Beach EIS | Number of tender age children with length of stay at Long Beach EIS of 20-29 days | Number of tender age children with length of stay at Long Beach EIS of 30 days or more |
|---|---|---|---|---|
| Long Beach EIS | 89 | 2 – 32 days | 37 | 22 |

For example, as of May 24, 2021:

- 6-year-old C.M.J. (▮▮▮▮▮▮), had been held at Long Beach EIS for 32 days.
- 5-year-old E.C.B. (▮▮▮▮▮▮) and 7-year-old J.C.B. (▮▮▮▮▮▮), likely siblings or cousins, had been held at Long Beach EIS for 32 days.
- 6-year-old D.S.P.I. (▮▮▮▮▮▮) and 9-year-old E.F.R.I. (▮▮▮▮▮▮), likely siblings or cousins, had been held at Long Beach EIS for 32 days.
- 10-year-old L.Z.F. (▮▮▮▮▮▮), had been held at Long Beach EIS for 28 days.
- 8-year-old J.M.B. (▮▮▮▮▮▮), had been held at Long Beach EIS for 27 days.

---

[11] "Long Beach EIS" census provided by Defendants on May 24, 2021, prior to *Flores* Counsel's site visit to the Long Beach EIS conducted on May 25-26, 2021.