# EXHIBIT P

I, ████████████, declare as follows:

1.     This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2.     I am 16 years old.  I am from Guatemala. I speak Spanish and Mam.

3.     I arrived in the United States on or around April 2, 2021.  I arrived by myself.

CBP Custody

4.     The immigration agents brought to an hielera. I was there for 16 days. I don't know why I was there for such a long time because some other kids were only there for 3 of 4 days. Nobody told me why I had to stay there for such a long time.

5.     There were many other kids in the hielera and it was difficult to sleep. There were about 10-15 kids in a small room and we slept on mattresses on the floor. Sometimes it was very cold.

6.     The food was not very good.

7.     I was able to call my brothers in Atlanta two times while I was in the hielera.

8.     After 16 days, I traveled by plane to Starr Commonwealth in Michigan. Nobody explained to me where I was going or why.

Starr Commonwealth Emergency Intake Site

9.     I have been at the Starr Commonwealth Emergency Intake Site in Albion, MI for about one month.

10.     When I arrived here, I was tested for COVID and I was negative. I was not put in quarantine.

11.     I want to live with my brothers in Atlanta. Nobody has told me anything about the sponsorship process and I don't know if anyone from the government or this shelter has contacted my brothers or sent them any documents. I don't understand why I have been here such a long time.

12.   I am allowed to call my brothers one time per week. Last Sunday they allowed me to call my mother for Mother's Day. I also got another call with my mom when I really wanted to talk to her, but normally I only get one call per week with my brothers. Someone is always near me when I make these calls, they are not private.

13.   During the day I watch television in the living room and go out to play. We go outside two or three times per day. We can play basketball and soccer. I would like to listen to Christian music here but I can't because the other kids want to listen to different music.

14.   Once in a while we have English classes for half an hour or an hour but these classes are not part of our regular schedule.

15.   The staff here treat us well. Some of the staff speak Spanish but not all of them. Some days we only have staff that speak English and they use translation by phone, which makes it difficult. There are some kids here who speak Mam and don't understand Spanish and it is difficult for them to communicate.

16.   I live in a cabin with other boys between 10 and 17 years old. I sleep in a room with one other boy. We eat our meals in the cabin. Sometimes I see boys from other cabins around but we don't interact much.

17.   There are many rules here and if someone breaks a rule, they get a report. We have to ask permission to go to the bathroom or go to the kitchen. When I leave my cabin, I am always with the other boys in my cabin. I am not allowed to leave my cabin alone.

18.   The food here is okay, sometimes it is good and sometimes bad. There is enough food. I can shower every night and I get clean clothes every day.

19.   I have spoken with another attorney here and I went to a Know Your Rights training.

20.   I feel sad that I am still here and that I have not been able to leave to live with my brothers.

21.    When I leave here I want to study. I am interested in being a teacher or a police officer but I'm not sure what I want to do.

1    I declare under penalty of perjury that the foregoing is true and correct.  Executed on this

2    12 day of May, 2021, at Albion, MI.

3

4

5

6

7

8

9                            CERTIFICATE OF TRANSLATION

10   My name is Marisol Garcia                                   and I swear that I am

11   fluent in both the English and Spanish languages and I translated the foregoing

12   declaration from English to Spanish to the best of my abilities.

13

14   Dated: 5-12-21                        M Garcia

15

16

17

18

19

20

21

22

23

24

25

26

27

28