# EXHIBIT R

I, █████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 15 years old. I am from Guatemala. I came here alone. I speak some Spanish, but my primary language is K'iche.

3. I was apprehended by immigration and was there for three days. It was bad there. They only gave us burritos.

### Fort Bliss Emergency Intake Site

4. I have been detained here for about 23 days.

5. I have been able to make one phone call with my mom and one phone call with my grandparent in Guatemala.

6. We are able to go outside - sometimes once a week and sometimes two days a week. We are outside for an hour. I like to play with the balls.

7. I am having trouble sleeping here. There is a lot going on and there is a lot of noise. I share a bunk bed with another girl who sleeps on the bottom cot and I sleep on the top cot.

8. My mom is going to receive me here. She lives in Ohio.

9. I have not talked to a case manager here. I do not know the status of my case or when I can leave. I had an interview and they asked me if I came with any family. They didn't ask me other questions. They didn't tell my anything about my case.

10. I don't want to be here anymore. I want to be with my mom. I am trying to figure out how to be with her. She told me to try to talk to a case manager who could help me with the process, but I haven't been able to talk to anyone.

1

1
2 I declare under penalty of perjury that the foregoing is true and correct. Executed on this
3 28th day of April, 2021, at El Paso, Texas.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# CERTIFICATE OF TRANSLATION

My name is _Soraya Morales Nuñez_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: April 28, 2021

Soraya Morales Nuñez