# EXHIBIT U

I, ▮▮▮▮ , declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.
2. I am 17 years old. I am from El Salvador
3. I arrived in the United States on or around April 25th. I remember crossing the river which was very scary, I know a lot of people have been injured trying to cross. I was with my cousin and some other people.
4. When we got to immigration, they separated the males and females so I was separated from my cousin.
5. I was in the *hielera* for a day. I was given a silver blanket to sleep with but it was too hard to sleep because it was so cold.

Long Beach Emergency Intake Site

6. I came directly from CBP to Long Beach and I have been here for about 30 days. I try to keep busy to keep the time pass but I really want to leave; its been a long time.
7. I was sad when I first got here and it was very hard to keep the food down that they gave me because I am pregnant.
8. I'm now six months pregnant; I am going to have a boy and I am excited.
9. I've talked to some of the other girls here that are pregnant, but we are not in the same pod.
10. I am getting the medical care I need here for my pregnancy.
11. My father's cousin is applying to be my sponsor. I am very close to him because he used to visit me a lot in El Salvador. He lives in Los Angeles but he hasn't visited. I think if he visited and then I saw him leave while I still had to stay here, it would be very painful for me.

12. My father's cousin submitted all of his paperwork, but then had to resubmit the paperwork twice, I don't know why. I think the government has all of the paperwork they need now. Tomorrow he gets his fingerprints taken.

13. I've met with my case manager a few times and she has provided me with updates on my case.

14. I'm allowed to make phone calls twice a week for ten minutes each time. I typically call my mom in El Salvador, but if she doesn't answer the phone I call my aunt.

15. During the day we do activities, we have English class in the afternoon and time to play outside.

16. I've heard about one staff member here that is angry. I haven't had to deal with him but I heard he is very serious and strict. Some of the staff here interact with us but others just do their job and don't interact with us much.

17. There are 27 other kids in the area where I sleep. Sometimes I have trouble sleeping because I'm thinking about things and sometimes it's hard to sleep because of the light.

18. I've asked for clean clothes but haven't gotten them. I asked for pants because my legs were cold and they said I've get them but I never did. When I ask for certain things, sometimes I never get it and then I get tired of asking so I give up.

19. I am really sad being here. It's hard being here while I'm pregnant.

20. I'd like to get an education but once the baby comes, I'll be very busy taking care of him.

21. Ultimately, I'd like to study cosmetology or something like that.

1
2  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
3  26 day of May, 2021, at Long Beach, California.
4
5  ████████████████████████████████
6
7
8
9                    CERTIFICATE OF TRANSLATION
10 My name is KATHLEEN O'GORMAN _____ and I swear that I am
11 fluent in both the English and Spanish languages and I translated the foregoing
12 declaration from English to Spanish to the best of my abilities.
13
14 Dated: 5/26/21                              *Kathleen O'Gorman*