1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br><br>        Defendants. | No. CV 85-4544-DMG (AGRx)<br><br>ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS C THROUGH F AND H THROUGH U SUBMITTED IN SUPPORT OF PLAINTIFFS' RESPONSE TO ORR JUVENILE COORDINATOR'S JUNE 4, 2021 INTERIM REPORT [1134] |

Plaintiffs seek to file under seal portions of Exhibits C through F and H through U submitted in support of Plaintiffs' Response to the ORR's Juvenile Coordinator's June 4, 2021 Interim Report.

Specifically, Plaintiffs seek leave from the Court to file under seal the following portions of Exhibits C through F and H through U:

| Exhibit | Information Plaintiffs Seek to Seal |
|---|---|
| 1 of Exhibit C | Detained children's ID numbers |
| D | Detained child's name |
| E | Detained child's name |
| F | Detained child's name |

1                                                      [

| Exhibit | Information Plaintiffs Seek to Seal |
|---|---|
| H | Detained child's name |
| I | Detained child's name |
| J | Detained child's name |
| K | Detained child's name and details of journey to the United States |
| L | Detained child's name |
| M | Detained child's name |
| N | Detained child's name |
| O | Detained child's name |
| P | Detained child's name |
| Q | Detained child's name |
| R | Detained child's name |
| S | Detained child's name |
| T | Detained children's names |
| U | Detained child's name |

Having considered the papers submitted by Plaintiffs and reviewed the material that they seek to seal, the Court HOLDS that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, it is hereby ORDERED:

Plaintiffs are granted leave to file under seal the unredacted version of Exhibits C through F and H through U submitted in support of Plaintiffs' Response to ORR Juvenile Coordinator's June 4, 2021 Interim Reports.

IT IS SO ORDERED.

DATED:  June 25, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE