UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date June 29, 2021 |

| | |
|---|---|
| Title ***Jenny L. Flores, et al. v. Merrick Garland, et al.*** | |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Miriam Baird |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Sarah B. Fabian, USDOJ |
| Carlos R. Holguin | Fizza Batool, USDOJ |
| Leecia Welch | |

**Proceedings: STATUS CONFERENCE**

The case is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; Bridget Cambria and Denise Bell for Amici; and present by telephone are ICE Juvenile Coordinator Deane Docherty and CBP Juvenile Coordinator Henry A. Moak, Jr. The hearing is held by videoconference. The Court and counsel confer.

A further Zoom status conference is set on **August 6, 2021 at 11:00 a.m.** A further written order will issue regarding additional details and deadlines.

:55