1  ANDREA SHERIDAN ORDIN (SBN 38235)
2  STRUMWASSER & WOOCHER LLP
   10940 Wilshire Boulevard, Suite 2000
3  Los Angeles, California 90024
   Telephone: (310) 576-1233
4  Facsimile: (310) 319-0156
   E-mail: aordin@strumwooch.com
5
   *Special Master / Independent Monitor*
6

7

8                  **UNITED STATES DISTRICT COURT**

9            **FOR THE CENTRAL DISTRICT OF CALIFORNIA**

10

11  JENNY LISETTE FLORES, *et al*.,       CASE NO. CV 85-4544 DMG
                                          (AGRx)
12
                   Plaintiffs,
13                                        **REQUEST FOR EXTENSION OF**
                                          **SPECIAL MASTER/**
14       v.                               **INDEPENDENT MONITOR TERM**

15
   MERRICK GARLAND,
16  Attorney General of the United
   States, *et al*.,
17

18                 Defendants.

19

20

21

22

23

24

25

26

27

28

The Special Master/Independent Monitor ("Monitor") submits this Request for Extension for an additional six (6) month term to January 15, 2022, as permitted by the terms of the Court's Order Appointing The Special Master/Independent Monitor ("Appointment Order") [Doc. # 494] and by the Order of May 10, 2021 ("May Order"). [Doc. # 1102].

According to the terms of the Appointment Order, the Monitor has requested, and the Court has granted, five extensions of her term [Doc. ## 698, 769, 1005, 1071, 1096] and, pursuant to the May Order, extended the date to July 15, 2021. In that Order, the Court modified the Appointment Order such that the Parties and/or the Monitor may file a Notice requesting a further extension of the Monitor's term at least one (1) week before the expiration of the three-month extension. [Doc. # 1102]. This Request is filed pursuant to the May Order, and the Monitor understands that Defendants will file a response, if any, no later than July 13, 2021.

Since the Monitor's reappointment, the Monitor and Dr. Paul H. Wise, Special Expert ("Special Expert"), have continued to monitor the evolving situation relating to migrant minors at the U.S. Southwest Border, the conditions at U.S. Customs and Border Protection ("CBP") facilities that process minors, the temporary Office of Refugee Resettlement ("ORR") facilities, ("EISs"), and any sites, e.g. hotels, under any Defendant's control that care for Class Members. This included regular briefings from ORR, regular meetings with Plaintiffs, advocates, and personnel from various non-governmental organizations ("NGOs"), and tours and monitoring of the Midland EIS, San Diego EIS, Long Beach Convention Center EIS, Freeman Expo Center San Antonio EIS, Delphi EIS, and Fort Bliss EIS.

On June 22, 2021, after delivering a draft interim report and recommendation to the parties, the Monitor and Special Expert filed the Interim

2

Report and Recommendations ("Interim Report") [Doc. # 1137] focused upon ORR EISs.

The Monitor and Special Expert request a six (6) month extension in order to continue the enhanced monitoring in coordination with the Juvenile Coordinators, as contemplated by Court's Orders, and to make any recommendations. As noted in the Court's Order of June 29, 2021 [Doc. # 1143], regular targeted reporting by the three Juvenile Coordinators and the Independent Monitor and Special Expert remains important to facilitating Defendants' compliance and timely troubleshooting. Furthermore, the Monitor and Special Expert intend to submit future reports focusing on the family detention posture at U.S. Immigration and Customs Enforcement ("ICE") Family Residential Centers and any use of alternative facilities by ICE.

During the period of the proposed extension, the Monitor also wishes to conclude the mediation related to Plaintiffs' *Ex Parte* Application for a Temporary Restraining Order and an Order to Show Cause (*Re: United States Customs and Border Protection (CBP)*). [Doc. # 572]. As noted in the last extension request, the Parties had reached tentative agreement on a number of issues and subsequently exchanged lengthy written proposals. However, even without a written agreement, the government has implemented certain proposals and recommendations. Building on this progress will again be attempted during this most recent extension.

## CONCLUSION

The term of the Monitor should be extended by a six (6) month period to January 15, 2022. Pursuant to the Court's Appointment Order [Doc. # 494], the Monitor should be compensated at the hourly rate of $300.00, and the Special Expert and aides of comparable skill and experience should be compensated at the hourly rate of $300.00. The services of additional Monitor's aides should be billed at a rate of $125.00.

1         The Monitor anticipates averaging 70 hours per month for the work of the

2   Special Expert and the Monitor together, with an additional 60 hours per month for

3   the services of the Monitor's aides, with a cap of $175,000.00 for the six month

4   period exclusive of travel expenses, which are expected to be necessary during this

5   period. The Monitor and Special Expert will make requests for any such travel.

6

7   DATED:   July 7, 2021                    Respectfully submitted,

8
                                             Andrea Sheridan Ordin
9

10

11                                           By  s/ Andrea Sheridan Ordin
                                                 Andrea Sheridan Ordin
12

13                                           *Special Master / Independent Monitor*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on July 7, 2021, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on July 7, 2021 at Los Angeles, California.

Jeff Thomson