# July 23, 2021
# CBP JUVENILE
# COORDINATOR REPORT

1300 Pennsylvania Avenue, NW
Washington, DC 20229

**U.S. Customs and
Border Protection**

July 22, 2021

MEMORANDUM FOR:    The Honorable Judge Gee
                              District Judge
                              U.S. District Court, Central District of California

FROM:                   Henry A. Moak, Jr.
                              Chief Accountability Officer
                              U.S. Customs and Border Protection

7/22/2021
x _____
Signed by: HENRY A MOAK JR

SUBJECT:            CBP Juvenile Coordinator July 23, 2021 Interim Report

On June 29, 2021, this Court ordered the U.S. Customs and Border Protection (CBP) Juvenile Coordinator, as well as the Juvenile Coordinators for U.S. Immigration and Customs Enforcement (ICE) and the U.S. Department of Health and Human Services (HHS), to file an interim report by July 23, 2021, to include: (i) the census of minors in each of the agency's facilities; (ii) the average length of stay for minors in the agency's facilities; (iii) the number of minors currently testing positive for COVID-19; and (iv) whether the Juvenile Coordinator has adequate personnel or other capacity to provide detailed monitoring of new or expanded facilities.  More specifically, this Court directed the CBP Juvenile Coordinator to include: (i) a census of Class Members in CBP custody in the Rio Grande Valley Sector, (ii) an update on CBP's policies and capacity for processing minors in light of COVID-19, Title 42, and the recent influx, (iii) an update as to whether the conditions at the Donna Centralized Processing Center (CPC-DNT) or any other facility that serves as a hub for processing minors are safe and sanitary under FSA Paragraph 12, and (iv) a status update, if any, on CBP construction or renovation projects related to processing Class Members.

The CBP Juvenile Coordinator submits the following report in response to this Court's June 29, 2021 Order.  This report builds on the information provided in the previous interim reports submitted January 15, 2021, March 5, 2021, April 9, 2021, and June 4, 2021.  Given the nature of the Court's request, this report provides information about the average time in custody (TIC) for minors and the average number of minors in custody across the Southwest Border (SWB), as well as more detailed information regarding the Rio Grande Valley (RGV) U.S. Border Patrol (USBP) Sector.

<u>Census of Class Members</u>

Overall CBP encounters on the SWB in June 2021 increased 5% over May 2021 encounters; however, this does not necessarily represent the number of unique individuals arriving at the

CBP Juvenile Coordinator July 23, 2021 Interim Report
Page 2

border.[1]  In June 2021, 34% of encounters recorded were of individuals who had at least one prior encounter in the previous 12 months.[2]  This re-encounter rate is significantly higher than the average one-year re-encounter rate of 14% for fiscal years (FYs) 2014 through 2019.[3]  To date, the number of unique individuals encountered this FY is 454,944, compared to 489,760 unique individuals encountered during the same period in 2019.[4]

While single adults continue to make up the majority of CBP encounters overall, there was an increase in encounters of unaccompanied children (UCs) and families (FMUs) in June 2021 compared to the number of UC and FMU encounters in May 2021.[5]  Specifically, FMU encounters increased by nearly 25% in June 2021 compared to the number of encounters in May 2021.[6]  For context, the number of FMUs encountered in June 2021 (55,805) was still well below the peak of FMUs encountered in May 2019 (88,587).[7]

The following tables provide information regarding encounters at the SWB CBP-wide as well as encounters specific to USBP SWB and RGV Sector.

### Table 1. CBP Encounters in May and June 2021

|  | May 2021[8] | June 2021[9] | % Change | FY 20 To Date[10] | FY 21 To Date[11] | % Change |
|---|---|---|---|---|---|---|
| **CBP Single Adults** | 121,603 | 117,602 | -3.3% | 222,961 | 777,877 | 249% |
| **CBP UCs** | 14,137 | 15,253 | 7.9% | 23,744 | 95,079 | 300% |
| **CBP FMUs[12]** | 44,746 | 55,805 | 24.7% | 62,335 | 245,093 | 293% |
| **CBP AMs[13]** | 155 | 169 | 9% | 431 | 1,155 | 168% |

---

[1] *See*, *CBP Announces June 2021 Operational Updates*, U.S. Department of Homeland Security, https://www.cbp.gov/newsroom/national-media-release/cbp-announces-june-2021-operational-update, (last visited July 20, 2021).
[2] *Id*.
[3] *Id*.
[4] *Id*.
[5] *Id*.
[6] *Id*.
[7] *Id*.
[8] *See*, *U.S. Border Patrol and Office of Field Operations Encounters FY 2021*, U.S. Department of Homeland Security, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters, (last visited July 20, 2021).
[9] *Id*.
[10] *See*, *Southwest Land Border Encounters (By Component)*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component, (last visited July 19, 2021) (FY 20 To Date includes October 2019 through April 2020).
[11] *See*, *Southwest Land Border Encounters (By Component)*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component, (last visited July 19, 2021) (FY 21 To Date includes October 2020 through June 2021).
[12] Family unit represents the number of individuals (either a child under 18 years old, parent/legal guardian) encountered with a family member by CBP.
[13] Accompanied Minors (AMs) are inadmissible children who are accompanied by an admissible parent/legal guardian.  These statistics are applicable to CBP's Office of Field Operations (OFO) only.

CBP Juvenile Coordinator July 23, 2021 Interim Report
Page 3

**Table 2. USBP RGV Sector Encounters in May and June 2021**

|  | May 2021[14] | June 2021[15] | % Change | FY 20 To Date[16] | FY 21 To Date[17] | % Change |
|---|---|---|---|---|---|---|
| RGV Single Adults | 23,508 | 27,777 | 18% | 42,402 | 154,602 | 264.6% |
| RGV UCs | 7,057 | 8,386 | 19% | 7,180 | 45,679 | 536.2% |
| RGV FMUs | 20,584 | 23,217 | 13% | 9,501 | 131,380 | 1,282.8% |

Table 3 represents the average daily number of individuals in USBP custody across the SWB and, more specifically, in RGV Sector for the months of May and June 2021.  Table 4 provides specific information regarding the number of class members in USBP custody across the SWB and in RGV Sector as of July 7, 2021, at 6:00 am Eastern.  The July 7, 2021 date was selected to provide a snapshot of the number of class members in USBP custody during the time this report was compiled.

**Table 3. USBP Average Daily Subjects in Custody[18]**

|  | May 2021 | June 2021 |
|---|---|---|
| USBP SWB Average | 4,659 | 5,013 |
| RGV Average | 1,063 | 1,912 |

**Table 4. Class Members in USBP Custody on July 7, 2021 at 0600 hours EDT[19]**

|  | SWB | RGV Sector |
|---|---|---|
| Number of UCs | 916 | 546 |
| Number of FMUs Children | 1,287 | 517 |
| TOTAL | 2,203 | 1,063 |

Finally, Table 5 depicts the average length of time children were in USBP custody across the SWB and in RGV Sector.  This table shows the average TIC for all children as well as the TIC

---

[14] *See, Southwest Land Border Encounters by Component: FY 2021 YTD USBP Southwest Land Border Encounters*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component, (last visited July 19, 2021).

[15] *Id*.

[16] *See, Fiscal Year to Date (FYTD) Percent Change*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component, (last visited July 19, 2021) (FY 20 To Date includes October 2019 through June 2020).

[17] *See, Fiscal Year to Date (FYTD) Percent Change*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/southwest-land-border-encounters-by-component, (last visited July 19, 2021) (FY 21 To Date includes October 2020 through June 2021).

[18] *See, USBP Average Daily Subjects In Custody by Southwest Border Sector*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/stats/custody-and-transfer-statistics, (last visited July 20, 2021).

[19] The census of class members in USBP and RGV Sector custody as shown in Table 4 was provided to JCO by USBP for purposes of this report.  This is not official data published on cbp.gov.

CBP Juvenile Coordinator July 23, 2021 Interim Report
Page 4

for UCs and FMUs specifically.  TIC data from July 7, 2021 was also pulled to provide a
snapshot of the TICs recorded during the time this report was compiled.

