Rahul Hari
WILKINSON STEKLOFF LLP
11601 Wilshire Boulevard, Suite 600
Los Angeles, CA 90025
Phone: (424) 291-9664
rhari@wilkinsonstekloff.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Flores, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | 2:85-cv-04544-DMG-AGR |
| v. | |
| Meese, et al. | **(PROPOSED) ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>Human Rights Watch and Amnesty International USA</u>   □ Plaintiff   □ Defendant   ■ Other   <u>Amicus</u>
*Name of Party*

to withdraw <u>Rahul Hari (Bar No. 313528), Jeremy Barber (PHV), Chanakya Sethi (PHV), and Caitlin Callahan (PHV) of Wilkinson Stekloff LLP as attorneys of record</u>, while the parties will continue to be represented by retained counsel <u>Sarah Alexander of Constantine Cannon LLP</u>, whose information is:

<u>150 California Street, Suite 1600</u>
*Street Address*

<u>San Francisco, CA  94111</u>          <u>spalexander@constantinecannon.com</u>
*City, State, Zip*                              *E-Mail Address*

<u>(415) 766-3564</u>        <u>(415) 639-4002</u>        <u>291080</u>
*Telephone Number*        *Fax Number*        *State Bar Number*

and has already entered an appearance as counsel of record, and who is a member in good standing of the bar of this court,

**is hereby**        □ **GRANTED**        □ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated _____        _____
                                                                                  U. S. District Judge/U.S. Magistrate Judge