# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| Flores, et al. | CASE NUMBER: |
|---|---|
| Plaintiff(s) | CV 85-4544-DMG (AGRx) |
| v. | |
| Meese, et al. | **ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY** |
| Defendant(s). | |

The Court hereby orders that the request of:

<u>Human Rights Watch and Amnesty International USA</u>  ☐ Plaintiff  ☐ Defendant  ■ Other    Amicus
*Name of Party*

to withdraw <u>Rahul Hari (Bar No. 313528), Jeremy Barber (PHV), Chanakya Sethi (PHV), and Caitlin Callahan (PHV) of Wilkinson Stekloff LLP as attorneys of record</u>, while the parties will continue to be represented by retained counsel <u>Sarah Alexander of Constantine Cannon LLP</u>, whose information is:

150 California Street, Suite 1600
*Street Address*

San Francisco, CA  94111         spalexander@constantinecannon.com
*City, State, Zip*                *E-Mail Address*

(415) 766-3564         (415) 639-4002         291080
*Telephone Number*        *Fax Number*        *State Bar Number*

and has already entered an appearance as counsel of record, and who is a member in good standing of the bar of this court,

**is hereby** X **GRANTED**    ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing attorney(s) in this case.

Dated August 3, 2021

*Dolly M. Gee, U. S. District Judge*