# EXHIBIT 1 OF EXHIBIT A

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

**EMERGENCY INTAKE SITE DATA SUMMARY**

I. **Length of Stay at ORR Emergency Intake Sites (EIS)**

*Figure 1: ORR Emergency Intake Sites Operational as of July 12, 2021[1]*

| EIS Facility Name | Number of children at the EIS Facility | Days in Operation (as of 7/12/21)[2] | Range of children's length of stay at the EIS Facility |
|---|---|---|---|
| Fort Bliss EIS | 2,774 | 104 | 0 – 57 days |
| Pecos EIS | 1,805 | 98 | 0 – 86 days |
| Pomona EIS | 941 | 72 | 1 – 43 days |
| Long Beach EIS | 220 | 82[3] | 14 – 43 days |
| Starr Commonwealth EIS | 126 | 92 | 0 – 16 days |

---

[1] "HHS Flores Data-June 2021," provided by Defendants on July 16, 2021.
[2] *See* Dep't Health & Human Servs., *Pomona Fairplex Emergency Intake Site*, May 1, 2021, https://www.hhs.gov/about/news/2021/05/01/pomona-fairplex-emergency-intake-site.html (listing opening dates for each emergency intake site).
[3] Long Beach EIS was opened on April 22, 2021, however the April *Flores* Data Report shows that one child was admitted to Long Beach EIS on April 21, 2021. *See* Dep't Health & Human Servs., *Long Beach Emergency Intake Site for Unaccompanied Children Opens Today*, April 22, 2021, https://www.hhs.gov/about/news/2021/04/22/long-beach-emergency-intake-site-unaccompanied-children-opens-today.html.

1

*Figure 2: Length of Stay at ORR Emergency Intake Sites as of July 12, 2021*[4]

| EIS Facility Name | Number of children with length of stay at the EIS Facility for: | | | | | |
|---|---|---|---|---|---|---|
| | 20 or more days | 30 or more days | 40 or more days | 50 or more days | 60 or more days | 70 or more days |
| Fort Bliss EIS[5] | 71 | 56 | 10 | 7 | 0 | 0 |
| Pecos EIS[6] | 799 | 337 | 187 | 63 | 8 | 5 |
| Pomona EIS[7] | 131 | 14 | 1 | 0 | 0 | 0 |
| Long Beach EIS | 122 | 4 | 3 | 0 | 0 | 0 |
| Starr Commonwealth EIS | 0 | 0 | 0 | 0 | 0 | 0 |
| **Total** | 1,123 | 411 | 201 | 70 | 8 | 5 |

For example, as of July 12, 2021:
- 17-year-old B.G.G.P. () had been held at Pecos EIS for 86 days.
- 15-year-old J.M.M. ( ) had been held at Pecos EIS for 72 days.
- 15-year-old N.C.A. ( ) had been held at Pecos EIS for 70 days.
- 16-year-old J.O.A. ( ) had been held at Fort Bliss EIS for 57 days.
- 14-year-old C.E.D.V.C. ( ) had been held at Fort Bliss EIS for 54 days.
- 13-year-old J.L.P.S. ( ) had been held at Fort Bliss EIS for 52 days.
- 14-year-old A.C.P. ( ) had been held at Pecos EIS for 51 days.

---

[4] "HHS Flores Data-June 2021," provided by Defendants on July 16, 2021.
[5] Of the 2,774 children placed at Fort Bliss EIS as of July 12, 2021, 120 children did not have a listed "Date_Admitted," and thus their length of stay at Fort Bliss EIS could not be calculated. These children's "ORR_Placement_Date" ranged from July 7 to July 11, 2021.
[6] Of the 1,805 children placed at Pecos EIS as of July 12, 2021, 118 children did not have a listed "Date_Admitted," and thus their length of stay at Pecos EIS could not be calculated. These children's "ORR_Placement_Date" ranged from July 10 to July 11, 2021.
[7] Of the 941 children placed at Pomona EIS as of July 12, 2021, 136 children did not have a listed "Date_Admitted," and thus their length of stay at Pomona EIS could not be calculated. These children's "ORR_Placement_Date" ranged from July 10 to July 11, 2021.

