# EXHIBIT K

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am from El Salvador. My mother still lives there and I miss her very much.

3. I arrived in the United States on or around May 22, 2021, and I entered near Reynosa, Mexico. I traveled to the United States with a friend who is also 17 years old. We were walking along the street when we were picked up by border patrol. I was detained at the border facility for one day where I was separated from my friend. She is now with her cousin here in the United States.

Pecos Emergency Intake Site

4. I was taken to the Pecos Emergency Intake Site directly from the border patrol facility. I arrived here on May 23, 2021. I have now been at Pecos for about 65 days. It feels like I have been here for a very long time.

5. When I arrived, I was tested for Covid but I tested negative and I have never tested positive for Covid.

6. My father and my brother live together in Virginia. My father has lived in the United States for about eighteen years, and my brother has lived here for eleven years.

7. When I arrived in the United States, my brother offered to be my sponsor. He is thirty-two years old. As soon as I arrived here, I told the staff at Pecos that my brother was going to be my sponsor. He told me that he completed all the paperwork necessary for my release at least a month ago.

8. The social workers are supposed to give us updates about our case, but they are only here on Thursdays. And it is always a different social worker that meets with us each week – we never meet with the same person.

9. I have had two case managers or social workers since I arrived at Pecos. My first social worker was named Marie and I first met her about three days after I arrived here. I met with virtually. When I spoke with Marie, I provided her with all of the information about my brother and she thought it would only take up to two weeks to complete the paperwork for me to be released.

10. About a month ago, I spoke with someone else about my release and she confirmed that every single piece of paper necessary for my release has been completed. This is what I have been told for the past month, but I am still here. I feel very bad about this. Ever since I was very young, my brother and I have talked about how great it would be for us to live together – this is something we have both wanted for a very long time.

11. Now I have now been told that I have another new social worker. I learned this about three weeks ago but I still do not know who my new case worker is. That person has still never met with me or spoken with my brother.

12. No one has explained to me why I am still here or what is happening with my case. I was just told that because my brother and I have different last names, this is holding up my release. My dad left for the United States while my mom was pregnant, so he wasn't present to sign my birth certificate. Now the government doesn't think that my brother and I are related even though we have the same parents. No one is telling me or my brother anything about what needs to happen now. It feels like my case has just stopped. I try not to get depressed, but all of my friends who had arrived at the same time as me have already left this place. I am the only person left here and I don't understand why.

13. I get to have phone calls with my family on Tuesday and Saturdays for about ten minutes each time. It does not feel like this enough time to speak with my family.

14. Right now, I only have one roommate but there are forty-four girls total in my dorm. My dorm is comfortable, and I am able to sleep at night. Since I have been here, I have lived in four different dorms. Sometimes this is difficult because you get accustomed to the dorm and the girls you are living with, and then all of the sudden you

have to move. I was told that they are moving us around because they are making room for younger kids to arrive here.

15. The staff treat us well and I get along with the other kids here.

16. We do not attend school here although they do sometimes offer English classes. The English classes are infrequent or not that regular. I attended school regularly when I was in El Salvador. I enjoyed going to school and I like a lot of subjects, especially math. I do not know yet what I want to do when I grow up.

17. We have recreation outside for an hour a day and we can play soccer or basketball. When we are inside, we can listen to music or watch movies or sometimes there might be English classes.

18. There are counselors at Pecos. I have spoken with a counselor who is in my dorm, and it is helpful.

19. I have seen a doctor here three times since I arrived, once when I had a headache and twice because of the food. Sometimes there is red meat and it is very upsetting to my stomach. The food here has made other kids here sick, as well.

20. I am allowed to shower whenever I want as long as I have permission to leave my room. I have enough clean clothes and shoes.

21. I have not met with an attorney since I have been here. I do not think that I have ever attended a Know Your Rights presentation, and I have never received a list of free attorneys.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  __27__ day of July, 2021, at Pecos, TX.

3
4  [redacted]
5
6
7
8
9
10                    CERTIFICATE OF TRANSLATION
11 My name is __Allyson Miller__ and I swear that I am
12 fluent in both the English and Spanish languages and I translated the foregoing
13 declaration from English to Spanish to the best of my abilities.
14
15 Dated: 7/27/21                                    _Allyson Miller_