# EXHIBIT N

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 15 years old. I am from Honduras. My brother and I came to the United States together. He is 14 years old.

Pecos Emergency Intake Site

3. My brother and I have been at the Pecos Emergency Intake Site since about May 23, 2021. We have been here for about 65 days.

4. When we arrived here, we tested negative for COVID and lived with all the other youth. At one point, a youth tested positive for varicella, and we had to quarantine for one week. In quarantine, we were not allowed to go outside, and the staff brought food to us. We prefer living with the general population.

5. Our uncle is applying to be my sponsor. He lives in Houston, Texas with his brother, his niece, and his wife. We have a good relationship with him.

6. We first met with a case manager about one month ago, after we had already been here for about one month. We met with him together, and he told us his name and that he was starting to work on our case and would contact our uncle, but we haven't met with him since. We were told that he was appointed to our case specifically. He is in charge of contacting our uncle and managing the paperwork.

7. Every Wednesday, each of us meets individually with a case worker to learn updates about our case. We are not together when we meet with the case workers. We meet with different case workers each week – they are responsible for checking the portal and providing us an update, but they are not assigned to us and are not affirmatively working on our case. They just tell us what the portal says. No one has explained anything about why we haven't met with our case manager since last month.

8. About two weeks ago, we spoke with one of the case workers who checked the portal and told us that our uncle still needed to complete a home study. But when we spoke to our uncle, our uncle said that he already completed a home study a few weeks ago. My uncle says that he has completed everything, but he hasn't heard from any staff since he completed everything. He has asked us how to contact the case manager, but we only know the case manager's name. I have asked other case managers for our case manager's contact information, but no one knows. ▉ says that he saw our case manager from across the room earlier today, but our case manager didn't say anything to him.

9. We are each allowed to call our uncle individually three times per week: Monday, Wednesday, and Friday. There are always people around us when we are on the phone.

10. We live in the same room. The staff tell us that it is our responsibility to clean our own rooms every day. We only have brooms to sweep the rooms. We don't have anything to clean the bathrooms with, so the bathrooms are not very clean. We have told the staff that we need supplies, but the staff tell us that they don't have enough cleaning supplies so they can't give us anything.

11. We play outside once per day, but both of us would like to have more time to play outside.

12. We learn English for about 25 minutes twice per week. We don't have any other classes. My brother would like to have more school.

13. There are often long lines to see the medical staff. If you have an appointment scheduled, there is almost always a wait of between one and two hours to see the doctor. The wait time can vary depending on the time of day. That is why I don't go to see the doctor if I have a headache or a body ache – I only go if it's an emergency.

14. Every day, I wake up and feel very sad. I am frustrated because I see other kids leave before me. Some kids have been here for five days and get to go home. I don't know what else to do when our uncle has done everything for our case.

1 | I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of July, 2021, at Pecos, TX.

CERTIFICATE OF TRANSLATION

My name is __Soraya Morales Nuñez__ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: July 27, 2021         _Soraya Morales Nuñez_