# EXHIBIT P

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

## Initial Intakes Assessment

### UAC Basic Information

**First Name:** ▓▓▓
**Last Name:** ▓▓▓
**AKA:**
**Status:** ADMITTED
**Date of Birth:** ▓▓▓
**A No.:** ▓▓▓
**Age:** 17
**Child's Country of Birth:** Guatemala

**Gender:** F
**LOS:** 71
**Current Program:** Ft Bliss - EIS
**Admitted Date:** 4/6/2021

### Initial Intakes Assessment

**INSTRUCTIONS:** A staff member trained in the use of this form completes it within 24 hours of the child or youth's admission at the care provider facility. The staff member completing this form must be trained to ask and gather sensitive information in a child-friendly and culturally appropriate manner. This assessment will gather basic identifying information, identify any immediate medical or mental health needs the child or youth has, ensure that the needs are appropriately met, and inform the child or youth's initial housing/bed assignment.

**Child's Arrival Date/Time:** 4/5/2021 12:00 AM
**Child's Primary Language:** Spanish
**Intake conducted in what language:** Spanish
**Date of departure from home country:** 3/10/2021

**Intake Interview Date/Time:** 5/5/2021 12:00 AM

**Date of Arrival in the US (approx.):** 3/24/2021

### Family Information

Do you know anybody in the U.S.? Include relative and non-relative contacts in this section.

| Name | Relationship | Address | Phone |
|---|---|---|---|
| ▓▓▓ | Uncle | ▓▓▓ | ▓▓▓ |

Is there someone we can contact to let them know you are here?
Yes ▓▓▓ (Uncle), ▓▓▓ (mother)- doesn't have number

### Medical

If any observed or reported medical concerns are checked in the section below, please immediately report these to the Clinician, Lead Case Manager, Program Director, Shift Supervisor, and/or any on-call medical staff member for further guidance on the need to seek immediate medical care.

**Have you experienced any physical/medical problems today or in the last 30 days?** ◯ Yes ● No
If yes, please explain:

**Have you experienced any physical/medical problems?** ◯ Yes ● No
If yes, please explain:

**Do you have any allergies?** ◯ Yes ● No
If yes, please explain:

**Do you have any special dietary needs?** ◯ Yes ● No
If yes, please explain:

**Are you currently taking any prescribed or other medication?** If yes, list below. Other medication may include herbal remedies, over-the-counter remedies etc.
◯ Yes ● No

### Medication

| Medication | Dose | Purpose |
|---|---|---|
| | | |

Observable or reported medical concerns (Check all that apply).

| Concern | Yes/No | |
|---|---|---|
| Coughing | ◯ Yes ● No | |
| Difficulty Breathing | ◯ Yes ● No | |
| Dehydration | ◯ Yes ● No | |
| Dizzines | ◯ Yes ● No | |
| Confusion | ◯ Yes ● No | |
| Fever | ◯ Yes ● No | |
| Pregnant | ◯ Yes ● No | |
| Exhaustion | ◯ Yes ● No | |
| Lice | ◯ Yes ● No | |
| Injuries | ◯ Yes ● No | |
| Bruises | ◯ Yes ● No | |
| Burns | ◯ Yes ● No | |

NCYL_KL_0017

| | | |
|---|---|---|
| Scabies | ○ Yes ● No | |
| Vomiting | ○ Yes ● No | |
| Abdominal Pain | ○ Yes ● No | |
| Coughing Blood | ○ Yes ● No | |
| Nausea | ○ Yes ● No | |
| Skin lesions/rash | ○ Yes ● No | |
| Severe/persistent headache | ○ Yes ● No | |
| Jaundice (Yellowing of the skin/whites of eyes) | ○ Yes ● No | |
| Neurological symptoms (Spasm, tics, uncontrollable movements, paralysis or numbness of any part of the body) | ○ Yes ● No | |
| Others(list) | ○ Yes ● No | If Yes, specify: |

**If injuries, wounds, bruises present, describe them and how they occurred:**

**List of other medical concerns:**
UAC says sometimes she has headaches because of stress  UAC said she just calms down and drinks water and it goes away  UAC said had lice in tent 9 but now it's gone  UAC mentioned being stressed and sad at times  She is working with a counselor

**Have you ever been to a doctor or stayed in a hospital?**       ○ Yes ● No

**If yes, please list any visit or stay for any reason. Also include visits to other healers or alternative treatment providers:**

