# EXHIBIT S

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ███████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.
2. I am 16 years old. I am from Guatemala.
3. I arrived in the United States around 5 weeks ago. I crossed the border with my brothers who are ten and thirteen. I stayed at an immigration facility for about two weeks.
4. They separated me from my brothers there. I saw my brothers with people who were older, but they separated me from them. They said it was because of our ages, but I don't think that was true.
5. They sent me and my brothers here. They didn't explain why. We came by bus and airplane.

## CBP Custody – Starr Commonwealth

6. When I first got here, I was in a house with my brothers. It was called Kendall. I would sit by the window, and everyone would bother me. I asked if I could change houses because the boys kept bothering me. They hit me and made me cry and said ugly things to me.
7. They moved me to a new house a week ago, but now my brothers aren't with me. There are about ten kids in the cottage. They didn't tell me why my brothers couldn't move with me and they won't let me see them. The social worker told me she would see what she could do.
8. I feel sad being here – mainly because I miss my brothers. Sometimes I cry at night. I don't have anyone I can talk to. Sometimes I feel better if I'm coloring or doing gym. The kids say mean things about my coloring, but I don't pay attention to them

because they can't color. I asked if I could have a better book to color in, but they haven't given me one.

9. We don't have school here. They were teaching us English, but not anymore. I was going to school in Guatemala. I liked it a lot. I like math and to read and study. It would be better if we could go to school and read here.

10. They bring us three meals here, but I don't like them. I am hungry all the time. I don't like the eggs or bean burritos.

11. You have to ask permission to move anywhere here - to go to the bathroom; to go to the living room. I don't like that. When we go outside, we have to be in a circle. There is not privacy even in the bathroom and there is no door on my room.

12. My mom lives in Connecticut. My three sisters are with her.

13. I am able to make ten-minute calls to my mom on Tuesdays and Fridays.

14. I asked the social worker when I am going to go with my mom since the first time I came here. The social worker said that my mom had sent the paperwork and the fingerprints and that we are just waiting to leave. When I ask when we will leave, she says soon, very soon. But I don't know exactly when.

15. We go to bed at nine here, and in five minutes they turn out the light. You can't even read a book.

16. When I can be with my mom, I am going to buy a diary with a lock. I like to write in a diary. Sometimes when I feel sad, I like to write in a diary but they won't let me here.

17. I'm looking forward to seeing the trees, sun, stars and sky when I'm with my mom. I want to dance when I get out of here. I want to go to a dance school and to roller skate. I would like to dance on roller skates to disco music. I would also like to be veterinarian. I love animals; I had three dogs. I would love to have a little white dog to hug. I miss my mom.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  12th day of May, 2021, at Albion, MI.

3
4  ████████████████████████████
5  ████████████████████████████
6
7
8
9                    CERTIFICATE OF TRANSLATION
10 My name is  Stephany Slaughter  and I swear that I am
11 fluent in both the English and Spanish languages and I translated the foregoing
12 declaration from English to Spanish to the best of my abilities.
13
14 Dated:
15
16 12 May 2021