# EXHIBIT X

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case Review

## UAC Basic Information

**First Name:**

**Last Name:**

**AKA:**

**Status:** DISCHARGED

| | | | |
|---|---|---|---|
| **Date of Birth:** | | **Gender:** | F |
| **A No.:** | | **LOS:** | 63 |
| **Age:** | 17 | **Current Program:** | Ft Bliss - EIS |
| **Country of Birth:** | Guatemala | **Admitted Date:** | 4/5/2021 |

⦿ 30 day Case Review  ○ Discharge  ○ Transfer       Are there any changes?:   ○ Yes ⦿ No

**Previous Placement:**
She was with immigration for 15 days

**Religious Affiliation:**
Catholic

**Case Manager:**
Courtney Stoner (HHS)

**Clinician:**

**Document any new information regarding the UAC not indicated in the UAC Assessment and/or the previous case summary below**

### Medical

**List any allergies:**

**Do you feel unwell?**
○ Yes ⦿ No

**If yes, what are your symptoms?**

**Additional medical information:**

#### Medical History

| Condition | Yes/NO | Date of Diagnosis/Clarification |
|---|---|---|
| Pregnant | ○ Yes ○ No | |
| Tuberculosis | ○ Yes ○ No | |
| Varicella | ○ Yes ○ No | |
| Measles | ○ Yes ○ No | |
| Mumps | ○ Yes ○ No | |
| Rubella | ○ Yes ○ No | |
| Asthma | ○ Yes ○ No | |
| Diabetes | ○ Yes ○ No | |
| Cancer | ○ Yes ○ No | |
| Cardiac Issues | ○ Yes ○ No | |
| Sexually Transmitted Disease | ○ Yes ○ No | |
| Respiratory/Lung Disorder | ○ Yes ○ No | |
| Physical Disability | ○ Yes ○ No | |

#### Medication History

| Medication | Dosage | Timeframe | Medical Condition |
|---|---|---|---|
| | | | |

### Legal

**Know Your Rights Presentation provided?**   ⦿ Yes ○ No

**Date:** 04/14/2021

**Legal screening completed?**   ○ Yes ⦿ No

**Date:**

NCYL_MEBC_0005

| | |
|---|---|
| **Any possible legal relief identified?** | ○ Yes ● No |
| **Specify:** | |

| **Mental Health** |
|---|
| Provide a short summary of the UAC's current functioning: |

| **Psychological Evaluation** |
|---|
| **Date of Evaluation:** |
| **Evaluator:** |
| **Axis I:** |
| **Axis II:** |
| **Axis III:** |
| **Axis IV:** |
| **Axis V:** |
| **Summary of Recommendations:** |

| **Trafficking** | |
|---|---|
| **Who planned/organized your journey?** | |
| SHE TRAVELED WITH HER COUSIN, ▮▮▮▮▮▮▮▮ HER COUSIN ▮▮▮▮▮▮▮▮ | |
| **What were you told about the arrangements before the journey?** | |
| YES  THAT WE WOULD RIDE A BUS OR WALK | |
| **Did the arrangements change during the journey?** | ○ Yes ● No |
| **If yes, how?** | |
| **Does your family owe money to anyone for the journey?** | ○ Yes ● No |
| **If yes, how much?** | |
| **Whom is the money owed?** | |
| **Who is expected to pay?** | |
| **What do you expect to happen if payment is not made?** | |

| Coercion Indicators | |
|---|---|
| **Did anyone threaten your or your family?** | ○ Yes ● No |
| **If yes, who made the threats?** | |
| **Were you ever physically harmed?** | ○ Yes ● No |
| **If yes, how?** | |
| **Was anyone around you ever physically harmed?** | ○ Yes ● No |
| **If yes, who?** | |
| **Were you ever held against your will?** | ○ Yes ● No |
| **If yes, where?** | |
| **Did anything bad happen to anyone else in this situation or anyone else who tried to leave?** | ○ Yes ● No |
| **What happened and to whom?** | |
| **Did anyone ever keep/destroy your documents?** | ○ Yes ● No |
| **If yes, who and what?** | |
| **Did anyone ever threaten to report you to the police/immigration?** | ○ Yes ● No |
| **If yes, who?** | |
| **Are you worried anyone might be trying to find you?** | ○ Yes ● No |
| **If yes, who?** | |

| Debt Bondage/ Labor Trafficking |
|---|

**Did you perform any work or provide any services?**  Yes ☐ No ☑

**If yes, what and where?**

**Who arranged the work?**

**What type of work did you perform?**

**What was the work schedule?**

**Did work conditions change over time?**

**Is there a debt?**  Yes ☐ No ☑

**If yes, has any debt amount increased?**  Yes ☐ No ☑

**By how much?**

**When did it increase?**

**Why did it increase?**

**Have you or your family ever been threatened over payment or work for the journey?**  Yes ☐ No ☑

**If yes, who threatened you and how?**

**What did you expect would happen if you left the job or stopped working?**

**Were you ever made to work or do anything you did not want to do?**  Yes ☐ No ☑

**Did you receive pay or did someone else keep the pay?**

**Were you paid what was promised when you started working?**

**Were expenses taken out of the pay?**  Yes ☐ No ☑

**If yes what?**

**How did you get to the work site?**

**Where did you live while working?**

| Commercial Sex Indicators | |
|---|---|
| **Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value?** | Yes ☐ No ☑ |
| **Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear?** | Yes ☐ No ☑ |
| **Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts?** | Yes ☐ No ☑ |
| **If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings?** | Yes ☐ No ☑ |
| **Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value?** | Yes ☐ No ☑ |
| **Did anyone ever promise or give money or anything of value to you in exchange for sexual acts?** | Yes ☐ No ☑ |
| **Based on the information provided above in the "Trafficking" section, is there a trafficking concern?** | Yes ☐ No ☑ |

