# EXHIBIT Y

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

I, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. My birthday is ▇▇▇▇. I am from Honduras.

3. I arrived in the United States on or around April 1, 2021 near Reynosa, Mexico. I entered with some other people from Honduras but none of them were my family.

<u>CBP Custody</u> – Donna

4. When the Border Patrol found us, they brought us to a place very close to Delphi. I was there for 5 days.

5. I slept in a very big tent and there were about 70 kids in the tent. We slept on the floor on thin mats, and there were 4 kids sleeping on one mat. It was hard to sleep because the air conditioning was too high and it was really cold. I brought a sweater but other kids didn't and they were even colder than me. We had blankets but they are not real blankets, just aluminum blankets.

6. I wasn't able to call my family at all while I was at immigration.

7. I wasn't able to shower for all five days I was in that place and I wasn't able to go outside. The only time I went outside was so they could count us and bring us to another facility.

8. The Border Patrol officers treated us well.

9. The food was not very good because every meal was the same burrito. There was enough water.

10. Everyone wore masks and they explained to us that it was important to wear masks.

11. Nobody explained anything about how long I would be there. They told us that every case is different so they couldn't tell us how long I would be there. There were kids that were 8 or 9 years old that been there longer than me.

<u>Delphi Emergency Intake Site</u>

12. I have been at the Delphi Emergency Intake Site in Donna, TX for about 73 days. I entered here April 6, 2021.

13. When I arrived here, I was quarantined for about 14 days. We couldn't go to the cafeteria, they brought us food to our room. We couldn't go out to play, though I think this is because this facility was new and the play area was not yet set up. I slept in a room with 48 beds and we were all in quarantine. I was able to call my family when I was in quarantine.

14. My aunt is applying to be my sponsor. She lives in Richmond, Virginia. I have been here for too long but I have been told that everything is finally ready for me to be released to my aunt.

15. I met my case manager for the first time 10 days after I arrived here. I think that is when they first called my aunt. I don't really know why this process has taken so long, but I think it has to do with the fact that I have had three case workers. My second case worker was virtual and I only talked to her once. She didn't do a good job with my case. The third case manager has been good and she is trying to fix what the second case manager did wrong. I speak to her every week. My aunt got her fingerprints done on May 24. She had to wait 15 days to get a fingerprinting appointment, and then I was told I had to wait 2-3 weeks for the fingerprint results.

16. There are still a lot of kids here who have been here as long as me and they are still not ready to be released. I have two friends who are really desperate because they have been here as long as me. Their cases are not yet done because they have been told that their uncle needs to do a home study and four days ago they were told that will take another three weeks. Their case manager has not been helping them much. They have been trying to get help and tried to talk to someone about their case but the only person they can talk to is the administrator and nobody has come to talk to them.

17. I am allowed to use a phone two times per week to call my family for 10 minutes each. The phone calls are private.

18. We have classes here for most of the day. We have class in the morning and in the afternoon. We have classes in English and Spanish and also math. Our math class is on computers and on worksheets and there are 3-4 teachers in the room supervising. On the computer, it is like math exams. There are about 32 kids in my class, ranging from 14-17 years old. I think the classes are well set up. We also go outside for one hour of exercise every day and we also have one hour where we can play soccer. When I'm in my room I watch television and read.

19. I sleep in a room with 48 beds and the beds are well spaced out. We are in a tent. There are 5 workers in each room. The staff treat us well.

20. One day there was a storm here and it was really bad. Here all the buildings are tents, so they moved us to a school outside his place to be more safe because these tents are not safe in a storm. We also couldn't evacuate because it was dangerous outside as well. I wish they would have better structures because I don't feel safe in these tents during storms. Some of the walls of the tent where we have school collapsed during the storm and we didn't have school for a few days while they fixed it. The tents also get water in them during storms.

21. There are counselors here for everyone. Every kid has a counselor, I see my counselor twice a week, she asks how I'm doing and if I need anything, but she doesn't do therapy.

22. If a kid feels sad, there are people they can talk to. There is a kid who is feeling sad and there is always someone with them.

23. We have enough food here. In the mornings, I always eat eggs, but after 73 days I am getting sick of eggs so now I only eat the potatoes and bacon they serve on the side. We have snacks at 10am and 3pm. Lunch is okay but it is always cold and we are not used to eating cold food for lunch so we don't really like it. Some kids will not eat the sandwich because it is cold so they just eat the sides. The dinner here is good because we get hot food. There is enough.

24. When I move around, we always go in single-file lines. We are in single file lines to go to school and anywhere else we need to go. I cannot leave my room unless I am with a staff member. The staff are always counting us when we leave or return to make sure they don't lose someone. If someone cannot go to class for some reason, like if a kid is too sad because they miss their family, a staff member stays with them in the room.

25. We are allowed to shower every day after soccer for 10 minutes. I have clean clothes and they change the sheets every week.

26. I have talked to an attorney from ProBar since I have been here. They explained to me the process of immigration court.

27. Everyone wears masks and there are masks available. I got my first dose of the Covid vaccine yesterday.. Yesterday I got a medical checkup to go. They gave me a card with the date to get my second dose.

28. In Honduras I studied agriculture. I really like agriculture and I would like to be an engineer. I would really like to study more for a better life. My cousins speak English so I think I will learn quickly when I live with my aunt.

1 I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2 _17_ day of June, 2021, at Donna, TX.

[signature redacted]

CERTIFICATE OF TRANSLATION

My name is _Veronica Cordova_ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 6/17/2021

_/s/ Veronica Cordova_