# EXHIBIT AA

# REDACTED VERSION OF DOCUMENT PROPOSED TO BE FILED UNDER SEAL

Case Review

## UAC Basic Information

**First Name:**

**Last Name:**

**AKA:**

| | | | |
|---|---|---|---|
| **Status:** | DISCHARGED | | |
| **Date of Birth:** | | **Gender:** | M |
| **A No.:** | | **LOS:** | 84 |
| **Age:** | 15 | **Current Program:** | Pecos Children's Center (PCC) - EIS |
| **Country of Birth:** | Honduras | **Admitted Date:** | 4/8/2021 |

⦿ 30 day Case Review   ◯ Discharge   ◯ Transfer        Are there any changes?:    ◯ Yes  ⦿ No

**Previous Placement:**

**Religious Affiliation:**

**Case Manager:**

**Clinician:**
Jacqueline Ruiz-Lugo M.A.

**Document any new information regarding the UAC not indicated in the UAC Assessment and/or the previous case summary below**

### Medical

**List any allergies:**

**Do you feel unwell?**
◯ Yes  ⦿ No

**If yes, what are your symptoms?**

**Additional medical information:**

### Medical History

| Condition | Yes/NO | Date of Diagnosis/Clarification |
|---|---|---|
| Pregnant | ◯ Yes ◯ No | |
| Tuberculosis | ◯ Yes ◯ No | |
| Varicella | ◯ Yes ◯ No | |
| Measles | ◯ Yes ◯ No | |
| Mumps | ◯ Yes ◯ No | |
| Rubella | ◯ Yes ◯ No | |
| Asthma | ◯ Yes ◯ No | |
| Diabetes | ◯ Yes ◯ No | |
| Cancer | ◯ Yes ◯ No | |
| Cardiac Issues | ◯ Yes ◯ No | |
| Sexually Transmitted Disease | ◯ Yes ◯ No | |
| Respiratory/Lung Disorder | ◯ Yes ◯ No | |
| Physical Disability | ◯ Yes ◯ No | |

### Medication History

| Medication | Dosage | Timeframe | Medical Condition |
|---|---|---|---|
| | | | |

### Legal

**Know Your Rights Presentation provided?**   ◯ Yes  ⦿ No

**Date:**

**Legal screening completed?**   ◯ Yes  ⦿ No

**Date:**

**Any possible legal relief identified?**   ◯ Yes  ⦿ No

NCYL_MELA_0014

**Specify:**

### Mental Health

Provide a short summary of the UAC's current functioning:

#### Psychological Evaluation

**Date of Evaluation:**

**Evaluator:**

**Axis I:**

**Axis II:**

**Axis III:**

**Axis IV:**

**Axis V:**

**Summary of Recommendations:**

### Trafficking

**Who planned/organized your journey?**
UAC reported that he and his parents planned his journey. UAC stated that he does not owe the money back to others.

**What were you told about the arrangements before the journey?**
UAC stated his parents encouraged him and told him not to stress.

