CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> NOTICE OF MOTION AND MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES <br><br> Hearing: Sept. 10, 2021 <br> Time: 9:30 a.m. <br> Hon. Dolly M. Gee |

To Defendants and their attorneys of record:

Please take notice that on September 10, 2021, at 9:30 a.m. or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for a class-wide order requiring Defendants to cure breaches of the settlement approved by this Court on January 28, 1997 ("Settlement"), as described in the accompanying memorandum of law.

This motion is based upon the memorandum of law and exhibits filed concurrently hereiwth, and all other matters of record; it is brought following several meetings of counsel pursuant to Local Rule 7-3 and ¶ 37 of the Settlement, most recently on July 30, 2021.

Dated: August 9, 2021

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Mishan Wroe
Melissa Adamson
Diane de Gramont


/s/ Leecia Welch
Leecia Welch
*One of the Attorneys for Plaintiffs*