CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Attorneys for Plaintiffs*

*Additional counsel listed on following page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> DECLARATION OF LEECIA WELCH IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES <br><br> Hearing: September 10, 2021 <br> Time: 9:30 a.m. <br> Hon. Dolly M. Gee |

| | |
|---|---|
| 1 | NATIONAL CENTER FOR YOUTH LAW |
| 2 | Leecia Welch (Cal. Bar No. 208741) |
|   | Neha Desai (Cal. RLSA No. 803161) |
| 3 | Mishan Wroe (Cal. Bar No. 299296) |
| 4 | Melissa Adamson (Cal. Bar No. 319201) |
|   | Diane de Gramont (Cal. Bar No. 324360) |
| 5 | 1212 Broadway, Suite 600 Oakland, CA 94612 |
| 6 | Telephone: (510) 835-8098 |
|   | Email:   lwelch@youthlaw.org |

# DECLARATION OF LEECIA WELCH

I, Leecia Welch, declare as follows:

1.  I am the Senior Director of Legal Advocacy and Child Welfare at the National Center for Youth Law (NCYL). I represent Plaintiffs in the above-titled action. The following statements are true and to the best of my knowledge, information, and belief, formed after a reasonable inquiry under the circumstances. If called upon to testify, I could and would competently testify hereto.

2.  Attached as Exhibit B to Plaintiffs' Motion to Enforce Re Emergency Intake Sites are true and correct copies of meet and confer correspondence between Plaintiffs' counsel and Defendants' counsel.

3.  Attached as Exhibit P to Plaintiffs' Motion to Enforce Re Emergency Intake Sites is a true and correct copy of an excerpt of class member K.L.M.'s ORR casefile received through ORR's records request process.

4.  Attached as Exhibit U to Plaintiffs' Motion to Enforce Re Emergency Intake Sites is a true and correct copy of an excerpt of class member A.P.A.'s ORR casefile received through ORR's records request process.

5.  Attached as Exhibit W to Plaintiffs' Motion to Enforce Re Emergency Intake Sites is a true and correct copy of an excerpt of class member W.P.L.'s ORR casefile received through ORR's records request process.

6.  Attached as Exhibit X to Plaintiffs' Motion to Enforce Re Emergency Intake Sites is a true and correct copy of an excerpt of class member M.E.B.C.'s ORR casefile received through ORR's records request process.

7.  Attached as Exhibit AA to Plaintiffs' Motion to Enforce Re Emergency Intake Sites is a true and correct copy of an excerpt of class member M.E.L.A.'s ORR casefile received through ORR's records request process.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 6th day of August, 2021 at San Francisco, California.

         __/s/ *Leecia Welch*_____
         Leecia Welch