CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> [PROPOSED] ORDER ENFORCING SETTLEMENT <br><br> Hearing: Sept. 10, 2021 <br> Time: 9:30 a.m. <br> Hon. Dolly M. Gee |

Plaintiffs' Motion to Enforce Settlement Regarding Emergency Intake Sites, which seeks a class-wide order requiring Defendants to comply with the settlement approved by this Court on January 28, 1997 ("Settlement"), came on regularly for hearing on September 10, 2021.

The Court, having read and considered the parties' respective memoranda and evidence in support of and in opposition to Plaintiffs' motion, and having heard oral argument from counsel, now GRANTS Plaintiffs' motion.

IT IS HEREBY ORDERED as follows:

1. In accordance with Settlement ¶¶ 12.A and 14, Defendants shall, as expeditiously as possible, release class members detained at Emergency Intake Sites ("EIS") to qualified custodians. Defendants shall make reasonable efforts to identify and eliminate any barriers to expeditious release of class members at EISs. As Settlement ¶ 18 requires, Defendants shall make and record their prompt and continuous efforts toward family reunification and the release of minors detained at EISs in accordance with Settlement ¶ 14.

2. For each child detained in an EIS for more than 20 days and who is not suitable for placement in an Influx Care Facility ("ICF") pursuant to Section 7.2.1 of the ORR Policy Guide, ORR shall attach to monthly reports (e.g., the ORR Juvenile Coordinator Report) the individual record of Defendants' prompt and continuous efforts toward family reunification and the release of such minors indicating the individual reasons why each such child has not been released to an available custodian or transferred to a licensed program as defined in Settlement ¶ 6.

3. In accordance with Settlement ¶¶ 12.A and 12.C, Defendants shall place all minors in a licensed program[1] as expeditiously as possible. Defendants shall,

---

[1] Pursuant to Texas Governor Abbott's recent executive order, currently licensed ORR programs in Texas will, as of August 30, 2021, no longer be licensed by the Texas Health and Human Services Commission Child Care Regulation. For purposes of this Order only, a "licensed

within 30 days of this Order, submit a written plan that describes the reasonable efforts it will take to place all minors in licensed facilities as expeditiously as possible, including specific plans to expand licensed bed capacity.

   4.   No class member ineligible for placement in an ICF pursuant to the criteria set out in ORR Policy Guide § 7.2.1, i.e. no class member who: (1) is age 12 or younger; (2) does not speak English or Spanish as their preferred langauge; (3) has known special needs (including mental health or identified disabilities), behavioral health issues, or medical issues; (4) is a pregnant or parenting teen; or (5) requires a home study in order to be released to their proposed sponsor, shall be placed at the Fort Bliss EIS or Pecos EIS for more than 10 days, unless the class member's release is imminent, the transfer would require separation of sibling groups, or no bed is available in a licensed program, an ICF, or any other EIS.  Upon determining a class member fits within one of the categories listed above, ORR shall transfer the class member to a licensed program, an ICF, or any other EIS within 10 days of making said determination, unless the class member's release is imminent, the transfer would require separation of sibling groups, or no bed is available in a licensed program, an ICF, or any other EIS.  If all such beds are unavailable, such class members described in this paragraph shall be transferred to a licensed program, an ICF, or any other EIS as soon as space becomes available, unless their release is imminent or the transfer would require separation of sibling groups.

   5.   In accordance with Settlement ¶¶ 11, 12, 14, and 18, and in consultation with the Independent Monitor, her medical expert, and Plaintiffs, Defendants shall, within 30 days of this Order, adopt mandatory standards, and procedures for monitoring compliance with such standards, ensuring that EIS placements are appropriate to minors' age and special needs, are consistent with concern for the

---

program" shall include programs in Texas that were licensed by the Texas Health and Human Services Commission as dependent care facilities as of August 30, 2021.

particular vulnerability of minors, and are safe and sanitary. At a minimum, these standards shall: (1) ensure class members detained at EISs receive continuous case management and do not experience a gap in active case management; and (2) comply with ORR standards for influx care facilities found at ORR Policy Guide §§ 7.2.1 and 7.5.

Dated: _____, 2021

_____
United States District Judge

Presented by:

\_\_/s/ Leecia Welch_____
Leecia Welch
One of the attorneys for Plaintiffs