*Jenny L. Flores, et al. v. Merrick Garland, et al.*
Case No. CV 85-4544-DMG (AGRx)

**Exhibit Index to Plaintiffs' Motion to Enforce Re Emergency Intake Sites**
August 9, 2021

| Exhibit No. | Exhibit Description |
|---|---|
| A | Declaration of Melissa Adamson, Ex. 1, Emergency Intake Site Data Summary. |
| B | Meet and Confer letter and email correspondence between Plaintiffs' counsel and Defendants' counsel |
| C | Declaration of Dr. Ryan Matlow |
| D | Declaration of Jonathan D. Ryan |
| E | Declaration of Arthur Pearlstein |
| F | Declaration of Lauren Reinhold |
| G | Declaration of Laurie Elkin |
| H | Declaration of Hannah P. Flamm |
| I | Declaration of O.V.P.C. |
| J | Declaration of K.M.A. |
| K | Declaration of B.U.A. |
| L | Declaration of K.A.C.G. |
| M | Declaration of W.V.V. |
| N | Declaration of A.H.C. |
| O | Declaration of M.S.R.L. |
| P | Excerpt of K.L.M. Case File |
| Q | Declaration of A.F.H. |
| R | Declaration of A.R.R. |
| S | Declaration of A.G.L. |
| T | Declaration of J.F.A.A. |
| U | Excerpt of A.P.A. Case File |
| V | Declaration of S.C.R. |
| W | Excerpt of W.P.L. Case File |
| X | Excerpt of M.E.B.C. Case File |
| Y | Declaration of O.A.R.H. |
| Z | Declaration of M.E.D.C.L. |
| AA | Excerpt of M.E.L.A. Case File |

1

## Previously Filed Declarations

| Description | Docket No. |
|---|---|
| Declaration of D.L.M.E. | 1136-9 |
| Declaration of E.Y.O.G. | 1136-8 |
| Declaration of K.L.M. | 1136-5 |
| Declaration of K.M.T. | 1136-11 |
| Declaration of F.P.P. | 1136-4 |
| Declaration of Y.A.A.V. | 1136-17 |
| Declaration of E.A.M.R. | 1136-6 |
| Declaration of E.M.E.O. | 1136-10 |
| Declaration of G.M.Z.S. | 1136-12 |
| Declaration of Melissa Adamson | 1109-2 |
| Declaration of Melissa Adamson in Support of Plaintiffs' Response to ORR Juvenile Coordinator's June 4, 2021 Interim Report | 1136-3 |
| Declaration of Leecia Welch | 1109-1 |
| Declaration of Y.F.A.G.G. | 1136-20 |
| Declaration of A.S.B.A. | 1136-14 |
| Declaration of K.E.V.V. | 1136-21 |