# EXHIBIT E

## DECLARATION OF ARTHUR PEARLSTEIN

I, Arthur Pearlstein, declare as follows:

1. My name is Arthur Pearlstein and I am a resident of Virginia; I am a dispute resolution professional and am licensed to practice law in the state of Maryland.

2. This declaration is based on my personal knowledge, except as to those matters based on information and belief which I believe to be true. If called to testify in this case, I would testify competently about the following facts.

Experience at Fort Bliss Emergency Intake Site

3. From April 25, 2021, to June 20, 2021, I served in a temporary assignment with Health and Human Services ("HHS") caring for unaccompanied immigrant children in HHS custody.

4. I was assigned to the Fort Bliss Emergency Intake Site ("Fort Bliss") and my primary job responsibilities at Fort Bliss were (1) to perform clinical assessments on individual children, including psychological and risk assessment and (2) to serve on the mental health/wellness team to provide wellness modules and group/individual counseling. I had no professional experience or training in these types of work prior to my assignment at Fort Bliss.

5. The conditions I witnessed at Fort Bliss were deeply concerning and caused physical, mental, and emotional harm to dozens of children detained at Fort Bliss. I was especially concerned about the apparent lack of oversight of the services provided to children at Fort Bliss.

1

Health and Human Services was Unwilling to Receive Feedback

6. I was actively discouraged by management at Fort Bliss from reporting my concerns.

7. During my time at Fort Bliss, I reported concerns to management on multiple occasions and was either ignored or admonished each time.

8. I am speaking out as a whistleblower in the interest of accountability and with the hope that the many avoidable failures in the program at Fort Bliss will not be repeated. Gross mismanagement, waste, and abuse of authority by those at the top who insisted on utmost secrecy led to mistreatment of thousands of children at Fort Bliss.

9. The resulting whistleblower complaint was filed with federal oversight agencies by the Government Accountability Project on July 28, 2021 and can be accessed at https://whistleblower.org/wp-content/uploads/2021/07/072821-2nd-Fort-Bliss-Whistleblower-Disclosure-FINAL.pdf.

Contractors at Fort Bliss

10. At Fort Bliss, I personally observed the work of staff employed by contractors. I learned that a contractor providing direct supervision of the children in the dormitory tents — Servpro — is a fire and water damage repair company. Many of the Servpro staff's shirts bore the Servpro corporate logo found on the internet. Upon information and belief, many of the Servpro staff had received no training prior to beginning work and had little guidance about what their role was.

Upon information and belief, childcare is not among the services Servpro typically offers customers.

11. At Fort Bliss, I personally observed Chenega Corporation contractors ("Chenega") providing case management and tent management. Additionally, I observed Chenega providing clinical mental health services.

12. At Fort Bliss, I personally observed federal detailees who, like me, had no relevant skills or experience perform duties on the EIS Clinical Assessment Team, which worked directly with children to assess their history of abuse, their mental and emotional health, and their exposure to sex or labor trafficking. These federal detailees interviewed and assessed over 5,000 children before management finally decided that most team members, including myself and the director of the group, were not qualified to do clinical assessment and needed to be reassigned.

13. I was personally asked and expected to interview and work with dozens of children, many of whom had symptoms of serious depression, including suicidal thoughts, despite my not having relevant training or experience with this type of work. Many, if not most, of the children I interviewed—if they had been at the facility more than a few days—told me they felt like they were in prison and often begged "please get me out of here, I don't know if I can take it anymore."

Mismanaged Case Management for Children

14. At Fort Bliss, it was routine for children to get lost in the case management system. I am unaware of any official mechanism in the dormitory tents for children

to report that their case seemed to have fallen through the cracks, or to communicate relevant information to a case manager that they may have learned from a phone call to their family.  They simply had to wait, sometimes for weeks, for a case worker to contact them.  Failures to effectively manage children's cases resulted in unnecessary emotional distress to the children at Fort Bliss.

15.  I personally spoke to dozens of children who had been at Fort Bliss for more than 30 days, including some who had been there for more than 60 days.  A great many had not spoken to their case managers in over a month.  Some were not told they had been assigned a case manager at all, even after many weeks.  Most reported that they typically had no information about the progress of their placement with sponsors.  The most frequent complaint I heard from children was that they were in a state of total uncertainty and anxiety, with no idea of what to expect next.

16.  The supervisor of the mental health team informed us of groups of children who were told they were going home, and in some instances were already at an airport and sometimes even already aboard an airplane, when suddenly told there was a mistake and they had to be brought back to Fort Bliss.  Members of the mental health team were assigned to comfort the distressed children once they were returned to Fort Bliss.

4

DECLARATION OF ARTHUR PEARLSTEIN
CV 85-4544-DMG-AGRX

Executed on this 4th day of August, 2021 at Arlington, Virginia.

Arthur Pearlstein