# EXHIBIT F

**DECLARATION OF LAUREN E. REINHOLD**

I, Lauren E. Reinhold, declare as follows:

1. My name is Lauren E. Reinhold and I am a resident of Kansas. I am an attorney and I am licensed to practice law in Kansas. I am employed by the Social Security Administration.

2. This declaration is based on my personal knowledge, except as to those matters based on information and belief which I believe to be true. If called to testify in this case, I would testify competently about the following facts.

<u>Experience at Fort Bliss Emergency Intake Site</u>

3. From May 5, 2021, to June 1, 2021, I served in a temporary assignment with the Department of Health and Human Services ("HHS") caring for unaccompanied immigrant children in HHS custody.

4. I was assigned to the Fort Bliss Emergency Intake Site ("Fort Bliss"). From May 5, 2021 to May 16, 2021, my primary job responsibility at Fort Bliss was to provide youth care ("line of sight'") on the Emergency Services Team ("EST"). I had no professional experience or training in this type of work prior to my assignment at Fort Bliss. From May 17, 2021 to June 1, 2021, I worked on the Call Center Team, helping children make phone calls to their family and sponsors.

Declaration of Lauren Reinhold

1

5. The conditions I witnessed at Fort Bliss were deeply concerning and caused physical, mental, and emotional harm to dozens of children detained at Fort Bliss. In particular, I was concerned by the lack of qualifications of contractors, the lack of oversight of the services provided to children in ORR custody, and the lack of efficient use of the skills of federal detailees.

<u>HHS Unwilling to Receive Feedback</u>

6. I was actively discouraged by management at Fort Bliss from reporting my concerns. Each time I utilized the internal reporting mechanisms available, I was ignored. If I stated a concern, leadership typically reminded me that the Fort Bliss EIS was an emergency site.

7. During my time at Fort Bliss on the Emergency Services Team, I submitted three complaints to HHS Management regarding my concerns and received no response.

8. My profound concerns regarding the gross mismanagement of Fort Bliss and the lack of response to my complaints led me to report my findings as a whistleblower. I am speaking publicly about these concerns with the hope that these failures will not be repeated.

9. The resulting whistleblower complaint was filed with federal oversight agencies by the Government Accountability Project on July 28, 2021 and can be accessed at https://whistleblower.org/wp-content/uploads/2021/07/072821-2nd-Fort-Bliss-Whistleblower-Disclosure-FINAL.pdf.

Unsuitable Contractor Staff and Lack of Training

10. At Fort Bliss, I personally observed the use of wholly unsuitable contractor organizations. There were several contractors on site performing various functions and staff and volunteers, including myself, were not informed about which contractor was handling which function. Contractor roles often changed as well. I eventually learned that one contractor providing direct supervision of the children in the dormitory tents — Servpro — is a fire and water damage repair company. Upon information and belief, many of the Servpro staff had received no training prior to beginning their direct supervision of children and guidance about what their role was. Upon information and belief, childcare is not among the services Servpro typically offers customers. Similarly, another contractor, Chenega, also provided direct supervision of children and, upon information and belief, many of the Chenega staff had received no training prior to beginning their direct supervision of children and had little guidance about what their role was.

11. At Fort Bliss, I personally observed various contractors providing case management, tent management, and clinical mental health services. Upon information and belief, the contractor entities had no experience providing childcare, case management, social work, or mental health services to children.

Declaration of Lauren Reinhold

3

12. Upon information and belief, contractor staff on site at Fort Bliss did not undergo background checks until the last week of May 2021, after they had already been working with and around children for weeks.

13. At Fort Bliss, I personally observed federal detailees with various professional skills and experience working in undefined roles with little direction in the children's dormitory tents. I observed many federal detailees choosing to demobilize early because there was no defined role for them at the site.

14. I personally observed as many as 900 children housed in the girls' tent, where I was assigned to provide "line of sight" supervision. On a daily basis, I personally observed dozens of children who appeared depressed and lethargic, sometimes sleeping much of the day in their cots, including sleeping through meals. Many children told me they felt "locked up" at the site. In the girls' tent, I observed approximately two dozen contractor staff members assigned to one-on-one supervision of girls who were deemed at risk of self-harm or suicide. In mid-May 2021, I was informed that the contractor for tent youth care workers told its employees to ignore the children unless approached by one of them with a question or concern.

Inadequate Supply of Necessities from the Contractors

15. Upon information and belief, the contractors were independently responsible for suppling necessities to the children, including toiletries, clothing and shoes. During my time at Fort Bliss, I spoke to many dozen, likely over 100, children who reported having

no clean clothing to wear. Even though I complained to several HHS management leaders on site, the contractor refused to issue fresh, clean clothing in a timely manner. The children often went days without a change of clothing, including underwear and socks. I observed that this lack of clean clothing caused children to be uncomfortable, unhappy, and upset, as well as unwilling to bathe or exercise. Menstruating females were particularly upset and this situation added to their trauma. Numerous federal detailees purchased undergarments with their own funds, but struggled to distribute them in a fair manner.

16. Shoes were not distributed or replaced for the children in a timely manner and the children often wore shoes in disrepair or inappropriate for the rock and sand terrain on the site (such as thin rubber sandals).

17. The contractor offered little or no recreational supplies for the children inside or outside the tents. Hundreds of federal detailees (and their friends and family) donated many craft items, sporting equipment, puzzles and books, for use by the children. One detailee spent $1,000 to purchase Spanish language books. The site eventually had a library and recreational tent, but while I was on the site, it appeared that the federal detailees continued to supply and oversee the library and activities.

Mismanaged Case Management for Children

18. At Fort Bliss, it was routine for children to get lost in the case management system. There was no official mechanism in the dormitory tents for children to report

---

Declaration of Lauren Reinhold

5

that their case seemed to have fallen through the cracks, or to communicate relevant information they may have learned from a phone call to their family. Federal detailees were discouraged (and sometimes outright prevented) from contacting Case Management on behalf of a child. The children simply had to wait, sometimes for weeks, for a case worker to contact them or give them any status updates.

19. I personally spoke to dozens of children who had been at Fort Bliss for more than 30 days. A large number of these children had not spoken to their case managers in over a month. Some of these children stated that they had not been assigned a case manager at all, even after they had already been at Fort Bliss for many weeks. Most children had no information about the progress of their placement with sponsors. The most frequent complaint I heard from children was that they were in a state of total uncertainty and anxiety, with no idea of what to expect next.

20. While serving on the Call Center Team, I observed many children learning new information about their case status during their short 5-10 minute calls with their sponsors—information that they had not received from Case Management. While serving on the Call Center Team, I witnessed and reported several Case Management lapses or problems. Failures to effectively manage children's cases resulted in unnecessary emotional distress to the children at Fort Bliss.

21. The release process was often chaotic, resulting in mistakes. For example, I learned of situations where sponsors were instructed to pick up children at certain locations, but the children were still housed at Fort Bliss.

Executed on this 4th day of August, 2021 at Lawrence, Kansas.

*Lauren Reinhold*

Lauren Reinhold