# EXHIBIT G

# DECLARATION OF LAURIE ELKIN

I, Laurie S. Elkin, declare as follows:

1. My name is Laurie Elkin and I am a resident of Illinois. I am an attorney and I am licensed to practice law in Illinois.

2. This declaration is based on my personal knowledge, except as to those matters based on information and belief which I believe to be true. If called to testify in this case, I would testify competently about the following facts.

<u>Experience at Fort Bliss Emergency Intake Site</u>

3. From May 8, 2021, to June 2, 2021, I served in a temporary assignment with the Department of Health and Human Services ("HHS") caring for unaccompanied immigrant children in HHS custody.

4. I was assigned to the Fort Bliss Emergency Intake Site ("Fort Bliss") and my primary job responsibility at Fort Bliss was to provide line of sight supervision in the girls' dormitory tent. I had no professional experience or training in this type of work prior to my assignment at Fort Bliss.

5. The conditions I witnessed at Fort Bliss were deeply concerning and caused physical, mental, and emotional harm to dozens of children detained at Fort Bliss. In particular, I was concerned by the lack of qualifications of contractors and the lack of oversight of the services provided to children in HHS custody.

1

<u>HHS Unwilling to Receive Feedback</u>

6.  I was actively discouraged by management at Fort Bliss from reporting my concerns and each time I utilized the internal reporting mechanisms available, I was ignored.

7.  During my time at Fort Bliss, I submitted two suggestions/concerns to the HHS e-mail suggestion box and received no response.

8.  My profound concerns and the lack of response to my complaints led me to report my findings as a whistleblower. I am speaking out in the interest of accountability and in the hope that the conditions at Fort Bliss will be improved for the thousands of children held there.

9.  The resulting whistleblower complaint was filed with federal oversight agencies by the Government Accountability Project on July 7, 2021 and can be accessed at https://whistleblower.org/wp-content/uploads/2021/07/070721-Fort-Bliss-Whistleblowers-Disclosure.pdf.

<u>Unsuitable Contractor Staff and Lack of Training</u>

10.  At Fort Bliss, I personally observed the use of wholly unsuitable contract staff. I learned that the contractor providing direct supervision of the children in the dormitory tents — Servpro — is a fire and water damage repair company. Many of the Servpro staff's t-shirts bore the Servpro corporate logo found on the internet, with some including the corporate logo: "As if it never happened." Upon information and belief, many of the Servpro staff had received no training prior to

beginning work and had little guidance about what their role was.  Upon information and belief, childcare is not among the services Servpro typically offers customers.

Mismanaged Case Management for Children

11.  At Fort Bliss, it was routine for children to get lost in the case management system.  There was no official mechanism in the dormitory tents for children to report that their case had seemed to have fallen through the cracks, or to communicate relevant information they may have learned from a phone call to their family.  Children simply had to wait, sometimes for weeks, for a case worker to contact them.  Failures to effectively manage children's cases resulted in unnecessary emotional distress to the children at Fort Bliss.

12.  I personally spoke to dozens of children who had been at Fort Bliss for more than 30 days and several who had been there for more than 45 days.  A great many of these children had not spoken to their case managers in over a month.  Some were not told they had been assigned a case manager at all, even after many weeks.  Most had no information about the progress of their placement with sponsors.  The most frequent complaint I heard from children was that they were in a state of total uncertainty and anxiety, with no idea of what to expect next.

Executed on this 4th day of August, 2021 at Chicago, IL.

*Laurie S. Elkin*

Laurie Elkin