# EXHIBIT I

I, ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am from Guatemala.

3. I was apprehended by agents of immigration on or around April 20, 2021, near the Tucson, Arizona desert. I was with other kids when we were caught. We were probably about 40 or 50 kids from lots of Central American countries and Mexico. I didn't come with anyone I knew so I wasn't separated from anyone. They brought me to Tucson to a *hielera*. From there they took me to Phoenix *hielera* for four days. From there they took me back to a Tucson *hielera* for one day. Then they took me to the shelter.

CBP Custody

4. I was detained in two Border Patrol facilities and for about five days. They got me on Tuesday around 3:00 or 4:00 AM and I was transferred to El Paso shelter on Saturday night around 11:00 PM.

5. I slept in the Phoenix and Tucson *hieleras* with about seven or eight other children. There's a mattress and aluminum blanket, and it was extremely cold. The lights were on day and night. I could only sleep for short periods at a time. It was not noisy.

6. They did not speak to me about COVID until I got to El Paso. I only received one mask in the *hieleras*, the disposable kind.

7. I did not do anything but lie down during the days in the *hielera*.

8. I was allowed to use a phone once time to call my family on the last day I was there, on Saturday.

9. Breakfast was a burrito, lunch was a burrito, dinner was a burrito. Every day was the same burrito. Two juices per day. In Phoenix we had to drink the water that was the same water we washed our hands with, just drinking from the faucet. There were no cups.

Sometimes we could not drink the water because there was too much Clorox in it or it was too hot. In Tucson they had water that was for drinking and they had cups.

10. I showered three times. There were no showers in Phoenix so they took us to Tucson for showering. We showered every other day. They gave us one set of detainee clothes.

Fort Bliss Emergency Intake Site

11. I was detained at the Fort Bliss for about 10 days, from April 25, 2021, to May 4, 2021.

12. When I arrived at Fort Bliss, I was not quarantined. They gave me a COVID test four times, about every three days. I was not allowed to go outside the tent the entire time I was there. I did not receive any kind of education until I was about to leave. Then they taught us a few words in English. But day-to-day there was no education. I was allowed to use a phone twice a week for 10 minutes. I made three calls in ten days. I saw that they took people who tested positive for COVID to another tent.

13. My paternal aunt was applying to be my sponsor.

14. No one started my sponsorship process in Fort Bliss. I kept asking what my aunt could do to get me out but they did not assign me a worker. My aunt said that no one contacted her while I was in Fort Bliss. It was only when I got to New York that a worker contacted her and sent her papers and asked her for things. There were only 150 workers and more than 2,000 children. I met someone who had been at Fort Bliss for more than two months. The day I was leaving for New York is when they told me they were going to assign a worker but they also said now we are transferring you. It's basically like I never had a worker. I didn't think I would be released directly from Fort Bliss to my aunt because I didn't have a worker. What they did tell me is that I would be transferred out of Fort Bliss to another shelter with fewer children if they did not assign me a worker within 60 days, so that was my expectation.

2

15. I spent all day in the tent. Sometimes they came to give English classes so I went to see. I was mostly very bored.

16. They told us to keep distance from others but we were about 800 kids in my tent. Almost no one wore masks there. I did wear one. Most people didn't really wear them even though they said it was obligatory and they did have a lot we could use. We washed our hands sometimes in the tent.

17. There were no classes aside from English. It was maybe three or four hours on two days of the 10 days I was there that there was any instruction. I don't know who gave the classes, I guess they were teachers.

18. They took us to a soccer field twice during the 10 days. There were about 10 tents there so there was a day for each tent to get to play soccer. Otherwise we could just draw in the tent.

19. They told me they would give me a counselor but they did not.

20. They did not cook the food well because they were cooking for so many thousands of kids at the emergency shelter. Breakfast was eggs, fried plantain, beans, rice. Same thing every day. For lunch we had chicken, salad, rice, beans. For dinner rice, beans, plantains, eggs. You just grab what you can. The food was very bad, not good to eat. The chicken was raw, everything was raw. I ate it because I had no choice. I got sick from it. Even if I was hungry sometimes I did not want to eat it. To drink they just had juice.

21. I slept in a tent called Tent #8 with about 800 or 900 other children. It was uncomfortable to sleep. There were beds, one beneath the other, all right next to each other. They did turn off most lights at night but it was still always light because they did not turn off all of them. It was quiet when we actually went to sleep around midnight or 1:00 AM. It was very hot at night but much worse during the day. I felt like I could sleep.

