# EXHIBIT J

I, ███████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am from Honduras.

3. I arrived in the United States on or around May 28, 2021, near Piedras Negras, Mexico. I entered the United States with my younger sister, ███████████ ███████. She is fifteen years old.

Pecos Emergency Intake Site

4. My sister and I spent three days at border patrol in the hielera and then we were transferred directly from the hielera to the Pecos Emergency Intake Site. We have been at Pecos since June 1, 2021.

5. When I arrived here, I was tested for Covid but I was negative. I was quarantined for about ten days. During quarantine, I was still able to use the phone to talk to my family and play outside.

6. My family friend (my mother's brother in-law) is applying to be the sponsor for both me and my sister. He lives in Dallas, Texas and he has been living in the United States for about eight years.

7. I have had two case managers since I arrived at Pecos. I was told that my sister and I have the same case manager. I first met with a case manager sometime within the first week of my arrival. I met with that case manager a total of four times. The first meeting was face to face and the other meetings were on a computer.

8. I was then assigned a new case manager, but I was not told why. I have only met my new case manager once, and that was about fifteen days ago. I was told that I cannot be released to my sponsor until he gets a letter or some type of document and that my mother needs to sign that letter. But before that, no one has ever really explained to me what needs to be done or how soon I will be able to leave here. I am worried because I

think that the change in case managers has delayed my case. When the new case manager was assigned to me, he requested new papers and asked for additional things. But my sponsor had already sent in all of the paperwork before I got the new case manager. Now I guess that the only thing that we are missing is this letter.

9. There are kids here who have been released faster than me and my sister. I'm not sure why but I do know that some of them have gone to aunts and uncles and siblings. I feel happy for them, but I am sad for myself because I want to leave.

10. I have been allowed to use a phone three times a week for ten minutes each. I can call my sponsor. I do not have phone numbers for other family so I am not able to call any of them.

11. I need to leave this place so that I can be with my sister and talk to her more. I have only been able to see my sister about once a week for around ten minutes each visit. This does not seem like enough time to me, this is very little time for us to be together. I know that my sister is worried about our case, as well. We both want to leave here as soon as possible. She is very sad that we are still here. All of her friends have left here already and she is the only one of her friends still here. My mom is also worried about us.

12. I get along with the staff here and they treat us well. I also get along with the other youth here. Then again, there are always new faces.

13. They do not have school here at Pecos. We have a chance to learn a few words in English but that is it. My sister and I attended school in Honduras and I liked school because it I knew that it would give me the opportunity to work or get a job. I would like to be an architect.

14. We have a daily schedule and do the same thing every day. Most of the day we spend in our dorms watching television. We can read the Bible or practice English. We don't really have many games or books to read. We can play outside every day for fifty minutes. We play soccer and basketball.

15. I have not met with a counselor or therapist here but I know that others have. I think that my sister has met with a counselor.

16.     The food is good here and we have plenty of time to eat.

17.     I sleep in a room with one other boy and we are in a dorm with about 84 other boys.  The rooms are comfortable, and I am able to sleep at night.  The temperature in the rooms is fine.

18.     I am allowed to shower every day and I have enough time to shower.  I have enough clean clothes, shoes, towels, and linens.  Our clothes are laundered twice a week.

19.     I attended a Know Your Rights presentation by legal service providers and received a list of free legal service providers, but I have not talked to an attorney since I have been here.  But I would like to speak with an attorney who can get me more information about the letter they say that I need in order to be released.  That is the only thing that seems to be missing for me and my sister to finally be able to live with our sponsor.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  27 day of July, 2021, at Pecos, TX.

10                                  CERTIFICATE OF TRANSLATION
11 My name is Allyson Miller and I swear that I am
12 fluent in both the English and Spanish languages and I translated the foregoing
13 declaration from English to Spanish to the best of my abilities.

15 Dated: 7/27/21                                *Allyson Miller*