# EXHIBIT L

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am from Guatemala.

3. I was apprehended by Immigration on or around April 11, 2021, near the McAllen-Reynosa border. I traveled with my younger brother. He is 15 years old. He stayed with me the entire time.

4. I crossed the river. and we were met by border patrol. There were about eight or nine people. The *policia* told us to raise our hand if we arrived with a sibling. I raised my hand, and they set us to the side. More kids arrived and a bus picked us up. I filled out some paperwork, and they took me to a *hielera*.

CBP Custody

5. I was detained in Border Patrol custody for about six days.

6. I slept in a *hielera,* a tiny fenced cell, with about 27 other children. I was in cell number four of seven. It was difficult to be there. The lights were on 23 hours a day, and we had no sense of time. I slept two hours each night on a thin, foam mattress. It was extremely cold, and we only had an aluminum blanket. Many children, including my brother, didn't have a sweater. You don't sleep waiting for them to call you.

7. There was no distancing. They woke us up every hour and fifteen minutes to change our masks. We also had access to the masks set on a table in the room. The only time that we left the *hielera* was for sanitization. The janitors moved the mattresses to steam the floors.

8. We slept all day or watched cartoons when the *guardias* said we had behaved.

9. I was not allowed to use a phone to call my family. They didn't call my uncle. Someone I met had been there for 22 days and was never allowed to make a single call. They would tell him to wait a moment, but that moment never arrived.

1

10. We had burritos every single day. They were horrible. The breakfast egg burritos tasted like wet carboard. No one ate them. The trash cans filled up with egg burritos. For lunch and dinner, they served bean or chicken burritos. I usually only ate the crackers, apples, and Gatorade. The bottled water supply was unlimited.

11. We never saw the light of day.

12. I showered once. I was allotted 10 minutes to take a warm shower. The showers were in the same area where we slept. They did not give us clean clothes.

Fort Bliss Emergency Intake Site

13. After six days in a Border Patrol facility, I was transferred to Fort Bliss. They don't tell you anything. That is why you don't sleep. You're just waiting for them to call you. They tell you to get up, make a line, do a COVID-19 test, and they don't tell you that you're transferring. I got on the bus and I didn't know where I was going. My brother and I thought we were going with my uncle.

14. I was detained at Fort Bliss for about 15 days.

15. When I arrived at Fort Bliss, I was not quarantined. Quarantine does not exist. If you test positive, they take you to another *carpa*. I arrived in the middle of the night. I had no idea where the bus was taking me. They don't tell you anything. When I arrived, I received a sanitation kit and two blankets. We spent eight days not doing anything.

16. My uncle was applying to be my sponsor.

17. They said the reunification process would take a long time because the shelter didn't have case managers.

18. I first met with my case manager 12 days after arriving at Fort Bliss. Before then, they kept telling me I would meet with a case manager, but I never did. I was able to speak with one about three days before I left Fort Bliss. I met with the case manager in person. My uncle completed the paperwork that he had been sent.

19. I was allowed to use a phone two times a week to call my family. They allotted 10 minutes. There were too many kids in the *carpa* to allot more time. They let us talk on the phone on the sixth day.

20. We mostly slept all day. The shelter was not equipped for anything.

21. There were not any education services in the beginning. They said the shelter was new. Then, they did offer classes for whoever wanted to go. The classes lasted about an hour, and there were a lot of us in class.

22. They took us outside on the 12th day to play soccer for one hour. Other than that, I did not go outside to play during the 15 days I was there.

23. They offered counseling services, but I didn't need to go.

24. The food was served buffet style and much better than at the *hielera*.

25. I slept in a *carpa* with about 1,000 other children. There were about nine *carpas* total. There were about 42 rows in my *carpa* with 10 cots in each row. Lights out at 10:00 PM and back on again at 5:00 AM.

26. I was allowed to shower every day. If we asked for clean clothes, the staff would look for some and give it to us.

27. I did not receive a list of free legal service providers. I did not speak with an attorney while I was there.

28. Someone was always watching us. We had to wear a bracelet, but they did not take roll.

29. I didn't feel terrible, because eventually they allowed us to go outside and play soccer. The food was also much better compared to the first place.

30. The staff was very kind. If we ever needed anything they would try their best to provide it.

Step Up to Children's Village Staff Secure

31. After about 15 days at Fort Bliss, I was transferred to the Children's Village Staff Secure facility.

32. I traveled on a bus and plane with a few other children.

33. They never told me anything about why I was leaving. They said that I was going home with my uncle. They told me to hurry up and pack my things. I was barely able to grab anything. They rushed me. I asked what was going to happen with my brother, but they ignored me.

34. Finally, when we arrived at New York they told me I was going to another shelter because I had attempted to run away. It's a lie: I never tried to run away. I told them to check my records again because I never tried to run away. I was sad thinking about my brother. He stayed at Fort Bliss for another fifteen days.

35. I think they lied about where I was going because they wanted me to get on the bus at my own will. I never tried to run away. All I can think of was one time the *guardia* got mad at me but didn't say why and I had done nothing at all. I wonder if they transferred me because the Red Cross staff signed my shirt, but no one said that that was the reason. I just can't think of anything else. Truthfully, I barely talked to the other kids at Fort Bliss. I kept to myself and my brother.

Children's Village Staff Secure

36. I was detained at Children's Village Staff Secure for about 14 days.

37. When I arrived at Children's Village, I was quarantined for about six days.

38. I liked the New York shelter so much more. It was comfortable, I had a bed, and they offered way more entertainment. I couldn't do anything in El Paso. At Children's Village, they gave us a tablet after we quarantined. We had classes from 9:00 AM to 12:00 PM. During recreation we played and exercised.

39. I met with a case manager right away after I arrived at Children's Village. They were very nice, and we were always allowed to speak with them. They treated us with respect.

40. I did well in my classes. They were fun. Before class the teacher would have us journal so that we could express our feelings. We were taught math and English. They told me I was very well-behaved and different from the other kids.

41. Fourteen days after I arrived at Children's Village, I was released to my uncle who is living in Florida. They told me that I was free and they just needed to buy my plane ticket. The case manager was on hold with the airline for about five hours. She bought my flight, and I flew alone. They let the airline know that I was alone and they told me to stay seated when the plane landed.

42. I was so happy to see my uncle. I hadn't seen him in eight years and I felt safe to be with him and my brother.

43. I want to go to culinary school, become a chef, and open a restaurant one day.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 03 day of August, 2021, at Miami Beach, Florida.

CERTIFICATE OF TRANSLATION

My name is Priscilla Samara Ortiz, and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration to the best of my abilities.

Dated: July 30, 2021                    /s/ Priscilla Samara Ortiz

5