# EXHIBIT M

I, ███████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 17 years old. I am from Honduras. I am currently living at the Pecos Emergency Intake Site.

3. My brother is also at Pecos. He crossed the border after me. He is 15.

Ft. Bliss Emergency Intake Site

4. I arrived at the Ft. Bliss Emergency Intake Site around May 7, 2021.

5. There was a lot of sand and dirt everywhere.

6. When I first arrived at Ft. Bliss, the laundry system did not work well. The system was confusing because the staff would collect the clothes, but we did not always get the correct clothes back.

7. The sleeping arrangements at Ft. Bliss were not very good. I did not have privacy. It was way too crowded. I slept in a very large tent with many other youth. The beds were bunked and were very small. You couldn't turn while you were sleeping because if you did you would fall out of the bed. Because there were so many of us in the large tent, not all of us wanted to fall asleep at the same time, so some youth would stay up and talk and make jokes. It was very hard to sleep through the night.

8. We had optional English classes a few times per week. We were not required to go to the classes.

9. One staff member spoke very rudely to me and other youth. He teased youth about being affiliated with Colombian cartels – the youth were humiliated and upset that the staff member was bothering them. None of the youth liked the staff member because he made us feel bad. I joined other youth in submitting a report about the staff member.

Pecos Emergency Intake Site

10. I was transferred from Ft. Bliss to the Pecos Emergency Intake Site so that I could live with my brother. I have been at Pecos for about 40 days, but I have been in facilities for a long time now. My brother has been here for over 60 days.

11. My mother's sister-in-law is applying to sponsor me and my brother. She lives in Chicago. When she lived in Honduras, we would visit with her. We have stayed in touch with her since she moved to the United States.

12. My brother and I have the same case manager. I spoke with our case manager yesterday. Our case manager told me that all that is left to do is to finish the paperwork for our second sponsor. Our case manager told us that we need a second sponsor in case our mom's sister-in-law is unable to care for us. My parents found the second sponsor – he is someone that my dad knows well. The case manager says that the second sponsor needs to complete the fingerprinting process. The case manager told me that the second sponsor is having trouble finding a fingerprinting appointment that works with his schedule – he works and has trouble accessing a car.

13. After the fingerprints are done, the government needs to review the case and confirm that we can be released.

14. My case manager says that we might be transferred to a different facility as early as this week because we have been at Pecos so long.

15. Here, we are served a set amount of food at every meal, and there is not much variety. We are not able to select the food that we want to eat – we are all given the same thing. The staff will give us a lot of the food that we don't want to eat. For example, they will give us a lot of rice every meal but very little meat. We are not allowed to get a second serving of anything. There does not seem to be enough food, and I don't think that that is okay. I don't eat breakfast because I don't like what they offer during that meal – we are rarely given eggs. I go to the cafeteria in the morning, but I just sit there and don't eat. I don't like the water in the cafeteria because it doesn't taste good. The snacks here are mainly acidic juices that do not taste very good.

16. There have been two staff members in the dorms who haven't been very nice. Recently, we were getting ready to get in line to leave the dorm, and I was looking for water because I don't like the water in the cafeteria. One of the staff members stopped me and asked what I was doing. When I explained that I didn't like the taste of the cafeteria water, the staff member got upset and started yelling at me. It was very inappropriate, and I decided to write a report about what happened. Some kids won't report bad things that happen because they are afraid. I won't report staff members for the sake of reporting them, but I will report staff if they are not respectful. Everyone deserves to be treated with respect.

17. We don't have very much school. We have English classes. The teacher here is very strict.

18. The wait time to see a doctor is very, very long. If you have an appointment, sometimes you have to wait up to three hours. I feel desperate having to wait that long. Some kids are so desperate that they just leave because they don't want to sit with nothing to do for hours. Even if you have an emergency visit, you have to wait a long time. For example, I went to get emergency help because I was experiencing really bad pain in my tooth, but I still had to sit for an hour in pain before I was seen.

19. Here, the staff wake us very early in the morning. Every day, the staff wake us up at 5 in the morning, but we don't eat breakfast until 6:30 in the morning. It is hard because we just sit in our rooms that whole time. The staff make sure we don't fall asleep, but it is hard to be awake with nothing to do.

20. Our clothes often get lost in the laundry. For example, we may ask for three shirts to be cleaned, but we will only get two clean shirts back and the other shirt is lost forever. If we send in pants and shirts to be cleaned, we might not get the pants and shirts back. Some of us have decided to stop sending our clothes to the laundry because we do not want to lose our clothes. We just wash our clothes in our dorm room bathrooms. We don't have anything to clean the clothes with – we just use water and hang them up to dry.

21. The staff tell us to clean our own rooms. We collect trash in our rooms and place the trash in the hallway. Sometimes, there is a staff member who is supposed to pick up all the trash in the halls and take it outside, but that doesn't always happen so sometimes one of the youth just volunteers to take out all the trash. I am the youth leader in my dorm, and each week I meet with the youth leaders of the girl dorms. During those meetings, the girl leaders have said that there are not enough cleaning supplies (like vacuums and mops) in their dorms.

22. I am very concerned that there are so many kids who have been here for over 60 days. Some of these youth are waiting to live with their parents – they should not still be here. They should be able to live with their families.

23. My brother has gotten depressed here. He gets upset when we learn disappointing information about our case and we end up staying here longer. I try to cheer him up and help him stay strong throughout the process.

24. When I finally live with my sponsor, I would like to study and play sports, especially soccer.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  28th day of July, 2021, at Pecos, TX.

3
4
5
6
7
8
9
10                                    CERTIFICATE OF TRANSLATION
11  My name is ___Soraya Morales Nuñez_____ and I swear that I am
12  fluent in both the English and Spanish languages and I translated the foregoing
13  declaration from English to Spanish to the best of my abilities.
14
15  Dated:  **July 28, 2021**                                    _Soraya Morales Nuñez_