# EXHIBIT O

I, ▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆▆, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 8 years old. I am from Honduras.

3. I was apprehended by immigration officers somewhere in Texas, but I don't remember when we crossed. I came with my aunt, my cousin, and with my sister. My sister is also at this place with me.

CBP Custody

4. The immigration officers took us to their room. They gave us apples, churros, burritos, and water. We were there for one week and I stayed with my aunt, my cousin, and my sister there. Then they separated us and put me and my sister on the airplane. Before the airplane ride, they gave me a Covid test and told me it was negative. The airplane ride was about an hour.

Pomona Fairplex Emergency Intake Site

5. I think I have been here at the Pomona Fairplex Emergency Intake Site for about a month.

6. My mom is applying to be my sponsor. Before today, I did not know what was happening with my case. But today I learned today that my mom has been approved and I can go to her. I feel good now that I know I can go to her.

7. I usually meet with my case manager every other day, but I haven't met with her in a long time. I don't remember the last time I met with her.

8. I have been allowed to use a phone two times a week to call my family. I usually call my mom or my aunt or my dad. Sometimes there is not enough time to call all three and I wish I could talk to all of them. I really want to leave here because my aunt has been sick, and I want to go visit her with my mom.

9. I really wanted to be with my mom on her birthday which was three days ago. We called her on her birthday, and she was very sad that we weren't with her.

1

10. I used to sleep in building 5 but now I've been moved to building 8 where kids 12 and younger are. There is not much to do in building 8. A lot of the kids who are 12 and younger have left so there aren't as many of us now. In my group there are 8 kids, and we all stay together all the time. My sister is in my group with me.

11. I don't sleep very well here because they don't fully turn off the lights.

12. I don't like when they do the headcount here. They make us stay in the same place for the whole time and we have to wait to go to the bathroom.

13. I go to classes here three days each week. The classes are about an hour, and we learn English. We learn how to say the colors in English, how to say the days of the week in English, how to say numbers in English, and how to say words to play.

14. We go to the park here sometimes. I wish I could go more. We do fun activities on the field with the girl with braids before our classes. She gives us jerseys so we can play capture the flag. We also play soccer.

15. I have not seen a counselor since I have been here. If I feel sad or worried or upset, I can only talk to my friends.

16. I like the food here and I feel like I have enough to eat. We don't really have snacks though and I wish we had more snacks. I also would like more water during the day.

17. We are allowed to shower every day, but I don't have very many clean clothes. It takes a long time to get clean clothes. When I was in building 5, I sent clean clothes to be washed and they never came back. Then in building 8 some other girls took my clothes.

18. When I have to go to the bathroom, I have to wait for the other kids to need to go to the bathroom so the adults will take me.

19. They don't let me hug my sister when I want to. They think we have lice and could pass it to the other kids. But we don't have lice anymore.

20. When I grow up, I want to be intelligent, I want to speak English, and I would like to be a professor.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 9th day of July, 2021, at Pomona, CA.

[signature redacted]

CERTIFICATE OF TRANSLATION

My name is Soraya Morales Nuñez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 7/9/2021

*Soraya Morales Nuñez*