# EXHIBIT Q

I, ███████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 16 years old. I am from El Salvador.

3. I crossed the border on June 9, 2021. I came alone.

Pecos Emergency Intake Site

4. I have been at the Pecos Emergency Intake Site since June 10, 2021.

5. My dad is applying to be my sponsor. He lives with his partner in Atlanta. I used to live with my dad in El Salvador. We have a good relationship.

6. About one week after I arrived, the staff told me that I wouldn't be here long because my dad is my sponsor, but obviously that hasn't been the case. Initially, the staff told me that there wouldn't be that much paperwork, but that has not been true.

7. I have switched case managers three different times – I think that they just abandoned my case. No one has explained why I have had so many different case managers.

8. On Thursdays, I meet with a case worker who looks at the portal and tells me an update about my case. Last Thursday, my case worker said that a home study still needs to be done but that it could happen after I have been released. The case worker told me that the government had approved my case on July 14 and that I would leave last week, but I am still here. The case worker told me that arranging transportation can take anywhere from two days to two weeks.

9. I speak with my dad and my mom every week. My mom and sister live in El Salvador. My sister and I are very close. I call my mom and sister more frequently because sister has special needs, and her health has not been good. I call my dad on Tuesdays and Saturdays.

10. Sometimes, we have English classes. We have them once or twice per week. Each class lasts about one hour. I would like to take math – it's my favorite subject.

11. I go outside to do different activities every day. Some youth play sports, and sometimes the girls walk around.

12. When we eat meals, the meat and eggs are sometimes a bit raw, and the potatoes are a bit hard. Sometimes, I worry about eating the food because I don't want to get sick. I know of two kids threw up after eating the food.

13. I have been able to go to the medical tent, but sometimes when we go to the doctor, they just tell us to drink more water. When I first arrived here, there were long lines to see the doctor. I think that the wait was long because there were a lot of other kids here too. On several occasions, I had to wait for three hours before I could see the doctor. I have heard about other kids who had to wait a long time to see the doctor – some of them prefer to not go to the doctor because they don't want to wait a long time.

14. I receive mental health services here. I suffer from anxiety attacks, so I am more easily able to see the therapist. I know that other youth want to speak with someone when they are feeling sad, but they may have to wait up to three days to meet with the therapist. My anxiety attacks have been abnormal here – they have gotten worse since I arrived at Pecos. I have had about 3 or 4 anxiety attacks since I have been here. I have been feeling particularly anxious ever since I learned that my case was approved, but I have not left yet. I worry a lot about my mom, and I would like to be able to speak with her over video, but I haven't been able to do that because I am here.

15. When I wake up every day, I feel really frustrated. Of the youth that I arrived with, I am the last one here. There are other youth who have arrived after me, and they left before me. I would like to be home with my dad right now. I want to be able to video chat with my little sister who is in El Salvador.

16. When I live with my dad, I would like to study. I would like to be a soldier or a doctor. I hear that there is an aquarium where my dad lives, so I would like to go there.

When my dad and I lived together in El Salvador, we liked to play ball together, so I would like to do that with him again.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 27th day of July, 2021, at Pecos, TX.

## CERTIFICATE OF TRANSLATION

My name is __Soraya Morales Nuñez__ and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: **July 27, 2021**       _Soraya Morales Nuñez_