# EXHIBIT R

I, ███████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 13 years old. I am from El Salvador.

3. ███████████████████████████████████████████████████████████████████████████████████████.

4. I was apprehended by Border Patrol agents near Reynosa. I was with a group of other kids, but we all got separated.

5.

CBP Custody

6. I was in CBP for 10 days.

7. I was always hungry there, when I would ask for more food, they would tell me to go to hell.

8. We were all going crazy in there because we wanted to leave, one child had been there for two weeks and would beg to leave. He would bang his head against steel bar.

9. There were so many children and about 20 of us would sleep on a mat together, sometimes I just slept on the floor. They would give us a nylon blanket. It was so cold there. I never warmed up, I was always cold there.

10. I had a pain in my chest and went to the clinic. They gave me a cream, but the pain was so bad and the cream didn't help.

11. From CBP, I was transferred to Fort Bliss.

Fort Bliss

12. I have been here for 29 days; I was one of the very first groups of boys to arrive and I am still here. I was told that I'd only be here for 3 days and then would go to a shelter.

13. When I got here, they took away everything I had with me.

14. After I was here for 5 days, I was transferred to a hospital because I was experiencing a lot of sharp pain. I passed kidney stones at the hospital. The doctor said that I should be in less pain but will need to drink 6 pitchers of waters a day. It was very scary being in the hospital by myself, without any family.

15. My sister in California is applying to be my sponsor. After I was here for 9 days I met with a case manager. My sister has done all of her paperwork, all they are waiting on now is the fingerprints. She is still waiting to get her appointment.

16. One day, I was playing soccer outside with my friend, and then an older youth came over to harass us, he took away the ball we were using. He threw the ball into my face and then put me into a headlock. No staff saw this happen. Then my friend helped me get out of the headlock, and then I pushed him and told him to leave me alone, but then he punched me in the mouth. The older boy told the staff that I started he fight. Because he was older than me, the staff believed him over me even though I had my friend as a witness.

17. I'm so scared here. A large man with glasses, a blue shirt and a cap told me that if I ever spoke harshly or hit a child, then I would be deported. I am terrified of being deported because the gangs are trying to kill me.

18. In the room where we sleep there are hundreds of children. The older boys there get aggressive with one another, they are always looking for a fight. They call me a girl because I don't look for fights. I do not feel safe around them.

19. It's hard for me to stay asleep at night because of my kidney stones so I have to go to the bathroom a lot.

20. I spend most of my days making bracelets but I just ran out of materials, and the Red Cross volunteers are gone so I won't get more.
21. I haven't spoken to a mental counselor since I've been here.
22. There's no school here but the Red Cross volunteers help us learn English.
23. The food is fine here and I get enough to eat.
24. I have been able to shower regularly since I've been here.
25. I have not had a Know Your Rights Presentation yet; I don't know when I get to go to the presentation.
26. I just want to go live with my sister. I'd like to study hard and become a mechanic.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 28th day of April, 2021, at El Paso, Texas.

[signature redacted]

### CERTIFICATE OF TRANSLATION

My name is Blanca Castillo and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 4/28/21