# EXHIBIT T

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.
2. I am 16 years old. I am from Honduras.
3. I was apprehended by Immigration on or around April 21 near Baja, California. I crossed by myself in the morning. The *policia* threw me to the ground and handcuffed me. They asked for my age and name and put in me the *patrulla*. I didn't know I was going to the *hielera*. It's sad there. I didn't feel anything.

CBP Custody

4. I was detained in Border Patrol custody for about three days.
5. I slept in a *hielera* with about 30 other children. There were a lot of kids and the rooms are divided with plastic tarps. It was very cold, and I arrived without a sweater. When I asked for one, they ignored me. I slept with an aluminum blanket and on a mattress that I did not have to share. The lights were always on. Everyone slept on top of each other.
6. I would sleep all day. There is nothing else to do.
7. I was allowed to use the phone once to call my family. This happened right before I left.
8. They gave us cold burritos for breakfast, lunch, and dinner. They also gave us an apple and a carton of milk for breakfast. They'd give us water and an apple in the morning milk. I sometimes ate the food.
9. Recreation services were not offered.
10. I showered once. I showered the day that I left, and I had to wear the same clothes.

Fort Bliss Emergency Intake Site

11. When I arrived at Fort Bliss, I did not quarantine.

12. My cousin was applying to be my sponsor. The case manager explained the process. Also, lawyers from other institutions came and explained the process. The issue that I had was that I couldn't get in contact with my original sponsor. My cousin agreed to sponsor me, but then she backed out after she was explained the reunification process.

13. I cannot remember when I first met with my case manager, but I know it is rare for anyone to have one. I heard that were only 50 employees for a thousand kids.

14. I was allowed to use a phone twice a week to call my family.

15. We didn't do anything during the day.

16. We were tested for COVID twice a week. They had to test thousands of kids. I always wore the same mask. I heard they are disposable but I didn't change it until it was falling apart.

17. Classes were not offered.

18. We'd go outside to play soccer sometimes two or three times a week for 30 minutes. There were so many kids on one field. It wasn't pretty.

19. Counseling services were not offered.

20. The chicken they served us was bloody and raw. They served the same meal every single day. I did not like eating it. Honestly, there were days that I'd starve.

21. I slept in a *carpa* with about 1,000 other children. They were building more *carpas* to accommodate 2,500 more kids. We slept on *literas* that open. The kids would fall off of them and some would get hurt.

22. I was allowed to shower every day. There were twenty bathrooms for thousands of kids. They gave us clean clothes.

23. I did not receive a list of free legal service providers. I did speak with an attorney while there.

24. The staff were always watching us.

25. If I had known I would go through this hell, I would have hired a *coyote*. I knew this detention would happen, but I never imagined it would be like this. It was terrible. I felt anguished and hopeless. I was held hostage and I couldn't do anything about it. You

2

spend the day in bed, surrounded by thousands of kids, with thousands of thoughts racing through your head.

26. The staff were fine. They write people up when rules are broken.

### Step Up to Children's Village Staff Secure

27. After about nine days at Fort Bliss, I was transferred to the Children's Village Staff Secure facility.

28. They explained that is the *casa de seguridad*. I was transferred here because I attempted to escape Fort Bliss. The *patrullas* got there right away and handcuffed the other kids. They put us on the truck and took us back to the *carpa*.

29. We waited around for five hours after our attempt to run away and they told us we were going to New York. I knew it was another shelter. I didn't feel any way about it. If anything, it paid off to misbehave.

30. We boarded a plane. There was no social distancing.

### Children's Village Staff Secure

31. I have been detained at Children's Village Staff Secure for about 30 days.

32. When I arrived at Children's Village, I was quarantined for about eight days.

33. I am so grateful that I tried to escape from that hell hole. It was horrible, and I could never sleep. I like it here so much better. The food is delicious, and the teachers are great. The only difference I see between staff secure and my new shelter cottage, Russ, is that they use walkie-talkies, and they have a red, yellow, and green behavior chart. You can stay up later if you behave. They always buy us pizza and good food too.

34. My case manager met with me shortly after my arrival.

35. When I grow up, I would like to do a little of everything. I like to play soccer and I want to learn new languages. I want to become a police officer.

I declare under penalty of perjury that the foregoing is true and correct. Executed on this 29th day of July, 2021, at Dobbs Ferry, New York.

CERTIFICATE OF TRANSLATION

My name is Priscilla Samara Ortiz and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration to the best of my abilities.

Dated: July 29, 2021                              /s/ Priscilla Samara Ortiz