# EXHIBIT V

I, ███████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 13 years old. I am from Honduras.

3. I was apprehended by immigration officials in June somewhere in Texas. Another group that I arrived with called immigration officials to tell them we had crossed.

CBP Custody

4. The officials took me to an immigration building. There were a lot of girls there. They separated the boys from the girls. I was kept there for somewhere between 2 and half and three days. When it was time to leave, they gave me a Covid test. It was negative.

Pomona Fairplex Emergency Intake Site

5. After 2 or 3 days, I was transferred to the Pomona Fairplex Emergency Intake facility. I took a plane for about 3 hours and then arrived. They gave me another Covid test when I arrived in Pomona and that test was also negative.

6. I have been detained at the Pomona Fairplex Emergency Intake Site for about 26 or 27 days.

7. When I arrived at the Pomona Fairplex Emergency Intake Site, I was not quarantined because my first test was negative. Then I was tested again five days after I got here as part of a routine test, and I tested positive. They tested me twice more and those tests were also positive, so I was quarantined in building seven for 11 or 12 days. One other girl from the airplane was also quarantined with me. She had tested positive at immigration before we got on the airplane.

8. While I was in quarantine, I was able to go outside in a fenced in area that had a cement floor. We played soccer, frisbee, and basketball. We could go outside everyday

but I don't remember how long we were allowed to stay outside. We ate our meals in Building seven during quarantine. I had classes during quarantine, and I was able to use the phone to call my family. I don't remember talking to a case manager while I was in quarantine.

9. While I was in quarantine, the people taking care of me suspected I had diabetes and they took me to a hospital in Los Angeles for three days. At the hospital, I was diagnosed with Type 1 Diabetes. I was not able to tell my dad that I went to the hospital until after I returned. I did not talk to him while I was in the hospital, they didn't let me. I wasn't able to talk to any family while I was in the hospital. The only adult who was with me was a nurse from the Pomona site.

10. When I left the hospital, I went back to quarantine and then about five days later, when I was done with quarantine, I was allowed to re-join the rest of the children in my pod.

11. My dad is applying to be my sponsor. He lives in Virginia. I know my dad received paperwork for my case yesterday and he was going to fill out the paperwork at night because he was working. I was told he was going to have a home study done to make sure he could take care of me because I have diabetes.

12. I don't remember the last time I was able to speak with my case manager. I was told 4 days ago that I would get to speak with her but then I got to the room too late, and I wasn't able to do so. Since then, I've asked to speak with her, but I haven't been able to do so.

13. I have been allowed to use a phone twice a week to call my family. I can talk on the phone for 10 minutes each time. I call my dad every time.

14. I sleep in a big room with various lines of cots. In the middle of the space there is a table where the workers sit to watch over us and play games with us. There are 24 girls in my section. I stay with that same group of girls all the time. I think there are 5 or 6 other sections of girls sleeping in the same big room as me.

15. Every day while I'm here I go to the medical tent to inject myself with insulin because of my diabetes. The people here taught me how to do it to myself.

16. I have classes here where they teach us a lot of English. We go about two days a week. The classes last about an hour and a half. I like the classes.

17. During the day we also play cards, watch television, and play other games. We go outside every day to play soccer and other games. We also eat outside.

18. I think I have talked to a counselor two times since I have been here. It was helpful. When I feel sad or upset, I talk to my friend. I would like to talk to a counselor again.

19. The food here is okay. We usually have enough to eat but the food here has too much sugar. They don't give me any special food for my diabetes. Sometimes I can't eat the food the make here. For example, sometimes if there is a sandwich, I can only eat the bread because some of the meat has too much sugar for my diabetes.

20. We are allowed to shower every day, but we don't always have enough clean clothes. I sent some clothes to be washed but I haven't received them back. I haven't been able to pick new clothes, they sometimes bring new clothes to us but the pants they bring are too big.

21. I am not allowed to leave here. I can't go anywhere by myself and there is always someone in a green shirt with me.

22. I did receive a list of free legal service providers. I think I have also talked to an attorney since I have been here.

23. I want to study and become a marine biologist when I grow up. I love turtles and I would also like to be a vet so I can take care of bunnies.

3

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  9th day of July, 2021, at Pomona, CA.

CERTIFICATE OF TRANSLATION

My name is Soraya Morales Nuñez and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 7/9/2021

*Soraya Morales Nuñez*