# EXHIBIT W

**UAC Assessment**

| UAC Basic Information |
|---|

**First Name:**
█████

**Last Name:**
████████

**AKA:**

**Status:** ADMITTED

**Date of Birth:** ████████

**A No.:**

**Age:** 16

**Country of Birth:** Guatemala

**City of Origin:** Guatemala

**Gender:** M

**LOS:** 43

**Current Program:** Starr Commonwealth - EIS

**Admitted Date:** 4/12/2021

**Neighborhood of Origin:** Guatemala

| Additional Basic UAC Information |
|---|

**Previous Placement:**
No previous Placement

**Religious Affiliation:**
Child stated he is evangelic

**Case Manager:**
Brenda Gonzalez

**Clinician:**

| Journey and Apprehension |
|---|

**Describe day to day life in home country:**

**Why did you decide to travel to the U.S. at this time?**

*Did the child mention any U.S. immigration policy or practice as a factor in his/her decision to travel to the U.S.?*
○ Yes ○ No

*For UAC aged 14-17 ONLY: Did the child mention economic, job, or educational opportunities as a factor in his/her decision to travel to the U.S. ?*
○ Yes ○ No

**When did you leave your home country (month, day, year)?**

*How long did the trip take?*

**How did you get to the U.S.?**

**Who did you travel with?**

**Who were you living with when you decided to leave your home country?**

**Where were you planning on living in the U.S. and with whom?**

**Where were you apprehended?**

*At which U.S. Border Patrol sector did the child cross into the U.S.?*
LUKEVILLE, AZ

**Have you ever been to the U.S. before?** ○ Yes ○ No

**If yes, when?**

**The child's experience and additional information regarding journey and apprehension:**

| Family/Significant Relationships |
|---|

**Has Family in Country of Origin? (If yes, list below)** ● Yes ○ No

**Family in Country of Origin**

| Name | Age | DOB | Relationship |
|---|---|---|---|
| ██████████ | | | ████ |
| ██████ | | | — Relationship — |
| | | | — Select Relationship — |
| | | | — Select Relationship — |

NCYL_WPL_0021

**Has Family in the U.S.? (If yes, list below)**    ⦿ Yes ○ No

**Family and Family Friends in the U.S.**

| Name | Age | DOB | Relationship |
|------|-----|-----|--------------|
| ▬▬▬ | | | ▬▬▬ |
| | | | -- Select Relationship -- |
| | | | -- Select Relationship -- |
| | | | -- Select Relationship -- |
| | | | -- Select Relationship -- |

**Parent's whereabouts?**
Child stated that his parents reside in Guatemala

**Are you married?**    ○ Yes ⦿ No

**Spouse Name, Age, and Location:**
N A

**Has Children? (If yes, list below)**    ○ Yes ⦿ No

**Children**

| Name of Child | Age | DOB | Current Location | Name of Mother/Father |
|---------------|-----|-----|------------------|------------------------|
| N/a | | | N/A | N/A |

