# EXHIBIT X

Case Review

| UAC Basic Information ||||
|---|---|---|---|
| **First Name:** | | | |
| **Last Name:** | | | |
| **AKA:** | | | |
| **Status:** | DISCHARGED | | |
| **Date of Birth:** | | **Gender:** | F |
| **A No.:** | | **LOS:** | 63 |
| **Age:** | 17 | **Current Program:** | Ft Bliss - EIS |
| **Country of Birth:** | Guatemala | **Admitted Date:** | 4/5/2021 |

○ 30 day Case Review  ○ Discharge  ○ Transfer        Are there any changes?:    ○ Yes ● No

**Previous Placement:**
She was with immigration for 15 days

**Religious Affiliation:**
Catholic

**Case Manager:**
Courtney Stoner (HHS)

**Clinician:**

**Document any new information regarding the UAC not indicated in the UAC Assessment and/or the previous case summary below**

### Medical

**List any allergies:**

**Do you feel unwell?**
○ Yes ● No

**If yes, what are your symptoms?**

**Additional medical information:**

#### Medical History

| Condition | Yes/NO | Date of Diagnosis/Clarification |
|---|---|---|
| Pregnant | ○ Yes ○ No | |
| Tuberculosis | ○ Yes ○ No | |
| Varicella | ○ Yes ○ No | |
| Measles | ○ Yes ○ No | |
| Mumps | ○ Yes ○ No | |
| Rubella | ○ Yes ○ No | |
| Asthma | ○ Yes ○ No | |
| Diabetes | ○ Yes ○ No | |
| Cancer | ○ Yes ○ No | |
| Cardiac Issues | ○ Yes ○ No | |
| Sexually Transmitted Disease | ○ Yes ○ No | |
| Respiratory/Lung Disorder | ○ Yes ○ No | |
| Physical Disability | ○ Yes ○ No | |

#### Medication History

| Medication | Dosage | Timeframe | Medical Condition |
|---|---|---|---|

### Legal

| **Know Your Rights Presentation provided?** | ● Yes ○ No |
|---|---|
| **Date:** | 04/14/2021 |
| **Legal screening completed?** | ○ Yes ● No |
| **Date:** | |

NCYL_MEBC_0005

| | |
|---|---|
| **Any possible legal relief identified?** | ○ Yes  ◉ No |
| **Specify:** | |

| Mental Health |
|---|
| Provide a short summary of the UAC's current functioning: |

| Psychological Evaluation |
|---|
| **Date of Evaluation:** |
| **Evaluator:** |
| **Axis I:** |
| **Axis II:** |
| **Axis III:** |
| **Axis IV:** |
| **Axis V:** |
| **Summary of Recommendations:** |

| Trafficking |
|---|

**Who planned/organized your journey?**
TRAVELED WITH HER COUSIN, ▮▮▮▮▮▮▮▮▮▮ HER COUSIN ▮▮▮▮▮▮▮▮▮▮ SHE

**What were you told about the arrangements before the journey?**
YES  THAT WE WOULD RIDE A BUS OR WALK

**Did the arrangements change during the journey?**  ○ Yes  ◉ No

**If yes, how?**

**Does your family owe money to anyone for the journey?**  ○ Yes  ◉ No

**If yes, how much?**

**Whom is the money owed?**

**Who is expected to pay?**

**What do you expect to happen if payment is not made?**

Coercion Indicators

**Did anyone threaten your or your family?**  ○ Yes  ◉ No

**If yes, who made the threats?**

**Were you ever physically harmed?**  ○ Yes  ◉ No

**If yes, how?**

**Was anyone around you ever physically harmed?**  ○ Yes  ◉ No

**If yes, who?**

**Were you ever held against your will?**  ○ Yes  ◉ No

**If yes, where?**

**Did anything bad happen to anyone else in this situation or anyone else who tried to leave?**  ○ Yes  ◉ No

**What happened and to whom?**

**Did anyone ever keep/destroy your documents?**  ○ Yes  ◉ No

**If yes, who and what?**

**Did anyone ever threaten to report you to the police/immigration?**  ○ Yes  ◉ No

**If yes, who?**

**Are you worried anyone might be trying to find you?**  ○ Yes  ◉ No

**If yes, who?**

Debt Bondage/ Labor Trafficking

NCYL_MEBC_0006

**Did you perform any work or provide any services?** ◯ Yes ⦿ No

**If yes, what and where?**

**Who arranged the work?**

**What type of work did you perform?**

**What was the work schedule?**

**Did work conditions change over time?**

**Is there a debt?** ◯ Yes ⦿ No

**If yes, has any debt amount increased?** ◯ Yes ⦿ No

**By how much?**

**When did it increase?**

**Why did it increase?**

**Have you or your family ever been threatened over payment or work for the journey?** ◯ Yes ⦿ No

**If yes, who threatened you and how?**

**What did you expect would happen if you left the job or stopped working?**

**Were you ever made to work or do anything you did not want to do?** ◯ Yes ⦿ No

**Did you receive pay or did someone else keep the pay?**

**Were you paid what was promised when you started working?**

**Were expenses taken out of the pay?** ◯ Yes ⦿ No

**If yes what?**

**How did you get to the work site?**

**Where did you live while working?**

Commercial Sex Indicators

**Did anyone ever ask you to see you naked or in your underwear in exchange for money/anything of value?** ◯ Yes ⦿ No

**Did anyone ever pay/accept money/anything of value from other people in order to see you naked or in your underwear?** ◯ Yes ⦿ No

