# EXHIBIT Z

I, ███████████████████████, declare as follows:

1. This declaration is based on my personal knowledge. If called to testify in this case, I would testify competently about these facts.

2. I am 13 years old. I am from Honduras.

3. I was apprehended by immigration officials somewhere in Texas near a river but I don't remember the date. I came by myself.

<u>CBP Custody</u>

4. The immigration officials took me to a large room that seemed like a tent. I stayed there for about 2 days. I wasn't able to sleep while I was there because they took me to an interview at night and they would wake us up to feed us at night. After two days, they gave me a Covid test, but they didn't tell me if it was positive or negative. Then we took a bus ride and a plane ride to get here. The plane ride felt like it was five hours long.

<u>San Diego Emergency Intake Site</u>

5. I have been detained at the San Diego Emergency Intake Site for about 50 days.

6. When I arrived at the San Diego Emergency Intake Site, they gave me a Covid test. They didn't tell me if it was positive or negative. I was not put in quarantine.

7. My aunt is applying to be my sponsor and she lives in Minnesota. I've been told that I might be taken to another shelter. It could be taken today or tomorrow. They told me that they would be moving me to another shelter because they still need to do a home study of the apartment and there are still a few other outstanding things but I forget what they are. And I know that this place is shutting down soon.

8. I first met with a case manager on a computer. Then I had a case worker here in person, but he had too many cases so then they switched me to my current case worker. I last met with my case worker yesterday. I usually see her about once a week. My aunt also gives me information about my case when I talk to her.

9. When I first got here there were a lot of kids sleeping in a big room. The big room is divided into pods. I don't know how many different pods there are. My pod has about 15-20 kids. I stay with my pod all the time.

10. During the day I sometimes like to paint or make necklaces. Otherwise, I sleep. I feel bored here. I want to leave to be with my family.

11. I have classes here often. Now we go every day but when I first arrived we went twice a week. We learn English and sometimes we paint. Sometimes they also talk to us about anxiety.

12. They have taken us to the park three times and one time we went to Coronado beach. Sometimes they also take us to the terrace and we paint or jump rope.

13. I have been able to see a counselor when I want to speak to her. It is helpful.

14. When I was first here, I wasn't doing super well because I wasn't used to being here but I'm doing better now.

15. I get enough food to eat here and the food is good.

16. We are allowed to shower Tuesdays, Thursdays, and Saturdays. Our clothes are not cleaned super often but they do wash our clothes.

17. The staff treats us very well here. The staff told us that if we break a rule we will get a report.

18. I am not allowed to go anywhere by myself here. There are security guards here and someone is always watching us.

19. I did receive a list of free legal service providers and heard a Know Your Rights presentation. I am not sure if I have talked to an attorney since I have been here.

20. They brought us vaccines for Covid but I don't remember when that was. I told them I didn't want the vaccine because I was scared but they told me it was important for me to get it and they gave it to me.

21. When I see my aunt, the first thing I want to do is eat food and have a Coca Cola. I would like to study to be a doctor. I've liked the idea of being a doctor since I was a kid. I would also like to be a social worker.

1  I declare under penalty of perjury that the foregoing is true and correct. Executed on this
2  24th day of June, 2021, at San Diego, California.

CERTIFICATE OF TRANSLATION

My name is **Soraya Morales Nuñez** and I swear that I am fluent in both the English and Spanish languages and I translated the foregoing declaration from English to Spanish to the best of my abilities.

Dated: 6/24/2021

*Soraya Morales Nuñez*
Soraya Morales Nuñez

5