UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.*,<br><br>        Defendants. | No. CV 85-4544-DMG (AGRx)<br><br>ORDER GRANTING APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF EXHIBITS A AND H THROUGH AA SUBMITTED IN SUPPORT OF PLAINTIFFS' MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES [1159] |

Plaintiffs seek to file under seal portions of Exhibits A and H through AA submitted in support of Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites.

Specifically, Plaintiffs seek leave from the Court to file under seal the following portions of Exhibits A and H through AA:

| Exhibit | Information Plaintiffs Seek to Seal |
|---|---|
| 1 of Exhibit A | Detained children's ID numbers |
| 1 of Exhibit H | Detained child's name and other identifying characteristics |
| 2 of Exhibit H | Detained child's name and other identifying characteristics |
| 3 of Exhibit H | Detained child's name and other identifying characteristics |
| 4 of Exhibit H | Detained child's name and other identifying characteristics |
| 5 of Exhibit H | Detained child's name and other identifying characteristics |
| 6 of Exhibit H | Detained child's name and other identifying characteristics |
| 7 of Exhibit H | Detained child's name and other identifying characteristics |
| 8 of Exhibit H | Detained child's name and other identifying characteristics |
| 9 of Exhibit H | Detained child's name and other identifying characteristics |
| I | Detained child's name |
| J | Detained children's names |
| K | Detained child's name |
| L | Detained child's name |
| M | Detained child's name |
| N | Detained children's names |
| O | Detained child's name |
| P | Detained child's name and other identifying characteristics |
| Q | Detained child's name |
| R | Detained child's name and other identifying characteristics |
| S | Detained child's name |
| T | Detained child's name |
| U | Detained child's name and other identifying characteristics |
| V | Detained child's name |
| W | Detained child's name and other identifying characteristics |
| X | Detained child's name and other identifying characteristics |
| Y | Detained child's name and date of birth |
| Z | Detained child's name |
| AA | Detained child's name and other identifying characteristics |

Having considered the papers submitted by Plaintiffs and having reviewed the material that they seek to seal, the Court finds that Plaintiffs' request is narrowly tailored to seal only that material for which compelling reasons have been established and GRANTS their request.

Accordingly, IT IS HEREBY ORDERED:

Plaintiffs are granted leave to file under seal the unredacted version of Exhibits A and H through AA submitted in support of Plaintiffs' Motion to Enforce Settlement Re Emergency Intake Sites.

IT IS SO ORDERED.

DATED: August 12, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE