CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> STIPULATION TO CONTINUE HEARING ON MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES |

WHEREAS on Monday, August 16, 2021, the Parties, together with the Independent Monitor, met and conferred to explore the possibility of reaching a mutually acceptable resolution of Plaintiffs' Motion to Enforce.

WHEREAS the Parties thereafter agreed to mediate Plaintiffs' claims of breach of the *Flores* Settlement Agreement under the auspices of the Independent Monitor and to convene mediation later this week.

WHEREAS in view of this agreement, the Parties agreed to request the Court to continue the Motion to Enforce such that further briefing would not be required during mediation.

WHEREAS in order to allay Plaintiffs' primary concern over the alleged risk of irreparable injury to particularly vulnerable class members while mediation proceeds, Defendants agreed as follows:

> ORR agrees while negotiations are ongoing not to place children 12 and under at the ORR EIS at Ft. Bliss, and only to place children 12 and under at Pecos EIS if it is not able to designate them into ORR care (i.e.: licensed beds, Carrizo Springs, Pomona, or Starr Commonwealth) within 24 hours of CBP referral (as this would signal a back-up at the border of tender-aged children). ORR would agree that if it must place children 12 and under at Pecos for this reason (inability to place in licensed beds, Carrizo Springs, Pomona, or Starr Commonwealth), ORR will notify Plaintiff's counsel and the Monitor within 72 hours prior to making such a placement.

WHEREAS Plaintiffs accordingly believe the Court's granting the requested continuance consistent with their Rule 23 duty to represent class members adequately.

IT IS HEREBY STIPULATED that the hearing on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites (Doc. #1161) be continued from September 10, 2021, to October 1, 2021, at 9:30 am or as soon thereafter as counsel may be

heard; that Defendants shall file their opposition by September 3, 2021; and Plaintiffs, their reply by September 17, 2021.

    This is the first continuance of the motion hearing and extension of time for the related dates that either side has requested in this case.

Dated: August 18, 2021

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch
Neha Desai
Melissa Adamson
Mishan Wroe
Diane de Gramont


 /s/ Leecia Welch_____
Leecia Welch
*One of the Attorneys for Plaintiffs*

Dated: August 18, 2021

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*\_\_\_\_\_
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation

District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov

*Attorneys for Defendants*