CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.org

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> [PROPOSED] ORDER CONTINUING HEARING ON MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES (DOC. #1161) |

Pursuant to stipulation, IT IS ORDERED that hearing on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites (Doc. #1161) is continued from from September 10, 2021, to October 1, 2021, at 9:30 a.m.

Defendants shall file their opposition by September 3, 2021. Plaintiffs shall file their reply by September 17, 2021.

Dated: _____, 2021.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

__/s/ Leecia Welch_____
Leecia Welch
One of the attorneys for Plaintiffs