1               **UNITED STATES DISTRICT COURT**

2         **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

3           **HONORABLE DOLLY M. GEE, U.S. DISTRICT JUDGE**

4

5    **JENNY L. FLORES, et al,**

6                      **Plaintiff,**

7       **vs.**                            **Case No. CR 85-4544-DMG**

8    **MERRICK GARLAND, et al,**

9                      **Defendants.**
     _____/

10

11

12                    **REPORTER'S TRANSCRIPT OF**
                      **ZOOM STATUS CONFERENCE**
13                    **FRIDAY, AUGUST 6, 2021**
                         **11:00 A.M.**
14                    **LOS ANGELES, CALIFORNIA**

15

16

17

18

19

20

21    _____

22           **TERRI A. HOURIGAN, CSR NO. 3838, CCRR**
             **FEDERAL OFFICIAL COURT REPORTER**
23           **350 WEST FIRST STREET, ROOM 4311**
             **LOS ANGELES, CALIFORNIA  90012**
24                  **(213) 894-2849**

25

| 1 | **APPEARANCES OF COUNSEL:** |
|---|---|
| 2 | |
| 3 | **FOR THE PLAINTIFF:** |
| 4 | CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW |
| | BY:  CARLOS HOLGUIN |
| 5 |      PETER A. SCHEY |
| |      LEECIA WELCH |
| 6 | Attorneys at Law |
| | 256 South Occidental Boulevard |
| 7 | Los Angeles, California  90057 |
| 8 | ALDEA - THE PEOPLES JUSTICE CENTER |
| | BY:  BRIDGET CAMBRIA |
| 9 | Attorney at Law |
| | 532 Walnut Street |
| 10 | Reading, Pennsylvania  19601 |
| 11 | STRUMWASSER and WOOCHER LLP, SPECIAL MASTER |
| | BY:  ANDREA SHERIDAN ORDIN |
| 12 | Attorney at Law |
| | 10940 Wilshire Boulevard, Suite 2000 |
| 13 | Los Angeles, California  90024 |
| 14 | |
| | **FOR THE DEFENDANT:** |
| 15 | |
| | U. S. DEPARTMENT OF JUSTICE |
| 16 | BY:  SARAH B. FABIAN |
| |      FIZZA BATOOL |
| 17 | Attorneys at Law |
| | Ben Franklin Station |
| 18 | P. O. Box 868 |
| | Washington, D.C.  20044 |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |

```
1   APPEARANCES (Cont.)

2

3   ALSO PRESENT:       Dr. Paul Wise
                        Aurora Miranda-Maese, Juvenile Coordinator
4                       Deane Dougherty, Juvenile Coordinator
                        Henry A. Moak, Jr., Juvenile Coordinator
5                       Denise Bell, Michael Bochenik, Amici

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              LOS ANGELES, CALIFORNIA; FRIDAY, AUGUST 6, 2021

 2                            11:00 A.M.

 3                             --oOo--

 4

 5              THE COURTROOM DEPUTY:  Calling Item 1, CV, 85-4544,

 6   Jenny Flores versus Merrick Garland.

 7                   For plaintiffs, we have Peter Schey, Carlos

 8   Holguin, Leecia Welch.

 9                   For the Amici parties, we have Denise Bell,

10   and Michael Bochenik.

11                   And as the independent monitor, Andrea Ordin

12   and Dr. Paul Wise.

13                   For defense, we have Sarah Fabian and Fizza

14   Batool, and we have Aurora Miranda-Maese and Bridget Cambria.

15                   For the Juvenile Coordinator we have Henry

16   Moak, Jr.

17                   We are ready to proceed.

18              THE COURT:  Thank you.

19                   Good morning, everybody.  Thank you for the

20   various reports that were filed.

21                   I thought that what we would do this morning

22   is to start with a summary from our juvenile coordinators to

23   see if there are any updates since they filed their reports.

24                   So I will start first with you, Mr. Moak, for

25   CBP.
```

1      MR. MOAK:  Good morning, Your Honor.  Thank you.

2           Yes, our report is different, as you might

3  imagine.  The numbers have increased in RGV and El Paso, but we

4  always take notice of that.

5           In fact, even this week, I'm sure Dr. Wise

6  will talk about it, Dr. Tarantino, the medical advisor and

7  Dr. Wise were in the RVG together.

8           One of the important things we have learned

9  over the last couple of years is how we can be more responsive

10  and on top of things as the situation is very fluid and it

11  changes.

12           So we're still committed to expeditious

13  transfer of those in our custody over to ICE and to HHS, but

14  one thing we noted this week was because of COVID as well as

15  just numbers on the ground, our medical support needed to

16  change, and so we have done that immediately.

17           Dr. Wise and Dr. Tarantino reported that back.

18  Actually, I got it back from Dr. Tarantino just two days ago,

19  where we're going to double the size of our loyal source

20  contract, and we have also deployed some EMTs into the RGV and

21  we will continue to monitor that.

22           Dr. Wise, he may report that he had a

23  conversation directly with the Sector Chief in RGV, and we

24  encourage that.

25           In fact, I think that is one of the most

```
 1   healthy things that we have been able to do for the last three
 2   years is to have leadership engaged and to talk very honestly
 3   about where we are and what is going on.
 4             I am not alarmed by these numbers, but we
 5   certainly take note of that.
 6             I think one of your questions last time was
 7   would we think that we would see a reduction in numbers because
 8   of the summer and because of the climate.
 9             Well, I couldn't really give you a good answer
10   to that then, but we certainly can now.  That has not affected
11   any slowdown, so, but we are prepared for that.
12             I was in a conversation, even this morning,
13   all the way up to the commissioners office about the work that
14   we do, and I was able to say I was going to be in your court
15   today to talk about the things that CBP is doing and the
16   leadership constantly is encouraged how the operators are
17   responding when we go into the field and how we have good
18   dialogue.
19             I think I mentioned this before to you, but
20   one of the benefits that I believe that CBP has seen over the
21   course of these three years is that the senior leadership and
22   sector and at the ports calls us to come in and do reviews to
23   keep ahead of the issues.
24             And we go without -- sometimes without notice.
25   Even next week I'm sending two of my staff into RGV and we will
```

1  do interviews and we will do inspections and I think that is

2  very healthy and the leadership understands that.

3              Now, subject to your questions, I think that

4  would be the extent of my report at this point.

5          THE COURT:  Thank you, Mr. Moak.

6              I think the improvement in the turnaround time

7  for getting minors out of CBP custody and into ORR hands has

8  been much improved, so I appreciate that.

9              Given that it is the summer months, are you

10 seeing a higher mortality rate in terms of any minors coming

11 across or getting lost as they get into the border?

12         MR. MOAK:  It is always a challenge when we -- and

13 our agents are very -- they lean forward into those issues.

14 That's why we think the EMTs are important, they protect the

15 field sites as well as across the sectors, but as far as

16 mortality rates, I have not noticed any major change yet there,

17 even though I know I share your concern in the fact that these

18 are the least capable to take care of themselves and we --

19 that's why we're doubling our support at these sites.

20             I'm sure you have seen the bridge down in RGV,

21 and I have been there a number of times and my staff will go

22 back again next week, but that support from medical really is

23 very critical there, and we're going to continue to monitor how

24 we respond to be sure we stay ahead of any of these -- whether

25 it's COVID-related or whether it's just environment.

1        THE COURT:  I was pleased to see that you have

2   started an electronic medical record system that is being used.

3              Is that just in the RGV Sector or that

4   throughout CBP and the other agencies like ORR and ICE, or who

5   gets to use that database?

6        MR. MOAK:  Well, this is something generated by our

7   information technology division and our assisted commissioner

8   are very, very capable folks, and currently to my knowledge,

9   it's just with CBP.

10             I think there is conversation to expand that.

11   I don't know who has the responsibility.  Obviously, all under

12   DHS or at least those under DHS, it's a conversation at that

13   level.

14             But I will go back and take note of that

15   question, and be sure that we're leaning into that.

16        THE COURT:  All right.  Thank you.

17             I did have an opportunity to go visit an EIS

18   site in Pomona Fairgrounds last week.

19             And during our tour, we learned about a minor

20   who was sent to Pomona where she was identified as having a

21   broken hip and sent to the hospital.

22             But apparently CBP had not identified it prior

23   to her being sent there.

24             I know you wouldn't have any personal

25   knowledge about this situation, but is it usually the practice

1  of CBP to have a medical screening of all minors or just those

2  who complain?

3  　　　　　MR. MOAK:  To my knowledge, we have a medical

4  screening as they start to come in.

5  　　　　　　　Now, of course, they are in our custody for a

6  very short time, we are transferring them out because of the

7  capacity issues, but I can't imagine why a broken hip -- a

8  child with a broken hip would have been moved so fast.

9  　　　　　　　I will ask that question.  Thank you for

10  raising that, because that is of concern to note what was done.

11  　　　　　　　But obviously, I don't know about that, but I

12  will check.

13  　　　　　THE COURT:  Okay.  Thank you.

14  　　　　　　　I don't know the name of that minor, but I'm

15  sure somebody at the Pomona Facility would be able to identify

16  that particular individual.

17  　　　　　MS. FABIAN:  Your Honor, I just want to note that we

18  did get that information following our visit, and Dr. Tarantino

19  is looking into that one.  So Mr. Moak can talk to

20  Dr. Tarantino and he may have discussed it with Dr. Wise

21  already, and if not, he will do that as soon as he is able.

22  　　　　　THE COURT:  All right.  Thank you.

23  　　　　　　　Thank you, Mr. Moak, for your report as well

24  as for your update.

25  　　　　　MR. MOAK:  Thank you, ma'am.

```
1              THE COURT:  All right.  I will turn next to, is it
2    Dougherty or Dougherty?  You are in mute.
3              MS. DOUGHERTY:  It's Dougherty.  It's an Irish name.
4              THE COURT:  Could you give me a report if there is
5    any update since you filed your report?
6              MS. DOUGHERTY:  Things are in a state of flux,
7    actually, so I don't want to report much because things are
8    changing literally every day.
9                   One day the agency decided to change Karnes
10   from a family facility to single adults, and then literally
11   within 18 hours we reversed our decision.
12                   There are many, many things that are afoot, if
13   you will, within the agency.  But other than that, everything
14   is pretty much status quo.
15                   We are reorganizing within the agency, so we
16   have a non-detained docket organization or division and then
17   focusing on, you know, the detained docket.  And so other than
18   that with the report, there is nothing to report, Your Honor.
19             THE COURT:  Okay.  Are these sudden decision changes
20   because of leadership change or because of new things happening
21   on the ground or both?
22             MS. DOUGHERTY:  I believe it's leadership changes,
23   Your Honor, yes, but we're just in a constant state of flux.
24                   Right now Karnes is still a family facility.
25   We are moving forward with the request for proposals, RFP to
```

**UNITED STATES DISTRICT COURT**

renew or supplant the Endeavors contract for the hotels so
that's still moving forward.

Now, we're -- we just added two new hotels for
the Endeavors in Texas and Tijuana, and they have been very,
very successful.

Our length of stay is about 40 hours.  That is
phenomenal.  So we're bringing the families in, we're
processing them, getting everything they need, and then they
are going to a sponsor within about 40 hours in a hotel
setting.

So I think -- I mean, I'm going to say that's
something I want to put on my resume, because I'm really proud
of it.

THE COURT:  Well, that is indeed an improvement.

Is the plan to use hotels definitely to
process families or is there more of a long-term solution?

MS. DOUGHERTY:  Well, I think right now we're going
to move forward with the hotels until we can find -- here is
part of the problem, in my personal professional opinion:

You know, Vivian and Karnes are acting in the
exact same manner.  It's just their facilities that ICE
operates with contractors, with private prison contractors, so,
even though the same end is met, it's not -- it's not met with
the same public opinion.

So I think we're going to continue to move

1  forward with an RFP in terms of private contractors that are

2  not GEO or Core Civic, if you will, and we have been very

3  successful for the last seven months with Endeavors, and we're

4  going to continue, I think, in that vein.

