1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Merrick Garland, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG (AGRx) <br><br> Order continuing hearing on Motion to Enforce Settlement re Emergency Intake Sites (Doc. #1161) [1165] |

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that the hearing on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites [Doc. #1161] is continued from September 10, 2021 to **October 1, 2021 at 8:30 a.m.**

Defendants shall file their opposition by September 3, 2021. Plaintiffs shall file their reply by September 17, 2021.

DATED: August 20, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

- 1 -