UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

AUG 31 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>　　　　Plaintiff-Appellee,<br><br>　v.<br><br>MERRICK B. GARLAND, Attorney General; CHAD F. WOLF; U.S. DEPARTMENT OF HOMELAND SECURITY; U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; U.S. CUSTOMS AND BORDER PROTECTION,<br><br>　　　　Defendants-Appellants. | No.　20-55658<br>　　　20-55753<br>　　　20-55888<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California,<br>Los Angeles<br><br>ORDER |

Before: W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

Defendants-Appellants' unopposed motion to voluntarily dismiss these appeals is GRANTED. Fed. R. App. P. 42(b). The parties shall bear their own fees and costs on appeal.

This order shall constitute the mandate of this court.