CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

NATIONAL CENTER FOR YOUTH LAW
Leecia Welch (Cal. Bar No. 208741)
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: lwelch@youthlaw.org

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>    Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General the United States, *et al.*,<br><br>    Defendants. | No. CV 85-4544-DMG-AGRx<br><br>[PROPOSED] ORDER CONTINUING HEARING ON MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES (DOC. # 1161) |

1   Based on the parties' stipulation, and good cause appearing,

2   IT IS ORDERED that the hearing on Plaintiffs' Motion to Enforce

3   Settlement re Emergency Intake Sites [Doc. # 1161] is continued from October 1,

4   2021, to **October 29, 2021, at 8:30 a.m**.

5   Defendants shall file their opposition by October 1, 2021.  Plaintiffs shall

6   file their reply by October 15, 2021.

7

8   Dated:                    , 2021.

9                                                                        _____
                                                                         DOLLY M. GEE
10                                                                       UNITED STATES DISTRICT JUDGE

11

12
    Presented by:
13
     /s/ Carlos Holguín
14   _____
    Carlos Holguín
15  *One of the Attorneys for Plaintiffs*

16

17

18

19

20

21

22

23

24

25

26

27

28