|  |  |
|---|---|
| 1 |  |
| 2 |  |
| 3 |  |
| 4 |  |
| 5 |  |
| 6 |  |
| 7 |  |

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, | No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | Order Continuing Hearing on Motion to Enforce Settlement re Emergency Intake Sites (Doc. # 1161) [1170] |
| Merrick Garland, Attorney General the United States, *et al.*, | |
| Defendants. | |

Based on the parties' stipulation, and good cause appearing,

IT IS ORDERED that the hearing on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites [Doc. # 1161] is continued from October 1, 2021, to **October 29, 2021 at 8:30 a.m**.

Defendants shall file their opposition by October 1, 2021. Plaintiffs shall file their reply by October 15, 2021.

DATED: September 2, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE