BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
District Court Section
Office of Immigration Litigation
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    Tel:  (202) 532-4824
    Fax: (202) 305-7000
    Email: Sarah.B.Fabian@usdoj.gov

Attorneys for Defendants

**UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, | Case No. CV 85-4544 |
| Plaintiffs, | **DEFENDANTS' APPLICATION FOR LEAVE TO FILE UNDER SEAL PORTIONS OF JUVENILE COORDINATOR REPORTS** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States; *et al.*, | Hearing Date: <u>Not Set</u> |
| Defendants. | Time: |
| | Dept: |

Defendants submit this Application seeking leave from the Court to file under seal portions of the Reports from the Juvenile Coordinators from U.S. Immigration and Customs Enforcement ("ICE") and the U.S. Department of Health and Human Services ("HHS"), filed concurrently herewith, pursuant to Federal Rule of Civil Procedure 5.2(d) and Local Rule 79-5. As required by Local Rule 79-5.2.2(a), Defendants submit concurrently with this application the declaration of Sarah B. Fabian, a proposed order, and unredacted copies of the Reports. On September 3, 2021, counsel for Defendants contacted counsel for Plaintiffs, Peter Schey and Carlos Holguín, by email regarding Defendants' proposed filing. On that same day, Mr. Carlos Holguín responded via email stating Plaintiffs had no objection.

The materials that Defendants seek to seal are:

- Juvenile Coordinator Report of Deane Dougherty (portions) and Exhibit A to the Juvenile Coordinator Report of Deane Dougherty (portions)

- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

Defendants seek to seal the ICE Juvenile Coordinator Report and Attachment A because those documents contain personally identifiable information regarding class members in ICE custody, and contain the names and locations of hotels where minors are held with their families. Defendants seek to seal portions of the ORR Juvenile Coordinator Report because it contains the names and identifying information for ORR care providers, and that information could potentially be used to identify individuals who have tested positive for COVID-19, in violation of their individual privacy rights. Given the potentially sensitive nature of the information in these records, there is compelling reason to file them under seal in order to protect the safety and privacy of the individuals identified in these records and to avoid stigma or embarrassment to those individuals.

# ARGUMENT

"[T]he courts of this country recognize a general right to inspect and copy public records and documents, including judicial records and documents." *Nixon v. Warner Communications, Inc.*, 435 U.S. 589, 597 & n.7 (1978); *see also Foltz v. State Farm Mutual Auto Insurance Comp.*, 331 F.3d 1124, 1134 (9th Cir.2003). Accordingly, the default rule is that "[a] party seeking to seal a judicial record . . . bears the burden of overcoming this strong presumption [in favor of access to court records] by meeting the 'compelling reasons' standard." *Kamakana v. City & Cty. Of Honolulu*, 447 F.3d 1172, 1176 (9th Cir. 2006). Compelling reasons support sealing these portions of Defendants' reports because they contain personal information regarding class members, information that if made public might compromise the safety of minors in custody, and/or information that might lead the public to identify individuals who have tested positive for COVID-19 in ORR facilities. Courts have recognized individuals' interest in the protection of such information. *See Doe v. Beard*, 63 F. Supp. 3d 1159, 1166 n.4 (C.D. Cal. 2014) (collecting cases). Therefore, there is compelling reason to seal these materials to protect the privacy interests and safety of class members and government personnel.

///

///

///

DATED:     September 3, 2021          Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah B. Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: Sarah.B.Fabian@usdoj.gov

*Attorneys for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on September 3, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system. Documents associated with this filing that are proposed to be filed under seal will further be served on Plaintiffs' counsel of record by other means.

/s/ *Sarah B. Fabian*
SARAH B. FABIAN
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants