

Case 2:85-cv-04544-DMG-AGR   Document 1177   Filed 09/10/21   Page 1 of 7   Page ID #:44885

CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
         crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| JENNY LISETTE FLORES., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
|---|---|
| Plaintiffs, | PLAINTIFFS' RESPONSE TO ICE AND CBP JUVENILE COORDINATORS' REPORTS |
| v. | [Doc. ## 1172-1, 1174] |
| MERRICK B. GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | [HON. DOLLY M. GEE] |

/ / /


PLAINTIFFS RESPONSE TO JUV COORDINATOR REPORTS
CV 85-4544-DMG-AGRx

*Attorneys for Plaintiffs continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

/ / /

## 1. ICE JUVENILE COORDINATOR'S REPORT

The Immigration and Customs Enforcement (ICE) Juvenile Coordinator September 2021 Report (Doc. #1174) ("ICE Report") states in part that as of February 26, 2021, all families had been released from Berks and there have been no families housed there since. ICE Report at 1-2. Plaintiffs welcome this development and the fact that Berks has not been recommissioned for family detention.

The South Texas Family Staging Center and Karnes County Family Staging Center are being used as "short-term" residential/staging centers for family units, with the goal of "releasing families within 72 hours." *Id.* at 2. Plaintiffs welcome this development and in particular ICE's goal of releasing family units within 72 hours.

ICE also reports that it has secured the use of hotels to temporarily house and process family units "for release." *Id*. at 2.

Plaintiffs remain concerned with the use of hotels unless Class Members detained in such facilities are promptly released. Plaintiffs will soon conduct monitoring and Class Member interviews at several hotels to assess whether conditions and length of detention are in compliance with the Settlement and prior Court Orders.

ICE reports that as of August 26, 2021, there were 254 Class Members at the ICE FSCs, 307 in hotels, and one in secure juvenile detention, for a total of 562 Class Members in ICE custody. *Id*. Overall, these numbers are far less than the numbers of Class Members previously detained by ICE. Plaintiffs welcome the fact that it appears that the speed with which Class Members and their accompanying parent(s) or legal guardian(s) are being processed and released from ICE custody has increased significantly.

One Class Member has been detained in a secure facility for 147 days and Plaintiffs plan to investigate this case to determine whether the minor's lengthy detention or conditions of detention are in compliance with the terms of the

Settlement.

ICE reports that its ERO has taken the numerous actions to increase support of U.S. Customs and Border Protection (CBP) at the Southwest border. ICE Report at 6. ERO has developed a "Family Unit Process Plan" that embeds ERO officers with Border Patrol agents during the intake and screening process of family units, administrative processing, and release and/or transportation. *Id*. In support of this effort, ERO is reportedly taking on additional responsibilities that traditionally have belonged to CBP to "speed up processing times" and "assist with increased transportation." *Id*. Paragraph 29 of the Settlement provides in part that on a semi-annual basis Defendants "shall provide to Plaintiffs' counsel ... each ... policy or instruction issued to [Defendants'] employees regarding the implementation of this Agreement." No such policies or instructions have been shared with Class Counsel.

The Court may Order that policies and instructions issued in the previous six months be provided to Class Counsel, or the parties may meet and confer on this matter and resolve it without the need for a Court Order.

ICE reports that its embedding of agents with CBP will allow ERO officers to see intake information as Border Patrol is entering it during processing, enabling ERO officers to screen family units for appropriate custody determinations during intake. *Id*. ERO intake embeds at the border will provide court dates and immigration court locations to Border Patrol agents in order to allow the agent to timely and accurately issue Notices to Appear to family units. Plaintiffs have previously recommended that ICE agents be embedded at CBP facilities to speed up the processing and release of Class Members and welcome these developments.

ICE reports that the FSCs and hotels that house Class Members continue to follow the COVID-19 mitigation practices set forth in the ERO PRR for social distancing, shift staggering, sick leave policies, vaccination access, and other measures to ensure continuity of operations. At present Plaintiffs have no further

recommendations with regards measures to prevent and slow the spread of COVID-19 within ICE facilities

Finally, ICE reports that between July 13, 2021, and August 23, 2021, it did not house any Class Members pending expulsion under Title 42 processes at an ICE facility or hotel. *Id*. at 9.

### 2.     CBP JUVENILE COORDINATOR'S REPORT

The CBP Juvenile Coordinator's September 2021 Report ("CBP Report") (Doc. # 1172-1) indicates that in August the number of Class Members detained by CBP continued to increase across the SWB. *Id*. at 1.

The Report indicates that as of August 10, 2021, UACs in custody along the SWB had been detained for an average of 52 hours and accompanied Class Members an average of 69 hours. As of August 10, 2021, UACs in custody in the RGV Sector had been detained for an average of 41 hours and accompanied Class Members an average of 48 hours.

CBP reports that it conducts health intake interviews, including COVID-19 considerations and temperature checks, on individuals in custody upon entry into CBP facilities.  If Class Members entering CBP custody display COVID-19 symptoms or are suspected of having COVID-19, CBP reports that they are taken from the CBP facility to a local health care facility for medical care, COVID-19 testing (if appropriate), and treatment. *Id*. at 4.

As noted above, with ICE embedding agents at CBP facilities, Plaintiffs are hopeful that the length of detention of Class Members will decrease.

While Class Counsel remain concerned with the length of detention of Class Members at CBP facilities and the conditions of detention, Plaintiffs can report that efforts to arrive at a settlement of Plaintiffs' request for a temporary restraining order and preliminary injunction (ECF No. 572) seeking to enforce compliance with the Settlement addressing conditions and processing of class members at CBP facilities in the Rio Grande Valley and El Paso Border Patrol Sectors have resumed and in Class Counsel's opinion have made substantial

progress. If finalized and approved by the Court, the agreement will for the first time set detailed standards, protocols, and independent medical monitoring at CBP facilities in the Rio Grande Valley and El Paso Border Patrol Sectors all aimed at enhancing the safety and well-being of Class Members in CBP custody and ensuring CBP compliance with the *Flores* Settlement and the Court's prior Orders.

Dated: September 10, 2021                    Respectfully submitted,

*/s/Peter Schey*
*Class Counsel for Plaintiffs*

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey
Carlos Holguín

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum
*Counsel for Plaintiffs*

CERTIFICATE OF SERVICE

I hereby certify that on September 10, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

*/s/Peter Schey*
*Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey