UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date  September 17, 2021 |

Title  ***Jenny L. Flores, et al. v. Merrick Garland, et al.***

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| Kane Tien | Katie Thibodeaux |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey | Fizza Batool, USDOJ |
| Carlos R. Holguin | |
| Leecia Welch | |
| Neha Desai | |

**Proceedings:  STATUS CONFERENCE**

The case is called and counsel state their appearance. Also present are Andrea Sheridan Ordin, Special Master/Independent Monitor; Dr. Paul Wise, Special Expert; ORR Juvenile Coordinator Aurora Miranda-Maese; ICE Juvenile Coordinator Deane Dougherty; CBP Juvenile Coordinator Henry A. Moak, Jr.; and Bridget Cambria and Denise Bell for Amici.  The hearing is held by videoconference. The Court and counsel confer.

A further Zoom status conference is set on **November 12, 2021 at 8:00 a.m**. A further written order will issue regarding additional details and deadlines.

:29

| | | |
|---|---|---|
| CV-90 | **CIVIL MINUTES - GENERAL** | Initials of Deputy Clerk KT |