PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional
Law 256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone:   (213) 388-8693

Email:       crholguin@centerforhumanrights.org
             pschey@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al*., | Case No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | EXHIBIT 4: LEECIA WELCH DECLARATION IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES |
| v. | |
| WILLIAM BARR, Attorney General, *et al*., | Hearing: December 10, 2021 |
| Defendants. | Time: 9:30 AM |
| | Judge: Hon. Dolly Gee |

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu


LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500


NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland,  CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org


CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

/ / /

MOTION FOR ATTORNEY'S FEES AND COSTS
CV 85-4544-DMG(AGRx)

**DECLARATION OF LEECIA WELCH IN SUPPORT OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES**

I, Leecia Welch, declare as follows:

1.      I am an attorney, duly licensed to practice law in the states of California, Washington, and Illinois.  I am currently a Lead Counsel at Children's Rights.  At the time of the litigation at issue in this Motion for Award of Attorneys' Fees, I was the Senior Director of Child Welfare and Legal Advocacy at the National Center for Youth Law (NCYL).  I submit this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees.  The facts set forth in this declaration are based upon my personal knowledge, and if called to do so, I would competently testify under oath regarding the same.

**Qualifications of NCYL Attorneys**

2.      NCYL is a privately-funded, non-profit organization founded in 1970 to advocate for low-income children and adolescents.  NCYL regularly represents plaintiffs in complex class action lawsuits designed to protect the rights of youth and improve child-serving systems.  NCYL attorneys have significant experience in cases involving child welfare, juvenile justice, adolescent health, immigration, and children's mental health needs.  They are among the most experienced, knowledgeable, and respect children's lawyers in the country.

3.      One of NCYL's primary substantive areas of expertise is advocating for children in child welfare systems.  NCYL has worked to reform child-serving systems through litigation in various states, including California, Washington, Missouri, Kansas, and Utah.  For example, in *David C. v. Leavitt*, No. 93-C-206W (D. Utah), NCYL successfully represented a class of foster children and children reported to be abused or neglected.  The *David C.* lawsuit resulted in significant improvements to Utah's child welfare system.  NCYL attorneys have also spearheaded reform of child

welfare systems in Arkansas (*Angela R. v. Clinton*, 91-cv-415 (E.D. Ark.)) and Maryland (*L.J. v. Massinga*, No. 84-cv-4409 (D. Md.)).

4.     NCYL attorneys also have extensive experience at the intersection of child welfare and immigration.  NCYL was one of the original organizations to file the *Flores* case and has devoted tens of thousands of hours to the case since it was filed in 1985.  I have personally been involved in litigating on behalf of detained immigrant children in *Flores* and other related litigation for the past four years.  This work has included numerous site visits to interview *Flores* class members as well as litigating motions to enforce the Settlement Agreement when necessary.  In addition to its work on *Flores*, NCYL represents five classes of detained immigrant children in the federal custody of the Office of Refugee Resettlement in *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.) and a putative class of immigrant children whose release from government custody has been delayed due to unlawful fingerprinting policies and practices in *Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.).  The team at NCYL who worked on *Flores* during the relevant time period for this Motion for Award of Attorneys' Fees includes:  Neha Desai, Poonam Juneja, Freya Pitts, Melissa Adamson, Diane de Gramont, Kira Setren, and me.  Attached hereto as Exhibit A to my declaration are true and correct copies of our resumés.

5.     I was an attorney at the National Center for Youth Law from 2004 until September 13, 2021.  I have dedicated my career to representing children and youth in cases focused on enforcing their statutory and constitutional rights.  I have been lead or co-counsel in multiple federal court class action lawsuits and other individual cases on behalf of children in need.

6.     I attended Loyola University Chicago School of Law, where I was selected to be in the first cohort of fellows of the newly founded Civitas ChildLaw Fellowship program.  The Civitas ChildLaw Program was the first law school program in the country to integrate a traditional J.D. curriculum with a specialized three-year course of study in children's law.  The fellowship program included a scholarship, internship

funding and support, extensive coursework focusing on children's law, a children's law clinic, a specialized children's law trial practice course, and a journal and policy institute. I graduated *magna cum laude* in 1996 and was admitted to practice in the State of Washington later that year.

7.     I began my career as a litigation associate at the Seattle office of Perkins Coie and the San Francisco office of Morrison & Foerster. While at Morrison & Foerster, I worked on a variety of litigation matters, but I spent the vast majority of my time litigating a class action lawsuit on behalf of California school children entitled *Williams v. State of California*.

8.     Morrison & Foerster partnered with the ACLU of Southern California and numerous other non-profit organizations to bring *Williams v. State of California* because thousands of school children were being denied the essential ingredients of an adequate public education: instructional materials, qualified teachers, and safe facilities. For more than three years, I worked closely with the *Williams* class representatives, managed the day-to-day operations of a team of more than thirty attorneys, oversaw all filings and discovery matters, and spent hundreds of hours taking depositions of high-ranking state officials and defendants' experts and defending depositions of our young clients. This high-profile case concluded in 2004 with a landmark settlement agreement that resulted in the state allocating $138 million in additional funding for standards-aligned instructional materials, $50 million for enhanced oversight of low performing schools, and $800 million for critical repairs to school facilities. The *Williams* team at Morrison & Foerster received numerous awards for our work on behalf of California students, and the case was discussed at length in a book by Peter Schrag entitled Final Test: The Battle for Adequacy in America's Schools (2003).

9.     Throughout my time at Perkins Coie and Morrison & Foerster, I also represented numerous individual youth and families in a range of pro bono matters. This work included representing youth charged with first degree murder, foster

1  children and their representatives in child welfare matters, children in school

2  discipline matters, and low-income families in guardianship cases.

3  10.      At the conclusion of the *Williams* case, I was fortunate to receive an offer to

4  work at NCYL – where I worked for nearly seventeen years.  NCYL and my current

5  employer, Children's Rights, are two of only a handful of non-profits across the

6  country whose attorneys specialize in representing youth in foster care in class action

7  cases and impact litigation.  Some of the cases I worked on while at NCYL include:

8          a.  *David C. v. Leavitt*, No. 93-C-206W (D. Utah): I was lead counsel

9              representing a statewide class of children in foster care in Utah from

10             2004 until 2007, when the case successfully concluded.  I led the

11             negotiation and implementation of a settlement that resulted in

12             substantial improvements to Utah's foster care system, including tripling

13             the amount of funding allocated to foster care and improving key

14             outcomes for youth in care.

15         b.  *T.R. v. Quigley*, No. 2:09-cv-01677 (W.D. Wash.): I was co-lead counsel

16             representing a statewide class of low-income children in need of

17             intensive mental health services in the state of Washington.  The Court

18             referred to our settlement in the *T.R.* case as a "resounding success" and

19             "nothing less than a landmark reform."  Verbatim Report of Proceedings

20             at 25, *T.R. v. Quigley*, No. C09-1677TSZ (W.D. Wash. Dec. 19, 2013).

21             The Settlement Agreement resulted in the funding and development of

22             community-based intensive mental health services, called Wraparound

23             with Intensive Services, to Medicaid-eligible children in Washington

24             statewide.

25         c.  *Henry A. v. Willden*, No. 2:10-cv-00528 (D. Nev.): I was co-counsel in a

26             lawsuit on behalf of seven foster youth who were subjected to physical

27             and mental harm while in foster care in Clark County, Nevada.  The

28             lawsuit resulted in a $2 million settlement.

4

d. *M.B. v. Corsi*, No. 17-4102 (W.D. Mo.): I am class counsel in a groundbreaking class action addressing the state of Missouri's failure to properly oversee the prescription and administration of psychotropic medications to foster children.  In December 2019 the Court approved our settlement agreement which requires significant improvements and changes to Missouri's foster care system.

e. *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.) (described above).

f. *Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.) (described above).

g. *M.B. and S.E. v. Kelly*, No. 18-cv-2617-JWL-GEB (D. Kan.): I am class counsel in a class action lawsuit against the state of Kansas regarding its foster care system's failure to maintain an appropriate array of foster care placements.  The settlement reached in the case will end placement practices that render children essentially homeless and will ensure access to vital mental health care services.

h. *D.S. v. Washington State Department of Children, Youth, and Families (DCYF)*, No. 2:21-cv-000113 (W.D. Wash.): I am class counsel in a class action lawsuit against the state of Washington regarding its foster care system's failure to provide children with disabilities appropriate family reunification services and suitable placements.

11.    Although I spend most of my time on litigation matters, I also regularly engage in policy work and train lawyers on issues related to enforcing the statutory and constitutional rights of youth in foster care.  I also teach a law school course at U.C. Berkeley School of Law on reforming child-serving systems through impact litigation. My work has been recognized by the American Bar Association, the California State Bar, the Impact Fund, and in 2021 I was awarded the Janet Reno Endowment Women's Leadership Award.

12.     Neha Desai is a Senior Attorney and the Senior Director of Immigration at NCYL.  She is a 2006 graduate of Berkeley School of Law.  For the past fifteen years, she has been working with and on behalf of children, including immigrant children in federal custody, as well as youth in the child welfare and juvenile justice systems.  At NCYL, Ms. Desai currently works on *Flores*, *Lucas R.*, and *Duchitanga* and previously worked on *T.R.*  She began her legal career as a Zubrow Fellow and then a staff attorney at the Juvenile Law Center where she represented children in dependency proceedings, drafted amicus briefs to federal courts, and served as a member of the legal team litigating the infamous "Kids for Cash" scandal.  Ms. Desai has also represented individual children in federal immigration custody, including victims of child trafficking and child asylum seekers, in their petitions for individual relief.  Additionally, Ms. Desai has worked on immigration legislation including the federal Trafficking Victims Protection Reauthorization Act of 2008 and California's Trafficking Victims Protection Act of 2005.

13.     Poonam Juneja is a Directing Attorney with NCYL who graduated from Yale Law School in 2009.  Since that time, Ms. Juneja has primarily engaged in impact litigation protecting the rights of children in government custody, including in juvenile justice, child welfare, and immigration settings.  Ms. Juneja focuses on class action litigation within our office.  Cases at NCYL that Ms. Juneja has worked on or currently works on include *D.S. v. Washington State DCYF*, *M.B. v. Corsi*, *M.B. and S.E. v. Kelly*, *Flores*, and *Lucas R.*  Ms. Juneja previously worked at Public Counsel and Southern Poverty Law Center, where she fought to end unconstitutional and abusive conditions of confinement in juvenile detention centers and punitive, unlawful school discipline practices.  While at those firms, she served as co-counsel on a number of federal class action cases addressing the constitutional rights of young people, including *E.W. v. Lauderdale County, Mississippi*, No. 09-137 TSL (S.D. Miss.), and *A.M. v. Jackson Public Schools Board of Trustees*, No. 11-344 TSL (S.D. Miss.).  Ms. Juneja has also clerked for the Honorable Marsha S. Berzon of the Ninth

Circuit Court of Appeals and the Honorable Claudia Wilken of the United States
District Court for the Northern District of California.

14.     Freya Pitts is a Senior Attorney with NCYL, where she focuses on class action
litigation.  She graduated from Yale Law School in 2013.  Cases in our office that Ms.
Pitts has worked on or is currently working on include *D.S. v. Washington State
DCYF*, *M.B. v. Corsi*, *M.B. & S.E. v. Kelly*, *Flores*, and *Lucas R.*  Ms. Pitts previously
worked at Disability Rights Advocates, first as an Arthur Liman Public Interest
Fellow, and then as a staff attorney.  In these roles she worked to advance the rights of
children and youth with disabilities through impact litigation.  For example, as a
member of the legal teams working on *G.F. v. Contra Costa County*, No. 14-cv-
03667-MEJ (N.D. Cal.), and *T.G. v. Kern County*, 18-cv-00257-DAD (E.D. Cal.), she
advocated for the rights of young people with disabilities detained in California
juvenile halls, including by seeking to enforce their rights under the Americans with
Disabilities Act (ADA) and the Individuals with Disabilities Education Act (IDEA).
Before working at Disability Rights Advocates, Ms. Pitts clerked for the Honorable
Judith W. Rogers of the United States Court of Appeals for the District of Columbia
Circuit and for the Honorable Jon S. Tigar of the United States District Court for the
Northern District of California.

15.     Melissa Adamson is a Staff Attorney at NCYL who focuses on impact litigation
and policy advocacy on behalf of immigrant children.  Ms. Adamson graduated from
U.C. Berkeley School of Law in 2017.  Ms. Adamson currently works on the *Flores*,
*Lucas R.*, and *Duchitanga* litigation.  Ms. Adamson has also worked on impact
litigation on behalf of youth in foster care whose constitutional privacy interests were
being violated.  Additionally, she has directly represented youth in delinquency
proceedings, guardianship petitions, and expulsion hearings at the East Bay
Community Law Center in Berkeley, California and Legal Services for Children in
San Francisco, California.

16.     Diane de Gramont is a Staff Attorney at NCYL who focuses on impact
litigation on behalf of immigrant children.  Ms. de Gramont graduated from Yale Law
School in 2017 and first joined NCYL as an Arthur Liman Public Interest Fellow.
Ms. de Gramont has worked on *Flores* and *Lucas R.* as well as other impact litigation
cases related to the rights of children with disabilities.  Prior to joining NCYL, Ms. de
Gramont clerked for the Honorable Stephen A. Higginson on the U.S. Court of
Appeals for the Fifth Circuit and the Honorable Sarah S. Vance on the Eastern District
of Louisiana.

17.     Kira Setren was a paralegal at NCYL during the subject litigation and is now a
law student at U.C. Berkeley School of Law.  Her work at NCYL focused on impact
litigation on behalf of vulnerable children, including immigrant children in federal
custody, as well as youth in the child welfare and juvenile justice systems.  Prior to
joining NCYL, Ms. Setren worked as a Litigation Paralegal at Cleary Gottlieb Steen
& Hamilton LLP, where her work centered primarily on class action suits and pro
bono advocacy focused on immigrants' rights, human trafficking, and the unlawful
use of sealed records.  Ms. Setren has also worked with various nonprofits,
government agencies, and volunteer organizations to provide aid and direct service to
underserved communities.

**NCYL's Role in the Motion to Enforce and Subsequent Monitoring Relating to
the Court's April 24 Order**

18.     As noted above, NCYL attorneys have worked on *Flores* since it was filed in
1985.  NCYL has dedicated significant resources to the case over the past four years,
and, in particular, has devoted 525 hours to Plaintiffs' temporary restraining
order and preliminary injunction, later construed as an enforcement motion, and
related monitoring of the Court's April 24, 2020 Order ("Covid MTE").  NCYL's
work has included conducting extensive legal research on the underlying legal issues;
drafting sections of the motion; and playing an active role in monitoring and

enforcement of the Court's April 24, 2020 Order and subsequent related orders. NCYL's work on the Covid MTE was informed by its attorneys' substantial experience in litigation aimed at the reform of child-serving systems.

