PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional
Law 256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone:  (213) 388-8693

Email:      crholguin@centerforhumanrights.org
            pschey@centerforhumanrights.org

*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

|  |  |
|---|---|
| JENNY LISETTE FLORES, *et al*., <br><br> Plaintiffs, <br><br> v. <br><br> WILLIAM BARR, Attorney General, *et al*., <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> EXHIBIT 7: HOLLY COOPER DECLARATION  IN SUPPORT OF MOTION FOR AWARD OF ATTORNEYS' FEES <br><br> Hearing: December 10, 2021 <br> Time: 9:30 AM <br> Judge: Hon. Dolly Gee |

*Attorneys for Plaintiffs continued*

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland,  CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

/ / /

-ii-

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

|  |  |  |
|---|---|---|
| **Jenny Lisette Flores, et al.,** | ) | **Case No.: CV 85-4544-DMG-AGRx** |
|  | ) |  |
| **Plaintiffs,** | ) |  |
| **v.** | ) | **DECLARATION OF HOLLY S. COOPER** |
|  | ) | **IN SUPPORT OF PLAINTIFFS' MOTION** |
| **MERRICK GARLAND, U.S. Attorney** | ) | **FOR ATTORNEY'S FEES** |
| **General, *et al.*,** | ) |  |
|  | ) | **Honorable Dolly M. Gee** |
| **Defendants.** | ) |  |
|  | ) |  |
|  | ) |  |
|  | ) |  |

I, HOLLY S. COOPER, declare:

1.  I am an attorney, clinical professor, and Co-Director of the UC Davis School of Law's Immigration Law Clinic. My business address is: One Shields Ave. TB-30, Davis, CA 95616. I am licensed to practice law before the courts of the State of California, the United States District Courts for the Northern, Central, Southern and Eastern Districts of California, the United States Courts of Appeals for the Ninth Circuit and the Supreme Court of the United States. My California State Bar number is 197626.

2.  I received my Juris Doctorate from U.C. Davis School of Law in May of 1998.

3.  I make this declaration in support of Plaintiffs' Motion for Attorney Fees under the Equal Access to Justice Act in *Flores v. Garland*, Docket Number: CV 85-4544-DMG (AGRx). I am co-counsel in the case representing Plaintiffs.

4.  Before coming to U.C. Davis School of Law, I worked at Reed Smith LLP (formerly Crosby, Heafey, Roach & May LLP), Fellom & Solorio, and the Florence Immigrant & Refugee Rights Project ("Florence Project") in Florence, Arizona.   At the Florence

1

Project I initiated the first friend of the court program for detained immigrant children in collaboration with the Executive Office for Immigration Review. These experiences helped me develop an expertise in litigating the rights of immigrants, especially the rights of detained immigrant children.

5.    I began teaching at UC Davis School of Law in March 2006 as the Associate Director of the Immigration Law Clinic ("the Clinic"). I became the Co-Director of the Clinic around 2016. The focus of my practice at the Clinic is training students in complex federal immigration litigation. The Clinic represents immigrants in detention in federal court actions, including writs of habeas corpus, petitions for review, petitions at the Supreme Court, and class action litigations in pursuit of more procedural fairness and to obtain better conditions in immigration detention centers.

6.    Since 1998, my practice has been almost exclusively in the area of immigration law. I specialize in the intersection of immigrants' rights, civil rights, the immigration consequences of criminal convictions, and prisoners' rights. In the Clinic, I focus on creating a pedagogical program to educate law students on the civil rights of immigrant prisoners and detainees and how to effectively advocate on their behalf.

7.    Since 1998, I estimate that I have represented hundreds of individuals in individual proceedings before the United States Citizenship and Immigration Services, the former Immigration and Naturalization Service, the Department of Homeland Security, the Executive Office for Immigration Review, the Board of Immigration Appeals, the United States District Courts, the United States Circuit Courts of Appeals for the Ninth Circuit, and the Supreme Court of the United States. I have also represented the interests of thousands of class members in class action litigations or enforcement of consent decrees.

8.    I have been a member of the American Immigration Lawyers Association ("AILA") since 1999.  I was appointed for two years to the AILA Liaison Committee to the Office of the Chief Immigration Judge and Board of Immigration Appeals. I also served for a full five-year tenure on the ABA's Immigration Commission, and currently serve on the Immigration Committee under the Criminal Justice Section of the ABA.

2

9.   I have also received the following awards for my advocacy:

- The Al Otro Lado Honey Badger Award For Tenacious Advocacy 2020

- UC Davis Distinguished Public Service Award 2019

- Woman of the Year 2018 for District 04 (selected by Assemblymember Aguiar-Curry)

- Woman of the Year 2018 Congressman Garamendi

- Mexican American Concilio Community Award (2017)

- Legal Services for Children's Community Partner Award (2017)

- Yolo County District Attorney's Multi-Cultural Community Council Award (2017)

- UC Davis Immigration Law Clinic Recognition State Senate (2017)

- UC Davis Immigration Law Clinic Recognition State Assembly (2016)

- National Lawyers Guild – Carol Weiss King Award (2011)

- King Hall Legal Foundation – Outstanding Alumni Award (2011)

- UC Davis Immigration Clinic Alumni Council – Public Interest Award (2007)

10.   I have successfully litigated, as the attorney of record and as amicus counsel, several cases published as precedent by the federal courts and the California Supreme Court, and many more that were not designated as precedent.  I have directly represented clients or provided amicus briefing in multiple favorable published decisions, including but not limited to: *Flores v. Rosen,* 984 F.3d 720 (9th Cir. 2020) (holding that portions of the federal regulations were in breach of the Flores Settlement Agreement); *Flores v. Sessions,* 862 F. 3d. 863 (9th Cir. 2017) (holding detained children have a continued right to a bond hearing under the Flores Settlement Agreement); *Saravia v. Sessions,* 280 F. Supp. 3d 1168  (N.D. Cal. 2017) *aff'd by Saravia v. Sessions,* 905 F.3d 1137 (9th Cir. 2018) (finding immigrant children who were rearrested on purported gang allegations had right to a bond hearing); *Rodriguez, et al. v. Robbins,* 804 F.3d 1060 (9th Cir. 2015)

(finding immigrants have a right to an individualized bond hearing)[1]; *People v. Patterson,* 2 Cal. 5th 885 (2017) (holding criminal defenders have a duty to provide specific advice as to the immigration consequences of a plea)*; Flores-Torres v. Mukasey,* 548 F.3d 708 (9th Cir. 2008) (finding federal court could exercise habeas jurisdiction over person in immigration custody with colorable claim to US citizenship), and *Flores-Torres v. Holder,* 680 F. Supp. 2d 1099 (N.D. Cal. 2010) (declaring petitioner was a US citizen)*, Robles-Urrea v. Holder,* 678 F.3d 702 (9th Cir. 2012) (holding misprision of a felony was not a crime involving moral turpitude); *Flores-Lopez v. Holder,* 685 F.3d 857 (9th Cir. 2012) (finding resisting arrest was not an aggravated felony); *Singh v. Holder,* 638 F.3d 1196 (9th Cir. 2011) (holding government bore the burden of proof by clear and convincing evidence in administrative bond hearings where immigrant in prolonged detention). The cases have changed the legal landscape of immigration detention, federal court habeas jurisdiction, and criminal deportability.

11.    I have lectured and provided numerous trainings throughout the United States on litigating immigration detention issues at continuing legal education seminars and at the national conferences hosted by the U.S. Court of Appeals for the Ninth Circuit, AILA, the National Immigration Project of the National Lawyers' Guild, and the American Bar Association.  I also served as a full tenure on the ABA Immigration Commission as an advisor and member of the commission.

12.    I have published various articles on detention litigation strategies for AILA including: *Getting Out: Strategies for Challenging Unlawful Detention in Federal Court* (2006) *and Freedom from ICE Custody: A Desert Illusion or A Litigation Possibility?* (2009)*.* I also authored the detention chapter in the Immigrant Legal Resource Center's book entitled Defending Immigrants in the Ninth Circuit (ILRC 2008). A full list of my publications is attached as Exhibit A to this declaration in the form of my curriculum vitae.

13.    I have testified as an expert witness on immigration law. I have served as an expert consultant to Amnesty International and Human Rights Watch for their reports on

---

[1] This case was overruled in part by the Supreme Court of the United States in *Jennings v. Rodriguez,* but remand on the constitutional issue is pending. 138 S. Ct. 830 (2018).

4

immigration detention conditions and the rights of immigrant detainees, and provide expert immigration consultations to Santa Barbara County Public Defenders Office. Moreover, I provided expert declarations in support of Defendants in *USA v. California,* Case No. 2:18-cv-00490-JAM-KJN (lawsuit filed by Trump administration against California, in part, regarding the legality of California's sanctuary laws) and *Padilla v. ICE,* Case No. 2:18-cv-00928-MJP (class action litigation surrounding the legality of detention for arriving asylum seekers). My declarations were cited by the courts in their favorable orders.

14.  I believe that my particular expertise and knowledge were required for successful resolution of this case. This was a complex case that raised complex issues of immigration detention jurisprudence as it pertains to immigrant children, federal litigation, child welfare laws, consent decrees, and constitutional standards. This was not a standard immigration case, such as a straightforward petition for review involving the application of settled law routinely applied. The very fact that the case was a federal class action that involved the intersection of a novel pandemic and the substantive rights under the Flores Settlement Agreement, makes this case unique and more complex than the ordinary case. Highly contested issues of the interpretation of the TVPRA, applicability of the Migrant Protection Protocols ("MPP", also known as the "Remain in Mexico" policy), and the rights under the Flores Settlement Agreement raised complex issues requiring substantive knowledge of the Flores Settlement Agreement, statutory schemes pertaining to unaccompanied children, and immigration principles beyond the scope of that required for most immigration practice. Conversely, although many federal litigators are familiar with adult bond processes, few have the requisite knowledge of complex immigration laws pertaining to children in immigration custody, including the governing settlement agreements and statutory schemes specific to unaccompanied minors.

15.  My experience successfully litigating *Flores v. Sessions,* 862 F. 3d. 863 (9th Cir. 2017) gave me the critical litigation experience to understand legal standards governing consent decrees, and their intersectionality with the instant case.  I also litigated *Singh v. Holder,* 638 F.3d 1196 (9th Cir. 2011) where I successfully challenged the legal standards applied

to immigrants in prolonged detention. Moreover, I gained expertise in federal court jurisdiction through my litigation of *Flores-Torres v. Mukasey*, 548 F.3d 708 (9th Cir. 2008) and *Flores-Torres v. Holder*, 680 F. Supp. 2d 1099 (N.D. Cal. 2010) –where critical aspects of the cases was federal court jurisdiction and the constitutionality and legality of the detention. I also assisted on the amici brief in *Casas-Castrillon v. Dept. of Homeland Sec.,* 535 F.3d 942 (9th Cir. 2008) and *Rodriguez v. Robbins*, 804 F.3d 1060, where the critical issues were determining the substantive and procedural due process rights of immigrants who are detained for prolonged periods of time.  I also successfully filed a petition for writ of habeas corpus *Ramirez v. Burwell,* Case No. 2:16-cv-1511-TLN-EFB, a case involving the legality of the detention of an unaccompanied minor in the custody of the Office of Refugee Resettlement ("ORR").  It was one of the first habeas petitions filed against ORR for a child in prolonged detention. Moreover, most of my published legal articles have dealt with substantive and procedural due process rights of detained immigrants.

16.    I believe that my expertise in these fields of law was necessary for successful resolution of this case because of the important but complicated analysis of child welfare laws, the Flores Settlement Agreement, and unique issues that apply to the release and custody of unaccompanied minors. Moreover, development of the legal issues in the motion for restraining order and motion to enforce the Flores Settlement Agreement required someone with my knowledge and years of experience litigating enforcement of the Flores Settlement Agreement.

17.    Very few immigration attorneys in the country engage in federal court litigation on behalf of detained immigrant children—in fact *Ramirez v. Burwell* was one of the few habeas petitions in the entire nation that had been filed on behalf of a detained child in the custody of the Office of Refugee Resettlement. Of those attorneys, very few would have taken on a case of this complexity. I do not believe that there are any qualified attorneys that would be willing to engage in this complex litigation at the EAJA statutory rate. I requested an enhanced rate of $700 per hour.

18.   I am proficient in Spanish. The majority of class members in the litigation are monolingual Spanish-speakers. In my opinion, the ability to communicate with these class members in their native language is essential to afford them a fair chance of prevailing and understanding their rights.

19.   I have personally reviewed the records and I am now seeking attorneys' fees for only 117.57 hours I spent on this litigation, which under enhanced rate calculations amounts to $82,299.00. This is a conservative number and is nowhere close to the amount of time I have expended on this litigation on, among other things, fact gathering, drafting, reviewing, editing, and responding to briefs and declarations, and conducting legal research. I exercised billing discretion and eliminated countless hours of calls and emails with co-counsel and other advocates assisting us in obtaining information needed for all motions related to COVID-19 litigation between March 2020 and June 26, 2020, as well as time spent with students or clerical matters related to this litigation. I have also not included time I or the Clinic's staff attorneys spent post June 26, 2020 related to enforcing the Court's COVID-19 orders, nor have I included any of our time spent preparing this EAJA motion brief and supporting documents. A printout of my time records is attached to this declaration as Exhibit B.

20.   I also personally and closely supervised the work of the Clinic's three staff attorneys working on this case: Daisy Felt, Jonathan Mulligan and Monica Julian. I have reviewed each of their timesheets for time spent on this litigation and similarly applied billing discretion to eliminate time spent on the activities noted in paragraph 19 of this declaration. The total amount of time that the staff attorneys spent on the Flores COVID-19 TRO/MTE from March 2020 to June 26, 2020 is as follows: Daisy Felt, 205.87 hours; Jonathan Mulligan 140.99 hours; and Monica Julian 116.59 hours. Each attorney is seeking the Ninth Circuit inflation rate for 2020 of $207.78 per hour. As such, they are seeking attorneys' fees in this litigation in the following amount: Daisy Felt, $42,775.67; Jonathan Mulligan, $29,294.90; and Monica Julian, $24,225.07. The time records of the Clinic's staff attorneys are attached to this declaration as Exhibit C.

21.   Based on my judgment and experience, the work performed by the Clinic's attorneys in this case relating to the Flores COVID-19 Temporary Restraining Order and Motion to Enforce was reasonable, necessary, and justified based on the number and complexity of the issues presented in this matter.

22.   Any fees awarded for the Clinic's time in this matter will allow the Clinic to further its mission of advancing the rights of detained under-represented immigrants, by among other things, challenging the conditions of their confinement and contesting their confinement in federal court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed September 24, 2021 in Woodland, California.

Holly S. Cooper
Declarant

8

Exhibit A

# Holly Stafford Cooper
**UNIVERSITY OF CALIFORNIA, DAVIS**
**SCHOOL OF LAW**
**One Shields Avenue TB 30**
**Davis, CA 95616**

---

## EDUCATION

University of California, Davis, School of Law
     Juris Doctorate, May 1998

Loyola University School of Law
     1995-1996

University of California, San Diego
     Bachelor of Arts in Political Science, June 1993

*Universita di Padova*, Italy  1991-1992
     *Facolta delle Scienze Politiche*

---

## IMMIGRATION-RELATED WORK EXPERIENCE

**University of California, Davis School of Law**
Davis, California

Lecturer March 2006-present
Teach weekly classes for the Immigration Law Clinic on timely litigation strategies for detained immigrants.  Classes focus on practical litigation skills for students enrolled in the Immigration Law Clinic.  The course engages students to explore immigration consequences for criminal defendants; federal litigation strategies for detained immigrants; post-conviction relief for immigrant criminal defendants and students strategize about the immigration cases being represented by the students.

