BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
ERIC C. STEINHART
    Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    E-mail: eric.c.steinhart@usdoj.gov
    Telephone: (202) 514-0618

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>Plaintiffs, <br><br>v. <br><br>MERRICK GARLAND, Attorney General, *et al.*, <br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br>**JOINT STIPULATION TO DISMISS EAJA MOTION WITH PREJUDICE AND PROPOSAL REGARDING NOTICE TO *FLORES* CLASS MEMBERS OF SETTLEMENT** |

1

Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' "Motion for Award of Attorneys' Fees and Costs," ECF 708 (the "Motion"), under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d).

Defendants agree to pay Plaintiffs $1,150,000.00 in settlement of Plaintiffs' claims and any potential claims for attorneys' fees, litigation costs, and related expenses pursuant to the Motion. Plaintiffs agree that this is a reasonable resolution of Plaintiffs' claims pursuant to the Motion. The settlement agreement is attached as Exhibit 1.

Consistent with Federal Rule of Civil Procedure 23(e), the parties submit the following joint proposal for providing notice of the settlement agreement to *Flores* class members:

A proposed Notice is attached as Exhibit 2. Within five (5) days of an order from this Court approving the attached Notice, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. Within twenty (20) days of the date of the Order, Defendants shall post the approved Notice in English and Spanish at all U.S. Customs and Border Protection facilities in the Rio Grande Valley Sector of the U.S. Border Patrol and at all U.S. Immigration and Customs Enforcement family residential centers. Defendants shall post the Notices in areas where class members and their accompanying adult relatives can see the Notices. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been

posted and of the locations where they were posted. The notice period shall be no less than thirty (30) days in duration. Fifty (50) days after the date of the Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. Seventy (70) days after the date of the Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. The parties shall attach to the joint report a proposed order approving the Settlement Agreement and dismissing the Motion with prejudice. The parties' joint submission will propose a schedule for final approval of the Settlement Agreement.

| | |
|---|---|
| Dated: September 30, 2021 | Respectfully submitted, |
|   /s/ Peter Schey (with permission)<br>PETER SCHEY<br>Center for Human Rights &<br>Constitutional Law<br>256 South Occidental Boulevard<br>Los Angeles, California 90057<br>Tel: 323-251-3223<br>Fax: 213-386-9484<br>pschey@centerforhumanrights.org<br><br>*Attorney for Plaintiffs* | BRIAN M. BOYNTON<br>Acting Assistant Attorney General<br>Civil Division<br><br>WILLIAM C. PEACHEY<br>Director<br>Office of Immigration Litigation<br><br>WILLIAM C. SILVIS<br>Assistant Director<br><br>SARAH B. FABIAN<br>Senior Litigation Counsel<br><br>  /s/ Eric C. Steinhart<br>ERIC C. STEINHART<br>Trial Attorney<br>U.S. Department of Justice<br>Office of Immigration Litigation<br>P.O. Box 868, Ben Franklin Station<br>Washington, D.C. 20044<br>Telephone: (202) 514-0618<br>Email: eric.c.steinhart@usdoj.gov |

# CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on September 30, 2021, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

      /s/ Eric C. Steinhart
ERIC C. STEINHART
Trial Attorney