# EXHIBIT 2

NOTICE OF CLASS ACTION SETTLEMENT

**Notice to *Flores v. Barr* Class Members for Motion for Attorneys' Fees**

This notice is being given to individuals who:

- are members of the class covered by the *Flores* Settlement Agreement ("Agreement"), and are in immigration custody in U.S. Customs and Border Protection ("CBP") facilities in the Rio Grande Valley U.S. Border Patrol Sector or Immigration and Customs Enforcement ("ICE") family residential centers

This notice is to inform you of a motion for attorneys' fees in a class action lawsuit called *Flores v. Barr*, No. CV 85-04544 DMG ARG (C.D. Cal.). The *Flores* lawsuit resulted in a Settlement Agreement that sets minimum national standards for the detention, release, treatment and housing of children in the custody of CBP, ICE, and the Office of Refugee Resettlement.

On June 27, 2017, at the request of class members' attorneys, the federal court ordered the Government to house minors in safe and sanitary conditions, provide class members with a list of legal services and Notice of Right of Judicial Review, make and record continuous efforts at the release of class members or place them in non-secure, licensed facilities, and limit the time class members spend in custody.

The Government and lawyers for class members have agreed that the Government will pay class members' attorneys' fees in the amount of $1,150,000 to compensate them for their work to win the Court order issued on June 27, 2017, and to defend that Court Order when it was appealed by the Government. If you wish, you may object to the agreement by submitting your objection in writing, via regular or electronic mail, to the class members' lawyers, who will then file the objections with the Court.

Nothing stated in this notice waives or modifies the parties' rights or obligations.

If you choose to object to the agreement for fees, you must direct your objection to:

Peter Schey
Center for Human Rights and Constitutional Law
256 S. Occidental Blvd.
Los Angeles, CA 90057

Or email objections to: pschey@centerforhumanrights.org

To be timely, your objection must be received no later than _____.

If you do not make your objection by that date, you will lose your right to object.