CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*List continues on the next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> STIPULATION TO STAY BRIEFING SCHEDULE ON MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email:   ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

WHEREAS on September 2, 2021, the Court granted the Parties' request to continue the hearing on Plaintiffs' Motion to Enforce re Emergency Intake Sites from October 1, 2021, to October 29, 2021. *See* Doc. # 1171.

WHEREAS the Parties are engaged in mediation of Plaintiffs' allegations of breach of the *Flores* Settlement Agreement under the auspices of the Independent Monitor and have exchanged detailed settlement proposals.

WHEREAS the Parties will continue to diligently engage in mediation, including weekly meetings on agreed-upon topics and exchanges of settlement drafts in conjunction with those meetings on a schedule agreed to by the parties.

WHEREAS in view of these ongoing settlement discussions, the Parties have agreed to request that the Court stay the briefing schedule on this motion pending the Parties' settlement discussions.

WHEREAS the Parties agree that, should settlement discussions cease to be productive, the Parties will meet and confer within three days and promptly submit to the Court a Joint Status Report with a proposed briefing schedule and hearing date.

WHEREAS the Parties prior stipulations regarding tender age children and other particularly vulnerable children remain in effect. *See* Doc. ## 1165, 1170.

WHEREAS Plaintiffs accordingly believe that the Court's granting the requested stay is consistent with their Rule 23 duty to represent class members adequately.

The Parties hereby stipulate and respectfully request that the Court vacate the current briefing schedule and hearing date [Doc. # 1171] and stay further proceedings on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites [Doc. #1161] pending a status report from the Parties.

///

///

Dated: September 30, 2021

CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Melissa Adamson
Mishan Wroe
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch

 /s/ Carlos Holguín
Carlos Holguín
*One of the Attorneys for Plaintiffs*

Dated: September 30, 2021

BRIAN BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

*/s/ Sarah Fabian*
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 532-4824
Fax: (202) 305-7000
Email: sarah.b.fabian@usdoj.gov
*Attorneys for Defendants*