Center for Human Rights & Constitutional Law
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*List continues on the next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*,<br><br>　　　Plaintiffs,<br><br>v.<br><br>Merrick Garland, Attorney General the United States, *et al.*,<br><br>　　　Defendants. | No. CV 85-4544-DMG-AGRx<br><br>[Proposed] Order Staying Briefing Schedule on Motion to Enforce Settlement re Emergency Intake Sites (Doc. # 1161) |

1  NATIONAL CENTER FOR YOUTH LAW
2  Neha Desai (Cal. RLSA No. 803161)
   Mishan Wroe (Cal. Bar No. 299296)
3  Melissa Adamson (Cal. Bar No. 319201)
4  Diane de Gramont (Cal. Bar No. 324360)
   1212 Broadway, Suite 600 Oakland, CA 94612
5  Telephone: (510) 835-8098
6  Email: ndesai@youthlaw.org

7  CHILDREN'S RIGHTS
8  Leecia Welch (Cal. Bar No. 208741)
   88 Pine Street, Suite 800, New York, NY 10005
9  Telephone: (212) 683-2210
10 Email: lwelch@childrensrights.org

11 *Attorneys for Plaintiffs*

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Based on the Parties' stipulation, and good cause appearing,

IT IS ORDERED that the briefing schedule and hearing date [Doc. # 1171] previously set in this matter are VACATED. The Court STAYS further proceedings on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites [Doc. #1161] pending a status report from the Parties.

If the Parties' settlement discussions cease to be productive, the Parties will meet and confer within three days and promptly submit to the Court a Joint Status Report with a proposed briefing schedule and hearing date.

Dated: _____, 2021.

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

 */s/ Carlos Holguín*
Carlos Holguín
*One of the Attorneys for Plaintiffs*