# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES<br><br>Plaintiff(s),<br><br>v.<br><br>EDWIN MEESE<br><br>Defendant(s). | CASE NUMBER:<br><br>2:85–cv–04544–DMG–AGR<br><br>**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:    9/29/2021

Document Number(s):   1182

Title of Document(s):    Plaintiffs' Notice of Motion and Motion for Award of Attorneys' Fees

**ERROR(S) WITH DOCUMENT:**

Proposed order not submitted pursuant to Local Rule 52–4.1.

Other:

**Note:**   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated:  September 30, 2021         By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                                Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS