UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING THE PARTIES' JOINT PROPOSAL RE NOTICE TO FLORES CLASS MEMBERS OF SETTLEMENT [1183]** |

UPON CONSIDERATION of the parties' proposal for providing notice of the Settlement Agreement in accordance with Federal Rule of Civil Procedure 23(e), the Court APPROVES notice of the proposed settlement agreement to *Flores* class members (the "Notice") attached as Exhibit 2 to the Joint Stipulation [Doc. # 1183-2.]. Within five (5) days of the date of this Order, Plaintiffs shall provide to Defendants copies of the approved Notice in English and Spanish. Within twenty (20) days of the date of this Order, Defendants shall post the approved Notice in English and Spanish at all U.S. Customs and Border Protection facilities in the Rio Grande Valley Sector of the U.S. Border Patrol and at all U.S. Immigration and Customs Enforcement family residential centers. Defendants shall post the Notices in areas where class members and their

accompanying adult relatives can see the Notices. Defendants shall notify Plaintiffs' counsel in writing when the Notices have been posted and of the locations where they were posted. The notice period shall be no less than thirty (30) days in duration. Fifty (50) days after the date of this Order, Plaintiffs' counsel shall file and serve any objections received, redacted as appropriate, or notify the Court that no objections have been received. Seventy (70) days after the date of this Order, Plaintiffs and Defendants shall file a joint report regarding any objections received from class members during the period for the submission of objections. That joint report will include a proposed schedule for final approval of the Settlement Agreement as well as a proposed order approving the Settlement Agreement and dismissing Plaintiffs' "Motion for Award of Attorneys' Fees and Costs" [Doc. ## 708, 710], with prejudice.

DATED: September 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE