PETER A. SCHEY (Cal. Bar No. 58232)
CARLOS R. HOLGUÍN (Cal. Bar No. 90754)
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone:  (213) 388-8693
Email:       crholguin@centerforhumanrights.org
             pschey@centerforhumanrights.org


*Class Counsel for Plaintiffs*
*Additional Plaintiffs' counsel on next page*


# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>        Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>        Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER RE PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES<br><br>Judge:    Hon. Dolly Gee |

1    *Attorneys for Plaintiffs continued*

2
     USF SCHOOL OF LAW IMMIGRATION CLINIC
3    Bill Ong Hing (Cal. Bar No. 61513)
     2130 Fulton Street
4    San Francisco, CA 94117-1080
5    Telephone: (415) 422-4475
     Email: bhing@usfca.edu
6

7
     LA RAZA CENTRO LEGAL, INC.
8    Stephen Rosenbaum (Cal. Bar No. 98634)
9    474 Valencia Street, #295
     San Francisco, CA 94103
10   Telephone: (415) 575-3500

11
     NATIONAL CENTER FOR YOUTH LAW
12   Neha Desai (Cal. RLSA No. 803161)
13   Mishan Wroe (Cal. Bar No. 299296)
     Melissa Adamson (Cal. Bar No. 319201)
14   Diane de Gramont (Cal. Bar No. 324360)
15   1212 Broadway, Suite 600 Oakland,  CA 94612
     Telephone: (510) 835-8098
16   Email: ndesai@youthlaw.org

17
     CHILDREN'S RIGHTS
18   Leecia Welch (Cal. Bar No. 208741)
19   88 Pine Street, Suite 800, New York, NY 10005
     Telephone: (212) 683-2210
20   Email: lwelch@childrensrights.org

21

22

23

24

25

26

27

28
                                           [PROPOSED] ORDER
                                           CV 85-4544-DMG(AGRx)

1    Pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"),
2 Plaintiffs have applied for an award of attorneys' fees incurred in securing three
3 District Court Orders docketed as ## 784, 799, and 833, respectively. (Doc. # XXX).
4 Defendants appealed the three Orders. *See* Notices of Appeal (Doc. ## 825, 861, and
5 931).
6    The appeals were consolidated on December 3, 2020. *See* Case No. 20-55658
7 (ECF 11). On August 27, 2021, Defendants requested that the Court of Appeals
8 dismiss its appeals. Case No. 20-55658 (ECF 24). Plaintiffs agreed to the request
9 while reserving their right to seek fees for work performed before the District Court.
10 *Id*. On August 31, 2021, the Ninth Circuit Court of Appeals granted Defendants'
11 unopposed motion to dismiss all three appeals. *See* Order, Aug. 31, 2021 (Doc. #
12 1169); Case No. 20-55658 (ECF 25).
13    The EAJA allows litigants to recover fees in certain actions against the United
14 States, thus encouraging the vindication of rights by persons who would otherwise be
15 deterred from challenging governmental action because of the expense of litigation.
16 Pub. L. No. 96-481, 94 Stat. 2325. In pertinent part, the EAJA provides:

> Except as otherwise specifically provided by statute, a court shall award
> to a prevailing party other than the United States fees and other
> expenses, in addition to any costs awarded pursuant to subsection (a),
> incurred by that party in any civil action (other than cases sounding in
> tort), including proceedings for judicial review of agency action,
> brought by or against the United States in any court having jurisdiction
> of that action, unless the court finds that the position of the United States
> was substantially justified or that special circumstances make an award
> unjust.

25 28 U.S.C. § 2412(d)(1)(A).
26    Having considered Plaintiffs' motion and Defendants' opposition, and for
27 GOOD CAUSE SHOWN, Plaintiffs' Motion for an Award of Attorneys' Fees is
28

[PROPOSED] ORDER
CV 85-4544-DMG(AGRx)

GRANTED. Defendants are ordered to pay Plaintiffs' attorneys' fees in the amount of $659,614.

Dated: _____

                                               DOLLY M. GEE
                                               UNITED STATES DISTRICT JUDGE

Presented by:

/s/ _____
Peter Schey
*One of the Attorneys for Plaintiffs*

[PROPOSED] ORDER
CV 85-4544-DMG(AGRx)

1

## CERTIFICATE OF SERVICE

2

3        I, Peter Schey, declare and say as follows:

4        I am over the age of eighteen years of age and am not a party to this action. I

5   am employed in the County of Los Angeles, State of California. My business address

6   is 256 S. Occidental Blvd., Los Angeles, CA 90057, in said county and state.

7        On October 1, 2021 I electronically filed the following document(s):

8   [PROPOSED] ORDER RE: PLAINTIFFS' MOTION FOR AWARD OF

9   ATTORNEYS' FEES

10  with the United States District Court, Central District of California by using the

11  CM/ECF system. Participants in the case who are registered CM/ECF users will be

12  served by the CM/ECF system.

13

14                                            <u>/s/Peter Schey</u>
                                              Attorney for Plaintiffs

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER
CV 85-4544-DMG(AGRx)