**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br>Plaintiffs, <br><br>vs. <br><br>MERRICK GARLAND, Attorney General of the United States, *et al.,* <br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br>**ORDER STAYING BRIEFING SCHEDULE ON MOTION TO ENFORCE SETTLEMENT RE EMERGENCY INTAKE SITES (DOC. # 1161) [1184]** |

Based on the Parties' stipulation [Doc. # 1184], and good cause appearing,

IT IS ORDERED that the briefing schedule and hearing date [Doc. # 1171] previously set in this matter are VACATED. The Court STAYS further proceedings on Plaintiffs' Motion to Enforce Settlement re Emergency Intake Sites [Doc. #1161] pending a status report from the Parties.

If the Parties' settlement discussions cease to be productive, the Parties will meet and confer within three days and promptly submit to the Court a Joint Status Report with a proposed briefing schedule and hearing date.

DATED: September 30, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE