CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES |
| v. | |
| MERRICK GARLAND, Attorney General the United States, *et al.*, | Hearing: January 28, 2022<br>Time: 9:30 a.m.<br>Hon. Dolly M. Gee |
| Defendants. | |

Case 2:85-cv-04544-DMG-AGR   Document 1189   Filed 10/22/21   Page 2 of 4   Page ID
#:45413

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

NOTICE OF MOTION AND MOTION FOR AWARD OF ATTORNEYS' FEES
CV 85-4544-DMG-AGRX

PLEASE TAKE NOTICE that on January 28, 2022, at 9:30 a.m., or as soon thereafter as counsel may be heard, Plaintiffs will and do hereby move the Court for an award of attorneys' fees under the Equal Access to Justice Act, 28 U.S.C. § 2412(d) ("EAJA"), for fees incurred in compelling Defendants to comply with the *Flores* Settlement as to class members detained pursuant to Title 42 of the U.S. Code.[1]

Plaintiffs allege that (1) they are the prevailing party; (2) the position of Defendants, both before and throughout this litigation, was without substantial justification; and (3) no special circumstances make an award of fees unjust. The motion is based on the annexed Memorandum of Points and Authorities, Plaintiffs' itemized statements and other supporting exhibits filed concurrently herewith, and the record of proceedings in this case.

Pursuant to Local Rule 7-3, Plaintiffs sent Defendants their fee request on October 14, 2021 and the parties met and conferred on October 19, 2021.

Dated: October 22, 2021      CENTER FOR HUMAN RIGHTS AND CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Melissa Adamson
Mishan Wroe

---

[1] Plaintiffs believe the instant fee request would be most efficiently resolved via mediation under the supervision of the Ninth Circuit Court's Mediation Office. Plaintiffs have filed a fee application with the Ninth Circuit and plan to pursue mediation through that court's Mediation Office. Should mediation prove unsuccessful, this Court's greater familiarity with the issues herein would place it in a better position to decide a contested fee application. If mediation is successful, Plaintiffs will immediately inform this Court and withdraw the instant motion.

Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch

 /s/ Mishan Wroe
Mishan Wroe
*One of the Attorneys for Plaintiffs*