# Exhibit B

## Declaration of Leecia Welch in Support of Plaintiffs' Motion for Award of Attorneys' Fees

I, Leecia Welch, declare as follows:

1. I am an attorney, duly licensed to practice law in the states of California, Washington, and Illinois. I am currently a Lead Counsel at Children's Rights. At the time of the litigation at issue in this Motion for Award of Attorneys' Fees and Costs, I was the Senior Director of Child Welfare and Legal Advocacy at the National Center for Youth Law (NCYL). I submit this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees. The facts set forth in this declaration are based upon my personal knowledge, and if called to do so, I would competently testify under oath regarding the same.

## <u>Qualifications of NCYL Attorneys</u>

2. NCYL is a privately-funded, non-profit organization founded in 1970 to advocate for low-income children and adolescents. NCYL regularly represents plaintiffs in complex class action lawsuits designed to protect the rights of youth and improve child-serving systems. NCYL attorneys have significant experience in cases involving child welfare, juvenile justice, adolescent health, immigration, and children's mental health needs. They are among the most experienced, knowledgeable, and respect children's lawyers in the country.

3. One of NCYL's primary substantive areas of expertise is advocating for children in child welfare systems. NCYL has worked to reform child-serving systems through litigation in various states, including California, Washington, Missouri, Kansas, and Utah. For example, in *David C. v. Leavitt*, No. 93-C-206W (D. Utah), NCYL successfully represented a class of foster children and children reported to be abused or neglected. The *David C.* lawsuit resulted in significant improvements to Utah's child welfare system. NCYL attorneys have also spearheaded reform of child welfare systems in Arkansas (*Angela R. v. Clinton*,

91-cv-415 (E.D. Ark.)) and Maryland (*L.J. v. Massinga*, No. 84-cv-4409 (D. Md.)).

4.  NCYL attorneys also have extensive experience at the intersection of child welfare and immigration.  NCYL was one of the original organizations to file the *Flores* case and has devoted tens of thousands of hours to the case since it was filed in 1985.  I have personally been involved in litigating on behalf of detained immigrant children in *Flores* and other related litigation for the past four years. This work has included numerous site visits to interview *Flores* class members as well as litigating motions to enforce the Settlement Agreement when necessary.  In addition to its work on *Flores*, NCYL represents five classes of detained immigrant children in the federal custody of the Office of Refugee Resettlement in *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.) and a putative class of immigrant children whose release from government custody has been delayed due to unlawful fingerprinting policies and practices in *Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.).  The team at NCYL who worked on *Flores* during the relevant time period for this Motion for Award of Attorneys' Fees and Costs includes: Neha Desai, Mishan Wroe, Freya Pitts, Melissa Adamson, Diane de Gramont, Soraya Morales-Nuñez, and me.  Attached hereto as Exhibit A to my declaration are true and correct copies of our resumés.

5.  I was an attorney at the National Center for Youth Law from 2004 until September 13, 2021.  I have dedicated my career to representing children and youth in cases focused on enforcing their statutory and constitutional rights.  I have been lead or co-counsel in multiple federal court class action lawsuits and other individual cases on behalf of children in need.

6.  I attended Loyola University Chicago School of Law, where I was selected to be in the first cohort of fellows of the newly founded Civitas ChildLaw Fellowship program.  The Civitas ChildLaw Program was the first law school

program in the country to integrate a traditional J.D. curriculum with a specialized three-year course of study in children's law.  The fellowship program included a scholarship, internship funding and support, extensive coursework focusing on children's law, a children's law clinic, a specialized children's law trial practice course, and a journal and policy institute.  I graduated *magna cum laude* in 1996 and was admitted to practice in the State of Washington later that year.

7.  I began my career as a litigation associate at the Seattle office of Perkins Coie and the San Francisco office of Morrison & Foerster.  While at Morrison & Foerster, I worked on a variety of litigation matters, but I spent the vast majority of my time litigating a class action lawsuit on behalf of California school children entitled *Williams v. State of California*.

8.  Morrison & Foerster partnered with the ACLU of Southern California and numerous other non-profit organizations to bring *Williams v. State of California* because thousands of school children were being denied the essential ingredients of an adequate public education: instructional materials, qualified teachers, and safe facilities.  For more than three years, I worked closely with the *Williams* class representatives, managed the day-to-day operations of a team of more than thirty attorneys, oversaw all filings and discovery matters, and spent hundreds of hours taking depositions of high-ranking state officials and defendants' experts and defending depositions of our young clients.  This high-profile case concluded in 2004 with a landmark settlement agreement that resulted in the state allocating $138 million in additional funding for standards-aligned instructional materials, $50 million for enhanced oversight of low performing schools, and $800 million for critical repairs to school facilities.  The *Williams* team at Morrison & Foerster received numerous awards for our work on behalf of California students, and the case was discussed at length in a book by Peter Schrag entitled Final Test: The Battle for Adequacy in America's Schools (2003).

9. Throughout my time at Perkins Coie and Morrison & Foerster, I also represented numerous individual youth and families in a range of pro bono matters. This work included representing youth charged with first degree murder, foster children and their representatives in child welfare matters, children in school discipline matters, and low-income families in guardianship cases.

10. At the conclusion of the *Williams* case, I was fortunate to receive an offer to work at NCYL – where I worked for nearly seventeen years.  NCYL and my current employer, Children's Rights, are two of only a handful of non-profits across the country whose attorneys specialize in representing youth in foster care in class action cases and impact litigation.  Some of the cases I worked on while at NCYL include:

    a. *David C. v. Leavitt*, No. 93-C-206W (D. Utah): I was lead counsel representing a statewide class of children in foster care in Utah from 2004 until 2007, when the case successfully concluded.  I led the negotiation and implementation of a settlement that resulted in substantial improvements to Utah's foster care system, including tripling the amount of funding allocated to foster care and improving key outcomes for youth in care.

    b. *T.R. v. Quigley*, No. 2:09-cv-01677 (W.D. Wash.): I was co-lead counsel representing a statewide class of low-income children in need of intensive mental health services in the state of Washington.  The Court referred to our settlement in the *T.R.* case as a "resounding success" and "nothing less than a landmark reform."  Verbatim Report of Proceedings at 25, *T.R. v. Quigley*, No. C09-1677TSZ (W.D. Wash. Dec. 19, 2013).  The Settlement Agreement resulted in the funding and development of community-based intensive mental health

services, called Wraparound with Intensive Services, to Medicaid-
eligible children in Washington statewide.

c. *Henry A. v. Willden*, No. 2:10-cv-00528 (D. Nev.): I was co-counsel
in a lawsuit on behalf of seven foster youth who were subjected to
physical and mental harm while in foster care in Clark County,
Nevada.  The lawsuit resulted in a $2 million settlement.

d. *M.B. v. Corsi*, No. 17-4102 (W.D. Mo.): I am class counsel in a
groundbreaking class action addressing the state of Missouri's failure
to properly oversee the prescription and administration of
psychotropic medications to foster children.  In December 2019 the
Court approved our settlement agreement which requires significant
improvements and changes to Missouri's foster care system.

e. *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.) (described
above).

f. *Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.) (described
above).

g. *M.B. and S.E. v. Kelly*, No. 18-cv-2617-JWL-GEB (D. Kan.): I am
class counsel in a class action lawsuit against the state of Kansas
regarding its foster care system's failure to maintain an appropriate
array of foster care placements.  The settlement reached in the case
will end placement practices that render children essentially homeless
and will ensure access to vital mental health care services.

h. *D.S. v. Washington State Department of Children, Youth, and
Families (DCYF)*, No. 2:21-cv-000113 (W.D. Wash.): I am class
counsel in a class action lawsuit against the state of Washington
regarding its foster care system's failure to provide children with

disabilities appropriate family reunification services and suitable placements.

11. Although I spend most of my time on litigation matters, I also regularly engage in policy work and train lawyers on issues related to enforcing the statutory and constitutional rights of youth in foster care.  I have also taught law school courses at U.C. Berkeley School of Law on reforming child-serving systems through impact litigation.  My work has been recognized by the American Bar Association, the California State Bar, the Impact Fund, and in 2021 I was awarded the Janet Reno Endowment Women's Leadership Award.

12. Neha Desai is a Senior Attorney and the Senior Director of Immigration at NCYL.  She is a 2006 graduate of U.C. Berkeley School of Law.  For the past fifteen years, she has been working with and on behalf of children, including immigrant children in federal custody, as well as youth in the child welfare and juvenile justice systems.  At NCYL, Ms. Desai currently works on *Flores*, *Lucas R.*, and *Duchitanga* and previously worked on *T.R.*  She began her legal career as a Zubrow Fellow and then a staff attorney at the Juvenile Law Center where she represented children in dependency proceedings, drafted amicus briefs to federal courts, and served as a member of the legal team litigating the infamous "Kids for Cash" scandal.  Ms. Desai has also represented individual children in federal immigration custody, including victims of child trafficking and child asylum seekers, in their petitions for individual relief.  Additionally, Ms. Desai has worked on immigration legislation including the federal Trafficking Victims Protection Reauthorization Act of 2008 and California's Trafficking Victims Protection Act of 2005.

13. Mishan Wroe is a Senior Attorney with NCYL who graduated from the University of Chicago Law School in 2013.  Ms. Wroe previously worked as a trial attorney in private practice and maintained an active pro bono portfolio including

work related to the reproductive rights of immigrant children in federal custody, freedom of speech, tenants' rights, and FOIA litigation.  Since joining NCYL in April 2020, Ms. Wroe's work has focused on class action litigation on behalf of immigrant children including work on *Flores* and *Lucas R.*

14. Freya Pitts is a Senior Attorney with NCYL, where she focuses on class action litigation.  She graduated from Yale Law School in 2013.  Cases in our office that Ms. Pitts has worked on or is currently working on include *D.S. v. Washington State DCYF*, *M.B. v. Corsi*, *M.B. & S.E. v. Kelly*, *Flores*, and *Lucas R.* Ms. Pitts previously worked at Disability Rights Advocates, first as an Arthur Liman Public Interest Fellow, and then as a staff attorney.  In these roles she worked to advance the rights of children and youth with disabilities through impact litigation.  For example, as a member of the legal teams working on *G.F. v. Contra Costa County*, No. 14-cv-03667-MEJ (N.D. Cal.), and *T.G. v. Kern County*, 18-cv-00257-DAD (E.D. Cal.), she advocated for the rights of young people with disabilities detained in California juvenile halls, including by seeking to enforce their rights under the Americans with Disabilities Act (ADA) and the Individuals with Disabilities Education Act (IDEA).  Before working at Disability Rights Advocates, Ms. Pitts clerked for the Honorable Judith W. Rogers of the United States Court of Appeals for the District of Columbia Circuit and for the Honorable Jon S. Tigar of the United States District Court for the Northern District of California.

15. Melissa Adamson is an Attorney at NCYL who focuses on impact litigation and policy advocacy on behalf of immigrant children.  Ms. Adamson graduated from U.C. Berkeley School of Law in 2017.  Ms. Adamson currently works on the *Flores*, *Lucas R.*, and *Duchitanga* cases.  Ms. Adamson has also worked on impact litigation on behalf of youth in foster care whose constitutional privacy interests were being violated.  Additionally, she has directly represented youth in

7

delinquency proceedings, guardianship petitions, and expulsion hearings at the East Bay Community Law Center in Berkeley, California and Legal Services for Children in San Francisco, California.

16. Diane de Gramont is an Attorney at NCYL who focuses on impact litigation on behalf of immigrant children.  Ms. de Gramont graduated from Yale Law School in 2017 and first joined NCYL as an Arthur Liman Public Interest Fellow. Ms. de Gramont has worked on *Flores* and *Lucas R.* as well as other impact litigation cases related to the rights of children with disabilities.  Prior to joining NCYL, Ms. de Gramont clerked for the Honorable Stephen A. Higginson on the U.S. Court of Appeals for the Fifth Circuit and the Honorable Sarah S. Vance on the Eastern District of Louisiana.

17. Soraya Morales Nuñez is a Paralegal at NCYL.  Her work focuses on impact litigation on behalf of vulnerable children, including immigrant children in federal custody, as well as youth in the child welfare and juvenile justice systems. Ms. Morales Nuñez has served as a translator during many client interviews with *Flores* class members.  Prior to joining NCYL, Ms. Morales Nuñez worked as a Project Analyst at Mintz, a general-practice law firm headquartered in Boston, MA.  At Mintz, she provided Spanish translation, factual research, and document management support to a pro bono caseload spanning post-conviction relief advocacy, tenants' asylum, and impact litigation focused on immigrants' rights.

## NCYL's Role in the Motion to Enforce Resulting in the Court's September 4 Order and Subsequent Appeal

18. As noted above, NCYL attorneys have worked on Flores since it was filed in 1985.  NCYL has dedicated significant resources to the case over the past four years, and, in particular, has devoted over 700 hours to Plaintiffs' Motion to Enforce and appeals of the Court's September 4, 2020 Order ("Title 42 MTE"). NCYL's work has included conducting extensive legal research on the underlying

legal issues; drafting sections of the motion; gathering evidence in support of the motion; and defending the September 4 Order on appeal.  NCYL's work on the Title 42 MTE was informed by its attorneys' substantial experience in litigation at the intersection of child welfare and immigration.

## NCYL Attorneys' Lodestar on Work Related to Title 42 MTE and Appeal of the Court's September 4 Order

19. From June 2020 to March 2021, NCYL attorneys expended more than 700 compensable hours on work related to the Title 42 MTE and subsequent appeals of the Court's September 4 Order.  A true and correct itemization of our billable time is attached as Exhibit B to my declaration.  I have personally reviewed these time entries to ensure accuracy, validity, and compensability under the law.  As part of a rigorous exercise to ensure billing judgment, NCYL has waived any time that seemed redundant, inefficient, or not reasonably connected to the issues upon which Plaintiffs were the prevailing party, amounting to more than 32 hours in deductions.  Additionally, NCYL has waived more than 10 compensable hours of work from one attorney who also contributed to this litigation effort.  Finally, NCYL has reduced the total request for attorneys' fees by 10% of billable hours across all NCYL team members to account for any duplication or inefficiencies. The services for which fees have been charged are reasonable and were actually and necessarily performed.

20. It is NCYL's policy that its attorneys, paralegals, and other staff must maintain contemporaneous and specific attorney fee logs, billed to the one-tenth of an hour, to keep track of their time, and NCYL trains its staff to do so.  Our fee logs are recorded contemporaneously in a computerized tracking system that utilizes Excel spreadsheets or timekeeping software which can export records into Excel spreadsheets.

21. NCYL attorneys bill for their time based on their respective levels of experience.  NCYL has calculated its lodestar based on the established EAJA rates, with the exception of my rate for which we are seeking a specialist rate based on my child welfare expertise and knowledge of the Flores Settlement requirements and history, as discussed above and in declarations submitted by John F. O'Toole and Richard Pearl.  Even this specialist rate is lower than the prevailing market billing rates in the Bay Area where I practice law.

22. The specialist rate is justified given my particularized expertise in child welfare issues and substantial expertise litigating civil rights issues on behalf of youth in government custody.  My expertise in the reform of child welfare systems informed Plaintiffs' litigation of numerous issues raised in the Title 42 MTE, including standards for treatment of children in government custody and the types of settings and conditions in which children in government custody may be placed.  To my knowledge, few attorneys in the country have comparable expertise. Moreover, this rate is comparable to the rates that other civil rights attorneys have received in this case and that I have received for litigating other civil rights cases on behalf of youth.  A summary of Plaintiffs' total billing on this matter is attached as Exhibit C.

