# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

JENNY L FLORES

Plaintiff(s),

v.

EDWIN MEESE

Defendant(s).

CASE NUMBER:

2:85–cv–04544–DMG–AGR

**NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS**

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __10/22/2021__

Document Number(s):  __1189__

Title of Document(s):  __Plaintiffs' Notice of Motion and Motion for Award of Attorneys' Fees__

**ERROR(S) WITH DOCUMENT:**

Proposed order not submitted pursuant to Local Rule 52–4.1.

Other:

**Note:   In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.**

Clerk, U.S. District Court

Dated: _October 26, 2021_

By: _/s/ Grace Kami  grace_kami@cacd.uscourts.gov_
Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**