1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States; *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **ORDER ON APPLICATION TO SEAL [1193]** |

THIS CAUSE comes before the Court upon Defendants' Application for Leave to File Under Seal Portions of Juvenile Coordinator Reports.

UPON CONSIDERATION of the Application, and for the reasons set forth therein, the Court hereby ORDERS that the following documents are filed under seal:

- Juvenile Coordinator Report of Deane Dougherty (portions)
- Juvenile Coordinator Report of Aurora Miranda-Maese (portions)

**IT IS SO ORDERED.**

DATED:  November 1, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE