CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1189 |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

On October 22, 2021, Plaintiffs filed a Motion for Award of Attorneys' Fees in the above-captioned case [Doc. # 1189]. As noted in the motion, Plaintiffs also filed their fee application in the Ninth Circuit. *Id.* at 1 n.1. The parties are seeking to mediate these issues and have filed a request with the Ninth Circuit asking that the motion be referred to the Ninth Circuit Mediation Office. The Parties agree that, should mediation discussions cease to be productive, the Parties will meet and confer within three days. If that occurs, Plaintiffs will dismiss their Ninth Circuit fee application and the parties will promptly submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date. The Parties hereby stipulate and respectfully request that the Court vacate the current briefing schedule and hearing date [Doc. # 1189] and stay further proceedings on this motion pending a further status report from the Parties.

Dated: November 8, 2021

CENTER FOR HUMAN RIGHTS AND
CONSTITUTIONAL LAW
Carlos R. Holguín

NATIONAL CENTER FOR YOUTH LAW
Neha Desai
Mishan Wroe
Melissa Adamson
Diane de Gramont

CHILDREN'S RIGHTS
Leecia Welch

 */s/ Mishan Wroe*
Mishan Wroe
*One of the Attorneys for Plaintiffs*

Dated: November 8, 2021

BRIAN M. BOYNTON
Acting Assistant Attorney General

- 1 -

STIPULATION TO HOLD IN ABEYANCE
CV 85-4544-DMG-AGRX

| | |
|---|---|
| 1 | Civil Division |
| 2 | |
| 3 | WILLIAM C. PEACHEY<br>Director, District Court Section<br>Office of Immigration Litigation |
| 4 | |
| 5 | WILLIAM C. SILVIS<br>Assistant Director, District Court Section<br>Office of Immigration Litigation |
| 6 | |
| 7 | |
| 8 | SARAH B. FABIAN<br>Senior Litigation Counsel |
| 9 | Office of Immigration Litigation<br>District Court Section |
| 10 | |
| 11 | */s/  Sarah Fabian* |
| 12 | Sarah B. Fabian<br>*One of the Attorneys for Defendants* |