CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>　　　　Defendants. | No. CV 85-4544-DMG (AGRx)<br><br>[PROPOSED] ORDER GRANTING STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1189<br><br>Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

Based on the Parties' stipulation, and good cause appearing, IT IS ORDERED that the briefing schedule and hearing date [Doc. # 1189] previously set in this matter are VACATED.  The Court STAYS further proceedings on Plaintiffs' Motion for Attorneys' Fees [Doc. # 1189] pending a status report from the parties.  If the Parties' mediation discussions cease to be productive, the Parties will meet and confer within three days, Plaintiffs will promptly dismiss their Ninth Circuit fee application, and the Parties will submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

Dated: _____

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

Presented by:

 /s/ Mishan Wroe
Mishan Wroe
*One of the Attorneys for Plaintiffs*