UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Merrick Garland, Attorney General, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG (AGRx) <br><br> ORDER APPROVING STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1189 [1200] |

1 | Based on the Parties' stipulation, and good cause appearing, IT IS
2 | ORDERED that the briefing schedule and January 28, 2022 hearing date [Doc. #
3 | 1189] previously set for Plaintiffs' Motion for Attorneys' Fees [Doc. # 1189] are
4 | VACATED.  The Court STAYS further proceedings on Plaintiffs' Motion for
5 | Attorneys' Fees [Doc. # 1189] pending a status report from the parties.  If the
6 | Parties' mediation discussions cease to be productive, the Parties will meet and
7 | confer within three days, Plaintiffs will promptly dismiss their Ninth Circuit fee
8 | application, and the Parties will submit to this Court a Joint Status Report with a
9 | proposed briefing schedule and hearing date.

DATED:  November 9, 2021

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE