BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1182** |

WHEREAS on September 29, 2021, Plaintiffs filed a Notice of Motion and Motion for Award of Attorneys' Fees; Memorandum in Support of Motion ("Plaintiffs' Motion") pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). *See* Doc. # 1182.

WHEREAS Defendants' answer to Plaintiffs' Motion is currently due on November 19, 2021, and the hearing is scheduled for December 10, 2021. *Id*.

WHEREAS the Parties have agreed to engage in settlement negotiations to resolve Plaintiffs' Motion for Attorneys' Fees under the EAJA.

WHEREAS the Parties agree that, should settlement discussions cease to be productive, the Parties will meet and confer within three days and promptly submit to the Court a Joint Status Report with a proposed briefing schedule and hearing date.

The Parties hereby stipulate and respectfully request that the Court vacate the current briefing schedule and hearing date, and stay further proceedings on Plaintiffs' Motion [Doc. #1182] pending a status report from the Parties.

DATED: November 17, 2021    */s/Peter Schey* (with permission)
   *Class Counsel for Plaintiffs*
   CENTER FOR HUMAN RIGHTS &
   CONSTITUTIONAL LAW
   Peter A. Schey
   Carlos Holguín

DATED: November 17, 2021    BRIAN BOYNTON
   Acting Assistant Attorney General
   Civil Division
   AUGUST E. FLENTJE
   Special Counsel
   Civil Division
   WILLIAM C. PEACHEY
   Director, District Court Section

Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel

*/s/ Fizza Batool*
FIZZA BATOOL
Office of Immigration Litigation
District Court Section
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Tel: (202) 616-4863
Fax: (202) 305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on November 17, 2021, I served the foregoing pleading on all counsel of record by means of the District Clerk's CM/ECF electronic filing system.

/s/ *Fizza Batool*
FIZZA BATOOL
U.S. Department of Justice
District Court Section
Office of Immigration Litigation

Attorney for Defendants