BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division
AUGUST E. FLENTJE
Special Counsel
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director
SARAH B. FABIAN
Senior Litigation Counsel
FIZZA BATOOL
Trial Attorney
United States Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, DC 20044
Telephone: 202-616-4863
Facsimile: 202-305-7000
Email: fizza.batool2@usdoj.gov

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG <br><br> **[PROPOSED] ORDER GRANTING STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1182** <br><br> **[Hon. Dolly M. Gee]** |

1  Based on the Parties' stipulation, and good cause appearing, IT IS ORDERED that the briefing schedule and hearing date [Doc. # 1182] previously set in this matter are VACATED. The Court STAYS further proceedings on Plaintiffs' Motion for Attorneys' Fees [Doc. # 1182] pending a status report from the parties. If the Parties' settlement discussions cease to be productive, the Parties will meet and confer within three days, and the Parties will submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

**IT IS SO ORDERED.**

DATED: _____, 2021.

_____
THE HONORABLE DOLLY M. GEE
UNITED STATES DISTRICT JUDGE