**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General of the United States, *et al.,*<br><br>Defendants. | Case No. CV 85-4544-DMG<br><br>**ORDER RE STIPULATION TO HOLD IN ABEYANCE BRIEFING AND RULING RE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES [1182]** |

Based on the Parties' stipulation, and good cause appearing,

IT IS HEREBY ORDERED that the briefing schedule and December 10, 2021 hearing date [Doc. # 1182] previously set for Plaintiffs' Motion for Attorneys' Fees [Doc. # 1182] are VACATED.  The Court STAYS further proceedings on Plaintiffs' Motion for Attorneys' Fees [Doc. # 1182] pending a status report from the parties. If the Parties' settlement discussions cease to be productive, the Parties will meet and confer within three days, and the Parties will submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

DATED:  November 19, 2021

DOLLY M. GEE
UNITED STATES DISTRICT JUDGE