CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*, | Case No. CV 85-4544-DMG-AGRx |
| Plaintiffs, | PLAINTIFFS' NOTICE RE NON-RECEIPT OF CLASS MEMBER OBJECTIONS |
| v. | [Doc. ## 1183 AND 1186] |
| MERRICK B. GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | [HON. DOLLY M. GEE] |

/ / /

1

*Attorneys for Plaintiffs continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu


LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500


/ / /

2

Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF 708 [Doc. ## 708 and 1183.]

Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted a joint proposal for providing notice of the settlement agreement to *Flores* Class Members. Attached as Exhibit 2 to the Joint Stipulation. [Doc. # 1183-2.]

The Court thereafter approved the proposed Class Notice ("Order") and ordered that it be posted at all U.S. Customs and Border Protection facilities in the Rio Grande Valley Sector of the U.S. Border Patrol and at all U.S. Immigration and Customs Enforcement family residential centers in areas where class members and their accompanying adult relatives could see the Notices. [Doc. # 1186.]

Within twenty (20) days of the date of the Order, Defendants posted the approved Notice in English and Spanish as required by the Order. The notice period ran for thirty (30) days.

Since the posting of the Class Notice, Plaintiffs' counsel has not received any objections from any Class Members or their parents.[1]

---

[1] The Order required that Plaintiffs file this notice fifty (50) days after the date of the Order. Because of the pandemic and staff associated with Plaintiffs' counsel largely working from home, and to provide for possible slowdowns in the sending or delivery of mail, Class Counsel has waited a few additional days before filing this Notice.

Dated: November 29, 2021					Respectfully submitted,

   /s/ Peter Schey
PETER SCHEY

Center for Human Rights &
Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on November 29, 2021, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

    /s/ Peter Schey
PETER SCHEY