BRIAN M. BOYNTON
Acting Assistant Attorney General
WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation
WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation
SARAH B. FABIAN
Senior Litigation Counsel, District Court Section
Office of Immigration Litigation
ERIC C. STEINHART
    Trial Attorney
    United States Department of Justice
    Civil Division
    Office of Immigration Litigation
    District Court Section
    P.O. Box 868, Ben Franklin Station
    Washington, D.C. 20044
    E-mail: eric.c.steinhart@usdoj.gov
    Telephone: (202) 514-0618

*Counsel for Defendants*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | Case No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | **JOINT REPORT REGARDING OBJECTIONS BY *FLORES* CLASS MEMBERS TO THE PROPOSED EAJA SETTLEMENT** |
| v. | |
| MERRICK GARLAND, Attorney General, *et al.*, | |
| Defendants. | |

1

Case 2:85-cv-04544-DMG-AGR   Document 1208   Filed 12/09/21   Page 2 of 4   Page ID #:45981

Pursuant to the Court's "Order Approving the Parties' Joint Proposal Re Notice to *Flores* Class Members of Settlement," ECF No. 1186 (the "Order"), the parties submit this "joint report regarding any objections received from class members during the period for the submission of objections." *Id.* at 2. On November 29, 2021, Plaintiffs' counsel reported that it had received no objections from *Flores* Class Members during the period for the submission of objections concerning the parties' proposed settlement of claims for attorneys' fees, litigation costs, and related expenses under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). *See* ECF No. 1207 at 3.

Consistent with Fed. R. Civ. P. 23(e)(2), the parties respectfully request that the Court schedule a hearing to consider approval of the parties' proposed settlement agreement, ECF No. 1183-1, at its earliest convenience and, if possible, by January 31, 2022.

Pursuant to the Court's Order, the parties attach as Exhibit 1 a "Proposed Order Approving Settlement Agreement and Dismissing with Prejudice Plaintiffs' Motion for Attorneys' Fees and Costs."

2

Dated: December 9, 2021

/s/ *Peter Schey* (with permission)
PETER SCHEY
Center for Human Rights & Constitutional Law
256 South Occidental Boulevard
Los Angeles, California 90057
Tel: 323-251-3223
Fax: 213-386-9484
pschey@centerforhumanrights.org

*Attorney for Plaintiffs*

Respectfully submitted,

BRIAN M. BOYNTON
Acting Assistant Attorney General
Civil Division

WILLIAM C. PEACHEY
Director
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director

SARAH B. FABIAN
Senior Litigation Counsel

/s/ *Eric C. Steinhart*
ERIC C. STEINHART
Trial Attorney
U.S. Department of Justice
Office of Immigration Litigation
P.O. Box 868, Ben Franklin Station
Washington, D.C. 20044
Telephone: (202) 514-0618
Email: eric.c.steinhart@usdoj.gov

*Attorneys for Defendants*

3

**CERTIFICATE OF SERVICE**

**CASE NO. CV 85-4544-DMG (AGRx)**

I certify that on December 9, 2021, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

*Eric C. Steinhart*
ERIC C. STEINHART
Trial Attorney
