# EXHIBIT 1

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**[PROPOSED] ORDER APPROVING SETTLEMENT AGREEMENT AND DISMISSING WITH PREJUDICE PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS** |

THIS CAUSE comes before the Court upon the Parties' Joint Stipulation to Dismiss EAJA Motion with Prejudice, ECF No. 1183. The parties have filed a joint report in which the parties notified the Court that Plaintiffs received no objections from *Flores* Class Members concerning the proposed settlement during the period for the submission of objections.

UPON CONSIDERATION of the Stipulation and the absence of objections from *Flores* Class Members, the Court hereby ORDERS that the settlement agreement, ECF No. 1183-1, is approved. The Court further ORDERS that Plaintiffs' Motion for Award of Attorneys' Fees and Costs, ECF No. 708 and ECF

1

No. 710, is DISMISSED WITH PREJUDICE pursuant to the Stipulation of the Parties.

**IT IS SO ORDERED.**

DATED: _____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE