CENTER FOR HUMAN RIGHTS &
CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA  90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email:pschey@centerforhumanrights.org
        crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES., *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK B. GARLAND, Attorney General of the United States, *et al.*,<br><br>Defendants. | Case No. CV 85-4544-DMG-AGRx<br><br>UNOPPOSED MOTION TO APPROVE SETTLEMENT<br><br>[Doc. ## 708, 1186, 1209]<br><br>Hearing: January 7, 2022 10 AM<br><br>[HON. DOLLY M. GEE] |

/ / /

1

*Attorneys for Plaintiffs continued*:

USF SCHOOL OF LAW IMMIGRATION CLINIC
Bill Ong Hing (Cal. Bar No. 61513)
2130 Fulton Street
San Francisco, CA 94117-1080
Telephone: (415) 422-4475
Email: bhing@usfca.edu

LA RAZA CENTRO LEGAL, INC.
Stephen Rosenbaum (Cal. Bar No. 98634)
474 Valencia Street, #295
San Francisco, CA 94103
Telephone: (415) 575-3500

/ / /

2

Plaintiffs and Defendants have reached a settlement to resolve Plaintiffs' Motion for Award of Attorneys' Fees and Costs under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d). ECF 708 [Doc. ## 708 and 1183.]

Consistent with Federal Rule of Civil Procedure 23(e), the parties submitted a joint proposal for providing notice of the settlement agreement to *Flores* Class Members. Attached as Exhibit 2 to the Joint Stipulation. [Doc. # 1183-2.]

The Court thereafter approved the proposed Class Notice ("Order") and ordered that it be posted at all U.S. Customs and Border Protection facilities in the Rio Grande Valley Sector of the U.S. Border Patrol and at all U.S. Immigration and Customs Enforcement family residential centers in areas where class members and their accompanying adult relatives could see the Notices. [Doc. # 1186.]

Within twenty (20) days of the date of the Order, Defendants posted the approved Notice in English and Spanish as required by the Order. The notice period ran for thirty (30) days. Plaintiffs' counsel did not receive any objections from any Class Members or their parents and so advised the Court. [Doc.## 1207, 1208.]

Pursuant to this Court's Order of December 10, 2021 [Doc.# 1209], Plaintiffs now file this motion for final approval of the proposed settlement.[1]

---

[1] The Court Ordered that this motion be filled by December 31, 2021. Due to the holidays and Plaintiffs' counsel's inadvertence, this motion was not timely filed. Nevertheless, Plaintiffs have provided a copy of this Motion to Defendants' counsel and Defendants have no objection to the late filing of this Motion.

The Court has stated it will hold a hearing to consider final approval of the proposed settlement on January 7, 2021 at 10:00 a.m.

Dated: January 4, 2022                     Respectfully submitted,


                                             /s/ Peter Schey
                                           PETER SCHEY

                                           Center for Human Rights &
                                           Constitutional Law
                                           256 South Occidental Boulevard
                                           Los Angeles, California 90057
                                           Tel: 323-251-3223
                                           Fax: 213-386-9484
                                           pschey@centerforhumanrights.org

                                           *Attorney for Plaintiffs*

4

# CERTIFICATE OF SERVICE
## CASE NO. CV 85-4544-DMG (AGRx)

I certify that on January 4, 2022, I served a copy of the foregoing pleading on all counsel of record by means of the District Court's CM/ECF electronic filing system.

                    /s/ Peter Schey
                    PETER SCHEY