# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY L FLORES <br><br> Plaintiff(s), <br><br> v. <br><br> EDWIN MEESE <br><br> Defendant(s). | CASE NUMBER: <br><br> 2:85–cv–04544–DMG–AGR <br><br><br> **NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS** |

**PLEASE TAKE NOTICE:**

The following problem(s) have been found with your electronically filed document:

Date Filed:  __1/4/2022__

Document Number(s):  __1211__

Title of Document(s):  __Plaintiffs' Unopposed Motion to Approve Settlement__

**ERROR(S) WITH DOCUMENT:**

Hearing information is missing, incorrect, or not timely.

Incorrect event selected. Correct event to be used is: Applications/Ex Parte Applications/Motions/Petitions/Requests > Settlement. The filer used the event, Responses/ Replies/Other Motion Related Documents > Motion Related Document, for docketing this filing. On 12/10/2021, the Court directed plaintiffs to file a motion for final approval of settlement by 12/31/2021 for hearing on 1/7/2022 at 10:00 AM. Lacking statement re conference of counsel, pursuant to Local Rule 7–3. Proposed order not submitted pursuant to Local Rule 52–4.1

Other:

**Note:** In response to this notice, the Court may: 1) order an amended or corrected document to be filed; 2) order the document stricken; or 3) take other action as the Court deems appropriate. You need not take any action in response to this notice unless and until the Court directs you to do so.

Clerk, U.S. District Court

Dated: January 5, 2022         By:  /s/ *Grace Kami  grace_kami@cacd.uscourts.gov*
                                        Deputy Clerk

*cc: Assigned District Judge and/or Magistrate Judge*

**Please refer to the Court's website at www.cacd.uscourts.gov for Local Rules, General Orders, and applicable forms.**

G–112A(05/19) NOTICE TO FILER OF DEFICIENCIES IN ELECTRONICALLY FILED DOCUMENTS