UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES - GENERAL

| | |
|---|---|
| Case No. **CV 85-4544-DMG (AGRx)** | Date January 7, 2022 |
| Title ***Jenny L. Flores, et al. v. Merrick Garland, et al.*** | |

Present: The Honorable   **DOLLY M. GEE, UNITED STATES DISTRICT JUDGE**

| Kane Tien | Myra Ponce |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| Peter Schey - VTC | Eric C Steinhart, USDOJ - VTC |
| | Fizza Batool, USDOJ - VTC |

**Proceedings:   FINAL APPROVAL OF THE PROPOSED SETTLEMENT HEARING**

**PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES AND COSTS [708] [710]**

The cause is called and counsel state their appearance. The hearing is held via videoconference.

The Court and counsel confer. The Court GRANTS the motion for approval of the proposed settlement for reasons stated on the record. Plaintiffs' motion for award of attorneys' fees and costs [Doc. ## 708, 710] is DENIED as moot. A written order will issue.

:06