1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES; *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>MERRICK GARLAND, Attorney General, *et al.*,<br><br>    Defendants. | Case No. CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING SETTLEMENT AGREEMENT AND DENYING WITH PREJUDICE AS MOOT PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS [708, 710, 1211]** |

THIS CAUSE comes before the Court upon Plaintiffs' Unopposed Motion to Approve Settlement [Doc. # 1211].

WHEREAS, the Parties engaged in non-collusive, arms'-length negotiations to resolve Plaintiffs' Motion for Attorneys' Fees ("Fee Motion") [Doc. ## 708, 710], and have now reached a settlement ("Fee Settlement Agreement") [Doc. # 1183-1];

WHEREAS, the Fee Settlement Agreement is the entire agreement between Defendants and Plaintiffs regarding the resolution of the Fee Motion [Doc. ## 708, 710];

WHEREAS, the Fee Settlement Agreement requires Defendants to pay Plaintiffs $1,150,000.00 in settlement of Plaintiffs' claims and any potential claims for attorneys' fees, litigation costs, and related expenses pursuant to the Fee Motion;

WHEREAS, Plaintiffs' Fee Motion provides ample support for an award of $1,150,000.00;

WHEREAS, there is no evidence of collusion between the Parties regarding fees, or of Plaintiffs putting their interests in obtaining fees ahead of the interests of the Class;

WHEREAS, the notice of the proposed settlement provided to the Class satisfied the requirements of Federal Rule of Civil Procedure 23(e)(1) and due process [Doc. # 1186];

WHEREAS, Plaintiffs have received no objections from Class Members or their family members concerning the proposed settlement;

The Court hereby ORDERS that the Fee Settlement Agreement is APPROVED. The Fee Settlement Agreement is a compromise reached by the Parties as a result of arms'-length negotiations. The Fee Settlement Agreement does not prejudice the Class and was not the result of collusion between the Parties. The Class has received notice of Plaintiffs' Fee Motion that complied with the requirements of Federal Rule of Civil Procedure 23(e)(1), and no Class Member

has objected to the Fee Motion.  The Court therefore finds the settlement to be fair, adequate, and reasonable.  The Court further ORDERS that Plaintiffs' Fee Motion [Doc. ## 708, 710], is DENIED WITH PREJUDICE as moot pursuant to the Stipulation of the Parties.

**IT IS SO ORDERED.**

DATED:  January 7, 2022

                                                      _____
                                                     DOLLY M. GEE
                                                     UNITED STATES DISTRICT JUDGE