ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | CASE NO. CV 85-4544 DMG (AGRx) |
| Plaintiffs, | **REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |
| v. | |
| MERRICK GARLAND, Attorney General of the United States, *et al.*, | |
| Defendants. | |

The Special Master/Independent Monitor ("Monitor") submits this Request for Extension for an additional three (3) month term to April 15, 2022. The terms of the Court's Order appointing the Monitor ("Appointment Order") [Doc. # 494] originally contemplated a three (3) year term, which was completed on October 16, 2021.

According to the terms of the Appointment Order, the Monitor has requested, and the Court has granted, six extensions of her term [Docs. ## 698, 769, 1005, 1071, 1096, 1147] and, pursuant to the July Order [Doc. #1147], extended the date to January 15, 2022. In that Order, the Court concluded, based upon the June Interim Report by the Monitor and Dr. Paul H. Wise, Special Expert ("Special Expert"), that the concerns with case management and care for unaccompanied minors were "particularly serious given the ongoing pandemic."

The ongoing pandemic and influx of minors demonstrate the need for adequate case management and care for the minors remains particularly serious and critical. For example, based on the snapshot census data provided monthly by Defendants, the total number of minors detained at Office of Refugee Resettlement ("ORR") facilities on a given day fell approximately 16% between July and December 2021. However, as of December 13, 2021, there were 12,913 minors remaining in ORR custody. Fortunately, the number of minors in Emergency Intake Sites decreased from 5,866 (on July 12, 2021) to 3,449 (on December 13, 2021)— a 41% change.

As reported by the Juvenile Coordinators, the Monitor, and Special Expert at the *Flores* hearings during the past six months, there has been significant progress in both case management and care for the minors. The Monitor and Special Expert are hopeful that the ongoing challenges will be addressed effectively in the future negotiations among the parties.

The Monitor therefore requests an additional three (3) months to accomplish the goals of the proposed negotiations and mediations and to provide the Court

with a report which will detail further recommendations regarding case management and care for unaccompanied minors. The Monitor and Special Expert will continue the enhanced monitoring in coordination with the Juvenile Coordinators as contemplated by the Court's Orders. As noted in the Court's Order of June 29, 2021 [Doc. # 1143], regular targeted reporting by the three Juvenile Coordinators, the Monitor, and the Special Expert remains critical to facilitating compliance and timely troubleshooting.

The Monitor and Special Expert have conferred with the Plaintiffs and Defendants about the proposed extension. Both the Plaintiffs and Defendants have agreed to file any responses to this request with the Court on January 14, 2022.

## CONCLUSION

The term of the Monitor should be extended by a three (3) month period to April 15, 2022. Pursuant to the Court's Appointment Orders [Docs. ## 494, 1147], the Monitor and Special Expert, and aides of comparable skill and experience should be compensated at the hourly rate of $300.00. The services of additional Monitor's aides should be billed at a rate of $125.00.

The Monitor anticipates averaging approximately 60 hours per month for the work of the Special Expert and the Monitor together, with an additional approximate 55 hours per month for the services of the Monitor's aides, with a cap of $75,000.00 for the three (3) month period, exclusive of travel time and expenses, which are expected to be necessary during this period. The Monitor and Special Expert will make requests for any such travel.

DATED:   January 11, 2022            Respectfully submitted,

Andrea Sheridan Ordin

By   s/ Andrea Sheridan Ordin
Andrea Sheridan Ordin

*Special Master / Independent Monitor*

**CERTIFICATE OF SERVICE**

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on January 11, 2022, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on January 11, 2022 at Los Angeles, California.

_____
Jeff Thomson