# Exhibit B

## Declaration of Leecia Welch in Support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs

I, Leecia Welch, declare as follows:

1.  I am an attorney, duly licensed to practice law in the states of California, Washington, and Illinois.  I am currently a Lead Counsel at Children's Rights.  At the time of the litigation at issue in this Motion for Award of Attorneys' Fees and Costs, I was the Senior Director of Child Welfare and Legal Advocacy at the National Center for Youth Law (NCYL).  I submit this declaration in support of Plaintiffs' Motion for Award of Attorneys' Fees and Costs.  The facts set forth in this declaration are based upon my personal knowledge, and if called to do so, I would competently testify under oath regarding the same.

**<u>Qualifications of NCYL Attorneys</u>**

2.  NCYL is a privately-funded, non-profit organization founded in 1970 to advocate for low-income children and adolescents.  NCYL regularly represents plaintiffs in complex class action lawsuits designed to protect the rights of youth and improve child-serving systems.  NCYL attorneys have significant experience in cases involving child welfare, juvenile justice, adolescent health, immigration, and children's mental health needs.  They are among the most experienced, knowledgeable, and respected children's lawyers in the country.

3.  One of NCYL's primary substantive areas of expertise is advocating for children in child welfare systems.  NCYL has worked to reform child-serving systems through litigation in various states, including California, Washington, Missouri, Kansas, and Utah.  For example, in *David C. v. Leavitt*, No. 93-C-206W (D. Utah), NCYL successfully represented a class of foster children and children reported to be abused or neglected.  The *David C.* lawsuit resulted in significant improvements to Utah's child welfare system.  NCYL attorneys have also spearheaded reform of child welfare systems in Arkansas (*Angela R. v. Clinton*,

91-cv-415 (E.D. Ark.)) and Maryland (*L.J. v. Massinga*, No. 84-cv-4409 (D. Md.)).

4.   NCYL attorneys have extensive experience at the intersection of child welfare and immigration.  NCYL was one of the original organizations to file the *Flores* case and has devoted tens of thousands of hours to the case since it was filed in 1985.  I have personally been involved in litigating on behalf of detained immigrant children in *Flores* and other related litigation for the past four years. This work has included numerous site visits to interview *Flores* class members as well as litigating motions to enforce the Settlement Agreement when necessary.  In addition to its work on *Flores*, NCYL represents five classes of detained immigrant children in the federal custody of the Office of Refugee Resettlement in *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.) and a putative class of immigrant children whose release from government custody has been delayed due to unlawful fingerprinting policies and practices in *Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.).  The team at NCYL who worked on *Flores* during the relevant time period for this Motion for Award of Attorneys' Fees and Costs includes: Neha Desai, Poonam Juneja, Freya Pitts, Crystal Adams, Melissa Adamson, Diane de Gramont, Kira Setren, and me.  Attached hereto as Exhibit A to my declaration are true and correct copies of our resumés.

5.   I was an attorney at the National Center for Youth Law from 2004 until September 13, 2021.  I have dedicated my career to representing children and youth in cases focused on enforcing their statutory and constitutional rights.  I have been lead or co-counsel in multiple federal court class action lawsuits and other individual cases on behalf of children in need.

6.   I attended Loyola University Chicago School of Law, where I was selected to be in the first cohort of fellows of the newly founded Civitas ChildLaw Fellowship program.  The Civitas ChildLaw Program was the first law school

program in the country to integrate a traditional J.D. curriculum with a specialized three-year course of study in children's law.  The fellowship program included a scholarship, internship funding and support, extensive coursework focusing on children's law, a children's law clinic, a specialized children's law trial practice course, and a journal and policy institute.  I graduated *magna cum laude* in 1996 and was admitted to practice in the State of Washington later that year.

7.  I began my career as a litigation associate at the Seattle office of Perkins Coie and the San Francisco office of Morrison & Foerster.  While at Morrison & Foerster, I worked on a variety of litigation matters, but I spent the vast majority of my time litigating a class action lawsuit on behalf of California school children entitled *Williams v. State of California*.

8.  Morrison & Foerster partnered with the ACLU of Southern California and numerous other non-profit organizations to bring *Williams v. State of California* because thousands of school children were being denied the essential ingredients of an adequate public education: instructional materials, qualified teachers, and safe facilities.  For more than three years, I worked closely with the *Williams* class representatives, managed the day-to-day operations of a team of more than thirty attorneys, oversaw all filings and discovery matters, and spent hundreds of hours taking depositions of high-ranking state officials and defendants' experts and defending depositions of our young clients.  This high-profile case concluded in 2004 with a landmark settlement agreement that resulted in the state allocating $138 million in additional funding for standards-aligned instructional materials, $50 million for enhanced oversight of low performing schools, and $800 million for critical repairs to school facilities.  The *Williams* team at Morrison & Foerster received numerous awards for our work on behalf of California students, and the case was discussed at length in a book by Peter Schrag entitled <u>Final Test: The Battle for Adequacy in America's Schools</u> (2003).

9.  Throughout my time at Perkins Coie and Morrison & Foerster, I represented numerous individual youth and families in a range of pro bono matters.  This work included representing youth charged with first degree murder, foster children and their representatives in child welfare matters, children in school discipline matters, and low-income families in guardianship cases.

10. At the conclusion of the *Williams* case, I was fortunate to receive an offer to work at NCYL – where I worked for nearly seventeen years.  NCYL and my current employer, Children's Rights, are two of only a handful of non-profits across the country whose attorneys specialize in representing youth in government custody in class action cases and impact litigation.  Some of the cases I worked on while at NCYL include:

> a.  *David C. v. Leavitt*, No. 93-C-206W (D. Utah): I was lead counsel representing a statewide class of children in foster care in Utah from 2004 until 2007, when the case successfully concluded.  I led the negotiation and implementation of a settlement that resulted in substantial improvements to Utah's foster care system, including tripling the amount of funding allocated to foster care and improving key outcomes for youth in care.
>
> b.  *T.R. v. Quigley*, No. 2:09-cv-01677 (W.D. Wash.): I was co-lead counsel representing a statewide class of low-income children in need of intensive mental health services in the state of Washington.  The district court referred to our settlement in the *T.R.* case as a "resounding success" and "nothing less than a landmark reform." Verbatim Report of Proceedings at 25, *T.R. v. Quigley*, No. C09-1677TSZ (W.D. Wash. Dec. 19, 2013).  The Settlement Agreement resulted in the funding and development of community-based

4

intensive mental health services, called Wraparound with Intensive Services, to Medicaid-eligible children in Washington statewide.

c. *Henry A. v. Willden*, No. 2:10-cv-00528 (D. Nev.): I was co-counsel in a lawsuit on behalf of seven foster youth who were subjected to physical and mental harm while in foster care in Clark County, Nevada.  The lawsuit resulted in a $2 million settlement.

d. *M.B. v. Corsi*, No. 17-4102 (W.D. Mo.): I am class counsel in a groundbreaking class action addressing the state of Missouri's failure to properly oversee the prescription and administration of psychotropic medications to foster children.  In December 2019 the court approved our settlement agreement, which requires significant improvements and changes to Missouri's foster care system.

e. *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.) (described above).

f. *Duchitanga v. Hayes*, No. 18-cv-10332-PAC (S.D.N.Y.) (described above).

g. *M.B. and S.E. v. Kelly*, No. 18-cv-2617-JWL-GEB (D. Kan.): I am class counsel in a class action lawsuit against the state of Kansas regarding its foster care system's failure to maintain an appropriate array of foster care placements.  The settlement reached in the case will end placement practices that render children essentially homeless and will ensure access to vital mental health care services.

h. *D.S. v. Washington State Department of Children, Youth, and Families (DCYF)*, No. 2:21-cv-000113 (W.D. Wash.): I am class counsel in a class action lawsuit against the state of Washington regarding its foster care system's failure to provide children with

disabilities appropriate family reunification services and suitable placements.

11. Although I spend most of my time on litigation matters, I also regularly engage in policy work and train lawyers on issues related to enforcing the statutory and constitutional rights of youth in government custody.  I have also taught law school courses at U.C. Berkeley School of Law on reforming child-serving systems through impact litigation.  My work has been recognized by the American Bar Association, the California State Bar, the Impact Fund, and in 2021 I was awarded the Janet Reno Endowment Women's Leadership Award.

12. Neha Desai is a Senior Attorney and the Senior Director of Immigration at NCYL.  She is a 2006 graduate of U.C. Berkeley School of Law.  For the past fifteen years, she has been working with and on behalf of children, including immigrant children in federal custody, as well as youth in the child welfare and juvenile justice systems.  At NCYL, Ms. Desai currently works on *Flores*, *Lucas R.*, and *Duchitanga* and previously worked on *T.R.*  She began her legal career as a Zubrow Fellow and then a staff attorney at the Juvenile Law Center where she represented children in dependency proceedings, drafted amicus briefs to federal courts, and served as a member of the legal team litigating the infamous "Kids for Cash" scandal.  Ms. Desai has also represented individual children in federal immigration custody, including victims of child trafficking and child asylum seekers, in their petitions for individual relief.  Additionally, Ms. Desai has worked on immigration legislation including the federal Trafficking Victims Protection Reauthorization Act of 2008 and California's Trafficking Victims Protection Act of 2005.

13. Poonam Juneja is a Directing Attorney with NCYL who graduated from Yale Law School in 2009.  Since that time, Ms. Juneja has primarily engaged in class action impact litigation protecting the rights of children in government

custody, including in juvenile justice, child welfare, and immigration settings. Cases at NCYL that Ms. Juneja has worked on or currently works on include *D.S. v. Washington State DCYF*, *M.B. v. Corsi*, *M.B. and S.E. v. Kelly*, *Flores*, and *Lucas R.*  Ms. Juneja previously worked at Public Counsel and the Southern Poverty Law Center, where she found to end unconstitutional and abusive conditions of confinement in juvenile detention centers and punitive, unlawful school discipline practices.  While at those firms, she served as co-counsel on a number of federal class action cases addressing the constitutional rights of young people, including *E.W. v. Lauderdale County, Mississippi*, No. 09-137 TSL (S.D. Miss.), and *A.M. v. Jackson Public Schools Board of Trustees*, No. 11-344 TSL (S.D. Miss.).  Ms. Juneja clerked for the Honorable Marsha S. Berzon of the Ninth Circuit Court of Appeals and the Honorable Claudia Wilken of the United States District Court for the Northern District of California.

14. Freya Pitts is a Senior Attorney with NCYL, where she focuses on class action litigation.  She graduated from Yale Law School in 2013.  Cases at NCYL that Ms. Pitts has worked on or is currently working on include *D.S. v. Washington State DCYF*, *M.B. v. Corsi*, *M.B. & S.E. v. Kelly*, *Flores*, and *Lucas R.*  Ms. Pitts previously worked at Disability Rights Advocates, first as an Arthur Liman Public Interest Fellow, and then as a staff attorney.  In these roles she worked to advance the rights of children and youth with disabilities through impact litigation.  For example, as a member of the legal teams working on *G.F. v. Contra Costa County*, No. 14-cv-03667-MEJ (N.D. Cal.), and *T.G. v. Kern County*, 18-cv-00257-DAD (E.D. Cal.), she advocated for the rights of young people with disabilities detained in California juvenile halls, including by seeking to enforce their rights under the Americans with Disabilities Act (ADA) and the Individuals with Disabilities Education Act (IDEA).  Before working at Disability Rights Advocates, Ms. Pitts clerked for the Honorable Judith W. Rogers of the United States Court of Appeals

for the District of Columbia Circuit and the Honorable Jon S. Tigar of the United States District Court for the Northern District of California.

15. Crystal Adams is a Staff Attorney at NCYL who focuses on impact litigation on behalf of vulnerable children. Ms. Adams graduated from the University of California Irvine School of Law in 2015. In addition to *Flores*, Ms. Adams works on *Lucas R.*; *Council of Parent Attorneys and Advocates, Inc. v. DeVos*, No. 18-1636 (D.D.C.), a systemic case against the United States Government challenging the delay of federal regulations designed to help states and local school districts identify significant racial disparities in the identification, placement, and discipline of students with disabilities; and *J.N. v. Oregon*, No. 19-96 (D. Or.), a statewide class action on behalf of children with disabilities challenging the state's failure to provide a free appropriate public education and an education free from discrimination. Prior to joining NCYL, Ms. Adams worked as a trial attorney for the U.S. Department of Housing and Urban Development, where she pursued injunctions and damages under the Fair Housing Act for victims of discriminatory conduct.

16. Melissa Adamson is an Attorney at NCYL who focuses on impact litigation and policy advocacy on behalf of immigrant children. Ms. Adamson graduated from U.C. Berkeley School of Law in 2017. Ms. Adamson currently works on the *Flores*, *Lucas R.*, and *Duchitanga* cases. Ms. Adamson has also worked on impact litigation on behalf of youth in foster care whose constitutional privacy interests were being violated. Additionally, she has directly represented youth in delinquency proceedings, guardianship petitions, and expulsion hearings at the East Bay Community Law Center in Berkeley, California and Legal Services for Children in San Francisco, California.

17. Diane de Gramont is an Attorney at NCYL who focuses on impact litigation on behalf of immigrant children. Ms. de Gramont graduated from Yale Law

School in 2017 and first joined NCYL as an Arthur Liman Public Interest Fellow. Ms. de Gramont has worked on *Flores* and *Lucas R.* as well as other impact litigation cases related to the rights of children with disabilities. Prior to joining NCYL, Ms. de Gramont clerked for the Honorable Stephen A. Higginson of the United States Court of Appeals for the Fifth Circuit and the Honorable Sarah S. Vance of the United States District Court for the Eastern District of Louisiana.

18. Kira Setren was a paralegal at NCYL during the subject litigation and is now a law student at U.C. Berkeley School of Law. Her work at NCYL focused on impact litigation on behalf of vulnerable children, including immigrant children in federal custody, as well as youth in the child welfare and juvenile justice systems. Prior to joining NCYL, Ms. Setren worked as a Litigation Paralegal at Clearly Gottlieb Steen & Hamilton LLP, where her work centered primarily on class action suits and pro bono advocacy focused on immigrants' rights, human trafficking, and the unlawful use of sealed records. Ms. Setren has also worked with various nonprofits, government agencies, and volunteer organizations to provide aid and direct service to underserved communities.

**NCYL's Role in the Motion to Enforce and Opposition to the Government's Motion to Terminate the Settlement Resulting in the district court's September 27 Order and Subsequent Appeal**

19. As noted above, NCYL attorneys have worked on Flores since it was filed in 1985. NCYL has dedicated significant resources to the case over the past four years, and, in particular, has devoted over 825 hours to Plaintiffs' Motion to Enforce, Plaintiffs' opposition to the Government's Motion to Terminate the Settlement, and appeals of the Court's September 27, 2019 Order ("Flores Regulations Litigation"). NCYL's work has included gathering evidence in support of the motion; conducting extensive legal research on the underlying legal issues; drafting sections of the district court and appellate briefs; preparing for

argument on the motions; and defending the September 27 Order on appeal. NCYL's work on the Flores Regulations Litigation was informed by its attorneys' substantial experience in complex class action litigation at the intersection of child welfare and immigration.

**NCYL Attorneys' Lodestar on Work Related to the Motion to Enforce and Opposition to the Government's Motion to Terminate the Settlement and Appeal of the September 27 Order**

20. NCYL expended substantial resources related to the Flores Regulations Litigation and has incurred $1,103.16 in costs and expenses. A true and correct itemization of our costs and expenses is attached as Exhibit B to my declaration. NCYL has advanced these costs out of its own funds and will not seek reimbursement of theses costs from the clients.

21. From September 2018 to January 2021, NCYL attorneys expended more than 825 compensable hours on work related to the Flores Regulations Litigation. A true and correct itemization of our billable time is attached as Exhibit C to my declaration. I have personally reviewed these time entries to ensure accuracy, validity, and compensability under the law. As part of a rigorous exercise to ensure billing judgment, NCYL has waived any time that seemed redundant, inefficient, or not reasonably connected to the issues upon which Plaintiffs were the prevailing party, amounting to more than 46 hours in deductions. Additionally, NCYL has waived nearly 15 compensable hours of work from one legal fellow who also contributed to this litigation effort. Finally, NCYL has reduced the total request for attorneys' fees by 10% of billable hours across all NCYL team members to account for any duplication or inefficiencies such that NCYL seeks attorney's fees for a total of 743.3 hours worked. The services for which fees have been charged are reasonable and were actually and necessarily performed.

22. It is NCYL's policy that its attorneys, paralegals, and other staff must maintain contemporaneous and specific attorney fee logs, billed to the one-tenth of an hour, to keep track of their time, and NCYL trains its staff to do so.  Our fee logs are recorded contemporaneously in a computerized tracking system that utilizes Excel spreadsheets or timekeeping software which can export records into Excel spreadsheets.

23. NCYL attorneys bill for their time based on their respective levels of experience.  NCYL has calculated its lodestar based on the established EAJA rates, with the exception of my work for which we are seeking a specialist rate based on my specialized expertise, as discussed above and in declarations submitted by John F. O'Toole and Richard Pearl.  This specialist rate is lower than the prevailing market billing rates in the Bay Area where I practice law.

24. A specialist rate is justified given my particularized expertise at the intersection of complex child welfare litigation and the rights of immigrant children in government custody. Specifically, Plaintiffs' litigation in this matter was informed by my expertise on the rights of immigrant children under the *Flores* Settlement and other federal laws, my knowledge of children's experiences and vulnerabilities in federal immigration custody, my understanding of child welfare licensing standards and regulations, and my experience enforcing consent decrees with state and federal agencies, including the standard for modifying or terminating a consent decree. I believe this expertise was instrumental to Plaintiffs' success in the Flores Regulations Litigation.

25. To my knowledge, few attorneys in the country have comparable expertise. Moreover, my requested rate is comparable to the rates that other civil rights attorneys have received in this case and that I have received for litigating other civil rights cases on behalf of youth.

26. As has been NCYL's practice for fifty years, Plaintiffs' counsel will not be seeking payment of attorneys' fees or costs from any individual Plaintiffs. NCYL undertook this work without any payment from the clients and with the knowledge that it might not recover its attorneys' fees or out-of-pocket expenditures.

27. The total hours devoted to prosecuting this action, including NCYL attorneys[1] as well as co-counsel and a paralegal, adjusted for billing judgment, amounts to 1,391.8 hours. A summary of Plaintiffs' total billing on this matter is attached as Exhibit D. These hours multiplied by this Court's inflation-adjusted base rates yield a lodestar fee request of $281,401.12. Plaintiffs further request an additional $2,196.00 in paralegal fees for 21.96 hours of work at a rate of $100 per hour and $1,103.16 in costs. Plaintiffs' total fee request for attorney and paralegal time, using enhanced fee rates for senior counsel, inflation-adjusted base rates for all other attorneys and the market rate for one paralegal, as well as the litigation costs incurred, amounts to $480,749.46. NCYL's share of Plaintiffs' total fee request amounts to $167,845.25.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on this 11th day of January, 2022 at San Francisco, California.

Leecia Welch

---

[1] After a 10% reduction to account for any duplication or inefficiencies.

