# Exhibit D

CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Peter A. Schey (Cal. Bar No. 58232)
Carlos Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Facsimile: (213) 386-9484
Email: pschey@centerforhumanrights.org
crholguin@centerforhumanrights.org

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| Jenny Lisette Flores., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> Merrick Garland, Attorney General of the United States, *et al.*, <br><br> Defendants. | Case No. CV 85-4544-DMG (AGRx) <br><br> **DECLARATION OF RENE KATHAWALA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT** |

*Counsel for Plaintiffs, continued*

ORRICK, HERRINGTON & SUTCLIFFE LLP
Kevin Askew (Cal. Bar No. 238866)
777 South Figueroa Street, Suite 3200
Los Angeles, CA 90017
Telephone: (213) 629-2020
Email: kaskew@orrick.com

ORRICK, HERRINGTON & SUTCLIFFE LLP
Elyse Echtman (admitted *pro hac vice*)
Rene Kathawala (admitted *pro hac vice*)
51 West 52nd Street
New York, NY 10019-6142
Telephone: 212/506-3753
Email: eechtman@orrick.com
Email: rkathawala@orrick.com

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA Bar No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal Bar No. 324360)
1212 Broadway, Suite 600
Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800
New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

DECLARATION OF RENE KATHAWALA IN
SUPPORT OF PLAINTIFFS' MOTION FOR
ATTORNEYS' FEES AND COSTS UNDER THE
EQUAL ACCESS TO JUSTICE ACT

I, Rene Kathawala, submit this declaration pursuant to 28 U.S.C. § 1746 under penalties of perjury in support of Plaintiffs' motion for attorney's fees under the Equal Access to Justice Act ("EAJA").

1. I am an attorney licensed to practice law in New York State since May 1997. I am admitted *pro hac vice* to represent the Plaintiffs in this matter. I serve as the pro bono counsel for my law firm, Orrick, Herrington & Sutcliffe LLP, where I have management responsibility for our firm's world-wide pro bono practice. I have held that position since September 2005. I have specific expertise in, among other things, immigration law. Just by way of example, in May 2010, the Immigrant Legal Resource Center in San Francisco awarded me its Philip Burton Immigration & Civil Rights Award for Lawyering for my commitment and dedication to providing skilled pro bono representation for immigrants.

2. Since October 2014, I have worked on this case alongside Elyse Echtman, a litigation partner. I have also supervised attorneys who have appeared in this matter, including but not limited to, Heather Boylan Clark. I was primarily responsible for Orrick's work in opposing the Defendants' motion to terminate the Flores settlement agreement. My colleague and I maintained contemporaneous records of time we spent working on this complex case. The total amount of time that my colleagues and I worked on this Motion to Enforce and its appeal between August 12, 2019 and September 27, 2019 is 139.80 hours and then 2 hours for preparing this motion in December 2021. In exercising billing judgment, I have eliminated 67.5 hours of duplicative time, and also time spent by other attorneys in addition to Ms. Boylan Clark and I, and time spent on clerical matters. The contemporaneous time records of our attorneys are attached as Exhibit 1 to this Declaration.

4. EAJA provides that "attorney fees shall not be awarded in excess of $125 per hour unless the court determines that an increase in the cost of living or a

1

DECLARATION OF RENE KATHAWALA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

special factor, such as the limited availability of qualified attorneys for the proceedings involved, justifies a higher fee." 28 U.S.C. § 2412(d)(2)(A)(ii).  The statutory rate for this appeal should be adjusted according to an increase in the cost of living.  Pursuant to EAJA, *Thangaraja v. Gonzales*, 428 F.3d 870, 876-77 (9th Cir. 2005), and Ninth Circuit Rule 39-1.6, the applicable statutory maximum hourly rate under EAJA that should be applied in this case is $205.25 per hour for the hours worked in 2019 and $213.74 per hour for the hours worked in 2021.  Therefore, the fee application that Orrick submits is $29,121.43.

5.  Based on my judgment and experience, the work performed by Orrick attorneys in this case relating to successfully opposing the Government's motion to terminate the Flores settlement agreement was reasonable, necessary, and justified based on the number and complexity of the issues presented in this matter, and which was coordinated with co-counsel, including lead counsel, Mr. Holguin, who submit their own fee applications herewith.

6.  Any fees and expenses awarded for Orrick's time in this matter will pay off expenses that the firm incurred out-of-pocket in this matter, and any remaining fees will be deposited into the account of our firm's charitable foundation, from which we make grants to our legal services organization partners.

7.  By taking on the work this case entailed, we were precluded from taking on other legal services matters as part of our firm's pro bono program that would have furthered the interests of vulnerable clients without access to counsel.  As stated above, through our charitable foundation, our firm funds the work of our legal services organization partners who vindicate the rights of those otherwise without access to counsel.

