# Exhibit H

## DECLARATION OF RICHARD M. PEARL

1.      I am a member in good standing of the California State Bar. I am in private practice as the principal of my own law firm, the Law Offices of Richard M. Pearl, in Berkeley, California. I specialize in issues related to court-awarded attorneys' fees, including the representation of parties in fee litigation and appeals, serving as an expert witness, and serving as a mediator and arbitrator in disputes concerning attorneys' fees and related issues. In this case, I have been asked by the Plaintiffs' attorneys to render my opinion on the reasonableness of the hourly rates Plaintiffs are requesting in this matter. To form my opinion, I have reviewed materials that describe the history of this matter, including: the Ninth Circuit's December 29, 2020 Opinion; Judge Gee's September 27, 2019 Order; Plaintiffs' November 2, 2018 Motion to Enforce the Flores Settlement Agreement; Plaintiffs' August 30, 2019 Supplemental Memorandum in Support of Motion to Enforce the Settlement; Plaintiffs' September 13, 2019 Opposition to Motion in the Alternative to Terminate the *Flores* Settlement Agreement, the qualifications and experience of Plaintiffs' attorneys; the nature of the work required by this case; and the hourly rates requested. I also have worked with the National Center for Youth Law (NCYL) and Leecia Welch in particular on several previous matters; I am very familiar with her work in the youth law field and have always found it to be exceptional.

### My Background and Experience

2.      Briefly summarized, my background is as follows: I am a 1969 graduate of Boalt Hall (now Berkeley) School of Law, University of California, Berkeley, California. I took the California Bar Examination in August 1969 and passed it in November of that year, but because I was working as an attorney in Atlanta, Georgia for the Legal Aid Society of Atlanta (LASA), I was not admitted to the California Bar until January 1970. I worked for LASA until the summer of 1971, then went to work in California's Central Valley for California Rural Legal Assistance, Inc. (CRLA), a statewide legal services program. From 1977 to 1982, I was CRLA's Director of Litigation, supervising more than fifty attorneys. In 1982, I went into private practice, first in a small law firm, then as a sole practitioner. Martindale Hubbell rates my law firm "AV." I also have

been selected as a Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, and 2021. A true and correct copy of my Resume is attached as Exhibit A.

3.      Since 1982, my practice has been a general civil litigation and appellate practice, with an emphasis on cases and appeals involving court-awarded attorneys' fees. I have lectured and written extensively on court-awarded attorneys' fees. I have been a member of the California State Bar's Attorneys' Fees Task Force and have testified before the State Bar Board of Governors and the California Legislature on attorneys' fee issues. I am the author of California Attorney Fee Awards (3d ed Cal. CEB 2010) and its 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, and March 2021 Supplements. I also was the author of California Attorney Fee Awards, 2d Ed. (Calif Cont. Ed. of Bar 1994), and its 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements. This treatise has been cited by the California appellate courts on more than 35 occasions. *See, e.g., Graham v. DaimlerChrylser Corp.,* 34 Ca1.4th 553, 576, 584 (2004); *Lolley v. Campbell,* 28 Ca1.4th 367, 373 (2002); *Equilon Enters. v. Consumer Cause, Inc.,* 29 Ca1.4th 53, 62 (2002); *In re Conservatorship of Whitley,* 50 Cal.4th 1206, 1214-15, 1217 (2010); *Chodos v. Borman,* 227 Cal.App.4th 76, 100 fn. 12 (2014); *Chacon v. Litke,* 181 Cal.App.4th 1234, 1259 (2010); *Syers Properties Ill, Inc. v. Rankin,* 226 Cal.App.4th 691, 698, 700 (2014). Federal courts also have cited it. *See In re Hurtado*, Case No. 09-16160-A-13, 2015 WL 6941127 (E.D. Cal. Nov. 6, 2015); *TruGreen Companies LLC v. Mower Brothers, Inc.,* 953 F. Supp. 2d 1223, 1236 nn.50, 51 (D. Utah 2013). I also authored the 1984, 1985, 1987, 1988, 1990, 1991, 1992, and 1993 Supplements to its predecessor, CEB's California Attorney's Fees Award Practice. In addition, I authored a federal manual on attorneys' fees entitled "Attorneys' Fees: A Legal Services Practice Manual," published by the Legal Services Corporation. I also co-authored the chapter on "Attorney Fees" in Volume 2 of CEB's Wrongful Employment Termination Practice, 2d Ed. (1997).

4.      More than 95% of my practice is devoted to issues involving court-awarded attorney's fees. I have been counsel in over 200 attorneys' fee applications in state and federal

1  courts, primarily representing other attorneys. I also have briefed and argued more than 40

2  appeals, at least 30 of which have involved attorneys' fees issues. I have successfully handled five

3  cases in the California Supreme Court involving court-awarded attorneys' fees:  (1) *Maria P. v.*

4  *Riles*, 43 Cal. 3d 1281 (1987), which upheld a C.C.P. section 1021.5 fee award based on a

5  preliminary injunction obtained against the State Superintendent of Education, despite the fact that

6  the case ultimately was dismissed under C.C.P. section 583; (2) *Delaney v. Baker*, 20 Cal. 4th 23

7  (1999), which held that heightened remedies, including attorneys' fees, are available in suits

8  against nursing homes under California's Elder Abuse Act; (3) *Ketchum v. Moses*, 24 Cal. 4th

9  1122 (2001), which held, *inter alia,* that contingent risk multipliers remain available under

10  California attorney fee law, despite the United States Supreme Court's contrary ruling on federal

11  law (note that in *Ketchum,* I was primary appellate counsel in the Court of Appeal and "second

12  chair" in the Supreme Court); (4) *Flannery v. Prentice*, 26 Cal. 4th 572 (2001), which held, again

13  despite an adverse United States Supreme Court ruling on federal law, that in the absence of an

14  agreement to the contrary, statutory attorneys' fees belong to the attorney whose services they are

15  based upon; and (5) *Graham v. DaimlerChrysler Corp.*, 34 Cal. 4th 553 (2004), which held, *inter*

16  *alia,* that the catalyst theory of fee recovery remained valid under California law despite adverse

17  federal law and that lodestar multipliers could be applied to fee motion work.  In that case, I

18  represented trial counsel in both the Court of Appeal (twice) and Supreme Court, as well as on

19  remand in the trial court.  I also represented and argued on behalf of *amicus curiae* in

20  *Conservatorship of McQueen*, 59 Cal. 4th 602 (2014), which held that statutory attorneys' fees for

21  appellate work were not considered "enforcement fees" subject to California's Enforcement of

22  Judgments law; I presented the argument relied upon by the Court. Along with Richard Rothschild

23  of the Western Center on Law and Poverty, I also prepared and filed an *amicus curiae* brief in

24  *Vasquez v. State of California,* 45 Ca1.4th 243 (2009). I also have handled numerous other

25  appeals, including: *Orr v. Brame,* 793 Fed.Appx. 485 (9th Cir. 2019); *Davis v. City & County of*

26  *San Francisco,* 976 F.2d 1536 (9th Cir. 1992); *Mangold v. CPUC,* 67 F.3d 1470 (9th Cir. 1995);

27  *Velez v. Wynne,* 2007 U.S. App. LEXIS 2194 (9th Cir. 2007); *Camacho v. Bridgeport Financial,*

28

3
DECLARATION OF RICHARD M. PEARL

*Inc.,* 523 F.3d 973 (9th Cir. 2008); *Center for Biological Diversity v. County of San Bernardino,* 185 Cal.App.4th 866 (2010); *Environmental Protection Information Center v. California Dept. of Forestry & Fire Protection et al,* 190 Cal.App.4th 217 (2010); *Heron Bay Home Owners Association v. City of San Leandro,* 19 Cal. App. 5th 376 (2018); and *Robles v. Employment Dev. Dept,* 38 Cal.App.5th 191 (2019). For an expanded list of my reported decisions, *see* Exhibit A.

5. I have been retained by various governmental entities, including the California Attorney General's office, at my then current rates to consult with them regarding their affirmative attorney fee claims.

6. Many federal cases have referenced my expert testimony favorably, including most recently in *Human Rights Defense Center v. County of Napa*, 20-cv-01296-JCS, Doc. 50 (March 28, 2021). There, the Court stated that it had "place[d] significant weight on the opinion of Mr. Pearl that the rates charged by all of the timekeepers listed above are reasonable and in line with the rates charged by law firms that engage in federal civil litigation in the San Francisco Bay Area. Mr. Pearl has extensive experience in the area of attorney billing rates in this district and has been widely relied upon by both federal and state courts in Northern California [] in determining reasonable billing rates." *Id*. at 18–19.

7. Subsequently, in *Andrews v. Equinox Holdings, Inc.,* N.D. Cal. No. 20-cv-00485-SK, Oder on Motion for Attorney Fees and Costs filed November 9, 2021 (Doc. 110), the court quoted the above language from the *Human Rights Defense Center* case and concluded the same: "This Court similarly finds Pearl's opinions well supported and persuasive." Order at p. 4:13-19.

8. The following reported federal decisions also reference my expert testimony favorably:

- *Antoninetti v. Chipotle Mexican Grill, Inc.*, No. 08-55867 (9th Cir. 2012), Order filed Dec. 26, 2012, at 6;
- *Prison Legal News v. Schwarzenegger* (9th Cir. 2010) 608 F.3d 446, 455 (the expert declaration referred to is mine);

- *Independent Living Center of S. Cal. v. Kent* (C.D. Cal. 2020) 2020 U.S. Dist. LEXIS 13019;

- *In re Transpacific Passenger Air Transportation Antitrust Litigation* (ND Cal 2019) 2019 WL 6327363, 2019=2 Trade Cases P 81,010;

- *Ridgeway v. Wal-Mart Stores, Inc.* (N.D. Cal. 2017) 269 F. Supp. 3d 975, *aff'd on the merits* (9th Cir. 2020) 269 F.3d 1066;

- *Beaver v. Tarsadia Hotels,* 2017 U.S.Dist.LEXIS 160214 (S.D. Cal. 2017);

- *Notter v. City of Pleasant Hill*, 2017 U.S.Dist.LEXIS 197404, 2017 WL 5972698 (N.D. Cal. 2017);

- *Villalpondo v. Exel Direct, Inc.*, 2016 WL 1598663 (N.D. Cal. 2016);

- *State Compensation Insurance Fund v. Khan et al*, Case No. SACV 12-01072-CJC (JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408);

- *In re Cathode Ray Tube Antitrust Litig.,* Master File No. 3:07-cv-5944 JST, MDL No. 1917 (N.D. Cal. 2016) 2016 U.S.Dist.LEXIS 24951 (Report And Recommendation Of Special Master Re Motions (1) To Approve Indirect Purchaser Plaintiffs' Settlements With the Phillips, Panasonic, Hitachi, Toshiba, Samsung SDI, Technicolor, And Technologies Displays Americas Defendants, and (2) For Award Of Attorneys' Fees, Reimbursement Of Litigation Expenses, And Incentive Awards To Class Representative, Dkt. 4351, dated January 28, 2016, *adopted in relevant part,* 2016 U.S.Dist.LEXIS 88665;

- *Gutierrez v. Wells Fargo Bank*, 2015 U.S. Dist. LEXIS 67298 (N.D. Cal. 2015);

- *Holman v. Experian Information Solutions, Inc.*, 2014 U.S. Dist. LEXIS 173698 13 (N.D. Cal. 2014);

- *In re TFT-LCD (Flat Panel) Antitrust Litig.,* No. M 07-1827 SI, MDL No. 1827 (N.D. Cal.), Report and Recommendation of Special Master Re Motions for Attorneys' Fees and Other Amounts by Indirect-Purchaser Class Plaintiffs And

State Attorneys General, Dkt. 7127, filed Nov. 9, 2012, adopted in relevant part, 2013 U.S. Dist. LEXIS 49885 (N.D. Cal. 2013) (*"TFT-LCD (Flat Panel)* Report & Recommendation");

- *Walsh v. Kindred Healthcare*, 2013 U.S. Dist. LEXIS 176319 (N.D. Cal. 2013);

- *A.D. v. California Highway Patrol*, 2009 U.S. Dist. LEXIS 110743, at *4 (N.D. Cal. 2009), rev'd on other grounds, 712 F.3d 446 (9th Cir. 2013), reaffirmed and additional fees awarded on remand, 2013 U.S. Dist. LEXIS 169275 (N.D. Cal. 2013);

- *Hajro v. United States Citizenship & Immigration Service*, 900 F. Supp. 2d 1034, 1054 (N.D. Cal 2012);

- *Garcia v. Resurgent Capital Servs.,* 2012 U.S.Dist.LEXIS 123889 (N.D. Cal. 2012);

- *Rosenfeld v. United States Dep't of Justice*, 904 F. Supp. 2d 988, 1002 (N.D. Cal. 2012);

- *Stonebrae, L.P. v. Toll Bros., Inc.*, 2011 U.S. Dist. LEXIS 39832, at *9 (N.D. Cal. 2011) (thorough discussion), aff'd 2013 U.S. App. LEXIS 6369 (9th Cir. 2013);

- *Armstrong v. Brown*, 2011 U.S. Dist. LEXIS 87428 (N.D. Cal. 2011);

- *Lira v. Cate*, 2010 WL 727979 (N.D. Cal. 2010);

- *Californians for Disability Rights, Inc. v. California Dep't of Transportation*, 2010 U.S. Dist. LEXIS 141030 (N.D. Cal. 2010);

- *Nat'l Federation of the Blind v. Target Corp.*, 2009 U.S. Dist. LEXIS 67139 (N.D. Cal. 2009);

- *Prison Legal News v. Schwarzenegger*, 561 F.Supp.2d 1095 (N.D. Cal. 2008) (an earlier motion);

- *Bancroft v. Trizechahn Corp.*, No. CV 02-2373 SVW (FMOx), Order Granting Plaintiffs Reasonable Attorneys' Fees and Costs In the Amount of $168,886.76, Dkt. 278 (C.D. Cal. Aug. 14, 2006);

- *Willoughby v. DT Credit Corp.*, No. CV 05-05907 MMM (CWx), Order Awarding Attorneys' Fees After Remand, Dkt. 65 (C.D. Cal. July 17, 2006);

- *Oberfelder v. City of Petaluma*, 2002 U.S. Dist. LEXIS 8635 (N.D. Cal. 2002), aff'd 2003 U.S. App. LEXIS 11371 (9th Cir. 2003).

