CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General the United States, *et al.*, <br><br> Defendants. | No. CV 85-4544-DMG-AGRx <br><br> STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1217 |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

On January 12, 2022, Plaintiffs filed a Motion for Award of Attorneys' Fees and Costs in the above-captioned case [Doc. # 1217].  As noted in the motion, Plaintiffs also filed their fee application in the Ninth Circuit. *Id.* at 1 n.1.  The parties are seeking to mediate these issues and have filed a request with the Ninth Circuit asking that the motion be referred to the Ninth Circuit Mediation Office.  The Parties hereby stipulate and respectfully request that the Court vacate the current briefing schedule and hearing date [Doc. # 1217] and stay further proceedings on this motion pending a further status report from the Parties.  The Parties agree that, should mediation discussions cease to be productive, the Parties will meet and confer within three days, Plaintiffs will dismiss their Ninth Circuit fee application, and the parties will promptly submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

Dated: January 25, 2022            CENTER FOR HUMAN RIGHTS AND
                                   CONSTITUTIONAL LAW
                                   Carlos R. Holguín

                                   NATIONAL CENTER FOR YOUTH LAW
                                   Neha Desai
                                   Mishan Wroe
                                   Melissa Adamson
                                   Diane de Gramont

                                   CHILDREN'S RIGHTS
                                   Leecia Welch


                                    /s/ Mishan Wroe
                                   Mishan Wroe
                                   *One of the Attorneys for Plaintiffs*

Dated: January 25, 2022            BRIAN M. BOYNTON
                                   Acting Assistant Attorney General
                                   Civil Division

WILLIAM C. PEACHEY
Director, District Court Section
Office of Immigration Litigation

WILLIAM C. SILVIS
Assistant Director, District Court Section
Office of Immigration Litigation

SARAH B. FABIAN
Senior Litigation Counsel
Office of Immigration Litigation
District Court Section

 /s/ Sarah Fabian
Sarah B. Fabian
*One of the Attorneys for Defendants*