# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, et al.,<br><br>Plaintiffs,<br><br>vs.<br><br>MERRICK GARLAND, Attorney General, et al.,<br><br>Defendants. | Case No.: CV 85-4544-DMG (AGRx)<br><br>**ORDER APPROVING STIPULATION TO HOLD IN ABEYANCE BRIEFING AND ADJUDICATION REGARDING PLAINTIFFS' MOTION, ECF NO. 1217 [1224]** |

Based on the Parties' stipulation, and good cause appearing, IT IS ORDERED that the briefing schedule and hearing date [Doc. # 1217] previously set in this matter are VACATED. The Court STAYS further proceedings on Plaintiffs' Motion for Attorneys' Fees and Costs [Doc. # 1217] pending a status report from the parties. If the Parties' mediation discussions cease to be productive, the Parties will meet and confer within three days, Plaintiffs will promptly dismiss their Ninth Circuit fee application, and the Parties will submit to this Court a Joint Status Report with a proposed briefing schedule and hearing date.

DATED: January 27, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE

-1-