UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 18 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General; et al., <br><br> Defendants - Appellants. | No. 20-55951 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR <br> U.S. District Court for Central California, Los Angeles <br><br> **MANDATE** |
| JENNY LISETTE FLORES, <br><br> Plaintiff - Appellee, <br><br> v. <br><br> MERRICK B. GARLAND, Attorney General; et al., <br><br> Defendants - Appellants. | No. 20-56052 <br><br> D.C. No. 2:85-cv-04544-DMG-AGR <br> U.S. District Court for Central California, Los Angeles |

The judgment of this Court, entered June 30, 2021, takes effect this date.

This constitutes the formal mandate of this Court issued pursuant to Rule 41(a) of the Federal Rules of Appellate Procedure.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Rebecca Lopez
Deputy Clerk
Ninth Circuit Rule 27-7