UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 25 2022

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General; et al.,<br><br>        Defendants-Appellants. | No.   20-55951<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California, Los Angeles<br><br>ORDER |
| JENNY LISETTE FLORES,<br><br>        Plaintiff-Appellee,<br><br> v.<br><br>MERRICK B. GARLAND, Attorney General; et al.,<br><br>        Defendants-Appellants. | No.   20-56052<br><br>D.C. No.<br>2:85-cv-04544-DMG-AGR<br>Central District of California, Los Angeles |

Before:  W. FLETCHER, BERZON, and M. SMITH, Circuit Judges.

     Pursuant to the Parties' Joint Stipulation (Docket No. 73), Plaintiffs-Appellees are awarded $210,000.00 in attorneys' fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412(d)(1)(A).

The Court will take no further action on Appellees' motion for EAJA fees (Docket No. 56).