CENTER FOR HUMAN RIGHTS & CONSTITUTIONAL LAW
Carlos R. Holguín (Cal. Bar No. 90754)
256 South Occidental Boulevard
Los Angeles, CA 90057
Telephone: (213) 388-8693
Email: crholguin@centerforhumanrights.email

*Listing continues on next page*

*Attorneys for Plaintiffs*

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
WESTERN DIVISION

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, | No. CV 85-4544-DMG (AGRx) |
| Plaintiffs, | |
| v. | [PROPOSED] ORDER RE PLAINTIFFS' WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES, ECF NO. 1189 |
| MERRICK GARLAND, Attorney General, *et al.*, | |
| Defendants. | Hon. Dolly M. Gee |

NATIONAL CENTER FOR YOUTH LAW
Neha Desai (Cal. RLSA No. 803161)
Mishan Wroe (Cal. Bar No. 299296)
Melissa Adamson (Cal. Bar No. 319201)
Diane de Gramont (Cal. Bar No. 324360)
1212 Broadway, Suite 600 Oakland, CA 94612
Telephone: (510) 835-8098
Email: ndesai@youthlaw.org

CHILDREN'S RIGHTS
Leecia Welch (Cal. Bar No. 208741)
88 Pine Street, Suite 800, New York, NY 10005
Telephone: (212) 683-2210
Email: lwelch@childrensrights.org

*Attorneys for Plaintiffs*

1        In light of Plaintiffs' withdrawal of their motion for attorneys' fees

2  incurred in securing the orders entered herein on September 4, 2020 (ECF No.

3  976) and September 21, 2020 (ECF No. 990), and the United States Ninth Circuit

4  Court of Appeals' award of attorneys' fees, IT IS ORDERED that Plaintiffs'

5  withdrawal of its motion (ECF No. 1189) is GRANTED as the motion is moot.

6

7  Dated:

8                                                      _____
                                                    DOLLY M. GEE

9                                                      UNITED STATES DISTRICT JUDGE

10  Presented by:

11

12  */s/ Mishan Wroe*_____
Mishan Wroe

13  *One of the Attorneys for Plaintiffs*

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28