# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> vs. <br><br> MERRICK GARLAND, Attorney General, *et al.*, <br><br> Defendants. | Case No.: CV 85-4544-DMG (AGRx) <br><br> **ORDER RE PLAINTIFFS' WITHDRAWAL OF MOTION FOR AWARD OF ATTORNEYS' FEES, ECF NO. 1189 [1232]** |

In light of Plaintiffs' withdrawal of their motion for attorneys' fees incurred in securing the orders entered herein on September 4, 2020 [Doc. # 976] and September 21, 2020 [Doc. # 990], and the United States Ninth Circuit Court of Appeals' award of attorneys' fees, IT IS ORDERED that Plaintiffs' withdrawal of its motion [Doc. # 1189] is GRANTED as the motion is moot.

DATED: March 4, 2022

_____
DOLLY M. GEE
UNITED STATES DISTRICT JUDGE