ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> MERRICK GARLAND, Attorney General of the United States, *et al.*, <br><br> Defendants. | CASE NO. CV 85-4544 DMG (AGRx) <br><br> **REQUEST FOR EXTENSION OF TIME TO FILE REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |

The Special Master/Independent Monitor ("Monitor") is planning to request an additional extension of her term for six (6) months from April 15, 2022 to October 15, 2022.

According to the terms of the Appointment Order, the Monitor has requested, and the Court has granted, eight extensions of her term [Docs. ## 698, 769, 1005, 1071, 1096, 1120, 1147, 1219] and, pursuant to the January Order [Doc. #1219], extended the term to April 15, 2022.

This Court further ordered that the Monitor "may file, on or before March 25, 2022, a notice describing, serious, specific, and ongoing concerns and requesting a further extension of the Monitor's term."

The Monitor has been discussing with the Parties whether agreement can be reached regarding the scope of a six (6) month extension and therefore requests additional time, to March 31, 2022, to file the notice requested by the Court. The Monitor further requests that Parties be allowed to then file any responses to the Notice of Request for Extension on or before April 8, 2022.

DATED:   March 25, 2022                              Respectfully submitted,

                                                    Andrea Sheridan Ordin

                                            By   s/ Andrea Sheridan Ordin
                                                    Andrea Sheridan Ordin

                                            *Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on March 25, 2022, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR EXTENSION OF TIME TO FILE REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on March 25, 2022 at Los Angeles, California.

_____
Jeff Thomson