UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—GENERAL

| Case No. | CV 85-4544 DMG (AGRx) | Date | March 29, 2022 |
|---|---|---|---|
| Title | *Jenny L. Flores, et al. v. Merrick B. Garland, et al.* | Page | 1 of 1 |

Present: The Honorable   DOLLY M. GEE, UNITED STATES DISTRICT JUDGE

| KANE TIEN | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorneys Present for Plaintiff(s) | Attorneys Present for Defendant(s) |
|---|---|
| None Present | None Present |

**Proceedings: IN CHAMBERS—ORDER GRANTING MONITOR'S REQUEST FOR EXTENSION TIME TO FILE REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR'S TERM [1234]**

Good cause appearing, the Special Monitor's unopposed request for an extension of time in which to file a request for a further extension of her term is GRANTED. The Special Monitor shall file her request for an extension by March 31, 2022. The parties shall file any response by April 7, 2022.

IT IS SO ORDERED.