ANDREA SHERIDAN ORDIN (SBN 38235)
STRUMWASSER & WOOCHER LLP
10940 Wilshire Boulevard, Suite 2000
Los Angeles, California 90024
Telephone: (310) 576-1233
Facsimile: (310) 319-0156
E-mail: aordin@strumwooch.com

*Special Master / Independent Monitor*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNY LISETTE FLORES, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>MERRICK GARLAND,<br>Attorney General of the United States, *et al.*,<br><br>Defendants. | CASE NO. CV 85-4544 DMG (AGRx)<br><br>**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM** |

The Special Master/Independent Monitor ("Monitor") submits this Request for Extension for at least a three (3) month term from April 15, 2022, to July 14, 2022.

According to the terms of the October 5, 2018 Order Appointing Andrea Sheridan Ordin as the Special Master/Independent Monitor ("Appointment Order"), the Monitor has requested, and the Court has granted, eight extensions of her term [Docs. ## 698, 769, 1005, 1071, 1096, 1120, 1147, 1219] and, pursuant to the January Order [Doc. # 1219], extended the date to April 15, 2022. When this Court, on January 14, 2022, approved the Extension of the Monitor's term to April 15, 2022, it further ordered, in part:

> The 'Terms and Extensions' provisions in Paragraph A.3 of the Appointment Order are modified such that the Parties and/or the Monitor may file…a Notice describing serious, specific, and ongoing concerns and requesting a further extension of the Monitor's term.

Since then, the Court granted [Doc. # 1236] additional time to March 31, 2022, for the Monitor to file this Request to extend the Monitor's term. As this Request is being filed one day late, the Monitor requests that the parties have until April 11, 2022, to file any response to this Request.

As reported by the Juvenile Coordinators in their January 21, 2022, Reports [Doc. # 1220], and as the Monitor and Special Expert reported at the February 4, 2022, Status Conference, there has been significant progress in both case management and care for the minors by U.S. Customs and Border Protection ("CBP") and the Office of Refugee Resettlement ("ORR") in recent months. The serious and critical concerns expressed in the Interim Report of the Monitor and Special Expert of June 2021 [Doc. # 1137] about the continued use of Emergency Intake Sites (EISs) has been ameliorated by the infusion of additional case management capacity, provision of enhanced educational, medical, and recreation services. Although the minors' stays in EISs are still lengthy, in February,

2022, the Fort Bliss EIS and Pecos Children's Center EIS each dramatically reduced the numbers of minors in custody in excess of 20 days, as shown in Figure A.

| **Number of Minors Housed in Emergency Intake Sites in Excess of 20 Days** | | | |
|---|---|---|---|
| | **January 2022** | **February 2022** | **Percent Change from January to February** |
| Fort Bliss EIS | 282 | 48 | - 83.0% |
| Pecos Children's Center EIS | 172 | 104 | - 39.5% |
| **Total** | **454** | **152** | **-66.5%** |

*Figure A*

    Recognizing the continuing progress, the Monitor submits that serious, specific concerns warrant an extension of term for a minimum of three months. First, the long-anticipated CBP settlement which, among many other things, puts in place a Juvenile Care Monitor with detailed specific monitoring requirements, is still awaiting the final signatures of all parties and Court approval, which will delay implementation. Similarly, the pending ORR settlement has not been signed by all parties and may require an additional mediation meeting.

    Second, the influx of unaccompanied minors at the Southwest Border continues to increase, and the number of family units encountered at the border remains significant. Figure B shows the number of unaccompanied minor ("UAC") and family unit ("FMUA") encounters by CBP along the Southwest Border in January and February 2022.

| **U.S. Customs & Border Protection** <br> **January - February 2022 Southwest Border Encounters** | | | |
|---|---|---|---|
| | **January 2022** | **February 2022** | **Percent Change** |
| Unaccompanied Minors | 8,760 | 12,011 | + 37.1% |
| Family Units | 31,998 | 26,582 | - 16.9% |
| **TOTAL** | **40,758** | **38,593** | **-5.3%** |

*Figure B*

In January 2022, the Center for Disease Control and Prevention ("CDC") initially temporarily exempted unaccompanied noncitizen children from expulsion and later formally exempted such children from subsequent orders pursuant to Title 42. On March 12, 2022, the CDC issued an order terminating Title 42 pandemic restrictions for unaccompanied minors. With rare exceptions, the UACs encountered in January and February 2022 were permitted into the United States and were taken into custody by CBP and ORR. However, as shown in Figure C, drawn from CBP data online, 16,248 family units encountered at the Southwest Border in January and February 2022 were expelled pursuant to the Title 42 procedure.