**Table 5. Average USBP Time in Custody[20]**

|  |  | May 2021 (Hours) | June 2021 (Hours) | July 7, 2021 (Hours) |
|---|---|---|---|---|
| **USBP SWB** | All | 33 | 31 | 35 |
|  | UCs | 26 | 27 | 30 |
|  | FMUs | 38 | 34 | 39 |
| **RGV Sector** | All | 26 | 28 | 27 |
|  | UCs | 26 | 26 | 31 |
|  | FMUs | 26 | 30 | 23 |

*Number of Class Members Currently Testing Positive for COVID-19*

As explained in my June 4, 2021 report, CBP conducts health intake interviews, including
COVID-19 considerations and temperature checks, on individuals in custody upon entry into
CBP facilities.  If individuals entering CBP custody are displaying COVID-19 symptoms or are
suspected of having COVID-19, they are taken from the CBP facility to a local health care
facility for medical care, COVID-19 testing (if appropriate), and treatment.  It is possible that a
local health care facility may test an individual for COVID-19 if they are referred from CBP for
another health reason.  In addition, individuals in CBP custody, including children, may be tested
for COVID-19 by ICE, HHS, or state/local partners, as appropriate, upon transfer or release from
CBP custody.  CBP maintains general visibility on all these efforts, but given the multiple lines
of effort, does not maintain comprehensive data on the number of children who have been in
CBP custody and may have tested positive for COVID-19.

Monitoring Personnel

As described in my June 4, 2021 report, the Juvenile Coordinator's Office (JCO) is a team
comprised of six experienced individuals who report directly to me.  JCO's primary
responsibility is monitoring the Agency's compliance with the FSA.  From June 5, 2020 (the last
date for inspections included in the 2020 annual report) through July 1, 2021, JCO conducted 19
inspections across the SWB and interviewed 23 children or parents on their child's behalf.  The
facilities inspected include the new soft-sided facilities in Eagle Pass, TX, Yuma, AZ, and
Tucson, AZ, which were stood up in April 2021 and continue to be operational.  I am confident
in JCO's ability to continue robust monitoring of CBP facilities across the SWB.

CBP Status Updates

This section provides relevant updates related to CBP policy and capacity for processing children
considering COVID-19, Title 42, and other significant developments.  This report does not

---

[20] The average length of stay for class members in USBP facilities as shown in Table 5 was provided to JCO by
USBP for the purpose of this report.  This is not official data published on cbp.gov.

CBP Juvenile Coordinator July 23, 2021 Interim Report
Page 5

include the CBP and RGV Sector COVID-19 policies discussed in my previous interim reports.
This section also includes CBP medical support updates.

*Capacity for Processing Minors*

CBP continues to assist the Centers for Disease Control and Prevention (CDC) in enforcing its
Order Suspending the Right to Introduce Certain Persons from Countries Where a Quarantinable
Communicable Disease Exists (October 13, 2020).[21]  As of the filing date of this report, the
government may still expel single adults and families in the United States traveling from Canada
or Mexico (regardless of their country of origin) who would otherwise be held in OFO ports of
entry or USBP stations for immigration processing.

All UCs encountered in the United States are processed under Title 8 authorities and transferred
to the custody of HHS, Office of Refugee Resettlement (ORR) or repatriated to a contiguous
country in accordance with the Trafficking Victims Protection Reauthorization Act of 2008.  On
July 22, 2021, the CDC published in the Federal Register a Notice "fully excepting UC from the
October Order."[22]  Families continue to be processed in multiple ways depending on various
factors as described in my April 9 report.

To support the expeditious transfer of children out of CBP custody to more appropriate settings,
CBP continues to fully engage with its interagency partners through the Movement Coordination
Cell (MCC).  The MCC is an unprecedented interagency approach that brings together the
Federal Emergency Management Agency, ORR, ICE, and CBP to support the shared goal of
quickly transferring UCs to HHS.  Through targeted initiatives and information-sharing across
multiple agencies, the MCC has assisted in reducing the overall TIC of UCs in CBP custody.
For example, in March 2021, UCs spent an average of 115 hours in CBP custody.  As shown in
Table 5 above, in June 2021 across the USBP SWB, UCs were held for an average of 27 hours.

*COVID-19 Precautions*

CBP continues to adapt and refine its COVID-19 protocols and guidance based on the most
current CDC and other applicable guidance.  Consistent with recent CDC guidance, CBP has
adjusted its blanket facemask requirements for vaccinated CBP personnel, subject to more
specific federal, local, operational, or occupational health guidance.  CBP continues to require
CBP personnel to wear facemasks and appropriate personal protective equipment in CBP holding
facilities.  CBP also continues to provide facemasks for individuals in custody to wear and
continues to encourage social distancing to the extent possible.

*CBP Medical Developments*

CBP remains committed to meeting the unique medical needs of children in its temporary
custody.  In FY 2021, CBP continued to demonstrate its commitment by expanding the scope
and scale of medical support services in its facilities.

---

[21] *See*, 85 Fed. Reg. 65806 (October 16, 2020).
[22] *See*, 86 Fed. Reg. 38717 (July 22, 2021).

CBP Juvenile Coordinator July 23, 2021 Interim Report
Page 6

As mentioned in my 2020 CBP Juvenile Coordinator annual report, in December 2019, CBP published the CBP Directive 2210-004 – *Enhanced Medical Support Efforts*, which directed agency efforts for medical support to mitigate risks involving individuals in custody along the SWB and standardize medical care.[23]  In March 2020, OFO and USBP finalized implementation plans that further standardized medical interactions, recordation, and monitoring.  These implementation plans were sent to the field in the summer of 2020.[24] The medical directive, and accompanying implementation plans, outline the minimum requirements for the provision of CBP medical support services across the SWB.  Neither the medical directive nor the implementation plans prevent CBP from going beyond the requirements set therein.

In accordance with the medical directive and implementation plans, CBP has identified medical priority facilities, which have contract medical support personnel onsite.  As of the filing date of this report, CBP has over 800 contract medical personnel, with close to 300 personnel providing medical support along the SWB on any given day, at more than 70 CBP facilities.  Contract medical providers are trained, licensed, and credentialed to care for children.  All 19 locations that JCO inspected since the last annual report had contracted medical support onsite.

CBP conducts health intake interviews as expeditiously as possible on all children brought into custody at a short-term holding facility.  The health intake interview includes questions about current medical conditions, injuries, medications being taken, and behavioral health, to include COVID-19 considerations and a temperature check.  In addition, CBP conducts more detailed medical assessments on all tender age children (12 and under) and any person, including any child, with an identified medical concern.  A medical assessment includes a detailed assessment of potential medical issues with a targeted medical history, physical exam, vital signs, and a review of systems.  A medical assessment may result in an additional medical encounter with a CBP contract medical provider and/or referral to a local health system, as appropriate, for more extensive care or diagnosis.

If a child is referred to a local health care system for medical treatment, he or she receives follow-up care upon return to CBP custody, and enhanced medical monitoring as appropriate.  Upon transfer or release from CBP custody, contracted medical personnel also provide a medical summary for children if medical issues were identified or addressed during custody.  Likewise, upon transfer or release from CBP custody, children who were receiving medication while in custody are provided a supply of the medication or a prescription, as appropriate, with instructions regarding use of the medication.

Finally, CBP has taken concerted measures to enhance its recordation of medical care provided to migrants while in custody.  CBP's Electronic Medical Record (EMR) was first launched in the RGV Sector in December 2020.  EMRs are digital versions of the typical paper charts that

---

[23] *See, Directive 2210-004-CBP Enhanced Medical Efforts*, U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/document/directives/directive-2210-004-cbp-enhanced-medical-efforts, (last visited July 20, 2021).
[24] *See, CBP Medical Implementation Plan – Overall Summary,* U.S. Department of Homeland Security, Customs and Border Protection, https://www.cbp.gov/newsroom/speeches-and-statements/cbp-medical-implementation-plan-overall-summary, (last visited July 13, 2021).

CBP Juvenile Coordinator July 23, 2021 Interim Report
Page 7

medical personnel utilize.   This system allows CBP to review, utilize, and maintain documentation of medical care provided to individuals in custody.  By July 1, 2021, there were 64 CBP facilities along the SWB utilizing the EMR.  In RGV Sector, EMR is utilized in six CBP facilities, including the CPC-DNT, which continues to be the primary processing facility for children and families in RGV Sector.  The EMR system allows for enhanced tracking of medical care throughout an individual's time in CBP custody from intake through transfer or release.  For example, if a child transfers from one CBP location to another, medical personnel have access to patient care records via the EMR, eliminating the need for paper copies to be transferred with the individual.