2

*Figure 3: Length of Stay of Children at Pecos EIS as of July 23, 2021[8]*

As of July 23, 2021, there were 1,388 children held at Pecos EIS. The range of these children's length of stay at Pecos EIS was 5-78 days.

| EIS Facility Name | Number of children with length of stay at Pecos EIS for: | | | | | |
|---|---|---|---|---|---|---|
| | 20 or more days | 30 or more days | 40 or more days | 50 or more days | 60 or more days | 70 or more days |
| Pecos EIS | 380 | 282 | 65 | 25 | 10 | 1 |

For example, as of July 23, 2021:
- 16-year-old L.H.C. (          ) had been held at Pecos EIS for 78 days.
- 17-year-old K.B.F. (          ) had been held at Pecos EIS for 64 days.
- 15-year-old P.R.U.I. (          ) had been held at Pecos EIS for 63 days.
- 16-year-old J.H.L. (          ) had been held at Pecos EIS for 62 days.
- 14-year-old D.A.H.C. (          ) had been held at Pecos EIS for 61 days.

*Figure 4: Length of Stay by Sponsor Category of Children Discharged from Pecos EIS as of July 26, 2021[9]*

The July 26, 2021 census report provided by Defendants included a "Discharge" tab. The "Discharge" tab listed 3,743 children discharged from Pecos EIS that were reunified with individual sponsors between April 13 and July 26, 2021. The "Discharge" tab listed the children's "Category" information ("1", "2A", "2B", "3" and "4").

| Category | Average length of stay at Pecos EIS | Number of children |
|---|---|---|
| 1 | 19.3 days | 1,468 |
| 2A | 22.9 days | 837 |
| 2B | 33 days | 1,292 |
| 3 | 39.4 days | 143 |
| 4 | 44 days | 3 |

---

[8] "Pecos EIS" census provided by Defendants on July 23, 2021, prior to *Flores* Counsel's site visit to the Pecos EIS conducted on July 27-28, 2021.
[9] "Evening ORR Pecos Census Report 7.26.2021 - 1700hr" census provided by Defendants on July 26, 2021, prior to *Flores* Counsel's site visit to the Pecos EIS conducted on July 27-28, 2021.

## II. Length of Stay of Tender Age Children[10] at ORR Emergency Intake Sites

A total of 191 tender age children were held at five EIS facilities as of July 12, 2021.

*Figure 6: Tender Age Children at Emergency Intake Sites Operational as of July 12, 2021[11]*

| Facility Name | Number of tender age children held at the EIS | Age range | Range of tender age children's length of stay at the facility |
|---|---|---|---|
| Fort Bliss EIS | 1 | 12 years old | 6 days |
| Pecos EIS | 1 | 12 years old | 6 days |
| Long Beach EIS | 5 | 6 – 12 years old | 16 – 25 days |
| Pomona EIS | 167 | 5 – 12 years old | 4 – 31 days |
| Starr Commonwealth EIS | 17 | 7 – 12 years old | 12 – 14 days |

*Figure 7: Length of Stay of Tender Age Children at Emergency Intake Sites Operational as of July 12, 2021[12]*

| EIS Facility Name | Number of children with length of stay at the EIS Facility for 20 or more days |
|---|---|
| Fort Bliss EIS | 0 |
| Pecos EIS | 0 |
| Pomona EIS[13] | 16 |
| Long Beach EIS | 4 |
| Starr Commonwealth EIS | 0 |
| **Total** | 20 |

For example, as of July 12, 2021:

- 12-year-old C.H.F.D ( ) had been held at Pomona EIS for 31 days.
- 10-year-old J.M.P. ( ) had been held at Pomona EIS for 27 days.