**Do you have a history of tuberculosis?**       ○ Yes ● No

**If yes explain:**

**Do you have a history of seizures of convulsions?**       ○ Yes ● No

**If yes explain:**

**Do you have any scars, birthmarks, or tattoos?**       ○ Yes ● No

**If yes explain:**
UAC said has scar on left foot

**Mental Health (Check all that apply)**

If the child answered "Yes" to any of the below mental health questions and/or if any concerning behaviors or emotions were observed or reported, immediately report your concerns to the Clinician, Lead Case Manager, Program Director, or Shift Supervisor for further guidance on the need to seek mental health care.

| Concern | Yes/NO |
|---|---|
| Tried to hurt yourself? | ○ Yes ● No |
| Had urges to beat, injure or harm someone? | ○ Yes ● No |
| Harmed anyone? | ○ Yes ● No |
| Thought of attempting suicide or hurting yourself? | ○ Yes ● No |
| Attempted suicide? | ○ Yes ● No |
| Heard voices that others do not? | ○ Yes ● No |
| Seen things or people that others do not see? | ○ Yes ● No |
| Had trouble controlling anger or violent behavior? | ○ Yes ● No |
| Are you having thoughts of harming yourself or someone else? | ○ Yes ● No |

**Please explain any checked answers above:**

**Observable emotional concerns (Check all that apply)**

| Concern | Yes/NO | |
|---|---|---|
| Cooperative | ● Yes ○ No | |
| Uncooperative | ○ Yes ● No | |
| Alert | ● Yes ○ No | |
| Distracted | ○ Yes ● No | |
| Calm | ● Yes ○ No | |
| Excited | ○ Yes ● No | |
| Nervous | ○ Yes ● No | |
| Agitated | ○ Yes ● No | |
| Confused | ○ Yes ● No | |
| Sad | ○ Yes ● No | |
| Angry | ○ Yes ● No | |
| Other | ○ Yes ● No | If Yes, specify: |

**Are you having thoughts of harming yourself or someone else?**

**Safety Assessment**

If the child answered "Yes" to any of the below safety assessment questions, immediately report concerns to the Clinician, Lead Case Manager, Program Director, or Shift Supervisor for further guidance on how to ensure the child's safety.

**Do you feel safe now?**       ● Yes ○ No

**Explain if No:**

NCYL_KL_0018

**Do you fear that someone will harm you?** ☐ Yes  ☒ No

**Explain if yes:**

**Explain to the child where the child's room will be located in the facility, the number of potential roommates, the age and sex of the roommates, and the bathroom and shower area associated with the potential room assignment. After having explained this, does he or she identify any specific fears about this potential housing assignment?**  ☐ Yes  ☒ No

UAC said she feels sad, without value because she's Guatemalan  Some girls say that the Guatemalans are ugly and that makes her sad, but she's been talking to the counselor and that is been helping a lot  She came with friends, but they left and she's been sad alone  She's been stressed because she doesn't know where they are  She doesn't know when she can leave  She misses her family  She has been painting to make herself feel better  When she fainted she had a panic attack and that was the first time  She went to the counselor and talked about it  Has learned breathing exercises

**Do you need anything right now?**

UAC said clothes and suitcase  UAC said she is size medium  UAC said she needs shoes  She is only wearing flip flops  UAC is size 8 5

| INTERVIEWER SUMMARY OF CRITICAL ISSUES THAT NEED IMMEDIATE ATTENTION: List any issues rated above as urgent or significant and your actions to address them. Deliver this form to the Lead Case Manager, Clinician, or other SUPERVISOR designated to follow-up care. | ACTIONS TAKEN: Each action should correspond to the issues noted at left. |
|---|---|
| 1  UAC expressed having lice  UAC expressed having a panic attack and fainted | 1  UAC has already seen medical for lice  She no longer has it  UAC is working with counselor, doing breathing exercises  She reports no further panic attacks |
| 2  UAC expressed feeling sad and alone because friends left  Some girls call her ugly because she is Guatemalan | 2  UAC is working with counselor each week |
| 3  UAC expressed needing clothes and shoes | 3  CM is looking for TL to report |

| | | | |
|---|---|---|---|
| **Staff Signature:** | Andrea Doyle | **Date:** | 5/5/2021 |
| **Staff Name:** | Andrea Doyle | **Staff Title:** | Case Manager |
| | | | |
| **Translator's Signature:** | | **Date:** | |
| **Translator's Name:** | | **Language:** | |

NCYL_KL_0019