**If yes, date of trafficking referral:**

| Sponsor Information (List by Priority) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Current Sponsor | Cat (1,2,3) | Sponsor Name | DOB | Address | Phone | Legal Status | Relationship |
| ☑ | | ■■■ | ■■■ | ■■■ | ■■■ | | Other Distant Relative |

| Sponsor Risk Assessment Sponsor Risk Assessment | |
|---|---|
| **Substance use concerns?** | Yes ☐ No ☑ |
| **If yes, explain:** | |
| **Domestic violence concerns?** | Yes ☐ No ☑ |
| **If yes, explain:** | |
| **Child abuse or neglect concerns?** | Yes ☐ No ☑ |
| **If yes, explain:** | |
| **Mental health issues?** | Yes ☐ No ☑ |

NCYL_MEBC_0007

| | |
|---|---|
| If yes, explain: | |
| **Does the sponsor have any family support?** | ○ Yes ● No |
| Specify: | |
| **Does the sponsor have any identified special needs?** | ○ Yes ● No |
| If yes, explain: | |
| **Does the sponsor have financial needs?** | ○ Yes ● No |
| If yes, explain: | |
| **Does the sponsor have adequate housing?** | ○ Yes ● No |
| If yes, explain: | |
| **Are there any concerns with the disciplinary practices/philosophy of sponsor?** | |
| **Does the sponsor have any criminal history?** | ○ Yes ● No |
| List any Felony convictions: | |
| List any Misdemeanor convictions: | |
| List any Probation/Parole: | |
| List and describe any disclosed criminal activity: | |

| History of Incarceration: | Crime | Date | Length of Sentense | Location |
|---|---|---|---|---|
| | | | | |

| | |
|---|---|
| **Are there any parent/child relational issues?** | ○ Yes ● No |
| If yes, explain: | |
| **Does the sponsor have an Order of Removal?** | ○ Yes ● No |
| If yes, date issued: | |
| **Has the sponsor sponsored any other UAC in DCS care?** | ○ Yes ● No |
| Additional sponsor information: | |

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|
| | | | | |

### Mandatory TVPRA 2008

| | |
|---|---|
| Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC ) | ○ ● Yes No |
| Date eligibility letter issued: | |
| Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U S C § 12102(1)? | ○ ● Yes No |
| If yes, specify disability: | |
| Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened? | ○ ● Yes No |
| If yes, provide a short summary: | |
| Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC? | ○ ● Yes No |
| If yes, provide a short summary: | |

### Recommendations

| | |
|---|---|
| **Discharge:** | ○ Yes ● No |
| **Sponsor:** | |
| **Discharge w/ Post Release:** | ○ Yes ● No |
| **Date of PR referral:** | |
| **Refer to Home Study** | ○ Yes ● No |
| **Reason for HS referral:** | |

### Care Plan

| | |
|---|---|
| **Reunification:** | 5/21/2021, CMT-C, Sara Bloom, there does not appear to have been any contact with sponsor even though she has been here over a month  5/23/2021, CMT-C, Sara Bloom, a tent worker reported that ▇▇, bed 36E-T, Tent 11, has a cousin at Fort Bliss, ▇▇  6/3/2021: Sent email to FFS regarding fingerprint results  05/23/2021-CM(HHS/ACF), Courtney Stoner (202-657-3348): Initiated contact with sponsor, added sponsor to portal, uploaded documents, and scheduled fingerprint appointment for 05/24/2021  Unable to call parent in Guatemala for consent for UC to live with minor because no household members speak Spanish  05/24/2021-Sponsor went to fingerprint and was turned away for not having proper documentation  05/26/2021-CM Courtney Stoner made a new fingerprint appointment for the sponsor for 05/28  05/24/2021-Sponsor went to fingerprint and was turned away for not having proper documentation  05/26/2021-CM Courtney Stoner made a new fingerprint appointment for the sponsor for 05/28  05/28/2021-Sponsor attended fingerprint appointment  Awaiting results  05/31/2021-CM worked with sponsor on family tree and birth |

NCYL_MEBC_0008

certificate trail  06/04/2021-Fingerprint results referred to FFPS  FFS gave approval to continue with reunification efforts  Email uploaded to UAC Documents

**Legal:**

**Mental Health:**

### Certification

**Signature:**

**Date:**

**Print Name:**

**Title:**

NCYL_MEBC_0009