**Did the arrangements change during the journey?**  ☐ Yes  ☒ No

**If yes, how?**

**Does your family owe money to anyone for the journey?**  ☐ Yes  ☒ No

**If yes, how much?**

**Whom is the money owed?**

**Who is expected to pay?**

**What do you expect to happen if payment is not made?**

#### Coercion Indicators

**Did anyone threaten your or your family?**  ☐ Yes  ☒ No

**If yes, who made the threats?**

**Were you ever physically harmed?**  ☐ Yes  ☒ No

**If yes, how?**

**Was anyone around you ever physically harmed?**  ☐ Yes  ☒ No

**If yes, who?**

**Were you ever held against your will?**  ☐ Yes  ☒ No

**If yes, where?**

**Did anything bad happen to anyone else in this situation or anyone else who tried to leave?**  ☐ Yes  ☒ No

**What happened and to whom?**

**Did anyone ever keep/destroy your documents?**  ☐ Yes  ☒ No

**If yes, who and what?**

**Did anyone ever threaten to report you to the police/immigration?**  ☐ Yes  ☒ No

**If yes, who?**

**Are you worried anyone might be trying to find you?**  ☐ Yes  ☒ No

**If yes, who?**

#### Debt Bondage/ Labor Trafficking

**Did you perform any work or provide any services?**  ☐ Yes  ☒ No

NCYL_MELA_0015

**If yes, what and where?**

**Who arranged the work?**

**What type of work did you perform?**

**What was the work schedule?**

**Did work conditions change over time?**

**Is there a debt?** ◯ Yes ⦿ No

**If yes, has any debt amount increased?** ◯ Yes ⦿ No

**By how much?**

**When did it increase?**

**Why did it increase?**

**Have you or your family ever been threatened over payment or work for the journey?** ◯ Yes ⦿ No

**If yes, who threatened you and how?**

**What did you expect would happen if you left the job or stopped working?**

**Were you ever made to work or do anything you did not want to do?** ◯ Yes ⦿ No

**Did you receive pay or did someone else keep the pay?**

**Were you paid what was promised when you started working?**

**Were expenses taken out of the pay?** ◯ Yes ⦿ No

**If yes what?**

**How did you get to the work site?**

**Where did you live while working?**

Commercial Sex Indicators

**Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value?** ◯ Yes ⦿ No

**Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear?** ◯ Yes ⦿ No

**Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts?** ◯ Yes ⦿ No

**If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings?** ◯ Yes ⦿ No

**Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value?** ◯ Yes ⦿ No

**Did anyone ever promise or give money or anything of value to you in exchange for sexual acts?** ◯ Yes ⦿ No

**Based on the information provided above in the "Trafficking" section, is there a trafficking concern?** ◯ Yes ⦿ No

**If yes, date of trafficking referral:**

| Sponsor Information (List by Priority) | | | | | | | |
|---|---|---|---|---|---|---|---|
| Current Sponsor | Cat (1,2,3) | Sponsor Name | DOB | Address | Phone | Legal Status | Relationship |
| ☑ | | ███████ | ███ | ████████ | ███████ | ███████ | ███████ |

Sponsor Risk Assessment Sponsor Risk Assessment

**Substance use concerns?** ◯ Yes ⦿ No
**If yes, explain:**

**Domestic violence concerns?** ◯ Yes ⦿ No
**If yes, explain:**

**Child abuse or neglect concerns?** ◯ Yes ⦿ No
**If yes, explain:**

**Mental health issues?** ◯ Yes ⦿ No
**If yes, explain:**

NCYL_MELA_0016

| | |
|---|---|
| **Does the sponsor have any family support?** | ○ Yes ● No |
| **Specify:** | |
| **Does the sponsor have any identified special needs?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Does the sponsor have financial needs?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Does the sponsor have adequate housing?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Are there any concerns with the disciplinary practices/philosophy of sponsor?** | |
| **Does the sponsor have any criminal history?** | ○ Yes ● No |
| **List any Felony convictions:** | |
| **List any Misdemeanor convictions:** | |
| **List any Probation/Parole:** | |
| **List and describe any disclosed criminal activity:** | |

| History of Incarceration: | Crime | Date | Length of Sentense | Location |
|---|---|---|---|---|

| | |
|---|---|
| **Are there any parent/child relational issues?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Does the sponsor have an Order of Removal?** | ○ Yes ● No |
| **If yes, date issued:** | |
| **Has the sponsor sponsored any other UAC in DCS care?** | ○ Yes ● No |
| **Additional sponsor information:** | |

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|

| Mandatory TVPRA 2008 |
|---|

| | |
|---|---|
| Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC.) | ○ Yes ● No |
| Date eligibility letter issued: | |
| Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12102(1)? | ○ Yes ● No |
| If yes, specify disability: | |
| Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened? | ○ Yes ● No |
| If yes, provide a short summary: | |
| Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC? | ○ Yes ● No |
| If yes, provide a short summary: | |

| Recommendations |
|---|

| | |
|---|---|
| **Discharge:** | ○ Yes ● No |
| **Sponsor:** | |
| **Discharge w/ Post Release:** | ○ Yes ● No |
| **Date of PR referral:** | |
| **Refer to Home Study** | ○ Yes ● No |
| **Reason for HS referral:** | |

| Care Plan |
|---|

| | |
|---|---|
| **Reunification:** | 6/4/2021 Update: Sponsor completed fingerprints yesterday. Since this is a Category 3, results of the fingerprints are needed before submitting the case. Last contact with the sponsor was yesterday. All other documents have been received. 6/7/2021 Update: Still waiting for fingerprint results to be received as this is a Category 3. UAC Assessment also needs to be fully completed by floor staff. 6/8/2021 Update: Still waiting for fingerprint results to be received as this is a Category 3. UAC Assessment also needs to be fully completed by floor staff. 6/9/2021: Spoke with sponsor this morning to give them an update. Follow up email was sent regarding UAC Assessment. Fingerprint results are still needed. 6/10/2021: No update; still waiting on fingerprint results. UAC Assessment was fully completed. 6/11/2021: No update; still waiting on fingerprint results. 6/14/2021: No update; still waiting on fingerprint results. 6/15/2021: Spoke with sponsor this morning and let him know we are still waiting for the fingerprint results. 6/16/2021: Waiting for fingerprint results. 6/17/2021: It appears fingerprint results have been received as there are dates in the fingerprint section that were not inputted by the CM. An email asking CM Supervisor was sent. Release request is 90% completed. Sponsor is going to submit a photo of his resident card and a stamp in his passport verifying information provided by the minor. Need a few details from caregiver in COO. Tried to contact him, but he said he |