22. I was allowed to shower whenever I wanted. I showered once a day, every day. I had enough time to shower when I showered.

23. They gave me clothes and bedding that were clean. I don't know how often they cleaned the bedding, maybe every two days.

3

24. I did not receive a list of free legal service providers. I did not speak with an attorney while there.

25. They were always watching us. I only had privacy in the bathroom and showering. Otherwise they were always watching. There was a fence about a meter high around all the tents. I had an ID that I wore around my neck that says your name and has your picture.

26. It was OK being there. It was not good or bad. On the medical side it was bad because they did not give us medical care. The food side was bad because the food was horrible. It's hard to sleep. It was OK because they were watching us wherever we went and at night they did not leave us alone. I did feel despair. I did not know what to do. In New York they take us places, we study, so I did not feel despair. But in Fort Bliss we did not do anything. It affected me a lot, the feeling of despair at Fort Bliss. That's why I wanted to run away, and wanting to run away is why they sent me to New York, and in New York it was much better. I had no one to talk to, nothing to do feeling so desperate, so that's why I wanted to run.

27. All I could think about was getting to my aunt, when they would give me a worker. They called other people giving them a worker but they never called my name. Then I got more desperate. I talked to my aunt, and she said no one had called her. That also made me more desperate. That's all I can remember thinking about, leaving there and being with my aunt. In New York it wasn't like that anymore because at least they informed me on what was happening on my case. They told me what was pending in the process and they treated us well, taking us outside every day. And I was only there a short amount of time.

28. The staff in Fort Bliss didn't speak to me they were just watching us. They asked some questions maybe and we answered but that was it.

Step Up to Children's Village Staff Secure

4

29. After about 10 days at Fort Bliss, I was transferred to the Children's Village Staff Secure facility.

30. I think they sent me to New York because I tried to escape. Then they told me, we are going to transfer you to a better place. You'll have a social worker there.

31. That's all they said, the head of all the social workers at Fort Bliss, the one in charge. They told me the same day that I traveled. They told me in New York I would have a worker and advance my case.

32. I remember feeling happy they were going to send me to a better place than I was in. They did not tell me I was going to a place that had more security or restrictions than shelter placements. I think it's good they transferred me there because I had more attention, I did not get bored, they took us out every day. I got to go to school, watch movies at night, sometimes go on Facebook, the food is very well made there, sometimes we had pizza.

33. It was about a day and a half on a bus to Houston and then we flew from Houston to New York. I know we took a bus to some other part of Texas, I think Houston, and from there we flew. They gave me three COVID tests before we flew. We had masks. We did not maintain distance while traveling. It was like the pandemic did not exist.

Children's Village Staff Secure

34. I was detained at Children's Village Staff Secure for about 19 days, from May 6, 2021, to May 25, 2021.

35. When I arrived at Children's Village, I was quarantined for about eight days.

36. I met with a case manager about one day after I arrived at Children's Village. It was an in-person meeting. We met about four or five times. He was always there but he did not always have information. Sometimes I would ask how my case was going, and he would say it's just missing this or that. Some days I saw him and already had the update so I didn't ask more. I felt informed about my case. He gave me an estimate of when I

5

would leave. One day he told me he'd be submitting my case on a Friday. On Monday he told me it was approved and on Tuesday I left.

37. It's much better in New York than at Fort Bliss.

38. Everything was fine in New York. My clinician told me that there was no complaint at all about my behavior and that they would have stepped me down but they were going to release me first. Everything went well with my classes, the teacher told me positive things. I didn't have any desire to run away in New York because they treated me well.

39. Less than three weeks after I arrived at Children's Village, I was released to my aunt who is living in Arizona. My case worker is who told me I would be released to my aunt. He said I would be stepped down in eight days because my behavior was good, but that I would be discharged before then.

40. I felt happy when I was leaving. When I saw my aunt, I felt happy, finally. I was free, with my aunt.

41. I just want to study and be a good person in life. I want to learn English. I want to have a good job one day, when I'm an adult and a judge lets me work. I'll work when a judge says I can work.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 30 day of July, 2021, at Mesa, Arizona.

## CERTIFICATE OF TRANSLATION

My name is Hannah Perrin Flamm and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration to the best of my abilities.

Dated: July 29, 2021