**Have you ever been hurt, physically, mentally or emotionally by someone taking care of you?**    ○ Yes ⦿ No

**If yes, who and when?**
N/A

**Have you ever been taken to the hospital/emergency room because you were hurt?**    ○ Yes ⦿ No

**If yes, explain:**
N/A

**What does the word "discipline" mean to you?**
N/A

| Medical |
|---------|

**List any allergies:**
Child denied having allergies

**Do you feel unwell?**    ○ Yes ⦿ No

**If yes, what are your symptoms?**
See medical tab for details

**Additional medical information:**
See medical tab for details

### Medical History

| Condition | Yes/NO | Date of Diagnosis/Clarification |
|-----------|--------|--------------------------------|
| Pregnant | ○ Yes ⦿ No | See medical tab for details |
| Tuberculosis | ○ Yes ⦿ No | See medical tab for details |
| Varicella | ○ Yes ⦿ No | See medical tab for details |
| Measles | ○ Yes ⦿ No | See medical tab for details |
| Mumps | ○ Yes ⦿ No | See medical tab for details |
| Rubella | ○ Yes ⦿ No | See medical tab for details |
| Asthma | ○ Yes ⦿ No | See medical tab for details |
| Diabetes | ○ Yes ⦿ No | See medical tab for details |
| Cancer | ○ Yes ⦿ No | See medical tab for details |
| Cardiac Issues | ○ Yes ⦿ No | See medical tab for details |
| Sexually Transmitted Disease | ○ Yes ⦿ No | See medical tab for details |
| Respiratory/Lung Disorder | ○ Yes ⦿ No | See medical tab for details |
| Physical Disability | ○ Yes ⦿ No | See medical tab for details |

### Medication History

| Medication | Dosage | Timeframe | Medical Condition |
|------------|--------|-----------|-------------------|
| See medical tab for details | | See medical tab for details | See medical tab for details |
| See medical tab for details | | See medical tab for details | See medical tab for details |
| See medical tab for details | | See medical tab for details | See medical tab for details |
| See medical tab for details | | See medical tab for details | See medical tab for details |
| See medical tab for details | | See medical tab for details | See medical tab for details |

NCYL_WPL_0022

| Education |
| --- |

**What is the highest level of education you have completed?**

Child stated the highest level of education completed was 6th grade

**When was the last time you were in school? What age?**

Child stated the last time he attended school was in 2019 at the age of 15

| Legal |
| --- |

**Know Your Rights Presentation provided?** ⦿ Yes ○ No

**When?:**
05/05/2021

**Legal screening completed?** ⦿ Yes ○ No

**When?:**
05/05/2021

**Notice to appear filed?** ○ Yes ⦿ No

**When?:**

**Scheduled for hearing?** ○ Yes ⦿ No

**When?:**

**State:** -- Select a S ▾          **City:**

**Outcome:** Select Outcome ▾

**Has Attorney?** ○ Yes ⦿ No

**Date of Meeting:**

**Any possible legal relief identified?** ○ Yes ⦿ No

**Specify:**
No possible legal relief identified at this time

| Criminal History |
| --- |

**Any Criminal history? (If yes, list below)** ○ Yes ⦿ No

**List any Felony convictions:**
Child denied any felony convictions

**List any Misdemeanor convictions:**
Child denied any misdemeanor convictions

**List any Probation/Parole:**
Child denied any probation/ parole

**List and describe any disclosed criminal activity:**
Child denied any criminal activity

**Additional information:**
Child denied addition information

| History of Incarceration | | | |
| --- | --- | --- | --- |
| Crime | Date | Length of Sentence | Location |
| Child denied history of incarceration | | | Child denied history of incarceration |
| Child denied history of incarceration | | | Child denied history of incarceration |
| Child denied history of incarceration | | | Child denied history of incarceration |
| Child denied history of incarceration | | | Child denied history of incarceration |
| Child denied history of incarceration | | | Child denied history of incarceration |

| Mental Health/Behavior |
| --- |

| Mental Status Evaluation |
| --- |

**Attitude** ⦿ Calm and Cooperative ○ Other

If other, describe:

**Behavior** ⦿ No Unusual Movements or Psychomotor Changes ○ Other

If other, describe:

**Speech** ⦿ Normal Rate/Tone/Volume ○ Other

If other, describe:

NCYL_WPL_0023

| | |
|---|---|
| **Affect** | **Reactive and Mood Congruent** |
| | If other, describe: |
| **Mood** | **Euthymic** |
| | If other, describe: |
| **Thought Process** | ⊙ Goal-oriented and Logical  ○ Disorganized  ○ Other |
| | If other, describe: |

| **Thought Content** | **Suicidal Ideation** | **Homicidal Ideation** |
|---|---|---|
| | ⊙ None  ○ Passive  ○ Active | ⊙ None  ○ Passive  ○ Active |
| | If active: | If active: |
| | **Plan**  ○ Yes  ⊙ No | **Plan**  ○ Yes  ⊙ No |
| | **Intent**  ○ Yes  ⊙ No | **Intent**  ○ Yes  ⊙ No |
| | **Means**  ○ Yes  ⊙ No | **Means**  ○ Yes  ⊙ No |

| | |
|---|---|
| | --- Please Select --- |
| | If other, describe: |
| **Perception** | ⊙ No Hallucinations or Delusions During Interview  ○ Other |
| **Orientation** | ☑ Time  ☑ Place  ☑ Person  ☑ Self |
| | If other, describe: |
| **Memory/Concentration** | ☑ Short term intact  ☐ Long term intact  ☐ distractible/Inattentive |
| | If other, describe: |
| **Insight/Judgment** | ⊙ Good  ○ Fair  ○ Poor |

### Mental Health

| | |
|---|---|
| Have you ever talked to a psychiatrist, psychologist, therapist, social worker or counselor about an emotional problem? | ○ Yes ⊙ No |
| When: | |
| Have you ever felt you needed help with your emotional problems, or have you had people tell you that you should get help for your emotional problems? | ○ Yes ⊙ No |
| When: | |
| Have you ever been advised to take medication for anxiety, depression, hearing voices or for any other emotional problems? | ○ Yes ⊙ No |
| When: | |
| Have you ever been seen in a psychiatric emergency room or been hospitalized for psychiatric reasons? | ○ Yes ⊙ No |
| When: | |
| Have you ever heard voices no one else could hear or seen objects or things that others could not see? | ○ Yes ⊙ No |
| When: | |
| Have you ever been depressed for weeks at a time, lost interest or pleasure in most activities, had trouble concentrating and making decisions or thought about killing yourself? | ○ Yes ⊙ No |
| When: | |
| Did you ever attempt to kill yourself? | ○ Yes ⊙ No |
| When: | |
| Have you ever had nightmares or flashbacks as a result of being involved in some traumatic/terrible event? For example, warfare, gang fights, fire, domestic violence, rape, murder, accident, being killed. | ○ Yes ⊙ No |
| When: | |
| Have you ever given in to an aggressive urge or impulse on more than one occasion that resulted in serious harm to others or led to the destruction of property? | ○ Yes ⊙ No |
| When: | |

### Substance Use History

| Substance | Used (even once) | Frequency of Use | Date of Last Use |
|---|---|---|---|
| Alcohol | ○ Yes ⊙ No | | |
| Marijuana | ○ Yes ⊙ No | | |
| Cocaine | ○ Yes ⊙ No | | |
| Other Stimulants (Meth, Ritalin, etc) | ○ Yes ⊙ No | | |
| Heroin | ○ Yes ⊙ No | | |
| Other Opiates (Oxycodone, Morphine, etc) | ○ Yes ⊙ No | | |
| Nicotine | ○ Yes ⊙ No | | |

### Trafficking

**Who planned/organized your journey?**
04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he has come to live with his sister in Atlanta, GA, and that both his parents and sister helped him plan his trip. The UAC shared he traveled to the U S via buses. The UAC reported he paid for half of his trip, and his brother (who lives in the U S ) helped him pay for the other half. The UAC stated he owes his brother the other

NCYL_WPL_0024

half, but that he is not in danger if he does not pay it back

**Did a family member or family friend pay for your travel to the U.S.?**    ⦿ Yes ○ No

**What were you told about the arrangements before the journey?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he has come to live with his sister in Atlanta, GA, and that both his parents and sister helped him plan his trip  The UAC shared he traveled to the U S  via buses  The UAC reported he paid for half of his trip, and his brother (who lives in the U S ) helped him pay for the other half  The UAC stated he owes his brother the other half, but that he is not in danger if he does not pay it back