**Did anyone ever ask to take pictures or recording of you naked or engaged in sex acts?** ◯ Yes ⦿ No

**If so, did they offer you money/anything of value to do this or did they accept money/anything of value from others in order to see these pictures or recordings?** ◯ Yes ⦿ No

**Did anyone ever ask or expect you to perform sexual acts in exchange for money/anything of value?** ◯ Yes ⦿ No

**Did anyone ever promise or give money or anything of value to you in exchange for sexual acts?** ◯ Yes ⦿ No

**Based on the information provided above in the "Trafficking" section, is there a trafficking concern?** ◯ Yes ⦿ No

**If yes, date of trafficking referral:**

| Sponsor Information (List by Priority) | | | | | | |
|---|---|---|---|---|---|---|
| Current Sponsor | Cat (1,2,3) | Sponsor Name | DOB | Address | Phone | Legal Status | Relationship |
| ☑ | | ███ | ███ | ███ | ███ | | Other Distant Relative |

Sponsor Risk Assessment   Sponsor Risk Assessment

**Substance use concerns?** ◯ Yes ⦿ No
**If yes, explain:**

**Domestic violence concerns?** ◯ Yes ⦿ No
**If yes, explain:**

**Child abuse or neglect concerns?** ◯ Yes ⦿ No
**If yes, explain:**

**Mental health issues?** ◯ Yes ⦿ No

NCYL_MEBC_0007

| | |
|---|---|
| **If yes, explain:** | |
| **Does the sponsor have any family support?** | ○ Yes ● No |
| **Specify:** | |
| **Does the sponsor have any identified special needs?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Does the sponsor have financial needs?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Does the sponsor have adequate housing?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Are there any concerns with the disciplinary practices/philosophy of sponsor?** | |
| **Does the sponsor have any criminal history?** | ○ Yes ● No |
| **List any Felony convictions:** | |
| **List any Misdemeanor convictions:** | |
| **List any Probation/Parole:** | |
| **List and describe any disclosed criminal activity:** | |

| History of Incarceration: | Crime | Date | Length of Sentense | Location |
|---|---|---|---|---|

| | |
|---|---|
| **Are there any parent/child relational issues?** | ○ Yes ● No |
| **If yes, explain:** | |
| **Does the sponsor have an Order of Removal?** | ○ Yes ● No |
| **If yes, date issued:** | |
| **Has the sponsor sponsored any other UAC in DCS care?** | ○ Yes ● No |
| **Additional sponsor information:** | |

| Sponsor Sponsored UACs: | Name of UAC | A Number | Relationship | Facility sponsored from |
|---|---|---|---|---|

### Mandatory TVPRA 2008

| | |
|---|---|
| Based on the most recent trafficking screening, is the child a victim of a severe form of trafficking in persons? (Indicate 'yes' only if ORR has issued a trafficking eligibility letter for UAC ) | ○ Yes ● No |
| Date eligibility letter issued: | |
| Based on the most recent screening for disabilities, does the child have a disability as defined in section 3 of the Americans with Disabilities Act of 1990, 42 U S C § 12102(1)? | ○ Yes ● No |
| If yes, specify disability: | |
| Based on the most recent screening, has the child been a victim of physical or sexual abuse under circumstances that indicate that the child's health or welfare has been significantly harmed or threatened? | ○ Yes ● No |
| If yes, provide a short summary: | |
| Based on the sponsor risk assessment, does the sponsor clearly present a risk of abuse, maltreatment, exploitation, or trafficking to the UAC? | ○ Yes ● No |
| If yes, provide a short summary: | |

### Recommendations

| | |
|---|---|
| **Discharge:** | ○ Yes ● No |
| **Sponsor:** | |
| **Discharge w/ Post Release:** | ○ Yes ● No |
| **Date of PR referral:** | |
| **Refer to Home Study** | ○ Yes ● No |
| **Reason for HS referral:** | |

### Care Plan

| | |
|---|---|
| **Reunification:** | 5/21/2021, CMT-C, Sara Bloom, there does not appear to have been any contact with sponsor even though she has been here over a month  5/23/2021, CMT-C, Sara Bloom, a tent worker reported that ▬, bed 36E-T, Tent 11, has a cousin at Fort Bliss, ▬  6/3/2021: Sent email to FFS regarding fingerprint results  05/23/2021-CM(HHS/ACF), Courtney Stoner (202-657-3348): Initiated contact with sponsor, added sponsor to portal, uploaded documents, and scheduled fingerprint appointment for 05/24/2021  Unable to call parent in Guatemala for consent for UC to live with minor because no household members speak Spanish  05/24/2021-Sponsor went to fingerprint and was turned away for not having proper documentation  05/26/2021-CM Courtney Stoner made a new fingerprint appointment for the sponsor for 05/28  05/24/2021-Sponsor went to fingerprint and was turned away for not having proper documentation  05/26/2021-CM Courtney Stoner made a new fingerprint appointment for the sponsor for 05/28  05/28/2021-Sponsor attended fingerprint appointment  Awaiting results  05/31/2021-CM worked with sponsor on family tree and birth |

NCYL_MEBC_0008

| | |
|---|---|
| | certificate trail  06/04/2021-Fingerprint results referred to FFPS  FFS gave approval to continue with reunification efforts  Email uploaded to UAC Documents |
| **Legal:** | |
| **Mental Health:** | |

| **Certification** |
|---|
| **Signature:** |
| **Date:** |
| **Print Name:** |
| **Title:** |

NCYL_MEBC_0009