5       THE COURT:  All right.  I was just asking because if

6  the -- and not if, but hopefully when the pandemic ends, some

7  of these hotels might have other business that they would like

8  to take, so would that affect your ability to use them?

9       MS. DOUGHERTY:  I don't think so.  I don't think so

10  at all, because, I mean, from a business perspective, they have

11  a steady stream of income that is guaranteed if they contract

12  with the government.

13       THE COURT:  Okay.  The Court indicates that ICE

14  expects to begin administering vaccines.

15            Do you have an update on that?

16       MS. DOUGHERTY:  We're still in the process of

17  working on that, Your Honor.  It's -- we're in the process.  I

18  don't have anything other than that.

19       THE COURT:  Okay.  But that is a plan that is being

20  developed?

21       MS. DOUGHERTY:  Absolutely, yes.

22       THE COURT:  All right.  Thank you, Ms. Dougherty.

23            I'm going to have to remember that, you can

24  feel free to correct me next time I say your name wrong.

25       MS. DOUGHERTY:  I told my sergeant when I was in

```
 1   basic training, he couldn't get it right, and I said, hickory
 2   dickory dougherty.
 3             THE COURT:  Very good.  I need that pneumonic.
 4                     Finally, Ms. Miranda-Maese, thank you for your
 5   report.
 6                     As you might have heard, I went to visit one
 7   of the EISs at Pomona last week, and I want to thank Richard
 8   Zapata and his crew and also the contractor at that facility,
 9   the Cherokee Nation, for a very comprehensive and informative
10   tour.  I was very impressed at how well-organized that facility
11   was.
12                     I'm hoping the lessons learned from that
13   facility can be used at other facilities that may need more
14   improvement.
15                     So I would appreciate any update that you
16   might have since you filed your report.
17                     I cannot hear you, Ms. Miranda-Maese, it does
18   not appear you are on mute.
19             MS. MIRANDA-MAESE:  Is that better?
20             THE COURT:  That is still pretty soft.  Can you
21   increase the volume because it's somewhat soft.
22             MS. MIRANDA-MAESE:  Is this better?
23             THE COURTROOM DEPUTY:  Either that or get closer to
24   the mic, because it's hard for the reporter to hear you.
25             THE COURT:  That is still pretty soft, maybe you can
```

```
 1   increase the volume or --

 2               MS. MIRANDA-MAESE:  I have done both, is that

 3   better?

 4               THE COURTROOM DEPUTY:  Ms. Miranda-Maese, is that

 5   microphone on your computer or the headset?

 6               MS. MIRANDA-MAESE:  Let me take the headset off and

 7   see if that works.

 8                    Is that better?

 9               THE COURTROOM DEPUTY:  What is it plugged into?

10               MS. MIRANDA-MAESE:  Can you hear me better now?

11               THE COURT:  Not really.

12               THE COURTROOM DEPUTY:  It is the same.  It's hard

13   for the reporter to hear, maybe speak up as well.

14               MS. MIRANDA-MAESE:  I will speak up as loud as I

15   can.

16                    Myself and Ms. Ordin are going to be going to

17   Pomona next week, so I'm very glad that you had a good visit

18   and I will certainly let Mr. Zapata know about your visit.

19                    There are a couple or a few updates that I

20   would like to let you know of.

21                    Since the report was filed --

22               THE COURT:  I'm going to interrupt you because your

23   sound is still very low.  I'm concerned that the court reporter

24   cannot hear you.

25                    Kane, can she call in?
```

1          THE COURTROOM DEPUTY:  Yes.  Ms. Miranda-Maese, what

2    you want to do now is mute everything on your screen.  Before

3    you mute, you need to listen to me.

4          Have handy the e-mail I sent for you and in

5    the very bottom there is a call-in number.

6          Once you call in that number, then mute

7    everything on your screen so we will hear and you can listen

8    via phone, so you will hear everything on Zoom, so we will wait

9    for you on the telephone.

10          And then can you tell me the last three digits

11    of your telephone number you are going to call in on?

12          MS. MIRANDA-MAESE:  It's 8170.

13          THE COURTROOM DEPUTY:  6170?

14          MS. MIRANDA-MAESE:  No, 8170.

15          THE COURTROOM DEPUTY:  Go ahead and dial in.

16          Ms. Miranda-Maese, can you now press Star 6?

17    Testing, testing.

18          MS. MIRANDA-MAESE:  Can you hear me?

19          THE COURT:  Yes, that's better.

20          THE COURTROOM DEPUTY:  Here is what you want to do

21    now, Ms. Miranda-Maese, turn back on your Zoom camera, but mute

22    your microphone and the speaker on your Zoom.

23          We will see you or only hear you via

24    telephone.

25          MS. MIRANDA-MAESE:  Okay.  Hold on a second.

1          THE COURTROOM DEPUTY:  Thank you.  Remember to mute

2   everything on Zoom so your computer speaker and your microphone

3   speaker are on Zoom, and mute that, then just turn on the

4   camera button.

5          MS. MIRANDA-MAESE:  I have to find it here, one

6   second.

7          THE COURTROOM DEPUTY:  I think that is fine.  Click

8   out of Zoom.  Remain on the telephone, then just a reminder you

9   are always live.

10         MS. MIRANDA-MAESE:  Okay.

11         THE COURTROOM DEPUTY:  You are good to go.

12         MS. MIRANDA-MAESE:  I'm so sorry about that.  I

13   don't know what happened.

14              This is the first time this kind of thing

15   happened, but anyway, what I wanted to let you know, Your

16   Honor, is that as of yesterday, there has been an increase in

17   minors in ORR custody.

18              There has been approximately 1,596 minors

19   increased since the date of the report.

20              Also, as of yesterday, ORR had approximately

21   15,780 minors in care, whereas in the report you will see it

22   was at 14,186 at that time.

23              The good news is that there are fewer minors

24   in the emergency intake sites and more minors in the licensed

25   beds.

1            From July 1st through August 5th, ORR did

2    receive referrals for approximately 19,240 minors.

3            And also during that same period of time,

4    there were 18,477 minors discharged.

5            Also within the last seven days, the referral

6    rate has increased.

7            We have approximately 660 referrals per day

8    versus 460 referrals per day the week prior, so that is the

9    update for that.

10           And then also I wanted to advise you that the

11   average length of stay at the EISs, ORR has been working very

12   hard at decreasing that, and the average length of stay at the

13   four EISs combined is an overall of ten days with Fort Bliss

14   coming in as average length of stay of seven days.

15           At Fort Bliss there were only 20 kids there

16   with a length of care that was greater than 30 days.  Also, the

17   average time to discharge now has gone down as well to 17 days.

18           So the number of minors with over a month at

19   an EIS has fallen by approximately 90 percent since late May.

20           With regard to COVID, COVID capacity is a

21   challenge.  It is, I mean, a big challenge at EISs where there

22   is some reconfiguration of the tents or the pods.  So what's

23   happening is to be able to allow for more room.

24           Also the Delta variant is very much in the

25   forefront for ORR.

1           ORR is reviewing the current COVID-19

2    mitigation measures that are employed at EISs to determine if

3    any changes are needed, so that they can further protect the

4    health and safety of the children and the staff and the

5    sponsors and the local communities as well.

6           Universal masking continues at all of the EISs

7    and shelters.  Staff are wearing the N95 respirators when they

8    are in close proximity to the minor.  They also wear surgical

9    masks or cloth masks at any other time.

10          And then with the COVID vaccine, as of August

11   the 4th, there was a cumulative total of 17,743 children who

12   did receive the very first dose of the Pfizer vaccine.

13          And subsequent to that the second -- with

14   regard to the second vaccine, 1,950 children have received the

15   second dose while in ORR care.

16          Again, it is Pfizer that is the authorized

17   vaccine for children being used in children ages 12 to 17.

18          That's all of the updates I have, Your Honor.

19       THE COURT:  Thank you.

20          When I was at Pomona, they did indicate that

21   they were vaccinating minors?

22          Is that happening across the board at all EISs

23   and shelters or just at certain ones?

24       MS. MIRANDA-MAESE:  Yes, that is happening.  They

25   are having COVID clinics at all EISs.

**UNITED STATES DISTRICT COURT**

1           THE COURT:  If they have received only one shot, do

2     they get any kind of instruction as to how they might receive

3     their second dose if they are subsequently released from ORR

4     custody?

5           MS. MIRANDA-MAESE:  Yes.  My understanding is that

6     they are released with instruction, along with their card that

7     they will have with them.

8           THE COURT:  All right.  It seems like we had some

9     discussion at our last hearing about the problems that were

10    occurring at Fort Bliss.

11                What has been done in the interim to sort of

12    get Fort Bliss up to speed?

13          MS. MIRANDA-MAESE:  Well, there has been changes at

14    Fort Bliss with regard to -- specifically with regard to case

15    management.

16                I believe some of the early causes of a longer

17    length of stay was due to contractors still on-boarding case

18    managers.

19                Also, newly hired staff, you know,

20    familiarizing themselves with ORR policy took time.

21                And thirdly, lack of consistent practices for

22    management of case assignments and reassignments and

23    resolutions of remands, all of those things have been resolved.

24                As you can tell from the report with case

25    manager ratios, not only Fort Bliss, but all of the other EISs

1    are in good shape with case manager ratio to child.

2            THE COURT:  I presume those ratios are in flux as

3    different numbers come in and out?

4            MS. MIRANDA-MAESE:  Correct, yes.  What I have, you

5    know, noted from a prior filing to the Court, it obviously has

6    changed.

7            THE COURT:  It's still a problem, I presume that you

8    have of trying to locate sufficient numbers of licensed

9    shelters?

10           MS. MIRANDA-MAESE:  Yes.  Licensed shelters are

11   coming up.  I know they are working very hard to bring licensed

12   shelters up, but it is a very long process, as we discussed

13   with Ms. Ordin yesterday.

14                She may have more information on that as that

15   was one of her concerns that we discussed with her, but they

16   are definitely working very hard to bring licensed shelters up

17   to where they were once before.

18                Obviously, things such as staffing has had a

19   big impact on that as well as COVID.

20           THE COURT:  Is there a strategy in place to try to

21   locate more shelters in other parts of the country outside the

22   RGV Sector?

23           MS. MIRANDA-MAESE:  Your Honor, I don't have any

24   insight on what is currently being done.

25                I do know that there is always, you know,

1    things happening and looking for facilities, but I wouldn't be

2    able to give you any specifics as to where other places are,

3    you know, they are looking at other places at this time.

4              But with the influx happening and the fact

5    that, you know, children are coming in, and we are getting such

6    a high number of cases every day, I'm sure that this is a

7    constant challenge.

8              THE COURT:  Yes, I can see that.

9              And you have been doing quite well with the

10   cards that you have been dealt, so I appreciate what you have

11   been trying to accomplish, given the large numbers that you are

12   dealing with right now.

13             All right.  If you don't have anything

14   further, Mr. Miranda-Maese, I'm going to turn to the monitors

15   to see if they would like to give a report.

16             I know that both Ms. Ordin and Dr. Wise have

17   had very busy schedules going to and from the RGV Sector.

18             I know that they plan to file a report in the

19   next couple of weeks or so, but perhaps one of you could give

20   us a thumbnail sketch of what you have observed during the past

21   month with an emphasis on Fort Bliss.

22             Thank you.  Ms. Ordin, you are muted.

23             MS. ORDIN:  This is Ms. Ordin.

24             I'm going to turn it over to Dr. Wise in a

25   moment, and with an emphasis to Fort Bliss, because he had been

1    there before, perhaps as much as two months before, and we were

2    there last week.

3                    I did notice that in terms of the various

4    changes that we have seen at Fort Bliss that stood out to me

5    was the attempt to have a system which would respond to the

6    case management's lack of communication.

7                    And in each one of the tents, we saw what

8    appeared to be a very well-working help desk with staff set up

9    to respond to the questions from the various minors about their

10   case, where they were, and also to take complaints.

11                   It was heartening to see children sitting in

12   comfortable chairs waiting to talk to the help desk.  It was

13   also comforting to see that the bedding of six weeks before,

14   had been entirely removed, and we mentioned it in our report,

15   this double bunking, which were much too close together and

16   probably not very safe.