**NCYL Attorneys' Lodestar on Work Related to the Covid MTE and Monitoring the Court's April 24 Order**

19.     NCYL has expended substantial resources related to the preparation of the Covid MTE and, in particular, devoted significant attorney time to this matter.  From March 20, 2020 to June 16, 2020, NCYL attorneys expended more than 525 compensable hours on work related to the Covid MTE and implementation of the Court's April 24 Order.  A true and correct itemization of our billable time is attached as Exhibit B to my declaration.  I have personally reviewed these time entries to ensure accuracy, validity, and compensability under the law.  As part of a rigorous exercise to ensure billing judgment, NCYL has waived any time that seemed redundant, inefficient, or not reasonably connected to the issues upon which Plaintiffs were the prevailing party, amounting to more than 18 hours in deductions. Additionally, NCYL has waived more than 20 compensable hours of work from two attorneys who also contributed to this litigation effort and reduced the total request for attorneys' fees by 10% of billable hours across all NCYL team members to account for any duplication or inefficiencies.  The services for which fees have been charged are reasonable and were actually and necessarily performed.

20.     It is NCYL's policy that its attorneys, paralegals, and other staff must maintain contemporaneous and specific attorney fee logs, billed to the one-tenth of an hour, to keep track of their time, and NCYL trains its staff to do so.  Our fee logs are recorded contemporaneously in a computerized tracking system that utilizes Excel spreadsheets or timekeeping software which can export records into Excel spreadsheets.

21.     NCYL attorneys bill for their time based on their respective levels of experience.  NCYL has calculated its lodestar based on the established EAJA rates,

with the exception of my rate for which we are seeking a specialist rate based on my child welfare expertise, as discussed above and in declarations submitted by John F. O'Toole and Richard Pearl. Even this specialist rate is lower than the prevailing market billing rates in the Bay Area where I practice law.

22.     The specialist rate is justified given my particularized expertise in child welfare issues and substantial experience litigating civil rights issues on behalf of youth in government custody. My expertise in the reform of child welfare systems informed Plaintiffs' litigation of numerous issues raised in the Covid motions, including standards for treatment of children in government custody and the types of settings and conditions in which children in government custody may be placed. To my knowledge, few attorneys in the country have comparable expertise. Moreover, this rate is comparable to the rates that other civil rights attorneys have received in this case and that I have received for litigating other civil rights cases on behalf of youth. A summary of NCYL's billing on this matter is attached as Exhibit C.

23.     As has been NCYL's practice for forty-five years, Plaintiffs' counsel will not be seeking payment of attorneys' fees or costs from any individual Plaintiffs. NCYL undertook this work without any payment from the clients and with the knowledge that it might not recover its attorneys' fees or out-of-pocket expenditures.


I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 24th day of September, 2021 at San Francisco, California.


                                        */s/ Leecia Welch*
                                        Leecia Welch

# Exhibit A

# Leecia Welch

lwelch@childrensrights.org  - (415) 602-5202

| | |
|---|---|
| **Professional Experience** | **Children's Rights**<br>New York, NY (based in San Francisco, CA)<br>*Lead Counsel*<br>September 2021-present |

- Specialization in complex litigation and civil rights class action cases focused on holding federal and state governments accountable for the health, safety, and well-being of children in their custody.
- Co-counsel on class action cases in Missouri, Kansas, and Washington focused on protecting the constitutional rights of children in state and federal foster care, improving state and federal child welfare systems, increasing access to children's mental health services, ensuring that states are meeting the needs of children in foster care with disabilities, and advancing children's right to family integrity.
- Co-counsel on *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal.), representing a nationwide class of detained immigrant children to enforce their rights to appropriate treatment while in custody and prompt release to family.
- Policy and training expertise in child-serving system reform, foster youth education issues, and sibling rights.

**National Center for Youth Law**
Oakland, CA
*Senior Director, Legal Advocacy and Child Welfare*
August 2016-September 2021
*Senior Attorney*,
November 2004-August 2016

- Lead counsel or co-counsel in complex litigation and civil rights class action cases focused on holding federal and state governments accountable for the health, safety, educational needs, and well-being of children in their custody.
- Key cases included:
  - *David C. v. Leavitt*, No. 93-C-206W (D. Utah), a federal statewide class action resulting in significant improvements to Utah's foster care system.
  - *T.R. v. Quigley*, 2:09-cv-01677 (W.D. Wash.), a federal

statewide class action to improve access to community-based children's mental health services for Medicaid-eligible children in Washington

- o *Henry A. v. Willden*, No. 2:10-cv-00528 (D. Nev.): federal lawsuit on behalf of seven foster youth who were subjected to physical and mental harm while in foster care in Clark County, Nevada resulting in a $2 million settlement.

- o *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.): nationwide class of detained immigrant children, including a subclass of children who have been medicated without appropriate procedural safeguards and a subclass of children with behavioral, mental health, intellectual, and/or developmental disabilities whom the government places in more restrictive settings solely by reason of their disabilities.

- o *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal.): nationwide class of detained immigrant children focused on prompt reunification with families and ensuring basic health, safety and well-being of children detained children.

- o *M.B. v. Corsi*, No. 2:17-cv-04102-NKL (D. Mo.): class of foster youth in Missouri who were at risk of unsafe administration and over-prescription of psychotropic drugs resulting in a settlement agreement that created a comprehensive system to oversee and monitor the prescription of psychotropic drugs to youth in foster care.

- o *Emma C. v. Thurmond*, No. 3:96-cv-04179-VC (N.D. Cal.): representing a class of children with disabilities entitled to special education services to ensure implementation of a settlement agreement that implicates oversight and monitoring of school districts across the state of California for compliance with the Individuals with Disabilities Education Act (IDEA).

- o Several cases in California state court advancing the rights of children in foster care to reproductive health care services, housing, and equal access to educational opportunities.

- Managed several foster youth education projects, including a partnership with East Bay Children's Law Office to train law students to serve as educational rights holder for youth in foster care.

**Morrison & Foerster LLP**
San Francisco, CA
*Senior Associate,* Litigation Department
September 2000- November 2004

- Provided full range of litigation services on complex litigation disputes, including acting as senior associate on *Williams v. California*, a class action case aimed at reforming the State of California's public school system.
- Conducted and defended depositions of expert and lay witnesses; argued various motions; and prepared numerous briefs, including 400-page California education system liability disclosure statement.
- Participated on trial team of a habeas corpus case, including drafting portions of trial brief and post-trial brief and cross-examining witnesses in federal court.

**Perkins Coie LLP**
Seattle, WA
*Associate*, Litigation Department
October 1996-October 1997, January 1999-June 2000

- Provided full range of litigation services on class action lawsuits, cases involving complex contract and technology disputes and intellectual property matters.
- Conducted and defended depositions of expert and lay witnesses and worked extensively with experts focusing on technology and intellectual property issues.
- Focused extensive pro bono efforts on representation of juveniles in criminal cases, grandparents in custody cases, parents in adoptions, and guardians *ad litem* in suits on behalf of children.

**CIVITAS Initiative**                                              Chicago, IL
*Children's Law Fellow*
November 1997- November 1998

- Responsible for the development and implementation of all programs and initiatives related to children's legal issues.
- Represented children and families in a variety of legal matters.
Participated in the development of materials, curriculum and training for professionals and caregivers interfacing with the court system.

| | | |
|---|---|---|
| **Education** | **Loyola University Chicago School of Law** | Chicago, IL |

J.D. awarded May 1996, *Magna Cum Laude*
Cumulative GPA: 3.79/4.00     Class Rank: 4 out of 184

<u>Academic Honors and Activities</u>
Eve Jacobs CIVITAS ChildLaw Fellowship Recipient
Editor, Loyola University Chicago Law Journal and Children's Legal Rights Journal
Williams Fellow Research Assistant and Children's Law Legal Writing Teaching Assistant

**Northwestern University**

B.A with Distinction and Honors in English, June 1992
Evanston, IL
Cumulative GPA: 3.78/4.00; Phi Beta Kappa

**Professional Activities and Honors**

- 2005 California State Bar President's Pro Bono Services Award (*Williams v. State of California* team), 2007 Recipient of the American Bar Association Young Lawyers Division Child Advocacy Award, 2014 Impact Fund Award (*T.R. v. Quigley* team), 2021 Janet Reno Endowment Women's Leadership Award

- Adjunct Professor at University of California, Berkeley School of Law.  Courses include Child Welfare Reform Litigation and Litigating Children's Rights.

# Neha Desai, Esq.
ndesai@youthlaw.org

---

Education:

**University of California, Berkeley School of Law,** Juris Doctorate, 2006
> Selected Activities: Berkeley Journal of Gender, Law & Justice: *Article Screener & Symposium Speakers Chair*; Center for Social Justice: *Student Advisory Board*; Coalition for Diversity: *Outreach Chair*; South Asian Law Students Association; Student Liaison for Faculty Hiring Committee
> International Human Rights Clinic; California Asylum Representation Clinic; Domestic Violence Clinic

**University of Chicago**, Bachelor of Arts, 2002
> History with Departmental and General Honors; Dean's List every quarter

Work Experience:

**National Center for Youth Law**                                   *Winter 2014 – Present*
*Director, Immigration*
> Lead National Center for Youth Law's work on behalf of immigrant children, including litigation, policy and stakeholder education efforts.

**County of Santa Clara**                                            *Fall 2012 – Winter 2014*
*Policy Advisor, Dually Involved Youth Initiative*
> Led Macarthur Foundation funded reform initiative designed to improve outcomes for youth involved in the juvenile justice and child welfare systems.  Worked with juvenile court judges, agency directors and other key leaders to develop new policies and procedures.

**Center for Gender and Refugee Studies**                           *Fall 2011- Fall 2012*
*Attorney*
> Provided technical assistance on intakes regarding refugee children.  Drafted legal resources on complex arena of asylum law.  Contributed to various litigation and policy efforts on behalf of refugee youth.

**Casa Cornelia Law Center**                                        *Summer 2010- Fall 2010*
*Attorney*
> Represented detained unaccompanied minors in immigration proceedings and asylum hearings. Interviewed children, counseled children on their options, prepared applications for immigration relief.

**Juvenile Law Center**                                             *Fall 2006- Summer 2010*
*Zubrow Fellow/ Staff Attorney*
> Represented children in abuse & neglect proceedings.  Drafted *amicus* briefs to the U.S. Supreme Court & lower federal courts.  Worked on federal and state policy reform initiatives.  Conducted trainings on the legal rights of youth in foster care.  Drafted pleadings for federal class action civil rights litigation.

Selected Honors:

- Casa Cornelia Law Center Pro Bono Publico: *"for outstanding contribution to the legal profession"*
- First Judicial District 2010 Pro Bono Roll of Honor, Support Center for Child Advocates
- Boalt Hall Pro Bono Service: *Recognizing graduating students for substantial pro bono service*
- Boalt Hall Fellowship; Dorothy M. Williams Fund: *Funds public interest legal internships*
- Maroon Key Society: *University Honorary society, "serve as advisors to the Dean"*
- Perry Herst Prize: *Awards the combination of "study with social responsibility"*
- Howell Murray: "*One of the College's highest honor" awarded for "outstanding contribution"*
- Human Rights Fellow: *Awarded to students with exemplary commitment to international human rights*

# POONAM JUNEJA

1212 Broadway, #600, Oakland, CA 94612 • pjuneja@youthlaw.org • (510) 899-6576

## EDUCATION

**Yale Law School**, J.D., 2009
*Selected Activities:* Immigration Legal Services Clinic; Advocacy for Children and Youth Clinic; Pro bono research for the Brennan Center for Justice and Human Rights First; Senior editor, *Yale Law and Policy Review*
*Selected Honors:* Florence M. Kelly '37 Family Law Prize for exceptional achievement in family law

**University of Cambridge**, M.Phil in Criminology, 2006
*Thesis:* *Ideas about children in the juvenile justice system: The use of transfer in the United States and the abolition of the presumption of* doli incapax *in England and Wales*

**University of California, Berkeley**, B.A. in Sociology and Legal Studies, 2005
*Thesis:* *Cultural versus structural explanations for delinquency among immigrant groups: An examination of Asian and Pacific Islander youth in Oakland, California* (Advisor: Franklin Zimring)
*Selected Honors:* Highest Distinction in General Scholarship (*summa cum laude*)
 Departmental Citation in Legal Studies (awarded to the top graduating student)

## WORK EXPERIENCE

**National Center for Youth Law**, Oakland, CA, *Directing Attorney (previously Senior Attorney)* 2015-present
Work as part of a team to develop and litigate class action and other impact cases on behalf of children in need, with a focus on reforming child welfare systems and protecting children in immigration detention.

**Public Counsel**, Berkeley, CA, *Staff Attorney* 2014-2015
Assisted school districts and community leaders across the state to implement research-based alternatives to punitive school discipline practices. Worked on class action litigation to reform education in the juvenile justice system and end the school-to-prison pipeline. Helped lead state legislative and policy reform efforts around these areas.

**Honorable Marsha S. Berzon**, Ninth Circuit Court of Appeals, *Law Clerk* 2013-2014

**Honorable Claudia Wilken**, Northern District of California, *Law Clerk* 2011-2013

**Southern Poverty Law Center**, Jackson, MS, *Law Fellow* 2009-2011
Designed and implemented legal and policy strategies to reform Mississippi's juvenile justice system and to reduce the criminalization and imprisonment of children. Represented children in federal class action lawsuits challenging conditions of confinement in juvenile facilities and abusive school discipline practices.

**Office of the State Public Defender**, San Francisco, CA, *Legal Intern* Summer 2008
Researched and drafted memoranda regarding possible state habeas corpus claims related to newly discovered evidence and mitigating factors in a death penalty case.

**United States Attorney's Office,** New Haven, CT, *Legal Extern* Fall 2007

**Federal Bureau of Investigation**, Washington, DC, *Honors Intern* Summer 2007

**National Council on Crime and Delinquency**, Oakland, CA,
*Intern, Research Assistant, Research Associate* 2002-2005
Co-authored multiple reports using quantitative research methods to analyze the well-being of minority youth populations in Northern California on a number of dimensions, including education, juvenile justice, and health.

## BAR ADMISSIONS

Admitted to practice in California and Mississippi (inactive).