Supervising Attorney for the King Hall Immigrant Detention Program ("KHID")
Supervise law students representing immigrant detainees.  Students represent detained immigrant clients before the Executive Office for Immigration Review, the Ninth Circuit Court of Appeals, before the District Courts on writ of habeas corpus and before the Board of Immigration Appeals.  KHID also advocates for legislative change for detained immigrants.

ABA Immigration Commission Member (2012 – 2017)
Help in drafting amicus briefs for the ABA on immigration detention issues, authored resolutions, authored comments on immigration and detention regulations, help plan panels, MCLE trainings on immigration law, and participated in border delegations.

**Florence Immigrant & Refugee Rights Project**
Florence, Arizona

<u>Senior Staff Attorney 2002-2006</u>
Supervise legal staff, legal interns, and pro bono lawyers at the Florence Project.  Conduct daily
rights presentations at the Eloy Detention Center and conduct individual interviews with detainees.
Represent detainees in immigration proceedings and supervise law students representing detainees
before the immigration court.  Represent individuals on appeal before the Board of Immigration
Appeals.  Assist detainees with pro se writs of habeas corpus, petitions for review at the Ninth
Circuit, any application for relief before the immigration court.  Write legal briefs, motions and
pleading sheets for individual detainees.  Advise state and federal public defenders on potential
immigration consequences for criminal convictions.

<u>Detained Children's Attorney October 2000-October 2002</u>
Initiated Detained Children's Project for minors detained in Department of Homeland Security
custody. Created a model for rights presentations for detained children. Provided rights
presentations and individual orientations to all children in DHS custody in Arizona. Represented
children in immigration proceedings. Developed and trained network of  pro bono attorneys for
detained children's cases. Advocated for improved conditions of confinement for detained children.
Assisted in federal litigation allowing detained juveniles to access state court dependency
proceedings.  Developed model briefs for national distribution on asylum issues for children.

**Law Offices of Fellom & Solorio**
San Francisco, CA

<u>Staff Attorney  October 1999-October 2000</u>
Represented clients with immigration related matters, i.e., removal, asylum proceedings, asylum
interviews, adjustment of status interviews and naturalization interviews.  Wrote legal briefs.

**La Raza Centro Legal**
San Francisco, CA October 1999 - October 2000
Volunteered at legal clinic to provide immigration-related advice to clients.

**San Francisco Bar Association Immigrant HIV Assistance Program**
August 1999-October 2000.
Volunteered to assist HIV-positive asylees with applications to adjust status.

MCLE Training on "How to Adjust an HIV-positive Asylee."

**Lawyers' Committee for Civil Rights**
San Francisco, CA, November 1998 - October 2000

Volunteered to represent multiple political asylum applicants in preparing asylum applications,
researching country conditions, and preparing briefs.

Presented MCLE lecture for immigration lawyers on August 31, 1999 on Pro Bono Representation for Asylees

Volunteered for Street Law Program. Taught class about affirmative action legislation.

**National Network for Immigrant and Refugee Rights**
Oakland, CA January 1999 – October 2000
Volunteered to prepare article persuading jurisdictions to pass municipal ordinances creating "safe havens" for immigrants.

**U.C. Davis School of Law, Immigration Clinic**
August 1997 – September 1998
Represented clients in removal proceedings as a law student under the supervision of Professor Smith.  Prepared clients for hearings.  Drafted legal briefs in support of clients' cases.

**Immigration Bond Project of the National Lawyers Guild**, San Francisco, CA
September 1997- March 1998
Represented detainees in DHS detention facility for bond redetermination hearings. Wrote legal motions and gathered evidence.

**Proyecto Adelante,** Dallas, Texas
August 1995-August 1995
Volunteered at an immigration clinic for political asylum applicants.
Drafted declarations and asylum applications.

---

**OTHER LEGAL EXPERIENCE**

**Black Lives Matter Sacramento (2016-present)**
Legal Advisor

**Santa Barbara Public Defenders Office (2016-present)**
Legal Advisor

**Crosby, Heafey, Roach and May, P.C**., Oakland, CA
Associate Attorney -September 1998- October 1999

Researched and prepared legal memoranda and motions. Attended mediations. Prepared discovery.

**Kean, Miller, Hawthorne, D'Armond, McCowan, & Jarman**, L.L.P., Baton Rouge, LA
Legal Intern- June 1996-August 1996

Researched and prepared legal memoranda on recent tort reforms, environmental issues, contract disputes, and labor law.

**Legal Services of North Texas, Pro Bono Division**, Dallas, Texas
Legal Assistant – June 1994-August 1995

Placed pro bono cases with volunteer attorney and local law firms.

Prepared pleadings, answers and motions for volunteers. Translator for Spanish speaking clients.

---

## RECOGNITION AND AWARDS

UC Davis Distinguished Service Award 2019
Woman of the Year of U.S. Congress 2018 (selected by Rep. Garamendi).
Woman of the Year for District 04 2017 (selected by Assemblymember Aguiar-Curry)
Mexican American Concilio Community Award (2017)
Legal Services for Children's Community Partner Award (2017)
Yolo County District Attorney's Multi-Cultural Community Council Award (2017)
UC Davis Immigration Law Clinic Recognition State Senate (2017)
UC Davis Immigration Law Clinic Recognition State Assembly (2016)
National Lawyers Guild – Carol Weiss King Award (2011)
King Hall Legal Foundation – Outstanding Alumni Award (2011)
UC Davis Immigration Clinic Alumni Council – Public Interest Award (2007)

---

## PROFESSIONAL AFFILIATIONS

American Immigration Lawyers' Association

National Lawyers Guild

American Bar Association, Appointed as Member of the Immigration Commission (2012-2017)

American Bar Association Criminal Justice Section – Immigration Committee (2015- present)

Pro Bono Mentor to Circuit Court of Appeals for the Ninth Circuit (2008 – present).

AILA Liaison Committee to the Office of Chief Immigration Judge and Board of Immigration Appeals (2006-2008)

Appointed by AILA to Committee to Enforce the Alberto Gonzales Memorandum on Accountability for Immigration Judges

---

## ADVISORY BOARD AND STEERING COMMITTEE MEMBERSHIP

ABA Immigration Commission Member
American Bar Association Criminal Justice Section – Immigration Committee (2015- present)
UC Haiti Initiative (Executive Steering Committee)
UC Davis Gifford Center for Population Studies (Advisory Board)
UC Border Health Initiative (2019-present)

4

---

## <u>PUBLICATIONS</u>

"Following the Money: New Information About the Federal Government's Billion Dollar Detention and Bond Operations," Stanford Law School and UC Davis Immigration Law Clinic (May 2019). Found at: <u>https://law.stanford.edu/publications/following-the-money-new-information-about-the-federal-governments-billion-dollar-immigration-detention-and-bond-operations/</u> .

"Asylum and Detention: The New "Normal,"" (AILA Nov. 2016). Discussing litigation tactics for asylum applicants detained by ICE.

"Documenting U.S. Citizenship: Fighting the Battle on All Fronts," (AILA 2016). Discussing how to prove one is a United States citizen, and federal litigation possibilities for persons claiming citizenship.

"BIA, Federal Court, And State Legislative Updates 2016," (AILA 2016). An analysis of the major cases of the Supreme Court, the federal courts, and the Board of Immigration Appeals for 2016.

"Efforts to Prevent Refugee Resettlement Are Deplorable," (Dec. 2015). Op-ed in Daily Journal regarding the diminishing numbers of refugee admissions in the U.S.

"The Refugee Tragedy in Our Own Backyard," Op-Ed LA Times (Oct. 8, 2015). Op-ed regarding the U.S. treatment of refugees inside the United States.

"Immigration Detention Checklist," (AILA 2012, 2013, 2014, 2015). A comprehensive article for practitioners to understand immigration court bond jurisdiction, federal challenges to immigration detention, and the basic requirements and legal standards employed when determining bond amounts.

"Immigrants Have Special Sixth Amendment Rights But Limited Time to Enforce Them," Prison Legal News, Vol. 22, No. 12 (Dec. 2011). Discussing on the limited timeframes immigrants have to enforce their Sixth Amendment right to counsel (authored with Anel Carrasco).

"Freedom from ICE Custody: A Desert Illusion or a Litigation Possibility?" (AILA Publications 2009). Updated article on litigation strategies for immigrants in civil detention.

Brady, Kathy, <u>Defending Immigrants in the Ninth Circuit</u> (ILRC 2008) edited the book and authored Chapter 10, "Immigration Detention."

Brady, Kathy, <u>Defending Immigrants in the Ninth Circuit</u> (ILRC 2007) edited the book and authored Chapter 10, "Immigration Detention."

"QUICK REFERENCE CHART AND ANNOTATIONS FOR DETERMINING IMMIGRATION CONSEQUENCES OF SELECTED ARIZONA OFFENSES," (ILRC 2006).

"NOTES ACCOMPANYING THE QUICK REFERENCE CHART FOR DETERMINING THE IMMIGRATION CONSEQUENCES OF SELECTED ARIZONA OFFENSES," (ILRC 2006).

Arizona Crimes Chart and Notes Accompanying the Chart is a 200 page publication which dissects the Arizona Revised Statute and advises criminal defense lawyers and defendants of the potential immigration consequences for each crime.  It is now published on the Immigrant Legal Resource Center's website www.ilrc.org/arizona.pdf.

"Getting Out: Strategy for Challenging Unlawful Detention in Federal Court," (AILA Publications 2006).  Article on the litigation strategies for immigrants in civil confinement.

---

## PUBLIC SPEAKING AND CONTINUING LEGAL EDUCATION PRESENTATIONS

Due to the immense interest in immigration law, Ms. Cooper spoke several times per week and below are some of the highlights of her public speaking.

**University of California Border Health Initiative Summit, San Diego, California**
**January 2020**
Spoke on Needs of Unaccompanied Minor Immigrant Children in Detention

**NLG-Practicing Law Institute MCLE Immigration Consequences of Crimes January 2020**

**Nuts and Bolts of Habeas Petitions for Immigrant Children**
November 2019 (Hosted by Arent Fox LLP)

**UC Davis Campus Book Project**
Immigration Detention
November 2019

**UC Davis Medical School**
Detention of Migrant Children
September 2019

**Movie Premiere: Alternative Facts**
**September 2019**
Panel regarding Japanese Internment and modern-day immigration detention

**Arent Fox LLP**
**August 2019**
Firm-wide training on how to sue the federal government on behalf of immigrant children

**UC Davis International Center**
**May 2019**
Teaching Human Rights and Memory in the Americas

**UCSF Symposium on Refugee Law**
**April 2019**
Spoke on Flores Settlement

**2019 UC Davis Immigration And Nationality Law Review Symposium**
**March 2019**

6

Keynote Speaker on Detention of Children

**UC Davis History Class**
**March 2019**
Guest Speaker for Professor Justin Chase Leroy on Racism and Immigration Law

**UC Davis Law School**
**February 2019**
Guest Speaker Lawyer Skills Class

**New York Times Presents: Beyond Borders**
**Currant Theater San Francisco**
**February 2019**
Spoke on Treatment of Unaccompanied Children in Immigration Detention

**UC Davis Nikkei Student Union**
**February 2019**
Spoke on Internment and Modern Day Oppression of Immigrants

**McGeorge Law School**
**February 2019**
Modern Day Internment of Children

**Book Launch for No Human is Illegal**
**Keynote Speaker San Francisco**
**January 2018**

**UC Davis History Department**
**October 2018**
Speaker of Immigration Detention Policies

**UC Davis Medical School**
**October 2018**
Refugee Crisis

**American Immigration Laws Association**
**March 2018**
Webinar on Filing a Petition for Writ of Habeas Corpus

**Practicing Law Institute**
**March 2018**
How to Draft and File a Successful Motion to Reopen

**Aoki Lecture**
**January 2018**
Obama and Trump's Immigration Policies: What has Changed?

**Chilean Children's Detention Education Exchange**
**January 2018**
Two week training with Chilean Immigration Clinic Students with over 15 panels and presentations.

7

**Dixon High School**
**November 2017**
Guest speaker on Teenage Migration

**Guest Speaker Prof. Shestowsky's Negotiations Class**
**November 2017**

**Yolo County Workers**
**October 2017**
Conducted training on immigration law for Yolo County workers

**Interfaith Clergy Conference**
**October 2017**
Federalism Questions on DACA and Sanctuary Cities

**Sunrise Rotary Club**
**September 2017**
Immigration Law, DACA, and Immigrant Children

**UC Davis Public Defender Immigration Law Bootcamp**
**August 2017**
Four day intensive immigration law training focused on the intersection of criminal and immigration law.

**Practicing Law Institute**
**July 2017**
Ethics of Immigration Law Practice.

**American Immigration Lawyers Association**
**June 2017**
Modified Categorical Approach.

**Arsalyn Youth Forum**
**June 2017**
Immigration Policy.

**American Bar Association**
**May 2017 Webinar**
Immigration Law Practice—A day in the life of an immigration lawyer.

**Beamer Elementary School**
**May 2017**
Training to Teacher on Immigration Law

**Santa Barbara Defenders Association**
**April 2017**
Immigration Consequences of Criminal Convictions.

**Yolo Interfaith Immigration Network**

**April 2017**
Keynote Speaker
**Practicing Law Institute**
**March 2017**
Habeas Litigation In-Depth Training

**Practicing Law Institute**
**February 2017**
Habeas Challenges to the Muslim Ban

**American Immigration Lawyers Association**
**November 2016**
Asylum and Detention: the New "Normal"

**Bar Association San Francisco**
**August 2016**
Evidentiary issues in immigration litigation.

**American Bar Association**
**August 2016 Showcase Panel**
Refugees: International and Domestic Law.

**American Immigration Lawyers Association**
**June 2016**
Federal court case analyses for the year.

**American Immigration Lawyers Association**
**May 2016**
Litigating claims to U.S. citizenship.

**American Bar Association**
**April 2016**
Standards governing immigration detention centers.

**Journal of International Law & Policy Symposium**
**March 2016**
Spoke on the detention of immigrant children.

**U.S. Court of Appeals for the Ninth Circuit**
**March 2016 MCLE**
Presented on panel for Ninth Circuit's immigration law training on brief writing and oral argument.

**Bakersfield College Levan Center**
**February 2016 Distinguished Lecture**
Refugees in Our Backyard

**U.S. Court of Appeals for the Ninth Circuit**
**October 2016 MCLE**
Presented on panel for Ninth Circuit's immigration law training on motions and federal jurisdiction.

9

**Arizona Bar Association**
**October 2015**
How to file a habeas corpus petition for a detained immigrant.

**Vacaville Boys and Girls Club**
**October 2015**
How to obtain a U visa certificate from the police department.

**Dixon High School**
**September 2015**
Immigration policy issues.

**American Immigration Lawyers Association**
**June 2015**
Federal litigation relating to detention issues.

**American Immigration Lawyers Association Northern California Conference**
**November 2014**
Spoke on Detention Litigation Updates

**October 2014 Boalt Hall**
Guest Lecture on Sex Crimes and Deportation

**September 2014 National Lawyers Guild Annual Conference**
**Chicago, IL**
Spoke on Immigration Detention Litigation Strategies and Litigation Updates

**June 2014 American Immigration Council**
National Litigation Strategy Meeting Washington, D.C.
Spoke on Detention Conditions Litigation for 2014

**January 2014 National Lawyers Guild CLE**
Detention Litigation Updates

**National Legal Aid and Defenders Association November 2013**
Los Angeles, CA
Spoke on 2 panels: "How to Design an Immigration Detention Clinic" and "Crimimmigration Issues"

**National Lawyers Guild – Northern California Chapter Conference September 2013**
**UC Hastings School of Law**
Spoke on "Cutting Edge Issues in Immigration Detention"

**American Bar Association CLE August 2013**
Spoke panel regarding "How to litigate immigration cases in the Ninth Circuit."