23. As has been NCYL's practice for forty-five years, Plaintiffs' counsel will not be seeking payment of attorneys' fees or costs from any individual Plaintiffs. NCYL undertook this work without any payment from the clients and with the knowledge that it might not recover its attorneys' fees or out-of-pocket expenditures.

24. The total hours devoted to prosecuting this action, including NCYL attorneys[1] as well as co-counsel and a paralegal, adjusted for time that was poorly

---

[1] After a 10% reduction to account for any duplication or inefficiencies.

documented or excessive amounts to 738.2 hours.  These hours multiplied by this Court's inflation-adjusted base rates yield a lodestar fee request of $149,041.87. Plaintiffs further request an additional $2,110.00 in paralegal fees for 21.1 hours of work at a rate of $100 per hour.  Plaintiffs' total fee request for attorney and paralegal time, using enhanced fee rates for senior counsel, inflation-adjusted base rates for all other attorneys and the market rate for one paralegal, amounts to $232,773.26.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed on this 19th day of October, 2021 at San Francisco, California.

__/s/ *Leecia Welch*_____

Leecia Welch

# Exhibit A

# Leecia Welch

lwelch@childrensrights.org  - (415) 602-5202

| | |
|---|---|
| **Professional Experience** | **Children's Rights**<br>New York, NY (based in San Francisco, CA)<br>*Lead Counsel*<br>September 2021-present |

- Specialization in complex litigation and civil rights class action cases focused on holding federal and state governments accountable for the health, safety, and well-being of children in their custody.

- Co-counsel on class action cases in Missouri, Kansas, and Washington focused on protecting the constitutional rights of children in state and federal foster care, improving state and federal child welfare systems, increasing access to children's mental health services, ensuring that states are meeting the needs of children in foster care with disabilities, and advancing children's right to family integrity.

- Co-counsel on *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal.), representing a nationwide class of detained immigrant children to enforce their rights to appropriate treatment while in custody and prompt release to family.

- Policy and training expertise in child-serving system reform, foster youth education issues, and sibling rights.

**National Center for Youth Law**
Oakland, CA
*Senior Director, Legal Advocacy and Child Welfare*
August 2016-September 2021
*Senior Attorney*,
November 2004-August 2016

- Lead counsel or co-counsel in complex litigation and civil rights class action cases focused on holding federal and state governments accountable for the health, safety, educational needs, and well-being of children in their custody.

- Key cases included:

  o *David C. v. Leavitt*, No. 93-C-206W (D. Utah), a federal statewide class action resulting in significant improvements to Utah's foster care system.

  o *T.R. v. Quigley*, 2:09-cv-01677 (W.D. Wash.), a federal

statewide class action to improve access to community-
based children's mental health services for Medicaid-eligible
children in Washington

- o *Henry A. v. Willden*, No. 2:10-cv-00528 (D. Nev.): federal
  lawsuit on behalf of seven foster youth who were subjected
  to physical and mental harm while in foster care in Clark
  County, Nevada resulting in a $2 million settlement.

- o *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.):
  nationwide class of detained immigrant children, including a
  subclass of children who have been medicated without
  appropriate procedural safeguards and a subclass of children
  with behavioral, mental health, intellectual, and/or
  developmental disabilities whom the government places in
  more restrictive settings solely by reason of their disabilities.

- o *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal.): nationwide
  class of detained immigrant children focused on prompt
  reunification with families and ensuring basic health, safety
  and well-being of children detained children.

- o *M.B. v. Corsi*, No. 2:17-cv-04102-NKL (D. Mo.): class of
  foster youth in Missouri who were at risk of unsafe
  administration and over-prescription of psychotropic drugs
  resulting in a settlement agreement that created a
  comprehensive system to oversee and monitor the
  prescription of psychotropic drugs to youth in foster care.

- o *Emma C. v. Thurmond*, No. 3:96-cv-04179-VC (N.D. Cal.):
  representing a class of children with disabilities entitled to
  special education services to ensure implementation of a
  settlement agreement that implicates oversight and
  monitoring of school districts across the state of California
  for compliance with the Individuals with Disabilities
  Education Act (IDEA).

- o Several cases in California state court advancing the rights
  of children in foster care to reproductive health care
  services, housing, and equal access to educational
  opportunities.

- Managed several foster youth education projects, including a
  partnership with East Bay Children's Law Office to train law
  students to serve as educational rights holder for youth in foster
  care.

**Morrison & Foerster LLP**
San Francisco, CA
*Senior Associate,* Litigation Department
September 2000- November 2004

- Provided full range of litigation services on complex litigation disputes, including acting as senior associate on *Williams v. California*, a class action case aimed at reforming the State of California's public school system.
- Conducted and defended depositions of expert and lay witnesses; argued various motions; and prepared numerous briefs, including 400-page California education system liability disclosure statement.
- Participated on trial team of a habeas corpus case, including drafting portions of trial brief and post-trial brief and cross-examining witnesses in federal court.

**Perkins Coie LLP**
Seattle, WA
*Associate*, Litigation Department
October 1996-October 1997, January 1999-June 2000

- Provided full range of litigation services on class action lawsuits, cases involving complex contract and technology disputes and intellectual property matters.
- Conducted and defended depositions of expert and lay witnesses and worked extensively with experts focusing on technology and intellectual property issues.
- Focused extensive pro bono efforts on representation of juveniles in criminal cases, grandparents in custody cases, parents in adoptions, and guardians *ad litem* in suits on behalf of children.

**CIVITAS Initiative**                                                Chicago, IL
*Children's Law Fellow*
November 1997- November 1998

- Responsible for the development and implementation of all programs and initiatives related to children's legal issues.
- Represented children and families in a variety of legal matters.

Participated in the development of materials, curriculum and training for professionals and caregivers interfacing with the court system.

**Education**

**Loyola University Chicago School of Law**                    Chicago, IL

J.D. awarded May 1996, *Magna Cum Laude*
Cumulative GPA: 3.79/4.00    Class Rank: 4 out of 184

<u>Academic Honors and Activities</u>
Eve Jacobs CIVITAS ChildLaw Fellowship Recipient
Editor, Loyola University Chicago Law Journal and Children's Legal Rights Journal
Williams Fellow Research Assistant and Children's Law Legal Writing Teaching Assistant

**Northwestern University**

B.A with Distinction and Honors in English, June 1992
Evanston, IL
Cumulative GPA: 3.78/4.00; Phi Beta Kappa

**Professional Activities and Honors**

- 2005 California State Bar President's Pro Bono Services Award (*Williams v. State of California* team), 2007 Recipient of the American Bar Association Young Lawyers Division Child Advocacy Award, 2014 Impact Fund Award (*T.R. v. Quigley* team), 2021 Janet Reno Endowment Women's Leadership Award

- Adjunct Professor at University of California, Berkeley School of Law.  Courses include Child Welfare Reform Litigation and Litigating Children's Rights.

# Neha Desai, Esq.
ndesai@youthlaw.org

---

Education:

**University of California, Berkeley School of Law,** Juris Doctorate, 2006
>   Selected Activities: Berkeley Journal of Gender, Law & Justice: *Article Screener & Symposium Speakers Chair*; Center for Social Justice: *Student Advisory Board*; Coalition for Diversity: *Outreach Chair*; South Asian Law Students Association; Student Liaison for Faculty Hiring Committee
>   International Human Rights Clinic; California Asylum Representation Clinic; Domestic Violence Clinic

**University of Chicago**, Bachelor of Arts, 2002
>   History with Departmental and General Honors; Dean's List every quarter

Work Experience:

| | |
|---|---|
| **National Center for Youth Law** | *Winter 2014 – Present* |

*Director, Immigration*
>   Lead National Center for Youth Law's work on behalf of immigrant children, including litigation, policy and stakeholder education efforts.

| | |
|---|---|
| **County of Santa Clara** | *Fall 2012 – Winter 2014* |

*Policy Advisor, Dually Involved Youth Initiative*
>   Led Macarthur Foundation funded reform initiative designed to improve outcomes for youth involved in the juvenile justice and child welfare systems. Worked with juvenile court judges, agency directors and other key leaders to develop new policies and procedures.

| | |
|---|---|
| **Center for Gender and Refugee Studies** | *Fall 2011- Fall 2012* |

*Attorney*
>   Provided technical assistance on intakes regarding refugee children. Drafted legal resources on complex arena of asylum law. Contributed to various litigation and policy efforts on behalf of refugee youth.

| | |
|---|---|
| **Casa Cornelia Law Center** | *Summer 2010- Fall 2010* |

*Attorney*
>   Represented detained unaccompanied minors in immigration proceedings and asylum hearings. Interviewed children, counseled children on their options, prepared applications for immigration relief.

| | |
|---|---|
| **Juvenile Law Center** | *Fall 2006- Summer 2010* |

*Zubrow Fellow/ Staff Attorney*
>   Represented children in abuse & neglect proceedings. Drafted *amicus* briefs to the U.S. Supreme Court & lower federal courts. Worked on federal and state policy reform initiatives. Conducted trainings on the legal rights of youth in foster care. Drafted pleadings for federal class action civil rights litigation.

Selected Honors:

- Casa Cornelia Law Center Pro Bono Publico: *"for outstanding contribution to the legal profession"*
- First Judicial District 2010 Pro Bono Roll of Honor, Support Center for Child Advocates
- Boalt Hall Pro Bono Service: *Recognizing graduating students for substantial pro bono service*
- Boalt Hall Fellowship; Dorothy M. Williams Fund: *Funds public interest legal internships*
- Maroon Key Society: *University Honorary society, "serve as advisors to the Dean"*
- Perry Herst Prize: *Awards the combination of "study with social responsibility"*
- Howell Murray: *"One of the College's highest honor" awarded for "outstanding contribution"*
- Human Rights Fellow: *Awarded to students with exemplary commitment to international human rights*

## Mishan Wroe
mwroe@youthlaw.org

**EDUCATION:**

**The University of Chicago Law School,** Chicago, IL
**Juris Doctor with honors,** June 2013
- President, Chicago Law Foundation; Co-founder, University of Chicago Domestic Violence Project
- Recipient of: The Thomas R. Mulroy Prize for Excellence in Appellate Advocacy and Oral Argument in the Hinton Moot Court Competition, Autumn 2012 and The Ann Watson Barber Outstanding Service Award, Spring 2013 and Pro Bono Service Initiative Award, Spring 2013

**Stanford University,** Stanford, CA
**Bachelor of Arts in Public Policy, Received Departmental Honors, Minor in Spanish,** June 2008
- Honors Thesis: *The Effect of Sex Education on Adolescent Sexual Risk Taking Behaviors*, received *Robyn R. Noll Award for an Exceptional Honors Thesis*

**BAR MEMBERSHIPS:**
- Illinois, Admitted October 2013
- California, Admitted December 2014

**WORK EXPERIENCE:**

**National Center for Youth Law,** Oakland, CA
**Senior Attorney,** April 2020 – present
- Work as part of a team to develop and litigate class action and other impact cases on behalf of children in need, with a focus on unaccompanied immigrant youth.

**Riley Safer Holmes & Cancila LLP,** San Francisco, CA
**Senior Associate,** December 2017 – March 2020
**Associate,** March 2016 – December 2017
- Second chaired two trials including cross-examination of lay witnesses and expert witnesses
- Draft and argue motions including motions to dismiss, motions for summary judgment, and trial briefs
- Conduct all aspects of discovery including drafting and responding to discovery requests, conducting depositions of plaintiffs and key witnesses, and drafting and arguing motions to compel
- Negotiate settlements and conduct mediations and settlement conferences
- Significant pro bono work including cases involving reproductive rights of detained immigrant youth and free speech

**ACLU of Northern California,** San Francisco, CA
**Consulting Reproductive Justice and Gender Equity Attorney,** July 2017 – January 2018
- Conducted research for proposed legislation and other policy related projects
- Litigated two active cases including conducting discovery, preparing witnesses for deposition, and preparing expert witness reports

**Schiff Hardin LLP,** San Francisco, CA
**Associate,** August 2014 – March 2016
- Draft and argue motions and conduct all aspects of discovery
- Contribute to various pro bono cases including researching abortion providers' litigation options against protestors, landlord tenant disputes, prisoner's rights claims,

**Kirkland & Ellis LLP,** Chicago, IL
**Associate,** October 2013 – July 2014
**Summer Associate,** June 2012 – August 2012
- Assisted in drafting complaints, temporary restraining orders, appellate briefs, and discovery requests
- Contributed to various pro bono cases including Illinois gay marriage case and Seventh Circuit criminal appeal

**American Civil Liberties Union – Illinois, PILI Fellow,** Chicago, IL
**Legal Intern,** June 2013 – September 2013

**American Civil Liberties Union – Illinois, Reproductive Freedom Project,** Chicago, IL
**Legal Intern,** January 2012 – May 2012

**The Center for Effective Philanthropy (CEP),** Cambridge, MA
**Research Analyst,** August 2008 – June 2010

# FREYA E. K. PITTS

Senior Attorney, Legal Advocacy ▪ National Center for Youth Law
1212 Broadway, Suite 600 ▪ Oakland, CA 94612 ▪ (510) 899-6572 ▪ fpitts@youthlaw.org

## EDUCATION

**YALE LAW SCHOOL,** J.D., 2013
    Khosla Memorial Fund for Human Dignity Prize

**YALE UNIVERSITY,** B.A., 2008
    *summa cum laude*, with Distinction in History and International Studies

## EXPERIENCE

**NATIONAL CENTER FOR YOUTH LAW,** Oakland, California
*Senior Attorney, Legal Advocacy*              July 2020 – present
*Attorney, Legal Advocacy*              Aug. 2018 – June 2020
- Develop and litigate impact cases on behalf of marginalized children and youth nationwide, including in cases related to child welfare, mental health, immigration, and education.
- Draft complaints, motions, briefs, and research memoranda; collaborate with clients, co-counsel, and expert witnesses; engage in discovery; pursue alternative dispute resolution; monitor compliance with post-litigation settlement agreements.

**DISABILITY RIGHTS ADVOCATES,** Berkeley, California
*Staff Attorney*              Sept. 2017 – Aug. 2018
*Arthur Liman Public Interest Fellow*        Sept. 2015 – Sept. 2017
- Developed and litigated impact cases in California and New York, focusing on the needs of youth with disabilities, including young people in juvenile halls, in schools, on college campuses, and in childcare programs.
- As a fellow, represented individual youth in expulsion defense proceedings as a member of the Legal Services for Children Pro Bono Panel.

**HON. JON S. TIGAR,** U.S. District Court for the Northern District of California   Sept. 2014 – Sept. 2015
*Law Clerk*

**HON. JUDITH W. ROGERS,** U.S. Court of Appeals for the D.C. Circuit    Aug. 2013 – Aug. 2014
*Law Clerk*

**LOWENSTEIN INTERNATIONAL HUMAN RIGHTS CLINIC,** Yale Law School   Jan. 2011 – May 2013
*Student Director and Law Student Intern*
- Pursued sentencing reform in Connecticut state legislature for prisoners convicted as minors.
- Developed recommendations for protection and support of survivors of sexual violence testifying in international criminal trials.
- Prepared amicus brief for Bangladesh International Crimes Tribunal discussing crimes against humanity.