# Exhibit A

# Leecia Welch

lwelch@childrensrights.org  - (415) 602-5202

___

**Professional Experience**

**Children's Rights**
New York, NY (based in San Francisco, CA)
*Lead Counsel*
September 2021-present

- Specialization in complex litigation and civil rights class action cases focused on holding federal and state governments accountable for the health, safety, and well-being of children in their custody.
- Co-counsel on class action cases in Missouri, Kansas, and Washington focused on protecting the constitutional rights of children in state and federal foster care, improving state and federal child welfare systems, increasing access to children's mental health services, ensuring that states are meeting the needs of children in foster care with disabilities, and advancing children's right to family integrity.
- Co-counsel on *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal.), representing a nationwide class of detained immigrant children to enforce their rights to appropriate treatment while in custody and prompt release to family.
- Policy and training expertise in child-serving system reform, foster youth education issues, and sibling rights.

**National Center for Youth Law**
Oakland, CA
*Senior Director, Legal Advocacy and Child Welfare*
August 2016-September 2021
*Senior Attorney*,
November 2004-August 2016

- Lead counsel or co-counsel in complex litigation and civil rights class action cases focused on holding federal and state governments accountable for the health, safety, educational needs, and well-being of children in their custody.
- Key cases included:
  - *David C. v. Leavitt*, No. 93-C-206W (D. Utah), a federal statewide class action resulting in significant improvements to Utah's foster care system.
  - *T.R. v. Quigley*, 2:09-cv-01677 (W.D. Wash.), a federal

statewide class action to improve access to community-based children's mental health services for Medicaid-eligible children in Washington

- o *Henry A. v. Willden*, No. 2:10-cv-00528 (D. Nev.): federal lawsuit on behalf of seven foster youth who were subjected to physical and mental harm while in foster care in Clark County, Nevada resulting in a $2 million settlement.

- o *Lucas R. v. Azar*, No. 18-cv-5741-DMG-PLA (C.D. Cal.): nationwide class of detained immigrant children, including a subclass of children who have been medicated without appropriate procedural safeguards and a subclass of children with behavioral, mental health, intellectual, and/or developmental disabilities whom the government places in more restrictive settings solely by reason of their disabilities.

- o *Flores v. Barr*, No. 85-cv-04544 (C.D. Cal.): nationwide class of detained immigrant children focused on prompt reunification with families and ensuring basic health, safety and well-being of children detained children.

- o *M.B. v. Corsi*, No. 2:17-cv-04102-NKL (D. Mo.): class of foster youth in Missouri who were at risk of unsafe administration and over-prescription of psychotropic drugs resulting in a settlement agreement that created a comprehensive system to oversee and monitor the prescription of psychotropic drugs to youth in foster care.

- o *Emma C. v. Thurmond*, No. 3:96-cv-04179-VC (N.D. Cal.): representing a class of children with disabilities entitled to special education services to ensure implementation of a settlement agreement that implicates oversight and monitoring of school districts across the state of California for compliance with the Individuals with Disabilities Education Act (IDEA).

- o Several cases in California state court advancing the rights of children in foster care to reproductive health care services, housing, and equal access to educational opportunities.

- Managed several foster youth education projects, including a partnership with East Bay Children's Law Office to train law students to serve as educational rights holder for youth in foster care.

**Morrison & Foerster LLP**
San Francisco, CA
*Senior Associate,* Litigation Department
September 2000- November 2004

- Provided full range of litigation services on complex litigation disputes, including acting as senior associate on *Williams v. California*, a class action case aimed at reforming the State of California's public school system.
- Conducted and defended depositions of expert and lay witnesses; argued various motions; and prepared numerous briefs, including 400-page California education system liability disclosure statement.
- Participated on trial team of a habeas corpus case, including drafting portions of trial brief and post-trial brief and cross-examining witnesses in federal court.

**Perkins Coie LLP**
Seattle, WA
*Associate*, Litigation Department
October 1996-October 1997, January 1999-June 2000

- Provided full range of litigation services on class action lawsuits, cases involving complex contract and technology disputes and intellectual property matters.
- Conducted and defended depositions of expert and lay witnesses and worked extensively with experts focusing on technology and intellectual property issues.
- Focused extensive pro bono efforts on representation of juveniles in criminal cases, grandparents in custody cases, parents in adoptions, and guardians *ad litem* in suits on behalf of children.

**CIVITAS Initiative**                                    Chicago, IL
*Children's Law Fellow*
November 1997- November 1998

- Responsible for the development and implementation of all programs and initiatives related to children's legal issues.
- Represented children and families in a variety of legal matters.

Participated in the development of materials, curriculum and training for professionals and caregivers interfacing with the court system.

| | | |
|---|---|---|
| **Education** | **Loyola University Chicago School of Law** | Chicago, IL |

J.D. awarded May 1996, *Magna Cum Laude*
Cumulative GPA: 3.79/4.00     Class Rank: 4 out of 184

<u>Academic Honors and Activities</u>
Eve Jacobs CIVITAS ChildLaw Fellowship Recipient
Editor, Loyola University Chicago Law Journal and Children's Legal Rights Journal
Williams Fellow Research Assistant and Children's Law Legal Writing Teaching Assistant

**Northwestern University**

B.A with Distinction and Honors in English, June 1992
Evanston, IL
Cumulative GPA: 3.78/4.00; Phi Beta Kappa

**Professional Activities and Honors**

- 2005 California State Bar President's Pro Bono Services Award (*Williams v. State of California* team), 2007 Recipient of the American Bar Association Young Lawyers Division Child Advocacy Award, 2014 Impact Fund Award (*T.R. v. Quigley* team), 2021 Janet Reno Endowment Women's Leadership Award

- Adjunct Professor at University of California, Berkeley School of Law.  Courses include Child Welfare Reform Litigation and Litigating Children's Rights.

# Neha Desai, Esq.
ndesai@youthlaw.org

___

Education:

**University of California, Berkeley School of Law,** Juris Doctorate, 2006
>Selected Activities: Berkeley Journal of Gender, Law & Justice: *Article Screener & Symposium Speakers Chair*; Center for Social Justice: *Student Advisory Board*; Coalition for Diversity: *Outreach Chair*; South Asian Law Students Association; Student Liaison for Faculty Hiring Committee
>International Human Rights Clinic; California Asylum Representation Clinic; Domestic Violence Clinic

**University of Chicago**, Bachelor of Arts, 2002
>History with Departmental and General Honors; Dean's List every quarter

Work Experience:

**National Center for Youth Law**                                    *Winter 2014 – Present*
*Director, Immigration*
>Lead National Center for Youth Law's work on behalf of immigrant children, including litigation, policy and stakeholder education efforts.

**County of Santa Clara**                                            *Fall 2012 – Winter 2014*
*Policy Advisor, Dually Involved Youth Initiative*
>Led Macarthur Foundation funded reform initiative designed to improve outcomes for youth involved in the juvenile justice and child welfare systems.  Worked with juvenile court judges, agency directors and other key leaders to develop new policies and procedures.

**Center for Gender and Refugee Studies**                            *Fall 2011- Fall 2012*
*Attorney*
>Provided technical assistance on intakes regarding refugee children.  Drafted legal resources on complex arena of asylum law.  Contributed to various litigation and policy efforts on behalf of refugee youth.

**Casa Cornelia Law Center**                                         *Summer 2010- Fall 2010*
*Attorney*
>Represented detained unaccompanied minors in immigration proceedings and asylum hearings. Interviewed children, counseled children on their options, prepared applications for immigration relief.

**Juvenile Law Center**                                              *Fall 2006- Summer 2010*
*Zubrow Fellow/ Staff Attorney*
>Represented children in abuse & neglect proceedings.  Drafted *amicus* briefs to the U.S. Supreme Court & lower federal courts.  Worked on federal and state policy reform initiatives.  Conducted trainings on the legal rights of youth in foster care.  Drafted pleadings for federal class action civil rights litigation.

Selected Honors:

- Casa Cornelia Law Center Pro Bono Publico: *"for outstanding contribution to the legal profession"*
- First Judicial District 2010 Pro Bono Roll of Honor, Support Center for Child Advocates
- Boalt Hall Pro Bono Service: *Recognizing graduating students for substantial pro bono service*
- Boalt Hall Fellowship; Dorothy M. Williams Fund: *Funds public interest legal internships*
- Maroon Key Society: *University Honorary society, "serve as advisors to the Dean"*
- Perry Herst Prize: *Awards the combination of "study with social responsibility"*
- Howell Murray: *"One of the College's highest honor" awarded for "outstanding contribution"*
- Human Rights Fellow: *Awarded to students with exemplary commitment to international human rights*

# POONAM JUNEJA

1212 Broadway, #600, Oakland, CA 94612 • pjuneja@youthlaw.org • (510) 899-6576

## EDUCATION

**Yale Law School**, J.D., 2009
*Selected Activities:* Immigration Legal Services Clinic; Advocacy for Children and Youth Clinic; Pro bono research for the Brennan Center for Justice and Human Rights First; Senior editor, *Yale Law and Policy Review*
*Selected Honors:* Florence M. Kelly '37 Family Law Prize for exceptional achievement in family law

**University of Cambridge**, M.Phil in Criminology, 2006
*Thesis:* *Ideas about children in the juvenile justice system: The use of transfer in the United States and the abolition of the presumption of* doli incapax *in England and Wales*

**University of California, Berkeley**, B.A. in Sociology and Legal Studies, 2005
*Thesis:* *Cultural versus structural explanations for delinquency among immigrant groups: An examination of Asian and Pacific Islander youth in Oakland, California* (Advisor: Franklin Zimring)
*Selected Honors:* Highest Distinction in General Scholarship (*summa cum laude*)
Departmental Citation in Legal Studies (awarded to the top graduating student)

## WORK EXPERIENCE

**National Center for Youth Law**, Oakland, CA, *Directing Attorney (previously Senior Attorney)*        2015-present
Work as part of a team to develop and litigate class action and other impact cases on behalf of children in need, with a focus on reforming child welfare systems and protecting children in immigration detention.

**Public Counsel**, Berkeley, CA, *Staff Attorney*        2014-2015
Assisted school districts and community leaders across the state to implement research-based alternatives to punitive school discipline practices. Worked on class action litigation to reform education in the juvenile justice system and end the school-to-prison pipeline. Helped lead state legislative and policy reform efforts around these areas.

**Honorable Marsha S. Berzon**, Ninth Circuit Court of Appeals, *Law Clerk*        2013-2014

**Honorable Claudia Wilken**, Northern District of California, *Law Clerk*        2011-2013

**Southern Poverty Law Center**, Jackson, MS, *Law Fellow*        2009-2011
Designed and implemented legal and policy strategies to reform Mississippi's juvenile justice system and to reduce the criminalization and imprisonment of children. Represented children in federal class action lawsuits challenging conditions of confinement in juvenile facilities and abusive school discipline practices.

**Office of the State Public Defender**, San Francisco, CA, *Legal Intern*        Summer 2008
Researched and drafted memoranda regarding possible state habeas corpus claims related to newly discovered evidence and mitigating factors in a death penalty case.

**United States Attorney's Office,** New Haven, CT, *Legal Extern*        Fall 2007

**Federal Bureau of Investigation**, Washington, DC, *Honors Intern*        Summer 2007

**National Council on Crime and Delinquency**, Oakland, CA,
*Intern, Research Assistant, Research Associate*        2002-2005
Co-authored multiple reports using quantitative research methods to analyze the well-being of minority youth populations in Northern California on a number of dimensions, including education, juvenile justice, and health.

## BAR ADMISSIONS

Admitted to practice in California and Mississippi (inactive).

# FREYA E. K. PITTS

Senior Attorney, Legal Advocacy ▪ National Center for Youth Law
1212 Broadway, Suite 600 ▪ Oakland, CA 94612 ▪ (510) 899-6572 ▪ fpitts@youthlaw.org

## EDUCATION

**YALE LAW SCHOOL,** J.D., 2013
    Khosla Memorial Fund for Human Dignity Prize

**YALE UNIVERSITY,** B.A., 2008
    *summa cum laude*, with Distinction in History and International Studies

## EXPERIENCE

**NATIONAL CENTER FOR YOUTH LAW,** Oakland, California
*Senior Attorney, Legal Advocacy*                       July 2020 – present
*Attorney, Legal Advocacy*                       Aug. 2018 – June 2020
- Develop and litigate impact cases on behalf of marginalized children and youth nationwide, including in cases related to child welfare, mental health, immigration, and education.
- Draft complaints, motions, briefs, and research memoranda; collaborate with clients, co-counsel, and expert witnesses; engage in discovery; pursue alternative dispute resolution; monitor compliance with post-litigation settlement agreements.

**DISABILITY RIGHTS ADVOCATES,** Berkeley, California
*Staff Attorney*                       Sept. 2017 – Aug. 2018
*Arthur Liman Public Interest Fellow*               Sept. 2015 – Sept. 2017
- Developed and litigated impact cases in California and New York, focusing on the needs of youth with disabilities, including young people in juvenile halls, in schools, on college campuses, and in childcare programs.
- As a fellow, represented individual youth in expulsion defense proceedings as a member of the Legal Services for Children Pro Bono Panel.

**HON. JON S. TIGAR,** U.S. District Court for the Northern District of California     Sept. 2014 – Sept. 2015
*Law Clerk*

**HON. JUDITH W. ROGERS,** U.S. Court of Appeals for the D.C. Circuit     Aug. 2013 – Aug. 2014
*Law Clerk*

**LOWENSTEIN INTERNATIONAL HUMAN RIGHTS CLINIC,** Yale Law School     Jan. 2011 – May 2013
*Student Director and Law Student Intern*
- Pursued sentencing reform in Connecticut state legislature for prisoners convicted as minors.
- Developed recommendations for protection and support of survivors of sexual violence testifying in international criminal trials.
- Prepared amicus brief for Bangladesh International Crimes Tribunal discussing crimes against humanity.

**IMMIGRATION LEGAL SERVICES CLINIC,** Yale Law School     Jan. 2012 – May 2013
*Student Director and Law Student Intern*
- Obtained relief for client in removal proceedings advancing domestic violence-based asylum claim.
- Assisted clients with post-asylum immigration matters, including family reunification.

**ADVOCACY FOR CHILDREN AND YOUTH CLINIC,** Yale Law School                    Jan. 2013 – May 2013
*Law Student Intern*
▪   Represented child clients in child protection proceedings in the New Haven Superior Court for Juvenile Matters.

**TAHIRIH JUSTICE CENTER,** Falls Church, Virginia                    May 2012 – Aug. 2012
*Immigration Law Intern*
▪   Provided trauma-informed legal services to women fleeing gender-based harm, including domestic violence, sexual assault, forced marriage, and female genital cutting.
▪   Conducted client and intake interviews; drafted filings in asylum, Violence Against Women Act, T-visa, and U-visa cases; conducted country conditions research; coordinated supporting documentation from expert witnesses; and provided support to pro bono counsel.

**DOUGHTY STREET CHAMBERS & DEATH PENALTY PROJECT,** London, U.K.                    June 2011 – Aug. 2011
*Human Rights Research Fellow*
▪   Researched and wrote litigation memoranda for immigration, extradition, criminal, and prisoners' rights cases in British, foreign, and international courts.

**RENAISSANCE MIDDLE SCHOOL / TEACH FOR AMERICA,** Fairburn, Georgia                    July 2008 – June 2010
*Social Studies Teacher*
▪   Led classroom instruction and extracurricular enrichment for middle school students in a low-income urban community.
▪   Developed original global studies curriculum based on revised state standards.

# PUBLICATIONS

*The Power to Detain: Detention of Terrorism Suspects After 9/11*, 38 YALE J. INT'L L. 123 (2013) (with Oona Hathaway, Samuel Adelsberg, Spencer Amdur, Philip Levitz, and Sirine Shebaya).

*The Chilling Effect of the 'Material Support' Law on Humanitarian Aid: Causes, Consequences, and Proposed Reforms*, 4 HARV. NAT'L SEC. J. 282 (2013) (with Samuel Adelsberg and Sirine Shebaya).

# OTHER SKILLS AND QUALIFICATIONS

*Languages:* Proficient French (written and spoken).

*Bar Memberships:* State of California; U.S. Court of Appeals for the D.C. Circuit; U.S. Court of Appeals for the Ninth Circuit; U.S. District Court for the Northern District of California; U.S. District Court for the Eastern District of California; U.S. District Court for the Central District of California.

CRYSTAL ADAMS

## EXPERIENCE

**National Center for Youth Law,** Washington, D.C.                                    October 2017 – Present
*Attorney, Legal Advocacy Team*

Co-counsel enforcing the *Flores v. Garland* settlement agreement, which provides national standards for the treatment and placement of detained immigrant youth. Contribute to numerous briefings in support of Plaintiffs' motions to enforce. Manage monitoring efforts. Collaborate with national and local stakeholders on litigation strategy and individual advocacy for class members.

Co-counsel in *Lucas R. v. Azar*, a federal class action lawsuit challenging the inappropriate, unnecessarily restrictive detention of immigrant youth without fair process; their unlawful medication without parental or other appropriate authorization; the failure to promptly release them to family members in the United States; and the denial of their access to legal counsel. Conducted all aspects of fact discovery including drafting and responding to discovery requests, conducting and defending depositions of key witnesses, and briefing discovery disputes. Prepared expert reports. Support settlement negotiations. Manage relationships with plaintiffs and next friends.

Co-counsel in *Freeman v. County of Riverside*, a statewide putative class action lawsuit challenging Riverside County's unlawful collection of juvenile administrative fees. Conduct all aspects of discovery. Draft motions.

Co-counsel in *J.N. v. Oregon*, a statewide class action lawsuit on behalf of children with disabilities challenging the state's failure to provide a free appropriate public education and an education free from discrimination. Engage in expert discovery. Support settlement negotiations.

Co-counsel in *Council of Parents Attorneys and Advocates, Inc. v. DeVos*, a federal lawsuit that successfully challenged the U.S. Department of Education's abdication of its obligations to ensure children with disabilities receive the education services they need in the most appropriate setting without regard to their race.

**U.S. Department of Housing and Urban Development,** Washington, D.C.        August 2015 – September 2017
*Trial Attorney, Office of General Counsel, Fair Housing Enforcement Division*

Investigated complaints of discriminatory conduct and sought injunctive and monetary relief for victims.

Drafted policy guidance, regulations, and legal memoranda interpreting the application of the Fair Housing Act on novel civil rights matters.

Trained HUD staff and external stakeholders on fair housing matters.

Reviewed state and local fair housing laws to determine whether those jurisdictions could prosecute federal Fair Housing Act violations. Reviewed departmental clearance documents to ensure they complied with fair housing laws.

**U.S. Department of Education,** Washington, D.C.                              September 2014 – December 2014
*Full-time Legal Extern, Office for Civil Rights, University of California D.C. Law Program*

Drafted legal and policy memoranda and talking points for external stakeholders on policy projects focused on racial discrimination under Title VI of the Civil Rights Act of 1964.

Edited policy guidance. Developed policy and enforcement strategies regarding compliance reviews.