I declare under penalty of perjury under the laws of the State of New York that the foregoing is true and correct. This declaration was executed in New York, New York, on December 15, 2021.

*Rene Kathawala*
_____
Rene Kathawala
Co-Counsel for the Plaintiffs

3

DECLARATION OF RENE KATHAWALA IN SUPPORT OF PLAINTIFFS' MOTION FOR ATTORNEYS' FEES AND COSTS UNDER THE EQUAL ACCESS TO JUSTICE ACT

# EXHIBIT 1

**Orrick, LLP**
**Time Entry Report for Flores Settlement Enforcement (911990.2)**
For the Period between 7/1/2019 and 9/27/2019

|  |  | Totals: | 142.0 |  | 113,140 |  |
| --- | --- | --- | --- | --- | --- | --- |
| Timekeeper Name | Title | Transaction Date | Hours | Rate | Fees | Narrative |
| Boylan Clark, Heather M. | Career Associate | 8/20/2019 | 0.2 | 550 | 110 | Email communication with R. Kathawala and case team re: assistance in connection with regulations to be issued that would eliminate court oversight over the Flores Settlement Agreement. |
| Boylan Clark, Heather M. | Career Associate | 8/21/2019 | 0.3 | 550 | 165 | Review and analyze email communication with R. Kathawala and case team re: assistance in connection with regulations to be issued that would eliminate court oversight over the Flores Settlement Agreement. |
| Boylan Clark, Heather M. | Career Associate | 8/23/2019 | 0.2 | 550 | 110 | Email communication with case team re: assistance with regulations to be issues that would eliminate court oversight over the Flores Settlement Agreement. |
| Boylan Clark, Heather M. | Career Associate | 8/23/2019 | 1.5 | 550 | 825 | Review and analyze final regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/26/2019 | 0.5 | 550 | 275 | Email communication with case team re: assistance re: regulations to be issued that would eliminate court oversight over the Flores Settlement Agreement and review regulations in connection with same. |
| Boylan Clark, Heather M. | Career Associate | 8/28/2019 | 6.0 | 550 | 3,300 | Review and analyze draft brief re: final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/29/2019 | 4.5 | 550 | 2,475 | Research in support of final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/29/2019 | 3.3 | 550 | 1,815 | Draft analysis of final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/29/2019 | 0.2 | 550 | 110 | Email communication with Orrick case team re: final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/29/2019 | 3.7 | 550 | 2,035 | Review and analyze draft brief re: final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/29/2019 | 1.4 | 550 | 770 | Research in connection with final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 8/29/2019 | 0.1 | 550 | 55 | Email communication re: research in connection with final federal regulations. |
| Boylan Clark, Heather M. | Career Associate | 9/4/2019 | 1.4 | 550 | 770 | Review and analyze draft Opposition to Motion to Terminate Flores Settlement Agreement and email communication re: same. |
| Boylan Clark, Heather M. | Career Associate | 9/4/2019 | 0.7 | 550 | 385 | Review amicae briefs. |
| Boylan Clark, Heather M. | Career Associate | 9/5/2019 | 2.0 | 550 | 1,100 | Review and analyze draft Opposition to Motion to Terminate Flores Settlement Agreement. |
| Boylan Clark, Heather M. | Career Associate | 9/5/2019 | 2.2 | 550 | 1,210 | Research and draft portion of Opposition to Motion to Terminate Flores Settlement. |
| Boylan Clark, Heather M. | Career Associate | 9/6/2019 | 0.5 | 550 | 275 | Review and analyze draft Opposition to Motion to Terminate Flores Settlement Agreement and email communication re: same. |
| Boylan Clark, Heather M. | Career Associate | 9/6/2019 | 3.8 | 550 | 2,090 | Research and draft portion of Opposition to Motion to Terminate Flores Settlement. |
| Boylan Clark, Heather M. | Career Associate | 9/6/2019 | 0.6 | 550 | 330 | Email communication re: Opposition to Motion to Terminate Flores Settlement. |
| Boylan Clark, Heather M. | Career Associate | 9/9/2019 | 1.0 | 550 | 550 | Review and analyze draft Opposition to Motion to Terminate Flores Settlement Agreement and email communication re. same. |
| Boylan Clark, Heather M. | Career Associate | 9/10/2019 | 0.5 | 550 | 275 | Review and analyze comments and revisions to draft Opposition to Motion to Terminate Flores Settlement Agreement and email communication re. same. |
| Boylan Clark, Heather M. | Career Associate | 9/16/2019 | 0.1 | 550 | 55 | Review case filings. |
| Boylan Clark, Heather M. | Career Associate | 9/23/2019 | 1.2 | 550 | 660 | Review and analyze Opposition to Motion to Terminate Flores Settlement Agreement, Reply to Same, Defendant's Surreply in Opposition to Plaintiffs' Motion to Enforce Settlement, and Joint Status Report. |
| Boylan Clark, Heather M. | Career Associate | 9/27/2019 | 1.0 | 550 | 550 | Review and analyze Court Order re: Motion to Terminate Flores Settlement Agreement and Motion to Enforce Settlement and email communication re: same. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/12/2019 | 0.5 | 870 | 435 | Emails re: enforcement action. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/14/2019 | 0.2 | 870 | 1,305 | Attention to Flores reg litigation. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/15/2019 | 2.5 | 870 | 2,175 | Team call and follow-up on same. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/15/2019 | 0.2 | 870 | 174 | Attention to litigation on regulations. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/16/2019 | 1.5 | 870 | 1,305 | Follow-up on staffing for Flores regulation litigation. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/22/2019 | 10.8 | 870 | 9,396 | Review regulations. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/22/2019 | 1.0 | 870 | 870 | Begin to frame brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/23/2019 | 1.5 | 870 | 1,305 | Continue to review regulations. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/23/2019 | 2.0 | 870 | 1,740 | Draft brief in opposition to motion to terminate.. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/24/2019 | 4.5 | 870 | 3,915 | Complete review of regulations. |