9.     The following California appellate cases also have referenced my testimony favorably:

- *Kerkeles v. City of San Jose,* 243 Cal.App.4th 88 (2015);

- *Wood v. Los Angeles County Waterworks Dist. (Antelope Valley Groundwater Cases)*, 2021 Cal.App.Unpub. ___(Aug. 24, 2021)

- *Habitat and Watershed Caretakers v. City of Santa Cruz,* 2015 Cal. App. Unpub. LEXIS 7156 (2015);

- *Laffitte v. Robert Half Int'l Inc.,* 231 Cal.App.4th 860 (2014), *aff'd* (2016) 1 Cal.5th 480;

- *In re Tobacco Cases I,* 216 Cal.App.4th 570 (2013);

- *Heritage Pacific Financial, LLC v. Monroy,* 215 Cal.App.4th 972 (2013);

- *Wilkinson v. South City Ford,* 2010 Cal. App. Unpub. LEXIS 8680 (2010);

- *Children's Hospital & Medical Center v. Bonta,* 97 Cal.App.4th 740 (2002);

- *Church of Scientology v. Wollersheim,* 42 Cal.App.4th 628 (1996).

10.     In addition, countless trial courts and arbitrators have relied on my testimony, including several awards in this area. In particular, I testified before a jury as Beats/Apple's expert on attorneys' fees in *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior Court Case No. BC595235  (2017), a commercial dispute, in which, based in part on my live testimony, a jury awarded Beats the entire $11,578,265.49 attorneys' fees and expenses claimed for work on the merits.

**Counsel's Requested Hourly Rates Are Reasonable.**

11.     Through my writing and practice, I have become familiar with the non-contingent market rates charged by attorneys in California and elsewhere.  I have obtained this familiarity in

several ways:  (1) by handling attorneys' fee litigation; (2) by discussing fees with other attorneys; (3) by obtaining declarations regarding prevailing market rates in cases in which I represent attorneys seeking fees; and (4) by reviewing attorneys' fee applications and awards in other cases, as well as surveys and articles on attorney's fees in the legal newspapers and treatises.

12.     In this case, I have consulted with Plaintiffs' counsel regarding Plaintiffs' fee application for their work on the recent enforcement proceedings in this matter.  I have become familiar with the nature of this case, its results, and counsel's work.  I also have been made aware of the rates requested by Plaintiffs attorneys' and their  respective backgrounds and experience.

13.     Under the Equal Access to Justice Act ("EAJA"), Plaintiffs' attorneys are generally limited to the statutory cap provided by 28 U.S.C. § 2412(d)(2)(A). However, in some cases, Plaintiffs' attorneys are entitled to prevailing market rates in the local forum if they "possess[] distinctive knowledge and skills developed through a practice specialty[, . . . ] those skills are needed in the litigation[, . . . and]  those skills are not available elsewhere at the statutory rate." *Love v. Reilly* (9th Cir. 1991) 924 F.2d 1492, 1496.

14.     In my opinion, the work of Plaintiffs' senior counsel, Leecia Welch, readily meets this standard.  I have worked with Leecia Welch and the National Center for Youth Law for many years on a number of different cases, and I am very familiar with her work. Ms. Welch is a 1996 law graduate, who in my opinion,  possesses extraordinary and distinctive knowledge and skills in her practice specialty—the rights of children who are in custody of or incarcerated by government officials, and the remedies for violation of those rights. She has litigated numerous cases protecting the rights of children in government custody, including, among others: *T.R. v. Quigley*, No. 09-cv-2677-TSV (W.D. Wash.) (representing a class of low-income children with significant mental health needs challenging Washington's failure to provide intensive home and community-based mental health services); *David C. v. Leavitt*, No. 93-cv-206-TC (D. Utah) (representing a statewide class of children in foster care challenging nearly all aspects of Utah's child welfare system); *M.B. and S.E. v. Kelly*, No. 18-cv-2617-JWL-GEB (D. Kan.) (a putative class action lawsuit challenging Kansas's failure to provide foster children with adequate housing and needed mental health services); *Henry A v. Willden*, No. 10-cv-528-RCJ-PAL (D. Nev.) (a damages

lawsuit on behalf of a group of foster children in the Clark County, Nevada foster care system challenging officials' failure to protect the health and safety of children in care). Ms. Welch has developed particular expertise in the reform of child welfare systems, including standards for treatment of children in government custody and the types of settings and conditions in which children in government custody may be placed.

15.     As Ms. Welch explains in her declaration, her distinctive knowledge and skills developed through her practice specialties were patently useful in this case and in the instant motion to enforce, which revolved around these very issues. Given my extensive knowledge of the legal marketplace, I am certain that her distinctive expertise and skills are not available at the EAJA statutory maximums (plus COLA's) or anything close to those rates.  Accordingly, in my opinion, she is entitled to be compensated at market value for this forum for comparable services.

16.     Ms. Welch has requested the following hourly rates: $665 per hour for work in 2018 and $690 per hour for work in 2019, 2020, and 2021. In my opinion, these rates are well within the range of prevailing market rates for comparable services in this forum. *See* ¶¶ 19-39 *infra.*  Indeed, they are quite modest: many Los Angeles area lawyers with comparable skill, expertise, and reputations are charging more than $1,000 per hour.

17.     I also am aware of the backgrounds and experience of the other NCYL attorneys—Neha Desai, Poonam Juneja, Freya Pitts, Crystal Adams, Melissa Adamson, and Diane de Gramont—who contributed to the Plaintiffs' success in this case and for whom Plaintiffs are entitled to be compensated.  For those attorneys, Plaintiffs are claiming the adjusted EAJA statutory rates, as follows:

| Ninth Circuit EAJA rates | |
| --- | --- |
| Year | Rate |
| First half of 2021 | 213.74 |
| 2020 | 207.78 |
| 2019 | 205.25 |
| 2018 | 201.60 |

18.     In my opinion, the foregoing attorneys' backgrounds and experience easily qualify them for those rates.   As shown below, those rates are well below market in the Los Angeles area

9

DECLARATION OF RICHARD M. PEARL

and eminently reasonable for this motion.

19.     I also am aware that Plaintiffs have requested $100 per hour for their paralegals' work. Again, this rate is readily justified by the local legal marketplace.

20.     In summary, based on the information regarding hourly rates that I have gathered, some of which is summarized below, I am of the opinion that the hourly rates requested for the work of Plaintiffs' attorneys and paralegals are well within the range of non-contingent market rates charged for reasonably similar services by Los Angeles Area attorneys of reasonably similar qualifications and experience.[1] The following data support my opinion:

**Rates Found Reasonable in Other Cases**

21.     The hourly rates requested by Plaintiffs are well within the range of the Los Angeles area rates found reasonable by various local courts for reasonably comparable services. For example, in *The Kennedy Commission v. City of Huntington Beach,* Los Angeles County Superior Court No. 30-2015-00801675, Ruling on Submitted Matter filed July 8, 2021, a writ of mandate action challenging a land use amendment adopted by the City of Huntington Beach, the court found the following hourly rates reasonable (prior to application of a 1.4 lodestar multiplier):

| 2020 Rates: | Years of Experience | Rates |
|---|---|---|
| | 38 | $910 |
| | 40 | $900 |
| | 26 | $815 |
| | 23 | $750 |

---

[1]    Counsel's current rates reflect reasonable hourly rate increases in the Los Angeles area legal marketplace.  For example, the district court applied a 25% rate increase for the period from 2016 to 2020 in *Planned Parenthood Federation of America, Inc. v. Center for Medical Progress,* 2020 U.S. Dist. LEXIS 241035 (N.D. Cal. Dec. 22, 2020), at *13.  A ten percent (10%) increase in 2016 rates over 2015 rates was found reasonable in *Our Children's Earth Found. v. Nat'l Marine Fisheries Serv.*, 2017 WL 783490, at *11 (N.D. Cal. Mar. 1, 2017 (absent "specific justification" supporting higher increase, plaintiff's attorneys entitled to 10 percent increase in 2016 rates over 2015 rates). Similar rate increases in the legal marketplace have been observed by commentators. *See, e.g., Will Billing Rates for Elite Firms Rise in 2020?,* The Recorder (California)(Online) (July 30, 2020); Simons, *Big Law Should Raise Partner Billing Rates 10+ Percent Now*, The Recorder (Nov. 15, 2018) at 3 ("In a normal year, partner rates would go up around 5 or 6 percent").

| | 16 | $710 |
|---|---|---|
| | 14 | $680 |
| | 10 | $565 |
| | 7 | $500 |
| | 6 | $475 |
| | 5 | $450 |
| | 2 | $365 |

In an earlier ruling in the same case, the court found the following hourly rates reasonable for the Plaintiffs' private *pro bono* law firm (prior to application of a 1.4 multiplier) [2]:

| **2016 Rates:** | **Bar Admission Year** | **Rates** |
|---|---|---|
| | 2001 | $900 |
| | 2014 | $450 |
| **2015 Rates:** | **Bar Admission Year** | **Rates** |
| | 2001 | $875 |
| | 2014 | $400 |

22.      In *Rea v. Blue Shield*, Los Angeles County Superior Court No. BC468900, Fee Order filed November 13, 2020, a class action challenging Blue Shield's practices regarding mental health claims, in which the court found that $900 per hour was reasonable for plaintiffs' three lead attorneys, with 35, 37, and 44 years of experience. It also applied a 1.5 multiplier.

23.      In *Caldera v. State of California,* San Bernardino County Superior Court No. DS1000177, Ruling on Plaintiff's Motion for Attorney's Fees filed October 23, 2020, an individual Fair Employment and Housing Act case, the court found that $825 per hour was a reasonable hourly rate in the Los Angeles legal marketplace for a 26-year attorney's appellate work (before applying a 1.65 lodestar multiplier).

---

[2] The initial *Kennedy Commission* fee award was remanded in conjunction with the reversal of the merits. 2017 Cal.App.Unpub.Lexis 7488 (2017).

24.     In *Independent Living Center of S. Cal. v. Kent,* 2020 U.S.Dist.LEXIS 13019 (C.D. Cal. 2020), an action seeking to enjoin the State's right to alter reimbursement rates for Medi-Cal providers, the court found the following hourly rates reasonable (before applying a 1.5 lodestar multiplier):

| **2019 Rates:** | **Law School Graduation Year** | **Rates** |
|---|---|---|
| | 1975 | $1,025 |
| | 1976 | $965 |
| | 1979 | $1,025 |
| | 2007 | $815 |
| | 2011 | $800 |
| | 2015 | $640 |
| | 2016 | $600 |
| | 2019 | $440 |
| **2018 Rates:** | **Law School Graduation Year** | **Rates** |
| | 1975 | $1,025 |
| | 1976 | $930 |
| | 1979 | $995 |
| | 2015 | $570 |

25.     In *Lavinsky v. City of Los Angeles,* Los Angeles County Superior Court No. BC542245, Fee Award filed October 9, 2019, a class action challenge to a municipal tax, the court found the following hourly rates reasonable (before applying a 3.8 lodestar multiplier for contingent risk, etc.):

| **YEARS OF EXPERIENCE** | **RATE** |
|---|---|
| 25 | $850 |
| 29 | $800 |
| 17 | $695 |
| 9 | $475 |
| 5-7 | $450 |
| 1 | $295 |
| Paralegal | $125 |

26.     In *Hadsell v. City of Baldwin Park,* Los Angeles County Superior Court No. BC 548 602, Notice of Ruling on Plaintiff's Motion for Attorneys' Fees filed June 25, 2019, the court found the following hourly rates reasonable (before applying a 1.5 multiplier):

12

DECLARATION OF RICHARD M. PEARL

| CAL BAR ADMISSION DATE | RATE |
|---|---|
| 1987 | $1,100 |
| 1990 | $1,100 |
| 2008 | $800 |
| 2008 | $650 |
| 2012 | $550 |
| 2016 | $500 |

27.     In *Pinter-Brown v. UCLA,* Los Angeles Superior Court No. BC624838, Fee Order filed August 3, 2018, the court found the following 2018 hourly rates reasonable:

| CAL BAR ADMISSION DATE | RATE |
|---|---|
| 1990 | $1,100 |
| 2008 | $675 |
| 2012 | $500 |
| 2016 | $400 |
| 2015 | $350 |
| 2016 | $325 |
| 2017 | $300 |

28.     In *Wishtoyo Foundation et al v. United Water Conservation Dist.,* 2019 U.S.Dist.LEXIS 39927 (C.D. Cal. 2019), an environmental action under the federal Endangered Species Act, the court found the following hourly rates reasonable:

| Bar Admittance or Law School Graduation | 2018 Rates |
|---|---|
| 1986 | $840 |
| | $780 |
| | $735 |
| | $720 |
| | $670 |
| | $600 |
| | $425 |
| | $680 |
| Paralegals | $200-250 |

DECLARATION OF RICHARD M. PEARL

29.    In *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior Court Case No. BC595235  (2017),  Order Granting Defendant and Cross-Complainant Beats Electronics, LLC's Motion for Attorneys' Fees and Costs, filed June 27, 2018, a commercial dispute, the court found the following  hourly rates reasonable for Beats' attorneys' work on the successful jury trial that determined the amount of reasonable attorneys' fees Monster would be required to pay as damages:

| Boies, Schiller & Flexner | Bar Admittance or Law School Graduation | 2016/2017 Rates |
|---|---|---|
| Partners: | 1986 | $960/$1,049 |
| | 2006 | $920/$972 |
| | 2000 | $880 |
| | 2001 | $880 |
| | 2002 | $830 |
| | 1999 | $830 |
| | 2004 | $740 (2015); $760 (2016) |
| | 2006 | $680 |
| | 2007 | $650/$714 |
| | 2009 | $600/$800 |
| Associates: | 2004 | $680 |
| | 2009 | $610 |
| | 2013 | $460/$533 |
| | 2013 | $490 |
| | 2010 | $630 |
| | 2011 | $480/$602 |
| | 2014-2015 | $420 |
| Non-Attorneys Timekeepers: | | $190-284 |

| Gibson Dunn & Crutcher | Bar Admittance or Law School Graduation | 2017 Rates |
|---|---|---|
| | 1987 | $852 (through Aug. 2017) $956 (from Sept. 2017) |
| | 2008 | $592 (through Aug. 2017) $696 (from Sept. 2017) |
| | 2013 | $404 (through Aug. 2017) $600 (from Sept. 2017) |
| | 2015 | $520 |
| | 2016 | $472 |
| | 1997 | $960 |
| | 2006 | $736 |
| | 1987 | $944 |

| Non-Attorneys Timekeepers: | | $216-$335 |
|---|---|---|

30.     In *Nozzi v. Housing Authority,* 2018 U.S.Dist.LEXIS 26049 (C.D. Cal. 2018), a tenant class action, the court approved the following hourly rates as reasonable:

| Kaye McLane Bednarski & Litt | Bar Admittance or Law School Graduation | 2017 Rates |
|---|---|---|
| | 1969 | $1,150 |
| | 1992 | $750 |
| | 1993 | $765 |
| | 2008 | $730 |
| | Sr. Paralegal | $335 |
| | Jr. Paralegal | $150 |
| | Law Clerk | $200 |