| **U.S. Customs & Border Protection** <br> **FYTD 2022 Southwest Border FMUA Expulsions** | | | | | |
|---|---|---|---|---|---|
| October 2021 | November 2021 | December 2021 | January 2022 | February 2022 | **Total** |
| 13,410 | 11,616 | 11,808 | 8,475 | 7,773 | **53,082** |

*Figure C*

As of April 1, 2022, it is unclear whether the CDC will terminate the Title 42 pandemic restrictions presently applicable to family units. If the CDC order terminates later this year, processing the expected number of family units will further strain the already strained facilities. Figure C notes the number of FMUA

expulsions from the beginning of the 2022 fiscal year. The concern about adequate facilities for increased number of FMUAs is highlighted by the report by the ICE Juvenile Coordinator in January that the remaining two Family Staging Facilities ("FSC") (Karnes and Dilley) were transitioned to facilities for single adults. In addition, the contract with Endeavors to serve the FMUAs at the remaining hotel utilized as a Family Staging Facility ("FSC") has ended and will not be renewed. The ICE Juvenile Coordinator reports that as of April 1, 2022, no FMUA remains in the custody of ORR.

Next, in support of an extension for at least three months, the need for particularized enhanced monitoring remains, since large numbers of minors remain in ORR custody, in EISs and ICFs. Figure D demonstrates this point using statistics derived from monthly data reports provided to the Monitor by HHS.

| HHS facilities | Number of Minors on January 11, 2022 | Number of Minors on February 10, 2022 | Number of Minors on March 8, 2022 |
|---|---|---|---|
| Emergency Intake Sites | 268 | 1,382 | 1,285 |
| Influx Care Facilities | 123 | 530 | 616 |
| **TOTAL MINORS IN HHS CUSTODY** | **8,243** | **9,784** | **9,970** |

*Figure D*

Finally, it must be remembered that the pandemic is still of concern and the United States has experienced two variants. Figure E shows the number of minors in HHS custody who tested positive for COVID-19 during this period of time, as well as the total number of COVID-19 positive minors in HHS care by facility type as of January 12, 2022.

| Facility Type | Total COVID-19 Positive Minors |
|---|---|
| Licensed Facilities | 162 |
| Emergency Intake Sites | 37 |
| Influx Care Facilities | 12 |
| **TOTAL** | **211** |

*Figure E*

## CONCLUSION

The Monitor submits that an extension of no less than three months is reasonable. The Monitor expects that the parties will complete and present to the Court the pending CBP and ORR settlements within that time. During that time, the Monitor and Special Expert Dr. Wise will continue monitoring pursuant to the Appointment Order, with the hope that a CBP Juvenile Care Monitor will be appointed before July 14, 2022.

The Monitor expects the work of the Monitor and Special Expert Dr. Wise will average no more than 60 hours per month and the work of the Monitor's aides will average no more than 55 hours per month for this three-month extension. The Monitor therefore proposes a billing cap of $75,000, exclusive of travel expenses for this period. The Monitor has submitted the Special Expert bills for fees for the calendar year of 2021, and expects all remaining bills through January 2022 will be submitted to the government before the end of April 2022.

DATED:   April 1, 2022                     Respectfully submitted,
                                            Andrea Sheridan Ordin

                                            By  s/ Andrea Sheridan Ordin
                                                Andrea Sheridan Ordin

                                            *Special Master / Independent Monitor*

# CERTIFICATE OF SERVICE

Case No. CV 85-4544- DMG (AGRx)

I am a citizen of the United States. My business address is 10940 Wilshire Boulevard, Suite 2000, Los Angeles, California 90024. I am over the age of 18 years, and not a party to the within action.

I hereby certify that on April 1, 2022, I electronically filed the following documents with the Clerk of the Court for the United States District Court, Eastern District of California by using the CM/ECF system:

**REQUEST FOR EXTENSION OF SPECIAL MASTER/INDEPENDENT MONITOR TERM**

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the United States the foregoing is true and correct. Executed on April 1, 2022 at Los Angeles, California.

_____
Jeff Thomson