Safe and Sanitary Conditions in USBP RGV Sector

I understand that the CPC-DNT continues to serve as the primary hub for processing and holding children and families in RGV Sector.  Since my last report, CPC-DNT has remained at or near capacity.  I understand the CPC-DNT continues to provide children with regular meals and snacks; access to drinking water, functioning toilets, functioning sinks, emergency medical assistance if needed; and hold rooms that have adequate temperature control and ventilation.  There continues to be professional cleaning crews onsite to ensure hold rooms are appropriately cleaned.  I will continue to engage with RGV Sector and monitor conditions of custody across the SWB.

On May 25, 2021, the CPC-DNT added a third structure, increasing the holding capacity by 625, or 313 for the targeted COVID-19 reduced capacity.  This new expansion also added a third outdoor recreational area to the facility.  The recreational areas offer both an open air and canopy covered space for children to walk, play, exercise and otherwise have outdoor time while in CBP custody.  Various toys such as balls, hopscotch, and hula hoops are available for play.

CBP/RGV Renovation and Construction

Construction continues at the Centralized Processing Center-Ursula, and absent any unforeseen delays, will be completed December 2021.  RGV Sector anticipates operations will resume in January 2022.

July 23, 2021
ICE JUVENILE
COORDINATOR REPORT

## UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| JENNY LISETTE FLORES, *et. al.*, | ) | Case No.: CV 85-4544-DMG |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| MERRICK GARLAND, | ) | |
| Attorney General of the United States, *et al.*, | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

## JULY 2021 INTERIM REPORT
## OF JUVENILE COORDINATOR DEANE DOUGHERTY
## SUBMITTED BY IMMIGRATION AND CUSTOMS ENFORCEMENT

As required by the Court in its order issued on June 29, 2021, U.S. Immigration and Customs Enforcement (ICE) Juvenile Coordinator Deane Dougherty is submitting the following interim report. Due to the constantly evolving nature of the COVID-19 crisis, and the frequency of custody and discharge determinations, the information in this report is current and accurate as of the time of signature, or for the reported data, as of the date or time noted in conjunction with the information provided.

### I.   Census of Minors at ICE Facilities[1]

As stated in my last interim report, ICE is revising its current family detention posture to allow for a broader repurposing of the physical facilities to better meet operational needs. As of February 26, 2021, all families had been released from Berks and there have been no families

---

[1] There are three types of ICE facilities that house minors: Family Staging Centers, hotels, and secure juvenile detention facilities.

housed there since. Currently, the South Texas Family Staging Center and Karnes County Family[2] Staging Center are being used as short-term residential/staging centers for family units, with the goal of releasing families within 72 hours. Additionally, ICE has secured the use of hotels to temporarily house and process for release Class Members and families within the same 72-hour period as Family Staging Centers (FSC), which were described in my last report. Release within the 72-hour window, however, is contingent upon securing timely travel arrangements with the family's sponsor. COVID-19 positive cases also impact ICE's ability to process and release a family within 72 hours. Families who test positive for COVID-19 are generally held for the requisite 10-day quarantine period. ICE Enforcement and Removal Operations (ERO) Pandemic Response Requirements (PRR), March 16, 2021, page 20.

On July 16, 2021, there were 552 Class Members at the ICE FSCs, 170 in hotels, and 1 in secure juvenile detention for a total of 723 Class Members in ICE custody. The figures below breakdown these Class Members by age and country of origin.



_____

[2] ICE notes that the Karnes Family Staging Center stopped intaking families on July 17, 2021. The facility is being converted into a low-level adult female detention facility.



ICE is making continuous efforts to release Class Members without unnecessary delay in accordance with paragraphs 14 and 18 of the *Flores* Settlement Agreement (FSA). The speed by which Class Members and their accompanying parent(s) or legal guardian(s) are being processed and released from ICE custody has increased significantly. On July 16, 2021, 2021, there was one (1) Class Member who had been detained at an ICE facility twenty (20) days or more. Exhibit A. This Class Member is being held in secure detention pursuant to paragraph 21A of the FSA. The chart below represents the number of Class Members in ICE facilities as of July 16, 2021, as well as the average length of stay (ALOS) for the facilities.

| Minors in ICE Custody on 7/16/2021 | | |
|---|---|---|
| **Facilities** | **Census** | **Average Length of Stay (Days)** |
| Berks Family Staging Center | - | - |
| Karnes County Family Staging Center | 106 | 4 |
| South Texas Family Staging Center | 446 | 4 |
| Hotels | 170 | 4 |
| Secure Juvenile Detention Facilities | 1 | 106 |
| **Total** | **723** | **4** |

## II. Hotels

### A. Update on the Number, Locations, and Safe and Sanitary Conditions at the Hotels (§ 2(b)(ii) of the Court's June 29 Order)

Due to an unprecedented increase in irregular migrant flows to the southwest border, including greater numbers of family units, existing infrastructure simply cannot hold this number of individuals in a way that fully complies with the FSA and other requirements. It is because of these exigent circumstances that the Government secured the use of hotels to meet the critical mission requirements of housing, feeding, testing, transporting, and providing medical attention to these thousands of families in the most humane, sanitary and comfortable manner possible. These hotel facilities are located along or near the southwest border. In addition to the need for hotel facilities to manage the influx, expanded capacity is necessary to properly implement COVID-19 mitigation measures, including reductions in housing capacity and onsite personnel to process cases, which must be implemented in a way to promote social distancing.

Below is a list of hotels available to temporarily house and process families, including location and operating status:

4



| City-State | Hotel Name | Open / Anticipated Opening Date |
|---|---|---|
| | | |

**Update on ICE Policies Regarding the Use of Hotels or FSCs, Including Policies and Procedures to Address COVID-19 (§ 2(b)(iii) of the Court's June 29 Order)**

There are no new facts or procedures to report since the last Juvenile Coordinator Report. The information in the last Report accurately reflects current practices.

**C. Personnel and Capacity to Provide Detailed Monitoring of New and/or Expanded Facilities (§ 2(iv) of the Court's June 29 Order)**

There are no new facts or procedures to report since the last Juvenile Coordinator Report. The information in the last Report accurately reflects current practices.

### D.  Case Management Services at Each Facility (§ 2(v) of the Court's June 29 Order)

To augment its oversight capability, ICE ERO created a surge team of case and custody management subject matter experts to ensure that these facilities comply with existing detention standards, ICE policy and the ensure appropriate case management coverage for noncitizens detained at the above locations.

ICE ERO has taken the numerous actions to significantly increase support of U.S. Customs and Border Protection (CBP) at the Southwest border. For one, ERO developed a Family Unit Process Plan that embeds ERO officers with Border Patrol agents during the intake and screening process of family units, administrative processing, and release and/or transportation.  In support of this effort, ERO is taking on additional responsibilities that traditionally have belonged to CBP to speed up processing times. ERO has deployed 240 officers and supervisors to support CBP and is staging transportation resources to assist with increased transportation. Additionally, ERO Information Technology (IT) staff are engaging with CBP IT in Border Patrol stations to ensure ERO can utilize technological resources at the border.

This Plan will permit ERO to manage family unit cases more efficiently at the border. ICE is making an adjustment to the information systems that will allow ERO officers to see intake information as Border Patrol is entering it during processing, enabling ERO officers to screen family units for appropriate custody determinations during intake. ERO intake embeds at the border will provide court dates and immigration court locations to Border Patrol agents in order to allow the agent to timely and accurately issue Notices to Appear to family units and ensure that these are processed correctly. ERO is also assisting the timely transfer/release of family units from custody by helping to complete required forms.

### III.   Status of ICE's Implementation of COVID-19 Guidances

The FSCs and hotels that house Class Members take all reasonable measures to prevent and slow the spread of COVID-19 within the facilities to protect families, staff, and the public. These ICE facilities continue to follow the COVID-19 mitigation practices set forth in the ERO PRR for social distancing, shift staggering, sick leave policies, vaccination access, and other measures to ensure continuity of operations. The ERO PRR was last updated on March 16, 2021.[3]

I am actively monitoring the Department of Homeland Security and ICE guidance with respect to distributing the COVID-19 vaccination. At this time, the agency expects to begin administering vaccinations to Class Members in the near future. All Class Members are administered a COVID-19 test upon arrival at each ICE facility, and upon release. If an individual tests positive for the virus, CDC protocols are followed.