---

[10] ORR defines "tender age children" as 0-12 years old. *See* Dep't Health & Human Servs., *Latest UAC Data – FY 2021*, https://www.hhs.gov/programs/social-services/unaccompanied-children/latest-uc-data-fy2021/index.html ("Tender Age (0-12) UC").
[11] "HHS Flores Data-June 2021," provided by Defendants on July 16, 2021.
[12] "HHS Flores Data-June 2021," provided by Defendants on July 16, 2021.
[13] Of the 167 tender age children placed at Pomona EIS as of July 12, 2021, 42 children did not have a listed "Date_Admitted," and thus their length of stay at Pomona EIS could not be calculated. These children's "ORR_Placement_Date" ranged from July 10 to July 11, 2021.

4

- 8-year-old B.T.A. (         ) had been held at Long Beach EIS for 25 days.
- 6-year-old E.A.A. (         ) had been held at Pomona EIS for 25 days.
- 11-year-old Q.M.C. (         ) had been held Long Beach EIS for 25 days.
- 5-year-old M.J.P.T. (         ) had been held at Pomona EIS for 24 days.

*Figure 8: HHS Placement of Tender Age Children in June 2021*[14]

In the month of June 2021, there were approximately 2,033 tender age children referred and placed in ORR custody from Customs and Border Protection ("CBP"). These children were placed directly in EIS facilities, an influx facility, shelters, a "group home," or transitional foster care placements.

| Type of Initial ORR Program Placement | Number of Tender Age Children Placed at Program Type | Age Range |
|---|---|---|
| Emergency Intake Sites | 554 | 5 – 12 years old |
| Influx Care Facility | 26 | 2 – 12 years old |
| Shelter | 1,062 | 0 – 12 years old |
| Group Home | 2 | 1 year old |
| Transitional Foster Care | 389 | 0 – 12 years old |

### III. Individual Class Member Declarant's Length of Custody

The following class members are individually referenced in Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites and Plaintiffs' Response to ORR Juvenile Coordinator's June 4, 2021 Interim Report (Doc. #1136).

15-year-old A.S.B.A. (         ) [Doc. #1136-14]
- Held at Pecos EIS for 69 days before she was released to her sponsor.
  - Date Admitted: 4/8/21
  - Date Discharged: 6/16/21
- Interviewed by *Flores* Counsel on 6/8/21 at Pecos EIS.

16-year-old A.F.H. (         )
- Held at Pecos EIS for 47 days as of 7/27/21, the date that she was interviewed by *Flores* Counsel.
  - Date Admitted: 6/10/21[15]
- Interviewed by *Flores* Counsel on 7/27/21 at Pecos EIS.

---

[14] "HHS Flores Data-June 2021," provided by Defendants on July 16, 2021.
[15] *Flores* Counsel are not aware of whether or not A.F.H. has been discharged as of the date of this filing.

16-year-old A.G.L. (⬛⬛⬛⬛⬛)
- Held at Starr Commonwealth EIS for 31 days before he was transferred to Heartland International Children's Center Shelter.
    - o   Date Admitted: 4/12/21
    - o   Date Transferred: 5/13/21
- Held at Heartland International Children's Center Shelter for 36 days before he was released to his sponsor.
    - o   Date Discharged: 6/18/21
- Interviewed by *Flores* Counsel on 5/12/21 at Starr Commonwealth EIS.

15-year-old A.H.C. (⬛⬛⬛⬛⬛)
- Held at Pecos EIS for 65 days as of 7/27/21, the date that he was interviewed by *Flores* Counsel.
    - o   Date Admitted: 5/23/21[16]
- Interviewed by *Flores* Counsel on 7/27/21 at Pecos EIS.