NCYL_MELA_0017

was currently working in the church so he couldn't talk at that moment. This case should be ready to submit Monday, if fingerprints have actually been received. 6/18/2021: Case is ready to be sent for release. Sent email to supervisor asking if she could review it so it could be submitted today. 6/21/2021: Case was reviewed and submitted. Case coordinator requested more information in regards to proof of relationship. 6/22/2021: Response was sent back to Case Coordinator with info regarding proof of relationship. Case Coordinator stated they didn't agree with straight release, but did recommend a release with post release services due to it being a Category 3 case with an unrelated sponsor. Waiting to hear from a decision from the FFS. 6/23/2021: Case was remanded yesterday. FFS requested at least one family session between sponsor and UC so an email was sent to floor staff requesting a family session. Sponsor and caregiver in COO were updated of the decision. 6/24/2021: Waiting on family session to be completed so I can re-submit for release. 6/25/2021: Spoke with clinician this morning who stated he was working on getting the family session set up. 6/28/2021: Case was resubmitted for release.

**Legal:**

**Mental Health:** Family Session Note: UAC's Name: ▮▮▮▮ (UAC # ▮▮▮▮) Summary: A family session was completed on June 25, at 11:06 a.m., with the above-mentioned UAC and UAC's identified sponsor (▮▮▮▮). The session was completed via telephone and was 30 minutes in duration. Clinician first informed sponsor about UAC's well-being and further informed sponsor about the services that UAC is receiving while in care PCC- EIS facility. QUALITY OF RELATIONSHIP: ▮▮▮▮ an old family friend from UAC's country of Honduras. Sponsor and UAC's father are both pastors and have known each other for over 25 years. Sponsor would call UAC's father at least once a week as problems arose for the family in the Honduras to offer support in various ways. Sponsor stated he has had a close relationship with UAC for the past 4 years and that he last saw UAC in person last year on a trip to the Honduras. DISCIPLINARY PHILOSOPHY: ▮▮▮▮ explained his style of discipline is to talk with his children as he has an eight-year-old son and a sixteen-year-old daughter with graduated sanctions should the child continue to misbehave. ▮▮▮▮ continued, he will take privileges away such as television, cells, going out with friends, and earlier bed times. Sponsor intimated that he has rarely had to resort to graduated sanctions with his two children and has only had to sit down and speak with his daughter, which was approximately a year ago. SPONSOR EXPECTATIONS: The sponsor only expects UAC to keep a clean room and to finish high school. He further elucidated that the UAC would be expected to obey as the family obeys adhering to Christian principles and standards. This is in synchronous lifestyle as UAC also comes from a Christian family, whose father is also a pastor in the Honduras. EXPECTATIONS FOR UC: UAC was in complete agreement with these expectations as verbalized by ▮▮▮▮. CONCLUSION: ▮▮▮▮ has been in the United States for the past 21 years and has worked as an independent landscaper for 11 years. He owns his own home and is a husband and father of 2 children. There is established stability within this home, his community and country. This is a family that can establish a strong, Christian, character for this UAC who has already indicated his reason for coming to the United States ▮▮▮▮ UAC stated he, ▮▮▮▮ as well. UAC already has excellent character traits developed by his own Christian family that the sponsoring family can only enhance. SIR: No SIRs reported as of 06/25/2021. At this time, there are no concerns regarding UAC's mental health status as he continues to be adjusting well to shelter life as evidenced by his participation in shelter activities and compliant behavior. As reported by clinician, James Peralto, MSW Addendum Family Session Note: UAC's Name: ▮▮▮▮ (UAC # ▮▮▮▮) Summary: A family session was completed on June 25, at 11:06 a.m., with the above-mentioned UAC and UAC's identified sponsor (▮▮▮▮). The session was completed via telephone and was 30 minutes in duration. Clinician first informed sponsor about UAC's well-being and further informed sponsor about the services that UAC is receiving while in care PCC- EIS facility. Additional and pertinent information: ▮▮▮▮ is a full-time landscaper with an established customer base, which allows him a predictable work schedule. ▮▮▮▮ informed clinician that he works Tuesdays through Saturdays from 9:00 a.m. to 4:30 p.m. He was forthright in adding that his schedule was subject to change with different customers so, his wife is available to supervise the UAC as she is a housewife. Sponsor also named the same high school that his daughter attends as the one most likely UAC will attend too; ▮▮▮▮, an approximate 5-minute drive from the family's home. Being a 21-year immigrant living in the United States, sponsor is very much aware of the United States laws regarding child abuse and neglect, school attendance until age 18, including school attendance and truancy, and child labor laws and UAC not being allowed to work. Finally, ▮▮▮▮ is also very much aware of UAC needing to attend appointed court hearings regarding his case and mandatory reporting, and, he is aware of community resources in his area should there be a need for unexpected expenses. As reported by clinician, James Peralto, MSW

### Certification

**Signature:**
James Peralto, MSW

**Date:**
6/25/2021

**Print Name:**
James Peralto

**Title:**
Clinician

NCYL_MELA_0018