**Did the arrangements change during the journey?**    ○ Yes ⦿ No

**If yes, how?**

**Does your family or family friend owe money to anyone for the journey?**    ○ Yes ⦿ No

**If yes, how much?**

**Whom is the money owed?**

**Who is expected to pay?**

**What do you expect to happen if payment is not made?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he paid for half of his trip, and his brother (who lives in the U S ) helped him pay for the other half  The UAC stated he owes his brother the other half, but that he is not in danger if he does not pay it back

| Coercion Indicators |
|---|

**Did anyone threaten your or your family?**    ○ Yes ⦿ No

**If yes, who made the threats?**

**Were you ever physically harmed?**    ○ Yes ⦿ No

**If yes, how?**

**Was anyone around you ever physically harmed?**    ○ Yes ⦿ No

**If yes, how?**

**Were you ever held against your will?**    ○ Yes ⦿ No

**If yes, where?**

**Did anything bad happen to anyone else in this situation or anyone else who tried to leave?**    ○ Yes ⦿ No

**What happened and to whom?**

**Did anyone ever keep/destroy your documents?**    ○ Yes ⦿ No

**If yes, who and what?**

**Did anyone ever threaten to report you to the police/immigration?**    ○ Yes ⦿ No

**If yes, who?**

**Are you worried anyone might be trying to find you?**    ○ Yes ⦿ No

**If yes, who?**

| Debt Bondage/ Labor Trafficking |
|---|

**Did you perform any work or provide any services?**    ⦿ Yes ○ No

**If yes, what and where?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he worked in agricultural crops (coffee, corn), and sowing the crops  He also worked carrying wood and fertilizing the land  The UAC reported he worked both on his fathers land, and on the land of whoever offered him work

**Who arranged the work?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported either his father or his "bosses" (those who offered him work) would arrange his work

**What type of work did you perform?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he worked in agricultural crops (coffee, corn), and sowing the crops  He also worked carrying wood and fertilizing the land  The UAC reported he worked both on his fathers land, and on the land of whoever offered him work

**What was the work schedule?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported his work schedule was around 5 days per week (no set days) from 7AM to 12PM

**Did work conditions change over time?**

04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported work conditions remained the same

**Is there a debt?**    ○ Yes ⦿ No

**If yes, has any debt amount increased?**    ○ Yes ⦿ No

**By how much?**

**When did it increase?**

**Why did it increase?**

**Have you or your family ever been threatened over payment or work for the journey?**  ○ Yes ⦿ No

**If yes, who threatened you and how?**

**What did you expect would happen if you left the job or stopped working?**

**Were you ever made to work or do anything you did not want to do?**  ○ Yes ⦿ No

**Did you receive pay or did someone else keep the pay?**

**Were you paid what was promised when you started working?**

**Were expenses taken out of the pay?**  ○ Yes ⦿ No

**If yes what?**

**How did you get to the work site?**
04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he walked to work, as the land was nearby

**Where did you live while working?**
04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC reported he lived with his parents while working

| Commercial Sex Indicators | |
|---|---|
| **Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value?** | ○ Yes ⦿ No |
| **Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear?** | ○ Yes ⦿ No |
| **Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts?** | ○ Yes ⦿ No |
| **If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings?** | ○ Yes ⦿ No |
| **Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value?** | ○ Yes ⦿ No |
| **Did anyone ever promise or give money or anything of value to you in exchange for sexual acts?** | ○ Yes ⦿ No |
| **Based on the information provided above in the "Trafficking" section, is there a trafficking concern?** | ○ Yes ⦿ No |
| If yes, date of trafficking referral: | |