17                   So there is new bedding, it's single bunks,

18   but still, as you will hear in a moment, there is much to do.

19                   We intend to have a more sophisticated and

20   detailed report in the next several weeks.

21              THE COURT:  Thank you.  Dr. Wise?

22              DR. WISE:  Thank you.  Well, I agree with Andrea's

23   summary that conditions clearly improved between the time of my

24   two trips.

25                   Basic services, sleep conditions, medical

1    care, and case management resulting in important reductions in

2    the length of stay have all improved.

3                    I think it's important to recognize that this

4    reflects expertise and commitment to improvement of those

5    responsible for the care of minors at the Fort Bliss facility,

6    however, concerns remain.

7                    First, is that these improvements have been

8    associated with a far-reduced census, the number of children at

9    Fort Bliss.

10                   When I was first there, it was little more

11   than 4,000 children, and when we were there more recently, it

12   was less than 2,000.

13                   And the concern remains whether the

14   improvements and the appropriateness of care at Fort Bliss will

15   be sustained or be sustainable with significant increases in

16   the number of children at Fort Bliss.

17                   The second issue is that the appropriateness

18   of the stay at Fort Bliss is related to the time in custody

19   there, the length of stay, but also the specific needs of the

20   children.

21                   And it is not clear that children who, at the

22   time of apprehension or soon thereafter, recognizes requiring

23   more extensive case management, whether they should be at Fort

24   Bliss at all.

25                   Second, there are children with special

healthcare needs and other special needs that may not be
appropriate for Fort Bliss even in an approved state, and those
concerns remain.

We were impressed by the COVID protocols.
There is intensive testing and the vaccination that appear to
be accepted by the vast majority of children under care.

The more fundamental question that continues
to be present is whether any length of stay, more than a week
or so at Fort Bliss is an appropriate response for the
foreseeable future.

And it raises questions about the development
of better alternatives than any EIS even in the improved state
that we saw.

I could also -- I just returned yesterday from
RGV, and would it be appropriate for me just to make a couple
of observations regarding RGV?

THE COURT:  Yes, please.

DR. WISE:  Just quickly it's already been mentioned
that the number of UCs and family apprehensions have grown
significantly.

In the sector, the UC apprehensions are among
the highest in history over the past couple of weeks.

This has put significant pressure on the
initial processing and medical supervision, particularly for
the families who are apprehended, particular concerns -- and

1    much of my time in RGV, as Mr. Moak mentioned, have been

2    focused on the tactical operations processing site, the top

3    site under the Anzalduas Bridge in McAllen.

4                    Large numbers of families have been positioned

5    there and concerns about the medical supervision of the

6    children and families there remains a concern.

7                    Although, as Mr. Moak mentioned, CBP medical

8    is rapidly trying to enhance the medical capabilities there.

9                    The UCs continue to be sent primarily to the

10   Donna Facility and then transferred to ORR.  However, the

11   increase in numbers have increased the length of stay at Donna

12   and put increased pressure on the medical processes that exist

13   at Donna, particularly when the number of apprehensions and the

14   efforts to transfer them to ORR quickly continue.

15                   Again, we are watching carefully the situation

16   so that CBP maintains high quality services as frontline first

17   responder medical care in those facilities.

18                   COVID is still a fundamental challenge.

19   Infections have risen significantly across the border, but

20   particularly as noted in RGV, and that includes the UCs and

21   families.

22                   I will stop there to see if there are any

23   questions.

24            THE COURT:  Thank you.

25                   At this time I will open it up for any

1    questions that either plaintiffs or defendants or Amici may

2    have with regard to the reports of either the juvenile

3    coordinators or the monitors.

4            MR. SHEY:  Good morning, Your Honor.  This is Peter

5    Shey for the plaintiffs.

6            I don't so much have a question as much as I

7    just wanted to advise the Court, because I thought the Court

8    would be happy to hear that about six or seven months of

9    negotiations around reaching settlements with regards to Falcom

10   protocols for the CBP facilities in El Paso and RGV Sector may

11   have been as the new administration came into office.

12           As the Court knows, the parties have spent

13   close to two years negotiating a potential settlement to

14   interpret what it means to provide a safe and sanitary

15   environment.

16           But I'm very, very pleased to report that just

17   a few days ago we received a new proposal from the government.

18   Again, that was their first real substantive communication

19   about this in about seven months.

20           Further progress was made in what the

21   government sent us and that we intend to respond to that next

22   week.  And I'm just so very pleased with this situation and we

23   think this will help solidify some protocols that CBP can

24   follow, at least in the RGV and the El Paso Sectors.

25           I just wanted to report that to the Court,

1    Your Honor.

2              THE COURT:  Thank you, Mr. Schey.  That is good

3    news, and hopefully the road to getting to a final resolution

4    will be shorter than what we have experienced to date.

5              MR. SCHEY:  We hope so, Your Honor.

6              THE COURT:  Thank you.  Anyone else?

7              MS. WELCH:  Good morning, Your Honor.

8                    As you know, the plaintiffs did not file a

9    response to the juvenile coordinator's report, and that is

10   because we didn't have specific questions about the report.

11                   I do have a question regarding one of the

12   issues that the juvenile coordinator raised today, if it's

13   appropriate to ask that question now?

14             THE COURT:  Yes.  Go ahead.

15             MS. WELCH:  So, there was some mention of the length

16   of stay for the young people in the EISs, and it's not clear to

17   us how that length of stay is being calculated and whether or

18   not the number includes only children once they have been

19   released, or if it also includes the children that remain in

20   the EISs.

21                   And the reason the number isn't quite adding

22   up for us, just to give an example, is that when we were

23   recently at Pecos, we were given data on the census there, and

24   by our estimation there were 380 children that had been there

25   for more than 20 days; 65 children who been there for 40 days

1  or more; and ten children who had been there for 60 days or

2  more.

3           In fact, we spoke to those children, a lot of

4  the children who had been there for 60 days or more, so, if

5  those numbers are being included, it's just -- the calculation

6  is not kind of adding up for us.

7           MS. FABIAN:  Your Honor, I do want to note, I mean,

8  it may be appropriate to do some clarification here, but

9  plaintiffs have expressed an intent to file a motion to enforce

10 on this topic.

11          So I do have to object to using the settlement

12 conference process as, you know, to further develop what they

13 may be intending to file.

14          You know, if we can clarify these issues in

15 our meet and confer process to try to avoid that motion, that

16 is fine.

17          However, I would have to object to using this

18 process to help plaintiffs prepare what they told us they

19 intend to file as motion to enforce.

20          THE COURT:  Well, part of the reason why we have

21 been having these monthly status conferences is to see if we

22 can try to get away from having to do formal motions and try to

23 address problems as they arise and nip them in the bud, so I

24 would appreciate any efforts by the parties to meet and confer

25 about what are the issues.

1              Obviously, during a huge surge like this, I

2  don't care how well-organized you are, there is going to be

3  problems.

4              If you have a dinner party that you plan to

5  have for three people and 30,000 people show up, you are going

6  to have a problem.  Your house might get messy.

7              So, you know, I am going to have a little bit

8  of sympathy right now for what the agencies are trying to do

9  with this huge surge that they are contending with.

10             If there are problems that you identify that

11  can be brought to the attention of defendants and the juvenile

12  coordinators, and if there is an effort to try to resolve those

13  issues, then I think that is time better spent than filing

14  motions and having cross motions and time spent trying to deal

15  with motions.

16             We have had gazilions of motions already in

17  this case, and I think you all already know what the *Flores*

18  agreement says, and what my views are on practically everything

19  that the *Flores* agreement says.

20             So, I just think that at this stage in the

21  proceedings, if you can raise the problems with the other side

22  and see if there can be a good faith mutual effort to resolve

23  them, that is, I think, a more productive way to spend time and

24  effort.

25             So obviously, I can't prevent you from filing

1    a motion if you wish to, but that is just my view of what would

2    be perhaps more efficient.

3              MS. WELCH:  Your Honor, we couldn't agree more and

4    that's why we have been working since April to try to resolve

5    the issues that we have been seeing at the emergency intake

6    sites.

7                    We have had multiple meet and confer sessions.

8    We have sent many letters and e-mails.

9                    We visited all of the EISs, and each time we

10   have identified problems, both with specific children and with

11   the system overall.

12                   We have submitted declarations from children.

13   We have submitted declarations from mental health experts.  We

14   have shared our concerns over and over and over.

15                   And as recently as last week, we had a meet

16   and confer session where, again, we don't feel like those

17   concerns are being heard or addressed adequately.

18                   So we don't file a motion, you know, kind of

19   willy nilly, we feel like we have been trying really hard and

20   been quite patient, and yet some of the most basic issues we

21   have been identifying for months still haven't been addressed,

22   so that's just kind of where we are right now.

23             THE COURT:  I appreciate that update.

24                   I hear where you are coming from, and let me

25   just say that I think some of these problems are beyond the

1    *Flores* agreement.

2                    Some of this has to be addressed by the

3    executive and legislative branches.

4                    The kind of surge that we're dealing with can

5    overwhelm any system.

6                    As Dr. Wise previously stated, despite the

7    gargantuan, if not, heroic effort of these agencies and various

8    volunteers throughout the federal government to come in and try

9    to address the surge, some of these structures -- these systems

10   -- the infrastructure is not set up for tens of thousands of

11   people coming in at one time, and somehow the paradigm has to

12   shift to figure out how to deal with these types of numbers.

13                   It's something that I'm not sure that the

14   *Flores* agreement envisioned, so, I share your concern about the

15   conditions, but I'm not sure what I can do as a Court

16   overseeing this consent decree, other than what we have already

17   been doing here.

18                   So I think that your concerns also need to be

19   addressed to the other branches, because this goes beyond just

20   enforcing the settlement agreement.

21                   This involves the entire structure of this

22   system, so anyway, that is sort of my two cents.

23                   But like I said, if you need to file a motion

24   I'm not going to stop you, you need to do what you have to do.

25   It's just that I don't know what I can do beyond what we're

1  already doing here.

2          MS. ORDIN:  Your Honor.  I can attest as to both

3  parties, the plaintiffs and defendants have been meeting with

4  great energy on meeting and conferring.

5          I do believe the two issues that have been

6  brought up, the length of stay and how that is measured, as

7  well as the licensed facilities are two very important issues.

8          They are issues that we, as monitors, are

9  focusing on as well.  I'm hopeful that perhaps as we continue

10 to all work with energy on those issues, we may be able to

11 avoid litigation, but as you said, that is out of my hands

12 certainly and often the Court's hands.

13         THE COURT:  All right.  Thank you.

14         Anything further from anyone else?

15         MR. SCHEY:  Your Honor, this is Peter Schey for the

16 plaintiffs.  I just had one question, and I don't want to jump

17 the gun on this, so Sarah can cut me off any time she wants to.

18         But assuming, which I'm hopeful will happen,

19 that we're able to resolve the CBP piece that we have worked on

20 for a couple of years, does the Court think or just want to

21 give us any guidance -- this is one thing we have not discussed

22 yet -- because we weren't that close to the end, but it would

23 seem to me -- but I just wanted to get your opinion on this --

24 it seems to me that if we close that deal, that we would

25 probably want to present it to the Court and seek a preliminary

1   approval and then subject to, let's say, a one-month comment

2   period in which we could potentially have a summary of the

3   settlement posted at the RGV and El Paso Sectors with class

4   members where the parents are invited to contact either

5   government counsel or myself, if they object, as opposed to

6   contacting the Court, and then we would be obligated to advise

7   the Court if we received any objections during that one-month

8   period, which is, by the way, I think the way we did this a

9   couple of years ago in some other settlement, and then we would

10  move to a final hearing.

11              But I just want to run that by the Court just

12  to see if the Court has any thoughts on that and if Ms. Fabian

13  wants to chime in with any thoughts.

14              THE COURT:  Ms. Fabian, do you have any comment?

15              MS. FABIAN:  I mean, that sounds in line with recent

16  settlement processes.