# FREYA E. K. PITTS

Senior Attorney, Legal Advocacy ▪ National Center for Youth Law
1212 Broadway, Suite 600 ▪ Oakland, CA 94612 ▪ (510) 899-6572 ▪ fpitts@youthlaw.org

## EDUCATION

**YALE LAW SCHOOL,** J.D., 2013
> Khosla Memorial Fund for Human Dignity Prize

**YALE UNIVERSITY,** B.A., 2008
> *summa cum laude*, with Distinction in History and International Studies

## EXPERIENCE

**NATIONAL CENTER FOR YOUTH LAW,** Oakland, California
*Senior Attorney, Legal Advocacy*                                July 2020 – present
*Attorney, Legal Advocacy*                                        Aug. 2018 – June 2020
- Develop and litigate impact cases on behalf of marginalized children and youth nationwide, including in cases related to child welfare, mental health, immigration, and education.
- Draft complaints, motions, briefs, and research memoranda; collaborate with clients, co-counsel, and expert witnesses; engage in discovery; pursue alternative dispute resolution; monitor compliance with post-litigation settlement agreements.

**DISABILITY RIGHTS ADVOCATES,** Berkeley, California
*Staff Attorney*                                                 Sept. 2017 – Aug. 2018
*Arthur Liman Public Interest Fellow*                            Sept. 2015 – Sept. 2017
- Developed and litigated impact cases in California and New York, focusing on the needs of youth with disabilities, including young people in juvenile halls, in schools, on college campuses, and in childcare programs.
- As a fellow, represented individual youth in expulsion defense proceedings as a member of the Legal Services for Children Pro Bono Panel.

**HON. JON S. TIGAR,** U.S. District Court for the Northern District of California     Sept. 2014 – Sept. 2015
*Law Clerk*

**HON. JUDITH W. ROGERS,** U.S. Court of Appeals for the D.C. Circuit                 Aug. 2013 – Aug. 2014
*Law Clerk*

**LOWENSTEIN INTERNATIONAL HUMAN RIGHTS CLINIC,** Yale Law School          Jan. 2011 – May 2013
*Student Director and Law Student Intern*
- Pursued sentencing reform in Connecticut state legislature for prisoners convicted as minors.
- Developed recommendations for protection and support of survivors of sexual violence testifying in international criminal trials.
- Prepared amicus brief for Bangladesh International Crimes Tribunal discussing crimes against humanity.

**IMMIGRATION LEGAL SERVICES CLINIC,** Yale Law School                     Jan. 2012 – May 2013
*Student Director and Law Student Intern*
- Obtained relief for client in removal proceedings advancing domestic violence-based asylum claim.
- Assisted clients with post-asylum immigration matters, including family reunification.

**ADVOCACY FOR CHILDREN AND YOUTH CLINIC,** Yale Law School                Jan. 2013 – May 2013
*Law Student Intern*
▪   Represented child clients in child protection proceedings in the New Haven Superior Court for Juvenile Matters.

**TAHIRIH JUSTICE CENTER,** Falls Church, Virginia                May 2012 – Aug. 2012
*Immigration Law Intern*
▪   Provided trauma-informed legal services to women fleeing gender-based harm, including domestic violence, sexual assault, forced marriage, and female genital cutting.
▪   Conducted client and intake interviews; drafted filings in asylum, Violence Against Women Act, T-visa, and U-visa cases; conducted country conditions research; coordinated supporting documentation from expert witnesses; and provided support to pro bono counsel.

**DOUGHTY STREET CHAMBERS & DEATH PENALTY PROJECT,** London, U.K.        June 2011 – Aug. 2011
*Human Rights Research Fellow*
▪   Researched and wrote litigation memoranda for immigration, extradition, criminal, and prisoners' rights cases in British, foreign, and international courts.

**RENAISSANCE MIDDLE SCHOOL / TEACH FOR AMERICA,** Fairburn, Georgia        July 2008 – June 2010
*Social Studies Teacher*
▪   Led classroom instruction and extracurricular enrichment for middle school students in a low-income urban community.
▪   Developed original global studies curriculum based on revised state standards.

# PUBLICATIONS

*The Power to Detain: Detention of Terrorism Suspects After 9/11*, 38 YALE J. INT'L L. 123 (2013) (with Oona Hathaway, Samuel Adelsberg, Spencer Amdur, Philip Levitz, and Sirine Shebaya).

*The Chilling Effect of the 'Material Support' Law on Humanitarian Aid: Causes, Consequences, and Proposed Reforms*, 4 HARV. NAT'L SEC. J. 282 (2013) (with Samuel Adelsberg and Sirine Shebaya).

# OTHER SKILLS AND QUALIFICATIONS

*Languages:* Proficient French (written and spoken).

*Bar Memberships:* State of California; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. District Court for the Northern District of California; U.S. District Court for the Eastern District of California; U.S. District Court for the Central District of California.

# Melissa A. Adamson

1212 Broadway, Suite 600, Oakland, CA 94612 • 510.899.6573 • madamson@youthlaw.org

---

## EDUCATION

**University of California, Berkeley, School of Law**                                                    **Berkeley, CA**
*Juris Doctor,* Order of the Coif                                                                                            **May 2017**

Honors:      Best Oral Argument Award 1L Competition, 2015
                   Jessup International Law Moot Court Best Individual Oralist Award for Pacific Region, 2016
                   Best Oral Advocate, Berkeley Law Moot Court Team, 2016
                   Herma Hill Kay Fellow, 2015; University of Michigan Bergstrom Child Welfare Law Fellow,
                   2016; Justice John Paul Stevens Public Interest Fellow, 2016
Journals:    *California Law Review* (Executive Board, Technology & Communications Editor)
Activities*:*  Foster Education Project (Chair), Moot Court Team, Written & Oral Advocacy Teaching Assistant

**Tufts University**                                                                                                          **Medford, MA**
*Bachelor of Arts with Honors, International Relations and Community Health*                          **May 2011**

## RELEVANT EXPERIENCE

**National Center for Youth Law**                                                                            **Oakland, CA**
*Attorney – Immigration & Legal Advocacy Teams*                                          **Sept. 2018 - Present**
*Berkeley Law Public Interest Fellow*                                                         **Sept. 2017 – Sept. 2018**
- Litigation: Investigate, develop, and assist in litigating class action cases on behalf of unaccompanied immigrant youth (*Flores, Lucas R., Duchitanga*).
- Policy: Research, publish, and present educational materials for judges, state and federal legislators, providers, caregivers, and youth. Provide technical assistance to state and federal legislators on potential legislation and hearings.

**Legal Services for Children**                                                                          **San Francisco, CA**
*Law Clerk – Immigration, Education, & Guardianship Divisions*                                   **Summer 2016**
- Prepared and filed client declarations and court forms in SIJS, DACA, asylum, and guardianship cases.
- Represented clients in school expulsion hearings and negotiated settlements with school districts.

**East Bay Community Law Center**                                                                     **Berkeley, CA**
*Advanced Clinical Student – Education Defense and Justice for Youth Clinic*                  **Spring, Fall 2016**
- Represented clients in school expulsion hearings, Individualized Education Program meetings, Manifestation Determination Review hearings, and juvenile court proceedings.
- Researched, wrote, and filed appellate briefs regarding juvenile restitution and record sealing.

**National Center for Youth Law**                                                                         **Oakland, CA**
*Summer Law Clerk, Fall Extern – Health & Legal Advocacy Teams*                           **June – Dec. 2015**
- Drafted sections of complaint and petitions for writ of mandate, researched potential claims, and assisted in civil rights litigation related to the reproductive health rights of foster youth in group homes.
- Researched novel issues of youth and health law and wrote legal and policy memoranda.

**Foster Education Project, UC Berkeley School of Law**                                         **Berkeley, CA**
*Co-Chair, Member*                                                                                  **Fall 2014 – Spring 2017**
- Trained first-year law students to be educational rights holders for local foster youth and collaborated with local attorneys to provide trainings on disability and education law.

**Bay Area Legal Aid**                                                           **San Francisco, CA**
*Law Clerk – San Francisco Medical-Legal Partnership*                            **Summer 2014**
- Conducted client intake for pediatric patients in special needs clinics at San Francisco General Hospital.
- Provided assistance for legal issues including education, disability rights, public benefits, and housing.

**St. Louis Society for the Physically Disabled**                                **St. Louis, MO**
*Community Training Specialist*                                          **August 2013 – June 2014**
- Conducted assessments and implemented service plans for children and adults with disabilities.

**SeriousFun Children's Network Global Partnership Program**                     **Botswana**
*Field Consultant – Camp Hope Botswana*                                          **Summer 2013**
- Trained local leadership team to direct the first year of Camp Hope, a camp for children with HIV.

**The Painted Turtle**                                                           **Santa Monica, CA**
*Hospital Outreach Program Manager*                                      **August 2011 – May 2013**
- The Hospital Outreach Program brings therapeutic activities to children in pediatric hospitals.
- Independently expanded program by 80% to serve seven new hospitals and dialysis centers.
- Hired, trained, and supervised over 200 volunteers and five interns.

## SELECTED PUBLICATIONS & PRESENTATIONS

Neha Desai, **Melissa Adamson**, Elizabeth Pirrotta, Dr. Ewen Wang, *Child Welfare & Unaccompanied Children in Federal Immigration Custody: A Data and Research Based Guide for Federal Policy Makers*, Dec. 2019, https://bit.ly/3cawXTz.

**Melissa Adamson**, Rachel Prandini, *Strengthening Child Welfare Practice for Immigrant Children & Families*, Aug. 2019, https://bit.ly/3jaOBeJ. Presented at Beyond the Bench Conference (Dec. 2019).

**Melissa Adamson**, Neha Desai, Stephen Kang, Rebecca Wolozin, *Systemic Reform Efforts on Behalf of Unaccompanied Children: A Litigation Update and Strategy Session*, ABA & KIND Conference (Presented Dec. 2019).

Neha Desai, **Melissa Adamson**, *The Flores Settlement Agreement & Unaccompanied Children in Federal Custody*, Publication by the National Center for Youth Law, Feb. 2019, https://bit.ly/2ZNjrCW.

Neha Desai, **Melissa Adamson**, Maureen Allwood, Carly Baetz, Emma Cardeli, Osob Issa, Julian Ford, *Primer for Juvenile Court Judges: A Trauma-Informed Approach to Judicial Decision-Making for Newcomer Immigrant Youth in Juvenile Justice Proceedings*, Feb. 2019, https://bit.ly/3dohn8p.

Hon. Maria D. Hernandez, Hon. Margaret Henry, **Melissa Adamson**, *NMD & TAY – Meeting Their Needs, Addressing Homeless, and Ensuring Their Rights to Sexual and Reproductive Health Care and Information*, Juvenile Law Institute, Judicial Council (Presented June 2018).

## ORGANIZATIONS AND INTERESTS

**Admitted to the California Bar (July 2017)**
**Languages:** Spanish (proficient)

**DIANE DE GRAMONT**
1212 Broadway, Suite 600, Oakland, CA 94612
(510) 835-8098 • ddegramont@youthlaw.org

## EDUCATION

**Yale Law School**                                          **New Haven, CT**
Juris Doctor                                                 May 2017

**Oxford University**, Merton College                        **Oxford, UK**
MPhil in Politics: Comparative Government *with distinction*  June 2014

**Harvard College**                                          **Cambridge, MA**
Bachelor of Arts *summa cum laude* in Social Studies         May 2010

## EXPERIENCE

**National Center for Youth Law**                            **Oakland, CA**
*Attorney, Immigration Team*                                 2021 – present
*Meselson-Liman Law Fellow, Immigration Team*                2019 – 2021
Represent children in federal immigration custody in class action litigation. Interview children and
prepare draft declarations, draft district court filings and appellate briefs, conduct legal and policy
research, work with expert witnesses, prepare for depositions, and assist with policy briefings.

**Fifth Circuit Court of Appeals**                           **New Orleans, LA**
*Law Clerk to Hon. Stephen A. Higginson*                     2018 – 2019
Researched legal issues raised in civil and criminal appeals. Prepared bench memos and draft opinions.

**Eastern District of Louisiana**                            **New Orleans, LA**
*Law Clerk to Hon. Sarah S. Vance*                           2017 – 2018
Conducted legal research and drafted court orders in civil and criminal matters pending in federal district
court. Assisted with case management and preparation for court proceedings.

**The Bronx Defenders**                                      **Bronx, NY**
*Legal Intern, Family Defense Practice*                      Summer 2016
Advocated on behalf of low-income parents in child protective proceedings in Bronx Family Court.
Researched legal issues, assisted with discovery and trial preparation, and coordinated client services.

**Make the Road New York**                                   **Brooklyn, NY**
*Legal Intern, Housing and Benefits Team*                    Summer 2015
Assisted immigrant tenants with eviction defense, suits for apartment repairs, and administrative
advocacy. Conducted client intake interviews and helped draft motions and prepare for trial.

**Carnegie Endowment for International Peace**
**Democracy and Rule of Law Program**                        **Washington, D.C.**
*Junior Fellow and Research Assistant*                       2010 – 2012
Co-authored a book on foreign assistance and governance reform in developing countries. Advised
international development organizations on the use of political analysis in development programs.