**2013 American Immigration Lawyers Association Annual Conference (June 2013) San Francisco, CA**
Spoke on federal court updates on immigration detention litigation.

10

**2013 National Immigration Project Annual Conference (May 2013) Boston, Massachusetts**
Spoke on a panel about reinstatement of removal and expedited removal procedures.

**2013 UC Davis Extension – Training to California Child Protective Services (May 2013)**
Spoke on a panel about Comprehensive Immigration Review and working with incarcerated or detained parents.

**2013 American Immigration Council – Litigation Strategy Meetings (May 2013) Washington, D.C.**
Discussion leader on litigation challenges to conditions of confinement.

**2013 American Association of Law Schools (February 2013) San Francisco, California**
Spoke on ethical issues confronting law professors and students in clinical education.

**2013 UC Davis SURJ (February 2013) Davis, California**
Spoke on advocacy for reducing prison and detention center phone rates.

**2013 American Association of Law Schools (February 2013) San Francisco, California**
Spoke on ethical issues confronting law professors and students in clinical education.

**2012 Inn Of The Court (November 2012) Davis, California**
Provided expert analysis of the California Supreme Court case *In re Sergio Garcia* to a local bar association.

**2012 AILA California Regional Conference (November 2012) San Diego, California**
"Bond and Detention – Client Release Strategies." Also, on the panel was Honorable Zsa Zsa De Paolo, Immigration Judge, Veronica Barba of the ABA Immigrant Justice Project and Stacy Tolchin, private practitioner.

**2012 Panel on *In re Sergio Garcia* UC Davis School of Law (October 2012)**
Moderated panel on the *In re Sergio Garcia* case at the UC Davis School of Law.

**California Legislature Testimony (August 2012) Sacramento, California**
Holly Cooper briefed members of the California Legislature on immigration detention.  The briefing was entitled "Lost Voices: Evaluating Health Care Access for LGBT Immigrant Detainees," and was organized by the California Latino Legislative Caucus Select Committee on Lesbian, Gay, Bisexual and Transgender Latinos.  The briefing was chaired by Assembly Member Ricardo Lara. Cooper testified about the immigration detention facilities within the state of California and the impact of detention on the LGBT immigrant community.

**American Immigration Council's Annual Litigation Strategy Meeting (July 2012) Washington, D.C.**
 Holly S. Cooper was a discussion leader on "Challenging Immigration Detention."

**Allied Media Conference (July 2012) Detroit, Michigan**
Holly S. Cooper spoke on a panel about how telephone rates and telephone access impacts immigrant detainees' access to courts and counsel.

**California Psychological Association's Immigration Task Force Training  (June 2012) Palo Alto, California.**

11

Ms. Cooper trained around one hundred doctors on immigration law and the use of experts in immigration court.  Her presentations were entitled, "Overview of the Immigration Court System: Use of Experts," and "Effective Collaborations between Expert Psychologists and Lawyers."

**UC Davis School of Law Public Interest Law Graduation (April 2012)**
Faculty speaker for the public interest law graduation.

**2012 AILA Upper Midwest Immigration Law Conference (April 2012)**
Spoke on two panels:  "No Objection?!? Underutilized Litigation Tools That Immigration Attorneys Should Be Using," and "Setting the Table for an Appeal: Presenting Arguments and Positioning Your Case for Success on Appeal."

**2012 Northern California Clinical Conference (February 2012) UC Davis School of Law**
Moderated panel discussion on how to teach critical race theory to students.

**UC Hastings School of Law (January 2012) San Francisco, California**
Guest Lectured on Immigration Law as applied to Haitians

**UC Davis UC Haiti Initiative Guest Lecture (January 2012)**
Spoke on the rebuilding of Haiti and legal obstacles to migration.

**UC Davis General Campus Lecture Series (November 2011)**
Spoke on history of prisoner rights movement in the US.

**Northern California AILA Conference**
San Francisco, CA; November 2011
Spoke on panel regarding detention litigation updates from the Ninth Circuit

**American Immigration Council National Webinar**
November 2011
Spoke on immigrants' right to counsel and legal strategies to ensure that right to counsel is enforced

**National Lawyers' Guild Litigation Meeting**
Philadelphia, PA; October 2011
Litigation update on the new *en banc* Ninth Circuit case *Aguila-Montes de Oca v. Holder*.

**National Lawyers' Guild Membership Meeting**
Philadelphia, PA; October 2011
Discussion leader on detention litigation updates

**National Immigration Project National Conference**
Philadelphia, PA; October 2011
Panel presentation on aggravated felony grounds of deportation

**University of San Francisco School of Law**
San Francisco, CA; July 2011
Lecture on U.S. immigration law as applied to Haitian migrants

**AILA National Conference**
San Diego, CA; June 2011

Panel presentation on the grounds of criminal deportability and inadmissibility

**UC Davis Training for USAID**
Davis, CA; May 2011
"Haitian Migration to the USA due to Climate Change"

**ABA Equal Justice Conference**
Las Vegas, NV; May 2011
Panel presentation on *Padilla v. Kentucky* litigation strategies

**UC Davis School of Law, Bill Smith Memorial Lecture**
Davis, CA; April 2011
Welcoming remarks and introduction of prestigious guest speaker, Paul M. Smith

**American Immigration Council's National Litigation Strategy Meeting**
Washington, D.C.; March 2011
Discussion leader for developing a national litigation strategy for criminal immigration issues at a
highly prestigious invitation-only meeting with forty of the top national litigators in the United
States.

**The Gifford Center for Population Studies – Second Annual UC Migration Conference**
Davis, CA; February 2011
Lecture on climate refugees and the inadequacies of U.S. domestic laws to address this migration

**UC Haiti Initiative**
Berkeley, CA; February 2011
Discussion of proposals regarding how UC can assist higher education in Haiti

**United Nations High Commissioner for Refugees Roundtable with Regional Director**
San Francisco, CA; January 2011
Addressed Director Vincent Cochetel about concerns of treatment of refugees in detention facilities

**National Lawyers' Guild National Conference**
New Orleans, LA; September 2010
Discussion group leader on the topic of trends in immigration detention

**California International Law Center Lunchtime Speaker Series**
Davis, CA; September 2010
Presentation on human rights situation in Haiti post-earthquake and about migration possibilities to
the United States.

**California Association of Public Defenders' Conference**
Berkeley, CA; August 2010
Panel presentation: "Immigration Competence After *Padilla*."

**American Bar Association National Conference**
San Francisco, CA; August 2010
Panel addressing "Immigration Law Basics"

**American Association of Sociology National Conference**

Atlanta, GA; August 2010
Presentation on the correlation between the internment of the Japanese and the modern day immigration detention system.

**Immigration Professor Conference**
Chicago, IL; May 2010
Spoke on panel about model immigration clinics. Gave overview of UC Davis Immigration Law Clinic, case selection process, and advice on starting an immigration clinic.

**May Day Rally**
Sacramento, CA; May 2010
Spoke at rally of 5,000 individuals on Arizona's SB 1070.

**Press Conference at Sacramento USCIS Building**
Sacramento, CA; April 2010
Spoke on Arizona's SB 1070.

**University of San Francisco School of Law – Teach-In for Haiti**
San Francisco, CA; April 2010
Presentation on immigration solutions for Haiti

**UC Davis School of Law – Lunchtime Panel: "Public Interest Advice for Graduates"**
Davis, CA; April 2010

**Roundtable Discussion with Ivan Fong of the Department of Homeland Security**
San Francisco, CA; 2010
Participated in discussion with DHS's counsel. Two of Ms. Cooper's suggests were later adopted by DHS.

**Child Migration Symposium**
Davis, CA; January 2010

**AILA National Conference**
Las Vegas, NV; June 2009
Panel presentation: "Litigation Strategies for Detention"

**Immigrant Legal Resource Center Webinar**
April 2009
Presented webinar on immigration detention.

**Univision**
March 2009
Commented on Proposition 8's impact on immigrants' civil rights

**Press Conference at Sacramento County Jail**
Sacramento, CA; March 2009
Commented on conditions of confinement for immigrants.

**Jesuit High School – Social Justice Forum**
Sacramento, CA; March 2009

Spoke on "Teenage Migration to the United States."

**Humboldt State University**
Humboldt, CA; October 2008
Presentation about the civil rights of immigrants during ICE raids.

**MCLE, California Western School of Law**
San Diego, CA; June 2008
Nuts and Bolts of Federal Habeas Litigation

**American Immigration Lawyers' Association National Conference**
Vancouver, B.C.; June 2008
Panel 1:  Open Forum Panel with the BIA and Chief Immigration Judge
Panel 2:  Mock Interview on Sexual Orientation Claim

**Immigrant Legal Resource Center MCLE**
San Francisco, CA; May 2008
Spoke on recent trends in the Ninth Circuit on the "Modified Categorical Approach."

**UC Davis Campus Book Project**
Davis, CA; April 2008
"Criminalization of Immigrants"

**Advocates for the Rights of Children**
Davis, CA; April 2008
Spoke on panel regarding ICE detention policies towards children

**World Jurist Association Annual Conference**
Los Angeles, CA
"Criminalization of Immigrants"

**American Immigration Legal Foundation Annual National Litigation Strategy Meeting**
Phoenix, AZ; February 2008
Moderator on Detention Panel

**Northern California Clinicians Conference – Berkeley School of Law**
Berkeley, CA; February 2007
Panel Presentation "Intra-Clinic Collaboration"

**American Immigration Lawyers Association - Northern California Chapter MCLE**
February 2007
Legal training on nuts and bolts of immigration bond hearings and federal litigation strategies on obtaining release for immigrant detainees.

**Alameda County Public Defenders - MCLE**
Oakland, CA; November 2006
Conducted MCLE training for public defenders on how to avoid immigration consequences for non-citizen defendants.

**Arizona Public Defenders Conference - MCLE/Annual Conference**

June 2006

Legal presentations about how to avoid immigration consequences for certain criminal pleas and "safe haven" pleas under the Arizona Revised Statute. Updated the annual training materials in collaboration with Kathy Brady about specific Arizona criminal statutes and the potential immigration affect for a conviction under each of the more common statutes.

**American Immigration Lawyers Association - Annual Conference**

June 2006

Legal presentation and co-authored published article on federal litigation strategies for detained immigrants. The article proposed differing litigation theories to challenge prolonged civil confinement through the writ of habeas corpus. The article also contemplated litigation strategies for refugees and arriving aliens who are often held in indefinite detention.

**Arizona Public Defenders Conference - MCLE/Annual Conference**

May 2005

Legal presentations about how to avoid immigration consequences for certain criminal pleas and "safe haven" pleas under the Arizona Revised Statute. Updated the annual training materials in collaboration with Kathy Brady about specific Arizona criminal statutes and the potential immigration affect for a conviction under each of the more common statutes.

**American Immigration  Lawyers Association Litigation Conference**

Seattle, WA; September 2005

Immigration Custody, Bonds and Supervised Release Panel

**American Immigration  Lawyers Association California Chapter Conference**

San Francisco, California; November 2004

Immigration Custody, Bonds and Procedures Panel

**Asian Bar Association Luncheon**

September 2004

Immigration Issues Affecting Asian Immigrants:  Non-Repatriation Agreements for Southeast Asians

**Arizona Public Defenders Conference  - MCLE/Annual Conference**

May 2004

Legal presentation about how to avoid immigration consequences for certain criminal pleas. Produced lengthy training materials about specific Arizona criminal statutes and the potential immigration affect for a conviction under each of the more common statutes.

**Prevent Child Abuse, Inc.  Healthy Families of Arizona**

May 2003

Legal presentation on working with undocumented families in Arizona. Potential forms of relief for undocumented abused women and children.

**Arizona Bar Association Annual Convention**

Phoenix, AZ; May 2003

Legal presentation on the potential immigration consequences for common Arizona convictions.

**Pro Bono MCLE**

Phoenix, AZ; October 2002

Challenging Indefinite Detention of Immigrants Through Writs of Habeas Corpus, Federal Litigation with Respect to Special Immigrant Juvenile Visas

**Detention Watch Network Conference**
September 2002
Led roundtable discussion on detained children's issues.

**Doctors of the World**
Phoenix, AZ; February 2002
Trained volunteer doctors on drafting expert affidavits and preparing expert testimony in support of an asylum claim.

**Sanctuary Movement Twentieth Anniversary**
Tucson, AZ; February 2002
Spoke on a panel regarding issues facing detained juveniles in DHS custody.

**The University of Texas, El Paso MCLE Training**
El Paso, TX; February 2002
Legal presentation on Cutting Edge Asylum Law for Detained Children

**American Bar Association Convention - Detained Immigrant Children's Summit**
Chicago, IL; August 2001
Presented MCLE regarding Children's Asylum Law

**Pro Bono MCLE**
Phoenix, AZ; July 2001
Forms of Relief from Removal for the Child Immigrants

**American Immigration Lawyers' Association National Convention**
Boston, MA; June 2001
Presented on a panel regarding detained children's issues.

**Arizona Minorities and Women in the Law Bar Convention**
Phoenix, AZ; April 2001
Spoke on Panel with then Attorney General Janet Napolitano about Minorities' Access to Justice in Arizona

**S.F. Bar Association Immigrant HIV Assistance Prog. - MCLE for Pro Bono Lawyers**
San Francisco, CA; October 2000
How to adjust an HIV positive asylee or refugee

**Lawyers' Committee for Civil Rights - MCLE Training for Pro Bono Lawyers**
San Francisco, CA; August 1999
Nuts and Bolts of Applying for Political Asylum

_____

## LANGUAGES

Spanish and Italian

**SELECTED SAMPLES OF MEDIA EXPOSURE**

In the review period, Ms. Cooper appeared on every major TV, radio, and newspaper. She appeared on CNN, CNN International, Fox News, Al Jazeera, MSNBC, NPR, Public Radio International, New York Times, and many others. Below are selected cites for ease of reference.

**Profile pieces on Holly Cooper and students:**

Rocha, Victoria, "California Lawyer Refuses to Allow Trump's Immigration Policies to Keep Youth Locked in Cages," *The Chronicle of Social Change* (July 13, 2017). (found at: https://chronicleofsocialchange.org/news-2/california-lawyer-refuses-allow-trump-immigration-policies-keep-youth-locked-cages/27533).

Magagnini, Steve, "Meet the law professor who's been on the frontlines of the Trump immigration battles," *The Sacramento Bee* (July 31, 2017). (found at: http://www.sacbee.com/news/politics-government/article164085802.html).

Stavely, Zaidee, "US Law Students Are Helping Asylum Seekers Driven by Their Own Family Stories," *Public Radio International,* (April 20, 2017) (listen at: https://www.pri.org/stories/2017-04-20/us-law-students-are-helping-asylum-seekers-driven-their-own-family-stories).