**IMMIGRATION LEGAL SERVICES CLINIC,** Yale Law School    Jan. 2012 – May 2013
*Student Director and Law Student Intern*
- Obtained relief for client in removal proceedings advancing domestic violence-based asylum claim.
- Assisted clients with post-asylum immigration matters, including family reunification.

**ADVOCACY FOR CHILDREN AND YOUTH CLINIC,** Yale Law School          Jan. 2013 – May 2013
*Law Student Intern*
▪ Represented child clients in child protection proceedings in the New Haven Superior Court for Juvenile Matters.

**TAHIRIH JUSTICE CENTER,** Falls Church, Virginia          May 2012 – Aug. 2012
*Immigration Law Intern*
▪ Provided trauma-informed legal services to women fleeing gender-based harm, including domestic violence, sexual assault, forced marriage, and female genital cutting.
▪ Conducted client and intake interviews; drafted filings in asylum, Violence Against Women Act, T-visa, and U-visa cases; conducted country conditions research; coordinated supporting documentation from expert witnesses; and provided support to pro bono counsel.

**DOUGHTY STREET CHAMBERS & DEATH PENALTY PROJECT,** London, U.K.          June 2011 – Aug. 2011
*Human Rights Research Fellow*
▪ Researched and wrote litigation memoranda for immigration, extradition, criminal, and prisoners' rights cases in British, foreign, and international courts.

**RENAISSANCE MIDDLE SCHOOL / TEACH FOR AMERICA,** Fairburn, Georgia          July 2008 – June 2010
*Social Studies Teacher*
▪ Led classroom instruction and extracurricular enrichment for middle school students in a low-income urban community.
▪ Developed original global studies curriculum based on revised state standards.

# PUBLICATIONS

*The Power to Detain: Detention of Terrorism Suspects After 9/11*, 38 YALE J. INT'L L. 123 (2013) (with Oona Hathaway, Samuel Adelsberg, Spencer Amdur, Philip Levitz, and Sirine Shebaya).

*The Chilling Effect of the 'Material Support' Law on Humanitarian Aid: Causes, Consequences, and Proposed Reforms*, 4 HARV. NAT'L SEC. J. 282 (2013) (with Samuel Adelsberg and Sirine Shebaya).

# OTHER SKILLS AND QUALIFICATIONS

*Languages:* Proficient French (written and spoken).

*Bar Memberships:* State of California; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. District Court for the Northern District of California; U.S. District Court for the Eastern District of California; U.S. District Court for the Central District of California.

# Melissa A. Adamson

1212 Broadway, Suite 600, Oakland, CA 94612 • 510.899.6573 • madamson@youthlaw.org

---

## EDUCATION

**University of California, Berkeley, School of Law**                                                     **Berkeley, CA**
*Juris Doctor,* Order of the Coif                                                                          **May 2017**

| | |
|---|---|
| Honors: | Best Oral Argument Award 1L Competition, 2015 |
| | Jessup International Law Moot Court Best Individual Oralist Award for Pacific Region, 2016 |
| | Best Oral Advocate, Berkeley Law Moot Court Team, 2016 |
| | Herma Hill Kay Fellow, 2015; University of Michigan Bergstrom Child Welfare Law Fellow, |
| | 2016; Justice John Paul Stevens Public Interest Fellow, 2016 |
| Journals: | *California Law Review* (Executive Board, Technology & Communications Editor) |
| Activities: | Foster Education Project (Chair), Moot Court Team, Written & Oral Advocacy Teaching Assistant |

**Tufts University**                                                                                      **Medford, MA**
*Bachelor of Arts with Honors, International Relations and Community Health*                               **May 2011**

---

## RELEVANT EXPERIENCE

**National Center for Youth Law**                                                                         **Oakland, CA**
*Attorney – Immigration & Legal Advocacy Teams*                                                  **Sept. 2018 - Present**
*Berkeley Law Public Interest Fellow*                                                         **Sept. 2017 – Sept. 2018**
- Litigation: Investigate, develop, and assist in litigating class action cases on behalf of unaccompanied immigrant youth (*Flores, Lucas R., Duchitanga*).
- Policy: Research, publish, and present educational materials for judges, state and federal legislators, providers, caregivers, and youth. Provide technical assistance to state and federal legislators on potential legislation and hearings.

**Legal Services for Children**                                                                   **San Francisco, CA**
*Law Clerk – Immigration, Education, & Guardianship Divisions*                                          **Summer 2016**
- Prepared and filed client declarations and court forms in SIJS, DACA, asylum, and guardianship cases.
- Represented clients in school expulsion hearings and negotiated settlements with school districts.

**East Bay Community Law Center**                                                                         **Berkeley, CA**
*Advanced Clinical Student – Education Defense and Justice for Youth Clinic*                         **Spring, Fall 2016**
- Represented clients in school expulsion hearings, Individualized Education Program meetings, Manifestation Determination Review hearings, and juvenile court proceedings.
- Researched, wrote, and filed appellate briefs regarding juvenile restitution and record sealing.

**National Center for Youth Law**                                                                         **Oakland, CA**
*Summer Law Clerk, Fall Extern – Health & Legal Advocacy Teams*                                    **June – Dec. 2015**
- Drafted sections of complaint and petitions for writ of mandate, researched potential claims, and assisted in civil rights litigation related to the reproductive health rights of foster youth in group homes.
- Researched novel issues of youth and health law and wrote legal and policy memoranda.

**Foster Education Project, UC Berkeley School of Law**                                                   **Berkeley, CA**
*Co-Chair, Member*                                                                          **Fall 2014 – Spring 2017**
- Trained first-year law students to be educational rights holders for local foster youth and collaborated with local attorneys to provide trainings on disability and education law.

**Bay Area Legal Aid**                                                             **San Francisco, CA**
*Law Clerk – San Francisco Medical-Legal Partnership*                                 **Summer 2014**
- Conducted client intake for pediatric patients in special needs clinics at San Francisco General Hospital.
- Provided assistance for legal issues including education, disability rights, public benefits, and housing.

**St. Louis Society for the Physically Disabled**                                      **St. Louis, MO**
*Community Training Specialist*                                                **August 2013 – June 2014**
- Conducted assessments and implemented service plans for children and adults with disabilities.

**SeriousFun Children's Network Global Partnership Program**                               **Botswana**
*Field Consultant – Camp Hope Botswana*                                               **Summer 2013**
- Trained local leadership team to direct the first year of Camp Hope, a camp for children with HIV.

**The Painted Turtle**                                                            **Santa Monica, CA**
*Hospital Outreach Program Manager*                                          **August 2011 – May 2013**
- The Hospital Outreach Program brings therapeutic activities to children in pediatric hospitals.
- Independently expanded program by 80% to serve seven new hospitals and dialysis centers.
- Hired, trained, and supervised over 200 volunteers and five interns.

---

SELECTED PUBLICATIONS & PRESENTATIONS

Neha Desai, **Melissa Adamson**, Elizabeth Pirrotta, Dr. Ewen Wang, *Child Welfare & Unaccompanied Children in Federal Immigration Custody: A Data and Research Based Guide for Federal Policy Makers*, Dec. 2019, https://bit.ly/3cawXTz.

**Melissa Adamson**, Rachel Prandini, *Strengthening Child Welfare Practice for Immigrant Children & Families*, Aug. 2019, https://bit.ly/3jaOBeJ. Presented at Beyond the Bench Conference (Dec. 2019).

**Melissa Adamson**, Neha Desai, Stephen Kang, Rebecca Wolozin, *Systemic Reform Efforts on Behalf of Unaccompanied Children: A Litigation Update and Strategy Session*, ABA & KIND Conference (Presented Dec. 2019).

Neha Desai, **Melissa Adamson**, *The Flores Settlement Agreement & Unaccompanied Children in Federal Custody*, Publication by the National Center for Youth Law, Feb. 2019, https://bit.ly/2ZNjrCW.

Neha Desai, **Melissa Adamson**, Maureen Allwood, Carly Baetz, Emma Cardeli, Osob Issa, Julian Ford, *Primer for Juvenile Court Judges: A Trauma-Informed Approach to Judicial Decision-Making for Newcomer Immigrant Youth in Juvenile Justice Proceedings*, Feb. 2019, https://bit.ly/3dohn8p.

Hon. Maria D. Hernandez, Hon. Margaret Henry, **Melissa Adamson**, *NMD & TAY – Meeting Their Needs, Addressing Homeless, and Ensuring Their Rights to Sexual and Reproductive Health Care and Information*, Juvenile Law Institute, Judicial Council (Presented June 2018).

---

ORGANIZATIONS AND INTERESTS

**Admitted to the California Bar (July 2017)**
**Languages:** Spanish (proficient)

**DIANE DE GRAMONT**
1212 Broadway, Suite 600, Oakland, CA 94612
(510) 835-8098 • ddegramont@youthlaw.org

## EDUCATION

**Yale Law School**                                                                    **New Haven, CT**
Juris Doctor                                                                                  May 2017

**Oxford University**, Merton College                                                **Oxford, UK**
MPhil in Politics: Comparative Government *with distinction*            June 2014

**Harvard College**                                                                      **Cambridge, MA**
Bachelor of Arts *summa cum laude* in Social Studies                        May 2010

## EXPERIENCE

**National Center for Youth Law**                                                   **Oakland, CA**
*Attorney, Immigration Team*                                                          2021 – present
*Meselson-Liman Law Fellow, Immigration Team*                            2019 – 2021
Represent children in federal immigration custody in class action litigation. Interview children and
prepare draft declarations, draft district court filings and appellate briefs, conduct legal and policy
research, work with expert witnesses, prepare for depositions, and assist with policy briefings.

**Fifth Circuit Court of Appeals**                                                    **New Orleans, LA**
*Law Clerk to Hon. Stephen A. Higginson*                                       2018 – 2019
Researched legal issues raised in civil and criminal appeals. Prepared bench memos and draft opinions.

**Eastern District of Louisiana**                                                     **New Orleans, LA**
*Law Clerk to Hon. Sarah S. Vance*                                                 2017 – 2018
Conducted legal research and drafted court orders in civil and criminal matters pending in federal district
court. Assisted with case management and preparation for court proceedings.

**The Bronx Defenders**                                                                **Bronx, NY**
*Legal Intern, Family Defense Practice*                                           Summer 2016
Advocated on behalf of low-income parents in child protective proceedings in Bronx Family Court.
Researched legal issues, assisted with discovery and trial preparation, and coordinated client services.

**Make the Road New York**                                                          **Brooklyn, NY**
*Legal Intern, Housing and Benefits Team*                                      Summer 2015
Assisted immigrant tenants with eviction defense, suits for apartment repairs, and administrative
advocacy. Conducted client intake interviews and helped draft motions and prepare for trial.

**Carnegie Endowment for International Peace**
**Democracy and Rule of Law Program**                                        **Washington, D.C.**
*Junior Fellow and Research Assistant*                                           2010 – 2012
Co-authored a book on foreign assistance and governance reform in developing countries. Advised
international development organizations on the use of political analysis in development programs.

## ADMISSIONS

State Bar of California, Bar No. 324360
Ninth Circuit Court of Appeals
Central District of California

# Soraya Alejandra Morales Nuñez

1212 Broadway, Suite 600 | Oakland, CA 94612 | (510) 835-8098 | smoralesnunez@youthlaw.org

---

## EDUCATION

---

**Princeton University** | Princeton, NJ                                                                    June 2018
Bachelor of Arts, Politics
Minors: Latin American Studies • History and the Practice of Diplomacy
- Independent Research: Senior Thesis – "A Comparative Case Analysis of the International and Domestic Determinants of Judicial Reform in Mexico, 2012-2016"
- *Awards and Honors:* 2018 Spirit of Princeton Award • 2017 Santos-Dumont Prize for Innovation

---

## EXPERIENCE

---

**National Center for Youth Law** | Oakland, CA                                        July 2020 – Present
*Paralegal*
- Provide legal support to impact litigation cases aimed at reforming systems that affect vulnerable youth.
- Monitor federal government compliance with the *Flores* Settlement Agreement; conduct detention facility visits and interview unaccompanied youth detained in federal immigration custody.
- Prepare document review and fact analysis for discovery and case strategy.
- Cite-check, proofread, and provide filing support for legal pleadings in both federal district and circuit courts.

**Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.** | Boston, MA                July 2018 – July 2020
*Project Analyst*
- Supported litigation teams with document review, trial and mediation preparation, and case file management.
- Conducted factual research and provided Spanish interpretation for pro bono cases spanning asylum, post-conviction relief, and impact litigation.
- Prepared factual research for an amicus brief filed with SCOTUS in the matter of *DHS v. Regents of the University of California*, in support of upholding Deferred Action for Childhood Arrivals (DACA).

**UNICEF** | New York, NY                                                        June 2017 – August 2017
*Intern, Civil Society Partnerships*
- Researched and analyzed findings on UNICEF's civilian volunteer engagement efforts with faith-based and community-based organizations in communities across the globe with a UNICEF presence.
- Produced three reports on trends and areas for improvement in volunteer engagement efforts; findings were implemented into a project focused on improving UNICEF partnerships at the local level.

**Princeton University Writing Center** | Princeton, NJ                        September 2015 – May 2018
*Writing Fellow*
- Provided feedback and support to Princeton undergraduate and graduate students on written academic work in various disciplines.
- Held approximately 200 one-on-one conferences with over 150 students on assignments at all stages of the writing process.