**University of California, Irvine School of Law Immigrant Rights Clinic,** Irvine, CA        Spring 2014, Spring 2015
*Student Attorney*

Litigated *Puente Arizona v. Arpaio*, a federal class action lawsuit on behalf of a grassroots, community-based organization, challenging unconstitutional immigration law enforcement practices in Maricopa County, Arizona.

CRYSTAL ADAMS

**Lawyers' Committee for Civil Rights Under Law,** Washington, D.C.           May 2014 – August 2014
*Legal Intern*

> Prepared testimony and briefing materials for congressional hearings. Met with Hill and White House staffers to advocate for voting rights, immigrants' rights, and criminal justice reform. Attended coalition meetings.

> Drafted white papers for the Director of the Public Policy Project and other senior attorneys on racial justice initiatives such as the school-to-prison pipeline, juvenile justice, and diversity of federal judicial nominations.

**Public Counsel, Impact Litigation Project,** Los Angeles, CA           May 2013 – August 2013
*Law Clerk*

> Conducted legal research and fact investigation for five class action lawsuits, including *Cruz v. California*, an educational equity suit that sought to protect students' access to meaningful learning time under a novel case theory. Drafted declarations for witnesses and prospective plaintiffs and participated in client interviews.

> Composed legal memoranda on rules of civil procedure, confidentiality of settlement negotiations, and exemptions to public records requests.

## EDUCATION

**University of California, Irvine School of Law,** Irvine, CA
*Juris Doctor*, May 2015

> <u>Honors</u>: Pro Bono Honors (200 hours total); Pro Bono Leadership Award; Immigrant Rights Clinic (top grade); Education Law and Policy Course (second highest grade)

> <u>Activities</u>: UC Irvine Law Review, *Staff Editor*; Black Law Students Association, *President*

**Claremont McKenna College,** Claremont, CA
*Bachelor of Arts in Government and Psychology, Leadership Studies Sequence*, May 2012

## COMMUNITY LEADERSHIP

**Single Carrot Theatre,** *Board Member* (Present) – Support Baltimore-based, socially relevant theatre as a form of civic engagement through experiential performances; cross-sector partnerships; and education programs.

**University of California, Irvine School of Law Alumni Association,** *President* (2020) – Led the Association's Board and Council in professional and social initiatives to support the law school community.

## BAR ADMISSIONS

California
U.S. District Court for the Central District of California

# Melissa A. Adamson

1212 Broadway, Suite 600, Oakland, CA 94612 • 510.899.6573 • madamson@youthlaw.org

---

## EDUCATION

**University of California, Berkeley, School of Law**                                                        **Berkeley, CA**
*Juris Doctor,* Order of the Coif                                                                                      **May 2017**

| | |
|---|---|
| Honors: | Best Oral Argument Award 1L Competition, 2015 |
| | Jessup International Law Moot Court Best Individual Oralist Award for Pacific Region, 2016 |
| | Best Oral Advocate, Berkeley Law Moot Court Team, 2016 |
| | Herma Hill Kay Fellow, 2015; University of Michigan Bergstrom Child Welfare Law Fellow, 2016; Justice John Paul Stevens Public Interest Fellow, 2016 |
| Journals: | *California Law Review* (Executive Board, Technology & Communications Editor) |
| Activities: | Foster Education Project (Chair), Moot Court Team, Written & Oral Advocacy Teaching Assistant |

**Tufts University**                                                                                              **Medford, MA**
*Bachelor of Arts with Honors, International Relations and Community Health*                             **May 2011**

---

## RELEVANT EXPERIENCE

**National Center for Youth Law**                                                                           **Oakland, CA**
*Attorney – Immigration & Legal Advocacy Teams*                                                  **Sept. 2018 - Present**
*Berkeley Law Public Interest Fellow*                                                          **Sept. 2017 – Sept. 2018**
- Litigation: Investigate, develop, and assist in litigating class action cases on behalf of unaccompanied immigrant youth (*Flores, Lucas R., Duchitanga*).
- Policy: Research, publish, and present educational materials for judges, state and federal legislators, providers, caregivers, and youth. Provide technical assistance to state and federal legislators on potential legislation and hearings.

**Legal Services for Children**                                                                     **San Francisco, CA**
*Law Clerk – Immigration, Education, & Guardianship Divisions*                                           **Summer 2016**
- Prepared and filed client declarations and court forms in SIJS, DACA, asylum, and guardianship cases.
- Represented clients in school expulsion hearings and negotiated settlements with school districts.

**East Bay Community Law Center**                                                                         **Berkeley, CA**
*Advanced Clinical Student – Education Defense and Justice for Youth Clinic*                          **Spring, Fall 2016**
- Represented clients in school expulsion hearings, Individualized Education Program meetings, Manifestation Determination Review hearings, and juvenile court proceedings.
- Researched, wrote, and filed appellate briefs regarding juvenile restitution and record sealing.

**National Center for Youth Law**                                                                           **Oakland, CA**
*Summer Law Clerk, Fall Extern – Health & Legal Advocacy Teams*                                      **June – Dec. 2015**
- Drafted sections of complaint and petitions for writ of mandate, researched potential claims, and assisted in civil rights litigation related to the reproductive health rights of foster youth in group homes.
- Researched novel issues of youth and health law and wrote legal and policy memoranda.

**Foster Education Project, UC Berkeley School of Law**                                                   **Berkeley, CA**
*Co-Chair, Member*                                                                              **Fall 2014 – Spring 2017**
- Trained first-year law students to be educational rights holders for local foster youth and collaborated with local attorneys to provide trainings on disability and education law.

**Bay Area Legal Aid**                                                    **San Francisco, CA**
*Law Clerk – San Francisco Medical-Legal Partnership*                            **Summer 2014**
- Conducted client intake for pediatric patients in special needs clinics at San Francisco General Hospital.
- Provided assistance for legal issues including education, disability rights, public benefits, and housing.

**St. Louis Society for the Physically Disabled**                              **St. Louis, MO**
*Community Training Specialist*                                      **August 2013 – June 2014**
- Conducted assessments and implemented service plans for children and adults with disabilities.

**SeriousFun Children's Network Global Partnership Program**                        **Botswana**
*Field Consultant – Camp Hope Botswana*                                    **Summer 2013**
- Trained local leadership team to direct the first year of Camp Hope, a camp for children with HIV.

**The Painted Turtle**                                                    **Santa Monica, CA**
*Hospital Outreach Program Manager*                                  **August 2011 – May 2013**
- The Hospital Outreach Program brings therapeutic activities to children in pediatric hospitals.
- Independently expanded program by 80% to serve seven new hospitals and dialysis centers.
- Hired, trained, and supervised over 200 volunteers and five interns.

## SELECTED PUBLICATIONS & PRESENTATIONS

Neha Desai, **Melissa Adamson**, Elizabeth Pirrotta, Dr. Ewen Wang, *Child Welfare & Unaccompanied Children in Federal Immigration Custody: A Data and Research Based Guide for Federal Policy Makers*, Dec. 2019, https://bit.ly/3cawXTz.

**Melissa Adamson**, Rachel Prandini, *Strengthening Child Welfare Practice for Immigrant Children & Families*, Aug. 2019, https://bit.ly/3jaOBeJ. Presented at Beyond the Bench Conference (Dec. 2019).

**Melissa Adamson**, Neha Desai, Stephen Kang, Rebecca Wolozin, *Systemic Reform Efforts on Behalf of Unaccompanied Children: A Litigation Update and Strategy Session*, ABA & KIND Conference (Presented Dec. 2019).

Neha Desai, **Melissa Adamson**, *The Flores Settlement Agreement & Unaccompanied Children in Federal Custody*, Publication by the National Center for Youth Law, Feb. 2019, https://bit.ly/2ZNjrCW.

Neha Desai, **Melissa Adamson**, Maureen Allwood, Carly Baetz, Emma Cardeli, Osob Issa, Julian Ford, *Primer for Juvenile Court Judges: A Trauma-Informed Approach to Judicial Decision-Making for Newcomer Immigrant Youth in Juvenile Justice Proceedings*, Feb. 2019, https://bit.ly/3dohn8p.

Hon. Maria D. Hernandez, Hon. Margaret Henry, **Melissa Adamson**, *NMD & TAY – Meeting Their Needs, Addressing Homeless, and Ensuring Their Rights to Sexual and Reproductive Health Care and Information*, Juvenile Law Institute, Judicial Council (Presented June 2018).

## ORGANIZATIONS AND INTERESTS

**Admitted to the California Bar (July 2017)**
**Languages:** Spanish (proficient)

**DIANE DE GRAMONT**
1212 Broadway, Suite 600, Oakland, CA 94612
(510) 835-8098 • ddegramont@youthlaw.org

## EDUCATION

**Yale Law School**                                                   **New Haven, CT**
Juris Doctor                                                          May 2017

**Oxford University**, Merton College                                 **Oxford, UK**
MPhil in Politics: Comparative Government *with distinction*          June 2014

**Harvard College**                                                   **Cambridge, MA**
Bachelor of Arts *summa cum laude* in Social Studies                  May 2010

## EXPERIENCE

**National Center for Youth Law**                                     **Oakland, CA**
*Attorney, Immigration Team*                                          2021 – present
*Meselson-Liman Law Fellow, Immigration Team*                         2019 – 2021
Represent children in federal immigration custody in class action litigation. Interview children and prepare draft declarations, draft district court filings and appellate briefs, conduct legal and policy research, work with expert witnesses, prepare for depositions, and assist with policy briefings.

**Fifth Circuit Court of Appeals**                                    **New Orleans, LA**
*Law Clerk to Hon. Stephen A. Higginson*                              2018 – 2019
Researched legal issues raised in civil and criminal appeals. Prepared bench memos and draft opinions.

**Eastern District of Louisiana**                                     **New Orleans, LA**
*Law Clerk to Hon. Sarah S. Vance*                                    2017 – 2018
Conducted legal research and drafted court orders in civil and criminal matters pending in federal district court. Assisted with case management and preparation for court proceedings.

**The Bronx Defenders**                                               **Bronx, NY**
*Legal Intern, Family Defense Practice*                               Summer 2016
Advocated on behalf of low-income parents in child protective proceedings in Bronx Family Court. Researched legal issues, assisted with discovery and trial preparation, and coordinated client services.

**Make the Road New York**                                            **Brooklyn, NY**
*Legal Intern, Housing and Benefits Team*                             Summer 2015
Assisted immigrant tenants with eviction defense, suits for apartment repairs, and administrative advocacy. Conducted client intake interviews and helped draft motions and prepare for trial.

**Carnegie Endowment for International Peace**
**Democracy and Rule of Law Program**                                 **Washington, D.C.**
*Junior Fellow and Research Assistant*                                2010 – 2012
Co-authored a book on foreign assistance and governance reform in developing countries. Advised international development organizations on the use of political analysis in development programs.

## ADMISSIONS

State Bar of California, Bar No. 324360
Ninth Circuit Court of Appeals
Central District of California

# KIRA SETREN

---

## EDUCATION

**Brandeis University**, Waltham, MA                                        January 2012-May 2015
- Bachelor of Arts, International and Global Studies; Minors: Business, Hispanic Studies
- Honors: *Magna cum laude*, Dean's List every semester; Gold medal in community service

**City University**, London, UK                                        September-December 2011
**International Institute**, Madrid, Spain                                        January-May 2014

---

## RELEVANT EXPERIENCE

**National Center for Youth Law**, Oakland, CA                                        January 2018-July 2020
*Paralegal*
- Assist with impact litigation aimed at reforming the systems that serve vulnerable children and youth
- Perform factual and legal research; gather and analyze evidence to bolster legal claims
- Prepare court filings: edit, bluebook, cite-check, review court rules, and ECF file legal documents
- Draft case declarations, filings, and correspondence; conceptualize, author, and publish media communications
- Create and implement internal programs and systems; prepare guides and lead trainings
- Collaborate across campaigns to develop and further organizational goals; assist with nonprofit growth

**Cleary Gottlieb Steen & Hamilton LLP**, New York, NY                                        July 2015-January 2018
*Litigation Paralegal*
- Provided litigation assistance for robust caseload of high-profile and pro bono matters
- Worked on all aspects of case development from engagement through discovery, settlement, and trial
- Interacted extensively with clients; prepared, participated in, and memorialized client interviews
- Conducted, organized, and analyzed legal, internet, factual, social science, and field research
- Drafted, edited, and managed court documents; developed and maintained databases and case materials
- Oversaw paralegal teams; liaised with counsel, internal and external departments, and vendors

**United States Agency for International Development**, Washington, DC                                        June-September 2014
*Intern, Bureau for Policy, Planning and Learning*
- Assisted in the planning and implementation of the Frontiers in Development Forum: multi-day event that brought together global leaders and the public to further goal of ending extreme poverty by 2030
- Staffed forum, interacted with visiting leaders and attendees in a professional manner

**ILP Abogados**, Madrid, Spain                                        February-May 2014
*Legal Intern*
- Researched and distilled Spanish and U.S. civil procedure for use in international law digest
- Translated documents from Spanish to English and proofread materials

**WorldBoston**, Boston, MA                                        July-August 2013
*Program Assistant*
- Planned, executed, and oversaw private meetings with international and local leaders
- Researched and drafted proposals for U.S. State Department; created original blog and social media content

**Community Art Center,** Cambridge, MA                                        June-August 2013
*Administrative and Marketing Intern*
- Provided marketing and operational support for enrichment program that served low-income youth
- Wrote, edited, and designed publications that were delivered to 2,000+ subscribers

---

## PERSONAL
- Language: Proficient in Spanish

# Exhibit B

| Date of Charge/Posting | Biller | Expense Description | Amount |
|---|---|---|---|
| 9/17/19 | Neha Desai | Flight for September 27, 2019 hearing (travel on 9/24/19) | $ 142.98 |
| 9/17/19 | Neha Desai | Flight to Oakland after September 27, 2019 hearing (travel on 9/27/19) | $ 106.00 |
| 9/26/19 | Leecia Welch | Flight for September 27, 2019 hearing (travel on 9/26/19 and 9/27/19) | $ 211.60 |
| 9/30/19 | Leecia Welch | Hotel room for Neha Desai on 9/26/19 before September 27, 2019 hearing | $ 196.69 |
| 9/30/19 | Leecia Welch | Hotel room for Leecia Welch on 9/26/19 before September 27, 2019 hearing | $ 246.44 |
| 9/30/19 | Leecia Welch | Uber to LAX from regs hearing | $ 45.48 |
| 9/30/19 | Leecia Welch | Breakfast before 9/27 hearing for L. Welch and N. Desai (9/27/19) | $ 49.33 |
| 10/31/19 | Kira Setren | Transcript of September 27, 2019 hearing | $ 104.64 |
| | | **Total** | **$ 1,103.16** |

# Exhibit C

| Date | Name | Description | Time |
|------|------|-------------|------|
| 9/25/18 | Leecia Welch | Call re: Flores regs | 1.8 |
| 10/15/18 | Leecia Welch | Internal NCYL call re regs | 0.6 |
| 11/1/18 | Leecia Welch | Flores team meeting re regs | 1.4 |
| 5/6/19 | Leecia Welch | Team call re: anticipated final regulations | 0.4 |
| 5/28/19 | Leecia Welch | Team call, including re: anticipated regulations and motion to enforce | 0.2 |
| 8/12/19 | Leecia Welch | Team call re: anticipated rulemaking | 0.2 |
| 8/14/19 | Leecia Welch | Co-counsel call re: Flores regs | 0.8 |
| 8/19/19 | Leecia Welch | Co-counsel meeting re regs | 0.2 |
| 8/19/19 | Leecia Welch | Confer with FP and PJ re regs plan | 0.1 |
| 8/21/19 | Leecia Welch | Confer with FP re regulations | 0.1 |
| 8/22/19 | Leecia Welch | Confer with ND and FP re delcarants and outline for brief | 0.5 |
| 8/23/19 | Leecia Welch | Discuss regulations with ND and FP | 0.5 |
| 8/26/19 | Leecia Welch | Confer with FP re briefing | 0.6 |
| 8/26/19 | Leecia Welch | Confer with FP and ND re response to regs | 0.5 |
| 8/26/19 | Leecia Welch | Team call, including re: brief on regs issue | 0.4 |
| 8/26/19 | Leecia Welch | Emails with PJ, ND, MA, and FP re response to Defendants' 60(b)(5) motion | 0.2 |
| 8/27/19 | Leecia Welch | Confer with FP and ND re research for briefing | 0.4 |
| 8/28/19 | Leecia Welch | Confer with ND and FP re finalizing decs | 0.5 |
| 8/30/19 | Leecia Welch | Confer with FP re revisions to brief | 0.2 |
| 9/1/19 | Leecia Welch | Emails with PJ, FP, and ND re opp to oversized brief and Judge Gee procedures on ex parte applications | 0.2 |
| 9/2/19 | Leecia Welch | Confer with FP re brief | 0.1 |
| 9/2/19 | Leecia Welch | Review draft opp re oversized brief | 0.1 |
| 9/3/19 | Leecia Welch | Team call, including re: 60(b) motion | 0.3 |
| 9/3/19 | Leecia Welch | Internal NCYL follow-up meeting re: strategy | 0.9 |
| 9/3/19 | Leecia Welch | Edit and revise class cert section of brief | 0.7 |
| 9/4/19 | Leecia Welch | Confer with FP and PJ re class cert argument for brief | 0.3 |
| 9/5/19 | Leecia Welch | Emails with PJ and FP re entry of judgment issue | 0.3 |
| 9/6/19 | Leecia Welch | Confer with FP re opposition brief | 0.3 |
| 9/6/19 | Leecia Welch | Discuss opposition brief with MA and FP | 0.7 |
| 9/6/19 | Leecia Welch | Edit and revise draft of plaintiffs' opp to defs' motion to terminate | 0.8 |
| 9/7/19 | Leecia Welch | Edit and revise opp to motion to terminate | 1.5 |
| 9/10/19 | Leecia Welch | Team call, including re: 60(b) brief | 0.4 |
| 9/11/19 | Leecia Welch | Confer with PJ re opp brief draft | 0.1 |
| 9/11/19 | Leecia Welch | TC with PJ re call with consulting expert | 0.2 |
| 9/12/19 | Leecia Welch | Edit and revise opp brief | 1.2 |
| 9/13/19 | Leecia Welch | Co-counsel call re hearing on termination | 0.1 |
| 9/17/19 | Leecia Welch | Discuss oral argument prep with FP | 0.2 |
| 9/23/19 | Leecia Welch | Team call, including re: oral argument | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/23/19 | Leecia Welch | Internal NCYL meeting re: oral argument prep and MTE | 0.2 |
| 9/24/19 | Leecia Welch | Call re: oral argument prep | 1.8 |
| 9/26/19 | Leecia Welch | Review and edit outline for hearing argument | 0.8 |
| 9/26/19 | Leecia Welch | Co-counsel call re: 9/27 Flores regs hearing | 2.3 |
| 9/30/19 | Leecia Welch | Confer with PJ and FP re follow up on Flores regs decision | 0.3 |
| 9/30/19 | Leecia Welch | Co-counsel call re regs next steps | 0.3 |
| 10/11/19 | Leecia Welch | Team call re regulations | 0.3 |
| 10/15/19 | Leecia Welch | Co-counsel call re flores regs | 0.1 |
| 11/12/19 | Leecia Welch | Co-counsel call re regs litigation | 0.2 |
| 12/5/19 | Leecia Welch | Confer with PJ, ND, FP re: appeal | 0.1 |
| 12/9/19 | Leecia Welch | Co-counsel call re regs appeal | 0.2 |
| 12/9/19 | Leecia Welch | Internal NCYL follow-up discussion of appeal | 0.1 |
| 12/13/19 | Leecia Welch | Co-counsel call re appeal | 0.1 |
| 12/19/19 | Leecia Welch | Review Govt opening appellate brief | 0.3 |
| 12/19/19 | Leecia Welch | Review DG memo re remedies | 0.2 |
| 12/20/19 | Leecia Welch | Review and edit answering brief outline | 0.6 |
| 12/31/19 | Leecia Welch | Co-counsel call re regs appeal | 0.7 |
| 1/6/20 | Leecia Welch | Internal meeting re drafting on 9th circuit brief | 0.5 |
| 1/6/20 | Leecia Welch | Review briefs and opinions | 0.5 |
| 1/7/20 | Leecia Welch | Confer with PJ and FP re appellate brief strategy | 0.2 |
| 1/7/20 | Leecia Welch | Edit and revise appellate brief | 0.6 |
| 1/10/20 | Leecia Welch | Emails with ND and PJ re timing for review of draft brief | 0.1 |
| 1/12/20 | Leecia Welch | Confer with FP re revisions to 9th Cir. Brief | 0.1 |
| 1/13/20 | Leecia Welch | Edit and revise draft brief | 0.8 |
| 1/16/20 | Leecia Welch | Call with HC, PJ, DF, JM, ND, FP, MA, DD, and MD re: brief draft and next steps | 1 |
| 1/17/20 | Leecia Welch | Review and edit draft appellate brief | 3.2 |
| 1/27/20 | Leecia Welch | Co-counsel call re appeal | 0.1 |
| 3/2/20 | Leecia Welch | Co-counsel call re next steps, flore regs oral arg | 0.3 |
| 4/8/20 | Leecia Welch | Finalize consolidated reply | 1.1 |
| 4/19/20 | Leecia Welch | Prepare LSP dec for response based on convo | 0.8 |
| 4/20/20 | Leecia Welch | Confer with PJ and FP re: Flores reply brief strategy | 0.2 |
| 5/11/20 | Leecia Welch | Co-counsel call, including re: Ninth Circuit argument | 0.3 |
| 5/12/20 | Leecia Welch | Confer with FP and PJ re: preparation for oral argument in Ninth Circuit | 0.1 |
| 5/18/20 | Leecia Welch | Attend team meeting re Flore regs prep, MPP, status conference | 0.3 |
| 5/19/20 | Leecia Welch | Attend 9th circuit oral argument | 1 |
| 5/19/20 | Leecia Welch | Attend team meeting post-argument | 0.3 |
| 1/4/21 | Leecia Welch | Review 9th circuit decision re Flores regs | 0.7 |
| 1/4/21 | Leecia Welch | Flores team call re 9th circuit decision | 0.3 |
| 1/20/21 | Leecia Welch | Flores team call re Flores regs | 0.3 |