**Orrick, LLP**
**Time Entry Report for Flores Settlement Enforcement (911990.2)**
**For the Period between 7/1/2019 and 9/27/2019**

|  |  | Totals: | 142.0 |  | 113,140 |  |
| --- | --- | --- | --- | --- | --- | --- |
| **Timekeeper Name** | **Title** | **Transaction Date** | **Hours** | **Rate** | **Fees** | **Narrative** |
| Kathawala, Rene A. | Pro Bono Counsel | 8/24/2019 | 3.0 | 870 | 2,610 | Continue to draft brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/25/2019 | 10.3 | 870 | 8,961 | Continue to draft brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/25/2019 | 2.0 | 870 | 1,740 | Conduct research for brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/26/2019 | 4.5 | 870 | 3,915 | Complete review of regulations. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/27/2019 | 3.5 | 870 | 3,045 | Further revisions and edits to brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/28/2019 | 5.5 | 870 | 4,785 | Edits and revisions to declarations. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/28/2019 | 0.6 | 870 | 522 | Edits to supplemental memo of law. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/29/2019 | 4.5 | 870 | 3,915 | Continue to edit and revise brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/29/2019 | 3.5 | 870 | 3,045 | Continue to edit and revise declarations. |
| Kathawala, Rene A. | Pro Bono Counsel | 8/30/2019 | 5.5 | 870 | 4,785 | Final revisions to brief and coordinate filing same. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/2/2019 | 1.0 | 870 | 870 | Review draft opposition to ex parte motion to file supplemental brief and motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/2/2019 | 0.7 | 870 | 609 | Edit and revise opposition to ex parte motion to file supplemental brief and motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/3/2019 | 1.8 | 870 | 1,566 | Attention to identification of pleadings that have not been uploaded to PACER. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/3/2019 | 0.7 | 870 | 609 | Continue to review motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/3/2019 | 0.2 | 870 | 174 | Emails with team re: motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/4/2019 | 6.5 | 870 | 5,655 | Draft ex parte application for more time to submit opposition to defendants' motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/4/2019 | 0.2 | 870 | 174 | Coordiante filing and service of ex parte application for more time to submit opposition to defendants' motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/4/2019 | 2.4 | 870 | 2,088 | Continue to review defendants' motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/4/2019 | 6.5 | 870 | 5,655 | Begin to draft opposition. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/5/2019 | 3.5 | 870 | 3,045 | Continue to draft appendix for opposition to Defendants' motion to terminate. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/6/2019 | 0.8 | 870 | 653 | Further edits to brief in opposition to government motion. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/9/2019 | 2.5 | 870 | 2,175 | Edit and revise declaration in opposition to motion to enforce. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/12/2019 | 2.5 | 870 | 2,175 | Further work on brief and declarations. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/13/2019 | 5.5 | 870 | 4,785 | Final edits and revisions to brief, including review tables. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/13/2019 | 0.2 | 870 | 174 | Coordinate filing brief. |
| Kathawala, Rene A. | Pro Bono Counsel | 9/25/2019 | 0.5 | 870 | 435 | Speak to reporter. |
| Kathawala, Rene A. | Pro Bono Counsel | 12/8/2021 | 2.0 | 975 | 1,950 | Draft EAJA declaration, including review of time records. |