31.     In *Monster, LLC, et al., v. Beats Electronics, LLC et al.*, Los Angeles Superior Court Case No. BC595235 (2017), the same commercial dispute listed above, the court found the following 2017 rates to be reasonable for Beats's co-defendants who had obtained relief by summary judgment (see Order Granting Motions for Attorneys' Fees, filed October 12, 2017, p. 2):

| | Bar Admittance or Law School Graduation | 2016 Rates (unless otherwise noted) |
|---|---|---|
| Partners: | 1966 | $1,000 (2015); 1,245 (2016) |
| | 1977 | $1,110 (2015) |
| | 1981 | $910 |
| | 1985 | $995 |
| | 1992 | $875-885 |
| | 1995 | $910 |
| | 2002 | $750 |
| Of Counsel: | 1976 | $705 |
| Associates: | 2009 | $615 (2015); $660 (2016) |
| Non-Attorneys Timekeepers: | | $380-90 |

32.     In *Willits et al v. City of Los Angeles,* No. CV 10-5782 CCBM (RZx) (C.D. Cal.), Order Granting Motion for Attorneys' Fees and Costs, filed August 25, 2016 (Dkt. No. 418), a class action lawsuit against the City of Los Angeles by persons with mobility disabilities under the Americans with Disabilities Act and the Rehabilitation Act of 1973 challenging the inaccessibility of the City's sidewalks, the court found the following 2015 hourly rates reasonable:

| Law School Graduation | Rates |
|---|---|

| | |
|---|---|
| 1976 | $1,115.60 |
| 1977 (associate) | 700 |
| 1981 | 795 |
| 1987 | 680-775 |
| 1993 | 750 |
| 1999 | 644-695 |
| 2001 | 625 |
| 2003 | 550 |
| 2006 | 525-550 |
| 2007 | 450 |
| 2008 | 473 |
| 2009 | 450 |
| 2010 | 350-400 |
| 2011 | 300-385 |
| 2012 | 300 |
| 2013 | 300-325 |
| Paralegals and Law Clerks | 110-250 |
| Case Assistants | 220-230 |
| Docket Clerk | 230 |

33.     In *State Compensation Insurance Fund v. Khan et al,* Case No. SACV 12-01072-CJC(JCGx) (C.D. Cal.), Order Granting in Part and Denying in Part the Zaks Defendants' Motion for Attorneys' Fees, filed July 6, 2016 (Dkt. No. 408), a multi-defendant RICO action, the court found the following hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 22 | $890 |
| 20 | $840 |
| 5 | $670 |

16
DECLARATION OF RICHARD M. PEARL

| | |
|---|---|
| 4 | $560 |
| Paralegals | $325-340 |
| Case Assistants | $220-230 |
| Docket Clerk | $230 |

34.     In *ScripsAmerica, Inc. Ironridge Global LLC et al,* Case No. CV 14-03962-SJO (AGRx) (C.D. Cal.), Order Granting Defendant Ironridge GlobalLLC, John Kirkland, Brendan O'Neill's Motion for Attorney's Fees, filed January 12, 2016 (Dkt. No. 50), a contract dispute,  the court found the following 2015 hourly rates reasonable:

| Years of Experience | Rates |
|---|---|
| 37 | $950 |
| 11 | $700 |
| 4 | $450 |
| Paralegals | $200-350 |

35.     In *Perfect 10, Inc. v. Giganews, Inc.,* 2015 U.S. Dist. LEXIS 54063 (C.D. Cal. 2015), filed March 24, 2015, *affirmed* 847 F.3d 657 (9th Cir. 2017), a copyright infringement action, the court found the following 2015 hourly rates reasonable:

| Years of Experience | 2015 Rate |
|---|---|
| 29 | $825-930 |
| 18 | $750 |
| 17 | $705-750 |
| 12 | $610-640 |
| 11 | $660-690 |
| 10 | 670 |
| 9 | 660-690 |
| 8 | 470-525 |
| 7 | 640 |
| 5 | 375-560 |

17

| 4 | 350-410 |
|---|---|
| 3 | 505 |
| 2 | 450 |
| 1 | 360-370 |
| Paralegals | 240-345 |
| Discovery Support Staff | 245-290 |

36.    In *Rodriguez v. County of Los Angeles,* 96 F.Supp.3d 990 (C.D. Cal. 2014), Order Granting Plaintiffs' Motion for Attorneys' Fees, filed December 29, 2014, *affirmed* 891 F.3d 779 (9th Cir. May 30, 2018), a civil rights action on behalf of five county jail prisoners, the district court found the following hourly rates reasonable, plus a 2.0 lodestar multiplier for merits work performed on the plaintiffs' California cause of action; the entire award was affirmed on appeal:

| Years of Experience | Rate |
|---|---|
| 45 | $975 |
| 28 | 700-775 |
| 26 | 775 |
| 10 | 600 |
| 6 | 500 |
| Senior Paralegal | 295 |
| Other Paralegals | 175-235 |
| Law Clerk | 250 |

37.    In *Doe v. United Healthcare Insurance Co., et al.,* No. SACV13-0864 DOC(JPRx) (C.D. Cal.), Order Granting Attorney's Fees and Costs, filed October 15, 2014, a multi-Plaintiff consumer action, the court found the following hourly rates reasonable:

**Whatley Kallas**

| Years of Experience | Rate |
|---|---|
| 36 | $950 |
| 27 | 900 |

18

DECLARATION OF RICHARD M. PEARL

| | |
|---|---|
| 32 | 800 |
| 33 | 750 |
| 21 | 700 |
| 10 | 600 |
| 4 | 400 |
| 2 | 375 |
| Paralegal | 225 |

**Consumer Watchdog**

| Years of Experience | Rate |
|---|---|
| 35 | $925 |
| 19 | 650 |
| 4 | 425 |

38.     In *Pierce v. County of Orange,* 905 F. Supp. 2d 1017 (C.D. Cal. 2012), a civil rights class action brought by pre-trial detainees, the court approved a lodestar based on the following 2011 rates:

| **Years of Experience** | **Rate** |
|---|---|
| 42 | $850 |
| 32 | 825 |
| 23 | 625 |
| 18 | 625 |
| Law Clerks | 250 |
| Paralegals | 250 |

## **Rate Information from Surveys**

39.     Plaintiffs' requested rates here also are consistent with the range of rates described in several credible surveys of legal rates, including the following:

19

- The 2020 Real Rate Report survey compiled by Wolters Kluwer surveys the hourly rates charged in the Third Quarter of 2020 by hundreds of Los Angeles area attorneys, relevant excerpts of which are attached hereto as Exhibit B. The real market rates of Los Angeles area attorneys who practice "litigation" are surveyed at page 28, which describes the Third Quarter 2020 rates charged by 387 Los Angeles partners and 487 associates who practice "Litigation." For that category, the Third Quartile 2020 rate was $940 per hour for partners and $740 for associates. Likewise, page 34 of the Report describes the rates charged by 365 Los Angeles partners with "21 or more years of experience" and "Fewer than 21 years." For those categories, the Third Quartile Los Angeles rates in 2020 were $1,047 per hour for 21 or more years and $912 for attorneys with fewer than 21 years. Page 38 shows that the Third Quartile Los Angeles rates for associates was $581 for associates with fewer than 3 years' experience, $699 for associates with 3-6 years' experience, and $811 for associates with 7 or more years.  In my opinion, given the impressive experience and expertise of Plaintiffs' Counsel, as well as their work product and results achieved, rates above the Third Quartile level would have been amply justified. Instead, Counsel's rates are significantly lower than the rates that the survey would indicate are reasonable.  Moreover, in my experience, since the Third Quarter of 2020, many Los Angeles Area firms have raised their rates by at least 4-6%.

- The 2018 Peer Monitor Public Rates survey, attached hereto as Exhibit C, shows that counsel's rates here are well within the range of hourly rates billed by other top-flight Los Angeles-area law firms. For example, the Survey shows that in 2018, Kirkland & Ellis billed a 2003 law graduate at $1,395 per hour; Proskauer Rose billed 2004 and 2006 law graduates at $1,125 per hour; and Paul Hastings billed a 2004 law graduate at $1,025 per hour.

DECLARATION OF RICHARD M. PEARL

- The 2018 Real Rate Report survey compiled by Wolters Kluwer surveys the hourly rates charged in the Third Quarter of 2018 by hundreds of Los Angeles area attorneys, relevant excerpts of which are attached hereto as Exhibit C**.** The real market rates of Los Angeles area attorneys who practice "litigation" are surveyed at page 27, which describes the Third Quarter 2018 rates charged by 518 Los Angeles partners and 642 associates who practiced "Litigation." For that category, the Third Quartile 2018 rate was **$908** per hour for partners and **$670** for associates. Likewise, page 33 of the Report describes the rates charged by 232 Los Angeles partners with "21 or more years of experience" and "Fewer than 21 years. For those categories, the Third Quartile Los Angeles rate in 2018 were **$960** per hour for 21 or more years and **$920** for attorneys with fewer than 21 years. Given counsel's expertise and experience, the high-caliber work performed, and excellent results obtained here, in my opinion the Third Quartile are the most appropriate measure.  The rates sought by Plaintiff's attorneys in this motion are well within these published rates.

- 

### Hourly Rates Charged by Other Law Firms

40.    Plaintiffs' counsel's rates also are well within the range of the standard hourly non-contingent rates charged by Los Angeles Area law firms that regularly engage in civil litigation of comparable complexity. A chart showing the hourly rates charged by numerous Los Angeles area law firms, as stated in court filings, depositions, surveys, or other reliable sources, is attached hereto as Exhibit D.  The rates requested here are well in line with those rates.

41.    The hourly rates set forth above are those charged where full payment is expected promptly upon the rendition of the billing and without consideration of factors other than hours and rates.  If any substantial part of the payment were to be contingent or deferred for any substantial period of time, for example, the fee arrangement would be adjusted accordingly to compensate the attorneys for those factors.

42.     The foregoing data shows that the rates charged by Plaintiffs' counsel for their work in these proceedings are well within the range of rates charged by comparably qualified attorneys for reasonably similar work.

I declare under penalty of perjury under the laws of the United States that the foregoing facts are true and correct.

Executed on January 6, 2022 at Berkeley, California.


_____
Richard M. Pearl

# Exhibit A

# RESUME OF RICHARD M. PEARL

**RICHARD M. PEARL**
**LAW OFFICES OF RICHARD M. PEARL**
1816 Fifth Street
Berkeley, CA 94710
(510) 649-0810
(510) 548-3143 (facsimile)
rpearl@interx.net (e-mail)

## EDUCATION

University of California, Berkeley, B.A., Economics (June 1966)
Berkeley School of Law (formerly Boalt Hall), Berkeley, J.D. (June 1969)

## BAR MEMBERSHIP

Member, State Bar of California (admitted February 1970)
Member, State Bar of Georgia (admitted June 1970) (inactive)
Admitted to practice before all California State Courts; the United States Supreme Court; the United States Court of Appeals for the District of Columbia and Ninth Circuits; the United States District Courts for the Northern, Central, Eastern, and Southern Districts of California, for the District of Arizona, and for the Northern District of Georgia; and the Georgia Civil and Superior Courts and Court of Appeals.

## EMPLOYMENT

LAW OFFICES OF RICHARD M. PEARL (April 1987 to Present): Civil litigation practice (AV rating), with emphasis on court-awarded attorney's fees, class actions, and appellate practice. Selected Northern California "Super Lawyer" in Appellate Law for 2005, 2006, 2007, 2008, 2010, 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, and 2021.

QUALIFIED APPELLATE MEDIATOR, APPELLATE MEDIATION PROGRAM, California Court of Appeal, First Appellate District (October 2000 to 2013) (program terminated).

ADJUNCT PROFESSOR, HASTINGS COLLEGE OF THE LAW (January 1988 to 2014): Taught *Public Interest Law Practice*, a 2-unit course that focused on the history, strategies, and issues involved in the practice of public interest law.

PEARL, McNEILL & GILLESPIE, Partner (May 1982 to March 1987): General civil litigation practice, as described above.

1

CALIFORNIA RURAL LEGAL ASSISTANCE, INC. (July 1971 to September 1983) (part-time May 1982 to September 1983):

>    Director of Litigation (July 1977 to July 1982)
>    Responsibilities: Oversaw and supervised litigation of more than 50 attorneys in CRLA's 15 field offices; administered and supervised staff of 4-6 Regional Counsel; promulgated litigation policies and procedures for program; participated in complex civil litigation.
>
>    Regional Counsel (July 1982 to September 1983 part-time)
>    Responsibilities: Served as co-counsel to CRLA field attorneys on complex projects; provided technical assistance and training to CRLA field offices; oversaw CRLA attorney's fee cases; served as counsel on major litigation.
>
>    Directing Attorney, Cooperative Legal Services Center (February 1974 to July 1977) (Staff Attorney February 1974 to October 1975)
>    Responsibilities: Served as co-counsel on major litigation with legal services attorneys in small legal services offices throughout California; supervised and administered staff of four senior legal services attorneys and support staff.
>
>    Directing Attorney, CRLA McFarland Office (July 1971 to February 1974) (Staff Attorney July 1971 to February 1972)
>    Responsibilities: Provided legal representation to low income persons and groups in Kern, King, and Tulare Counties; supervised all litigation and administered staff of ten.

HASTINGS COLLEGE OF THE LAW, Instructor, Legal Writing and Research Program (August 1974 to June 1978)
Responsibilities: Instructed 20 to 25 first year students in legal writing and research.