### IV.   Report of ICE Facilities Holding Minors and Number of COVID-19 Cases (§ 2(iii) of the Court's June 29 Order)

Pursuant to section 2(iii) of this Court's June 29, 2021 Order, and section 4(b)(iii) of this Court's April 24, 2020 Order, the following charts describe the number of positive COVID-19 cases at ICE facilities as of July 16, 2021.

| Current COVID-19 Positive Cases of FAMU Individuals in ICE Facilities on 7/16/2021 | | | | |
|---|---|---|---|---|
| **Facilities** | **Minor** | **Adult** | **Staff** | **Total** |
| Berks Family Staging Center | - | - | - | - |
| Karnes County Family Staging Center | 27 | 69 | 1 | 97 |
| South Texas Family Staging Center | 61 | 71 | - | 132 |
| Hotels | 4 | 3 | - | 7 |
| Secure Juvenile Detention Facilities | - | - | - | - |
| **Total** | **92** | **143** | **1** | **236** |

---

[3] https://www.ice.gov/doclib/coronavirus/eroCOVID19responseReqsCleanFacilities.pdf

| Cumulative COVID-19 Positive Cases of FAMU Individuals in ICE Facilities as of 7/16/2021 | | | | |
|---|---|---|---|---|
| **Facilities** | **Minor** | **Adult** | **Staff** | **Total** |
| Berks Family Staging Center | - | - | - | - |
| Karnes County Family Staging Center | 306 | 541 | 123 | **970** |
| South Texas Family Staging Center | 415 | 631 | 139 | **1,185** |
| Hotels | 179 | 252 | - | **431** |
| Secure Juvenile Detention Facilities | - | - | - | - |
| **Total** | **900** | **1,424** | **262** | **2,586** |

| Cumulative COVID-19 Positive Cases of FAMU Individuals in ICE Facilities as of 7/16/2021 | | | |
|---|---|---|---|
| **Facilities** | **Prior to Intake** | **After Intake** | **Total** |
| Berks Family Staging Center | - | - | - |
| Karnes County Family Staging Center | 709 | 138 | **847** |
| South Texas Family Staging Center | 860 | 186 | **1,046** |
| Hotels | 383 | 48 | **431** |
| Secure Juvenile Detention Facilities | - | - | - |
| **Total** | **1,952** | **372** | **2,324** |

| Cumulative COVID-19 Positive Cases of FAMU Individuals Hospitalized as of 7/16/2021 | |
|---|---|
| **Facilities** | **Hospitalized** |
| Berks Family Staging Center | - |
| Karnes County Family Staging Center | 1 |
| South Texas Family Staging Center | 2 |
| Hotels | 1 |
| Secure Juvenile Detention Facilities | - |
| **Total** | **4** |

Pursuant to section 4(b)(iv) of this Court's April 24, 2020 Order, the Class Members housed in a facility in which either a detainee or staff member have tested positive for COVID-19 have not been released or transferred to non-congregate settings because they are either in quarantine based on CDC guidance and ERO's PRR as a result of testing positive, or having an accompanying family member who tested positive, for COVID-19; or will be released as a family unit upon testing negative for COVID-19 and coordinating travel arrangements with their sponsor.

### V. Class Members' Access to Counsel at ICE Facilities (§ 2(vi) of the Court's May 12 Order)

ICE has no updates to report since the last Juvenile Coordinator Report. The information in the prior Report accurately reflects current practices. There is no information to report.

### VI. Title 42 Compliance

Pursuant to section 2(b) of the Court's June 29, 2021 Order, and section 6 of the Court's September 4, 2020 Order, ordering that the government maintain records and statistical information on minors held in Title 42 custody, including an update regarding the number of minors held in Title 42 custody, and to monitor compliance with the *Flores* Settlement Agreement (FSA) with respect to minors held in Title 42 custody, I can confirm that ICE includes minors temporarily housed by ICE pursuant to Title 42 authorities over 72 hours pending expulsion in its monthly Paragraph 28A reporting shared with Plaintiffs' counsel. Between May 25, 2021, and July 12, 2021, ICE did not house any Class Members pending expulsion under Title 42 processes at an ICE facility.

Signed on this 23rd day of July 2021.

DEANE D
DOUGHERTY
Digitally signed by DEANE D
DOUGHERTY
Date: 2021.07.23 08:50:16 -04'00'

Deane Dougherty
ICE Juvenile Coordinator

# ATTACHMENT A
# TO July 23, 2021 ICE JUVENILE COORDINATOR REPORT

| Det Location | A-Number | Subject ID | Last Name | First Name | Country of Citizenship | Book-In Date | Birth Date | Age | Age Group | Specific explanation for detention 20+ Days |
|---|---|---|---|---|---|---|---|---|---|---|
| ███ | ███ | | ███ | ███ | | 4/1/2021 | ███ | 16 | 14 to 17 | Minor was first encountered by CBP as part of a family unit at the Southwest border in January 2017 and was released with his mother. Accompanied minor was then arrested by the Upper Darby Police Department (PA) on 02/22/2018 for the criminal charges of terroristic threats, harassment, possession of an instrument of crime, unlawful possession of a weapon on school property and recklessly endangering another person. Charges were adjudicated delinquent. Minor was arrested by the Upper Darby Police Department (PA) on 10/01/2019 for the criminal charge of possession of a weapon on school property. Charge was adjudicated delinquent. Minor was arrested by the Upper Darby Police Department (PA) on 08/12/2020 pursuant to an active warrant for terroristic threats and harassment. Minor was convicted of the criminal offense of harassment and sentenced to six months' probation. Minor was taken into ICE custody and placed into secure detention on 09/03/2020. After multiple continuances, a bond hearing was held before an IJ on 02/19/2021. IJ denied release on bond on 02/19/2021, finding that the minor failed to meet his burden to demonstrate he does not pose a danger to the community, reasoning that the evidence suggests he has been and continues to be an active gang member (including numerous MS-13 tattoos, including highly visible tattoos on his face, neck, and knuckles); he has engaged in behavior that involves threats of harm or death to different individuals; he possessed weapons at school on two different occasions; pressured other juveniles to sell narcotics; and was arrested after completing juvenile probation following his first juvenile adjudication, suggesting he has not been rehabilitated and continues to pose a danger to the community, which cannot be mitigated by bond, or community/family ties. Minor appealed IJ bond decision to BIA, which is pending. |

July 23, 2021
ORR JUVENILE
COORDINATOR REPORT

**ORR JUVENILE COORDINATOR INTERIM REPORT**

**July 23, 2021**

**Aurora Miranda-Maese, ORR Juvenile Coordinator**

## Introduction

In accordance with the April 24, 2020 Order, issued by The Honorable Dolly M. Gee of The United States District Court for the Central District of California, the undersigned ORR Juvenile Coordinator, Aurora Miranda-Maese, has filed monthly reports during the pendency of the national health emergency related to the COVID-19 pandemic. The reports addressed the six Court ordered topics and additional requirements as directed by the Court. At the May 7, 2021 status hearing, the Court issued a new Order, which modified the ORR Juvenile Coordinator's report to include topics as detailed by the Court below.

At the last Court hearing on June 29, 2021, the Court ordered the same topics for reporting as in the Court's previous Order, with only one additional topic for this report.  This report covers the period from June 1, 2021 to July 21, 2021, and provides details on the following topics:

- The census of minors in each of the agency's facilities.

- An explanation for why some existing beds in licensed facilities and Influx Care Facilities are unoccupied, given the sizeable numbers of tender-age minors who are being held for extended periods in the EIS'.

- The average length of stay for minors in the agency's facilities.

- Whether the Juvenile Coordinator has adequate personnel or other capacity to provide detailed monitoring of new or expanded facilities.

- Case management services at each facility.

- Minors' access to counsel in general, and to the Legal Services Providers Amici Curiae in particular.

- Census of minors in an EIS for more than 20 days and those minors' length of stay.

- Updates on ORR's plans to improve case management and expedite release of minors.

- Updates on ORR's plans, if any, to expand capacity, particularly of licensed shelter beds.

- Updates on ORR's plans, if any, with respect to long-term use of EIS' and processes to transfer minors from EIS' into licensed facilities, if release to a sponsor is not feasible.

- The number of minors currently testing positive for COVID-19.

- Updates on ORR policies regarding the use of EIS', including policies and procedures to address COVID-19.