13-year-old A.R.R. (⬛⬛⬛⬛⬛)
- Held at Fort Bliss EIS for 38 days before he was released to his sponsor.
    - o   Date Admitted: 3/30/21
    - o   Date Discharged: 5/7/21
- Interviewed by *Flores* Counsel on 4/28/21 at Fort Bliss EIS.

17-year-old B.U.A. (⬛⬛⬛⬛⬛)
- Held at Pecos EIS for 65 days as of 7/27/21, the date that she was interviewed by *Flores* Counsel.
    - o   Date Admitted: 5/23/21[17]
- Interviewed by *Flores* Counsel on 7/27/21 at Pecos EIS.

17-year-old D.L.M.E. (⬛⬛⬛⬛⬛) [Doc. #1136-9]
- Held at NACC Houston EIS for 14 days before she was transferred to Carrizo Springs ICF.
    - o   Date Admitted: 4/3/21
    - o   Date Transferred: 4/17/21
- Held at Carrizo Springs ICF for 24 days before she was released to her sponsor.
    - o   Date Discharged: 5/11/21
- Interviewed by *Flores* Counsel on 5/3/21 at Carrizo Springs ICF.

17-year-old E.M.E.O. (⬛⬛⬛⬛⬛) [Doc. #1136-10]
- Held at NACC Houston EIS for 14 days before she was transferred to Carrizo Springs ICF.
    - o   Date Admitted: 4/3/21
    - o   Date Transferred: 4/17/21

---

[16] *Flores* Counsel are not aware of whether or not A.H.C. has been discharged as of the date of this filing.
[17] *Flores* Counsel are not aware of whether or not B.U.A. has been discharged as of the date of this filing.

- Held at Carrizo Springs ICF for 42 days before she was transferred to Children's Home of Poughkeepsie – Nuevas Alas Program Shelter.
    - Date Transferred: 5/29/21
- Held at Children's Home of Poughkeepsie – Nuevas Alas Program Shelter for 19 days before she was released to her sponsor.
    - Date Discharged: 6/17/21
- Interviewed by *Flores* Counsel on 5/3/21 at Carrizo Springs ICF.

13-year-old E.C.O. (▮▮▮▮▮▮▮▮) [Doc. #1136-19]
- Held at Freeman (San Antonio) EIS for 28 days before he was released to his sponsor.
    - Date Admitted: 3/30/21
    - Date Discharged: 4/27/21
- Interviewed by *Flores* Counsel on 4/19/21 at Freeman (San Antonio) EIS.

13-year-old E.A.M.R (▮▮▮▮▮▮▮▮) [Doc. #1136-6]
- Held at Fort Bliss EIS for 61 days before she was transferred to Cayuga Centers TFC.
    - Date Admitted: 4/6/21
    - Date Transferred: 6/6/21
- Held at Cayuga Centers TFC for 13 days before she was released to her sponsor.
    - Date Discharged: 6/19/21
- Interviewed by *Flores* Counsel on 6/4/21 at Fort Bliss EIS.

16-year-old E.S.G.V. (▮▮▮▮▮▮▮▮) [Doc. #1136-15]
- Held at Freeman (San Antonio) EIS for 32 days before he was released to his sponsor.
    - Date Admitted: 3/30/21
    - Date Discharged: 5/1/21
- Interviewed by *Flores* Counsel on 4/20/21 at Freeman (San Antonio) EIS.

14-year-old E.Y.O.G. (▮▮▮▮▮▮▮▮) [Doc. #1136-8]
- Held at NACC Houston EIS for 14 days before she was transferred to Fort Bliss EIS.
    - Date Admitted: 4/3/21
    - Date Transferred: 4/17/21
- Held at Fort Bliss EIS for 40 days before she was released to her sponsor.
    - Date Discharged: 5/27/21
- Interviewed by *Flores* Counsel on 4/29/21 at Fort Bliss EIS.