| Sponsor Information (List by Priority) |
|---|

| ▨ | | ██████ | | ████████ | | ███ | |
|---|---|---|---|---|---|---|---|

| Sponsor Risk Assessment | |
|---|---|
| **Substance use concerns?** | ○ Yes ⦿ No |
| **If yes, explain:** Pending further assessment | |
| **Domestic violence concerns?** | ○ Yes ⦿ No |
| **If yes, explain:** Pending further assessment | |
| **Child abuse or neglect concerns?** | ○ Yes ⦿ No |
| **If yes, explain:** Pending further assessment | |
| **Mental health issues?** | ○ Yes ⦿ No |
| **If yes, explain:** Pending further assessment | |
| **Does the sponsor have any family support?** | ⦿ Yes ○ No |
| **Specify:** Pending further assessment | |
| **Does the sponsor have any identified special needs?** | ○ Yes ⦿ No |
| **If yes, explain:** Pending further assessment | |
| **Does the sponsor have financial needs?** | ○ Yes ⦿ No |
| **If yes, explain:** Pending further assessment | |
| **Does the sponsor have adequate housing?** | ⦿ Yes ○ No |
| **If yes, explain:** | |

Pending further assessment

**Are there any concerns with the disciplinary practices/philosophy of sponsor?**
Pending further assessment

**Does the sponsor have any criminal history?**    ○ Yes ◉ No

**List any Felony convictions:**
Pending further assessment

**List any Misdemeanor convictions:**
Pending further assessment

**List any Probation/Parole:**
Pending further assessment

**List and describe any disclosed criminal activity:**
Pending further assessment

| History of Incarceration: | Crime | Date | Length of Sentence | Location |
|---|---|---|---|---|

**Are there any parent/child relational issues?**    ○ Yes ◉ No

**If yes, explain:**
Pending further assessment

**Does the sponsor have an Order of Removal?**    ○ Yes ◉ No

**If yes, date issued:**

**Has the sponsor sponsored any other UAC in DCS care?**    ○ Yes ◉ No

**Additional sponsor information:**
Pending further assessment

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|

| Mandatory TVPRA 2008 |
|---|

**Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC.)**    ○ Yes ◉ No

**Date eligibility letter issued:**

**Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U.S.C. § 12102(1)?**    ○ Yes ◉ No

**If yes, specify disability:**
04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: Based on the most recent screening for disabilities, the UAC does NOT have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U S C  § 12102(1)

**Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened?**    ○ Yes ◉ No

**If yes, provide a short summary:**
04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: Based on the most recent screening, the UAC has NOT been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened

**Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC?**    ○ Yes ◉ No

**If yes, provide a short summary:**
Based on the sponsor risk assessment, the sponsor does not present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC

| Additional Information |
|---|

**Please input any additional information if needed:**
5/12/21 - Case assigned to N  Rosario, Case Manager  CM met with minor to identify herself as the UC's Case Manager  UC stated he is here to reunite with his sister ▮▮▮▮▮▮ who lives in Georgia  CM was able to immediately establish contact with Sponsor and requested, by telephone and follow-up email, documents needed to proceed with sponsorship  Awaiting receipt of documents
04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician: The UAC appears to be functioning at an age appropriate social level  He appears to have appropriate thought process and content, and good judgment/insight  His physical and cognitive development appear to be within normal limits  The UAC is not a danger to self (DTS), or others (DTO) and has not expressed or shown suicidal ideation (SI) or homicidal ideation (HI)  The UAC reported he has come to the U S  to live with his sister in Atlanta, Georgia  Case Manager met with Minor to complete UAC assessment  Child appeared calm, and co operative  Child denied having any questions at this time  Brenda Gonzalez // CM

| Certification |
|---|

| | | | |
|---|---|---|---|
| **Signature:** | 5/12/21 - N  Rosario, Case Manager 04/21/2021, Gemma Galvez, M Ed/Ed S, Clinician Brenda Gonzalez // CM | **Date:** | 5/12/2021 |
| | | **Print Name:** | Gemma Galvez // Brenda Gonzalez /Nancy Rosario |
| | | **Title:** | Clinician // Case Manager//Case Manager |