17              I would say I will need to get the DOJ

18  finalization process, which is underway, but will need to be

19  finalized.

20              There are some steps between now and then, but

21  that is the general scope is a motion for approval of the

22  settlement with a notice period, and that sounds in line with

23  what we would do.

24              I'm not sure we are quite there that we can

25  start scheduling that yet, but when we get it finalized, I'm

1   hopeful that we can move it quickly.  I will do what I can to

2   make sure that happens.

3            THE COURT:  That sounds consistent with the usual

4   process for class action settlements, so that seems reasonable.

5            MR. SCHEY:  Thank you, Your Honor.  Thank you,

6   Sarah.

7            THE COURT:  All right.  I'm going to set the next

8   hearing for September 17th at 11 o'clock a.m.

9                And I will ask for the next juvenile

10  coordinator reports to be filed by September 3rd, and any

11  responses to them will be due on September 10th.

12               And the monitor's report can be filed by

13  August 20th, with any responses to that filed by August 27th.

14               All right.  If there is nothing further, I

15  want to thank all of you again for all of your efforts and

16  hopefully we will have a little bit of a respite in the next

17  report with regard to the numbers.

18               But I just want to commend everyone for all of

19  the work that has gone into trying to address the influx.

20               I don't underestimate how much effort has gone

21  into it, and as I said, the effort has been gargantuan on the

22  part of the agencies as well as the many, many volunteers who

23  have come across from all of the various agencies that exist in

24  the federal government.