## ADMISSIONS

State Bar of California, Bar No. 324360
Ninth Circuit Court of Appeals
Central District of California

# KIRA SETREN

## EDUCATION

**Brandeis University**, Waltham, MA                                        January 2012-May 2015
- Bachelor of Arts, International and Global Studies; Minors: Business, Hispanic Studies
- Honors: *Magna cum laude*, Dean's List every semester; Gold medal in community service

**City University**, London, UK                                        September-December 2011

**International Institute**, Madrid, Spain                                        January-May 2014

## RELEVANT EXPERIENCE

**National Center for Youth Law**, Oakland, CA                                        January 2018-July 2020
*Paralegal*
- Assist with impact litigation aimed at reforming the systems that serve vulnerable children and youth
- Perform factual and legal research; gather and analyze evidence to bolster legal claims
- Prepare court filings: edit, bluebook, cite-check, review court rules, and ECF file legal documents
- Draft case declarations, filings, and correspondence; conceptualize, author, and publish media communications
- Create and implement internal programs and systems; prepare guides and lead trainings
- Collaborate across campaigns to develop and further organizational goals; assist with nonprofit growth

**Cleary Gottlieb Steen & Hamilton LLP**, New York, NY                                        July 2015-January 2018
*Litigation Paralegal*
- Provided litigation assistance for robust caseload of high-profile and pro bono matters
- Worked on all aspects of case development from engagement through discovery, settlement, and trial
- Interacted extensively with clients; prepared, participated in, and memorialized client interviews
- Conducted, organized, and analyzed legal, internet, factual, social science, and field research
- Drafted, edited, and managed court documents; developed and maintained databases and case materials
- Oversaw paralegal teams; liaised with counsel, internal and external departments, and vendors

**United States Agency for International Development**, Washington, DC                                        June-September 2014
*Intern, Bureau for Policy, Planning and Learning*
- Assisted in the planning and implementation of the Frontiers in Development Forum: multi-day event that brought together global leaders and the public to further goal of ending extreme poverty by 2030
- Staffed forum, interacted with visiting leaders and attendees in a professional manner

**ILP Abogados**, Madrid, Spain                                        February-May 2014
*Legal Intern*
- Researched and distilled Spanish and U.S. civil procedure for use in international law digest
- Translated documents from Spanish to English and proofread materials

**WorldBoston**, Boston, MA                                        July-August 2013
*Program Assistant*
- Planned, executed, and oversaw private meetings with international and local leaders
- Researched and drafted proposals for U.S. State Department; created original blog and social media content

**Community Art Center,** Cambridge, MA                                        June-August 2013
*Administrative and Marketing Intern*
- Provided marketing and operational support for enrichment program that served low-income youth
- Wrote, edited, and designed publications that were delivered to 2,000+ subscribers

## PERSONAL
- Language: Proficient in Spanish

# Exhibit B

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/20/20 | Leecia Welch | Emails with team re COVID release issues | 0.3 |
| 3/21/20 | Leecia Welch | TC with advocates re COVID issues; prepare for same | 1.1 |
| 3/21/20 | Leecia Welch | Research issues re potential remedy for COVID issues | 1.1 |
| 3/22/20 | Leecia Welch | TC with medical experts re COVID issues; prepare for same | 0.9 |
| 3/22/20 | Leecia Welch | Emails with team re COVID issues remedy | 0.3 |
| 3/22/20 | Leecia Welch | Draft sections of brief COVID risks and remedy | 3.5 |
| 3/23/20 | Leecia Welch | Supplemental team call, including re: legal arguments and remedy relating to COVID concerns | 0.3 |
| 3/23/20 | Leecia Welch | Draft sections of brief re COVID risks and remedy | 4.5 |
| 3/23/20 | Leecia Welch | Research issues re potential remedy for COVID issues | 2.2 |
| 3/23/20 | Leecia Welch | Edit and revise declarations re COVID concerns | 1.3 |
| 3/23/20 | Leecia Welch | Revise COVID concerns and remedies section of brief | 2.2 |
| 3/23/20 | Leecia Welch | Edit and revise consolidated COVID brief | 0.8 |
| 3/24/20 | Leecia Welch | Edit and revise COVID brief | 2.2 |
| 3/24/20 | Leecia Welch | Edit and revise declarations for COVID response | 1.8 |
| 3/24/20 | Leecia Welch | Revise COVID order and supporting docs | 1.1 |
| 3/24/20 | Leecia Welch | Edit and revise COVID declarations | 0.8 |
| 3/24/20 | Leecia Welch | Edit and revise COVID brief and supporting docs | 2.1 |
| 3/25/20 | Leecia Welch | Edit, revise and finalize COVID brief and supporting papers | 8.5 |
| 3/25/20 | Leecia Welch | Review and edit COVID relief order | 0.4 |
| 3/26/20 | Leecia Welch | TC with LSPs re COVID issues | 0.6 |
| 3/26/20 | Leecia Welch | Edit and revise COVID brief | 0.3 |
| 3/26/20 | Leecia Welch | Emails with team re Flores COVID relief | 0.4 |
| 3/27/20 | Leecia Welch | Review govt reply brief and supporting decs | 0.6 |
| 3/30/20 | Leecia Welch | TC with ND and partner organization re COVID ORR issues; prepare for same | 1.1 |
| 3/30/20 | Leecia Welch | Attend OMG COVID TRO hearing | 0.7 |
| 3/30/20 | Leecia Welch | Review TRO order | 0.7 |
| 4/1/20 | Leecia Welch | Emails with team re next steps re incorrect data in TRO papers | 0.4 |
| 4/2/20 | Leecia Welch | TC with LSPs re COVID issues | 2 |
| 4/2/20 | Leecia Welch | Emails with PS and team re correcting data in TRO papers | 0.2 |
| 4/6/20 | Leecia Welch | Co-counsel call re TRO next steps | 0.5 |
| 4/6/20 | Leecia Welch | Emails with LSP re COVID issues | 0.2 |
| 4/6/20 | Leecia Welch | TC with team re TRO reply; prepare for same | 1.1 |
| 4/6/20 | Leecia Welch | Confer with PJ and FP re: next steps for reply brief in support of TRO | 0.1 |
| 4/6/20 | Leecia Welch | Provide feedabck on LSP decs for reply | 0.8 |
| 4/6/20 | Leecia Welch | Emails with team re reply | 0.5 |
| 4/7/20 | Leecia Welch | Emails with LSP re COVID issues | 0.2 |
| 4/7/20 | Leecia Welch | Review and provide feedback LSP dec | 0.5 |
| 4/7/20 | Leecia Welch | Prepare ORR sections of reply | 4.5 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/7/20 | Leecia Welch | Provide feedback to LSP dec for reply based on convo | 1.8 |
| 4/7/20 | Leecia Welch | Review and provide feedback on reply LSP dec | 0.4 |
| 4/7/20 | Leecia Welch | Emails with team re reply | 0.8 |
| 4/7/20 | Leecia Welch | Prepare ORR sections of reply | 2.1 |
| 4/8/20 | Leecia Welch | Edit and revise ORR reply sections | 3.5 |
| 4/8/20 | Leecia Welch | Review LSP dec and provide feedback | 0.7 |
| 4/8/20 | Leecia Welch | Edit and revise consolidated reply | 2.2 |
| 4/8/20 | Leecia Welch | Finalize consolidated reply | 1.1 |
| 4/9/20 | Leecia Welch | Confer with PJ and FP re: preparation for PI hearing | 0.1 |
| 4/9/20 | Leecia Welch | Prepare motion to seal and supporting papers | 2.1 |
| 4/10/20 | Leecia Welch | Email to Carlos re hearing issues | 0.3 |
| 4/10/20 | Leecia Welch | Appear at DMG hearing re: Flores TRO/PI | 0.8 |
| 4/10/20 | Leecia Welch | Review tentative ruling re Flores TRO/PI | 0.1 |
| 4/10/20 | Leecia Welch | Team call re: debrief of TRO/PI hearing and next steps | 0.6 |
| 4/10/20 | Leecia Welch | Confer with PJ and FP re: strategy for next briefing cycle re: PI | 0.1 |
| 4/10/20 | Leecia Welch | Email to LSP re 4/10 hearing and tentative ruling | 0.6 |
| 4/13/20 | Leecia Welch | Confer with PJ and FP re: next steps for PI briefing | 0.1 |
| 4/13/20 | Leecia Welch | Co-counsel call, including re: next steps and division of labor on PI, follow up with A. Ordin. | 0.7 |
| 4/13/20 | Leecia Welch | Confer with PJ and FP re: meet and confer with government re: information to be provided to LSPs | 0.1 |
| 4/16/20 | Leecia Welch | Emails re COVID issues in shelters | 0.3 |
| 4/17/20 | Leecia Welch | TC with LSP re COVID issues; prepare for same | 1.1 |
| 4/18/20 | Leecia Welch | Prepare email to team re response on COVID issue; research issues for same | 0.4 |
| 4/19/20 | Leecia Welch | Provide feedback on LSP dec for response based on convo | 0.8 |
| 4/20/20 | Leecia Welch | Emails with LSP re COVID issues | 0.2 |
| 4/20/20 | Leecia Welch | Confer with PJ and FP re: Flores reply brief strategy | 0.2 |
| 4/20/20 | Leecia Welch | Review and edit COVID response brief | 1.8 |
| 4/20/20 | Leecia Welch | Emails with team re COVID response issues | 0.2 |
| 4/20/20 | Leecia Welch | Edit and revise COVID response | 2.5 |
| 4/21/20 | Leecia Welch | Confer with PJ re: next steps for completing Flores reply brief | 0.2 |
| 4/21/20 | Leecia Welch | Edit and revise COVID response | 2.2 |
| 4/21/20 | Leecia Welch | Review LSP COVID dec; provide feedback | 0.5 |
| 4/21/20 | Leecia Welch | Meet and confer re COVID issues; prepare for same | 1.1 |
| 4/21/20 | Leecia Welch | Edit and revise response brief | 2.2 |
| 4/21/20 | Leecia Welch | Emails with team re response brief | 0.3 |
| 4/21/20 | Leecia Welch | Edit and revise declarations for response | 1.2 |
| 4/21/20 | Leecia Welch | Edit and revise consolidated brief | 3.2 |
| 4/22/20 | Leecia Welch | Edit and finalize brief | 4.5 |
| 4/22/20 | Leecia Welch | Edit and finalize supporting documents | 2.2 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/22/20 | Leecia Welch | Emails with team re finalizing brief | 0.6 |
| 4/22/20 | Leecia Welch | Review motion to seal and supporting papers | 0.3 |
| 4/23/20 | Leecia Welch | Email to chambers re motion to seal | 0.1 |
| 4/23/20 | Leecia Welch | Email to counsel re motion to seal | 0.1 |
| 4/23/20 | Leecia Welch | Prepare for oral argument | 3.2 |
| 4/24/20 | Leecia Welch | Email to LSPs re DMG order | 0.3 |
| 4/24/20 | Leecia Welch | Review DMG order re MTE | 0.5 |
| 4/24/20 | Leecia Welch | Argue Hearing on Flores PI | 1.3 |
| 4/24/20 | Leecia Welch | Co-counsel call re: debrief of PI hearing and next steps | 0.3 |
| 5/21/20 | Leecia Welch | Provide feedback to LSP to finalize declaration for 5/22 status conference | 1.2 |
| 5/21/20 | Leecia Welch | Emails with LSP re declaration for 5/22 status conference | 0.5 |
| 5/21/20 | Leecia Welch | Emails with LSP re declaration for 5/22 status conference | 0.3 |
| 5/21/20 | Leecia Welch | Review LSP declaration for 5/22 status conference | 0.2 |
| 5/22/20 | Leecia Welch | Attend status conference re 4/24 order | 1 |
| 5/22/20 | Leecia Welch | Attend team call re status conference | 0.2 |
| 5/22/20 | Leecia Welch | Email to LSP re status conference | 0.3 |
| 5/22/20 | Leecia Welch | Email to LSP re result of status conference | 0.2 |
| 5/22/20 | Leecia Welch | Review LSP declaration for supplemental submission | 0.1 |
| 6/1/20 | Leecia Welch | Co-counsel call re status conference, MPP | 0.9 |
| 6/8/20 | Leecia Welch | Co-counsel call re next steps for flores pi/osc hearing, updates re meet and confers, ucs removed directly from CBPs | 0.3 |
| 6/22/20 | Leecia Welch | Co-counsel call re Next steps re Flores PI/OSC hearing, etc | 0.4 |
| 6/26/20 | Leecia Welch | Attend court hearing; prepare for same | 1.5 |
| 6/26/20 | Leecia Welch | Post-hearing team debrief and next steps | 0.5 |
| **Total** | | | **108.4** |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/22/20 | Neha Desai | Call with MA re: COVID TRO | 0.3 |
| 3/22/20 | Neha Desai | Correspondence with Leecia re: strategy for TRO | 0.4 |
| 3/22/20 | Neha Desai | Correspondence with MA re: ORR COVID guidance | 0.2 |
| 3/22/20 | Neha Desai | Review CDC Guidance and compare to ORR COVID Guidance | 1.4 |
| 3/22/20 | Neha Desai | Call with LSP re: declaration for TRO | 0.9 |
| 3/23/20 | Neha Desai | Review OMG Copmlaint | 0.4 |
| 3/23/20 | Neha Desai | Call with LSP re: declaration for TRO | 0.6 |
| 3/23/20 | Neha Desai | Call with Brenda and Crystal re: LSP Decs | 0.5 |
| 3/23/20 | Neha Desai | Correspondence with Melissa re: medical declarations | 0.6 |
| 3/23/20 | Neha Desai | Review and provide edits on medical declarations | 0.8 |
| 3/23/20 | Neha Desai | Correspondence with team re: proposed relief | 0.2 |
| 3/24/20 | Neha Desai | Review and provide edits on LSP decs | 1.4 |
| 3/24/20 | Neha Desai | Edit draft TRO | 2.8 |
| 3/24/20 | Neha Desai | Communication with team re: edits to the TRO | 0.4 |
| 3/27/20 | Neha Desai | TRO hearing | 1.3 |
| 3/27/20 | Neha Desai | Discuss gvt reply with PJ | 0.4 |
| 3/27/20 | Neha Desai | Co-counsel call to discuss TRO hearing | 0.4 |
| 3/28/20 | Neha Desai | correspondence with LSPs re: ORR refusal to release certain class members | 0.7 |
| 4/1/20 | Neha Desai | Communication with team re: correcting data in filed dec | 0.6 |
| 4/6/20 | Neha Desai | Review gvt opposition to TRO and attachments | 1.1 |
| 4/6/20 | Neha Desai | Co-counsel call re: TRO next steps | 0.5 |
| 4/6/20 | Neha Desai | Correspondence with MA re: declarations for reply | 0.9 |
| 4/6/20 | Neha Desai | Review gvt data on release for individual class members; discuss with MA | 0.4 |
| 4/6/20 | Neha Desai | Draft email to team re: tasks for reply brief | 0.2 |
| 4/7/20 | Neha Desai | Review draft declarations for reply and provide feedback | 0.2 |
| 4/7/20 | Neha Desai | Correspondence with team re: declarations for reply | 0.4 |
| 4/8/20 | Neha Desai | Edit reply brief | 1.9 |
| 4/9/20 | Neha Desai | Correspodence with LSPs re: COVID concerns at facilities | 1.3 |
| 4/10/20 | Neha Desai | Review tentative order | 0.3 |
| 4/10/20 | Neha Desai | Flores Hearing TRO/PI | 0.8 |
| 4/10/20 | Neha Desai | Review 4/10 court order | 0.3 |
| 4/10/20 | Neha Desai | Co-counsel to debrief from hearing and discuss next steps | 0.6 |
| 4/13/20 | Neha Desai | Correspondence with LSP re: COVID outbreak | 0.6 |
| 4/13/20 | Neha Desai | NCYL call re: next steps and division of labor | 0.7 |
| 4/13/20 | Neha Desai | Correspondence with MA re: data | 0.5 |
| 4/15/20 | Neha Desai | Call with consultating organization re: obtaining information from LSPs re: barrier to release | 1.2 |
| 4/16/20 | Neha Desai | Follow up with LSPs to learn more about obstacles to release | 1.3 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/17/20 | Neha Desai | Continued follow up with LSPs to learn more about release delays related to fingerprinting, homestudies, MPP orders of removal, exposure to COVID | 2.4 |
| 4/17/20 | Neha Desai | Draft email to team with updates from LSPs | 0.3 |
| 4/17/20 | Neha Desai | Correspondence with team re: reply brief tasks | 0.5 |
| 4/17/20 | Neha Desai | Review gvt response and attachments | 0.9 |
| 4/20/20 | Neha Desai | Provide feedback to LSP on declaration for Flores Reply | 2.0 |
| 4/20/20 | Neha Desai | Provide feedback to provider on declaration for Flores Reply | 1.1 |
| 4/20/20 | Neha Desai | Co-counsel call (reply brief) | 0.7 |
| 4/20/20 | Neha Desai | Edit brief draft | 1.4 |
| 4/20/20 | Neha Desai | Call with MA re: Graves declaration | 0.4 |
| 4/20/20 | Neha Desai | Correspondence with NCYL team re: brief and edits | 0.6 |
| 4/21/20 | Neha Desai | Provide feedback on Dr. Graves declaration | 0.6 |
| 4/21/20 | Neha Desai | Provide feedback on LSP declaration | 0.4 |
| 4/21/20 | Neha Desai | Provide feedback on Provider declaration | 0.4 |
| 4/21/20 | Neha Desai | Review ORR section of Reply draft and input edits | 1.9 |
| 4/21/20 | Neha Desai | Final feedback on declarations | 0.7 |
| 4/24/20 | Neha Desai | Hearing on Flores PI | 1.3 |
| 4/24/20 | Neha Desai | Co-counsel call to debrief from hearing and discuss next steps | 0.3 |
| 4/27/20 | Neha Desai | Co-counsel call re: next steps on MTE | 0.3 |
| 4/29/20 | Neha Desai | Call with advocates re: MPP kid removals | 1.3 |
| 5/1/20 | Neha Desai | Meet and confer re: data compliance | 1.1 |
| 5/1/20 | Neha Desai | Correspondence with LSP re: COVID cases in facility | 0.6 |
| 5/4/20 | Neha Desai | Co-counsel call (homestudy delays) | 0.1 |
| 5/6/20 | Neha Desai | Correspondence with LSPs re: imminent removal of MPP clients | 0.8 |
| 5/8/20 | Neha Desai | Correspondence with LSP re: MPP Client | 0.4 |
| 5/11/20 | Neha Desai | Co-counsel call re: MPP removals | 0.5 |
| 5/11/20 | Neha Desai | Follow up with LSPs re: MPP removals | 0.9 |
| 5/15/20 | Neha Desai | Review May ORR Juvenile Coordinator report | 0.6 |
| 5/18/20 | Neha Desai | Co-counsel call re: MPP removals, and status conference with Judge Gee | 0.8 |
| 5/18/20 | Neha Desai | Outreach to LSPs re: outstanding concerns re: delayed release (due to fingerprint delays, homestudies) | 1.3 |
| 5/18/20 | Neha Desai | Follow up Correspondence with LSPs re: class members delayed release | 0.6 |
| 5/19/20 | Neha Desai | Work with LSPs on declarations to be submitted with response to Juvenile Coordinator report | 0.7 |
| 5/20/20 | Neha Desai | Provide feedback on LSP declarations to be submitted with response to Juvenile Coordinator report | 0.9 |
| 5/21/20 | Neha Desai | Revise draft response to ORR JC Report | 1.3 |
| 5/22/20 | Neha Desai | Flores COVID MTE Hearing | 1.0 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/25/20 | Neha Desai | Review gvt response and attachments | 0.6 |
| 5/27/20 | Neha Desai | Edit meet and confer draft re: class member delayed release | 0.5 |
| 5/29/20 | Neha Desai | Call with the Door re: habeas for MPP client | 0.7 |
| 6/1/20 | Neha Desai | Prep for Co-counsel call | 0.3 |
| 6/1/20 | Neha Desai | Co-counsel call (LSP updates, status conference) | 0.9 |
| 6/1/20 | Neha Desai | Correspondence with LSPs re: home studies | 0.6 |
| 6/1/20 | Neha Desai | Review MA analysis of Apri data reports | 0.4 |
| 6/8/20 | Neha Desai | Prep for co-counsel call | 0.2 |
| 6/8/20 | Neha Desai | Co-counsel call (udpates from meet and confer, status conference) | 0.3 |
| 6/9/20 | Neha Desai | Review ORR Juvenile Coordinator Report & attachments | 0.7 |
| 6/9/20 | Neha Desai | Outreach to LSPs re: ORR Juvenile Coordinator resonse | 0.3 |
| 6/15/20 | Neha Desai | Prep for Co-counsel call | 0.2 |
| 6/15/20 | Neha Desai | Co-counsel call (JC report response) | 0.2 |
| 6/16/20 | Neha Desai | Edit draft response to ORR JC Report | 0.4 |
| 6/22/20 | Neha Desai | Co-counsel call re: prep for status conference | 0.4 |
| 6/26/20 | Neha Desai | Status Conference | 1.1 |
| 6/26/20 | Neha Desai | Co-counsel call to debrief from status conference | 0.5 |
| **Total** | | | **64.9** |