**Coverage of Work on Behalf of Lawsuit for Children in Border Patrol Cages**

Burke, Garance and Mendoza, Martha, Attorneys: Texas border facility is neglecting migrant kids June 21, 2019 found at https://apnews.com/article/46da2dbe04f54adbb875cfbc06bbc615

At the Flores attorneys' behest, Federal Judge Dolly Gee subsequently ordered an independent monitor to act quickly to improve conditions at the facilities. The New York Times and Washington Post closely followed the developments, with both outlets quoting Cooper.

https://www.nytimes.com/2019/06/29/us/migrant-children-detention-texas.html?fbclid=IwAR3GBFRV51Nxy1uay5vdoWYnHIwqA1yhOEof2uPdaRBN8hRSCsNuGr4LNZk

https://www.washingtonpost.com/nation/2019/06/27/attorneys-seek-emergency-court-order-end-health-welfare-crisis-migrant-detention-centers/?fbclid=IwAR15odFiXTgOqSEA3RW5xWFLi6Z3Y3MGsDRDPgDL4aj4cYL9zXagNlxpjAE

The story was also picked up by hundreds of news outlets, like National Public Radio and every major TV news outlet, and there are too many to list here as we received about 500 calls daily from the media until the story abated.

https://www.npr.org/2019/08/22/753493940/immigration-attorney-discusses-challenges-to-trumps-migrant-detainment-regulatio

**Coverage of published Ninth Circuit case *Flores v. Sessions:***

Jordan, Miriam, "Detained Immigrant Children Are Entitled to Hearings- Court Rules," *The New York Times* (July 5, 2017)( found at: https://www.nytimes.com/2017/07/05/us/detained-immigrant-children-are-entitled-to-hearings-court-rules.html?action=click&contentCollection=us&region=rank&module=package&version=highlights&contentPlacement=1&pgtype=sectionfront).

Alvarez, Priscilla, "Federal Court: Undocumented Minors Have the Right to Bond Hearings," *The Atlantic* (July 6, 2017) (found at: https://www.theatlantic.com/politics/archive/2017/07/do-unaccompanied-minors-have-the-right-to-a-bond-hearing/532794/).

Associated Press, "Court: Detained immigrant children entitled to court hearing," *The Daily News,* (July 5, 2017)(found at: http://www.dailynews.com/social-affairs/20170705/court-detained-immigrant-children-entitled-to-court-hearing ).

Josh Gerstein, "9th Circuit: Unaccompanied immigrant children entitled to bail hearings," *Politico,* (July 5, 2017) (found at: http://www.politico.com/blogs/under-the-radar/2017/07/05/immigrant-kids-bail-hearings-240249).

Chabria, Anita, "Immigrant kids can't be detained without their day in court, 9th Circuit rules," *Sacramento Bee* (July 5, 2017)(found at: http://www.sacbee.com/news/local/article159835739.html).

Greenwood, Max, "Federal court says unaccompanied immigrant minors have right to bond hearings," *The Hill,* (July 5, 2017)(found at: http://thehill.com/homenews/news/340774-federal-court-says-unaccompanied-immigrant-minors-have-right-to-bond-hearings).

"Tribunal dictamina que menores indocumentados tendran derecho a una audiencia de fianze y no tienen que ser detenidos," *Univision,* (July 5, 2017) (video found at:  http://www.univision.com/los-angeles/kmex/tribunal-dictamina-que-menores-indocumentados-tendran-derecho-a-una-audiencia-de-fianza-y-no-tienen-que-ser-detenidos-video).

Commented for media, including Sacramento's KCRA-3 on the 21st annual "Immigrant Day" rally at the state Capitol.

**Coverage on clinic client, G-E-:**

de Sa, Karen, "Honduran boy wins asylum, but remains in jail," *San Francisco Chronicle,* March 5, 2017, (found at: http://www.sfchronicle.com/bayarea/article/Honduran-boy-14-wins-U-S-asylum-but-remains-in-10977616.php).

"Honduran teen granted asylum held in Yolo County Jail for nearly a year," March 9 2017 (found at: http://fox40.com/2017/03/09/honduran-teen-granted-asylum-held-in-yolo-county-jail-for-nearly-a-year/).

de Sa, Karen, "Honduran refugee, 14, released into foster care," March 13, 2017 (found at: http://www.sfchronicle.com/bayarea/article/Honduran-refugee-14-released-into-foster-care-10999348.php).

**Travel ban media coverage:**

Media outlets including Sacramento television stations KCRA-3, CBS-13, and ABC-10, as well as the *Sacramento Bee*, Dateline UC Davis, and the *Daily Journal* reported on the clinic's activities during the Travel Ban.

Smith, Darrel; Furillo, Andy; Hice, Jessica; "Protesters fill Sacramento airport denouncing Trump refugee order," *Sacramento Bee,* (January 29, 2017) (found at: http://www.sacbee.com/news/local/article129482184.html).

"UC Davis Attorneys Help Families Dealing with Detainment at SFO," *KCRA,* (January 30, 2017) (found at: http://www.kcra.com/article/uc-davis-attorneys-help-families-dealing-with-detainment-at-sfo/8653121).

**Coverage of Holly Cooper's Volunteer Service in Greek Refugee Camps:**

Jordan, Miriam, "The American Lawyers Helping Syrian Refugees," *The Wall Street Journal,* (October 14, 2017) (found at: https://www.wsj.com/articles/the-american-lawyers-helping-syrian-refugees-1476467232).

**Holly Cooper Op-Eds on Refugee Issues:**

Holly Cooper & Jayashri Srikantiah, "Refugees in Our Own Backyard," *LA Times* (October 10, 2015) (found at: http://www.latimes.com/opinion/op-ed/la-oe-cooper-and-srikantiah-refugees-without-rights-in-us-20151007-story.html).

Holly Cooper & Jayashri Srikantiah, "Refugee Admissions Abysmal," *The Daily Journal,* (November 4, 2015).

**Coverage of clinic's habeas litigation for detained children:**

Hendricks, Tyche, "Hundreds of Migrant Teens Are Being Held Indefinitely in Locked Detention," *KQED* (April 11, 2016) (found at: https://ww2.kqed.org/news/2016/04/11/hundreds-of-migrant-teens-are-being-held-indefinitely-in-locked-detention/).

Bravin, Jess, "DOMA defender takes on new unlikely client," *Wall Street Journal* (July 23, 2013) (found at: *http://blogs.wsj.com/law/2013/07/23/doma-defender-takes-on-new-unlikely-client/* ).

PC World's profile of Cooper's work on FCC regulation of prison phone rates: *http://www.pcworld.idg.com.au/article/441688/human_rights_groups_telecoms_gouging_prison_callers/*

Blog on Obama's new immigration order:
*http://lawprofessors.typepad.com/immigration/2014/11/professor-holly-cooper-on-president-obamas-immigration-initiatives.html*

Blog on immigration activists' civil disobedience:
http://lawprofessors.typepad.com/immigration/2013/07/a-blog-on-cir-by-holly-cooper.html

Cooper selected as an Ella Baker Center Heroine:
*http://ellabakercenter.org/blog/2012/11/immigration-detention-in-the-united-states*

*The Daily Journal* (April 2011) wrote an article on Ms. Cooper and the students' published Ninth Circuit decision in *Singh v. Holder.*

www.asianamericanvoices.com (April 2011) commented on Ms. Cooper and the students' published Ninth Circuit decision in *Singh v. Holder.*

www.aclu.org (April 2011) commented on Ms. Cooper and the students' published Ninth Circuit decision in *Singh v. Holder.*

*UC Davis Magazine* (Spring 2011) profiled the Ms. Cooper and the work of the Immigration Law Clinic in an article entitled, "Immigration ER."

*University of California Magazine* (December 2010) profiled Ms. Cooper's humanitarian work with amputees in Haiti.

www.judicialview.org (August 2010) commented on Ms. Cooper's published Ninth Circuit decision in *Rodriguez v. Holder.*

www.findlaw.org (August 2010) commented on Ms. Cooper's published Ninth Circuit decision in *Rodriguez v. Holder.*

CBS (May 2010): Interviewed on SB 1070 predicting certain portions will fail court challenges.

*Univision* (May 2010):  Interviewed in Spanish on SB1070 for evening news.

*Univision* guest commentator on *Voz y Voto* (May 2010) debating SB 1070 on Saturday talk show.

*Texas Tribune* (May 27, 2010) quoted Ms. Cooper on the lack of notice given to lawyers when immigrant detainees are transferred to a new jail.

Published Op-Ed in *The Guardian* by Holly S. Cooper (April 2010), Ms. Cooper argues for generous use of humanitarian parole for Haitians. The article is entitled, "Haiti not Hades."

www.newamericanmedia.com (April 2010) comprehensive article with video footage interviewing Ms. Cooper while in a tent camp in Port Au Prince Haiti.

*San Jose Mercury News* (Dec.2, 2009) - quoted Ms. Cooper on conditions of confinement for immigrant detainees.

*Amnesty International* (Dec. 2009) - interviewed and quoted Ms. Cooper in its report on immigration detention.

www.latina.com (July 29, 2009) - quoted Ms. Cooper on the detention of U.S. citizens in ICE custody.

*Human Rights Watch* (2009) quoted Ms. Cooper in its report "Locked Up Far Away."

www.huffingtonpost.com (August 14, 2009), Ms. Cooper is quoted in the article "America's Broken Immigration System" commenting on the lack of an efficient immigration system.

Local News and Univision (March 3 and March 6, 2010) commenting on immigrants' civil rights in detention and commenting on Proposition 8.

*Voz y Voto*, Univision (interview on Spanish-speaking television regarding her expert predictions on pending immigration legislation.

*Prison Legal News* (July 26, 2008) Ms. Cooper is quoted regarding immigration law.

Press Conference June 2007, Immigration Legal Resource Center (statement regarding impact of pending proposals on immigrant communities).

*The Daily Recorder* (October 2007) "Immigrants Confront Legal Maze of Windows," Article regarding the work of the UC Davis Immigration Law Clinic students in the Yuba County Jail.

Channel 5 (San Francisco, California) CBS, Anna Werner Investigative Report on Ethical Obligations of Deporting U.S. Informants.

San Francisco Local Radio Broadcasts (April 2006) Spoke about the affects of pending immigration legislation on non-citizens with criminal convictions. The press release was broadcast throughout the San Francisco Bay Area.

---

### EXPERT CONSULATATIONS

James F. Irvine Foundation (2019)

California State Attorney General's Office (September 2017)

Reed Smith, LLP March 2010-present
Consult in medico-legal human rights delegations to Haiti and Greece with Reed Smith, LLP as an expert in immigration law.

Pima County Public Defender's Office
May 2006

22

Testified regarding whether non-citizen is unavailable for trial where the non-citizen signed a stipulated removal order.

Expert Consultations to Arizona Public Defenders' Office/ California Public Defenders' Offices (on as needed basis regarding immigration consequences of criminal convictions 2006-present)

_____

Exhibit B

| Date | Description | Rate ($) | Hours | Total |
|---|---|---|---|---|
| 3/19/20 | Communication with co-counsel and LSPs regarding reports of COVID positive children in ORR custody | $700.00 | 0.05 | $ 35.00 |
| 3/20/20 | Analyzing court order in Dawson v. Asher for strategies on how legally assist children in ORR custody. Outlining ideas for Flores MTE re COVID and its potential impact on safe and sanitary issues under the FSA | $700.00 | 4.32 | $ 3,024.00 |
| 3/20/20 | Phone call with LSP for class members re Covid 19 concerns | $700.00 | 0.5 | $ 350.00 |
| 3/20/20 | Reviewed ACF's Covid 19 Protocols | $700.00 | 0.2 | $ 140.00 |
| 3/20/20 | Email re COVID 19's impact on release and proposed remedies via FSA | $700.00 | 0.25 | $ 175.00 |
| 3/20/20 | Call with medical experts re dangers of COVID 19 in congregate facilities | $700.00 | 0.78 | $ 546.00 |
| 3/20/20 | Reviewed related case complaint ACHC v. Barr re FSA violations for class members and email commuication with lead counsel | $700.00 | 1.9 | $ 1,330.00 |
| 3/20/20 | Read law student's research re release protocols where prisoner has covid and protocols for quarantine post release | $700.00 | 1.3 | $ 910.00 |
| 3/21/20 | Draft emails to ACLU and RAICES re their COVID litigation | $700.00 | 0.2 | $ 140.00 |
| 3/22/20 | Reviewed filing in OMG v. Wolf and coordinated with counsel re affected class members | $700.00 | 0.75 | $ 525.00 |
| 3/22/20 | Call with medical experts re an MTE in Flores | $700.00 | 1 | $ 700.00 |
| 3/22/20 | Strategy call with NCYL, Carlos Holguin and UCD to discuss division of labor for COVID 19 TRO | $700.00 | 1 | $ 700.00 |
| 3/22/20 | Reviewed and edited TRO draft | $700.00 | 0.8 | $ 560.00 |
| 3/22/20 | Edited meet and confer letter to defendants regarding Covid-19 TRO. | $700.00 | 0.2 | $ 140.00 |
| 3/23/20 | Meet and confer with defendants regarding Covid-19 TRO. | $700.00 | 1.37 | $ 959.00 |
| 3/24/20 | Meet and confer with defendants re FRCs | $700.00 | 0.5 | $ 350.00 |
| 3/24/20 | Read and drafted email communication between class members' counsel re evidence and timing of a TRO in Flores | $700 | 0.6 | $ 420.00 |
| 3/24/20 | Email communications with co-counsel regarding issues with obtaining declarations from some Legal Service Providers for filing with the COVID TRO | $700.00 | 0.3 | $ 210.00 |
| 3/24/20 | Review and edited Schey's draft of ex parte app for TRO re Covid 19 | $700.00 | 2.3 | $ 1,610.00 |
| 3/25/20 | Email to Schey re expert declaration relevant to Flores Covid 19 TRO | $700.00 | 0.66 | $ 462.00 |
| 3/25/20 | Read and edited draft TRO and developed task list for staff attorneys and action plan based on outstanding tasks | $700.00 | 1.78 | $ 1,246.00 |
| 3/25/20 | Email exchange with Cambria re declaration in support of TRO | $700.00 | 0.4 | $ 280.00 |
| 3/25/20 | Reviewed and analyzed Cambria dec | $700.00 | 0.55 | $ 385.00 |
| 3/25/20 | Edited statement of facts for TRO | $700.00 | 1.3 | $ 910.00 |
| 3/26/20 | Reviewed current COVID TRO draft in its entirety and proposed order draft. | $700.00 | 4.6 | $ 3,220.00 |
| 3/26/20 | Email communications with UCD team and co-counsel regarding proposed order for COVID TRO. | $700.00 | 0.33 | $ 231.00 |
| 3/26/20 | Litigation strategy call with co-counsel in preparation for upcoming COVID TRO hearing. | $700.00 | 1.4 | $ 980.00 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/26/20 | Legal research re all district court orders re COVID 19 and immigration detention and understand remedies courts are ordering pertinent to FSA | $700.00 | 2.3 | $ 1,610.00 |
| 3/26/20 | Incoporate co-counsel's suggestions on TRO proposed order | $700.00 | 0.22 | $ 154.00 |
| 3/26/20 | Communication with co-counsel re remedy | $700.00 | 1.29 | $ 903.00 |
| 3/26/20 | Emails with Daisy Felt, Monica Julian and Melissa Adamson regarding updated data on confirmed COVID-19 cases of Flores class members. | $700.00 | 0.1 | $ 70.00 |
| 3/26/20 | Preparation for COVID TRO hearing. | $700.00 | 1.1 | $ 770.00 |
| 3/27/20 | Co-counsel strategy call prior to COVID TRO hearing. | $700.00 | 1.02 | $ 714.00 |
| 3/27/20 | Follow up call with Flores co-counsel team in prep for TRO hearing | $700.00 | 0.44 | $ 308.00 |
| 3/27/20 | Emails regarding outline for TRO hearing. Reviewed and analyzed govt response and reviewed medical expert's analysis of govt response | $700.00 | 0.88 | $ 616.00 |
| 3/27/20 | Attended Teleconference Court Hearing on COVID TRO. | $700.00 | 1.49 | $ 1,043.00 |
| 3/27/20 | Call with co-counsel to debrief Judge Gee's findings in COVID TRO hearing and to strategize next steps. | $700.00 | 0.52 | $ 364.00 |
| 3/28/20 | Read and analyzed the court's written decision regarding the Flores COVID TRO. | $700.00 | 2.66 | $ 1,862.00 |
| 3/30/20 | Listened in on OMG v. Wolf TRO hearing regarding FRCs and COVID-19 issues to analyze impact on Flores COVID-19 litigation and determine next steps in prep for Flores COVID TRO. | $700.00 | 0.76 | $ 532.00 |
| 3/30/20 | Legal strategy call with co-counsel to discuss next steps with TRO in light of the court's written decision. | $700.00 | 0.34 | $ 238.00 |
| 3/31/20 | Internal UCD team strategy meeting with Daisy Felt, JJ Mulligan, Carter White and Monica Julian to discuss next steps for our team on the Flores COVID TRO. | $700.00 | 0.49 | $ 343.00 |
| 4/3/20 | Outlined rebuttal arguments to government's anticipated response | $700.00 | 2.39 | $ 1,673.00 |
| 4/6/20 | Read and analyze Govt Opposition | $700.00 | 2.56 | $ 1,792.00 |
| 4/6/20 | Call with NCYL to discuss litigation strategy for COVID-19 TRO | $700.00 | 0.5 | $ 350.00 |
| 4/6/20 | Read government's supporting declarations and exhibits in support of its opposition to our PI | $700.00 | 0.52 | $ 364.00 |
| 4/6/20 | Emailed with class members' counsel re proof of kids with MPP orders and government policy of failure to release class members; | $700.00 | 0.67 | $ 469.00 |
| 4/7/20 | Research MPP orders of removal as they relate to categorical denials of release of children data on COVID-19 positive testing in ORR care and also reviewing new CDC guidance and reports on impacts to children | $700.00 | 2.9 | $ 2,030.00 |
| 4/7/20 | Calls with legal experts on processing times of detained appeals | $700.00 | 0.91 | $ 637.00 |
| 4/7/20 | Reviewed and edit outline of reply to govt opp | $700.00 | 1.58 | $ 1,106.00 |
| 4/7/20 | Reviewed and provided feedback on multiple declarations in support of delayed released of class members | $700.00 | 3.91 | $ 2,737.00 |
| 4/7/20 | Reviewed and edited and drafted portion of the reply brief | $700.00 | 1.72 | $ 1,204.00 |
| 4/8/20 | Edited and revised reply brief sections pertaining to ICE FRCs | $700.00 | 3.84 | $ 2,688.00 |