---

## LANGUAGE SKILLS

---

- Spanish (native)

# Exhibit B

| Date | Name | Description | Time |
|---|---|---|---|
| 7/20/20 | Leecia Welch | Co-counsel call re MTE hearing, Title 42 | 0.8 |
| 7/25/20 | Leecia Welch | Review hoteling data | 0.5 |
| 7/25/20 | Leecia Welch | Revise hoteling dec | 0.8 |
| 7/26/20 | Leecia Welch | Review and comment on dec regarding use of T42 | 0.8 |
| 7/26/20 | Leecia Welch | Edit and revise hoteling report response | 0.4 |
| 7/27/20 | Leecia Welch | MC with Govt re hoteling | 0.3 |
| 7/27/20 | Leecia Welch | Prepare for MC with Govt re hoteling | 0.6 |
| 7/29/20 | Leecia Welch | Call with Melissa re: Title 42 meet and confer | 0.3 |
| 8/3/20 | Leecia Welch | Co-counsel call re next steps re this Friday's MTE hearing, title 42 youth | 0.5 |
| 8/10/20 | Leecia Welch | Co-counsel call re T42 briefing, debrief 8/7 hearing | 0.5 |
| 8/11/20 | Leecia Welch | Edit and review T42 draft | 1.5 |
| 8/12/20 | Leecia Welch | Review T42 decs; emails re same with team | 0.7 |
| 8/14/20 | Leecia Welch | Call with FP re: Flores Title 42 MTE filing | 0.2 |
| 8/14/20 | Leecia Welch | Edit and revise T42 MTE | 5.5 |
| 8/14/20 | Leecia Welch | TC with team re T42 brief | 0.9 |
| 8/17/20 | Leecia Welch | Confer re next steps in briefing, outreach to local folks, other litigation coordination | 0.6 |
| 8/17/20 | Leecia Welch | Co-counsel call re T42 briefing | 0.5 |
| 8/18/20 | Leecia Welch | Confer with FP re: Title 42 briefing | 0.1 |
| 8/21/20 | Leecia Welch | Confer with FP and PJ re Title 42 briefing | 0.1 |
| 8/24/20 | Leecia Welch | Review T42 reply outline | 0.3 |
| 8/25/20 | Leecia Welch | Edit NCYL draft of T42 reply sections | 1.4 |
| 8/26/20 | Leecia Welch | TC with LSP re hoteling issues; prepare for same | 0.9 |
| 8/26/20 | Leecia Welch | Email to SF re motion to seal | 0.1 |
| 8/26/20 | Leecia Welch | Edit merged draft of T42 reply | 2.1 |
| 8/27/20 | Leecia Welch | Review and edit T42 reply with team edits | 0.7 |
| 8/27/20 | Leecia Welch | Edit motion to seal dec | 0.9 |
| 8/28/20 | Leecia Welch | Email to chambers re motion to seal | 0.2 |
| 8/28/20 | Leecia Welch | Edit and revise T42 reply brief | 1.4 |
| 8/31/20 | Leecia Welch | Attend co-counsel call re monitor's report, next steps re T42 | 0.5 |
| 9/3/20 | Leecia Welch | Prepare for hearing | 1.2 |
| 9/4/20 | Leecia Welch | Prepare for Flores hearing | 0.4 |
| 9/4/20 | Leecia Welch | Attend Flores hearing; review tentative; prepare for same | 1.3 |
| 9/8/20 | Leecia Welch | Co-counsel call re court's order, next steps | 0.7 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/10/20 | Leecia Welch | Confer with FP and PJ re: Flores appeal and anticipated motion to stay | 0.1 |
| 9/11/20 | Leecia Welch | Review and edit emergency motion for stay | 0.5 |
| 9/11/20 | Leecia Welch | Emails with team re emergency motion | 0.3 |
| 9/12/20 | Leecia Welch | Edit and revise opposition brief | 3.2 |
| 9/13/20 | Leecia Welch | Edit and revise opposition brief | 1.5 |
| 9/13/20 | Leecia Welch | Confer with PJ re opp to mot to stay | 0.1 |
| 9/13/20 | Leecia Welch | Confer with ND FP and PJ re opp to mot to stay | 0.3 |
| 9/14/20 | Leecia Welch | Confer with PJ and FP re opp to mot to stay | 0.1 |
| 9/14/20 | Leecia Welch | Co-counsel call re: stay, length of stay, motel issues | 0.6 |
| 9/17/20 | Leecia Welch | Emails with team re census issues | 0.1 |
| 9/18/20 | Leecia Welch | Edit and revise opp to motion to stay | 2.8 |
| 9/21/20 | Leecia Welch | Co-counsel call re: title 42 appeal, interviews with kids in hotels | 0.5 |
| 9/21/20 | Leecia Welch | Review district court order | 0.1 |
| 9/22/20 | Leecia Welch | Review appellate brief draft | 0.3 |
| 9/23/20 | Leecia Welch | Emails with team re appellate briefing schedule | 0.2 |
| 9/25/20 | Leecia Welch | Edit and revise appellate brief | 4 |
| 9/28/20 | Leecia Welch | Review DOJ T42 brief | 0.8 |
| 9/29/20 | Leecia Welch | 9th circuit oral argument prep call; prepare for same | 1.5 |
| 9/30/20 | Leecia Welch | Attend 9th circuit oral argument | 1.2 |
| 10/5/20 | Leecia Welch | Co-counsel call re title 42, data sheets | 0.5 |
| 10/22/20 | Leecia Welch | Review Title 42 Answering Brief outline | 0.5 |
| 10/26/20 | Leecia Welch | Co-counsel call re T42 | 0.6 |
| 10/30/20 | Leecia Welch | Edit and revise Title 42 Answering brief | 2.8 |
| 11/4/20 | Leecia Welch | Review edits to Title 42 Answering brief | 0.2 |
| 11/9/20 | Leecia Welch | Co-counsel call re Title 42 | 0.6 |
| 12/11/20 | Leecia Welch | TC with ND re T42 | 0.5 |
| 2/2/21 | Leecia Welch | Research issues re T42 | 0.4 |
| 3/18/21 | Leecia Welch | Edit and revise 9th Circuit status report | 0.5 |
| 3/19/21 | Leecia Welch | Review Final 9th Circuit status report | 0.2 |
| | | | |
| **Total** | | | **52.7** |
| **Total with 10% reduction** | | | **47.4** |

| Date | Name | Description | Time |
|---|---|---|---|
| 6/16/20 | Neha Desai | Review MA Summary of May HHS data | 0.4 |
| 6/18/20 | Neha Desai | Review MA email re: hotel locations previously used | 0.2 |
| 6/29/20 | Neha Desai | Flores co-counsel call re T42 | 1 |
| 7/7/20 | Neha Desai | Call with LSP re: unaccompanied kids detained by ICE in motels for multiple days at a time | 1 |
| 7/8/20 | Neha Desai | Correspondence with MA re: ICE data report | 0.3 |
| 7/9/20 | Neha Desai | revisions to FOIA re: unaccompanied kids subjected to Title 42 | 0.8 |
| 7/10/20 | Neha Desai | Review MA summary of spring ICE data reports re: children held in hotels | 0.3 |
| 7/10/20 | Neha Desai | Edit meet and confer letter re: children detained in hotels | 0.8 |
| 7/14/20 | Neha Desai | Correspondence with team re: finalizing meet and confer letter | 0.3 |
| 7/15/20 | Neha Desai | Review June data analysis re: children held in hotels | 0.6 |
| 7/20/20 | Neha Desai | Co-counsel call (next steps re: children detained in | 0.8 |
| 7/22/20 | Neha Desai | Review Special Monitor Report July Report re: Title 42 & hotels | 0.5 |
| 7/23/20 | Neha Desai | Review gvt objections to Special Monitor Report | 0.3 |
| 7/24/20 | Neha Desai | Review MA Summary of April, May, June ICE reports re: children in hotels | 0.4 |
| 7/24/20 | Neha Desai | Edit response to Gvt's Opposition of Special Monitor Report re: ICE's use of hotels to detain kids | 1.3 |
| 7/24/20 | Neha Desai | Call with MA re: data for filing | 0.5 |
| 7/27/20 | Neha Desai | Prep for Meet and Confer | 0.4 |
| 7/27/20 | Neha Desai | Meet and Confer with DOJ | 0.3 |
| 7/27/20 | Neha Desai | Debrief from meet and confer with Leecia, Carlos and Melissa | 0.5 |
| 7/27/20 | Neha Desai | Review draft declaration to accompany data summary | 0.3 |
| 7/27/20 | Neha Desai | Call with Special Monitor re: kids detained in hotels by | 0.5 |
| 7/29/20 | Neha Desai | Correspodence with team re: edits to report on Title 42 | 0.3 |
| 8/3/20 | Neha Desai | Co-counsel call re T42 motion | 0.5 |
| 8/10/20 | Neha Desai | Call with other counsel re: Title 42 MTE | 0.6 |
| 8/10/20 | Neha Desai | Co-counsel call re Title 42 | 0.8 |
| 8/10/20 | Neha Desai | Correspondence with MA re: exhibits for T42 MTE | 0.2 |
| 8/10/20 | Neha Desai | Correspondence with MA re: errors in gvt data report | 0.3 |
| 8/11/20 | Neha Desai | Correspond with LSPs and advocates re: declarations in support of T42 Motion to Enforce | 1.8 |
| 8/12/20 | Neha Desai | Internal correspondence re: T42 MTE | 0.5 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/12/20 | Neha Desai | Call with DdG re Title 42 MTE | 0.2 |
| 8/13/20 | Neha Desai | Provide feedback on declarations in support of Title 42 | 4.3 |
| 8/14/20 | Neha Desai | Revise draft MTE with all of the declaration cites added | 2.6 |
| 8/14/20 | Neha Desai | Call with Carlos, Leecia, Melissa and Mishan re: finalizing MTE | 0.9 |
| 8/14/20 | Neha Desai | Final edits to MTE | 0.9 |
| 8/17/20 | Neha Desai | Co-counsel call (T42 MTE) | 0.5 |
| 8/20/20 | Neha Desai | Call with Special Monitor re: COVID and "hotelling" | 0.5 |
| 8/24/20 | Neha Desai | Review Gvt Opposition to T42 Motion to Enforce, including exhibits | 0.8 |
| 8/24/20 | Neha Desai | Review Flores Data Summary | 0.6 |
| 8/24/20 | Neha Desai | Review revised April data report | 0.3 |
| 8/24/20 | Neha Desai | Co-counsel call (T42 Reply Brief) | 0.5 |
| 8/24/20 | Neha Desai | Call with MW, DdG, MA re: reply brief | 0.9 |
| 8/25/20 | Neha Desai | Call with MA re: data summary and declaration | 0.3 |
| 8/26/20 | Neha Desai | Review and input edits into T42 Flores Reply brief | 1.5 |
| 8/26/20 | Neha Desai | Call with Diane re: revisions | 0.4 |
| 8/27/20 | Neha Desai | Edits to Flores T42 Reply Brief | 3.4 |
| 8/28/20 | Neha Desai | Final line edits to T42 Reply Brief | 1.3 |
| 8/31/20 | Neha Desai | Co-counsel call (Special Monitor report, next steps on T42 motion) | 0.5 |
| 9/2/20 | Neha Desai | Review gvt supplemental response in opposition to | 0.3 |
| 9/3/20 | Neha Desai | T42 Hearing Prep | 0.9 |
| 9/4/20 | Neha Desai | T42 Hearing | 1.3 |
| 9/4/20 | Neha Desai | Co-counsel debrief from hearing | 0.4 |
| 9/8/20 | Neha Desai | Co-counsel meeting re T42 MTE | 0.7 |
| 9/11/20 | Neha Desai | Review gvt's motion for emergency stay | 0.8 |
| 9/11/20 | Neha Desai | Co-counsel call to discuss plan for opposition | 0.5 |
| 9/11/20 | Neha Desai | Review and input edits on motion requesting to file opposition to motion to stay | 0.6 |
| 9/11/20 | Neha Desai | Call with DdG re motion to stay Title 42 MTE order | 0.3 |
| 9/12/20 | Neha Desai | Input additional edits into opposition brief | 1.8 |
| 9/12/20 | Neha Desai | Internal correspondence re: opposition to stay brief | 1.1 |
| 9/13/20 | Neha Desai | Edits to Ninth Circuit T42 Opposition to Stay brief | 2.3 |
| 9/14/20 | Neha Desai | Co-counsel call re T42 MTE | 0.6 |
| 9/15/20 | Neha Desai | Internal correspondence re: finalizing and filing brief | 0.9 |
| 9/17/20 | Neha Desai | Review gvt's reply to response opposing motion to stay | 0.4 |
| 9/18/20 | Neha Desai | Review and provide additional feedback on oppostion | 1.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/18/20 | Neha Desai | Call with MW, ND, DDG re: opp brief | 0.4 |
| 9/21/20 | Neha Desai | Co-counsel call (hotel visits, next steps) | 0.5 |
| 9/21/20 | Neha Desai | Review court order denying ex parte application to stay | 0.3 |
| 9/21/20 | Neha Desai | Call with Melissa and Leecia to discuss site visits to | 0.6 |
| 9/24/20 | Neha Desai | Call with Carlos, Leecia, Mishan, Diane and Melissa to discuss opposition to motion to stay in District Court | 0.7 |
| 9/24/20 | Neha Desai | Edit draft Ninth Circuit opposition to stay | 2.7 |
| 9/25/20 | Neha Desai | Internal correspondence re: edits to brief | 0.7 |
| 9/25/20 | Neha Desai | Call with DdG and MW re Title 42 stay motion | 0.5 |
| 9/28/20 | Neha Desai | co-counsel call (site visit, Ninth Circuit arguments) | 0.7 |
| 9/29/20 | Neha Desai | Edit oral argument prep doc | 0.8 |
| 9/29/20 | Neha Desai | Oral argument Prep Call with Carlos, Leecia, Mishan, Diane and Melissa | 1.1 |
| 9/30/20 | Neha Desai | Ninth Circuit Oral Arguments | 0.7 |
| 10/5/20 | Neha Desai | Co-counsel call (T42 next steps) | 0.5 |
| 10/16/20 | Neha Desai | Review gvt's Ninth Circuit T42 Brief | 0.9 |
| 10/19/20 | Neha Desai | Review and provide feedback on draft outline for 9th Cir answering brief | 0.8 |
| 10/19/20 | Neha Desai | Co-counsel call (T42 appeal) | 0.5 |
| 10/21/20 | Neha Desai | Call with DdG re: Ninth Circuit answering brief | 0.2 |
| 10/26/20 | Neha Desai | Co-counsel call (T42 appeal) | 0.6 |
| 10/27/20 | Neha Desai | Review motion to consolidate appeals in T42 appeal | 0.3 |
| 10/29/20 | Neha Desai | Call with DdG re: T42 Ninth Circuit answering brief | 0.4 |
| 10/29/20 | Neha Desai | Revise T42 Answering Brief | 1.7 |
| 10/30/20 | Neha Desai | Call with DdG re: T42 Ninth Circuit answering brief | 0.4 |
| 11/2/20 | Neha Desai | Input additional edits into Answering brief | 0.4 |
| 11/2/20 | Neha Desai | Co-counsel call (T42 appeal) | 0.6 |
| 11/5/20 | Neha Desai | Final Review and revisions to T42 answering brief | 1.8 |
| 11/9/20 | Neha Desai | Co-counsel call  (appeal status) | 0.6 |
| 11/19/20 | Neha Desai | Review Sept data analysis | 0.4 |
| 11/20/20 | Neha Desai | Review gvt T42 Ninth Circuit reply brief | 0.3 |
| 12/11/20 | Neha Desai | Call with LW re T42 | 0.5 |
|  |  |  |  |
| **Total** |  |  | **71.6** |
| **Total with 10% reduction** |  |  | **64.4** |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/5/20 | Mishan Wroe | Analyze government response re Title 42 detained children | 0.2 |
| 8/10/20 | Mishan Wroe | Analyze order from 8/7 hearing | 0.2 |
| 8/10/20 | Mishan Wroe | Co-counsel call to discuss motion to enforce re Title 42 | 0.5 |
| 8/12/20 | Mishan Wroe | Research case law re constitutional avoidance doctrine and statutory interpretation for MTE on Title 42 issue | 2.4 |
| 8/12/20 | Mishan Wroe | Edit MTE on Title 42 issue | 1.2 |
| 8/13/20 | Mishan Wroe | Edit MTE on Title 42 issue | 3.4 |
| 8/13/20 | Mishan Wroe | Provide feedback on declarations in support of MTE on Title 42 | 1.3 |
| 8/14/20 | Mishan Wroe | Draft notice and proposed order for Title 42 MTE | 1.1 |
| 8/14/20 | Mishan Wroe | Cite check Title 42 MTE | 1.8 |
| 8/14/20 | Mishan Wroe | Analyze DACA decision for equal protection analysis in T42 MTE | 0.7 |
| 8/14/20 | Mishan Wroe | Edit and finalize T42 MTE | 5.9 |
| 8/14/20 | Mishan Wroe | Call with MA, DdG, ND re Title 42/hotel MTE | 1.2 |
| 8/17/20 | Mishan Wroe | Co-counsel call re Title 42 motion and independent monitor report | 0.5 |
| 8/24/20 | Mishan Wroe | Co-counsel call re reply brief re MTE on Title 42 | 0.5 |
| 8/24/20 | Mishan Wroe | Analyze opposition to MTE re Title 42 | 1.7 |
| 8/24/20 | Mishan Wroe | Draft and discuss outline for reply brief re Title 42 | 1.7 |
| 8/24/20 | Mishan Wroe | Draft reply brief in support of MTE re Title 42 | 3.4 |
| 8/26/20 | Mishan Wroe | Draft reply brief in support of MTE re Title 42 | 1.1 |
| 8/26/20 | Mishan Wroe | Draft motion to seal for MTE re Title 42 reply | 3 |
| 8/26/20 | Mishan Wroe | Analyze Independent Monitor Report re T42 issues | 0.4 |
| 8/27/20 | Mishan Wroe | Draft reply brief in support of MTE re Title 42 | 4.7 |
| 8/27/20 | Mishan Wroe | Co-counsel call re T42 reply | 0.8 |
| 8/27/20 | Mishan Wroe | Calls with NCYL team re Reply brief ISO Title 42 MTE | 1 |
| 8/27/20 | Mishan Wroe | Draft motion to seal for MTE re Title 42 reply | 1.1 |
| 8/27/20 | Mishan Wroe | Edit data summary for reply brief ISO Title 42 MTE | 0.9 |
| 8/28/20 | Mishan Wroe | Draft reply brief in support of MTE re Title 42 | 6.7 |
| 8/28/20 | Mishan Wroe | Draft motion to seal for MTE re Title 42 reply | 0.7 |
| 8/31/20 | Mishan Wroe | Co-counsel call re possible Flores violations | 0.5 |
| 9/1/20 | Mishan Wroe | Discuss status of motion to seal with NCYL team | 0.2 |
| 9/2/20 | Mishan Wroe | Edit hearing preparation documents for MTE re Title 42 hearing | 0.8 |
| 9/4/20 | Mishan Wroe | Analyze tentative ruling on MTE | 1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/4/20 | Mishan Wroe | Attend Flores MTE hearing | 1.3 |
| 9/4/20 | Mishan Wroe | Analyze order on MTE | 0.5 |
| 9/8/20 | Mishan Wroe | Co-counsel call re MTE appeal issues | 0.7 |
| 9/9/20 | Mishan Wroe | Analyze research re new evidence at motion to stay | 0.2 |
| 9/9/20 | Mishan Wroe | Analyze prior declarations re Covid capabilities | 0.4 |
| 9/11/20 | Mishan Wroe | Research administrative stay rules for opposition to motion for stay | 0.2 |
| 9/11/20 | Mishan Wroe | Analyze motion for stay | 0.6 |
| 9/11/20 | Mishan Wroe | Draft opposition to motion for stay | 2.8 |
| 9/11/20 | Mishan Wroe | Edit opposition to motion for stay | 1.5 |
| 9/11/20 | Mishan Wroe | Co-counsel call re opposition to motion for stay | 0.5 |
| 9/12/20 | Mishan Wroe | Draft opposition to motion for stay | 0.8 |
| 9/12/20 | Mishan Wroe | Edit opposition to motion for stay | 3.8 |
| 9/13/20 | Mishan Wroe | Edit opposition to motion for stay | 7.3 |
| 9/14/20 | Mishan Wroe | Edit opposition to motion for stay | 1.8 |
| 9/15/20 | Mishan Wroe | Edit exhibit list and analyze exhibits for opposition to motion for stay | 0.4 |
| 9/15/20 | Mishan Wroe | Edit opposition to motion for stay | 2.8 |
| 9/16/20 | Mishan Wroe | Analyze reply brief in support of motion for stay | 0.3 |
| 9/17/20 | Mishan Wroe | Provide feedback on declaration for opposition to motion for stay | 0.3 |
| 9/17/20 | Mishan Wroe | Analyze and discuss 9th Circuit order re motion for stay | 0.4 |
| 9/17/20 | Mishan Wroe | Prepare for Opposition to Application for Stay | 0.2 |
| 9/17/20 | Mishan Wroe | Edit opposition to Appliction for Stay | 3.8 |
| 9/17/20 | Mishan Wroe | Analyze ex parte Application for Stay | 1.4 |
| 9/18/20 | Mishan Wroe | Co-counsel call re opposition to motion for stay | 0.6 |
| 9/18/20 | Mishan Wroe | Edit opposition and finalize opposition to motion for stay | 6.4 |
| 9/18/20 | Mishan Wroe | Call with MA, ND, DDG re: brief | 0.4 |
| 9/21/20 | Mishan Wroe | Co-counsel call re status of T42 cases | 0.5 |
| 9/21/20 | Mishan Wroe | File opposition to motion to stay in district court | 0.5 |
| 9/21/20 | Mishan Wroe | Discuss 9th circuit opposition plan for motion to stay with Diane de Gramont | 0.6 |
| 9/22/20 | Mishan Wroe | Edit 9th circuit opposition brief | 1.3 |
| 9/22/20 | Mishan Wroe | Draft 9th circuit opposition brief | 1.3 |
| 9/23/20 | Mishan Wroe | Discuss strategy for 9th circuit opposition | 0.6 |
| 9/24/20 | Mishan Wroe | Analyze Defendants 9th Cir Motion to Stay | 2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/24/20 | Mishan Wroe | Call re Opposition to Motion to Stay with Diane de Gramont, Melissa Adamson, Neha Desai | 0.9 |
| 9/24/20 | Mishan Wroe | Edit opposition to motion for stay | 3.1 |
| 9/25/20 | Mishan Wroe | Edit opposition to motion for stay | 5.4 |
| 9/25/20 | Mishan Wroe | Call with DdG and N. Desai re Title 42 stay motion | 0.5 |
| 9/28/20 | Mishan Wroe | Co-counsel call re argument preparation | 0.7 |
| 9/28/20 | Mishan Wroe | Analyze reply brief in support of motion for stay | 0.4 |
| 9/28/20 | Mishan Wroe | Prepare for 9th circuit oral argument | 3.1 |
| 9/29/20 | Mishan Wroe | Co-counsel meeting re 9th circuit argument preparation | 1.1 |
| 9/30/20 | Mishan Wroe | Attend oral argument on Motion to Stay | 1 |
| 10/5/20 | Mishan Wroe | Co-counsel call re next steps on T42 claims | 0.5 |
| 10/16/20 | Mishan Wroe | Analyze T42 appeal | 0.3 |
| 10/19/20 | Mishan Wroe | Co-counsel call re status of appeal | 0.5 |
| 10/19/20 | Mishan Wroe | Analyze T42 appeal | 1.3 |
| 10/20/20 | Mishan Wroe | Draft T42 appellate brief outline | 0.8 |
| 10/21/20 | Mishan Wroe | Draft T42 appellate brief outline | 0.3 |
| 10/23/20 | Mishan Wroe | Draft T42 appellate brief outline | 0.2 |
| 10/26/20 | Mishan Wroe | Co-counsel call re T42 appellate brief | 0.6 |
| 10/28/20 | Mishan Wroe | Analyze amicus brief re T42 | 0.3 |
| 10/28/20 | Mishan Wroe | Edit T42 answering brief | 1.7 |
| 10/31/20 | Mishan Wroe | Edit T42 Answering brief | 0.1 |
| 11/2/20 | Mishan Wroe | Co-counsel call re T42 appeal | 0.6 |
| 11/2/20 | Mishan Wroe | Edit T42 answering brief | 0.7 |
| 11/4/20 | Mishan Wroe | Edit T42 answering brief | 0.4 |
| 11/5/20 | Mishan Wroe | Edit T42 answering brief | 0.6 |
| 11/23/20 | Mishan Wroe | Analyze Defendants' 9th Circuit Reply re T42 appeal | 0.3 |
| 3/17/21 | Mishan Wroe | Email internal team re hotelling and Title 42 update | 0.4 |
| 3/17/21 | Mishan Wroe | Call with LSP re Title 42 | 0.6 |
| 3/18/21 | Mishan Wroe | Edit 9th Circuit Response re status of Appeal re Title 42 | 3 |
| 3/19/21 | Mishan Wroe | Edit 9th Circuit Response re status of Appeal re Title 42 | 0.6 |
| 3/19/21 | Mishan Wroe | Analyze government's statuts report to 9th Circuit re T42 appeal | 0.1 |
| | | | |
| **Total** | | | **126.9** |
| **Total with 10% reduction** | | | **114.2** |