| Date | Name | Description | Time |
|------|------|-------------|------|
|      |      | **Total** | **39.7** |
|      |      | **Total with 10% reduction** | **35.7** |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/11/18 | Neha Desai | Review proposed Flores Regulations | 2.3 |
| 9/13/18 | Neha Desai | Continue review of proposed Flores Regulations | 1.3 |
| 9/16/18 | Neha Desai | Continue review of proposed Flores Regulations | 3.1 |
| 9/17/18 | Neha Desai | Review comments to regs | 0.9 |
| 9/19/18 | Neha Desai | Call with immigrants' rights organization re: Flores regs | 1.1 |
| 9/24/18 | Neha Desai | Co-counsel call re: regs | 0.8 |
| 9/25/18 | Neha Desai | Call re: Flores regs (Holly, Carlos, Leecia, Barbara) | 1.2 |
| 9/28/18 | Neha Desai | Continued review regs and identify key issues impacting Ucs | 2.7 |
| 10/1/18 | Neha Desai | Co-counsel call re: proposed regs and potential cross-appeal | 0.6 |
| 10/3/18 | Neha Desai | Call with Crystal re: analysis of regs | 0.6 |
| 10/9/18 | Neha Desai | NCYL mtg re: potential MTE re regs | 0.5 |
| 10/15/18 | Neha Desai | Call with CA re proposed regs | 0.2 |
| 10/15/18 | Neha Desai | Internal NCYL call re proposed regs | 0.6 |
| 10/29/18 | Neha Desai | Co-counsel call re: proposed regs | 0.8 |
| 10/30/18 | Neha Desai | Review Davis draft language re: motion to enjoin regs | 0.3 |
| 10/30/18 | Neha Desai | Call with CA to discuss comments to regs | 0.4 |
| 10/31/18 | Neha Desai | Confer with MA and FP re: exhibits to MTE (distinctions b/w proposed regs and FSA) | 0.2 |
| 10/31/18 | Neha Desai | Revise fingerprint section on Flores Regs Comments | 2.1 |
| 11/1/18 | Neha Desai | Flores team meeting re regs | 1.4 |
| 11/2/18 | Neha Desai | Review and provide comments on Plaintiffs Counsel section on Flores Regs Comments | 2.8 |
| 11/2/18 | Neha Desai | Call with CA to discuss comments to regs | 0.2 |
| 11/7/18 | Neha Desai | Input additional edits into reg comments | 1.4 |
| 11/10/18 | Neha Desai | Review gvt Opposition to MTE re: regs | 0.4 |
| 11/13/18 | Neha Desai | Co-counsel call re: reply brief for MTE | 0.5 |
| 11/13/18 | Neha Desai | NCYL follow up call re: reply brief for MTE | 0.5 |
| 11/13/18 | Neha Desai | Review amicus briefs in support of MTE | 0.5 |
| 8/22/19 | Neha Desai | Confer with FP re supporting declarations | 0.1 |
| 8/22/19 | Neha Desai | Confer with LW and FP re outline and declarants | 0.5 |
| 8/22/19 | Neha Desai | Discuss potential declarants with FP | 0.4 |
| 8/22/19 | Neha Desai | Begin review of Flores Regs | 1.7 |
| 8/23/19 | Neha Desai | Confer with LW and FP re regulations | 0.5 |
| 8/23/19 | Neha Desai | Continue Review of Flores Regs | 3.4 |
| 8/23/19 | Neha Desai | Meet with FP re expert declaration | 0.3 |
| 8/24/19 | Neha Desai | Continue review of Flores Regs | 4.2 |
| 8/26/19 | Neha Desai | Confer with LW and FP re regulations response | 0.5 |
| 8/26/19 | Neha Desai | Call with FP re exhibit for regs brief | 0.2 |
| 8/27/19 | Neha Desai | Discuss exhibit for regs briefing with FP | 0.4 |
| 8/27/19 | Neha Desai | Confer with FP re supporting evidence for brief | 0.5 |
| 8/27/19 | Neha Desai | Confer with FP and LW re research needs | 0.4 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/27/19 | Neha Desai | Meetings with Kira and Freya re appendix | 0.4 |
| 8/28/19 | Neha Desai | Confer with FP re briefing | 0.1 |
| 8/28/19 | Neha Desai | Discuss finalizing decs with FP and LW | 0.5 |
| 8/28/19 | Neha Desai | Meeting with Kira Setren re regs chart | 0.3 |
| 8/29/19 | Neha Desai | Discuss chart exhibit with MA and FP | 0.2 |
| 9/2/19 | Neha Desai | Review motion to oppose Ds brief request extension | 0.5 |
| 9/3/19 | Neha Desai | Team meeting re Flores regs | 0.3 |
| 9/4/19 | Neha Desai | Call re: Flores regs brief (HC, CH, MA, LC, RK) | 1.2 |
| 9/4/19 | Neha Desai | Meet with MA, LW, re: draft of regs brief | 0.9 |
| 9/4/19 | Neha Desai | Mtg with MA re: potential declarants | 0.8 |
| 9/4/19 | Neha Desai | Outreach to potential declarants | 1.2 |
| 9/5/19 | Neha Desai | Review and edit draft sections of Regs brief | 1.4 |
| 9/5/19 | Neha Desai | Review memo re: consent decrees | 0.3 |
| 9/5/19 | Neha Desai | Internal team correpondence re: Regs brief | 0.5 |
| 9/6/19 | Neha Desai | Review prior Flores court orders relevant to Regs | 1.9 |
| 9/8/19 | Neha Desai | Follow up with potential declarants | 0.4 |
| 9/8/19 | Neha Desai | Review integrated Opposition brief, edit and incorporate "change in fact" section; make edits throughout | 4.7 |
| 9/8/19 | Neha Desai | Correspond with MA re: declarants and research for brief | 0.8 |
| 9/8/19 | Neha Desai | Follow up correspondence with declarants | 1.4 |
| 9/9/19 | Neha Desai | Correspond with FP and MA re: regs brief research and drafting | 0.8 |
| 9/9/19 | Neha Desai | Incorporate edits to Opposition, draft new language throughout brief to complete sections | 5.2 |
| 9/9/19 | Neha Desai | Provide feedback on declarations | 1.8 |
| 9/10/19 | Neha Desai | Review and provide feedback on declaration | 0.6 |
| 9/11/19 | Neha Desai | Call with declarant re: declaration | 1.1 |
| 9/12/19 | Neha Desai | Correspondence with potential declarants | 1.3 |
| 9/13/19 | Neha Desai | Revise sections of Flores regs brief | 3.4 |
| 9/16/19 | Neha Desai | Team mtg (Prep for 9/27 hearing) | 0.1 |
| 9/20/19 | Neha Desai | Review Ds reply brief | 0.9 |
| 9/23/19 | Neha Desai | Research in preparation for 9/27 hearing | 0.5 |
| 9/23/19 | Neha Desai | Meet with MA to prep for Flores Regs hearing | 0.7 |
| 9/24/19 | Neha Desai | Revise outline for oral argument prep | 3.2 |
| 9/25/19 | Neha Desai | Edit outline for oral argument prep | 1.3 |
| 9/26/19 | Neha Desai | Oral arguments prep call with Carlos | 2.3 |
| 9/26/19 | Neha Desai | Revise and add to the oral argument prep doc | 1.3 |
| 9/27/19 | Neha Desai | Travel from LA to Oakland | 4.3 |
| 9/27/19 | Neha Desai | Final Prep (review all relevant briefing) | 1.4 |
| 9/27/19 | Neha Desai | Flores Regs Hearing | 0.9 |
| 9/27/19 | Neha Desai | Review Court order re: Flores regs and 60(b) motion | 0.4 |
| 9/27/19 | Neha Desai | Correspond with team re: Regs order | 0.6 |