CALIFORNIA AGRICULTURAL LABOR RELATIONS BOARD, Staff Attorney, General Counsel's Office (November 1975 to January 1976, while on leave from CRLA)
Responsibilities: Prosecuted unfair labor practice charges before Administrative Law Judges and the A.L.R.B. and represented the A.L.R.B. in state court proceedings.

ATLANTA LEGAL AID SOCIETY, Staff Attorney (October 1969 to June 1971)
Responsibilities: Represented low-income persons and groups as part of 36-lawyer legal services program located in Atlanta, Georgia.

## PUBLICATIONS

Pearl, *California Attorney Fee Awards, Third Edition* (Cal. Cont. Ed. Bar 2010) and February 2011, 2012, 2013, 2014, 2015, 2016, 2017, 2018, 2019, 2020, and March 2021 Supplements

Pearl, *California Attorney Fee Awards, Second Edition* (Cal. Cont. Ed. Bar 1994), and 1995, 1996, 1997, 1998, 1999, 2000, 2001, 2002, 2003, 2004, 2005, 2006, 2007, and 2008 Supplements

*Graham v. DaimlerChrysler Corp.* and *Tipton-Whittingham v. City of Los Angeles*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Feb. 2005)

*Current Issues in Attorneys' Fee Litigation*, California Labor and Employment Law Quarterly (September 2002 and November 2002)

*Flannery v. Prentice: Shifting Attitudes Toward Fee Agreements and Fee-Shifting Statutes*, Civil Litigation Reporter (Cal. Cont. Ed. Bar Nov. 2001)

*A Practical Introduction to Attorney's Fees*, Environmental Law News (Summer 1995)

Wrongful Employment Termination Practice, Second Edition (Cal. Cont. Ed. Bar 1997) (co-authored chapter on "Attorney Fees")

California Attorney's Fees Award Practice (Cal. Cont. Ed. Bar 1982) (edited), and 1984 through 1993 Supplements

Program materials on attorney fees, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations in Determining, Billing, and Collecting (October 1992)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Effective Representation Before California Administrative Agencies (October 1986)

Program materials on Attorney's Fees in Administrative Proceedings: California Continuing Education of the Bar, prepared as panelist for CEB program on Attorneys' Fees: Practical and Ethical Considerations (March 1984)

*Settlors Beware/The Dangers of Negotiating Statutory Fee Cases* (September 1985) Los Angeles Lawyer

Program Materials on Remedies Training (Class Actions), sponsored by Legal Services Section, California State Bar, San Francisco (May 1983)

Attorneys' Fees: A Legal Services Practice Manual (Legal Services Corporation 1981)

**PUBLIC SERVICE**

Member, Attorneys' Fee Task Force, California State Bar

Member, Board of Directors, California Rural Legal Assistance Foundation

**REPRESENTATIVE CASES**

*ACLU of N. Cal. v. DEA*
    (N.D. Cal. 2012) 2012 U.S.Dist.LEXIS 190389

*Alcoser v. Thomas*
    (2011) 2011 Cal.App.Unpub.LEXIS 1180

*Arias v. Raimondo*
    (2018) 2018 U.S.App.LEXIS 7484

*Boren v. California Department of Employment*
    (1976) 59 Cal.App.3d 250

*Cabrera v. Martin*
    (9th Cir. 1992) 973 F.2d 735

*Camacho v. Bridgeport Financial, Inc.*
    (9th Cir. 2008) 523 F.3d 973

*Campos v. E.D.D.*
    (1982) 132 Cal.App.3d 961

*Center for Biological Diversity v. County of San Bernardino*
    (2010) 185 Cal.App.4th 866

*Children & Families Commission of Fresno v. Brown*
    (2014) 228 Cal.App.4[th] 45

*Committee to Defend Reproductive Rights v. A Free Pregnancy Center*
    (1991) 229 Cal.App.3d 633

*David C. v. Leavitt*
    (D. Utah 1995) 900 F.Supp. 1547

*Delaney v. Baker*
    (1999) 10 Cal.4th 23

**REPRESENTATIVE CASES (cont.)**

*Dixon v. City of Oakland*
(2014) 2014 U.S.Dist.LEXIS 169688

*Employment Development Dept. v. Superior Court (Boren)*
(1981) 30 Cal.3d 256

*Environmental Protection Info. Ctr. v Department of Forestry & Fire Protection*
(2010) 190 Cal.App.4th 217

*Environmental Protection Information Center, Inc. v. Pacific Lumber Co.*
(N.D. Cal. 2002) 229 F. Supp.2d 993, *aff'd* (9th Cir. 2004) 103 Fed. Appx. 627

*Flannery v Prentice*
(2001) 26 Cal. 4th 572

*Guerrero v. Cal. Dept. of Corrections etc.*
(2016) 2016 U.S.Dist.LEXIS 78796, *aff'd in relevant part,* (9th Cir. 2017) 701 Fed.Appx. 613

*Graham v. DaimlerChrysler Corp.*
(2004) 34 Cal. 4th 553

*Heron Bay Home Owners Assn. v. City of San Leandro*
(2018) 19 Cal.App.5th 376

*Horsford v. Board of Trustees of Univ. of Calif.*
(2005) 132 Cal.App.4th 359

*Ketchum v. Moses*
(2001) 24 Cal.4th 1122

*Kievlan v. Dahlberg Electronics*
(1978) 78 Cal.App.3d 951, *cert. denied* (1979) 440 U.S. 951

*Lealao v. Beneficial  California, Inc.*
(2000) 82 Cal.App.4th 19

*Lewis v. California Unemployment Insurance Appeals Board*
(1976) 56 Cal.App.3d 729

**REPRESENTATIVE CASES (cont.)**

*Local 3-98 etc. v. Donovan*
(N.D. Cal. 1984) 580 F.Supp. 714,
*aff'd* (9th Cir. 1986) 792 F.2d 762

*Mangold v. California Public Utilities Commission*
(9th Cir. 1995) 67 F.3d 1470

*Maria P. v. Riles*
(1987) 43 Cal.3d 1281

*Martinez v. Dunlop*
(N.D. Cal. 1976) 411 F.Supp. 5,
*aff'd* (9th Cir. 1977) 573 F.2d 555

*McQueen, Conservatorship of*
(2014) 59 Cal.4[th] 602 (argued for *amici curiae*)

*McSomebodies v. Burlingame Elementary School Dist.*
(9th Cir. 1990) 897 F.2d 974

*McSomebodies v. San Mateo City School Dist.*
(9th Cir. 1990) 897 F.2d 975

*Molina v. Lexmark International*
(2013) 2013 Cal.App. Unpub. LEXIS 6684

*Moore v. Bank of America*
(9th Cir. 2007) 2007 U.S. App. LEXIS 19597

*Moore v. Bank of America*
(S.D. Cal. 2008) 2008 U.S. Dist. LEXIS 904

*Mora v. Chem-Tronics, Inc.*
(S.D. Cal. 1999) 1999 U.S. Dist. LEXIS 10752,
5 Wage & Hour Cas. 2d (BNA) 1122

*Nadaf-Rahrov v. Nieman Marcus Group*
(2014) 2014 Cal.App. Unpub. LEXIS 6975

*Orr v. Brame*
(9th Cir. 2018) 727 Fed.Appx. 265, 2018 U.S.App.LEXIS 6094

**REPRESENTATIVE CASES (cont.)**

*Orr v. Brame*
> (9th Cir. 2019) 793 Fed.Appx. 485

*Pena v. Superior Court of Kern County*
> (1975) 50 Cal.App.3d 694

*Ponce v. Tulare County Housing Authority*
> (E.D. Cal 1975) 389 F.Supp. 635

*Ramirez v. Runyon*
> (N.D. Cal. 1999) 1999 U.S. Dist. LEXIS 20544

*Ridgeway v. Wal-Mart Stores, Inc.*, 269 F. Supp. 3d 975 (N.D. Cal. 2017), *aff'd on merits (fees not appealed)* 269 F.3d 1066 (9th Cir. 2020)

*Robles v. Employment Dev. Dept.*
> (2019) 38 Cal.App.5[th] 191

*Rubio v. Superior Court*
> (1979) 24 Cal.3d 93 (amicus)

*Ruelas v. Harper*
> (2015) 2015 Cal.App. Unpub.LEXIS 7922

*Sokolow v. County of San Mateo*
> (1989) 213 Cal. App. 3d. 231

*S.P. Growers v. Rodriguez*
> (1976) 17 Cal.3d 719 (amicus)

*Swan v. Tesconi*
> (2015) 2015 Cal.App. Unpub. LEXIS 3891

*Tongol v. Usery*
> (9th Cir. 1979) 601 F.2d 1091,
> *on remand* (N.D. Cal. 1983) 575 F.Supp. 409,
> *revs'd* (9th Cir. 1985) 762 F.2d 727

*Tripp v. Swoap*
> (1976) 17 Cal.3d 671 (amicus)

**REPRESENTATIVE CASES (cont.)**

*United  States (Davis) v. City and County of San Francisco*
> (N.D. Cal. 1990) 748 F.Supp. 1416, *aff'd in part*
> *and revs'd in part sub nom Davis v. City and County*
> *of San Francisco* (9th Cir. 1992) 976 F.2d 1536,
> *modified on rehearing* (9th Cir. 1993) 984 F.2d 345

*United  States v. City of San Diego*
> (S.D.Cal. 1998) 18 F.Supp.2d 1090

*Vasquez v. State of California*
> (2008) 45 Cal.4th 243 (*amicus*)

*Velez v. Wynne*
> (9th Cir. 2007) 2007 U.S. App. LEXIS 2194

**AUGUST 2021**

# Exhibit B



# 2020 Real Rate Report®
## Mid-Year Update

The Industry's Leading Analysis of Law Firm Rates, Trends, and Practices



Wolters Kluwer

When you have to be right





**Report Editor**

**Jeffrey Solomon**
Senior Director, Product Management Legal
Analytics, Wolters Kluwer's ELM Solutions

**Lead Data Analysts**

**Gary Clark**
Data Engineer
Wolters Kluwer's ELM Solutions

**Pankaj Saha**
Data Engineer
Wolters Kluwer's ELM Solutions

**ELM Solutions Creative**

**David Andrews**
Senior Graphic Designer
Wolters Kluwer's ELM Solutions

**Contributing Analysts and Authors**

**Joel Surdykowski**
LegalVIEW Product Manager
Wolters Kluwer's ELM Solutions

**Deniece Bushell**
Senior Product Marketing Manager
Wolters Kluwer's ELM Solutions

**Executive Sponsor**

**Jonah Paransky**
Executive Vice President and
General Manager
Wolters Kluwer's ELM Solutions

---

© 2004 – 2020 Wolters Kluwer's ELM Solutions. All rights reserved. This material may not be reproduced, displayed, modified, or distributed in any form without the express prior written permission of the copyright holders. To request permission, please contact:

ELM Solutions, a Wolters Kluwer business
20 Church Street
Hartford, CT 06103 United States
ATTN: Marketing
+1-860-549-8795

**LEGAL CAVEAT**

Wolters Kluwer's ELM Solutions has worked to ensure the accuracy of the information in this report; however, Wolters Kluwer's ELM Solutions cannot guarantee the accuracy of the information or analyses in all cases. Wolters Kluwer's ELM Solutions is not engaged in rendering legal, accounting, or other professional services. This report should not be construed as professional advice on any particular set of facts or circumstances. Wolters Kluwer's ELM Solutions is not responsible for any claims or losses that may arise from any errors or omissions in this report or from reliance upon any recommendation made in this report.

---

# Table of Contents – 2020 Real Rate Report

**A Letter to Our Readers • 4**

**Report Use Considerations • 5**

**Section I: High-Level Data Cuts • 9**
- Partners, Associates, and Paralegals
- Partners, Associates, and Paralegals by Practice Area and Matter Type
- Partners and Associates by City
- Partners and Associates by City and Matter Type
- Partners by City and Years of Experience
- Associates by City and Years of Experience
- Partners and Associates by Firm Size and Matter Type

**Section II: Industry Analysis • 41**
- Partners, Associates, and Paralegals by Industry Group
- Partners and Associates by Industry Group and Matter Type
- Basic Materials and Utilities
- Consumer Goods
- Consumer Services
- Financials (Excluding Insurance)
- Health Care
- Industrials
- Technology and Telecommunications

**Section III: Practice Area Analysis • 56**
- Bankruptcy and Collections
- Commercial
- Corporate: Mergers, Acquisitions, and Divestitures
- Corporate: Regulatory and Compliance
- Corporate: Other
- Employment and Labor
- Environmental
- Finance and Securities
- General Liability (Litigation Only)
- Insurance Defense (Litigation Only)
- Intellectual Property: Patents
- Intellectual Property: Trademarks
- Intellectual Property: Other
- Real Estate

**Section IV: In-Depth Analysis for Select US Cities • 107**
- Boston, MA
- Chicago, IL
- Los Angeles, CA
- New York, NY
- Philadelphia, PA
- San Francisco, CA
- Washington, DC

**Section V: International Analysis • 125**

**Section VI: Matter Staffing Analysis • 152**

**Appendix: Data Methodology • 157**

# A Letter to Our Readers

Welcome to the Wolters Kluwer's ELM Solutions Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates.

Welcome to the Wolters Kluwer's ELM Solutions 2020 Mid-Year Real Rate Report®, the industry's leading data-driven benchmark report for lawyer rates. Our Real Rate Report has been a useful data analytics resource to the legal industry since its inception in 2010 and continues to evolve even in the current environment.

The Real Rate Report is powered by Wolters Kluwer's ELM Solutions LegalVIEW® data warehouse, the world's largest source of legal performance benchmark data, which has grown to include over $140 billion in anonymized legal data.

As with past Real Rate Reports, all of the data analyzed are from corporations' and law firms' e-billing and time management solutions. We have included lawyer and paralegal rate data filtered by specific practice and sub-practice areas, metropolitan areas, and types of matters to give legal departments and law firms greater ability to pinpoint areas of opportunity.

So far, 2020 has been an unprecedented year with the global pandemic causing disruption to health, economies, and society. Many industry sectors have been impacted by COVID-19, and the legal industry is no exception. Our business intelligence experts have observed downward but uneven trends in law firm billing activity and intend to continue to track the legal industry response. We strive to make the Real Rate Report a valuable and actionable reference tool for legal departments and law firms.