## ORR Capacity

As of July 21, 2021, ORR has 14,186 minors in care. During the current reporting period from June 1, 2021 to July 21, 2021, ORR received referrals for approximately 23,113 minors and discharged approximately 25,533 minors.

Figure 1 below provides information regarding the increase in ORR referrals and discharges for the last six months, beginning January 1, 2021 to June 30, 2021.

*Figure 1: ORR Referrals and Discharges from January 1, 2021 to June 30, 2021*



The census of minors in each of the agency's facilities.

Figure 2 below summarizes ORR's bed capacity as of July 21, 2021. This information is dynamic as ORR is aggressively pursuing efforts to increase bed capacity. Therefore, it is likely that the information depicted in the figure below changed very soon after it was produced.

*Figure 2: ORR Bed Occupancy by Residence Type as of July 21, 2021[1]*

| ORR Program Type | Total Beds | # of Beds Occupied | # of Beds Not Occupied |
|---|---|---|---|
| Shelter | 8,832 | 7,899 89% | 933 11% |
| Staff Secure | 82 | 22 27% | 60 73% |
| Secure | 24 | 11 46% | 13 54% |
| RTC | 55 | 11 20% | 44 80% |
| TFC | 1,550 | 1,062 69% | 488 31% |
| LTFC | 518 | 295 57% | 223 43% |
| Influx Care Facility | 897 | 824 92% | 73 8% |
| Emergency Intake Site | 8,094 | 4,578 57% | 3,516 43% |
| *TOTAL* | *20,045* | *14,702 73%* | *5,350 27%* |

Figure 3 below provides a depiction of capacity by facility type. A larger proportion of more restrictive facilities (i.e. secure, staff secure, and RTC) are not occupied as most minors do not meet the criteria for placement at those facilities. Regarding TFC and LTFC, ORR strives to place minors with families that are willing to accept them from the border. Where families and/or foster care programs have declined to accept minors directly from the border, ORR attempts to free border placement beds by transferring longer residing minors to those foster care placements as appropriate. In some cases, a foster care home may have specifications for the demographics able to reside with them (i.e. parenting teens, tender aged children, and minors with special needs).

Also, although there are beds available at regular licensed shelters, the process to fill them is strategic and maintaining a reserve of licensed beds for urgent matters is essential. For instance, a minor may require an immediate transfer from an EIS, or it may be necessary for a minor to be geographically relocated; these are two examples of factors that must be considered with regard to licensed bed availability. Furthermore, there are many tender-aged minors that travel with a sibling/relative group and some

---

[1] The census for minors in ORR custody constantly fluctuate as children are admitted, transferred, and discharged at all times of each day. Therefore, the census reflected in Figure 2 and Figure 3 is a snapshot of the capacity at the exact time that the review was conducted. Furthermore, ORR is constantly reassessing bed capacity as circumstances regarding the COVID-19 pandemic and increasing number of minors requiring quarantine or medical isolation are referred to ORR. Figure 2 and Figure 3 reflect ORR's reassessed capacity on the morning of July 21, 2021.

placements may take a tender-aged minor but not the sibling(s), or they may be willing to take a sibling group of the same sex only.

When dealing with placing medically cleared minors in available beds, COVID-19 is not the only challenge presented to ORR.  For instance, there are other communicable diseases and infections occurring more frequently in facilities; such as varicella, strep throat, lice, and scabies. With these occurrences, all minors must be medically cleared prior to being transferred.  If a foster home is licensed to care for more than one minor, these factors have to be considered, otherwise, the placement of minors may need to be temporarily suspended. Due to the examples above, it is necessary for a small margin of licensed beds to remain available.

*Figure 3: ORR Bed Occupancy by Residence Type as of July 21, 2021[1]*



An explanation for why some existing beds in licensed facilities and Influx Care Facilities are unoccupied, given the sizeable numbers of tender-age minors who are being held for extended periods in the EIS'.

ORR places minors in licensed programs according to the following priority: medical need, tender-age, trafficking concerns, and special populations. In addition, ORR elevates transfers from EIS for cases involving significant incidents and/or safety concerns. Although ORR endeavors to place all tender-aged minors in licensed facilities, the high volume of minors arriving and the border and capacity limitations requires placing some tender aged minors in EIS to avoid the alternative of those minors remaining in Customs and Border Patrol (CBP) facilities for over 72 hours or separating groups of related minors consisting of different ages or genders (i.e. mixed sibling groups). ORR has experienced challenges locating sufficient licensed facilities willing to accept mixed sibling groups and prefers to avoid separating siblings by placing the tender-age minors in a program that will accept them with their teenage relative or relative

of a different gender. Consequently, many of the tender-age minors located at an EIS facility are part of a mixed sibling group. For example, a review of the census for the five operational EIS facilities on July 21, 2021 indicated that approximately 45% of the 75 tender-aged minors residing at EIS were part of a mixed sibling group (only three of the five EIS facilities accept tender-aged minors).

In addition to challenges locating licensed facilities that will accept mixed sibling groups, ORR has encountered other factors that limit the availability of licensed beds. Figure 4 below provides a breakdown of the challenges limiting license bed availability on July 21, 2021. Notably, the top three challenges related to bed availability in the ORR licensed programs are: 1) medical quarantine; 2) staffing issues; and 3) foster family specified limitations. These top three challenges account for 75% of the unavailable licensed beds.

*Figure 4: Factors Limiting ORR Licensed Bed Availability on July 21, 2021*



### Placement & Release of Minors in ORR Custody

As depicted in Figures 1 to 3 above, ORR has experienced an insurmountable number of minors arriving at the border. Their arrival in historically high numbers coincide with the nation's efforts to control the spread of COVID-19, which is also a priority for ORR facilities. From March 2020 until March 2021, ORR and its care provider network operated with a reduced bed capacity in accordance with social distancing guidelines from the CDC, and public health officials. On March 5, 2021, ORR issued guidelines in consultation with CDC, which urged facilities to expand bed capacity as much as possible and provided additional instructions for safeguarding against COVID-19. However, increasing bed capacity at a sufficient speed to match the extremely high numbers of minors arriving at the border remains a challenge. ORR received 13,162 referrals in June and has received 10,137 as of July 21, 2021. Despite ORR's aggressive efforts to timely place the minors in ORR facilities, the number of children arriving at the border is outpacing the speed at which ORR can secure additional beds and staff. Notwithstanding this surge, ORR's

efforts has significantly reduced the delays in transferring minors from CBP to ORR custody, with placement now occurring within 72 hours of apprehension by CBP.

*The average length of stay for minors in the agency's facilities.*

Over the past six months (December 2020 to May 2021), ORR's assertive efforts to release minors has resulted in a steady decline (through April 2021) in the average amount of time that minors remain in ORR custody. This measure of time that a minor remains in ORR custody is known as the length of care. As detailed in Figure 5 below, ORR's efforts have maintained the steady decline in average length of care despite the significant increase in the number of minors in ORR custody.

*Figure 5: Average Length of Care for Minors in ORR Custody*



| | Oct-20 | Nov-20 | Dec-20 | Jan-21 | Feb-21 | Mar-21 | Apr-21 | May-21 | Jun-21 |
|---|---|---|---|---|---|---|---|---|---|
| Length of Care | 51 | 43 | 44 | 42 | 37 | 35 | 31 | 35 | 37 |

*Whether the Juvenile Coordinator has adequate personnel or other capacity to provide detailed monitoring of new or expanded facilities.*

Information for this report has continued to derive from a cross-section of personnel in the ORR Unaccompanied Children Program. The Juvenile Coordinator has continued to consult and participate in daily coordination meetings with several ORR teams including: Division for Planning and Logistics, Division of Health for Unaccompanied Children, Division for Unaccompanied Children Operations, Division of Policy and Procedures, Compliance and Monitoring Team, and the Data and Systems Team. Additionally, during the site visits at every operational Emergency Intake Site and Influx Care Facility in Texas, which occurred from June 1 to June 11, 2021, the Juvenile Coordinator met with ORR Federal Field Staff and various points of contacts (i.e. Site Lead, Clinician, Case Manager, etc.) overseeing operations at these facilities. All points of contact have been responsive to the Juvenile Coordinator's request for data, meetings and updates to information, despite their own workload demands.

## Case Management & Access to Counsel at EIS

**Case management services at each facility.**

ORR submitted Standard Operating Procedures (SOP) to delineate the documentation and implementation of onsite and virtual case management procedures to execute the safe and timely discharge or transfer of minors from ORR EIS facilities.