16-year-old J.F.A.A. (▮▮▮▮▮▮▮▮)
- Held at Fort Bliss EIS for 11 days before he was stepped up to Children's Village Staff Secure.
    - Date Admitted: 4/25/21
    - Date Transferred: 5/6/21
- Held at Children's Village Staff Secure for 30 days before he was stepped down to Children's Village Shelter.
    - Date Transferred: 6/5/21

7

- Held at Children's Village Shelter for 37 days as of 7/12/21, the most recent HHS *Flores* data report date.

16-year-old F.P.P. (⬛⬛⬛⬛) [Doc. #1136-4]:
- Held at Pecos EIS for 72 days before he was released to his sponsor.
    - Date Admitted: 4/8/21
    - Date Discharged: 6/19/21
- Interviewed by *Flores* Counsel on 6/9/21 at Pecos EIS.

17-year-old G.M.Z.S. (⬛⬛⬛⬛) [Doc. #1136-12]
- Held at NACC Houston EIS for 15 days before she was transferred to Carrizo Springs ICF.
    - Date Admitted: 4/2/21
    - Date Transferred: 4/17/21
- Held at Carrizo Springs ICF for 43 days before she was released to her sponsor.
    - Date Discharged: 5/30/21
- Interviewed by *Flores* Counsel on 4/20/21 at Carrizo Springs ICF.

17-year-old K.A.C.G. (⬛⬛⬛⬛)
- Held at Fort Bliss EIS for 18 days before he was stepped up to Children's Village Staff Secure.
    - Date Admitted: 4/18/21
    - Date Transferred: 5/6/21
- Held at Children's Village Staff Secure for 13 days before he was released to his sponsor.
    - Date Discharged: 5/19/21

17-year-old K.E.V.V. (⬛⬛⬛⬛) [Doc. #1136-21]
- Held at Long Beach EIS for 54 days before she was released to her sponsor.
    - Date Admitted: 4/27/21
    - Date Discharged: 6/20/21
- Interviewed by *Flores* Counsel on 5/26/21 at Long Beach EIS.

17-year-old K.L.M. (⬛⬛⬛⬛) [Doc. #1136-5]:
- Held at Fort Bliss EIS for 74 days before she was transferred to Cayuga Centers TFC.
    - Date Admitted: 4/6/21
    - Date Transferred: 6/19/21
- Held at Cayuga Centers TFC for 14 days before she was released to her sponsor.
    - Date Discharged: 7/3/21
- Interviewed by *Flores* Counsel on 6/4/21 at Fort Bliss EIS.

17-year-old K.M.A. (⬛⬛⬛⬛)
- Held at Pecos EIS for 57 days as of 7/27/21, the date that he was interviewed by *Flores* Counsel.
    - Date Admitted: 5/31/21
- Interviewed by *Flores* Counsel on 7/27/21 at Pecos EIS.

8

17-year-old K.M.T. () [Doc. #1136-11]
- Held at NACC Houston EIS for 13 days before she was transferred to Fort Bliss EIS.
    - Date Admitted: 4/4/21
    - Date Transferred: 4/17/21
- Held at Fort Bliss EIS for 41 days before she was transferred to CHS Trail House Shelter.
    - Date Transferred: 5/28/21
- Held at CHS Trail House Shelter for 33 days before she was released to her sponsor.
    - Date Discharged: 6/30/21
- Interviewed by *Flores* Counsel on 4/28/21 at Fort Bliss EIS.

15-year-old M.A.L. () [Doc. #1136-18]
- Held at Fort Bliss EIS for 28 days before she was transferred to Youth For Tomorrow Shelter.
    - Date Admitted: 4/5/21
    - Date Transferred: 5/3/21
- Held at Youth For Tomorrow Shelter for 16 days before she was released to her sponsor.
    - Date Discharged: 5/19/21
- Interviewed by *Flores* Counsel on 4/28/21 at Fort Bliss EIS.