25               And I met some of them at Pomona last week,

```
1    and it's really amazing how many people have volunteered and

2    stepped up to the plate.

3                    So, thank you, and I will see you again in

4    September.

5                MS. ORDIN:  Thank you, Your Honor.

6                THE COURTROOM DEPUTY:  This Court is adjourned.

7                (The proceedings concluded at 12:12 p.m.)

8                               * * *

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

**CERTIFICATE OF OFFICIAL REPORTER**

COUNTY OF LOS ANGELES    )
                         )
STATE OF CALIFORNIA      )

      I, TERRI A. HOURIGAN, Federal Official Realtime Court Reporter, in and for the United States District Court for the Central District of California, do hereby certify that pursuant to Section 753, Title 28, United States Code that the foregoing is a true and correct transcript of the stenographically reported proceedings held in the above-entitled matter and that the transcript page format is in conformance with the regulations of the judicial conference of the United States.

Date:  August 12, 2021


                    /s/ TERRI A. HOURIGAN
           _____
            TERRI A. HOURIGAN, CSR NO. 3838, RPR, CRR
              Federal Official Court Reporter

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

## /

**/s** [1] - 36:19

## 1

**1** [1] - 4:5
**1,596** [1] - 16:13
**10940** [1] - 2:16
**10th** [1] - 34:6
**11** [1] - 34:3
**11:00** [2] - 1:13, 4:2
**12** [2] - 18:11, 36:16
**12:12** [1] - 35:2
**14,186** [1] - 16:17
**15,780** [1] - 16:16
**150** [1] - 2:10
**1600** [1] - 2:17
**17** [2] - 17:11, 18:11
**17,743** [1] - 18:5
**17th** [1] - 34:3
**18** [1] - 10:8
**18,477** [1] - 16:23
**181,950** [1] - 18:8
**19,240** [1] - 16:21
**19601** [1] - 2:14
**1st** [1] - 16:20

## 2

**2,000** [1] - 23:7
**20** [2] - 17:9, 27:20
**2000** [1] - 2:16
**20044** [1] - 2:23
**2021** [3] - 1:13, 4:1, 36:16
**20th** [1] - 34:8
**213** [1] - 1:24
**256** [1] - 2:7
**27th** [1] - 34:8
**28** [1] - 36:9

## 3

**30** [1] - 17:10
**30,000** [1] - 28:25
**350** [1] - 1:23
**380** [1] - 27:19
**3838** [2] - 1:22, 36:20
**3rd** [1] - 34:5

## 4

**4,000** [1] - 23:6
**40** [3] - 11:3, 11:6, 27:20
**4311** [1] - 1:23
**460** [1] - 17:2
**4th** [1] - 18:5

## 5

**532** [1] - 2:13
**5th** [1] - 16:20

## 6

**6** [3] - 1:13, 4:1, 15:12
**60** [2] - 27:21, 27:24
**6170** [1] - 15:9
**65** [1] - 27:20
**660** [1] - 17:1

## 7

**753** [1] - 36:9

## 8

**8170** [2] - 15:8, 15:10
**85-4544** [1] - 4:5
**85-4544-DMG** [1] - 1:7
**868** [1] - 2:22
**894-2849** [1] - 1:24

## 9

**90** [1] - 17:13
**90012** [1] - 1:23
**90024** [1] - 2:17
**90057** [1] - 2:7
**94111** [1] - 2:11

## A

**a.m** [1] - 34:3
**A.M** [2] - 1:13, 4:2
**ability** [1] - 12:5
**able** [8] - 5:24, 6:12, 9:12, 9:18, 17:17, 20:21, 32:6, 32:15
**above-entitled** [1] - 36:12
**absolutely** [1] - 12:18
**accepted** [1] - 24:1
**accomplish** [1] - 21:5
**acting** [1] - 11:17
**action** [1] - 33:24
**added** [1] - 10:25
**adding** [2] - 27:16, 28:1
**address** [3] - 28:18, 31:4, 34:14
**addressed** [4] - 30:12, 30:16, 30:22, 31:15
**adequately** [1] - 30:12
**adjourned** [1] - 35:1
**administering** [1] - 12:11
**administration** [1] - 26:6
**adults** [1] - 10:7
**advise** [3] - 17:4, 26:2, 33:2
**advisor** [1] - 5:5
**affect** [1] - 12:5
**affected** [1] - 6:8
**afoot** [1] - 10:9
**agencies** [5] - 8:1, 29:3, 31:2, 34:17, 34:18
**agency** [3] - 10:6, 10:10, 10:12
**agents** [1] - 7:10
**ages** [1] - 18:10
**ago** [3] - 5:17, 26:12, 33:4
**agree** [2] - 22:17, 29:23
**agreement** [5] - 29:13, 29:14, 30:21, 31:10, 31:16
**ahead** [4] - 6:20, 7:21, 15:11, 27:9
**al** [2] - 1:5, 1:8
**alarmed** [1] - 6:2
**ALDEA** [1] - 2:12
**ALEXANDER** [1] - 2:9
**allow** [1] - 17:17
**ALSO** [1] - 3:3
**alternatives** [1] - 24:7
**amazing** [1] - 34:21
**Amici** [2] - 4:9, 25:21
**AMICUS** [1] - 2:8
**AMNESTY** [1] - 2:8
**AND** [2] - 2:4, 2:8
**Andrea** [1] - 4:11
**ANDREA** [1] - 2:15
**Andrea's** [1] - 22:17
**ANGELES** [4] - 1:14, 1:23, 4:1, 36:3
**Angeles** [2] - 2:7, 2:17
**answer** [1] - 6:7
**anyway** [2] - 16:11, 31:18
**appear** [2] - 13:15, 23:25
**APPEARANCES** [2] - 2:1, 3:1
**appeared** [1] - 22:2

## B

**basic** [3] - 12:23, 22:20, 30:15
**Batool** [1] - 4:14
**BATOOL** [1] - 2:20
**bedding** [1] - 22:7, 22:12
**beds** [1] - 16:20
**begin** [1] - 12:11
**Bell** [1] - 4:9
**Ben** [1] - 2:22
**benefits** [1] - 6:17
**better** [8] - 13:16, 13:19, 13:25, 14:5, 14:7, 15:15, 24:7, 29:8

**appreciate** [5] - 7:5, 13:12, 21:4, 28:19, 30:18
**apprehended** [1] - 24:20
**apprehension** [1] - 23:17
**apprehensions** [3] - 24:14, 24:16, 25:8
**appropriate** [5] - 23:22, 24:4, 24:10, 27:8, 28:3
**appropriateness** [2] - 23:9, 23:12
**approval** [2] - 32:21, 33:16
**approved** [1] - 23:22
**April** [1] - 29:24
**arise** [1] - 28:18
**assignments** [1] - 19:16
**assisted** [1] - 8:4
**associated** [1] - 23:3
**assuming** [1] - 32:14
**attempt** [1] - 21:24
**attention** [1] - 29:6
**attest** [1] - 31:23
**Attorney** [3] - 2:10, 2:13, 2:16
**Attorneys** [2] - 2:6, 2:21
**August** [5] - 16:20, 18:4, 34:8, 36:16
**AUGUST** [2] - 1:13, 4:1
**Aurora** [2] - 3:3, 4:14
**authorized** [1] - 18:10
**average** [4] - 17:5, 17:6, 17:8, 17:11
**avoid** [2] - 28:10, 32:7

## C

**calculated** [1] - 27:12
**calculation** [1] - 27:25
**CALIFORNIA** [5] - 1:2, 1:14, 1:23, 4:1, 36:4
**California** [5] - 2:7, 2:10, 2:11, 2:17, 36:8
**call-in** [1] - 15:2
**Cambria** [1] - 4:14
**CAMBRIA** [1] - 2:12
**camera** [2] - 15:17, 15:25

**between** [2] - 22:18, 33:15
**beyond** [3] - 30:20, 31:15, 31:21
**big** [2] - 17:15, 20:13
**bit** [3] - 29:2, 34:11
**Bliss** [17] - 7:7, 17:9, 19:4, 19:6, 19:8, 19:19, 21:15, 21:19, 21:23, 22:25, 23:4, 23:9, 23:11, 23:13, 23:19, 23:22, 24:4
**board** [1] - 18:16
**boarding** [1] - 19:11
**Bochenik** [1] - 4:10
**border** [2] - 7:8, 25:14
**bottom** [1] - 15:2
**Boulevard** [2] - 2:7, 2:16
**Box** [1] - 2:22
**branches** [2] - 30:23, 31:15
**Bridge** [1] - 24:23
**bridge** [1] - 7:17
**BRIDGET** [1] - 2:12
**Bridget** [1] - 4:14
**bring** [2] - 20:5, 20:10
**bringing** [1] - 11:4
**broken** [3] - 8:18, 9:4, 9:5
**brought** [2] - 29:6, 32:2
**bud** [1] - 28:18
**bunking** [1] - 22:10
**bunks** [1] - 22:12
**business** [2] - 12:4, 12:7
**busy** [1] - 21:11
**button** [1] - 15:25
**BY** [5] - 2:4, 2:9, 2:12, 2:15, 2:20

**UNITED STATES DISTRICT COURT**

CANNON [1] - 2:9
cannot [2] - 13:14, 14:21
capabilities [1] - 25:3
capable [2] - 7:15, 8:5
capacity [2] - 9:4, 17:14
card [1] - 18:25
cards [1] - 21:4
care [10] - 7:15, 16:16, 17:10, 18:9, 22:21, 22:25, 23:9, 24:1, 25:12, 28:22
carefully [1] - 25:10
Carlos [1] - 4:7
CARLOS [1] - 2:4
Case [1] - 1:7
case [10] - 19:8, 19:11, 19:16, 19:18, 19:20, 21:25, 22:4, 22:21, 23:18, 29:12
cases [1] - 20:25
causes [1] - 19:10
CBP [13] - 4:25, 6:13, 6:17, 7:4, 8:1, 8:6, 8:19, 8:23, 25:2, 25:11, 26:5, 26:18, 32:15
CCRR [1] - 1:22
census [2] - 23:3, 27:18
CENTER [2] - 2:4, 2:12
Central [1] - 36:8
CENTRAL [1] - 1:2
cents [1] - 31:18
certain [1] - 18:17
certainly [4] - 6:3, 6:8, 14:15, 32:8
CERTIFICATE [1] - 36:1
certify [1] - 36:8
chairs [1] - 22:6
challenge [5] - 7:9, 17:15, 21:1, 25:13
change [4] - 5:15, 7:13, 10:6, 10:17
changed [1] - 19:25
changes [6] - 5:10, 10:16, 10:19, 17:22, 19:7, 21:23
changing [1] - 10:5
check [1] - 9:9
Cherokee [1] - 13:6
Chief [1] - 5:22
child [2] - 9:5, 19:20
children [24] - 17:23, 18:5, 18:8, 18:10,

20:24, 22:5, 23:3, 23:6, 23:11, 23:15, 23:16, 23:20, 24:1, 25:1, 27:13, 27:14, 27:19, 27:20, 27:21, 27:23, 27:24, 30:5, 30:7
chime [1] - 33:8
Civic [1] - 11:24
clarification [1] - 28:3
clarify [1] - 28:9
class [2] - 32:24, 33:24
clear [2] - 23:16, 27:11
clearly [1] - 22:18
click [1] - 16:3
climate [1] - 6:6
clinics [1] - 18:19
close [5] - 18:2, 22:10, 26:8, 32:18, 32:20
closer [1] - 13:20
cloth [1] - 18:3
Code [1] - 36:9
combined [1] - 17:7
comfortable [1] - 22:6
comforting [1] - 22:7
coming [6] - 7:7, 17:8, 20:5, 20:24, 30:19, 31:6
commend [1] - 34:13
comment [2] - 32:22, 33:9
commissioner [1] - 8:4
commissioners [1] - 6:11
commitment [1] - 22:24
committed [1] - 5:11
communication [2] - 21:25, 26:13
communities [1] - 17:24
complain [1] - 8:24
complaints [1] - 22:4
comprehensive [1] - 13:6
computer [2] - 14:2, 15:23
concern [5] - 7:14, 9:7, 23:8, 25:1, 31:10
concerned [1] - 14:20
concerns [8] - 20:9, 23:1, 23:23, 24:20, 24:25, 30:9, 30:12,

31:14
concluded [1] - 35:2
conditions [3] - 22:18, 22:20, 31:11
confer [4] - 28:10, 28:19, 30:2, 30:11
CONFERENCE [1] - 1:12
conference [2] - 28:7, 36:13
conferences [1] - 28:16
conferring [1] - 31:25
conformance [1] - 36:13
consent [1] - 31:12
consistent [2] - 19:15, 33:23
constant [2] - 10:20, 21:1
CONSTANTINE [1] - 2:9
constantly [1] - 6:14
CONSTITUTIONAL [1] - 2:4
Cont [1] - 3:1
contact [1] - 32:25
contacting [1] - 33:1
contending [1] - 29:4
continue [7] - 5:20, 7:20, 11:22, 12:1, 25:4, 25:9, 32:5
continues [2] - 17:25, 24:2
contract [2] - 5:19, 10:23, 12:8
contractor [1] - 13:5
contractors [4] - 11:19, 11:23, 19:11
conversation [4] - 5:22, 6:10, 8:7, 8:9
Coordinator [4] - 3:3, 3:4, 3:4, 4:15
coordinator [2] - 27:7, 34:5
coordinator's [1] - 27:4
coordinators [3] - 4:22, 25:23, 29:7
correct [3] - 12:21, 19:23, 36:10
COUNSEL [1] - 2:1
counsel [1] - 32:25
country [1] - 20:15
COUNTY [1] - 36:3
couple [7] - 5:8, 14:16, 21:13, 24:10, 24:17, 32:16, 33:4