| Date | Name | Description | Time |
|---|---|---|---|
| 3/22/20 | Poonam Juneja | reviewing LSP declaration in support of TRO and providing feedback | 0.2 |
| 3/22/20 | Poonam Juneja | Emailing with ND re declarations in support of tro | 0.1 |
| 3/23/20 | Poonam Juneja | emailing team with analysis of additional factual points to make and providing supporting citations for these | 0.8 |
| 3/23/20 | Poonam Juneja | reviewing Dawnson v. Asher decision denying ACLU's TRO seeking release of people held at NWDC | 0.2 |
| 3/23/20 | Poonam Juneja | reviewing draft tro/pi brief and providing feedback | 0.3 |
| 3/23/20 | Poonam Juneja | reviewing OMG complaint | 0.3 |
| 3/23/20 | Poonam Juneja | Supplemental team call, including re: legal arguments and remedy for TRO | 0.3 |
| 3/23/20 | Poonam Juneja | Team call, including re: legal arguments and remedy for TRO | 0.5 |
| 3/24/20 | Poonam Juneja | reviewing finalized decs in support of tro | 0.3 |
| 3/24/20 | Poonam Juneja | analyzing possible relief to request and emailing LW re same | 0.6 |
| 3/24/20 | Poonam Juneja | accessing and reviewing NJDC defender materials re covid for use in TRO and sharing same with team | 0.9 |
| 3/24/20 | Poonam Juneja | reviewing and making substantive suggestions re revisions to tro application and supporting docs, and communicating with team about same | 6.3 |
| 3/24/20 | Poonam Juneja | analyzing and sharing relief requested in OMG | 0.2 |
| 3/24/20 | Poonam Juneja | reviewing MAP and suggesting specific relief for proposed order | 0.8 |
| 3/24/20 | Poonam Juneja | checking OMG docket and sending team info re hearing | 0.2 |
| 3/25/20 | Poonam Juneja | revising TRO application and supporting docs, and communicating with team about same | 2.1 |
| 3/25/20 | Poonam Juneja | reviewing team emails re child who tested positive for covid at CV | 0.1 |
| 3/25/20 | Poonam Juneja | reviewing 9th circuit order re release of immigration detainee due to covid and team emails re same | 0.4 |
| 3/26/20 | Poonam Juneja | writing email re suggested language changes in proposed order | 0.4 |
| 3/26/20 | Poonam Juneja | reviewing proposed order and drafting email re definition of non-congregate care in proposed order | 0.6 |
| 3/26/20 | Poonam Juneja | reviewing draft TRO and edits | 0.8 |
| 3/26/20 | Poonam Juneja | reviewing Rikers Covid timeline | 0.2 |
| 3/27/20 | Poonam Juneja | researching fingerprinting issue and sending info from MAP to Monica | 0.4 |
| 3/27/20 | Poonam Juneja | reviewing team content re research for prep with hearing and editing | 0.4 |
| 3/27/20 | Poonam Juneja | creating outline of issues for team to research to prep for hearing and responding to team questions re same | 0.6 |
| 3/27/20 | Poonam Juneja | discussing govt reply brief with ND | 0.4 |