| 4/8/20 | Reviewed and incorporated Maxwell, Cambria and Cubas declarations | $700.00 | 2.5 | $ 1,750.00 |
|--------|-------------------------------------------------------------------|---------|-----|-----------|
| 4/10/20 | Attend Teleconference Flores PI hearing before Judge Gee | $700.00 | 0.92 | $ 644.00 |
| 4/10/20 | Debrief and legal strategy call with Flores Team regarding next steps for hearing on April 24, 2020 | $700.00 | 0.54 | $ 378.00 |
| 4/10/20 | Email communications with co-counsel regarding topics for supplemental response due April 22 and next steps for Flores PI | $700.00 | 0.21 | $ 147.00 |
| 4/13/20 | Litigation coordination meeting with co-counsel. | $700.00 | 0.67 | $ 469.00 |
| 4/14/20 | Internal UCD meeting with Daisy Felt, JJ Mulligan, Carter White and Monica Julian re Flores COVID legal strategy and next steps leading up to April 22 filing deadline. | $700.00 | 0.5 | $ 350.00 |
| 4/14/20 | Emails and phone communication with Maxwell and Felt regarding teen, pregnant mom in custody and strategy for raising issue/case with opposing counsel. | $700.00 | 0.29 | $ 203.00 |
| 4/14/20 | Reviewed emails between Peter Schey and Carlos Holguin re responding to Section 2(e) of the Court's April 10 Order to provide response to opposing counsel Sarah Fabian. | $700.00 | 0.36 | $ 252.00 |
| 4/17/20 | Review and Analyze Govt's Second Supplemental Opposition to Flores TRO/PI. Outlined Rebuttal points and read exhibits. | $700.00 | 4.6 | $ 3,220.00 |
| 4/19/20 | Drafted and responded to emails with LSPs re supplemental response | $700.00 | 0.31 | $ 217.00 |
| 4/20/20 | Flores co-counsel call - discussed/strategized how to respond to second supplemental opposition | $700.00 | 0.84 | $ 588.00 |
| 4/20/20 | Reviewed Felt's draft outline | $700.00 | 1 | $ 700.00 |
| 4/21/20 | Reviewed and edited declarations and exhibits re ICE data in ICE detention facilities. Responded to emails re exhibits for TRO/PI reply. Drafted and edited reply. | $700.00 | 10.2 | $ 7,140.00 |
| 4/22/20 | Edits to Plaintiffs Reply to Flores TRO/PI; edits to ICE; emails with declarants about draft decs; finalized drafts for filing; compiled voluminous exhibits for filing, proposed order. Filed via ECF with Felt. | $700.00 | 8.1 | $ 5,670.00 |
| 4/23/20 | Communication with class members' counsel re reply and upcoming hearing strategy | $700.00 | 2.7 | $ 1,890.00 |
| 4/23/20 | Reviewed Andrea Sheridan's Report filed 4/23/20 in Flores for Covid-19 hearing | $700.00 | 0.15 | $ 105.00 |
| 4/23/20 | Read government's objections in opposition to our Reply filed 4/23/20. Emails with co-counsel on how to address objections before hearing and at hearing | $700.00 | 0.18 | $ 126.00 |
| 4/24/20 | Attended video teleconference hearing regarding Flores COVID-19 TRO/PI. | $700.00 | 1.27 | $ 889.00 |
| 4/24/20 | Debrief call with team regarding Judge Gee's oral tentative ruling for COVID-19 TRO/PI | $700.00 | 0.59 | $ 413.00 |
| 4/24/20 | Read and Analyzed Judge Gee order on COVID-19 TRO/PI. Emails with team about the order and next steps. | $700.00 | 1.6 | $ 1,120.00 |
| 5/1/20 | Emails regarding UAC releases in response to court order in Flores. | $700.00 | 0.19 | $ 133.00 |
| 5/1/20 | Meet and confer with government and data people to discuss CBP, ICE, ORR data reports per Judge Gee's Order 4/24/20. | $700.00 | 1.49 | $ 1,043.00 |
| 5/1/20 | Flores co-counsel call to discuss lack of release efforts despite court order and retaliation in certain cases. | $700.00 | 0.65 | $ 455.00 |

| 5/11/20 | Read, reviewed, and edited drafts decs. | $700.00 | 2.7 | $ 1,890.00 |
|---|---|---|---|---|
| 5/13/20 | Strategic communication with co-counsel regarding Flores COVID 19 litigation and upcoming status hearing | $700.00 | 2.9 | $ 2,030.00 |
| 5/14/20 | Edit and drafted supplemental filing for Flores status hearing | $700.00 | 2.1 | $ 1,470.00 |
| 5/18/20 | Reviewed letter from California Hispanic Caucus regarding MPP retaliatory removals after the court's COVID order. | $700.00 | 0.18 | $ 126.00 |
| 5/18/20 | Flores co-counsel call in prep for status hearing with Judge Gee. | $700.00 | 0.79 | $ 553.00 |
| 5/20/20 | Flores weekly co-counsel call to discuss next steps in Flores compliance and litigation re to COVID 19 | $700.00 | 0.1 | $ 70.00 |
| 5/22/20 | Court hearing with Judge Gee - status hearing on April 24, 2020 COVID 19 ruling | $700.00 | 0.92 | $ 644.00 |
| 5/22/20 | Flores COVID19 status hearing debrief with co-counsel after court hearing | $700.00 | 0.2 | $ 140.00 |
| 5/22/20 | Debrief call with co-counsel regarding status hearing with Judge Gee and next steps for monitoring/enforcing court COVID order. | $700.00 | 0.2 | $ 140.00 |
| 6/1/20 | Flores co-counsel call to discuss prep for next status conference on COVID litigation and reply to Juv Coordinate updated reports covering topics from Court's COVID order. | $700.00 | 0.87 | $ 609.00 |
| 6/8/20 | Flores Co-counsel call to discuss next steps with FLORES COVID 19 litigation (e.g., monitoring/compliance with order) | $700.00 | 0.22 | $ 154.00 |
| 6/15/20 | Flores Co-counsel call to discuss next steps with FLORES COVID 19 litigation (e.g., monitoring/compliance with order) | $700.00 | 0.1 | $ 70.00 |
| 6/22/20 | Flores co-counsel call to discuss strategy/prep for Flores PI/OSC hearing on June 26. | $700.00 | 0.37 | $ 259.00 |
| 6/26/20 | Prep and coordination call with co-counsel for Flores COVID 19 MTE Status Hearing | $700.00 | 0.17 | $ 119.00 |
| 6/26/20 | Flores COVID19 Status Hearing via telephone appearance. | $700.00 | 1.24 | $ 868.00 |
| 6/26/20 | Flores COVID19 status hearing debrief with co-counsel after court hearing | $700.00 | 0.2 | $ 140.00 |
| | | | | |
| **Year 2020** | **Amount Due for Holly Cooper** | **$700.00** | **117.57** | **$ 82,299.00** |

Exhibit C

| Date | Description | Rate ($) | Hours | Total |
|------|-------------|----------|-------|-------|
| 3/20/20 | Email communications with JJ Mulligan regarding sponsorship issues arising from COVID-19 pandemic | $207.78 | 0.05 | $ 10.39 |
| 3/20/20 | Researched<br>1) Has the CDC issued any guidelines (short of closing a facility down) re: minimum distancing, sanitation, testing, visitation, etc., for prisons, nursing homes, or any other type of facility in which people have to live in close quarters?<br>2) Same re: federal Bureau of Prisons and Department of Defense.<br>3) Same re: authorities in states where the virus has spread widely: New York, California and Washington.<br>4) Also, have any of the corrections agencies, federal or state, started to pursue early release?<br>-----<br>Email communication with students Alejandra and Maria W regarding next steps regarding research and COVID litigation. | $207.78 | 1.54 | $ 319.98 |
| 3/21/20 | Email follow ups with Monica Julian, JJ Mulligan and Holly Cooper on next steps with research on CDC guidelines and prison/jails and other congregate setting actions in light of COVID-19 | $207.78 | 0.1 | $ 20.78 |
| 3/22/20 | Reviewed and analyzed student Alejandra's email regarding additional news and agency information in response to COVID-19. Downloaded draft Covid-19 TRO outline to review sections/topics assigned to the UCD team to take the lead on. | $207.78 | 0.2 | $ 41.56 |
| 3/23/20 | Litigation coordination meeting with Holly Cooper to discuss UCD's assigned section of the COVID-19 TRO | $207.78 | 0.32 | $ 66.49 |
| 3/23/20 | Call with Monica Julian to discuss diving up UCD's sections of the COVID-19 TRO draft and legal strategy. | $207.78 | 0.25 | $ 51.95 |
| 3/23/20 | Call with Holly Cooper to prepare for meet and confer in Flores re COVID-19 with Peter Schey and opposing counsel. | $207.78 | 0.24 | $ 49.87 |
| 3/23/20 | Meet and Confer with opposing counsel regarding Covid-19 TRO. | $207.78 | 1.37 | $ 284.66 |
| 3/23/20 | Call with Monica Julian to discuss issues with the current COVID TRO draft. | $207.78 | 0.05 | $ 10.39 |
| 3/23/20 | Emails to Holly Cooper regarding updates on COVID TRO exhibits. Reviewed current exhibit list and updated citations to UCD's sections of the draft. | $207.78 | 0.27 | $ 56.10 |
| 3/23/20 | Research and draft assigned section of the COVID-19 TRO. | $207.78 | 8.92 | $ 1,853.40 |
| 3/23/20 | Email communications with Holly Cooper and Poonam regarding Dr. Haney's declaration for COVID TRO | $207.78 | 0.05 | $ 10.39 |
| 3/23/20 | Reviewed and analyzed Monica Julians's edits to the COVID TRO section I drafted. | $207.78 | 0.34 | $ 70.65 |
| 3/24/20 | Email communication with Holly Cooper regarding draft prepared by Monica Julian and me. Draft forwarded to co-cocounsel to incorporate into one COVID TRO draft document. | $207.78 | 0.14 | $ 29.09 |
| 3/24/20 | Read Dr. Graves declaration for COVID TRO. | $207.78 | 0.34 | $ 70.65 |