| Date | Name | Description | Time |
|---|---|---|---|
| 7/25/20 | Freya Pitts | Review Title 42/hotel data report | 0.2 |
| 7/29/20 | Freya Pitts | Confer with M. Adamson and S. Morales Nuñez re: Flores filing | 0.3 |
| 7/29/20 | Freya Pitts | Review and revise filing re: Title 42 | 0.3 |
| 7/29/20 | Freya Pitts | Work with S. Morales Nuñez to file Title 42 report | 0.4 |
| 8/6/20 | Freya Pitts | Review briefing re: Title 42 issue | 0.2 |
| 8/14/20 | Freya Pitts | Respond to S. Morales Nuñez question re: table of authorities for Flores filing | 0.1 |
| 8/14/20 | Freya Pitts | Support S. Morales Nuñez, M. Adamson, and M. Wroe in Flores filing, including proposed order | 1.0 |
| 8/14/20 | Freya Pitts | Confer with L. Welch re: Flores Title 42 MTE filing | 0.2 |
| 8/18/20 | Freya Pitts | Confer with S. Morales Nuñez re Title 42 briefing | 0.1 |
| 8/18/20 | Freya Pitts | Confer with L. Welch re: Title 42 briefing | 0.1 |
| 8/21/20 | Freya Pitts | Confer with L. Welch and P. Juneja re Title 42 briefing | 0.1 |
| 8/27/20 | Freya Pitts | Provide instructions for S. Morales Nuñez re: Title 42 MTE reply, including re: tables | 0.3 |
| 8/28/20 | Freya Pitts | Email S. Morales Nuñez with instructions re: filing Title 42 MTE reply | 0.2 |
| 8/28/20 | Freya Pitts | Line edit and proofread Title 42 MTE reply brief | 3.0 |
| 8/28/20 | Freya Pitts | With M. Wroe, N. Desai, M. Adamson, and S. Morales Nuñez, finalize and file motion to file under seal, declaration in support, and reply brief for Title 42 issue | 1.9 |
| 9/2/20 | Freya Pitts | With S. Morales Nuñez file under seal exhibit in support of MTE reply | 0.1 |
| 9/2/20 | Freya Pitts | Review supplemental M. Harper declaration filed by Defendants | 0.1 |
| 9/9/20 | Freya Pitts | Review DMG order on title 42 MTE | 0.7 |
| 9/10/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: Flores appeal and anticipated motion to stay | 0.1 |
| 9/11/20 | Freya Pitts | Confer with L. Welch re: opposition to anticipated motion to stay | 0.1 |
| 9/11/20 | Freya Pitts | Obtain transcript of 9/4/20 hearing for response to motion to stay: review CD Cal guidance re: transcript ordering; confer with team re: delivery speed; email correspondence with court reporter; complete G-120; submit payment to court reporter | 1.6 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/11/20 | Freya Pitts | Email correspondence re: district court transcript | 0.1 |
| 9/11/20 | Freya Pitts | Confer with S. Morales Nuñez re: opposition to government's motion to stay | 0.2 |
| 9/11/20 | Freya Pitts | Confer with N. Desai re: opposition to government's motion to stay Title 42 order | 0.1 |
| 9/12/20 | Freya Pitts | Email correspondence re: opposition to government's motion to stay Title 42 order | 0.1 |
| 9/12/20 | Freya Pitts | Review Ninth Circuit rules and filing instructions; email team re: same, including signature format, certificates of service, sealing, etc. | 0.9 |
| 9/13/20 | Freya Pitts | Confer with N. Desai, D. de Gramont, L. Welch, M. Wroe, and S. Morales Nuñez re: Ninth Circuit filing, including logistics, exhibits, and timeline | 1.6 |
| 9/13/20 | Freya Pitts | Call with N. Desai re: Ninth Circuit filing, including logistics and timeline | 0.3 |
| 9/14/20 | Freya Pitts | Email correspondence re: exhibit list | 0.1 |
| 9/14/20 | Freya Pitts | Check in with P. Juneja and D. de Gramont re: formatting requirements and word count for response to Title 42 motion | 0.1 |
| 9/14/20 | Freya Pitts | Review transcript of 9/4/20 hearing | 0.5 |
| 9/15/20 | Freya Pitts | Final review of opposition to motion for stay | 2.8 |
| 9/15/20 | Freya Pitts | Confer with S. Morales Nuñez re: tables for opposition to motion for stay | 0.1 |
| 9/16/20 | Freya Pitts | Review government's reply brief in support of motion to expedite and stay | 0.2 |
| 9/21/20 | Freya Pitts | Review DMG order denying stay application | 0.1 |
| 10/3/20 | Freya Pitts | Email correspondence re Title 42 order | 0.2 |
| 10/4/20 | Freya Pitts | Legal research re: perjury and candor to the court re: Title 42; email L. Welch re: same | 0.2 |
| 10/20/20 | Freya Pitts | Receive and review email correspondence re: Flores appeals and Title 42 | 0.1 |
| 9/14/20 | Freya Pitts | Review government's motion to expedite and for a stay | 1.6 |
| 11/13/20 | Freya Pitts | Review updated Title 42 guidance | 0.1 |
| 11/20/20 | Freya Pitts | Review Title 42 reply brief in the Ninth Circuit | 0.3 |
| | | | |
| **Total** | | | **20.8** |
| **Total with 10% reduction** | | | **18.7** |