| Date | Name | Description | Time |
|---|---|---|---|
| 10/10/19 | Neha Desai | Review transcript from 9/27 hearing | 0.5 |
| 11/25/19 | Neha Desai | Co-counsel meeting (Flores regs) | 0.1 |
| 12/5/19 | Neha Desai | Call with MA and HC re: amicus briefs | 1 |
| 12/5/19 | Neha Desai | Review previously filed amicus briefs in support of Ps Flores regs motion | 0.7 |
| 12/21/19 | Neha Desai | Review and analyze Defendant's 60b/ Regs Ninth Circuit appeal | 1.3 |
| 12/23/19 | Neha Desai | Review Defendants Flores Regs Appeal Brief | 0.9 |
| 1/2/20 | Neha Desai | Review and revise outline for appeal brief | 3.2 |
| 1/3/20 | Neha Desai | Meeting with Freya and Diane re: new research needed for Flores Regs brief & how to divide up drafting | 1.6 |
| 1/3/20 | Neha Desai | Mtg with MA & DdG re: appellate brief | 0.3 |
| 1/3/20 | Neha Desai | Discuss plan for drafting appellate brief with MA | 0.6 |
| 1/3/20 | Neha Desai | Revise outline for regs appellate brief | 0.8 |
| 1/6/20 | Neha Desai | Co-counsel call re: Appellee brief | 0.7 |
| 1/6/20 | Neha Desai | Review/ Revise Legal Standard and Exec Power and provide feedback | 1.6 |
| 1/6/20 | Neha Desai | NCYL Team call re: drafting plan for Appellee Brief | 0.5 |
| 1/7/20 | Neha Desai | Review DdG memo on standard of review and memo on executive power | 1.1 |
| 1/8/20 | Neha Desai | Meet with MA re: appellee brief | 0.5 |
| 1/8/20 | Neha Desai | Meet with KS re brief and record | 0.3 |
| 1/9/20 | Neha Desai | Internal team all re: appelllee brief draft | 0.5 |
| 1/10/20 | Neha Desai | Research re: FRC licensing | 0.6 |
| 1/10/20 | Neha Desai | Correspondence with MA re: FR licensing | 0.2 |
| 1/10/20 | Neha Desai | Internal team correspondence re: appellee brief | 0.2 |
| 1/11/20 | Neha Desai | Review consolidated sections; correspond with Leecia and Poonam about key framing issues | 0.9 |
| 1/11/20 | Neha Desai | Correspond with LW and PJ re: key framing issues | 0.8 |
| 1/13/20 | Neha Desai | Internal team call re: appelllee brief draft | 0.4 |
| 1/14/20 | Neha Desai | Input edits on brief | 2.3 |
| 1/14/20 | Neha Desai | Check in with MA re: brief drafting | 0.4 |
| 1/15/20 | Neha Desai | Review revised draft from Carlos and input edits | 1.4 |
| 1/16/20 | Neha Desai | Co-counsel call re brief draft | 1 |
| 1/16/20 | Neha Desai | Meet with FP, MA, DdG, MB re draft | 0.5 |
| 1/17/20 | Neha Desai | Edit integrated brief | 4.2 |
| 1/17/20 | Neha Desai | Confer with MA and FP re: cite check | 0.1 |
| 1/18/20 | Neha Desai | Correspondence with MA re: additional edits | 0.4 |
| 1/19/20 | Neha Desai | Correspondence with team re: excerpts of record | 0.6 |
| 1/19/20 | Neha Desai | Confer with FP re: finalizing brief | 0.1 |
| 1/20/20 | Neha Desai | Internal team correspondence re: timeline for filing | 0.2 |
| 1/21/20 | Neha Desai | Confer with DdG and FP re: Ninth Circuit paper copies | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 1/21/20 | Neha Desai | Final edits to the brief | 1.8 |
| 1/21/20 | Neha Desai | Confer with NCYL team re: final edits to the brief | 0.4 |
| 2/5/20 | Neha Desai | Review and analyze gvt's reply brief re: regs | 0.7 |
| 2/10/20 | Neha Desai | Co-counsel call re: regs appeal, update on calls about FSA violations | 0.5 |
| 2/13/20 | Neha Desai | Correspondence with team re: gvt's Ninth Circuit motion | 0.3 |
| 2/13/20 | Neha Desai | Review gvt motion to expedite regs appeal | 0.3 |
| 2/14/20 | Neha Desai | Edits to opposition to gvt's renewed motion | 0.3 |
| 2/20/20 | Neha Desai | Internal team correspondence re: Ninth Circuit Order | 0.3 |
| 2/24/20 | Neha Desai | Co-counsel call (appeal, oral argument) | 0.2 |
| 2/26/20 | Neha Desai | Flores Regs Mediation with 9th Circuit | 0.4 |
| 5/11/20 | Neha Desai | Review CH draft 28j letter | 0.3 |
| 5/12/20 | Neha Desai | Prep for 9th Cir. oral arguments | 0.8 |
| 5/15/20 | Neha Desai | Prep meeting for 9th Cir oral arguments | 1.1 |
| 5/18/20 | Neha Desai | Co-counsel call re: Ninth Circuit argument | 0.6 |
| 5/19/20 | Neha Desai | Ninth Circuit Oral argument on Flores Regs | 0.8 |
| 1/4/21 | Neha Desai | Co-counsel call re: Ninth Circuit Regs opinion | 0.7 |
| | | **Total** | **130.5** |
| | | **Total with 10% reduction** | **117.5** |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/28/19 | Poonam Juneja | Team call, including re: anticipated regulations and motion to enforce | 0.2 |
| 8/14/19 | Poonam Juneja | Co-counsel call re: Flores regs | 0.8 |
| 8/16/19 | Poonam Juneja | reviewing team emails re regulatory process | 0.2 |
| 8/16/19 | Poonam Juneja | Confer with FP MA re: Flores regulations | 0.1 |
| 8/16/19 | Poonam Juneja | Confer with FP re: amicus briefs | 0.1 |
| 8/19/19 | Poonam Juneja | Co-counsel meeting re regs | 0.3 |
| 8/19/19 | Poonam Juneja | Conferring with FP and LW re regs plan | 0.1 |
| 8/22/19 | Poonam Juneja | Confer with FP re dec question | 0.2 |
| 8/26/19 | Poonam Juneja | Team call re: brief on regs issue | 0.4 |
| 8/28/19 | Poonam Juneja | Review past CA district court decisions re terminating consent decrees | 0.4 |
| 8/30/19 | Poonam Juneja | Decide what materials to send to consulting expert re termination of agreement brief and compile materials | 0.4 |
| 8/31/19 | Poonam Juneja | Email correspondence with LW ND MA FP re response to Defendants' 60(b)(5) motion and reviewing related local rules | 0.5 |
| 9/1/19 | Poonam Juneja | Emailing LW FP ND re opp to oversized brief and Judge Gee procedures on ex parte applications | 0.3 |
| 9/2/19 | Poonam Juneja | Reviewing draft opp re oversized brief | 0.2 |
| 9/3/19 | Poonam Juneja | Emailing FP re deadline for regs and extension timing | 0.2 |
| 9/3/19 | Poonam Juneja | Team call re: 60(b) motion | 0.3 |
| 9/3/19 | Poonam Juneja | Internal NCYL follow-up meeting re: strategy on 60(b) motion | 0.9 |
| 9/4/19 | Poonam Juneja | Locate and review original motion for class certification | 0.3 |
| 9/4/19 | Poonam Juneja | Revisions to class cert section of brief and related research | 1 |
| 9/4/19 | Poonam Juneja | Confer with FP re: response to 60(b)(5) motion | 0.2 |
| 9/4/19 | Poonam Juneja | Reviewing original class cert order | 0.2 |
| 9/4/19 | Poonam Juneja | Confer with FP LW re class cert argument for brief | 0.3 |
| 9/4/19 | Poonam Juneja | Reviewing past Flores decisions for helpful language for brief | 0.7 |
| 9/4/19 | Poonam Juneja | Reviewing versions of federal rules in effect at time of Flores settlement and cases related to fairness hearings | 1.2 |
| 9/4/19 | Poonam Juneja | Locating and reviewing original settlement notice stip and emailing team re same | 0.5 |
| 9/5/19 | Poonam Juneja | Emailing LW FP re entry of judgment issue | 0.3 |
| 9/5/19 | Poonam Juneja | Confer with MA re argument re request for modification | 0.5 |
| 9/5/19 | Poonam Juneja | Reviewing original Flores docket for issues related to brief | 0.4 |
| 9/5/19 | Poonam Juneja | Research related to original Flores docket and full case file | 1.9 |
| 9/5/19 | Poonam Juneja | Reviewing MA language re modification of agreement language | 0.3 |
| 9/5/19 | Poonam Juneja | Confer with FP re: response to 60(b)(5) motion | 0.7 |
| 9/7/19 | Poonam Juneja | Reviewing and editing draft of plaintiffs' opp to defs' motion to terminate | 1.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/7/19 | Poonam Juneja | Researching issues related to definition of implement and developing textual argument on same | 1.2 |
| 9/8/19 | Poonam Juneja | Revising draft of pls' opp to defs' motion to terminate, including by incorporating argument on definition of implement and revising 60b5 arguments | 3.2 |
| 9/9/19 | Poonam Juneja | Drafting introduction to pls' opp to mot to terminate and revising other sections of draft brief | 0.9 |
| 9/9/19 | Poonam Juneja | Reseaching issue with defs' hearing date on mot to terminate | 0.4 |
| 9/9/19 | Poonam Juneja | Conferring with FP re issue with defs' hearing date on mot to terminate | 0.2 |
| 9/9/19 | Poonam Juneja | Emailing LW re issue with defs' hearing date on mot to terminate | 0.2 |
| 9/9/19 | Poonam Juneja | Conferring with ND re needed revisions to pls' opp to defs' mot to terminate | 0.3 |
| 9/9/19 | Poonam Juneja | Reviewing revised drafts of pls' opp to defs' mot to terminate | 0.3 |
| 9/10/19 | Poonam Juneja | Reviewing RK comments and revisions to pls' opp to defs' mot to terminate | 0.3 |
| 9/10/19 | Poonam Juneja | Left message for clerk re hearing on defs' motion | 0.1 |
| 9/10/19 | Poonam Juneja | Team call re: 60(b) brief | 0.5 |
| 9/11/19 | Poonam Juneja | Consulting with expert re pltfs response on mot to terminate | 0.4 |
| 9/11/19 | Poonam Juneja | Debriefing with LW re call with expert | 0.2 |
| 9/11/19 | Poonam Juneja | Debriefing with ND re call with expert | 0.2 |
| 9/11/19 | Poonam Juneja | Reviewing CH revisions to brief draft | 0.3 |
| 9/11/19 | Poonam Juneja | Communicate with ND re CH revisions to brief draft | 0.2 |
| 9/12/19 | Poonam Juneja | Conferring with LW re status of opp brief draft | 0.1 |
| 9/13/19 | Poonam Juneja | Revising opp brief draft | 2.1 |
| 9/13/19 | Poonam Juneja | Conferring with ND re needed revisions to opp brief draft | 0.2 |
| 9/16/19 | Poonam Juneja | Co-counsel call re hearing on termination | 0.1 |
| 9/23/19 | Poonam Juneja | Team call re: oral argument | 0.3 |
| 9/23/19 | Poonam Juneja | Internal NCYL meeting re: oral argument prep | 0.2 |
| 9/26/19 | Poonam Juneja | Call re: oral argument prep | 1.8 |
| 9/27/19 | Poonam Juneja | Reviewing court order re motion to enforce | 0.5 |
| 9/27/19 | Poonam Juneja | Circulating notes from phone call with consulting appellate expert | 0.2 |
| 9/27/19 | Poonam Juneja | phone call with consulting appellate expert | 0.4 |
| 9/30/19 | Poonam Juneja | Confer with LW FP re follow up on Flores regs decision | 0.1 |
| 9/30/19 | Poonam Juneja | Co-counsel call re regs next steps | 0.4 |
| 10/2/19 | Poonam Juneja | Discussion with KS re ordering hearing transcript | 0.3 |
| 10/3/19 | Poonam Juneja | Confer with FP re: motion to stay | 0.1 |
| 10/3/19 | Poonam Juneja | Confer with FP KS re: transcript request | 0.1 |
| 10/3/19 | Poonam Juneja | Researching motion for stay issues and emailing summary to team | 0.5 |
| 10/15/19 | Poonam Juneja | Team call, including re: regulations | 0.5 |
| 10/21/19 | Poonam Juneja | Co-counsel call re flores regs | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 11/10/19 | Poonam Juneja | Reviewing team emails re Gov't's handling of injunction against Flores sunset regs | 0.2 |
| 11/18/19 | Poonam Juneja | Co-counsel call re regs litigation | 0.3 |
| 12/2/19 | Poonam Juneja | Co-counsel call re regs appeal | 0.3 |
| 12/5/19 | Poonam Juneja | Confer with LW ND FP re: appeal | 0.1 |
| 12/9/19 | Poonam Juneja | Co-counsel call re flores regs appeal | 0.2 |
| 12/9/19 | Poonam Juneja | Internal NCYL follow-up discussion of appeal | 0.2 |
| 12/11/19 | Poonam Juneja | Emailing with consulting attorney re thoughts on regs appeal strategy | 0.3 |
| 12/16/19 | Poonam Juneja | Reviewing DdG email re comeback panels | 0.1 |
| 12/16/19 | Poonam Juneja | Co-counsel call re appeal | 0.3 |
| 12/20/19 | Poonam Juneja | Reviewing Govt opening appellate brief | 0.4 |
| 12/20/19 | Poonam Juneja | Reviewing DdG memo re remedies | 0.3 |
| 12/31/19 | Poonam Juneja | Reviewing answering draft brief outline, inputting feedback, and circulating thoughts to LW FP DdG | 0.9 |
| 1/6/20 | Poonam Juneja | Internal meeting re drafting on 9th circuit brief | 0.4 |
| 1/6/20 | Poonam Juneja | Co-counsel call re regs appeal | 0.7 |
| 1/9/20 | Poonam Juneja | Confer with ND re executive power issue for brief | 0.4 |
| 1/9/20 | Poonam Juneja | Reviewing executive power and partial termination sections of brief | 0.4 |
| 1/9/20 | Poonam Juneja | Confer with FP re: Ninth Circuit brief strategy | 0.1 |
| 1/9/20 | Poonam Juneja | Reviewing briefs, dct opinion, court decisions cited in draft opp brief | 0.5 |
| 1/10/20 | Poonam Juneja | Conferring with LW FP re appellate brief strategy | 0.2 |
| 1/10/20 | Poonam Juneja | Editing appellate brief and circulating same to LW | 1.6 |
| 1/10/20 | Poonam Juneja | Analyzing Defs' argument re Judge's use of the word "consistent" being legal error and writing short memo re same | 1.5 |
| 1/12/20 | Poonam Juneja | Reviewing LW draft appellate brief and ND email comments re same | 0.6 |
| 1/15/20 | Poonam Juneja | Emailing with ND LW re timing for review of draft brief | 0.1 |
| 1/16/20 | Poonam Juneja | Confer with FP re: Ninth Circuit brief strategy | 0.1 |
| 1/16/20 | Poonam Juneja | Reviewing draft brief | 0.8 |
| 1/16/20 | Poonam Juneja | Call with L. Welch, H. Cooper, D. Felt, J.J. Mulligan, N. Desai, F. Pitts, M. Adamson, D. de Gramont and M. Bedrick re: brief draft and next steps | 1 |
| 1/16/20 | Poonam Juneja | Team call re brief draft | 1 |
| 1/17/20 | Poonam Juneja | Confer with ND re 9th circuit brief | 0.3 |
| 1/17/20 | Poonam Juneja | Emailing with team re operative version of brief | 0.2 |
| 1/21/20 | Poonam Juneja | Review and revising draft appellate brief | 4.5 |
| 2/13/20 | Poonam Juneja | Reviewing govt filing re request for a new panel and conferring with FP re same | 0.3 |
| 2/14/20 | Poonam Juneja | Confer with FP re: draft opposition to renewed motion to expedite | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 2/14/20 | Poonam Juneja | Reviewing and revising draft opp to defs motion for panel reassignment and to expedite appeal | 0.9 |
| 2/20/20 | Poonam Juneja | Confer with FP re: panel assignment and next steps | 0.1 |
| 2/20/20 | Poonam Juneja | Reviewing court order re panel assignment | 0.1 |
| 3/2/20 | Poonam Juneja | Co-counsel call re regs oral argument | 0.1 |
| 5/10/20 | Poonam Juneja | Reviewing ND email re alerting 9th Circuit to Judge Gee order | 0.1 |
| 5/11/20 | Poonam Juneja | Team call re: Ninth Circuit argument | 0.4 |
| 5/12/20 | Poonam Juneja | Confer with L. Welch and F. Pitts re: preparation for oral argument in Ninth Circuit | 0.1 |
| | | **Total** | **52.5** |
| | | **Total with 10% reduction** | **47.3** |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/11/18 | Freya Pitts | Review proposed Flores regulations (DHS and HHS) | 1.9 |
| 9/12/18 | Freya Pitts | Review proposed Flores regulations (DHS and HHS) | 1 |
| 9/13/18 | Freya Pitts | Review proposed Flores regulations (DHS and HHS) | 0.8 |
| 9/14/18 | Freya Pitts | Review old Flores comments to inform comments on new proposed regulations | 0.3 |
| 9/24/18 | Freya Pitts | Co-counsel call and follow up discussion re proposed regulations | 0.8 |
| 9/25/18 | Freya Pitts | Review H. Cooper memo on proposed Flores regs | 0.2 |
| 9/25/18 | Freya Pitts | Phone conference with H. Cooper, C. Holguin, L. Welch, N. Desai, and M. Adamson re: proposed regulations implementing Flores and possible response to same | 1.8 |
| 10/1/18 | Freya Pitts | Team co-counsel call re: proposed regulations | 0.6 |
| 10/9/18 | Freya Pitts | Review Davis draft comments on proposed regulations implementing Flores | 0.3 |
| 10/9/18 | Freya Pitts | Internal meeting re regs | 0.5 |
| 10/15/18 | Freya Pitts | NCYL call regarding proposed regs | 0.6 |
| 10/29/18 | Freya Pitts | Team co-counsel call re: proposed regulations | 0.8 |
| 10/29/18 | Freya Pitts | Review draft motion to enjoin regulations | 0.8 |
| 10/29/18 | Freya Pitts | Review H. Cooper proposed addendum to motion to enjoin regulations | 0.1 |
| 10/31/18 | Freya Pitts | Confer with N. Desai and M. Adamson re: edits to exhibit to motion to enforce laying out distinctions between proposed regulations and Flores settlement terms | 0.2 |
| 11/5/18 | Freya Pitts | Review comment template for proposed regulations; related email correspondence with partner disability rights organization | 0.2 |
| 11/8/18 | Freya Pitts | Review amicus brief in support of motion to enforce settlement agreement | 0.4 |
| 11/8/18 | Freya Pitts | Review briefing on motion to enforce settlement | 0.2 |
| 11/8/18 | Freya Pitts | Review comments on proposed regulations submitted by Flores counsel | 0.9 |
| 11/10/18 | Freya Pitts | Review government's opposition to motion to enforce re: regulations | 0.2 |
| 11/13/18 | Freya Pitts | Team co-counsel call re: reply brief for motion to enforce | 0.5 |
| 11/13/18 | Freya Pitts | Follow up team call re: reply brief for motion to enforce | 0.5 |
| 11/13/18 | Freya Pitts | Receive and review email correspondence re: proposed approach to reply brief in support of motion to enforce | 0.2 |
| 11/19/18 | Freya Pitts | Review reply in support of motion to enforce settlement | 0.1 |
| 5/6/19 | Freya Pitts | Team call re: anticipated final regulations | 0.4 |
| 5/20/19 | Freya Pitts | Team call re: final regulations | 0.4 |
| 5/28/19 | Freya Pitts | Team call re: anticipated regulations and motion to enforce | 0.2 |
| 8/5/19 | Freya Pitts | Email correspondence with B. Shum re: regulations | 0.2 |
| 8/12/19 | Freya Pitts | Team call re anticipated rulemaking | 0.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/14/19 | Freya Pitts | Call re: Flores regs | 0.8 |
| 8/14/19 | Freya Pitts | Email correspondence re: response to anticipated Flores regulations | 0.2 |
| 8/14/19 | Freya Pitts | Confer with M. Adamson re: Flores regs | 0.2 |
| 8/14/19 | Freya Pitts | Receive and review email correspondence re: Flores regulations | 0.1 |
| 8/15/19 | Freya Pitts | Confer with M. Adamson re: Flores regulations plan | 0.2 |
| 8/15/19 | Freya Pitts | Email correspondence with L. Welch and M. Adamson re: contemplated declarations | 0.2 |
| 8/15/19 | Freya Pitts | Research Federal Register advance notice and OMB approval; email correspondence re: same | 1.1 |
| 8/15/19 | Freya Pitts | Receive and review email correspondence re: supporting declarations for regulations briefing | 0.2 |
| 8/16/19 | Freya Pitts | Email correspondence re: publication in Federal Register | 0.5 |
| 8/16/19 | Freya Pitts | Confer with M. Adamson and P. Juneja re: Flores regulations | 0.1 |
| 8/19/19 | Freya Pitts | Team call re: regulations | 0.3 |
| 8/19/19 | Freya Pitts | Email correspondence re: regulations response | 0.1 |
| 8/19/19 | Freya Pitts | Confer with L. Welch re: anticipated regulations | 0.1 |
| 8/19/19 | Freya Pitts | Call re: rapid analysis of regulations | 0.3 |
| 8/19/19 | Freya Pitts | Email correspondence with L. Welch and P. Juneja re: rapid analysis call | 0.1 |
| 8/20/19 | Freya Pitts | Email correspondence re: anticipated regulations | 0.1 |
| 8/20/19 | Freya Pitts | Review and circulate briefing on MTE | 0.1 |
| 8/21/19 | Freya Pitts | Email correspondence re: regulations | 0.4 |
| 8/21/19 | Freya Pitts | Email correspondence with expert re: declaration | 0.1 |
| 8/21/19 | Freya Pitts | Review MTE briefing re: regs | 2.5 |
| 8/21/19 | Freya Pitts | Confer with L. Welch re: regulations | 0.1 |
| 8/22/19 | Freya Pitts | Call re regs analysis | 0.5 |
| 8/22/19 | Freya Pitts | Email correspondence re: regulations | 0.9 |
| 8/22/19 | Freya Pitts | Call re: regs strategy | 1.2 |
| 8/22/19 | Freya Pitts | Follow up conversation with N. Desai re: regs strategy and next steps | 0.1 |
| 8/22/19 | Freya Pitts | Review new Flores regulations | 1.1 |
| 8/22/19 | Freya Pitts | Confer with N. Desai re: supporting declarations | 0.1 |
| 8/22/19 | Freya Pitts | Follow up with declarants supporting briefing on regulations | 0.2 |
| 8/22/19 | Freya Pitts | Confer with L. Welch and N. Desai re: declarants and brief outline | 0.5 |
| 8/22/19 | Freya Pitts | Review materials provided by potential declarants and compile memo re: possible declarations for N. Desai | 3.2 |
| 8/22/19 | Freya Pitts | Confer with N. Desai re: potential declarants | 0.4 |
| 8/22/19 | Freya Pitts | Review draft declaration from expert | 0.6 |
| 8/23/19 | Freya Pitts | Email correspondence re: declarations in support of regs briefing | 0.2 |
| 8/23/19 | Freya Pitts | Review materials in preparation for call with expert | 0.3 |
| 8/23/19 | Freya Pitts | Call with expert | 0.2 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 8/23/19 | Freya Pitts | Review new Flores regulations | 1.2 |
| 8/23/19 | Freya Pitts | Call re: potential supporting declaration for regs briefing | 0.3 |
| 8/23/19 | Freya Pitts | Confer with N. Desai re: strategy for brief re: regs | 0.3 |
| 8/23/19 | Freya Pitts | Confer with L. Welch and N. Desai re: regulations | 0.5 |
| 8/23/19 | Freya Pitts | Meet with N. Desai re: expert declaration | 0.2 |
| 8/23/19 | Freya Pitts | Email correspondence re: regulations | 0.1 |
| 8/23/19 | Freya Pitts | Propose revisions to expert declaration and compile materials for expert's review | 3.7 |
| 8/23/19 | Freya Pitts | Email correspondence re: expert declaration | 0.2 |
| 8/24/19 | Freya Pitts | Propose revisions to expert declaration; email expert re: same | 0.8 |
| 8/24/19 | Freya Pitts | Email correspondence re: regulations response | 0.8 |
| 8/24/19 | Freya Pitts | Review new Flores regulations | 3.5 |
| 8/25/19 | Freya Pitts | Email correspondence re: regulations response | 0.3 |
| 8/26/19 | Freya Pitts | Team call re: brief on regs issue | 0.4 |
| 8/26/19 | Freya Pitts | Email correspondence re: declarants in support of regs briefing | 0.2 |
| 8/26/19 | Freya Pitts | Review new Flores regulations | 1 |
| 8/26/19 | Freya Pitts | Review draft brief in support of MTE on regs | 0.5 |
| 8/26/19 | Freya Pitts | Confer with L. Welch re: regs briefing | 0.6 |
| 8/26/19 | Freya Pitts | Review declaration and provide feedback | 0.1 |
| 8/26/19 | Freya Pitts | Call with N. Desai re: chart exhibit for regs briefing | 0.2 |
| 8/26/19 | Freya Pitts | Propose revisions to expert declaration | 0.8 |
| 8/26/19 | Freya Pitts | Confer with L. Welch and N. Desai re: regulations response | 0.5 |
| 8/26/19 | Freya Pitts | Revise chart exhibit for regs briefing | 5 |
| 8/27/19 | Freya Pitts | Review M. Adamson memorandum re: weakening language in regulatory text | 0.1 |
| 8/27/19 | Freya Pitts | Review declaration | 0.2 |
| 8/27/19 | Freya Pitts | Confer with N. Desai re: chart exhibit supporting regs briefing | 0.4 |
| 8/27/19 | Freya Pitts | Review new Flores regulations | 1.1 |
| 8/27/19 | Freya Pitts | Revise chart exhibit for regs briefing | 3.6 |
| 8/27/19 | Freya Pitts | Confer with N. Desai re: FRCs and supporting evidence for brief | 0.5 |
| 8/27/19 | Freya Pitts | Confer with L. Welch and N. Desai re: research needs | 0.4 |
| 8/27/19 | Freya Pitts | Review draft for regulations briefing | 0.3 |
| 8/27/19 | Freya Pitts | Legal research re: rulemaking around contractual obligations | 0.9 |
| 8/27/19 | Freya Pitts | Propose revisions to declaration | 0.5 |
| 8/27/19 | Freya Pitts | Meeting with N. Desai and K. Setren re appendix to brief | 0.4 |
| 8/28/19 | Freya Pitts | Review new Flores regulations | 1.1 |
| 8/28/19 | Freya Pitts | Confer with N. Desai re: regulations briefing | 0.1 |
| 8/28/19 | Freya Pitts | Propose revisions to declaration | 2 |
| 8/28/19 | Freya Pitts | Email correspondence with N. Desai re: implementation timeline for regulations | 0.1 |
| 8/28/19 | Freya Pitts | Review declaration | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/28/19 | Freya Pitts | Confer with N. Desai and L.Welch re: declarations, including finalizing declarations | 0.5 |
| 8/28/19 | Freya Pitts | Propose revisions to declaration | 1.5 |
| 8/28/19 | Freya Pitts | Propose revisions to expert declaration | 0.5 |
| 8/28/19 | Freya Pitts | Legal research re: remedy for regs briefing | 1.2 |
| 8/28/19 | Freya Pitts | Confer with M. Adamson re: chart exhibit in support of regs briefing | 0.2 |
| 8/28/19 | Freya Pitts | Confer with M. Adamson re: cite check for regs briefing | 0.2 |
| 8/28/19 | Freya Pitts | Review and edit brief re: regulations | 2.5 |
| 8/29/19 | Freya Pitts | Internal NCYL meeting re: Flores regulations | 0.1 |
| 8/29/19 | Freya Pitts | Review motion re: page numbers | 0.1 |
| 8/29/19 | Freya Pitts | Legal research re: remedy for regs briefing | 1 |
| 8/29/19 | Freya Pitts | Confer with N. Desai and M. Adamson re: chart exhibit in support of regs briefing | 0.2 |
| 8/29/19 | Freya Pitts | Review and edit brief re: regulations | 2.8 |
| 8/29/19 | Freya Pitts | Review new legal citations re: remedy; email correspondence re: same | 0.2 |
| 8/30/19 | Freya Pitts | Review FRC standards; email correspondence re: same | 0.2 |
| 8/30/19 | Freya Pitts | Review and revise brief re: regulations and confer with team re: same | 3.6 |
| 8/30/19 | Freya Pitts | Confer with L. Welch re: revisions to regs brief | 0.2 |
| 8/30/19 | Freya Pitts | Review proposed order for Flores brief | 0.1 |
| 8/30/19 | Freya Pitts | Confer with M. Adamson re: brief filing | 0.1 |
| 8/30/19 | Freya Pitts | Review Defendants' 60(b)(5) motion | 0.2 |
| 9/2/19 | Freya Pitts | Receive and review email correspondence re: response to 60(b)(5) motion and C. Holguin draft opposition to motion to exceed page limits | 0.3 |
| 9/2/19 | Freya Pitts | Confer with L. Welch re: 60(b)(5) motion | 0.1 |
| 9/3/19 | Freya Pitts | Team call re: 60(b) motion | 0.3 |
| 9/3/19 | Freya Pitts | Review Defendants' 60(b) motion | 0.4 |
| 9/3/19 | Freya Pitts | Internal NCYL follow-up meeting re: strategy | 0.9 |
| 9/3/19 | Freya Pitts | Email correspondence re: Flores regulations | 0.2 |
| 9/3/19 | Freya Pitts | Review brief outline for 60(b)(5) response | 0.1 |
| 9/4/19 | Freya Pitts | Confer with P. Juneja re: response to 60(b)(5) motion | 0.2 |
| 9/4/19 | Freya Pitts | Review updated brief outline for 60(b)(5) response | 0.2 |
| 9/4/19 | Freya Pitts | Check docket for APA challenge to Flores regulations; email P. Juneja re: same | 0.1 |
| 9/4/19 | Freya Pitts | Review hard copy Flores files to inform briefing on 60(b) motion; email correspondence re: same | 1.9 |
| 9/4/19 | Freya Pitts | Legal research re: commonality to inform briefing on 60(b) motion; email correspondence re: same | 0.9 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/4/19 | Freya Pitts | Review Defendants' 60(b) motion | 0.7 |
| 9/5/19 | Freya Pitts | Review Defendants' 60(b) motion | 0.7 |
| 9/5/19 | Freya Pitts | Review class certification section of draft 60(b) opposition brief | 0.9 |
| 9/5/19 | Freya Pitts | Review P. Juneja resources relevant to 60(b) briefing, including re: original class notice | 0.2 |
| 9/5/19 | Freya Pitts | Confer with P. Juneja re: response to 60(b)(5) motion | 0.1 |
| 9/5/19 | Freya Pitts | Review Flores docket to inform 60(b) briefing; confer with P. Juneja re: same | 0.6 |
| 9/5/19 | Freya Pitts | Review L. Welch memo re: termination of consent decrees | 0.4 |
| 9/5/19 | Freya Pitts | Review 60(b) brief draft | 0.7 |
| 9/6/19 | Freya Pitts | Review and revise updated 60(b) draft | 1.8 |
| 9/6/19 | Freya Pitts | Confer with L. Welch re: 60(b) opposition brief | 0.3 |
| 9/6/19 | Freya Pitts | Confer with L. Welch and M. Adamson re: 60(b) opposition brief | 0.7 |
| 9/6/19 | Freya Pitts | Revise 60(b) opposition brief draft | 3.1 |
| 9/6/19 | Freya Pitts | Receive and review email correspondence re: 60(b) opposition brief | 0.2 |
| 9/7/19 | Freya Pitts | Revise 60(b) opposition brief draft section re: res judicata | 2.2 |
| 9/8/19 | Freya Pitts | Revise 60(b) opposition brief draft | 2.7 |
| 9/9/19 | Freya Pitts | Receive and review email correspondence re: 60(b) opposition brief edits | 0.2 |
| 9/9/19 | Freya Pitts | Confer with N. Desai and M. Adamson re: 60(b) opposition brief edits | 0.4 |
| 9/9/19 | Freya Pitts | Confer with N. Desai re: 60(b) opposition brief | 0.1 |
| 9/9/19 | Freya Pitts | Review and revise updated 60(b) draft | 0.9 |
| 9/10/19 | Freya Pitts | Team call re: 60(b) brief | 0.5 |
| 9/10/19 | Freya Pitts | Email correspondence re: ORR working paper filed with government's motion | 0.1 |
| 9/10/19 | Freya Pitts | Review R. Kathawala edits to 60(b) brief | 0.3 |
| 9/10/19 | Freya Pitts | Review H. Cooper edits to 60(b) brief | 0.2 |
| 9/11/19 | Freya Pitts | Review 60(b) brief draft; email correspondence re: same | 0.2 |
| 9/11/19 | Freya Pitts | Email correspondence and consult local rules re: signatures on declarations | 0.2 |
| 9/11/19 | Freya Pitts | Review C. Holguin draft section of 60(b) brief | 1.7 |
| 9/12/19 | Freya Pitts | Add citations to amicus briefing to 60(b) brief | 3.3 |
| 9/12/19 | Freya Pitts | Proofread and revise 60(b) brief; confer with N. Desai re: same | 2.7 |
| 9/12/19 | Freya Pitts | Review L. Welch edits to 60(b) brief | 0.1 |
| 9/13/19 | Freya Pitts | Email correspondence re: 60(b) brief | 0.3 |
| 9/13/19 | Freya Pitts | Final review of 60(b) brief | 5 |
| 9/16/19 | Freya Pitts | Team call re: oral argument on regulations briefing | 0.1 |
| 9/16/19 | Freya Pitts | Review final filed 60(b) brief and supporting declarations | 0.2 |
| 9/17/19 | Freya Pitts | Confer with L. Welch re: oral argument prep for 60(b) motion | 0.2 |
| 9/17/19 | Freya Pitts | Review final filed 60(b) brief and supporting declarations | 0.7 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/18/19 | Freya Pitts | Review final filed 60(b) brief and supporting declarations | 0.3 |
| 9/21/19 | Freya Pitts | Review government reply brief | 0.4 |
| 9/23/19 | Freya Pitts | Team call re: oral argument | 0.3 |
| 9/23/19 | Freya Pitts | Internal NCYL meeting re: oral argument prep and MTE | 0.2 |
| 9/25/19 | Freya Pitts | Confer with M. Adamson re: hearing prep | 0.2 |
| 9/25/19 | Freya Pitts | Draft hearing prep outline | 3.4 |
| 9/26/19 | Freya Pitts | Receive and review email correspondence re: hearing prep | 0.1 |
| 9/26/19 | Freya Pitts | Review hearing prep document and government reply brief; confer with L. Welch re: same | 0.9 |
| 9/26/19 | Freya Pitts | Call re: oral argument prep | 1.8 |
| 9/27/19 | Freya Pitts | Team debrief following hearing re: regulations | 0.2 |
| 9/27/19 | Freya Pitts | Attend hearing re: regulations | 0.7 |
| 9/27/19 | Freya Pitts | Review DMG order re: regulations | 0.3 |
| 9/27/19 | Freya Pitts | Call with regulatory expert re: DMG order re: regulations | 0.2 |
| 9/27/19 | Freya Pitts | Type up and circulate notes from hearing on regulations | 0.4 |
| 9/30/19 | Freya Pitts | Team call re: regulations next steps | 0.4 |
| 9/30/19 | Freya Pitts | Receive and review email correspondence re: regulations strategy and next steps | 0.1 |
| 9/30/19 | Freya Pitts | Confer with L. Welch and P. Juneja re: MTE and 60(b) next steps | 0.3 |
| 10/3/19 | Freya Pitts | Confer with P. Juneja re: motion to stay | 0.1 |
| 10/3/19 | Freya Pitts | Confer with P. Juneja and K. Setren re: transcript request | 0.1 |
| 10/11/19 | Freya Pitts | Receive and review email correspondence re: potential motion to stay | 0.1 |
| 10/15/19 | Freya Pitts | Team call re: regulations | 0.5 |
| 11/4/19 | Freya Pitts | Review Culajay case and email correspondence re: same relevant to Flores regulations | 0.3 |
| 11/5/19 | Freya Pitts | Review draft stay motion; email correspondence re: same | 0.3 |
| 11/9/19 | Freya Pitts | Email correspondence re: anticipated regs appeal | 0.2 |
| 11/25/19 | Freya Pitts | Team call re: appeal | 0.1 |
| 11/26/19 | Freya Pitts | Confer with M. Adamson re: appeal, opposition to expedited schedule | 0.1 |
| 12/2/19 | Freya Pitts | Team call re: regs litigation and appeal | 0.3 |
| 12/4/19 | Freya Pitts | Email correspondence re: appeal, appearances | 0.1 |
| 12/5/19 | Freya Pitts | Confer with L. Welch, N. Desai, and P. Juneja re: appeal | 0.1 |
| 12/9/19 | Freya Pitts | Internal NCYL follow-up discussion of appeal | 0.1 |
| 12/9/19 | Freya Pitts | Review Ninth Circuit admissions paperwork for P. Juneja and N. Desai | 0.1 |
| 12/9/19 | Freya Pitts | Receive and review email correspondence re: appeal strategy | 0.2 |
| 12/9/19 | Freya Pitts | Team call re: appeal | 0.2 |
| 12/13/19 | Freya Pitts | Assist K. Setren with Ninth Circuit appearances | 0.3 |
| 12/16/19 | Freya Pitts | Team call re: appeal | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 12/17/19 | Freya Pitts | Receive and review D. de Gramont memo re: standard of review | 0.4 |
| 12/18/19 | Freya Pitts | Receive and review D. de Gramont memo re: waiver | 0.1 |
| 12/18/19 | Freya Pitts | Review D. de Gramont memo re: waiver & forfeiture | 0.1 |
| 12/20/19 | Freya Pitts | Review D. de Gramont memo re: remedy | 0.2 |
| 12/20/19 | Freya Pitts | Preliminary review of government brief on regs appeal | 0.1 |
| 12/21/19 | Freya Pitts | Review government's brief on regs appeal | 1.1 |
| 12/27/19 | Freya Pitts | Review shell brief for regs appeal | 0.2 |
| 12/29/19 | Freya Pitts | Review shell brief for regs appeal | 0.1 |
| 12/30/19 | Freya Pitts | Review shell brief for regs appeal | 0.5 |
| 12/31/19 | Freya Pitts | Edit regs appeal brief outline | 1.4 |
| 1/1/20 | Freya Pitts | Review P. Juneja edits to 9th Circuit brief outline and email correspondence re: same | 0.1 |
| 1/2/20 | Freya Pitts | Confer with N. Desai re: Ninth Circuit brief outline | 0.1 |
| 1/2/20 | Freya Pitts | Review L. Welch revisions to 9th Circuit brief outline | 0.1 |
| 1/2/20 | Freya Pitts | Email correspondence re: Ninth Circuit brief outline | 0.1 |
| 1/3/20 | Freya Pitts | Confer with N. Desai and D. de Gramont re: Ninth Circuit brief outline | 1.6 |
| 1/3/20 | Freya Pitts | Review N. Desai and L. Welch revisions to Ninth Circuit brief outline | 0.4 |
| 1/3/20 | Freya Pitts | Confer with D. de Gramont re: Ninth Circuit brief outline | 0.1 |
| 1/3/20 | Freya Pitts | Review D. Felt revisions to Ninth Circuit brief outline | 0.1 |
| 1/3/20 | Freya Pitts | Legal research re: standard of review and legal standard; review and analyze Nehmer (9th Cir.) | 0.6 |
| 1/6/20 | Freya Pitts | Internal follow up meeting re: Ninth Circuit brief on regs | 0.5 |
| 1/6/20 | Freya Pitts | Confer with N. Desai, revise outline for 9th Circuit brief on regs | 0.3 |
| 1/6/20 | Freya Pitts | Team call re: Ninth Circuit brief on regs | 0.7 |
| 1/7/20 | Freya Pitts | Revise legal standards sections of 9th Circuit brief | 1.8 |
| 1/7/20 | Freya Pitts | Email correspondence re: Ninth Circuit brief drafting | 0.1 |
| 1/8/20 | Freya Pitts | Confer with N. Desai re: legal standards and class certification sections of Ninth Circuit brief | 0.1 |
| 1/8/20 | Freya Pitts | Confer with D. de Gramont re: standard of review section of Ninth Circuit brief | 0.2 |
| 1/8/20 | Freya Pitts | Review D. de Gramont legal research memo and draft of Ninth Circuit brief section re: executive power | 1.3 |
| 1/8/20 | Freya Pitts | Revise Ninth Circuit brief section re: executive power | 1.4 |
| 1/9/20 | Freya Pitts | Confer with P. Juneja re: Ninth Circuit brief strategy | 0.1 |
| 1/9/20 | Freya Pitts | Review district court briefing, order, and opening brief to develop outline for sections of Ninth Circuit brief (history of noncompliance, class certification, public interest in maintaining agreement) | 6.2 |
| 1/9/20 | Freya Pitts | Review C. Holguin draft brief section on remedy | 0.3 |