In our current environment, the need for a reliable and comparative data source for rates has never been more important. As always, we welcome your comments and suggestions on what information would make this publication more valuable to you. We thank you for making Wolters Kluwer's ELM Solutions your trusted partner for legal industry domain expertise, data, and analytics and look forward to continuing to provide market-leading, expert solutions that deliver the best business outcomes for collaboration among legal departments and law firms.

Sincerely,

**Jonah Paransky**
Executive Vice President and General Manager
Wolters Kluwer's ELM Solutions

# Report Use Considerations

2020 Mid-Year Real Rate Report

- Examines law firm rates over time
- Itemizes rates by location, experience, firm size, areas of expertise, industry, and timekeeper role (i.e., partner, associate, and paralegal)
- Identifies variables that drive rates up or down

All the analyses included in the report derive from the actual rates charged by law firm professionals as recorded on invoices submitted and approved for payment.

Examining real, approved rate information, along with the ranges of those rates and their changes over time, highlights the role these variables play in driving aggregate legal cost and income. The analyses can energize questions for both corporate clients and law firm principals.

Clients might ask whether they are paying the right amount for different types of legal services, while law firm principals might ask whether they are charging the right amount for legal services and whether to modify their pricing approach.

Some key factors[1] that drive rates[2]:

- **Geographic location** - Lawyers in urban and major metropolitan areas tend to charge more when compared with lawyers in rural areas or small towns.
- **Degree of difficulty** - The cost of representation will be higher if the case is particularly complex or time-consuming; for example, if there are a large number of documents to review, many witnesses to depose, and numerous procedural steps, the case is likely to cost more (regardless of other factors like the lawyer's level of experience).
- **Experience and reputation** - A more experienced, higher-profile lawyer is often going to charge more, but absorbing this higher cost at the outset may make more sense than hiring a less expensive lawyer who will likely take time and billable hours to come up to speed on unfamiliar legal and procedural issues.
- **Overhead** - The costs associated with the firm's support network (paralegals, clerks, and assistants), document preparation, consultants, research, and other expenses.

Additional analysis was performed to examine the impact of rates on law firm invoices relative to an e-billing providers' business model. It should be noted that there are several industry-standard business models that e-billing providers use to charge law firms and other legal service providers to submit invoices and perform other transactions through their systems. The three main model types are:

- Client pay, where the corporate client pays a subscription for the matter and spend solution.
- Law firm pay, where the law firm pays a subscription or usage fee based on the invoices submitted.
- Hybrid, which is a combination of a client pay and law firm pay.

---

1 **Source: 2018 RRR.** Factor order validated in multiple analyses since 2010
2 **David Goguen, J.D., University of San Francisco School of Law (2017) Guide to Legal Services Billing** Retrieved from https://www.lawyers.com/legal-info/research/guide-to-legal-services-billing-rates.html

# Report Use Considerations

The data shows that the law firm pay model has become normative in the industry – 85%+ of Wolters Kluwer's ELM Solutions clients' law firms participate in a law firm pay or hybrid model. In addition, 99% of the Am Law 200 law firms participate in at least one law firm pay model paying 1% or more on the invoices submitted, and 97% of the Am Law 200 pay 2%.

The analysis performed then examined law firm rates from firms who participated in one of those law firm pay/hybrid models versus those who are in a client pay model. The analysis showed no statistical difference in rates, suggesting that the business model that the firm participates in does not impact the rates the firm charges to their corporate client.

### Effects of COVID-19

Additional analyses were performed to assess any trends and potential effects of COVID-19 on rates and other measures. Across all industries, we see a decline of 7% in the number of new matters being opened. Legal spend is down 5%. Activity varies by industry with spend decreasing only 1% in the technology sector but up to 30% for consumer services.

In some instances, we see more than expected increases in attorney rates. Among the possible reasons for this are:

- Potential opportunistic billing created by the pandemic. Dislocations in the supply chain in some segments of the market which allow firms to charge more for services.
- Law firms may have reduced staff to cut expenses. The data in the mid-year report shows a slight increase in the number of billing partners and a decrease in billing paralegals. Be on guard for opportunistic pricing and weigh your outside counsel relationships accordingly.

Overall, the data in the 2020 Mid-Year Real Rate Report provides corporate counsel with an understanding of the rates they can expect to pay for a given matter type, division, industry, or practice area and offers in-depth analyses on key drivers of rates to help make informed selection decisions. For law firms, it provides a relative benchmark to ensure that pricing for legal services remains competitive.

Wolters Kluwer's ELM Solutions research shows: you can evaluate these rates with confidence they are not affected by e-billing pricing models; you should stay sensitized to potential Covid influences on rates and activity in some markets and guard against overpaying.

# Section I: High-Level Data Cuts

## Cities
By Matter Type

**Q2 2020 -- Real Rates for Partners and Associates**          **Trend Analysis (Mean)**

| City | Matter Type | Role | n | First Quartile | Median | Third Quartile | Q2 2020 | Q2 2019 | Q2 2018 |
|---|---|---|---|---|---|---|---|---|---|
| | | | 49 | $317 | $400 | $483 | $413 | $419 | $386 |
| | | | 35 | $190 | $251 | $321 | $264 | $268 | $264 |
| | | | 57 | $383 | $441 | $525 | $446 | $426 | $413 |
| | | | 31 | $236 | $262 | $301 | $276 | $263 | $269 |
| | | | 57 | $319 | $353 | $385 | $368 | $344 | $338 |
| | | | 57 | $135 | $225 | $251 | $202 | $236 | $182 |
| | | | 28 | $297 | $353 | $483 | $375 | $347 | $350 |
| | | | 11 | $281 | $300 | $378 | $350 | $292 | $312 |
| | | | 12 | $145 | $208 | $404 | $265 | $225 | $248 |
| | | | 14 | $304 | $345 | $365 | $368 | $349 | $359 |
| | | | 82 | $373 | $443 | $514 | $456 | $454 | $409 |
| | | | 80 | $275 | $308 | $340 | $306 | $294 | $270 |
| | | | 109 | $385 | $430 | $532 | $458 | $445 | $443 |
| | | | 100 | $225 | $277 | $320 | $283 | $279 | $259 |
| | | | 15 | $150 | $150 | $150 | $170 | $170 | $206 |
| | | | 21 | $250 | $360 | $563 | $429 | $391 | $356 |
| | | | 19 | $247 | $280 | $313 | $284 | $273 | $261 |
| | | | 27 | $300 | $400 | $495 | $432 | $490 | $482 |
| | | | 22 | $236 | $292 | $337 | $281 | $289 | $289 |
| | | | 11 | $235 | $250 | $250 | $272 | $286 | $268 |
| | | | 14 | $215 | $250 | $362 | $297 | $251 | $269 |
| | | | 387 | $425 | $660 | $940 | $694 | $673 | $650 |
| | | | 478 | $350 | $535 | $740 | $548 | $524 | $501 |
| | | | 583 | $564 | $795 | $1,085 | $837 | $803 | $771 |
| | | | 834 | $432 | $605 | $794 | $629 | $608 | $595 |
| | | | 17 | $301 | $349 | $391 | $351 | $348 | $340 |
| | | | 21 | $180 | $210 | $260 | $218 | $218 | $212 |
| | | | 14 | $223 | $245 | $250 | $237 | $204 | $221 |
| | | | 18 | $361 | $415 | $478 | $423 | $422 | $429 |
| | | | 16 | $290 | $365 | $425 | $360 | $344 | $351 |
| | | | 20 | $285 | $321 | $357 | $327 | $337 | $349 |
| | | | 12 | $195 | $213 | $225 | $215 | $235 | $229 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q2 2020 -- Real Rates for Partners**                                        **Trend Analysis (Mean)**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q2 2020 | Q2 2019 | Q2 2018 |
|---|---|---|---|---|---|---|---|---|
| | | 31 | $300 | $329 | $400 | $346 | $337 | $343 |
| | | 70 | $266 | $350 | $448 | $354 | $360 | $356 |
| | | 14 | $390 | $455 | $495 | $460 | $438 | $414 |
| | | 17 | $338 | $425 | $487 | $421 | $358 | $383 |
| | | 39 | $424 | $502 | $730 | $561 | $525 | $482 |
| | | 19 | $275 | $300 | $425 | $363 | $359 | $345 |
| | | 73 | $502 | $675 | $828 | $691 | $673 | $652 |
| | | 78 | $533 | $795 | $973 | $787 | $664 | $667 |
| | | 32 | $297 | $384 | $420 | $367 | $366 | $338 |
| | | 56 | $378 | $465 | $551 | $459 | $450 | $423 |
| | | 22 | $296 | $342 | $357 | $330 | $322 | $303 |
| | | 18 | $295 | $370 | $440 | $384 | $348 | $369 |
| | | 11 | $300 | $325 | $460 | $384 | $333 | $360 |
| | | 51 | $328 | $396 | $440 | $386 | $369 | $353 |
| | | 68 | $411 | $500 | $600 | $511 | $500 | $449 |
| | | 18 | $250 | $475 | $675 | $485 | $491 | $452 |
| | | 12 | $230 | $250 | $275 | $273 | $266 | $278 |
| | | 199 | $450 | $655 | $912 | $683 | $685 | $641 |
| | | 365 | $528 | $731 | $1,047 | $797 | $743 | $723 |
| | | 12 | $338 | $380 | $410 | $371 | $394 | $360 |
| | | 11 | $286 | $290 | $365 | $317 | $303 | $311 |
| | | 17 | $325 | $400 | $425 | $373 | $368 | $371 |
| | | 44 | $375 | $508 | $615 | $479 | $471 | $390 |
| | | 107 | $350 | $546 | $726 | $541 | $530 | $482 |
| | | 20 | $260 | $343 | $439 | $410 | $372 | $366 |
| | | 36 | $378 | $458 | $611 | $516 | $407 | $402 |
| | | 60 | $416 | $520 | $599 | $506 | $465 | $430 |
| | | 120 | $399 | $605 | $743 | $590 | $582 | $493 |
| | | 22 | $360 | $409 | $457 | $398 | $361 | $353 |
| | | 43 | $418 | $457 | $514 | $456 | $433 | $438 |
| | | 34 | $301 | $348 | $442 | $367 | $341 | $327 |
| | | 48 | $290 | $360 | $463 | $376 | $362 | $336 |
| | | 514 | $630 | $1,010 | $1,273 | $965 | $939 | $889 |
| | | 1126 | $598 | $949 | $1,330 | $977 | $964 | $929 |

# Section I: High-Level Data Cuts

## Cities
By Years of Experience

**Q2 2020 -- Real Rates for Associates**                    **Trend Analysis (Mean)**

| City | Years of Experience | n | First Quartile | Median | Third Quartile | Q2 2020 | Q2 2019 | Q2 2018 |
|---|---|---|---|---|---|---|---|---|
|  |  | 25 | $272 | $300 | $325 | $295 | $290 | $247 |
|  |  | 29 | $269 | $295 | $311 | $295 | $277 | $271 |
|  |  | 17 | $250 | $288 | $330 | $285 | $282 | $286 |
|  |  | 47 | $397 | $476 | $581 | $483 | $479 | $455 |
|  |  | 138 | $395 | $565 | $699 | $557 | $510 | $462 |
|  |  | 207 | $350 | $536 | $811 | $585 | $573 | $549 |
|  |  | 20 | $265 | $325 | $350 | $336 | $339 | $279 |
|  |  | 39 | $240 | $381 | $491 | $383 | $373 | $306 |
|  |  | 16 | $256 | $294 | $315 | $299 | $284 | $285 |
|  |  | 16 | $295 | $364 | $403 | $354 | $361 | $435 |
|  |  | 26 | $312 | $355 | $418 | $368 | $363 | $321 |
|  |  | 29 | $295 | $378 | $508 | $379 | $384 | $331 |
|  |  | 18 | $225 | $266 | $297 | $268 | $259 | $257 |
|  |  | 20 | $226 | $253 | $305 | $261 | $244 | $236 |
|  |  | 22 | $238 | $325 | $369 | $304 | $276 | $234 |
|  |  | 153 | $385 | $513 | $647 | $536 | $501 | $517 |
|  |  | 286 | $404 | $589 | $826 | $613 | $586 | $549 |
|  |  | 564 | $410 | $693 | $945 | $697 | $702 | $678 |
|  |  | 16 | $281 | $305 | $348 | $326 | $304 | $276 |
|  |  | 60 | $300 | $325 | $395 | $342 | $329 | $339 |
|  |  | 158 | $305 | $355 | $430 | $378 | $363 | $338 |
|  |  | 170 | $310 | $450 | $514 | $449 | $429 | $397 |
|  |  | 11 | $213 | $275 | $315 | $275 | $236 | $278 |
|  |  | 21 | $251 | $335 | $393 | $320 | $297 |  |
|  |  | 36 | $275 | $355 | $425 | $345 | $327 | $317 |
|  |  | 40 | $265 | $356 | $474 | $372 | $349 | $335 |
|  |  | 14 | $251 | $285 | $309 | $277 | $264 | $299 |
|  |  | 45 | $293 | $336 | $388 | $336 | $310 | $321 |
|  |  | 51 | $332 | $415 | $458 | $389 | $359 | $366 |
|  |  | 15 | $350 | $417 | $450 | $393 | $381 | $330 |
|  |  | 15 | $200 | $224 | $245 | $222 | $203 | $185 |
|  |  | 11 | $231 | $290 | $378 | $314 | $324 | $313 |
|  |  | 33 | $288 | $365 | $545 | $412 | $419 | $453 |

# Exhibit C

# PEER MONITOR

## INSIGHT. ADVANTAGE. COMPETITIVE INTELLIGENCE.

# PUBLIC RATES

In a time when the legal market continues to face fluctuating demand and challenges containing expenses, it's critical that your firm stays on top of the latest billing trends and maintains fair, competitive rates while maximizing revenue.

## Take Action to Inform Your Firm

**Public Rates** is a dynamic, web-based billing rate service that gives you anytime access to accurate, court reported, hourly rate data, with details drilling down to the named timekeeper.

It empowers you to quickly and easily slice and analyze rates across user-selected combinations of various attributes, sort targeted record results, view quartile and median rates for searched data, and more.

## Then Take Your Rate Analysis One Step Further

As efficient as it is intuitive, **Public Rates** offers deeper billing evaluation with query comparison that allows for firm-to-firm, case-to-case, or even person-to-person rate examination.