In response to the current shortage of available beds in the ORR network of licensed care providers for minors, EIS facilities have been established to ensure minors are not in a Border Patrol station for more than 72 hours. EIS Case Management teams, including onsite and/or virtual roles, are being built to help ORR meet its mission to safely release minors to a vetted Sponsor or safely transfer minors without unnecessary delay.

In situations where virtual and onsite Case Managers are working collaboratively on unification cases, every effort should be made to allow the virtual and the onsite Case Manager to work directly with each other to best coordinate Case Management services to minors and Sponsors. Case Management teams should possess experience in all aspects of Case Management services for minors, as well as Child Welfare experience.

The Juvenile Coordinator met personally and/or remotely with all the EIS facility site leads to ensure case management services are being provided to the minors in care.  Currently, all EIS facilities have case management services in place. Some EIS facilities have developed robust Case Management Services while others continue to ramp up their services. Figure 6 below details the number of case managers assigned to each of the operational EIS facilities as of July 21, 2021.

*Figure 6: Case Management at EIS as of July 21, 2021*

| EIS Facility (Location) | Census of Minors | Total # of Case Managers | Ratio Case Managers to Minors |
|---|---|---|---|
| Ft. Bliss (TX) | 2,085 | 531 | 1:4 |
| Long Beach (CA) | 19 | 174 | - |
| Pecos (TX) | 1,569 | 249 | 1:6 |
| Pomona (CA) | 532 | 406 | 1:1 |
| Starr Commonwealth (MI) | 140 | 24 | 1:6 |

**Access to Counsel**

As a general matter, minors in ORR custody have access to counsel at their request. Section 3.3.10 of the ORR Policy Guide requires that minors have unlimited telephone access to attorneys representing them. Section 3.3. of the ORR Policy Guide also requires that minors receive legal services information, including a Legal Resource Guide and list of local pro bono legal service providers upon admission to ORR programs. This requirement applies to licensed facilities, Influx Care Facilities (ICF) and Emergency Intake Sites (EIS).

ORR funds access to legal counsel for minors on their immigration related cases through three mechanisms: 1) provision of Know Your Rights (KYR) presentations; 2) a legal consultation which screens minors for immigration related remedies; and 3) either direct representation or court assistance on

immigration related matters. The decision whether to proceed with representation or court assistance on immigration related matters is at the discretion of the attorney and the minor. Additionally, ORR continues funding for direct representation for some minors after their release from ORR custody.

A legal service provider is assigned to every ORR facility, including ICF and EIS, for the purpose of carrying out these duties. At the EIS, priority is given to conducting KYR presentations and assisting minors with immediate immigration related needs through legal screening and direct representation/court assistance (see ORR Field Guidance #8, Know Your Rights Presentations issued by ORR on February 17, 2021).

Some EIS also offer drop-in office hours for minors to speak with them at will. Legal service providers have space at each EIS to conduct their services on multiple days, and in some cases, every day of the week. As of July 16, 2021, ORR funded the following services at EIS:

- KYR presentations to over 26,000 minors;
- Legal screening for over 4,500 minors; and
- Over 2,900 hours of drop-in legal services

In addition, ORR provides minors referrals to local legal service providers upon their release from ORR custody. Minors also receive additional KYR and legal screening from ORR funded legal services providers upon their transfer within the ORR care provider network.

ORR also provides funded legal services contractor information on all minors released from ORR custody (licensed facilities, ICF, and EIS) so that their sub-contracted legal service providers may offer KYR presentations and legal screening to minors released from ORR custody.

Census of minors in an EIS for more than 20 days and those minors' length of stay.

As of July 21, 2021, ORR had a cumulative total of 717 minors in EIS with length of stay (LOS) of over 20 days. This includes 650 whose LOS is between 21 and 40 days. It also includes 63 minors whose LOS is 41 to 60 days and 4 minors whose LOS is 61 days or higher. Figure 7 below provides a breakdown of LOS for each EIS.

*Figure 7: Census and length of stay of minors in an EIS as of July 21, 2021*

| EIS Facility (Location) | LOS of 20 days or less | LOS of 21 to 40 days | LOS of 41 to 60 days | LOS of 61 days or more |
|---|---|---|---|---|
| Ft. Bliss (TX) | 1,986 | 92 | 6 | 1 |
| Long Beach (CA) | 0 | 19 | 0 | 0 |
| Pecos (TX) | 1,145 | 364 | 57 | 3 |
| Pomona (CA) | 371 | 161 | 0 | 0 |
| Starr Commonwealth (MI) | 126 | 14 | 0 | 0 |
| *Total* | *3,628* | *650* | *63* | *4* |

Updates on ORR's plans to improve case management and expedite release of minors.

On March 22, 2021, ORR issued guidance for the expedited release of eligible Category 1 cases (see ORR Field Guidance #10, Expedited Release for Eligible Category One Cases). ORR has prepared this field guidance to best serve minors in ORR custody who have parents or other potential Category 1 sponsors in the United States. Based on this guidance, a minor may be released on an expedited basis to their sponsor provided that the following conditions are met:

- If the child is screened and determined not to be especially vulnerable;

- If the child is not subject to a mandatory TVPRA home study; and

- If there are no other red flags present in the case (i.e. abuse or neglect)

In cases where expedited release is appropriate, ORR authorizes care providers to pay for the sponsor's travel to the ORR care provider facility to pick up the minor and complete paperwork at the facility (if allowed). Travel arrangements should be made as soon as it appears that the minor's release is viable.

Additionally, ORR issued further guidance on May 14, 2021 for the expedited release of eligible minors (see ORR Field Guidance #15, Release of Eligible Non-Sibling, Closely Related Children to a Category 1 or Category 2A Sponsor). ORR prioritizes the placement of minors with parents, legal guardians, and close relatives who are available to provide custody in the United States. To that end, ORR instituted a revised policy for groups of closely related minors, which allows for the following:

- Expedited Release Procedures for Eligible Category 1 Cases to apply to a related child for whom the same sponsor serves as a Category 2 sponsor; and

- Category 2A background check requirements to apply to a related child for whom the same sponsor serves as a Category 2B sponsor

Under this policy, certain minors will be released to their parents or legal guardians (or Category 2A sponsors) using specialized procedures that modify standard release requirements under the ORR Policy Guide. In recognition of operational flexibilities that may require additional follow up, this Field Guidance may be further modified by ORR.

Updates on ORR's plans, if any, to expand capacity, particularly of licensed shelter beds.

ORR's current permanent licensed capacity is constrained by the unprecedented increase of minors referred to ORR. Recognizing that most of these licensed facilities are near full capacity, ORR is reviewing new proposals offering additional licensed programs. Also, current programs are exploring additional licensed facilities within their organizations. Despite these assertive and ongoing efforts to increase licensed bed capacity, the current influx levels have necessitated the need for ORR to continue operating a non-state licensed Influx Care Facility (ICF) and continue to use Emergency Intake Site (EIS) facilities. However, EIS are intended to be short-term/temporary facilities (generally, under a 6-month period); thus, several of these facilities have closed.

The EIS facilities are part of a multi-pronged approach to absorb the current surge. EIS are designed for mass care and offer basic standards of care for minors such as providing clean and comfortable sleeping quarters, meals, toiletries, laundry, and access to medical services.  A COVID-19 health screening protocol for all minors is implemented to follow CDC guidelines for preventing and controlling communicable diseases. For minors diagnosed with COVID-19, EIS either have established medical isolation areas or are designated for only minors that test negative for COVID-19. In addition to medical and mental health services, case management and legal services are available for all sites that remain open. Furthermore, these sites have implemented educational and recreational services as well. Figure 8 below provides details on capacity and placements at EIS and ICF as of July 21, 2021.

*Figure 8: ORR Emergency Intake Sites and Influx Care Facility Operational as of July 21, 2021[2]*

| EIS/ICF Facility (Location) | Total Beds | Beds Occupied | Beds Not Occupied |
|---|---|---|---|
| Ft. Bliss EIS (TX) | 4000 | 2268 | 1732 |
| Long Beach EIS (CA) | 150 | 19 | 131 |
| Pecos EIS (TX) | 1583 | 1571 | 12 |
| Pomona EIS (CA) | 2164 | 578 | 1586 |
| Starr Commonwealth EIS (MI) | 197 | 141 | 56 |
| Carrizo Springs ICF (TX) | 897 | 824 | 73 |
| *Totals* | *8,991* | *5,401* | *3,590* |

In addition, ORR is working to safely increase capacity in its permanent/licensed network by continuing to implement CDC COVID-19 guidance.