13-year-old M.E.D.C.L. ()
- Held at San Diego Convention Center EIS for 51 days before she was transferred to Southwest Key Casa Quetzal Shelter.
    - Date Admitted: 5/6/21
    - Date Transferred: 6/26/21
- Held at Southwest Key Casa Quetzal Shelter for 16 days as of 7/12/21, the most recent HHS *Flores* data report date.
- Interviewed by *Flores* Counsel on 6/24/21 at San Diego Convention Center EIS.

14-year-old M.E.L.A. () [Doc. #1136-13]
- Held at Pecos EIS for 62 days as of 6/9/21, the date that he was interviewed by *Flores* Counsel.
    - Date Admitted: 4/8/21
    - M.E.L.A. is not listed in the June HHS *Flores* Data Report census (reflecting the 7/12/21 census), transfers, or discharges tabs.
- Interviewed by *Flores* Counsel on 6/9/21 at Pecos EIS.

8-year-old M.S.R.L. ()
- Held at Pomona Fairplex EIS for 24 days as of 7/9/21, the date that she was interviewed by *Flores* Counsel.
    - Date Admitted: 6/15/21
    - M.S.R.L. is not listed in the June HHS *Flores* Data Report census (reflecting the 7/12/21 census), transfers, or discharges tabs.
- Interviewed by *Flores* Counsel on 7/9/21 at Pomona Fairplex EIS.

17-year-old O.A.R.H. ()
- Held at Delphi EIS for 72 days before he was released to his sponsor.

- o Date Admitted: 4/6/21
- o Date Discharged: 6/17/21
- Interviewed by *Flores* Counsel on 6/17/21 at Delphi EIS.

17-year-old O.V.P.C. (███████)
- Held at Fort Bliss EIS for 13 days before he was stepped up to Children's Village Staff Secure.
  - o ORR Placement Date (No Date Admitted Listed): 4/23/21
  - o Date Transferred: 5/6/21
- Held at Children's Village Staff Secure for 19 days before he was released to his sponsor.
  - o Date Discharged: 5/25/21

13-year-old S.C.R. (███████)
- Held at Pomona Fairplex EIS for 30 days as of 7/12/21, the most recent HHS *Flores* data report date.
  - o Date Admitted: 6/12/21[18]
- Interviewed by *Flores* Counsel on 7/9/21 at Pomona Fairplex EIS.

16-year-old W.P.L. (███████) [Doc. #1136-16]
- Held at Starr Commonwealth EIS for 45 days before he was released to his sponsor.
  - o Date Admitted: 4/12/21
  - o Date Discharged: 5/27/21
- Interviewed by *Flores* Counsel on 5/12/21 at Starr Commonwealth EIS.

17-year-old W.V.V. (███████)
- Held at Fort Bliss EIS for 39 days before he was transferred to Pecos EIS.
  - o Date Admitted: 5/7/21
  - o Date Transferred: 6/15/21
- Held at Pecos EIS for 43 days as of 7/28/21, the date that he was interviewed by *Flores* Counsel.
- Interviewed by *Flores* Counsel on 7/28/21 at Pecos EIS.

17-year-old Y.A.A.V. (███████) [Doc. #1136-17]
- Held at Kay Bailey Hutchison Convention Center (Dallas) EIS for 31 days before he was released to his sponsor.
  - o Date Admitted: 3/20/21
  - o Date Discharged: 4/20/21
- Interviewed by *Flores* Counsel on 3/29/21 at Kay Bailey Hutchison Convention Center (Dallas) EIS.

9-year-old Y.F.A.G.G. (███████) [Doc. #1136-20]
- Held at Starr Commonwealth EIS for 33 days before he was released to his sponsor.
  - o Date Admitted: 4/12/21
  - o Date Discharged: 5/15/21
- Interviewed by *Flores* Counsel on 5/12/21 at Starr Commonwealth EIS.

---

[18] *Flores* Counsel are not aware of whether or not S.C.R. has been discharged as of the date of this filing.