course [2] - 6:18, 9:2
COURT [43] - 1:1, 1:22, 4:18, 7:2, 7:23, 8:13, 9:10, 9:19, 9:23, 10:1, 10:16, 11:11, 12:2, 12:10, 12:16, 12:19, 12:25, 13:17, 13:22, 14:3, 14:8, 14:19, 15:15, 16:7, 18:13, 18:20, 19:2, 19:21, 20:1, 20:14, 21:2, 22:16, 24:12, 25:19, 26:22, 27:1, 27:9, 28:15, 30:18, 32:9, 33:9, 33:23, 34:2
Court [17] - 12:10, 19:24, 26:2, 26:7, 26:20, 31:11, 32:16, 32:21, 33:1, 33:2, 33:6, 33:7, 35:1, 36:7, 36:20
court [2] - 6:12, 14:20
Court's [1] - 32:8
COURTROOM [12] - 4:5, 13:20, 14:1, 14:6, 14:9, 14:23, 15:9, 15:11, 15:16, 15:22, 16:3, 35:1
COVID [9] - 5:13, 7:22, 17:14, 18:4, 18:19, 20:13, 23:24, 25:13
COVID-19 [1] - 17:20
COVID-related [1] - 7:22
CR [1] - 1:7
crew [1] - 13:5
critical [1] - 7:20
cross [1] - 29:9
CRR [1] - 36:20
CSR [2] - 1:22, 36:20
cumulative [1] - 18:5
current [1] - 17:20
custody [6] - 5:12, 7:4, 9:2, 16:13, 18:23, 23:13
cut [1] - 32:13
CV [1] - 4:5

**D**

D.C [1] - 2:23
data [1] - 27:18
database [1] - 8:2
Date [1] - 36:16
date [2] - 16:14, 26:24
days [11] - 5:17,

16:24, 17:7, 17:8, 17:10, 17:11, 26:12, 27:20, 27:21, 27:24
deal [3] - 29:9, 31:8, 32:20
dealing [2] - 21:6, 30:24
dealt [1] - 21:4
Deane [1] - 3:4
decided [1] - 10:6
decision [2] - 10:8, 10:16
declarations [2] - 30:7, 30:8
decreasing [1] - 17:6
decree [1] - 31:12
DEFENDANT [1] - 2:18
defendants [3] - 25:21, 29:6, 31:24
Defendants [1] - 1:9
defense [1] - 4:13
definitely [2] - 11:12, 20:10
Delta [1] - 17:18
Denise [1] - 4:9
DEPARTMENT [1] - 2:19
deployed [1] - 5:19
DEPUTY [12] - 4:5, 13:20, 14:1, 14:6, 14:9, 14:23, 15:9, 15:11, 15:16, 15:22, 16:3, 35:1
DESAI [1] - 2:6
desk [2] - 22:2, 22:6
despite [1] - 31:1
detailed [1] - 22:15
detained [2] - 10:13, 10:14
determine [1] - 17:21
develop [1] - 28:7
developed [1] - 12:17
development [1] - 24:6
DHS [2] - 8:9
dial [1] - 15:11
dialogue [1] - 6:15
dickory [1] - 12:24
different [2] - 5:2, 19:22
digits [1] - 15:6
dinner [1] - 28:24
directly [1] - 5:22
discharge [1] - 17:11
discharged [1] - 16:23
discussed [4] - 9:17, 20:6, 20:9, 32:17

discussion [1] - 19:3
DISTRICT [3] - 1:1, 1:2, 1:3
District [2] - 36:7, 36:8
division [2] - 8:4, 10:13
DIVISION [1] - 1:2
docket [2] - 10:13, 10:14
DOJ [1] - 33:12
DOLLY [1] - 1:3
done [5] - 5:15, 9:7, 13:24, 19:5, 20:18
Donna [3] - 25:5, 25:6, 25:8
dose [3] - 18:6, 18:9, 18:22
double [2] - 5:18, 22:9
doubling [1] - 7:16
Dougherty [4] - 3:4, 9:24, 9:25, 12:19
DOUGHERTY [8] - 9:25, 10:3, 10:19, 11:14, 12:6, 12:13, 12:18, 12:22
dougherty [1] - 12:24
down [3] - 6:9, 7:17, 17:11
DR [2] - 22:17, 24:13
Dr [15] - 3:3, 4:12, 5:5, 5:6, 5:16, 5:17, 5:21, 9:15, 9:17, 21:10, 21:18, 22:16, 31:1
due [2] - 19:11, 34:6
during [5] - 8:16, 16:22, 21:14, 28:21, 33:3

## E

e-mail [1] - 15:1
e-mails [1] - 30:3
early [1] - 19:10
efficient [1] - 29:22
effort [6] - 29:7, 29:17, 29:19, 31:2, 34:15, 34:16
efforts [3] - 25:9, 28:19, 34:10
EIS [3] - 8:14, 17:13, 24:7
EISs [12] - 13:4, 17:5, 17:7, 17:15, 17:21, 17:25, 18:16, 18:19, 19:19, 27:11, 27:15, 30:4

either [4] - 13:20, 25:21, 25:22, 32:25
El [4] - 5:3, 26:5, 26:19, 32:24
electronic [1] - 7:24
emergency [2] - 16:19, 29:25
emphasis [2] - 21:15, 21:19
employed [1] - 17:21
EMTs [2] - 5:19, 7:11
encourage [1] - 5:23
encouraged [1] - 6:14
end [2] - 11:20, 32:18
Endeavors [3] - 10:23, 11:1, 11:25
ends [1] - 12:3
energy [2] - 31:25, 32:6
enforce [2] - 28:4, 28:14
enforcing [1] - 31:16
engaged [1] - 5:25
enhance [1] - 25:3
entire [1] - 31:17
entirely [1] - 22:8
entitled [1] - 36:12
environment [2] - 7:22, 26:10
envisioned [1] - 31:10
Enzulage [1] - 24:23
ERIC [1] - 2:21
estimation [1] - 27:19
et [2] - 1:5, 1:8
exact [1] - 11:18
example [1] - 27:17
executive [1] - 30:23
exist [2] - 25:7, 34:18
expand [1] - 8:7
expects [1] - 12:11
expeditious [1] - 5:11
experienced [1] - 26:24
expertise [1] - 22:24
experts [1] - 30:8
expressed [1] - 28:4
extensive [1] - 23:18
extent [1] - 7:1

## F

FABIAN [4] - 2:20, 9:14, 28:2, 33:10
Fabian [3] - 4:13, 33:7, 33:9

facilities [6] - 11:18, 13:10, 20:20, 25:12, 26:5, 32:3
Facility [1] - 9:12
facility [7] - 10:7, 10:21, 13:5, 13:7, 13:10, 22:25, 25:5
fact [5] - 5:4, 5:23, 7:14, 20:23, 27:23
Fairgrounds [1] - 8:15
faith [1] - 29:17
Falcom [1] - 26:4
fallen [1] - 17:13
familiarizing [1] - 19:14
families [6] - 11:4, 11:13, 24:20, 24:24, 25:1, 25:16
family [3] - 10:7, 10:21, 24:14
far [2] - 7:12, 23:3
far-reduced [1] - 23:3
fast [1] - 9:5
Federal [2] - 36:6, 36:20
federal [2] - 31:3, 34:19
FEDERAL [1] - 1:22
few [2] - 14:16, 26:12
fewer [1] - 16:18
field [2] - 6:15, 7:11
figure [1] - 31:8
file [7] - 21:12, 27:3, 28:4, 28:8, 28:14, 30:13, 31:19
filed [8] - 4:20, 4:23, 10:2, 13:13, 14:18, 34:5, 34:7, 34:8
filing [1] - 19:24, 29:8, 29:20
final [2] - 26:23, 33:5
finalization [1] - 33:13
finalized [2] - 33:14, 33:20
finally [1] - 13:1
fine [2] - 16:3, 28:11
FIRST [1] - 1:23
first [7] - 4:24, 16:10, 18:6, 23:2, 23:5, 25:11, 26:13
FIZZA [1] - 2:20
Fizza [1] - 4:13
FLORES [1] - 1:5
Flores [5] - 4:6, 29:12, 29:14, 30:21, 31:10
fluid [1] - 5:9

flux [3] - 10:3, 10:20, 19:21
focused [1] - 24:21
focusing [2] - 10:14, 32:5
folks [1] - 8:5
follow [1] - 26:19
following [1] - 9:15
FOR [3] - 2:3, 2:4, 2:18
forefront [1] - 17:19
foregoing [1] - 36:10
foreseeable [1] - 24:5
formal [1] - 28:17
format [1] - 36:12
Fort [17] - 7:7, 17:9, 19:4, 19:6, 19:8, 19:19, 21:15, 21:19, 21:23, 22:25, 23:4, 23:9, 23:11, 23:13, 23:18, 23:22, 24:4
forward [5] - 7:10, 10:22, 10:24, 11:15, 11:23
four [1] - 17:7
Francisco [1] - 2:11
Franklin [1] - 2:22
free [1] - 12:21
FRIDAY [2] - 1:13, 4:1
frontline [1] - 25:11
fundamental [2] - 24:2, 25:13
future [1] - 24:5

## G

gargantuan [2] - 31:2, 34:16
Garland [1] - 4:6
GARLAND [1] - 1:8
gazilions [1] - 29:11
GEE [1] - 1:3
general [1] - 33:16
generated [1] - 8:3
given [3] - 7:6, 21:5, 27:18
glad [1] - 14:14
GO [1] - 11:24
government [6] - 12:9, 26:12, 26:16, 31:3, 32:25, 34:19
great [1] - 31:25
greater [1] - 17:10
ground [2] - 5:14, 10:18
grown [1] - 24:14
guaranteed [1] - 12:8

guidance [1] - 32:17
gun [1] - 32:13

## H

hands [3] - 7:4, 32:7, 32:8
handy [1] - 15:1
happy [1] - 26:3
hard [6] - 13:21, 14:9, 17:6, 20:5, 20:10, 30:14
headset [2] - 14:2, 14:3
health [1] - 17:23, 30:18
healthcare [1] - 23:21
healthy [1] - 5:24, 6:24
hear [2] - 13:14, 13:21, 14:7, 14:10, 14:21, 15:4, 15:14, 15:19, 22:13, 26:3, 30:19
heard [2] - 13:3, 30:12
hearing [3] - 19:3, 33:5, 34:3
heartening [1] - 22:5
held [1] - 36:11
help [4] - 22:2, 22:6, 26:18, 28:13
Henry [2] - 3:4, 4:15
hereby [1] - 36:8
heroic [1] - 31:2
HHS [1] - 5:12
hickory [1] - 12:23
high [2] - 20:25, 25:11
higher [1] - 7:7
highest [2] - 24:17
hip [3] - 8:18, 9:4, 9:5
hired [1] - 19:13
history [1] - 24:17
hold [1] - 15:21
HOLGUIN [1] - 2:4
Holguin [1] - 4:8
honestly [1] - 5:25
Honor [18] - 5:1, 9:14, 10:15, 10:20, 12:14, 16:12, 18:12, 20:17, 25:24, 26:21, 26:25, 27:2, 28:2, 29:23, 31:23, 32:11, 33:25, 34:25
HONORABLE [1] - 1:3
hope [1] - 26:25

**hopeful** [3] - 32:5, 32:14, 33:21
**hopefully** [1] - 12:3, 26:23, 34:11
**hoping** [1] - 13:9
**hospital** [1] - 8:18
**hotel** [1] - 11:6
**hotels** [5] - 10:23, 10:25, 11:12, 11:15, 12:4
**HOURIGAN** [4] - 1:22, 36:6, 36:19, 36:20
**hours** [3] - 10:8, 11:3, 11:6
**house** [1] - 29:1
**huge** [2] - 28:21, 29:4
**HUMAN** [2] - 2:4, 2:8

**I**

**ICE** [4] - 5:12, 8:1, 11:18, 12:10
**identified** [3] - 8:17, 8:19, 30:15
**identify** [2] - 9:12, 29:5
**identifying** [1] - 30:16
**imagine** [2] - 5:3, 9:4
**immediately** [1] - 5:15
**impact** [1] - 20:13
**important** [5] - 5:7, 7:11, 22:21, 22:23, 32:3
**impressed** [2] - 13:7, 23:24
**improved** [4] - 7:5, 22:18, 22:22, 24:7
**improvement** [4] - 7:3, 17:11, 13:11, 22:24
**improvements** [2] - 23:2, 23:9
**included** [1] - 27:25
**includes** [3] - 25:15, 27:13, 27:14
**income** [1] - 12:8
**increase** [4] - 13:18, 13:23, 16:12, 25:6
**increased** [5] - 5:3, 16:14, 16:25, 25:6, 25:7
**increases** [1] - 23:10
**indeed** [1] - 11:11
**independent** [1] - 4:11
**indicate** [1] - 18:14

**indicates** [1] - 12:10
**individual** [1] - 9:13
**infections** [1] - 25:14
**influx** [2] - 20:23, 34:14
**information** [3] - 8:4, 9:15, 20:8
**informative** [1] - 13:6
**infrastructure** [1] - 31:5
**initial** [1] - 24:19
**insight** [1] - 20:18
**inspections** [1] - 6:23
**instruction** [2] - 18:21, 18:25
**intake** [2] - 16:19, 29:25
**intend** [3] - 22:14, 26:16, 28:14
**intending** [1] - 28:8
**intensive** [1] - 23:25
**intent** [1] - 28:4
**interim** [1] - 19:5
**INTERNATIONAL** [1] - 2:8
**interpret** [1] - 26:9
**interrupt** [1] - 14:19
**interviews** [1] - 6:23
**invited** [1] - 3:7
**involves** [1] - 31:17
**Irish** [1] - 9:25
**issue** [1] - 23:12
**issues** [13] - 6:20, 7:10, 9:4, 27:7, 28:9, 28:20, 29:8, 29:25, 30:15, 32:1, 32:3, 32:4, 32:6
**Item** [1] - 4:5

**J**

**JENNY** [1] - 1:5
**Jenny** [1] - 4:6
**Jr** [2] - 3:4, 4:16
**JUDGE** [1] - 1:3
**judicial** [1] - 36:13
**July** [1] - 16:20
**jump** [1] - 32:12
**JUSTICE** [2] - 2:12, 2:19
**Juvenile** [4] - 3:3, 3:4, 3:4, 4:15
**juvenile** [6] - 4:22, 25:22, 27:4, 27:7, 29:6, 34:4

**K**

**Kane** [1] - 14:22
**Karns** [3] - 10:6, 10:21, 11:17
**keep** [1] - 6:19
**kids** [1] - 17:9
**kind** [6] - 16:10, 18:21, 28:1, 30:13, 30:17, 30:24
**knowledge** [3] - 8:5, 8:22, 8:25
**knows** [1] - 26:7

**L**

**lack** [2] - 19:15, 21:25
**large** [2] - 21:5, 24:24
**last** [12] - 5:8, 5:24, 6:4, 8:15, 11:25, 13:4, 15:6, 16:24, 19:3, 21:21, 30:10, 34:20
**late** [1] - 17:13
**LAW** [1] - 2:4
**Law** [5] - 