| Date | Name | Description | Time |
|---|---|---|---|
| 3/27/20 | Poonam Juneja | reviewing govt reply brief and supporting decs | 0.6 |
| 3/27/20 | Poonam Juneja | reviewing CDC guidance on facilities and comparing to govt decs; messaging FP re same | 0.3 |
| 3/27/20 | Poonam Juneja | Listening to TRO argument | 0.5 |
| 3/27/20 | Poonam Juneja | Team call to debrief TRO hearing, including re: next steps | 0.6 |
| 3/27/20 | Poonam Juneja | reviewing DdG MA collection of evidence demonstrating that govt is categorically refusing to release certain class members | 0.4 |
| 3/28/20 | Poonam Juneja | collecting, analyzing, and circulating evidence demonstrating that govt is categorically refusing to release certain class members | 0.7 |
| 4/6/20 | Poonam Juneja | phone call with ND HB MH re protective measures for children who remain in congregate settings | 0.5 |
| 4/6/20 | Poonam Juneja | co-counsel call re tro next steps | 0.5 |
| 4/7/20 | Poonam Juneja | Confer with LW FP re: next steps for reply brief in support of TRO | 0.1 |
| 4/8/20 | Poonam Juneja | drafting and revising ex parte motion to expand page limit | 0.6 |
| 4/8/20 | Poonam Juneja | revising and line editting reply brief | 2.1 |
| 4/8/20 | Poonam Juneja | Confer with FP re: table of authorities for PI reply brief | 0.1 |
| 4/9/20 | Poonam Juneja | reviewing and revising motion to seal docs and emailing team re same | 0.9 |
| 4/9/20 | Poonam Juneja | responding to team questions re motions to seal and sharing samples | 0.3 |
| 4/9/20 | Poonam Juneja | Confer with FP re: filing of supplemental exhibits | 0.1 |
| 4/9/20 | Poonam Juneja | Confer with LW FP re: preparation for PI hearing | 0.1 |
| 4/10/20 | Poonam Juneja | Listen to DMG hearing re: Flores TRO/PI | 0.8 |
| 4/10/20 | Poonam Juneja | Review tentative ruling re Flores TRO/PI | 0.1 |
| 4/10/20 | Poonam Juneja | Team call re: debrief of TRO/PI hearing and next steps | 0.6 |
| 4/10/20 | Poonam Juneja | Confer with LW FP re: strategy for next briefing cycle re: PI | 0.1 |
| 4/13/20 | Poonam Juneja | Confer with LW FP re: next steps for PI briefing | 0.1 |
| 4/13/20 | Poonam Juneja | Team call, including re: next steps and division of labor on PI, follow up with A. Ordin. | 0.7 |
| 4/14/20 | Poonam Juneja | Confer with LW FP re: meet and confer with government re: information to be provided to LSPs | 0.1 |
| 4/20/20 | Poonam Juneja | Confer with LW FP re: Flores reply brief strategy | 0.2 |
| 4/22/20 | Poonam Juneja | Confer with LW PJ re: next steps for completing Flores reply brief | 0.2 |
| 4/22/20 | Poonam Juneja | reviewing evidence for inclusion in motion to seal | 0.4 |
| 4/22/20 | Poonam Juneja | reviewing exhibit lists to inform motion to seal, etc | 0.3 |
| 4/22/20 | Poonam Juneja | preparing sealing documents including reference list and revising with feedback, and communicating with team re same | 6.2 |
| 4/22/20 | Poonam Juneja | Finalize brief | 0.8 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/23/20 | Poonam Juneja | emails with LW KS re serving defs sealed docs and court with proposed order | 0.3 |
| 4/23/20 | Poonam Juneja | Confer with FP re: oral argument for PI | 0.1 |
| 4/24/20 | Poonam Juneja | Review DMG order re MTE | 0.5 |
| 4/24/20 | Poonam Juneja | Hearing on Flores PI | 1.3 |
| 4/24/20 | Poonam Juneja | Team call re: debrief of PI hearing and next steps | 0.3 |
| 4/28/20 | Poonam Juneja | messaging with KS re transcript order | 0.1 |
| 5/10/20 | Poonam Juneja | reviewing ND email re alerting 9th Circuit to Judge Gee order | 0.1 |
| 5/11/20 | Poonam Juneja | Team call, including re: MPP removals, and status conference with Judge Gee | 0.5 |
| 5/20/20 | Poonam Juneja | responding to Daisy's question re motion to seal | 0.8 |
| 5/20/20 | Poonam Juneja | phone call with Daisy re motion to seal | 0.6 |
| 6/8/20 | Poonam Juneja | co-counsel call re next steps for flores pi/osc hearing, updates re meet and confers, ucs removed directly from CBPs | 0.3 |
| 6/22/20 | Poonam Juneja | co-counsel call re Next steps re Flores PI/OSC hearing, etc | 0.4 |
| 6/26/20 | Poonam Juneja | attending court hearing | 1.1 |
| 6/26/20 | Poonam Juneja | post-hearing team debrief and next steps | 0.5 |
| **Total** | | | **44.3** |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/24/20 | Freya Pitts | Draft TRO brief: revise section on public interest | 1.1 |
| 3/24/20 | Freya Pitts | Draft TRO brief: revise sections on TVPRA and Flores Settlement Agreement | 2.6 |
| 3/24/20 | Freya Pitts | Draft TRO brief: revise introduction | 0.9 |
| 3/24/20 | Freya Pitts | Review ORR COVID-19 guidance | 0.4 |
| 3/30/20 | Freya Pitts | Review government's opposition to TRO in Flores | 0.6 |
| 3/30/20 | Freya Pitts | Receive and review email correspondence re: OMG hearing and remedy, and interaction with Flores relief | 0.1 |
| 3/31/20 | Freya Pitts | Receive and review email correspondence re: implementation of TRO | 0.1 |
| 3/31/20 | Freya Pitts | Review other COVID-19 related orders on TROs | 0.4 |
| 3/31/20 | Freya Pitts | Review order on COVID-19 TRO | 0.4 |
| 3/31/20 | Freya Pitts | Review supplemental exhibits filed in support of TRO | 0.3 |
| 3/31/20 | Freya Pitts | Review email correspondence re: TRO | 0.1 |
| 4/2/20 | Freya Pitts | Confer with L. Welch re: updates on COVID-19 in ORR facilities | 0.1 |
| 4/2/20 | Freya Pitts | Review supplemental declaration of P. Shey in support of PI | 0.1 |
| 4/4/20 | Freya Pitts | Review updated factual information re: COVID-19 in ORR facilities | 0.2 |
| 4/4/20 | Freya Pitts | Receive and review email correspondence re: PI briefing strategy | 0.1 |
| 4/4/20 | Freya Pitts | Analyze government's opposition to TRO and supporting exhibits in preparation for further briefing on preliminary injunction | 0.9 |
| 4/4/20 | Freya Pitts | Review Lucas R. TRO briefing in preparation for further briefing on Flores preliminary injunction | 1.4 |
| 4/4/20 | Freya Pitts | Review D. Felt memo re: COVID-19 related cases | 0.2 |
| 4/4/20 | Freya Pitts | Review CDC COVID-19 guidance for long term care facilities | 0.3 |
| 4/6/20 | Freya Pitts | Review P. Schey supplemental declaration in support of preliminary injunction | 0.1 |
| 4/6/20 | Freya Pitts | Review Flores PI opposition and supporting documents | 1.7 |
| 4/6/20 | Freya Pitts | Team call re: reply brief in support of PI | 0.5 |
| 4/7/20 | Freya Pitts | Analyze new COVID-19 related release order from MDPa | 0.1 |
| 4/7/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: next steps for reply brief in support of TRO | 0.1 |
| 4/7/20 | Freya Pitts | Flores PI reply brief: edit sections re: home studies, fingerprinting, removal orders, and effect of TRO | 1.8 |
| 4/7/20 | Freya Pitts | Confer with N. Desai re: next steps for finalizing reply brief for PI | 0.1 |
| 4/7/20 | Freya Pitts | Review Graves dec to inform drafting of reply brief for PI | 0.7 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/7/20 | Freya Pitts | Edit D. de Gramont PI reply brief legal section re: home studies & fingerprinting | 0.1 |
| 4/7/20 | Freya Pitts | Draft sections of PI reply brief re: ORR policies causing delays in release & confusion in the field; confer with N. Desai, L. Welch, and D. de Gramont re: same | 0.6 |
| 4/8/20 | Freya Pitts | Draft sections of PI reply brief re: ORR policies causing delays in release & confusion in the field; confer with N. Desai, L. Welch, and D. de Gramont re: same | 1.7 |
| 4/8/20 | Freya Pitts | Email correspondence re: finalizing PI reply brief | 0.3 |
| 4/8/20 | Freya Pitts | Cite check sections of PI reply brief | 1.2 |
| 4/8/20 | Freya Pitts | Confer with P. Juneja re: table of authorities for PI reply brief | 0.1 |
| 4/8/20 | Freya Pitts | Revise and finalize motion to exceed page limits and supporting documents | 0.5 |
| 4/8/20 | Freya Pitts | Email correspondence re: corrected filing for PI reply | 0.1 |
| 4/8/20 | Freya Pitts | Review defendants' supplemental filing opposing PI | 0.2 |
| 4/8/20 | Freya Pitts | Revise sections of PI reply brief re: MPP | 1.1 |
| 4/9/20 | Freya Pitts | Review supplemental declarations in support of PI | 0.3 |
| 4/9/20 | Freya Pitts | Confer with P. Juneja re: filing of supplemental exhibits | 0.1 |
| 4/9/20 | Freya Pitts | Email correspondence with chambers re: PI hearing | 0.1 |
| 4/9/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: preparation for PI hearing | 0.1 |
| 4/9/20 | Freya Pitts | Review new exhibits submitted in support of PI | 1.0 |
| 4/9/20 | Freya Pitts | Review Defendants' opposition to reply & new exhibits | 0.3 |
| 4/10/20 | Freya Pitts | Review potential new evidence in support of preliminary injunction | 0.6 |
| 4/10/20 | Freya Pitts | Review tentative ruling re Flores TRO/PI | 0.1 |
| 4/10/20 | Freya Pitts | Team call re: debrief of TRO/PI hearing and next steps | 0.6 |
| 4/10/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: strategy for next briefing cycle re: PI | 0.1 |
| 4/10/20 | Freya Pitts | Review DMG order extending TRO | 0.2 |
| 4/10/20 | Freya Pitts | Review final reply brief and supporting exhibits for PI | 0.9 |
| 4/11/20 | Freya Pitts | Complete review of final reply brief and supporting exhibits for PI | 1.1 |
| 4/11/20 | Freya Pitts | Review exhibits submitted by Defendants in opposition to TRO/PI | 1.2 |
| 4/13/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: next steps for PI briefing | 0.1 |
| 4/13/20 | Freya Pitts | Team call, including re: next steps and division of labor on PI, follow up with A. Ordin. | 0.7 |
| 4/13/20 | Freya Pitts | Email correspondence re: ORR guidance on consolidating shelter facilities | 0.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/14/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: meet and confer with government re: information to be provided to LSPs | 0.1 |
| 4/14/20 | Freya Pitts | Review email correspondence re: meet and confer re COVID & data quality issues | 0.1 |
| 4/17/20 | Freya Pitts | Confer with N. Desai and L. Welch re: reply briefing for PI re: COVID-19 | 0.1 |
| 4/18/20 | Freya Pitts | Receive and review email correspondence re: next steps for Flores reply briefing | 0.1 |
| 4/18/20 | Freya Pitts | Review California executive order waiving foster care requirements (e.g., fingerprinting) | 0.2 |
| 4/20/20 | Freya Pitts | Review government's oppositon to PI | 1.2 |
| 4/20/20 | Freya Pitts | Draft sections of PI reply brief re: impact of court's order and lack of information provided to LSPs | 1.2 |
| 4/20/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: Flores reply brief strategy | 0.2 |
| 4/20/20 | Freya Pitts | Team call re: reply brief in support of PI | 0.7 |
| 4/20/20 | Freya Pitts | Email correspondence re: next steps for drafting PI reply | 0.2 |
| 4/20/20 | Freya Pitts | Review C. Holguin draft sections of Flores reply brief | 0.1 |
| 4/20/20 | Freya Pitts | Revise PI reply brief sections: introduction, fingerprinting, and home studies | 1.6 |
| 4/20/20 | Freya Pitts | Confer with M. Adamson re: spread of COVID-19 in ORR facilities | 0.1 |
| 4/21/20 | Freya Pitts | Review C.D. Cal opinion in Fraihat | 0.2 |
| 4/21/20 | Freya Pitts | Review M. Adamson edits to draft reply brief for PI | 0.1 |
| 4/21/20 | Freya Pitts | Receive and review email correspondence re: meet and confer with Defendants in Flores re: LSPs and data | 0.2 |
| 4/21/20 | Freya Pitts | Read declaration from whistleblower | 0.1 |
| 4/21/20 | Freya Pitts | Review L. Welch revisions to PI reply brief | 0.2 |
| 4/21/20 | Freya Pitts | Confer with L. Welch re: next steps for PI reply brief and meet and confer re: LSPs | 0.1 |
| 4/21/20 | Freya Pitts | Flores PI reply brief: sections on effect of Court's TRO orders and effect on LSPs | 4.5 |
| 4/21/20 | Freya Pitts | Review declarations gathered from LSPs in support of Flores PI reply brief | 0.3 |
| 4/21/20 | Freya Pitts | Revise Flores PI brief: introduction and ORR sections | 2.7 |
| 4/21/20 | Freya Pitts | Review C. Holguin revisions to introduction and ORR sections of PI reply brief | 0.2 |
| 4/22/20 | Freya Pitts | Revise Flores PI brief: introduction and ORR sections | 3.4 |
| 4/22/20 | Freya Pitts | Email correspondence re: editing PI reply brief | 0.1 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/22/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: next steps for completing Flores reply brief | 0.2 |
| 4/22/20 | Freya Pitts | Review draft of ICE sections of PI reply brief; work with L. Welch on merging ORR and ICE sections of brief | 1.1 |
| 4/22/20 | Freya Pitts | Revise PI reply brief introduction | 0.2 |
| 4/22/20 | Freya Pitts | Work with M. Adamson, D. de Gramont, C. Adams, K. Setren, J.J. Mulligan, and M. Julian to cite check PI reply brief; review and input all cite check edits and standardize citations throughout | 5.9 |
| 4/22/20 | Freya Pitts | Work with N. Desai, M. Adamson, D. de Gramont, K. Setren, L. Welch, and B. Shum to finalize PI reply brief | 1.3 |
| 4/22/20 | Freya Pitts | Confer with M. Adamson and N. Desai about citation issues | 0.2 |
| 4/22/20 | Freya Pitts | Confer with team about filing logistics and strategies for PI reply brief | 0.6 |
| 4/22/20 | Freya Pitts | Review motion to seal and supporting papers for PI reply | 0.1 |
| 4/23/20 | Freya Pitts | Confer with L. Welch re: joint status report re: information for LSPs and oral argument for PI | 0.2 |
| 4/23/20 | Freya Pitts | Review filed status report re: status of meet and confer | 0.2 |
| 4/23/20 | Freya Pitts | Confer with P. Juneja re: oral argument for PI | 0.1 |
| 4/23/20 | Freya Pitts | Review Defendants' objections to reply brief | 0.2 |
| 4/24/20 | Freya Pitts | Hearing on Flores PI | 1.3 |
| 4/24/20 | Freya Pitts | Team call re: debrief of PI hearing and next steps | 0.3 |
| 4/24/20 | Freya Pitts | Review and revise notes from PI hearing; circulate to team | 0.4 |
| 4/24/20 | Freya Pitts | Review DMG order granting in part Plaintiffs' motion for a PI (construed as an MTE) | 1.4 |
| 4/26/20 | Freya Pitts | Review A. Ordin supplemental report | 0.2 |
| 4/27/20 | Freya Pitts | Team call, including re: next steps for PI follow up and MPP deportations | 0.3 |
| 4/27/20 | Freya Pitts | Review study re: spread of COVID-19 in immigration detention facilities | 0.4 |
| 5/1/20 | Freya Pitts | Receive and review email correspondence re: facility of concern | 0.1 |
| 5/6/20 | Freya Pitts | Receive and review email correspondence re: concerns about class members at facility | 0.2 |
| 5/6/20 | Freya Pitts | Review report re: COVID-19 morbidity and mortality in correctional institutions | 0.2 |
| 5/7/20 | Freya Pitts | Review HRW report re: COVID in jails and detention centers | 0.3 |
| 5/7/20 | Freya Pitts | Receive and review email correspondence re: Karnes | 0.2 |
| 5/11/20 | Freya Pitts | Team call, including re: MPP removals, and status conference with Judge Gee | 0.5 |
| 5/17/20 | Freya Pitts | Receive and review email correspondence re: class members in facility of concern | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 5/18/20 | Freya Pitts | Team call, including re: MPP removals, and status conference with Judge Gee | 0.8 |
| 5/19/20 | Freya Pitts | Receive and review email correspondence re: status report to Judge Gee in advance of status conference | 0.3 |
| 5/21/20 | Freya Pitts | Review draft LSP declaration for status report to Judge Gee in advance of status conference | 0.1 |
| 5/21/20 | Freya Pitts | Review Plaintiffs' filings in response to JC reports in preparation for Judge Gee hearing | 1.1 |
| 5/22/20 | Freya Pitts | Call into DMG status conference re: COVID-19 | 1.0 |
| 5/22/20 | Freya Pitts | Team call to debrief DMG hearing | 0.2 |
| 5/24/20 | Freya Pitts | Review DMG order re: COVID-19 and supplemental declaration re: J.M.A. | 0.2 |
| 6/1/20 | Freya Pitts | Team call, including re: COVID and reports re: individual class members | 0.9 |
| 6/2/20 | Freya Pitts | Receive and review email correspondence re: COVID-19 related conditions for class members | 0.1 |
| 6/8/20 | Freya Pitts | Review Juvenile Coordinator report re: ORR youth | 0.3 |
| 6/9/20 | Freya Pitts | Review ORR policy documents re: fingerprint and home study waivers | 0.1 |
| 6/15/20 | Freya Pitts | Team call, including re: next submission to court re: COVID | 0.2 |
| 6/16/20 | Freya Pitts | Receive and review email correspondence re: juvenile coordinator reports and proposed response | 0.3 |
| 6/16/20 | Freya Pitts | Review draft response to JC response and D. de Gramont proposed edits to same | 0.3 |
| 6/23/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: 6/26 hearing | 0.1 |
| 6/25/20 | Freya Pitts | Review amicus submission in preparation for 6/26 hearing | 0.4 |
| 6/25/20 | Freya Pitts | Review A. Ordin report in preparation for 6/26 hearing | 0.2 |
| 6/25/20 | Freya Pitts | Review declarations supporting amicus submission in preparation for 6/26 hearing | 1.7 |
| 6/26/20 | Freya Pitts | DMG status conference re: order on COVID motion to enforce | 1.1 |
| 6/26/20 | Freya Pitts | Team debrief call following DMG status conference re order on COVID motion to enforce | 0.5 |
| 6/26/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: 6/26 hearing | 0.2 |
| **Total** | | | **73.3** |