| | | | | |
|---|---|---|---|---|
| 3/24/20 | Email communication with Crystal Adams, Holly Cooper and Diane De Gramont regarding additional declataions we needed to collect to attach to the COVID TRO. | $207.78 | 0.29 | $ 60.26 |
| 3/24/20 | Emails between me and Monica Julian regarding updated materials/sources. Forwarded to co-counsel to update in COVID TRO filing. | $207.78 | 0.12 | $ 24.93 |
| 3/24/20 | Email communications with co-counsel regarding issues with obtaining declarations from some Legal Service Providers for filing with the COVID TRO | $207.78 | 0.3 | $ 62.33 |
| 3/24/20 | Email communications with Dr. Haney for permission to use declaration in COVID TRO filing | $207.78 | 0.37 | $ 76.88 |
| 3/24/20 | Reviewed statement of fact section of consolidated COVID TRO draft and sent edits to Holly Cooper and Melissa Adamson. Melissa Adamson instructed me to forward email to other co-counsel who had the current draft of the COVID TRO. | $207.78 | 2.24 | $ 465.43 |
| 3/24/20 | Read and tracked emails on possible Amici for COVID TRO | $207.78 | 0.19 | $ 39.48 |
| 3/24/20 | Holly Cooper forwarded NJDC expert declarations. Downloaded as many of them I could open with no login credentials. Reviewed and analyze to provide input on which ones might be helpful to incorporate into TRO filing. | $207.78 | 1.05 | $ 218.17 |
| 3/24/20 | Reviewed and analyzed Bahena v. Jennings to assess applicability and use for COVID TRO draft | $207.78 | 0.55 | $ 114.28 |
| 3/24/20 | Continued to research updates for TRO filing. Provided edits/feedback on TRO sections drafted by co-counsel. | $207.78 | 4.34 | $ 901.77 |
| 3/25/20 | Numerous email communications the internal UCD team and co-counsel about status of COVID TRO draft and exhibits. Reviewed current COVID TRO draft in its entirety. | $207.78 | 2.67 | $ 554.77 |
| 3/25/20 | Email communications with UCD team and co-counsel regarding proposed order for COVID TRO. | $207.78 | 0.25 | $ 51.95 |
| 3/25/20 | Reviewed updated COVID TRO draft circulated by Peter Schey. Prepared red-line edits to first 20 pages of TRO. Researched latest COVID-19 updates in order to edit and update statement of facts section of the draft. Read all curently available supporting declarations and incorporated them into the red-line draft based on legal analysis. | $207.78 | 7.47 | $ 1,552.12 |
| 3/26/20 | Continued to work on edits to COVID TRO after receiving updated version of draft. Numerous back and forth emails with Peter Schey regarding which declarations should be attach to the final COVID TRO filing. | $207.78 | 5.6 | $ 1,163.57 |
| 3/26/20 | Set up COVID TRO call-in with court tech due to remote hearing in light of COVID closures. | $207.78 | 0.09 | $ 18.70 |
| 3/26/20 | Litigation strategy call with co-counsel in preparation for upcoming COVID TRO hearing. | $207.78 | 1.4 | $ 290.89 |
| 3/26/20 | Researched all recent COVID-19 cases on Westlaw. Created a case chart with pertinent details and legal analysis and emailed to team for purposes of preparing for TRO hearing the following day. | $207.78 | 2.39 | $ 496.59 |
| 3/26/20 | Emails with Holly Cooper, Monica Julian and Melissa Adamson regarding updated data on confirmed COVID-19 cases of Flores class members. | $207.78 | 0.27 | $ 56.10 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 3/26/20 | Numerous email communications to and from co-counsel in preparation for COVID TRO hearing. | $207.78 | 0.65 | $ 135.06 |
| 3/27/20 | Call with Dana Gold and other advocates regarding conditions issues in ICE facilities. | $207.78 | 0.95 | $ 197.39 |
| 3/27/20 | Read and analyzed two new SDNY ICE release cases based on COVID-19. Created summaries for use in prep for TRO hearing. | $207.78 | 2.65 | $ 550.62 |
| 3/27/20 | Co-counsel strategy call prior to COVID TRO hearing. | $207.78 | 1.02 | $ 211.94 |
| 3/27/20 | Follow up call with Flores co-counsel team in prep for TRO hearing | $207.78 | 0.44 | $ 91.42 |
| 3/27/20 | Emails regarding outline for TRO hearing. Finalized research for TRO hearing prep. | $207.78 | 0.62 | $ 128.82 |
| 3/27/20 | Drafted 1-2 line summaries of 10+ COVID-19 cases in prep for TRO hearing. | $207.78 | 0.95 | $ 197.39 |
| 3/27/20 | Attended Teleconference Court Hearing on COVID TRO. | $207.78 | 1.49 | $ 309.59 |
| 3/27/20 | Call with co-counsel to debrief Judge Gee's findings in COVID TRO hearing and to strategize next steps. | $207.78 | 0.52 | $ 108.05 |
| 3/28/20 | Read and analyzed the court's written decision regarding the Flores COVID TRO. | $207.78 | 1.24 | $ 257.65 |
| 3/30/20 | Listened in on OMG v. Wolf TRO hearing regarding FRCs and COVID-19 issues to analyze impact on Flores COVID-19 litigation and determine next steps in prep for Flores COVID TRO. | $207.78 | 0.76 | $ 157.91 |
| 3/30/20 | Legal strategy call with co-counsel to discuss next steps with TRO in light of the court's written decision. | $207.78 | 0.34 | $ 70.65 |
| 3/31/20 | Internal UCD team strategy meeting with Holly Cooper, JJ Mulligan, Carter White and Monica Julian to discuss next steps for our team on the Flores COVID TRO. | $207.78 | 0.49 | $ 101.81 |
| 3/31/20 | Uploaded Flores TRO filings, oppositions and decisions into Clio. Emailed out to UCD team for future reference. | $207.78 | 0.44 | $ 91.42 |
| 3/31/20 | Reviewed emails regarding next steps/data modeling project for COVID-19 TRO litigation | $207.78 | 0.17 | $ 35.32 |
| 3/31/20 | Research to see whether there was any local guidance (child protective services) or global guidance on congregate care settings to inform next steps in Flores COVID hearing. | $207.78 | 0.75 | $ 155.84 |
| 3/31/20 | Emailed Jeanne Butterfield to find out if she was tracking COVID-19 cases and to get added to listserve to track cases for Flores COVID TRO/PI purposes. Forwarded responses to internal UCD team. | $207.78 | 0.2 | $ 41.56 |
| 4/1/20 | Reviewed emails between JJ Mulligan and Melissa Adamson on experts for Flores PI. Reviewed Dr. Graves rebuttal declaration. Drafted email to Melissa Adamson to clarify confusion and discuss next steps. | $207.78 | 0.54 | $ 112.20 |
| 4/1/20 | Email to Holly Cooper and Monica Julian regarding potential help with ICE data per Google group formed to help current litigation efforts and provide real time data/information. | $207.78 | 0.1 | $ 20.78 |
| 4/1/20 | Compared FRC number of detainees from 2/29 to 3/28. Emailed findings to team.Updated info on data tracker and analyzed value of this information for ongoing COVID-related litigation. | $207.78 | 0.8 | $ 166.22 |

| | | | | | |
|---|---|---|---|---|---|
| 4/2/20 | Reviewed news articles identified by students regarding COVID-19 health complications and deaths in children for purposes of collecting data for Flores PI reply. | $207.78 | 0.5 | $ | 103.89 |
| 4/3/20 | Quick research of any new deaths of children due to coronavirus in the last 24 hours | $207.78 | 0.2 | $ | 41.56 |
| 4/3/20 | Reviewed The Immigration Hub's LITIGATION UPDATE-- April 3, 2020 for new COVID-19 cases in prep for next weeks PI hearing in Flores. Reviewed litigation chart. Emailed Holly findings and analysis. | $207.78 | 0.37 | $ | 76.88 |
| 4/3/20 | Reviewed emails regarding updated statements from health experts regarding ICE continued detention of ICE detainees during COVID-19 panedemic. Forwarded to Flores Co-counsel. | $207.78 | 0.25 | $ | 51.95 |
| 4/4/20 | Researched updates on BOP COVID-19 response to prepare for Flores PI next week. Also reviewed articles regarding concerns from ORR employees regarding lack of protective measures. Forwarded to Flores team | $207.78 | 0.54 | $ | 112.20 |
| 4/6/20 | Reviewed Gaelyn's research on extended and continued monitoring in light of COVID TRO | $207.78 | 0.4 | $ | 83.11 |
| 4/6/20 | Started reading Govt Opposition to PI before Flores Co-Counsel call to discuss next steps. | $207.78 | 1.02 | $ | 211.94 |
| 4/6/20 | Call with NCYL to discuss litigation strategy for COVID-19 TRO | $207.78 | 0.5 | $ | 103.89 |
| 4/6/20 | Call with Peter Schey and rest of Flores co-counsel team to discuss next steps for PI reply in Flores COVID-19 case | $207.78 | 0.85 | $ | 176.61 |
| 4/6/20 | Continued to review Govts opposition to PI. Analyzed Flores Settlement Agreement sections to counter args. Emailed UCD internal team potentials args. | $207.78 | 1.14 | $ | 236.87 |
| 4/6/20 | Continued to review govt opposition to Flores PI. Read government's supporting decs and other exhibits. | $207.78 | 0.72 | $ | 149.60 |
| 4/6/20 | Emailed Flores team PI argument and also reviewed prior rulings and authority to grant relief requested. Email to Peter regarding findings | $207.78 | 0.72 | $ | 149.60 |
| 4/7/20 | Read Dr. Cohen's new dec for Flores PI | $207.78 | 0.25 | $ | 51.95 |
| 4/7/20 | Strategy call with NCYL, Carlos Holguin and UCD to discuss division of labor for PI reply | $207.78 | 0.72 | $ | 149.60 |
| 4/7/20 | Research updated data on COVID-19 positive testing in ORR care and also reviewing new CDC guidance and reports on impacts to children | $207.78 | 1.7 | $ | 353.23 |
| 4/7/20 | Drafted list of topics/talking points for legal services attorneys to consider incorporating into any declaration drafted in support of our reply to government's opposition to the COVID TRO. | $207.78 | 0.8 | $ | 166.22 |
| 4/7/20 | Started putting Reply Exhibits together per emails from Holly Cooper and NCYL. Inventoried current list and outstanding exhibits and contacted individuals for updates. | $207.78 | 2.09 | $ | 434.26 |
| 4/7/20 | Researched and analyzed authority under Flores to request reason for failure to reunify minors with potential sponsors. Research into court authority to expand on monitor reporting data per Peter Schey's email. Sent findings to Peter Schey and the rest of the Flores co-counsel team. | $207.78 | 1.12 | $ | 232.71 |

| | | | | | |
|---|---|---|---|---|---|
| 4/7/20 | Helped team draft part of Flores PI Reply. Several drafts reviewed through several back and forth drafts and communication between me, Monica Julian and JJ Mulligan. | $207.78 | 8.5 | $ | 1,766.13 |
| 4/8/20 | Coordinated efforts to collect and compile declarations in support of the Flores PI reply. Created exhibit index. Communication with Monica Julian regarding citations for ICE section of brief. Communication with NCYL about updated exhibits, pending exhibits, and current exhibit index. Prepared and finalized exhibits for filing. Filed Brief and Exhibits. | $207.78 | 8.09 | $ | 1,680.94 |
| 4/8/20 | Emails regarding need to file corrected Reply brief due to corrupted filing due to WORD to PDF converting issues. Attempted to fix file issues. Sent NCYL exhibits to file with corrected brief. | $207.78 | 1.97 | $ | 409.33 |
| 4/9/20 | Worked on Supplemental Filing and Exhibits for Supplemental Filing. Emails with NCYL, Peter Schey and Holly Cooper to coordinate efforts. | $207.78 | 6.7 | $ | 1,392.13 |
| 4/9/20 | Reviewed emails with filings of supplemental exhibits, emails to opposing counsel about plan to file doc under seal | $207.78 | 0.57 | $ | 118.43 |
| 4/10/20 | Email communications with co-counsel in preparation for updcoming  PI hearing at 10am | $207.78 | 0.42 | $ | 87.27 |
| 4/10/20 | Attend Teleconference Flores PI hearing before Judge Gee | $207.78 | 0.92 | $ | 191.16 |
| 4/10/20 | Debrief and legal strategy call with Flores Team regarding next steps for hearing on April 24, 2020 | $207.78 | 0.54 | $ | 112.20 |
| 4/10/20 | Email communications with co-counsel regarding topics for supplemental response due April 22 and next steps for Flores PI | $207.78 | 0.4 | $ | 83.11 |
| 4/13/20 | Litigation coordination meeting with co-counsel. | $207.78 | 0.67 | $ | 139.21 |
| 4/13/20 | Email to UCD internal team about division of labor for upcoming Flores PI response - assignments for decs. | $207.78 | 0.22 | $ | 45.71 |
| 4/14/20 | Emails regarding updates to number of COVID 19 positive cases in Illinois shelters. Reviewed article update. | $207.78 | 0.2 | $ | 41.56 |
| 4/14/20 | Internal UCD meeting with Holly Cooper, JJ Mulligan, Carter White and Monica Julian re Flores COVID legal strategy and next steps leading up to April 22 filing deadline. | $207.78 | 0.5 | $ | 103.89 |
| 4/14/20 | Updated list of Decs for Flores PI supplemental. Emailed larger team breakdown of follow up versus new decs and assignments per team. | $207.78 | 0.74 | $ | 153.76 |
| 4/14/20 | Reviewed emails from co-counsel on ICE portion of Flores PI | $207.78 | 0.14 | $ | 29.09 |
| 4/14/20 | Emails and phone communication with Holly Cooper regarding summary of pregnant mom in custody and strategy for raising issue/case with opposing counsel. | $207.78 | 0.17 | $ | 35.32 |
| 4/14/20 | Reviewed emails between Peter Schey, Holly Cooper and Carlos Holguin re responding to Section 2(e) of the Court's April 10 Order to provide response to opposing counsel Sarah Fabian. | $207.78 | 0.17 | $ | 35.32 |
| 4/14/20 | Emails with Monica Julian regarding Declaration templates for parents/youth for Flores PI. Phone communication with Holly Cooper about the same and old templates. Circulated all. | $207.78 | 0.2 | $ | 41.56 |

| 4/14/20 | Drafted detailed and tailored email to Dr. Haney to request supplemental declaration for Flores PI. | $207.78 | 0.92 | $ | 191.16 |
|---|---|---|---|---|---|
| 4/14/20 | Drafted detailed and specific email to Shay Fluharty regarding Supplemental Dec for Flores PI for Dilley. | $207.78 | 1.07 | $ | 222.32 |
| 4/14/20 | Drafted detailed and specific email to Andrea Meza regarding supplemental dec for Flores PI | $207.78 | 0.49 | $ | 101.81 |
| 4/14/20 | Drafted detailed and specific email to Bridget Cambria for supplemental dec | $207.78 | 0.24 | $ | 49.87 |
| 4/14/20 | Drafted detailed and specific email to Claudia C. regarding supplemental dec for Flores PI | $207.78 | 0.72 | $ | 149.60 |
| 4/15/20 | Email and phone communications to fact gather information regarding current conditions in ORR shelters for Flores PI purposes. | $207.78 | 0.54 | $ | 112.20 |
| 4/15/20 | Emails to co-counsel regarding NJDC materials that may be helpful for supp reply in Flores PI. Forwarded to students. | $207.78 | 0.24 | $ | 49.87 |
| 4/15/20 | Reviewed emails regarding fingerprinting for Flores PI supp reply | $207.78 | 0.09 | $ | 18.70 |
| 4/15/20 | Created trackers for both ORR and ICE confirmed cases - of detainees and staff. Assigned ongoing tracking to update information periodically to aid in COVID related filings. | $207.78 | 1.4 | $ | 290.89 |
| 4/15/20 | Emails and phone communications with Peter Schey, Holly Cooper, Shay Fluharty and opposing counsel regarding names and A numbers of persons who's decs were provided for Flores PI. looked up decs to make sure all ICE detainees. | $207.78 | 0.85 | $ | 176.61 |
| 4/15/20 | Read numerous emails re meet and confers. Sarah Fabian's responses to meet and confer requests. etc | $207.78 | 0.32 | $ | 66.49 |
| 4/15/20 | Reviewed Peter Schey's email regarding ICE's request regarding Flores PI. Edits and feedback on additional issues | $207.78 | 1.54 | $ | 319.98 |
| 4/16/20 | Read emails from Peter Schey sent to opposing counsel with attached letters regard urgent request to meet and confer on COVID-19 TRO/PI issues | $207.78 | 0.2 | $ | 41.56 |
| 4/16/20 | Numerous email communications with Shay Fluharty regarding supplemental dec for Flores PI | $207.78 | 0.1 | $ | 20.78 |
| 4/16/20 | Emails and phone communication with Holly Cooper regarding Homer Venters and Craig Haney decs for Flores PI. Looked up Homer Venters to contact him. | $207.78 | 0.5 | $ | 103.89 |
| 4/17/20 | Reviewed Homers dec in Friahat v. ICE. Drafted detailed email request to Homer Venters asking for declaration in Flores PI with background, data, guidance etc | $207.78 | 1.82 | $ | 378.16 |
| 4/17/20 | Read and responded to emails regarding meet and confers with govt on Flores TRO/PI. Read and responded to emails regarding updates on potential declarants and next steps. | $207.78 | 2 | $ | 415.56 |
| 4/17/20 | Started reviewing the Govts Second Supplemental Opposition to TRO/PI. Started drafting outline of args and facts stated. | $207.78 | 1.17 | $ | 243.10 |
| 4/17/20 | Drafted emails to Bridget Cambria, Shay Fluharty and Andrea Meza with govts' second supplemental opposition to Flores TRO/PI, with next steps. Responded to related emails. | $207.78 | 0.55 | $ | 114.28 |
| 4/17/20 | Drafted, read and responded to emails with students regarding ICE and ORR tracker assignment for Plaintiffs Reply to TRO/PI. | $207.78 | 0.24 | $ | 49.87 |