| Date | Name | Description | Time |
|---|---|---|---|
| 6/15/20 | Melissa Adamson | Review and analyze May HHS data report re: hotels | 0.7 |
| 6/15/20 | Melissa Adamson | Email team summary of May HHS data report | 0.2 |
| 6/18/20 | Melissa Adamson | Email to ND re: hotel locations in prior HHS/ICE data reports | 1.2 |
| 7/6/20 | Melissa Adamson | Email CH re: class members in data reports in hotels | 0.1 |
| 7/7/20 | Melissa Adamson | Analyze spring ICE data reports re: children held in hotels | 3.4 |
| 7/9/20 | Melissa Adamson | Analyze spring ICE data reports re: children held in hotels | 2.6 |
| 7/9/20 | Melissa Adamson | Draft summary of spring ICE data reports re: children held in hotels | 1.5 |
| 7/9/20 | Melissa Adamson | Emails with CH, ND, HC, LW re: summary of spring ICE data report analysis | 0.8 |
| 7/10/20 | Melissa Adamson | Review and edit meet and confer letter re: children held in hotels | 1.1 |
| 7/14/20 | Melissa Adamson | Edit meet and confer re: children held in hotels | 0.5 |
| 7/14/20 | Melissa Adamson | Emails within team re: edits to meet and confer re: children held in hotels | 0.4 |
| 7/14/20 | Melissa Adamson | Analyze June ICE/CBP/HHS data reports re: hotels | 4.8 |
| 7/15/20 | Melissa Adamson | Analyze June ICE/CBP/HHS data reports re: hotels | 2.3 |
| 7/15/20 | Melissa Adamson | Draft summary of June data analysis re: hotels | 3.2 |
| 7/15/20 | Melissa Adamson | Email CH, ND, LW, HC summary of June data analysis, follow-up emails | 0.5 |
| 7/20/20 | Melissa Adamson | Co-Counsel call (data analysis, next steps re: hoteling) | 0.8 |
| 7/20/20 | Melissa Adamson | Email LW re: kids referred to ORR/hotels in June 2020 from data reports | 0.6 |
| 7/20/20 | Melissa Adamson | Analyze June ICE data report, email LW | 1.2 |
| 7/21/20 | Melissa Adamson | Email LW: re data, hotels | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 7/22/20 | Melissa Adamson | Review Special Monitor July report re: Title 42 hotels (ECF 873) and email team re same | 0.6 |
| 7/23/20 | Melissa Adamson | Review and circulate AAP statement on children held in hotels | 0.1 |
| 7/23/20 | Melissa Adamson | Review govt objection to Special Monitor report (ECF 878) | 0.2 |
| 7/23/20 | Melissa Adamson | Emails to CH, LW, ND re: Special Monitor report data and data reports | 0.5 |
| 7/23/20 | Melissa Adamson | Analyze April, May, June ICE reports re: children held in hotels | 4.1 |
| 7/23/20 | Melissa Adamson | Emails with CH, ND, LW re: edits to brief (reply to govt objections) | 0.6 |
| 7/24/20 | Melissa Adamson | Call with ND re: data analysis for filing | 0.5 |
| 7/24/20 | Melissa Adamson | Analyze April, May, June ICE reports re: children held in hotels | 3.5 |
| 7/24/20 | Melissa Adamson | Draft summary of April, May, June ICE reports re: children held in hotels | 5.9 |
| 7/24/20 | Melissa Adamson | Edit reply to govt's objections to Special Monitor report re: Title 42 | 1.5 |
| 7/25/20 | Melissa Adamson | Draft accompanying declaration to data summary re: hotels | 1.1 |
| 7/25/20 | Melissa Adamson | Email declaration and data summary to CH, LW, ND | 0.1 |
| 7/26/20 | Melissa Adamson | Email to CH re: meet and confer on data reports | 0.4 |
| 7/26/20 | Melissa Adamson | Email to CH, ND re: LSP reports of children detained in hotels | 0.4 |
| 7/26/20 | Melissa Adamson | Prepare for 7/27 meet and confer, circulate agenda outline to CH, LW, ND | 0.6 |
| 7/27/20 | Melissa Adamson | Meet and confer with govt re: Title 42, use of hotels | 0.3 |
| 7/27/20 | Melissa Adamson | Emails within team re: next steps post- meet and confer on hoteling | 0.2 |
| 7/27/20 | Melissa Adamson | Co-Counsel call (debrief, filing, next steps on hoteling) | 0.5 |
| 7/27/20 | Melissa Adamson | Call with Special Monitor ASO, AH, CH re: data and hoteling | 0.5 |