| Date | Name | Description | Time |
|---|---|---|---|
| 1/9/20 | Freya Pitts | Draft and revise Ninth Circuit brief sections on history of noncompliance and public interest in maintaining agreement | 1.9 |
| 1/10/20 | Freya Pitts | Draft Ninth Circuit brief sections re: class certification arguments | 2.2 |
| 1/10/20 | Freya Pitts | Confer with P. Juneja and L. Welch re: Ninth Circuit brief strategy | 0.2 |
| 1/10/20 | Freya Pitts | Confer with K. Setren re: Flores Ninth Circuit brief draft | 0.2 |
| 1/12/20 | Freya Pitts | Confer with L. Welch re: revisions to Ninth Circuit Flores brief | 0.1 |
| 1/12/20 | Freya Pitts | Revise Ninth Circuit brief (sections re: 60b motion, focusing on legal standard and discrepancies between the Final Rule and the Settlement language) | 3.7 |
| 1/13/20 | Freya Pitts | Internal follow up meeting re: Ninth Circuit brief on regs | 0.4 |
| 1/13/20 | Freya Pitts | Team call, including re: Ninth Circuit brief on regs | 1.3 |
| 1/14/20 | Freya Pitts | Confer with D. de Gramont re: supplemental excerpts of record | 0.1 |
| 1/16/20 | Freya Pitts | Confer with P. Juneja re: Ninth Circuit brief strategy | 0.1 |
| 1/16/20 | Freya Pitts | Email correspondence with internal NCYL team re: cite checking Ninth Circuit brief | 0.2 |
| 1/16/20 | Freya Pitts | Review citation rules for Ninth Circuit brief | 0.1 |
| 1/16/20 | Freya Pitts | Review C. Holguin draft Ninth Circuit brief; discuss with NCYL team | 2.5 |
| 1/16/20 | Freya Pitts | Revise 60(b) section of Ninth Circuit brief | 5.8 |
| 1/16/20 | Freya Pitts | Call with L. Welch, H. Cooper, D. Felt, J.J. Mulligan, N. Desai, P. Juneja, M. Adamson, D. de Gramont and M. Bedrick re: brief draft and next steps | 1 |
| 1/16/20 | Freya Pitts | Meeting with D. DeGramont, M. Adamson, N. Desai re draft | 0.5 |
| 1/17/20 | Freya Pitts | Review updated draft of Ninth Circuit brief; email correspondence with NCYL team re: further edits to same | 0.2 |
| 1/17/20 | Freya Pitts | Confer with L. Welch re: revisions to Ninth Circuit Flores brief | 0.1 |
| 1/17/20 | Freya Pitts | Confer with D. de Gramont re: revisions to executive power section of brief | 0.1 |
| 1/17/20 | Freya Pitts | Revise Ninth Circuit brief sections re: executive power and changed factual circumstances | 1.4 |
| 1/17/20 | Freya Pitts | Cite check Ninth Circuit brief sections re: changed factual circumstances, class certification, and the public interest | 7.2 |
| 1/17/20 | Freya Pitts | Confer with N. Desai and M. Adamson re: cite check | 0.1 |
| 1/17/20 | Freya Pitts | Revise questions presented for Ninth Circuit brief | 0.2 |
| 1/17/20 | Freya Pitts | Revise paragraph re: sunset provision | 0.4 |
| 1/17/20 | Freya Pitts | Email correspondence re: summary of argument | 0.1 |
| 1/17/20 | Freya Pitts | Email correspondence re: word count | 0.1 |
| 1/18/20 | Freya Pitts | Revise summary of argument | 1.7 |
| 1/18/20 | Freya Pitts | Cite check Ninth Circuit brief sections re: discrepancies between rule and Settlement Agreement, and remedy | 2.7 |
| 1/18/20 | Freya Pitts | Confer with M. Adamson re: citations | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 1/18/20 | Freya Pitts | Proofread brief draft | 2.7 |
| 1/18/20 | Freya Pitts | Email L. Welch re: suggested revisions to discussion of prior Ninth Circuit rulings | 0.4 |
| 1/18/20 | Freya Pitts | Email M. Adamson re: cover page | 0.1 |
| 1/18/20 | Freya Pitts | Confer with D. de Gramont re: inclusion of federal register pages in supplemental excerpts of record | 0.2 |
| 1/19/20 | Freya Pitts | Review C. Holguin edits to draft brief | 0.6 |
| 1/19/20 | Freya Pitts | Confer with N. Desai re: finalizing Ninth Circuit brief | 0.1 |
| 1/20/20 | Freya Pitts | Revise and finalize Ninth Circuit brief | 5.1 |
| 1/21/20 | Freya Pitts | Discuss finalizing brief with internal NCYL team | 0.1 |
| 1/21/20 | Freya Pitts | Final pre-filing review of Ninth Circuit brief | 4 |
| 1/21/20 | Freya Pitts | With NCYL team, finalize brief and send to Orrick for filing | 0.6 |
| 1/21/20 | Freya Pitts | Confer with N. Desai and D. de Gramont re: Ninth Circuit brief paper copies | 0.1 |
| 1/27/20 | Freya Pitts | Confer with D. de Gramont re: oral argument scheduling | 0.1 |
| 2/4/20 | Freya Pitts | Review government's Ninth Circuit reply brief | 0.6 |
| 2/13/20 | Freya Pitts | Review motion seeking expedited oral argument and new panel; confer with P. Juneja re: same | 0.3 |
| 2/13/20 | Freya Pitts | Confer with D. de Gramont re: government's motion seeking expedited oral argument and new panel | 0.1 |
| 2/13/20 | Freya Pitts | Confer with M. Adamson and N. Desai re: government's motion seeking expedited oral argument and new panel | 0.1 |
| 2/14/20 | Freya Pitts | Review and revise draft oppositon to renewed motion to expedite | 0.6 |
| 2/14/20 | Freya Pitts | Confer with P. Juneja re: draft opposition to renewed motion to expedite | 0.3 |
| 2/19/20 | Freya Pitts | Review government's reply to opposition to expedite oral argument | 0.1 |
| 2/20/20 | Freya Pitts | Confer with P. Juneja re: panel assignment and next steps | 0.1 |
| 2/24/20 | Freya Pitts | Team call re: oral argument | 0.2 |
| 5/4/20 | Freya Pitts | Team call re: 28(j) letter in regs appeal | 0.1 |
| 5/11/20 | Freya Pitts | Review C. Holguin draft 28j letter | 0.1 |
| 5/11/20 | Freya Pitts | Team call re: Ninth Circuit argument | 0.7 |
| 5/12/20 | Freya Pitts | Confer with L. Welch and P. Juneja re: preparation for oral argument in Ninth Circuit | 0.1 |
| 5/13/20 | Freya Pitts | Review filed 28j letter to inform oral argument prep | 0.1 |
| 5/15/20 | Freya Pitts | Prep call for Ninth Circuit oral argument | 1.8 |
| 5/18/20 | Freya Pitts | Team call re: Ninth Circuit argument | 0.6 |
| 5/19/20 | Freya Pitts | Watch Ninth Circuit oral argument re: regulations | 1 |
| | | **Total** | **209.3** |
| | | **Total with 10% reduction** | **188.4** |