What's more, you can quickly and easily find critical insights with features such as click sorting, query naming, and auto-saved search history.

## Use Public Rates to:

- Determine optimal rates and profit opportunities
- Justify rates submitted to courts on fee applications
- Track lawyer performance
- Get pricing transparency in the marketplace





## Get Critical, Actionable Data

Search reported hourly rates by:

- Timekeeper
- Year of admission
- Firm
- Segment
- Location
- Jurisdiction
- Role
- Year of filing
- Case
- Historical records as far back as 7 years

**Learn more at** legalsolutions.com/peer-monitor
CONTACT US TODAY:
**Ruth Bowen**
ruth.bowen@thomsonreuters.com | 651.687.6891


the answer company™
THOMSON REUTERS®

© 2016 Thomson Reuters S019557/11-11

# California Rates (January–May 2018)

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | David M. Nemecek | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,395 | 2.4 | $3,348.00 |
| Partner | Leslie A. Plaskon | Paul Hastings LLP | 1988 | 1988 | CA | $1,275 | 260 | $331,500.00 |
| Partner | Thomas B. Walper | Munger Tolles & Olson LLC | 1980 | 1980 | CA | $1,225 | 166.7 | $204,207.50 |
| Partner | Jeffrey B Greenberg | Latham & Watkins LLP | 1996 | 1996 | CA | $1,175 | 3.3 | $3,877.50 |
| Partner | Mark E. McKane | Kirkland & Ellis LLP | 1997 | 1997 | CA | $1,175 | 79.1 | $92,942.50 |
| Partner | Paul D Tanaka | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,145 | 1.1 | $1,259.50 |
| Partner | Annie Kim | Proskauer Rose LLP | 2004 | 2004 | CA | $1,125 | 22.1 | $24,862.50 |
| Partner | Jonathan Benloulou | Proskauer Rose LLP | 2006 | 2006 | CA | $1,125 | 2.9 | $3,262.50 |
| Partner | Robert J Frances | Latham & Watkins LLP | 2001 | 2001 | CA | $1,125 | 1.7 | $1,912.50 |
| Partner | Dean A. Ziehl | Pachulski Stang Ziehl Young Jones & | 1978 | 1978 | CA | $1,050 | 73.3 | $76,965.00 |
| Partner | James I. Stang | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $1,050 | 111.4 | $116,970.00 |
| Partner | Alan J. Kornfeld | Pachulski Stang Ziehl Young Jones & | 1987 | 1987 | CA | $1,025 | 78.9 | $80,872.50 |
| Partner | Stephen D. Rose | Munger Tolles & Olson LLC | 1991 | 1991 | CA | $1,025 | 63.9 | $65,497.50 |
| Partner | Unger Sean | Paul Hastings LLP | 2004 | 2004 | CA | $1,025 | 103.2 | $105,780.00 |
| Partner | Stefanie I Gitler | Kirkland & Ellis LLP | 2009 | 2009 | CA | $995 | 225.1 | $223,974.50 |
| Partner | Tate Eric A. | Morrison & Foerster LLP | 1995 | 1995 | CA | $990 | 0.3 | $297.00 |
| Partner | Michael Esser | Kirkland & Ellis LLP | 2009 | 2009 | CA | $965 | 542.6 | $523,609.00 |
| Associate | Campbell Gavin | Kirkland & Ellis LLP | 2012 | 2012 | CA | $950 | 227.7 | $216,315.00 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & | 1993 | 1989 | CA | $950 | 107.7 | $102,315.00 |
| Associate | Olsen Katrina | Kirkland & Ellis LLP | 2014 | 2014 | CA | $950 | 4.6 | $4,370.00 |
| Partner | Janie F. Schulman | Morrison & Foerster LLP | 1987 | 1987 | CA | $925 | 0.2 | $185.00 |
| Associate | Jacob Johnston | Kirkland & Ellis LLP | 2013 | 2013 | CA | $905 | 5 | $4,525.00 |
| Partner | Kenneth H. Brown | Pachulski Stang Ziehl Young Jones & | 1981 | 1977 | CA | $895 | 5.9 | $5,280.50 |
| Partner | Kevin S. Allred | Munger Tolles & Olson LLC | 1986 | 1986 | CA | $875 | 209.7 | $183,487.50 |
| Partner | Knudsen Erik G. | Morrison & Foerster LLP | 2007 | 2007 | CA | $875 | 269.4 | $235,725.00 |
| Counsel | Adam Lin | Orrick, Herrington & Sutcliffe LLP | 2004 | 2004 | CA | $850 | 3 | $2,550.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $845 | 173 | $146,185.00 |
| Associate | Michael Saretsky | Kirkland & Ellis LLP | 2015 | 2015 | CA | $835 | 237.2 | $198,062.00 |
| Of Counsel | Harry D. Hochman | Pachulski Stang Ziehl Young Jones & | 1987 | 1987 | CA | $825 | 69.1 | $57,007.50 |
| Of Counsel | Lloyd W. Aubry | Morrison & Foerster LLP | 1975 | 1975 | CA | $825 | 1.6 | $1,320.00 |
| Partner | Seth Goldman | Munger Tolles & Olson LLC | 2002 | 2002 | CA | $825 | 260.5 | $214,912.50 |
| Of Counsel | Victoria A. Newmark | Pachulski Stang Ziehl Young Jones & | 1996 | 1996 | CA | $825 | 1.6 | $1,320.00 |
| Of Counsel | Yana S. Johnson | Morrison & Foerster LLP | 1999 | 1999 | CA | $825 | 3.2 | $2,640.00 |
| Associate | Austin Klar | Kirkland & Ellis LLP | 2013 | 2013 | CA | $810 | 23.3 | $18,873.00 |
| Associate | Cynthia Castillo | Kirkland & Ellis LLP | 2015 | 2015 | CA | $810 | 178.8 | $144,828.00 |
| Associate | Kevin Chang | Kirkland & Ellis LLP | 2014 | 2014 | CA | $810 | 8.4 | $6,804.00 |
| Of Counsel | Nardali Ali U. | Morrison & Foerster LLP | 2008 | 2008 | CA | $795 | 4.4 | $3,498.00 |
| Associate | Ramin Montazeri | Latham & Watkins LLP | 2016 | 2016 | CA | $795 | 10.9 | $8,665.50 |
| Associate | Lee Muhyung | Proskauer Rose LLP | 2015 | 2015 | CA | $780 | 37.5 | $29,250.00 |
| Of Counsel | Jeffrey L. Kandel | Pachulski Stang Ziehl Young Jones & | 1984 | 1984 | CA | $750 | 10.7 | $8,025.00 |
| Of Counsel | Bradley R. Schneider | Munger Tolles & Olson LLC | 2004 | 2004 | CA | $735 | 88.9 | $65,341.50 |
| Associate | Curtis Kelly M | Proskauer Rose LLP | 2016 | 2016 | CA | $730 | 39.6 | $28,908.00 |
| Associate | Cynthia Castillo | Kirkland & Ellis LLP | 2015 | 2015 | CA | $725 | 30.3 | $21,967.50 |
| Associate | Joanna A Gorska | Latham & Watkins LLP | 2014 | 2014 | CA | $725 | 2.4 | $1,740.00 |
| Counsel | Elissa A. Wagner | Pachulski Stang Ziehl Young Jones & | 2001 | 2001 | CA | $695 | 5 | $3,475.00 |
| Associate | Benjamin Butterfield | Morrison & Foerster LLP | 2014 | 2014 | CA | $660 | 883.2 | $582,912.00 |
| Partner | David M. Eaton | Kilpatrick Townsend & Stockton LLP | 1996 | 1996 | CA | $660 | 5.3 | $3,498.00 |
| Associate | Ankur Sharma | Kirkland & Ellis LLP | 2016 | 2016 | CA | $645 | 16.4 | $10,578.00 |
| Associate | Maxwell Coll | Kirkland & Ellis LLP | 2016 | 2016 | CA | $630 | 15 | $9,450.00 |
| Associate | Brashears Travis C | Proskauer Rose LLP | 2016 | 2016 | CA | $595 | 8.3 | $4,938.50 |
| Associate | Sadeghi Sam | Paul Hastings LLP | 2016 | 2016 | CA | $585 | 22.9 | $13,396.50 |
| Associate | Jenny Pierce | Kirkland & Ellis LLP | 2016 | 2016 | CA | $555 | 1.2 | $666.00 |
| Associate | Meg A Webb | Kirkland & Ellis LLP | 2017 | 2017 | CA | $555 | 1.4 | $777.00 |

| Associate | Peter E. Boos | Munger Tolles & Olson LLC | 2014 | 2014 | CA | $550 | 88.05 | $48,427.50 |
|---|---|---|---|---|---|---|---|---|
| Associate | Floyd Amani Solange | Morrison & Foerster LLP | 2014 | 2014 | CA | $540 | 3.9 | $2,106.00 |
| Associate | Glock Jana | Morrison & Foerster LLP | 2015 | 2015 | CA | $540 | 22.2 | $11,988.00 |
| Associate | Kerry C. Jones | Morrison & Foerster LLP | 2014 | 2014 | CA | $540 | 11.5 | $6,210.00 |
| Associate | Roumiantseva Dina | Morrison & Foerster LLP | 2014 | 2014 | CA | $540 | 5 | $2,700.00 |
| Associate | Scheinok Brittany | Morrison & Foerster LLP | 2015 | 2015 | CA | $485 | 27.2 | $13,192.00 |
| Associate | Coleman Matthew | Ropes & Gray LLP | 2014 | 2014 | CA | $450 | 2.5 | $1,125.00 |
| Associate | Tobyn Yael Aaron | Morrison & Foerster LLP | 2016 | 2016 | CA | $435 | 26.4 | $11,484.00 |