With regard to the operation of EIS facilities, currently there is a concern with the lack of staff across the network.  Some of ORR's licensed shelter facilities are struggling with staffing shortages and are having a hard time filling positions.  A significant issue is that staff are viewing positions at EIS facilities more favorably due to higher wage incentives because of the emergency short-term limits of the positions.

Other issues or concerns cited include: low morale, the inability to telework, working additional hours due to coverage needs, delays with State licensing to complete the clearance process, and concerns regarding travel during the pandemic. ORR has been working with programs to identify strategies to mitigate staffing challenges where possible.

Furthermore, although several EIS sites have closed, challenges to hiring and retention remain, thereby reducing competition for the limited pool of child-care staff and other personnel. In particular, many of the Texas programs are reporting difficulty hiring new employees, with candidates reporting concerns about accepting a position at a facility that will soon be de-licensed, and therefore may have to close as a result of Governor Abbott's May 31, 2021 proclamation.  Current employees at Texas providers who hold

---

[2]The information reflected in Figure 8 represents ORR's EIS facilities that are operational as of July 21, 2021. Omitted from this chart are the nine EIS that closed during the reporting period. The closed EIS' are: Delphi (Donna, TX), Dimmit (Carrizo Springs, TX), Freeman Expo Center (San Antonio, TX), Kay Bailey Hutchinson Convention Center (Dallas, TX), Lackland (Lackland, TX), Midland (Midland, TX), NACC Houston (Houston, TX), PIA (Erie, PA), and San Diego (San Diego, CA).

professional licenses have also expressed concerns regarding their facilities' impending loss of licensure and programs are concerned staff may seek positions elsewhere.

*Updates on ORR's plans, if any, with respect to long-term use of EIS' and processes to transfer minors from EIS' into licensed facilities, if release to a sponsor is not feasible.*

On June 21, 2021, ORR issued guidance for the expansion of long-term foster care eligibility (see ORR Field Guidance #18, Expansion of Long-Term Foster Care Eligibility). ORR has prepared this field guidance in an effort to expand eligibility for long-term foster care (LTFC) for certain Category 4 minors. Under this Field Guidance, minors meeting the following conditions are eligible for LTFC:

- Is a Category 4 case and remains without sponsor or potential sponsorship options;

- Is currently placed in a state-licensed ORR care provider shelter (specifically a congregate care setting); and,

- Is not otherwise ineligible for LTFC under ORR Policy Guide Section 1.2.61 due to a moderate or high escape risk; criminal history or concerns about dangerousness; or the minor is seeking voluntary departure.

In response to the influx of minors arriving at the border, ORR has continued to dedicate its focus to addressing the placement delays from CBP custody to ORR custody. Placement delays have significantly reduced, and ORR remains focused on addressing minors with lengthy LOS at EIS and licensed facilities. These efforts include continuing assessments of methods of expediting release, transfer of minors to licensed facilities when release is not imminent and encouraging the expansion of licensed care facilities. ORR's efforts are flexible and dynamic as the situation requires readjustments in real time as new concerns emerge and issues change.

In addition, ORR is working with other agencies, establishing collaborative relationships with Customs and Border Patrol (CBP) and the Federal Emergency Management Agency (FEMA) to ensure that unaccompanied migrant minors are safe and unified with family members or other suitable sponsors as quickly and safely as possible.

## COVID-19 in ORR Facilities

As of July 12, 2021, there are a total of 239 minors in ORR custody in licensed shelters who have been diagnosed with COVID-19 and who are currently in medical isolation. Two hundred and twenty-seven (227) of these minors were diagnosed with COVID-19 either prior to placement in ORR facilities or during the initial intake period (first 14 days), and twelve (12) minors likely acquired COVID-19 while in ORR facilities (more than 14 days after arrival). Minors who test positive for SARS-CoV-2 more than 14 days (the maximum incubation period for SARS-CoV-2) after being admitted to ORR care were likely infected while in ORR care, through contact with infected staff members or other minors, or in community settings within the facility or medical office visits. It is often not possible to determine the exact timing and source

of infection because many minors are asymptomatic and because a person who has recovered from COVID-19 may continue to have a positive test result for several weeks after illness.

ORR usually places minors newly referred along the Southwest Border into shelters local to the site of referral. On March 13, 2021, ORR issued guidance (COVID-19: Interim Guidance for Shortening Quarantine Duration and Increasing Testing for ORR Facilities) that now recommends minors be quarantined for seven days. Minors are released from quarantine if they remain asymptomatic and test negative both on entry to the program and within 48 hours before the end of their quarantine period. To decrease overcrowding at CBP facilities, shortening the quarantine period to seven days with a negative test result is advised based on CDC recommendations at all ORR facilities.

According to the revised ORR guidance issued on March 13, 2021, contact tracing should begin immediately if anyone tests positive for COVID-19. Minors who test positive for COVID-19 will be isolated until they meet the criteria to discontinue isolation.  Minors exposed to COVID-19 shall be quarantined for seven days and tested by the 5th, 6th or 7th day of their quarantine. Minors will be released from quarantine upon receiving a negative test result.

In the last year, more than 130,000 COVID-19 viral tests have been completed for the unaccompanied minors in ORR's program.

ORR does not require that staff disclose their private medical information as it relates to COVID-19; however, some staff voluntarily reported this information. Since collecting information, ORR has been notified of 1,585 (cumulative) personnel with positive COVID-19 test results as of July 12, 2021. Staff with positive COVID-19 test results are required to medically isolate for at least 10 days. Staff with suspected exposure to COVID-19 are required to quarantine for 14 days, or for the time period recommended by the local health department. Furthermore, the exposed or infected staff are not permitted to have any contact with minors or other staff at the shelters until their quarantine or medical isolation periods, respectively, have ended.

At this time, care provider program staff who are eligible for the COVID-19 vaccine based on the CDC's Advisory Committee on Immunization Practices (ACIP) recommendations and the recommendations of their state and local jurisdictions may opt to receive the vaccine, which is now readily available to adults.

The number of minors currently testing positive for COVID-19.

The Juvenile Coordinator consulted with the Division of Health for Unaccompanied Children (DHUC) to determine the likely source of infection for minors who were diagnosed with COVID-19 and are currently in medical isolation.  Figure 9 below provides the census data for these minors as of July 12, 2021.

*Figure 9: Positive COVID-19 Minors in Medical Isolation as of July 12, 2021[3]*

| Program Name (Location) | Bed Capacity | Beds Occupied | Positive Minors During initial intake period | Positive Minors Likely acquired in ORR care |
|---|---|---|---|---|
| ███████████ (AZ) | 12 | 12 | 1 | 0 |
| ██████████ (AZ) | 12 | 12 | 1 | 0 |
| █████████ (NY) | 51 | 41 | 0 | 1 |
| ███████████ (FL) | 18 | 18 | 3 | 0 |
| █████ (TX) | 158 | 23 | 0 | 1 |
| ██████ (TX) | 49 | 49 | 1 | 0 |
| ██████ (TX) | 159 | 157 | 11 | 0 |
| ██████ (TX) | 390 | 389 | 28 | 0 |
| ███████ (TX) | 35 | 35 | 3 | 0 |
| ██████ (TX) | 75 | 69 | 5 | 0 |
| █████ (TX) | 72 | 72 | 4 | 0 |
| █████████ (FL) | 48 | 29 | 1 | 0 |
| █████ (NY) | 12 | 6 | 0 | 1 |
| █████ (TX) | 35 | 35 | 3 | 0 |
| ███████ (AZ) | 33 | 33 | 3 | 0 |
| █████████ (TX) | 60 | 59 | 3 | 0 |
| ████████ (NY) | 156 | 120 | 0 | 3 |
| ███████ (TX) | 43 | 43 | 1 | 0 |
| ██████ (TX) | 328 | 268 | 4 | 0 |
| ███████ (TX) | 160 | 152 | 5 | 1 |
| ████████ (TX) | 431 | 429 | 14 | 1 |
| ██████ (TX) | 81 | 81 | 5 | 1 |
| █████ (TX) | 73 | 65 | 10 | 0 |
| █████ (TX) | 31 | 26 | 3 | 0 |
| █████████ (TX) | 74 | 67 | 1 | 0 |
| ██████ (FL) | 45 | 45 | 1 | 0 |
| ██████ (IL) | 10 | 10 | 1 | 0 |
| █████ (IL) | 44 | 41 | 1 | 0 |
| ██████ (IL) | 93 | 89 | 5 | 0 |
| ████ (FL) | 139 | 113 | 8 | 0 |
| ██████ (PA) | 45 | 39 | 2 | 0 |
| █████ (PA) | 41 | 29 | 0 | 1 |