2:6, 2:10, 2:13, 2:16, 2:21
**leadership** [6] - 5:25, 6:13, 6:18, 6:24, 10:17, 10:19
**lean** [1] - 7:10
**leaning** [1] - 8:12
**learned** [3] - 5:7, 8:16, 13:9
**least** [3] - 7:15, 8:9, 26:19
**LEECIA** [1] - 2:5
**Leecia** [1] - 4:8
**legislative** [1] - 30:23
**length** [13] - 11:3, 17:5, 17:6, 17:8, 17:10, 19:11, 22:22, 23:14, 24:3, 25:6, 27:10, 27:12, 32:2
**less** [1] - 23:7
**lessons** [1] - 13:9
**letters** [1] - 30:3
**level** [1] - 8:10
**licensed** [6] - 16:19, 20:2, 20:4, 20:5, 20:10, 32:3
**line** [2] - 33:10, 33:17
**listen** [2] - 14:25, 15:4
**literally** [2] - 10:5, 10:7
**litigation** [1] - 32:7
**live** [1] - 16:5

**LLP** [2] - 2:9, 2:15
**local** [1] - 17:24
**locate** [2] - 20:2, 20:15
**long-term** [1] - 11:13
**looking** [3] - 9:16, 20:20, 20:22
**LOS** [4] - 1:14, 1:23, 4:1, 36:3
**Los** [2] - 2:7, 2:17
**lost** [1] - 7:8
**loud** [1] - 14:11
**low** [1] - 14:20
**loyal** [1] - 5:18

**M**

**ma'am** [1] - 9:22
**Maese** [9] - 3:3, 4:14, 13:1, 13:14, 14:1, 14:23, 15:12, 15:17, 21:8
**MAESE** [19] - 13:16, 13:19, 13:24, 14:5, 14:7, 14:11, 15:8, 15:10, 15:14, 15:21, 16:1, 16:6, 16:8, 18:18, 18:24, 19:7, 19:23, 20:4, 20:17
**mail** [1] - 15:1
**mails** [1] - 30:3
**maintains** [1] - 25:11
**major** [1] - 7:13
**majority** [1] - 24:1
**management** [4] - 19:9, 19:16, 22:21, 23:18
**management's** [1] - 21:25
**manager** [2] - 19:19, 19:20
**managers** [1] - 19:12
**manner** [1] - 11:18
**masking** [1] - 17:25
**masks** [2] - 18:3
**MASTER** [1] - 2:15
**matter** [1] - 36:12
**McCaron** [1] - 24:23
**mean** [5] - 11:8, 12:7, 17:15, 28:2, 33:10
**means** [1] - 26:9
**measured** [1] - 32:2
**measures** [1] - 17:21
**medical** [13] - 5:5, 5:14, 7:19, 7:24, 8:23, 8:25, 22:20, 24:19, 24:25, 25:2, 25:3, 25:7, 25:12
**meet** [4] - 28:10,

28:19, 30:2, 30:10
**meeting** [2] - 31:24, 31:25
**members** [1] - 32:24
**mental** [1] - 30:8
**mention** [1] - 27:10
**mentioned** [5] - 6:16, 22:9, 24:13, 24:21, 25:2
**Merrick** [1] - 4:6
**MERRICK** [1] - 1:8
**messy** [1] - 29:1
**met** [3] - 11:20, 34:20
**mic** [1] - 13:21
**Michael** [1] - 4:10
**microphone** [3] - 14:2, 15:18, 15:23
**might** [6] - 5:2, 12:4, 13:3, 13:13, 18:21, 29:1
**minor** [3] - 8:16, 9:11, 18:2
**minors** [14] - 7:4, 7:7, 8:23, 16:13, 16:14, 16:16, 16:18, 16:19, 16:21, 16:23, 17:12, 18:15, 22:3, 22:25
**MIRANDA** [19] - 13:16, 13:19, 13:24, 14:5, 14:7, 14:11, 15:8, 15:10, 15:14, 15:21, 16:1, 16:6, 16:8, 18:18, 18:24, 19:7, 19:23, 20:4, 20:17
**Miranda** [5] - 3:3, 4:14, 13:1, 13:14, 14:1, 14:23, 15:12, 15:17, 21:8
**MIRANDA-MAESE** [19] - 13:16, 13:19, 13:24, 14:5, 14:7, 14:11, 15:8, 15:10, 15:14, 15:21, 16:1, 16:6, 16:8, 18:18, 18:24, 19:7, 19:23, 20:4, 20:17
**Miranda-Maese** [9] - 3:3, 4:14, 13:1, 13:14, 14:1, 14:23, 15:12, 15:17, 21:8
**mitigation** [1] - 17:21
**Moak** [7] - 4:16, 4:24, 7:2, 9:16, 9:20, 24:21, 25:2
**moak** [1] - 3:4
**MOAK** [5] - 5:1, 7:9, 8:3, 8:25, 9:22

moment [2] - 21:19, 22:13
monitor [3] - 4:11, 5:20, 7:20
monitor's [1] - 34:7
monitors [3] - 21:8, 25:23, 32:4
month [4] - 17:12, 21:15, 32:22, 33:3
monthly [1] - 28:16
months [6] - 7:6, 11:25, 21:20, 26:3, 26:14, 30:16
morning [4] - 4:19, 4:21, 5:1, 6:10, 25:24, 27:2
mortality [2] - 7:7, 7:12
most [2] - 5:23, 30:15
motion [7] - 28:4, 28:10, 28:14, 29:21, 30:13, 31:19, 33:16
motions [5] - 28:17, 29:9, 29:10, 29:11
move [4] - 11:15, 11:22, 33:5, 33:21
moved [1] - 9:5
moving [2] - 10:22, 10:24
MR [9] - 5:1, 7:9, 8:3, 8:25, 9:22, 25:24, 26:25, 32:11, 33:25
MS [36] - 9:14, 9:25, 10:3, 10:19, 11:14, 12:6, 12:13, 12:18, 12:22, 13:16, 13:19, 13:24, 14:5, 14:7, 14:11, 15:8, 15:10, 15:14, 15:21, 16:1, 16:6, 16:8, 18:18, 18:24, 19:7, 19:23, 20:4, 20:17, 21:17, 27:2, 27:10, 28:2, 29:23, 31:23, 33:10, 34:25
multiple [1] - 30:2
mute [8] - 9:24, 13:15, 14:24, 14:25, 15:3, 15:17, 15:22, 15:24
muted [1] - 21:16
mutual [1] - 29:17

## N

N95 [1] - 18:1
name [2] - 9:11, 9:25
Nation [1] - 13:6
need [9] - 11:5,

12:25, 13:10, 14:25, 31:14, 31:19, 31:20, 33:12, 33:13
needed [2] - 5:14, 17:22
needs [3] - 23:14, 23:21
negotiating [1] - 26:8
negotiations [1] - 26:4
NEHA [1] - 2:6
new [5] - 10:17, 10:25, 22:12, 26:6, 26:12
newly [1] - 19:13
news [2] - 16:18, 26:23
next [11] - 6:22, 7:19, 9:23, 12:21, 14:14, 21:13, 22:15, 26:16, 34:2, 34:4, 34:11
nilly [1] - 30:14
nip [1] - 28:18
NO [2] - 1:22, 36:20
non [1] - 10:13
non-detained [1] - 10:13
note [6] - 6:3, 8:11, 9:7, 9:14, 28:2
noted [3] - 5:13, 19:24, 25:15
nothing [2] - 10:15, 34:9
notice [4] - 5:4, 6:21, 21:22, 33:17
noticed [1] - 7:13
number [12] - 7:18, 15:2, 15:3, 15:7, 17:12, 20:25, 23:3, 23:11, 24:14, 25:8, 27:13, 27:16
numbers [12] - 5:3, 5:14, 6:2, 6:5, 19:22, 20:2, 21:5, 24:24, 25:6, 27:25, 31:8, 34:12

## O

o'clock [1] - 34:3
object [3] - 28:6, 28:12, 33:1
objections [1] - 33:3
obligated [1] - 33:2
observations [1] - 24:11
observed [1] - 21:14
obviously [6] - 8:8, 9:8, 19:24, 20:12,

28:21, 29:20
Occidental [1] - 2:7
occurring [1] - 19:4
OF [7] - 1:2, 1:12, 2:1, 2:19, 36:1, 36:3, 36:4
office [2] - 6:11, 26:6
OFFICIAL [2] - 1:22, 36:1
Official [2] - 36:6, 36:20
often [1] - 32:8
on-boarding [1] - 19:11
once [3] - 15:2, 20:11, 27:13
one [19] - 5:7, 5:13, 5:23, 6:4, 6:17, 9:16, 10:6, 13:3, 16:1, 18:20, 20:9, 21:13, 22:1, 27:6, 31:6, 32:12, 32:17, 32:22, 33:3
one-month [2] - 32:22, 33:3
ones [1] - 18:17
oOo [1] - 4:3
open [1] - 25:20
operates [1] - 11:19
operations [1] - 24:22
operators [1] - 6:14
opinion [3] - 11:16, 11:21, 32:19
opportunity [1] - 8:14
opposed [1] - 33:1
ORDIN [4] - 2:15, 21:17, 31:23, 34:25
ordin [1] - 14:13
Ordin [6] - 4:11, 20:7, 21:10, 21:16, 21:17
organization [1] - 10:13
organized [2] - 13:7, 28:22
ORR [13] - 7:4, 8:1, 16:13, 16:15, 16:20, 17:5, 17:19, 17:20, 18:22, 19:14, 25:5, 25:9
outside [1] - 20:15
overall [2] - 17:7, 30:6
overseeing [1] - 31:12
overwhelm [1] - 30:25

## P

p.m [1] - 35:2
page [1] - 36:12
pandemic [1] - 12:3
paradigm [1] - 31:7
parents [1] - 32:25
part [3] - 11:16, 28:15, 34:17
particular [2] - 9:13, 4:20
particularly [3] - 24:19, 25:8, 25:15
parties [4] - 4:9, 26:7, 28:19, 31:24
parts [1] - 20:15
party [1] - 28:24
PASCAL [1] - 2:9
Paso [4] - 5:3, 26:5, 26:19, 32:24
past [2] - 21:14, 24:17
patient [1] - 30:15
Paul [2] - 3:3, 4:12
Pekos [1] - 27:18
Pennsylvania [1] - 2:14
people [5] - 27:11, 28:25, 31:6, 34:21
PEOPLES [1] - 2:12
per [2] - 17:1, 17:2
percent [1] - 17:13
perhaps [4] - 21:13, 21:20, 29:22, 32:5
period [4] - 16:22, 32:22, 33:3, 33:17
personal [2] - 8:21, 11:16
perspective [1] - 12:7
PETER [1] - 2:5
Peter [3] - 4:7, 25:24, 32:11
Pfizer [2] - 18:6, 18:9
phenomenal [1] - 11:4
phone [1] - 15:4
piece [1] - 32:15
place [1] - 20:14
places [2] - 20:21, 20:22
Plaintiff [1] - 1:6
PLAINTIFF [1] - 2:3
plaintiffs [8] - 4:7, 25:21, 25:25, 27:3, 28:4, 28:13, 31:24, 32:12
plan [4] - 11:12, 12:16, 21:12, 28:24

plate [1] - 34:22
pleased [3] - 7:23, 26:11, 26:17
plugged [1] - 14:6
pneumonic [1] - 12:25
pods [1] - 17:16
point [1] - 7:1
policy [1] - 19:14
Pomona [7] - 8:15, 8:17, 9:12, 13:4, 14:14, 18:14, 34:20
ports [1] - 6:19
positioned [1] - 24:24
posted [1] - 32:24
potential [1] - 26:8
potentially [1] - 32:23
practically [1] - 29:13
practice [1] - 8:22
practices [1] - 19:15
preliminary [1] - 32:21
prepare [1] - 28:13
prepared [1] - 6:9
present [2] - 24:3, 32:21
PRESENT [1] - 3:3
press [1] - 15:12
pressure [2] - 24:18, 25:7
presume [2] - 19:21, 20:1
pretty [3] - 10:11, 13:17, 13:22
prevent [1] - 29:20
previously [1] - 31:1
primarily [1] - 25:4
prison [1] - 11:19
private [2] - 11:19, 11:23
problem [3] - 11:16, 20:1, 29:1
problems [7] - 19:3, 28:18, 28:23, 29:5, 29:16, 30:5, 30:20
proceed [1] - 4:17
proceedings [3] - 29:16, 35:2, 36:15
process [9] - 11:13, 12:13, 12:14, 20:6, 28:7, 28:10, 28:13, 33:13, 33:24
processes [2] - 25:7, 33:11
processing [3] - 11:5, 24:19, 24:22
productive [1] -

29:18
**professional** [1] - 11:16
**progress** [1] - 26:15
**proposal** [1] - 26:12
**proposals** [1] - 10:22
**protect** [2] - 7:11, 17:22
**protocols** [3] - 23:24, 26:5, 26:18
**proud** [1] - 11:9
**provide** [1] - 26:9
**proximity** [1] - 18:2
**public** [1] - 11:21
**pursuant** [1] - 36:9
**put** [3] - 11:9, 24:18, 25:7

## Q

**quality** [1] - 25:11
**questions** [7] - 6:4, 6:25, 22:3, 24:6, 25:18, 25:21, 27:5
**quickly** [3] - 24:13, 25:9, 33:21
**quite** [4] - 21:3, 27:16, 30:15, 33:19
**quo** [1] - 10:11

## R

**raise** [1] - 29:16
**raised** [1] - 27:7
**raises** [1] - 24:6
**raising** [1] - 9:7
**rapidly** [1] - 25:3
**rate** [2] - 7:7, 16:25
**rates** [1] - 7:13
**ratio** [1] - 19:20
**ratios** [2] - 19:19, 19:21
**reaching** [1] - 26:4
**Reading** [1] - 2:14
**ready** [1] - 4:17
**real** [1] - 26:13
**really** [6] - 6:7, 7:19, 11:9, 14:8, 30:14, 34:21
**Realtime** [1] - 36:6
**reason** [2] - 27:16, 28:15
**reasonable** [1] - 33:24
**reassignments** [1] - 19:16
**receive** [3] - 16:20, 18:6, 18:21
**received** [4] - 18:8, 18:20, 26:12, 33:2

**recent** [1] - 33:10
**recently** [3] - 23:6, 27:18, 30:10
**recognize** [1] - 22:23
**recognizes** [1] - 23:17
**reconfiguration** [1] - 17:16
**record** [1] - 7:24
**reduced** [1] - 23:3
**reduction** [1] - 6:5
**reductions** [1] - 22:21
**referral** [1] - 16:24
**referrals** [3] - 16:21, 17:1, 17:2
**reflects** [1] - 22:24
**regard** [6] - 17:14, 18:8, 19:8, 25:22, 34:12
**regarding** [2] - 24:11, 27:6
**regards** [1] - 26:4
**regulations** [1] - 36:13
**related** [2] - 7:22, 23:13
**released** [3] - 18:22, 18:25, 27:14
**remain** [4] - 16:4, 23:1, 