| Date | Name | Description | Time |
|---|---|---|---|
| 3/22/20 | Melissa Adamson | Call with ND re: COVID TRO | 0.3 |
| 3/22/20 | Melissa Adamson | Emails within team re: declarations for TRO | 0.6 |
| 3/22/20 | Melissa Adamson | Email to Dr. Vasquez re: declaration for COVID TRO | 0.1 |
| 3/22/20 | Melissa Adamson | Emails to Dr. Wang re: declaration for COVID TRO | 0.2 |
| 3/22/20 | Melissa Adamson | Emails with ND, HC, CH, LW re: medical declarations | 0.1 |
| 3/22/20 | Melissa Adamson | Review draft COVID TRO | 0.6 |
| 3/22/20 | Melissa Adamson | Emails with ND re: ORR COVID guidance, LSPs | 0.2 |
| 3/22/20 | Melissa Adamson | Analyze CDC guidelines and ORR COVID guidance | 2.8 |
| 3/22/20 | Melissa Adamson | Edit draft medical declaration for TRO | 3.5 |
| 3/22/20 | Melissa Adamson | Email ND, LW re: medical declarations | 0.6 |
| 3/22/20 | Melissa Adamson | Review declarations filed in OMG v. Wolf in preparation for TRO | 1.3 |
| 3/23/20 | Melissa Adamson | Emails with LW, DOF re: CDC guidance for TRO | 0.4 |
| 3/23/20 | Melissa Adamson | Review LW email re: tasks for COVID TRO | 0.1 |
| 3/23/20 | Melissa Adamson | Edit fact section for TRO | 5.6 |
| 3/23/20 | Melissa Adamson | Co-Counsel call (TRO) | 0.3 |
| 3/23/20 | Melissa Adamson | Call with DDG re: COVID TRO | 0.3 |
| 3/23/20 | Melissa Adamson | Emails with Dr. Vasquez re: declaration for TRO | 0.5 |
| 3/23/20 | Melissa Adamson | Emails to HC, DOF re: congregate care COVID standards | 0.2 |
| 3/23/20 | Melissa Adamson | Review LSP draft declaration for TRO and provide feedback | 0.4 |
| 3/23/20 | Melissa Adamson | Review LW, PJ email re: medical evidence for TRO | 0.3 |
| 3/23/20 | Melissa Adamson | Emails within team re: declarations | 1.2 |
| 3/23/20 | Melissa Adamson | Emails to ND re: declarations | 0.5 |
| 3/23/20 | Melissa Adamson | Call with Dr. Wang re: declaration for TRO | 0.6 |
| 3/23/20 | Melissa Adamson | Call with Dr. Graves, LW re: declaration for TRO | 0.8 |
| 3/23/20 | Melissa Adamson | Review Dr. Graves' declaration and provide feedback | 2.3 |
| 3/23/20 | Melissa Adamson | Emails with CH, LW, ND re: Dr. Graves' declaration | 0.4 |
| 3/23/20 | Melissa Adamson | Emails with Dr. Wang re: declaration | 0.2 |
| 3/23/20 | Melissa Adamson | Confer with DDG re: TRO brief | 0.1 |
| 3/24/20 | Melissa Adamson | Review Dr. Wang declaration and provide feedback | 2.8 |
| 3/24/20 | Melissa Adamson | Call with Dr. Wang re: declaration for TRO | 0.9 |
| 3/24/20 | Melissa Adamson | Emails with Dr. Wang re: declaration | 0.5 |
| 3/24/20 | Melissa Adamson | Review updated TRO draft | 0.8 |
| 3/24/20 | Melissa Adamson | Emails with BT re: exhibits, citations for TRO brief | 0.4 |
| 3/24/20 | Melissa Adamson | Emails within team re: brief edits | 1.5 |
| 3/24/20 | Melissa Adamson | Edit draft of TRO | 3.7 |
| 3/24/20 | Melissa Adamson | Emails with KS, ND re: exhibits for TRO | 0.3 |
| 3/24/20 | Melissa Adamson | Review Flamm declaration and provide feedback | 0.4 |
| 3/25/20 | Melissa Adamson | Review emails within team re: TRO edits | 0.3 |
| 3/25/20 | Melissa Adamson | Email to Dr. Graves re: TRO filing | 0.1 |
| 3/25/20 | Melissa Adamson | Email to Dr. Wang re: TRO filing | 0.1 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 3/26/20 | Melissa Adamson | Email to LW re: population of children in NY, OR, and CA facilities | 0.7 |
| 3/26/20 | Melissa Adamson | Email to Dr. Graves re: declaration | 0.1 |
| 3/28/20 | Melissa Adamson | Review PJ email re: ORR blocking releases due to COVID | 0.2 |
| 3/22/20 | Melissa Adamson | Review emails from LSPs re: stopped releases from ORR facilities | 0.2 |
| 3/26/20 | Melissa Adamson | Emails to ND, LW re: HHS data analysis | 0.4 |
| 3/26/20 | Melissa Adamson | Email to ND re: HHS data for Category 4 children | 0.4 |
| 3/28/20 | Melissa Adamson | Review court order | 0.6 |
| 3/31/20 | Melissa Adamson | Review MJ email re: COVID congregate care guidance | 0.2 |
| 3/31/20 | Melissa Adamson | Review email from Special Monitor ASO re: ORR/ICE TRO statistics | 0.2 |
| 4/1/20 | Melissa Adamson | Emails with HC, CH, LW, ND re: correcting data in filed declaration | 0.5 |
| 4/1/20 | Melissa Adamson | Review emails within team re: response to govt motion to reschedule oral argument | 0.1 |
| 4/1/20 | Melissa Adamson | Confer with ND re: correcting data in filed declaration | 0.2 |
| 4/1/20 | Melissa Adamson | Emails to ND re: ORR risk assessment data mapping by facility | 0.2 |
| 4/2/20 | Melissa Adamson | Call with Ryo re: revised data | 0.5 |
| 4/2/20 | Melissa Adamson | Emails with CH, LW, ND, HC re: correcting data in filed declaration | 0.6 |
| 4/2/20 | Melissa Adamson | Emails with Ryo, Humphrey, CH re: correcting data in filed declaration | 0.4 |
| 4/2/20 | Melissa Adamson | Call with Ryo re: revised data | 0.2 |
| 4/2/20 | Melissa Adamson | Review updated affidavit filed by PS (ECF 743) | 0.2 |
| 4/2/20 | Melissa Adamson | Emails with Ryo re: filed affidavit | 0.2 |
| 4/2/20 | Melissa Adamson | Emails with co-counsel team, Ryo re: filed affidavit | 0.8 |
| 4/2/20 | Melissa Adamson | Email co-counsel team re: updated affidavit filed by PS | 0.4 |
| 4/3/20 | Melissa Adamson | Email within team re: oral argument | 0.1 |
| 4/3/20 | Melissa Adamson | Emails to Dr. Graves re: declaration | 0.1 |
| 4/5/20 | Melissa Adamson | Review updated affidavit filed by PS (ECF 744) | 0.2 |
| 4/5/20 | Melissa Adamson | Email to team re: updated affidavit | 0.1 |
| 4/6/20 | Melissa Adamson | Review emails within team re: declarations for reply | 0.2 |
| 4/6/20 | Melissa Adamson | Confer with ND re: reply, declarations | 0.4 |
| 4/6/20 | Melissa Adamson | Email to ND re: LSP declarations for reply | 1.2 |
| 4/6/20 | Melissa Adamson | Emails within co-counsel team re: reply | 0.7 |
| 4/6/20 | Melissa Adamson | Review and analyze govt opp to COVID TRO and attachments (ECF 746) | 1.3 |
| 4/6/20 | Melissa Adamson | Review ND email re: reply tasks | 0.1 |
| 4/6/20 | Melissa Adamson | Co-Counsel call (reply COVID TRO, oral argument) | 0.5 |
| 4/6/20 | Melissa Adamson | Co-Counsel call with PS (reply COVID TRO, drafting) | 0.7 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/6/20 | Melissa Adamson | Review ORR COVID Guidance | 0.4 |
| 4/6/20 | Melissa Adamson | Emails with LSPs re: declarations | 1.6 |
| 4/6/20 | Melissa Adamson | Draft COVID TRO reply | 1.2 |
| 4/6/20 | Melissa Adamson | Review and analyze govt facility data re: release for individual class members | 5.7 |
| 4/6/20 | Melissa Adamson | Confer with ND re: govt facility data re: release for individual class members | 0.3 |
| 4/6/20 | Melissa Adamson | Email Dr. Graves re: govt filing | 0.1 |
| 4/7/20 | Melissa Adamson | Review declaration for reply and provide feedback | 0.2 |
| 4/7/20 | Melissa Adamson | Emails to ND, LW, CA re: LSP declarations | 0.5 |
| 4/7/20 | Melissa Adamson | Review and analyze govt facility data re: release for individual class members | 6.3 |
| 4/7/20 | Melissa Adamson | Emails to team re: analysis of govt facility data | 0.4 |
| 4/7/20 | Melissa Adamson | Draft COVID TRO reply | 3.3 |
| 4/7/20 | Melissa Adamson | Review emails within team re: edits to reply brief | 0.5 |
| 4/7/20 | Melissa Adamson | Confer with DDG re: govt facility data | 0.1 |
| 4/7/20 | Melissa Adamson | Review DDG email re: fingerprinting, home study | 0.2 |
| 4/7/20 | Melissa Adamson | Email ND re: reply edits | 0.1 |
| 4/7/20 | Melissa Adamson | Email ND re: Dr. Graves declaration | 0.4 |
| 4/7/20 | Melissa Adamson | Review declaration for reply and provide feedback | 0.1 |
| 4/7/20 | Melissa Adamson | Emails with Wang re: ORR COVID Guidance | 0.1 |
| 4/7/20 | Melissa Adamson | Emails within team re: declarations | 0.3 |
| 4/7/20 | Melissa Adamson | Review DDG email re: reply brief | 0.3 |
| 4/7/20 | Melissa Adamson | Review DDG email re: Dr. Graves declaration | 0.1 |
| 4/7/20 | Melissa Adamson | Review declaration  and provide feedback | 0.4 |
| 4/7/20 | Melissa Adamson | Emails with Gahng re: declaration | 0.3 |
| 4/7/20 | Melissa Adamson | Call with Dr. Graves re: declaration | 0.5 |
| 4/7/20 | Melissa Adamson | Review Dr. Graves declaration | 0.7 |
| 4/7/20 | Melissa Adamson | Emails with Dr. Graves re: declaration | 0.4 |
| 4/8/20 | Melissa Adamson | Review emails within team re: brief edits | 0.9 |
| 4/8/20 | Melissa Adamson | Confer with CA re: brief edits | 0.2 |
| 4/8/20 | Melissa Adamson | Confer with ND re: brief edits | 0.1 |
| 4/8/20 | Melissa Adamson | Emails with Dr. Graves re: declaration | 0.1 |
| 4/8/20 | Melissa Adamson | Emails with team re: finalizing exhibits | 0.8 |
| 4/8/20 | Melissa Adamson | Review ND email re: reply tasks | 0.1 |
| 4/8/20 | Melissa Adamson | Cite-check reply brief | 1.9 |
| 4/8/20 | Melissa Adamson | Emails with KS, DDG, FP, CA re: cite-checking reply brief | 0.4 |
| 4/8/20 | Melissa Adamson | Confer with ND, DDG, CA re: reply brief | 0.5 |
| 4/8/20 | Melissa Adamson | Review Cambria declaration and provide feedback | 0.2 |
| 4/8/20 | Melissa Adamson | Call with DDG re: brief edits | 0.2 |
| 4/8/20 | Melissa Adamson | Review govt's supplement to response (ECF 755) | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/8/20 | Melissa Adamson | Review emails within team re: ECF issues | 0.2 |
| 4/9/20 | Melissa Adamson | Review emails from LSPs re: COVID concerns at facilities | 0.2 |
| 4/9/20 | Melissa Adamson | Emails within team re: hearing preparation | 0.1 |
| 4/10/20 | Melissa Adamson | Review tentative court order | 0.2 |
| 4/10/20 | Melissa Adamson | Attend OSC PI court hearing | 0.8 |
| 4/10/20 | Melissa Adamson | Review 4/10 court order (ECF 768) | 0.2 |
| 4/10/20 | Melissa Adamson | Email Dr. Graves re: 4/10 court hearing, order | 0.1 |
| 4/10/20 | Melissa Adamson | Call with ND re: Flores data reports, data requests | 0.3 |
| 4/10/20 | Melissa Adamson | Email to LW, ND re: Flores data reports, data requests | 0.2 |
| 4/13/20 | Melissa Adamson | Emails to team re: govt facility data analysis, COVID outbreak | 0.4 |
| 4/13/20 | Melissa Adamson | Emails with LW, ND re: ORR data, COVID rates | 0.4 |
| 4/13/20 | Melissa Adamson | Call with Dr. Wang re: ORR data, COVID rates | 0.6 |
| 4/13/20 | Melissa Adamson | Emails with CH, LW, ND, HC re: ORR data, COVID rates | 0.3 |
| 4/14/20 | Melissa Adamson | Email DDG re: Flores data reports | 0.1 |
| 4/14/20 | Melissa Adamson | Edit letter to Special Monitor ASO re: data/guidance requests | 0.4 |
| 4/14/20 | Melissa Adamson | Email DOF re: LSP declarations | 0.1 |
| 4/17/20 | Melissa Adamson | Review ND email re: LSP call and release issues | 0.1 |
| 4/17/20 | Melissa Adamson | Review govt response and attachments (ECF 772) | 1.2 |
| 4/17/20 | Melissa Adamson | Confer with ND re: govt response | 0.1 |
| 4/17/20 | Melissa Adamson | Call with LSP re: COVID concerns, MPP children not being released | 0.7 |
| 4/18/20 | Melissa Adamson | Review ND email re: reply brief tasks | 0.1 |
| 4/18/20 | Melissa Adamson | Emails with LD, DDG, FP, ND re: reply brief tasks | 0.2 |
| 4/19/20 | Melissa Adamson | Email to DOF re: Dr. Graves declaration for reply | 0.3 |
| 4/19/20 | Melissa Adamson | Draft reply brief | 2.4 |
| 4/20/20 | Melissa Adamson | Emails within team re: brief drafting and edits | 0.7 |
| 4/20/20 | Melissa Adamson | Edit brief draft | 0.5 |
| 4/20/20 | Melissa Adamson | Co-Counsel call re reply to Defs. Second Supp. Response | 0.7 |
| 4/20/20 | Melissa Adamson | Call with Dr. Graves re: declaration | 1.1 |
| 4/20/20 | Melissa Adamson | Call with ND re: Dr. Graves declaration | 0.4 |
| 4/20/20 | Melissa Adamson | Edit brief draft | 3.6 |
| 4/20/20 | Melissa Adamson | Email LW, ND, DDG, FP re: brief draft | 0.4 |
| 4/20/20 | Melissa Adamson | Email ND re: LSP declaration | 0.6 |
| 4/20/20 | Melissa Adamson | Review Dr. Graves declaration and provide feedback | 1.8 |
| 4/20/20 | Melissa Adamson | Email Dr. Graves re: declaration | 0.1 |
| 4/20/20 | Melissa Adamson | Review Gahng declaration and provide feedback | 1.1 |
| 4/20/20 | Melissa Adamson | Email Gahng re: declaration | 0.1 |
| 4/20/20 | Melissa Adamson | Confer with FP re: brief edits | 0.5 |
| 4/20/20 | Melissa Adamson | Emails with ND re: declarations | 0.2 |
| 4/20/20 | Melissa Adamson | Emails within team re: Dr. Graves declaration | 0.3 |
| 4/21/20 | Melissa Adamson | Review updated Dr. Graves declaration and provide feedback | 0.8 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/21/20 | Melissa Adamson | Confer with FP re: COVID rates, data | 0.1 |
| 4/21/20 | Melissa Adamson | Emails to CH, ND, LW re: COVID rates, data | 0.5 |
| 4/21/20 | Melissa Adamson | Emails with ND, LW re: Dr. Graves declaration | 0.2 |
| 4/21/20 | Melissa Adamson | Edit reply brief draft | 2.4 |
| 4/21/20 | Melissa Adamson | Compile edits to brief draft | 1.1 |
| 4/21/20 | Melissa Adamson | Edit brief, add information from declarations | 3.7 |
| 4/21/20 | Melissa Adamson | Email to LW, DDG, FP, KS re: brief draft | 0.1 |
| 4/21/20 | Melissa Adamson | Emails with Dr. Graves re: declaration | 0.2 |
| 4/21/20 | Melissa Adamson | Emails with LW, ND re: ICE data for reply | 0.3 |
| 4/21/20 | Melissa Adamson | Confer with ND re: brief edits | 0.2 |
| 4/21/20 | Melissa Adamson | Review DDG email re: exhibits | 0.1 |
| 4/21/20 | Melissa Adamson | Review  declaration in support of reply and provide feedback | 0.1 |
| 4/21/20 | Melissa Adamson | Review updated Gahng declaration | 0.2 |
| 4/21/20 | Melissa Adamson | Emails within team re: declarations | 0.6 |
| 4/21/20 | Melissa Adamson | Edit brief draft, add information from declarations | 2.8 |
| 4/21/20 | Melissa Adamson | Confer with FP re: brief edits | 0.2 |
| 4/21/20 | Melissa Adamson | Confer with ND re: brief edits | 0.2 |
| 4/22/20 | Melissa Adamson | Emails within team re: brief edits | 1.4 |
| 4/22/20 | Melissa Adamson | Emails with Dr. Graves re: declaration | 0.2 |
| 4/22/20 | Melissa Adamson | Review DDG, LW emails re: class member declaration | 0.1 |
| 4/22/20 | Melissa Adamson | Emails within team re: exhibits | 0.5 |
| 4/22/20 | Melissa Adamson | Emails with DDG, KS re: exhibits | 0.8 |
| 4/22/20 | Melissa Adamson | Review Venters declaration and provide feedback | 0.2 |
| 4/22/20 | Melissa Adamson | Emails with LW, ND re: Devereaux declaration | 0.2 |
| 4/22/20 | Melissa Adamson | Review Devereaux declaration and provide feedback | 0.8 |
| 4/22/20 | Melissa Adamson | Emails with Devereaux re: declaration | 0.3 |
| 4/22/20 | Melissa Adamson | Confer with ND re: declarations | 0.2 |
| 4/22/20 | Melissa Adamson | Email FP re: citations | 0.2 |
| 4/22/20 | Melissa Adamson | Confer with DDG re: exhibits | 0.3 |
| 4/22/20 | Melissa Adamson | Cite-check reply brief | 2.6 |
| 4/22/20 | Melissa Adamson | Emails with FP, DDG, CA, KS re: cite-check | 0.6 |
| 4/22/20 | Melissa Adamson | Emails with DOF, JJM, MJ re: cite-check | 0.4 |
| 4/22/20 | Melissa Adamson | Cite-check reply brief | 1.7 |
| 4/22/20 | Melissa Adamson | Confer with FP re: cite-check | 0.5 |
| 4/22/20 | Melissa Adamson | Email FP re: edits to reply brief | 0.6 |
| 4/22/20 | Melissa Adamson | Review emails within team re: reply brief edits and filing | 0.5 |
| 4/22/20 | Melissa Adamson | Confer with DDG re: brief edits | 0.2 |
| 4/22/20 | Melissa Adamson | Emails with DOF, MJ, JJM, FP re: exhibit citations | 0.3 |
| 4/22/20 | Melissa Adamson | Emails with ND, FP, DDG, KS re: brief edits | 0.3 |
| 4/22/20 | Melissa Adamson | Emails within team re: filing | 0.4 |
| 4/23/20 | Melissa Adamson | Review and analyze Special Monitor report (ECF 780) | 0.8 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/23/20 | Melissa Adamson | Email to team re: Special Monitor report and data | 0.5 |
| 4/24/20 | Melissa Adamson | Emails with LW, ND re: ORR data | 0.4 |
| 4/24/20 | Melissa Adamson | OSC PI / MTE court hearing | 1.3 |
| 4/24/20 | Melissa Adamson | Review 4/24 court order (ECF 784) | 0.8 |
| 4/24/20 | Melissa Adamson | Email Dr. Graves re: 4/24 court order | 0.2 |
| 4/26/20 | Melissa Adamson | Emails with ND re: 4/24 court order | 0.1 |
| 4/27/20 | Melissa Adamson | Review ND email re: MPP children being deported from ORR | 0.2 |
| 4/27/20 | Melissa Adamson | Co-Counsel call (MPP removals, next steps) | 0.3 |
| 4/29/20 | Melissa Adamson | Review March HHS data report | 0.8 |
| 4/29/20 | Melissa Adamson | Email team summary of HHS data report | 0.3 |
| 4/30/20 | Melissa Adamson | Review transcript from 4/24 court hearing | 0.9 |
| 5/1/20 | Melissa Adamson | Emails within team re: COVID outbreak at ORR facility | 0.1 |
| 5/4/20 | Melissa Adamson | Co-Counsel call (home study delays) | 0.1 |
| 5/6/20 | Melissa Adamson | Review LSP emails re: imminent removal of MPP class members | 0.1 |
| 5/6/20 | Melissa Adamson | Review emails within team re: COVID policies at facility | 0.1 |
| 5/11/20 | Melissa Adamson | Co-Counsel call (letter to JC, MPP removal) | 0.5 |
| 5/15/20 | Melissa Adamson | Review May ORR/ICE JC reports (ECF 788-1, 2) | 0.6 |
| 5/15/20 | Melissa Adamson | Review emails re: COVID policies at ORR facility, LSP communications | 0.1 |
| 5/18/20 | Melissa Adamson | Review unredacted May ORR JC report | 0.1 |
| 5/21/20 | Melissa Adamson | Review LSP declarations re: class member release delays | 0.1 |
| 5/22/20 | Melissa Adamson | Email to CH re: ORR COVID policies | 0.1 |
| 5/22/20 | Melissa Adamson | Attend court hearing re: COVID MTE | 1.0 |
| 5/22/20 | Melissa Adamson | Co-counsel call (re: COVID MTE hearing) | 0.2 |
| 5/25/20 | Melissa Adamson | Review govt response (ECF 801) | 0.1 |
| 5/25/20 | Melissa Adamson | Confer with DDG re: govt response | 0.1 |
| 5/27/20 | Melissa Adamson | Review draft meet/confer letter re: class members' delayed release | 0.1 |
| 6/1/20 | Melissa Adamson | Review April 2020 ICE/CBP/HHS data reports | 0.3 |
| 6/1/20 | Melissa Adamson | Review LSP email re: status of home studies | 0.1 |
| 6/1/20 | Melissa Adamson | Co-Counsel call (status conference, updates from LSPs) | 0.9 |
| 6/2/20 | Melissa Adamson | Email CH, ND, HC, PJ summary of April ICE/CBP/HHS data reports | 0.3 |
| 6/5/20 | Melissa Adamson | Review CH email re: updated ORR home study guidance | 0.2 |
| 6/8/20 | Melissa Adamson | Co-Counsel call (status conference, meet and confer updates) | 0.3 |
| 6/8/20 | Melissa Adamson | Review ORR JC report and attachments (ECF 808, 810) | 0.6 |
| 6/12/20 | Melissa Adamson | Review court order 6/12 (ECF 819) | 0.2 |
| 6/15/20 | Melissa Adamson | Co-Counsel call (response to JC report) | 0.2 |
| 6/16/20 | Melissa Adamson | Review draft response to ORR JC report | 0.2 |
| 6/22/20 | Melissa Adamson | Co-Counsel call (status conference) | 0.4 |
| 6/26/20 | Melissa Adamson | Review court order 6/26 (ECF 833) | 0.1 |
| 6/26/20 | Melissa Adamson | Court status conference hearing | 1.1 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| Total | | | 143.0 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/6/20 | Diane de Gramont | Full team call with NCYL and co-counsel re TRO reply, COVID-19 response | 0.5 |
| 4/6/20 | Diane de Gramont | Analyze Defendants' filings in response to TRO | 2.6 |
| 4/7/20 | Diane de Gramont | Review data provided by Defendants in response to court order re TRO | 1.5 |
| 4/7/20 | Diane de Gramont | Call with NCYL and co-counsel re preliminary injunction response | 0.7 |
| 4/7/20 | Diane de Gramont | Review declaration of Dr. Graves in support of Pls reply in support of TRO and PI | 0.4 |
| 4/7/20 | Diane de Gramont | Draft fact section of reply brief in support of TRO and PI re fingerprinting and home studies | 5.6 |
| 4/7/20 | Diane de Gramont | Draft legal section of reply brief in support of TRO and PI re fingerprinting and home studies | 2.2 |
| 4/7/20 | Diane de Gramont | Revise reply brief in support of TRO and PI | 2.0 |
| 4/8/20 | Diane de Gramont | Review declarations for reply brief in support of PI | 1.4 |
| 4/8/20 | Diane de Gramont | Revise reply brief in support of TRO and PI | 4.2 |
| 4/9/20 | Diane de Gramont | Prepare supplemental exhibits in support of TRO and PI | 1.6 |
| 4/10/20 | Diane de Gramont | Attend telephonic hearing re TRO and PI | 0.8 |
| 4/10/20 | Diane de Gramont | Full team call with NCYL and co-counsel re next steps following hearing | 0.6 |
| 4/13/20 | Diane de Gramont | Full team call with NCYL and co-counsel re COVID-19 response and prep for prelim injunction hearing | 0.7 |
| 4/18/20 | Diane de Gramont | Outline response to Defs. arguments re fingerprinting requirements | 1.1 |
| 4/19/20 | Diane de Gramont | Review Defs. Second Supp Response to TRO | 0.3 |
| 4/19/20 | Diane de Gramont | Draft section of reply brief re fingerprinting and home studies | 2.0 |
| 4/20/20 | Diane de Gramont | Draft section of reply brief re fingerprinting and home studies | 3.2 |
| 4/20/20 | Diane de Gramont | Review outline of reply to Defs. Second Supp Response | 0.3 |
| 4/20/20 | Diane de Gramont | Full team call with NCYL and co-counsel re reply to Defs. Second Supp. Response | 0.7 |
| 4/21/20 | Diane de Gramont | Draft section of reply brief re fingerprinting and home studies | 0.9 |
| 4/21/20 | Diane de Gramont | Revise draft reply to Defs. Second Supp. Response | 0.6 |
| 4/21/20 | Diane de Gramont | Review legal service provider declarations in support of reply brief | 2.2 |
| 4/21/20 | Diane de Gramont | Review district court's June 27 order re ICE releases for reply brief | 0.7 |
| 4/21/20 | Diane de Gramont | Revise section of reply brief re ICE releases | 0.6 |
| 4/21/20 | Diane de Gramont | Compile exhibits for reply to Defs. Second Supp. Response | 6.1 |
| 4/22/20 | Diane de Gramont | Review legal service provider declarations in support of reply brief | 0.3 |
| 4/22/20 | Diane de Gramont | Review motion to seal for reply brief | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 4/22/20 | Diane de Gramont | Cite-check reply to Defs. Second Supp Opposition | 1.8 |
| 4/22/20 | Diane de Gramont | Finalize exhibits for reply to Defs. Second Supp. Response | 5.6 |
| 4/23/20 | Diane de Gramont | Prepare outline of arguments to prep for 4-24-20 hearing | 0.8 |
| 4/23/20 | Diane de Gramont | Research caselaw in Defs. Objections to reply brief | 1.8 |
| 4/24/20 | Diane de Gramont | Attend hearing on motion for TRO and preliminary injunction | 1.3 |
| 4/27/20 | Diane de Gramont | Full team call with NCYL and co-counsel re next steps on motion to enforce | 0.3 |
| 5/4/20 | Diane de Gramont | Full team call with NCYL and co-counsel re COVID-19 order | 0.1 |
| 5/15/20 | Diane de Gramont | Review ORR Juvenile Coordinator report | 0.4 |
| 5/18/20 | Diane de Gramont | Draft email to legal service providers re upcoming status conference | 1.5 |
| 5/19/20 | Diane de Gramont | Draft response to ORR Juvenile Coordinator Report | 3.8 |
| 5/20/20 | Diane de Gramont | Analyze declaration in support of response to JC report | 0.7 |
| 5/21/20 | Diane de Gramont | Analyze declaration in support of response to JC report | 0.4 |
| 5/21/20 | Diane de Gramont | Revise draft response to ORR Juvenile Coordinator Report | 0.7 |
| 5/22/20 | Diane de Gramont | Attend telephonic status conference | 1.0 |
| 6/1/20 | Diane de Gramont | Full team call with NCYL and co-counsel re MTE, prep for status hearing | 0.9 |
| 6/8/20 | Diane de Gramont | Full team call with NCYL and co-counsel re upcoming status hearing | 0.3 |
| 6/9/20 | Diane de Gramont | Review ORR Juvenile Coordinator Report | 0.4 |
| 6/15/20 | Diane de Gramont | Full team call with NCYL and co-counsel re status hearing | 0.2 |
| 6/16/20 | Diane de Gramont | Revise Pls response to ORR Juvenile Coordinator Report | 0.6 |
| 6/17/20 | Diane de Gramont | Revise Pls response to ORR Juvenile Coordinator Report | 0.4 |
| 6/22/20 | Diane de Gramont | Full team call with NCYL and co-counsel re upcoming status conference | 0.4 |
| Total | | | 67.5 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 4/8/20 | Kira Setren | Bluebooked, citechecked, proofread, and edited the Flores Reply iso Motion for PI Emergency ex parte application for TRO as to re release of class members [733] | 1.1 |
| 4/8/20 | Kira Setren | Prepared tables for the Flores Reply iso Motion for PI Emergency ex parte application for TRO as to re release of class members [733] | 1.3 |
| 4/8/20 | Kira Setren | Prepared and filed motion to exceed page count | 1.1 |
| 4/8/20 | Kira Setren | Prepared and filed corrected reply brief | 0.4 |
| 4/14/20 | Kira Setren | Flores filed sealed exhibit P and prepared service | 0.6 |
| 4/21/20 | Kira Setren | Flores PI: prepared exhibits; drafted sealing papers | 9.0 |
| 4/22/20 | Kira Setren | Flores PI: prepared exhibits, sealing papers, bluebooked and citechecked brief, e-filed sealing papers | 13.0 |
| 4/24/20 | Kira Setren | ECF filed sealed reference list re: PI reply | 0.2 |
| **Total** | | | **26.7** |