| Date | Description | Rate | Hours | Amount |
|---|---|---|---|---|
| 4/19/20 | Continued to Review Govt's Second Supplemental Opposition to Flores TRO/PI. Continued to draft outline to share with team. Read and crossed checked declarations with brief to incorporate details into outline. | $207.78 | 2.92 | $ 606.72 |
| 4/19/20 | Drafted and responded to emails with Melissa Adamson about potential medical experts for reply brief. | $207.78 | 0.24 | $ 49.87 |
| 4/20/20 | Flores co-counsel call - discussed/strategized how to respond to second supplemental opposition | $207.78 | 0.84 | $ 174.54 |
| 4/20/20 | Shared outline with co-counsel to help figure out next steps; created a draft outline for TRO/PI reply; emailed experts to follow up on request for declarations in support of of TRO/PI; worked on draft MPP reply; started receiving exhibits and coordinating with Diane de Gramont at NCYL to compile and create an index; reviewed ICE and ORR tracker information. Put ICE info into a spreadsheet and created line graph to share with team to show progression of COVID-19 in ICE detention facilities; reviewed student's draft ICE supplemental facts drafted. | $207.78 | 10.17 | $ 2,113.12 |
| 4/21/20 | Drafted Declaration regarding ICE data in ICE detention facilities. Sent for feedback. Needs to be finalized tomorrow based on 4/22 stats. Received and responded to hundreds of emails coordinating internally and externally regarding decs for Flores TRO/PI reply. Feedback/edits to decs. Redactions to some decs. Edits to brief. Helped draft sections regarding safe and sanitary. Finalized MPP draft section. Reviewed in real time data being collected by advocates surveying individuals at Karnes and Dilley. | $207.78 | 14.35 | $ 2,981.64 |
| 4/22/20 | Worked on Plaintiffs Reply to Flores TRO/PI; edits to ICE and ORR drafts; emails with declarants about draft decs and redaction of exhibits; emails with team to redact and compile redacted information for motion to seal; feedback on motion to seal; redacted numerous exhibits and declarations; finalized my own dec to be filed re ICE data in ICE facilities; researched proposed order filing directly with court - local rules and judge's rules; issues filing on ECF, helped Holly Cooper troubleshoot and then ultimately filed brief, proposed order, exhibit index and 69 declarations. Confirmed filing. Also responded to hundreds of emails relating to all of the above, as well as a few calls to discuss. | $207.78 | 16.25 | $ 3,376.43 |
| 4/23/20 | Emails with FRC folks regarding Final reply filing for TRO/PI. Shared filed materials. Emails regarding hearing on 4/24/20 - how to contact the court. | $207.78 | 0.4 | $ 83.11 |
| 4/23/20 | Emails with Diane de Gramont, Leecia Welch, and Peter Schey in prep for 4/20/20 TRO/PI COVID-19 hearing | $207.78 | 0.64 | $ 132.98 |
| 4/23/20 | Reviewed Andrea Sheridan's Report filed 4/23/20 in Flores for Covid-19 hearing | $207.78 | 0.3 | $ 62.33 |
| 4/23/20 | Read government's objections in opposition to our Reply filed 4/23/20. Emails with co-counsel on how to address objections before hearing and at hearing | $207.78 | 0.27 | $ 56.10 |
| 4/24/20 | Attended video teleconference hearing regarding Flores COVID-19 TRO/PI. | $207.78 | 1.27 | $ 263.88 |

| | | | | |
|---|---|---|---|---|
| 4/24/20 | Debrief call with team regarding Judge Gee's oral tentative ruling for COVID-19 TRO/PI | $207.78 | 0.59 | $ 122.59 |
| 4/24/20 | Judge Gee order on COVID-19 TRO/PI was issued. Read order. Emails with team about the order and next steps. | $207.78 | 0.95 | $ 197.39 |
| 4/24/20 | Reviewed Paper Modeling effects of COVID-19 in ICE detention. Relevant for COVID-19 Flores litigation. | $207.78 | 0.49 | $ 101.81 |
| 4/24/20 | Email communications with co-counsel to prepare for COVID-19 Hearing. | $207.78 | 0.42 | $ 87.27 |
| 4/27/20 | Emails regarding Judge Gee's April 24, 2020 orders. Created outline of her order to debrief with team and students. | $207.78 | 2 | $ 415.56 |
| 4/29/20 | Emails regarding updated COVID-19 data | $207.78 | 0.25 | $ 51.95 |
| 5/1/20 | Emails regarding UAC releases in response to court order in Flores. | $207.78 | 0.25 | $ 51.95 |
| 5/1/20 | Meet and confer with government and data people to discuss CBP, ICE, ORR data reports per Judge Gee's Order 4/24/20. | $207.78 | 1.49 | $ 309.59 |
| 5/1/20 | Emails regarding delays in release for children pending home studies and next steps for enforcing court order. | $207.78 | 0.22 | $ 45.71 |
| 5/1/20 | Uploaded all COVID-19 court filings onto Clio. Sent snapshot to team for easy access | $207.78 | 0.37 | $ 76.88 |
| 5/5/20 | Emails with Peter Schey and Andrea Meza re updates about Karnes re Covid-19 orders and next steps. | $207.78 | 0.14 | $ 29.09 |
| 5/7/20 | Call with Andrea Meza and Peter Schey regarding updates on Karnes | $207.78 | 1 | $ 207.78 |
| 5/11/20 | Flores co-counsel call to discuss lack of release efforts despite court order and retaliation in certain cases. | $207.78 | 0.65 | $ 135.06 |
| 5/13/20 | Reviewed Andrea Meza's update re Karnes. Reviewed spreadsheets, decs, copies of emails, provided quick feedback to Holly Cooper on proposed edits/next steps. | $207.78 | 0.9 | $ 187.00 |
| 5/14/20 | Reviewed Dilley FRC updates. Email to Holly Cooper re next steps for status hearing. Emails regarding Karnes updates. Emails to Andrea Meza, Bridget Cambria and Shay Fluharty regarding next steps and potentially filing a supplement for the court. | $207.78 | 2.45 | $ 509.06 |
| 5/15/20 | Reviewed Juvenile Coordinators filing for both ORR and ICE. Emails with team regarding ICE report. Discussed legal strategy and next steps. Forwarded filings to advocate helping write decs regarding FRC compliance with April 24, 2020 order. | $207.78 | 2 | $ 415.56 |
| 5/18/20 | Flores co-counsel call in prep for status hearing with Judge Gee. | $207.78 | 0.79 | $ 164.15 |
| 5/18/20 | Reviewed emails from Peter on binary choice next steps in light of Judge Gee's COVID order. Added call to calendar | $207.78 | 0.5 | $ 103.89 |
| 5/19/20 | Reviewed draft filing from Peter for status hearing | $207.78 | 0.5 | $ 103.89 |
| 5/19/20 | Call with Peter and advocates in prep for status hearing and next steps regarding court's COVID order. | $207.78 | 1.2 | $ 249.34 |
| 5/20/20 | Reviewed letter from California Hispanic Caucus regarding MPP retaliatory removals after the court's COVID order. | $207.78 | 0.5 | $ 103.89 |
| 5/20/20 | Emails regarding decs for Flores COVID status hearing. Reviewed and provided feedback/edits to declarations. | $207.78 | 1 | $ 207.78 |
| 5/20/20 | Numerous email communications with co-counsel regarding Flores COVID 19 litigation. Read, reviewed, and edited drafts decs. | $207.78 | 6.4 | $ 1,329.79 |

| | | | | | |
|---|---|---|---|---|---|
| 5/21/20 | Read, reviewed and responded to numerous emails with co-counsel regarding Flores COVID 19 litigation and upcoming status hearing | $207.78 | 1.09 | $ | 226.48 |
| 5/21/20 | Worked on drafting Flores COVID-19 ICE supplemental filing | $207.78 | 4.45 | $ | 924.62 |
| 5/22/20 | Court hearing with Judge Gee - status hearing on April 24, 2020 COVID 19 ruling | $207.78 | 0.92 | $ | 191.16 |
| 5/22/20 | Debrief call with co-counsel regarding status hearing with Judge Gee and next steps for monitoring/enforcing court COVID order. | $207.78 | 0.2 | $ | 41.56 |
| 5/25/20 | Reviewed filing in Flores re release of JMA per case status on May 22 | $207.78 | 0.34 | $ | 70.65 |
| 6/1/20 | Flores co-counsel call to discuss prep for next status conference on COVID litigation and reply to Juv Coordinate updated reports covering topics from Court's COVID order. | $207.78 | 0.87 | $ | 180.77 |
| 6/3/20 | Call with Flores Monitor Andrea O and debrief with team regarding call | $207.78 | 0.67 | $ | 139.21 |
| 6/8/20 | Flores Co-counsel call to discuss next steps with FLORES COVID 19 litigation (e.g., monitoring/compliance with order) | $207.78 | 0.22 | $ | 45.71 |
| 6/10/20 | Reviewed ICE JC report. Downloaded and saved. | $207.78 | 1.04 | $ | 216.09 |
| 6/12/20 | Call with Peter Schey and FRC adovcates about next steps in Flores COVID 19 litigation in prep for response to JC reports and upcoming status hearing in Flores. | $207.78 | 1.84 | $ | 382.32 |
| 6/15/20 | Flores weekly co-counsel call to discuss next steps in Flores compliance and litigation re to COVID 19 | $207.78 | 0.1 | $ | 20.78 |
| 6/16/20 | Call with Shay and Bridget regarding next steps for FRCs based on COVID-19 concerns and lack of action by the government. | $207.78 | 0.54 | $ | 112.20 |
| 6/22/20 | Flores co-counsel call to discuss strategy/prep for Flores PI/OSC hearing on June 26. | $207.78 | 0.37 | $ | 76.88 |
| 6/26/20 | Prep and coordination call with co-counsel for Flores COVID 19 MTE Status Hearing | $207.78 | 0.17 | $ | 35.32 |
| 6/26/20 | Flores COVID19 Status Hearing via telephone appearance. | $207.78 | 1.24 | $ | 257.65 |
| 6/26/20 | Flores COVID19 status hearing debrief with co-counsel after court hearing | $207.78 | 0.2 | $ | 41.56 |
| | | | | | |
| **Year 2020** | **Amount Due for Daisy Felt** | **$207.78** | **205.87** | **$ 42,775.67** | |

| Date | Description | Hours |
|------|-------------|-------|
| 3/20/20 | Email communications with Daisy Felt regarding sponsorship issues arising from COVID-19 pandemic | 0.05 |
| 3/22/20 | Reviewed and analyzed student Alejandra's email regarding news and agency information in response to COVID-19 and detention issues. Downloaded draft Covid-19 TRO outline to review sections/topics. | 0.2 |
| 3/23/20 | Litigation coordination meeting with Holly Cooper to discuss UCD's assigned section of the COVID-19 TRO | 0.32 |
| 3/23/20 | Meet and Confer with opposing counsel regarding Covid-19 TRO. | 1.37 |
| 3/23/20 | Research and draft assigned section of the COVID-19 TRO. Edits after reviewing first drafts | 7.2 |
| 3/24/20 | Review draft COVID TRO attachment from Peter Schey with input from LSP advocates | 0.7 |
| 3/24/20 | Email communications with co-counsel regarding issues with obtaining declarations from some Legal Service Providers for filing with the COVID TRO | 0.3 |
| 3/24/20 | Reviewed statement of fact section of consolidated COVID TRO draft; took notes for potential additions and cuts | 1.36 |
| 3/24/20 | Holly Cooper forwarded NJDC expert declarations. Reviewed to see if any might be helpful to incorporate into TRO filing. | 1.05 |
| 3/24/20 | Legal research for TRO filing. Provided edits and feedback on several TRO sections drafted by co-counsel, as well as UCD colleagues. | 4.12 |
| 3/25/20 | Emails and texts with internal UCD team and co-counsel about status of COVID TRO draft and exhibits. Read entire current COVID TRO draft, as well as comments | 2.28 |
| 3/25/20 | Began work on draft declaration with Peter Schey to submit in support of COVID TRO | 1.9 |
| 3/25/20 | Phone conversation with Peter Schey regarding declaration and next steps in the COVID TRO draft | 0.74 |
| 3/25/20 | Email communications with UCD team and co-counsel regarding proposed order for COVID TRO. | 0.2 |
| 3/25/20 | Reviewed updated COVID TRO draft circulated by Peter Schey. Prepared red-line edits to TRO and added comments to certain portions. Researched latest COVID-19 updates in order to edit and update statement of facts section of the draft. | 6.88 |
| 3/26/20 | Finalizing declaration with Peter Schey for COVID TRO | 1.45 |
| 3/26/20 | Continued to work on edits to COVID TRO after receiving updated version of draft. Numerous back and forth emails and phone conversations with Peter Schey regarding which declarations should be attach to the final COVID TRO filing. | 5.1 |
| 3/26/20 | Litigation strategy call with co-counsel in preparation for upcoming COVID TRO hearing. | 1.4 |

| | | |
|---|---|---|
| 3/26/20 | Email communication and phone call with Peter Schey regarding next steps on COVID TRO draft | 0.26 |
| 3/26/20 | Email exchange with Anthony Enriquez from NY regarding use of his declaration in Flores TRO | 0.18 |
| 3/26/20 | Numerous email communications to and from co-counsel in preparation for COVID TRO hearing. | 0.65 |
| 3/27/20 | Call with Dana Gold and other advocates regarding conditions issues in ICE facilities. | 0.95 |
| 3/27/20 | Read and analyzed two new SDNY ICE release cases based on COVID-19. | 1.2 |
| 3/27/20 | Co-counsel strategy call prior to COVID TRO hearing. | 1.02 |
| 3/27/20 | Follow up call with Flores co-counsel team in prep for TRO hearing | 0.44 |
| 3/27/20 | Emails regarding outline for TRO hearing. Finalized research for TRO hearing prep. | 0.62 |
| 3/27/20 | Attended Teleconference Court Hearing on COVID TRO. | 1.49 |
| 3/27/20 | Call with co-counsel to debrief Judge Gee's findings in COVID TRO hearing and to strategize next steps. | 0.52 |
| 3/28/20 | Read and analyzed the court's written decision regarding the Flores COVID TRO. | 1.1 |
| 3/30/20 | Listened in on OMG v. Wolf TRO hearing regarding FRCs and COVID-19 issues to analyze impact on Flores COVID-19 litigation and determine next steps in prep for Flores COVID TRO. | 0.76 |
| 3/30/20 | Drafting, sending and reviewing Proof of Service with Peter Schey in Flores TRO litigation | 1.16 |
| 3/30/20 | Review of email communications between Flores and OMG counsel on mutually beneficial litigation and analysis of the hearings in each case. | 0.33 |
| 3/30/20 | Legal strategy call with co-counsel to discuss next steps with TRO in light of the court's written decision. | 0.34 |
| 3/31/20 | Internal UCD team strategy meeting with Holly Cooper, Daisy Felt, Carter White and Monica Julian to discuss next steps for our team on the Flores COVID TRO. | 0.49 |
| 3/31/20 | Reviewed emails regarding next steps/data modeling project for COVID-19 TRO litigation | 0.17 |
| 4/1/20 | Email communications and review of emails between myself, Daisy Felt and Melissa Adamson on experts for Flores PI. | 0.15 |
| 4/2/20 | Reviewed news articles identified by students regarding COVID-19 health complications and deaths in children for purposes of collecting data for Flores PI reply. | 0.5 |
| 4/6/20 | Reviewed student Gaelyn's research on extended and continued monitoring in light of COVID TRO | 0.4 |
| 4/6/20 | Started reading Govt Opposition to PI before Flores Co-Counsel call to discuss next steps. | 1.02 |
| 4/6/20 | Call with NCYL to discuss litigation strategy for COVID-19 TRO | 0.5 |