| Date | Name | Description | Time |
|---|---|---|---|
| 7/27/20 | Melissa Adamson | Call with CH re: Special Monitor call | 0.1 |
| 7/28/20 | Melissa Adamson | Edit report on Title 42 meet and confer | 1.9 |
| 7/29/20 | Melissa Adamson | Prepare for 7/29 meet and confer, email CH | 0.4 |
| 7/29/20 | Melissa Adamson | Call with LW re: meet and confer, report on Title 42 meet and confer | 0.3 |
| 7/29/20 | Melissa Adamson | Edit, compile edits on report on Title 42 meet and confer | 2.6 |
| 7/29/20 | Melissa Adamson | Emails within team re: edits to report on Title 42 meet and confer | 0.6 |
| 7/29/20 | Melissa Adamson | Emails to ND, LW re: filing of report on Title 42 meet and confer | 0.5 |
| 7/31/20 | Melissa Adamson | Email CH re: call with Special Monitor ASO, Dr. Wise | 0.1 |
| 8/3/20 | Melissa Adamson | Emails with Special Monitor ASO re: data | 0.1 |
| 8/3/20 | Melissa Adamson | Prepare for call with Special Monitor ASO | 0.4 |
| 8/3/20 | Melissa Adamson | Call with Special Monitor ASO, AH, CH | 0.5 |
| 8/3/20 | Melissa Adamson | Co-Counsel call (next steps re: hoteling) | 0.5 |
| 8/4/20 | Melissa Adamson | Review govt response to plaintiffs' report on Title 42 conference  (ECF 900) | 0.2 |
| 8/6/20 | Melissa Adamson | Edit Title 42 hoteling MTE | 1.6 |
| 8/10/20 | Melissa Adamson | Email ND re: exhibits for Title 42 MTE | 0.3 |
| 8/10/20 | Melissa Adamson | Co-Counsel call (Title 42 MTE) | 0.5 |
| 8/10/20 | Melissa Adamson | Draft MTE re: Title 42 hoteling | 8.2 |
| 8/10/20 | Melissa Adamson | Emails within team re: Title 42 MTE | 0.6 |
| 8/10/20 | Melissa Adamson | Email CH, ND, LW re: government's data report errors | 0.4 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/11/20 | Melissa Adamson | Edit Title 42 MTE brief | 9.5 |
| 8/11/20 | Melissa Adamson | Emails to ND, LW re: declarations for Title 42 MTE | 0.3 |
| 8/11/20 | Melissa Adamson | Review declarations for Title 42 MTE | 1.9 |
| 8/11/20 | Melissa Adamson | Emails to FP re: paralegal support for Title 42 MTE filing | 0.2 |
| 8/12/20 | Melissa Adamson | Emails within team re: Title 42 MTE edits | 0.9 |
| 8/12/20 | Melissa Adamson | Review declarations for Title 42 MTE | 1.5 |
| 8/12/20 | Melissa Adamson | Emails to declarants for Title 42 MTE | 1.2 |
| 8/12/20 | Melissa Adamson | Review brief edits from DDG re: Title 42 MTE | 0.1 |
| 8/12/20 | Melissa Adamson | Edit Title 42 MTE brief | 1.3 |
| 8/13/20 | Melissa Adamson | Edit Title 42 MTE brief | 8.5 |
| 8/13/20 | Melissa Adamson | Emails to declarants for Title 42 MTE | 0.2 |
| 8/14/20 | Melissa Adamson | Analyze data reports, write declaration for Title 42 MTE | 2.4 |
| 8/14/20 | Melissa Adamson | Review proposed order, notice for Title 42 MTE | 0.2 |
| 8/14/20 | Melissa Adamson | Analyze July data reports (hotels), email summary to CH, LW, ND | 1.3 |
| 8/14/20 | Melissa Adamson | Edit Title 42 MTE brief | 7.6 |
| 8/14/20 | Melissa Adamson | Confer with MW, DDG, ND re Title 42/hotel MTE | 1.2 |
| 8/17/20 | Melissa Adamson | Co-Counsel call (Title 42 MTE) | 0.5 |
| 8/18/20 | Melissa Adamson | Email team summary of July HHS data re: hotels | 0.8 |
| 8/19/20 | Melissa Adamson | Call with ND, MW, DDG, SMN, FP re: MTE Title 42 filing | 0.4 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/19/20 | Melissa Adamson | Review emails from LSPs re: children held in hotels | 0.3 |
| 8/20/20 | Melissa Adamson | Call with Special Monitor ASO, CH re: data, hotels | 0.5 |
| 8/20/20 | Melissa Adamson | Analyze July ICE data report (hotel placements) | 4.6 |
| 8/21/20 | Melissa Adamson | Analyze July ICE data report (hotel placements) | 7.5 |
| 8/21/20 | Melissa Adamson | Email to CH, ND, LW re: joint status report data issues | 0.2 |
| 8/21/20 | Melissa Adamson | Review and analyze govt opp to Title 42 MTE | 0.3 |
| 8/21/20 | Melissa Adamson | Analyze govt Attachment A to opp to Title 42 MTE (list of children held in hotels) | 1.4 |
| 8/23/20 | Melissa Adamson | Email to Special Monitor ASO re: data errors in government's Attachment A | 0.1 |
| 8/23/20 | Melissa Adamson | Draft summary of July ICE data report re: children held in hotels | 7.1 |
| 8/23/20 | Melissa Adamson | Email summary of July ICE data report to team | 0.2 |
| 8/24/20 | Melissa Adamson | Review April data report redo (received 8/24 from government) | 0.5 |
| 8/24/20 | Melissa Adamson | Review govt supplement to notice (ECF 929) | 0.1 |
| 8/24/20 | Melissa Adamson | Call with ND, MW, DDG re: Title 42 reply brief to govt | 0.9 |
| 8/24/20 | Melissa Adamson | Edit outline for Title 42 reply brief | 0.2 |
| 8/24/20 | Melissa Adamson | Co-Counsel call (Title 42 reply brief) | 0.5 |
| 8/24/20 | Melissa Adamson | Analyze govt's Attachment A, compare to July data reports | 6.4 |
| 8/24/20 | Melissa Adamson | Emails within team re: Title 42 reply brief | 0.6 |
| 8/25/20 | Melissa Adamson | Call with ND re: data summary and declaration | 0.3 |
| 8/25/20 | Melissa Adamson | Email to CH re: data inconsistencies (Attach. A and July reports) to send to govt | 0.7 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/25/20 | Melissa Adamson | Call with Special Monitor ASO, AH, Dr. Wise re: data inconsistencies | 0.8 |
| 8/25/20 | Melissa Adamson | Email to CH, LW, ND, MW, DDG re: call with Special Monitor ASO, AH and data declaration | 0.6 |
| 8/26/20 | Melissa Adamson | Emails re: filing under seal for Title 42 MTE | 0.2 |
| 8/26/20 | Melissa Adamson | Analyze govt's Attachment A, compare to July data reports | 9.6 |
| 8/26/20 | Melissa Adamson | Edit Title 42 MTE reply brief | 1.4 |
| 8/26/20 | Melissa Adamson | Review Special Monitor report (ECF 938) | 0.3 |
| 8/27/20 | Melissa Adamson | Analyze govt's Attachment A, compare to July data reports, draft declaration | 4.3 |
| 8/27/20 | Melissa Adamson | Edit declaration re: summary of July ICE data report, comparison to Attachment A | 5.7 |
| 8/27/20 | Melissa Adamson | Co-Counsel call (Title 42 reply brief) | 0.8 |
| 8/27/20 | Melissa Adamson | Call with ND, MW, DDG, PJ, SMN re: Title 42 reply brief | 0.7 |
| 8/27/20 | Melissa Adamson | Edit Title 42 MTE reply brief | 1.2 |
| 8/27/20 | Melissa Adamson | Draft declaration to accompany data summary | 2.5 |
| 8/28/20 | Melissa Adamson | Edit declaration in support of filing under seal | 0.4 |
| 8/28/20 | Melissa Adamson | Emails within team re: filing under seal | 0.4 |
| 8/28/20 | Melissa Adamson | Edit Title 42 MTE reply brief | 5.3 |
| 8/28/20 | Melissa Adamson | Confer with MW, DDG re: Title 42 MTE reply brief | 1.8 |
| 8/28/20 | Melissa Adamson | Emails within team re: Title 42 reply brief | 1.1 |
| 8/28/20 | Melissa Adamson | Edit declaration to accompany data summary | 1.5 |
| 8/28/20 | Melissa Adamson | Prepare exhibits to be filed under seal | 0.9 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/31/20 | Melissa Adamson | Co-Counsel call (Special Monitor report, next steps re Title 42) | 0.5 |
| 9/2/20 | Melissa Adamson | Review govt's opp to Special Monitor August Report (ECF 967) | 0.3 |
| 9/2/20 | Melissa Adamson | Prepare for hearing re: Title 42 hoteling | 0.9 |
| 9/2/20 | Melissa Adamson | Review amici response to Special Monitor August Report (ECF 969) | 0.2 |
| 9/2/20 | Melissa Adamson | Send and review emails within co-counsel team re: updated Attachment A (hotel data) | 0.1 |
| 9/2/20 | Melissa Adamson | Review govt supplement to response in opp to motion (ECF 925) | 0.2 |
| 9/2/20 | Melissa Adamson | Emails within team re: Special Monitor August report | 0.2 |
| 9/3/20 | Melissa Adamson | Analyze govt's updated Attachment A, compare to prior govt data reports | 3.1 |
| 9/3/20 | Melissa Adamson | Email team re: data errors in govt updated Attachment A and proposed next steps | 0.5 |
| 9/3/20 | Melissa Adamson | Review joint status report draft | 0.1 |
| 9/4/20 | Melissa Adamson | Prepare for court hearing (summarize data issues for CH) | 1.1 |
| 9/4/20 | Melissa Adamson | Draft email to govt re: continuing data inconsistencies | 0.6 |
| 9/4/20 | Melissa Adamson | Review court's tentative order re: Title 42 hoteling | 0.2 |
| 9/4/20 | Melissa Adamson | Attend court hearing re: Title 42 hoteling | 1.3 |
| 9/4/20 | Melissa Adamson | Co-Counsel call (court hearing, next steps) | 0.4 |
| 9/4/20 | Melissa Adamson | Review emails re: appeals timelines, panels | 0.2 |
| 9/4/20 | Melissa Adamson | Review court order (ECF 976) | 0.3 |
| 9/4/20 | Melissa Adamson | Circulate CDC final rule re: Title 42/border closure | 0.1 |
| 9/10/20 | Melissa Adamson | Review emails re: govt notice of appeal on Title 42 order | 0.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/10/20 | Melissa Adamson | Review draft meet and confer letter | 0.1 |
| 9/11/20 | Melissa Adamson | Co-counsel call (govt Title 42 motion to stay) | 0.5 |
| 9/11/20 | Melissa Adamson | Edit request to file brief in opp to emergency motion to stay | 0.3 |
| 9/11/20 | Melissa Adamson | Review emails re: proposed temporary stay duration | 0.1 |
| 9/11/20 | Melissa Adamson | Review transcript of hearing from 9/4 court hearing re: Title 42 | 0.2 |
| 9/11/20 | Melissa Adamson | Confer with ND, MW, DDG re: filing | 0.3 |
| 9/12/20 | Melissa Adamson | Draft brief (Ninth Circuit Title 42 opp to stay) | 4.1 |
| 9/12/20 | Melissa Adamson | Emails re: Ninth Circuit Title 42 opp to stay brief | 0.4 |
| 9/12/20 | Melissa Adamson | Edit brief (Ninth Circuit Title 42 opp to stay) | 2.5 |
| 9/12/20 | Melissa Adamson | Confer with MW re: brief (Ninth Circuit Title 42 opp to stay) | 0.2 |
| 9/12/20 | Melissa Adamson | Confer with MW, ND, DDG re: brief (Ninth Circuit Title 42 opp to stay) | 0.9 |
| 9/13/20 | Melissa Adamson | Edit brief (Ninth Circuit Title 42 opp to stay) | 2.9 |
| 9/13/20 | Melissa Adamson | Integrate brief edits (Ninth Circuit Title 42 opp to stay) | 1.3 |
| 9/13/20 | Melissa Adamson | Prepare exhibits for filing (Ninth Circuit Title 42 opp to stay) | 0.5 |
| 9/13/20 | Melissa Adamson | Emails with SMN re: citations, formatting | 0.3 |
| 9/13/20 | Melissa Adamson | Emails with DDG, MW re: filing | 0.2 |
| 9/13/20 | Melissa Adamson | Emails within team re: brief edits | 0.4 |
| 9/13/20 | Melissa Adamson | Review updated brief draft | 0.2 |
| 9/14/20 | Melissa Adamson | Co-Counsel call (T42 brief) | 0.6 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/14/20 | Melissa Adamson | Emails within team re: brief edits | 0.7 |
| 9/15/20 | Melissa Adamson | Emails within team re: brief edits | 0.8 |
| 9/15/20 | Melissa Adamson | Emails within team re: filing brief | 0.6 |
| 9/16/20 | Melissa Adamson | Review govt's reply to response opposing motion to stay | 0.3 |
| 9/16/20 | Melissa Adamson | Review Ninth Circuit order denying emergency stay and setting briefing schedule | 0.1 |
| 9/17/20 | Melissa Adamson | Emails within team re: briefing schedule | 0.3 |
| 9/17/20 | Melissa Adamson | Emails to team re: monthly referrals | 0.2 |
| 9/17/20 | Melissa Adamson | Review August data reports (received 9/17) | 0.2 |
| 9/17/20 | Melissa Adamson | Emails re: govt's ex parte app to stay 9/4 order in CD Cal | 0.3 |
| 9/17/20 | Melissa Adamson | Review outline of draft opp to stay | 0.1 |
| 9/17/20 | Melissa Adamson | Emails re: exhibit attachments to brief | 0.2 |
| 9/17/20 | Melissa Adamson | Emails to Immigration attorney re: declaration | 0.2 |
| 9/17/20 | Melissa Adamson | Review declaration in support of motion and provide feedback | 0.4 |
| 9/17/20 | Melissa Adamson | Review govt ex parte app to stay 9/4 order (ECF 985) | 0.6 |
| 9/18/20 | Melissa Adamson | Edit brief (opp to stay) | 0.6 |
| 9/18/20 | Melissa Adamson | Confer with MW, ND, DDG re: brief | 0.4 |
| 9/18/20 | Melissa Adamson | Emails with DDG, MW, ND re: filing deadline | 0.2 |
| 9/18/20 | Melissa Adamson | Co-counsel call (brief opp to stay) | 0.6 |
| 9/18/20 | Melissa Adamson | Review and analyze August ICE/CBP data reports | 3.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/18/20 | Melissa Adamson | Email team re: data analysis | 0.4 |
| 9/18/20 | Melissa Adamson | Emails with AM re: data analysis and identfying hotel locations | 0.5 |
| 9/18/20 | Melissa Adamson | Emails within team re: filing brief | 0.3 |
| 9/21/20 | Melissa Adamson | Co-Counsel call (hotel visits, next steps) | 0.5 |
| 9/21/20 | Melissa Adamson | Call with LW, ND re: site visits to hotels | 0.6 |
| 9/21/20 | Melissa Adamson | Email LW, ND re: hotel locations | 0.9 |
| 9/21/20 | Melissa Adamson | Review court order denying ex parte app to stay (ECF 990) | 0.4 |
| 9/22/20 | Melissa Adamson | Email to ND, LW re: hotel site vists, locations | 0.1 |
| 9/23/20 | Melissa Adamson | Call with Special Monitor ASO re: data | 0.5 |
| 9/23/20 | Melissa Adamson | Edits to brief draft (Ninth Circuit opp to stay) | 0.8 |
| 9/24/20 | Melissa Adamson | Co-counsel call (opp to stay) | 0.5 |
| 9/24/20 | Melissa Adamson | Edit brief (opp to stay) | 5.4 |
| 9/24/20 | Melissa Adamson | Emails within team re: brief edits | 0.5 |
| 9/24/20 | Melissa Adamson | Confer with MW, DDG re: brief edits | 0.3 |
| 9/25/20 | Melissa Adamson | Edit brief (opp to stay) | 1.5 |
| 9/25/20 | Melissa Adamson | Emails within team re: brief edits | 0.8 |
| 9/25/20 | Melissa Adamson | Review Ninth Circuit order re: govt renewed motion for stay | 0.1 |
| 9/28/20 | Melissa Adamson | Co-Counsel call (ninth circuit brief, site visits) | 0.7 |
| 9/28/20 | Melissa Adamson | Review govt Ninth Circuit reply | 0.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/28/20 | Melissa Adamson | Review oral argument preparation document | 0.2 |
| 9/29/20 | Melissa Adamson | Edit oral argument preparation document | 1.4 |
| 9/29/20 | Melissa Adamson | Co-Counsel call (Ninth Circuit argument prep) | 1.1 |
| 9/29/20 | Melissa Adamson | Emails within team re: oral argument prep | 0.9 |
| 9/30/20 | Melissa Adamson | Attend Ninth Circuit oral argument re: motion to stay | 0.8 |
| 10/1/20 | Melissa Adamson | Call with Special Monitor ASO, AH re: data, hotels, CBP | 0.5 |
| 10/5/20 | Melissa Adamson | Co-Counsel call (Ninth Circuit order, next steps) | 0.5 |
| 10/6/20 | Melissa Adamson | Review govt notice of appeal to Ninth Circuit | 0.1 |
| 10/7/20 | Melissa Adamson | Review OIG workplan re: CDC/ORR coordination | 0.1 |
| 10/9/20 | Melissa Adamson | Review and analyze August Flores data (HHS, ICE, CBP) for errors re: hotels | 2.6 |
| 10/9/20 | Melissa Adamson | Email team re: data analysis summary and identified errors | 0.3 |
| 10/9/20 | Melissa Adamson | Email CH re: data issues | 0.2 |
| 10/13/20 | Melissa Adamson | Email Special Monitor ASO re: data errors | 0.6 |
| 10/14/20 | Melissa Adamson | Review new CDC order re: Title 42 | 0.3 |
| 10/14/20 | Melissa Adamson | Emails to CH re: data/hotels | 0.2 |
| 10/14/20 | Melissa Adamson | Review emails from govt re: data issues | 0.1 |
| 10/16/20 | Melissa Adamson | Review and analyze govt Ninth Circuit opening brief (20-55951) | 0.8 |
| 10/19/20 | Melissa Adamson | Emails with Special Monitor ASO, AH re: call | 0.1 |
| 10/19/20 | Melissa Adamson | Review emails re: Flores Title 42 appeals | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 10/19/20 | Melissa Adamson | Emails re: Title 42 brief outline | 0.4 |
| 10/19/20 | Melissa Adamson | Co-Counsel call (Ninth Circuit Title 42 reply) | 0.5 |
| 10/20/20 | Melissa Adamson | Prepare for call with Special Monitor ASO | 0.4 |
| 10/20/20 | Melissa Adamson | Call with Special Monitor ASO, AH re: hotel data, CBP | 0.5 |
| 10/20/20 | Melissa Adamson | Review GAO letter announcing probe into CDC re Title 42 order | 0.1 |
| 10/26/20 | Melissa Adamson | Co-Counsel call (Title 42 reply) | 0.6 |
| 10/28/20 | Melissa Adamson | Email team re: new public numbers of children expelled under Title 42 | 0.1 |
| 11/2/20 | Melissa Adamson | Review CH edits to Ninth Circuit Title 42 brief | 0.2 |
| 11/5/20 | Melissa Adamson | Edit Ninth Circuit Title 42 brief | 0.5 |
| 11/10/20 | Melissa Adamson | Emails re: mailing paper copies of Ninth Circuit Title 42 brief | 0.5 |
| 11/10/20 | Melissa Adamson | Review, circulate  Ninth Circuit Title 42 order consolidating cases | 0.1 |
| 11/16/20 | Melissa Adamson | Review and analyze October HHS and CBP data | 2.7 |
| 11/16/20 | Melissa Adamson | Review updated CBP memo re: Title 42 hoteling | 0.1 |
| 11/17/20 | Melissa Adamson | Analyze September ICE data report re: hotels | 4.3 |
| 11/18/20 | Melissa Adamson | Analyze October ICE report re hotels | 2.1 |
| 11/20/20 | Melissa Adamson | Review govt Title 42 Ninth Circuit reply brief | 0.3 |
| 12/8/20 | Melissa Adamson | Email to LW re: Title 42 and Flores data | 0.3 |
|  |  |  |  |
| **Total** |  |  | **255.3** |
| **Total with 10% reduction** |  |  | **229.8** |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 7/6/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 MTE briefing, settlement violations | 0.3 |
| 8/3/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 motion to enforce | 0.5 |
| 8/6/20 | Diane de Gramont | Edit Pls. reply to Defs. response re Title 42 report | 1.6 |
| 8/10/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 MTE | 0.5 |
| 8/12/20 | Diane de Gramont | Edit draft motion to enforce re Title 42 | 1.7 |
| 8/12/20 | Diane de Gramont | Research legal custody definition for Title 42 MTE | 1 |
| 8/12/20 | Diane de Gramont | Research TVPRA for Title 42 MTE | 2.7 |
| 8/12/20 | Diane de Gramont | Email C. Holguin re edits to Title 42 MTE | 0.1 |
| 8/12/20 | Diane de Gramont | Call with N. Desai re Title 42 MTE | 0.2 |
| 8/13/20 | Diane de Gramont | Edit draft motion to enforce re Title 42 | 3.7 |
| 8/13/20 | Diane de Gramont | Review LSP declaration for Title 42 MTE | 0.2 |
| 8/17/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 MTE | 0.5 |
| 8/24/20 | Diane de Gramont | Draft reply in support of Title 42 MTE re TVPRA | 2.7 |
| 8/24/20 | Diane de Gramont | Draft reply in support of Title 42 MTE re legal custody | 2 |
| 8/24/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 MTE reply | 0.5 |
| 8/24/20 | Gramont | MTE | 0.9 |
| 8/24/20 | Diane de Gramont | Prepare outline of reply in support of Title 42 MTE | 1.6 |
| 8/24/20 | Diane de Gramont | Review Defendants' opposition to Title 42 MTE | 0.7 |
| 8/25/20 | Diane de Gramont | Analyze prior briefing on Title 42 MTE to draft reply | 0.6 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/25/20 | Diane de Gramont | Review complaint in PJES v Wolf for Title 42 MTE | 0.2 |
| 8/25/20 | Diane de Gramont | Review reply brief in JBBC v Wolf for Title 42 MTE | 0.3 |
| 8/25/20 | Diane de Gramont | Call with M. Wroe re reply in support of Title 42 MTE | 0.3 |
| 8/25/20 | Diane de Gramont | Draft reply in support of Title 42 MTE re TVPRA | 1 |
| 8/25/20 | Diane de Gramont | Draft reply in support of Title 42 MTE re legal custody | 0.5 |
| 8/25/20 | Diane de Gramont | Edit draft reply re in support of Title 42 MTE re settlement violations | 0.6 |
| 8/26/20 | Diane de Gramont | Call with N. Desai re Title 42 MTE reply brief | 0.4 |
| 8/26/20 | Diane de Gramont | Edit draft reply in support of Title 42 MTE | 4.3 |
| 8/26/20 | Diane de Gramont | Review data summary for MTE Title 42 reply | 0.9 |
| 8/26/20 | Diane de Gramont | Review Independent Monitor Report for Title 42 MTE reply | 0.2 |
| 8/27/20 | Diane de Gramont | Review transcript JBBC v. Wolf for Title 42 MTE reply | 0.4 |
| 8/27/20 | Diane de Gramont | Call with NCYL and C. Holguin re Title 42 MTE reply | 0.8 |
| 8/27/20 | Diane de Gramont | Call with NCYL team re Title 42 MTE reply | 0.3 |
| 8/27/20 | Diane de Gramont | Citecheck reply.in support of Title 42 MTE | 2.4 |
| 8/27/20 | Diane de Gramont | Call with M. Wroe, F. Pitts, M. Adamson re Title 42 MTE reply | 0.7 |
| 8/27/20 | Diane de Gramont | Edit draft Title 42 MTE reply | 2.8 |
| 8/28/20 | Diane de Gramont | Edit draft Title 42 MTE reply | 0.8 |
| 8/28/20 | Diane de Gramont | Citecheck Title 42 MTE reply | 4.1 |
| 9/1/20 | Diane de Gramont | Prepare possible questions and answers to prep for MTE Title 42 hearing | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/1/20 | Diane de Gramont | Review filings re Title 42 MTE to prepare for dist. ct. hearing | 1 |
| 9/1/20 | Diane de Gramont | Prepare possible questions and answers to prep for MTE Title 42 hearing | 1.1 |
| 9/2/20 | Diane de Gramont | Review Defendants objections to Interim Monitor Report re Title 42 class members | 0.3 |
| 9/4/20 | Diane de Gramont | Review tentative order re Title 42 MTE to prep for hearing | 0.7 |
| 9/4/20 | Diane de Gramont | Review FRAP and Ninth Circuit rules re stays pending appeal for Title 42 MTE | 0.7 |
| 9/6/20 | Diane de Gramont | Research legal standard for motion to stay for Title 42 MTE | 1 |
| 9/6/20 | Diane de Gramont | Draft shell brief of opposition to motion to stay order re Title 42 MTE | 1.5 |
| 9/7/20 | Diane de Gramont | Research legal standard for motion to stay for Title 42 MTE | 0.4 |
| 9/7/20 | Diane de Gramont | Draft shell brief of opposition to motion to stay order re Title 42 MTE | 3 |
| 9/8/20 | Diane de Gramont | Research legal custody under CA law for Title 42 MTE stay briefing | 0.2 |
| 9/8/20 | Diane de Gramont | Review CDC Final Rule re Title 42 for stay briefing | 1.7 |
| 9/8/20 | Diane de Gramont | Full team call with NCYL and co-counsel re next steps Title 42 MTE | 0.7 |
| 9/8/20 | Diane de Gramont | Research legal standard for new evidence presented on stay pending appeal for Title 42 MTE stay briefing | 0.4 |
| 9/9/20 | Diane de Gramont | Research legal standard for motion to stay for Title 42 MTE stay briefing | 0.6 |
| 9/9/20 | Diane de Gramont | Research legal standard for new evidence presented on stay pending appeal for Title 42 MTE stay briefing | 0.6 |
| 9/9/20 | Diane de Gramont | Email N. Desai and M. Wroe re new evidence on a motion to stay for Title 42 MTE stay briefing | 1.3 |
| 9/10/20 | Diane de Gramont | Draft shell brief of opposition to motion to stay Title 42 MTE re harms to plaintiffs | 1.2 |
| 9/10/20 | Diane de Gramont | Research caselaw re denial outdoor recreation for opposition to motion to stay Title 42 MTE order | 0.6 |
| 9/10/20 | Diane de Gramont | Research caselaw re harms to children for opposition to motion to stay Title 42 MTE order | 0.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/10/20 | Diane de Gramont | Draft shell brief of opposition to motion to stay Title 42 MTE order re harms to plaintiffs | 0.3 |
| 9/10/20 | Diane de Gramont | Email NCYL team re FRAP 8 requirements for Title 42 MTE stay motion | 0.8 |
| 9/10/20 | Diane de Gramont | Draft section of shell opposition to stay Title 42 MTE order re Rule 8 | 1.2 |
| 9/11/20 | Diane de Gramont | Draft section of shell opposition to stay Title 42 MTE order re Rule 8 | 1.1 |
| 9/11/20 | Diane de Gramont | Call with N. Desai re motion to stay Title 42 MTE order | 0.3 |
| 9/11/20 | Diane de Gramont | Draft section of shell opposition to stay Title 42 MTE order re Rule 8 | 0.4 |
| 9/11/20 | Diane de Gramont | Call with NCYL and C. Holguin re Defs. motion to stay Title 42 order | 0.5 |
| 9/11/20 | Diane de Gramont | Draft notice to Ninth Circuit re Defs. motion to stay Title 42 order | 0.5 |
| 9/11/20 | Diane de Gramont | Review transcript of dist. ct. hearing on Title 42 MTE for opposition to stay | 0.4 |
| 9/11/20 | Diane de Gramont | Review Defendants' Ninth Circuit motion to stay Title 42 MTE order | 1.2 |
| 9/11/20 | Diane de Gramont | Draft section of opposition to stay Title 42 MTE order re legal custody | 2.1 |
| 9/12/20 | Diane de Gramont | Review Defendants' dist. ct. briefing re Title 42 MTE | 1.4 |
| 9/12/20 | Diane de Gramont | Edit draft opposition to motion to stay Title 42 MTE order | 0.4 |
| 9/12/20 | Diane de Gramont | Draft section of opposition to stay of Title 42 MTE order re public interest | 0.1 |
| 9/12/20 | Diane de Gramont | Draft section of opposition to stay of Title 42 MTE order re Settlement violations | 1.8 |
| 9/12/20 | Diane de Gramont | Revise outline of opposition to stay of Title 42 MTE order | 0.7 |
| 9/12/20 | Diane de Gramont | Draft section of opposition to stay of Title 42 MTE order re Title 8 | 1.2 |
| 9/13/20 | Diane de Gramont | Edit draft opposition to stay of Title 42 MTE order | 0.7 |
| 9/13/20 | Diane de Gramont | Prepare exhibits and exhibit list for opposition to stay Title 42 MTE order | 1.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/13/20 | Diane de Gramont | Cite check opposition to a stay of Title 42 MTE order | 1.4 |
| 9/13/20 | Diane de Gramont | Research legal standard for striking new evidence for opposition to motion to stay Title 42 MTE order | 0.9 |
| 9/14/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 emergency briefing | 0.6 |
| 9/14/20 | Diane de Gramont | Review exhibits and exhibit list of opposition to stay Title 42 MTE order | 0.7 |
| 9/14/20 | Diane de Gramont | Edit draft opposition to stay Title 42 MTE order | 0.2 |
| 9/14/20 | Diane de Gramont | Cite check opposition to motion to stay Title 42 MTE order | 1.7 |
| 9/15/20 | Diane de Gramont | Edit opposition to motion to stay Title 42 MTE order | 3 |
| 9/15/20 | Diane de Gramont | Review exhibits and exhibit list of opposition to stay Title 42 MTE order | 0.2 |
| 9/16/20 | Diane de Gramont | Review Defs. reply in support of Ninth Circuit stay of Title 42 MTE order | 0.7 |
| 9/17/20 | Diane de Gramont | Review Defs. motion to stay Title 42 MTE order in district court | 2.3 |
| 9/17/20 | Diane de Gramont | Draft opposition to motion to stay Title 42 MTE order in district court | 4.4 |
| 9/17/20 | Diane de Gramont | Draft email to declarants re status of Title 42 litigation | 0.2 |
| 9/18/20 | Diane de Gramont | Call with C. Holguin and NCYL team re opposition to stay of Title 42 MTE order | 0.6 |
| 9/18/20 | Diane de Gramont | Review Defendants' motion to stay Title 42 MTE order in district court | 0.5 |
| 9/18/20 | Diane de Gramont | Call with N. Desai, M. Wroe, M. Adamson re Title 42 MTE stay motion | 0.4 |
| 9/18/20 | Diane de Gramont | Draft opposition to motion to stay Title 42 MTE order in district court | 2.4 |
| 9/18/20 | Diane de Gramont | Cite check opposition to motion to stay Title 42 MTE order in district court | 1.2 |
| 9/21/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 next steps, stay | 0.5 |
| 9/21/20 | Diane de Gramont | Meeting with M. Wroe, M. Adamson, N. Desai re Title 42 MTE stay motion | 0.6 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/22/20 | Diane de Gramont | Research rules of appellate procedure for Title 42 MTE stay opposition | 0.4 |
| 9/22/20 | Diane de Gramont | Review district court order denying stay of Title 42 MTE order | 0.2 |
| 9/22/20 | Diane de Gramont | Draft shell opposition to motion to stay Title 42 order in Ninth Circuit | 3.3 |
| 9/22/20 | Diane de Gramont | Prepare opposition to motion to stay Title 42 MTE order in Ninth Circuit | 0.2 |
| 9/24/20 | Diane de Gramont | Revise opposition to motion to stay Title 42 MTE order in Ninth Circuit | 3.2 |
| 9/24/20 | Diane de Gramont | Call with N. Desai, M. Wroe, M. Adamson re Title 42 MTE stay motion | 0.9 |
| 9/24/20 | Diane de Gramont | Review Defs renewed motion to stay Title 42 MTE order in Ninth Circuit | 0.8 |
| 9/24/20 | Diane de Gramont | Review Defs renewed motion to stay Title 42 MTE order in Ninth Circuit | 0.2 |
| 9/25/20 | Diane de Gramont | Call with M. Wroe and N. Desai re Title 42 stay motion | 0.5 |
| 9/25/20 | Diane de Gramont | Revise opposition to stay Title 42 MTE order in Ninth Circuit | 8.9 |
| 9/28/20 | Diane de Gramont | Review Defs reply in support of stay of Title 42 MTE order in Ninth Circuit | 0.6 |
| 9/28/20 | Diane de Gramont | Review magistrate R&R in PJES v. Wolf for Title 42 MTE litigation | 0.2 |
| 9/28/20 | Diane de Gramont | Prepare possible questions and answers for Ninth Circuit oral argument on stay of Title 42 MTE order | 5.1 |
| 9/29/20 | Diane de Gramont | Prepare possible questions and answers for Ninth Circuit oral argument on stay of Title 42 MTE order | 0.6 |
| 9/29/20 | Diane de Gramont | Review Flores v. Barr briefing re jurisdiction in prep for Ninth Circuit oral argument on stay of Title 42 order | 0.9 |
| 9/29/20 | Diane de Gramont | Call with NCYL and C. Holguin re prep for Ninth Circuit oral argument on stay of Title 42 order | 1.1 |
| 9/30/20 | Diane de Gramont | Review district court order in prep for Ninth Circuit oral argument on stay of Title 42 order | 0.3 |
| 9/30/20 | Diane de Gramont | Attend Oral argument - Ninth Circuit Court of Appeals - Title 42 stay | 0.9 |