| Date | Name | Description | Time |
|---|---|---|---|
| 10/3/18 | Crystal Adams | Call with ND re analysis of regs | 0.6 |
| 10/4/18 | Crystal Adams | Draft comparison of FSA and proposed regs | 0.6 |
| 10/4/18 | Crystal Adams | Draft comparison of FSA and proposed regs | 0.6 |
| 10/5/18 | Crystal Adams | Draft comparison of FSA and proposed regs | 2.8 |
| 10/5/18 | Crystal Adams | Draft comparison of FSA and proposed regs | 2.8 |
| 10/9/18 | Crystal Adams | Internal NCYL call with Neha D., Melissa A., Freya P., Kira S re regs | 0.5 |
| 10/15/18 | Crystal Adams | Call with Neha Desai re proposed regulations to terminate Flores settlement | 0.2 |
| 10/15/18 | Crystal Adams | Internal NCYL call with Leecia W., Melissa A., Freya P., Kira S, Neha D. regarding proposed regulations | 0.6 |
| 10/29/18 | Crystal Adams | Co-counsel call re proposed regulations | 0.8 |
| 10/30/18 | Crystal Adams | Call with Neha to discuss comments to Flores regulations | 0.4 |
| 10/30/18 | Crystal Adams | Draft summary of Flores regulations compared to Flores settlement | 4.5 |
| 10/31/18 | Crystal Adams | Draft summary of Flores regulations compared to Flores settlement | 0.8 |
| 11/2/18 | Crystal Adams | Call with Neha to discuss comments to Flores regulations | 0.2 |
| 11/5/18 | Crystal Adams | Edit comments regarding regulations to terminate Flores settlement | 2.2 |
| 11/6/18 | Crystal Adams | Edit comments regarding regulations to terminate Flores settlement | 5.7 |
| 11/13/18 | Crystal Adams | Co-counsel call re proposed regulations | 0.5 |
| 11/19/18 | Crystal Adams | Internal NCYL call with Neha D., Leecia W., Melissa A., Freya P., Kira S re proposed regs | 0.5 |
| 9/3/19 | Crystal Adams | Co-counsel call re Flores regs litigation | 0.3 |
| 9/16/19 | Crystal Adams | Co-counsel call re Flores regs litigation | 0.1 |
| 9/30/19 | Crystal Adams | Co-counsel call re Flores regs litigation | 0.4 |
| 10/7/19 | Crystal Adams | Co-counsel call re Flores regs litigation | 0.1 |
| 10/15/19 | Crystal Adams | Co-counsel call re Flores regs litigation | 0.5 |
| 12/9/19 | Crystal Adams | Co-counsel call to discuss strategy re litigation re Ds' Flores regs | 0.2 |
| 12/16/19 | Crystal Adams | Co-counsel call re strategy re litigation re Ds' Flores regs | 0.3 |
| 1/6/20 | Crystal Adams | Co-counsel call re strategy re litigation re Ds' Flores regs | 0.7 |
| 1/13/20 | Crystal Adams | Co-counsel call re strategy re litigation re Ds' Flores regs | 1.3 |
| 2/24/20 | Crystal Adams | Co-counsel call with team members from UC Davis, NCYL discussing oral argument re Flores final regulations | 0.2 |
| 3/2/20 | Crystal Adams | Co-counsel call with team members from UC Davis, NCYL discussing oral argument re Flores final regulations | 0.1 |
| 5/19/20 | Crystal Adams | Observe Ninth Circuit oral argument re Flores regulation litigation | 0.8 |
| | | **Total** | **29.3** |
| | | **Total with 10% reduction** | **26.4** |

| Date | Name | Description | Time |
|---|---|---|---|
| 10/9/18 | Melissa Adamson | NCYL meeting re regs | 0.5 |
| 10/15/18 | Melissa Adamson | Internal NCYL call re proposed regs | 0.6 |
| 10/29/18 | Melissa Adamson | Review proposed regulations | 5.9 |
| 10/29/18 | Melissa Adamson | Draft regulations brief section | 3.2 |
| 10/30/18 | Melissa Adamson | Edit regulations brief section | 2.8 |
| 10/31/18 | Melissa Adamson | Edit regulations brief section | 4.1 |
| 11/1/18 | Melissa Adamson | Flores team meeting (LW, PJ, ND, HC, CH) (regs) | 1.4 |
| 11/1/18 | Melissa Adamson | Edit regulations comments | 1.2 |
| 11/2/18 | Melissa Adamson | Draft regulations comments | 4.9 |
| 11/5/18 | Melissa Adamson | Edit regulations comments | 3.7 |
| 11/6/18 | Melissa Adamson | Edit regulations comments | 5.4 |
| 11/16/18 | Melissa Adamson | Edit reply brief re: regulations | 3.2 |
| 8/28/19 | Melissa Adamson | Meeting with K. Setren re regs chart | 0.5 |
| 8/29/19 | Melissa Adamson | Discuss chart exhibit for regs briefing with FP and ND | 0.2 |
| 9/3/19 | Melissa Adamson | Co-counsel meeting re regs | 0.3 |
| 9/3/19 | Melissa Adamson | Review final regulations | 4.7 |
| 9/3/19 | Melissa Adamson | Analyze team correspondence re: extension of brief deadline | 0.3 |
| 9/4/19 | Melissa Adamson | Co-counsel call re Flores regs brief (ND, LC, HC, CH, RK) | 1.2 |
| 9/4/19 | Melissa Adamson | Team meeting re: Flores regs brief (ND, LW, PJ, MA, FP) | 0.8 |
| 9/4/19 | Melissa Adamson | Review prior Flores briefing and court orders 2015-2019 in preparation for regs brief | 2.1 |
| 9/4/19 | Melissa Adamson | Research and drafting of Flores regs brief | 3.5 |
| 9/4/19 | Melissa Adamson | Confer with ND re: potential declarants | 0.8 |
| 9/4/19 | Melissa Adamson | Correspond with potential declarants | 0.5 |
| 9/5/19 | Melissa Adamson | Research in preparation of Flores regs brief | 5.4 |
| 9/5/19 | Melissa Adamson | Correspond with team re: Flores regs brief | 0.6 |
| 9/5/19 | Melissa Adamson | Analyze edits of draft of Flores regs brief | 1.2 |
| 9/5/19 | Melissa Adamson | Confer with ND, LW re: draft of brief | 0.9 |
| 9/5/19 | Melissa Adamson | Review memo re: consent decrees | 0.4 |
| 9/6/19 | Melissa Adamson | Confer with FP and LW re opposition brief | 0.7 |
| 9/6/19 | Melissa Adamson | Research and drafting of Flores regs brief | 7.1 |
| 9/7/19 | Melissa Adamson | Research and drafting of Flores regs brief | 5.5 |
| 9/8/19 | Melissa Adamson | Correspond with potential declarants | 0.5 |
| 9/8/19 | Melissa Adamson | Research and drafting of Flores regs brief | 4.3 |
| 9/8/19 | Melissa Adamson | Confer with ND re: potential declarants, Flores regs brief | 0.8 |
| 9/9/19 | Melissa Adamson | Research and drafting of Flores regs brief | 5.2 |
| 9/9/19 | Melissa Adamson | Confer with FP, ND re: Flores regs brief | 0.8 |
| 9/9/19 | Melissa Adamson | Correspond with potential declarants | 1.3 |
| 9/10/19 | Melissa Adamson | Co-counsel meeting re Flores regs | 0.5 |
| 9/10/19 | Melissa Adamson | Analyze RK's edits to Flores regs brief | 0.4 |
| 9/10/19 | Melissa Adamson | Analyze correspondence with team re: Flores regs brief | 0.6 |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/10/19 | Melissa Adamson | Correspond with potential declarants | 0.5 |
| 9/11/19 | Melissa Adamson | Correspond with potential declarants | 0.4 |
| 9/11/19 | Melissa Adamson | Drafting of Flores regs brief, integration of declarations | 3.7 |
| 9/12/19 | Melissa Adamson | Correspond with potential declarants | 0.8 |
| 9/12/19 | Melissa Adamson | Drafting of Flores regs brief, integration of amicus briefs | 2.3 |
| 9/13/19 | Melissa Adamson | Revision of Flores regs brief | 5.4 |
| 9/16/19 | Melissa Adamson | Team meeting re 9/27 hearing | 0.1 |
| 9/20/19 | Melissa Adamson | Review Defendant's reply brief | 1.2 |
| 9/23/19 | Melissa Adamson | Co-counsel meeting re Flores regs hearing | 0.2 |
| 9/23/19 | Melissa Adamson | Research in preparation of 9/27 Flores regs hearing | 1.8 |
| 9/23/19 | Melissa Adamson | Confer with ND re: preparation for 9/27 hearing | 0.7 |
| 9/23/19 | Melissa Adamson | Preparation for 9/27 Flores regs hearing | 1.3 |
| 9/24/19 | Melissa Adamson | Preparation for 9/27 Flores regs hearing | 1.1 |
| 9/25/19 | Melissa Adamson | Confer with FP, DDG, MB re: preparation for 9/27 hearing | 0.9 |
| 9/25/19 | Melissa Adamson | Preparation for 9/27 Flores regs hearing | 9.8 |
| 9/26/19 | Melissa Adamson | Co-counsel call re: 9/27 Flores regs hearing (MA, ND, PJ, CH, HC, LW) | 2.3 |
| 9/27/19 | Melissa Adamson | Court hearing re: Flores regs and 60(b) motion | 0.7 |
| 9/27/19 | Melissa Adamson | Analyze 9/27 Court order re: Flores regs and 60(b) motion | 0.5 |
| 9/27/19 | Melissa Adamson | Correspond with team re: 9/27 Flores regs hearing | 0.6 |
| 9/30/19 | Melissa Adamson | Team meeting (9/27 Flores regs hearing and order) | 0.4 |
| 10/7/19 | Melissa Adamson | Team meeting re Flores regs | 0.1 |
| 10/10/19 | Melissa Adamson | Review transcript of 9/27/19 court hearing | 0.4 |
| 10/31/19 | Melissa Adamson | Review of briefs in Culajay, referencing Flores regulations | 0.4 |
| 11/18/19 | Melissa Adamson | Team Meeting re Flores regs | 0.3 |
| 11/25/19 | Melissa Adamson | Team re Flores regs | 0.1 |
| 12/2/19 | Melissa Adamson | Team Meeting re Flores regs appeal | 0.3 |
| 12/3/19 | Melissa Adamson | Review granted motion to expedite | 0.2 |
| 12/4/19 | Melissa Adamson | Review previously filed amicus briefs (Flores Regs) | 0.9 |
| 12/5/19 | Melissa Adamson | Discussion of previously filed amicus briefs (Flores Regs) MA, ND, HC | 1 |
| 12/21/19 | Melissa Adamson | Analyze Defendant's 60b/regs Ninth Circuit appeal | 1.4 |
| 1/3/20 | Melissa Adamson | Call with ND, DDG re: Ninth Circuit regs appellee brief | 0.3 |
| 1/3/20 | Melissa Adamson | Call with ND re: Ninth Circuit regs appellee brief | 0.6 |
| 1/3/20 | Melissa Adamson | Review DOF edits to Ninth Circuit regs appellee brief outline | 0.2 |
| 1/3/20 | Melissa Adamson | Review ND edits to Ninth Circuit regs appellee brief outline | 0.1 |
| 1/6/20 | Melissa Adamson | Co-Counsel call (appellee brief) | 0.7 |
| 1/6/20 | Melissa Adamson | NCYL team call (appellate brief drafting) | 0.5 |
| 1/6/20 | Melissa Adamson | Review DDG memo re: standard of review in preparation for drafting appellee brief | 0.4 |
| 1/6/20 | Melissa Adamson | Review ND email re: updated appellee brief outline | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 1/7/20 | Melissa Adamson | Review DDG memo re: executive power | 0.4 |
| 1/7/20 | Melissa Adamson | Draft sections of appellee brief | 3.8 |
| 1/7/20 | Melissa Adamson | Emails within team re: appellee brief draft timing | 0.1 |
| 1/8/20 | Melissa Adamson | Meet with ND re: appellee brief | 0.5 |
| 1/8/20 | Melissa Adamson | Draft sections of appellee brief | 6.6 |
| 1/8/20 | Melissa Adamson | Confer with DDG re: appellee brief drafting | 0.4 |
| 1/9/20 | Melissa Adamson | NCYL team call (appellee brief drafting) | 0.5 |
| 1/9/20 | Melissa Adamson | Review DDG email re: appellee brief | 0.1 |
| 1/9/20 | Melissa Adamson | Confer with DDG re: appellee brief | 0.1 |
| 1/9/20 | Melissa Adamson | Review CH draft appellee brief sections | 0.3 |
| 1/9/20 | Melissa Adamson | Edit draft section of appellee brief | 2.4 |
| 1/9/20 | Melissa Adamson | Draft sections of appellee brief | 6.4 |
| 1/9/20 | Melissa Adamson | Confer with ND re: appellee brief draft | 0.3 |
| 1/9/20 | Melissa Adamson | Draft sections of appellee brief | 1.8 |
| 1/10/20 | Melissa Adamson | Confer with KS re: appellee brief draft integration | 0.1 |
| 1/10/20 | Melissa Adamson | Research FRC licensing, email ND re: same | 1.4 |
| 1/10/20 | Melissa Adamson | Emails with LW, ND, FP, DDG, PJ, KS re: appellee brief draft | 0.2 |
| 1/10/20 | Melissa Adamson | Edit draft section of appellee brief, email KS re: same | 4.5 |
| 1/11/20 | Melissa Adamson | Review HC, DOF, JJM draft sections of appellee brief | 0.6 |
| 1/13/20 | Melissa Adamson | Co-Counsel call (regs appeal) | 1.3 |
| 1/14/20 | Melissa Adamson | Confer with ND re: appellee brief | 0.4 |
| 1/14/20 | Melissa Adamson | Email DOF re: cite-check for appellee brief | 0.1 |
| 1/14/20 | Melissa Adamson | Review DDG email re: Ninth Circuit excerpts of record | 0.1 |
| 1/14/20 | Melissa Adamson | Emails within team re: appellee brief finalizing | 0.3 |
| 1/14/20 | Melissa Adamson | Emails within team re: excerpts of record | 0.1 |
| 1/14/20 | Melissa Adamson | Email FP, KS, MB, DDG, ND re: cite-checking appellee brief | 0.3 |
| 1/15/20 | Melissa Adamson | Emails with DOF, HC, ND re: excerpts of record | 0.2 |
| 1/16/20 | Melissa Adamson | Draft and edit appellee brief | 9.5 |
| 1/16/20 | Melissa Adamson | Confer with FP re: citations for appellee brief | 0.2 |
| 1/16/20 | Melissa Adamson | Meet with FP, DDG, MB, ND re: appellee brief draft | 0.5 |
| 1/16/20 | Melissa Adamson | Emails within team re: edits to appellee brief | 0.4 |
| 1/16/20 | Melissa Adamson | Confer with DDG re: citations for appellee brief | 0.1 |
| 1/16/20 | Melissa Adamson | Emails with JJM, HC re: appellee brief | 0.2 |
| 1/16/20 | Melissa Adamson | Email to DOF re: excerpts of record | 0.2 |
| 1/16/20 | Melissa Adamson | Email team re: citation format for appellee brief | 0.3 |
| 1/16/20 | Melissa Adamson | Call with co-counsel re brief draft | 1 |
| 1/17/20 | Melissa Adamson | Review updated appellee brief draft | 0.3 |
| 1/17/20 | Melissa Adamson | Edit and cite-check appellee brief | 7.8 |
| 1/17/20 | Melissa Adamson | Emails within team re: edits to appellee brief | 0.6 |
| 1/17/20 | Melissa Adamson | Emails to DOF, HC re: excerpts of record | 0.5 |
| 1/17/20 | Melissa Adamson | Emails within team re: filing | 0.2 |