## California Rates (June–December 2018)

| Title | Professional | Firm | Graduated | Admitted | State | Rate | Hours | Total |
|---|---|---|---|---|---|---|---|---|
| Partner | Kenneth Klee | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1974 | CA | $1,475 | 46.4 | $68,440.00 |
| Partner | Eric Reimer | Milbank Tweed Hadley & McCloy LLP | 1987 | 1987 | CA | $1,465 | 7.9 | $11,573.50 |
| Partner | Gregory A. Bray | Milbank Tweed Hadley & McCloy LLP | 1984 | 1984 | CA | $1,465 | 234.1 | $342,956.50 |
| Partner | Madden P.C. Rick C | Kirkland & Ellis LLP | 1995 | 1995 | CA | $1,445 | 31.2 | $45,084.00 |
| Partner | David M. Nemecek | Kirkland & Ellis LLP | 2003 | 2003 | CA | $1,395 | 2.4 | $3,348.00 |
| Partner | Browning P.C. Marc D | Kirkland & Ellis LLP | 1998 | 1998 | CA | $1,375 | 4.2 | $5,775.00 |
| Partner | Isaac M Pachulski | Pachulski Stang Ziehl Young Jones & | 2014 | 2014 | CA | $1,295 | 0.7 | $906.50 |
| Partner | Walker Elizabeth W | Sidley Austin LLP | 1984 | 1984 | CA | $1,250 | 3.7 | $4,625.00 |
| Partner | David Stern | Klee, Tuchin, Bogdanoff & Stern, LLP | 1975 | 1975 | CA | $1,245 | 67.4 | $83,913.00 |
| Partner | Michael Tuchin | Klee, Tuchin, Bogdanoff & Stern, LLP | 1990 | 1990 | CA | $1,245 | 191.1 | $237,919.50 |
| Partner | Richard M. Pachulski | Pachulski Stang Ziehl Young Jones & | 1979 | 1979 | CA | $1,245 | 274.7 | $342,001.50 |
| Partner | Dennis  Arnold | Gibson Dunn & Crutcher, LLP | 1976 | 1975 | CA | $1,210 | 65.2 | $78,892.00 |
| Partner | Cromwell Montgomery | Gibson Dunn & Crutcher, LLP | 1997 | 1997 | CA | $1,205 | 0.9 | $1,084.50 |
| Partner | Oscar Garza | Gibson Dunn & Crutcher, LLP | 1990 | 1990 | CA | $1,205 | 116.1 | $139,900.50 |
| Partner | Austin V Schwing | Gibson Dunn & Crutcher, LLP | 2000 | 2000 | CA | $1,155 | 0.7 | $808.50 |
| Partner | Douglas Michael Fuchs | Gibson Dunn & Crutcher, LLP | 2007 | 2007 | CA | $1,155 | 53.5 | $61,792.50 |
| Partner | Annie Kim | Proskauer Rose LLP | 2004 | 2004 | CA | $1,125 | 11.6 | $13,050.00 |
| Partner | Jonathan Benloulou | Proskauer Rose LLP | 2006 | 2006 | CA | $1,125 | 2.9 | $3,262.50 |
| Partner | James I. Stang | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $1,095 | 63.4 | $69,423.00 |
| Partner | Farshad E. More | Gibson Dunn & Crutcher, LLP | 2003 | 2003 | CA | $1,080 | 0.8 | $864.00 |
| Partner | Jesse I. Shapiro | Gibson Dunn & Crutcher, LLP | 2000 | 2000 | CA | $1,080 | 10.9 | $11,772.00 |
| Partner | David Fidler | Klee, Tuchin, Bogdanoff & Stern, LLP | 1998 | 1997 | CA | $1,075 | 237.9 | $255,742.50 |
| Special | Brian Stern | Milbank Tweed Hadley & McCloy LLP | 2003 | 2003 | CA | $1,065 | 7.5 | $7,987.50 |
| Special | Haig Maghakian | Milbank Tweed Hadley & McCloy LLP | 2002 | 2002 | CA | $1,065 | 264.8 | $282,012.00 |
| Partner | Jesse A. Cripps Jr. | Gibson Dunn & Crutcher, LLP | 2011 | 2011 | CA | $1,045 | 16.2 | $16,929.00 |
| Partner | Mehta Anjna | Kirkland & Ellis LLP | 2000 | 2000 | CA | $1,045 | 10.9 | $11,390.50 |
| Of Counsel | Richard J. Gruber | Pachulski Stang Ziehl Young Jones & | 1982 | 1982 | CA | $1,025 | 9.1 | $9,327.50 |
| Partner | Samuel Newman | Gibson Dunn & Crutcher, LLP | 2001 | 2001 | CA | $1,010 | 326.5 | $329,765.00 |
| Partner | Debra I. Grassgreen | Pachulski Stang Ziehl Young Jones & | 1992 | 1992 | CA | $995 | 15.7 | $15,621.50 |
| Associate | Jessica Dombroff | Milbank Tweed Hadley & McCloy LLP | 2009 | 2009 | CA | $995 | 13.3 | $13,233.50 |
| Partner | Katherine V.A Smith | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $995 | 0.6 | $597.00 |
| Partner | Matthew B Dubeck | Gibson Dunn & Crutcher, LLP | 2017 | 2017 | CA | $995 | 44.1 | $43,879.50 |
| Partner | Robert J. Pfister | Klee, Tuchin, Bogdanoff & Stern, LLP | 2001 | 2001 | CA | $995 | 123.3 | $122,683.50 |
| Partner | David M. Bertenthal | Pachulski Stang Ziehl Young Jones & | 1993 | 1989 | CA | $975 | 6.5 | $6,337.50 |
| Partner | Jeffrey N. Pomerantz | Pachulski Stang Ziehl Young Jones & | 1989 | 1989 | CA | $975 | 66.5 | $64,837.50 |
| Associate | Campbell Gavin | Kirkland & Ellis LLP | 2012 | 2012 | CA | $950 | 336.5 | $319,675.00 |
| Partner | Henry C. Kevane | Pachulski Stang Ziehl Young Jones & | 1986 | 1986 | CA | $950 | 4.8 | $4,560.00 |
| Associate | Olsen Katrina | Kirkland & Ellis LLP | 2014 | 2014 | CA | $950 | 4.6 | $4,370.00 |
| Partner | Stanley E. Goldich | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $925 | 7 | $6,475.00 |
| Associate | Najeh Baharun | Milbank Tweed Hadley & McCloy LLP | 2013 | 2013 | CA | $910 | 28.3 | $25,753.00 |
| Partner | David M. Guess | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $895 | 84.5 | $75,627.50 |
| Partner | Maria Sountas | Klee, Tuchin, Bogdanoff & Stern, LLP | 2006 | 2006 | CA | $895 | 23.2 | $20,764.00 |
| Partner | Whitman L. Holt | Klee, Tuchin, Bogdanoff & Stern, LLP | 2005 | 2005 | CA | $895 | 54.7 | $48,956.50 |
| Associate | Allison Balick | Gibson Dunn & Crutcher, LLP | 2009 | 2009 | CA | $875 | 5.4 | $4,725.00 |
| Associate | Caldon Brendan W | Kirkland & Ellis LLP | 2007 | 2007 | CA | $875 | 1.5 | $1,312.50 |
| Associate | Daniel B. Denny | Gibson Dunn & Crutcher, LLP | 2005 | 2005 | CA | $875 | 436.1 | $381,587.50 |
| Associate | Douglas G. Levin | Gibson Dunn & Crutcher, LLP | 2009 | 2009 | CA | $875 | 205.2 | $179,550.00 |
| Associate | Genevieve G. Weiner | Gibson Dunn & Crutcher, LLP | 2007 | 2007 | CA | $875 | 93.7 | $81,987.50 |
| Partner | Maxim B. Litvak | Pachulski Stang Ziehl Young Jones & | 1997 | 1997 | CA | $875 | 89.6 | $78,400.00 |
| Associate | Melissa Leigh Barshop | Gibson Dunn & Crutcher, LLP | 2006 | 2006 | CA | $875 | 5 | $4,375.00 |
| Associate | Jonathan Schaefler | Gibson Dunn & Crutcher, LLP | 2016 | 2016 | CA | $860 | 1.9 | $1,634.00 |
| Partner | Joshua M. Fried | Pachulski Stang Ziehl Young Jones & | 1995 | 1995 | CA | $850 | 74.1 | $62,985.00 |
| Of Counsel | Gurule Julian I | Klee, Tuchin, Bogdanoff & Stern, LLP | 2007 | 2007 | CA | $825 | 39.3 | $32,422.50 |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Associate | Ian T. Long | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $820 | 140 | $114,800.00 |
| Associate | Goldberg Zachary | Milbank Tweed Hadley & McCloy LLP | 2016 | 2016 | CA | $790 | 162.4 | $128,296.00 |
| Associate | Lee Muhyung | Proskauer Rose LLP | 2015 | 2015 | CA | $780 | 28.2 | $21,996.00 |
| Partner | Jamie L. Edmonson | Venable LLP | 1996 | 1996 | CA | $765 | 180.3 | $137,929.50 |
| Associate | Tiffany X. Phan | Gibson Dunn & Crutcher, LLP | 2013 | 2013 | CA | $760 | 8.7 | $6,612.00 |
| Of Counsel | Erin Gray | Pachulski Stang Ziehl Young Jones & | 1992 | 1991 | CA | $750 | 9.9 | $7,425.00 |
| Partner | Justin D. Yi | Klee, Tuchin, Bogdanoff & Stern, LLP | 2009 | 2009 | CA | $750 | 3.9 | $2,925.00 |
| Associate | Chapple Catherine L. | Morrison & Foerster LLP | 2012 | 2012 | CA | $725 | 4 | $2,900.00 |
| Associate | Jonathan M. Weiss | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $725 | 195.4 | $141,665.00 |
| Of Counsel | William Ramseyer | Pachulski Stang Ziehl Young Jones & | 1980 | 1980 | CA | $725 | 18.8 | $13,630.00 |
| Associate | Sarah A. Carnes | Cooley LLP | 2014 | 2014 | CA | $710 | 146.1 | $103,731.00 |
| Associate | Latta R T | Jones Day | 2011 | 2011 | CA | $700 | 194.5 | $136,150.00 |
| Associate | Samuel M. Kidder | Klee, Tuchin, Bogdanoff & Stern, LLP | 2012 | 2012 | CA | $675 | 88.6 | $59,805.00 |
| Associate | Thomas H Alexander | Gibson Dunn & Crutcher, LLP | 2015 | 2015 | CA | $660 | 23.7 | $15,642.00 |
| Associate | Sasha M. Gurvitz | Klee, Tuchin, Bogdanoff & Stern, LLP | 2014 | 2014 | CA | $625 | 114.9 | $71,812.50 |
| Associate | Robert J. Smith | Klee, Tuchin, Bogdanoff & Stern, LLP | 2016 | 2016 | CA | $600 | 35.8 | $21,480.00 |
| Associate | Brashears Travis C | Proskauer Rose LLP | 2016 | 2016 | CA | $595 | 8.3 | $4,938.50 |
| Associate | Matthew S Coe-Odess | Gibson Dunn & Crutcher, LLP | 2016 | 2016 | CA | $595 | 16.9 | $10,055.50 |
| Associate | Katherine A Lau | Gibson Dunn & Crutcher, LLP | 2017 | 2017 | CA | $525 | 97.7 | $51,292.50 |
| Associate | Tran J L | Jones Day | 2015 | 2015 | CA | $525 | 60.2 | $31,605.00 |
| Associate | Nicholas A. Koffroth | Venable LLP | 2012 | 2012 | CA | $515 | 94.9 | $48,873.50 |
| Associate | Liu R Q | Jones Day | 2015 | 2015 | CA | $475 | 34.2 | $16,245.00 |
| Associate | Stuart B W | Jones Day | 2013 | 2013 | CA | $475 | 208.6 | $99,085.00 |
| Associate | Doyle A M | Jones Day | 2017 | 2017 | CA | $450 | 6.5 | $2,925.00 |
| Associate | Udenka Honieh | Brown Rudnick LLP | 2017 | 2017 | CA | $375 | 1 | $375.00 |

Sensitivity: Confidential

# Exhibit D

**Exhibit F**

**Rates Charged by Los Angeles Area Law Firms**

| Ahdoot & Wolfson | | |
|---|---|---|
| **2019 Rates** | **Years of Experience** | **Rate** |
| | 25 | $850 |
| | 29 | $800 |
| | 17 | $695 |
| | 9 | $475 |
| | 5-7 | $450 |
| | 1 | $295 |
| | Paralegal | $125 |

| Arnold Porter LLP | | |
|---|---|---|
| **2015 Rates:** | **Level** | **Rates** |
| | Partners | Up to $1,085 |
| | Associates | Up to $710 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 49 | $995 |
| | 45 | $720 |
| | 39 | $655 |
| **2013 Rates:** | **Level** | **Rates** |
| | Average Partner | $815 |
| | Highest Partner | $950 |

| | | |
|---|---|---|
| | Lowest Partner | $670 |
| | Average Associate | $500 |
| | Highest Associate | $610 |
| | Lowest Associate | $345 |

| The Arns Law Firm LLP | | |
|---|---|---|
| **2020 Rates:** | **Years of Experience** | **Rates** |
| | 1975 | $950 |
| | 2010 | $575 |
| | 2013 | $525 |

| Bush Gottlieb | | |
|---|---|---|
| **2019 Rates:** | **Class Year** | **Rates** |
| Lawyers: | 1980 | $900 |
| | 1989 | $900 |
| | 1974 | $850 |
| | 2002 | $725 |
| | 2006 | $625 |
| | 2013 | $450 |
| | 2014 | $425 |
| | 2015 | $400 |
| | 2016 | $375 |
| Law Clerks/Support Staff: | | $200 |

| Cooley LLP | | |
|---|---|---|
| **2021 Rates:** | **Years of Experience** | **Rates** |
| | 27 (Partner) | $1,415 |
| | 27 (Special Counsel) | $1,210 |
| **2020 Rates** | **Years of Experience** | **Rates** |
| | 26 (Partner) | $1,275 |
| | 26 (Special Counsel) | $1,140 |
| | 12 (Associate) | $1,120 |
| **2017 Rates:** | **Years of Experience** | **Rates** |
| | 22 | $905 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 31 | $1,095 |
| | 17 | $770 |
| | 9 | $685 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
| | 30 | $1,035 |
| | 16 | $710 |
| | 8 | $645 |
| | | |

| Crowell & Moring | | |
|---|---|---|
| **2020 Rate:** | **Years of Experience** | **Rate** |
| | 27 | $1,090 |
| | | |

| Law Offices of James DeSimone | | |
|---|---|---|
| **2020 Rate:** | **Years of Experience** | **Rate** |
| | 33 | $1,000 |

| Duane Morris LLP | | |
|---|---|---|
| **2018 Rates:** | **Bar Admission Year** | **Rates** |
| | 1973 | $1,005 |
| | 2008 | $605 |
| | 2011 | $450 |
| | 2017 | $355 |
| | Sr. Paralegal | $395 |
| **2016 Rates:** | **Years of Experience** | **Rates** |
| | 43 | $880 |
| | 41 | $880 |
| | 26 | $720 |
| | 25 | $695 |
| | | |
| **Galipo, Law Offices of** | | |
| **2019 Rates:** | **Bar Admission Year** | **Rates** |
| | 1989 | $1,000 |

| Gibson Dunn & Crutcher LLP | | |
|---|---|---|
| **2020 Rates:** | **Level** | **Rates** |
| | Senior Partners | $1,395 – 1,525 |
| | Senior Associate | $960 |
| | Mid-level Associate | $740 |
| | Paralegals | $480 |
| **2017 Rates:** | **Bar Admittance or Law School Graduation** | **Rates** |
| | 1987 | $956 |
| | 1987 | $944 |
| | 1997 | $960 |
| | 2006 | $736 |
| | 2008 | $*592/$696 |

| | 2013 | $$600 |
|---|---|---|
| | 2015 | $520 |
| | 2016 | $472 |
| Non-Attorney | | $216-$335 |
| **2016 Rates** | **Bar Admittance** | **Rates** |
| | 1987 | $852 |
| | 2010 | $540 |
| | 2013 | $404 |
| **2015 Rates** | **Years of Experience** | **Rates** |
| | 37 | $1,125 |
| | 23 | $955 |
| | 3 | $575 |

| **Goldstein Borgen Dardarian & Ho** | | |
|---|---|---|
| **2020 Rates:** | **Bar Admission Year** | **Rates** |
| | 1987 | $945 |
| | 1992 | $895 |
| | 2006 | $750 |
| | 2017 | $415 |
| | Senior Paralegal | $325 |
| | Paralegals | $265-285 |
| **2019 Rates:** | **Law School Graduation** | **Rates** |
| | 1987 | $925 |
| | 2006 | $710 |
| | 2008 | $595 |
| | 2013 | $475 |
| | 2015 | $450 |

|  | 2017 | $400 |
|--|------|------|
|  | Law Student | $300 |
|  | Sr. Paralegals | $325 |
|  | Paralegals | $275-$295 |

| **Hadsell, Stormer, Richardson & Renick** | | |
|-------------------|----------------------------|----------|
| **2019 Rates:** | **Years of Experience** | **Rates** |
|  | 46 | $1,150 |
|  | 17 | $750 |
|  | 10 | $575 |
|  | 7 | $500 |
|  | 6 | $475 |
| **2015 Rates:** | **Years of Experience/Level** | **Rates** |
|  | 42 | $1,050 |
|  | 20 | $750 |
|  | 26 | $700 |
|  | 16 | $650 |
|  | 13 | $600 |
|  | 5 | $425 |
|  | 4 | $375 |
|  | Law Clerks | $225 |
|  | Paralegals | $175-250 |
| **2012 Rates**: | **Years of Experience** | **Rates** |
|  | 38 | $825 |
|  | 33 | $775 |

| | 22-23 | $625 |
| | 17 | $600 |
| | 12 | $525 |
| | 10 | $425 |
| | 4 | $275 |
| | 3 | $250 |

| **Hagens Berman Sobol Shapiro LLP** | | |
|---|---|---|
| **2017 Rates:** | **Levels** | **Rates** |
| | Senior Attorney | $950 |
| | Other Partners | $578-$760 |
| | Associates | $295-$630 |

| **Hausfeld LLP** | | |
|---|---|---|
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 45 | $985 |
| | 37 | $935-895 |
| | 15 | $610-510 |
| | 14 | $600 |
| | 7 | $490 |
| | 3 | $370 |
| | Paralegals | $300-320 |
| | Law Clerks | $325 |

| Hooper, Lundy & Bookman | | |
|---|---|---|
| **2019 Rates:** | **Law School Graduation Year** | **Rates** |
| | 1975 | $1,025 |
| | 1976 | $965 |
| | 1979 | $1,025 |
| | 2007 | $815 |
| | 2011 | $800 |
| | 2015 | $640 |
| | 2016 | $600 |
| | 2019 | $440 |
| **2018 Rates:** | **Law School Graduation Year** | **Rates** |
| | 1975 | $1,025 |
| | 1976 | $930 |
| | 1979 | $995 |
| | 2015 | $570 |

| Jones Day | | |
|---|---|---|
| **2020 Rates:** | **Years of Experience e** | **Rates** |
| | 1st | $413.25 |
| **2018 Rates:** | | |
| | 30+ | $1,025 |
| **2016 Rates:** | **Bar Admission Year** | **Rates** |
| | 2001 | $900 |