[3]Figure 9 is a result of the data gathered by the ORR Juvenile Coordinator in consultation with DHUC as it pertains to minors diagnosed with and currently isolated for COVID-19 throughout the licensed shelter network. This information reflects the status as of July 12, 2021. In addition, the bed capacity and census for each shelter is a snapshot in time as this information is constantly changing as developments arise.

| Program Name (Location) | Bed Capacity | Beds Occupied | Positive Minors During initial intake period | Positive Minors Likely acquired in ORR care |
|---|---|---|---|---|
| ▓▓▓ (FL) | 48 | 37 | 1 | 0 |
| ▓▓▓ (TX) | 46 | 46 | 1 | 0 |
| ▓▓▓ (IL) | 18 | 18 | 2 | 0 |
| ▓▓▓ (OR) | 24 | 23 | 1 | 0 |
| ▓▓▓ (OR) | 9 | 8 | 2 | 0 |
| ▓▓▓ (AZ) | 34 | 34 | 2 | 0 |
| ▓▓▓ (AZ) | 36 | 36 | 7 | 0 |
| ▓▓▓ (TX) | 379 | 285 | 10 | 0 |
| ▓▓▓ (TX) | 135 | 127 | 5 | 0 |
| ▓▓▓ (AZ) | 53 | 53 | 2 | 0 |
| ▓▓▓ (TX) | 68 | 50 | 3 | 0 |
| ▓▓▓ (TX) | 17 | 17 | 2 | 0 |
| ▓▓▓ (TX) | 55 | 55 | 4 | 0 |
| ▓▓▓ (TX) | 144 | 134 | 2 | 0 |
| ▓▓▓ (TX) | 62 | 61 | 2 | 0 |
| ▓▓▓ (TX) | 799 | 651 | 1 | 1 |
| ▓▓▓ (TX) | 213 | 166 | 0 | 1 |
| ▓▓▓ (TX) | 367 | 311 | 14 | 0 |
| ▓▓▓ (AZ) | 36 | 36 | 1 | 0 |
| ▓▓▓ (AZ) | 108 | 98 | 1 | 0 |
| ▓▓▓ (TX) | 149 | 128 | 4 | 0 |
| ▓▓▓ (TX) | 124 | 115 | 14 | 0 |
| ▓▓▓ (AZ) | 108 | 106 | 6 | 0 |
| ▓▓▓ (TX) | 49 | 49 | 1 | 0 |
| ▓▓▓ (KS) | 59 | 56 | 1 | 0 |
| ▓▓▓ (TX) | 20 | 20 | 1 | 0 |
| ▓▓▓ (FL) | 94 | 82 | 9 | 0 |
| *Total* | - | - | *227* | *12* |

A COVID-19 health screening protocol for all minors is implemented to follow CDC guidelines for preventing and controlling communicable diseases. For minors diagnosed with COVID-19, EIS facilities have established medical isolation areas. In addition to medical and mental health services, case management and legal services are available for all sites that were opened. Figure 10 below provides details on minors placed in EIS and ICF with a positive COVID-19 diagnosis.

*Figure 10: Positive COVID-19 Minors in Medical Isolation as of July 12, 2021[4]*

| EIS/ICF Facility (Location) | Bed Capacity | Beds Occupied | Positive Minors |
|---|---|---|---|
| Ft Bliss EIS (TX) | 4000 | 2820 | 327 |
| Long Beach EIS (CA) | 548 | 219 | 5 |
| Pecos EIS (TX) | 1866 | 1829 | 152 |
| Pomona EIS (CA) | 2164 | 865 | 40 |
| Carrizo Springs ICF (TX) | 895 | 855 | 80 |
| *Total* | - | - | *604* |

**Updates on ORR policies regarding the use of EIS', including policies and procedures to address COVID-19.**

The CDC and the Southwest Border Migrant Health Task Force (SWBMHTF) is providing technical support and guidance to Emergency Intake Sites (EIS) on COVID-19 and communicable disease prevention and control. The ORR Division of Health for Unaccompanied Children (DHUC) meets with SWBMHTF several times a week to discuss ongoing guidance, developments and to troubleshoot site-specific issues that arise.

SWBMHTF currently recommends the following COVID-19 testing protocol for minors at EIS facilities. Specific protocols are adapted to each EIS as necessary to work within any resource constraints. Prior to a minor being transported to an EIS they are tested for COVID-19. On day 3, and days 5, 6, and 7 minors are tested utilizing the rapid antigen test and are tested every three days thereafter. Also, a minor is immediately tested if symptoms of COVID-19 are developed.

Minors are required to quarantine for the first 7 days after admission to an EIS and can be released from quarantine on the morning of day 8 if they remained asymptomatic and had a negative COVID-19 test in the 48 hours prior. Minors that test positive for COVID-19 are required to be isolated for 10 days from the date the positive test was collected, or 10 days from the date of symptom onset if symptomatic.

EIS facilities are required to report positive and negative COVID-19 rapid antigen test results to the local health department. CDC SWBMHTF collects aggregate, non-identifiable positive COVID-19 test results for each EIS and reports them to ORR. EIS facilities are also required to complete the "Emergency Intake Site (EIS) Discharge and Transfer Record of Public Health and Medical Information" form for all minors discharged from an EIS. This form accompanies the minor to their final destination to ensure medical services are complete and not duplicated.  Medical contractors provide public health and medical care at

---

[4] Figure 10 are the results of the data gathered by the ORR Juvenile Coordinator in consultation with DHUC as it pertains to minors diagnosed with and currently isolated for COVID-19 throughout ORR EIS' and ICF. This information reflects the status as of July 12, 2021. In addition, the bed capacity and census for each shelter is a snapshot in time as this information is constantly changing as developments arise.

each EIS facility. The specific contractor at each facility varies. Medical contractors are required to adhere to all of the above requirements.

ORR's COVID-19 plans on vaccine distribution.

On March 2, 2021, the President announced that he is directing all states to prioritize school staff and childcare workers for COVID-19 vaccination, and is encouraging them to get teachers, school staff, and workers in childcare programs their first shot by the end of March. The Department of Health and Human Services has determined that staff in organizations caring for minors through the Unaccompanied Refugee Minors (URM) Program and Unaccompanied Children (UC) Care Provider Organizations are eligible for vaccination through this directive as childcare workers.

On May 12, 2021, ACIP made an interim recommendation for use of the Pfizer-BioNTech COVID-19 vaccine in adolescents aged 12–15 years for the prevention of COVID-19. The Pfizer-BioNTech COVID-19 vaccine had previously been authorized for use in persons aged 16 years and older. Additionally, the Pfizer-BioNTech COVID-19 vaccine may now be co-administered with other childhood vaccines.

Under revised guidance issued by ORR on June 4, 2021, all age-eligible minors at licensed ORR care provider programs, ICF and EIS should receive the COVID-19 vaccine (see ORR Field Guidance #17, COVID-19 Vaccination of Unaccompanied Children (UC) in ORR Care). Minors who are newly referred to ORR care should receive the COVID-19 vaccine as part of their initial medical exam (IME) or modified health assessment (MHA). Minors who are in ORR care and have already completed their IME or MHA should be vaccinated as soon as possible, as long as vaccination does not delay unification.

With regard to minors at EIS facilities, vaccinations have continued either directly or with assistance from the local health department. During the week of July 12, 2021, Ft. Bliss EIS held a multiple-day vaccination clinic and successfully vaccinated over 1,800 eligible minors over of a period of a few days.

As of July 18, 2021, over 12,500 (cumulative) minors in ORR care have received the first dose of the COVID-19 vaccine, and over 1,000 (cumulative) minors have received a second dose.

## Summary

The undersigned respectfully submits this report to the Court pursuant to the Court Order dated June 29, 2021.  The undersigned will continue to work independently and with the Special Master and will continue to file interim reports per the Court's directive to monitor facilities to assure compliance with CDC guidance and adherence to ORR guidelines.