23:23, 27:14
**remains** [2] - 23:8, 25:1
**remands** [1] - 19:17
**remember** [2] - 12:20, 15:22
**reminder** [1] - 16:4
**removed** [1] - 22:8
**renew** [1] - 10:23
**reorganizing** [1] - 10:12
**report** [25] - 5:2, 5:21, 7:1, 9:20, 10:1, 10:2, 10:4, 10:15, 13:2, 13:13, 14:18, 16:14, 16:16, 19:18, 21:9, 21:12, 22:9, 22:15, 26:11, 26:20, 27:4, 27:5, 34:7, 34:12
**reported** [2] - 5:16, 36:11
**reporter** [3] - 13:21, 14:9, 14:20
**Reporter** [2] - 36:7, 36:20
**REPORTER** [2] - 1:22, 36:1
**REPORTER'S** [1] - 1:12

**reports** [4] - 4:20, 4:23, 25:22, 34:5
**request** [1] - 10:22
**requiring** [1] - 23:17
**resolution** [1] - 26:23
**resolutions** [1] - 19:17
**resolve** [4] - 29:7, 29:17, 29:24, 32:15
**resolved** [1] - 19:17
**respirators** [1] - 18:1
**respond** [4] - 7:21, 21:24, 22:3, 26:16
**responder** [1] - 25:12
**responding** [1] - 6:14
**response** [2] - 24:4, 27:4
**responses** [2] - 34:6, 34:8
**responsibility** [1] - 8:8
**responsible** [1] - 22:25
**responsive** [1] - 5:8
**rest** [1] - 34:11
**resulting** [1] - 22:21
**resume** [1] - 11:9
**returned** [1] - 24:9
**reversed** [1] - 10:8
**reviewing** [1] - 17:20
**reviews** [1] - 6:19
**RFP** [2] - 10:22, 11:23
**RGV** [14] - 5:3, 5:19, 5:22, 6:22, 7:17, 7:25, 21:11, 24:10, 24:11, 24:21, 25:15, 26:5, 26:19, 32:24
**Richard** [1] - 13:4
**RIGHTS** [2] - 2:4, 2:8
**risen** [1] - 25:14
**road** [1] - 26:23
**ROOM** [1] - 1:23
**room** [1] - 17:17
**RPR** [1] - 36:20
**run** [1] - 33:6
**RVG** [1] - 5:6

## S

**safe** [2] - 22:11, 26:9
**safety** [1] - 17:23
**San** [1] - 2:11
**sanitary** [1] - 26:9
**Sarah** [4] - 4:13, 32:13, 34:1
**SARAH** [2] - 2:9,

2:20
**saw** [2] - 22:1, 24:8
**schedules** [1] - 21:11
**scheduling** [1] - 33:20
**Schey** [3] - 4:7, 26:22, 32:11
**SCHEY** [4] - 2:5, 26:25, 32:11, 33:25
**scope** [1] - 33:16
**screen** [1] - 14:24, 15:3
**screening** [2] - 8:23, 9:1
**second** [8] - 15:21, 16:2, 18:7, 18:8, 18:9, 18:22, 23:12, 23:20
**Section** [1] - 36:9
**Sector** [3] - 5:22, 21:11, 26:5
**sector** [4] - 6:18, 7:25, 20:16, 24:16
**Sectors** [2] - 26:19, 32:24
**sectors** [1] - 7:12
**see** [15] - 4:23, 6:5, 7:23, 14:3, 15:19, 16:16, 21:2, 21:9, 22:5, 22:7, 25:17, 28:16, 29:17, 33:7, 34:23
**seeing** [2] - 7:7, 29:25
**seek** [1] - 32:21
**seem** [1] - 32:19
**sending** [1] - 6:22
**senior** [1] - 6:18
**sent** [7] - 8:17, 8:18, 8:20, 15:1, 25:4, 26:16, 30:3
**September** [4] - 34:3, 34:5, 34:6, 34:24
**sergeant** [1] - 12:22
**services** [2] - 22:20, 25:11
**session** [1] - 30:11
**sessions** [1] - 30:2
**set** [3] - 22:2, 31:5, 34:2
**setting** [1] - 11:7
**settlement** [7] - 26:8, 28:6, 31:16, 32:23, 33:5, 33:11, 33:17
**settlements** [2] - 26:4, 33:24
**seven** [5] - 11:25, 16:24, 17:8, 26:3, 26:14

**several** [1] - 22:15
**SGV** [1] - 20:16
**shape** [1] - 19:20
**share** [2] - 7:14, 31:10
**shared** [1] - 30:9
**shelters** [7] - 18:1, 18:17, 20:3, 20:4, 20:6, 20:10, 20:15
**SHERIDAN** [1] - 2:15
**SHEY** [1] - 25:24
**Shey** [1] - 25:25
**shift** [1] - 31:7
**short** [1] - 9:3
**shorter** [1] - 26:24
**shot** [1] - 18:20
**show** [1] - 28:25
**side** [1] - 29:16
**significant** [2] - 23:10, 24:18
**significantly** [2] - 24:15, 25:14
**single** [2] - 10:7, 22:12
**site** [3] - 8:15, 24:22
**sites** [4] - 7:12, 7:16, 16:19, 30:1
**sitting** [1] - 22:5
**situation** [4] - 5:9, 8:22, 25:10, 26:17
**six** [2] - 22:7, 26:3
**size** [1] - 5:18
**sketch** [1] - 21:14
**sleep** [1] - 22:20
**slow** [1] - 6:9
**soft** [3] - 13:17, 13:18, 13:22
**solidify** [1] - 26:18
**solutions** [1] - 11:13
**sometimes** [1] - 6:21
**somewhat** [1] - 13:18
**soon** [2] - 9:18, 23:17
**sophisticated** [1] - 22:14
**sorry** [1] - 16:8
**sort** [2] - 19:5, 31:18
**sound** [1] - 14:20
**sounds** [3] - 33:10, 33:17, 33:23
**source** [1] - 5:18
**South** [1] - 2:7
**speaker** [3] - 15:18, 15:23, 15:24
**SPECIAL** [1] - 2:15
**special** [2] - 23:20, 23:21
**specific** [3] - 23:14,

27:5, 30:5
**specifically** [1] - 19:8
**specifics** [1] - 20:21
**speed** [1] - 19:6
**spend** [1] - 29:18
**spent** [3] - 26:7, 29:8, 29:9
**sponsor** [1] - 11:6
**sponsors** [1] - 17:24
**staff** [6] - 6:22, 7:18, 17:23, 18:1, 19:13, 22:2
**staffing** [1] - 20:12
**stage** [1] - 29:15
**Star** [1] - 15:12
**start** [4] - 4:22, 4:24, 9:1, 33:20
**started** [1] - 7:24
**state** [4] - 10:3, 10:20, 23:22, 24:7
**STATE** [1] - 36:4
**STATES** [1] - 1:1
**States** [3] - 36:7, 36:9, 36:14
**Station** [1] - 2:22
**status** [2] - 10:11, 28:16
**STATUS** [1] - 1:12
**stay** [14] - 7:21, 11:3, 17:5, 17:6, 17:8, 19:11, 22:22, 23:13, 23:14, 24:3, 25:6, 27:11, 27:12, 32:2
**steady** [1] - 12:8
**STEINHART** [1] - 2:21
**stenographically** [1] - 36:11
**stepped** [1] - 34:22
**steps** [1] - 33:15
**still** [12] - 5:11, 10:21, 10:24, 12:13, 13:17, 13:22, 14:20, 19:11, 20:1, 22:13, 25:13, 30:16
**stood** [1] - 21:23
**stop** [2] - 25:17, 31:20
**strategy** [1] - 20:14
**stream** [1] - 12:8
**STREET** [1] - 1:23
**Street** [2] - 2:10, 2:13
**structure** [1] - 31:17
**structures** [1] - 31:4
**STRUMWASSER** [1] - 2:15
**subject** [2] - 6:25, 32:22
**submitted** [2] - 30:7,

30:8
**subsequent** [1] - 18:7
**subsequently** [1] - 18:22
**substantive** [1] - 26:13
**successful** [2] - 11:2, 11:25
**sudden** [1] - 10:16
**sufficient** [1] - 20:2
**Suite** [2] - 2:10, 2:16
**summary** [3] - 4:22, 22:18, 32:23
**summer** [2] - 6:6, 7:6
**supervision** [2] - 24:19, 24:25
**supplant** [1] - 10:23
**support** [3] - 5:14, 7:16, 7:19
**surge** [4] - 28:21, 29:4, 30:24, 31:4
**surgical** [1] - 18:2
**sustainable** [1] - 23:10
**sustained** [1] - 23:10
**sympathy** [1] - 29:3
**system** [5] - 7:24, 21:24, 30:6, 30:25, 31:18
**systems** [1] - 31:4

### T

**tactical** [1] - 24:22
**Taratino** [2] - 9:15, 9:16
**Tartino** [3] - 5:5, 5:16, 5:17
**technology** [1] - 8:4
**telephone** [4] - 15:5, 15:7, 15:20, 16:4
**ten** [2] - 17:7, 27:21
**tens** [1] - 31:5
**tents** [2] - 17:16, 22:1
**term** [1] - 11:13
**terms** [3] - 7:7, 11:23, 21:22
**TERRI** [4] - 1:22, 36:6, 36:19, 36:20
**testing** [3] - 15:13, 23:25
**Texas** [1] - 11:1
**THE** [56] - 2:3, 2:12, 2:18, 4:5, 4:18, 7:2, 7:23, 8:13, 9:10, 9:19, 9:23, 10:1, 10:16, 11:11, 12:2, 12:10, 12:16, 12:19, 12:25,

13:17, 13:20, 13:22, 14:1, 14:3, 14:6, 14:8, 14:9, 14:19, 14:23, 15:9, 15:11, 15:15, 15:16, 15:22, 16:3, 16:7, 18:13, 18:20, 19:2, 19:21, 20:1, 20:14, 21:2, 22:16, 24:12, 25:19, 26:22, 27:1, 27:9, 28:15, 30:18, 32:9, 33:9, 33:23, 34:2, 35:1
**themselves** [2] - 7:15, 19:14
**thereafter** [1] - 23:17
**thirdly** [1] - 19:15
**thoughts** [2] - 33:7, 33:8
**thousands** [1] - 31:5
**three** [3] - 5:24, 15:6, 28:25
**throughout** [2] - 8:1, 31:3
**thumbnail** [1] - 21:14
**Tiana** [1] - 11:1
**Title** [1] - 36:9
**today** [1] - 27:7
**together** [2] - 5:6, 22:10
**took** [1] - 19:14
**top** [2] - 5:9, 24:22
**topic** [1] - 28:5
**total** [1] - 18:5
**tour** [2] - 8:16, 13:7
**training** [1] - 12:23
**TRANSCRIPT** [1] - 1:12
**transcript** [2] - 36:10, 36:12
**transfer** [2] - 5:12, 25:9
**transferred** [1] - 25:5
**transferring** [1] - 9:3
**trips** [1] - 22:19
**true** [1] - 36:10
**try** [7] - 20:14, 28:10, 28:17, 29:7, 29:24, 31:3
**trying** [7] - 20:2, 21:5, 25:3, 29:3, 29:9, 30:14, 34:14
**turn** [5] - 9:23, 15:17, 15:24, 21:8, 21:18
**turnaround** [1] - 7:3
**two** [9] - 5:17, 6:22, 10:25, 21:20, 22:19, 26:8, 31:18, 32:1, 32:3
**types** [1] - 31:8

### U

**U.S** [1] - 1:3
**UC** [1] - 24:16
**UCs** [3] - 24:14, 25:4, 25:15
**under** [4] - 8:8, 8:9, 24:1, 24:22
**underestimate** [1] - 34:15
**underway** [1] - 33:13
**UNITED** [1] - 1:1
**United** [3] - 36:7, 36:9, 36:14
**universal** [1] - 17:25
**up** [6] - 6:11, 14:10, 14:11, 19:6, 20:5, 20:6, 20:10, 22:2, 25:20, 27:17, 28:1, 28:25, 31:5, 32:2, 34:22
**update** [6] - 9:21, 10:2, 12:11, 13:12, 17:3, 30:18
**updates** [3] - 4:23, 14:16, 18:12
**USA** [1] - 2:8
**usual** [1] - 33:23

### V

**vaccinating** [1] - 18:15
**vaccination** [1] - 23:25
**vaccine** [4] - 18:4, 18:6, 18:8, 18:10
**vaccines** [1] - 12:11
**variant** [1] - 17:18
**various** [5] - 4:20, 21:22, 22:3, 31:2, 34:18
**vast** [1] - 24:1
**vein** [1] - 12:1
**versus** [2] - 4:6, 17:2
**via** [1] - 15:4, 15:19
**view** [1] - 29:21
**views** [1] - 29:13
**visit** [5] - 8:14, 9:15, 13:3, 14:14, 14:15
**visited** [1] - 30:4
**Vivian** [1] - 11:17
**volume** [2] - 13:18, 13:23
**volunteered** [1] - 34:21
**volunteers** [2] - 31:3, 34:17
**vs** [1] - 1:7

### W

**wait** [1] - 15:5
**waiting** [1] - 22:6
**Walnut** [1] - 2:13
**wants** [2] - 32:13, 33:8
**Washington** [1] - 2:23
**WATCH** [1] - 2:8
**watching** [1] - 25:10
**wear** [1] - 18:2
**wearing** [1] - 18:1
**week** [13] - 5:4, 5:13, 6:22, 7:19, 8:15, 13:4, 14:14, 17:2, 21:21, 24:3, 26:17, 30:10, 34:20
**weeks** [4] - 21:13, 22:7, 22:15, 24:17
**Welch** [1] - 4:8
**WELCH** [4] - 2:5, 27:2, 27:10, 29:23
**well-organized** [2] - 13:7, 28:22
**well-working** [1] - 22:2
**WEST** [1] - 1:23
**WESTERN** [1] - 1:2
**whereas** [1] - 16:16
**willy** [1] - 30:14
**Wilshire** [1] - 2:16
**WISE** [2] - 22:17, 24:13
**Wise** [11] - 3:3, 4:12, 5:5, 5:6, 5:16, 5:21, 9:17, 21:10, 21:18, 22:16, 31:1
**wish** [1] - 29:21
**WOOCHER** [1] - 2:15
**works** [1] - 14:4

### Y

**years** [6] - 5:8, 5:24, 6:18, 26:8, 32:16, 33:4
**yesterday** [4] - 16:12, 16:15, 20:7, 24:9
**young** [1] - 27:11

### Z

**Zapata** [2] - 13:5, 14:15
**ZOOM** [1] - 1:12
**Zoom** [6] - 15:5, 15:17, 15:18, 15:23, 15:24, 16:4