# **Exhibit C**

| | 9th Cir. Inflation-adjusted rate | Market Rates | |
|---|---|---|---|
| Year | | L. Welch | Paralegal |
| 2020 | $  207.78 | $ 690.00 | $        100.00 |

| Attorneys | Law School Graduation Year | Year Work was Performed | Hours | Fees at 9th Cir. Inflation adjusted rate | Fees at Market Rates | Fees after 10% Reduction | Fees Requested |
|---|---|---|---|---|---|---|---|
| Leecia Welch | 1996 | 2020 | 108.4 | $    22,523.35 | $ 74,796.00 | $    67,316.40 | $    67,316.40 |
| Neha Desai | 2006 | 2020 | 64.9 | $    13,484.92 | | $    12,136.43 | $    12,136.43 |
| Poonam Juneja | 2009 | 2020 | 44.3 | $      9,204.65 | | $      8,284.19 | $      8,284.19 |
| Freya Pitts | 2013 | 2020 | 73.3 | $    15,230.27 | | $    13,707.25 | $    13,707.25 |
| Melissa Adamson | 2017 | 2020 | 143 | $    29,712.54 | | $    26,741.29 | $    26,741.29 |
| Diane de Gramont | 2017 | 2020 | 67.5 | $    14,025.15 | | $    12,622.64 | $    12,622.64 |
| Kira Setren | Paralegal | 2020 | 26.7 | | $  2,670.00 | $      2,403.00 | $      2,403.00 |
| **Firm sub-total** | | | **528.1** | **$ 104,180.89** | | | **$ 143,211.19** |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2021, I served the foregoing exhibit on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<u>/s/Peter Schey</u>
*Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS
AND CONSTITUTIONAL LAW
Peter A. Schey