| Date | Description | Hours |
|------|-------------|-------|
| 4/6/20 | Call with Peter Schey and rest of Flores co-counsel team to discuss next steps for PI reply in Flores COVID-19 case | 0.85 |
| 4/6/20 | Continued to review Govts opposition to PI. Read government's supporting decs and exhibits. Analyzed Flores Settlement Agreement sections to counter args and began further legal research | 2.96 |
| 4/7/20 | Read Dr. Cohen's new dec for Flores PI | 0.25 |
| 4/7/20 | Strategy call with NCYL, Carlos Holguin and UCD to discuss division of labor for PI reply | 0.72 |
| 4/7/20 | Helped team draft part of Flores PI Reply. Several drafts reviewed through several back and forth drafts and communication between me, Monica Julian and Daisy Felt. | 8.3 |
| 4/10/20 | Email communications with co-counsel in preparation for upcoming PI hearing at 10am | 0.42 |
| 4/10/20 | Attend Teleconference Flores PI hearing before Judge Gee | 0.92 |
| 4/10/20 | Debrief and legal strategy call with Flores Team regarding next steps for hearing on April 24, 2020 | 0.54 |
| 4/10/20 | Email communications with co-counsel regarding topics for supplemental response due April 22 and next steps for Flores PI | 0.4 |
| 4/13/20 | Litigation coordination meeting with co-counsel. | 0.67 |
| 4/13/20 | Reviewed email from Daisy about division of labor for upcoming Flores PI response - assignments for decs. | 0.12 |
| 4/14/20 | Internal UCD meeting with Holly Cooper, Daisy Felt, Carter White and Monica Julian re Flores COVID legal strategy and next steps leading up to April 22 filing deadline. | 0.5 |
| 4/14/20 | Reviewed emails from co-counsel on ICE portion of Flores PI | 0.14 |
| 4/14/20 | Reviewed emails between Peter Schey, Holly Cooper and Carlos Holguin re responding to Section 2(e) of the Court's April 10 Order to provide response to opposing counsel Sarah Fabian. | 0.17 |
| 4/15/20 | Email and phone communications to fact gather information regarding current conditions in ORR shelters for Flores PI purposes. | 0.54 |
| 4/15/20 | Reviewed emails regarding fingerprinting for Flores PI supp reply | 0.09 |
| 4/15/20 | Read numerous emails re meet and confers. Sarah Fabian's responses to meet and confer requests. Etc | 0.26 |
| 4/15/20 | Reviewed Peter Schey's email regarding ICE's request regarding Flores PI. Edits and feedback on additional issues; spoke with Peter on these issues | 2.4 |
| 4/16/20 | Read emails from Peter Schey sent to opposing counsel with attached letters regard urgent request to meet and confer on COVID-19 TRO/PI issues | 0.2 |

| 4/17/20 | Read and responded to emails regarding meet and confers with govt on Flores TRO/PI. Read and responded to emails regarding updates on potential declarants and next steps. | 1.8 |
|---|---|---|
| 4/17/20 | Reviewed the Govts Second Supplemental Opposition to TRO/PI. Started drafting outline and notes to discuss with UCD team. | 3.44 |
| 4/20/20 | Flores co-counsel call - discussed/strategized how to respond to second supplemental opposition | 0.84 |
| 4/20/20 | Worked through outline with co-counsel to help figure out next steps; helped created a draft outline for TRO/PI reply; worked on draft MPP reply; reviewed student's draft ICE supplemental facts drafted. | 7.6 |
| 4/21/20 | Edits to brief. Helped draft sections regarding safe and sanitary. Helped finalize MPP draft section. | 11 |
| 4/22/20 | Worked on Plaintiffs Reply to Flores TRO/PI; edits to ICE and ORR drafts. Reviewed and responded to hundreds of emails relating to Reply, filing, as well as a few calls to discuss. | 12.35 |
| 4/23/20 | Reviewed Andrea Sheridan's Report filed 4/23/20 in Flores for Covid-19 hearing | 0.3 |
| 4/23/20 | Read government's objections in opposition to our Reply filed 4/23/20. Emails with co-counsel on how to address objections before hearing and at hearing | 0.23 |
| 4/24/20 | Attended video teleconference hearing regarding Flores COVID-19 TRO/PI. | 1.27 |
| 4/24/20 | Debrief call with team regarding Judge Gee's oral tentative ruling for COVID-19 TRO/PI | 0.59 |
| 4/24/20 | Judge Gee order on COVID-19 TRO/PI was issued. Read order. Emails with team about the order and next steps. | 0.9 |
| 4/24/20 | Email communications with co-counsel to prepare for COVID-19 Hearing. | 0.42 |
| 4/27/20 | Emails regarding Judge Gee's April 24, 2020 orders. Reviewed and commented on Daisy Felt's outline on the issues | 2.18 |
| 5/1/20 | Emails regarding UAC releases in response to court order in Flores. | 0.25 |
| 5/1/20 | Meet and confer with government and data people to discuss CBP, ICE, ORR data reports per Judge Gee's Order 4/24/20. | 1.49 |
| 5/1/20 | Emails regarding delays in release for children pending home studies and next steps for enforcing court order. | 0.22 |
| 5/5/20 | Emails with Peter Schey and Andrea Meza re updates about Karnes re Covid-19 orders and next steps. | 0.14 |
| 5/6/20 | text, calls and emails with LSP advocates reagarding COVID-19 in ICE facilities | 0.36 |
| 5/7/20 | Call with Andrea Meza and Peter Schey regarding updates on Karnes | 1 |

| | | |
|---|---|---|
| 5/11/20 | Flores co-counsel call to discuss lack of release efforts despite court order and retaliation in certain cases. | 0.65 |
| 5/14/20 | Reviewed Dilley FRC updates. Emails to Holly Cooper and Daisy Felt on next steps for status hearing. Emails regarding Karnes updates. | 1.45 |
| 5/15/20 | Reviewed Juvenile Coordinators filing for both ORR and ICE. Emails with team regarding ICE report. Discussed legal strategy and next steps. | 1.68 |
| 5/18/20 | Flores co-counsel call in prep for status hearing with Judge Gee. | 0.79 |
| 5/18/20 | Reviewed emails from Peter on binary choice next steps in light of Judge Gee's COVID order. | 0.5 |
| 5/19/20 | Reviewed draft filing from Peter for status hearing | 0.5 |
| 5/19/20 | Call with Peter and advocates in prep for status hearing and next steps regarding court's COVID order. | 1.2 |
| 5/20/20 | Numerous email communications with co-counsel regarding Flores COVID 19 litigation. Read, reviewed, and edited drafts decs. | 5.3 |
| 5/21/20 | Read, reviewed and responded to numerous emails with co-counsel regarding Flores COVID 19 litigation and upcoming status hearing | 0.95 |
| 5/22/20 | Court hearing with Judge Gee - status hearing on April 24, 2020 COVID 19 ruling | 0.92 |
| 5/22/20 | Debrief call with co-counsel regarding status hearing with Judge Gee and next steps for monitoring/enforcing court COVID order. | 0.2 |
| 5/25/20 | Reviewed filing in Flores re release of JMA per case status on May 22 | 0.34 |
| 6/1/20 | Flores co-counsel call to discuss prep for next status conference on COVID litigation and reply to Juv Coordinate updated reports covering topics from Court's COVID order. | 0.87 |
| 6/3/20 | Call with Flores Monitor Andrea O and debrief with team regarding call | 0.67 |
| 6/6/20 | Text and phone communications with Peter Schey regarding Govt's upcoming filing and our response | 0.33 |
| 6/8/20 | Flores Co-counsel call to discuss next steps in COVID litigation | 0.22 |
| 6/10/20 | Reviewed ICE JC report. | 0.94 |
| 6/12/20 | Call with Peter Schey and FRC advocates about next steps in Flores COVID 19 litigation in prep for response to JC reports and upcoming status hearing in Flores. | 1.84 |
| 6/13/20 | Phone communications with Peter Schey regarding Flores COVID litigation | 0.48 |
| 6/15/20 | Flores weekly co-counsel call to discuss next steps in Flores compliance and litigation re to COVID 19 | 0.1 |

| | | |
|---|---|---|
| 6/16/20 | Call with Shay and Bridget regarding next steps for FRCs based on COVID-19 concerns and lack of action by the government. | 0.54 |
| 6/17/20 | Phone communication with Peter Schey regarding filings and FRC LSP's comments | 0.84 |
| 6/22/20 | Flores co-counsel call to discuss strategy/prep for Flores PI/OSC hearing on June 26. | 0.37 |
| 6/26/20 | Prep and coordination call with co-counsel for Flores COVID 19 MTE Status Hearing | 0.17 |
| 6/26/20 | Flores COVID19 Status Hearing via telephone appearance. | 1.24 |
| 6/26/20 | Flores COVID19 status hearing debrief with co-counsel after court hearing | 0.2 |
| | | |
| | **TOTAL TIME:** | **140.99** |
| | **EAJA Rate (per hour):** | **$      207.78** |
| | **TOTAL EAJA Fees For Jonathan P. Mulligan** | **$   29,294.90** |

| Date | Description | Hours |
|---|---|---|
| 3/19/20 | Reviewed articles about COVID positive cases in ORR facilities | 0.6 |
| 3/20/20 | Reviewed recent cases involving COVID-related TROs | 0.5 |
| 3/22/20 | Reviewed articles on release of inmates due to COVID | 1.2 |
| 3/22/20 | Reviewed declaration of Craig Haney | 1.2 |
| 3/23/20 | Reviewed additional case on successful TRO due to COVID concerns. | 0.4 |
| 3/23/20 | Flores co-counsel call regarding TRO filing | 0.6 |
| 3/24/20 | Researched CDC/WHO guidance on COVID safety precautions in jails and other congregate care facilities as well as numbers of cases in those settings | 2.2 |
| 3/24/20 | Corresponded with Craig Haney re: his declaration. | 0.25 |
| 3/25/20 | Reviewed Peter Schey's TRO draft and Request for Order. Began editing process with internal UCD team. | 7 |
| 3/25/20 | Reviewed Fraihat v. ICE decision and assessed implications for TRO. | 0.75 |
| 3/26/20 | Made additional edits and insertions into TRO draft. | 5.5 |
| 3/26/20 | Researched Riker's COVID outbreak and additional information about the necessity of releasing people from detention and similar congregate care facilities. Summarized findings for team. | 1.25 |
| 3/27/20 | Co-counsel prep call for TRO hearing | 1.02 |
| 3/27/20 | Follow up call with Flores team to prepare for TRO hearing | 0.44 |
| 3/27/20 | TRO hearing with Judge Dolly Gee | 1.49 |
| 3/27/20 | Researched child welfare guidelines for ensuring release of children to family and relatives despite COVID-related limitations on home studies, fingerprinting, etc. | 2.5 |
| 3/27/20 | Reviewed government's response to request for TRO. | 0.5 |
| 3/28/20 | Reviewed Judge Gee's written ruling on our Request for TRO | 2 |
| 3/30/20 | Listened in on OMG v. Wolf hearing, provided summary to team. | 0.76 |
| 3/31/20 | Internal call regarding TRO. | 0.49 |
| 4/1/20 | Reviewed email regarding ICE data | 0.15 |
| 4/2/20 | Reviewed student research on COVID-19 impacts on children. | 0.6 |
| 4/4/20 | Reviewed articles regarding federal inmate release in light of COVID-19 and spread of COVID-19 in shelters. | 0.4 |
| 4/6/20 | Reviewed government opposition to request for preliminary injunction. | 0.9 |
| 4/6/20 | Call with NCYL to discuss litigation strategy for COVID-19 TRO | 0.5 |
| 4/6/20 | Reviewed internal emails regarding potential arguments in response to government reply. | 0.3 |
| 4/6/20 | Attended conference call regarding the TRO/PI and provided summary to counsel who could not be present. | 0.85 |
| 4/6/20 | Reviewed government opposition brief, declarations, exhibits, and prior hearing transcript. | 2 |
| 4/7/20 | Co-counsel call to discuss division of labor. | 0.72 |

| | | |
|---|---|---|
| 4/7/20 | Editing and wrote sections of responsive brief, several drafts back and forth with internal team. Reviewed emails from co-counsel, declarations, and TRO order releasing ICE detainees. | 9 |
| 4/8/20 | Drafting ICE sections of brief, several drafts and edits with internal team. | 8 |
| 4/10/20 | Attended preliminary injunction hearing with Judge Gee. | 0.92 |
| 4/10/20 | Hearing debrief with co-counsel. | 0.54 |
| 4/13/20 | Litigation strategy call with co-counsel | 0.67 |
| 4/14/20 | Reviewed emails regarding declarations | 0.2 |
| 4/20/20 | Drafted reply brief in collaboration with internal UCD team, several drafts and edits. | 10 |
| 4/20/20 | Researched, summarized, and circulated updated child welfare standards for fingerprinting and home studies in light of pandemic in numerous states; corresponded with co-counsel on the issue. | 2.5 |
| 4/20/20 | Worked with students to develop 50 state chart for child welfare response to covid regarding release of children to relatives, shared with co-counsel. | 2.5 |
| 4/21/20 | Reviewed several emails with Peter Schey and co-counsel regarding drafting brief and declarations. | 0.85 |
| 4/21/20 | Collaborated with team to draft and edit brief, including fingerprinting, home studies, release from ICE, MPP, incorporating recent covid-related release cases. Several email exchanges for subcommittees on each section. | 11.2 |
| 4/22/20 | Final edits and multiple draft circulations of supplemental brief with internal and co-counsel teams, focused primarily on fingerprinting, home study, and ICE sections; reviewed and incorporated declarations. | 10.5 |
| 4/24/20 | TRO/PI in front of Judge Dolly Gee. | 1.27 |
| 4/24/20 | Hearing debrief with cocounsel. | 0.59 |
| 4/24/20 | Reviewed order after hearing. | 0.5 |
| 4/27/20 | Observed O.M.G. v. Wolf hearing. Reported back on hearing to Flores co-counsel team. | 0.75 |
| 5/1/20 | Drafted, circulated, and responded to several emails regarding delays in release for children pending home studies. | 1.2 |
| 5/8/20 | Reviewed O.M.G v. Wolf order, summarized hearing and order | 0.3 |
| 5/11/20 | Co-counsel call to discuss lack of compliance with Court's COVID order. | 0.65 |
| 5/13/20 | Reviewed several email exchanges regarding ICE waiver forms issue related to COVID release order. | 0.65 |
| 5/15/20 | Reviewed JC filings for ICE and ORR as well as emails from counsel regarding the reports | 1.2 |
| 5/18/20 | Flores co-counsel call in prep for status hearing with Judge Gee. | 0.79 |
| 5/20/20 | Attended O.M.G. v. Wolf hearing, summarized for co-counsel. | 0.9 |
| 5/20/20 | Corresponded several times with Victoria regarding declaration on release delays due to home studies and fingerprinting | 1.5 |

| Date | Description | Time |
|---|---|---|
| 5/20/20 | Edited draft Plaintiff response for status update, reviewed internally and collaborated with co-counsel on sections. | 4.5 |
| 5/20/20 | Reviewed several emails regarding binary choice issue relating to COVID court order | 0.8 |
| 5/20/20 | Phone call with Cabrini Center regarding declaration on release days. | 0.55 |
| 5/22/20 | Status update with Judge Gee | 0.92 |
| 5/22/20 | Debrief with co-counsel | 0.2 |
| 6/1/20 | Flores COVID co-counsel call | 0.87 |
| 6/2/20 | Follow up call with Cabrini regarding release to sponsors. | 0.5 |
| 6/3/20 | Call with Andrea O and co-counsel | 0.67 |
| 6/8/20 | Flores Co-counsel call to discuss next steps in COVID litigation | 0.22 |
| 6/10/20 | Reviewed Juvenile Coordinator reports and several emails regarding the reports. | 1.2 |
| 6/15/20 | Weekly co-counsel call to discuss COVID litigation | 0.1 |
| 6/22/20 | Weekly co-counsel call to discuss COVID litigation | 0.37 |
| 6/26/20 | Status hearing with Judge Gee | 1.24 |
| 6/26/20 | Hearing debrief with co-counsel | 0.2 |
| | | |
| | **TOTAL TIME:** | 116.59 |
| | **EAJA Rate:** | 207.78 |
| | **TOTAL EAJA Fees for Monica Julian** | $    24,225.07 |

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on September 29, 2021, I served the foregoing exhibit on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

<u>/s/Peter Schey</u>
*Counsel for Plaintiffs*
CENTER FOR HUMAN RIGHTS
AND CONSTITUTIONAL LAW
Peter A. Schey