| Date | Name | Description | Time |
|---|---|---|---|
| 10/5/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 next steps | 0.5 |
| 10/5/20 | Diane de Gramont | Review Govt objections to R&R PJES v Wolf for Title 42 MTE litigation | 0.5 |
| 10/14/20 | Diane de Gramont | Review updated CDC order re Title 42 border closure for Title 42 MTE litigation | 0.4 |
| 10/16/20 | Diane de Gramont | Review Appellants' Ninth Circuit merits brief re Title 42 MTE | 0.8 |
| 10/16/20 | Diane de Gramont | Review Appellants' Ninth Circuit merits brief re Title 42 MTE | 0.2 |
| 10/19/20 | Diane de Gramont | Draft outline of Ninth Circuit answering brief re Title 42 MTE | 2.3 |
| 10/19/20 | Diane de Gramont | Research appellate review standard for Ninth Circuit answering brief re Title 42 MTE | 0.1 |
| 10/19/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 appeal | 0.5 |
| 10/19/20 | Diane de Gramont | Email N. Desai, M. Wroe, M. Adamson re Title 42 MTE Ninth Circuit answering brief | 0.2 |
| 10/21/20 | Diane de Gramont | Call w/ N. Desai re Title 42 MTE Ninth Circuit answering brief | 0.2 |
| 10/26/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 appeal | 0.6 |
| 10/26/20 | Diane de Gramont | Draft jurisdiction section of Title 42 MTE Ninth Circuit answering brief | 3.2 |
| 10/26/20 | Diane de Gramont | Draft legal custody section of Title 42 MTE Ninth Circuit answering brief | 1 |
| 10/27/20 | Diane de Gramont | Review motion to consolidate appeals in Title 42 MTE appeal | 0.2 |
| 10/27/20 | Diane de Gramont | Draft legal custody section of Title 42 MTE Ninth Circuit answering brief | 0.8 |
| 10/27/20 | Diane de Gramont | Draft standard of review section of Title 42 MTE Ninth Circuit answering brief | 1 |
| 10/27/20 | Diane de Gramont | Draft Settlement violation section of Title 42 MTE Ninth Circuit answering brief | 2 |
| 10/27/20 | Diane de Gramont | Draft statement of the case of Title 42 MTE Ninth Circuit answering brief | 0.2 |
| 10/27/20 | Diane de Gramont | Review Appellants' Ninth Circuit merits brief re Title 42 MTE | 0.9 |

| Date | Name | Description | Time |
|---|---|---|---|
| 10/28/20 | Diane de Gramont | Edit Title 42 MTE Ninth Circuit answering brief | 4.3 |
| 10/29/20 | Diane de Gramont | Draft introduction of Title 42 MTE Ninth Circuit answering brief | 0.2 |
| 10/29/20 | Diane de Gramont | Call w/ N. Desai re Title 42 MTE Ninth Circuit answering brief | 0.4 |
| 10/30/20 | Diane de Gramont | Call w/ N. Desai re Title 42 MTE Ninth Circuit answering brief | 0.4 |
| 10/30/20 | Diane de Gramont | Revise full Title 42 MTE Ninth Circuit answering brief | 0.7 |
| 11/2/20 | Diane de Gramont | Revise full Title 42 MTE Ninth Circuit answering brief | 0.9 |
| 11/2/20 | Diane de Gramont | Full team call with NCYL and co-counsel re Title 42 appeal | 0.6 |
| 11/3/20 | Diane de Gramont | Revise full Title 42 MTE Ninth Circuit answering brief | 1.2 |
| 11/5/20 | Diane de Gramont | Revise full Title 42 MTE Ninth Circuit answering brief | 1.3 |
| 11/9/20 | Diane de Gramont | Full team call with NCYL and co-counsel re appeal status | 0.6 |
| 11/23/20 | Diane de Gramont | Review Appellants' Ninth Circuit reply brief re Title 42 MTE | 0.6 |
|  |  |  |  |
| | **Total** | | **154.3** |
| | **Total with 10% reduction** | | **138.9** |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/14/20 | Soraya Morales Nuñez | Creating ToA/ToC and formatting re T42 Motion to Enforce Settlement, C.D. Cal | 2.2 |
| 8/27/20 | Soraya Morales Nuñez | Proofreading Motion to Seal documents; correspondence with M. Wroe about same re Pls' Reply to Defs' Opp. To T42 MTE | 1.1 |
| 8/28/20 | Soraya Morales Nuñez | Proofreading and finalizing Motion to Seal documents; correspondence with M. Wroe about same. | 0.3 |
| 8/28/20 | Soraya Morales Nuñez | Cite Checking T42 MTE Reply Brief | 3.6 |
| 8/28/20 | Soraya Morales Nuñez | Finalizing Motion to Seal re T42 Reply Brief and Exhibits | 1.5 |
| 8/28/20 | Soraya Morales Nuñez | finalizing T42 Reply Brief re ToA, ToC, formatting | 1.1 |
| 8/28/20 | Soraya Morales Nuñez | Filing T42 Reply Brief | 0.5 |
| 9/13/20 | Soraya Morales Nuñez | Cite Checking Opp. to Motion for Stay | 2.9 |
| 9/13/20 | Soraya Morales Nuñez | Formatting Opposition to Motion for Stay; Correspondence with legal team about same. | 1.0 |
| 9/14/20 | Soraya Morales Nuñez | Preparing filing re Opposition to Motion to Stay (preparing exhibits & cover page) | 0.5 |
| 9/14/20 | Soraya Morales Nuñez | Preparing filing re Opp. to Mot. to Stay (ToC and ToA) | 2.5 |
| 9/15/20 | Soraya Morales Nuñez | Preparing for ninth circuit filing (Reading instructions) | 0.1 |
| 9/15/20 | Soraya Morales Nuñez | Finalizing Exhibits for filing re Opp. to Motion to Stay, 9th Circuit Court of Appeals | 0.2 |
| 9/15/20 | Soraya Morales Nuñez | finalizing Opp. to Motion to Stay, 9th Circuit re formatting | 0.8 |
| 9/17/20 | Soraya Morales Nuñez | Formatting Response brief re Plaintiff's Memo in opposition to Emergency Motion to Stay, C.D. Cal., ToC, ToA | 1.6 |
| 9/18/20 | Soraya Morales Nuñez | Formatting brief re Opp. to Emergency Mot. to Stay - C.D. Cal., ToC, ToA | 0.4 |
| 9/18/20 | Soraya Morales Nuñez | compiling and finalizing exhibits re Opp. to Motion to Stay, C.D. Cal. | 0.6 |
| 9/21/20 | Soraya Morales Nuñez | filing Opp. to Motion to Stay, C.D. Cal | 0.4 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/25/20 | Soraya Morales Nuñez | Finalizing ToA and ToC re Opp. to Motion to Stay, 9th Circuit | 1.5 |
| 9/25/20 | Soraya Morales Nuñez | Finalizing exhibits for filing re Opp. to Mot. for Stay, ca9 | 0.1 |
| 9/25/20 | Soraya Morales Nuñez | Reading ca9 filing instructions re Opp to Mot. for Stay | 0.1 |
| 9/25/20 | Soraya Morales Nuñez | Filing Opp. to Mot. for Stay, ca9 | 0.4 |
| | | | |
| | **Total** | | **23.4** |
| | **Total with 10% reduction** | | **21.1** |

# Exhibit C

|  | 9th Cir. Inflation-adjusted rate | Market Rates | | |
|---|---|---|---|---|
| Year | | L. Welch | C. Holguín | Paralegal |
| 2020 | $ 207.78 | $ 690.00 | $ 775.00 | $ 100.00 |
| 2021 | $ 213.74 | $ 690.00 | $ 775.00 | $ 100.00 |

| Attorneys | Law School Graduation Year | Year Work was Performed | Hours | Fees at 9th Cir. Inflation adjusted rate | Fees at Market Rates | Fees Requested |
|---|---|---|---|---|---|---|
| Leecia Welch | 1996 | 2020 | 46.4 | $ 9,640.99 | $ 32,016.00 | $ 32,016.00 |
|  |  | 2021 | 1 | $ 213.74 | $ 690.00 | $ 690.00 |
| Neha Desai | 2006 | 2020 | 64.4 | $ 13,381.03 |  | $ 13,381.03 |
| Mishan Wroe | 2013 | 2020 | 110 | $ 22,855.80 |  | $ 22,855.80 |
|  |  | 2021 | 4.2 | $ 897.71 |  | $ 897.71 |
| Freya Pitts | 2013 | 2020 | 18.7 | $ 3,885.49 |  | $ 3,885.49 |
| Melissa Adamson | 2017 | 2020 | 229.8 | $ 47,747.84 |  | $ 47,747.84 |
| Diane de Gramont | 2017 | 2020 | 138.9 | $ 28,860.64 |  | $ 28,860.64 |
| Soraya Morales Nuñez | Paralegal | 2020 | 21.1 |  | $ 2,110.00 | $ 2,110.00 |
| **Firm sub-total** |  |  | **634.5** | **$ 127,483.24** |  | **$ 152,444.51** |
|  |  |  |  |  |  |  |
| Carlos Holguín | 1979 | 2020 | 99.9 | $ 20,761.38 | $ 77,438.00 | $ 77,438.00 |
|  |  | 2021 | 3.7 | $ 797.25 | $ 2,890.75 | $ 2,890.75 |
| **Firm sub-total** |  |  | **103.7** | **$ 21,558.63** |  | **$ 80,328.75** |
|  |  |  |  |  |  |  |
| **Total Fee Request** |  |  | **738.2** | **$ 149,041.87** |  | **$ 232,773.26** |