| Date | Name | Description | Time |
|---|---|---|---|
| 1/17/20 | Melissa Adamson | Confer with FP re: appellee brief draft and cite-checking | 0.2 |
| 1/17/20 | Melissa Adamson | Emails within team re: statutory addendum | 0.3 |
| 1/17/20 | Melissa Adamson | Confer with DDG re: citations for appellee brief, excerpts of record | 0.3 |
| 1/17/20 | Melissa Adamson | Emails within team re: appellee brief draft integration | 0.2 |
| 1/18/20 | Melissa Adamson | Review RK email re: appellee brief draft | 0.1 |
| 1/18/20 | Melissa Adamson | Integrate appellee brief sections, cite-check | 9.5 |
| 1/18/20 | Melissa Adamson | Emails with HC re: edits to appelle brief | 0.3 |
| 1/18/20 | Melissa Adamson | Emails with ND re: edits to appellee brief | 0.1 |
| 1/18/20 | Melissa Adamson | Confer with ND re: edits to appellee brief | 0.3 |
| 1/18/20 | Melissa Adamson | Email to LW re: integrated appellee brief draft, next steps | 0.2 |
| 1/18/20 | Melissa Adamson | Confer with FP re: appellee brief draft and cite-checking | 0.2 |
| 1/19/20 | Melissa Adamson | Emails within team re: exceprts of record | 0.5 |
| 1/19/20 | Melissa Adamson | Emails within team re: edits to appellee brief | 0.8 |
| 1/19/20 | Melissa Adamson | Edit appellee brief, prepare excerpts of record | 1.1 |
| 1/20/20 | Melissa Adamson | Edit statutory addendum for appellee brief | 1.3 |
| 1/20/20 | Melissa Adamson | Edit and cite-check appellee brief | 8.3 |
| 1/20/20 | Melissa Adamson | Emails within team re: exceprts of record | 0.4 |
| 1/20/20 | Melissa Adamson | Confer with FP re: appellee brief and excerpts of record | 0.3 |
| 1/20/20 | Melissa Adamson | Email to LW, ND, DDG, FP re: appellee brief filing timeline | 0.2 |
| 1/20/20 | Melissa Adamson | Emails with LW, ND, DDG, FP re: appellee brief edits | 0.3 |
| 1/20/20 | Melissa Adamson | Email to LW re: SER index | 0.2 |
| 1/21/20 | Melissa Adamson | Review and edit appellee brief draft | 3.7 |
| 1/21/20 | Melissa Adamson | Emails within team re: edits to appellee brief | 0.2 |
| 1/21/20 | Melissa Adamson | Confer with ND, DDG, PJ, FP re: edits to appellee brief | 0.4 |
| 1/21/20 | Melissa Adamson | Edits within team re: filing appellee brief and SER | 0.5 |
| 2/4/20 | Melissa Adamson | Review and analyze govt's reply brief re: regs (19-56326) | 0.8 |
| 2/10/20 | Melissa Adamson | Co-Counsel call re regs appeal | 0.2 |
| 2/13/20 | Melissa Adamson | Review govt motion to expedite regs appeal (19-56326) | 0.2 |
| 2/13/20 | Melissa Adamson | Emails within team re: govt Ninth Circuit motion | 0.3 |
| 2/14/20 | Melissa Adamson | Edits to opposition to govt renewed motion | 0.8 |
| 2/14/20 | Melissa Adamson | Emails within team re: opposition to govt's renewed motion | 0.4 |
| 2/14/20 | Melissa Adamson | Confer with ND, DDG re: edits to opposition | 0.1 |
| 2/20/20 | Melissa Adamson | Review Ninth Circuit order re: granted motion to set regs appeal for oral argument | 0.1 |
| 2/20/20 | Melissa Adamson | Emails within team re: Ninth Circuit order | 0.2 |
| 2/24/20 | Melissa Adamson | Co-Counsel call re regs appeal, oral argument | 0.2 |
| 2/26/20 | Melissa Adamson | Attend Ninth Circuit regs mediation call | 0.4 |
| 3/2/20 | Melissa Adamson | Co-Counsel call re regs appeal | 0.1 |
| 5/13/20 | Melissa Adamson | Email ND re: preparation for Ninth Circuit regs hearing | 0.1 |
| 5/18/20 | Melissa Adamson | Email to CH re: preparation for Ninth Circuit oral argument | 0.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 5/18/20 | Melissa Adamson | Co-Counsel call (Ninth Circuit hearing) | 0.6 |
| 5/19/20 | Melissa Adamson | Attend Ninth Circuit oral argument re: DHS/HHS regulations (virtual) | 0.9 |
| 5/19/20 | Melissa Adamson | Co-counsel call (re ninth circuit hearing) | 0.4 |
| 12/30/20 | Melissa Adamson | Review Ninth Circuit 12/29 opinion re: regulations | 0.5 |
| 12/30/20 | Melissa Adamson | Confer with H. Cooper re: 12/29 opinion | 0.1 |
| 1/4/21 | Melissa Adamson | Co-Counsel call re Ninth Circuit regs opinion | 0.7 |
| | | **Total** | **222.9** |
| | | **Total with 10% reduction** | **200.6** |

| Date | Name | Description | Time |
|---|---|---|---|
| 9/23/19 | Diane de Gramont | Prepare possible questions for 9/27/19 district court hearing on Flores regulations | 0.5 |
| 9/23/19 | Diane de Gramont | Full team call to prep for 9/27/19 district court hearing on Flores regulations | 0.3 |
| 9/24/19 | Diane de Gramont | Legal research re admissibility of expert declarations in preparation for 9/27/19 district court hearing | 2.3 |
| 9/25/19 | Diane de Gramont | Legal research re relief requested in preparation for 9/27/19 district court hearing | 1.7 |
| 9/25/19 | Diane de Gramont | Legal research re separation of powers and APA in preparation for 9/27/19 district court hearing | 4.7 |
| 9/26/19 | Diane de Gramont | Call with C. Holguin and co-counsel to review potential questions and prepare for 9/27/19 district court hearing | 2.3 |
| 9/30/19 | Diane de Gramont | Full team call with NCYL and co-counsel re next steps following district court order on Flores regulations | 0.4 |
| 10/3/19 | Diane de Gramont | Research federal and Ninth Circuit procedural rules applicable to likely government appeal on Flores regulations | 0.9 |
| 12/2/19 | Diane de Gramont | Full team call with NCYL and co-counsel re appeal planning, status of settlement discussions | 0.3 |
| 12/9/19 | Diane de Gramont | Full team call with NCYL and co-counsel re appeal planning | 0.4 |
| 12/16/19 | Diane de Gramont | Research standard of review for Ninth Circuit Flores regulations appeal | 2.9 |
| 12/16/19 | Diane de Gramont | Research Ninth Circuit procedures for Flores regulations appeal | 0.4 |
| 12/16/19 | Diane de Gramont | Full team call with NCYL and co-counsel re briefing strategy for appeal | 0.3 |
| 12/17/19 | Diane de Gramont | Draft memo re standard of review for Flores regulations appeal | 2.9 |
| 12/17/19 | Diane de Gramont | Draft memo re waiver standard for Flores regulations appeal | 3 |
| 12/18/19 | Diane de Gramont | Finalize memo re waiver standard for Flores regulations appeal | 1.3 |
| 12/18/19 | Diane de Gramont | Call w D. Felt re Appellee brief outline and outstanding research questions for Flores regulations appeal | 0.6 |
| 12/18/19 | Diane de Gramont | Research re scope of remedy for Flores regulations appeal | 1.1 |
| 12/19/19 | Diane de Gramont | Draft memo re scope of remedy for Flores regulations appeal | 6.8 |
| 12/23/19 | Diane de Gramont | Analyze Defendants' Opening Brief in Flores regulations appeal | 1.7 |
| 12/31/19 | Diane de Gramont | Analyze outline of Appellee brief for Flores regulations appeal | 3.4 |
| 1/2/20 | Diane de Gramont | Analyze revised outline of Appellee brief for Flores regulations appeal | 3.7 |
| 1/3/20 | Diane de Gramont | Research and outline legal standards sections of Appellee brief in Flores regulations appeal | 5.9 |
| 1/4/20 | Diane de Gramont | Draft language for legal standards section of Appellee brief in Flores regulations appeal | 2.3 |
| 1/5/20 | Diane de Gramont | Draft language for legal standards sections of Appellee brief in Flores regulations appeal | 1.1 |

| Date | Name | Description | Time |
|---|---|---|---|
| 1/5/20 | Diane de Gramont | Research executive power arguments for Appellee brief in Flores regulations appeal | 1.6 |
| 1/6/20 | Diane de Gramont | Internal NCYL meeting re appellee brief strategy in Flores regulations appeal | 0.5 |
| 1/6/20 | Diane de Gramont | Draft memo on executive power arguments for Appellee brief in Flores regulations appeal | 3.1 |
| 1/6/20 | Diane de Gramont | Full team call with NCYL and co-counsel re appeal strategy in Flores regulations appeal | 0.7 |
| 1/7/20 | Diane de Gramont | Draft memo on executive power arguments for Appellee brief in Flores regulations appeal | 7.4 |
| 1/8/20 | Diane de Gramont | Revise language on executive power for Appellee brief in Flores regulations appeal | 0.4 |
| 1/8/20 | Diane de Gramont | Revise language on legal standards for Appellee brief in Flores regulations appeal | 0.6 |
| 1/8/20 | Diane de Gramont | Research cases cited in Appellant brief for Flores regulations appeal | 0.8 |
| 1/8/20 | Diane de Gramont | Draft language re partial termination of a consent decree for Appellee brief in Flores regulations appeal | 2.1 |
| 1/9/20 | Diane de Gramont | Revise language re termination in part for Appellee brief in Flores regulations appeal | 1.2 |
| 1/9/20 | Diane de Gramont | Revise draft language re legal standards for Appellee brief in Flores regulations appeal | 0.4 |
| 1/9/20 | Diane de Gramont | Draft section on mandatory v. permissive language for Appellee brief in Flores regulations appeal | 4.8 |
| 1/10/20 | Diane de Gramont | Research potential circuit splits relevant to Flores regulations appeal | 3.2 |
| 1/13/20 | Diane de Gramont | Full team call with NCYL and co-counsel to discuss status of appellee brief | 1.3 |
| 1/14/20 | Diane de Gramont | Review supplemental excerpts of record and relevant Ninth Circuit rules on supplemental excerpts of record for Flores regulations appeal | 1.8 |
| 1/16/20 | Diane de Gramont | Edit legal standard, executive power, and conflict with Settlement sections of Appellee brief in Flores regulations appeal | 8.1 |
| 1/16/20 | Diane de Gramont | Co-counsel call re brief draft | 1 |
| 1/17/20 | Diane de Gramont | Edit standard of review section of Appellee brief in Flores regulations appeal | 0.2 |
| 1/17/20 | Diane de Gramont | Cite-check Appellee brief in Flores regulations appeal | 7.7 |
| 1/18/20 | Diane de Gramont | Cite-check Appellee brief in Flores regulations appeal | 3.3 |
| 1/19/20 | Diane de Gramont | Final cite-check of Appellee brief in Flores regulations appeal | 7.3 |
| 5/11/20 | Diane de Gramont | Outline potential questions and responses for 9th Circuit oral argument in Flores regulations appeal | 1.5 |

| Date | Name | Description | Time |
|------|------|-------------|------|
| 5/11/20 | Diane de Gramont | Full team call with NCYL and co-counsel re prep for May 22 district court hearing and 9th Circuit oral argument in Flores regulations appeal | 0.7 |
| 5/13/20 | Diane de Gramont | Review draft 28(j) letter in Flores regulations appeal | 0.3 |
| 5/13/20 | Diane de Gramont | Review briefs in Flores regulations appeal to identify issues for oral argument | 1 |
| 5/15/20 | Diane de Gramont | Outline potential questions and responses for 9th Circuit oral argument in Flores regulations appeal | 2.1 |
| 5/15/20 | Diane de Gramont | Call with C. Holguin and co-counsel to review potential questions and prepare for 9th Circuit oral argument in Flores regulations appeal | 1.6 |
| 5/18/20 | Diane de Gramont | Full team call with NCYL and co-counsel re 9th Circuit argument | 0.6 |
| 5/19/20 | Diane de Gramont | Attend virtual 9th Circuit Oral Argument re Flores regulations | 0.8 |
| | | **Total** | **117.3** |
| | | **Total with 10% reduction** | **105.6** |

| Date | Name | Description | Time |
|---|---|---|---|
| 8/27/19 | Kira Setren | Meetings with Neha re: Flores regs chart (appendix 1 to brief) | 0.3 |
| 8/27/19 | Kira Setren | Meeting with Neha and Freya re: Flores regs chart (appendix 1 to brief) | 0.1 |
| 8/27/19 | Kira Setren | Prepared Flores regs chart (appendix 1 to brief) | 4.5 |
| 8/28/19 | Kira Setren | Prepared Flores regs chart (appendix 1 to brief) | 4 |
| 8/28/19 | Kira Setren | Assisted in comparison and analysis of Flores regs | 0.7 |
| 8/28/19 | Kira Setren | Flores regs chart meetings with Melissa | 0.5 |
| 8/28/19 | Kira Setren | Flores regs chart meetings with Neha | 0.3 |
| 8/28/19 | Kira Setren | Reviewed declaration | 0.9 |
| 10/2/19 | Kira Setren | Prepared transcript request for 9/27/19 hearing; corr. re: same | 0.7 |
| 10/3/19 | Kira Setren | Prepared and e-filed transcript request for 9/27/19 hearing | 1 |
| 1/8/20 | Kira Setren | Met with Neha re: Flores regs brief and record | 0.3 |
| 1/8/20 | Kira Setren | Flores regs brief outline preparation per Neha | 0.4 |
| 1/16/20 | Kira Setren | Ninth circuit brief cite check | 3.3 |
| 1/16/20 | Kira Setren | Ninth circuit brief compilation | 1 |
| 1/17/20 | Kira Setren | Ninth circuit brief cite check | 4 |
| 1/17/20 | Kira Setren | Ninth circuit brief compilation | 1 |
| 1/21/20 | Kira Setren | Ninth circuit brief review | 0.2 |
| 2/13/20 | Kira Setren | Transcript order filing drafting including discussing same with PJ | 0.6 |
| 2/25/20 | Kira Setren | Finalized transcript order to file | 0.2 |
| 2/25/20 | Kira Setren | ECF filed transcript order | 0.2 |
| 2/25/20 | Kira Setren | Coordinated transcript order with court reporter | 0.1 |
| 3/2/20 | Kira Setren | Coordinated transcript order with court reporter | 0.1 |
|  |  | **Total** | **24.4** |
|  |  | **Total with 10% reduction** | **21.96** |

# Exhibit D

|  | 9th Cir. Inflation-adjusted rate | Market Rates | | | |
|---|---|---|---|---|---|
| Year | | L. Welch | C. Holguín | H. Cooper | Paralegal |
| 2018 | $ 201.60 | $ 665.00 | $ 775.00 | $ 650.00 | $ 100.00 |
| 2019 | $ 205.25 | $ 690.00 | $ 775.00 | $ 680.00 | $ 100.00 |
| 2020 | $ 207.78 | $ 690.00 | $ 775.00 | $ 700.00 | $ 100.00 |
| 2021 | $ 213.74 | $ 690.00 | $ 775.00 | N/A | $ 100.00 |

| Attorneys | Law School Graduation Year | Year Work was Performed | Hours | Fees at 9th Cir. Inflation adjusted rate | Fees at Market Rates | Fees Requested |
|---|---|---|---|---|---|---|
| Leecia Welch | 1996 | 2018 | 3.4 | $ 689.47 | $ 2,274.30 | $ 2,274.30 |
| | | 2019 | 20.8 | $ 4,267.15 | $ 14,345.10 | $ 14,345.10 |
| | | 2020 | 10.4 | $ 2,150.52 | $ 7,141.50 | $ 7,141.50 |
| | | 2021 | 1.2 | $ 250.08 | $ 807.30 | $ 807.30 |
| Neha Desai | 2006 | 2018 | 24.7 | $ 4,971.46 | | $ 4,971.46 |
| | | 2019 | 60.8 | $ 12,468.94 | | $ 12,468.94 |
| | | 2020 | 31.4 | $ 6,526.37 | | $ 6,526.37 |
| | | 2021 | 0.6 | $ 134.66 | | $ 134.66 |
| Poonam Juneja | 2009 | 2019 | 32.1 | $ 6,594.68 | | $ 6,594.68 |
| | | 2020 | 15.1 | $ 3,141.63 | | $ 3,141.63 |
| Freya Pitts | 2013 | 2018 | 12.5 | $ 2,522.02 | | $ 2,522.02 |
| | | 2019 | 111.2 | $ 22,813.54 | | $ 22,813.54 |
| | | 2020 | 64.7 | $ 13,445.44 | | $ 13,445.44 |
| Crystal Adams | 2015 | 2018 | 21.9 | $ 4,408.99 | | $ 4,408.99 |
| | | 2019 | 1.7 | $ 350.98 | | $ 350.98 |
| | | 2020 | 2.8 | $ 579.71 | | $ 579.71 |
| Melissa Adamson | 2017 | 2018 | 33.2 | $ 6,695.14 | | $ 6,695.14 |
| | | 2019 | 81.8 | $ 16,791.50 | | $ 16,791.50 |

| Name | Bar Year | Year | Hours | Amount | Amount | Amount |
|---|---|---|---|---|---|---|
| | | 2020 | 85.0 | $ 17,652.99 | | $ 17,652.99 |
| | | 2021 | 0.6 | $ 134.66 | | $ 134.66 |
| Diane de Gramont | 2017 | 2019 | 34.4 | $ 7,056.50 | | $ 7,056.50 |
| | | 2020 | 71.2 | $ 14,791.86 | | $ 14,791.86 |
| Kira Setren | Paralegal | 2019 | 11.7 | | $ 1,170.00 | $ 1,170.00 |
| | | | 10.3 | | $ 1,026.00 | $ 1,026.00 |
| **Firm sub-total** | | | **743.3** | **$ 148,438.26** | | **$ 167,845.25** |
| | | | | | | |
| Carlos Holguín | 1979 | 2018 | 62.6 | $ 12,620.16 | $ 48,515.00 | $ 48,515.00 |
| | | 2019 | 70.9 | $ 14,552.23 | $ 54,947.50 | $ 54,947.50 |
| | | 2020 | 69.4 | $ 14,419.93 | $ 53,785.00 | $ 53,785.00 |
| | | 2021 | 2.8 | $ 598.47 | $ 2,170.00 | $ 2,170.00 |
| **Firm sub-total** | | | **205.7** | **$ 42,190.79** | | **$ 159,417.50** |
| | | | | | | |
| Holly Cooper | 1998 | 2018 | 98.2 | $ 19,797.12 | $ 63,830.00 | $ 63,830.00 |
| | | 2019 | 17.95 | $ 3,684.24 | $ 12,206.00 | $ 12,206.00 |
| | | 2020 | 18.4 | $ 3,823.15 | $ 12,880.00 | $ 12,880.00 |
| Daisy Felt | 2015 | 2019 | 33.95 | $ 6,968.24 | | $ 6,968.24 |
| | | 2020 | 74.16 | $ 15,408.96 | | $ 15,408.96 |
| Jonathan Mulligan | 2015 | 2018 | 16.3 | $ 3,286.08 | | $ 3,286.08 |
| | | 2019 | 19 | $ 3,899.75 | | $ 3,899.75 |
| | | 2020 | 23.02 | $ 4,783.10 | | $ 4,783.10 |
| **Firm sub-total** | | | **300.98** | **$ 61,650.64** | | **$ 123,262.13** |
| | | | | | | |
| Rene Kathawala | 1996 | 2019 | 102.9 | $ 21,120.23 | | $ 21,120.23 |
| | | 2021 | 2 | $ 427.48 | | $ 427.48 |
| Heather Boylan Clark | 2002 | 2019 | 36.9 | $ 7,573.73 | | $ 7,573.73 |
| **Firm sub-total** | | | **141.8** | **$ 29,121.43** | | **$ 29,121.43** |
| | | | | | | |
| **Total Fee Request** | | | **1391.8** | **$ 281,401.12** | | **$ 479,646.30** |