- 8 -

|  | 2004 | $850 (partner) |
|  | 2004 | $657.70 (assoc.) |
|  | 2014 | $450 |
| **2015 Rates:** | **Bar Admission Year** | **Rates** |
|  | 2001 | $875 |
|  | 2014 | $400 |

| **Kaye, McLane, Bednarski & Litt** | | |
|---|---|---|
| **2019 Rates:** | **Graduation Year** | **Rates** |
|  | 1969 | $1,200 |
|  | 1993 | $800 |
|  | 2008 | $600-$700 |
|  | 2006 | $700 |
|  | Paralegals | $125-360 |
|  | Law Clerks | $225 |
| **2017 Rates:** | **Graduation Year** | **Rates** |
|  | 1969 | $1,150 |
|  | 1992 | $750 |
|  | 1993 | $765 |
|  | 2008 | $730 |
|  | Sr. Paralegal | $335 |
|  | Jr. Paralegal | $150 |
|  | Law Clerk | $200 |
| **2014 Rates:** | **Years of Experience** | **Rates** |

| | 45 | $975 |
| | 28 | $700-775 |
| | 26 | $775 |
| | 10 | $600 |
| | 6 | $500 |
| | Senior Paralegal | $295 |
| | Other Paralegal | $175-235 |
| | Law Clerk | $250 |

| **Kirkland & Ellis** | | |
|---|---|---|
| **2017 Rates***:* | **Years of Experience** | **Rates** |
| | 20 | $1,165 |
| | 9 | $995 |
| | 8 | $965 |
| | 5 | $845 |
| | 4 | $845 |
| | 3 | $810 |
| | 2 | $555 |

| **Latham & Watkins** | | |
|---|---|---|
| **2016 Rates:** | Average Partner | $1,185.83 |
| | Highest Partner | $1,595 |
| | Lowest Partner | $915 |
| | Average Associate | $754.62 |

| | | |
|---|---|---|
| | Highest Associate | $1,205 |
| | Lowest Associate | $395 |

| **Lieff Cabraser Heimann & Bernstein, LLP** | | |
|---|---|---|
| **2020 Rates:** | **Law School Grad. Year** | **Rates** |
| | 1972 | $1,075 |
| | 1998 | $950 |
| | 1993 | $900 |
| | 1984 | $850 |
| | 2000 | $775 |
| | 2001-2002 | $700 |
| | 2005 | $650 |
| | 2007 | $590 |
| | 2008 | $560 |
| | 2012 | $480-$510 |
| | 2015 | $440 |
| | 2017 | $395 |
| | Law Clerk | $375-$395 |
| | Paralegal/Clerk | $345-390 |
| | Litigation Support/Research | $345-495 |
| **2017 Rates:** | **Years of Experience** | **Rates** |
| | 11-16 | $510-$675 |
| | 2-6 | $370-$455 |
| | 0-13 (Contract Atty) | $415 |
| | Paralegals | $360 |
| **2015 Rates:** | **Year of Bar Admission** | **Rates** |
| | 1972 | $975 |
| | 1989 | $850 |
| | 2001 | $625 |

| | 2006 | $435 |
|---|---|---|
| | 2009 | $435 |
| **2014 Rates:** | **Year of Bar Admission** | **Rates** |
| | 1998 | $825 |
| | 2001 | $600 |
| | 2006 | $435 |
| | 2009 | $415 |
| | 2013 | $325 |
| | Paralegal/Clerk | $305 |
| **2013 Rates:** | **Year of Bar Admission** | **Rates** |
| | 1975 | $925 |
| | 1998 | $800 |
| | 2001 | $525 |
| | 2003 | $490 |
| | 2006 | $415 |
| | 2009 | $395 |
| | 2013 | $320 |
| | Paralegal/Clerk | $285 |

| **Michelman & Robinson LLP** | | |
|---|---|---|
| **2018 Rates:** | **Bar Admission Date** | **Rates** |
| | Partners | $995 |
| | Senior Associate | $580 |
| | Associate | $480 |

| Milbank, Tweed, Handley & McCloy LLP | | |
|---|---|---|
| **2016 Rates:** | **Bar Admission Date** | **Rates** |
| | 1983 | $1,025 |
| | 1984 | $1,350 |
| | 1992 | $1,350 |
| | 2002 (Associate) | $915 |

| Morrison Foerster LLP | | |
|---|---|---|
| **2018 Rates:** | **Years of Practice** | **Rates** |
| | 40 | $1,050 |
| | 22 | $950 |
| | 11 | $875 |
| | 3 | $550 |
| | Paralegal | $325 |
| **2017 Rates:** | **Bar Admission Date** | **Rates** |
| | 2007 | $608 |
| | 2012 | $575 |
| **2016 Rates:** | **Bar Admission Date** | **Rates** |
| | 1975 | $1,025 |
| | 1999 | $975 |
| | 1993 | $975 |
| **2013 Rates:** | **Level** | **Rates** |
| | Average Partner | $865 |
| | Highest Partner | $1,195 |

| | Lowest Partner | $595 |
|---|---|---|
| | Average Associate | $525 |
| | Highest Associate | $725 |
| | Lowest Associate | $230 |

| **Munger, Tolls & Olson** | | |
|---|---|---|
| **2021 Rates** | **Law School Grad. Year** | **Rate** |
| | 1991 | $1,725 |
| | 2009 | $995 |
| | 2016 | $825 |
| | Paralegal (43 years' experience) | $365 |
| **2020 Rates:** | | |
| | 1991 | $1,610 |
| | 2001 | $950 |
| | 2009 | $920 |
| | 2016 | $725 |
| | Paralegal (42 years' experience) | $345 |
| **2016 Rates (unless otherwise noted):** | **Bar Admittance or Law School Graduation** | **Rates** |
| Partners: | 1966 | $1,000 (2015); 1,245 (2016) |
| | 1977 | $1,110 (2015) |
| | 1981 | $910 |
| | 1985 | $995 |
| | 1992 | $875-885 |

|  | 1995 | $910 |
| --- | --- | --- |
|  | 2002 | $750 |
| Of Counsel: | 1976 | $705 |
| Associates: | 2009 | $615 (2015); $660 (2016) |
| Non-Attorneys Timekeepers: |  | $380-90 |

| O'Melveny & Myers | | |
| --- | --- | --- |
| **2019 Rates:** | **Level** | **Rate** |
|  | Senior Partner | $1,250 |
|  | Partner (1998 Bar Admittee) | $1,050 |
|  | 3rd Year Associate | $640 |
|  | 2nd Year Associate | $565 |
| **2016 Rates:** | **Bar Admission Date** | **Rates** |
|  | 1985 | $1,175 |
|  | 2004 | $895 |
|  | 2005 | $780 |
|  | 2007 | $775 |
|  | 2010 | $725 |
|  | 2011 | $700 |
|  | 2012 | $655 |
|  | 2013 | $585 |
|  | 2014 | $515 |
|  | 2015 | $435 |

| 2013 Rates: | Level | Rates |
|---|---|---|
| | Average Partner | $715 |
| | Highest Partner | $950 |
| | Lowest Partner | $615 |

| Orrick Herrington & Sutcliffe | | |
|---|---|---|
| 2014 Rates: | Level | Rates |
| | Average Partner | $845 |
| | Highest Partner | $1,095 |
| | Lowest Partner | $715 |
| | Average Associate | $560 |
| | Highest Associate | $710 |
| | Lowest Associate | $375 |

| Paul Hastings LLP | | |
|---|---|---|
| 2020 Rates: | Years of Experience | Rates |
| | 25 | $1,425 |
| | 7 | $885 |
| | 5 | $775 |
| | 3 | $645 |
| | Research assistant | $335 |
| 2016 Rates: | Bar Admission Date | Rates |
| | 1973 | $1,175 |
| | 1997 | $895 |
| | 1990 | $750 |

| 2014 Rates: | Level | Rates |
|---|---|---|
| | Average Partner | $815 |
| | Highest Partner | $900 |
| | Lowest Partner | $750 |
| | Average Associate | $540 |
| | Highest Associate | $755 |
| | Lowest Associate | $350 |

| **Pearson Simon & Warshaw LLP** | | |
|---|---|---|
| **2019 Rates:** | **Years of Experience** | **Rates** |
| | 23-38 | $1,150 |
| | 10 | $900 |
| | Of Counsel | $825 |
| | 6 | $500 |
| | 4 | $450 |
| | Paralegals | $225 |
| **2018 Rates:** | **Years of Experience** | **Rates** |
| | 22-37 | $1,050 |
| | 9 | $650 |
| | Of Counsel | $725 |
| | 5 | $450 |
| | 3 | $400 |
| **2017 Rates:** | **Years of Experience** | **Rates** |
| | 35-36 | $1,035 |

|  | 8 | $520 |
|---|---|---|
|  | 4 | $400 |
|  | 2 | $350 |

| Proskauer Rose LLP | | |
|---|---|---|
| 2016 Rates: | Bar Admission Date | Rates |
|  | 1974 | $1,475 |
|  | 1983 | $1,025 |
|  | 1979 | $950 |
|  | 2007 | $850 |
|  | 2013 | $495 |
|  | 2015 | $440-445 |

| Quinn Emanuel Urquhart & Sullivan | | |
|---|---|---|
| 2018 Rates: | Law School Graduation Yr. | Rates |
|  | 1980 | $1,135 |
|  | 2016 | $630 |
| 2013 Rates: | Level | Rates |
|  | Average Partner | $915 |
|  | Highest Partner | $1,075 |
|  | Lowest Partner | $810 |
|  | Average Associate | $410 |
|  | Highest Associate | $675 |
|  | Lowest Associate | $320 |

| Reed Smith LLP | | |
|---|---|---|
| **2020 Rates:** | **Years of Experience** | **Rates** |
| | 22 | $930 |
| | 16 | $780 |
| | 14 | $840 |
| | Paralegals | $250 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
| | 37 | $830 |
| | 18 | $695 |
| | 15 | $585 |
| | 6 | $485 |
| | 5 | $435 |
| **2013 Rates:** | **Years of Experience** | **Rates** |
| | Partners | |
| | 36 | $830 |
| | 30 | $805 |
| | 17 | $610-615 |
| | 14 | $570 |
| | Associates | |
| | 8 | $450-535 |
| | 6 | $495 |

| Ropes & Gray | | |
|---|---|---|
| **2016 Rates:** | **Level** | **Rates** |

|  | Partner | $880-1,450 |
|--|---------|------------|
|  | Counsel | $605-1,425 |
|  | Associate | $460-1050 |
|  | Paralegals | $160-415 |

| **Schonbrun, DeSimone, Seplow, Harris & Hoffman** | | |
|---------------|---------------------|---------|
| **2019 Rates:** | **Years of Experience** | **Rates** |
|  | 43 | $1,050 |
| **2014 Rates:** | **Years of Experience** | **Rates** |
|  | 29 | $750 |
|  | 24 | $700 |
| **2012 Rates:** | **Years of Experience** | **Rates** |
|  | 27 | $695 |
|  | 22 | $630 |

| **Shegarian Law** | | |
|---------------|---------------------|---------|
| **2018 Rates:** | **Years of Experience** | **Rate** |
|  | 29 | $1,100 |
|  | 10 | $675 |
|  | 6 | $500 |
|  |  |  |

| **Skadden, Arps, Slate, Meagher & Flom** | | |
|---------------|---------------------|---------|
| **2013 Rates:** | **Level** | **Rates** |
|  | Average Partner | $1,035 |
|  | Highest Partner | $1,150 |

|  | Lowest Partner | $845 |
|--|---------------|------|
|  | Average Associate | $620 |
|  | Highest Associate | $845 |
|  | Lowest Associate | $340 |

| **Law Office of Carol Sobel** | | |
|-------------------------------|--|--|
| **2020 Rate:** | **Years of Experience** | **Rate** |
|  | 42 | $1,050 |
| **2019 Rate:** | **Years of Experience** | **Rate** |
|  | 41 | $1,000 |
| **2015 Rates:** | **Years of Experience** | **Rate** |
|  | 37 | $875 |

| **Wilson Sonsini Goodrich & Rosati PC** | | |
|-----------------------------------------|--|--|
| **2017 Rates:** | **Bar Admission Date** | **Rates** |
|  | 2000 | $950 |

| **Winston & Strawn** | | |
|----------------------|--|--|
| **2019 Rates:** | **Level** | **Rates** |
|  | Partners: |  |
|  |  | $1,515 |
|  |  | $1,245 |
|  |  | $1,105 |
|  |  | $1,025 |

| | Associates: | |
|---|---|---|
| | | $825 |
| | | $660 |
| | | $615 |
| **2018 Rates:** | **Level** | **Rates** |
| | Partners: | |
| | | $1,445 |
| | | $1,185 |
| | | $1,050 |
| | | $820 |
| | Associates: | |
| | | $765 |
| | | $585 |
| | Paralegals: | $170-340 |
| | Litigation Support Mgr. | $275 |
| | Review Attorneys | $85 |
| **2017 Rates:** | **Level** | **Rates** |
| | Partners: | |
| | | $1,365 |
| | | $1,120 |
| | | $990 |
| | Associates: | |
| | | $760 |
| | | $690 |

|  |  | $645 |
|  |  | $520 |
|  |  | $495 |
|  | Paralegals: | $165-295 |
| **2016 Rates:** | Level | Rates |
|  | Partners: |  |
|  |  | $1,290 |
|  |  | $1,095 |
|  |  | $965 |
|  |  | $960 |
|  |  | $885 |
|  | Associates: |  |
|  |  | $715 |
|  |  | $615 |
|  |  | $575 |
|  |  | $470 |
|  | Paralegals: | $170-280 |
|  | Litigation Support Mgr.: | $250 |